**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.:  1:20-cv-01878

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

     Defendants.

**PLAINTIFF BLACK LIVES MATTER 5280**
**CORPORATE DISCLOSURE STATEMENT**

     Plaintiff Black Lives Matter 5280 respectfully submits the following Corporate Disclosure Statement pursuant to F.R.C.P. 7.1, and states as follows:

     Black Lives Matter 5280 does not have a parent corporation or any publicly held corporation owning 10% or more of its stock.

Dated: June 25, 2020                               Respectfully submitted,

   By: /s/ *Timothy R. Macdonald*
      Timothy R. Macdonald
      Matthew J. Douglas
      Ed Aro
      R. Reeves Anderson
      Colin M. O'Brien
      Kathleen K. Custer
      Anya A. Havriliak
      Arnold & Porter Kaye Scholer, LLP
      1144 Fifteenth Street, Suite 3100
      Denver, Colorado 80202
      Telephone: (303) 863-1000
      Facsimile: (303) 832-0428
      Timothy.Macdonald@arnoldporter.com
      Matthew.Douglas@arnoldporter.com
      Ed.Aro@arnoldporter.com
      Reeves.Anderson@arnoldporter.com
      Colin.Obrien@arnoldporter.com
      Katie.Custer@arnoldporter.com
      Anya.Havriliak@arnoldporter.com

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Plaintiffs*

2