# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01878

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

     Defendants.

## NOTICE OF RELATED CASES

Pursuant to Local Civil Rule 3.2, Plaintiffs submit this Notice of Related Cases. Plaintiffs hereby identify the following related case as having facts and claims and at least one party in common with the above-captioned matter: *Abay v. City of Denver*, No. 20-cv-01616-RBJ (D. Colo.).

Dated: June 25, 2020					Respectfully submitted,

							By:	/s/ Timothy R. Macdonald
								Timothy R. Macdonald
								Matthew J. Douglas
								Ed Aro
								R. Reeves Anderson
								Colin M. O'Brien
								Kathleen K. Custer
								Anya A. Havriliak
								Arnold & Porter Kaye Scholer, LLP
								1144 Fifteenth Street, Suite 3100
								Denver, Colorado 80202
								Telephone: (303) 863-1000
								Facsimile: (303) 832-0428
								Timothy.Macdonald@arnoldporter.com
								Matthew.Douglas@arnoldporter.com
								Ed.Aro@arnoldporter.com
								Reeves.Anderson@arnoldporter.com
								Colin.Obrien@arnoldporter.com
								Katie.Custer@arnoldporter.com
								Anya.Havriliak@arnoldporter.com

								*In cooperation with the American Civil Liberties Union Foundation of Colorado*

								Mark Silverstein
								Sara Neel
								Arielle Herzberg
								American Civil Liberties Union Foundation of Colorado
								303 E. Seventeenth Ave., Suite 350
								Denver, Colorado 80203
								Telephone: (303) 777-5482
								Facsimile: (303) 777-1773
								Msilverstein@aclu-co.org
								Sneel@aclu-co.org
								Aherzberg@aclu-co.org

								*Counsel for Plaintiffs*

2