# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:20-cv-01878

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, JOHN AND JANE DOES 1–100, and JOHN AND JANE BOES 1–50,

      Defendants.

## ENTRY OF APPEARANCE FOR MARK SILVERSTEIN

Mark Silverstein, of the American Civil Liberties Union Foundation of Colorado, a duly licensed attorney in the State of Colorado, hereby enters his appearance on behalf of Plaintiffs.

Respectfully submitted this 25th day of June 2020.

                                 *s/ Mark Silverstein*
                                 _____
                                 Mark Silverstein
                                 American Civil Liberties Union
                                 Foundation of Colorado
                                 303 E. 17th Ave., Suite 350
                                 Denver, CO 80203-1256
                                 Telephone: (720) 402-3114
                                 Fax: (303) 777-1773

[msilverstein@aclu-co.org](mailto:msilverstein@aclu-co.org)

**ATTORNEY FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on June 25, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR MARK SILVERSTEIN** with the Clerk of the Court using the CM/ECF system.

*s/ Arielle K. Herzberg*
_____
Staff Attorney
ACLU Foundation of Colorado

2