**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No.: 1:20-cv-01878

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

       Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

       Defendants.

---

**ENTRY OF APPEARANCE FOR SARA R. NEEL**

---

       Sara R. Neel, of the American Civil Liberties Union Foundation of Colorado, a duly licensed attorney in the State of Colorado, hereby enters her appearance on behalf of Plaintiffs.

       Respectfully submitted this 25th day of June 2020.

                    *s/ Sara R. Neel*
                    _____
                    Sara R. Neel
                    American Civil Liberties Union
                    Foundation of Colorado
                    303 E. 17th Ave., Suite 350
                    Denver, CO 80203-1256
                    Telephone: (720) 402-3107

Fax: (303) 777-1773
sneel@aclu-co.org

**ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2020, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR SARA R. NEEL** with the Clerk of the Court using the CM/ECF system.

*s/ Arielle K. Herzberg*
_____
Staff Attorney
ACLU Foundation of Colorado