**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:     1:20-cv-01878-MEH

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

    Defendants.

## ENTRY OF APPEARANCE

Ed Aro of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, Cidney Fisk, and Stanford Smith.  The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

Dated: June 26, 2020								Respectfully submitted,

By: */s/ Ed Aro*
    Ed Aro
    Arnold & Porter Kaye Scholer, LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    Facsimile: (303) 832-0428
    Ed.Aro@arnoldporter.com

    *In cooperation with the American Civil Liberties Union Foundation of Colorado*

    Mark Silverstein
    Sara Neel
    Arielle Herzberg
    American Civil Liberties Union Foundation of Colorado
    303 E. Seventeenth Ave., Suite 350
    Denver, Colorado 80203
    Telephone: (303) 777-5482
    Facsimile: (303) 777-1773
    Msilverstein@aclu-co.org
    Sneel@aclu-co.org
    Aherzberg@aclu-co.org

    *Counsel for Plaintiffs*