**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:    1:20-cv-01878-MEH

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

    Defendants.

---

## ENTRY OF APPEARANCE

---

Anya Havriliak of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters her appearance on behalf of Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, Cidney Fisk, and Stanford Smith.  The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that she is a member in good standing of the bar of this Court.

Dated: June 26, 2020						Respectfully submitted,

 By: */s/ Anya A. Havriliak*
  Anya A. Havriliak
  Arnold & Porter Kaye Scholer, LLP
  1144 Fifteenth Street, Suite 3100
  Denver, Colorado 80202
  Telephone: (303) 863-1000
  Facsimile: (303) 832-0428
  Anya.Havriliak@arnoldporter.com

  *In cooperation with the American Civil*
  *Liberties Union Foundation of Colorado*

  Mark Silverstein
  Sara Neel
  Arielle Herzberg
  American Civil Liberties Union Foundation
  of Colorado
  303 E. Seventeenth Ave., Suite 350
  Denver, Colorado 80203
  Telephone: (303) 777-5482
  Facsimile: (303) 777-1773
  Msilverstein@aclu-co.org
  Sneel@aclu-co.org
  Aherzberg@aclu-co.org

  *Counsel for Plaintiffs*