**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:      1:20-cv-01878-MEH

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

     Defendants.

## ENTRY OF APPEARANCE

Colin O'Brien of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, Cidney Fisk, and Stanford Smith.  The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

Dated: June 26, 2020                        Respectfully submitted,

By: */s/ Colin M. O'Brien*
　　Colin M. O'Brien
　　Arnold & Porter Kaye Scholer, LLP
　　1144 Fifteenth Street, Suite 3100
　　Denver, Colorado 80202
　　Telephone: (303) 863-1000
　　Facsimile: (303) 832-0428
　　Colin.Obrien@arnoldporter.com

　　*In cooperation with the American Civil Liberties Union Foundation of Colorado*

　　Mark Silverstein
　　Sara Neel
　　Arielle Herzberg
　　American Civil Liberties Union Foundation of Colorado
　　303 E. Seventeenth Ave., Suite 350
　　Denver, Colorado 80203
　　Telephone: (303) 777-5482
　　Facsimile: (303) 777-1773
　　Msilverstein@aclu-co.org
　　Sneel@aclu-co.org
　　Aherzberg@aclu-co.org

　　*Counsel for Plaintiffs*