IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-MEH

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1-100 and
JOHN AND JANE BOES 1-50,

    Defendants.

**NOTICE OF ENTRY OF APPEARANCE**

    David C. Cooperstein, Assistant City Attorney for the City and County of Denver, hereby enters his appearance as counsel of record on behalf of the City and County of Denver.

    DATED this 30th day of June, 2020.

Respectfully submitted,

By: *s/ David C. Cooperstein*
David C. Cooperstein, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: david.cooperstein@denvergov.org
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of June, 2020, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office