IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

*consolidated with*

AMBROSE CRUZ, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

## PLAINTIFF AMBROSE CRUZ'S NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(i)

---

Plaintiff Ambrose Cruz, through his attorneys, hereby files this notice of voluntary dismissal of his claims without prejudice against Defendants City and County of Denver, Heather R. Jossi, # 07059 and Paul Hogan, # 98042, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

                                             Respectfully submitted,

                                             By: s/ Elizabeth Wang
                                             Attorney for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff*

## Certificate of Service

     I, Elizabeth Wang, an attorney, hereby certify that on August 24, 2020, I served via CM/ECF the foregoing Plaintiff Ambrose Cruz's Notice of Voluntary Dismissal Pursuant to Rule 41(a)(1)(A)(i), on counsel of record for the Defendants.

                                    s/ Elizabeth Wang
                                    Attorney for Plaintiff