# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et. al*.,

Defendants.

---

## CITY AND COUNTY OF DENVER'S ANSWER AND JURY DEMAND
## TO THE BLACK LIVES MATTER 5280 COMPLAINT

---

Defendant, City and County of Denver ("Denver"), through its undersigned counsel, provides the following Answer and Jury Demand to the Complaint filed by Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, Cidney Fisk, and Stanford Smith's Complaint [Doc. #1]:

**Introductory Allegations**

1.  The allegations contained in paragraph 1 of the Complaint do not appear to require a response. To the extent that a response is required, Denver denies that it engaged in constitutional rights violations and further denies that it has a policy, custom or practice of allowing police officers to violate constitutional rights. Denver denies any and all remaining allegations contained in paragraph 1.

2. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 2 of the Complaint and, as a result, denies the same.

3. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 3 of the Complaint and, as a result, denies the same.

4. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 4 of the Complaint and, as a result, denies the same.

5. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 5 of the Complaint and, as a result, denies the same.

6. With respect to the allegations contained in paragraph 6 of the Complaint, Denver admits that Michael Marshall and Marvin Booker each died while in the custody of the Denver Sheriff Department. Denver denies any and all remaining allegations pertaining to those incidents. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 6 and, as a result, denies the same.

7. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 7 of the Complaint and, as a result, denies the same.

8. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 8 of the Complaint and, as a result, denies the same.

9. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 9 of the Complaint and, as a result, denies the same.

10. With respect to the allegations contained in paragraph 10 of the Complaint, Denver admits that the killing of George Floyd was captured on video and that this sparked widespread

protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 10 and, as a result, denies the same.

11. With respect to the allegations contained in paragraph 11 of the Complaint, Denver denies that the Denver Police Department ("DPD") or Denver Sheriff Department used excessive force and, because they are agencies and not individuals, are incapable of doing so. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 11 and, as a result, denies the same.

12. With respect to the allegations contained in paragraph 12 of the Complaint, Denver admits that it requested law enforcement officers from other jurisdictions to assist DPD officers. Denver denies the remaining allegations contained in paragraph 12.

13. With respect to the allegations contained in paragraph 13 of the Complaint, Denver admits that officers used less lethal force in response during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 13 and, as a result, denies the same.

14. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 14 of the Complaint and, as a result, denies the same.

15. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 15 of the Complaint and, as a result, denies the same.

16. With respect to the allegations contained in paragraph 16 of the Complaint, Denver admits that Plaintiffs bring an action seeking various forms of relief. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 16 and, as a result, denies the same.

**Allegations Concerning the Parties**

17. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 17 of the Complaint and, as a result, denies the same.

18. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 18 of the Complaint and, as a result, denies the same.

19. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 19 of the Complaint and, as a result, denies the same.

20. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 20 of the Complaint and, as a result, denies the same.

21. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 21 of the Complaint and, as a result, denies the same.

22. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 22 of the Complaint and, as a result, denies the same.

23. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 23 of the Complaint and, as a result, denies the same.

24. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 24 of the Complaint and, as a result, denies the same.

25. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 25 of the Complaint and, as a result, denies the same.

26. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 26 of the Complaint and, as a result, denies the same.

27. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 27 of the Complaint and, as a result, denies the same.

28. Denver admits the allegations contained in paragraph 28 of the Complaint.

29. With respect to the allegations contained in paragraph 29 of the Complaint, Denver admits that Plaintiffs asserts claims and John and Jane Does 1-100. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 29 and, as a result, denies the same.

30. With respect to the allegations contained in paragraph 30 of the Complaint, Denver admits that Plaintiffs asserts claims and John and Jane Boes 1-50. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 30 and, as a result, denies the same.

31. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 31 of the Complaint and, as a result, denies the same.

### Allegations Concerning Jurisdiction and Venue

32. Denver admits the allegations contained in paragraph 32 of the Complaint.

33. Denver admits the allegations contained in paragraph 33 of the Complaint.

### Allegations Concerning Factual Background

34. With respect to the allegations contained in paragraph 34 of the Complaint, Denver admits that protests began on May 28, 2020 in response to the killing of George Floyd. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 34 and, as a result, denies the same.

35. With respect to the allegations contained in paragraph 35 of the Complaint, Denver admits that DPD officers used less lethal force during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 35 and, as a result, denies the same.

36. With respect to the allegations contained in paragraph 36 of the Complaint, Denver admits that, during the course of the protests DPD officers used less lethal force including 40 mm foam rounds, pepper balls, Stinger grenades, OC[1] spray, CS[2] cannisters, and smoke cannisters. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 36 and, as a result, denies the same.

37. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 37 of the Complaint and, as a result, denies the same.

38. With respect to the allegations contained in paragraph 38 of the Complaint, Denver admits that DPD officers used CS gas cannisters, which is often referred to as tear gas, and that DPD officers used pepper spray. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 38 and, as a result, denies the same.

39. With respect to the allegations contained in paragraph 39 of the Complaint, Denver admits that DPD officers used CS cannisters, which produce a cloud, during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 39 and, as a result, denies the same.

---

[1] "OC" is short for oleoresin capsicum and is often referred to as pepper spray.
[2] "CS" is short for chlorobenzalmalononitrile and is often referred to as tear gas.

40. With respect to the allegations contained in paragraph 39 of the Complaint, Denver admits that CS gas can cause coughing, tear production, mucus production, skin irritation, and a burning sensation in the eyes and nose. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 40 and, as a result, denies the same.

41. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 41 of the Complaint and, as a result, denies the same.

42. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 42 of the Complaint and, as a result, denies the same.

43. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 43 of the Complaint and, as a result, denies the same.

44. With respect to the allegations contained in paragraph 44 of the Complaint, Denver admits that smoke cannisters emit smoke which can make it difficult to see. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 44 and, as a result, denies the same.

45. With respect to the allegations contained in paragraph 45 of the Complaint, Denver admits that DPD officers fired pepper balls and 40 mm foam rounds and threw Stinger grenades during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 45 and, as a result, denies the same.

46. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 46 of the Complaint and, as a result, denies the same.

47. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 47 of the Complaint and, as a result, denies the same.

48. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 48 of the Complaint and, as a result, denies the same.

49. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 49 of the Complaint and, as a result, denies the same.

50. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 50 of the Complaint and, as a result, denies the same.

51. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 51 of the Complaint and, as a result, denies the same.

52. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 52 of the Complaint and, as a result, denies the same.

53. With respect to the allegations contained in paragraph 53 of the Complaint, Denver admits that DPD officers fired 40 mm foam rounds during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 53 and, as a result, denies the same.

54. With respect to the allegations contained in paragraph 54 of the Complaint, Denver admits that DPD officers fired 40 mm foam rounds (sometimes referred to as sponge rounds) during the course of the protests and that some of those rounds contained OC powder, and that such rounds commonly cause bruising or welts if someone is struck by them. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 54 and, as a result, denies the same.

55. Denver denies that DPD officers "shot" the rubber pellets depicted in paragraph 55 and affirmatively states that such projectiles are contained in Stinger grenades. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 55 and, as a result, denies the same.

56. With respect to the allegations contained in paragraph 56 of the Complaint, Denver admits that DPD officers fired pepper balls during the course of the protests, and that pepper balls usually burst, emitting OC powder, when they strike hard objects or people. Denver denies that OC powder generally causes people to struggle to breathe. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 56 and, as a result, denies the same.

57. With respect to the allegations contained in paragraph 57 of the Complaint, Denver admits OC powder contained in pepper balls can irritate exposed skin. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 57 and, as a result, denies the same.

58. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 58 of the Complaint and, as a result, denies the same.

59. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 59 of the Complaint and, as a result, denies the same.

60. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 60 of the Complaint and, as a result, denies the same.

61. With respect to the allegations contained in paragraph 61 of the Complaint, Denver admits that it conducted an internal investigation into DPD's response to protest activity that took

place on October 29, 2011, which included the use of pepper balls. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 61 and, as a result, denies the same.

62. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 62 of the Complaint and, as a result, denies the same.

63. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 63 of the Complaint and, as a result, denies the same.

64. With respect to the allegations contained in paragraph 64 of the Complaint, Denver denies that DPD officers shot grenades at protestors. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 64 and, as a result, denies the same.

65. Denver admits that paragraph 65 contains a general description of flash bang grenades.

66. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 66 of the Complaint and, as a result, denies the same.

67. With respect to the allegations contained in paragraph 67 of the Complaint, Denver admits that DPD officers used Stinger grenades—which contain OC and rubber pellets—during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 67 and, as a result, denies the same.

68. With respect to the allegations contained in paragraph 68 of the Complaint, Denver admits that DPD officers used pepper spray during the course of the protests. Denver is without

sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 68 and, as a result, denies the same.

69. Denver admits that paragraph 69 contains a general description of pepper spray.

70. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 70 of the Complaint and, as a result, denies the same.

71. Denver admits that paragraph 71 contains a general description of the potential effects of pepper spray.

72. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 72 of the Complaint and, as a result, denies the same.

73. With respect to the allegations contained in paragraph 73 of the Complaint, Denver admits that protest activity in Denver connected to George Floyd's death generally began on May 28, 2020 near the Capital building. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 73 and, as a result, denies the same.

74. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 74 of the Complaint and, as a result, denies the same.

75. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 75 of the Complaint and, as a result, denies the same.

76. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 76 of the Complaint and, as a result, denies the same.

77. With respect to the allegations contained in paragraph 77 of the Complaint, Denver admits that DPD officers used less lethal weapons during the course of the protests. Denver is

without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 77 and, as a result, denies the same.

78. With respect to the allegations contained in paragraph 78 of the Complaint, Denver admits that protests took place on May 29, 2020 and that DPD officers used less lethal weapons during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 78 and, as a result, denies the same.

79. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 79 of the Complaint and, as a result, denies the same.

80. With respect to the allegations contained in paragraph 80 of the Complaint, Denver admits that protests took place on May 30, 2020 and that DPD officers used less lethal weapons during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 80 and, as a result, denies the same.

81. With respect to the allegations contained in paragraph 81 of the Complaint, Denver admits that it enacted a curfew that began at 8:00 P.M. on Saturday May, 30, 2020 in response to rioting, vandalism, and assaults committed by individuals embedded in the protests. Denver further admits that DPD officers attempted to disperse crowds of people who remained in public in violation of the curfew and that DPD officers used less lethal weapons. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 81 and, as a result, denies the same.

82. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 82 of the Complaint and, as a result, denies the same.

83. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 83 of the Complaint and, as a result, denies the same.

84. With respect to the allegations contained in paragraph 84 of the Complaint, Denver admits that protests took place on May 31, 2020 and that DPD officers used less lethal weapons during the course of the protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 84 and, as a result, denies the same.

85. With respect to the allegations contained in paragraph 85 of the Complaint, Denver denies that DPD officers intentionally used "kettling" or other tactics to trap protestors, apart from where arrests were being made. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 85 and, as a result, denies the same.

86. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 86 of the Complaint and, as a result, denies the same.

87. With respect to the allegations contained in paragraph 87 of the Complaint, Denver admits that a lawsuit was filed on June 4, 2020 which resulted in a temporary restraining order that imposes restrictions on the use of less lethal force during the course of protests. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 87 and, as a result, denies the same.

**Allegations Concerning the Plaintiffs**

88-93. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraphs 88-93 of the Complaint and, as a result, denies the same.

94. With respect to the allegations contained in paragraph 94 of the Complaint, Denver admits that BLM 5280 seeks various forms of relief, but denies that BLM 5280 is entitled to such relief.

95-151. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraphs 95-151 of the Complaint and, as a result, denies the same.

### Allegations Concerning Denver's Policy, Practice, and Custom

152-157. Denver denies the allegations contained in paragraphs 152 through 157 of the Complaint.

### Allegations Concerning Plaintiff's Claims for Relief
### Claim 1 – First Amendment

158. Denver denies the allegations contained in paragraph 158 of the Complaint.

159. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 159 of the Complaint and, as a result, denies the same.

160. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 160 of the Complaint and, as a result, denies the same.

161. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 161 of the Complaint and, as a result, denies the same.

162. Denver denies the allegations contained in paragraph 162 of the Complaint.

163. Denver denies the allegations contained in paragraph 163 of the Complaint.

164. Denver denies the allegations contained in paragraph 164 of the Complaint.

165. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 165 of the Complaint and, as a result, denies the same.

### Claim 2 – Fourth and/or Fourteenth Amendment

166. With respect to the allegations contained in paragraph 166 of the Complaint, Denver denies that its actions violated or caused the violation of Plaintiffs' Fourth and/or Fourteenth Amendment rights. Denver is without sufficient information and knowledge to admit or deny the remaining allegations contained in paragraph 166 and, as a result, denies the same.

167. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraph 167 of the Complaint and, as a result, denies the same.

### Allegations Concerning Relief Requested

168-174. Denver denies that the Plaintiffs are entitled to the relief requested in paragraphs 168-174 of the Complaint as to Defendant Denver. Denver is without sufficient information and knowledge to admit or deny the allegations contained in paragraphs 168-174 as to the other Defendants and, as a result, denies the same.

### General Denial

175. In addition to the specific responses asserted above, Denver denies each and every other allegation contained in the Complaint, except to the extent expressly and specifically admitted herein.

### Defenses

1. The Complaint fails to state a claim upon which relief may be granted, in whole or in part.

2. To the extent that Plaintiffs seek to name individual Denver Police or Sheriff officers as Defendants per their "John Doe" and "Jane Doe" designations, the individual officers are entitled to qualified immunity.

3. Plaintiffs' damages, if any, were proximately caused by their own conduct and not by reason of any unconstitutional conduct by Denver's employees.

4. Plaintiffs may have failed to mitigate any damages they allegedly sustained as a result of the events described in the Complaint.

5. Denver's policies were, at all relevant times, in conformance with established constitutional and statutory law with respect to all issues relevant to this action.

6. Denver's training and supervision of its police officers met or exceeded constitutional and statutory standards with respect to all topics relevant to this action.

## Jury Demand

Denver demands a trial by jury pursuant to Fed. R. Civ. P. 38.

WHEREFORE, Denver, having fully answered the allegations of Plaintiff's Complaint, respectfully requests that the Court dismiss the Complaint, with prejudice; enter judgment in Denver's favor and against Plaintiffs for attorney fees and costs; and to grant such other and further relief as the Court deems just and proper.

DATED this 25th day of August, 2020.

Respectfully submitted,

By:  *s/ David C. Cooperstein*
David C. Cooperstein, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: david.cooperstein@denvergov.org
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of August, 2020, the foregoing **CITY AND COUNTY OF DENVER'S ANSWER AND JURY DEMAND TO THE BLACK LIVES MATTER 5280 COMPLAINT** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office

17