IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et. al*.,

Defendants.

**JOINT MOTION FOR ENTRY OF PROTECTIVE ORDER and RULE 502(d) ORDER**

Plaintiffs and Defendants, by and through their respective undersigned counsel, hereby submit their Joint Motion for Entry of Protective Order and Rule 502(d) Order. They state as follows:

1. The nature of the claims, defenses and damages asserted in this lawsuit involve discovery of documents and information containing confidential information. The disclosure of such information outside the scope of this litigation could result in injury to one or more of the Parties' privacy interests.

2. Under the proposed Protective Order (Ex. A), third parties are also allowed to designate information as confidential, because there are some third parties who possess information that may be confidential, the public disclosure of which could result in injury to the third party's privacy interests.

1

3. In addition, discovery has been and will be sought from certain third party law enforcement agencies who provided mutual aid to the Denver Police Department. Counsel for at least one of these agencies has requested the ability to designate some information as confidential, and the parties in this case do not have an objection to making them a part of the Protective Order.

4. The proposed Protective Order complies with the Court's Practice Standards.

5. The parties also propose a Rule 502(d) Order relating to ESI. Ex. B.

WHEREFORE, for good cause shown, the Parties respectfully request this Court enter the attached Protective Order and Rule 502(d) Order.

Respectfully submitted this 2nd day of September, 2020.

/s/ Elizabeth Wang
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, CO  80302
elizabethw@loevy.com

*Attorney for Fitouri Plaintiffs*

/s/ Matthew J. Douglas                    Mark Silverstein
Timothy R. Macdonald                    Sara Neel
Matthew J. Douglas                         Arielle Herzberg
Ed Aro                                              American Civil Liberties Union Foundation
Anya A. Havriliak                            of Colorado
Arnold & Porter Kaye Scholer, LLP   303 E. Seventeenth Ave., Suite 350
1144 Fifteenth Street, Suite 3100      Denver, Colorado 80203
Denver, Colorado 80202

*Attorneys for BLM 5280 Plaintiffs*

By: s/ David C. Cooperstein

David C. Cooperstein, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155

*Attorney for Defendants*

### CERTIFICATE OF SERVICE

    I, Elizabeth Wang, an attorney, certify that on September 2, 2020, I filed the foregoing Motion via CM/ECF, thereby delivering an electronic copy to all counsel of record.

                                            s/ Elizabeth Wang