IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

## **STIPULATED ORDER**

---

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

For Fitouri Plaintiffs:
/s/ Elizabeth Wang

| | |
|---|---|
| Elizabeth Wang | Tara Thompson |
| Loevy & Loevy | Loevy & Loevy |
| 2060 Broadway, Ste. 460 | 311 N. Aberdeen St. |
| Boulder, CO 80302 | Chicago, IL 60607 |

For BLM 5280 Plaintiffs:
/s/ Matthew J. Douglas

| | |
|---|---|
| Timothy R. Macdonald | Mark Silverstein |
| Matthew J. Douglas | Sara Neel |
| Ed Aro | Arielle Herzberg |
| Anya A. Havriliak | American Civil Liberties Union Foundation |
| Arnold & Porter Kaye Scholer, LLP | of Colorado |
| 1144 Fifteenth Street, Suite 3100 | 303 E. Seventeenth Ave., Suite 350 |
| Denver, Colorado 80202 | Denver, Colorado 80203 |

EXHIBIT B

By: <u>s/ David C. Cooperstein</u>
David C. Cooperstein, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155

*Attorney for Defendants*

SO ORDERED

Dated: September 3, 2020

By the Court

_____
Hon. R. Brooke Jackson
United States District Judge