IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: September 3, 2020 |
|---|---|
| Courtroom Deputy: Emily Buchanan | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BLACK LIVES MATTER 5280 et al. | *Anya Havriliak* |
| | *Edwin Aro* |
| | *Mark Silverstein* |
| | *Matthew Douglas* |
| | *Timothy Macdonald* |
| | *Elizabeth Wang* |
| | *Tara Thompson* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *David Cooperstein* |
| **Defendants** | |

### COURTROOM MINUTES

**SCHEDULING CONFERENCE VIA VIDEO TELECONFERENCE**

Court in Session: 10:01 a.m.

Appearances of counsel – counsel present via video teleconference and telephone.

Discussion held on discovery concerning class issues.

Discussion regarding the amount of deposition discovery.

Motion for Class Certification shall be filed on or before **March 26, 2021**. A response shall be filed on or before **April 26, 2021**. A reply may be filed on or before **May 10, 2021**.

**MOTION HEARING REGARDING CLASS CERTIFICATION** is set for **May 26, 2021 at 9:00 a.m. for a full day** before Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**FIFTEEN DAY JURY TRIAL** is set for **March 7, 2022 at 9:00 a.m.** before Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294 with a **TRIAL PREPARATION CONFERENCE** on **February 4, 2022 at 9:00 a.m.** in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.   Parties are to have exchanged and conferred on jury instructions, exhibit lists and witness lists.  Parties are to be prepared to discuss jury instructions and disputed pretrial matters at the Trial Preparation Conference.  A pretrial order is not needed. Parties are to submit stipulated and disputed jury instructions to chambers one week prior to the Trial Preparation Conference.

**The Court sets limits and deadlines which include:**

Discovery cut-off:  September 3, 2021.

Dispositive motion deadline:  October 15, 2021.

The Court outlines its practice standards as to discovery disputes.

Discussion held regarding settlement.

Counsel shall submit a combined scheduling order to the Court with the dates discussed on the record.

Court in Recess:  11:21 a.m.            Hearing concluded.            Total time in Court:  1:20