IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

*consolidated with*

AMBROSE CRUZ, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

**STIPULATION OF VOLUNTARY DISMISSAL OF PLAINTIFF
FRANCESCA LAWRENCE PURSUANT TO RULE 41(a)(1)(A)(ii)**

---

Plaintiff Francesca Lawrence and Defendants City and County of Denver, Jacqueline A. Velasquez, # 16021, M. Davis, # 13058, Andrew Nielsen, # 14076, Zachary Moldenhauer, # 17013, Jacob Vaporis, # 16003, Kevin Beasley, # 13066, Chelsea Novotny, # 14030, Christopher Cochran, # 17081, through their attorneys, hereby stipulate to the voluntary dismissal of Plaintiff Francesca Lawrence's claims against Defendants City and County of Denver, Jacqueline A. Velasquez, # 16021, M. Davis, # 13058, Andrew Nielsen, # 14076, Zachary Moldenhauer, # 17013, Jacob

Vaporis, # 16003, Kevin Beasley, # 13066, Chelsea Novotny, # 14030, Christopher Cochran, # 17081, without prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). All parties will bear their own costs.

> Respectfully submitted,
>
> By: s/ Elizabeth Wang
> Counsel for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff*

s/ David C. Cooperstein
David C. Cooperstein, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Tel: (720) 913-3100
david.cooperstein@denvergov.org
*Counsel for Defendants*

### Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on October 20, 2020, I served via CM/ECF the foregoing Stipulation of Voluntary Dismissal of Plaintiff Francesca Lawrence pursuant to Rule 41(a)(1)(A)(ii), on all counsel of record.

> s/ Elizabeth Wang
> Attorney for Plaintiff