IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants.

## STIPULATION FOR EXTENSION OF TIME FOR DENVER TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY

Defendant, City and County of Denver ("Denver"), through its undersigned counsel and pursuant to D.C. COLO. LCivR 6.1(a), hereby submits the following stipulation regarding a 21-day extension of time for Denver to respond to Plaintiffs' Joint Requests for Production to Denver (Nos. 2-16), the Fitouri Plaintiffs' First Set of Interrogatories to Denver, and the Fitouri Plaintiffs' First Set of Requests for Production to Denver:

1. On September 25, 2020, Plaintiffs served the three sets of discovery requests described above upon Denver. Denver's responses are currently due on October 26, 2020. Counsel for the parties have stipulated to a 21-day extension for Denver to serve responses. Denver's responses will now be due on November 16, 2020.

2. In compliance with D.C. COLO. LCivR 6.1(c), the undersigned is serving a copy of this Stipulation on his clients.

DATED this 21st day of October, 2020.

                Respectfully submitted,

                By: _s/ David C. Cooperstein_
                David C. Cooperstein, Assistant City Attorney
                Denver City Attorney's Office
                Civil Litigation Section
                201 West Colfax Ave., Dept. 1108
                Denver, CO 80202
                Telephone: (720) 913-3100
                Facsimile: (720) 913-3155
                E-mail: david.cooperstein@denvergov.org
                *Attorney for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2020, the foregoing **STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S FIRST SET OF DISCOVERY** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office