IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Lead Civil Action No. 1:20-cv-01878-RBJ
*Consolidated with 1:20-cv-01992-RBJ-MEH*

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK, and
STANFORD SMITH,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1-100, and
JANE BOES 1-50,

    Defendant.

## ORDER TO CONSOLIDATE RELATED ACTIONS

The Court *sua sponte* orders that related action *Michael Acker v. City and County of Denver et al, 1:20-cv-03155-KLM* be consolidated with the above captioned matter and that all future filings shall be made on the consolidated docket under the lead case *Black Lives Matter 5280 et al v. City and County of Denver et al, 1:20-cv-01878-RBJ*.

DATED this 28th day of October, 2020.

BY THE COURT:

_____
R. Brooke Jackson
United States District Judge