IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

David C. Cooperstein, Assistant City Attorney for the City and County of Denver, hereby enters his appearance as counsel of record on behalf of Defendant Paul Pazen.

DATED this 10th day of November, 2020.

                Respectfully submitted,

                By: *s/ David C. Cooperstein*
                David C. Cooperstein, Assistant City Attorney
                Denver City Attorney's Office
                Civil Litigation Section
                201 West Colfax Ave., Dept. 1108
                Denver, CO 80202
                Telephone: (720) 913-3100
                Facsimile: (720) 913-3155
                E-mail: david.cooperstein@denvergov.org
                *Attorney for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of November, 2020, the foregoing **NOTICE OF ENTRY OF APPEARNCE** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office