IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Robert Huss, Assistant City Attorney for the City and County of Denver, hereby enters his appearance as counsel of record on behalf of the City and County of Denver, Anthony E. Tak, John Brinkers and Paul Pazen.

DATED this 11th day of December, 2020.

> Respectfully submitted,
>
> By: *s/ Robert Huss*
> Robert Huss, Assistant City Attorney
> Denver City Attorney's Office
> Civil Litigation Section
> 201 West Colfax Ave., Dept. 1108
> Denver, CO 80202
> Telephone: (720) 913-3100
> Facsimile: (720) 913-3155
> E-mail: robert.huss@denvergov.org
> *Attorney for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of December, 2020, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office