IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

David C. Cooperstein, Assistant City Attorney, as counsel of record for Defendants City and County of Denver and the individually named Denver Police Department officers, moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

**Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1**: Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

1. David C. Cooperstein will be leaving the Denver City Attorney's Office as of December 11, 2020, to pursue other employment. Therefore, good cause exists to allow Mr. Cooperstein to withdraw as counsel in this matter pursuant to D.C.COLO.LAttyR 5(b).

2. Hollie Birkholz and Rob Huss have entered appearances for Defendants in this

action as counsel of record.

3.      Given that Defendants will continue to be represented by Ms. Birkholz and Mr. Huss, no parties will be prejudiced by the withdrawal of the undersigned, and there will be no delay in any upcoming deadlines.

4.      Advisement pursuant to D.C.COLO.LAttyR 5(b): Defendants has been provided notice of this Motion, which includes this advisement regarding their responsibility to comply with all court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Ms. Birkholz and Mr. Huss, who will continue to comply with this responsibility on their behalf.

DATED this 11th day of December, 2020.

Respectfully submitted,

By: *s/ David C. Cooperstein*
David C. Cooperstein, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: david.cooperstein@denvergov.org
*Attorney for the City and County of Denver and the individually named Denver Police Department Officers*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 11th day of December, 2020, the foregoing **MOTION TO WITHDRAW AS COUNSEL OF RECORD** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
*Counsel for Plaintiffs*

*s/ David C. Cooperstein*
Denver City Attorney's Office