**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

**ENTRY OF APPEARANCE**

Patrick Reidy of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, Cidney Fisk, and Stanford Smith.  The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

Dated: December 14, 2020

Respectfully submitted,

By: */s/ Patrick C. Reidy*
    Patrick C. Reidy
    Arnold & Porter Kaye Scholer, LLP
    70 West Madison Street, Suite 4200
    Chicago, Illinois 60602-4321
    Telephone: (312) 583-2424
    Patrick.Reidy@arnoldporter.com

    Timothy R. Macdonald
    Matthew J. Douglas
    Edward Packard Aro
    R. Reeves Anderson
    Colin M. O'Brien
    Anya Amalia Havriliak
    Arnold & Porter Kaye Scholer, LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    Facsimile: (303) 832-0428
    Timothy.Macdonald@arnoldporter.com
    Matthew.Douglas@arnoldporter.com
    Ed.Aro@arnoldporter.com
    Reeves.Anderson@arnoldporter.com
    Colin.Obrien@arnoldporter.com
    Anya.Havriliak@arnoldporter.com

    *In cooperation with the American Civil Liberties Union Foundation of Colorado*

    Mark Silverstein
    Sara Neel
    Arielle Herzberg
    American Civil Liberties Union Foundation of Colorado
    303 E. Seventeenth Ave., Suite 350
    Denver, Colorado 80203
    Telephone: (303) 777-5482
    Facsimile: (303) 777-1773
    Msilverstein@aclu-co.org
    Sneel@aclu-co.org
    Aherzberg@aclu-co.org
    *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2020, I served the foregoing **ENTRY OF APPEARANCE** via CM/ECF to the following:

Daniel Moore Twetten
Elizabeth C. Wang
Tara Elizabeth Thompson
dan@loevy.com
elizabethw@loevy.com
tara@loevy.com
*Attorneys for Consolidated Plaintiffs Sara Fituori, Jacquelyn Parkins, Kelsey Taylor, Youssef Amghar, Andy Sannier, Francesca Lawrence, Joe Deras, and Johnathen Duran*

Sarah B. Peasley
Robert Huss
Katherine Field
Emily Dreiling
Sarah.Peasley@denvergov.org
Robert.Huss@denvergov.org
Kate.Field@denvergov.org
Emily.Dreiling@denvergov.org
*Attorneys for Defendant City and County of Denver and Consolidated Defendants Jacqueline A. Velasquez, M. Davis, Andrew Nielsen, Zachary Moldenhauer, Jacob Vaporis, Kevin Beasley, Chelsea Novotny, Christopher Cochran, Paul Hogan, Heather R. Jossi, Anthony E. Tak, and J. Lnu*

/s/ *Patrick C. Reidy by Tanya Huffaker*

3