**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*

    Defendants.

_____

**JOINT MOTION TO AMEND JOINT SCHEDULING ORDER [DOC. #46]**
_____

Plaintiff Michael Acker and Defendants, City and County of Denver and Chief Paul Pazen (hereafter collectively "Denver"), move this Court to amend the Joint Scheduling Order. [Doc. #46].

**AS GROUNDS THEREFOR**, the parties state:

1. On October 22, 2020, Plaintiff Michael Acker filed his Complaint and Jury Demand against the City and County of Denver, Chief Paul Pazen, and John and Jane Does 1-5. [Civil Action No. 1:20-cv-03155-KLM; Doc. #1].

2. On October 28, 2020, this Court *sua sponte* consolidated Mr. Acker's lawsuit into this case. [Doc. #49].

3. Prior to Mr. Acker's case being consolidated, on September 21, 2020, this Court entered a Joint Scheduling Order in this matter. [Doc. #46].

4.      The Joint Scheduling Order set out discovery limitations for the parties involved in the case at that time. It allows that "[e]ach Plaintiff group" is permitted 30 interrogatories. [Doc. #46], p. 12. The Joint Scheduling Order provides for 30 total depositions collectively (not including depositions of retained experts) to be taken by Plaintiffs. [Doc. #46], p. 12. It also states that Plaintiffs, collectively, are permitted 50 requests for admission and 50 requests for production. [Doc. #46], p. 13. The Court noted that these limitations could be expanded upon agreement of the parties or order of the Court. [Doc. #46], p. 13.

5.      Plaintiff Michael Acker and Denver seek to amend the Joint Scheduling Order, [Doc. #46], which was entered before Mr. Acker was a party to this case. The amendment seeks to allow Mr. Acker and Denver reciprocal additional discovery relating to Mr. Acker's lawsuit only, including an additional 10 interrogatories, 5 requests for production, 5 requests for admission, and 3 depositions. The requested discovery is not intended to affect the limitations of other parties as set forth in the Joint Scheduling Order [Doc. #46]; Denver can direct this additional discovery at Mr. Acker only and Mr. Acker will be limited to utilizing this additional discovery.

6.      Mr. Acker requests additional discovery to: ascertain the identity of the "John Doe" Defendant police officer who is alleged to have used force against him, acquire the documents related to this specific incident, and, narrow the issues, through targeted requests for admission and interrogatories as to the use of force against him. Defendants require reciprocal discovery as to Mr. Acker to determine issues relating to both liability and damages that are unique to Mr. Acker.

7. No party will be prejudiced for the relief requested herein and good cause exists for amending the Joint Scheduling Order.

DATED this 22nd day of December 2020.

KILLMER, LANE & NEWMAN, LLP

*/s/ Andy McNulty*
Andy McNulty
Reid Allison
1543 Champa St., Ste. 400
Denver, CO 80202
Phone: (303) 571-1000
Facsimile: (303) 571-1001
amcnulty@kln-law.com
rallison@kln-law.com

ATTORNEYS FOR PLAINTIFF


*s/ Hollie R. Birkholz*
Hollie R. Birkholz, Assistant City Attorney
Robert C. Huss, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
E-mail: Robert.huss@denvergov.org

ATTORNEYS FOR THE CITY AND COUNTY OF DENVER AND THE INDIVIDUALLY NAMED DENVER POLICE DEPARTMENT OFFICERS

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of December 2020, the foregoing **JOINT MOTION TO AMEND JOINT SCHEDULING ORDER [DOC. #46]** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
Patrick C. Reidy
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
*Counsel for Plaintiffs*

*s/Jesse Askeland*