**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Anya Amalia Havriliak of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), as counsel for Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, Cidney Fisk, and Stanford Smith, moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

**Certificate of Conferral Pursuant to D.C.COLO.LCivR 7.1:** Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

1. Anya A. Havriliak will be leaving Arnold & Porter as of December 24, 2020, to pursue other employment. Therefore, good cause exists to allow Ms. Havriliak to withdraw as counsel in this matter pursuant to D.C.COLO.LAttyR 5(b).

2. Timothy R. Macdonald, Matthew J. Douglas, Edward Packard Aro, R. Reeves Anderson, Colin M. O'Brien, and Patrick C. Reidy have entered appearances for Plaintiffs in this action as counsel of record.

3. Given that Plaintiffs will continue to be represented by Mr. Macdonald, Mr. Douglas, Mr. Aro, Mr. Anderson, Mr. O'Brien, and Mr. Reidy, no parties will be prejudiced by the withdrawal of the undersigned, and there will be no delay in any upcoming deadlines.

4. Advisement pursuant to D.C.COLO.LAttyR 5(b): Plaintiffs have been provided notice of this Motion, which includes advisement regarding their responsibility to comply with all court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Mr. Macdonald, Mr. Douglas, Mr. Aro, Mr. Anderson, Mr. O'Brien, and Mr. Reidy, who will continue to comply with this responsibility on their behalf.

Dated: December 23, 2020       Respectfully submitted,

By: */s/ Anya A. Havriliak*
   Anya A. Havriliak
   Arnold & Porter Kaye Scholer, LLP
   1144 Fifteenth Street, Suite 3100
   Denver, Colorado 80202
   Telephone: (303) 863-1000
   Facsimile: (303) 832-0428
   Anya.Havriliak@arnoldporter.com

   Timothy R. Macdonald
   Matthew J. Douglas
   Edward Packard Aro
   R. Reeves Anderson
   Colin M. O'Brien
   Patrick. C. Reidy
   Arnold & Porter Kaye Scholer, LLP
   1144 Fifteenth Street, Suite 3100
   Denver, Colorado 80202
   Telephone: (303) 863-1000

2

Facsimile: (303) 832-0428
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com

Patrick C. Reidy
Arnold & Porter Kaye Scholer, LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Telephone: (312) 583-2424
Patrick.Reidy@arnoldporter.com


*In cooperation with the American Civil
Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation
of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

  I hereby certify that on December 23, 2020, I served the foregoing **MOTION TO WITHDRAW AS COUNSEL** via CM/ECF to the following:

Daniel Moore Twetten
Elizabeth C. Wang
Tara Elizabeth Thompson
dan@loevy.com
elizabethw@loevy.com
tara@loevy.com
*Attorneys for Consolidated Plaintiffs Sara Fituori, Jacquelyn Parkins, Kelsey Taylor, Youssef Amghar, Andy Sannier, Francesca Lawrence, Joe Deras, and Johnathen Duran*

Sarah B. Peasley
Robert Huss
Katherine Field
Emily Dreiling
Sarah.Peasley@denvergov.org
Robert.Huss@denvergov.org
Kate.Field@denvergov.org
Emily.Dreiling@denvergov.org
*Attorneys for Defendant City and County of Denver and Consolidated Defendants Jacqueline A. Velasquez, M. Davis, Andrew Nielsen, Zachary Moldenhauer, Jacob Vaporis, Kevin Beasley, Chelsea Novotny, Christopher Cochran, Paul Hogan, Heather R. Jossi, Anthony E. Tak, and J. Lnu*

                 /s/ *Anya A. Havriliak by Shakota Dilley*