**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND
TO PLAINTIFFS' DISCOVERY REQUESTS**

---

Defendant City and County of Denver ("Denver"), by and through counsel, hereby requests

an extension of time pursuant to D.C.COLO.LCivR 6.1(b), up to and including February 3, 2021,

for Denver to respond to Fitouri Plaintiffs' Second Set of Requests for Production of Documents

and Plaintiffs' Joint Requests for Production of Documents Nos. 17 and 18, and to provide dispatch

audio recordings, and further states:

**CERTIFICATE OF CONFERRAL**

Pursuant to D.C.COLO.L.CivR 7.1(a) and the Practice Standards applicable to this case,

undersigned counsel conferred with counsel for Plaintiffs, who all state that their clients do not

oppose the relief requested herein.

1.      Fitouri Plaintiffs served their Second Set of Requests for Production of Documents

to Denver on December 3, 2020.

2.      Plaintiffs served their Joint Requests for Production of Documents Nos. 17-18 on December 18, 2020.

3.      This Unopposed Motion for Extension of Time is being filed before the expiration of time limits to respond to both sets of discovery requests prescribed in the Federal Rules of Civil Procedure.

4.      Plaintiffs and Denver have agreed to an extension of time from January 4, 2021, to February 3, 2021, for Denver to respond to the Fitouri Plaintiffs' Second Set of Requests for Production, and from January 18, 2021, to February 3, 2021, for Denver to respond to the Joint Requests for Production of Documents, Nos. 17-18.

5.      Furthermore, Plaintiffs and Denver have agreed to an extension of time from January 8, 2021, to February 3, 2021, for Denver to provide Denver Police Department radio dispatch files, which were requested as part of Plaintiffs' Joint Requests for Production of Documents, No. 2.

6.      Denver believes that good cause exists for this requested extension of time because it requires additional time to confer with Plaintiffs' counsel regarding the scope of Plaintiffs' requests, which has been delayed due to the departure of lead counsel for Denver, David Cooperstein. The brief extension requested will also provide Denver with the additional time it needs to gather information necessary to adequately respond to Plaintiffs' discovery requests.

7.      This requested extension of time will not prejudice Plaintiffs or the Court. No other deadlines will be impacted by the extension of time requested by this Motion.

8.      This is the first extension of time to respond to the discovery requests that are the subject of this motion. The Parties previously stipulated to an extension of time for Defendants to

respond to earlier discovery requests submitted as Plaintiffs' Joint Requests for Production to Denver (Nos. 2-16), the Fitouri Plaintiffs' First Set of Interrogatories to Denver, and the Fitouri Plaintiffs' First Set of Requests for Production to Denver. [Doc. 48, filed October 21, 2020]. In accordance with D.C.COLO.LCivR 6.1(c), a copy of this Unopposed Motion for Extension of Time is being provided contemporaneously to representatives of Denver.

DATED this 30th day of December, 2020.

Respectfully submitted,

By: *s/ Hollie R. Birkholz*
Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
E-mail: robert.huss@denvergov.org
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 30th day of December, 2020, the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' DISCOVERY REQUESTS** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Anya Amalia Havriliak
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-2569

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
303 E. 17th Ave., Suite 350
Denver, CO 80203

Elizabeth Wang
Daniel M. Twetten
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302

Tara Elizabeth Thompson
Loevy & Loevy-Chicago
311 N. Aberdeen Street
Chicago, IL 60607

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
1543 Champa St., Suite 400
Denver, CO 80202
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office