IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

**FITOURI PLAINTIFFS' UNOPPOSED MOTION FOR 30-DAY EXTENSION
TO FILE MOTION FOR CLASS CERTIFICATION**

---

Now come Plaintiffs Sara Fitouri, Jackie Parkins, Jonathen De La Vaca Duran, Kelsey Taylor, Joe Deras, Youssef Amghar, and Andrea Sannier (collectively, the "Fitouri Plaintiffs"), through their counsel, and hereby move for an unopposed 30-day extension of time to file their motion for class certification. In support of their motion, the Fitouri Plaintiffs state as follows:

1. The current deadline to file the motion for class certification is March 26, 2021. Dkt. 46 at 13.

2. In September 2020, the parties began exchanging written discovery and the City has been producing documents and videos responsive to Plaintiffs' requests on a rolling basis. The parties have also had numerous telephonic meet-and-confers to discuss discovery issues, including parameters of email searches for high-ranking or supervisory/command-level personnel in the Denver Police Department (DPD). The City has agreed to complete their production of agreed-

1

upon video and audio communications by February 3, 2020 (including body-worn camera videos and radio communications relating to the protests and Plaintiffs' claims of excessive use of force and violation of their First Amendment rights). The parties have had productive discussions regarding procedures and time frame for production of email responsive to Plaintiffs' requests, which would result in the first set of email to be produced from the DPD Incident Commander by February 17, 2021. In addition, the parties are set to begin taking depositions in mid-February. The parties will work on scheduling additional depositions – particularly of supervisory/command-level members of the DPD with knowledge of the protests – as the relevant email of these individuals is produced.

3.  In addition, undersigned counsel, who is lead counsel for the Fitouri Plaintiffs and has primary responsibility for drafting the motion for class certification and marshaling the evidence in support thereof, has an opening brief due in the Ninth Circuit in a wrongful conviction case on March 22, 2021. This appeal involves a very lengthy record and complicated issues. Undersigned counsel also has a Fifth Circuit appellee brief due on April 9, 2021 in a Section 1983 case involving an appeal from a jury verdict in favor of plaintiffs after a 2½ week trial. This appeal involves a lengthy trial record.

4.  Given the length of time it has taken for the City to produce material responsive to Plaintiffs' discovery requests, and Fitouri Plaintiffs' counsel's competing obligations during the same time frame, the Fitouri Plaintiffs

respectfully request a 30-day extension of the deadline to April 26, 2021 to file their motion for class certification.[1]

5.  Correspondingly, the Defendants' response brief would be due May 26, 2021, and Fitouri Plaintiffs' reply brief would be due on June 9, 2021.

6.  Fitouri Plaintiffs' counsel have conferred with Defendants' counsel, and they have no objection to this motion. (Counsel for the BLM5280 Plaintiffs also have no objection.) No party would be prejudiced by the granting of this motion, and it would not affect any of the other dates (including discovery deadlines) in this case.

WHEREFORE, the Fitouri Plaintiffs respectfully request that this Court grant their unopposed motion and extend the deadline for filing the motion for class certification to April 26, 2021.

Respectfully submitted,

By: s/ Elizabeth Wang
Counsel for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Counsel for Plaintiff*

Tara Thompson
Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
O: 312.243.5900
tara@loevy.com
makeba@loevy.com

---

[1] In addition, the current date for the class certification hearing, May 26, 2021, conflicts with a jury trial that is set before this Court in *O'Connell v. Alejo, et al.*, 1:18-CV-1359, on May 17-26, 2021. Undersigned counsel is the lead trial counsel for Plaintiff Krystal O'Connell in that case.

3

## Certificate of Service

  I, Elizabeth Wang, an attorney, hereby certify that on February 1, 2021, I served via CM/ECF the foregoing Motion, on all counsel of record.

                 s/ Elizabeth Wang
                 Attorney for Plaintiff