IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

## NOTICE OF ENTRY OF APPEARANCE OF COUNSEL

To:   The Clerk of Court and all parties of record

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for Plaintiffs Sara Fitouri, Jacquelyn Parkins, Youssef Amghar, Andrea Sannier, Kelsey Taylor, Jonathen De La Vaca Duran, and Joe Deras (collectively, the "Fitouri Plaintiffs").

Dated: February 1, 2021               /s/ Makeba Rutahindurwa
                                      Attorney for Plaintiffs

                                      LOEVY & LOEVY
                                      311 North Aberdeen Street
                                      3rd Floor
                                      Chicago, IL 60607
                                      (312) 243-5900
                                      makeba@loevy.com