# LOEVY & LOEVY

Elizabeth Wang
elizabethw@loevy.com

2060 Broadway, Suite 460, Boulder, Colorado 80302          direct 720.328.5642

March 5, 2021

*Via CM/ECF*
The Honorable R. Brooke Jackson
Alfrad A. Arraj United States Courthouse A938/Courtroom A902
901 19th Street
Denver, CO 80294

Re: *BLM 5280 v. City and County of Denver, et al.*, 20-CV-1878-RBJ (consolidated)

Dear Judge Jackson:

     We write in advance of the telephonic discovery dispute hearing on Monday, March 8, 2021 at 10:00 a.m., to provide the Court with a list of the discovery disputes in this matter. We hope that this list can help guide the hearing. The disputes are as follows:

1. The City of Denver's failure to produce documents relating to aid provided by DPD's Mutual Aid Partners (outside law enforcement agencies who provided assistance to DPD) during the protests, including: a) a Mutual Aid Partner roster for May 29, 2020; b) a list of all Mutual Aid partners; c) and after-action reports generated by Mutual Aid Partners.

2. The City of Denver's failure to produce documents in response to Plaintiffs' requests for DPD training and policy documents relating to use of less-lethal weapons, crowd control, and management of protests.

3. The City of Denver's failure to produce documents relating to the DPD's use of less-lethal weapons against protestors at a protest in 2011 in Civic Center Park.

4. The City of Denver's failure to produce the Internal Affairs file of the citizen complaint filed against DPD by Plaintiff Johnathen De La Vaca Duran.

5. The City of Denver's failure to produce complaints from the past five years alleging misconduct on the part of DPD officers relating to use of excessive force and any internal investigation of such documents, and the City's rejection of Fitouri Plaintiffs' proposed search terms to narrow the scope of the request.

Sincerely,

Elizabeth Wang                     s/ Patrick Reidy
Counsel for Fitouri Plaintiffs     Counsel for BLM 5280 Plaintiffs