IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: March 8, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BLACK LIVES MATTER 5280 et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br>**Defendants** | *Patrick Reidy*<br>*Andrew McNulty*<br>*Makeba Rutahindurwa*<br>*Elizabeth Wang*<br><br><br><br>*Hollie Birkholtz* |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 10:01 a.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on discovery disputes.

**ORDERED:** Defendant is to produce all materials outlined in item number 1 ECF No. 71.

**Defendant is to produce master list of officers who obtained certification for use of pepper balls and 40mm launchers that was in effect during the period May 28, 2020 through June 2, 2020.**

**Defendant is to produce training academy records involving documents referred to on page 51 of the OIM report concerning decline in volume and frequency of crowd control and field training.**

**ORDERED:** **Request for documents relating to DPD's use of less-lethal weapons against protestors at a protest in 2011 in Civic Center Park is DENIED.**

**Defendant agrees to produce the Internal Affairs file of the citizen complaint filed against DPD by Plaintiff Johnathen De La Vaca Duran.**

**Parties will work to narrow the search terms in the request regarding number 5 in ECF No. 71.**

Court in Recess:  10:30 a.m.            Hearing concluded.            Total time in Court:  00:29