## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et. al.,

    Defendants.

---

### PLAINTIFFS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CIDNEY FISK PURSUANT TO D.C.COLO.LAttyR 5(b)

---

The undersigned attorneys from Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") and the American Civil Liberties Union Foundation of Colorado ("ACLU of Colorado") (collectively, "Plaintiffs' Counsel"), hereby submit this *Motion for Leave to Withdraw as Counsel for Plaintiff Cidney Fisk Pursuant to D.C.COLO.LAttyR 5(b)*, and in support thereof, states as follows.

### BACKGROUND

1. Plaintiffs' Counsel asks this Court to allow them to withdraw as counsel for Plaintiff Cidney Fisk. By way of procedural background, on or around June 25, 2020, Plaintiffs' Counsel filed a Complaint against the City and County of Denver and the individually named Denver Police Department Officers ("Denver") on behalf of several Plaintiffs, including Ms. Fisk. *See* ECF No. 1. On or around September 22, 2020, Denver served *City and County of Denver's First Set of*

*Combined Discovery to Plaintiffs* in this matter. Plaintiffs' Counsel promptly began attempting to obtain the requested information from Ms. Fisk, including through emails, telephone calls, voice mails, text messages, and private carrier mail.  Despite these efforts, Ms. Fisk has not been consistently responsive and as of the date of this filing she has not fully responded to Plaintiffs' Counsel's requests for information responsive to Denver's discovery requests.[1]

2.   For these reasons, on January 13, 2021, Arnold & Porter sent Ms. Fisk a letter by FedEx notifying her of Plaintiffs' Counsel's intent to withdraw as counsel for her in this matter.  To date, Plaintiffs' Counsel has not received a response from Ms. Fisk and, accordingly, has decided to proceed with filing the present motion.

## **BASIS FOR RELIEF**

3.   D.C.COLO.LAttyR 5(b) permits an attorney who has filed an Entry of Appearance or has appeared otherwise in a case to seek to withdraw on motion showing good cause. Here, undersigned counsel seeks to withdraw from counsel's appearance to represent Plaintiff Cidney Fisk in this action.  As stated above, the District of Colorado's Local Rules of Practice provide that an attorney may seek to withdraw representation "on motion showing good cause" by stating "the reasons for withdrawal, unless the statement would violate the rules of professional conduct."     D.C.COLO.LAttyR 5(b); *see also Palgut v. City of Colorado Springs*, No. CIVA06CV01142-WDMMJW, 2009 WL 539723, at *4 (D. Colo. Mar. 3, 2009).  The Colorado Rules of Professional Conduct (the "Colorado Rules") serve as the standards of professional responsibility for attorneys appearing in the District of Colorado.  *See* D.C.COLO.LAttyR 2.  The current Colorado Rules, effective March 15, 2018, provide that a lawyer may withdraw from

---

[1] Upon request of the Court, Plaintiffs' Counsel will provide a detailed timeline of their efforts to communicate and coordinate with Ms. Fisk.

representing a client if "the client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled."   Colo. RPC § 1.16(b)(5).   An attorney may also withdraw if the representation "has been rendered unreasonably difficult by the client."  Colo. RPC § 1.16(b)(6).

4.   Plaintiffs' Counsel respectfully requests that this Court permit them to withdraw from their appearance as counsel to Ms. Fisk, and on the basis that good cause is shown. Plaintiffs' Counsel has made multiple attempts to reach her to obtain information necessary to prepare her case and to respond to the Defendants' discovery requests, but has been unable to obtain the requested information.

5.   Plaintiffs' Counsel's last known mailing address for Ms. Fisk is 5100 Leadsdale Dr., Apt. 438,  Denver, CO, US, 80246.  Plaintiffs' Counsel's last known mailing address for Ms. Fisk's family is 14362 E. Rd. Delta, CO, US, 81416.  Immediately upon filing, copies of this Motion will be delivered to Ms. Fisk by certified U.S. Mail to both addresses, along with a letter notifying her of her right to object to this Motion and the relief requested herein.

6.   If the relief sought herein is granted, the pro se party has the burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and understands that he/she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

7.   Undersigned counsel requests that all Notices of Electronic Filing issued in this matter be terminated with respect to counsel as it relates to Ms. Fisk.  Undersigned counsel acknowledges

that Ms. Fisk will continue to receive from the court or from the opposing counsel or parties notice of all documents filed in this case.

WHEREFORE, undersigned counsel respectfully requests that the Court grant this motion for leave to withdraw from providing representation to Plaintiff Cidney Fisk pursuant to D.C.COLO.LAttyR 5(b).

DATED this 9th day of March 2021.         Respectfully submitted,

By: *s/ Patrick C. Reidy*
        Timothy R. Macdonald
        Matthew J. Douglas
        Ed Aro
        R. Reeves Anderson
        Colin M. O'Brien
        Kathleen K. Custer
        Arnold & Porter Kaye Scholer, LLP
        1144 Fifteenth Street, Suite 3100
        Denver, Colorado 80202
        Telephone: (303) 863-1000
        Facsimile: (303) 832-0428
        Timothy.Macdonald@arnoldporter.com
        Matthew.Douglas@arnoldporter.com
        Ed.Aro@arnoldporter.com
        Reeves.Anderson@arnoldporter.com
        Colin.Obrien@arnoldporter.com
        Katie.Custer@arnoldporter.com

        Patrick C. Reidy
        Arnold & Porter Kaye Scholer, LLP
        70 West Madison Street, Suite 4200
        Chicago, Illinois 60602-4321
        Telephone: (312) 583-2424
        Patrick.Reidy@arnoldporter.com

        *In cooperation with the American Civil Liberties
        Union Foundation of Colorado*

        Mark Silverstein
        Sara Neel
        Arielle Herzberg
        American Civil Liberties Union Foundation
        of Colorado
        303 E. Seventeenth Ave., Suite 350
        Denver, Colorado 80203
        Telephone: (303) 777-5482
        Facsimile: (303) 777-1773
        Msilverstein@aclu-co.org
        Sneel@aclu-co.org
        Aherzberg@aclu-co.org

        *Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 9, 2021, I served the foregoing **PLAINTIFFS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CIDNEY FISK PURSUANT TO D.C.COLO.LAttyR 5(b)** via CM/ECF to the following:

Daniel Moore Twetten
Elizabeth C. Wang
Tara Elizabeth Thompson
dan@loevy.com
elizabethw@loevy.com
tara@loevy.com
*Attorneys for Consolidated Plaintiffs Sara Fituori, Jacquelyn Parkins, Kelsey Taylor, Youssef Amghar, Andy Sannier, Francesca Lawrence, Joe Deras, and Johnathen Duran*

Sarah B. Peasley
Robert Huss
Katherine Field
Emily Dreiling
Sarah.Peasley@denvergov.org
Robert.Huss@denvergov.org
Kate.Field@denvergov.org
Emily.Dreiling@denvergov.org
*Attorneys for Defendant City and County of Denver and Consolidated Defendants Jacqueline A. Velasquez, M. Davis, Andrew Nielsen, Zachary Moldenhauer, Jacob Vaporis, Kevin Beasley, Chelsea Novotny, Christopher Cochran, Paul Hogan, Heather R. Jossi, Anthony E. Tak, and J. Lnu*

I further certify that on March 9, 2021, I served a file-stamped copy of the **PLAINTIFFS' COUNSEL'S MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CIDNEY FISK PURSUANT TO D.C.COLO.LAttyR 5(b)** to Plaintiff Cidney Fisk via Certified U.S. First-Class Mail to her last known addresses.

*/s/ Patrick Reidy by Tanya D, Huffaker*