**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ

(consolidated with 1:20-cv-01922-RBJ-MEH

and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et. al.,

    Defendants.

---

**PROPOSED ORDER GRANTING LEAVE TO WITHDRAW AS COUNSEL FOR PLAINTIFF CIDNEY FISK PURSUANT TO D.C.COLO.LAttyR 5(b)**

---

PURSUANT to D.C.COLO.LAttyR 5(b) of the District of Colorado Local Rules of Practice, the *Plaintiffs' Counsel's Motion for Leave to Withdraw as Counsel for Plaintiff Cidney Fisk Pursuant to D.C.Colo.LAttyR 5(B)* filed by attorneys from Arnold & Porter Kaye Scholer LLP ("Arnold & Porter") and the American Civil Liberties Union Foundation of Colorado ("ACLU of Colorado") (collectively, "Plaintiffs' Counsel"), filed March 9, 2021, is **granted**. Plaintiffs' Counsel, having represented Ms. Fisk, has shown good cause for allowing the withdrawal of counsel's representation of the party.

The pro se party is reminded of the party's burden of keeping the Court and the other parties informed where later notices, pleadings, and other papers may be served and of

understanding that he/she has the obligation to prepare for trial or have other counsel prepare for trial; that failure or refusal to meet these burdens may subject him/her to legal consequences such as dismissal or default; and that the dates of any proceedings including trial and holding of such proceedings will not be affected by the completion of the limited appearance of counsel.

All Notices of Electronic Filing issued in this matter are hereby terminated with respect to counsel as it relates to Ms. Fisk.  Ms. Fisk, as pro se party, will continue to receive from the Court or from the opposing counsel or parties notice of all documents filed in this case.

DATED at Denver, Colorado, this ____ day of March 2021.

BY THE COURT:

United States District Court Judge