# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Robert Huss, Assistant City Attorney for the City and County of Denver, hereby enters his appearance as counsel of record on behalf of Daniel Felkins and David Abeyta.

DATED this 18th day of March 2021.

    Respectfully submitted,

By: *s/ Robert Huss*
Robert Huss, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: robert.huss@denvergov.org
*Attorney for the City and County of Denver and the individually named Denver Police Department Officers*

# CERTIFICATE OF SERVICE

I hereby certify that on this 18th day of March, 2021, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Via Electronic Mail
Arnold & Porter Kaye Scholer LLP-Denver
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Robert Reeves Anderson
Timothy R. Macdonald
Patrick Reidy
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
reeves.anderson@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Daniel M. Twetten
Tara Elizabeth Thompson
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
dan@loevy.com
tara@loevy.com
makeba@loevy.com

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
amcnulty@kln-law.com
ralison@kln-law.com
*Counsel for Plaintiffs*

*s/ Sarah Peasley*
Denver City Attorney's Office