IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5820 et al.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

_____

**NOTICE OF ENTRY OF APPEARANCE**
_____

    Andrew D. Ringel, Esq., of Hall & Evans, L.L.C., enters his appearance on behalf of Defendants City and County of Denver, Daniel Felkins, David Abeyta, Anthony E. Tak, Paul Pazen, and John Brinkers[1].

---

[1] Upon information and belief, the Defendant designated "J. LNU" is intended to reference Detective John Brinkers.

Dated this 24th day of March, 2021.

Respectfully submitted,

*s/ Andrew D. Ringel*          .
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3453
Fax:       303-628-3368
ringela@hallevans.com

**ATTORNEYS FOR DEFENDANTS CITY AND COUNTY OF DENVER, DANIEL FELKINS, DAVID ABEYTA, ANTHONY E. TAK, PAUL PAZEN, AND JOHN BRINKERS**

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on the 24th day of March, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Areille K. Herzberg, Esq.
aherzberg@aclu-co.org

Colin M. O'Brien, Esq.
Colin.obrien@arnoldporter.com

Edwin P. Aro, Esq.
Ed.aro@arnoldporter.com

Mark Silverstein, Esq.
msilverstein@aclu-co.org

Matthew J. Douglas, Esq.
Matthew.douglas@arnoldporter.com

Patrick C. Reidy, Esq.
Patrick.reidy@arnoldporter.com

Robert R. Anderson, Esq.
Reeves.anderson@arnoldporter.com

Timothy R. Macdonald, Esq.
Timothy.macdonald@arnoldporter.com

Sara R. Neel, Esq.
sneel@aclu-co.org

Anya A. Havriliak, Esq.
Anya.havriliak@arnoldporter.com

Elizabeth Wang, Esq.
elizabethw@loevy.com

Daniel M. Tweeten, Esq.
dan@loevy.com

Tara E. Thompson, Esq.
tara@loevy.com

Makeba Rutahindurwa, Esq.
makeba@loevy.com

Andrew McNulty, Esq.
amcnulty@kln-law.com

Reid Allison, Esq.
rallison@kln-law.com

*s/Nicole Marion,* Legal Assistant of
Andrew D. Ringel

3