IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

## MOTION TO WITHDRAW

---

NOW COME Plaintiffs Sara Fitouri, Jackie Parkins, Jonathan De La Vaca Duran, Kelsey Taylor, Joe Deras, Youssef Amghar, and Andrea Sannier (collectively, the Fitouri Plaintiffs) by and through their counsel LOEVY & LOEVY, and hereby seeks leave of the Court to withdraw attorney Tara Thompson as counsel for Fitouri Plaintiffs. In support, Plaintiffs states as follows:

1.      Ms. Thompson has concluded her employment at Loevy & Loevy, the law firm representing Fitouri Plaintiffs.

2.      Plaintiffs will continue to be represented by Elizabeth Wang, Makeba Rutahindurwa, and Daniel Twetten of Loevy & Loevy

3.      No party will be prejudiced if Ms. Thompson is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully requests the court enter an order permitting her to withdraw as counsel in this matter.

Dated: April 9, 2021

/s/ Elizabeth Wang
One of Plaintiffs' Attorneys

Elizabeth Wang
Daniel M. Twetten
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720-328-5642
elizabethw@loevy.com
*Counsel for Plaintiffs*

Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312-243-5900
makeba@loevy.com
*Counsel for Plaintiffs*

**Certificate of Service**

I, Elizabeth Wang, an attorney, hereby certify that on April 9, 2021, I served via CM/ECF the foregoing Motion, on all counsel of record.

/s/ Elizabeth Wang
One of Plaintiffs' Attorneys