IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

## FITOURI PLAINTIFFS' UNOPPOSED MOTION
## FOR LEAVE TO FILE EXCESS PAGES

---

Now come the Fitouri Plaintiffs, through their counsel, and hereby move for leave to file a 20-page motion for class certification. In support of their motion, the Fitouri Plaintiffs state as follows:

1.      The Court's practice standards limit motions to 15 pages, counting from the top of the caption to the bottom of the certificate of service.

2.      The deadline for filing the motion for class certification is Monday, April 26, 2021.

3.      Counsel for the Fitouri Plaintiffs have very diligently attempted to confine their motion for class certification to the 15-page limit, but it is difficult to do so and provide an adequate discussion of the facts and arguments supporting class certification and the Rule 23 factors.

4.      The Fitouri Plaintiffs request an additional 5 pages for their motion, so that it is 20 pages.

5.      Plaintiffs have conferred with the Defendants, and they have no objection to this motion.

WHEREFORE, the Fitouri Plaintiffs respectfully request leave to file a motion for class certification of 20 pages.

Respectfully submitted,

By: s/ Elizabeth Wang
Counsel for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
O: 312.243.5900
makeba@loevy.com

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on April 22, 2021, I served via CM/ECF the foregoing Unopposed Motion, on all counsel of record.

s/ Elizabeth Wang
Attorney for Plaintiff