IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

### MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 100-102 TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

---

Now come the Fitouri Plaintiffs, by and through their counsel, Loevy & Loevy, and hereby seek leave of the Court to file under seal exhibits 100, 101, and 102 to Plaintiffs' Motion for Class Certification. In support, Plaintiffs state as follows:

1. Plaintiffs' Motion for Class Certification is due today, April 26, 2021. Accompanying the motion are numerous exhibits.

2. Exhibits 100-102 are the Denver Police Department ("DPD") Operations Plans for May 28, 30, and 31, 2020. The City provided Plaintiffs with these plans pursuant to the parties' protective order in this case. *See* Dkt. 41.

3. These plans were marked by the City as confidential, presumably because they contain information about "non-public law enforcement techniques and procedures." Dkt. 41 at 2.

1

4. In light of the Court's practice standards, Plaintiffs emailed the City to confer on whether the City has any objection to filing the Operations Plans publicly or whether the City wants them filed under seal, given that the City marked them confidential.

5. The City responded that Plaintiffs should seek to file the exhibits under seal, because the version of the Operations Plans produced by the City in this litigation contain fewer redactions than the City's Department of Public Safety provides to the public pursuant to CORA/CCJRA.

WHEREFORE, Plaintiffs respectfully request that this Court grant leave to file under seal Exhibits 100, 101, and 102 to Plaintiffs' Motion for Class Certification.

Respectfully submitted,<br>
By: s/ Makeba Rutahindurwa

Elizabeth Wang, Loevy & Loevy  
2060 Broadway, Ste. 460, Boulder, CO 80302  
elizabethw@loevy.com; O: 720.328.5642  

Makeba Rutahindurwa, Loevy & Loevy  
311 N. Aberdeen St., Chicago, IL 60607  
makeba@loevy.com; O: 312.243.5900

## CERTIFICATE OF SERVICE

I, Makeba Rutahindurwa, an attorney, hereby certify that on April 26, 2021, I served via CM/ECF the foregoing Motion for Class Certification on all counsel of record.

s/ Makeba Rutahindurwa