# EXHIBIT LIST TO PLAINTIFF'S MOTION FOR CLASS CERTIFICATION

| Exhibit Number | Description | Bates No. / Time Frame/ Pgs |
| --- | --- | --- |
| 1 | Incident Detail Report, 5/28/20 | DEN 1-17_CAD Report 05.28.2020 |
| 2 | Declaration of Claire Sannier | |
| 3 | Declaration of Sara Fitouri | |
| 4 | Declaration of Jacquelyn Parkins | |
| 5 | Declaration of Johnathen D. Duran | |
| 6 | Declaration of Kelsey Taylor | |
| 7 | Declaration of Youssef Amghar, with photos | |
| 8 | Declaration of Joe Deras | |
| 9 | Deposition of DPD Officer Adam Bolton | |
| 10 | HALO video, 5/28, Washington and Colfax | DEN 3850 (8:23-8:45 p.m.) |
| 11 | Denver BWC, 5/28, Washington and Colfax | DEN 4043 (Ofc. Bolton) |
| 12 | Denver BWC, 5/28, Washington and Colfax | DEN 4041 (Ofc. Altman) |
| 13 | Denver BWC, 5/28, Washington and Colfax | DEN 4047 (Ofc. Hastings) |
| 14 | Denver BWC, 5/28, Washington and Colfax | DEN 4050 (Sgt. Tak) |
| 15 | Denver BWC, 5/28, Washington and Colfax | DEN 4051 (Ofc. Truong) |
| 16 | Photos from Robert Helmick, 5/28, Washington and Colfax | Fitouri 10957-10960 |
| 17 | Video from Robert Helmick, 5/28, Washington and Colfax | Fitouri 10966 |
| 18 | Video from Robert Helmick, 5/28, | Fitouri 10967 |

1

|    | Washington and Colfax |    |
|----|---|---|
| 19 | Deposition of DPD Sergeant Anthony Tak | |
| 20 | Deposition of Sergeant Rick Beall | |
| 21 | CSP video, 5/28, 14th and Sherman | 05282020 v63.ave (8:30-9:15 p.m.) |
| 22 | CSP video, 5/28, 14th and Sherman | 05282020 v29.ave (8:30-9:15 p.m.) |
| 23 | Denver BWC, 5/28, 14th and Sherman | DEN 4023 (Ofc. LeFebre) |
| 24 | Incident Detail Report, 5/31/20 | DEN 59-67_CAD Report 05.31.20 |
| 25 | Denver BWC, 5/28, 14th and Sherman | DEN 4027 (Ofc. Floyd) |
| 26 | Denver BWC, 5/28, 14th and Sherman | DEN 4030 (Ofc. Horton) |
| 27 | Denver BWC, 5/28, 14th and Sherman | DEN 4021 (Sgt. Beall) |
| 28 | Video from Robert Helmick, 5/28, 14th and Sherman | Fitouri 10968 |
| 29 | 9 News aerial footage, 5/28 | 9News 5-28-2020 4 |
| 30 | Emergency Curfew Orders | DEN 000112-16 |
| 31 | Summons and Complaints and Statements of Probable Cause for Curfew Arrestees, with chart (group exhibit) | |
| 32 | Video from Claire Sannier, 5/30, 16th and Welton/California | Fitouri 10939 |
| 33 | Video from Shavonne Blades, 5/30, 16th and Welton/California | Fitouri 11239 |
| 34 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 304 (Ofc. Rosenblatt) |
| 35 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 623 (Ofc. Wilson) |

| 36 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 577 (Sgt. Carlson) |
|---|---|---|
| 37 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 579 (Ofc. Enriquez) |
| 38 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 616 (Ofc. Tisdale) |
| 39 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 323 (Ofc. Smick) |
| 40 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 561 (Ofc. Allen) |
| 41 | Aurora BWC, 5/30, 16th and Welton/California | COABLM 605 (Ofc. Preston) |
| 42 | Deposition of Aurora Police Sgt. Patrick Shaker | |
| 43 | Deposition of Aurora Police Capt. Stephen Redfearn | |
| 44 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 317 (Sgt. Shaker) |
| 45 | CSP video, 5/30, Lincoln and Colfax | CSP 05302020 v101.ave (6:15-7:28 p.m.) |
| 46 | CSP video, 5/30, Lincoln and Colfax | CSP 05302020 v211.ave (6:00-8:00 p.m.) |
| 47 | CSP video, 5/30, Lincoln and Colfax | CSP 05302020 v217.ave (6:00-8:00 p.m.) |
| 48 | CSP video, 5/30, Lincoln and Colfax | CSP 05302020 v93.ave (6:00-8:00 p.m.) |
| 49 | Aerial news helicopter video, 5/30, Lincoln and Colfax | 9News 5-30-2020 7 (approximately 1:11:22-3:11:22 minutes depicts 6:00-8:00 p.m.) |
| 50 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 231 (Sgt. Brukbacher) |
| 51 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 238 (Ofc. Campbell) |

| 52 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 294 (Capt. Redfearn) |
|---|---|---|
| 53 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 296 (Capt. Redfearn) |
| 54 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 297 (Capt. Redfearn) |
| 55 | DPD Officer Statements (group exhibit) | DEN 2797-2799 (Sgt. Beall); DEN 2811 (Bollwahn); DEN 2831-2832 (Lt. Canino); DEN 2854-2858 (Connors); DEN 2878 (Giggey); DEN 2896-2899 (Hoffecker); DEN 2926 (Sgt. Lucero); DEN 2934-2940 (McDermott); DEN 3018-3027 (Lt. Williams); DEN 3245 (Apala); DEN 3298 (Chavez); DEN 3330 (Giggey); DEN 3382-3383 (Martinez); DEN 3282-3283 (Capolungo); DEN 3403-3405 (Moser); DEN 3421-3422 (Lt. Porter); DEN 3469-3470 (Vaporis) |
| 56 | Aurora BWC, 5/30, Lincoln and Colfax | COABLM 330 (Ofc. Spano) |
| 57 | Denver BWC, 5/30, Lincoln and Colfax | DEN 4976 (Ofc. Altman) |
| 58 | Denver BWC video, 5/30, Lincoln and Colfax | DEN 4988 (Ofc. Bishop) |
| 59 | Denver BWC video, 5/30, Lincoln and Colfax | DEN 4993 (Ofc. Bolton) |
| 60 | Denver BWC video, 5/30, Lincoln and Colfax | DEN 5011 (Ofc. Carmody) |
| 61 | Denver BWC video, 5/30, Lincoln and Colfax | DEN 5017 (Ofc. Cunningham) |
| 62 | Denver BWC video, 5/30, Lincoln and Colfax | DEN 5047 (Ofc. Sampson) |
| 63 | Photos from Robert Helmick, 5/30, Lincoln and Colfax | Fitouri 10964-10965 |

| 64 | Video from Youssef Amghar, 5/30, Lincoln and Colfax, 6:56 p.m. | Fitouri 6 |
|---|---|---|
| 65 | Video from Youssef Amghar, 5/30, Lincoln and Colfax, 7:00 p.m. | Fitouri 7 |
| 66 | Video from Joe Deras, 5/30, Lincoln and Colfax | Fitouri 117 |
| 67 | Video from Joe Deras, 5/30, Lincoln and Colfax, 6:50 p.m. | Fitouri 122 |
| 68 | Photos from Bennett Stebleton, 5/30, Lincoln and Colfax, 6:58-6:59 p.m. | Fitouri 11059-11061 |
| 69 | Video from Shavonne Blades, 5/30, Lincoln and Colfax, approximately 6:30-7:00 p.m. | Fitouri 11242 |
| 70 | Video from Shavonne Blades, 5/30, Lincoln and Colfax, approximately 7:00-7:31 p.m. | Fitouri 11243 |
| 71 | Photo from Johnathen D. Duran, 5/30, Lincoln and Colfax | Fitouri 16922 |
| 72 | Aurora BWC, 5/31, kettling at Basilica, Colfax and Pennsylvania | COABLM 345 (Ofc. Alcorta) |
| 73 | Radio communications, 5/31 | DEN 5146 (from 2020-05-31_21.35.24 through 2020-05-31_21.41.23) |
| 74 | Declaration of Elizabeth Wang, with Loevy & Loevy Firm Resume (attached as Exhibit A) | |
| 75 | HALO video of Colfax and Pennsylvania, 5/31 (Basilica kettling) | DEN 3874 (9:30-9:45 p.m.) |
| 76 | HALO video of Colfax and Logan, 5/31 (Basilica kettling) | DEN 3873 (9:30-9:45 p.m.) |
| 77 | Denver BWC, 5/31, Colfax and Logan (Basilica kettling) | DEN 5085 (Sgt. Beall) |

| 78 | Denver BWC, 5/31, Basilica kettling | DEN 5109 (Ofc. Hoffecker) |
|---|---|---|
| 79 | Aurora BWC, 5/31, Basilica kettling | COABLM 398 (Sgt. Carlson) |
| 80 | Aurora BWC, 5/31, Basilica kettling | COABLM 375 (Ofc. Bubna) |
| 81 | Aurora BWC, 5/31, Basilica kettling | COABLM 376 (Ofc. Bubna) |
| 82 | Aurora BWC, 5/31, Basilica kettling | COABLM 402 (Ofc. Chamberland) |
| 83 | 9News aerial helicopter video, 5/31 | 9News 5-31-2020 4 (1:37:11-1:39:11 minutes depicts kettling at Basilica at approximately 9:35-9:40 p.m.) |
| 84 | Video from Johnathen D. Duran, 5/31, Basilica kettling | Fitouri 228 |
| 85 | Video from Johnathen D. Duran, 5/30, Lincoln and Colfax | Fitouri 205 |
| 86 | Video from Johnathen D. Duran, 5/30, Lincoln and Colfax | Fitouri 208 |
| 87 | Video from Johnathen D. Duran, 5/30, Colfax between Lincoln and Broadway | Fitouri 210 |
| 88 | Declaration of Shavonne Blades | |
| 89 | Declaration of Robert Helmick | |
| 90 | Declaration of Tejas Cousik | |
| 91 | Declaration of Emma Smedberg | |
| 92 | Declaration of Abby Zinman | |
| 93 | Declaration of Brianne Sanchez, with photos | |
| 94 | Declaration of Bennett Stebleton | |
| 95 | Declaration of Jesse Newman | |

| 96 | Declaration of Hayley Banyai-Becker | |
|---|---|---|
| 97 | CSP video, 5/30, Lincoln and Colfax | CSP 05302020 v88.ave (6:00-8:00 p.m.) |
| 98 | Declaration of Madeleine Kelly | |
| 99 | Report by the Office of the Independent Monitor, The Police Response to the 2020 George Floyd Protests in Denver, an Independent Review | DEN 3925-4018 |
| 100 | DPD Operations Plan, 5/28 (CONFIDENTIAL, leave sought to file under seal) | DEN 1946-1957 |
| 101 | DPD Operations Plan, 5/30 (CONFIDENTIAL, leave sought to file under seal) | DEN 1970-1982 |
| 102 | DPD Operations Plan, 5/31 (CONFIDENTIAL, leave sought to file under seal) | DEN 1983-1995 |
| 103 | Incident Detail Report, 5/30/20 | DEN 36-58_CAD Report 05.30.20 |
| 104 | Defendant City and County of Denver's Response to Fitouri Plaintiffs' First Set of Interrogatories | |
| 105 | Chart of instances of use of force on protestors on 5/30/30 at Lincoln and Colfax, as shown on video | |
| 106 | Deposition of DPD Det. Kimberly Hanson | |
| 107 | Declaration of Ruby Tedeschi | |