IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF CLAIRE SANNIER

Pursuant to 28 U.S.C. § 1746, I, Claire Sannier, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. My legal name is Andrew Sannier. At the time the lawsuit was filed, I used my legal name.

2. I am a software engineer and a resident of Denver, Colorado.

3. On numerous days beginning on May 28, 2020, I attended the protests against police brutality in Denver to support the message of Black Lives Matter.

4. On May 28, 2020, I joined the protests at around 5:00 or 6:00 p.m. I marched with other peaceful protestors near the Capitol and on streets downtown. We marched to I-25. I did not get on I-25. This was at about 7:00 p.m. Police officers fired chemical irritants at the protestors who had been on I-25, and bystanders who were on the pedestrian bridge over I-25 were exposed to large doses of chemical irritants. During this, I remained at the side of the highway (not on the highway)

1

EXHIBIT 2

and at one point, I got onto the pedestrian bridge. I inhaled the chemical irritants that the police used. I saw no justification for this use of force on the bystanders and protestors, such as myself, who were on the pedestrian bridge. The police gave no warning before using force and did not attempt to alert bystanders that they would be impacted by the tear gas. I did not throw anything at the police or commit any acts that would have justified this use of force.

5. On May 28, 2020, I was present at the intersection of Colfax and Washington, near the police station. There were at least 100 protestors present. We had marched from the Capitol to the police station because we were protesting the police.

6. At approximately 8:30 p.m., police officers used tear gas on me and other peaceful protestors. I did not hear officers issue any warnings or orders prior to using tear gas, and I did not commit any acts that could have justified the use of tear gas on me. I also did not see any acts that warranted the use of tear gas at that time.

7. I suffered the adverse effects of tear gas. This included difficulty breathing, coughing, tearing and a burning sensation in my eyes, mouth, nose and skin.

8. On May 29, 2020, from approximately 8:00-8:45 p.m., I was peacefully protesting at the intersection of Colfax and Broadway and Lincoln and in the area of the Capitol lawn. I was chanting messages such as, "Why are you in riot gear? I don't see no riot here." Police officers shot tear gas and pepperballs at peaceful

protestors, including myself, without provocation or warning. I did not hear officers give any warnings or orders prior to using force on us.

9. This is a photo I took during the above-referenced incident:



10. On May 30, 2020, at approximately 4:00 p.m., I marched with other peaceful protestors in the downtown area. There were approximately 1,000 protestors. At approximately 4:48 p.m., I was with a group of the protestors (roughly 100 or more) near the 16th Street Mall, between California and Welton.

Suddenly, police officers began shooting pepperballs at us without justification or warning. The officers shot pepperballs into the crowd generally and did not appear to aim at specific persons. At the time, I was kneeling before the officers and chanting, "Hands up, don't shoot." Other protestors were doing the same or were laying down on the ground. I did not see anyone throw anything or commit any act of violence that would have justified the use of force. I did not hear officers issue any warnings or orders prior to using force on us.

11. A video I took of the above-referenced incident (Bates-stamped Fitouri 10939) is attached to the instant motion as an exhibit.

12. On May 30, 2020, between approximately 6:00-8:00 p.m., I was at the intersection of Lincoln and Colfax, protesting with a large group of other protestors. There were hundreds of protestors in the area during this time period.

13. The protestors were chanting and some were kneeling. There were times when I chanted and/or kneeled on the ground as well. There was a line of police officers in riot gear, lined up across Colfax, who were shooting projectiles at the protestors facing them on Lincoln. The officers also threw flashbang grenades, threw tear gas at, and shot pepperballs at us. The repeated police use of tear gas was indiscriminate; they targeted everyone.

14. A flashbang went off right near my head, and I became disoriented. I inhaled large quantities of tear gas and the flashbang caused disorientation and a ringing in my ears. There was no justification for this use of force. I had not thrown

anything at anyone or done anything that warranted this use of force. There were no warnings given prior to the use of force.

15. On May 31, 2020, at approximately 9:30 p.m., I was at or near the Basilica on Colfax between Logan and Pennsylvania demonstrating peacefully with other protestors. There were probably hundreds of protestors present. We were marching east.

16. We encountered a line of police officers on Pennsylvania. We stopped.

17. Out of nowhere, more police officers appeared behind us on Logan.

18. The police officers kettled protestors—meaning, protestors were trapped by the police between two groups of officers, one on Logan and one on Pennsylvania—and they proceeded to deploy tear gas and flashbangs from both sides.

19. The Basilica had a yard area with a tall metal fence. On the other side of the street were two large buildings and only a narrow alleyway between them.

20. The protestors tried to escape the tear gas, but it was difficult because of the fence on one side and buildings on the other side of the street with only a narrow alley.

21. Many protestors were trapped between clouds of tear gas, and it was difficult to escape or breathe. The police used heavy amounts of tear gas on us.

22. I inhaled large quantities of tear gas. I coughed, had difficulty breathing, had irritation and burning in the eyes, nose, throat and mouth, and I felt a burning sensation on my skin.

5

23. I and other people were panicked and scared.

24. I did not hear the police give any warnings or orders before shooting tear gas and projectiles at us.

25. There was no apparent provocation for this use of force.

26. I did not see any protestors throwing anything at the officers or committing any act of violence.

27. The officers' actions seemed to be coordinated. It felt like they trapped us intentionally for the purpose of using chemical munitions on us.

28. On June 1, 2020, I joined other protestors who marched downtown. I was with a few hundred other protestors on the Capitol lawn until midnight. The protest was peaceful.

29. At midnight (June 2, 2020), dozens of police officers came out of the shadows at the Capitol, and protestors began chanting, "Why are you in riot gear, I don't see no riot here."

30. I laid down in the street with other people linking arms. There were also protestors demonstrating against the police in a line. Officers began marching onto the lawn and without giving any warnings or orders, the officers teargassed the protestors and used a noise cannon or some kind of weapon that created an irregular strobing sound that was extremely disorienting. I became disoriented, inhaled tear gas, and soon afterwards, I left.

31. When I approached Lincoln and Broadway and approximately 13th Avenue, roughly 50 officers surrounded me and other medics in a corner and doused

6

us with pepper spray. I was hit by roughly a dozen pepperballs at point blank range. There was no justification for this use of force and no warnings given. The medics I was with were wearing gear clearly identifying them as medics.

32. I was then tackled from behind by an officer, who said words to the effect of, "Get on the fucking ground!" This was the first and only order that I heard from any officer during the entire time that I attended the protests. The officer put his knee on my back and placed me in handcuffs.

33. I was arrested for violating the emergency curfew and for failure to obey a lawful order, despite never receiving any lawful orders. I have reviewed the statement of probable cause for my arrest. It states, "On 6/02/20 at 0025 hours the listed suspect was given multiple orders by Tak # 00018 and failed to comply with the emergency curfew order and was arrested by uniform officer(s) at the listed location." I was not "given multiple orders" by any officer.

34. When I was in the police van, there was a younger protestor next to me who was also handcuffed and who was sobbing, saying that he could not breathe and needed his inhaler. I tried to get him to calm down. The younger protestor asked the officers for his inhaler. The officers apparently heard him—they opened and closed the door numerous times—but they ignored him.

35. I was taken to the downtown detention center and detained for approximately 36 hours.

36. During the multiple days that I attended the protests, I never heard any officer say anything to protestors before using "less-lethal" weapons on them.

7

The only time that I heard an officer say anything was when I was arrested in the early morning hours of June 2, 2020 and was tackled to the ground with the order to "[g]et on the fucking ground!"

37. The charges against me were later dismissed.

38. On one or more days when the curfew was in effect, I saw many non-protestors present in public places in Denver after curfew who were ignored by police officers and were not shot at, teargassed, pepper sprayed, or arrested.

39. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

_04/26/2021_____      _____
Date                         Claire Andrea Sannier