IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

     Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

     Defendants.

---

## DECLARATION OF SARA FITOURI

---

     Pursuant to 28 U.S.C. § 1746, I, Sara Fitouri, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

     1.     I am an attorney and a resident of Denver, Colorado.

     2.     On numerous days beginning on May 28, 2020, I attended the protests against police brutality in Denver to support the message of Black Lives Matter.

     3.     On May 28, 2020, Jackie Parkins, Joe Deras, and I marched through Confluence Park toward I-25 with the rest of the marchers. Around 7:00 p.m. or shortly after, I saw Denver police officers fire dozens of pepperballs and/or tear gas on the group of protestors who had been on the highway. At that time, Jackie, Joe and I were on a pedestrian walkway over I-25. We inhaled tear gas and/or pepperballs fired by the Denver police officers while on the walkway. We had not done anything that warranted this use of force on us. We did not throw anything or

1

Exhibit 3

engage in any violence. I did not hear any warnings or orders given by the officers before they used force.

4.    When we rejoined the march heading back downtown, I inhaled tear gas and/or pepper spray that the Denver officers had used on protestors in that area. This was in or around the area of 15th and Platte. We had not done anything that warranted the use of force on us. I did not hear any warnings or orders given by the officers before they used force.

5.    On May 29, 2020, at approximately 8:00-8:45 p.m., I was on the south side of Colfax between Broadway and Lincoln. Other protestors and I were protesting peacefully. Police officers shot tear gas and pepperballs at us. They shot into the crowd generally and did not appear to aim at specific persons.

6.    I inhaled significant amounts of chemical irritants after officers opened fire without warning or orders to disperse. The officers continued to use pepperballs, tear gas, and flashbang grenades on the protestors, including me, from the corner of Broadway and Colfax, as well as multiple other locations around the Capitol.

7.    Later in the evening on May 29, 2020, police officers used pepperballs, tear gas, and flashbang grenades to push protestors southeast of the Capitol into surrounding neighborhoods. I, along with other protestors, inhaled significant amounts of pepper spray and tear gas during this incident. I saw many injured protestors at this time, including one woman who was unable to see or breathe and was caught in the gas. The officers did not close any of the streets and their actions

pushed protestors into active oncoming traffic. I left the protest on or around 10:30 p.m., after experiencing significant exposure to tear gas fired by officers very close to me.

8.     Police officers used pepperballs, tear gas, and flashbang grenades on protestors consistently throughout the evening and were still using weapons at the time I left. I never heard the officers give any warnings or dispersal orders before shooting tear gas and/or pepperballs at protestors.

9.     I saw police officers shoot tear gas and/or pepperballs at peaceful protestors who were kneeling on many occasions. Many of these protestors had their hands in the air and their shirts off.

10.     At many points in the evening of May 29, 2020, when I and other peaceful protestors were on the Capitol steps with our hands up, chanting, "Hands up, don't shoot," police officers fired flashbang grenades, tear gas, and pepperballs into the crowd indiscriminately and without warning or orders.

11.     On May 30, 2020, between approximately 6:00-8:00 p.m., I was at the intersection of Lincoln and Colfax, protesting with a large group of other protestors. There were hundreds of protestors present. Protestors were chanting and some were kneeling. There was a line of officers in riot gear lined up across Colfax who were shooting projectiles into the crowd, throwing flashbang grenades, and tear gassing and shooting pepperballs at the protestors. The repeated police use of tear gas was indiscriminate; they targeted everyone.

12.     The police threw a flashbang grenade which landed at my foot and exploded. My foot went numb and I suffered minor burns. I also inhaled chemical irritants released by the officers at this time. There was no justification for this use of force. I had not thrown anything at anyone or done anything that warranted this use of force. The officers also gave no warning or any orders before their use of force.

13.     At approximately 8:00 p.m. on May 30, in the immediate vicinity of the Capitol, police officers launched more chemical irritants and flashbang grenades at me and other protestors, indiscriminately and without warning.

14.     On May 31, 2020, when Jackie Parkins, Joe Deras, Youssef Amghar, and hundreds of other protestors and I marched near the police precinct on Washington and Colfax at approximately 8:30 p.m., police officers began teargassing, using flashbangs on, and pepper spraying us.

15.     I did not do anything violent or anything that would have otherwise justified the force use by the officers, and I did not witness other protestors do anything that would have justified the use of force.

16.     I did not hear the officers give any warnings or orders prior to their use of force.

17.     This incident can be seen in the Denver HALO camera video Bates-stamped DEN 3871 at 8:28:20-8:29 p.m (the intersection of Colfax and Washington). This is a still from that video with myself, Joe, Jackie, and another friend circled (at 8:28:33 p.m.):



18.    I am wearing a white hard hat and a black t-shirt in the above photo.

19.    This is a still from the same video at 8:29:09 p.m., showing the officers on Washington just north of Colfax using massive amounts of tear gas at that intersection:



20.    Joe Deras was hit with three tear gas canisters at this intersection at approximately 8:30 p.m.

21.    On May 31, 2020, at approximately 9:30-9:40 p.m., I was at the Basilica on Colfax between Logan and Pennsylvania demonstrating peacefully with other protestors. We were marching east.

22.    The protestors stopped because there was a line of police officers in riot gear on Pennsylvania.

23.    There were hundreds of protestors gathered at this location at this time.

24.    Out of nowhere, more police officers appeared behind us on Logan.

25.    The police officers kettled protestors—meaning, protestors were trapped by the police between two groups of officers, one on Logan and one on

Pennsylvania—and they proceeded to deploy tear gas and flashbangs from both sides.

26.     The Basilica had a yard area with a tall metal fence. On the other side of the street were two large buildings and only a narrow alleyway between them.

27.     We tried to escape the tear gas, but it was difficult because of the fence on one side and buildings on the other side of the street with only a narrow alley.

28.     Many protestors were trapped between clouds of tear gas, and it was difficult to escape or breathe. The police used heavy amounts of tear gas on us.

29.     I inhaled large quantities of tear gas. I coughed, had difficulty breathing, had irritation and burning in the eyes, nose, throat and mouth, and I felt a burning sensation on my skin.

30.     I and other people were panicked and scared.

31.     I did not hear the police give any warnings or orders before shooting tear gas and projectiles at us.

32.     There was no apparent provocation for this use of force.

33.     I did not do anything violent or that would have otherwise justified the force used by the officers. I did not see any protestors throwing anything at the officers or committing any act of violence that would have otherwise justified the force used by the officers.

34.     Jackie and I managed to run down the alleyway with other protestors.

35.     The above-described incident is shown in this news helicopter footage, at 1:37:11 to 1:39:00: https://www.youtube.com/watch?v=xAWGehxZlMk.

36.    This incident at the Basilica is depicted in Denver HALO camera video (for the intersection of Colfax and Logan) Bates-stamped DEN 3873 at 9:36-9:44 p.m. This is a still photograph from that video, at 9:41:28 p.m., with tear gas at both ends of the block visible:



37.    Jackie Parkins and I can also be seen in this video taken by a protestor: https://twitter.com/_pepo__/status/1267301626127298561?s=21 (in white helmets at about 0:07-0:09 seconds).

38.    On one or more days when the curfew was in effect, I saw many non-protestors present in public places in Denver after curfew who were ignored by police officers and were not shot at, teargassed, pepper sprayed, or arrested.

39.    During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

40.     This is a photo of one of my bruises from being shot with a pepperball:



4/23/2021
Date

*Sara Fitouri*

Sara Fitouri