IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF JOHNATHEN D. DURAN

Pursuant to 28 U.S.C. § 1746, I, Johnathen D. Duran, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a journalist and editor of Yellow Scene magazine.

2. Yellow Scene magazine is a publication based in Boulder County, which provides coverage of local and regional news, politics, art, culture, entertainment, and cuisine.

3. On May 30 and 31, 2020, I attended the protests against police brutality in Denver, Colorado, as a credentialed member of the press.

4. Both days, I had a press pass with me and was wearing it during the protests. The press pass is 3" x 4.5", a recognized official size.

5. On May 30, 2020, I documented the protests as a member of the media. In the late afternoon, I was in Liberty Park (between Colfax and 14th and Lincoln and Broadway).

1

Exhibit 5

6.     Even though it was hours before curfew, police officers appeared to be attempting to disperse peaceful protestors from Civic Center station. This was at approximately 5:40-6:00 p.m. Police officers used chemical agents, including smoke bombs, pepperballs, and flashbang grenades on protestors.

7.     I did not hear the officers give any warnings or orders before they started shooting things at protestors. When I was photographing the police in my capacity as a journalist, the police shot me with pepperballs, twice. At the time, I was wearing my press pass, which is very large and visible, and I was holding a professional camera, since I was exercising my First Amendment rights as a member of the press. I was standing on the sidewalk and grass at Liberty Park, facing north on Colfax.

8.     This is a photo of the bruise on my arm that one of the pepperballs left:



2

9. This is a photo of pepperball dust on my ankle from being shot in the ankle with a pepperball:



10. After being shot for no reason with pepperballs, I went over to the Capitol to document that area of protests. There, I was teargassed. There was no apparent reason or justification for the police officers' use of tear gas at that time.

11. My face was red and in pain from the tear gas. I needed to take a break from documenting the protests. Shortly after, I returned from a break and went to the corner of Lincoln, east of Civic Center station, but there was another police assault at that time and I inhaled a big waft of tear gas. It was painful and difficult to breathe. I ran down the alley, northward, and stopped at a corner park where I choked and threw up. This is a photo of me after being teargassed:



12.     During this time, from about 6:00 to 8:00 p.m., at the intersection of Lincoln and Colfax, there was a line of police officers in riot gear lined up across Colfax at Lincoln, facing south.

13.     Protestors gathered on Lincoln in front of the officers to exercise their First Amendment rights. There were also protestors on either side of Lincoln, in the park and on the grassy area in front of the Capitol building. The protestors were peaceful. Some had signs. Some laid or sat down in front of the officers. Some protestors had their hands up. Others chanted, "Hands up, don't shoot" or "I can't breathe."

5

14. Without provocation and for no apparent reason, police officers repeatedly threw tear gas at and shot pepperballs and other projectiles at the protestors.

15. The officers appeared to be shooting indiscriminately into the crowd.

16. I did not hear the officers give any warnings, dispersal orders, or other orders to the protestors.

17. The protestors were peaceful. I did not see any protestors throw anything or commit any acts of violence in advance of police actions.

18. There were well over 100 protestors in the area during this time.

19. On May 31, 2020, I went to document the protests at about 4:00 or 5:00 p.m. There were multiple marches and rallies that occurred downtown. I wore a white helmet with the word "MEDIA" in large black letters all over it, four times, on all sides:



20. After curfew at 8:00 p.m., I continued documenting the protests as a credentialed member of the press by taking photos and livestreaming videos. The curfew did not apply to credentialed members of the press.

21. At approximately 9:00 p.m., I was filming the protestors on Colfax. There was a large group of protestors (over 100 people) on Colfax. There was a line of police officers in riot gear lined up across Colfax by the Good Times, facing east. The protestors faced west. The protestors were peaceful and chanting at the officers. As the protestors were chanting, "March with us!," the police threw tear gas and flashbang grenades at the protestors. This was at approximately 9:18 p.m. I was

6

standing off to the side, towards the front of the group of protestors. I did not hear any warnings or orders from the officers. Nor can any warnings or orders be heard in the video that I took of this incident (see video Bates-stamped Fitouri 228 at 5:26 minutes).

22. This police assault caused the protestors to spread out in different directions. Some protestors were providing medical aid to other protestors.

23. A march went down a side street, and I followed it, continuing to do my job as a journalist.

24. At the intersection of Colfax and Pearl Street, I saw a medic with whom I was acquainted. While standing with her, a police officer towards the east of me shot me in the groin with a foam/rubber bullet. This was at about 9:30 p.m. I was filming at the time, and this incident can be seen in the video Bates-stamped Fitouri 228 at 21:24 minutes. The medic I was with picked up the foam/rubber bullet that hit me, and it can be seen at 22:43 minutes in the video.

25. The pain from being shot in the groin was some of the worst pain that I had ever felt. I thought I was going to lose a testicle.

26. The police officers then pushed the protestors and me west on Colfax, with the use of "less-lethal" weapons.

27. I went to the Basilica on Colfax between Logan and Pennsylvania in order to take shelter. I was also trying to continue to film. Police officers who were to the east of us stood on Pennsylvania. The protestors and other people, including other media I saw, who had been pushed west on Colfax were now on Colfax

7

between Logan and Pennsylvania, in front of the Basilica. In the meantime, a large group of protestors marching east on Colfax gathered in front of the Basilica and could not go farther because of the officers on Pennsylvania.

28. Then, more police officers appeared on the west side of the Basilica.

29. Police officers shot chemical agents, including tear gas, pepperballs and flashbang grenades, at the protestors, from both sides. The police were using heavy amounts of tear gas.

30. I did not see the protestors do anything to provoke or warrant the chemical agents and projectiles.

31. The Basilica had a yard area with a tall metal fence. On the other side of the street were two large buildings and only a narrow alleyway between them.

32. Given the geography and being sandwiched between police on two sides, it was difficult for the protestors to escape the police's use of force.

33. My best estimate is that there were upwards of 100 to 150 people at this location at this time.

34. I did not hear the police give any warnings or orders before shooting tear gas and projectiles at the protestors. Nor can any warnings or orders be heard in the video that I took of this incident (see video Bates-stamped Fitouri 228 at 23:06 to 29:00 minutes).

35. I was able to escape that location by running around a corner, and I tried to get back to my car to go home. I was limping and holding myself. I ran into

8

two medics, who provided me with acetaminophen and ice packs and asked me for a ride out of the area. I gave them a ride.

36. My testicles were severely swollen from being shot in the groin. It took two to three days before I could walk normally, but I continued to have pain for almost a full month.

37. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

38. On one or more days when I attended the protests in Denver and during the events described above, I experienced chemical agents on numerous occasions, as described above, which caused coughing, difficulty breathing, irritation and burning in the eyes, nose, throat, and mouth and a burning sensation on the skin.

39. The officers' use of force cut short the exercise of my First Amendment rights not only on that day, but for several days afterwards.

| | |
|---|---|
|   21 April 2021 | |
| Date | Johnathen De La Vaca Duran |

9