IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF KELSEY TAYLOR

Pursuant to 28 U.S.C. § 1746, I, Kelsey Taylor, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a small business owner and a resident of Denver, Colorado.

2. On numerous days beginning on May 28, 2020, I attended the protests against police brutality in Denver to support the message of Black Lives Matter.

3. On May 28, 2020, I joined the protests in the early evening. I marched with other peaceful protestors near the Capitol and on streets downtown. Around Platte and the pedestrian bridge near Confluence Park, protestors stood there. I heard one police officer say something to the effect of, "If anyone moves, light 'em up." The police officers began shooting pepperballs at the protestors without giving any warnings or orders. This was about 15 to 30 minutes after 7:00 p.m. I was peacefully protesting at the time. I inhaled chemical irritants.

4. I marched with other protestors back towards the Capitol. The protestors were gathered at 14th Avenue and Sherman, on the south side of the Capitol. This was at approximately 8:30 to 9:00 p.m. The other protestors and I were peacefully chanting messages such as "hands up, don't shoot," and "I can't breathe." At about 9:10 p.m., without provocation or warning, the officers teargassed the entire crowd.

5. I did not see anyone throw anything or get aggressive with the police.

6. I did not hear the police officers give any warnings or orders.

7. I was not engaged in unlawful acts, nor did I see any other protestors engage in criminal acts prior to the time the police started teargassed us.

8. I inhaled tear gas, which caused breathing and vision problems.

9. On May 30, 2020, at around 5:00 or 6:00 p.m., and before curfew began, I arrived at the Capitol to peacefully protest. When I first arrived, I was standing in Liberty Park, between Broadway and Lincoln in front of the Capitol, at 14th Avenue and Lincoln. Later, between approximately 6:00 to 8:00 p.m., I stood with other peaceful protestors on Lincoln between Colfax and 14th Avenue facing north while police officers in riot gear were standing on Colfax facing south.

10. The protestors were chanting and some were kneeling.

11. Officers repeatedly shot pepperballs and tear gas into the crowd without any warning or orders or any justification. The repeated police use of tear gas was indiscriminate; they targeted everyone.

12. I inhaled tear gas and was hit by pepperballs, which caused bruising. Here is a photo of a bruise on my arm:



13. There was no justification for this use of force. I had not thrown anything at anyone or done anything that warranted this use of force. There were no warnings given prior to the use of force.

14. On May 30, 2020, after curfew began at 8:00 p.m., I and numerous other protestors were kneeling at the intersection of 14th Avenue and Broadway when officers in full riot gear formed a line and advanced towards us, jabbing us with their batons. I saw one officer hit a Black man across his chest with his baton

and said words to the effect of, "You can't do that, he's not hurting you, he's unarmed." An officer grabbed my arm and told me that I was under arrest. I heard another officer say, "Get me three more."

15. I was arrested by the officers for violation of curfew and failure to obey lawful orders, despite the fact that no officers gave me any orders at this time.

16. I was eventually put into a police van. It was very hard for me to breathe because I have asthma and had been hit by tear gas and pepperballs.

17. I was transported to jail and released the next morning.

18. The charges against me were later dismissed.

19. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

4.26.2021
Date

Kelsey Taylor