IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

## DECLARATION OF YOUSSEF AMGHAR

---

Pursuant to 28 U.S.C. § 1746, I, Youssef Amghar, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a former U.S. Marine and a resident of Denver, Colorado.

2. I attended the protests against police brutality in Denver in May 2020 to support the message of Black Lives Matter. I wanted to join and exercise my right to speak out against something I've experienced my entire life.

3. On May 30, 2020, I attended the protests in downtown Denver.

4. Between approximately 6:00 to 8:00 p.m., I was at the intersection of Lincoln and Colfax, protesting with a large group of other protestors. There were hundreds of protestors present. Protestors were chanting and some were kneeling. There was a line of officers in riot gear lined up across Colfax who were shooting projectiles into the crowd, throwing flashbang grenades, and teargassing and

1

Exhibit 7

shooting pepperballs at the protestors. The repeated police use of tear gas was indiscriminate; they targeted everyone.

5. Other peaceful protestors and I were gathered at that location to protest the police. Protestors were chanting, "hands up, don't shoot," and holding signs. Police officers in riot gear were lined up on Colfax, facing south. The protestors were gathered on the sidewalks on either side of Lincoln and in the street.

6. At 7:00 to 7:10 p.m., I was standing on the sidewalk at the southwest corner of Lincoln and Colfax. I stood there for several minutes with my hands up. This is a still photo of me from the body-worn camera of Denver police officer Tana Cunningham (DEN 5017), before I was shot:



2

7. Someone else in the crowd not near me threw a water bottle in the general direction of the officers. Without attempting to investigate or isolate that person, the officers immediately began shooting indiscriminately into the crowd with pepperballs. They did this without warning or giving any orders.

8. At 7:08-7:09 p.m., police officers shot me with pepperballs over a dozen times while I was standing still with my hands up, posing no threat to anyone. I was standing at least 10 to 15 feet from the officers at the time. The officers first shot me in the arms and legs, then chest, then in the face, even though I continued standing still with my hands up. Here is a still photo of this shooting from the body-worn camera of Denver police officer John Sampson (DEN 5047), who I believe shot me:



9. And a still photo of this shooting from the body-worn camera of Denver police officer Tana Cunningham, as I am being shot in the chest:

3



10. Here is another still photo of this shooting from the body-worn camera of Denver police officer Tana Cunningham, right after she shoots me in the face:



4

11. I believe that this unwarranted use of force was designed to intimidate me and suppress my peaceful expression of my First Amendment rights.

12. The officers did not give any orders before, during, or after shooting me. No one told me to move back or gave me any other orders. During the shooting, after having been shot a handful of times, I said something to the effect of, "You know there is a pandemic going on right now? That pandemic is respiratory, one that affects your lungs." A few minutes later after being hit about a dozen times, I yelled something to the effect of, "I'm a goddamn U.S. Marine, what are you doing?" Officer Cunningham shot me in the face when I said this.

13. The officers also began throwing tear gas canisters at my feet. After another minute or so, I walked away and took cover behind a tree.

14. I had many bruises from this, as seen in the photos attached to this declaration (Bates-stamped Fitouri 16838-41).

15. I did not do anything violent or anything that would have otherwise justified the force used by the officers.

4/25/21

Date                                           Youssef Amghar





Fitouri 016839



Fitouri 016840

Case No. 1:20-cv-01878-RBJ   Document 91-8   filed 04/26/21   USDC Colorado   pg 9 of 9



Fitouri 016841