IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

      Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

      Defendants.

---

## DECLARATION OF JOE DERAS

---

      Pursuant to 28 U.S.C. § 1746, I, Joe Deras, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

      1.      I am union organizer and a resident of Denver, Colorado.

      2.      On numerous days beginning on May 28, 2020, I attended the protests against police brutality in Denver to support the message of Black Lives Matter.

      3.      On May 28, 2020, Sara Fitouri, Jackie Parkins, and I marched through Confluence Park toward I-25 with the rest of the marchers. Around 7:00 p.m. or shortly after, I saw Denver police officers fire dozens of pepperballs and/or tear gas on the group of protestors who had been on the highway. At that time, Sara, Jackie and I were on a pedestrian walkway over I-25. We inhaled tear gas and/or pepperballs fired by the Denver police officers while on the walkway. We had not done anything that warranted this use of force on us. We did not throw anything or

1

Exhibit 8

engage in any violence. I did not hear any warnings or orders given by the officers before they used force.

4.      When we rejoined the march heading back downtown, I inhaled tear gas and/or pepper spray that the Denver officers had used on protestors in that area. This was in or around the area of 15th and Platte. We had not done anything that warranted the use of force on us. I did not hear any warnings or orders given by the officers before they used force.

5.      On May 30, 2020, between approximately 6:00-8:00 p.m., I was at the intersection of Lincoln and Colfax, protesting with a large group of other protestors. There were hundreds of protestors present. Protestors were chanting and some were kneeling. There was a line of officers in riot gear lined up across Colfax who were shooting projectiles into the crowd, throwing flashbang grenades, and tear gassing and shooting pepperballs at the protestors. The repeated police use of tear gas was indiscriminate; they targeted everyone.

6.      Sometime at or around 6:45-6:50 p.m., a police officer on Colfax just north of the protestors threw a flashbang grenade into the crowd, which exploded near my ear, injuring my eardrum and causing sharp pain in my ear for several days afterwards. Officers also shot at and hit me with pepperballs and another kind of projectile. The police officers used tear gas and smoke on me and other protestors. I was caught in the smoke and tear gas multiple times in the early evening.

7.      I inhaled chemical irritants released by the officers at this time. There was no justification for this use of force. I had not thrown anything at anyone or

done anything that warranted this use of force. I did not hear the officers give any warning or any orders before their use of force.

8.      At approximately 7:14 p.m. on May 30, 2020, at or near the intersection of Lincoln and Colfax, police officers shot multiple canisters of tear gas onto the Capitol lawn. I was close to the steps of the Capitol at this time, near Lincoln. There was no justification for the use of chemical irritants, and I had not done anything that warranted this use of force. I did not see the tear gas coming until my breathing was adversely affected. I ran towards the south side of the Capitol, towards Sherman and 14th Avenue. I almost lost consciousness because I could not catch my breath, my vision was blurred, my face was on fire, and I was very disoriented. Another person saw me struggling and was able to put milk and magnesia on my face. I struggled to breathe for approximately half an hour.

9.      At approximately 8:00 p.m. on May 30, in the immediate vicinity of the Capitol, police officers launched more chemical irritants and flashbang grenades at me and other protestors, indiscriminately and without warning.

10.     On May 31, 2020, when Sara Fitouri, Jackie Parkins, Youssef Amghar, and hundreds of other protestors and I marched near the police precinct on Washington and Colfax at approximately 8:30 p.m., police officers began teargassing, using flashbangs on, and pepper spraying us.

11.     I did not do anything violent or anything that would have otherwise justified the force use by the officers, and I did not witness other protestors do anything that would have justified the use of force.

12.     I did not hear the officers give any warnings or orders prior to their use of force.

13.     This incident can be seen in the Denver HALO camera video Bates-stamped DEN 3871 at 8:28:20-8:29 p.m (the intersection of Colfax and Washington). This is a still from that video with myself, Jackie, Sara, and another friend circled (at 8:28:33 p.m.):



14.     I am wearing a white hard hat and a backpack in the above photo.

15.     This is a still from the same video at 8:29:09 p.m., showing the officers on Washington just north of Colfax using massive amounts of tear gas at that intersection:



16.     I was hit with three tear gas canisters at this intersection at approximately 8:30 p.m. I was hit in the head, the back, and my hand. Because I was wearing a helmet, I did not suffer a head injury. I did not do anything violent or that would have otherwise justified the force used by the officers.

17.     I had to be taken to the hospital due to my injuries from being hit with tear gas canisters. These are photos of my hand and back injuries, taken on June 2, 2020:





18.     During the times that I attended the protests, I did not commit any

acts of violence or property destruction or throw anything at any police officers.

19.     The serious injuries inflicted on me by police officers suppressed and cut short my ability to exercise my First Amendment rights, not only on that day but on several days afterwards.

20.     I feared the weapons and excessive force that the officers were using and did not return to the protests for several days as a result.

21.     On one or more days when the curfew was in effect, I saw many non-protestors present in public places in Denver after curfew who were ignored by police officers and were not shot at, teargassed, pepper sprayed, or arrested.

4-23-21
_____
Date

_Joe Deras_
_____
Joe Deras