

# Transcript of Officer Adam Bolton

**Date:** April 1, 2021
**Case:** Black Lives Matter 5280, et al. -v- City and County of Denver, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

Exhibit 9

1          IN THE UNITED STATES DISTRICT COURT

2            FOR THE DISTRICT OF COLORADO

3

4      - - - - - - - - - - - x

5   BLACK LIVES MATTER          :

6   5280, et al.,               :    Civil Action No.

7          Plaintiffs,          :    1:20-cv-01878-RBJ

8      v.                       :    (Consolidated with

9   CITY AND COUNTY OF          :    1:20-cv-01922-RBJ-MEH)

10  DENVER, et al.,             :

11         Defendants.          :

12     - - - - - - - - - - - x

13

14         Deposition of OFFICER ADAM BOLTON,

15            Conducted Virtually,

16           Thursday, April 1, 2021,

17              11:10 a.m. EST

18

19

20   Job No.: 363684

21   Pages: 1 - 172

22   Reported By: Karen Klerekoper, CSR-4250, RPR

23

24

25

1      Deposition of OFFICER ADAM BOLTON, conducted

2   virtually:

3

4

5

6

7

8

9      Pursuant to Notice, before Karen Klerekoper,

10   Notary Public in and for the State of Michigan.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFFS:

3         ELIZABETH WANG, ESQUIRE

4         LOEVY & LOEVY

5         2060 Broadway, Suite 460

6         Boulder, Colorado  80302

7         720.328.5642

8

9    ON BEHALF OF BLM 5280 PLAINTIFFS:

10        LESLIE BAILEY, ESQUIRE

11        MOLLY DiBRELL, ESQUIRE

12        ARNOLD & PORTER

13        70 West Madison Street, Suite 4200

14        Chicago, Illinois  60602-4231

15        312.583.2300

16

17   ON BEHALF OF DEFENDANT ACKER:

18         RIED ALLISON, ESQUIRE

19         ED ARNO, ESQUIRE

20         KILLMER, LANE & NEWMAN, LLP

21         1543 Champa Street, Suite 400

22         Denver, Colorado  80202

23         303.571.1000

24

25
```

1      A P P E A R A N C E S   C O N T I N U E D

2

3     ON BEHALF OF THE DEFENDANTS:

4          ANDREW D. RINGEL, ESQUIRE

5          HALL & EVANS

6          1001 17TH Street, Suite 300

7          Denver, Colorado  80202

8          303.628.3453

9

10   ALSO PRESENT:

11   JOHN DAVIS, ESQUIRE, FOR OFFICER BOLTON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        INDEX

2

3    WITNESS:                            PAGE:

4

      OFFICER ADAM BOLTON
5        EXAMINATION BY MS. WANG:            6

6        EXAMINATION BY MS. BAILEY:        127

7

8                        * * * * *

9    EXHIBIT:                            PAGE:

10

11   (Exhibits not marked.)

12

13

14                       * * * * *

15

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | OFFICER ADAM BOLTON, having been duly sworn | |
| 3 | testified as follows: | 11:10:40 |
| 4 | EXAMINATION | 11:10:40 |
| 5 | BY MS. WANG: | 11:10:41 |
| 6 | Q  Please state your name and spell it for | 11:10:41 |
| 7 | the record. | 11:10:45 |
| 8 | A  Adam Bolton, A-D-A-M, B-O-L-T-O-N. | 11:10:47 |
| 9 | Q  Are you currently a Denver police officer? | 11:10:53 |
| 10 | A  Yes, ma'am, I am. | 11:10:57 |
| 11 | Q  How long have you been with the DPD? | 11:10:58 |
| 12 | A  I was hired in June of 2014. | 11:11:01 |
| 13 | Q  Can you tell me briefly what are the | 11:11:03 |
| 14 | positions you've had in what units since June of | 11:11:08 |
| 15 | 2014? | 11:11:11 |
| 16 | A  Yes, ma'am.  Initially I was assigned in | 11:11:12 |
| 17 | patrol District 6, which is a downtown Capitol | 11:11:15 |
| 18 | Hill area.  From there I was appointed to East | 11:11:20 |
| 19 | Colfax patrol team within District 6. | 11:11:23 |
| 20 | After that I was given a position in the | 11:11:29 |
| 21 | District 6 Impact Team, and then I was moved to | 11:11:32 |
| 22 | the gang unit and now in the SORT team. | 11:11:35 |
| 23 | Q  When did you get into, when were you on | 11:11:41 |
| 24 | the gang unit? | 11:11:44 |
| 25 | A  I don't remember the exact date but I | 11:11:45 |

| | | |
|---|---|---|
| 1 | believe it was September of 2018. | 11:11:48 |
| 2 | Q  Through when? | 11:11:53 |
| 3 | A  Until they changed to the SORT team, which | 11:11:54 |
| 4 | was in, I believe July or August of last year. | 11:11:59 |
| 5 | Q  So what does it mean that they changed to | 11:12:05 |
| 6 | the SORT team? | 11:12:08 |
| 7 | A  We were given different roles and | 11:12:09 |
| 8 | responsibilities, different trainings to meet a | 11:12:12 |
| 9 | different requirements. | 11:12:15 |
| 10 | Q  What does the SORT team do that's | 11:12:17 |
| 11 | different than what the gang unit did? | 11:12:19 |
| 12 | A  We have been kind of morphed into what | 11:12:21 |
| 13 | they refer to tier 2 tactical team.  What they | 11:12:24 |
| 14 | were finding was that there was a gap between | 11:12:27 |
| 15 | regular patrol and what SWAT does. | 11:12:29 |
| 16 | And therefore to limit and, to limit the | 11:12:33 |
| 17 | time it would take for SWAT to get out to do some | 11:12:38 |
| 18 | sort of SWAT callout, we're being developed to | 11:12:41 |
| 19 | kind of bridge that gap, if you would. | 11:12:44 |
| 20 | Q  Have you ever been deposed before? | 11:12:46 |
| 21 | A  No, ma'am, I don't believe I have. | 11:12:48 |
| 22 | Q  Okay.  As you can see, we are here to ask | 11:12:50 |
| 23 | you questions about your involvement in the | 11:12:54 |
| 24 | protests last summer in Denver.  If you have any | 11:12:56 |
| 25 | trouble hearing me, especially since we are doing | 11:13:00 |

1  this remotely, please let me know and I will be                    11:13:02

2  happy to repeat or rephrase my question.                           11:13:05

3       Is that fair?                                                 11:13:06

4   A  Yes, ma'am, thank you.                                         11:13:07

5   Q  If I ask a question and you answer it, I                       11:13:09

6  will assume that you understood my question.                       11:13:11

7       Is that fair?                                                 11:13:14

8   A  Yes, ma'am.                                                    11:13:14

9   Q  What documents did you review in                              11:13:16

10  preparation for this deposition?                                  11:13:19

11   A  I reviewed, I believe three of my                             11:13:21

12  statements, two which were partial.                               11:13:27

13   Q  You reviewed three statements?                                11:13:32

14   A  Yeah, two of them were partial but I                          11:13:38

15  reviewed for Thursday, Friday and Saturday of the                 11:13:41

16  protests.                                                         11:13:47

17   Q  What do you mean they were partial?                           11:13:48

18   A  It seemed to be at some point the second                      11:13:55

19  pages of two of the statements were not included                  11:13:59

20  in the copies that I received from the city                       11:14:02

21  attorneys.                                                        11:14:07

22   Q  Did you review anything else in                              11:14:07

23  preparation for your deposition?                                  11:14:12

24   A  No, ma'am, I did not.                                         11:14:14

25   Q  Which ones were partial?                                     11:14:17

1    A  I'd have to look to remember the exact                11:14:26

2   dates but it would be the Thursday statement and          11:14:29

3   Friday statement, I believe.                              11:14:32

4    Q  So you're saying they are partial in that,            11:14:34

5   I mean, the copy of the Thursday statement --             11:14:38

6   Thursday May 28th is the day you're talking about,        11:14:41

7   correct?                                                  11:14:43

8    A  Yes, ma'am, I believe so.                             11:14:43

9    Q  The statement that I have from you for                11:14:45

10  Thursday May 28th is two pages.                           11:14:47

11       Is that what you reviewed?                           11:14:50

12   A  That might be what you have.  I was only              11:14:52

13  given the front page copy when I asked to receive         11:14:55

14  my statement.                                             11:14:59

15   Q  Okay.  And the statement that I have from             11:14:59

16  you for Saturday, May 31st is one page, and it            11:15:03

17  looks to be -- it does not look like it -- it says        11:15:08

18  page 1 of 1.                                              11:15:11

19       Is that consistent with what you looked              11:15:12

20  at?                                                       11:15:14

21   A  Yes, ma'am.                                           11:15:14

22   Q  We have not received a statement from you             11:15:15

23  for Friday, July 29.                                      11:15:17

24       Did you prepare one?                                 11:15:21

25   A  I'd have to look at statements that I                 11:15:24

1   received to confirm the dates, but I believe I          11:15:26

2   prepared one for Thursday, Friday, and Saturday.        11:15:31

3       Q   Do you have any explanation for why we          11:15:37

4   have not received a copy of your statement from         11:15:40

5   Friday, May 29th?                                       11:15:44

6       A   No, ma'am.  All of the statements that I        11:15:47

7   completed were turned in.                               11:15:49

8       Q   Did you review anything else other than        11:15:50

9   these three statements?                                 11:15:52

10      A   No, ma'am, I did not.                           11:15:53

11      Q   Did you review any of your body-worn           11:15:54

12  camera footage?                                         11:15:58

13      A   I have not reviewed it, no, ma'am.             11:15:59

14      Q   Did you ask to review it before your          11:16:01

15  deposition?                                             11:16:03

16      A   No, ma'am, I did not.                           11:16:03

17      Q   Why not?                                        11:16:05

18      A   I just felt that it wasn't necessary, that    11:16:06

19  I could believe that I could be a good witness          11:16:11

20  and -- based off of the information that I              11:16:15

21  remember.                                               11:16:17

22      Q   Did you meet with your attorney to prepare    11:16:17

23  for this deposition?                                    11:16:25

24      A   Yes, ma'am.                                     11:16:26

25      Q   Who did you meet with?                          11:16:27

1    A   Mr. Ringel and Mr. Davis.                    11:16:29

2    Q   How many times did you meet with them?      11:16:33

3    A   Two times, ma'am.                            11:16:36

4    Q   When was the first time?                     11:16:39

5    A   Tuesday of this week, ma'am.                 11:16:42

6    Q   For how long?                                11:16:47

7    A   I don't recall the exact time.  I believe   11:16:48

8  it was maybe an hour and a half, around that time. 11:16:53

9    Q   Did you review any documents during that    11:16:57

10 time?                                              11:17:02

11   A   No, ma'am, I did not.                        11:17:02

12   Q   Did you review any video during that time?  11:17:05

13   A   No, ma'am, I did not.                        11:17:08

14   Q   When was your second meeting?               11:17:09

15   A   Yesterday morning, ma'am.                    11:17:14

16   Q   For how long?                                11:17:16

17   A   I believe it was around the same time,      11:17:18

18 about an hour and a half.                          11:17:21

19   Q   Who did you meet with?                       11:17:23

20   A   Mr. Ringel and Mr. Davis.                    11:17:24

21   Q   Was there anybody else present besides      11:17:27

22 you, Mr. Ringel and Mr. Davis.                     11:17:30

23   A   No, ma'am.                                   11:17:33

24   Q   Did you decide to obtain union counsel for  11:17:35

25 this deposition?                                   11:17:38

| | | |
|---|---|---|
| 1 | A  The first part maybe broke up a little | 11:17:40 |
| 2 | bit, I'm sorry.  Could you repeat? | 11:17:44 |
| 3 | Q  Did you make the decision to obtain union | 11:17:45 |
| 4 | counsel for this deposition? | 11:17:50 |
| 5 | A  Yes, ma'am, I did. | 11:17:50 |
| 6 | Q  Why? | 11:17:51 |
| 7 | A  I just believe it's, you know, always good | 11:17:52 |
| 8 | to have someone that knows the law on your side. | 11:17:56 |
| 9 | Q  Did you feel that Mr. Ringel would not | 11:17:59 |
| 10 | adequately protect your interests? | 11:18:03 |
| 11 | A  At the time that I was made aware of that, | 11:18:06 |
| 12 | I was not -- excuse me.  At the time I was made | 11:18:10 |
| 13 | aware of being deposed I was not aware that | 11:18:12 |
| 14 | Mr. Ringel would be on that, on my side there. | 11:18:15 |
| 15 | I was just aware that the city council was | 11:18:18 |
| 16 | representing. | 11:18:20 |
| 17 | Q  The city council was representing? | 11:18:22 |
| 18 | A  They were going to be representing me | 11:18:27 |
| 19 | during the deposition.  It wasn't until later that | 11:18:30 |
| 20 | I learned that Mr. Ringel was going to be. | 11:18:33 |
| 21 | Q  All right.  So it's your understanding | 11:18:35 |
| 22 | that Mr. Ringel represents both you and the City | 11:18:37 |
| 23 | of Denver, correct? | 11:18:40 |
| 24 | A  That is my understanding, yes, ma'am. | 11:18:41 |
| 25 | Q  So at the time that you decided to obtain | 11:18:44 |

1    union counsel, you believed that Mr. Ringel was            11:18:47

2    only representing the city council?  The city?             11:18:50

3        A  No, I'm sorry if I wasn't clear on that.            11:18:53

4    My understanding when I was made aware of the              11:18:56

5    deposition was that city council would be in that          11:18:58

6    role, and I was not made aware that Mr. Ringel             11:19:03

7    would be present in any way, shape or form until           11:19:05

8    two days ago.                                              11:19:08

9        Q  What is your understanding of the DPD               11:19:09

10   policy with regards to when you're supposed to             11:19:16

11   turn on your body-worn camera?                             11:19:18

12       A  My understanding is you're supposed to              11:19:22

13   turn it on during any sort of police action when           11:19:26

14   it's safe and able to do so.                               11:19:29

15       Q  Did you do that during the protests?                11:19:31

16       A  To the best of my ability, yes, ma'am.              11:19:35

17       Q  When I'm referring to the protests during           11:19:39

18   this deposition, you understand that I'm referring         11:19:41

19   to the George Floyd protests which occurred in             11:19:43

20   Denver beginning on May 28th, 2020, correct?               11:19:46

21       A  Yes, ma'am.                                         11:19:49

22       Q  Do you have independent recollection of             11:19:50

23   your actions during the protests?                          11:19:50

24       A  Could you rephrase that, please?                    11:19:55

25       Q  Do you understand what independent                  11:19:57

1    recollection means?                                    11:19:58

2        A  I do, I just wanted to make sure I was          11:20:00

3    following what you're saying.  Do I have memory of     11:20:02

4    the incident, is that what you're asking me?           11:20:05

5        Q  Right.  As you sit here, without looking        11:20:07

6    at any video or any documents, do you have an          11:20:08

7    independent recollection?  Do you recall what it       11:20:11

8    is that you did during the protests?                   11:20:14

9        A  As it was a year ago almost, I don't            11:20:16

10   recall every single thing, but I do have memory of     11:20:20

11   the incident, yes, ma'am.                              11:20:23

12       Q  How many days during the first week of the      11:20:24

13   protests were you involved in, assigned to police      11:20:27

14   protests?                                              11:20:31

15       A  I believe I was assigned every day except      11:20:32

16   for one mandatory forced day off on the 4th.           11:20:36

17       Q  So from, say, Thursday May 28th, through I      11:20:40

18   guess Wednesday, May -- June 3rd, you were             11:20:48

19   assigned to police the protests, correct?             11:20:51

20       A  To the best of my recollection, yes,            11:20:54

21   ma'am.                                                 11:20:57

22       Q  You filled out only three officer               11:20:57

23   statements, correct?                                   11:21:05

24       A  So, the three that you're referring to, I       11:21:05

25   believe, were for that weekend, and for those          11:21:08

1    three days, yes, ma'am, those are the three          11:21:11

2    reports I filed.                                      11:21:14

3        Q  Well, did you fill one out for June 1st?      11:21:14

4        A  I don't believe that I did fill one out       11:21:22

5    for June 1st.  What we were asked to do was to       11:21:25

6    fill them out for those days that there was many     11:21:29

7    incidents going on and to try to capture that in a   11:21:32

8    single statement.                                    11:21:35

9        If there was individual incidents that           11:21:35

10   occurred after those initial days, then there        11:21:37

11   would have been a separate report.                   11:21:41

12       But I don't recall being involved in             11:21:42

13   something like that where a report was filed.        11:21:45

14       Q  Did you fill one out for May 30th?            11:21:48

15       A  Could you remind what day of the week that    11:21:55

16   was?                                                 11:21:57

17       Q  Okay.  So the protests began on Thursday,     11:21:57

18   May 28th?                                            11:22:02

19       A  Um-hmm.                                       11:22:02

20       Q  Friday was the 29th.  Saturday was the        11:22:03

21   30th and Sunday was the 31st.                        11:22:08

22       Did you fill out a statement for Saturday,       11:22:10

23   May 30th?                                            11:22:13

24       A  To be sure, ma'am, I would have to, I         11:22:15

25   would have to look.  My understanding was I          11:22:18

| | | |
|---|---|---|
| 1 | believed I filled one out for Thursday, Friday and | 11:22:20 |
| 2 | Saturday, but I would have to double check to make | 11:22:22 |
| 3 | sure. | 11:22:24 |
| 4 | Q  Are you, when you were assigned to the | 11:22:27 |
| 5 | protests, did you have a body-worn camera with you | 11:22:39 |
| 6 | at all times? | 11:22:44 |
| 7 | A  Yes, ma'am, I did. | 11:22:45 |
| 8 | Q  You decided when to turn it on, correct? | 11:22:46 |
| 9 | A  I turned them on when I was able to do so, | 11:22:52 |
| 10 | in a safe manner, given the incident that was | 11:22:56 |
| 11 | occurring.  Yes, ma'am. | 11:22:59 |
| 12 | Q  Tell me what factored into your decision | 11:23:00 |
| 13 | as to when to turn it on? | 11:23:05 |
| 14 | A  I made a decision to turn on the body-worn | 11:23:07 |
| 15 | cameras when I was confronted with a situation | 11:23:11 |
| 16 | where I believed it would be appropriate to do so. | 11:23:15 |
| 17 | Q  What does the Denver police policy require | 11:23:22 |
| 18 | of you in terms of when you are supposed to turn | 11:23:25 |
| 19 | your body-worn camera on? | 11:23:29 |
| 20 | MR. RINGEL:  Object to the form. | 11:23:32 |
| 21 | A  So the, what I told you before, ma'am, was | 11:23:34 |
| 22 | that we are supposed to turn the body-worn camera | 11:23:37 |
| 23 | on when we're involved in taking police action and | 11:23:39 |
| 24 | when it's safe and prudent to do so. | 11:23:42 |
| 25 | Q  Safe and prudent, you said, correct? | 11:23:45 |

| | | |
|---|---|---|
| 1 | When you're taking police action, when | 11:23:56 |
| 2 | it's safe to do so, and when it's prudent; is that | 11:23:57 |
| 3 | your testimony? | 11:24:01 |
| 4 | A  Yes, ma'am. | 11:24:02 |
| 5 | Q  Okay.  So what is the reason that you are | 11:24:03 |
| 6 | supposed to turn your body-worn camera on when you | 11:24:07 |
| 7 | are taking police action? | 11:24:11 |
| 8 | A  Could you repeat that? | 11:24:12 |
| 9 | Q  What is the reason that you are required | 11:24:14 |
| 10 | to turn your body-worn camera on when you are | 11:24:17 |
| 11 | taking police action? | 11:24:21 |
| 12 | MR. RINGEL:  Object to the form. | 11:24:23 |
| 13 | A  I believe that question's a little | 11:24:26 |
| 14 | confusing to me, because the reason would be that | 11:24:28 |
| 15 | it was taking police action. | 11:24:30 |
| 16 | Q  But why?  Why is that important to have | 11:24:33 |
| 17 | your body-worn camera on when you're taking police | 11:24:36 |
| 18 | action? | 11:24:39 |
| 19 | A  To document what was occurring. | 11:24:41 |
| 20 | Q  Why is that important? | 11:24:46 |
| 21 | A  It's important to try when it's safe to do | 11:24:50 |
| 22 | so, to gather as much information into evidence as | 11:24:55 |
| 23 | possible. | 11:24:59 |
| 24 | Q  Tell me what you have to do to turn your | 11:24:59 |
| 25 | body-worn -- your body-worn camera -- where is it | 11:25:02 |

| | |
|---|---|
| 1 | placed on your gear when you were, during the | 11:25:05 |
| 2 | protests? | 11:25:08 |
| 3 | Was it on your shoulder somewhere, or on | 11:25:08 |
| 4 | your chest, near your shoulder? | 11:25:11 |
| 5 | A  Yes, ma'am, it's on my chest. | 11:25:12 |
| 6 | Q  What do you have to do to turn on it? | 11:25:15 |
| 7 | A  Well, for the protests, you had to move | 11:25:20 |
| 8 | one of your hands off of the, whatever you were | 11:25:26 |
| 9 | holding, whether it was a baton or a less lethal | 11:25:29 |
| 10 | instrument, and move your hand up to your chest | 11:25:33 |
| 11 | and hit the button twice. | 11:25:35 |
| 12 | Q  How long does it take to do that? | 11:25:37 |
| 13 | A  I've never timed it, but I'm assuming just | 11:25:39 |
| 14 | a second or two. | 11:25:44 |
| 15 | Q  What less-lethal weapons did you have with | 11:25:45 |
| 16 | you during the first four days of the protests? | 11:25:53 |
| 17 | A  I had a 40 millimeter and PepperBall | 11:25:57 |
| 18 | throughout those days. | 11:26:03 |
| 19 | Q  PepperBall gun, correct? | 11:26:04 |
| 20 | A  Yes, ma'am. | 11:26:08 |
| 21 | Q  Now, you are able to hold your 40 | 11:26:09 |
| 22 | millimeter or your PepperBall gun with one hand | 11:26:13 |
| 23 | while you reach up and turn your camera on, | 11:26:17 |
| 24 | correct? | 11:26:20 |
| 25 | A  It depends on the situation, but that is | 11:26:20 |

1   possible, yes, ma'am.                                    11:26:22

2       Q   If you're standing there and there is            11:26:23

3   nothing, no acts of aggression being taken against       11:26:26

4   you at that moment, you are capable of holding           11:26:29

5   onto your weapon, and reaching up and pushing the        11:26:32

6   button to turn the body-worn camera on, correct?         11:26:35

7       A   Yes, ma'am.                                      11:26:38

8       Q   So what are the circumstances under which        11:26:39

9   it would be safe to turn your body-worn camera on?       11:26:48

10      A   Are you talking in general or specifically       11:26:52

11  for the protests?                                        11:26:57

12      Q   Let's talk about the protests.                   11:26:59

13      A   Okay.  When I felt it was safe was when I        11:27:01

14  wasn't having items being thrown in my direction,        11:27:06

15  or when there would be long moments of lull, or no       11:27:09

16  action as you put that.                                  11:27:16

17          And then and you were able to know that          11:27:17

18  you were about to do something or possibly take          11:27:21

19  action and would turn on the camera.                     11:27:24

20      Q   Okay.  So if you knew that you were about        11:27:26

21  to, say, push protesters forward or order them to        11:27:29

22  do something, or that you were about to use force        11:27:32

23  on protesters, you would want to turn your camera        11:27:35

24  on, correct?                                             11:27:38

25      A   Ideally, yes, ma'am.                             11:27:39

| | | |
|---|---|---|
| 1 | Q  If there is nothing being thrown at you at | 11:27:41 |
| 2 | that moment and it's safe to do so, you'd want to | 11:27:45 |
| 3 | turn your camera on if you are about to take | 11:27:49 |
| 4 | police action against the protesters, correct? | 11:27:51 |
| 5 | A  Yes, ma'am. | 11:27:52 |
| 6 | Q  When would you decide to turn your camera | 11:27:53 |
| 7 | off? | 11:27:56 |
| 8 | A  Whenever it was, you know, deemed by | 11:27:57 |
| 9 | somebody else as a superior officer, or command | 11:28:04 |
| 10 | staff, or yourself that the situation was safe, or | 11:28:09 |
| 11 | the scene was secure. | 11:28:12 |
| 12 | Q  So the decision to turn your camera off, | 11:28:14 |
| 13 | you could decide yourself to turn it off, right? | 11:28:18 |
| 14 | A  It depends on the situation.  Sometimes we | 11:28:21 |
| 15 | were instructed to turn them on and leave them on | 11:28:24 |
| 16 | until we were told to turn them off. | 11:28:26 |
| 17 | Q  I just want to understand the parameters | 11:28:28 |
| 18 | under which you can decide to turn your camera on | 11:28:31 |
| 19 | or off.  You can make that decision yourself?  Or | 11:28:34 |
| 20 | you need to have a supervising officer tell you? | 11:28:36 |
| 21 | A  It was both, ma'am. | 11:28:39 |
| 22 | Q  You could you decide to turn -- it's both, | 11:28:41 |
| 23 | meaning that you could decide to turn it on and | 11:28:44 |
| 24 | off yourself, depending on how you'd been trained | 11:28:46 |
| 25 | under the policy, or a supervisor could tell you | 11:28:50 |

| | | |
|---|---|---|
| 1 | what to do, right? | 11:28:53 |
| 2 | A  That's correct. | 11:28:54 |
| 3 | Q  So during the first four days of the | 11:28:56 |
| 4 | protests, were there, did both of those | 11:29:00 |
| 5 | circumstances arise under which you would decide | 11:29:03 |
| 6 | yourself to turn it on or off, and on certain | 11:29:05 |
| 7 | occasions your supervisor would tell you to turn | 11:29:09 |
| 8 | it on or off? | 11:29:11 |
| 9 | A  Yes, ma'am. | 11:29:13 |
| 10 | Q  Okay.  Do you have an independent | 11:29:15 |
| 11 | recollection of specific circumstances under which | 11:29:18 |
| 12 | your supervisor told you to turn your camera on or | 11:29:21 |
| 13 | off? | 11:29:25 |
| 14 | A  I don't remember the exact moments but I | 11:29:26 |
| 15 | do remember, like, standing in a skirmish line or | 11:29:29 |
| 16 | about, as you put it about to push crowds that we, | 11:29:35 |
| 17 | you know, you heard the order "cameras on". | 11:29:39 |
| 18 | In addition to also trying to just be | 11:29:43 |
| 19 | helpful reminding to officers, because you forget | 11:29:47 |
| 20 | when you are on the skirmish lines to turn them on | 11:29:50 |
| 21 | or off. | 11:29:53 |
| 22 | Q  What do you mean by the last part; why | 11:29:53 |
| 23 | would you forget to turn it on or off while you | 11:29:56 |
| 24 | were in the skirmish line? | 11:29:59 |
| 25 | A  Well, being on a skirmish line facing | 11:30:00 |

| | | |
|---|---|---|
| 1 | protests or hostile crowds in any shape or form, | 11:30:03 |
| 2 | especially with things being thrown at you and | 11:30:09 |
| 3 | obscenities, and it's a very high-stress | 11:30:11 |
| 4 | situation, and sometimes your mind doesn't go | 11:30:14 |
| 5 | immediately to body-worn camera when you are | 11:30:16 |
| 6 | worried about those other things or thinking about | 11:30:20 |
| 7 | all that other stuff. | 11:30:22 |
| 8 | Q  How long does the battery on your | 11:30:23 |
| 9 | body-worn camera last? | 11:30:25 |
| 10 | A  I have never tested it, but I do know that | 11:30:26 |
| 11 | it has on an occasion when I've been on patrol, | 11:30:28 |
| 12 | lose battery throughout the night depending on how | 11:30:32 |
| 13 | often you turn on and off. | 11:30:35 |
| 14 | So hours, I don't know the exact time. | 11:30:37 |
| 15 | Q  I mean, can you give me your best estimate | 11:30:39 |
| 16 | of how long the battery lasts when you have it on? | 11:30:43 |
| 17 | A  Truly, ma'am, it just depends, because if | 11:30:47 |
| 18 | you have it for long periods of time it may even | 11:30:50 |
| 19 | last a couple hours at most. | 11:30:54 |
| 20 | If you have it off for most of the night, | 11:30:56 |
| 21 | it would last all night. | 11:30:59 |
| 22 | Q  During the first four days of the | 11:31:00 |
| 23 | protests, did you ever lose the ability to use | 11:31:08 |
| 24 | your body-worn camera that you had with you | 11:31:10 |
| 25 | because the battery ran out? | 11:31:12 |

1      A   No, ma'am.                                    11:31:14

2      Q   So during the first four days of the          11:31:15

3  protests, you had the ability to turn, to have        11:31:19

4  your body-worn camera on during any of the times      11:31:23

5  that you chose, correct?                              11:31:26

6      A   Yes, ma'am.                                   11:31:27

7      Q   Tell me how it's different, you had           11:31:28

8  earlier said with regards to the circumstances        11:31:33

9  under which you would turn your body-worn camera      11:31:35

10 on, that you would do it when it was either, when     11:31:38

11 it was, when you were taking police action, when      11:31:42

12 it was safe and prudent, right?                       11:31:44

13     A   Yes, ma'am.                                   11:31:47

14     Q   Is there a difference between safe and        11:31:48

15 prudent?                                              11:31:51

16         What does prudent mean that is different      11:31:52

17 than safe?                                            11:31:54

18     A   I believe that's just a redundant             11:31:56

19 terminology that I used, is all.  So my apologies     11:31:57

20 for that.                                             11:32:02

21     Q   Okay.  We are talking about when it's safe    11:32:02

22 to do so and when you are about to take police        11:32:05

23 action, correct?                                      11:32:08

24     A   Yes, ma'am.                                   11:32:10

25     Q   What is your understanding of Denver          11:32:12

| | |
|---|---|
| 1 | police policy with respect to use-of-force | 11:32:23 |
| 2 | statements on reports that you are required to | 11:32:27 |
| 3 | complete every time you use force on a civilian? | 11:32:29 |
| 4 | MR. RINGEL:  Object to the form and | 11:32:33 |
| 5 | foundation. | 11:32:34 |
| 6 | A  Can you re -- it seemed to me there was | 11:32:37 |
| 7 | two parts to that.  Do you mind just rephrasing it | 11:32:40 |
| 8 | so that I understand them and can give you an | 11:32:46 |
| 9 | accurate answer? | 11:32:46 |
| 10 | Q  What is your understanding of DPD policy | 11:32:46 |
| 11 | regarding when you are to complete use-of-force | 11:32:50 |
| 12 | statements? | 11:32:56 |
| 13 | MR. RINGEL:  Object to the form and the | 11:32:56 |
| 14 | foundation. | 11:32:57 |
| 15 | A  My understanding for use-of-force policy | 11:32:58 |
| 16 | is given an isolated use-of-force incident, you | 11:33:02 |
| 17 | are required to let your supervisor know and | 11:33:05 |
| 18 | complete a statement in a use-of-force report. | 11:33:08 |
| 19 | Q  Is there a certain amount of time within | 11:33:14 |
| 20 | which you are required under policy to complete a | 11:33:17 |
| 21 | use-of-force statement? | 11:33:23 |
| 22 | MR. RINGEL:  Object to the form. | 11:33:24 |
| 23 | A  Are you referring to now or during the | 11:33:27 |
| 24 | time of the protests? | 11:33:29 |
| 25 | Q  I'm just talking about your understanding | 11:33:31 |

1    of the policy.                                          11:33:33

2        A   Yeah.                                           11:33:36

3        MR. RINGEL:   Object to the form.                   11:33:38

4        A   I'm not trying to be difficult.  I'm, only      11:33:41

5    the reason I'm asking that is because I know that       11:33:44

6    there has been changes, several changes since           11:33:45

7    those protests, so I just wanted to clarify at          11:33:48

8    what point you're talking about, what dates.            11:33:51

9        Q   Let's talk about up to the protests.            11:33:54

10       A   Okay.                                           11:33:59

11       Q   All right?                                      11:33:59

12       A   All right.                                      11:34:00

13       Q   Up to the protests, in May of 2020, what        11:34:00

14   was your understanding of what DPD's policy was on      11:34:05

15   when, how soon you are supposed to complete a           11:34:10

16   use-of-force statement after you use force?             11:34:14

17       A   Yes, ma'am.  Thank you for clarifying the       11:34:16

18   dates.  Sorry, I just wanted to make sure.              11:34:19

19       Q   Sure.                                           11:34:20

20       A   But my understanding was, if I recall           11:34:21

21   correctly, up until then that you were supposed to      11:34:25

22   complete those reports by the end of your shift         11:34:29

23   if, if able to do so.                                   11:34:32

24       Q   What does that mean; if able to do so?          11:34:35

25       A   Well, I think those protests were a good        11:34:39

1    example of that.  We were working extremely long          11:34:42

2    hours, many overtime hours, and had short                 11:34:46

3    turnaround times, where it was not feasible to            11:34:49

4    complete those reports at the end of your shift.          11:34:51

5        Q  Were you told that you were not at any            11:34:56

6    time, during the protests, were you told by any          11:35:02

7    supervisor that you were not going to be required        11:35:06

8    to complete your, any use-of-force statements?           11:35:09

9        A  If I understand your question, are you           11:35:17

10   asking me if we were told not to -- excuse me,           11:35:18

11   complete any use-of-force statements?                    11:35:22

12       Q  Let's put it this way:  In the first, in         11:35:24

13   the first four days of the protests --                   11:35:29

14       A  Yes, ma'am.                                       11:35:30

15       Q  -- were you told by any supervisor that          11:35:31

16   you were not going to have to complete any               11:35:36

17   use-of-force statements?                                 11:35:39

18       A  No, ma'am, I was never told I would not be       11:35:42

19   completing a statement at any point.                     11:35:45

20       Q  Okay.  So let's say in the first four days       11:35:48

21   of the protests, what was your understanding of          11:35:52

22   what you were required to do with respect to when        11:35:56

23   were you going to complete your use-of-force             11:35:59

24   statements?                                              11:36:03

25       A  I definitely don't recall the exact              11:36:03

1    terminology used, and I don't recall which          11:36:09

2    supervisors were involved in that.  I do remember    11:36:12

3    as a whole being told that we would not have time    11:36:15

4    to complete those statements or use of force         11:36:18

5    reports by the end of the shifts, and to, that we    11:36:21

6    would do it when we were able to and not being       11:36:24

7    deployed for the protests.                           11:36:27

8        I just don't recall the exact terminology        11:36:29

9    that they, that they used for that.                  11:36:32

10       Q   Who told you that?                            11:36:35

11       A   As I stated, I, I don't recall exactly        11:36:36

12   which supervisors told us that.  I just know as a    11:36:40

13   whole, the supervisors let us know that at some      11:36:44

14   point.                                               11:36:50

15       Q   How did they communicate that to you?        11:36:50

16       A   Just being told.                             11:36:53

17       Q   So I'm asking was this in a text message?    11:36:57

18   Was this in an email?  Was this in person, face to   11:37:01

19   face?  Was this in a phone call over the phone?      11:37:05

20   Was this during roll call?  When did you receive     11:37:08

21   this information?                                    11:37:11

22       A   I don't recall exactly at which points,      11:37:11

23   but it was always face to face, usually in groups    11:37:16

24   when we were, had a, you know, five-minute or        11:37:20

25   ten-minute break, something like that, or right      11:37:24

1    before we left for the night.                        11:37:27

2        Q   Just so I understand you correctly,          11:37:28

3    sometime during the first four days of the           11:37:30

4    protests, one or more of your supervisors let you    11:37:33

5    and your teammates know that you were not going to   11:37:35

6    be required to complete your use-of-force            11:37:38

7    statements before the end of each shift?             11:37:40

8        A   That is correct.                             11:37:42

9        Q   Did they tell you when you were going to     11:37:43

10   have to complete them, if at all?                    11:37:47

11       MR. RINGEL:   Object to the form.                11:37:51

12       A   As I stated, they, they informed us that    11:37:54

13   we would be completing those reports when we were    11:37:59

14   able to do so and weren't being deployed for the     11:38:01

15   protests.                                            11:38:05

16       Q   Who were your supervisors at the time of    11:38:05

17   the protests?                                        11:38:12

18       A   My supervisors were Sergeant Lombardi,      11:38:14

19   Sergeant Tak and Sergeant Hughes, and Lieutenant     11:38:21

20   O'Donnell and Lieutenant Carroll.                    11:38:26

21       Q   Were you assigned to particular             11:38:39

22   supervisors -- or, I'm sorry.                        11:38:43

23           Were you assigned to specific sergeants or  11:38:44

24   lieutenants during your deployment in the first      11:38:49

25   four days of the protests?                           11:38:52

| | | |
|---|---|---|
| 1 | A   Those names that I just listed were there | 11:38:54 |
| 2 | throughout the protests.  We work very closely as | 11:38:59 |
| 3 | a team.  I don't recall being told specifically | 11:39:03 |
| 4 | that I was underneath one of those. | 11:39:05 |
| 5 | We were always together and working close | 11:39:08 |
| 6 | together. | 11:39:10 |
| 7 | Q   What was the name of your team? | 11:39:11 |
| 8 | A   Just the gang unit. | 11:39:15 |
| 9 | Q   Okay.  So was there just one, one gang | 11:39:18 |
| 10 | unit? | 11:39:27 |
| 11 | The reason I ask is because I have seen | 11:39:28 |
| 12 | references to Metro 2, versus Metro 3, which seem | 11:39:29 |
| 13 | to be different units of Metro SWAT; is that | 11:39:35 |
| 14 | correct? | 11:39:38 |
| 15 | A   Well, I would agree that SWAT is very | 11:39:38 |
| 16 | confusing to try to figure out who is who, yeah. | 11:39:41 |
| 17 | Q   Okay. | 11:39:44 |
| 18 | (Interrupted crosstalk.) | 11:39:47 |
| 19 | A   The gang unit has just the gang unit. | 11:39:48 |
| 20 | During the protests, we kind of divided into two | 11:39:51 |
| 21 | teams, the east and the west, but that was more | 11:39:56 |
| 22 | just for our sake.  It wasn't that we were being | 11:39:59 |
| 23 | deployed by command staff as east or west.  It was | 11:40:02 |
| 24 | just for our sake to, more along the lines to make | 11:40:05 |
| 25 | sure, kind of a buddy system, if you will, that we | 11:40:08 |

| | | |
|---|---|---|
| 1 | had everybody and we were, we could account for | 11:40:10 |
| 2 | everybody before we moved or deployed. | 11:40:13 |
| 3 | Q Okay. Focussing on the first four days of | 11:40:16 |
| 4 | the protests what, how many -- when you were | 11:40:27 |
| 5 | deployed to police the protests, how many other | 11:40:29 |
| 6 | people on your team did you have with you, your | 11:40:32 |
| 7 | gang unit? | 11:40:36 |
| 8 | A Yes, ma'am. It varied depending on the | 11:40:37 |
| 9 | day. So I don't recall the exact numbers. I | 11:40:42 |
| 10 | believe, I believe we had roughly 16 gang unit | 11:40:47 |
| 11 | officers in the unit around that time. I just | 11:40:49 |
| 12 | don't recall how many and who was on each specific | 11:40:53 |
| 13 | day for you. | 11:40:56 |
| 14 | Q Okay. I'm sorry, you said how many? | 11:40:57 |
| 15 | A I believe there was around 16 uniformed | 11:41:02 |
| 16 | gang officers during the time of the protests. | 11:41:05 |
| 17 | Q So how would they be divided up? | 11:41:09 |
| 18 | A Again, as I say it was more of an informal | 11:41:25 |
| 19 | division. At that time the gang unit was, we were | 11:41:30 |
| 20 | kind of going through an unofficial division | 11:41:35 |
| 21 | between east and west, just because there was so | 11:41:40 |
| 22 | much violent crime from gangs on the east side of | 11:41:42 |
| 23 | the city and the west side of the city that we | 11:41:45 |
| 24 | felt it would be -- or, I shouldn't say we. The | 11:41:48 |
| 25 | command staff felt it would good to have a | 11:41:51 |

| | | |
|---|---|---|
| 1 | dedicated smaller group of officers to the east | 11:41:54 |
| 2 | side of town and a dedicated group of officers to | 11:41:56 |
| 3 | the west side of town. | 11:42:00 |
| 4 | During the protests we kind of | 11:42:02 |
| 5 | unofficially did that division just, again, to | 11:42:04 |
| 6 | keep everybody accounted for before we would move. | 11:42:06 |
| 7 | So we had an east truck and a west truck. | 11:42:09 |
| 8 | Q  Right, so was it like eight officers on | 11:42:11 |
| 9 | the east truck and then eight officers on the west | 11:42:14 |
| 10 | truck? | 11:42:17 |
| 11 | A  I mean, ideally I couldn't give you the | 11:42:20 |
| 12 | exact numbers, but, yeah, it would be pretty close | 11:42:22 |
| 13 | to an even split, yes, ma'am. | 11:42:24 |
| 14 | Q  Then would there be one sergeant and one | 11:42:26 |
| 15 | lieutenant assigned to each one of those groups, | 11:42:29 |
| 16 | east and west? | 11:42:33 |
| 17 | A  Yes, ma'am.  If both lieutenants were | 11:42:34 |
| 18 | there that day there would be one, or one on each | 11:42:38 |
| 19 | truck, and there was always at least one sergeant | 11:42:41 |
| 20 | on the truck. | 11:42:43 |
| 21 | Q  So during the first four days of the | 11:42:46 |
| 22 | protests, you, if I understand you correctly, you | 11:42:50 |
| 23 | weren't assigned to any particular sergeant, like | 11:42:53 |
| 24 | you didn't always have Lombardi or you didn't | 11:42:55 |
| 25 | always have Tak; sometimes it changed? | 11:43:00 |

1    A  Yes, ma'am, that is correct.                11:43:02

2    Q  Do you remember which days you had which     11:43:04

3  sergeants during the first four days?            11:43:07

4    A  I do not recall, no, ma'am.                  11:43:09

5    Q  Do you have a copy of the statements that    11:43:10

6  you reviewed?                                    11:43:12

7    A  I do not.                                    11:43:14

8    MS. WANG:  Mr. Ringel and Mr. Davis, we        11:43:19

9  are requesting that you produce, now; we can do it  11:43:21

10  during a break, but that you send to us now the   11:43:26

11  statements Officer Bolton reviewed.              11:43:28

12    Because the only ones that we were            11:43:30

13  produced are for May 28th and May 30th -- May     11:43:32

14  31st.  Sorry.  The only two we have received are  11:43:37

15  for Thursday, May 28th, and Sunday May 31st.  We  11:43:40

16  did not receive Friday, the 29th, and we did not  11:43:45

17  receive one for Saturday, May 30th.              11:43:48

18    Are you going to agree to produce that?       11:43:52

19    MR. RINGEL:  No.                              11:43:54

20    MS. WANG:  Why?                               11:43:56

21    MR. RINGEL:  Because depositions are not      11:43:56

22  request-for-production exercises.                11:43:59

23    MS. WANG:  We had a request for production    11:44:03

24  out that requested officer statements, and you    11:44:05

25  have failed to produce the statements that we     11:44:11

1    requested, and you have done so knowing that we          11:44:14

2    were deposing Officer Bolton today.  Having shown         11:44:17

3    him statements that you knew we did not have.             11:44:21

4         MR. RINGEL:  I have no have idea what you            11:44:24

5    have and what you don't have.  The statements that        11:44:27

6    I received to prepare Officer Bolton, I have no           11:44:29

7    knowledge about whether they were produced to            11:44:33

8    counsel for the plaintiffs as part of a production       11:44:36

9    before I got into this case or not.                      11:44:39

10        So I have, so accusing me of suggesting             11:44:41

11   that I'm hiding something is factually incorrect.        11:44:44

12   I have no knowledge of what you have and what you        11:44:47

13   don't have.                                              11:44:50

14        MS. WANG:  Why aren't you going to produce          11:44:53

15   them now?  You can produce it during a break.  If        11:44:54

16   you showed it to him, you have it.                       11:44:58

17        MR. RINGEL:  I will think about it and              11:45:00

18   when we have a first break, I'll make ...                11:45:02

19        MS. WANG:  Look, we are going to have this          11:45:06

20   deposition reopened if you are refusing to comply        11:45:09

21   with an outstanding request for production.              11:45:11

22        Which, frankly, that request for                    11:45:14

23   production is in one of our first sets of requests       11:45:15

24   for production, which has been out there since           11:45:17

25   last fall.                                               11:45:20

1    MR. RINGEL:  If you want to argue about it    11:45:22

2  after I make a decision, that's fine, but it    11:45:24

3  doesn't make any sense to me to argue about it    11:45:27

4  before I have decided what I want to do.    11:45:29

5    MS. WANG:  I'm just telling you --    11:45:32

6    MR. RINGEL:  I know --

7    MS. WANG:  -- that we are going to reopen    11:45:33

8  this deposition if you refuse to produce the    11:45:34

9  statements that he reviewed which we have    11:45:36

10  legitimately requested.    11:45:39

11    And that is what I'm putting on the    11:45:41

12  record.    11:45:42

13    MR. RINGEL:  Right.  Put whatever you want    11:45:42

14  to put on the record.    11:45:45

15    Q  Why didn't you complete officer statements    11:45:52

16  for the other days that you policed the protests?    11:45:54

17    A  Are you asking me again, ma'am?    11:45:58

18    Q  Yes.    11:46:03

19    A  Okay.  I'm sorry.  Can you repeat the    11:46:04

20  question?    11:46:05

21    Q  Why didn't you complete officer    11:46:06

22  statements, an officer statement or a use-of-force    11:46:08

23  report for any of the other days that you policed    11:46:11

24  the protests?    11:46:16

25    A  Those initial days, I'm trying to recall    11:46:17

| | | |
|---|---|---|
| 1 | exactly which days there were, but the other days | 11:46:22 |
| 2 | were calmer and we were able to complete | 11:46:28 |
| 3 | individualized use-of-force statements if we were | 11:46:32 |
| 4 | in fact involved in a use of force. | 11:46:35 |
| 5 | There was so much use of forces happening | 11:46:38 |
| 6 | due to OC deployments, 40 millimeters, PepperBall | 11:46:39 |
| 7 | that it was not reasonable to stop and complete a | 11:46:44 |
| 8 | report for every one of those days, so we were | 11:46:47 |
| 9 | doing blanket use-of-force end statements for | 11:46:49 |
| 10 | those days. | 11:46:52 |
| 11 | Q  So how many other reports did you complete | 11:46:53 |
| 12 | for the protests? | 11:46:56 |
| 13 | You said that before this deposition you | 11:46:58 |
| 14 | reviewed three reports, for Thursday, Friday and | 11:47:00 |
| 15 | Saturday. | 11:47:03 |
| 16 | Are there other reports that you completed | 11:47:05 |
| 17 | which you did not review prior to your deposition? | 11:47:07 |
| 18 | A  I don't know if there was or not.  I just | 11:47:12 |
| 19 | don't recall, ma'am. | 11:47:14 |
| 20 | Q  In the month of June, how many days did | 11:47:16 |
| 21 | you police the protests? | 11:47:22 |
| 22 | A  I don't recall the exact number of days, | 11:47:24 |
| 23 | ma'am. | 11:47:28 |
| 24 | Q  Were you assigned to police the protests | 11:47:28 |
| 25 | during the first two weeks of June? | 11:47:34 |

| | |
|---|---|
| 1 | A   Not every day, but yes, ma'am. | 11:47:38 |
| 2 | Q   How many days did you have off during the | 11:47:39 |
| 3 | first two weeks of June? | 11:47:43 |
| 4 | A   I know that it would have to -- I know | 11:47:47 |
| 5 | that I had, I believe, the 4th off, but I don't | 11:47:50 |
| 6 | recall outside of that ma'am, I would have to | 11:47:53 |
| 7 | review, my, my work history, my TeleStaff. | 11:47:56 |
| 8 | Q   What kind of weapons were you able | 11:47:59 |
| 9 | to -- did you have in your 40 millimeter? | 11:48:04 |
| 10 | MR. RINGEL:  Object to the form. | 11:48:10 |
| 11 | A   I don't understand that question just | 11:48:11 |
| 12 | based off of how, how that 40 is. | 11:48:14 |
| 13 | Q   What do you launch in that weapon? | 11:48:17 |
| 14 | A   Okay.  There is a 40 millimeter foam round | 11:48:20 |
| 15 | and an OC round. | 11:48:26 |
| 16 | Q   What color are the foam batons? | 11:48:32 |
| 17 | A   There was blue and black, I believe, | 11:48:37 |
| 18 | and -- I'm sorry, did you ask about the OC rounds? | 11:48:41 |
| 19 | Q   Not yet. | 11:48:46 |
| 20 | A   Okay. | 11:48:47 |
| 21 | Q   But you had both colors for the foam | 11:48:48 |
| 22 | batons, the foam rounds; blue and black? | 11:48:51 |
| 23 | A   I honestly don't recall specifically just | 11:48:55 |
| 24 | because there was some munition shortages, so | 11:48:58 |
| 25 | other agencies were bringing some in. | 11:49:01 |

| | | |
|---|---|---|
| 1 | I don't recall specifically what colors I | 11:49:05 |
| 2 | had, but I just, I know that those were two | 11:49:06 |
| 3 | colors. | 11:49:08 |
| 4 | Q  Okay.  What is the OC round that you can | 11:49:09 |
| 5 | launch in your 40 millimeter? | 11:49:13 |
| 6 | A  It's orange in color on the tip. | 11:49:15 |
| 7 | Q  So, I mean, does it look like a tear gas | 11:49:20 |
| 8 | cannister? | 11:49:25 |
| 9 | A  No, ma'am.  It looks similar to the foam | 11:49:26 |
| 10 | round, same design and shape, just different | 11:49:30 |
| 11 | material. | 11:49:33 |
| 12 | And when it hits a target, the shell | 11:49:33 |
| 13 | dissipates and OC is released into the air. | 11:49:36 |
| 14 | Q  So the OC round is, it's like, is rounded | 11:49:43 |
| 15 | at the tip? | 11:49:50 |
| 16 | A  Yes, ma'am. | 11:49:50 |
| 17 | Q  And it contains OC powder? | 11:49:50 |
| 18 | A  Yes, ma'am, that's correct. | 11:49:53 |
| 19 | Q  So when it hits a target, it releases OC? | 11:49:55 |
| 20 | A  Correct, ma'am, like a powder substance. | 11:49:59 |
| 21 | Q  Did you, or anybody else in the gang unit, | 11:50:02 |
| 22 | have launchers that launched tear gas cannisters? | 11:50:08 |
| 23 | A  I know that I did not, and I was not aware | 11:50:14 |
| 24 | of anybody else in my unit that had that | 11:50:17 |
| 25 | capability; and I've personally not seen those. | 11:50:19 |

| | | |
|---|---|---|
| 1 | Q  When you say you personally have not seen | 11:50:23 |
| 2 | those, what do you mean by that? | 11:50:29 |
| 3 | A  I have never held one in my hand.  I | 11:50:30 |
| 4 | didn't know that that was really an option. | 11:50:35 |
| 5 | I mean, maybe that's something SWAT has or | 11:50:37 |
| 6 | has the ability to use, but I can't speak to that. | 11:50:39 |
| 7 | Q  So are you aware of anybody -- well, let | 11:50:42 |
| 8 | me ask it this way:  During the protests, you saw | 11:50:47 |
| 9 | tear-gas cannisters being thrown at protesters, | 11:50:53 |
| 10 | correct? | 11:50:56 |
| 11 | MR. RINGEL:  Object to the form. | 11:50:57 |
| 12 | A  I saw cannisters being thrown in the | 11:50:59 |
| 13 | direction of, of protesters, or crowds, or | 11:51:03 |
| 14 | wherever it was. | 11:51:08 |
| 15 | Q  Were those always thrown by hand? | 11:51:08 |
| 16 | A  I, I can't speak to what everybody else | 11:51:14 |
| 17 | was doing.  I don't know that to be true or not. | 11:51:17 |
| 18 | Q  I'm just asking what you witnessed.  Did | 11:51:19 |
| 19 | you witness tear gas can -- my question is really, | 11:51:21 |
| 20 | did you witness tear-gas cannisters being launched | 11:51:24 |
| 21 | from any kind of weapon as opposed to just thrown | 11:51:29 |
| 22 | by hand? | 11:51:31 |
| 23 | A  Okay.  I appreciate you clarifying. | 11:51:32 |
| 24 | I didn't -- I only saw cannisters being | 11:51:34 |
| 25 | thrown by hand.  Again, I was not aware of | 11:51:37 |

1   cannisters being launched by the 40, personally.          11:51:40

2       Q   Do you know if that is a capability that           11:51:46

3   DPD has?                                                   11:51:48

4       A   I do not know that.  No, ma'am.                    11:51:49

5       Q   Did you, or anybody else on your team,             11:51:52

6   meaning in the gang unit, have flash bangs?                11:51:54

7       A   I did not, and I'm not aware of anybody in         11:52:00

8   the unit having them.                                      11:52:02

9       Q   Are you aware of Metro SWAT having flash           11:52:03

10  bangs?                                                     11:52:09

11      A   Yes, ma'am, that's a tool that they use in         11:52:09

12  their actions.                                             11:52:12

13      Q   Is there any other unit of DPD that has            11:52:12

14  flash bangs?                                               11:52:19

15      A   I don't know the answer to that.  I don't          11:52:21

16  know.                                                      11:52:25

17      Q   But you know that Metro SWAT uses flash            11:52:25

18  bangs?                                                     11:52:30

19      A   Yes, ma'am.                                        11:52:31

20      Q   Okay.  That is not something that your             11:52:32

21  unit has used?                                             11:52:34

22      A   No, ma'am.                                         11:52:35

23      Q   So you, during the first four days of the          11:52:36

24  protests, you had the 40 millimeter launcher and a         11:52:47

25  PepperBall gun, correct?                                   11:52:51

1    A  Yes, ma'am.                          11:52:51

2    Q  And you didn't carry those both at the    11:52:53

3  same time, did you?                       11:52:56

4    A  No, ma'am.                           11:52:56

5    Q  So some days you would have one versus the    11:52:57

6  other?                                    11:53:00

7    A  That is correct, yes, ma'am.         11:53:01

8    Q  So during a particular day, were you    11:53:03

9  assigned a particular weapon, or could your weapon    11:53:08

10  change during that day?                   11:53:11

11    A  You were initially started out assigned a    11:53:14

12  weapon but you could, you could change out    11:53:17

13  throughout the day.                       11:53:20

14        The 40 millimeter is a heavy-weapon    11:53:21

15  platform, so changing out was not, not consistent,    11:53:24

16  so...                                     11:53:27

17    Q  What is your understanding of the    11:53:28

18  circumstances under which a 40 millimeter launcher    11:53:41

19  can be used against a crowd?              11:53:45

20    A  If you could rephrase, because "against a    11:53:51

21  crowd" is a little generic.               11:53:55

22        Are you referring to just being utilized    11:53:57

23  in general?                               11:54:00

24    Q  Let's start there.                   11:54:02

25    A  Okay.  My understanding is to deploy 40    11:54:04

| | | |
|---|---|---|
| 1 | for someone being actively aggressive towards | 11:54:11 |
| 2 | somebody else or yourself. | 11:54:17 |
| 3 | Q  So that would include use of the foam | 11:54:17 |
| 4 | round or the OC round in a 40mm launcher? | 11:54:22 |
| 5 | You can use those when somebody's being | 11:54:27 |
| 6 | actively aggressive, correct? | 11:54:30 |
| 7 | A  Yes, ma'am.  You could also -- yeah.  Go | 11:54:32 |
| 8 | ahead. | 11:54:33 |
| 9 | Q  That's your understanding of DPD policy, | 11:54:33 |
| 10 | correct? | 11:54:35 |
| 11 | A  Yes, ma'am. | 11:54:36 |
| 12 | Q  What does it mean to be actively | 11:54:38 |
| 13 | aggressive? | 11:54:40 |
| 14 | A  Somebody behaving in a manner which would | 11:54:41 |
| 15 | lead you to believe that they were about to injure | 11:54:46 |
| 16 | somebody or yourself. | 11:54:49 |
| 17 | Q  So what are some examples of that? | 11:54:52 |
| 18 | A  Throwing items, using an edge weapon of | 11:54:54 |
| 19 | some sort, and all the way up to a firearm, | 11:55:01 |
| 20 | punching, kicking, pushing, any sort of physical | 11:55:04 |
| 21 | activity that could cause harm. | 11:55:08 |
| 22 | Q  When you use the 40mm launcher, is it fair | 11:55:10 |
| 23 | to say that you are not to aim -- you are supposed | 11:55:18 |
| 24 | to aim that at a particular target, somebody who | 11:55:19 |
| 25 | is being actively aggressive? | 11:55:21 |

1      A   Yes, ma'am.                                      11:55:23

2      Q   You are not supposed to just aim that into      11:55:23

3   a crowd indiscriminately?                               11:55:28

4      A   No, ma'am.                                       11:55:31

5      Q   Why is that?                                     11:55:32

6      A   Why is what, I'm sorry?                          11:55:34

7      Q   Why can't you just shoot a 40mm at a            11:55:41

8   crowd?                                                  11:55:46

9      A   As I stated it would, you know, that would      11:55:46

10  not be what it was, the weapon was designed for,        11:55:48

11  and it would be without, not within policy.             11:55:50

12     Q   What were the circumstances under which          11:55:54

13  you were allowed to use your PepperBall gun?            11:56:01

14     A   According to the policy, a defensive            11:56:05

15  resistance.                                             11:56:08

16     Q   What does that mean?                             11:56:09

17     A   You -- for an individual, defensive            11:56:12

18  resistance would be someone that's not complying        11:56:18

19  with orders being given, all the way up to active       11:56:20

20  aggression and aggravated active aggression, if         11:56:23

21  need be.                                                11:56:26

22         And then for crowd dispersal, again for         11:56:27

23  defensive resistance, not listening to orders or        11:56:30

24  not complying.                                          11:56:35

25     Q   If you give an order to disperse and            11:56:36

1   people don't leave, you can shoot at them with          11:56:41

2   your PepperBall gun?                                    11:56:44

3       A  Not necessarily at them.  For crowd             11:56:46

4   dispersal, it would be the air, you are trying to       11:56:54

5   infect the air with OC around, so it would be           11:56:56

6   either shooting at the ground in front of them          11:56:58

7   causing the spray to come up, or the powder to          11:57:02

8   come up; or above them to have it rain down over        11:57:04

9   the crowd.                                              11:57:08

10      Q  So before you use the PepperBall gun for         11:57:08

11  crowd-dispersal purposes, you need to give them an      11:57:17

12  opportunity to disperse, correct?                       11:57:20

13      A  Yes, ma'am.                                      11:57:21

14      Q  In order to provide a crowd an opportunity       11:57:23

15  to disperse, you would need to order them to do         11:57:28

16  so, right?                                              11:57:32

17      A  Not necessarily me, if that's what your          11:57:34

18  asking, but they would need to have orders.             11:57:36

19          But there is circumstances that may not         11:57:39

20  apply for safety reasons, or you didn't have time.      11:57:41

21      Q  You would agree that before you use a            11:57:46

22  weapon that is designed to disperse a crowd, you        11:57:53

23  have to give the crowd -- and I don't mean you          11:57:56

24  personally, I mean the police who are there, have       11:57:57

25  to give the crowd an opportunity to disperse,           11:58:01

| | | |
|---|---|---|
| 1 | right? | 11:58:04 |
| 2 | A  So in that specific situation, if it's, if | 11:58:07 |
| 3 | there's not an outlying concern for safety, or | 11:58:12 |
| 4 | something like that, then yes, that would be | 11:58:15 |
| 5 | ideal. | 11:58:16 |
| 6 | Q  So there are circumstances -- am I | 11:58:17 |
| 7 | understanding you correctly, that there are | 11:58:23 |
| 8 | circumstances under DPD's policy under which you | 11:58:24 |
| 9 | can use a PepperBall gun to disperse a crowd | 11:58:28 |
| 10 | without giving them an opportunity to disperse? | 11:58:30 |
| 11 | A  I believe so, yes, ma'am. | 11:58:33 |
| 12 | Q  What are those circumstances? | 11:58:36 |
| 13 | A  What I'm referring to is if you, there is | 11:58:41 |
| 14 | a hostile crowd of some sort that you don't have | 11:58:45 |
| 15 | time to give a dispersal order to, and need the | 11:58:47 |
| 16 | crowd to dissipate for safety reasons, then yes, | 11:58:53 |
| 17 | ma'am. | 11:58:56 |
| 18 | Q  What constitutes a hostile crowd? | 11:58:56 |
| 19 | A  Destruction of property or concern for | 11:59:02 |
| 20 | life, and injury of individuals, including the | 11:59:07 |
| 21 | officers. | 11:59:11 |
| 22 | Q  So the circumstances under which you can | 11:59:12 |
| 23 | PepperBall a crowd, without giving them an order | 11:59:30 |
| 24 | to disperse first, is if there's destruction of | 11:59:32 |
| 25 | property or there's a concern for the life of | 11:59:35 |

1    others; is that correct?                          11:59:38

2        A   Just to clarify, you said into the crowd.  11:59:41

3    I'm talking about using to it to disperse, so what 11:59:44

4    I'm talking about is like infecting the air with   11:59:48

5    OC around the crowd in order to disperse, yes,     11:59:51

6    ma'am.                                             11:59:54

7        Q   So are you not permitted under DPD policy  11:59:54

8    to shoot people in a crowd with a PepperBall gun;  12:00:02

9    you have to shoot the ground in front of them?     12:00:08

10       A   Incidents dictate how that works.  Just    12:00:11

11   the way you read that back to me, I just wanted to  12:00:12

12   clarify because it seemed, in my mind it seemed to  12:00:15

13   me that you may have been, thought it was blindly   12:00:18

14   shooting into a crowd, and I just wanted to         12:00:21

15   separate the two.                                  12:00:23

16       Q   So are there circumstances under which you 12:00:25

17   can blindly shoot into a crowd, shoot PepperBall   12:00:31

18   gun into a crowd without giving them, like at       12:00:35

19   them, shooting at the crowd, at the people in the   12:00:39

20   crowd, without giving them an order to disperse?    12:00:41

21       A   You used the words "blindly into the       12:00:45

22   crowd," correct?                                   12:00:48

23       Q   Right.  Where you are not targeting a      12:00:49

24   specific person but you're just taking your,        12:00:51

25   you're taking your PepperBall gun and you are      12:00:53

| | | |
|---|---|---|
| 1 | shooting everybody in the crowd, just shooting | 12:00:56 |
| 2 | them in the crowd. | 12:00:58 |
| 3 | A  I'm don't think that that's within policy | 12:00:59 |
| 4 | of just blindly shooting into the crowd, ma'am. | 12:01:01 |
| 5 | Q  Okay.  So the policy for crowd dispersal | 12:01:04 |
| 6 | requires you to shoot at the ground, or in a | 12:01:09 |
| 7 | manner that's going to release the OC, but not | 12:01:13 |
| 8 | have the PepperBall be used as, essentially, an | 12:01:16 |
| 9 | impact weapon? | 12:01:19 |
| 10 | A  In specific incidents, no, you're not | 12:01:22 |
| 11 | supposed to blindly shoot into the crowd. | 12:01:25 |
| 12 | Q  What do you mean by that? | 12:01:28 |
| 13 | A  What I'm saying is, you can use the weapon | 12:01:30 |
| 14 | as an impact weapon in shooting individuals who | 12:01:34 |
| 15 | you believe fall into the parameters of the | 12:01:37 |
| 16 | policy, but blindly shooting into the crowd is not | 12:01:42 |
| 17 | within policy.  No, ma'am. | 12:01:47 |
| 18 | Q  Okay.  So you could target a specific | 12:01:48 |
| 19 | individual with a PepperBall gun as an impact | 12:01:57 |
| 20 | weapon if they, if you know that that person, you | 12:02:00 |
| 21 | know, is not complying with an order? | 12:02:03 |
| 22 | A  Individual, or individuals.  Yes, ma'am. | 12:02:05 |
| 23 | Q  Okay.  If you have a large group of | 12:02:08 |
| 24 | people, most of whom are peaceful, but there is a | 12:02:15 |
| 25 | few individuals in the crowd who may have thrown | 12:02:19 |

1   something, thrown a water bottle or something, at            12:02:21

2   the officers, what is, under your understanding of           12:02:24

3   DPD policy, what is the appropriate use of                   12:02:29

4   PepperBall in that situation?                                12:02:31

5        MR. RINGEL:  Object to the form and the                 12:02:33

6   foundation.                                                  12:02:34

7        A  My idea of the policy in that situation              12:02:37

8   would to be identify those individuals and, if you           12:02:40

9   are able to, to shoot those individuals to get               12:02:46

10  them to comply or leave the area and stop causing            12:02:50

11  those issues or threatening injury.                          12:02:54

12       Q  If you have a few individuals in a large             12:02:57

13  crowd that are causing trouble, you are required             12:03:05

14  to try to stop them from acting the way they're              12:03:08

15  acting, right?                                               12:03:12

16       A  Ideally, yes, ma'am.                                 12:03:13

17       Q  What do you mean by "ideally"?                       12:03:14

18       A  That's very black and white.  That's not            12:03:19

19  always the situation or the availability.                    12:03:25

20       There are situations where large groups of              12:03:27

21  people near the front, or wherever, were acting as           12:03:31

22  blockades or kicking rocks and other cannisters              12:03:35

23  and bottles back to the group that would, the                12:03:39

24  large amount of group that were throwing things or           12:03:42

25  causing the problems.                                        12:03:44

| | |
|---|---|
| 1 | So it wasn't just black and white of just | 12:03:45 |
| 2 | the one person throwing an item. | 12:03:47 |
| 3 | Q  Did you determine whether, during any of | 12:03:50 |
| 4 | the first four days of the protests, there were | 12:03:56 |
| 5 | people who were being peaceful in the front who | 12:03:59 |
| 6 | were purposely acting as a blockade against more | 12:04:02 |
| 7 | aggressive people in the back? | 12:04:06 |
| 8 | A  Just so I can understand your question, | 12:04:08 |
| 9 | can you repeat that for me? | 12:04:09 |
| 10 | Q  Is it your testimony that there are | 12:04:11 |
| 11 | people, that there may be people in a crowd who | 12:04:20 |
| 12 | are being peaceful, but they are doing that just | 12:04:23 |
| 13 | to hide the people who are behind them acting | 12:04:27 |
| 14 | aggressively? | 12:04:30 |
| 15 | A  My -- if I understand your question | 12:04:33 |
| 16 | correctly, did I observe that personally; the | 12:04:38 |
| 17 | answer would be yes. | 12:04:40 |
| 18 | Q  All right.  On which days of the protests | 12:04:41 |
| 19 | did you observe that? | 12:04:44 |
| 20 | A  I observed that every time I was on a | 12:04:46 |
| 21 | skirmish line.  I can't give you exact dates of | 12:04:51 |
| 22 | each time, but every time I was on the skirmish | 12:04:53 |
| 23 | line I observed it. | 12:04:55 |
| 24 | Q  So when you saw people in the front of a | 12:04:56 |
| 25 | crowd kneeling, or standing with their hands up | 12:04:58 |

| | |
|---|---|
| 1   acting peacefully, did you believe that they were | 12:05:02 |
| 2   acting in concert with the people in the back, the | 12:05:06 |
| 3   few people in the back who may have been throwing | 12:05:09 |
| 4   things at the officers? | 12:05:12 |
| 5       A  I do not believe every single person there | 12:05:15 |
| 6   was in concert with people using that behavior. | 12:05:18 |
| 7          Your question was did I observe it; and | 12:05:22 |
| 8   yes, ma'am, I did. | 12:05:24 |
| 9       Q  So how did you determine that somebody who | 12:05:24 |
| 10  was standing peacefully in the front of a crowd, | 12:05:30 |
| 11  either kneeling or with their hands up, was just | 12:05:34 |
| 12  acting as a front, if you will, for somebody in | 12:05:37 |
| 13  the back being aggressive? | 12:05:41 |
| 14      A  When you're on a line, you have to be | 12:05:44 |
| 15  observant of everything.  So you'd observe | 12:05:48 |
| 16  specific movements, like a crowd suddenly parting | 12:05:51 |
| 17  and having people poke through the crowd to throw | 12:05:55 |
| 18  or launch something or, use a sling shot. | 12:05:59 |
| 19         You would also observe, when they didn't | 12:06:03 |
| 20  think anybody was watching them, throwing rocks | 12:06:06 |
| 21  back behind them to give ammunition. | 12:06:09 |
| 22         There was, you know, a bunch of different | 12:06:12 |
| 23  signs that you could watch and observe to realize | 12:06:14 |
| 24  that that person was not being peaceful. | 12:06:16 |
| 25      Q  Were you justified, under your | 12:06:20 |

1    understanding of DPD policy, in using less-lethal        12:06:27

2    weapons on the people in the front who were             12:06:34

3    pretending to be peaceful, who you thought were         12:06:36

4    pretending to be peaceful?                              12:06:39

5        A  My understanding was if somebody was             12:06:41

6    supplying somebody with ammunition to hurt other        12:06:44

7    people, then they were part of the issue and            12:06:47

8    needed to be dispersed from that crowd.                 12:06:51

9        Q  Okay.  What you described, though, was a         12:06:54

10   specific example of somebody in the front passing       12:06:58

11   back a rock, or something else, for somebody else       12:07:02

12   to throw, right?                                        12:07:06

13       A  Yes, ma'am.                                      12:07:06

14       Q  What I am talking about is the many people       12:07:07

15   who are standing in the front of a crowd with           12:07:10

16   their hands up or who are kneeling, who you have        12:07:13

17   not observed doing that kind of thing, where they       12:07:16

18   are passing back rocks or giving something to           12:07:21

19   somebody else to throw.                                 12:07:24

20       Under your understanding of DPD policy, if          12:07:25

21   you believe that those people in the front are          12:07:29

22   just standing there to guard the people in the          12:07:31

23   back who are throwing things, is it justified for       12:07:33

24   you to shoot at them?                                   12:07:36

25       MR. RINGEL:  Object to the form and the             12:07:41

1    foundation.                                          12:07:41

2        A  My understanding of DPD policy -- well,       12:07:45

3    let me ask you this, can you -- there is a lot of    12:07:49

4    parts to that question, I just want to make sure I   12:07:53

5    answer it accurately for you.                        12:07:55

6        Do you mind breaking that down a little          12:07:57

7    bit?                                                 12:07:59

8        Q  Let's set aside the example that you gave.    12:08:01

9        A  Okay.                                         12:08:04

10       Q  Of somebody that you've seen in the crowd     12:08:05

11   pass back an object for somebody else to throw,      12:08:08

12   okay?                                                12:08:11

13       A  Okay.                                         12:08:11

14       Q  Let's talk about the people who are           12:08:11

15   standing in the front of a crowd.                    12:08:13

16       A  Okay.                                         12:08:15

17       Q  Either kneeling, or holding a sign, or        12:08:16

18   simply standing there with their hands up.           12:08:19

19       Did you believe that there were people who       12:08:22

20   were doing that, who were simply trying to cover     12:08:24

21   the people in the back who were throwing things?     12:08:29

22       A  As I stated before, yes, ma'am, I did.  I     12:08:34

23   didn't believe that all of them were doing that,     12:08:37

24   but yes, ma'am.  Absolutely.                         12:08:39

25       Q  Okay.  So how would you determine that        12:08:42

1    somebody who is simply standing there, or                12:08:45

2    kneeling, or standing there with their hands up,          12:08:48

3    or standing there and chanting, or standing there         12:08:51

4    with a sign was acting as some sort of protector          12:08:54

5    for an aggressive person in the back?                     12:08:57

6        A   As I stated before, you observe the crowd         12:09:01

7    and the individuals in the crowd, and if they were        12:09:05

8    using movements to block people that you could            12:09:08

9    see, and you could identify as, then, then you            12:09:11

10   would determine they were assisting the hostile          12:09:15

11   crowd members.                                            12:09:19

12       Q   And then under your understanding of DPD          12:09:19

13   policy, you would be justified in shooting them           12:09:21

14   with a less-lethal weapon, correct?                       12:09:23

15       A   It on would depend on the situation or if         12:09:26

16   you were given instruction to do so.                      12:09:29

17       Q   During the time that you policed the              12:09:30

18   protests, did you throw any tear-gas cannisters?          12:09:32

19       A   Yes, ma'am, I did.                                12:09:37

20       Q   Do you recall on, in the first four days         12:09:39

21   of the protests, on which days did you throw              12:09:44

22   tear-gas cannisters?                                      12:09:47

23       A   I believe it was Friday.                          12:09:48

24       Q   Friday, May 29th?                                 12:09:53

25       A   Yes, ma'am.                                       12:09:54

| | |
|---|---|
| 1 | Q  What locations were you at when you threw | 12:10:01 |
| 2 | a tear-gas cannister on that day? | 12:10:05 |
| 3 | A  The time that I recall was at the | 12:10:07 |
| 4 | northeast corner of Colfax and Broadway. | 12:10:09 |
| 5 | Q  Why don't we have any body-worn camera | 12:10:12 |
| 6 | from you for that day? | 12:10:28 |
| 7 | A  I, I don't know, ma'am. | 12:10:30 |
| 8 | Q  You had your body-worn camera with you | 12:10:32 |
| 9 | every day of the protests, correct? | 12:10:39 |
| 10 | A  Yes, ma'am. | 12:10:42 |
| 11 | Q  If you don't, if you had your camera with | 12:10:44 |
| 12 | you on Friday, May 29th, and we don't have any | 12:10:51 |
| 13 | video from you for that day, then you didn't turn | 12:10:54 |
| 14 | it on, right? | 12:10:59 |
| 15 | A  I don't know.  I don't know what you have, | 12:11:02 |
| 16 | ma'am.  I don't know what you were given or what | 12:11:05 |
| 17 | was available. | 12:11:08 |
| 18 | Q  What was the reason that you threw a | 12:11:09 |
| 19 | tear-gas cannister on that day? | 12:11:16 |
| 20 | A  I was instructed to do so.  The crowd that | 12:11:19 |
| 21 | we were being faced with on multiple fronts became | 12:11:22 |
| 22 | extremely hostile and were throwing multiple, | 12:11:27 |
| 23 | multiple items at us.  Lots of officers were | 12:11:32 |
| 24 | getting hit, and we needed to get the crowd moved | 12:11:33 |
| 25 | back. | 12:11:38 |

| | | |
|---|---|---|
| 1 | Q  Back from where? | 12:11:39 |
| 2 | A  From the location that they were throwing | 12:11:43 |
| 3 | items from. | 12:11:45 |
| 4 | Q  Where were they throwing items from? | 12:11:47 |
| 5 | A  There was multiple spots.  To the best of | 12:11:50 |
| 6 | my recollection, it was directly to the west of us | 12:11:54 |
| 7 | on Colfax. | 12:11:56 |
| 8 | I believe at some point they were in the | 12:11:58 |
| 9 | middle of Colfax throwing it, and then on the | 12:12:00 |
| 10 | south side of Colfax.  And also from the southeast | 12:12:03 |
| 11 | corner of Colfax and Broadway. | 12:12:08 |
| 12 | Q  Who instructed you to throw a tear-gas | 12:12:14 |
| 13 | cannister at that date, time and location? | 12:12:20 |
| 14 | A  One of my supervisors, but I don't recall | 12:12:22 |
| 15 | which one. | 12:12:25 |
| 16 | Q  A sergeant or a lieutenant? | 12:12:27 |
| 17 | A  I don't recall, I'm sorry. | 12:12:32 |
| 18 | Q  Were you given instructions at the | 12:12:35 |
| 19 | beginning of the protests that you were authorized | 12:12:40 |
| 20 | to throw tear-gas cannisters if told to do so by a | 12:12:45 |
| 21 | command-level staff member? | 12:12:50 |
| 22 | A  Could you repeat that? | 12:12:51 |
| 23 | Q  Were you given any instruction at | 12:12:52 |
| 24 | beginning of the protests that you were allowed to | 12:12:54 |
| 25 | throw tear-gas cannisters if authorized to do so | 12:12:59 |

| | | |
|---|---|---|
| 1 | by a supervisor? | 12:13:04 |
| 2 | A  Specific instructions for that, no, ma'am. | 12:13:05 |
| 3 | Q  At the beginning of the protests, what | 12:13:09 |
| 4 | instruction were you given regarding the | 12:13:18 |
| 5 | circumstances under which you would be allowed to | 12:13:20 |
| 6 | throw, or use, or deploy a tear-gas cannister? | 12:13:23 |
| 7 | A  To the best of my recollection that wasn't | 12:13:29 |
| 8 | specifically addressed. | 12:13:31 |
| 9 | Q  Were you given any instruction at the | 12:13:32 |
| 10 | beginning of the protests about when you were | 12:13:42 |
| 11 | authorized to use your 40mm? | 12:13:44 |
| 12 | A  Not specifically.  We had received 40 | 12:13:49 |
| 13 | millimeter training throughout, you know, my | 12:13:52 |
| 14 | career since I became certified on that weapon. | 12:13:54 |
| 15 | Q  Okay.  So you were not given any sort of | 12:13:57 |
| 16 | refresher training, or you didn't have any | 12:14:04 |
| 17 | discussion with any of your supervisors at the | 12:14:07 |
| 18 | beginning of the protests about the rules of | 12:14:09 |
| 19 | engagement with respect to your less-lethal | 12:14:11 |
| 20 | weapons? | 12:14:15 |
| 21 | A  I don't recall if there was anything | 12:14:15 |
| 22 | specific.  That's just the training that I was | 12:14:18 |
| 23 | utilizing was the training I had received to be | 12:14:20 |
| 24 | certified and to keep my certification. | 12:14:23 |
| 25 | Q  Okay.  What certifications do you have | 12:14:24 |

|    |                                                            |          |
|----|------------------------------------------------------------|----------|
| 1  | with respect to less-lethal weapons?                       | 12:14:27 |
| 2  | A  You're initially trained in the academy                 | 12:14:31 |
| 3  | with OC spray, so I will never forget the day              | 12:14:33 |
| 4  | getting sprayed with that and being certified.             | 12:14:37 |
| 5  | Then 40 millimeter and PepperBall.                         | 12:14:39 |
| 6  | Q  So the 40, the training with -- the OC                  | 12:14:44 |
| 7  | spray training you received in academy, right?             | 12:14:55 |
| 8  | A  Yes, ma'am.                                             | 12:14:59 |
| 9  | Q  When did you receive the 40 millimeter and              | 12:14:59 |
| 10 | PepperBall training?                                       | 12:15:02 |
| 11 | A  I don't recall exact dates.  I believe I                | 12:15:03 |
| 12 | was certified around the same time and that would          | 12:15:11 |
| 13 | be probably be when I went to impact in District           | 12:15:14 |
| 14 | 6.  The PepperBall may have been --                        | 12:15:21 |
| 15 | (Interrupted crosstalk.)                                   | 12:15:23 |
| 16 | Q  (Inaudible)  I'm sorry.  So you got the                 | 12:15:24 |
| 17 | PepperBall and the 40mm training around the time           | 12:15:26 |
| 18 | you went to impact, the impact team for District           | 12:15:29 |
| 19 | 6?                                                         | 12:15:32 |
| 20 | A  I know for a fact that the 40 millimeter                | 12:15:32 |
| 21 | was around that time.  The PepperBall may have             | 12:15:35 |
| 22 | been sooner.  I don't recall exactly.                      | 12:15:38 |
| 23 | Q  So when did you go to the impact team,                  | 12:15:41 |
| 24 | what year?                                                 | 12:15:44 |
| 25 | A  In 2017.                                                | 12:15:47 |

| | | |
|---|---|---|
| 1 | Q  How long was the training for the 40 | 12:15:54 |
| 2 | millimeter and the PepperBall? | 12:15:59 |
| 3 | A  Those are two different trainings.  I | 12:16:02 |
| 4 | believe each one has around an eight-hour training | 12:16:05 |
| 5 | session with hands-on and classroom. | 12:16:09 |
| 6 | Q  Do you believe that you received both of | 12:16:14 |
| 7 | them around the same time, around 2017? | 12:16:24 |
| 8 | A  I know for sure that the 40 millimeter was | 12:16:30 |
| 9 | around 2017.  I don't recall exactly the | 12:16:33 |
| 10 | PepperBall. | 12:16:36 |
| 11 | Q  Did you receive the training in those | 12:16:43 |
| 12 | less-lethal weapons around the time that you went | 12:16:47 |
| 13 | to the impact team because the impact team uses | 12:16:49 |
| 14 | those weapons? | 12:16:51 |
| 15 | A  It's not uncommon to have officers in or | 12:16:54 |
| 16 | out of the impact team to be certified in those. | 12:16:57 |
| 17 | I just hadn't been certified in at least the 40 | 12:16:59 |
| 18 | when I went to impact, and I remember my sergeant | 12:17:04 |
| 19 | specifically asking me if I, or telling me that I | 12:17:07 |
| 20 | would be certified and, therefore, was certified | 12:17:10 |
| 21 | shortly after. | 12:17:12 |
| 22 | Q  Between the time when you received your | 12:17:14 |
| 23 | initial training in the use of the PepperBall gun | 12:17:18 |
| 24 | and the 40mm launcher, did you receive any | 12:17:21 |
| 25 | refresher or subsequent training on those weapons? | 12:17:26 |

1    A  Yes, ma'am.                                    12:17:28

2    Q  When did you, how frequently was the           12:17:29

3  refresher or subsequent training?                   12:17:33

4    A  I don't recall exactly.  It seemed often       12:17:36

5  but time kind of runs together, and I don't want    12:17:42

6  to tell you something I'm not sure on the dates,    12:17:44

7  or how often.                                       12:17:48

8    Q  Well, I mean, was it like a yearly thing,      12:17:50

9  or every couple of years, or was it on some kind    12:17:53

10  of regular basis like that?                        12:17:56

11    A  Yeah, it was on a regular basis.              12:17:58

12    Q  Do you remember whether it was yearly or      12:18:01

13  once every two years?                              12:18:06

14    A  No, ma'am, I'm sorry.  As I stated, I         12:18:07

15  don't recall exactly what it was, and as I stated, 12:18:09

16  time runs together.  I don't recall exactly what   12:18:11

17  it is but you did get refresher training           12:18:14

18  frequently.                                        12:18:18

19    Q  How long was the refresher training?          12:18:18

20    A  I don't know what the minimum requirements    12:18:23

21  are.  Sometimes it was just, you know, the minimum 12:18:26

22  where you redid the classroom portion and did a    12:18:29

23  hands-on practical.  Other times we used more of   12:18:31

24  it for a training to do kind of like a tabletop    12:18:36

25  discussion when would you use it, and it made the  12:18:41

1  training a lot longer.                                    12:18:43

2      Q  Have you ever seen a copy of the DPD              12:18:50

3  crowd-management manual?                                  12:19:01

4      A  Yes, ma'am.                                        12:19:02

5      Q  When did you first see a copy of that?            12:19:04

6      A  I couldn't give you a specific date.              12:19:09

7      Q  Was that something that was made part of          12:19:12

8  your academy training?                                    12:19:15

9      A  Yes, more than likely.  I just don't              12:19:20

10 recall exactly when the specific manual was              12:19:22

11 brought up to our attention.                              12:19:25

12     Q  Did you receive training on the                  12:19:27

13 crowd-management manual?                                  12:19:32

14     A  Yes, ma'am.                                        12:19:35

15     Q  When?                                              12:19:36

16     A  We did crowd-management training in              12:19:41

17 academy.  I did it several times while at District       12:19:44

18 6, and some more times when I was with the gang          12:19:49

19 unit.                                                     12:19:53

20     Q  What are the circumstances under which an        12:19:54

21 unlawful assembly can be declared?                        12:20:04

22     A  I'd have to refer to the policy to get the       12:20:08

23 exact wording on it.                                      12:20:12

24     Q  What is your understanding of it as you          12:20:12

25 sit here today?                                           12:20:15

| | | |
|---|---|---|
| 1 | A   Can you repeat the question, ma'am? | 12:20:16 |
| 2 | Q   What is your understanding as you | 12:20:18 |
| 3 | sit -- you've received training on it multiple | 12:20:20 |
| 4 | times, correct?  You have received training on the | 12:20:23 |
| 5 | crowd-management manual multiple times in your | 12:20:26 |
| 6 | career, correct? | 12:20:30 |
| 7 | A   Yes, ma'am. | 12:20:30 |
| 8 | Q   What are the circumstances under which, | 12:20:30 |
| 9 | what is your understanding of the circumstances | 12:20:32 |
| 10 | under which an unlawful assembly can be declared | 12:20:35 |
| 11 | and a crowd told to leave? | 12:20:41 |
| 12 | A   My understanding is as a, as an officer at | 12:20:44 |
| 13 | the level that I'm at, is that leadership would | 12:20:49 |
| 14 | make that determination. | 12:20:51 |
| 15 | Q   What do you mean by leadership? | 12:20:54 |
| 16 | A   Supervisors within the DPD. | 12:20:56 |
| 17 | Q   Would that mean, does that mean sergeant | 12:21:01 |
| 18 | and above? | 12:21:05 |
| 19 | A   It could, yes, ma'am. | 12:21:06 |
| 20 | Q   I just want to know what you mean by | 12:21:08 |
| 21 | supervisors? | 12:21:12 |
| 22 | A   Well, a supervisor could also be a | 12:21:13 |
| 23 | corporal, whether they are acting as a sergeant or | 12:21:17 |
| 24 | not. | 12:21:20 |
| 25 | Q   Okay.  All right.  So, your understanding | 12:21:20 |

| | | |
|---|---|---|
| 1 | is that a supervisor could declare an unlawful | 12:21:37 |
| 2 | assembly, correct? | 12:21:43 |
| 3 | A  Well, my understanding is, what I was | 12:21:45 |
| 4 | trying to construe to you was, that supervisors | 12:21:53 |
| 5 | were more than likely the ones to make that | 12:21:57 |
| 6 | determination, and that's who I left those | 12:22:01 |
| 7 | determinations up to. | 12:22:03 |
| 8 | Any officer could make that determination | 12:22:05 |
| 9 | if need be depending on the circumstances, if that | 12:22:06 |
| 10 | clarifies that at all. | 12:22:09 |
| 11 | Q  No, it doesn't. | 12:22:11 |
| 12 | So let me ask you this:  When you're in a | 12:22:16 |
| 13 | crowd-management scenario, or crowd-control | 12:22:22 |
| 14 | situation, you're normally with a bunch of other | 12:22:26 |
| 15 | officers, correct? | 12:22:28 |
| 16 | A  Yes, ma'am. | 12:22:29 |
| 17 | Q  You may or may not have formed a skirmish | 12:22:30 |
| 18 | line, right? | 12:22:33 |
| 19 | A  Yes, ma'am. | 12:22:34 |
| 20 | Q  All right.  And you are receiving | 12:22:36 |
| 21 | instruction on what to do from your supervisors, | 12:22:37 |
| 22 | right? | 12:22:39 |
| 23 | A  Yes, ma'am. | 12:22:40 |
| 24 | Q  It's important for you, as an officer in | 12:22:41 |
| 25 | the line, in the group, to do what your supervisor | 12:22:44 |

| | | |
|---|---|---|
| 1 | asks to you do, correct? | 12:22:49 |
| 2 | A  Yes, ma'am. | 12:22:51 |
| 3 | Q  Especially when you're in a crowd-control | 12:22:53 |
| 4 | scenario, because it's difficult to control a | 12:22:56 |
| 5 | crowd if individual officers are acting on their | 12:22:57 |
| 6 | own? | 12:23:00 |
| 7 | A  Yes, ma'am. | 12:23:02 |
| 8 | Q  One of the aspects of crowd control and | 12:23:03 |
| 9 | crowd management is to have the officers act | 12:23:07 |
| 10 | together as a unit, with commands coming from | 12:23:09 |
| 11 | above, so that you can move the crowd as a unit or | 12:23:13 |
| 12 | do whatever it is you need to do with the crowd as | 12:23:17 |
| 13 | a unit, right? | 12:23:20 |
| 14 | A  That's correct. | 12:23:21 |
| 15 | Q  And that's the way that you acted during | 12:23:23 |
| 16 | the protests in May and June of last year, | 12:23:28 |
| 17 | correct? | 12:23:31 |
| 18 | A  Yes, ma'am. | 12:23:32 |
| 19 | Q  The actions that you took during the | 12:23:35 |
| 20 | protests were approved by your supervisors, | 12:23:50 |
| 21 | correct? | 12:23:54 |
| 22 | A  As a whole, yes, ma'am. | 12:23:55 |
| 23 | Q  Were there exceptions that you're thinking | 12:23:59 |
| 24 | about? | 12:24:00 |
| 25 | A  Yeah, if you're on an arrest team and away | 12:24:01 |

1    from your direct supervisor and you made a                    12:24:07

2    decision to arrest somebody, then that would be               12:24:09

3    one of the examples, yes, ma'am.                              12:24:12

4        Q   Did you arrest anybody during the                    12:24:13

5    protests?                                                     12:24:15

6        A   Yes, ma'am.                                          12:24:15

7        Q   Do you remember what day?                            12:24:17

8        A   I don't recall exactly which days, yeah.            12:24:22

9        Q   So outside of the example of making a                12:24:30

10   decision to arrest somebody, during the days of              12:24:32

11   the protests when you were in a skirmish line                12:24:36

12   facing a crowd, your actions were approved by your           12:24:39

13   supervisors, correct?                                        12:24:42

14       A   Yes, ma'am.                                          12:24:44

15           MS. WANG:  Let's take a five-minute break.           12:24:54

16           (Off the record.)                                    12:24:56

17           MS. WANG:  We're back on the record.                 12:54:23

18   BY MS. WANG:                                                 12:54:26

19       Q   Officer Bolton, what do you recall about            12:54:34

20   how you were assigned to the first day of the                12:54:40

21   protests?                                                    12:54:44

22       A   In which manner do you mean how?  Like              12:54:45

23   where, or what I was assigned, or what group?                12:54:48

24   What are you asking?  I'm sorry.                             12:54:51

25       Q   How did you learn that you would be                 12:54:53

1    assigned to the protests on the very first day?       12:54:55

2       A  We were at roll call and were advised that     12:54:58

3    there were some protests forming, and that we        12:55:02

4    would be listed as a backup, or emergency response   12:55:06

5    group for the protests.                              12:55:09

6       Q  "We" meaning the gang unit?                    12:55:13

7       A  Yes, ma'am.                                    12:55:15

8       Q  Who advised you of that?                       12:55:16

9       A  It was one of the supervisors.  I don't        12:55:20

10   recall who it was, I'm sorry.                        12:55:25

11      Q  One of your supervisors in the gang unit,      12:55:27

12   Tak, Hughes, or Lombardi?                            12:55:30

13      A  It may have one of the lieutenants.  I         12:55:34

14   just don't recall who specifically told us that.     12:55:38

15         Our roll calls are fairly easygoing where      12:55:40

16   multiple people would talk and present stuff, so I   12:55:43

17   just don't recall who was talking about the          12:55:46

18   protests.                                            12:55:50

19      Q  What were you told at that time about what     12:55:50

20   your assignment was going to be?                     12:55:52

21      A  I'm sorry, when was I told?                    12:55:55

22      Q  What were you told?                            12:56:00

23      A  Oh, just what I just told you, ma'am.          12:56:02

24   That we were going to be a backup or emergency       12:56:05

25   response for the protests.                           12:56:08

1    Q  What did you understand that to mean?  To                    12:56:09

2    be a backup or emergency response?                              12:56:12

3    A  It's pretty typical to, not necessarily                      12:56:15

4    the gang unit, but to have a backup or emergency                12:56:18

5    response team that's able to respond rapidly to a               12:56:21

6    specific location, to assist officers, or form                  12:56:24

7    skirmish line in areas that weren't predicted to                12:56:28

8    be involved in the protests.  Or, there's various               12:56:31

9    reasons why you would have that.                                12:56:35

10    Q  Who was your sergeant on the first day?                      12:56:38

11    A  I know Sergeant Lombardi was there that                      12:56:41

12    day.  I don't recall what that other sergeants or               12:56:44

13    lieutenants were there that day.                                12:56:48

14    Q  Do you recall being with Sergeant Tak on                     12:56:51

15    the first day?                                                  12:56:59

16    A  Those days kind of blend together.  I just                   12:57:02

17    don't recall.  I know he was there throughout                   12:57:07

18    times.  I just don't recall if he was there that               12:57:09

19    first day or not.                                               12:57:12

20    Q  During roll call that day, when you                          12:57:14

21    received your assignment that you would be active,              12:57:18

22    that you would be acting as backup or emergency                 12:57:21

23    response for the protests, were you given any                   12:57:24

24    instruction about the rules of engagement with the             12:57:28

25    protesters, with respect to the use of your                     12:57:31

1    less-lethal weapons?                              12:57:33

2        A   Not specifically on that date.  We were   12:57:35

3    not given much time before we had to respond,     12:57:40

4    between that initial instruction of being an      12:57:43

5    emergency response team, and when we actually     12:57:45

6    deployed.                                          12:57:47

7        Q   Did you have roll call on each day that   12:57:49

8    you were assigned to the protests?                12:57:53

9        A   I wouldn't necessarily call it a roll     12:57:56

10   call, and that just might be a terminology thing, 12:57:59

11   but there was at least a briefing, if you will.   12:58:02

12       Q   So let's just focus on the first four days 12:58:05

13   of the protests.                                   12:58:08

14       A   Yes, ma'am.                                12:58:09

15       Q   On each of those days do you recall what   12:58:09

16   shift you worked, what hours you worked?          12:58:11

17       A   No, ma'am.  I can tell you general times   12:58:15

18   that I was there, but I don't recall specific      12:58:23

19   times.                                             12:58:25

20       Q   But on each day at the beginning, prior to 12:58:28

21   your shift on each day, you would have some kind   12:58:33

22   of briefing?                                       12:58:35

23       A   Yes, ma'am.                                12:58:36

24       Q   What was discussed during those briefings? 12:58:37

25       A   What teams were going to be assigned       12:58:41

| | |
|---|---|
| 1 | where, what the roles and responsibilities of | 12:58:45 |
| 2 | those teams, where down rooms were located at, | 12:58:48 |
| 3 | things of that nature, like, I don't. | 12:58:54 |
| 4 | I think it was within the first four days | 12:58:57 |
| 5 | that court order came out, so that was part of the | 12:59:01 |
| 6 | briefings of what the court order was and what | 12:59:03 |
| 7 | that meant for us.  Stuff like that. | 12:59:05 |
| 8 | Q  The court order came out June 6th. | 12:59:09 |
| 9 | A  Okay. | 12:59:11 |
| 10 | Q  Which was approximately within the first | 12:59:11 |
| 11 | week, or so? | 12:59:14 |
| 12 | A  Yeah. | 12:59:15 |
| 13 | Q  Prior to that -- | 12:59:15 |
| 14 | A  I thought it was sooner than that. | 12:59:19 |
| 15 | (Interrupted crosstalk.) | 12:59:19 |
| 16 | Q  I'm sorry? | 12:59:20 |
| 17 | A  I'm sorry.  I thought it was sooner than | 12:59:22 |
| 18 | that. | 12:59:25 |
| 19 | Q  Okay.  When you received -- tell me about | 12:59:25 |
| 20 | the briefing that you received when the court | 12:59:30 |
| 21 | order came out. | 12:59:32 |
| 22 | A  Just that, I believe it came out the night | 12:59:33 |
| 23 | before, but the briefing was the following day, | 12:59:37 |
| 24 | and it was just discussing and outlining what the | 12:59:39 |
| 25 | court order stated, and what that meant for us in | 12:59:43 |

1  our rules of engagement.                          12:59:46

2      Q  And what was the substance of what was     12:59:49

3  communicated to you about that?                   12:59:50

4      A  I don't recall specifics, just from what I 12:59:53

5  do remember was that -- I remember parts of it, I  12:59:56

6  guess.  One of the parts would be that a commander 13:00:01

7  level, I believe, or below, or above, would have   13:00:07

8  to give you orders to deploy the 40.               13:00:09

9          And I don't recall specifics, but there   13:00:16

10  was something regarding the body-worn camera, that 13:00:18

11  it was to be on at all times.                     13:00:21

12     Q  Prior to the time that the court order      13:00:29

13  came out, during any of your briefings, did you   13:00:32

14  have any discussion of what the circumstances were 13:00:36

15  under which you were allowed to use less-lethal    13:00:39

16  weapons on protesters?                            13:00:42

17     A  It may have been.  I don't recall that      13:00:44

18  specifically being discussed, as I just don't      13:00:48

19  recall every substance of every meeting, but I     13:00:51

20  don't know for sure.                              13:00:54

21     Q  Do you recall being at the intersection of  13:00:55

22  Colfax and Washington at approximately 8:30 p.m.,  13:01:05

23  on May 28th?                                      13:01:08

24     A  Would that be -- what day of the week was   13:01:11

25  that again?  I'm sorry.                           13:01:14

|   |   |   |
|---|---|---|
| 1 | Q   That was Thursday, the first day of the | 13:01:17 |
| 2 | protests. | 13:01:19 |
| 3 | A   Yes, ma'am, I do. | 13:01:19 |
| 4 | Q   What do you recall about what actions you | 13:01:20 |
| 5 | took at that intersection at that time? | 13:01:22 |
| 6 | A   I remember being on a skirmish line.  I | 13:01:25 |
| 7 | remember after we were being hit with rocks, | 13:01:34 |
| 8 | bottles, and other numerous objects, we began to | 13:01:38 |
| 9 | push, at the instruction of the supervisors, to | 13:01:42 |
| 10 | try to disperse the crowd and/or move them away. | 13:01:45 |
| 11 | I remember pushing west on Colfax | 13:01:48 |
| 12 | towards -- I don't remember exactly where we | 13:01:52 |
| 13 | ended, like Logan/Grant area. | 13:01:56 |
| 14 | I remember deploying my 40.  I don't | 13:01:58 |
| 15 | recall how many times.  I don't think it was very | 13:02:02 |
| 16 | many times.  I remember not having my gas -- or | 13:02:04 |
| 17 | having my gas-mask seal break and walking into the | 13:02:09 |
| 18 | cloud of OC pretty well.  That's about it. | 13:02:13 |
| 19 | Q   Do you recall pushing forward into the | 13:02:20 |
| 20 | intersection with a group of other officers and | 13:02:25 |
| 21 | then backing up again, back to the north side of | 13:02:28 |
| 22 | Colfax? | 13:02:32 |
| 23 | A   I don't recall the backing-up portion, but | 13:02:32 |
| 24 | I do recall moving into the intersection, yes, | 13:02:35 |
| 25 | ma'am. | 13:02:37 |

1      Q   What was the purpose of that?                    13:02:37

2      A   As I just stated, we were taking rocks,          13:02:39

3   bottles, and other items being thrown at us, and       13:02:44

4   the idea was that the crowd was becoming more and      13:02:47

5   more hostile, and to push them away, or to get         13:02:51

6   them to disperse.                                      13:02:54

7      Q   Were any orders given to them at that time       13:02:56

8   to disperse before the push was made?                  13:02:59

9      A   I don't recall.                                  13:03:01

10      Q   There was nobody on a loud speaker making       13:03:02

11   any kind of announcements, correct?                   13:03:06

12      A   There may have been.  I just don't recall       13:03:08

13   specifically.                                          13:03:11

14      Q   If there were such announcements, would         13:03:11

15   you expect to hear it on your body-worn camera?       13:03:17

16      A   I can't say what would be recorded or not.      13:03:20

17   I don't know.  It depends on where they were at       13:03:23

18   and what they were using.  I don't know.              13:03:25

19      Q   You would agree that if you are going to        13:03:28

20   make an announcement to the crowd to disperse         13:03:36

21   before using force on them, you want to make sure     13:03:39

22   that people in the crowd can hear you, right?         13:03:42

23      A   Are you asking my opinion on that?              13:03:46

24      Q   Well, you would agree that would make           13:03:48

25   sense, right?                                          13:03:50

| | | |
|---|---|---|
| 1 | A I think that would dictate depending on | 13:03:51 |
| 2 | the situation. | 13:03:54 |
| 3 | Q So there is circumstances that you can | 13:03:56 |
| 4 | imagine where you, the officers take the time to | 13:03:59 |
| 5 | make an announcement to the crowd but don't do | 13:04:04 |
| 6 | anything to make sure they can hear you? | 13:04:06 |
| 7 | A Maybe I was not understanding correctly | 13:04:10 |
| 8 | but my, what I'm saying is that if you are given | 13:04:13 |
| 9 | time and you have the ability to, to make those | 13:04:15 |
| 10 | announcements, ideally, yes, you would want people | 13:04:18 |
| 11 | to hear you and give them the appropriate amount | 13:04:22 |
| 12 | of time. | 13:04:25 |
| 13 | But there are situations or times that you | 13:04:25 |
| 14 | wouldn't be able to, or the crowd turns hostile | 13:04:27 |
| 15 | quickly and you are not able to. | 13:04:29 |
| 16 | Q Do you recall tear gas being deployed at | 13:04:32 |
| 17 | the intersection of Colfax and Washington at | 13:04:38 |
| 18 | approximately 8:34 p.m., on May 28th? | 13:04:40 |
| 19 | A To the best of my recollection, the first | 13:04:46 |
| 20 | time I -- I think the first time I saw tear gas | 13:04:48 |
| 21 | was being deployed was further west on Colfax. I | 13:04:53 |
| 22 | recall smoke at the intersection being deployed, I | 13:05:00 |
| 23 | believe by Metro, but I don't think the tear -- at | 13:05:05 |
| 24 | least, I didn't see tear gas until further west on | 13:05:08 |
| 25 | Colfax, if I remember it correctly. | 13:05:11 |

1    Q   Is smoke an irritant?                          13:05:13

2    A   No, ma'am.                                     13:05:15

3    Q   So what's the difference between smoke and     13:05:17

4  tear gas?                                            13:05:19

5    A   Smoke is just that, it's just smoke.  No       13:05:20

6  irritants associated with it.  And tear gas is       13:05:27

7  some sort of irritant.                               13:05:32

8        I'm not familiar with exactly what tear        13:05:32

9  gas is, because I don't have that and I've not       13:05:35

10  deployed it.                                        13:05:38

11    Q   Who is it, what other units were at that      13:05:39

12  intersection with you at that time?                 13:05:44

13    A   I remember seeing some Metro officers.  I     13:05:45

14  remember seeing some District 6 officers.  And      13:05:51

15  probably a lot of other officers from other         13:05:57

16  locations.  That's just who I remember seeing,      13:05:59

17  that I could identify where they were from.         13:06:03

18    Q   Do you recall if there was a particular       13:06:05

19  unit of Metro that was there at that time?          13:06:08

20        And this is on May 28th, at Colfax and        13:06:11

21  Washington, at 8:30 p.m.                            13:06:13

22    A   As you already put on the record, it's        13:06:16

23  very confusing to tell which one is who from        13:06:18

24  Metro.  So I don't know exactly which team it was.  13:06:21

25    Q   Did you recognize any of the officers who     13:06:25

| | | |
|---|---|---|
| 1 | were there? | 13:06:28 |
| 2 | A  Are you talking about Metro, specifically, | 13:06:29 |
| 3 | or all the officers? | 13:06:33 |
| 4 | Q  Metro. | 13:06:35 |
| 5 | A  No, ma'am, I didn't. | 13:06:37 |
| 6 | Q  Can you see my screen? | 13:06:38 |
| 7 | A  Yes, ma'am. | 13:06:47 |
| 8 | Q  I'm showing you a video that's been Bates | 13:06:49 |
| 9 | stamped DEN4043.  It's your body-worn camera from | 13:06:51 |
| 10 | May 28th at the intersection of Colfax and | 13:06:57 |
| 11 | Washington. | 13:06:59 |
| 12 | A  Okay. | |
| 13 | Q  I'm going to play a clip of it, and then I | 13:07:00 |
| 14 | will ask you some questions.  I'm going to play it | 13:07:03 |
| 15 | beginning at the time stamp is 2:37:57, which is | 13:07:06 |
| 16 | London time, so that's 8:37:57 p.m. | 13:07:11 |
| 17 | (Playing video.) | 13:07:16 |
| 18 | Q  Sorry, I have to back up.  I'm going to | 13:07:33 |
| 19 | play it starting at 2:38:14, according to the time | 13:07:45 |
| 20 | stamp. | 13:07:53 |
| 21 | (Playing video.) | 13:07:58 |
| 22 | Q  Are you seeing this freeze up? | 13:08:23 |
| 23 | A  Yes, ma'am. | 13:08:26 |
| 24 | Q  All right.  Let's do a different video. | 13:08:27 |
| 25 | Let me ask you this:  With respect to May | 13:08:36 |

| | | |
|---|---|---|
| 1 | 28th, at Colfax and Washington, at 8:30 p.m., do | 13:08:38 |
| 2 | you recall -- you are saying you recall smoke | 13:08:43 |
| 3 | being thrown at the intersection but not tear gas; | 13:08:45 |
| 4 | is that right? | 13:08:50 |
| 5 | A  Just to clarify, there may have been tear | 13:08:50 |
| 6 | gas, I just don't recall. | 13:08:52 |
| 7 | For me personally, the first time I recall | 13:08:53 |
| 8 | tear gas was further west on Colfax. | 13:08:56 |
| 9 | Q  If there had been tear gas that was thrown | 13:08:59 |
| 10 | at the intersection of Colfax and Washington, at | 13:09:11 |
| 11 | 8:34 p.m., on May 28th, do you recall the reasons | 13:09:14 |
| 12 | why? | 13:09:17 |
| 13 | MR. RINGEL:  Object to the form and the | 13:09:18 |
| 14 | foundation. | 13:09:19 |
| 15 | A  Ma'am, I, I didn't deploy the tear gas, or | 13:09:21 |
| 16 | make the decision to do that, so I'm not sure how | 13:09:26 |
| 17 | to answer that.  I'm sorry. | 13:09:28 |
| 18 | Q  Was the tear-gas deployment at that time | 13:09:31 |
| 19 | at that location authorized by a supervisor? | 13:09:34 |
| 20 | MR. RINGEL:  Object to the form and the | 13:09:38 |
| 21 | foundation. | 13:09:40 |
| 22 | A  Again, I can't, I don't know how to | 13:09:41 |
| 23 | respond to that.  I wasn't involved in that | 13:09:44 |
| 24 | portion of it. | 13:09:46 |
| 25 | Q  On May 30th, Saturday, May 30th, what do | 13:09:47 |

| | | |
|---|---|---|
| 1 | you recall about when you started your shift? | 13:10:06 |
| 2 | A  I recall it being earlier than my normal | 13:10:12 |
| 3 | shift.  I believe maybe around 11:00 a.m., | 13:10:17 |
| 4 | somewhere around that time. | 13:10:23 |
| 5 | I usually respond, you know, got to work | 13:10:24 |
| 6 | earlier than that to just get my gear ready.  But | 13:10:26 |
| 7 | I think we reported back around 11:00, give or | 13:10:29 |
| 8 | take an hour. | 13:10:32 |
| 9 | Q  Do you recall being at intersection | 13:10:34 |
| 10 | of -- or do you recall being at Civic Center | 13:10:38 |
| 11 | Station at approximately 5:30 p.m. that day? | 13:10:42 |
| 12 | A  Without knowing exact times, I know I was | 13:10:46 |
| 13 | there throughout the day, yes, ma'am.  Near there. | 13:10:50 |
| 14 | Q  So Civic Center Station, I'm referring to | 13:10:53 |
| 15 | the bus station on Colfax, between Lincoln and | 13:10:56 |
| 16 | Broadway. | 13:11:00 |
| 17 | A  Yeah, I remember.  I just don't recall | 13:11:01 |
| 18 | exactly what times. | 13:11:05 |
| 19 | I know that I was on the upper portion of | 13:11:05 |
| 20 | it at one point.  I know I was down near the | 13:11:07 |
| 21 | stairwell of it at one point, and then further | 13:11:11 |
| 22 | south of that station.  But near that area, yes, | 13:11:13 |
| 23 | ma'am. | 13:11:17 |
| 24 | Q  What weapon did you have with you on that | 13:11:17 |
| 25 | day? | 13:11:20 |

1      A   40 millimeter.                                    13:11:21

2      Q   What was it loaded with?                          13:11:23

3      A   The foam rounds that we discussed earlier.        13:11:25

4      Q   Did you deploy any foam rounds on that            13:11:30

5   day?                                                     13:11:38

6      A   Yes, ma'am.                                       13:11:38

7      Q   How many?                                         13:11:39

8      A   I, I don't know how many.  I'm sorry.             13:11:43

9      Q   Well, how many does your weapon hold?             13:11:46

10     A   Six.                                              13:11:51

11     Q   Did you have to reload?                           13:11:54

12     A   Yes, ma'am.                                       13:11:59

13     Q   How many times?                                   13:12:00

14     A   I don't recall.                                   13:12:04

15     Q   From 5:30 p.m., to 8:00 p.m., on May 30th,        13:12:08

16  Saturday, May 30th, what is your best estimate of        13:12:15

17  how many foam rounds you deployed?                       13:12:20

18      A   I, truthfully I, I have no idea how to           13:12:24

19  make that determination.  I know I reloaded but I        13:12:29

20  just don't know within that given time frame how         13:12:32

21  many were deployed.                                      13:12:35

22     Q   So you deployed at least six if you               13:12:36

23  reloaded once, right?                                    13:12:39

24      A   Yes, ma'am.                                      13:12:40

25     Q   Did you have to reload more than once             13:12:41

| | | |
|---|---|---|
| 1 | during that time frame, 5:30 to 8:30 p.m., on May | 13:12:44 |
| 2 | 30th? | 13:12:48 |
| 3 | A  That very specific time frame, I don't | 13:12:49 |
| 4 | know if I reloaded more than once. | 13:12:53 |
| 5 | Q  Did you have anything else in your 40 | 13:12:58 |
| 6 | millimeter during that time frame on that day, | 13:13:01 |
| 7 | like one of the OC rounds that you mentioned? | 13:13:04 |
| 8 | A  I don't believe so. | 13:13:08 |
| 9 | Q  Was there anybody else from your gang unit | 13:13:10 |
| 10 | who had a 40 millimeter launcher at the | 13:13:13 |
| 11 | intersection of Lincoln and Colfax, between 8:30 | 13:13:17 |
| 12 | and 5:00 p.m., on May 30th? | 13:13:26 |
| 13 | MR. RINGEL:  Object to the form and | 13:13:27 |
| 14 | foundation. | 13:13:28 |
| 15 | A  Yes, ma'am.  There were other officers | 13:13:28 |
| 16 | assigned a 40 millimeter. | 13:13:30 |
| 17 | Q  From your unit? | 13:13:32 |
| 18 | A  Yes, ma'am. | 13:13:33 |
| 19 | Q  Do you know how many? | 13:13:35 |
| 20 | A  I don't recall. | 13:13:38 |
| 21 | Q  Do you know what other weapons the other | 13:13:41 |
| 22 | officers from your unit had at that date, location | 13:13:44 |
| 23 | and time? | 13:13:47 |
| 24 | A  I could give you a generic idea that there | 13:13:49 |
| 25 | were officers with PepperBall, 40, and with OC | 13:13:53 |

| | | |
|---|---|---|
| 1 | spray, but I don't know exactly which items were | 13:13:56 |
| 2 | being carried at that specific time or by who. | 13:14:00 |
| 3 | Q  So DPD officers have PepperBall guns, 40s, | 13:14:04 |
| 4 | and OC spray at the intersection of Lincoln and | 13:14:08 |
| 5 | Colfax between 5:30 and 8:00 p.m., correct? | 13:14:11 |
| 6 | A  To best the of my recollection, yes, | 13:14:14 |
| 7 | ma'am. | 13:14:16 |
| 8 | Q  Metro SWAT was present at that | 13:14:16 |
| 9 | intersection at that time, correct? | 13:14:20 |
| 10 | A  I don't, I remember seeing them earlier in | 13:14:21 |
| 11 | the day.  I don't remember if they were there | 13:14:31 |
| 12 | after 5:30, or not. | 13:14:34 |
| 13 | Q  They were wearing the green fatigues, | 13:14:35 |
| 14 | right? | 13:14:39 |
| 15 | A  Yes, ma'am. | 13:14:39 |
| 16 | Q  Do you know what weapons they had; do you | 13:14:39 |
| 17 | recall? | 13:14:45 |
| 18 | A  No, ma'am. | 13:14:45 |
| 19 | Q  What other agencies were at the -- were | 13:14:46 |
| 20 | there any outside agencies at the intersection of | 13:14:51 |
| 21 | Lincoln and Colfax, on Saturday, May 30th, between | 13:14:54 |
| 22 | 5:30 and 8:00 p.m.? | 13:14:59 |
| 23 | A  Yes, ma'am, there were. | 13:15:00 |
| 24 | Q  What other agencies? | 13:15:01 |
| 25 | A  I believe Aurora was there.  Actually, I | 13:15:03 |

| | | |
|---|---|---|
| 1 | do recall Aurora being there and being deployed | 13:15:10 |
| 2 | near where my team was. | 13:15:13 |
| 3 | I remember seeing other uniforms, but I | 13:15:15 |
| 4 | don't know who those officers were. | 13:15:18 |
| 5 | Q  You were in a -- we're focusing on | 13:15:20 |
| 6 | Saturday, May 30th, for now.  Okay? | 13:15:25 |
| 7 | A  Yes, ma'am. | 13:15:27 |
| 8 | Q  At the intersection of Lincoln and Colfax | 13:15:27 |
| 9 | you were part of a skirmish line that was facing a | 13:15:30 |
| 10 | crowd.  You were facing south on Colfax on | 13:15:33 |
| 11 | Lincoln, right? | 13:15:36 |
| 12 | A  Yes, ma'am. | 13:15:38 |
| 13 | Q  What other officers were in that skirmish | 13:15:40 |
| 14 | line besides DPD and Metro SWAT and Aurora PD -- | 13:15:43 |
| 15 | MR. RINGEL:  Objection to form and | 13:15:50 |
| 16 | foundation. | 13:15:51 |
| 17 | A  As I stated before, ma'am, I remember | 13:15:52 |
| 18 | seeing other uniforms there that I didn't | 13:15:54 |
| 19 | recognize, but I couldn't tell you exactly which | 13:15:58 |
| 20 | jurisdictions they were. | 13:16:00 |
| 21 | Q  What was your instruction about what you | 13:16:02 |
| 22 | were, what you were doing at that intersection at | 13:16:08 |
| 23 | that time? | 13:16:12 |
| 24 | A  I recall getting several updates of | 13:16:12 |
| 25 | instructions and orders throughout that time. | 13:16:18 |

1    I remember initially there is a large          13:16:22

2  portion of landscaping where, what I refer to as  13:16:27

3  river rocks, were at.  Which is where I observed,  13:16:31

4  personally, throughout that day, and the day      13:16:35

5  before, that people were getting those river rocks 13:16:39

6  to throw at officers and businesses, and other    13:16:44

7  public buildings.                                  13:16:49

8       So the idea that I understood it to be was   13:16:50

9  that we were going to go to that location and form 13:16:53

10 a skirmish line blocking for, I was told, the      13:16:56

11 public works department, that we're going to cover 13:17:01

12 up the river rocks, and other landscape that was   13:17:05

13 being used against us, and to destruct property.   13:17:08

14    Q  So the river rocks were in that parking      13:17:12

15 lot north of Colfax between Lincoln and Broadway,  13:17:16

16 correct?                                           13:17:19

17    A  I couldn't give you specifics on all of      13:17:21

18 them, but there was multiple areas with river      13:17:24

19 rock, to include the RTD bus station.              13:17:26

20    Q  South of Colfax, at some point at            13:17:29

21 approximately 5:35 or 5:40 p.m. that day, the      13:17:33

22 protesters were pushed south out of the area of    13:17:37

23 the RTD station, correct?                          13:17:41

24    A  Yes, ma'am.                                  13:17:43

25    Q  They were pushed south by you and other      13:17:44

1    officers using less-lethal weapons, correct?          13:17:47

2        A   I couldn't tell you exactly at what time      13:17:49

3    less-lethal weapons were deployed.                    13:17:53

4        I remember just walking south initially,          13:17:54

5    and I just don't recall at what point the less        13:18:00

6    lethal were deployed.                                 13:18:04

7        Q   Okay, but the goal was to get the             13:18:05

8    protesters away from the river rocks, which were      13:18:07

9    in or around the RTD bus station, right, that was     13:18:11

10   north of Colfax, right?                               13:18:14

11       A   Yes, ma'am.  As you stated, the river         13:18:15

12   rocks were all over, so they were even in the         13:18:18

13   median.  They were on the east side of Lincoln and    13:18:20

14   on the west side in the RTD area, so we were          13:18:24

15   trying to get them away from those areas.             13:18:26

16       Q   Right.  So you pushed them south of Colfax    13:18:28

17   into the park with less-lethal weapons, right?        13:18:30

18       A   Again, I'm sure less lethal were deployed.    13:18:35

19   I just don't recall at what point they were           13:18:38

20   deployed.                                             13:18:41

21       Q   If you were about to use force, force         13:18:41

22   includes any kind of less-lethal weapon, correct?     13:18:45

23       A   Yes, ma'am.                                   13:18:48

24       Q   It includes your 40 millimeter, right?        13:18:49

25       A   Yes, ma'am.                                   13:18:52

1       Q   It includes tear gas, right?                    13:18:53

2       A   Yes, ma'am.                                     13:18:55

3       Q   It includes PepperBall guns, right?             13:18:56

4       A   Yes, ma'am.                                     13:18:59

5       Q   If you're about to use force against            13:19:00

6   protesters, you would have your body-worn camera        13:19:03

7   on, right?                                              13:19:06

8       A   As we discussed earlier, as long as it was      13:19:08

9   safe to do so and you had the time.                     13:19:13

10      Q   If you had the time to take a second to         13:19:16

11  turn it on, to push the button, right?                  13:19:19

12      A   Ideally, yes, ma'am.                            13:19:21

13      Q   You and the other officers, who pushed the      13:19:24

14  protesters south of Colfax away from the river          13:19:31

15  rocks, did so on the orders of your supervisors,        13:19:35

16  right?                                                  13:19:37

17      A   Yes, ma'am.                                     13:19:39

18      Q   That's what your supervisors wanted you to      13:19:40

19  do, right?                                              13:19:43

20      A   Yes, ma'am.                                     13:19:44

21      Q   Was it your understanding that your             13:19:45

22  supervisors, meaning your sergeants and                 13:19:47

23  lieutenants, got theirs orders from their               13:19:50

24  supervisors?                                            13:19:53

25      A   I couldn't speak to that.  I could give         13:19:55

| | | |
|---|---|---|
| 1 | you an assumption, but I don't know that to be | 13:19:59 |
| 2 | true.  I don't know whose decision that was. | 13:20:01 |
| 3 | Q  What lieutenants did you see at the | 13:20:02 |
| 4 | intersection of Lincoln and Colfax between 5:30 | 13:20:04 |
| 5 | and 8:00 p.m., on May 30th? | 13:20:07 |
| 6 | A  I know that we had at least one of our | 13:20:14 |
| 7 | lieutenants there.  I don't recall which one was | 13:20:21 |
| 8 | there at that given day and time. | 13:20:23 |
| 9 | Q  So it would be either O'Donnell or | 13:20:26 |
| 10 | Carroll? | 13:20:31 |
| 11 | A  And/or, yes, ma'am. | 13:20:32 |
| 12 | Q  Can you see my screen? | 13:20:34 |
| 13 | A  Yes, ma'am. | 13:20:50 |
| 14 | Q  I'm going to play for you, this is | 13:20:51 |
| 15 | Denver 4996.  It's your, one of your body-worn | 13:20:56 |
| 16 | camera videos from May 30th.  We'll play a few | 13:21:00 |
| 17 | seconds and then I'll ask you some questions. | 13:21:06 |
| 18 | Okay? | 13:21:08 |
| 19 | A  Yes, ma'am. | 13:21:08 |
| 20 | Q  This video starts, according to the time | 13:21:09 |
| 21 | stamp, it's 23:36, which is Greenwich whatever, | 13:21:12 |
| 22 | London time.  Which is six hours ahead. | 13:21:17 |
| 23 | (Playing video.) | 13:21:23 |
| 24 | Q  I'm going to pause it.  I played the first | 13:21:45 |
| 25 | 21 seconds of this video. | 13:21:47 |

1       Does this refresh your recollection as to       13:21:48

2  where were you standing at this time?                13:21:50

3       A  No, ma'am.                                   13:21:52

4       Q  Okay.  You can see the state capitol in      13:21:53

5  the distance, correct?                               13:21:59

6       A  Yes, ma'am.                                  13:22:00

7       Q  Okay.  So I have paused it here at           13:22:01

8  23:38:06.                                            13:22:11

9       Do you see the state capitol?                   13:22:12

10      A  Yes, ma'am.                                  13:22:14

11      Q  So you are standing -- and this white        13:22:14

12  awning over here is the bus station, right?         13:22:17

13      A  It looks like, to be so, yes, ma'am.         13:22:19

14      Q  And the sign right here says Civic Center    13:22:21

15  Station, correct?  On the left side of the screen?  13:22:25

16      A  If you say so, I can't see it.               13:22:27

17      Q  You're standing just north of the bus       13:22:31

18  station, correct?                                    13:22:36

19      A  It appears to be so, yes, ma'am.             13:22:37

20      Q  All right.                                   13:22:39

21      A  Just to clarify, that whole area is          13:22:41

22  considered the bus station.                          13:22:44

23      Q  Okay.  I'm going to play a few seconds and   13:22:47

24  then I'll ask you some questions.                    13:22:54

25      A  Yes, ma'am.                                  13:22:56

| | | |
|---|---|---|
| 1 | Q  I'm pulling up 23:38:06. | 13:22:56 |
| 2 | (Playing video.) | 13:23:01 |
| 3 | Q  Did you hear that? | 13:23:04 |
| 4 | A  I heard somebody say "agree." | 13:23:05 |
| 5 | Q  Let's play it again. | 13:23:08 |
| 6 | (Playing video.) | 13:23:13 |
| 7 | Q  So somebody said:  Honestly, we should | 13:23:17 |
| 8 | just stay here.  And then I think you said:  I | 13:23:20 |
| 9 | agree. | 13:23:23 |
| 10 | Do you recall that? | 13:23:24 |
| 11 | A  I heard the words.  I don't, I can't | 13:23:27 |
| 12 | really tell which person is talking.  Sorry, I | 13:23:30 |
| 13 | can't, I just can't tell who's talking. | 13:23:33 |
| 14 | Q  Does this refresh your recollection at all | 13:23:36 |
| 15 | as to what orders you were given at this time? | 13:23:41 |
| 16 | A  Are you asking me in reference to the, the | 13:23:47 |
| 17 | terminology that's used there about staying there? | 13:23:51 |
| 18 | Q  Yes. | 13:23:54 |
| 19 | A  I don't know what that was in reference | 13:23:55 |
| 20 | to.  I have no idea. | 13:23:58 |
| 21 | Q  Who else was with you at this time? | 13:24:01 |
| 22 | A  Specifically, I couldn't tell you, but | 13:24:09 |
| 23 | other members within the gang unit, I would | 13:24:11 |
| 24 | assume. | 13:24:14 |
| 25 | Q  Okay.  We are going to go to the end.  We | 13:24:14 |

| | | |
|---|---|---|
| 1 | are going to start playing it at 23:40:25. | 13:24:19 |
| 2 | (Playing video.) | 13:24:32 |
| 3 | Q  That was too short.  Let me play a little | 13:24:33 |
| 4 | more of that.  We're going to start it at | 13:24:34 |
| 5 | 23:40:22. | 13:24:38 |
| 6 | (Playing video.) | 13:24:39 |
| 7 | Q  Did you see that at the end? | 13:24:42 |
| 8 | A  What am I looking for? | 13:24:44 |
| 9 | Q  Well, you turned your camera off, correct? | 13:24:47 |
| 10 | A  Oh, yeah, if that's what you're asking me, | 13:24:50 |
| 11 | yes. | 13:24:53 |
| 12 | Q  Okay.  Why did you turn your camera off at | 13:24:54 |
| 13 | that time? | 13:24:57 |
| 14 | A  I could give you an assumption.  I don't | 13:24:57 |
| 15 | recall exactly why. | 13:25:03 |
| 16 | It could have been an order given to shut | 13:25:06 |
| 17 | off to discuss future movement plans, or it could | 13:25:10 |
| 18 | have been because there was certain amount of time | 13:25:12 |
| 19 | with nothing going on.  I just don't know for | 13:25:15 |
| 20 | sure. | 13:25:18 |
| 21 | Q  If you got an order from somebody to, from | 13:25:18 |
| 22 | one of your supervisors to -- are you saying you | 13:25:23 |
| 23 | got an order from one of your supervisors to turn | 13:25:26 |
| 24 | your camera off? | 13:25:28 |
| 25 | A  Just to be clear, I just don't know | 13:25:29 |

| | | |
|---|---|---|
| 1 | specifically why in that exact instance I shut | 13:25:32 |
| 2 | off. | 13:25:35 |
| 3 | I was just giving you ideas of why I could | 13:25:35 |
| 4 | have or made the decision to shut off. | 13:25:38 |
| 5 | Q  You cannot explain why you shut your | 13:25:40 |
| 6 | camera off at that time, correct? | 13:25:42 |
| 7 | A  No, ma'am. | 13:25:45 |
| 8 | Q  If you got an order from one of your | 13:25:46 |
| 9 | supervisors to shut your camera off, how would | 13:25:50 |
| 10 | that order have been communicated to you? | 13:25:54 |
| 11 | A  Verbally. | 13:25:56 |
| 12 | Q  Like in person? | 13:25:58 |
| 13 | A  Most likely, or over the radio. | 13:26:00 |
| 14 | Q  If it was communicated to you verbally in | 13:26:05 |
| 15 | person, is it your belief that we would be able to | 13:26:09 |
| 16 | hear that on the camera? | 13:26:13 |
| 17 | Prior to you shutting it off, you would | 13:26:14 |
| 18 | hear somebody saying to you, you can shut your | 13:26:17 |
| 19 | camera off, and then you would shut it off? | 13:26:20 |
| 20 | A  Just to be clear, are you asking me if you | 13:26:21 |
| 21 | would able to hear that on the camera if someone | 13:26:25 |
| 22 | gave me that order? | 13:26:28 |
| 23 | Q  Yes. | 13:26:29 |
| 24 | A  I don't know.  It depends how loud | 13:26:29 |
| 25 | everything was around and what tone of voice they | 13:26:32 |

1   used it in.                                      13:26:34

2       Q  If it was on the radio, it would be in the   13:26:35

3   radio communications, correct?                   13:26:38

4       A  I would assume so.                         13:26:39

5       Q  You had a radio on you where you could     13:26:40

6   hear all the radio communications?               13:26:42

7       A  I did have a radio on me.  At certain      13:26:44

8   times it was shut off or you couldn't hear it, but   13:26:47

9   yes, I had a radio with me.                       13:26:51

10      Q  I'm showing you Denver 4995.  Can you see  13:26:53

11  this?                                             13:27:06

12      A  Yes, ma'am.                                13:27:10

13      Q  So this is also from May 30th and it picks   13:27:10

14  up at 23:47.                                      13:27:16

15         We are going play a few minutes and then I   13:27:26

16  will ask you some questions.                      13:27:29

17      A  Yes, ma'am.                                13:27:29

18         (Playing video.)                           13:27:30

19      Q  Okay.  I paused it at 23:47:47.            13:27:56

20         Right there where we heard that little     13:28:01

21  beep, we saw your hand move down and touch the    13:28:04

22  button on your camera, correct?                   13:28:08

23      A  Yes, ma'am.                                13:28:10

24      Q  That's when you turned it on, right?       13:28:11

25      A  Yes, ma'am.                                13:28:12

| | | |
|---|---|---|
| 1 | Q  And that's why the sound only begins at | 13:28:12 |
| 2 | that time, because the way that the body camera | 13:28:14 |
| 3 | works is that it records for 30 seconds without | 13:28:19 |
| 4 | sound prior to you turning it on, right? | 13:28:21 |
| 5 | A  That is correct. | 13:28:24 |
| 6 | Q  There is a gap between whatever happened | 13:28:24 |
| 7 | in the last video, which began at 5:36 p.m. and | 13:28:26 |
| 8 | this video which begins at 5:47 p.m., correct? | 13:28:32 |
| 9 | A  Yes, ma'am. | 13:28:38 |
| 10 | Q  And what happened in that gap was that | 13:28:39 |
| 11 | protesters had been pushed out of the Civic Center | 13:29:01 |
| 12 | Station area using less-lethal weapons, correct? | 13:28:45 |
| 13 | A  Again, as I stated, I don't recall exactly | 13:28:47 |
| 14 | at what point the less lethal were deployed or | 13:28:50 |
| 15 | not.  But at some point, we began moving south and | 13:28:54 |
| 16 | the crowd was moving south. | 13:28:59 |
| 17 | Q  Right.  In the first 30 seconds of this | 13:29:02 |
| 18 | video that we watched the crowd was moving away, | 13:29:04 |
| 19 | you saw clouds of gas, right? | 13:29:07 |
| 20 | A  You'd have to replay it.  I didn't see | 13:29:10 |
| 21 | clouds, or wasn't paying attention to clouds. | 13:29:13 |
| 22 | And additionally, I don't know if that was | 13:29:19 |
| 23 | smoke or less lethal. | 13:29:21 |
| 24 | Q  So you don't consider smoke to be any form | 13:29:26 |
| 25 | of force whatsoever? | 13:29:28 |

1      A  I'm not really trained up on the use of          13:29:31

2  smoke, but just personally opinion, no.             13:29:35

3      Q  Okay.  I've rewinded the video to              13:29:38

4  23:47:33, which is 5:47 p.m.  This is a still        13:29:45

5  frame right now.                                     13:29:50

6         Do you see these clouds of gas here with       13:29:51

7  the protesters with their hands up?                  13:29:54

8         MR. RINGEL:  Object to the form.               13:29:56

9      A  Yes, ma'am, I do see the cloud.                13:29:57

10     Q  So I'm going to play a few seconds.  The       13:30:00

11 protesters are moving south of Colfax, right?        13:30:04

12     A  Yes.                                           13:30:07

13     Q  You're walking forward to push them south      13:30:08

14 of Colfax, correct?                                  13:30:11

15     A  Yes, ma'am.                                    13:30:13

16     Q  There is action that you took before this     13:30:18

17 video started, right?                                13:30:20

18     A  I guess I don't understand exactly what        13:30:24

19 you're asking.  If walking is what you are           13:30:29

20 referring to, then yes.                              13:30:31

21     Q  What happened between the end of the last      13:30:32

22 video, where you shut off your camera, and the       13:30:35

23 beginning of this one?                               13:30:38

24     A  I don't recall specifics, but from what I      13:30:39

25 do recall, we were probably just getting the plan    13:30:43

1    together of what our next steps were and then          13:30:47

2    forming the line.                                       13:30:49

3        Q  Well, by the time this video begins,            13:30:52

4    clouds of gas have already been (inaudible),            13:30:54

5    correct?                                                13:30:57

6        MR. RINGEL:  Object to the form and the             13:30:58

7    foundation.                                             13:30:59

8        A  Yes, ma'am, there seem to be clouds.  But        13:31:02

9    even though you try to do a unified front with          13:31:05

10   skirmish lines, you can't control or know what's        13:31:08

11   going on on the other ends or sides, or with other      13:31:11

12   groups and/or other departments.                        13:31:14

13       Q  You have no idea whether it was other            13:31:15

14   departments who deployed those clouds of gas, do        13:31:19

15   you?                                                    13:31:23

16       MR. RINGEL:  Object to the form and the             13:31:23

17   foundation.                                             13:31:24

18       A  No, ma'am, I was simply saying I don't           13:31:26

19   know who was over there and deployed it.                13:31:29

20           It wasn't me or my team, so that portion        13:31:31

21   of it was away from me and where I was at.              13:31:33

22       Q  Why don't we have your body-camera footage       13:31:36

23   from the end of the last video to the beginning of      13:31:40

24   this one?                                               13:31:42

25       MR. RINGEL:  Object to the form and the             13:31:44

1  foundation.                                          13:31:45

2      A  I can't give you an exact reason why,         13:31:47

3  ma'am.  I don't know.                                13:31:50

4      Q  We don't have it because you turned your      13:31:51

5  camera off, right?                                   13:31:54

6      A  That would be correct.                        13:31:56

7      Q  You made the decision to turn the camera      13:31:59

8  off right when the officers were pushing the         13:32:01

9  protesters south, south of Colfax, correct?          13:32:03

10     MR. RINGEL:  Object to the form and the          13:32:08

11  foundation.                                          13:32:09

12     A  Watching that video, I don't know exactly     13:32:11

13  what transpired before that, and I would assume      13:32:16

14  that that was the very beginning of the push of      13:32:18

15  where this video starts, for at least me and my      13:32:22

16  team.                                                13:32:30

17     Q  Your actions on this day, on May 30th,        13:32:31

18  were consistent with DPD policy, correct?            13:32:36

19     A  Yes, ma'am.                                    13:32:39

20     Q  They were consistent, your actions on this    13:32:40

21  day, and the actions that you observed of other      13:32:43

22  officers on your team, were consistent with what     13:32:45

23  your supervisors asked you to do, correct?           13:32:49

24     A  Yes, ma'am.                                    13:32:52

25     Q  The actions that you observed that other      13:32:53

| | | |
|---|---|---|
| 1 | officers took on Saturday, May 30th, with respect | 13:32:55 |
| 2 | to the protests, was consistent with your | 13:32:58 |
| 3 | understanding of DPD policy and practice, correct? | 13:33:02 |
| 4 | MR. RINGEL:  Object to the form. | 13:33:04 |
| 5 | A  Yes, ma'am. | 13:33:05 |
| 6 | Q  You did not see any officer, at any time | 13:33:07 |
| 7 | that you policed the protests, use force in a way | 13:33:10 |
| 8 | that what inconsistent with DPD policy, correct? | 13:33:14 |
| 9 | A  That is correct. | 13:33:17 |
| 10 | Q  All of your uses of force during the | 13:33:19 |
| 11 | protests in May and June of 2020 were consistent | 13:33:21 |
| 12 | with DPD policy, correct? | 13:33:25 |
| 13 | A  Yes, ma'am. | 13:33:27 |
| 14 | Q  What's that noise?  Okay, give me a | 13:33:28 |
| 15 | moment.  I'm going to pull up another clip. | 13:33:51 |
| 16 | MR. DAVIS:  Mr. Bolton tells me he needs a | 13:33:57 |
| 17 | brief bathroom break. | 13:34:00 |
| 18 | MS. WANG:  Okay. | 13:34:03 |
| 19 | MR. DAVIS:  Thank you.  Five minutes, ten? | 13:34:08 |
| 20 | What do you want? | 13:34:10 |
| 21 | MS. WANG:  I mean, it's his bathroom break | 13:34:11 |
| 22 | so I would say five, but -- | 13:34:15 |
| 23 | THE WITNESS:  That will work. | 13:34:18 |
| 24 | MR. DAVIS:  I'm just offering.  Thank you. | 13:34:20 |
| 25 | We will be back. | 13:34:21 |

| | |
|---|---|
| 1 | THE WITNESS: Thank you. | 13:34:22 |
| 2 | (Off the record.) | 13:34:23 |
| 3 | MS. WANG: We're back on the record at | 13:40:48 |
| 4 | 11:40 a.m. | 13:40:52 |
| 5 | BY MS. WANG: | 13:40:54 |
| 6 | Q Officer Bolton, can you see my screen? | 13:40:57 |
| 7 | A Yes, ma'am. | 13:40:59 |
| 8 | Q I'm again showing you Denver 4995. We are | 13:41:01 |
| 9 | going to play a few seconds and then I'll ask you | 13:41:07 |
| 10 | some questions. | 13:41:11 |
| 11 | A Yes, ma'am. | 13:41:11 |
| 12 | (Playing video.) | 13:41:12 |
| 13 | Q I paused it at 23:48:13. Did you hear | 13:41:19 |
| 14 | that conversation you had with that protester? | 13:41:26 |
| 15 | A Yes, ma'am, I heard. | 13:41:29 |
| 16 | Q You called him a fucking F-word, right? | 13:41:31 |
| 17 | A I, I don't -- you'd have to play it again. | 13:41:39 |
| 18 | I don't think that that was my voice. | 13:41:44 |
| 19 | Q Oh, okay. Let's play that again. | 13:41:47 |
| 20 | (Playing video.) | 13:41:50 |
| 21 | Q From 23:48:07. | 13:41:53 |
| 22 | Did you hear that? | 13:42:00 |
| 23 | A I hear the words, ma'am, yes. | 13:42:02 |
| 24 | Q You are saying that's not you? | 13:42:04 |
| 25 | A I don't recall saying that, and also he is | 13:42:06 |

| | | |
|---|---|---|
| 1 | yelling profanity at me as well.  So I'm just | 13:42:09 |
| 2 | saying -- | 13:42:14 |
| 3 | Q  I'm not talking about the profanity part. | 13:42:14 |
| 4 | I'm talking about the gay slur. | 13:42:18 |
| 5 | Did you say that? | 13:42:20 |
| 6 | A  What I told you, ma'am, is I don't recall | 13:42:21 |
| 7 | saying that -- | 13:42:23 |
| 8 | Q  Was somebody else standing next to you, | 13:42:24 |
| 9 | another officer standing next to you who said | 13:42:25 |
| 10 | that? | 13:42:28 |
| 11 | A  Well, I can't see who else is in, without | 13:42:28 |
| 12 | other video footage. | 13:42:32 |
| 13 | Q  Do you recall anybody else standing next | 13:42:35 |
| 14 | to you who said that? | 13:42:37 |
| 15 | A  I recall seeing a lot of people around me, | 13:42:38 |
| 16 | and I can see people standing there now. | 13:42:40 |
| 17 | Q  So it's your testimony under oath that you | 13:42:42 |
| 18 | did not call that protester a "fucking F-word", | 13:42:44 |
| 19 | the F-word for the gay slur? | 13:42:48 |
| 20 | MR. DAVIS:  Object to the form of the | 13:42:53 |
| 21 | question, on behalf of the witness. | 13:42:56 |
| 22 | A  My testimony, ma'am, was that I heard the | 13:42:57 |
| 23 | verbiage, and I do not recall saying that. | 13:43:00 |
| 24 | Q  Have you ever used that term, that gay | 13:43:03 |
| 25 | slur before, in your life? | 13:43:09 |

1          MR. RINGEL:  Object to the form.          13:43:10

2      A  "Life" is a long term, including juvenile.   13:43:11

3   I'm sure that it's been used from time to time.   13:43:15

4      Q  In your recollection you think that you    13:43:17

5   have used that term before, a slur for gay people,   13:43:22

6   in your life?                                    13:43:27

7      A  What I'm saying is I don't recall a        13:43:29

8   specific time using it, and it's definitely not   13:43:32

9   common terminology and outside of character, but I   13:43:34

10  definitely don't want to go on record positively   13:43:38

11  saying I've never said a single word.            13:43:41

12     Q  You don't want to say under oath that you   13:43:43

13  have never said that before?                     13:43:46

14         MR. DAVIS:  Objection to the form of the   13:43:48

15  question.                                        13:43:50

16     A  Yes, ma'am.  I don't recall specific times   13:43:53

17  of using it, but that was a word used frequently   13:43:55

18  through, you know, many of people, friends, and   13:43:59

19  everything else through high school, or whatever   13:44:04

20  else.                                            13:44:06

21     Q  Do you ever hear any other Denver police   13:44:06

22  officers use that term for gay people?           13:44:10

23     A  I don't recall hearing that from anybody.   13:44:14

24  No, ma'am.                                       13:44:19

25     Q  I'm showing you Denver 4995 again.  We are   13:44:19

1    end the end of this video, and the time on the          13:44:30

2    body cam is 23:54:25.  This is where it ends.  I'm      13:44:31

3    just going to play the last couple seconds.             13:44:40

4         (Playing video.)                                    13:44:42

5     Q  So you shut it off at that time, correct?           13:44:45

6     A  It appears to be so, yes, ma'am.                    13:44:50

7     Q  You reached up with your left hand and you          13:44:52

8    shut it off, right?                                     13:44:55

9     A  I don't, I don't recall watching the hand           13:44:57

10   movement, but the video ended, yes, ma'am.             13:44:59

11    Q  It ended because you shut it off?                   13:45:02

12    A  Yes, ma'am.                                         13:45:06

13    Q  That was at 23:54:19, which is 5:54 p.m.,           13:45:08

14   correct?                                                13:45:15

15    A  That's the time stamp on the video you're           13:45:15

16   showing me, yes, ma'am.                                 13:45:18

17    Q  Let me pull up another video.  I'm showing          13:45:20

18   you Denver 4992.                                        13:45:39

19        This begins at the time stamp on the video         13:45:41

20   is 1:15:42, which is 7:15 p.m.                          13:45:44

21        Where is your body-cam footage from 5:54           13:45:51

22   p.m. to 7:15?                                           13:45:58

23    A  I don't have a, I don't have an answer for          13:46:01

24   you.  I'm not, I don't know the answer to that.         13:46:04

25    Q  You did not turn your body camera on                13:46:06

1    during that period of time, correct?                13:46:11

2        A  I don't, sitting here I don't know what      13:46:14

3    video you have or was given.  I don't know that to  13:46:17

4    be true.                                            13:46:20

5        Q  Okay.  Let's assume that we got all your     13:46:22

6    video from May 30th, and that we don't have any     13:46:25

7    video from 5:54 to 7:15 p.m.                        13:46:31

8           Do you have any explanation for that other   13:46:35

9    than you decided not to turn your body camera on    13:46:37

10   during that time?                                   13:46:41

11       A  I understand what you're asking, but         13:46:42

12   again, I would say I don't, I don't know if there   13:46:44

13   was body-worn camera for that time or not.  I       13:46:46

14   don't have that answer for you.                     13:46:48

15       Q  You were on the skirmish line during this    13:46:50

16   time, correct?                                      13:46:53

17       A  It appears to be so, yes, ma'am.             13:46:54

18       Q  We'll pull up another video.                 13:46:56

19          Can you see my screen?                       13:47:22

20       A  Yes, ma'am.                                  13:47:28

21       Q  This is the -- Denver 4976 is a body-worn    13:47:29

22   came from Officer Altman.                           13:47:34

23          Do you know who Officer Altman is?           13:47:36

24       A  Yes, ma'am.                                  13:47:38

25       Q  Who's he?                                    13:47:39

1    A  Another uniformed officer within the gang          13:47:40

2    unit that I was working with at that time.            13:47:42

3    Q  You were standing next to Officer Altman           13:47:45

4    in the skirmish line, correct?                        13:47:53

5    A  I don't I don't know for sure.                     13:47:55

6    Q  Well, we are paused on this video at, the          13:47:57

7    time stamp is 1:07:05, which is 7:07 p.m.             13:48:03

8        Do you see this person with the Bolton            13:48:09

9    sticker on their helmet?                              13:48:11

10   A  Yes, ma'am.                                        13:48:14

11   Q  That is that you?                                  13:48:15

12   A  No, ma'am.                                         13:48:18

13   Q  That is not you?                                   13:48:19

14   A  No, ma'am.  It looks like I have someone           13:48:20

15   with the same last name in the Aurora Police          13:48:23

16   Department, apparently.                               13:48:27

17   Q  Well, this person doesn't have an Aurora           13:48:27

18   Police Department badge or patch.                     13:48:32

19   A  That is not my gear, and that is not me,           13:48:35

20   and I didn't have a visor on my helmet, and I did     13:48:39

21   not use duct tape on the back.                        13:48:44

22   Q  Do you know what department this officer           13:48:46

23   is from?                                              13:48:48

24   A  I can't say for sure since there is no             13:48:49

25   emblems on it.  But that is not what I was wearing    13:48:53

1    on that day, and that is not my gear.                    13:48:57

2        Q   What were you wearing that day?                  13:48:59

3        A   I was wearing our standard uniform, which        13:49:02

4    was black pants, black shirt, and a plate carrier        13:49:07

5    over the top, a helmet, safety glasses and gloves,       13:49:12

6    to the best of my ability to remember.                   13:49:17

7        Q   What were you doing between 5:54 and 7:15        13:49:18

8    p.m.?                                                     13:49:25

9        A   I mean, that's a pretty general time            13:49:26

10   frame.  I believe I was at the skirmish line in          13:49:30

11   that area.                                               13:49:32

12       Q   I'm going play a few seconds of this video       13:49:36

13   Denver 4976.                                             13:49:51

14           (Playing video.)                                 13:49:54

15       Q   I'm goes to pause it right here.  The time       13:50:05

16   stamp is 1:09:29.                                        13:50:08

17           This officer in the green fatigues, this         13:50:13

18   officer is a Denver Metro SWAT officer, correct?         13:50:15

19       A   I don't know.  I can't see enough of him         13:50:19

20   to tell you one way or the other, ma'am.                 13:50:23

21       Q   Did you see any officers from any other          13:50:25

22   agencies in green fatigues at that intersection at       13:50:27

23   that time?                                               13:50:31

24       A   I don't recall what the other                    13:50:31

25   jurisdictions' uniforms were.                            13:50:35

1    Q  Do you know Officer Tanner Cunningham?    13:50:38

2    A  Yes, ma'am.                               13:50:42

3    Q  What unit is she with?                    13:50:42

4    A  She is with the SORT team.                13:50:44

5    Q  Is this her, this figure on the left side 13:50:47

6  of the screen with the ponytail, holding the bat? 13:50:52

7    A  I don't know for sure, ma'am.             13:50:57

8    Q  Why didn't you have your camera on between 13:51:03

9  5:54 p.m. and 7:15?                             13:51:06

10      MR. RINGEL:  Object to the form and the   13:51:09

11  foundation.                                    13:51:11

12    A  Again, I don't know that to be true.  I  13:51:12

13  don't know if there was camera footage of that or 13:51:15

14  not.  I just don't know.                       13:51:17

15    Q  Well, what do you do with your camera    13:51:19

16  footage at the end of every shift?             13:51:23

17    A  We plug it into the docking system, which 13:51:26

18  uploads it into the cloud.                     13:51:30

19    Q  And you did that with all the video that 13:51:32

20  you had, right?                                13:51:35

21    A  We don't control individual videos.  Just, 13:51:37

22  we dock the camera and whatever videos are on  13:51:41

23  there uploads into the cloud, ma'am.           13:51:47

24    Q  Right.  You didn't erase any of your     13:51:48

25  videos, right?                                 13:51:55

1    A  No, ma'am, I didn't, nor do I have the          13:51:56

2  ability to.                                          13:51:59

3    Q  So whatever video you had, you docked into      13:52:02

4  the system and it was uploaded to the city's, the    13:52:04

5  cloud?                                               13:52:07

6    A  I would assume so, yes, ma'am.                  13:52:09

7    Q  I'm pulling up another video.  I'm showing      13:52:11

8  you Denver 4992.                                     13:52:48

9      This is the video that begins at 7:15.           13:52:53

10     What do you recall about what the crowd           13:52:57

11  was doing at this time?                             13:53:02

12    A  Did you mean just like in general what         13:53:06

13  the --                                              13:53:09

14    Q  Yes.                                           13:53:09

15    A  -- crowd was doing.                            13:53:10

16    Q  Yes.                                           13:53:12

17    A  It's a pretty vague question.  There's a       13:53:13

18  lot of people there.  The crowd in general, there   13:53:17

19  was people chanting, there were people yelling      13:53:19

20  profanity, there were people throwing things,       13:53:22

21  there were people gathering stuff to throw and      13:53:28

22  giving it back to the crowd.  There was a           13:53:30

23  multitude of things happening with the crowd at     13:53:33

24  that time.                                          13:53:36

25    Q  Your report from May 30th states, that the     13:53:36

| | | |
|---|---|---|
| 1 | crowd -- during the entire time on the line, the | 13:53:43 |
| 2 | crowd was hostile, had a mob mentality, and would | 13:53:49 |
| 3 | not comply with orders given to them. | 13:53:53 |
| 4 | Is that true? | 13:54:01 |
| 5 | A  Yes, ma'am, that's what I put. | 13:54:02 |
| 6 | Q  So what does it mean to have a mob | 13:54:05 |
| 7 | mentality? | 13:54:08 |
| 8 | A  I don't know the exact wording for the | 13:54:12 |
| 9 | definition, but to me, mob mentality means that a | 13:54:14 |
| 10 | group, in general, is doing things that would be | 13:54:18 |
| 11 | destructive or, kind of feeding off each other to | 13:54:24 |
| 12 | become more aggressive and/or violent. | 13:54:30 |
| 13 | Q  It's your belief that this crowd was a | 13:54:33 |
| 14 | violent crowd, correct? | 13:54:36 |
| 15 | A  At times, they were, yes, ma'am. | 13:54:39 |
| 16 | Q  What you wrote in your report was:  During | 13:54:41 |
| 17 | the entire time on the line, the crowd was | 13:54:46 |
| 18 | hostile, had a mob mentality, and would not comply | 13:54:48 |
| 19 | with orders given to them. | 13:54:51 |
| 20 | During the entire time, right? | 13:54:53 |
| 21 | A  I think what I was trying to convey during | 13:54:57 |
| 22 | that was that -- at that time, they were one of | 13:55:00 |
| 23 | the others of what I was listing. | 13:55:03 |
| 24 | Q  Did you give them any orders from 6:00 | 13:55:05 |
| 25 | p.m. to 8:00 p.m.? | 13:55:11 |

1    A  I personally don't recall giving any            13:55:12

2  orders over a loudspeaker, or anything, but I do     13:55:17

3  recall giving specific orders to specific            13:55:18

4  individuals.                                          13:55:21

5    Q  Right.  You did not give any orders to the      13:55:22

6  crowd in general, right?                              13:55:25

7    A  I did not, no, ma'am.                            13:55:26

8    Q  You did not tell anybody to disperse,           13:55:28

9  right?                                                13:55:30

10    A  I did not, no, ma'am.                           13:55:32

11    Q  Prior to the announcement about the curfew     13:55:33

12  right before 8:00 p.m., you did not hear anybody,    13:55:35

13  any police officer, make any announcements over     13:55:39

14  loudspeaker to the crowd, correct?                   13:55:42

15    A  I don't know that to be true.  I don't         13:55:44

16  recall exactly what time and what was said by who.   13:55:45

17    Q  Do you recall, prior to the announcement       13:55:48

18  about the curfew shortly before 8:00 p.m., do you    13:55:53

19  recall hearing any announcements given to the       13:55:57

20  crowd to disperse?                                   13:56:01

21    A  I don't recall.                                 13:56:04

22    Q  Were there any warnings given to the crowd     13:56:06

23  that less-lethal weapons would be used on them if    13:56:10

24  they did not disperse?                               13:56:15

25    A  I don't recall specifics of when and who       13:56:17

| | | |
|---|---|---|
| 1 | said or gave orders. | 13:56:20 |
| 2 | Q  Are you saying there were -- I'm not | 13:56:23 |
| 3 | asking you for the exact time between 6:00 and | 13:56:26 |
| 4 | 8:00 p.m. | 13:56:29 |
| 5 | What I'm asking you is:  Do you recall any | 13:56:30 |
| 6 | orders given by any police officer to the crowd | 13:56:34 |
| 7 | that, if they did not disperse, there would be | 13:56:38 |
| 8 | force used upon them? | 13:56:41 |
| 9 | A  I'm sorry if I wasn't clear.  I'm telling | 13:56:44 |
| 10 | you I don't recall. | 13:56:46 |
| 11 | Q  You don't recall any such announcements, | 13:56:47 |
| 12 | correct? | 13:56:50 |
| 13 | A  I don't recall those announcements at the | 13:56:53 |
| 14 | time frame that you're giving.  I just don't know | 13:56:56 |
| 15 | when they were given. | 13:56:58 |
| 16 | Q  Is it your view that this crowd was an | 13:57:00 |
| 17 | unruly mob that did not have a right to assemble | 13:57:03 |
| 18 | in the street? | 13:57:06 |
| 19 | MR. DAVIS:  Objection to the form of the | 13:57:09 |
| 20 | question. | 13:57:12 |
| 21 | A  I mean, I, you are asking me for my | 13:57:13 |
| 22 | opinion on whether they had a right so assemble or | 13:57:15 |
| 23 | not? | 13:57:18 |
| 24 | Q  Your view, what is your view, based on | 13:57:20 |
| 25 | your understanding of the law and your training | 13:57:22 |

| 1 | pursuant to DPD policy? | 13:57:24 |
| 2 | MR. RINGEL:  Object to the form and the | 13:57:27 |
| 3 | foundation. | 13:57:29 |
| 4 | A  I'm sorry, ma'am.  It's pretty generic, or | 13:57:32 |
| 5 | a pretty vague question.  If you wouldn't mind | 13:57:36 |
| 6 | breaking it down a little bit, that way I can give | 13:57:39 |
| 7 | you a better, accurate answer. | 13:57:42 |
| 8 | Q  Why don't you tell me, based on your | 13:57:44 |
| 9 | training that you have received over the years on | 13:57:47 |
| 10 | the DPD crowd-management manual, whether you think | 13:57:47 |
| 11 | that this crowd, let's say at this point in time | 13:57:50 |
| 12 | that's depicted on this video, at 7:16 p.m., was | 13:57:54 |
| 13 | an unlawful assembly? | 13:57:58 |
| 14 | MR. RINGEL:  Object to the form. | 13:58:01 |
| 15 | A  My opinion was that as soon as the crowd | 13:58:03 |
| 16 | began throwing things, such as rocks, bottles, and | 13:58:06 |
| 17 | other items, and injuring officers and damaging | 13:58:09 |
| 18 | property, such as the capitol building, that it | 13:58:13 |
| 19 | became unlawful.  Yes, ma'am. | 13:58:16 |
| 20 | Q  According to you that happened before this | 13:58:17 |
| 21 | point in time, correct? | 13:58:20 |
| 22 | A  Which? | 13:58:23 |
| 23 | Q  This point in time that's on this video, | 13:58:26 |
| 24 | 7:16 p.m. | 13:58:28 |
| 25 | A  Are you asking me if there were things | 13:58:29 |

1    thrown, and stuff like that, before that time          13:58:32

2    frame?                                                 13:58:34

3        Q  I'm asking you -- you're saying that when       13:58:35

4    the crowd began throwing things and damaging           13:58:38

5    property, such as the state capitol, it became an      13:58:41

6    unlawful assembly, correct?                            13:58:44

7        A  Yes, ma'am.                                     13:58:47

8        Q  Had that happened by this point in time,        13:58:47

9    7:16 p.m., as depicted in this video?                  13:58:50

10       A  I don't recall exactly what times, but          13:58:53

11   there were times before that where I, personally,      13:58:55

12   was getting hit with rocks, and/or bottles, or         13:58:58

13   other items and watched many other officers dodge      13:59:01

14   or be hit with other items.                            13:59:04

15       Q  You did not receive any instructions from       13:59:06

16   any of your supervisors to disperse the crowd          13:59:09

17   because it was an unlawful assembly, right?            13:59:12

18       A  I believe at that time, ma'am, we were          13:59:16

19   holding a skirmish line, still blocking for the        13:59:20

20   streets department to cover up the river rock that     13:59:28

21   was being used.                                        13:59:24

22       Q  If it is an unlawful assembly at 7:16           13:59:30

23   p.m., then -- well, you never received any             13:59:35

24   information from any of your supervisors that          13:59:39

25   somebody had declared it an unlawful assembly by       13:59:41

| | | |
|---|---|---|
| 1 | 7:16 p.m., correct? | 13:59:44 |
| 2 | MR. RINGEL:  Object to the form. | 13:59:46 |
| 3 | A  I don't recall being told that or anything | 13:59:48 |
| 4 | like that.  I'm not sure. | 13:59:51 |
| 5 | Q  Your instructions were to hold this | 13:59:52 |
| 6 | skirmish line, and you and the other officers did | 13:59:56 |
| 7 | not move forward to disperse people out of this | 13:59:58 |
| 8 | area until after curfew, correct? | 14:00:02 |
| 9 | A  Yes, ma'am.  As I stated, we were there to | 14:00:05 |
| 10 | basically protect the streets and roads department | 14:00:08 |
| 11 | while they were covering up the river rock in the | 14:00:10 |
| 12 | median and by the bus depot and other areas. | 14:00:13 |
| 13 | Q  But the people who were in the crowd who | 14:00:18 |
| 14 | were -- so, for instance, if you look at this | 14:00:19 |
| 15 | screenshot right here at 7:16 p.m., you see people | 14:00:20 |
| 16 | who were kneeling, right? | 14:00:24 |
| 17 | A  Yes, ma'am. | 14:00:25 |
| 18 | Q  You see people who are holding signs, | 14:00:25 |
| 19 | right? | 14:00:28 |
| 20 | A  Yes, ma'am. | 14:00:28 |
| 21 | Q  You see people with their hands up, right? | 14:00:29 |
| 22 | A  Yes, ma'am. | 14:00:32 |
| 23 | Q  Did those people have a First Amendment | 14:00:34 |
| 24 | right to be there? | 14:00:37 |
| 25 | MR. RINGEL:  Object to the form. | 14:00:39 |

1    A  I believe, again, without knowing time and          14:00:42

2  everything, that peaceful assembly is well within        14:00:45

3  everyone's rights and abilities.                         14:00:50

4    Q  Did you deploy your 40mm during this                14:00:52

5  period of time between 6:00 and 8:00 p.m., at            14:01:00

6  intersection of Lincoln and Colfax?                      14:01:04

7    A  I know I deployed my 40 at times                    14:01:06

8  throughout that day.  I don't know about that            14:01:13

9  specific set of time, I'm not sure.                      14:01:14

10    Q  Who did you deploy your 40 at?                      14:01:16

11    A  I don't recall specific descriptions, but          14:01:22

12  individuals that fell within the policy and             14:01:29

13  reasonable to do so, and/or people that I was           14:01:35

14  ordered to shoot at.                                    14:01:37

15    Q  Who ordered you to shoot at people?                14:01:39

16    A  At times supervisors would identify                14:01:44

17  somebody that was doing something that met the          14:01:48

18  standards and gave me the order to do so.               14:01:51

19    Q  Do you have any tear-gas cannisters with           14:01:54

20  you at this intersection at this time?                  14:02:03

21    A  I don't know.                                      14:02:06

22    Q  If you had your -- let me pull up a                 14:02:08

23  different video.                                        14:02:17

24      I'm showing you Denver 4993.  If we're              14:02:34

25  missing video from certain times, that the last        14:02:39

1  video ended to the beginning of the next video, do          14:02:42

2  you have any explanation for that other than you            14:02:48

3  did not turn your video on at that time?                    14:02:50

4      MR. DAVIS:  Objection to the form of the               14:02:59

5  question.                                                   14:03:00

6      MR. RINGEL:  And foundation.                           14:03:00

7      A  I'm not trying to be difficult, ma'am.  I          14:03:03

8  just don't recall at what point I was recording             14:03:06

9  and/or not, and definitely don't know what you              14:03:09

10  have in your possession or what was turned over to         14:03:11

11  you.  I just don't know.                                   14:03:14

12     Q  I'm not asking you to tell me what was             14:03:15

13  produced to us.                                            14:03:18

14         What I'm asking you is, what you did after          14:03:19

15  you were done with your day of service was to              14:03:23

16  upload the video that you had to the city's                14:03:25

17  database, correct?                                         14:03:30

18     A  Yes, ma'am.                                        14:03:32

19     Q  You did not delete any of your videos,            14:03:33

20  right?                                                     14:03:38

21     A  No, ma'am.                                         14:03:39

22     Q  So if it is, in fact, true that we do not        14:03:41

23  have any videos for certain periods of time that           14:03:45

24  you were on this skirmish line, it is because you          14:03:48

25  did not record that video, correct?                        14:03:52

| | | |
|---|---|---|
| 1 | A  That would be an assumption, ma'am.  I | 14:03:55 |
| 2 | don't know the answer to that. | 14:04:00 |
| 3 | Q  I going play this video 4993 starting at | 14:04:02 |
| 4 | 1:32:35, 7:32 p.m. | 14:04:16 |
| 5 | (Playing video.) | 14:04:21 |
| 6 | Q  Let's go back a little bit. | 14:04:26 |
| 7 | (Playing video.) | 14:04:28 |
| 8 | Q  We're starting at 1:32:25, according to | 14:04:32 |
| 9 | the time stamp. | 14:04:38 |
| 10 | (Playing video.) | 14:04:40 |
| 11 | Q  Okay, I have paused it at 1:32:43. | 14:04:53 |
| 12 | There was force used on the protesters at | 14:05:00 |
| 13 | this time, correct? | 14:05:03 |
| 14 | A  It looks like munitions were fired, yes, | 14:05:03 |
| 15 | ma'am. | 14:05:06 |
| 16 | Q  Why? | 14:05:06 |
| 17 | A  I couldn't tell you specifically, but | 14:05:07 |
| 18 | watching the video, you could see that there was | 14:05:10 |
| 19 | items being thrown. | 14:05:14 |
| 20 | Q  The items that were thrown were after | 14:05:14 |
| 21 | munitions were used, right?  Protesters threw them | 14:05:18 |
| 22 | after you started shooting them? | 14:05:21 |
| 23 | MR. RINGEL:  Object to the form and the | 14:05:23 |
| 24 | foundation. | 14:05:25 |
| 25 | A  Again, ma'am, you are showing me snippets. | 14:05:26 |

| | | |
|---|---|---|
| 1 | I don't recall specifically at that exact time why | 14:05:29 |
| 2 | people fired their munitions. | 14:05:31 |
| 3 | Q  Well, you fired your munition, right? | 14:05:33 |
| 4 | A  I don't recall exactly.  You'd have to | 14:05:35 |
| 5 | replay it to double check. | 14:05:39 |
| 6 | (Playing video.) | 14:05:41 |
| 7 | Q  When you saw other officers throwing | 14:05:48 |
| 8 | tear-gas cannisters at this intersection at this | 14:05:52 |
| 9 | time, did you decide that you needed to also shoot | 14:05:54 |
| 10 | at the crowd? | 14:05:57 |
| 11 | MR. RINGEL:  Object to the form. | 14:05:58 |
| 12 | A  There is two parts to that question.  The | 14:06:00 |
| 13 | first part was, the answer to that would be I | 14:06:03 |
| 14 | never deployed just because somebody else was | 14:06:07 |
| 15 | deploying. | 14:06:09 |
| 16 | The second part is, I never blindly fired | 14:06:10 |
| 17 | into a crowd, period. | 14:06:14 |
| 18 | Q  Okay.  We are watching Denver 4993.  I'm | 14:06:27 |
| 19 | going to start it, play a few seconds starting at | 14:06:37 |
| 20 | 1:48:39, according to the time stamp. | 14:06:40 |
| 21 | (Playing video.) | 14:06:45 |
| 22 | Q  I've stopped it at 1:48:59. | 14:07:02 |
| 23 | Can you tell me why munitions were used on | 14:07:05 |
| 24 | the protesters at this time? | 14:07:08 |
| 25 | A  I don't know, ma'am.  You are giving me | 14:07:10 |

1   snippets of video.  I don't recall that specific          14:07:13
2   incident, but according to the video I can't give         14:07:17
3   you an answer to that.                                    14:07:18
4       Q  You knew in advance that you were going to         14:07:24
5   deposed today, correct?                                   14:07:26
6       A  Yes, ma'am.                                        14:07:28
7       Q  You knew that you had body-worn camera             14:07:29
8   depicting the events that you would be questioned         14:07:31
9   about, correct?                                           14:07:33
10      A  I assumed so, yes, ma'am.                           14:07:35
11      Q  Did you ask to watch any of it to refresh          14:07:36
12  your recollection before your deposition here            14:07:40
13  today?                                                    14:07:41
14      A  No, ma'am, I did not ask.                          14:07:42
15      Q  Why not?                                           14:07:45
16      A  Based off of what I thought the deposition         14:07:46
17  was going to be, I felt like I could give you            14:07:51
18  accurate answers of what my memory would be or           14:07:54
19  what it would be refreshed about.                        14:07:56
20      Q  You can't tell me right now what force you         14:07:58
21  used from 6:00 to 8:00 p.m., on Saturday, May            14:08:00
22  30th, and why, can you?                                  14:08:03
23      MR. RINGEL:  Object to the form.                     14:08:06
24      A  You're asking me about specific, isolated         14:08:09
25  incidents.  I told you that I deployed my 40 at          14:08:13

| | | |
|---|---|---|
| 1 | times when it reasonable and necessary, | 14:08:17 |
| 2 | after -- in response to someone that was acting | 14:08:18 |
| 3 | aggressively within policy. | 14:08:20 |
| 4 | The videos that you're showing me, I can't | 14:08:22 |
| 5 | specifically tell you based on memory exactly what | 14:08:25 |
| 6 | was leading up or what happened or what happened | 14:08:28 |
| 7 | outside of the frame of the camera. | 14:08:30 |
| 8 | Q  Did you see any Molotov cocktails thrown | 14:08:33 |
| 9 | at you from 6:00 to 8:00 p.m., at the intersection | 14:08:38 |
| 10 | of Lincoln and Colfax, on May 30th? | 14:08:41 |
| 11 | A  Not at that location, no, ma'am. | 14:08:45 |
| 12 | Q  What was thrown at you during that period | 14:08:47 |
| 13 | of time at that location? | 14:08:50 |
| 14 | A  Me specifically, or the officers around me | 14:08:53 |
| 15 | in general? | 14:08:58 |
| 16 | Q  What did you see being thrown at you or | 14:08:59 |
| 17 | the other officers? | 14:09:01 |
| 18 | A  River rock, glass bottles, frozen water | 14:09:03 |
| 19 | bottles, water bottles, spray can -- spray paint | 14:09:09 |
| 20 | cans, canned food, lacrosse balls.  I saw a | 14:09:13 |
| 21 | package of bacon at one point. | 14:09:23 |
| 22 | Paintballs, metal ball bearings, | 14:09:25 |
| 23 | cannister -- used cannisters of like OC or smoke. | 14:09:35 |
| 24 | I don't know which ones are which, but... | 14:09:42 |
| 25 | The casings of a spent 40 millimeter | 14:09:45 |

1  round, other rocks that I wouldn't classify as        14:09:51

2  river rocks, that would be round or shaped, that      14:09:56

3  they firing -- or were using lacrosse sticks to       14:09:59

4  throw.                                                14:10:01

5       A can of grease.  Probably other items           14:10:02

6  that I just can't recall.                             14:10:09

7     Q  There were people in the crowd who were         14:10:11

8  throwing things, and then there were people in the    14:10:26

9  crowd who were being peaceful, correct?               14:10:27

10    A  Yeah, I assume so, not every single person      14:10:30

11  was throwing stuff, yeah.                            14:10:33

12    Q  When people threw things, did you ever          14:10:44

13  make any attempt to isolate or identify any of the   14:10:46

14  people who did that?                                 14:10:49

15    A  Me, personally, I tried to keep an eye on       14:10:54

16  the people that I could see doing that.  But that    14:10:57

17  kind of arrest decision would be made by the         14:10:59

18  supervisors or the command calling it out.           14:11:03

19    Q  Well, is it your understanding that DPD         14:11:06

20  policy requires you to make an attempt to isolate    14:11:10

21  the people who are causing problems instead of       14:11:12

22  dispersing the whole crowd or using force on an      14:11:16

23  entire crowd?                                        14:11:19

24    A  It's, that's a multi-tiered question.  I        14:11:21

25  can answer the first part as the policy portion of   14:11:25

1    it is probably when it's reasonable and safe to do          14:11:28

2    so.                                                          14:11:32

3        Q  So is it your testimony that during this            14:11:33

4    time period, from 6:00 to 8:00 p.m., at the                 14:11:36

5    intersection of Lincoln and Colfax on May 30th, it          14:11:38

6    was not reasonable or safe to do that?                      14:11:40

7        A  I don't, I don't know what their                     14:11:44

8    determination was to not isolate them.  I don't             14:11:46

9    know.                                                       14:11:52

10       Q  The cannisters that release yellow smoke,            14:11:52

11   yellow gas, what are they?                                  14:11:56

12       A  I don't know, ma'am.                                 14:11:58

13       Q  Are you familiar with whether that's tear           14:12:01

14   gas?                                                        14:12:04

15          White smoke is just white, correct?                 14:12:05

16       A  Again, I truly don't know.  I'm not sure.           14:12:08

17       Q  So --                                               14:12:12

18   (Interrupted crosstalk.)                                    14:12:13

19       A  It would be one or the other.                       14:12:14

20       Q  You can't distinguish between a cannister           14:12:15

21   of smoke and cannister of tear gas, correct?               14:12:17

22       A  I'm not aware of -- I just don't know               14:12:21

23   which one is which, that's all.                             14:12:23

24       Q  So how is it that you know that on May              14:12:25

25   28th, at the intersection of Colfax and                     14:12:29

1  Washington, at 8:30 p.m., it was smoke and not                    14:12:31

2  tear gas that was thrown into the intersection?                    14:12:34

3      A   You're talking about that Thursday night,                    14:12:38

4  then, right?                    14:12:41

5      Q   Yes.                    14:12:43

6      A   Because I just recall them saying, someone                    14:12:44

7  yelling that we're popping smoke, or something                    14:12:47

8  along those lines.                    14:12:49

9          And I don't believe that we were given the                    14:12:58

10  order to put our gas masks on when that happened.                    14:13:00

11      Q   On Sunday, May 31st, you were at the                    14:13:03

12  intersection of Colfax and Clarkson, correct?                    14:13:15

13      A   Can you repeat the date and time, I'm                    14:13:18

14  sorry.                    14:13:21

15      Q   Sunday, May 31st?                    14:13:21

16      A   Okay.                    14:13:26

17      Q   You were at the intersection of Colfax and                    14:13:26

18  Clarkson, correct?                    14:13:28

19      A   At some point, yes, ma'am.                    14:13:30

20      Q   Well, do you remember being there to guard                    14:13:33

21  District 6?                    14:13:40

22      A   Yes, ma'am.                    14:13:41

23      Q   What do you recall about that on that day?                    14:13:42

24      A   Like, we had been told many times leading                    14:13:48

25  up to that day, that they were getting intel from                    14:13:54

| | | |
|---|---|---|
| 1 | the crowd that they were going to March to | 14:13:57 |
| 2 | District 6, and that we were going to go there to | 14:14:02 |
| 3 | deploy skirmish lines, if need be, to keep the | 14:14:07 |
| 4 | building safe and the officers inside safe. | 14:14:10 |
| 5 | Q  What do you recall doing -- actually, let | 14:14:14 |
| 6 | me pull up a video. | 14:14:19 |
| 7 | I'm showing you Denver 5097.  Can you see | 14:14:20 |
| 8 | this? | 14:14:45 |
| 9 | A  Yes, ma'am, I can see it. | 14:14:46 |
| 10 | Q  This is at the intersection of Colfax and | 14:14:47 |
| 11 | Clarkson, on Sunday, May 31st, at 8:30 p.m. | 14:14:50 |
| 12 | MR. RINGEL:  For the record, that's not | 14:14:58 |
| 13 | what the date stamp says. | 14:15:01 |
| 14 | MS. WANG:  Well, for the record, what the | 14:15:03 |
| 15 | city has told us is that this time is six hours | 14:15:05 |
| 16 | ahead, because it is London time. | 14:15:10 |
| 17 | MR. RINGEL:  I understand that.  I'm just | 14:15:15 |
| 18 | making a record of what is on the video. | 14:15:17 |
| 19 | You can have an assumption about what time | 14:15:21 |
| 20 | it really is, but unless the witness knows the | 14:15:23 |
| 21 | time, I'm just making a record of what the video | 14:15:27 |
| 22 | says. | 14:15:31 |
| 23 | Q  Were you at this intersection at 2:30 in | 14:15:34 |
| 24 | the morning, on June 1st, Officer Bolton? | 14:15:37 |
| 25 | A  I don't recall exactly what time I was | 14:15:41 |

1   there.                                              14:15:45

2       Q   Does this look like 2:30 in the morning to  14:15:46

3   you from the daylight?                              14:15:49

4       A   Ma'am, I don't know what time it is.        14:15:51

5       Q   What were you doing at this intersection    14:15:54

6   at this time?                                       14:16:00

7       A   It looks like that I was standing in the    14:16:02

8   street.                                             14:16:09

9       Q   You were part of a line of officers facing  14:16:09

10  south on -- on Clarkson, facing Colfax, correct?    14:16:13

11      A   Just what I'm looking at, I don't know who  14:16:16

12  is by me or what exactly I'm doing, I'm sorry.      14:16:19

13      Q   You formed a skirmish line at Colfax and    14:16:23

14  Clarkson, did you not?                              14:16:29

15      A   Yes.                                        14:16:31

16      Q   You did, right?                             14:16:32

17      A   Yes, ma'am.                                 14:16:35

18      Q   So you were with other officers in a        14:16:38

19  skirmish line on Clarkson, facing south, facing     14:16:42

20  Colfax, correct?                                    14:16:47

21      A   Yes, ma'am.                                 14:16:47

22      Q   That is what your report for May 31st       14:16:48

23  says, correct?                                      14:16:54

24      A   I believe so.                               14:16:54

25      Q   What, at some point you pushed the crowd    14:16:55

1  out of the intersection at Colfax and Clarkson and          14:17:00

2  pushed them east on Colfax, correct?                        14:17:03

3      A  Yes, ma'am.                                          14:17:06

4      Q  Who ordered you to do that?                          14:17:07

5      A  I don't know exactly who gave us the                 14:17:13

6  order.  I know it was a supervisor decision to do           14:17:15

7  so.                                                         14:17:20

8      Q  It was one of your sergeants or                      14:17:20

9  lieutenants, correct?                                       14:17:22

10     A  Are you asking who gave me specifically              14:17:23

11 those instructions or how that instruction came             14:17:27

12 about?                                                      14:17:29

13     Q  How did you know your that job was to push           14:17:34

14 the crowd out of the intersection and east on               14:17:37

15 Colfax?                                                     14:17:39

16     A  We were, we were told to do so.                      14:17:40

17     Q  You were told by a supervisor, correct?              14:17:45

18     A  I can assume so, I just don't know who it            14:17:51

19 was.                                                        14:17:57

20     Q  One of your gang unit supervisors?                   14:17:57

21     A  I don't know.  At different times                    14:18:00

22 throughout the different days there was other               14:18:03

23 units, other sergeants, other lieutenants, who              14:18:05

24 were all giving orders verbally to a lot of                 14:18:08

25 people.                                                     14:18:11

| | | |
|---|---|---|
| 1 | I'm just saying, I just don't know who | 14:18:12 |
| 2 | gave us that order that day for that specific | 14:18:14 |
| 3 | instruction. | 14:18:17 |
| 4 | Q  Who else were you with at this | 14:18:17 |
| 5 | intersection at this time? | 14:18:19 |
| 6 | A  I can see other members of the gang unit. | 14:18:20 |
| 7 | Q  Do you recall other outside law | 14:18:23 |
| 8 | enforcement agencies being with you at this | 14:18:31 |
| 9 | intersection at this time? | 14:18:33 |
| 10 | A  At this specific time, I don't know.  I | 14:18:35 |
| 11 | know at some point during that push other agencies | 14:18:38 |
| 12 | joined in, as well as other districts or other | 14:18:44 |
| 13 | teams. | 14:18:50 |
| 14 | Q  From what agencies? | 14:18:51 |
| 15 | A  I don't recall. | 14:18:53 |
| 16 | Q  This video that's Bates stamped Denver | 14:18:56 |
| 17 | 5097 ends at, the time stamp 2:35:23, correct? | 14:19:01 |
| 18 | This is the end of the video, right? | 14:19:05 |
| 19 | A  That's what time the time says, yes, | 14:19:07 |
| 20 | ma'am. | 14:19:43 |
| 21 | Q  Can you see my screen? | 14:19:43 |
| 22 | A  Yes, ma'am. | 14:19:50 |
| 23 | Q  This is Denver 5096, this is your body-cam | 14:19:51 |
| 24 | footage that picks up at 2:53:11. | 14:19:56 |
| 25 | Do you see that time stamp? | 14:20:00 |

1    A   I see the time stamp, yes, ma'am.                      14:20:02

2    Q   What happened between the end of the last              14:20:03

3  video and the beginning of this one?                         14:20:05

4    A   I, I wouldn't have any way of telling you.             14:20:09

5  I don't know.                                                14:20:12

6    Q   You didn't have your camera on during that             14:20:13

7  time, correct?                                               14:20:16

8    A   Again, ma'am, I'm not sure if I did or did             14:20:17

9  not.                                                         14:20:22

10    Q   What were you doing between the time you              14:20:22

11  were at the intersection of Colfax and Clarkson,            14:20:32

12  as shown in the last video, and what you are doing          14:20:37

13  now, as depicted in this video, near the Good               14:20:40

14  Times?                                                      14:20:43

15    A   I can't say specifics.  I'm not sure.  I              14:20:46

16  know that, I believe during that time there is a            14:20:56

17  push made to, to push the crowd out of that                 14:20:58

18  intersection.                                               14:21:02

19    Q   Okay.  So between the last video, the end             14:21:05

20  of the last video, and this one, there was a push           14:21:08

21  made by you, and the other officers, to push the            14:21:12

22  crowd out of the intersection, correct?                     14:21:14

23    A   I believe so.                                         14:21:18

24    Q   When you say there was a push made, you               14:21:20

25  walked forward to push the crowd, and you used              14:21:24

1    munitions, right?                                    14:21:27

2        A   Well, a push does mean that you, you walk.   14:21:29

3    A push doesn't necessarily mean there was force      14:21:36

4    used, and --                                         14:21:38

5        Q   Did you use force between the end of the     14:21:39

6    last video and the beginning of this one?            14:21:41

7        A   I can't say for certain.  I don't recall     14:21:47

8    exactly.                                             14:21:50

9        Q   Because we don't have your video, right?     14:21:50

10       MR. RINGEL:  Object to the form and the          14:21:53

11   foundation.                                          14:21:54

12       A   If you are telling me you don't have the     14:21:54

13   video, then, I mean, you don't have the video.       14:21:56

14       Q   You can't recall because you don't have      14:22:00

15   any video that refreshes your recollection, right?   14:22:02

16       A   I believe what you're telling me is I        14:22:06

17   don't -- yeah, I don't recall and I don't, I         14:22:11

18   haven't seen video of that incident.                 14:22:13

19       Q   Actually, take a look at your report from    14:22:15

20   5-31.  You say:  We pushed the crowd out of the      14:22:19

21   intersection at east Colfax Avenue and north         14:22:22

22   Clarkson Street, and then pushed them east on East   14:22:25

23   Colfax Avenue.  I deployed approximately five to     14:22:29

24   ten PepperBall rounds during that incident at the    14:22:32

25   ground to disperse a hostile crowd and at one        14:22:35

1    individual who was throwing rocks.                    14:22:37

2        A   Okay.                                         14:22:41

3        Q   You used force as part of the push, right?   14:22:41

4        A   Yes, ma'am.  I don't know if that portion    14:22:46

5    of my statement is included in that video, or        14:22:48

6    video shortly after.  I just don't, I don't know.    14:22:53

7    I wasn't denying using force at any point.  I just   14:22:55

8    don't know if that specific time frame I used it     14:22:59

9    or not.                                              14:23:01

10       Q   Let's assume we don't have any video         14:23:02

11   depicting what you say in your report.  I'm          14:23:04

12   showing you your statements, the seven pages that    14:23:06

13   were produced to us today.                           14:23:09

14       A   Okay.                                         14:23:10

15       Q   I'm showing you page 7.  Can you see this?   14:23:11

16           MR. DAVIS:  Can you enlarge that on your     14:23:16

17   screen?                                              14:23:17

18       Q   I'm showing you your report for May 31st.    14:23:19

19           Can you see this?                            14:23:23

20       A   Yeah, if you don't mind maybe hitting        14:23:26

21   enlarge one more time, sorry.  Thank you.            14:23:30

22       Q   So in this report you state:  We pushed      14:23:33

23   the crowd out of the intersection of east Colfax,    14:23:36

24   north Clarkson street, and then pushed them east     14:23:39

25   on east Colfax Ave.  I deployed approximately five   14:23:42

1   to ten PepperBall rounds during that incident at          14:23:47

2   the ground to disperse --                                 14:23:47

3       (The court reporter asked for clarification.)         14:23:47

4       Q   I deployed approximately five to ten              14:23:50

5   PepperBall rounds during that incident at the             14:23:52

6   ground to disperse a hostile crowd and at one             14:23:54

7   individual who was throwing rocks.                        14:23:56

8           Do you see that?                                  14:23:59

9       A   Yeah, I see that, yes, ma'am.                     14:24:05

10      Q   Where is the video of that?                       14:24:07

11          MR. RINGEL:  Object to the form and the           14:24:12

12  foundation.                                               14:24:13

13      A   So the, I don't know what you have, ma'am.        14:24:17

14  I'm not sure at what point it was recording and           14:24:22

15  wasn't.  I just don't recall at what point.               14:24:24

16      Q   Okay.  What did you do after you were at          14:24:27

17  the Good Times?                                           14:24:38

18      A   Immediately following the Good Times, we          14:24:42

19  held a skirmish line there.  And I believe at one         14:24:46

20  point we moved a little further -- we did move            14:24:52

21  further east because they were, the crowd was             14:24:55

22  breaking multiple windows along east Colfax              14:24:58

23  Avenue, and causing property damage, and then             14:25:02

24  there were some individuals identified by                 14:25:04

25  supervisors that needed to be arrested.  And I was        14:25:08

1   part of those arrest teams.                          14:25:10

2       Q   Okay.  Was your video on during that?        14:25:12

3       A   I don't recall if it was or not, I'm not     14:25:18

4   sure.                                                14:25:22

5       Q   Policy requires you to have your video on    14:25:29

6   when you are conducting arrests, correct?            14:25:32

7       A   Yes, ma'am.  Just to clarify, I was part     14:25:34

8   of an arrest team.  I don't recall if I made an      14:25:37

9   arrest that night or not.                            14:25:39

10      Q   If you are part of an arrest team, you are   14:25:41

11  having an interaction with a civilian, correct?      14:25:45

12      A   I, I understand what you're saying, ma'am.   14:25:49

13  I think there is just some terminology.              14:25:51

14          So, an arrest team is a team designated to   14:25:54

15  be part of an arrest, if there is one deemed to be   14:25:58

16  made.                                                14:26:03

17          Whether or not I actually was involved in    14:26:03

18  an arrest or not, is what I'm telling you.  I        14:26:06

19  don't recall for sure.                               14:26:08

20      Q   Policy requires you to have your video on    14:26:09

21  if you are part of an arrest team, right?            14:26:14

22      A   During the actions of an arrest,             14:26:16

23  regardless of what your team assignment is, if it    14:26:19

24  was safe to do so, yes, ma'am.                       14:26:23

25      Q   What outside agencies do you recall being    14:26:24

1      with you or your team on, in the Colfax corridor,          14:26:26

2      at about 9:00 p.m., on May 31st?                           14:26:31

3         A   I don't recall exactly at what point they           14:26:37

4      joined or not.  I believe I saw Jefferson County           14:26:40

5      but I'm -- I think Jefferson County was there, but         14:26:45

6      I don't know who else outside of that.                     14:26:50

7         MS. WANG:  Let's take a quick five-minute               14:26:56

8      break.                                                     14:26:58

9         (Off the record.)                                       14:26:59

10        MS. WANG:  Are we back on the record?                   14:35:36

11        I have no further questions at this time                14:35:44

12     for Officer Bolton.                                        14:35:46

13        MS. BAILEY:  Thank you.  So, for the                    14:35:49

14     record again, this is Leslie Bailey for 5280               14:35:52

15     Plaintiffs, and I'm going to ask some additional           14:35:57

16     questions.                                                 14:35:59

17                    EXAMINATION

18     BY MS. BAILEY:

19        Q   Officer Bolton, I know it's been a long             14:36:03

20     day but I have some follow-up questions to clarify         14:36:05

21     some of the information that you provided to Ms.           14:36:09

22     Wang, and then some decisional questions covering          14:36:12

23     some new material.                                         14:36:15

24        A   Yes.                                                

25        Q   Is it your understanding that DPD policy            14:36:17

1  provides -- excuse me, let me start over.                    14:36:19

2        What is your understanding as to when DPD              14:36:27

3  policy authorizes the use of the 40 millimeter for           14:36:32

4  crowd-dispersal purposes?                                    14:36:37

5     A  I don't, I don't recall exactly what the,             14:36:40

6  I'm trying to think what the word I'm trying to              14:36:47

7  use here.  I don't recall exactly what the policy            14:36:51

8  states for crowd dispersal, and I would go on to             14:36:53

9  say that I don't think that it's used for crowd              14:36:57

10  dispersal.                                                  14:36:59

11        It's just for active aggression on                    14:37:00

12  individuals.                                                14:37:02

13     Q  Okay.  So you had spoken with Ms. Wang               14:37:03

14  about pepper bullets being authorized for crowd             14:37:05

15  dispersal in certain instances, but clarifying              14:37:11

16  that, it does not provide for crowd dispersal for           14:37:14

17  the use of 40 millimeter in a crowd dispersal               14:37:17

18  situation?                                                  14:37:20

19        MR. RINGEL:  Object to the form and the               14:37:20

20  foundation.                                                 14:37:21

21     A  So I understand it, you're asking me the             14:37:22

22  difference between the PepperBall and the 40?               14:37:24

23     Q  That's right.  Yes.                                  14:37:27

24     A  Could you repeat that then?  I just want             14:37:29

25  to make sure I follow you.                                  14:37:31

1    Q   To clarify, you had said to Ms. Wang that          14:37:33

2    there are certain situations in which you can use          14:37:36

3    the PepperBall gun to disperse a crowd, correct?          14:37:37

4    A   Yes, ma'am.          14:37:42

5    Q   And I'm just clarifying that you were          14:37:43

6    saying there are not those situations that you          14:37:46

7    could use the 40 millimeter to disperse a crowd?          14:37:48

8    A   I'm not, I don't recall exactly what the          14:37:54

9    policy states, but I don't believe that there is a          14:37:56

10   use for the 40 to disperse a crowd.          14:38:00

11   Q   Okay.  Are you familiar with the          14:38:04

12   use-of-force continuum, meaning that there is sort          14:38:09

13   of a scope of some of the less-lethal weapons that          14:38:14

14   are more serious than others?          14:38:19

15       MR. RINGEL:  Object to form, foundation.          14:38:21

16   A   I'm aware of a use-of-force continuum.          14:38:24

17   DPD doesn't really use the continuum itself.          14:38:29

18   Q   What is your understanding as to what the          14:38:33

19   use-of-force continuum is?          14:38:38

20   A   I couldn't say too much on that, just          14:38:39

21   because, again, DPD doesn't use the exact          14:38:42

22   use-of-force continuum, but, my -- I don't really          14:38:47

23   know how to answer, I'm sorry.  I'm just not          14:38:49

24   completely versed in the continuum itself.          14:38:52

25   Q   That's okay.  So Sergeant Tak was deposed          14:38:54

| | | |
|---|---|---|
| 1 | earlier in this case, and he described the | 14:38:59 |
| 2 | use-of-force continuum as going from hands-on to | 14:39:01 |
| 3 | impact weapon, like a baton, to PepperBall or OC, | 14:39:04 |
| 4 | to 40 millimeter. | 14:39:08 |
| 5 | Do you have any reason to disagree with | 14:39:09 |
| 6 | that assessment of the use-of-force continuum? | 14:39:11 |
| 7 | MR. RINGEL:  Object to the form, | 14:39:15 |
| 8 | foundation. | 14:39:16 |
| 9 | A  I think there is some terminology | 14:39:18 |
| 10 | differences is all.  I don't, again, I can't speak | 14:39:21 |
| 11 | on the specifics of the use-of-force continuum | 14:39:25 |
| 12 | since we don't use that.  I'm not trained on the | 14:39:27 |
| 13 | continuum itself. | 14:39:30 |
| 14 | Q  Is it your understanding that there is a | 14:39:31 |
| 15 | degree of weaponry such that certain situations | 14:39:35 |
| 16 | would call for PepperBall but not for 40 | 14:39:38 |
| 17 | millimeter? | 14:39:44 |
| 18 | A  Yes, ma'am. | 14:39:45 |
| 19 | Q  Can you just state, again, what your | 14:39:47 |
| 20 | understanding is as to those situations. | 14:39:51 |
| 21 | A  The level of force rising to the need | 14:39:53 |
| 22 | based off of what you're confronted with. | 14:39:56 |
| 23 | So, for an example, defensive resistance | 14:39:59 |
| 24 | would rise to the level of being able to use | 14:40:04 |
| 25 | PepperBall, but it wouldn't rise up to the level | 14:40:07 |

| | |
|---|---|
| 1 | of a 40. | 14:40:09 |
| 2 | But it also, continuum, I think, if I | 14:40:09 |
| 3 | understand the terminology, continuum would be | 14:40:13 |
| 4 | continuing on, but use of force can go one way or | 14:40:16 |
| 5 | the other.  It doesn't always have to go forward. | 14:40:20 |
| 6 | Q  Do you know if it's DPD policy to disperse | 14:40:23 |
| 7 | protesters through the use of 40 millimeter if | 14:40:33 |
| 8 | they refused an order to disperse, even if they | 14:40:36 |
| 9 | pose no threat? | 14:40:40 |
| 10 | MR. RINGEL:  Object to the form and the | 14:40:42 |
| 11 | foundation. | 14:40:43 |
| 12 | A  Just to clarify, are you asking me about a | 14:40:44 |
| 13 | specific individual or a crowd in general? | 14:40:47 |
| 14 | Q  I'm talking about on a crowd. | 14:40:50 |
| 15 | A  I'm not aware of that, no, ma'am. | 14:40:53 |
| 16 | Q  Now, earlier you told Ms. Wang that as | 14:40:55 |
| 17 | part of your training you were hit with an OC | 14:41:03 |
| 18 | cannister. | 14:41:06 |
| 19 | Is that correct? | 14:41:07 |
| 20 | A  No, ma'am. | 14:41:08 |
| 21 | Q  So you said, quote:  I will never forget | 14:41:10 |
| 22 | the day I was sprayed with -- sorry -- I will | 14:41:17 |
| 23 | never forget the day being sprayed with that. | 14:41:19 |
| 24 | (Interrupted crosstalk.) | 14:41:22 |
| 25 | Q  And getting certified? | 14:41:25 |

1    A  Yes, ma'am, I'm sorry.  There's difference          14:41:26

2  of terminology.  A cannister is, my assumption of        14:41:27

3  a cannister is either something that's thrown or         14:41:31

4  is shot out of a weapon of some sort.                    14:41:35

5        OC spray is just a spray, sprayed out of a         14:41:37

6  small can.                                               14:41:41

7    Q  So during your training, you were sprayed           14:41:43

8  with OC from a can?                                      14:41:46

9    A  Yes, ma'am, and I'm sorry, there is just a          14:41:48

10 big difference between the two.                          14:41:51

11   Q  Understood.  Thank you for clarifying.              14:41:52

12       So I'm assuming that was a deliberate part         14:41:54

13 of the training rather than an accidental                14:41:58

14 incident?                                                14:42:00

15   A  Yes, ma'am.                                         14:42:00

16   Q  What was the reason for that being a part           14:42:02

17 of the training?                                         14:42:04

18       MR. RINGEL:  Object to form.                       14:42:07

19   A  Just to see if, what it felt like, because          14:42:08

20 if you were in a situation where you were making         14:42:13

21 an arrest, and an OC was deployed and you got hit,       14:42:15

22 to know what it felt like so you can continue on         14:42:18

23 your job function, like making an arrest, so you         14:42:20

24 don't completely black out and risk losing your          14:42:23

25 life, or being severely injured.                         14:42:27

| | | |
|---|---|---|
| 1 | Q  So it was to get experience in being | 14:42:30 |
| 2 | sprayed so that you are able to function, as | 14:42:35 |
| 3 | opposed to understanding what it feels like to be | 14:42:39 |
| 4 | sprayed; is that correct? | 14:42:42 |
| 5 | A  Yes, and also to show that it was easily | 14:42:43 |
| 6 | manageable to continue on your job functions. | 14:42:47 |
| 7 | Q  What do you mean by that? | 14:42:51 |
| 8 | A  I mean, if you have a newer recruit | 14:42:54 |
| 9 | officer that's never been sprayed before, it may | 14:43:00 |
| 10 | be in their mind-set that the first time they get | 14:43:03 |
| 11 | hit with OC, or come in contact with it during a | 14:43:07 |
| 12 | real-life scenario, that you could show them that | 14:43:10 |
| 13 | they could overcome the effects of the OC and | 14:43:12 |
| 14 | continue to function fine. | 14:43:16 |
| 15 | Q  Can you describe how it felt to be sprayed | 14:43:18 |
| 16 | with the OC? | 14:43:22 |
| 17 | A  By design, it's not, it's not pleasant. | 14:43:24 |
| 18 | It burns your eyes and makes your nose run. | 14:43:28 |
| 19 | Q  What was the situation?  How close were | 14:43:32 |
| 20 | you to the person spraying you?  And can you | 14:43:35 |
| 21 | explain a little bit about the context? | 14:43:38 |
| 22 | A  Sure.  During the training, you're given a | 14:43:40 |
| 23 | partner, assigned a partner.  You all line up from | 14:43:46 |
| 24 | one another, about -- I don't remember exactly but | 14:43:49 |
| 25 | I guess within five feet or so, and when the | 14:43:52 |

1    instructor says so, one side of the line sprays          14:43:55

2    the other.                                               14:43:59

3         You're given some time to recover and then          14:43:59

4    the other side of the line sprays the first one.         14:44:02

5       Q  Do you have any equipment on at that time?         14:44:03

6       A  As far as?                                         14:44:09

7       Q  Protective equipment for your face, for            14:44:10

8    example.                                                 14:44:14

9       A  No, ma'am.                                         14:44:14

10      Q  Were you ever shot with any of the other           14:44:14

11   types of less-lethal weapons that you use in your        14:44:17

12   unit?                                                    14:44:22

13      A  No, ma'am.                                         14:44:22

14      Q  Why is that?                                       14:44:23

15      MR. RINGEL:  Object to the form and the               14:44:26

16   foundation.                                              14:44:28

17      A  I couldn't give you an answer to that, I'm         14:44:29

18   not -- I don't know.                                     14:44:31

19      Q  Do you think it would be because those             14:44:32

20   other weapons are more dangerous, and it would be        14:44:37

21   more dangerous to use against you in training?           14:44:42

22      MR. RINGEL:  Object to the form and the               14:44:46

23   foundation.                                              14:44:47

24      A  I would have to, I would have to assume,           14:44:50

25   and I don't know what the reason for command             14:44:51

1    staff's reason would be not to or to train                    14:44:55

2    somebody on that.                                             14:44:57

3        Q  You mentioned that you were authorized to              14:44:58

4    use the 40 millimeter and the PepperBall gun                  14:45:06

5    throughout the protest; is that right?                        14:45:09

6        A  Yes, ma'am.                                            14:45:10

7        Q  Can you explain a little bit more about                14:45:11

8    how you were assigned those weapons, from what you            14:45:14

9    understand?                                                   14:45:17

10       A  It would vary day to day.  Generally,                  14:45:19

11   within my unit, a supervisor, whether it was a               14:45:25

12   sergeant, or even a corporal, or a lieutenant                14:45:27

13   would say, we need so many 40s and so many                   14:45:30

14   PepperBalls.  And we were usually able to work it            14:45:34

15   out amongst ourselves to who was going to carry,             14:45:37

16   because the 40 millimeter is very heavy.  So to              14:45:40

17   try, you know, the idea was break it up throughout           14:45:43

18   the days.                                                    14:45:46

19          But I felt, you know, like it was usually             14:45:47

20   up to you, depending on what you wanted to carry             14:45:50

21   for the most part, and if you got tired you could            14:45:53

22   swap, no problem.                                            14:45:56

23       Q  How does it work to swap?  Does that                  14:45:57

24   happen in the moment, you know, on a skirmish line          14:46:02

25   or when you go back to the station?                         14:46:04

| | | |
|---|---|---|
| 1 | What are the logistics around that? | 14:46:05 |
| 2 | A  There could be some examples of why you | 14:46:08 |
| 3 | would swap on a skirmish line.  I don't think that | 14:46:12 |
| 4 | I did that or saw that happen. | 14:46:14 |
| 5 | But the reality is that you would do that | 14:46:16 |
| 6 | during a downtime when, you know, your shoulders | 14:46:18 |
| 7 | were hurting, or whatever, and you just ask | 14:46:20 |
| 8 | somebody if they want to switch. | 14:46:23 |
| 9 | Q  Did you prefer carrying a particular | 14:46:25 |
| 10 | weapon? | 14:46:27 |
| 11 | A  No, not necessarily.  I ended up carrying | 14:46:29 |
| 12 | the 40 a lot more than other people, simply | 14:46:33 |
| 13 | because it was heavy, and you know, I'm a team | 14:46:36 |
| 14 | pleaser and I felt I was handling it fine.  And if | 14:46:40 |
| 15 | there were guys that would rather carry a | 14:46:43 |
| 16 | PepperBall, then I would just do that. | 14:46:46 |
| 17 | Q  So is that, just to clarify, is that what | 14:46:47 |
| 18 | you meant when you said earlier to Ms. Wang that | 14:46:50 |
| 19 | you were initially assigned a weapon, but you | 14:46:52 |
| 20 | could change it throughout the day? | 14:46:55 |
| 21 | And you said, quote:  The 40 millimeter is | 14:46:56 |
| 22 | a heavy-weapon platform, so changing was not | 14:46:59 |
| 23 | consistent.  But I think you meant -- sorry, end | 14:47:03 |
| 24 | quote. | 14:47:05 |
| 25 | I just want to clarify you meant not | 14:47:05 |

1    inconsistent?                                    14:47:09

2        A  Yeah, I'm sorry.  I'm a stutterer.        14:47:09

3        Q  Okay.  So regarding your training in crowd  14:47:12

4    control, and your experience with crowd control   14:47:18

5    prior to these protests in summer 2020, what was  14:47:22

6    your experience while working on duty with crowd  14:47:23

7    control?                                          14:47:26

8        A  It would vary.  When I was in District 6   14:47:27

9    initially, there -- quite often, truthfully,      14:47:31

10   almost every weekend, some protest, or another,   14:47:36

11   that's going on near the capitol.                 14:47:39

12       So we would do, we would do briefings or      14:47:41

13   be a part of a team that would just be kind of    14:47:48

14   watching those, just to make sure that everybody  14:47:50

15   remains safe, and that kind of thing.             14:47:52

16       Every weekend when I was at District 6        14:47:55

17   working swings, or nights, we did crowd management 14:47:59

18   on a smaller scale due to out crowds after the    14:48:02

19   bars.                                             14:48:05

20       I was assigned to more, larger protests,      14:48:05

21   or events I should say, like this.                14:48:08

22       I was in the Super Bowl, and part of a        14:48:11

23   crowd-management team for the Super Bowl.         14:48:14

24       And then without warning, was part of a       14:48:16

25   crowd-management team for the inauguration of     14:48:21

| | | |
|---|---|---|
| 1 | President Trump. | 14:48:24 |
| 2 | And I think that there is a maybe a couple | 14:48:24 |
| 3 | other smaller protest-type things that I was part | 14:48:28 |
| 4 | of an arrest or emergency response team for. | 14:48:31 |
| 5 | And then when I went to the gang unit, we | 14:48:34 |
| 6 | did a lot of protests, mostly just as a backup or | 14:48:38 |
| 7 | emergency response team. | 14:48:41 |
| 8 | Q  How did DPD's response to those other | 14:48:45 |
| 9 | protests compare to the response to these protests | 14:48:47 |
| 10 | in 2020? | 14:48:51 |
| 11 | MR. RINGEL:  Object to the form and the | 14:48:54 |
| 12 | foundation. | 14:48:56 |
| 13 | A  I guess in my personal opinion on -- | 14:48:57 |
| 14 | Q  Your experience with, with DPD in those | 14:49:02 |
| 15 | different instances versus the response to these | 14:49:10 |
| 16 | protests? | 14:49:14 |
| 17 | A  Well, I think at least initially the | 14:49:14 |
| 18 | responses were fairly similar depending on the | 14:49:15 |
| 19 | situation.  Some of them were, would arise more | 14:49:19 |
| 20 | quickly than others, do so you didn't, you just | 14:49:21 |
| 21 | had to roll out. | 14:49:24 |
| 22 | Other times if you were given advance | 14:49:25 |
| 23 | notice, you could, you know, the DPD as a general | 14:49:27 |
| 24 | made advance plans.  I think the biggest different | 14:49:31 |
| 25 | in this one is that it was ongoing, so responses | 14:49:35 |

1    stayed fluid, and changes were made throughout.       14:49:39

2        Q  Prior to these protests, what was your          14:49:42

3    experience deploying the less-lethal weapons on        14:49:47

4    duty, including in these other protests?               14:49:51

5        A  I had deployed OC spray prior to those,         14:49:55

6    and I had not deployed PepperBall or a 40 prior to     14:50:02

7    the protests that you're referring to.                 14:50:07

8        Q  I have one clarification question on, you       14:50:10

9    mentioned the two types of cannisters that could       14:50:15

10   go into the 40 millimeter.  The 40 millimeter          14:50:18

11   could launch both the rubber bullets, the foam         14:50:22

12   bullets, and also the OC cannister.                    14:50:27

13          Is that right?                                  14:50:30

14       MR. RINGEL:  Object to the form.                   14:50:30

15       A  Just to be clear, there is big difference       14:50:31

16   between rubber and the foam.                           14:50:33

17       Q  Okay.                                           14:50:35

18       A  I'm not aware of even having rubber ones,       14:50:36

19   and hadn't seen them, but there are, that I know       14:50:39

20   of, foam, and then the OC cans; or, they are not       14:50:42

21   OC cannisters that I'm aware of.  Actually, it         14:50:46

22   looks very similar to the foam.  Inside of the         14:50:50

23   projectile shell contains OC powder.                   14:50:58

24       Q  Okay.  And then you said that the foam has      14:50:59

25   the blue tip, right, and the OC has the orange         14:51:00

| | | |
|---|---|---|
| 1 | tip? | 14:51:05 |
| 2 | A  That's correct.  But there is a black foam | 14:51:06 |
| 3 | round as well, and I don't think that there is a | 14:51:11 |
| 4 | difference between the blue and the black, but | 14:51:13 |
| 5 | just so you are aware. | 14:51:15 |
| 6 | Q  Okay.  Is that tip the part that is | 14:51:16 |
| 7 | projected out that would hit the target, as | 14:51:19 |
| 8 | opposed to the back of it? | 14:51:21 |
| 9 | A  Yes, ma'am. | 14:51:23 |
| 10 | Q  Okay.  I'm going to ask you some questions | 14:51:23 |
| 11 | about the incident on May 28th, at Colfax and | 14:51:27 |
| 12 | Washington.  So, Ms. Wang had talked to you a | 14:51:32 |
| 13 | little bit about that incident, but I'm just going | 14:51:36 |
| 14 | to ask some additional questions. | 14:51:37 |
| 15 | You had mentioned that when you were sent | 14:51:40 |
| 16 | out with your unit throughout the protests, it was | 14:51:42 |
| 17 | the same unit that would go out, but different | 14:51:45 |
| 18 | people from the unit; is that right? | 14:51:49 |
| 19 | A  That would be fair to say, yes. | 14:51:53 |
| 20 | Q  Do you remember how many people from the | 14:51:55 |
| 21 | unit were with you on May 28th, at Colfax and | 14:51:57 |
| 22 | Washington? | 14:51:59 |
| 23 | A  No, I don't remember. | 14:52:00 |
| 24 | Q  You said it was probably, you said 16. | 14:52:03 |
| 25 | Was that the unit total, or would it be about half | 14:52:09 |

```
1   of that when you divided up into the east and west        14:52:13
2   groups?                                                    14:52:17
3       A   To clarify, I think what I said was that I         14:52:17
4   believe around that time in the gang unit there           14:52:22
5   was about 16 uniformed officers, or at least on           14:52:26
6   night shift.  I don't recall how many were there          14:52:29
7   that night.                                                14:52:31
8           It was a standard night, so I don't think          14:52:33
9   that there would be a big difference in that               14:52:35
10  number one way or the other.  I just don't                14:52:39
11  remember exactly.                                          14:52:41
12          And then, I'm sorry, could you repeat the          14:52:42
13  second part of that question?                              14:52:43
14      Q   I think I was wondering, when you said the         14:52:46
15  16, and then you also talked about east and west           14:52:48
16  groups, I wondered if that would be 8 or if it             14:52:51
17  would actually be 16 in the incident.                      14:52:55
18          Around 16, I understand you are not                14:52:57
19  exactly sure.                                              14:52:58
20      A   Just to clarify, the east-and-west thing           14:52:59
21  wasn't really like the east team was going to             14:53:03
22  deploy over here and the west team was going -- we        14:53:05
23  all stayed together.  It was more informal                14:53:07
24  verbiage for us to keep accountability that we had        
25  all of our team members.                                   14:53:11
```

1          I don't recall at which date or time that          14:53:11

2    we kind of decided to do that, but it seemed me          14:53:13

3    that first night everyone was just kind of jumping       14:53:17

4    on trucks when we were getting moved, and there          14:53:20

5    was a concern that we would lose somebody or leave       14:53:23

6    somebody behind.                                          14:53:26

7          So that's why we broke up into the east            14:53:26

8    and west informally.  So even, so what I'm saying        14:53:29

9    is, if we were deployed to Colfax and Washington,        14:53:32

10   the east and west would have been there.                 14:53:38

11    Q   Okay.  Do you remember which types of the            14:53:41

12   less-lethal weapons others in your unit had at           14:53:47

13   that time, at that incident?                             14:53:50

14    A   As I told Ms. Wang, I believe, I don't               14:53:51

15   recall exactly who had what, but I do know that we       14:53:56

16   had several 40s and several PepperBalls deployed         14:53:59

17   within our unit.                                         14:54:03

18    Q   Are there any records of which officers             14:54:05

19   were assigned to which weapons?                          14:54:08

20    A   Not that I'm aware of, ma'am.                        14:54:10

21    Q   If you were going to find out, try to               14:54:12

22   figure out which officers had which weapons, how        14:54:16

23   would you go about doing that?                           14:54:19

24    A   I don't know.  Probably body-worn camera            14:54:22

25   would probably be the best way to do that.               14:54:31

1    Q  Were there be any other way that you would          14:54:33

2  try to find out that information?                        14:54:35

3    A  I'm not aware of another way.                       14:54:39

4    Q  I'm going to play a clip from your                  14:54:46

5  body-worn camera from May 28th at the corner of          14:54:56

6  Colfax and Washington.                                   14:55:00

7       Let me just pull it up, one second here.            14:55:05

8  Are you seeing a video on the screen?                    14:55:34

9    A  Yes, ma'am.                                         14:55:37

10    Q  For the record this is file DEN4043,               14:55:38

11  Bolton Riot 2, and this was produced to us by the       14:55:45

12  City of Denver as your body-worn camera from May        14:56:50

13  28th.                                                    14:55:53

14       I'm going to play about a minute clip, and         14:55:53

15  then I'm going to ask you some questions as to          14:56:00

16  what we have seen.                                       14:56:03

17       (Playing video.)                                   14:56:04

18    Q  Okay.  I'm stopping it there at 6:12.              14:57:12

19       What did you see?  Can you tell us what            14:57:15

20  you recall about this incident and what you can         14:57:18

21  see on the video?                                       14:57:20

22       MR. RINGEL:  Object to the form.                   14:57:22

23    A  Is that Friday?  Ma'am?  I'm just trying           14:57:23

24  to remember.                                            14:57:29

25    Q  That was Thursday, May 28th, and the time         14:57:30

1  stamp at the top says 2:34, which again, I          14:57:33

2  represent to you was Greenwich mean time, so six     14:57:37

3  hours ahead.                                         14:57:40

4      So this says 5-29, 2:34.  That's six hours       14:57:41

5  ahead of Denver, local time, so that would be May    14:57:46

6  28th, at 8:34 p.m.                                   14:57:47

7      A  Okay.  That night we, we were pushing, I      14:57:49

8  think that was one of the first skirmish lines, if   14:57:57

9  not the first skirmish line that we were forming     14:57:59

10  and pushing towards that intersection.              14:58:02

11     Q  What did you see in terms of weapons          14:58:08

12  deployed?                                           14:58:10

13     A  I would have to watch again to tell you       14:58:12

14  exactly.  I heard the PepperBall munitions being    14:58:16

15  fired.                                              14:58:21

16     And I know I at least pointed westbound,         14:58:22

17  but I couldn't tell if I fired the 40 or not.       14:58:25

18     Q  Let's go back and just play it again, just    14:58:32

19  that last clip.  I think we will start at 5:45 and  14:58:34

20  go from there -- actually, let me start at 5:55.    14:58:39

21     (Playing video.)                                 14:58:42

22     Q  I'm going to stop it there, actually.         14:58:48

23     Who is this person saying "falling behind"       14:58:51

24  here?  I'm circling it with my mouse.               14:58:54

25     A  I don't know who that is.  I can't tell if    14:58:59

1    that's them saying that, but that wouldn't be, it     14:59:03

2    would -- that fall in line would be from a            14:59:06

3    supervisor, and a supervisor would not be on the      14:59:10

4    front skirmish line.                                  14:59:11

5        Q   Let me go back and maybe we can get a         14:59:14

6    better look at him.  I'm playing it from 5:51.        14:59:17

7            (Playing video.)                              14:59:24

8        A   I know, it doesn't appear to me like he is    14:59:32

9    the one yelling, I could be wrong on that but I       14:59:35

10   don't think that's him.                               14:59:38

11       Q   Okay.  So if it was your supervisor, who      14:59:40

12   would that be?                                        14:59:49

13       A   If it was my direct, it would have been       14:59:50

14   one of the sergeants I told Mrs. Wang about.  I       14:59:54

15   don't recognize the voice, especially because they    15:00:00

16   are coughing, but it also could have been a           15:00:03

17   District 6 supervisor yelling that as well.           15:00:06

18       Q   Okay.  I'm going to play it again at going    15:00:08

19   forward.                                              15:00:12

20           (Playing video.)                              15:00:13

21       Q   So in this exchange, I've stopped it at       15:00:25

22   6:11, did you hear any verbal commands issued         15:00:28

23   prior to deploying the PepperBall?                    15:00:31

24       A   Do you mean prior -- I'm just trying to       15:00:35

25   understand, you mean prior to the video showing       15:00:41

1    the PepperBall or just in this video do I hear?    15:00:43

2        Q  I talking specifically about this, those    15:00:46

3    couple of seconds we just saw where it gets -- it    15:00:49

4    escalates rather quickly, and you said that you    15:00:53

5    heard PepperBall, and we also see someone with a    15:00:54

6    spray.    15:00:57

7        So I'm wondering if you heard any verbal    15:00:58

8    commands prior to the deployment of those weapons?    15:01:01

9        A  I didn't hear it on the video.  I don't    15:01:05

10   recall if anything was, verbal commands were given    15:01:07

11   or not.    15:01:11

12       Q  Would it be consistent with policy to have    15:01:13

13   taken this action without issuing verbal commands?    15:01:16

14       MR. RINGEL:  Object to the form and the    15:01:22

15   foundation.    15:01:23

16       A  Again, I think it would, it's situation    15:01:25

17   dependent.  I can't really tell exactly everything    15:01:28

18   that is going on just based off the video, but it    15:01:31

19   could be, yes.    15:01:34

20       Q  You did tell us that you weren't sure if    15:01:38

21   you deployed the 40 millimeter in this instance,    15:01:43

22   right?    15:01:47

23       A  Yeah, I just couldn't recall at what point    15:01:48

24   I did that night.    15:01:51

25       Q  Going back to the PepperBall question just    15:01:53

| | | |
|---|---|---|
| 1 | for a second, in what circumstances would it be | 15:01:56 |
| 2 | within policy? | 15:01:59 |
| 3 | You said it could be in certain | 15:02:00 |
| 4 | circumstances policy to have done, taken this | 15:02:02 |
| 5 | action without verbal order to disperse. | 15:02:06 |
| 6 | Can you explain that? | 15:02:10 |
| 7 | A  Yeah.  I mean, if somebody, an officer saw | 15:02:12 |
| 8 | something that they believed they needed to | 15:02:17 |
| 9 | immediately fire the weapon at, and then they | 15:02:19 |
| 10 | could do so. | 15:02:23 |
| 11 | Q  Do we see that in this video? | 15:02:26 |
| 12 | A  I can't, based off of that video, I can't | 15:02:30 |
| 13 | tell you what is going on around.  I don't know. | 15:02:34 |
| 14 | Q  Let me go back just for a couple of | 15:02:37 |
| 15 | seconds and play it again, and tell me if you see | 15:02:40 |
| 16 | anything from the video that's captured on this | 15:02:43 |
| 17 | camera, anything that would justify this action. | 15:02:45 |
| 18 | (Playing video.) | 15:02:51 |
| 19 | A  I don't know.  It appears to be something | 15:03:10 |
| 20 | is going on on that corner.  I don't know what, I | 15:03:13 |
| 21 | don't recall exactly what I observed and I can't | 15:03:15 |
| 22 | tell you the what the officers observed.  But | 15:03:17 |
| 23 | there may have been something going on there, I'm | 15:03:19 |
| 24 | not sure. | 15:03:22 |
| 25 | Q  Do you know who this officer is, who is | 15:03:23 |

| | | |
|---|---|---|
| 1 | spraying that cannister in this shot? | 15:03:30 |
| 2 | Let me go back to it. | 15:03:34 |
| 3 | (Playing video.) | 15:03:36 |
| 4 | Q  Excuse me, not the cannister, this weapon | 15:03:41 |
| 5 | here that appears to shoot; which weapon is this? | 15:03:44 |
| 6 | I'm circling it with my mouse. | 15:03:47 |
| 7 | A  It looks like a PepperBall gun.  It almost | 15:03:50 |
| 8 | looked like there was a cannister of OC sticking | 15:03:55 |
| 9 | out, too.  I can't tell. | 15:03:59 |
| 10 | Q  Okay. | 15:04:00 |
| 11 | A  But in that section over there, that | 15:04:03 |
| 12 | looks, that does not look to be officers from my | 15:04:06 |
| 13 | unit.  Their uniforms are consistent with a normal | 15:04:09 |
| 14 | patrol uniform.  I couldn't tell you what district | 15:04:13 |
| 15 | or what team they are. | 15:04:17 |
| 16 | Q  How many other teams were with you that | 15:04:19 |
| 17 | night? | 15:04:21 |
| 18 | A  I, I wouldn't know.  I'm sorry. | 15:04:22 |
| 19 | Q  Would it be one or two, or more than that? | 15:04:26 |
| 20 | A  It could have easily been more than that, | 15:04:30 |
| 21 | especially since we were near District 6.  There | 15:04:34 |
| 22 | was probably multiple teams just within | 15:04:37 |
| 23 | District 6.  At some point I know Metro was there, | 15:04:39 |
| 24 | and I'm not sure how many teams from Metro there | 15:04:41 |
| 25 | were. | |

| | | |
|---|---|---|
| 1 | MS. DiBRELL: I'm going to pause for a | 15:04:45 |
| 2 | second. Could I ask, Karen, how much more time I | 15:04:47 |
| 3 | have? | 15:04:51 |
| 4 | Could I go off the record? | 15:04:52 |
| 5 | (Off the record.) | 15:04:53 |
| 6 | Q I'm now going to move ahead a bit in this | 15:05:10 |
| 7 | video and ask you some questions about a later | 15:05:28 |
| 8 | part of the video. | 15:05:32 |
| 9 | (Playing video.) | 15:05:52 |
| 10 | Q I'm starting this video at 9:22, and the | 15:05:57 |
| 11 | unit is in the intersection of Colfax and | 15:06:02 |
| 12 | Washington, and there is an RTD bus going east on | |
| 13 | Colfax. | |
| 14 | Do you see that? | 15:06:12 |
| 15 | A Yes, ma'am. | 15:06:12 |
| 16 | Q Okay. So just for context, at this point | 15:06:20 |
| 17 | in the video the unit has proceeded south on | 15:06:20 |
| 18 | Washington and then is coming back. So retreating | 15:06:22 |
| 19 | back up Washington through the intersection? | 15:06:24 |
| 20 | A (Inaudible.) | 15:06:29 |
| 21 | (Interrupted crosstalk.) | 15:06:30 |
| 22 | (Playing video.) | 15:06:31 |
| 23 | Q Did you see the projectile go into the | 15:06:38 |
| 24 | intersection right before I stopped the video at | 15:07:40 |
| 25 | around 10:28? | 15:07:43 |

1     A   Which projectile are you referring to?  I          15:07:46

2  didn't see a projectile, I'm sorry.                       15:07:51

3     Q   That's okay.  I'll go back to 10:20.  It           15:07:53

4  is, it comes into the intersection over your head         15:07:56

5  at about 10:26.                                           15:08:00

6         (Playing video.)                                   15:08:08

7     Q   Did you see that?  And now --                      15:08:10

8         (Playing video.)                                   15:08:14

9     Q   I'm stopping it at 10:50.  What did you            15:08:37

10  see in this incident?                                    15:08:41

11     A   You're referring to the projectile?              15:08:42

12     Q   Yes.                                              15:08:46

13     A   It looked like some sort of cannister of         15:08:47

14  smoke or OC get thrown into the middle of the            15:08:49

15  intersection.                                            15:08:54

16     Q   And then were you instructed to put on the       15:08:54

17  gas masks after that, correct?                           15:08:56

18     A   It sounded like that was the order being         15:08:58

19  given, yes, ma'am.                                       15:09:00

20     Q   So, earlier you told us you didn't think         15:09:01

21  that there was tear gas deployed at this incident.       15:09:12

22  Does this demonstrate that there was?  What would        15:09:13

23  that cannister have potentially been?                    15:09:14

24     MR. RINGEL:  Object to the form and the              15:09:16

25  foundation.                                              15:09:17

1    A   Just to be clear, I wasn't saying there          15:09:19

2  wasn't OC.  I just don't recall at what point, and     15:09:21

3  I was telling you the first time I recalled seeing     15:09:25

4  OC was further west.  That cannister could have        15:09:28

5  been smoke or OC.  I just don't know.                  15:09:35

6        I'm not denying either way, I just don't         15:09:37

7  know.                                                  15:09:40

8    Q   Would you have been instructed to put your       15:09:40

9  gas mask on if it was smoke?                           15:09:43

10   A   Yeah, actually, we were given the order on       15:09:45

11 and off, I don't even know how many times.             15:09:48

12 Sometimes when smoke was just deployed.  Because       15:09:52

13 they were planning on doing OC, or they may be         15:09:55

14 doing OC, or they already did OC.                      15:09:58

15       So there was a variety of reasons that           15:10:01

16 they would tell us to do that.                         15:10:03

17   Q   Did you hear the person say "hot gas" a          15:10:05

18 few seconds prior to this?  Let me go back.            15:10:09

19   A   Okay.                                            15:10:12

20       (Playing video.)                                 15:10:17

21   Q   I need to go back further.  I'm starting         15:10:21

22 it at 10:14.                                           15:10:24

23       (Playing video.)                                 15:10:26

24   Q   Did you hear that?                               15:10:29

25   A   Yeah, I heard something that said "gas".         15:10:31

| | | |
|---|---|---|
| 1 | Q   Okay.  Do you know who would have thrown | 15:10:36 |
| 2 | that cannister? | 15:10:42 |
| 3 | A   I have no idea, ma'am. | 15:10:44 |
| 4 | Q   Would there be any way to find out? | 15:10:47 |
| 5 | A   Not from my position, I don't know who | 15:10:54 |
| 6 | would have thrown that or would have had it, I | 15:10:58 |
| 7 | don't know. | 15:11:02 |
| 8 | Q   If someone were to task you with figuring | 15:11:02 |
| 9 | out who that was, what would you do? | 15:11:21 |
| 10 | MR. DAVIS:  Objection.  Form of the | 15:11:26 |
| 11 | question, speculation. | 15:11:27 |
| 12 | A   Can you repeat that, I'm sorry? | 15:11:32 |
| 13 | Q   If someone tasked you with figuring out | 15:11:34 |
| 14 | who could have thrown that cannister, how would | 15:11:37 |
| 15 | you go about doing that? | 15:11:40 |
| 16 | A   I would just ask. | 15:11:41 |
| 17 | Q   You would ask the officers who you knew to | 15:11:44 |
| 18 | be present at the scene? | 15:11:47 |
| 19 | A   Yes, ma'am. | 15:11:49 |
| 20 | Q   But you told us that you weren't sure how | 15:11:51 |
| 21 | to figure out who would be present at the scene. | 15:11:53 |
| 22 | A   Well, I wasn't assuming that I knew | 15:11:57 |
| 23 | everybody.  I mean, I just -- there's obviously | 15:11:59 |
| 24 | documentation one way or the other to determine at | 15:12:03 |
| 25 | least what groups were there, no different than | 15:12:06 |

1   how you found out that I was there, and you could          15:12:08

2   ask those officers.                                        15:12:11

3      Q  Did you know of anyone in your unit who              15:12:12

4   had a cannister, that would be consistent with            15:12:15

5   that explosion that we just saw, on that evening?         15:12:18

6      A  Just, probably just terminology again.  I           15:12:23

7   didn't observe an explosion, but I wasn't aware           15:12:27

8   anyone having gas cannisters in my unit at that           15:12:31

9   time.                                                     15:12:36

10     Q  Okay.  I'm going to switch to a clip that           15:12:36

11  depicts the incident at the bus terminal on May           15:12:44

12  30th, at around 5:45, that we also saw a clip of          15:12:48

13  earlier.                                                  15:12:54

14     (Brief pause.)                                         15:12:55

15     Q  Sorry, it keeps cutting out.                        15:13:41

16     Are you seeing the video?                              15:13:49

17     A  It just popped up, yes, ma'am.                      15:13:53

18     Q  Okay.  So this is DEN4995, Bolton Riot 4,           15:13:53

19  and this is your body camera footage from May             15:13:58

20  30th, at approximately 5:47, based on the time            15:14:02

21  stamp in the right corner.                                15:14:08

22     Do you see that?                                       15:14:09

23     A  I do see the time stamp, yes, ma'am.                15:14:10

24     Q  Okay.  Now I'm going to go to 24 seconds            15:14:12

25  and play the clip for a few seconds there.                15:14:16

```
1            (Playing video.)                        15:14:23
2     Q   Actually, I'm going to start it at 16,     15:14:26
3  sorry, 16 seconds.                                15:14:30
4            (Playing video.)                        15:14:31
5     Q   What did you see from this clip?           15:14:51
6     A   Me walking, what I believe to be,          15:14:55
7  southbound through that portion of the bus depot, 15:14:59
8  telling some people hiding behind a green box, I  15:15:03
9  think is what it was, an electrical box of some   15:15:07
10 sort, wearing gas masks to leave the area.        15:15:11
11           And then drawing my weapon up and pointing 15:15:13
12 it at somebody.                                    15:15:16
13    Q   I'm going to go back and play it on slow    15:15:17
14 motion.  And I want you to tell me if you deployed 15:15:23
15 your weapon at this person.                        15:15:26
16    A   Okay.                                       15:15:28
17    Q   Or maybe you know now.  Do you know now     15:15:31
18 whether you fired at this person?                  15:15:33
19    A   Which, just to be clear, which person?     15:15:35
20    Q   So when I stop it here on 24, this person  15:15:39
21 in the white here, right under your hands.         15:15:42
22           (Playing video.)                         15:15:45
23    A   Yes, I did.                                 15:15:47
24    Q   You did.  Why?                              15:15:48
25    A   Earlier Ms. Wang was showing clips of      15:15:51
```

| | | |
|---|---|---|
| 1 | videos where we are were standing, what I thought | 15:15:57 |
| 2 | would be, up on top of the RTD platform. | 15:16:01 |
| 3 | During that time we were kind of like an | 15:16:04 |
| 4 | over-watch, if you will, for the, there was a | 15:16:05 |
| 5 | large assembled group down there right below. | 15:16:08 |
| 6 | There were officers from other teams, and | 15:16:11 |
| 7 | I think even districts at that point, that were | 15:16:13 |
| 8 | further west on the ground level, that started | 15:16:15 |
| 9 | receiving items being thrown at them and were | 15:16:19 |
| 10 | calling, either verbally yelling or I believe | 15:16:22 |
| 11 | hearing it over the radio that they were receiving | 15:16:26 |
| 12 | items being thrown at them. | 15:16:28 |
| 13 | I watched that individual that I'm | 15:16:30 |
| 14 | pointing at, that you circled, for many times get | 15:16:32 |
| 15 | river rock and other items, and throwing at the | 15:16:35 |
| 16 | officers. | 15:16:38 |
| 17 | I did not deploy at that time because I | 15:16:39 |
| 18 | didn't feel that I would be able to hit him | 15:16:44 |
| 19 | without possibly hitting another protester next to | 15:16:45 |
| 20 | them. | 15:16:48 |
| 21 | So when we went down and starting making | 15:16:49 |
| 22 | our push south, I saw him again, and as everybody | 15:16:52 |
| 23 | else, as you can see, is kind of leaving the area. | 15:16:55 |
| 24 | The large portion of the crowd had already crossed | 15:16:59 |
| 25 | Colfax, or at least moved in other directions. | 15:17:01 |

1    I watched him begin to start moving back          15:17:04

2  towards the officers.  He had an item in his        15:17:06

3  pocket and it believed to me that he was also       15:17:09

4  going to pick up something else on the ground.      15:17:11

5    And just before I hit the button, I yelled        15:17:13

6  at him, and I don't, obviously you can't hear it    15:17:16

7  because the button didn't get touched until after   15:17:19

8  that.                                               15:17:23

9    And that's why I deployed.  I was                 15:17:23

10 concerned that he was going to throw more items at  15:17:25

11 me, or the other officers, after watching him do    15:17:27

12 it repeatedly.                                       15:17:31

13   Q  How soon before this video did you see him     15:17:31

14 repeatedly throw rocks?                              15:17:36

15   A  I don't, I don't know the exact time           15:17:39

16 difference, but it was within minutes, I believe    15:17:41

17 so.                                                 15:17:48

18   Q  So you told us earlier that the 40             15:17:48

19 millimeter is for use against someone who's         15:17:55

20 actively aggressive against you; is that right?     15:17:58

21   A  Yes, ma'am, and that also can be               15:18:02

22 determined to be imminent act of aggression,         15:18:06

23 believing that is he is about, he is about to, is   15:18:10

24 in the process of doing such manner, yes, ma'am.    15:18:13

25   Q  So you are saying that firing at this          15:18:17

| | | |
|---|---|---|
| 1 | individual in this crowd who, in this video, is | 15:18:22 |
| 2 | not doing anything that appears to be threatening | 15:18:28 |
| 3 | is within policy? | 15:18:32 |
| 4 | MR. RINGEL: Object to the form and the | 15:18:33 |
| 5 | foundation. | 15:18:34 |
| 6 | A There's, there's dispersed people around, | 15:18:39 |
| 7 | and when I fired I was confident that I would not | 15:18:41 |
| 8 | be hitting anybody else. And I was absolutely | 15:18:44 |
| 9 | under the impression that he was making his way | 15:18:46 |
| 10 | back towards the officers to throw more items at | 15:18:48 |
| 11 | them and possibly cause bodily harm. Yes, ma'am. | 15:18:52 |
| 12 | Q Were there other officers with you in this | 15:18:55 |
| 13 | moment that had weapons other than a 40 | 15:18:58 |
| 14 | millimeter, for example, a PepperBall gun? | 15:19:02 |
| 15 | A Possibly. I don't recall exactly who was | 15:19:05 |
| 16 | standing near me at that exact time. | 15:19:09 |
| 17 | Q Let's assume there were other officers who | 15:19:11 |
| 18 | did, would it, what is the policy in terms of who | 15:19:18 |
| 19 | would target this individual who was not actively | 15:19:21 |
| 20 | injuring officers or others? | 15:19:25 |
| 21 | MR. RINGEL: Object to the form and the | 15:19:28 |
| 22 | foundation. | 15:19:30 |
| 23 | A I don't think I quite understand your | 15:19:33 |
| 24 | question. | 15:19:35 |
| 25 | Q Going back, sorry, go ahead. | 15:19:38 |

1    A   I'm sorry, I interrupted you after I asked          15:19:41

2    you to clarify, my fault.                               15:19:43

3    Q   Going back to what you said previously as           15:19:45

4    to the difference between the use of a PepperBall       15:19:47

5    gun being for defensive and, sort of, less              15:19:50

6    aggression than a 40 millimeter.                        15:19:53

7        I'm saying, is this proper use when there           15:19:56

8    are other officers around with those other weapons      15:20:00

9    who could have targeted this person with a weapon,      15:20:03

10   other than a 40 millimeter?                             15:20:08

11       MR. RINGEL:   Object to the form and the            15:20:10

12   foundation.                                             15:20:11

13   A   After observing that individual doing what          15:20:12

14   he was doing, and my full belief that he was            15:20:15

15   imminently going to do that again in that moment,       15:20:22

16   and was positioning himself to do so, he would be       15:20:24

17   within policy, to be, you could deploy a 40 or a        15:20:30

18   PepperBall on him, but he would be within policy        15:20:34

19   to fire for both.                                       15:20:37

20   Q   We don't have a statement from you for              15:20:38

21   this incident, the May 30th statement does not          15:20:42

22   appear to cover this incident.                          15:20:45

23       So is that consistent with policy, to not           15:20:47

24   include an incident like this in that statement?        15:20:50

25       MR. RINGEL:   Object to the form and the            15:20:55

1  foundation.                                        15:20:56

2      A  Ma'am, I don't have the statements in       15:20:58

3  front of me, but I'm very confident that I did     15:21:00

4  cover this specific incident in my statement.      15:21:03

5      Q  The May 30th statement?                      15:21:06

6      A  I'm sorry?                                    15:21:09

7      Q  The May 30th statement that we were just     15:21:10

8  provided during the deposition.                    15:21:12

9    (Interrupted crosstalk.)                          15:21:20

10     A  Without looking at the statement,            15:21:22

11 I can't -- I'm sorry -- say for certain, but I'm   15:21:23

12 very confident that I documented this exact        15:21:26

13 incident in one of the statements.                 15:21:29

14         And I believe it to be the 30th statement  15:21:31

15 but I would have to double check.                  15:21:34

16     Q  For the purposes of time I going to move    15:21:39

17 on to another video from the same day.             15:21:45

18         This is file DEN4993 Bolton Riot 6, and    15:22:11

19 this is from May 30th, at 7:23 p.m.                15:22:20

20         We saw this video a bit earlier with       15:22:23

21 Ms. Wang, and I'm going to play the part that we   15:22:34

22 already saw, but I'm going to ask you a few

23 different questions.                               15:22:35

24         So I'm starting at 8:35.                   15:22:35

25     A  Okay.                                        15:22:40

| | |
|---|---|
| 1 | (Playing video.) | 15:22:40 |
| 2 | Q I'm just going to stop it there at 9:23. | 15:23:36 |
| 3 | Can you describe what you recall about this | 15:23:39 |
| 4 | incident? | 15:23:41 |
| 5 | A Just watching it, I had some recollection | 15:23:42 |
| 6 | of memory, which is we were on the skirmish line | 15:23:46 |
| 7 | for quite some time, I don't recall how long but | 15:23:50 |
| 8 | it seemed like a very long time, and throughout | 15:23:52 |
| 9 | that time, you know, you were taking debris, or | 15:23:55 |
| 10 | whatever else. | 15:23:58 |
| 11 | I remember the individual that was walking | 15:23:58 |
| 12 | away with the backpack intruded through the line | 15:24:00 |
| 13 | and threw, I don't recall what it was, but it was, | 15:24:03 |
| 14 | you know, some sort of projectile that could hurt | 15:24:06 |
| 15 | somebody. | 15:24:09 |
| 16 | And then turned around and ran, tried to | 15:24:09 |
| 17 | run back into the depths of the crowd. | 15:24:11 |
| 18 | When you -- I don't think you could see | 15:24:14 |
| 19 | exactly when he did that based off of this video | 15:24:16 |
| 20 | alone, but I believe that's, you see the | 15:24:19 |
| 21 | PepperBall, bursting on the street around him. | 15:24:22 |
| 22 | Q Which individual was that? I'm going to | 15:24:25 |
| 23 | play it again, and can you stop me when we see | 15:24:27 |
| 24 | that person? | 15:24:29 |
| 25 | A Sure. | 15:24:30 |

| | | |
|---|---|---|
| 1 | (Playing video.) | 15:24:31 |
| 2 | Q  I'm stopping it at 9:10.  Just to clarify, | 15:25:15 |
| 3 | did you hear that pop on the left of the screen | 15:25:19 |
| 4 | when people starting backing up between 9:05 and | 15:25:22 |
| 5 | 9:10? | 15:25:26 |
| 6 | A  I heard a pop, yes, ma'am. | 15:25:27 |
| 7 | Q  What weapon is that sound consistent with? | 15:25:29 |
| 8 | A  I couldn't tell you for sure.  It may have | 15:25:32 |
| 9 | been a PepperBall, but I don't know what that | 15:25:36 |
| 10 | sound exactly was. | 15:25:38 |
| 11 | Q  Let's just play it again. | 15:25:39 |
| 12 | (Playing video.) | 15:25:44 |
| 13 | Q  You think it may have been a PepperBall? | 15:25:53 |
| 14 | A  Actually, when you played it, it kind of | 15:25:56 |
| 15 | sounded like a water bottle hitting the pavement | 15:25:57 |
| 16 | to me, maybe. | 15:26:01 |
| 17 | Q  The crowd moves back immediately after. | 15:26:01 |
| 18 | Did you see that?  Let me play that again. | 15:26:05 |
| 19 | A  There is the individual with the backpack, | 15:26:09 |
| 20 | right there, by the way. | 15:26:11 |
| 21 | Q  Where? | 15:26:15 |
| 22 | A  Just before you moved the video. | 15:26:15 |
| 23 | Q  Okay.  I'll stop it there again. | 15:26:17 |
| 24 | (Playing video.) | 15:26:20 |
| 25 | Q  The crowd starts backing up. | 15:26:28 |

| | | |
|---|---|---|
| 1 | Did you see that at 9:10? | 15:26:32 |
| 2 | A  Yes. | 15:26:34 |
| 3 | Q  Do you have any recollection as to why | 15:26:35 |
| 4 | they start backing up right after that sound? | 15:26:36 |
| 5 | MR. RINGEL:  Object to the form and the | 15:26:40 |
| 6 | foundation. | 15:26:41 |
| 7 | A  I do not, ma'am. | 15:26:44 |
| 8 | Q  Right after that, you raised your weapon, | 15:26:46 |
| 9 | correct? | 15:26:49 |
| 10 | A  Yes, ma'am. | 15:26:50 |
| 11 | Q  Do you recall why? | 15:26:51 |
| 12 | A  As I previously stated with you, I | 15:26:55 |
| 13 | remembered after watching this the individual with | 15:26:58 |
| 14 | the backpack had just thrown something, I believe. | 15:27:01 |
| 15 | Q  So let's go there. | 15:27:07 |
| 16 | (Playing video.) | 15:27:14 |
| 17 | Q  So he running away at this point, right? | 15:27:17 |
| 18 | A  It looks like he's turned southbound, yes, | 15:27:19 |
| 19 | ma'am. | |
| 20 | MR. DAVIS:  Which guy? | |
| 21 | THE WITNESS:  The guy on the left right | 15:27:23 |
| 22 | there. | 15:27:24 |
| 23 | Q  Right here, right under your hand. | 15:27:25 |
| 24 | I'm going to play it for the next few | 15:27:28 |
| 25 | seconds.  Tell me if you see him turning back or | 15:27:32 |

| | | |
|---|---|---|
| 1 | if there is another threat that everyone is | 15:27:34 |
| 2 | continuing to fire at.  Okay? | 15:27:38 |
| 3 | A  Okay. | 15:27:42 |
| 4 | MR. RINGEL:  Object to the form. | 15:27:42 |
| 5 | (Playing video.) | 15:27:43 |
| 6 | Q  I'm stopping it at 9:28.  So you had told | 15:27:55 |
| 7 | us earlier that you wouldn't blindly fire into the | 15:28:02 |
| 8 | crowd of protesters, correct? | 15:28:06 |
| 9 | A  No, ma'am, I would not. | 15:28:08 |
| 10 | Q  What did you see here? | 15:28:11 |
| 11 | A  In this specific video I just saw, I saw | 15:28:16 |
| 12 | the crowd moving away and sounded like a | 15:28:22 |
| 13 | PepperBall deployed. | 15:28:28 |
| 14 | Q  Did you deploy your 40 millimeter? | 15:28:29 |
| 15 | A  It's hard to tell sometimes with the, with | 15:28:33 |
| 16 | the video the way it is. | 15:28:38 |
| 17 | If you could play it again I could tell | 15:28:40 |
| 18 | you. | 15:28:42 |
| 19 | Q  Sure.  I'll go back to 9:10 when the | 15:28:42 |
| 20 | action starts. | 15:28:45 |
| 21 | A  Okay. | 15:28:46 |
| 22 | (Playing video.) | 15:28:48 |
| 23 | Q  I've stopped it at 9:39. | 15:29:21 |
| 24 | A  I couldn't, I couldn't tell.  I was trying | 15:29:24 |
| 25 | to see if I could see my arm-movement motion. | 15:29:28 |

| | | |
|---|---|---|
| 1 | Frequently I would get in position to | 15:29:31 |
| 2 | fire, and if I didn't feel it was safe to do so, | 15:29:32 |
| 3 | or whatever, I wouldn't. | 15:29:36 |
| 4 | I just couldn't tell if I did in that | 15:29:38 |
| 5 | situation or not. | 15:29:40 |
| 6 | Q  Does your hand recoil with this weapon | 15:29:41 |
| 7 | when you fire it? | 15:29:43 |
| 8 | A  No, ma'am. | 15:29:44 |
| 9 | Q  Is the trigger -- can you tell me how the | 15:29:46 |
| 10 | weapon works? | 15:29:49 |
| 11 | When we see your hand here on the screen, | 15:29:50 |
| 12 | when it's, for example here at 9:29, your left | 15:29:53 |
| 13 | hand, we can see your left hand. | 15:29:59 |
| 14 | Is your right hand on the trigger? | 15:30:01 |
| 15 | A  Yes, ma'am. | 15:30:04 |
| 16 | Q  So you're saying it does not necessarily | 15:30:04 |
| 17 | recoil when you shoot it? | 15:30:12 |
| 18 | A  It does not recoil when you shoot, no, | 15:30:15 |
| 19 | ma'am. | 15:30:19 |
| 20 | Q  So it would be difficult to tell if you | 15:30:19 |
| 21 | did or did not shoot? | 15:30:22 |
| 22 | A  Yes, ma'am, it would be. | 15:30:25 |
| 23 | MS. BAILEY:  I'm going to take a | 15:30:37 |
| 24 | five-minute break and will be right back. | 15:30:39 |
| 25 | MR. DAVIS:  Ms. Bailey? | 15:30:44 |

1    MS. BAILEY:  Yes.                                    15:30:44

2    MR. DAVIS:  Before you do, I received                15:30:44

3    information that this deposition would be             15:30:47

4    occurring from 9:00 to 1:00, and I know there were    15:30:48

5    a couple breaks taken, but we are now at 1:30.        15:30:52

6        How long do you anticipate going on at            15:30:56

7    this point?                                           15:30:58

8    MS. WANG:  So just so you know, Andrew.  I            15:30:59

9    don't know, is this Andrew?  I can't see who is       15:31:03

10   talking.  Sorry.                                      15:31:05

11   MR. DAVIS:  John Davis.                               15:31:06

12   MS. WANG:  John Davis, right.  So, the                15:31:07

13   depositions are four hours of on-the-record time.     15:31:08

14   MR. DAVIS:  Right.  And we are about four             15:31:11

15   and a half hours now.  And I realize we weren't on    15:31:13

16   record, I didn't keep note of the breaks.             15:31:17

17       I'm just trying to find out because I             15:31:19

18   have, I may need to make some scheduling changes      15:31:20

19   here if we are going to keep going a while.           15:31:25

20   MR. RINGEL:  And also, logistically,                  15:31:28

21   Sergeant Beall is scheduled at 1:30.  So we just      15:31:31

22   need to have an understanding of what you want to     15:31:33

23   do, so we can have him, you know, wait.               15:31:35

24       I'm not trying to say that you can't ask          15:31:39

25   him any more questions, and I don't believe           15:31:43

| | | |
|---|---|---|
| 1 | Mr. Davis is either.  We are just trying to get a | 15:31:46 |
| 2 | sense of what your timing is. | 15:31:49 |
| 3 | MS. BAILEY:  I'm very close to being | 15:31:51 |
| 4 | finished.  I just need a couple more minutes to | 15:31:53 |
| 5 | ask my final questions. | 15:31:56 |
| 6 | MR. DAVIS:  And that's all I was asking. | 15:31:58 |
| 7 | I was trying figure out whether I needed to change | 15:31:58 |
| 8 | my schedule around.  I wasn't saying we were out | 15:32:01 |
| 9 | of time. | 15:32:04 |
| 10 | MS. BAILEY:  Thank you.  If we could just | 15:32:06 |
| 11 | take a short break, I know there are time | 15:32:09 |
| 12 | constraints.  If we could take like a two- or | 15:32:12 |
| 13 | three-minute break, that would be helpful. | 15:32:14 |
| 14 | MR. DAVIS:  Absolutely. | 15:32:17 |
| 15 | (Off the record.) | 15:32:18 |
| 16 | BY MS. BAILEY: | 15:37:23 |
| 17 | Q  I'm going play one final video and ask you | 15:37:23 |
| 18 | a couple of questions about this one. | 15:37:28 |
| 19 | So this is from a body-worn camera from | 15:38:00 |
| 20 | May 31st.  Again this is Colfax looking east, sort | 15:38:04 |
| 21 | of at Clarkson.  I'm going to play a little bit of | 15:38:08 |
| 22 | it, and I'm going to ask you whether you hear | 15:38:12 |
| 23 | verbal warnings before the deployment of the | 15:38:16 |
| 24 | weapons. | 15:38:20 |
| 25 | (Playing video.) | 15:38:22 |

| | | |
|---|---|---|
| 1 | Q I'm going stop it there because the hand | 15:39:04 |
| 2 | is blocking. Did you hear any verbal warnings | 15:39:07 |
| 3 | before the sound that we hear deploying? | 15:39:10 |
| 4 | A Are you talking specifically in the video | 15:39:13 |
| 5 | clip you showed me? | 15:39:16 |
| 6 | Q Yes. | 15:39:17 |
| 7 | A I did not hear that in the video clip, no | 15:39:17 |
| 8 | ma'am. | 15:39:21 |
| 9 | Q What is the policy in terms of how soon | 15:39:22 |
| 10 | before deploying the weapons you are to give | 15:39:24 |
| 11 | verbal warning? | 15:39:27 |
| 12 | MR. RINGEL: Object to the form and the | 15:39:29 |
| 13 | foundation. | 15:39:31 |
| 14 | A I would have to review to see, excuse me, | 15:39:32 |
| 15 | I would have to review the policy to see | 15:39:35 |
| 16 | specifically when that was or what the time limit | 15:39:37 |
| 17 | would be. | 15:39:42 |
| 18 | I don't recall off the top of my head. | 15:39:43 |
| 19 | Q What's your understanding, without | 15:39:45 |
| 20 | reviewing the policy, what's your sense of it? | 15:39:46 |
| 21 | A Well, on that night I do recall hearing | 15:39:51 |
| 22 | multiple commands given throughout that entire | 15:39:55 |
| 23 | push over the loudspeaker. | 15:39:58 |
| 24 | I can't tell you exactly what times, so I | 15:40:00 |
| 25 | don't know if it was within minutes or seconds. I | 15:40:04 |

1    don't recall, but I do remember hearing commands.          15:40:06

2        Q  So if a command was given, it would be              15:40:09

3    consistent with policy to take several minutes             15:40:13

4    before -- you would need a warning gun; is that            15:40:15

5    what you're saying?                                        15:40:21

6        A  I would have to review to get the exact             15:40:22

7    terminology, but my understanding is that the              15:40:24

8    warnings were given prior to that, yes, ma'am.             15:40:27

9        I would also like to point out that                    15:40:39

10   earlier Ms. Wang had mentioned that in my report          15:40:41

11   for that night that I made a statement in my              15:40:44

12   report talking about firing the PepperBall five           15:40:47

13   times during that push.  And this video is showing        15:40:50

14   that.  This is the portion of the video and the           15:40:52

15   time that I used to the PepperBall when I                 15:40:53

16   was -- (interrupted crosstalk) in that report.            15:40:58

17       Q  Thank you, I have a note of that.  I think         15:40:59

18   this is the video that corresponds to that                15:41:01

19   incident.                                                 15:41:04

20       I'm going to go quickly ahead to ask you a            15:41:04

21   question as to who you are talking about in this          15:41:08

22   next clip.                                                15:41:13

23       I think it's...                                       15:41:17

24       (Playing video.)                                      15:41:22

25       Q  I'm stopping at 15:33.  Did you hear              15:41:57

1    yours -- I believe it was you saying:  They have          15:42:01

2    to get on the same page down there.                        15:42:04

3        A  Yeah, ma'am, I heard that.                          15:42:06

4        Q  Was that you?                                       15:42:07

5        A  It's hard to hear with the gas masks.  I            15:42:09

6    recall, I recall talking to my teammates about             15:42:14

7    that, I guess it would be the north end of that            15:42:18

8    skirmish line.  They always seemed to be about             15:42:21

9    many feet behind the rest of the skirmish line,            15:42:23

10   which opens up for officer-safety issues.                  15:42:25

11           I remember talking about that, I just              15:42:29

12   can't say for certain that's me saying that.               15:42:31

13       Q  When you were talking about, you know, you          15:42:33

14   were talking about part of your own unit as                15:42:37

15   opposed to a different agency; is that correct?            15:42:39

16       A  No.  I recall that being a different                15:42:42

17   agency.  I don't recall which agency that was, but         15:42:46

18   it was not Denver police.                                  15:42:50

19       Q  How were the various agencies                       15:42:54

20   communicating, to the best of your recollection?           15:42:57

21       A  Word of mouth between the supervisors.              15:43:00

22       Q  Did you have any text-message exchanges             15:43:06

23   during the protest about, you know, to coordinate          15:43:09

24   location with other officers?                              15:43:14

25       A  I don't recall that, ma'am, no.  Most, if           15:43:17

| 1 | not all, communication was done verbally, either | 15:43:21 |
| 2 | with the radio or face to face. | 15:43:23 |
| 3 |    Q  Are you aware of other officers who did | 15:43:26 |
| 4 | communicate by text message during those days? | 15:43:29 |
| 5 |    A  I'm not aware or don't recall, I guess. | 15:43:32 |
| 6 |      MS. BAILEY:  Thank you.  I have no further | 15:43:42 |
| 7 | questions. | 15:43:43 |
| 8 |      THE WITNESS:  Thank you. | 15:43:49 |
| 9 |      MR. ALLISON:  I have got no questions | 15:43:50 |
| 10 | either.  Thanks for your time. | 15:43:56 |
| 11 |      MR. RINGEL:  No questions from me. | 15:43:59 |
| 12 |      MS. WANG:  Can we go off the record? | 15:44:10 |
| 13 |      (Deposition concluded at 3:44 p.m. EST. | 15:44:12 |
| 14 |      Signature was requested.) | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | | |
| 19 | | |
| 20 | | |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | | |
| 25 | | |

1

2

3                    VERIFICATION OF DEPONENT

4

5          I, OFFICER ADAM BOLTON, having read the

6     foregoing deposition consisting of my testimony at

7     the aforementioned time and place, do hereby

8     attest to the correctness and truthfulness of the

9     transcript.

10

11                    _____

12                    OFFICER ADAM BOLTON

13                    DATED:

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

2         I, Karen Klerekoper, the officer before

3    whom the foregoing proceedings were taken, do

4    hereby certify that the foregoing transcript is a

5    true and correct record of the proceedings; that

6    said proceedings were taken by me stenographically

7    and thereafter reduced to typewriting under my

8    supervision; that review was requested; and that I

9    am neither counsel for, related to, nor employed

10   by any of the parties to this case and have no

11   interest, financial or otherwise, in its outcome.

12     IN WITNESS WHEREOF, I have hereunto set my hand

13   and affixed my notarial seal this 8th day of

14   April, 2020.

15

16

17   MY COMMISSION EXPIRES:

18   OCTOBER 7, 2024

19

20   _____

21   E-NOTARY PUBIC IN AND FOR THE STATE OF MICHIGAN

22

23

24

25

## A

**a-d-a-m**
6:8
**abilities**
109:3
**ability**
13:16, 22:23,
23:3, 38:6,
71:9, 100:6,
102:2
**able**
13:14, 16:9,
18:21, 19:17,
25:23, 25:24,
27:6, 28:14,
35:2, 36:8,
47:9, 65:5,
71:14, 71:15,
87:15, 87:21,
130:24, 133:2,
135:14, 155:18
**about**
7:23, 9:6,
11:18, 19:12,
19:18, 19:20,
19:22, 20:3,
21:16, 22:6,
23:21, 23:22,
24:25, 25:8,
25:9, 33:7,
33:17, 34:1,
34:3, 36:18,
41:15, 45:3,
45:4, 50:14,
51:14, 55:10,
55:18, 62:24,
63:19, 64:17,
64:19, 65:24,
67:19, 68:3,
69:4, 69:18,
73:2, 75:1,
79:21, 81:21,
82:5, 85:17,
95:3, 95:4,
102:10, 104:11,
104:18, 109:8,
113:9, 113:19,

113:24, 117:3,
117:23, 118:19,
120:12, 127:2,
128:14, 131:12,
131:14, 133:21,
133:24, 135:7,
140:11, 140:13,
140:25, 141:5,
141:15, 142:23,
143:14, 143:20,
145:14, 146:2,
149:7, 150:5,
152:15, 156:23,
160:3, 165:14,
166:18, 168:12,
168:21, 169:6,
169:8, 169:11,
169:13, 169:14,
169:23
**above**
43:8, 60:18,
62:11, 68:7
**absolutely**
51:24, 157:8,
166:14
**academy**
56:2, 56:7,
59:8, 59:17
**accidental**
132:13
**according**
42:14, 73:19,
83:20, 106:20,
111:8, 112:20,
113:2
**account**
30:1
**accountability**
141:24
**accounted**
31:6
**accurate**
24:9, 106:7,
113:18
**accurately**
51:5
**accusing**
33:10

**acker**
3:17
**act**
62:9, 156:22
**acted**
62:15
**acting**
47:14, 47:15,
47:21, 48:6,
48:13, 49:1,
49:2, 49:12,
52:4, 60:23,
62:5, 65:22,
114:2
**action**
1:6, 13:13,
16:23, 17:1,
17:7, 17:11,
17:15, 17:18,
19:16, 19:19,
20:4, 23:11,
23:23, 90:16,
146:13, 147:5,
147:17, 163:20
**actions**
13:23, 39:12,
62:19, 63:12,
69:4, 92:17,
92:20, 92:21,
92:25, 126:22
**active**
42:19, 42:20,
65:21, 128:11
**actively**
41:1, 41:6,
41:12, 41:25,
156:20, 157:19
**activity**
41:21
**acts**
19:3
**actually**
66:5, 78:25,
118:5, 123:19,
126:17, 139:21,
141:17, 144:20,
144:22, 151:10,
154:2, 161:14

**adam**
1:14, 2:1, 5:5,
6:2, 6:8, 171:5,
171:12
**addition**
21:18
**additional**
127:15, 140:14
**additionally**
89:22
**addressed**
55:8
**adequately**
12:10
**advance**
113:4, 138:22,
138:24
**advised**
64:2, 64:8
**affixed**
172:13
**aforementioned**
171:7
**after**
6:20, 15:10,
25:16, 34:2,
57:21, 69:7,
78:12, 108:8,
110:14, 111:20,
111:22, 114:2,
124:6, 125:16,
137:18, 150:17,
156:7, 156:11,
158:1, 158:13,
161:17, 162:4,
162:8, 162:13
**again**
30:18, 31:5,
34:17, 38:25,
42:22, 68:25,
69:21, 74:22,
81:18, 85:5,
89:13, 94:8,
94:17, 94:19,
96:25, 98:12,
101:12, 109:1,
111:25, 116:16,
122:8, 127:14,

129:21, 130:10,
130:19, 144:1,
144:13, 144:18,
145:18, 146:16,
147:15, 153:6,
155:22, 158:15,
160:23, 161:11,
161:18, 161:23,
163:17, 166:20

**against**
19:3, 20:4,
40:19, 40:20,
48:6, 80:13,
82:5, 134:21,
156:19, 156:20

**agencies**
36:25, 78:19,
78:20, 78:24,
100:22, 121:8,
121:11, 121:14,
126:25, 169:19

**agency**
169:15, 169:17

**aggravated**
42:20

**aggression**
19:3, 42:20,
128:11, 156:22,
158:6

**aggressive**
41:1, 41:6,
41:13, 41:25,
48:7, 49:13,
52:5, 103:12,
156:20

**aggressively**
48:14, 114:3

**ago**
13:8, 14:9

**agree**
29:15, 32:18,
43:21, 70:19,
70:24, 85:4,
85:9

**ahead**
41:8, 83:22,
118:16, 144:3,
144:5, 149:6,

157:25, 168:20

**aim**
41:23, 41:24,
42:2

**air**
37:13, 43:4,
43:5, 45:4

**al**
1:6, 1:10

**all**
10:6, 12:21,
16:6, 22:7,
22:21, 23:19,
25:11, 25:12,
28:10, 41:19,
42:19, 48:18,
51:23, 60:25,
61:10, 61:20,
68:11, 73:3,
73:24, 80:17,
81:12, 84:20,
85:14, 88:6,
93:10, 98:5,
101:19, 116:23,
120:24, 130:10,
133:23, 141:23,
141:25, 166:6,
170:1

**allison**
3:18, 170:9

**allowed**
42:13, 54:24,
55:5, 68:15

**almost**
14:9, 137:10,
148:7

**alone**
160:20

**along**
29:24, 117:8,
125:22

**already**
72:22, 91:4,
151:14, 155:24,
159:22

**also**
4:10, 21:18,
41:7, 49:19,

54:10, 60:22,
88:13, 94:25,
112:9, 131:2,
133:5, 139:12,
141:15, 145:16,
146:5, 153:12,
156:3, 156:21,
165:20, 168:9

**altman**
98:22, 98:23,
99:3

**always**
12:7, 27:23,
29:5, 31:19,
31:24, 31:25,
38:15, 47:19,
131:5, 169:8

**amendment**
108:23

**ammunition**
49:21, 50:6

**amongst**
135:15

**amount**
24:19, 47:24,
71:11, 86:18

**andrew**
4:4, 165:8,
165:9

**announcement**
70:20, 71:5,
104:11, 104:17

**announcements**
70:11, 70:14,
71:10, 104:13,
104:19, 105:11,
105:13

**another**
93:15, 95:9,
97:17, 98:18,
99:1, 102:7,
133:24, 137:10,
143:3, 155:19,
159:17, 163:1

**answer**
8:5, 24:9,
39:15, 48:17,
51:5, 74:17,

97:23, 97:24,
98:14, 106:7,
111:2, 112:13,
113:3, 115:25,
129:23, 134:17

**answers**
113:18

**anticipate**
165:6

**any**
7:24, 10:3,
10:11, 11:9,
11:12, 13:7,
13:13, 14:6,
22:1, 23:4,
26:5, 26:6,
26:8, 26:11,
26:15, 26:16,
26:19, 31:23,
34:3, 34:23,
38:21, 39:13,
41:20, 48:3,
52:18, 53:5,
53:12, 54:23,
55:9, 55:15,
55:16, 55:17,
57:24, 61:8,
65:23, 68:13,
68:14, 70:7,
70:11, 72:25,
76:4, 78:20,
81:22, 89:24,
93:6, 96:21,
98:6, 98:8,
100:21, 101:24,
103:24, 104:1,
104:5, 104:13,
104:19, 104:22,
105:5, 105:6,
105:11, 107:15,
107:16, 107:23,
107:24, 109:19,
110:2, 110:19,
110:23, 113:11,
114:8, 115:13,
122:4, 123:15,
124:7, 124:10,
130:5, 134:5,

134:10, 142:18,
143:1, 145:22,
146:7, 152:4,
162:3, 165:25,
167:2, 169:22,
172:10

**anybody**
11:21, 37:21,
37:24, 38:7,
39:5, 39:7,
49:20, 63:4,
77:9, 95:13,
96:23, 104:8,
104:12, 157:8

**anyone**
153:3, 153:8

**anything**
8:22, 10:8,
55:21, 71:6,
77:5, 104:2,
108:3, 146:10,
147:16, 147:17,
157:2

**apologies**
23:19

**apparently**
99:16

**appear**
145:8, 158:22

**appears**
84:19, 97:6,
98:17, 147:19,
148:5, 157:2

**apply**
43:20

**appointed**
6:18

**appreciate**
38:23

**appropriate**
16:16, 47:3,
71:11

**approved**
62:20, 63:12

**approximately**
67:10, 68:22,
71:18, 75:11,
80:21, 123:23,

124:25, 125:4,
153:20

**april**
1:16, 172:14

**area**
6:18, 47:10,
69:13, 75:22,
80:22, 81:14,
84:21, 89:12,
100:11, 108:8,
154:10, 155:23

**areas**
65:7, 80:18,
81:15, 108:12

**aren't**
33:14

**argue**
34:1, 34:3

**arise**
21:5, 138:19

**arm-movement**
163:25

**arno**
3:19

**arnold**
3:12

**around**
11:8, 11:17,
30:11, 30:15,
43:5, 45:5,
56:12, 56:17,
56:21, 57:4,
57:7, 57:9,
57:12, 75:3,
75:4, 75:7,
81:9, 87:25,
95:15, 114:14,
136:1, 141:4,
141:18, 147:13,
149:25, 153:12,
157:6, 158:8,
160:16, 160:21,
166:8

**arrest**
62:25, 63:2,
63:4, 63:10,
115:17, 126:1,
126:8, 126:9,

126:10, 126:14,
126:15, 126:18,
126:21, 126:22,
132:21, 132:23,
138:4

**arrested**
125:25

**arrests**
126:6

**aside**
51:8

**asked**
9:13, 15:5,
92:23, 125:3,
158:1

**asking**
14:4, 25:5,
26:10, 27:17,
34:17, 38:18,
43:18, 57:19,
63:24, 70:23,
85:16, 86:10,
87:20, 90:19,
98:11, 105:3,
105:5, 105:21,
106:25, 107:3,
110:12, 110:14,
113:24, 120:10,
128:21, 131:12,
166:6

**asks**
62:1

**aspects**
62:8

**assemble**
105:17, 105:22

**assembled**
155:5

**assembly**
59:21, 60:10,
61:2, 106:13,
107:6, 107:17,
107:22, 107:25,
109:2

**assessment**
130:6

**assigned**
6:16, 14:13,

14:15, 14:19,
16:4, 28:21,
28:23, 31:15,
31:23, 35:24,
40:9, 40:11,
63:20, 63:23,
64:1, 66:8,
66:25, 77:16,
133:23, 135:8,
136:19, 137:20,
142:19

**assignment**
64:20, 65:21,
126:23

**assist**
65:6

**assisting**
52:10

**associated**
72:6

**assume**
8:6, 85:24,
88:4, 92:13,
98:5, 102:6,
115:10, 120:18,
124:10, 134:24,
157:17

**assumed**
113:10

**assuming**
18:13, 132:12,
152:22

**assumption**
83:1, 86:14,
111:1, 118:19,
132:2

**attempt**
115:13, 115:20

**attention**
59:11, 89:21

**attest**
171:8

**attorney**
10:22

**attorneys**
8:21

**august**
7:4

aurora
78:25, 79:1,
79:14, 99:15,
99:17
authorized
54:19, 54:25,
55:11, 74:19,
128:14, 135:3
authorizes
128:3
availability
47:19
available
53:17
ave
124:25
avenue
123:21, 123:23,
125:23
aware
12:11, 12:13,
12:15, 13:4,
13:6, 37:23,
38:7, 38:25,
39:7, 39:9,
116:22, 129:16,
131:15, 139:18,
139:21, 140:5,
142:20, 143:3,
153:7, 170:3,
170:5
away
62:25, 69:10,
70:5, 81:8,
81:15, 82:14,
89:18, 91:21,
160:12, 162:17,
163:12
awning
84:12

**B**

b-o-l-t-o-n
6:8
back
45:11, 47:23,
48:7, 49:2,
49:3, 49:13,

49:21, 50:11,
50:18, 50:23,
51:11, 51:21,
52:5, 53:25,
54:1, 63:17,
69:21, 73:18,
75:7, 93:25,
94:3, 99:21,
102:22, 111:6,
127:10, 135:25,
140:8, 144:18,
145:5, 146:25,
147:14, 148:2,
149:18, 149:19,
150:3, 151:18,
151:21, 154:13,
156:1, 157:10,
157:25, 158:3,
160:17, 161:17,
162:25, 163:19,
164:24
backing
69:21, 161:4,
161:25, 162:4
backing-up
69:23
backpack
160:12, 161:19,
162:14
backup
64:4, 64:24,
65:2, 65:4,
65:22, 138:6
bacon
114:21
badge
99:18
bailey
3:10, 5:7,
127:13, 127:14,
127:18, 164:23,
164:25, 165:1,
166:3, 166:10,
166:16, 170:6
ball
114:22
balls
114:20

bangs
39:6, 39:10,
39:14, 39:18
bars
137:19
based
10:20, 36:12,
105:24, 106:8,
113:16, 114:5,
130:22, 146:18,
147:12, 153:20,
160:19
basically
108:10
basis
58:10, 58:11
bat
101:6
bates
73:8, 121:16
bathroom
93:17, 93:21
baton
18:9, 130:3
batons
36:16, 36:22
battery
22:8, 22:12,
22:16, 22:25
beall
165:21
bearings
114:22
became
53:21, 55:14,
106:19, 107:5
because
17:14, 21:19,
22:17, 22:25,
25:5, 29:11,
30:21, 32:12,
32:21, 36:24,
40:20, 45:12,
57:13, 62:4,
72:9, 86:18,
89:2, 92:4,
97:11, 107:17,
110:24, 112:14,

117:6, 118:16,
123:9, 123:14,
125:21, 129:21,
132:19, 134:19,
135:16, 136:13,
145:15, 151:12,
155:17, 156:7,
165:17, 167:1
become
103:12
becoming
70:4
been
6:2, 6:11,
7:12, 7:20,
15:11, 20:24,
22:11, 25:6,
33:24, 45:13,
49:3, 56:14,
56:22, 57:17,
68:17, 70:12,
73:8, 74:5,
74:9, 86:16,
86:18, 87:10,
89:11, 91:4,
96:3, 117:24,
127:19, 133:9,
142:10, 145:13,
145:16, 147:23,
148:20, 150:23,
151:5, 151:8,
161:9, 161:13
beep
88:21
before
2:9, 7:20,
10:14, 16:21,
28:1, 28:7,
30:2, 31:6,
33:9, 34:4,
35:13, 43:10,
43:21, 51:22,
52:6, 66:3,
67:23, 70:8,
70:21, 79:17,
80:5, 90:16,
92:13, 95:25,
96:5, 96:13,

104:12, 104:18,
106:20, 107:1,
107:11, 113:12,
133:9, 149:24,
156:5, 156:13,
161:22, 165:2,
166:23, 167:3,
167:10, 168:4,
172:2

**began**
15:17, 69:8,
89:7, 89:15,
106:16, 107:4

**begin**
156:1

**beginning**
13:20, 54:19,
54:24, 55:3,
55:10, 55:18,
66:20, 73:15,
90:23, 91:23,
92:14, 110:1,
122:3, 123:6

**begins**
89:1, 89:8,
91:3, 97:19,
102:9

**behalf**
3:2, 3:9, 3:17,
4:3, 95:21

**behaving**
41:14

**behavior**
49:6

**behind**
48:13, 49:21,
142:6, 144:23,
154:8, 169:9

**being**
7:18, 12:13,
15:12, 19:3,
19:14, 20:1,
21:25, 22:2,
27:3, 27:6,
27:16, 28:14,
29:3, 29:22,
38:9, 38:12,
38:20, 38:24,

39:1, 40:22,
41:1, 41:5,
41:25, 42:19,
48:5, 48:12,
49:13, 49:24,
53:21, 56:4,
65:14, 66:4,
68:18, 68:21,
69:6, 69:7,
70:3, 71:16,
71:21, 71:22,
74:3, 75:2,
75:9, 75:10,
78:2, 79:1,
80:13, 107:21,
108:3, 111:19,
114:16, 115:9,
117:20, 121:8,
126:25, 128:14,
130:24, 131:23,
132:16, 132:25,
133:1, 144:14,
150:18, 155:9,
155:12, 158:5,
166:3, 169:16

**belief**
87:15, 103:13,
158:14

**believe**
7:1, 7:4, 7:21,
8:11, 9:3, 9:8,
10:1, 10:19,
11:7, 11:17,
12:7, 14:15,
14:25, 15:4,
17:13, 23:18,
30:10, 30:15,
36:5, 36:17,
41:15, 44:11,
46:15, 49:1,
49:5, 50:21,
51:19, 51:23,
52:23, 54:8,
56:11, 57:4,
57:6, 67:22,
68:7, 71:23,
75:3, 77:8,
78:25, 100:10,

107:18, 109:1,
117:9, 119:24,
122:16, 122:23,
123:16, 125:19,
127:4, 129:9,
141:4, 142:14,
154:6, 155:10,
156:16, 159:14,
160:20, 162:14,
165:25, 169:1

**believed**
13:1, 16:1,
16:16, 147:8,
156:3

**believing**
156:23

**below**
68:7, 155:5

**besides**
11:21, 79:14

**best**
13:16, 14:20,
22:15, 54:5,
55:7, 71:19,
76:16, 78:6,
100:6, 142:25,
169:20

**better**
106:7, 145:6

**between**
7:14, 23:14,
30:21, 57:22,
66:4, 72:3,
75:15, 77:11,
78:5, 78:21,
80:15, 83:4,
89:6, 90:21,
100:7, 101:8,
105:3, 109:5,
116:20, 122:2,
122:10, 122:19,
123:5, 128:22,
132:10, 139:16,
140:4, 158:4,
161:4, 169:21

**big**
132:10, 139:15,
141:9

**biggest**
138:24

**bit**
12:2, 51:7,
106:6, 111:6,
133:21, 135:7,
140:13, 149:6,
159:20, 166:21

**black**
1:5, 36:17,
36:22, 47:18,
48:1, 100:4,
132:24, 140:2,
140:4

**blanket**
35:9

**blend**
65:16

**blindly**
45:13, 45:17,
45:21, 46:4,
46:11, 46:16,
112:16, 163:7

**blm**
3:9

**block**
52:8

**blockade**
48:6

**blockades**
47:22

**blocking**
80:10, 107:19,
167:2

**blue**
36:17, 36:22,
139:25, 140:4

**bodily**
157:11

**body**
89:2, 97:2,
97:25, 98:9,
153:19

**body-cam**
97:21, 121:23

**body-camera**
91:22

**body-worn**
10:11, 13:11,

16:5, 16:14,
16:19, 16:22,
17:6, 17:10,
17:17, 17:25,
19:6, 19:9,
22:5, 22:9,
22:24, 23:4,
23:9, 53:5,
53:8, 68:10,
70:15, 73:9,
82:6, 83:15,
98:13, 98:21,
113:7, 142:24,
143:5, 143:12,
166:19
**bolton**
1:14, 2:1,
4:11, 5:5, 6:2,
6:8, 32:11,
33:2, 33:6,
63:19, 93:16,
94:6, 99:8,
118:24, 127:12,
127:19, 143:11,
153:18, 159:18,
171:5, 171:12
**both**
12:22, 20:21,
20:22, 21:4,
31:17, 36:21,
40:2, 57:6,
139:11, 158:19
**bottle**
47:1, 161:15
**bottles**
47:23, 69:8,
70:3, 106:16,
107:12, 114:18,
114:19
**boulder**
3:6
**bowl**
137:22, 137:23
**box**
154:8, 154:9
**break**
27:25, 32:10,
33:15, 33:18,

63:15, 69:17,
93:17, 93:21,
127:8, 135:17,
164:24, 166:11,
166:13
**breaking**
51:6, 106:6,
125:22
**breaks**
165:5, 165:16
**bridge**
7:19
**brief**
93:17, 153:14
**briefing**
66:11, 66:22,
67:20, 67:23
**briefings**
66:24, 67:6,
68:13, 137:12
**briefly**
6:13
**bringing**
36:25
**broadway**
3:5, 53:4,
54:11, 75:16,
80:15
**broke**
12:1, 142:7
**brought**
59:11
**buddy**
29:25
**building**
106:18, 118:4
**buildings**
80:7
**bullets**
128:14, 139:11,
139:12
**bunch**
49:22, 61:14
**burns**
133:18
**bursting**
160:21
**bus**
75:15, 80:19,

81:9, 84:12,
84:17, 84:22,
108:12, 149:12,
153:11, 154:7
**businesses**
80:6
**button**
18:11, 19:6,
82:11, 88:22,
156:5, 156:7

---

**C**

**call**
27:19, 27:20,
64:2, 65:20,
66:7, 66:9,
66:10, 95:18,
130:16
**called**
94:16
**calling**
115:11, 155:10
**callout**
7:18
**calls**
64:15
**calmer**
35:2
**cam**
97:2
**came**
67:5, 67:8,
67:21, 67:22,
68:13, 98:22,
120:11
**camera**
10:12, 13:11,
16:5, 16:19,
16:22, 17:6,
17:10, 17:17,
17:25, 18:23,
19:6, 19:9,
19:19, 19:23,
20:3, 20:6,
20:12, 20:18,
21:12, 22:5,
22:9, 22:24,
23:4, 23:9,

53:5, 53:8,
53:11, 68:10,
70:15, 73:9,
82:6, 83:16,
86:9, 86:12,
86:24, 87:6,
87:9, 87:16,
87:19, 87:21,
88:22, 89:2,
90:22, 92:5,
92:7, 97:25,
98:9, 98:13,
101:8, 101:13,
101:15, 101:22,
113:7, 114:7,
122:6, 142:24,
143:5, 143:12,
147:17, 153:19,
166:19
**cameras**
16:15, 21:17
**can't**
38:6, 38:16,
42:7, 48:21,
70:16, 74:22,
84:16, 85:11,
85:13, 91:10,
92:2, 95:11,
99:24, 100:19,
113:2, 113:20,
114:4, 115:6,
116:20, 122:15,
123:7, 123:14,
130:10, 144:25,
146:17, 147:12,
147:21, 148:9,
156:6, 159:11,
165:9, 165:24,
167:24, 169:12
**canned**
114:20
**cannister**
37:8, 53:2,
53:19, 54:13,
55:6, 114:23,
116:20, 116:21,
131:18, 132:2,
132:3, 139:12,

148:1, 148:4,
148:8, 150:13,
150:23, 151:4,
152:2, 152:14,
153:4
**cannisters**
37:22, 38:9,
38:12, 38:20,
38:24, 39:1,
47:22, 52:18,
52:22, 54:20,
54:25, 109:19,
112:8, 114:23,
116:10, 139:9,
139:21, 153:8
**cannot**
87:5
**cans**
114:20, 139:20
**capability**
37:25, 39:2
**capable**
19:4
**capitol**
6:17, 84:4,
84:9, 106:18,
107:5, 137:11
**capture**
15:7
**captured**
147:16
**career**
55:14, 60:6
**carried**
78:2
**carrier**
100:4
**carroll**
28:20, 83:10
**carry**
40:2, 135:15,
135:20, 136:15
**carrying**
136:9, 136:11
**case**
33:9, 130:1,
172:10
**casings**
114:25

**cause**
41:21, 157:11
**causing**
43:7, 47:10,
47:13, 47:25,
115:21, 125:23
**center**
75:10, 75:14,
84:14, 89:11
**certain**
21:6, 24:19,
86:18, 88:7,
109:25, 110:23,
123:7, 128:15,
129:2, 130:15,
147:3, 159:11,
169:12
**certificate**
172:1
**certification**
55:24
**certifications**
55:25
**certified**
55:14, 55:24,
56:4, 56:12,
57:16, 57:17,
57:20, 131:25
**certify**
172:4
**champa**
3:21
**change**
40:10, 40:12,
136:20, 166:7
**changed**
7:3, 7:5, 31:25
**changes**
25:6, 139:1,
165:18
**changing**
40:15, 136:22
**chanting**
52:3, 102:19
**character**
96:9
**check**
16:2, 112:5,

159:15
**chest**
18:4, 18:5,
18:10
**chicago**
3:14
**chose**
23:5
**circled**
155:14
**circling**
144:24, 148:6
**circumstances**
19:8, 21:5,
21:11, 23:8,
40:18, 42:12,
43:19, 44:6,
44:8, 44:12,
44:22, 45:16,
55:5, 59:20,
60:8, 60:9,
61:9, 68:14,
71:3, 147:1,
147:4
**city**
1:9, 8:20,
12:15, 12:17,
12:22, 13:2,
13:5, 30:23,
118:15, 143:12
**city's**
102:4, 110:16
**civic**
75:10, 75:14,
84:14, 89:11
**civil**
1:6
**civilian**
24:3, 126:11
**clarification**
125:3, 139:8
**clarifies**
61:10
**clarify**
25:7, 45:2,
45:12, 74:5,
84:21, 126:7,
127:20, 129:1,

131:12, 136:17,
136:25, 141:3,
141:20, 158:2,
161:2
**clarifying**
25:17, 38:23,
128:15, 129:5,
132:11
**clarkson**
117:12, 117:18,
118:11, 119:10,
119:14, 119:19,
120:1, 122:11,
123:22, 124:24,
166:21
**classify**
115:1
**classroom**
57:5, 58:22
**clear**
13:3, 86:25,
87:20, 105:9,
139:15, 151:1,
154:19
**clip**
73:13, 93:15,
143:4, 143:14,
144:19, 153:10,
153:12, 153:25,
154:5, 167:5,
167:7, 168:22
**clips**
154:25
**close**
29:5, 31:12,
133:19, 166:3
**closely**
29:2
**cloud**
69:18, 90:9,
101:18, 101:23,
102:5
**clouds**
89:19, 89:21,
90:6, 91:4,
91:8, 91:14
**cocktails**
114:8

colfax
6:19, 53:4,
54:7, 54:9,
54:10, 54:11,
68:22, 69:11,
69:22, 71:17,
71:21, 71:25,
72:20, 73:10,
74:1, 74:8,
74:10, 75:15,
77:11, 78:5,
78:21, 79:8,
79:10, 80:15,
80:20, 81:10,
81:16, 82:14,
83:4, 90:11,
90:14, 92:9,
109:6, 114:10,
116:5, 116:25,
117:12, 117:17,
118:10, 119:10,
119:13, 119:20,
120:1, 120:2,
120:15, 122:11,
123:21, 123:23,
124:23, 124:25,
125:22, 127:1,
140:11, 140:21,
142:9, 143:6,
149:11, 149:13,
155:25, 166:20
color
36:16, 37:6
colorado
1:2, 3:6, 3:22,
4:7
colors
36:21, 37:1,
37:3
come
43:7, 43:8,
133:11
comes
150:4
coming
62:10, 149:18
command
20:9, 29:23,

30:25, 115:18,
134:25, 168:2
command-level
54:21
commander
68:6
commands
62:10, 145:22,
146:8, 146:10,
146:13, 167:22,
168:1
commission
172:17
common
96:9
communicate
27:15, 170:4
communicated
68:3, 87:10,
87:14
communicating
169:20
communication
170:1
communications
88:3, 88:6
compare
138:9
complete
24:3, 24:11,
24:18, 24:20,
25:15, 25:22,
26:4, 26:8,
26:11, 26:16,
26:23, 27:4,
28:6, 28:10,
34:15, 34:21,
35:2, 35:7,
35:11
completed
10:7, 35:16
completely
129:24, 132:24
completing
26:19, 28:13
comply
33:20, 47:10,
103:3, 103:18

complying
42:18, 42:24,
46:21
concern
44:3, 44:19,
44:25, 142:5
concerned
156:10
concert
49:2, 49:6
concluded
170:13
conducted
1:15, 2:1
conducting
126:6
confident
157:7, 159:3,
159:12
confirm
10:1
confronted
16:15, 130:22
confusing
17:14, 29:16,
72:23
consider
89:24
considered
84:22
consistent
9:19, 40:15,
92:18, 92:20,
92:22, 93:2,
93:11, 136:23,
146:12, 148:13,
153:4, 158:23,
161:7, 168:3
consisting
171:6
consolidated
1:8
constitutes
44:18
constraints
166:12
construe
61:4

contact
133:11
contains
37:17, 139:23
context
133:21, 149:16
continue
132:22, 133:6,
133:14
continuing
131:4, 163:2
continuum
129:12, 129:16,
129:17, 129:19,
129:22, 129:24,
130:2, 130:6,
130:11, 130:13,
131:2, 131:3
control
62:4, 62:8,
91:10, 101:21,
137:4, 137:7
conversation
94:14
convey
103:21
coordinate
169:23
copies
8:20
copy
9:5, 9:13,
10:4, 32:5,
59:2, 59:5
corner
53:4, 54:11,
143:5, 147:20,
153:21
corporal
60:23, 135:12
correctly
25:21, 28:2,
31:22, 44:7,
48:16, 71:7,
71:25
correctness
171:8
corresponds
168:18

corridor
127:1
coughing
145:16
could
10:19, 12:2,
13:24, 15:15,
17:8, 20:13,
20:22, 20:23,
20:25, 30:1,
40:9, 40:12,
40:20, 41:7,
41:21, 46:18,
49:23, 52:8,
52:9, 54:22,
60:19, 60:22,
61:1, 61:8,
72:17, 77:24,
82:25, 86:14,
86:16, 86:17,
87:3, 88:5,
111:18, 113:17,
115:16, 128:24,
129:7, 133:12,
133:13, 135:21,
136:2, 136:20,
138:23, 139:9,
139:11, 141:12,
145:9, 145:16,
146:19, 147:3,
147:10, 148:20,
149:2, 149:4,
151:4, 152:14,
153:1, 158:9,
158:17, 160:14,
160:18, 163:17,
163:25, 166:10,
166:12
couldn't
31:11, 59:6,
79:19, 80:17,
81:2, 82:25,
85:22, 88:8,
111:17, 129:20,
134:17, 144:17,
146:23, 148:14,
161:8, 163:24,
164:4

council
12:15, 12:17,
13:2, 13:5
counsel
11:24, 12:4,
13:1, 33:8,
172:9
county
1:9, 127:4,
127:5
couple
22:19, 58:9,
97:3, 138:2,
146:3, 147:14,
165:5, 166:4,
166:18
court
1:1, 67:5,
67:6, 67:8,
67:20, 67:25,
68:12, 125:3
cover
51:20, 80:11,
107:20, 158:22,
159:4
covering
108:11, 127:22
crime
30:22
crossed
155:24
crosstalk
29:18, 56:15,
67:15, 116:18,
131:24, 149:21,
159:9, 168:16
crowd-control
61:13, 62:3
crowd-dispersal
43:11, 128:4
crowd-management
59:3, 59:13,
59:16, 60:5,
61:13, 106:10,
137:23, 137:25
crowds
21:16, 22:1,
38:13, 137:18

csr
1:22
cunningham
101:1
curfew
104:11, 104:18,
108:8
currently
6:9
cutting
153:15

### D

damage
125:23
damaging
106:17, 107:4
dangerous
134:20, 134:21
database
110:17
date
6:25, 54:13,
59:6, 66:2,
77:22, 117:13,
118:13, 142:1
dated
171:13
dates
9:2, 10:1,
25:8, 25:18,
48:21, 56:11,
58:6
davis
4:11, 11:1,
11:20, 11:22,
32:8, 93:16,
93:19, 93:24,
95:20, 96:14,
105:19, 110:4,
124:16, 152:10,
162:20, 164:25,
165:2, 165:11,
165:12, 165:14,
166:1, 166:6,
166:14
day
9:6, 14:15,

14:16, 15:15,
30:9, 30:13,
31:18, 36:1,
40:8, 40:10,
40:13, 53:2,
53:6, 53:9,
53:13, 53:19,
56:3, 63:7,
63:20, 64:1,
65:10, 65:12,
65:13, 65:15,
65:19, 65:20,
66:7, 66:20,
66:21, 67:23,
68:24, 69:1,
75:11, 75:13,
75:25, 76:5,
77:6, 78:11,
80:4, 80:21,
83:8, 92:17,
92:21, 100:1,
100:2, 109:8,
110:15, 117:23,
117:25, 121:2,
127:20, 131:22,
131:23, 135:10,
136:20, 159:17,
172:13
daylight
119:3
days
13:8, 14:12,
15:1, 15:6,
15:10, 18:16,
18:18, 21:3,
22:22, 23:2,
26:13, 26:20,
28:3, 28:25,
30:3, 31:21,
32:2, 32:3,
34:16, 34:23,
34:25, 35:1,
35:8, 35:10,
35:20, 35:22,
36:2, 39:23,
40:5, 48:4,
48:18, 52:20,
52:21, 63:8,

63:10, 65:16,
66:12, 66:15,
67:4, 120:22,
135:18, 170:4
**debris**
160:9
**decide**
11:24, 20:6,
20:13, 20:18,
20:22, 20:23,
21:5, 112:9
**decided**
12:25, 16:8,
34:4, 98:9,
142:2
**decision**
12:3, 16:12,
16:14, 20:12,
20:19, 34:2,
63:2, 63:10,
74:16, 83:2,
87:4, 92:7,
115:17, 120:6
**decisional**
127:22
**declare**
61:1
**declared**
59:21, 60:10,
107:25
**dedicated**
31:1, 31:2
**deemed**
20:8, 126:15
**defendant**
3:17
**defendants**
1:11, 4:3
**defensive**
42:14, 42:17,
42:23, 130:23,
158:5
**definitely**
26:25, 96:8,
96:10, 110:9
**definition**
103:9
**degree**
130:15

**delete**
110:19
**deliberate**
132:12
**demonstrate**
150:22
**den**
73:9, 143:10,
153:18, 159:18
**denver**
1:10, 3:22,
4:7, 6:9, 7:24,
12:23, 13:20,
16:17, 23:25,
83:15, 88:10,
94:8, 96:21,
96:25, 97:18,
98:21, 100:13,
100:18, 102:8,
109:24, 112:18,
118:7, 121:16,
121:23, 143:12,
144:5, 169:18
**denying**
124:7, 151:6
**department**
80:11, 99:16,
99:18, 99:22,
107:20, 108:10
**departments**
91:12, 91:14
**depend**
52:15
**dependent**
146:17
**depending**
20:24, 22:12,
30:8, 61:9,
71:1, 135:20,
138:18
**depends**
18:25, 20:14,
22:17, 70:17,
87:24
**depicted**
106:12, 107:9,
122:13
**depicting**
113:8, 124:11

**depicts**
153:11
**deploy**
40:25, 55:6,
68:8, 74:15,
76:4, 109:4,
109:10, 118:3,
141:22, 155:17,
158:17, 163:14
**deployed**
27:7, 28:14,
29:23, 30:2,
30:5, 66:6,
71:16, 71:21,
71:22, 72:10,
76:17, 76:21,
76:22, 79:1,
81:3, 81:6,
81:18, 81:20,
89:14, 91:14,
91:19, 109:7,
112:14, 113:25,
123:23, 124:25,
125:4, 132:21,
139:5, 139:6,
142:9, 142:16,
144:12, 146:21,
150:21, 151:12,
154:14, 156:9,
163:13
**deploying**
69:14, 112:15,
139:3, 145:23,
167:3, 167:10
**deployment**
28:24, 74:18,
146:8, 166:23
**deployments**
35:6
**deponent**
171:3
**deposed**
7:20, 12:13,
113:5, 129:25
**deposing**
33:2
**deposition**
1:14, 2:1,

8:10, 8:23,
10:15, 10:23,
11:25, 12:4,
12:19, 13:5,
13:18, 33:20,
34:8, 35:13,
35:17, 113:12,
113:16, 159:8,
165:3, 170:13,
171:6
**depositions**
32:21, 165:13
**depot**
108:12, 154:7
**depths**
160:17
**describe**
133:15, 160:3
**described**
50:9, 130:1
**descriptions**
109:11
**design**
37:10, 133:17
**designated**
126:14
**designed**
42:10, 43:22
**destruct**
80:13
**destruction**
44:19, 44:24
**destructive**
103:11
**determination**
60:14, 61:6,
61:8, 76:19,
116:8
**determinations**
61:7
**determine**
48:3, 49:9,
51:25, 52:10,
152:24
**determined**
156:22
**developed**
7:18

**dibrell**
3:11, 149:1
**dictate**
45:10, 71:1
**difference**
23:14, 72:3,
128:22, 132:1,
132:10, 139:15,
140:4, 141:9,
156:16, 158:4
**differences**
130:10
**different**
7:7, 7:8, 7:9,
7:11, 23:7,
23:16, 29:13,
37:10, 49:22,
57:3, 73:24,
109:23, 120:21,
120:22, 138:15,
138:24, 140:17,
152:25, 159:23,
169:15, 169:16
**difficult**
25:4, 62:4,
110:7, 164:20
**direct**
63:1, 145:13
**direction**
19:14, 38:13
**directions**
155:25
**directly**
54:6
**disagree**
130:5
**discuss**
86:17
**discussed**
66:24, 68:18,
76:3, 82:8
**discussing**
67:24
**discussion**
55:17, 58:25,
68:14
**dispersal**
42:22, 43:4,

44:15, 46:5,
128:8, 128:10,
128:15, 128:16,
128:17
**disperse**
42:25, 43:12,
43:15, 43:22,
43:25, 44:9,
44:10, 44:24,
45:3, 45:5,
45:20, 69:10,
70:6, 70:8,
70:20, 104:8,
104:20, 104:24,
105:7, 107:16,
108:7, 123:25,
125:2, 125:6,
129:3, 129:7,
129:10, 131:6,
131:8, 147:5
**dispersed**
50:8, 157:6
**dispersing**
115:22
**dissipate**
44:16
**dissipates**
37:13
**distance**
84:5
**distinguish**
116:20
**district**
1:1, 1:2, 6:17,
6:19, 6:21,
56:13, 56:18,
59:17, 72:14,
117:21, 118:2,
137:8, 137:16,
145:17, 148:14,
148:21, 148:23
**districts**
121:12, 155:7
**divided**
29:20, 30:17,
141:1
**division**
30:19, 30:20,

31:5
**dock**
101:22
**docked**
102:3
**docking**
101:17
**document**
17:19
**documentation**
152:24
**documented**
159:12
**documents**
8:9, 11:9, 14:6
**dodge**
107:13
**doing**
7:25, 35:9,
38:17, 48:12,
50:17, 51:20,
51:23, 79:22,
100:7, 102:11,
102:15, 103:10,
109:17, 115:16,
118:5, 119:5,
119:12, 122:10,
122:12, 142:23,
151:13, 151:14,
152:15, 156:24,
157:2, 158:13,
158:14
**done**
33:1, 110:15,
147:4, 170:1
**double**
16:2, 112:5,
159:15
**down**
43:8, 51:6,
67:2, 75:20,
88:21, 106:6,
155:5, 155:21,
169:2
**downtime**
136:6
**downtown**
6:17

**dpd**
6:11, 13:9,
24:10, 39:3,
39:13, 41:9,
45:7, 47:3,
50:1, 50:20,
51:2, 52:12,
59:2, 60:16,
78:3, 79:14,
92:18, 93:3,
93:8, 93:12,
106:1, 106:10,
115:19, 127:25,
128:2, 129:17,
129:21, 131:6,
138:14, 138:23
**dpd's**
25:14, 44:8,
138:8
**drawing**
154:11
**duct**
99:21
**due**
35:6, 137:18
**duly**
6:2
**during**
11:9, 11:12,
12:19, 13:13,
13:15, 13:17,
13:23, 14:8,
14:12, 18:1,
18:16, 21:3,
22:22, 23:2,
23:4, 24:23,
26:6, 27:20,
28:3, 28:24,
29:20, 30:16,
31:4, 31:21,
32:3, 32:10,
33:15, 35:25,
36:2, 38:8,
39:23, 40:8,
40:10, 48:3,
52:17, 62:15,
62:19, 63:4,
63:10, 65:20,

66:24, 68:13,
77:1, 77:6,
93:10, 98:1,
98:10, 98:15,
103:1, 103:16,
103:20, 103:21,
109:4, 114:12,
116:3, 121:11,
122:6, 122:16,
123:24, 125:1,
125:5, 126:2,
126:22, 132:7,
133:11, 133:22,
136:6, 155:3,
159:8, 168:13,
169:23, 170:4
**duty**
137:6, 139:4

**E**

**e-notary**
172:21
**each**
28:7, 30:12,
31:15, 31:18,
48:22, 57:4,
66:7, 66:15,
66:20, 66:21,
103:11
**earlier**
23:8, 75:2,
75:6, 76:3,
78:10, 82:8,
130:1, 131:16,
136:18, 150:20,
153:13, 154:25,
156:18, 159:20,
163:7, 168:10
**easily**
133:5, 148:20
**east**
6:18, 29:21,
29:23, 30:21,
30:22, 31:1,
31:7, 31:9,
31:16, 81:13,
120:2, 120:14,
123:21, 123:22,

124:23, 124:24,
124:25, 125:21,
125:22, 141:1,
141:15, 141:21,
142:7, 142:10,
149:12, 166:20
**east-and-west**
141:20
**easygoing**
64:15
**ed**
3:19
**edge**
41:18
**effects**
133:13
**eight**
31:8, 31:9
**eight-hour**
57:4
**either**
23:10, 43:6,
49:11, 51:17,
83:9, 132:3,
151:6, 155:10,
166:1, 170:1,
170:10
**electrical**
154:9
**elizabeth**
3:3
**else**
8:22, 10:8,
11:21, 20:9,
37:21, 37:24,
38:16, 39:5,
41:2, 50:11,
50:19, 51:11,
77:5, 77:9,
85:21, 95:8,
95:11, 95:13,
96:19, 96:20,
112:14, 121:4,
127:6, 155:23,
156:4, 157:8,
160:10
**email**
27:18

**emblems**
99:25
**emergency**
64:4, 64:24,
65:2, 65:4,
65:22, 66:5,
138:4, 138:7
**employed**
172:9
**end**
25:22, 26:4,
27:5, 28:7,
35:9, 85:25,
86:7, 90:21,
91:23, 97:1,
101:16, 121:18,
122:2, 122:19,
123:5, 136:23,
169:7
**ended**
69:13, 97:10,
97:11, 110:1,
136:11
**ends**
91:11, 97:2,
121:17
**enforcement**
121:8
**engagement**
55:19, 65:24,
68:1
**enlarge**
124:16, 124:21
**enough**
100:19
**entire**
103:1, 103:17,
103:20, 115:23,
167:22
**equipment**
134:5, 134:7
**erase**
101:24
**escalates**
146:4
**especially**
7:25, 22:2,
62:3, 145:15,

148:21
**esquire**
3:3, 3:10,
3:11, 3:18,
3:19, 4:4, 4:11
**essentially**
46:8
**est**
1:17, 170:13
**estimate**
22:15, 76:16
**et**
1:6, 1:10
**evans**
4:5
**even**
22:18, 31:13,
81:12, 91:9,
131:8, 135:12,
139:18, 142:8,
151:11, 155:7
**evening**
153:5
**events**
113:8, 137:21
**ever**
7:20, 22:23,
59:2, 95:24,
96:21, 115:12,
134:10
**every**
14:10, 14:15,
24:3, 35:8,
36:1, 48:20,
48:22, 49:5,
53:9, 58:9,
58:13, 68:19,
101:16, 115:10,
137:10, 137:16
**everybody**
30:1, 30:2,
31:6, 38:16,
46:1, 137:14,
152:23, 155:22
**everyone**
142:3, 163:1
**everyone's**
109:3

**everything**
49:15, 87:25,
96:19, 109:2,
146:17
**evidence**
17:22
**exact**
6:25, 9:1,
11:7, 21:14,
22:14, 26:25,
27:8, 30:9,
31:12, 35:22,
48:21, 56:11,
59:23, 75:12,
87:1, 92:2,
103:8, 105:3,
112:1, 129:21,
156:15, 157:16,
159:12, 168:6
**exactly**
27:11, 27:22,
35:1, 56:22,
57:9, 58:4,
58:15, 58:16,
59:10, 63:8,
69:12, 72:8,
72:24, 75:18,
78:1, 79:19,
81:2, 86:15,
89:13, 90:18,
92:12, 104:16,
107:10, 112:4,
114:5, 118:25,
119:12, 120:5,
123:8, 127:3,
128:5, 128:7,
129:8, 133:24,
141:11, 141:19,
142:15, 144:14,
146:17, 147:21,
157:15, 160:19,
161:10, 167:24
**examination**
5:6, 5:7, 6:4,
127:17
**example**
26:1, 50:10,
51:8, 63:9,

130:23, 134:8,
157:14, 164:12
**examples**
41:17, 63:3,
136:2
**except**
14:15
**exceptions**
62:23
**exchange**
145:21
**exchanges**
169:22
**excuse**
12:12, 26:10,
128:1, 148:4,
167:14
**exercises**
32:22
**exhibit**
5:10
**exhibits**
5:12
**expect**
70:15
**experience**
133:1, 137:4,
137:6, 138:14,
139:3
**expires**
172:17
**explain**
87:5, 133:21,
135:7, 147:6
**explanation**
10:3, 98:8,
110:2
**explosion**
153:5, 153:7
**extremely**
26:1, 53:22
**eye**
115:15
**eyes**
133:18

--- F ---

**f-word**
94:16, 95:18,

95:19
**face**
27:18, 27:19,
27:23, 134:7,
170:2
**faced**
53:21
**facing**
21:25, 63:12,
79:9, 79:10,
119:9, 119:10,
119:19
**fact**
35:4, 56:20,
110:22
**factored**
16:12
**factually**
33:11
**failed**
32:25
**fair**
8:3, 8:7,
41:22, 140:19
**fairly**
64:15, 138:18
**fall**
33:25, 46:15,
145:2
**falling**
144:23
**familiar**
72:8, 116:13,
129:11
**far**
134:6
**fatigues**
78:13, 100:17,
100:22
**fault**
158:2
**feasible**
26:3
**feeding**
103:11
**feel**
12:9, 155:18,
164:2

**feels**
133:3
**feet**
133:25, 169:9
**fell**
109:12
**felt**
10:18, 19:13,
30:24, 30:25,
113:17, 132:19,
132:22, 133:15,
135:19, 136:14
**few**
46:25, 47:12,
49:3, 83:16,
84:23, 88:15,
90:10, 94:9,
100:12, 112:19,
151:18, 153:25,
159:12, 162:24
**figure**
29:16, 101:5,
142:22, 152:21,
166:7
**figuring**
152:8, 152:13
**file**
143:10, 159:18
**filed**
15:2, 15:13
**fill**
15:3, 15:4,
15:6, 15:14,
15:22
**filled**
14:22, 16:1
**final**
166:5, 166:17
**financial**
172:11
**find**
142:21, 143:2,
152:4, 165:17
**finding**
7:14
**fine**
34:2, 133:14,
136:14

**finished**
166:4
**fire**
147:9, 158:19,
163:2, 163:7,
164:2, 164:7
**firearm**
41:19
**fired**
111:14, 112:2,
112:3, 112:16,
144:15, 144:17,
154:18, 157:7
**firing**
115:3, 156:25,
168:12
**first**
11:4, 12:1,
14:12, 18:16,
21:3, 22:22,
23:2, 26:12,
26:13, 26:20,
28:3, 28:24,
30:3, 31:21,
32:3, 33:18,
33:23, 35:25,
36:3, 39:23,
44:24, 48:4,
52:20, 59:5,
63:20, 64:1,
65:10, 65:15,
65:19, 66:12,
67:4, 67:10,
69:1, 71:19,
71:20, 74:7,
83:24, 89:17,
108:23, 112:13,
115:25, 133:10,
134:4, 142:3,
144:8, 144:9,
151:3
**five**
93:19, 93:22,
123:23, 124:25,
125:4, 133:25,
168:12
**five-minute**
27:24, 63:15,

127:7, 164:24
**flash**
39:6, 39:9,
39:14, 39:17
**floyd**
13:19
**fluid**
139:1
**foam**
36:14, 36:16,
36:21, 36:22,
37:9, 41:3,
76:3, 76:4,
76:17, 139:11,
139:16, 139:20,
139:22, 139:24,
140:2
**focus**
66:12
**focusing**
79:5
**focussing**
30:3
**follow**
128:25
**follow-up**
127:20
**following**
14:3, 67:23,
125:18
**follows**
6:3
**food**
114:20
**footage**
10:12, 91:22,
95:12, 97:21,
101:13, 101:16,
121:24, 153:19
**force**
19:22, 24:3,
25:16, 27:4,
35:4, 70:21,
81:21, 82:5,
89:25, 93:7,
93:10, 105:8,
111:12, 113:20,
115:22, 123:3,

123:5, 124:3,
124:7, 130:21,
131:4
**forced**
14:16
**forces**
35:5
**foregoing**
171:6, 172:3,
172:4
**forget**
21:19, 21:23,
56:3, 131:21,
131:23
**form**
13:7, 16:20,
17:12, 22:1,
24:4, 24:13,
24:22, 25:3,
28:11, 36:10,
38:11, 47:5,
50:25, 65:6,
74:13, 74:20,
77:13, 79:15,
80:9, 89:24,
90:8, 91:6,
91:16, 91:25,
92:10, 93:4,
95:20, 96:1,
96:14, 101:10,
105:19, 106:2,
106:14, 108:2,
108:25, 110:4,
111:23, 112:11,
113:23, 123:10,
125:11, 128:19,
129:15, 130:7,
131:10, 132:18,
134:15, 134:22,
138:11, 139:14,
143:22, 146:14,
150:24, 152:10,
157:4, 157:21,
158:11, 158:25,
162:5, 163:4,
167:12
**formed**
61:17, 119:13

**forming**
64:3, 91:2,
144:9
**forward**
19:21, 69:19,
90:13, 108:7,
122:25, 131:5,
145:19
**found**
153:1
**foundation**
24:5, 24:14,
47:6, 51:1,
74:14, 74:21,
77:14, 79:16,
91:7, 91:17,
92:1, 92:11,
101:11, 106:3,
110:6, 111:24,
123:11, 125:12,
128:20, 129:15,
130:8, 131:11,
134:16, 134:23,
138:12, 146:15,
150:25, 157:5,
157:22, 158:12,
159:1, 162:6,
167:13
**four**
18:16, 21:3,
22:22, 23:2,
26:13, 26:20,
28:3, 28:25,
30:3, 31:21,
32:3, 39:23,
48:4, 52:20,
66:12, 67:4,
165:13, 165:14
**frame**
76:20, 77:1,
77:3, 77:6,
90:5, 100:10,
105:14, 107:2,
114:7, 124:8
**frankly**
33:22
**freeze**
73:22

**frequently**
58:2, 58:18,
96:17, 164:1
**friday**
8:15, 9:3,
9:23, 10:2,
10:5, 15:20,
16:1, 32:16,
35:14, 52:23,
52:24, 53:12,
143:23
**friends**
96:18
**front**
9:13, 43:6,
45:9, 47:21,
48:5, 48:24,
49:10, 49:12,
50:2, 50:10,
50:15, 50:21,
51:15, 91:9,
145:4, 159:3
**fronts**
53:21
**frozen**
114:18
**fucking**
94:16, 95:18
**full**
158:14
**function**
132:23, 133:2,
133:14
**functions**
133:6
**further**
71:21, 71:24,
74:8, 75:21,
125:20, 125:21,
127:11, 151:4,
151:21, 155:8,
170:6
**future**
86:17

**G**

**gang**
6:22, 6:24,

7:11, 29:8,
29:9, 29:19,
30:7, 30:10,
30:16, 30:19,
37:21, 39:6,
59:18, 64:6,
64:11, 65:4,
77:9, 85:23,
99:1, 120:20,
121:6, 138:5,
141:4
**gangs**
30:22
**gap**
7:14, 7:19,
89:6, 89:10
**gas**
37:7, 37:22,
38:19, 69:16,
71:16, 71:20,
71:24, 72:4,
72:6, 72:9,
74:3, 74:6,
74:8, 74:9,
74:15, 82:1,
89:19, 90:6,
91:4, 91:14,
116:11, 116:14,
116:21, 117:2,
117:10, 150:17,
150:21, 151:9,
151:17, 151:25,
153:8, 154:10,
169:5
**gas-mask**
69:17
**gather**
17:22
**gathering**
102:21
**gave**
51:8, 87:22,
105:1, 109:18,
120:5, 120:10,
121:2
**gay**
95:4, 95:19,
95:24, 96:5,

96:22
**gear**
18:1, 75:6,
99:19, 100:1
**general**
19:10, 40:23,
66:17, 100:9,
102:12, 102:18,
103:10, 104:6,
114:15, 131:13,
138:23
**generally**
135:10
**generic**
40:21, 77:24,
106:4
**george**
13:19
**getting**
53:24, 56:4,
79:24, 80:5,
90:25, 107:12,
117:25, 131:25,
142:4
**give**
22:15, 24:8,
31:11, 42:25,
43:11, 43:23,
43:25, 44:15,
48:21, 49:21,
59:6, 68:8,
71:11, 75:7,
77:24, 80:17,
82:25, 86:14,
92:2, 93:14,
103:24, 104:5,
106:6, 113:2,
113:17, 134:17,
167:10
**given**
6:20, 7:7,
9:13, 16:10,
24:16, 42:19,
52:16, 53:16,
54:18, 54:23,
55:4, 55:9,
55:15, 65:23,
66:3, 70:7,

71:8, 76:20,
83:8, 85:15,
86:16, 98:3,
103:3, 103:19,
104:19, 104:22,
105:6, 105:15,
117:9, 133:22,
134:3, 138:22,
146:10, 150:19,
151:10, 167:22,
168:2, 168:8
**giving**
44:10, 44:23,
45:18, 45:20,
50:18, 87:3,
102:22, 104:1,
104:3, 105:14,
112:25, 120:24
**glass**
114:18
**glasses**
100:5
**gloves**
100:5
**go**
22:4, 41:7,
56:23, 80:9,
85:25, 96:10,
111:6, 118:2,
128:8, 131:4,
131:5, 135:25,
139:10, 140:17,
142:23, 144:18,
144:20, 145:5,
147:14, 148:2,
149:4, 149:23,
150:3, 151:18,
151:21, 152:15,
153:24, 154:13,
157:25, 162:15,
163:19, 168:20,
170:12
**goal**
81:7
**goes**
100:15
**going**
12:18, 12:20,

15:7, 26:7,
26:16, 26:23,
28:5, 28:9,
30:20, 32:18,
33:14, 33:19,
34:7, 46:7,
64:20, 64:24,
66:25, 70:19,
73:13, 73:14,
73:18, 80:9,
80:11, 83:14,
83:24, 84:23,
85:25, 86:1,
86:4, 86:19,
88:15, 90:10,
91:11, 93:15,
94:9, 97:3,
100:12, 111:3,
112:19, 113:4,
113:17, 118:1,
118:2, 127:15,
130:2, 135:15,
137:11, 140:10,
140:13, 141:21,
141:22, 142:21,
143:4, 143:14,
143:15, 144:22,
145:18, 146:18,
146:25, 147:13,
147:20, 147:23,
149:1, 149:6,
149:12, 153:10,
153:24, 154:2,
154:13, 156:4,
156:10, 157:25,
158:3, 158:15,
159:16, 159:21,
159:22, 160:2,
160:22, 162:24,
164:23, 165:6,
165:19, 166:17,
166:21, 166:22,
167:1, 168:20

**good**
10:19, 12:7,
25:25, 30:25,
122:13, 125:17,
125:18

**grant**
69:13
**grease**
115:5
**green**
78:13, 100:17,
100:22, 154:8
**greenwich**
83:21, 144:2
**ground**
43:6, 45:9,
46:6, 123:25,
125:2, 125:6,
155:8, 156:4
**group**
31:1, 31:2,
46:23, 47:23,
47:24, 61:25,
63:23, 64:5,
69:20, 103:10,
155:5
**groups**
27:23, 31:15,
47:20, 91:12,
141:2, 141:16,
152:25
**guard**
50:22, 117:20
**guess**
14:18, 68:6,
90:18, 133:25,
138:13, 169:7,
170:5
**gun**
18:19, 18:22,
39:25, 42:13,
43:2, 43:10,
44:9, 45:8,
45:18, 45:25,
46:19, 57:23,
129:3, 135:4,
148:7, 157:14,
158:5, 168:4
**guns**
78:3, 82:3
**guy**
162:20, 162:21
**guys**
136:15

**H**
**half**
11:8, 11:18,
140:25, 165:15
**hall**
4:5
**hand**
18:10, 18:22,
38:3, 38:15,
38:22, 38:25,
88:21, 97:7,
97:9, 162:23,
164:6, 164:11,
164:13, 164:14,
167:1, 172:12
**handling**
136:14
**hands**
18:8, 48:25,
49:11, 50:16,
51:18, 52:2,
90:7, 108:21,
154:21
**hands-on**
57:5, 58:23,
130:2
**happen**
135:24, 136:4
**happened**
89:6, 89:10,
90:21, 106:20,
107:8, 114:6,
117:10, 122:2
**happening**
35:5, 102:23
**happy**
8:2
**hard**
163:15, 169:5
**harm**
41:21, 157:11
**head**
150:4, 167:18
**hear**
70:15, 70:22,
71:6, 71:11,
85:3, 87:16,

87:18, 87:21,
88:6, 88:8,
94:13, 94:22,
94:23, 96:21,
104:12, 145:22,
146:1, 146:9,
151:17, 151:24,
156:6, 161:3,
166:22, 167:2,
167:3, 167:7,
168:25, 169:5
**heard**
21:17, 85:4,
85:11, 88:20,
94:15, 95:22,
144:14, 146:5,
146:7, 151:25,
161:6, 169:3
**hearing**
7:25, 96:23,
104:19, 155:11,
167:21, 168:1
**heavy**
135:16, 136:13
**heavy-weapon**
40:14, 136:22
**held**
38:3, 125:19
**helmet**
99:9, 99:20,
100:5
**helpful**
21:19, 166:13
**here**
7:22, 14:5,
59:25, 84:7,
84:12, 84:14,
85:8, 90:6,
98:2, 100:15,
108:15, 113:12,
128:7, 141:22,
143:7, 144:24,
148:5, 154:20,
154:21, 162:23,
163:10, 164:11,
164:12, 165:19
**hereby**
171:7, 172:4

hereunto
172:12
hide
48:13
hiding
33:11, 154:8
high
96:19
high-stress
22:3
hill
6:18
himself
158:16
hired
6:12
history
36:7
hit
18:11, 53:24,
69:7, 107:12,
107:14, 131:17,
132:21, 133:11,
140:7, 155:18,
156:5
hits
37:12, 37:19
hitting
124:20, 155:19,
157:8, 161:15
hold
18:21, 76:9,
108:5
holding
18:9, 19:4,
51:17, 101:6,
107:19, 108:18
honestly
36:23, 85:7
hostile
22:1, 44:14,
44:18, 52:10,
53:22, 70:5,
71:14, 103:2,
103:18, 123:25,
125:6
hot
151:17

hour
11:8, 11:18,
75:8
hours
22:14, 22:19,
26:2, 66:16,
83:22, 118:15,
144:3, 144:4,
165:13, 165:15
hughes
28:19, 64:12
hurt
50:6, 160:14
hurting
136:7

**I**

idea
33:4, 47:7,
70:4, 76:18,
77:24, 80:8,
85:20, 91:13,
135:17, 152:3
ideal
44:5
ideally
19:25, 31:11,
47:16, 47:17,
71:10, 82:12
ideas
87:3
identified
125:24
identify
47:8, 52:9,
72:17, 109:16,
115:13
illinois
3:14
imagine
71:4
immediately
22:5, 125:18,
147:9, 161:17
imminent
156:22
imminently
158:15

impact
6:21, 46:9,
46:14, 46:19,
56:13, 56:18,
56:23, 57:13,
57:16, 57:18,
130:3
important
17:16, 17:20,
17:21, 61:24
impression
157:9
inauguration
137:25
incident
14:4, 14:11,
16:10, 24:16,
113:2, 123:18,
123:24, 125:1,
125:5, 132:14,
140:11, 140:13,
141:17, 142:13,
143:20, 150:10,
150:21, 153:11,
158:21, 158:22,
158:24, 159:4,
159:13, 160:4,
168:19
incidents
15:7, 15:9,
45:10, 46:10,
113:25
include
41:3, 80:19,
158:24
included
8:19, 124:5
includes
81:22, 81:24,
82:1, 82:3
including
44:20, 96:2,
139:4
inconsistent
93:8, 137:1
incorrect
33:11
independent
13:22, 13:25,

14:7, 21:10
index
5:1
indiscriminately
42:3
individual
15:9, 42:17,
46:19, 46:22,
62:5, 101:21,
124:1, 125:7,
131:13, 155:13,
157:1, 157:19,
158:13, 160:11,
160:22, 161:19,
162:13
individualized
35:3
individuals
44:20, 46:14,
46:22, 46:25,
47:8, 47:9,
47:12, 52:7,
104:4, 109:12,
125:24, 128:12
infect
43:5
infecting
45:4
informal
30:18, 141:23
informally
142:8
information
10:20, 17:22,
27:21, 107:24,
127:21, 143:2,
165:3
informed
28:12
initial
15:10, 34:25,
57:23, 66:4
initially
6:16, 40:11,
56:2, 80:1,
81:4, 136:19,
137:9, 138:17
injure
41:15

| | | | |
|---|---|---|---|
| injured<br>132:25<br>injuring<br>106:17, 157:20<br>injury<br>44:20, 47:11<br>inside<br>118:4, 139:22<br>instance<br>87:1, 108:14,<br>146:21<br>instances<br>128:15, 138:15<br>instead<br>115:21<br>instructed<br>20:15, 53:20,<br>54:12, 150:16,<br>151:8<br>instruction<br>52:16, 54:23,<br>55:4, 55:9,<br>61:21, 65:24,<br>66:4, 69:9,<br>79:21, 120:11,<br>121:3<br>instructions<br>54:18, 55:2,<br>79:25, 107:15,<br>108:5, 120:11<br>instructor<br>134:1<br>instrument<br>18:10<br>intel<br>117:25<br>interaction<br>126:11<br>interest<br>172:11<br>interests<br>12:10<br>interrupted<br>29:18, 56:15,<br>67:15, 116:18,<br>131:24, 149:21,<br>158:1, 159:9,<br>168:16 | intersection<br>68:21, 69:5,<br>69:20, 69:24,<br>71:17, 71:22,<br>72:12, 73:10,<br>74:3, 74:10,<br>75:9, 77:11,<br>78:4, 78:9,<br>78:20, 79:8,<br>79:22, 83:4,<br>100:22, 109:6,<br>109:20, 112:8,<br>114:9, 116:5,<br>116:25, 117:2,<br>117:12, 117:17,<br>118:10, 118:23,<br>119:5, 120:1,<br>120:14, 121:5,<br>121:9, 122:11,<br>122:18, 122:22,<br>123:21, 124:23,<br>144:10, 149:11,<br>149:19, 149:24,<br>150:4, 150:15<br>intruded<br>160:12<br>involved<br>14:13, 15:12,<br>16:23, 27:2,<br>35:4, 65:8,<br>74:23, 126:17<br>involvement<br>7:23<br>irritant<br>72:1, 72:7<br>irritants<br>72:6<br>isolate<br>115:13, 115:20,<br>116:8<br>isolated<br>24:16, 113:24<br>issue<br>50:7<br>issued<br>145:22<br>issues<br>47:11, 169:10 | issuing<br>146:13<br>item<br>48:2, 156:2<br>items<br>19:14, 41:18,<br>53:23, 54:3,<br>54:4, 70:3,<br>78:1, 106:17,<br>107:13, 107:14,<br>111:19, 111:20,<br>115:5, 155:9,<br>155:12, 155:15,<br>156:10, 157:10<br>itself<br>129:17, 129:24,<br>130:13<br>**J**<br>jefferson<br>127:4, 127:5<br>job<br>1:20, 120:13,<br>132:23, 133:6<br>john<br>4:11, 165:11,<br>165:12<br>joined<br>121:12, 127:4<br>july<br>7:4, 9:23<br>jumping<br>142:3<br>june<br>6:12, 6:14,<br>14:18, 15:3,<br>15:5, 35:20,<br>35:25, 36:3,<br>62:16, 67:8,<br>93:11, 118:24<br>jurisdictions<br>79:20, 100:25<br>justified<br>49:25, 50:23,<br>52:13<br>justify<br>147:17<br>juvenile<br>96:2 | **K**<br>karen<br>1:22, 2:9,<br>149:2, 172:2<br>keep<br>31:6, 55:24,<br>115:15, 118:3,<br>141:24, 165:16,<br>165:19<br>keeps<br>153:15<br>kicking<br>41:20, 47:22<br>killmer<br>3:20<br>kind<br>7:12, 7:19,<br>29:20, 29:25,<br>30:20, 31:4,<br>36:8, 38:21,<br>50:17, 58:5,<br>58:9, 58:24,<br>65:16, 66:21,<br>70:11, 81:22,<br>103:11, 115:17,<br>137:13, 137:15,<br>142:2, 142:3,<br>155:3, 155:23,<br>161:14<br>klerekoper<br>1:22, 2:9,<br>172:2<br>kneeling<br>48:25, 49:11,<br>50:16, 51:17,<br>52:2, 108:16<br>knew<br>19:20, 33:3,<br>113:4, 113:7,<br>152:17, 152:22<br>knowing<br>33:1, 75:12,<br>109:1<br>knowledge<br>33:7, 33:12<br>knows<br>12:8, 118:20 |

| **L** | | | |
|---|---|---|---|
| **lacrosse** | **leadership** | 40:24, 51:8, | 63:11, 65:7, |
| 114:20, 115:3 | 60:13, 60:15 | 51:14, 63:15, | 69:6, 79:9, |
| **landscape** | **leading** | 66:12, 73:24, | 79:14, 80:10, |
| 80:12 | 114:6, 117:24 | 85:5, 94:19, | 91:2, 98:15, |
| **landscaping** | **learn** | 98:5, 106:11, | 99:4, 100:10, |
| 80:2 | 63:25 | 111:6, 124:10, | 103:1, 103:17, |
| **lane** | **learned** | 127:7, 144:18, | 107:19, 108:6, |
| 3:20 | 12:20 | 157:17, 161:11, | 110:24, 119:9, |
| **large** | **least** | 162:15 | 119:13, 119:19, |
| 46:23, 47:12, | 31:19, 57:17, | **lethal** | 125:19, 133:23, |
| 47:20, 47:24, | 66:11, 71:24, | 18:9, 81:6, | 134:1, 134:4, |
| 80:1, 155:5, | 76:22, 83:6, | 81:18, 89:14, | 135:24, 136:3, |
| 155:24 | 92:15, 138:17, | 89:23 | 144:9, 145:2, |
| **larger** | 141:5, 144:16, | **level** | 145:4, 160:6, |
| 137:20 | 152:25, 155:25 | 60:13, 68:7, | 160:12, 169:8, |
| **last** | **leave** | 130:21, 130:24, | 169:9 |
| 7:4, 7:24, | 20:15, 43:1, | 130:25, 155:8 | **lines** |
| 21:22, 22:9, | 47:10, 60:11, | **lieutenant** | 21:20, 29:24, |
| 22:19, 22:21, | 142:5, 154:10 | 28:19, 28:20, | 91:10, 117:8, |
| 33:25, 62:16, | **leaving** | 31:15, 54:16, | 118:3, 144:8 |
| 89:7, 90:21, | 155:23 | 135:12 | **listed** |
| 91:23, 97:3, | **left** | **lieutenants** | 29:1, 64:4 |
| 99:15, 109:25, | 28:1, 61:6, | 28:24, 31:17, | **listening** |
| 122:2, 122:12, | 84:15, 97:7, | 64:13, 65:13, | 42:23 |
| 122:19, 122:20, | 101:5, 161:3, | 82:23, 83:3, | **listing** |
| 123:6, 144:19 | 162:21, 164:12, | 83:7, 120:9, | 103:23 |
| **lasts** | 164:13 | 120:23 | **little** |
| 22:16 | **legitimately** | **life** | 12:1, 17:13, |
| **later** | 34:10 | 44:20, 44:25, | 40:21, 51:6, |
| 12:19, 149:7 | **leslie** | 95:25, 96:2, | 86:3, 88:20, |
| **launch** | 3:10, 127:14 | 96:6, 132:25 | 106:6, 111:6, |
| 36:13, 37:5, | **less** | **likely** | 125:20, 133:21, |
| 49:18, 139:11 | 18:9, 81:5, | 59:9, 61:5, | 135:7, 140:13, |
| **launched** | 81:18, 89:14, | 87:13 | 166:21 |
| 37:22, 38:20, | 89:23, 158:5 | **limit** | **lives** |
| 39:1 | **less-lethal** | 7:16, 167:16 | 1:5 |
| **launcher** | 18:15, 50:1, | **lincoln** | **llp** |
| 39:24, 40:18, | 52:14, 55:19, | 75:15, 77:11, | 3:20 |
| 41:4, 41:22, | 56:1, 57:12, | 78:4, 78:21, | **loaded** |
| 57:24, 77:10 | 66:1, 68:15, | 79:8, 79:11, | 76:2 |
| **launchers** | 81:1, 81:3, | 80:15, 81:13, | **local** |
| 37:22 | 81:17, 81:22, | 83:4, 109:6, | 144:5 |
| **law** | 89:12, 104:23, | 114:10, 116:5 | **located** |
| 12:8, 105:25, | 129:13, 134:11, | **line** | 67:2 |
| 121:7 | 139:3, 142:12 | 21:15, 21:24, | **location** |
| **lead** | **let's** | 21:25, 48:21, | 54:2, 54:13, |
| 41:15 | 19:12, 25:9, | 48:23, 49:14, | 65:6, 74:19, |
| | 26:12, 26:20, | 61:18, 61:25, | 77:22, 80:9, |

114:11, 114:13,
169:24
**locations**
53:1, 72:16
**loevy**
3:4
**logan**
69:13
**logistically**
165:20
**logistics**
136:1
**lombardi**
28:18, 31:24,
64:12, 65:11
**london**
73:16, 83:22,
118:16
**long**
6:11, 11:6,
11:16, 18:12,
19:15, 22:8,
22:16, 22:18,
26:1, 57:1,
58:19, 82:8,
96:2, 127:19,
160:7, 160:8,
165:6
**longer**
59:1
**look**
9:1, 9:17,
9:25, 15:25,
33:19, 37:7,
108:14, 119:2,
123:19, 145:6,
148:12
**looked**
9:19, 148:8,
150:13
**looking**
14:5, 86:8,
119:11, 159:10,
166:20
**looks**
9:17, 37:9,
84:13, 99:14,
111:14, 119:7,

139:22, 148:7,
148:12, 162:18
**lose**
22:12, 22:23,
142:5
**losing**
132:24
**lot**
51:3, 59:1,
72:15, 80:15,
95:15, 102:18,
120:24, 136:12,
138:6
**lots**
53:23
**loud**
70:10, 87:24
**loudspeaker**
104:2, 104:14,
167:23
**lull**
19:15

---

**M**

---

**made**
12:11, 12:12,
13:4, 13:6,
16:14, 58:25,
59:7, 63:1,
70:8, 87:4,
92:7, 115:17,
122:17, 122:21,
122:24, 126:8,
126:16, 138:24,
139:1, 168:11
**madison**
3:13
**make**
12:3, 14:2,
16:2, 20:19,
25:18, 29:24,
33:18, 34:2,
34:3, 51:4,
60:14, 61:5,
61:8, 70:20,
70:21, 70:24,
71:5, 71:6,
71:9, 74:16,

76:19, 104:13,
115:13, 115:20,
128:25, 137:14,
165:18
**makes**
133:18
**making**
63:9, 70:10,
118:18, 118:21,
132:20, 132:23,
155:21, 157:9
**manageable**
133:6
**management**
62:9, 137:17
**mandatory**
14:16
**manner**
16:10, 41:14,
46:7, 63:22,
156:24
**manual**
59:3, 59:10,
59:13, 60:5,
106:10
**many**
11:2, 14:12,
15:6, 26:2,
30:4, 30:5,
30:12, 30:14,
35:11, 35:20,
36:2, 50:14,
69:15, 69:16,
76:7, 76:8,
76:9, 76:13,
76:17, 76:21,
77:19, 96:18,
107:13, 117:24,
135:13, 140:20,
141:6, 148:16,
148:24, 151:11,
155:14, 169:9
**march**
118:1
**marked**
5:12
**mask**
151:9

**masks**
117:10, 150:17,
154:10, 169:5
**material**
37:11, 127:23
**matter**
1:5
**maybe**
11:8, 12:1,
38:5, 71:7,
75:3, 124:20,
138:2, 145:5,
154:17, 161:16
**mean**
7:5, 8:17, 9:5,
21:22, 22:15,
23:16, 25:24,
31:11, 37:7,
38:2, 38:5,
41:12, 42:16,
43:23, 43:24,
46:12, 47:17,
58:8, 60:15,
60:17, 60:20,
63:22, 65:1,
93:21, 100:9,
102:12, 103:6,
105:21, 123:2,
123:3, 123:13,
133:7, 133:8,
144:2, 145:24,
145:25, 147:7,
152:23
**meaning**
20:23, 39:6,
64:6, 82:22,
129:12
**means**
14:1, 103:9
**meant**
67:7, 67:25,
136:18, 136:23,
136:25
**median**
81:13, 108:12
**meet**
7:8, 10:22,
10:25, 11:2,

11:19
**meeting**
11:14, 68:19
**member**
54:21
**members**
52:11, 85:23,
121:6, 141:25
**memory**
14:3, 14:10,
113:18, 114:5,
160:6
**mentality**
103:2, 103:7,
103:9, 103:18
**mentioned**
77:7, 135:3,
139:9, 140:15,
168:10
**message**
27:17, 170:4
**met**
109:17
**metal**
114:22
**metro**
29:12, 29:13,
39:9, 39:17,
71:23, 72:13,
72:19, 72:24,
73:2, 73:4,
78:8, 79:14,
100:18, 148:23,
148:24
**michigan**
2:10, 172:21
**middle**
54:9, 150:14
**might**
9:12, 66:10
**millimeter**
18:17, 18:22,
36:9, 36:14,
37:5, 39:24,
40:14, 40:18,
55:13, 56:5,
56:9, 56:20,
57:2, 57:8,

76:1, 77:6,
77:10, 77:16,
81:24, 114:25,
128:3, 128:17,
129:7, 130:4,
130:17, 131:7,
135:4, 135:16,
136:21, 139:10,
146:21, 156:19,
157:14, 158:6,
158:10, 163:14
**millimeters**
35:6
**mind**
22:4, 24:7,
45:12, 51:6,
106:5, 124:20
**mind-set**
133:10
**minimum**
58:20, 58:21
**minute**
143:14
**minutes**
88:15, 93:19,
156:16, 166:4,
167:25, 168:3
**missing**
109:25
**mm**
41:4, 41:22,
42:7, 55:11,
56:17, 57:24,
109:4
**mob**
103:2, 103:6,
103:9, 103:18,
105:17
**molly**
3:11
**molotov**
114:8
**moment**
19:4, 20:2,
93:15, 135:24,
157:13, 158:15
**moments**
19:15, 21:14

**month**
35:20
**more**
28:4, 29:21,
29:24, 30:18,
48:6, 58:23,
59:9, 59:18,
61:5, 70:4,
70:5, 76:25,
77:4, 86:4,
103:12, 124:21,
129:14, 134:20,
134:21, 135:7,
136:12, 137:20,
138:19, 141:23,
148:19, 148:20,
149:2, 156:10,
157:10, 165:25,
166:4
**morning**
11:15, 118:24,
119:2
**morphed**
7:12
**most**
22:19, 22:20,
46:24, 87:13,
135:21, 169:25
**mostly**
138:6
**motion**
154:14, 163:25
**mouse**
144:24, 148:6
**mouth**
169:21
**move**
18:7, 18:10,
31:6, 62:11,
69:10, 88:21,
108:7, 125:20,
149:6, 159:16
**moved**
6:21, 30:2,
53:24, 125:20,
142:4, 155:25,
161:22
**movement**
86:17, 97:10

**movements**
49:16, 52:8
**moves**
161:17
**moving**
69:24, 89:15,
89:16, 89:18,
90:11, 156:1,
163:12
**much**
17:22, 30:22,
35:5, 66:3,
129:20, 149:2
**multi-tiered**
115:24
**multiple**
53:21, 53:22,
53:23, 54:5,
60:3, 60:5,
64:16, 80:18,
125:22, 148:22,
167:22
**multitude**
102:23
**munition**
36:24, 112:3
**munitions**
111:14, 111:21,
112:2, 112:23,
123:1, 144:14

**N**

**name**
6:6, 29:7,
99:15
**names**
29:1
**nature**
67:3
**near**
18:4, 47:21,
75:13, 75:20,
75:22, 79:2,
122:13, 137:11,
148:21, 157:16
**necessarily**
43:3, 43:17,
65:3, 66:9,

123:3, 136:11,
164:16
**necessary**
10:18, 114:1
**need**
20:20, 42:21,
43:11, 43:15,
43:18, 44:15,
61:9, 62:12,
118:3, 130:21,
135:13, 151:21,
165:18, 165:22,
166:4, 168:4
**needed**
50:8, 53:24,
112:9, 125:25,
147:8, 166:7
**needs**
93:16
**neither**
172:9
**never**
18:13, 22:10,
26:18, 38:3,
56:3, 96:11,
96:13, 107:23,
112:14, 112:16,
131:21, 131:23,
133:9
**new**
127:23
**newer**
133:8
**newman**
3:20
**next**
91:1, 95:8,
95:9, 95:13,
99:3, 110:1,
155:19, 162:24,
168:22
**night**
22:12, 22:20,
22:21, 28:1,
67:22, 117:3,
126:9, 141:6,
141:7, 141:8,
142:3, 144:7,

146:24, 148:17,
167:21, 168:11
**nights**
137:17
**nobody**
70:10
**noise**
93:14
**normal**
75:2, 148:13
**normally**
61:14
**north**
69:21, 80:15,
81:10, 84:17,
123:21, 124:24,
169:7
**northeast**
53:4
**nose**
133:18
**notarial**
172:13
**notary**
2:10, 172:1
**note**
165:16, 168:17
**nothing**
19:3, 20:1,
86:19
**notice**
2:9, 138:23
**number**
35:22, 141:10
**numbers**
30:9, 31:12
**numerous**
69:8

## O

**o'donnell**
28:20, 83:9
**oath**
95:17, 96:12
**object**
16:20, 17:12,
24:4, 24:13,
24:22, 25:3,

28:11, 36:10,
38:11, 47:5,
50:25, 51:11,
74:13, 74:20,
77:13, 90:8,
91:6, 91:16,
91:25, 92:10,
93:4, 95:20,
96:1, 101:10,
106:2, 106:14,
108:2, 108:25,
111:23, 112:11,
113:23, 123:10,
125:11, 128:19,
129:15, 130:7,
131:10, 132:18,
134:15, 134:22,
138:11, 139:14,
143:22, 146:14,
150:24, 157:4,
157:21, 158:11,
158:25, 162:5,
163:4, 167:12
**objection**
79:15, 96:14,
105:19, 110:4,
152:10
**objects**
69:8
**obscenities**
22:3
**observant**
49:15
**observe**
48:16, 48:19,
49:7, 49:15,
49:19, 49:23,
52:6, 153:7
**observed**
48:20, 48:23,
50:17, 80:3,
92:21, 92:25,
147:21, 147:22
**observing**
158:13
**obtain**
11:24, 12:3,
12:25

**obviously**
152:23, 156:6
**oc**
35:6, 36:15,
36:18, 37:4,
37:13, 37:14,
37:17, 37:19,
41:4, 43:5,
45:5, 46:7,
56:3, 56:6,
69:18, 77:7,
77:25, 78:4,
114:23, 130:3,
131:17, 132:5,
132:8, 132:21,
133:11, 133:13,
133:16, 139:5,
139:12, 139:20,
139:21, 139:23,
139:25, 148:8,
150:14, 151:2,
151:4, 151:5,
151:13, 151:14
**occasion**
22:11
**occasions**
21:7
**occurred**
13:19, 15:10
**occurring**
16:11, 17:19,
165:4
**october**
172:18
**offering**
93:24
**officer**
1:14, 2:1,
4:11, 5:5, 6:2,
6:9, 14:22,
20:9, 20:20,
32:11, 32:24,
33:2, 33:6,
34:15, 34:21,
34:22, 60:12,
61:8, 61:24,
63:19, 93:6,
94:6, 95:9,

98:22, 98:23,
99:1, 99:3,
99:22, 100:17,
100:18, 101:1,
104:13, 105:6,
118:24, 127:12,
127:19, 133:9,
147:7, 147:25,
171:5, 171:12,
172:2

**officer-safety**
169:10

**officers**
21:19, 30:11,
30:16, 31:1,
31:2, 31:8,
31:9, 44:21,
47:2, 49:4,
53:23, 57:15,
61:15, 62:5,
62:9, 65:6,
69:20, 71:4,
72:13, 72:14,
72:15, 72:25,
73:3, 77:15,
77:22, 77:25,
78:3, 79:4,
79:13, 80:6,
81:1, 82:13,
92:8, 92:22,
93:1, 96:22,
100:21, 106:17,
107:13, 108:6,
112:7, 114:14,
114:17, 118:4,
119:9, 119:18,
122:21, 141:5,
142:18, 142:22,
147:22, 148:12,
152:17, 153:2,
155:6, 155:16,
156:2, 156:11,
157:10, 157:12,
157:17, 157:20,
158:8, 169:24,
170:3

**often**
22:13, 58:4,

58:7, 137:9

**oh**
64:23, 86:10,
94:19

**okay**
7:22, 9:15,
15:17, 17:5,
19:13, 19:20,
21:10, 23:21,
25:10, 26:20,
29:9, 29:17,
30:3, 30:14,
34:19, 36:14,
36:20, 37:4,
38:23, 39:20,
40:25, 46:5,
46:18, 46:23,
50:9, 51:9,
51:12, 51:13,
51:16, 51:25,
55:15, 55:25,
60:25, 67:9,
67:19, 73:12,
79:6, 81:7,
83:18, 84:4,
84:7, 84:23,
85:25, 86:12,
88:19, 90:3,
93:14, 93:18,
94:19, 98:5,
111:11, 112:18,
117:16, 122:19,
124:2, 124:14,
125:16, 126:2,
128:13, 129:11,
129:25, 137:3,
139:17, 139:24,
140:6, 140:10,
142:11, 143:18,
144:7, 145:11,
145:18, 148:10,
149:16, 150:3,
151:19, 152:1,
153:10, 153:18,
153:24, 154:16,
159:25, 161:23,
163:2, 163:3,
163:21

**on-the-record**
165:13

**once**
58:13, 76:23,
76:25, 77:4

**one**
9:16, 9:24,
10:2, 14:16,
15:3, 15:4,
15:14, 16:1,
18:8, 18:22,
28:4, 29:4,
29:9, 31:14,
31:15, 31:18,
31:19, 32:17,
33:23, 35:8,
38:3, 40:5,
48:2, 54:14,
54:15, 57:4,
62:8, 63:3,
64:9, 64:11,
64:13, 68:6,
72:23, 75:20,
75:21, 77:7,
83:6, 83:7,
83:15, 86:22,
86:23, 87:8,
90:23, 91:24,
100:20, 103:22,
114:21, 116:19,
116:23, 120:8,
120:20, 122:3,
122:20, 123:6,
123:25, 124:21,
125:6, 125:19,
126:15, 131:4,
133:24, 134:1,
134:4, 138:25,
139:8, 141:10,
143:7, 144:8,
145:9, 145:14,
148:19, 152:24,
159:13, 166:17,
166:18

**ones**
8:25, 32:12,
61:5, 114:24,
139:18

**ongoing**
138:25

**only**
9:12, 13:2,
14:22, 25:4,
32:12, 32:14,
38:24, 89:1

**opens**
169:10

**opinion**
70:23, 90:2,
105:22, 106:15,
138:13

**opportunity**
43:12, 43:14,
43:25, 44:10

**opposed**
38:21, 133:3,
140:8, 169:15

**option**
38:4

**orange**
37:6, 139:25

**order**
19:21, 21:17,
42:25, 43:14,
43:15, 44:15,
44:23, 45:5,
45:20, 46:21,
67:5, 67:6,
67:8, 67:21,
67:25, 68:12,
86:16, 86:21,
86:23, 87:8,
87:10, 87:22,
109:18, 117:10,
120:6, 121:2,
131:8, 147:5,
150:18, 151:10

**ordered**
109:14, 109:15,
120:4

**orders**
42:19, 42:23,
43:18, 68:8,
70:7, 79:25,
82:15, 82:23,
85:15, 103:3,

103:19, 103:24,
104:2, 104:3,
104:5, 105:1,
105:6, 120:24
**other**
10:8, 22:6,
22:7, 30:5,
34:16, 34:23,
35:1, 35:11,
35:16, 36:25,
39:13, 40:6,
47:22, 50:6,
58:23, 61:14,
65:12, 69:8,
69:20, 70:3,
72:11, 72:15,
77:15, 77:21,
78:19, 78:24,
79:3, 79:13,
79:18, 80:6,
80:12, 80:25,
82:13, 85:23,
91:11, 91:12,
91:13, 92:21,
92:25, 95:12,
96:21, 98:8,
100:20, 100:21,
100:24, 103:11,
106:17, 107:13,
107:14, 108:6,
108:12, 110:2,
112:7, 114:17,
115:1, 115:5,
116:19, 119:18,
120:22, 120:23,
121:6, 121:7,
121:11, 121:12,
122:21, 131:5,
134:2, 134:4,
134:10, 134:20,
136:12, 138:3,
138:8, 138:22,
139:4, 141:10,
143:1, 148:16,
152:24, 155:6,
155:15, 155:25,
156:11, 157:12,
157:13, 157:17,

158:8, 158:10,
169:24, 170:3
**others**
45:1, 103:23,
129:14, 138:20,
142:12, 157:20
**otherwise**
172:11
**ourselves**
135:15
**out**
7:17, 14:22,
15:3, 15:4,
15:6, 15:14,
15:22, 16:1,
22:25, 29:16,
32:24, 33:24,
40:11, 40:12,
40:15, 57:16,
67:5, 67:8,
67:21, 67:22,
68:13, 80:22,
89:11, 108:7,
115:18, 120:1,
120:14, 122:17,
122:22, 123:20,
124:23, 132:4,
132:5, 132:24,
135:15, 137:18,
138:21, 140:7,
140:16, 140:17,
142:21, 142:22,
143:2, 148:9,
152:4, 152:9,
152:13, 152:21,
153:1, 153:15,
165:17, 166:7,
166:8, 168:9
**outcome**
172:11
**outlining**
67:24
**outlying**
44:3
**outside**
36:6, 63:9,
78:20, 96:9,
114:7, 121:7,

126:25, 127:6
**outstanding**
33:21
**over**
27:19, 43:8,
81:12, 84:12,
87:13, 91:19,
100:5, 104:2,
104:13, 106:9,
110:10, 128:1,
141:22, 148:11,
150:4, 155:11,
167:23
**over-watch**
155:4
**overcome**
133:13
**overtime**
26:2
**own**
62:6, 169:14

---

**P**

**package**
114:21
**page**
5:3, 5:10,
9:13, 9:16,
9:18, 124:15,
169:2
**pages**
1:21, 8:19,
9:10, 124:12
**paint**
114:19
**paintballs**
114:22
**pants**
100:4
**parameters**
20:17, 46:15
**park**
81:17
**parking**
80:14
**part**
12:1, 21:22,
33:8, 50:7,

59:7, 67:5,
79:9, 95:3,
112:13, 112:16,
115:25, 119:9,
124:3, 126:1,
126:7, 126:10,
126:15, 126:21,
131:17, 132:12,
132:16, 135:21,
137:13, 137:22,
137:24, 138:3,
140:6, 141:13,
149:8, 159:21,
169:14
**partial**
8:12, 8:14,
8:17, 8:25, 9:4
**particular**
28:21, 31:23,
40:8, 40:9,
41:24, 72:18,
136:9
**parties**
172:10
**parting**
49:16
**partner**
133:23
**parts**
24:7, 51:4,
68:5, 68:6,
112:12
**pass**
51:11
**passing**
50:10, 50:18
**patch**
99:18
**patrol**
6:17, 6:19,
7:15, 22:11,
148:14
**pause**
83:24, 100:15,
149:1, 153:14
**paused**
84:7, 88:19,
94:13, 99:6,

111:11
**pavement**
161:15
**paying**
89:21
**pd**
79:14
**peaceful**
46:24, 48:5,
48:12, 49:24,
50:3, 50:4,
109:2, 115:9
**peacefully**
49:1, 49:10
**people**
30:6, 43:1,
45:8, 45:19,
46:24, 47:21,
48:5, 48:7,
48:11, 48:13,
48:24, 49:2,
49:3, 49:6,
49:17, 50:2,
50:7, 50:14,
50:21, 50:22,
51:14, 51:19,
51:21, 52:8,
64:16, 70:22,
71:10, 80:5,
95:15, 95:16,
96:5, 96:18,
96:22, 102:18,
102:19, 102:20,
102:21, 108:7,
108:13, 108:15,
108:18, 108:21,
108:23, 109:13,
109:15, 112:2,
115:7, 115:8,
115:12, 115:14,
115:16, 115:21,
120:25, 136:12,
140:18, 140:20,
154:8, 157:6,
161:4
**pepper**
128:14
**pepperball**
18:17, 18:19,

18:22, 35:6,
39:25, 42:13,
43:2, 43:10,
44:9, 44:23,
45:8, 45:17,
45:25, 46:8,
46:19, 47:4,
56:5, 56:10,
56:14, 56:17,
56:21, 57:2,
57:10, 57:23,
77:25, 78:3,
82:3, 123:24,
125:1, 125:5,
128:22, 129:3,
130:3, 130:16,
130:25, 135:4,
136:16, 139:6,
144:14, 145:23,
146:1, 146:5,
146:25, 148:7,
157:14, 158:4,
158:18, 160:21,
161:9, 161:13,
163:13, 168:12,
168:15
**pepperballs**
135:14, 142:16
**period**
98:1, 109:5,
112:17, 114:12,
116:4
**periods**
22:18, 110:23
**permitted**
45:7
**person**
27:18, 45:24,
46:20, 48:2,
49:5, 49:24,
52:5, 85:12,
87:12, 87:15,
99:8, 99:17,
115:10, 133:20,
144:23, 151:17,
154:15, 154:18,
154:19, 154:20,
158:9, 160:24

**personal**
138:13
**personally**
37:25, 38:1,
39:1, 43:24,
48:16, 74:7,
80:4, 90:2,
104:1, 107:11,
115:15
**phone**
27:19
**physical**
41:20
**pick**
156:4
**picks**
88:13, 121:24
**place**
171:7
**placed**
18:1
**plaintiffs**
1:7, 3:2, 3:9,
33:8, 127:15
**plan**
90:25
**planning**
151:13
**plans**
86:17, 138:24
**plate**
100:4
**platform**
40:15, 136:22,
155:2
**play**
73:13, 73:14,
73:19, 83:14,
83:16, 84:23,
85:5, 86:3,
88:15, 90:10,
94:9, 94:17,
94:19, 97:3,
100:12, 111:3,
112:19, 143:4,
143:14, 144:18,
145:18, 147:15,
153:25, 154:13,

159:21, 160:23,
161:11, 161:18,
162:24, 163:17,
166:17, 166:21
**played**
83:24, 161:14
**playing**
73:17, 73:21,
83:23, 85:2,
85:6, 86:1,
86:2, 86:6,
88:18, 94:12,
94:20, 97:4,
100:14, 111:5,
111:7, 111:10,
112:6, 112:21,
143:17, 144:21,
145:6, 145:7,
145:20, 147:18,
148:3, 149:9,
149:22, 150:6,
150:8, 151:20,
151:23, 154:1,
154:4, 154:22,
160:1, 161:1,
161:12, 161:24,
162:16, 163:5,
163:22, 166:25,
168:24
**pleasant**
133:17
**please**
6:6, 8:1, 13:24
**pleaser**
136:14
**plug**
101:17
**pocket**
156:3
**point**
8:18, 25:8,
26:19, 27:14,
54:8, 75:20,
75:21, 80:20,
81:5, 81:19,
89:14, 89:15,
106:11, 106:21,
106:23, 107:8,

110:8, 114:21,
117:19, 119:25,
121:11, 124:7,
125:14, 125:15,
125:20, 127:3,
146:23, 148:23,
149:16, 151:2,
155:7, 162:17,
165:7, 168:9
**pointed**
144:16
**pointing**
154:11, 155:14
**points**
27:22
**poke**
49:17
**police**
6:9, 13:13,
14:13, 14:19,
16:17, 16:23,
17:1, 17:7,
17:11, 17:15,
17:17, 20:4,
23:11, 23:22,
24:1, 30:5,
35:21, 35:24,
43:24, 96:21,
99:15, 99:18,
104:13, 105:6,
169:18
**policed**
34:16, 34:23,
52:17, 93:7
**policy**
13:10, 16:17,
20:25, 24:1,
24:10, 24:15,
24:20, 25:1,
25:14, 41:9,
42:11, 42:14,
44:8, 45:7,
46:3, 46:5,
46:16, 46:17,
47:3, 47:7,
50:1, 50:20,
51:2, 52:13,
59:22, 92:18,

93:3, 93:8,
93:12, 106:1,
109:12, 114:3,
115:20, 115:25,
126:5, 126:20,
127:25, 128:3,
128:7, 129:9,
131:6, 146:12,
147:2, 147:4,
157:3, 157:18,
158:17, 158:18,
158:23, 167:9,
167:15, 167:20,
168:3
**ponytail**
101:6
**pop**
161:3, 161:6
**popped**
153:17
**popping**
117:7
**porter**
3:12
**portion**
58:22, 69:23,
74:24, 75:19,
80:2, 91:20,
115:25, 124:4,
154:7, 155:24,
168:14
**pose**
131:9
**position**
6:20, 152:5,
164:1
**positioning**
158:16
**positions**
6:14
**positively**
96:10
**possession**
110:10
**possible**
17:23, 19:1
**possibly**
19:18, 155:19,

157:11, 157:15
**potentially**
150:23
**powder**
37:17, 37:20,
43:7, 139:23
**practical**
58:23
**practice**
93:3
**predicted**
65:7
**prefer**
136:9
**preparation**
8:10, 8:23
**prepare**
9:24, 10:22,
33:6
**prepared**
10:2
**present**
4:10, 11:21,
13:7, 64:16,
78:8, 152:18,
152:21
**president**
138:1
**pretending**
50:3, 50:4
**pretty**
31:12, 65:3,
69:18, 100:9,
102:17, 106:4,
106:5
**previously**
158:3, 162:12
**prior**
35:17, 66:20,
67:13, 68:12,
87:17, 89:4,
104:11, 104:17,
137:5, 139:2,
139:5, 139:6,
145:23, 145:24,
145:25, 146:8,
151:18, 168:8
**probably**
56:13, 72:15,

90:25, 115:5,
116:1, 140:24,
142:24, 142:25,
148:22, 153:6
**problem**
135:22
**problems**
47:25, 115:21
**proceeded**
149:17
**proceedings**
172:3, 172:5,
172:6
**process**
156:24
**produce**
32:9, 32:18,
32:25, 33:14,
33:15, 34:8
**produced**
32:13, 33:7,
110:13, 124:13,
143:11
**production**
32:23, 33:8,
33:21, 33:23,
33:24
**profanity**
95:1, 95:3,
102:20
**projected**
140:7
**projectile**
139:23, 149:23,
150:1, 150:2,
150:11, 160:14
**proper**
158:7
**property**
44:19, 44:25,
80:13, 106:18,
107:5, 125:23
**protect**
12:10, 108:10
**protective**
134:7
**protector**
52:4

**protest**
135:5, 137:10,
169:23
**protest-type**
138:3
**protester**
94:14, 95:18,
155:19
**protesters**
19:21, 19:23,
20:4, 38:9,
38:13, 65:25,
68:16, 80:22,
81:8, 82:6,
82:14, 89:11,
90:7, 90:11,
92:9, 111:12,
111:21, 112:24,
131:7, 163:8
**protests**
7:24, 8:16,
13:15, 13:17,
13:19, 13:23,
14:8, 14:13,
14:14, 14:19,
15:17, 16:5,
18:2, 18:7,
18:16, 19:11,
19:12, 21:4,
22:1, 22:23,
23:3, 24:24,
25:7, 25:9,
25:13, 25:25,
26:6, 26:13,
26:21, 27:7,
28:4, 28:15,
28:17, 28:25,
29:2, 29:20,
30:4, 30:5,
30:16, 31:4,
31:22, 34:16,
34:24, 35:12,
35:21, 35:24,
38:8, 39:24,
48:4, 48:18,
52:18, 52:21,
53:9, 54:19,
54:24, 55:3,

55:10, 55:18,
62:16, 62:20,
63:5, 63:11,
63:21, 64:1,
64:3, 64:5,
64:18, 64:25,
65:8, 65:23,
66:8, 66:13,
69:2, 93:2,
93:7, 93:11,
137:5, 137:20,
138:6, 138:9,
138:16, 139:2,
139:4, 139:7,
140:16
**provide**
43:14, 128:16
**provided**
127:21, 159:8
**provides**
128:1
**prudent**
16:24, 16:25,
17:2, 23:12,
23:15, 23:16
**pubic**
172:21
**public**
2:10, 80:7,
80:11, 172:1
**pull**
93:15, 97:17,
98:18, 109:22,
118:6, 143:7
**pulling**
85:1, 102:7
**punching**
41:20
**purpose**
70:1
**purposely**
48:6
**purposes**
43:11, 128:4,
159:16
**pursuant**
2:9, 106:1
**push**
19:21, 21:16,

69:9, 70:5,
70:8, 82:11,
90:13, 92:14,
120:13, 121:11,
122:17, 122:20,
122:21, 122:24,
122:25, 123:2,
123:3, 124:3,
155:22, 167:23,
168:13
**pushed**
80:22, 80:25,
81:16, 82:13,
89:11, 119:25,
120:2, 123:20,
123:22, 124:22,
124:24
**pushing**
19:5, 41:20,
69:11, 69:19,
92:8, 144:7,
144:10
**put**
19:16, 21:16,
26:12, 34:13,
34:14, 72:22,
103:5, 117:10,
150:16, 151:8
**putting**
34:11

**Q**

**question**
8:2, 8:5, 8:6,
26:9, 34:20,
36:11, 38:19,
48:8, 48:15,
49:7, 51:4,
60:1, 95:21,
96:15, 102:17,
105:20, 106:5,
110:5, 112:12,
115:24, 139:8,
141:13, 146:25,
152:11, 157:24,
168:21
**question's**
17:13

**questioned**
113:8
**questions**
7:23, 73:14,
83:17, 84:24,
88:16, 94:10,
127:11, 127:16,
127:20, 127:22,
140:10, 140:14,
143:15, 149:7,
159:23, 165:25,
166:5, 166:18,
170:7, 170:9,
170:11
**quick**
127:7
**quickly**
71:15, 138:20,
146:4, 168:20
**quite**
137:9, 157:23,
160:7
**quote**
131:21, 136:21,
136:24

**R**

**radio**
87:13, 88:2,
88:3, 88:5,
88:6, 88:7,
88:9, 155:11,
170:2
**rain**
43:8
**raised**
162:8
**ran**
22:25, 160:16
**rapidly**
65:5
**rather**
132:13, 136:15,
146:4
**reach**
18:23
**reached**
97:7

**reaching**
19:5
**read**
45:11, 171:5
**ready**
75:6
**real-life**
133:12
**reality**
136:5
**realize**
49:23, 165:15
**really**
38:4, 38:19,
85:12, 90:1,
118:20, 129:17,
129:22, 141:21,
146:17
**reason**
17:5, 17:9,
17:14, 25:5,
29:11, 53:18,
92:2, 130:5,
132:16, 134:25,
135:1
**reasonable**
35:7, 109:13,
114:1, 116:1,
116:6
**reasons**
43:20, 44:16,
65:9, 74:11,
151:15
**recalled**
151:3
**receive**
9:13, 27:20,
32:16, 32:17,
56:9, 57:11,
57:24, 59:12,
107:15
**received**
8:20, 9:22,
10:1, 10:4,
32:14, 33:6,
55:12, 55:23,
56:7, 57:6,
57:22, 60:3,

60:4, 65:21,
67:19, 67:20,
106:9, 107:23,
165:2
**receiving**
61:20, 155:9,
155:11
**recognize**
72:25, 79:19,
145:15
**recoil**
164:6, 164:17,
164:18
**recollection**
13:22, 14:1,
14:7, 14:20,
21:11, 54:6,
55:7, 71:19,
78:6, 84:1,
85:14, 96:4,
113:12, 123:15,
160:5, 162:3,
169:20
**record**
6:7, 34:12,
34:14, 63:16,
63:17, 72:22,
94:2, 94:3,
96:10, 110:25,
118:12, 118:14,
118:18, 118:21,
127:9, 127:10,
127:14, 143:10,
149:4, 149:5,
165:16, 166:15,
170:12, 172:5
**recorded**
70:16
**recording**
110:8, 125:14
**records**
89:3, 142:18
**recover**
134:3
**recruit**
133:8
**redid**
58:22

**reduced**
172:7
**redundant**
23:18
**refer**
7:13, 59:22,
80:2
**reference**
85:16, 85:19
**references**
29:12
**referring**
13:17, 13:18,
14:24, 24:23,
40:22, 44:13,
75:14, 90:20,
139:7, 150:1,
150:11
**refresh**
84:1, 85:14,
113:11
**refreshed**
113:19
**refresher**
55:16, 57:25,
58:3, 58:17,
58:19
**refreshes**
123:15
**refuse**
34:8
**refused**
131:8
**refusing**
33:20
**regarding**
24:11, 55:4,
68:10, 137:3
**regardless**
126:23
**regards**
13:10, 23:8
**regular**
7:15, 58:10,
58:11
**related**
172:9
**release**
46:7, 116:10

**released**
37:13
**releases**
37:19
**reload**
76:11, 76:25
**reloaded**
76:19, 76:23,
77:4
**remains**
137:15
**remember**
6:25, 9:1,
10:21, 21:14,
21:15, 27:2,
32:2, 57:18,
58:12, 63:7,
68:5, 69:6,
69:7, 69:11,
69:12, 69:14,
69:16, 71:25,
72:13, 72:14,
72:16, 75:17,
78:10, 78:11,
79:3, 79:17,
80:1, 81:4,
100:6, 117:20,
133:24, 140:20,
140:23, 141:11,
142:11, 143:24,
160:11, 168:1,
169:11
**remembered**
162:13
**remind**
15:15
**reminding**
21:19
**remotely**
8:1
**reopen**
34:7
**reopened**
33:20
**repeat**
8:2, 12:2,
17:8, 34:19,
48:9, 54:22,

60:1, 117:13,
128:24, 141:12,
152:12
**repeatedly**
156:12, 156:14
**rephrase**
8:2, 13:24,
40:20
**rephrasing**
24:7
**replay**
89:20, 112:5
**report**
15:11, 15:13,
24:18, 34:23,
35:8, 102:25,
103:16, 119:22,
123:19, 124:11,
124:18, 124:22,
168:10, 168:12,
168:16
**reported**
1:22, 75:7
**reporter**
125:3, 172:1
**reports**
15:2, 24:2,
25:22, 26:4,
27:5, 28:13,
35:11, 35:14,
35:16
**represent**
144:2
**representing**
12:16, 12:17,
12:18, 13:2
**represents**
12:22
**request**
32:23, 33:21,
33:22
**request-for-prod-
uction**
32:22
**requested**
32:24, 33:1,
34:10, 170:14,
172:8

**requesting**
32:9
**requests**
33:23
**require**
16:17
**required**
17:9, 24:2,
24:17, 24:20,
26:7, 26:22,
28:6, 47:13
**requirements**
7:9, 58:20
**requires**
46:6, 115:20,
126:5, 126:20
**resistance**
42:15, 42:18,
42:23, 130:23
**respect**
24:1, 26:22,
55:19, 56:1,
65:25, 73:25,
93:1
**respond**
65:5, 66:3,
74:23, 75:5
**response**
64:4, 64:25,
65:2, 65:5,
65:23, 66:5,
114:2, 138:4,
138:7, 138:8,
138:9, 138:15
**responses**
138:18, 138:25
**responsibilities**
7:8, 67:1
**rest**
169:9
**retreating**
149:18
**review**
8:9, 8:22,
10:8, 10:11,
10:14, 11:9,
11:12, 35:17,
36:7, 167:14,

167:15, 168:6,
172:8
**reviewed**
8:11, 8:13,
8:15, 9:11,
10:13, 32:6,
32:11, 34:9,
35:14
**reviewing**
167:20
**rewinded**
90:3
**ried**
3:18
**rights**
109:3
**ringel**
4:4, 11:1,
11:20, 11:22,
12:9, 12:14,
12:20, 12:22,
13:1, 13:6,
16:20, 17:12,
24:4, 24:13,
24:22, 25:3,
28:11, 32:8,
32:19, 32:21,
33:4, 33:17,
34:1, 34:6,
34:13, 36:10,
38:11, 47:5,
50:25, 74:13,
74:20, 77:13,
79:15, 90:8,
91:6, 91:16,
91:25, 92:10,
93:4, 96:1,
101:10, 106:2,
106:14, 108:2,
108:25, 110:6,
111:23, 112:11,
113:23, 118:12,
118:17, 123:10,
125:11, 128:19,
129:15, 130:7,
131:10, 132:18,
134:15, 134:22,
138:11, 139:14,

143:22, 146:14,
150:24, 157:4,
157:21, 158:11,
158:25, 162:5,
163:4, 165:20,
167:12, 170:11
**riot**
143:11, 153:18,
159:18
**rise**
130:24, 130:25
**rising**
130:21
**risk**
132:24
**river**
80:3, 80:5,
80:12, 80:14,
80:18, 81:8,
81:11, 82:14,
107:20, 108:11,
114:18, 115:2,
155:15
**roads**
108:10
**rock**
50:11, 80:19,
107:20, 108:11,
114:18, 155:15
**rocks**
47:22, 49:20,
50:18, 69:7,
70:2, 80:3,
80:5, 80:12,
80:14, 81:8,
81:12, 82:15,
106:16, 107:12,
115:1, 115:2,
124:1, 125:7,
156:14
**role**
13:6
**roles**
7:7, 67:1
**roll**
27:20, 64:2,
64:15, 65:20,
66:7, 66:9,

138:21
**rooms**
67:2
**roughly**
30:10
**round**
36:14, 36:15,
37:4, 37:10,
37:14, 41:4,
115:1, 115:2,
140:3
**rounded**
37:14
**rounds**
36:18, 36:22,
76:3, 76:4,
76:17, 77:7,
123:24, 125:1,
125:5
**rpr**
1:22
**rtd**
80:19, 80:23,
81:9, 81:14,
149:12, 155:2
**rubber**
139:11, 139:16,
139:18
**rules**
55:18, 65:24,
68:1
**run**
133:18, 160:17
**running**
162:17
**runs**
58:5, 58:16

**S**

**safe**
13:14, 16:10,
16:24, 16:25,
17:2, 17:21,
19:9, 19:13,
20:2, 20:10,
23:12, 23:14,
23:17, 23:21,
82:9, 116:1,

116:6, 118:4,
126:24, 137:15,
164:2
**safety**
43:20, 44:3,
44:16, 100:5
**said**
16:25, 23:8,
30:14, 35:13,
45:2, 85:7,
85:8, 95:9,
95:14, 96:11,
96:13, 104:16,
105:1, 129:1,
131:21, 136:18,
136:21, 139:24,
140:24, 141:3,
141:14, 146:4,
147:3, 151:25,
158:3, 172:6
**sake**
29:22, 29:24
**same**
11:17, 37:10,
40:3, 56:12,
57:7, 99:15,
140:17, 159:17,
169:2
**saturday**
8:15, 9:16,
10:2, 15:20,
15:22, 16:2,
32:17, 35:15,
74:25, 76:16,
78:21, 79:6,
93:1, 113:21
**saw**
38:8, 38:12,
38:24, 48:24,
71:20, 88:21,
89:19, 112:7,
114:20, 127:4,
136:4, 146:3,
147:7, 153:5,
153:12, 155:22,
159:20, 159:22,
163:11
**say**
14:17, 19:21,

26:20, 30:18,
30:24, 38:1,
41:23, 70:16,
84:16, 85:4,
93:22, 95:5,
96:12, 98:12,
99:24, 106:11,
122:15, 122:24,
123:7, 123:20,
124:11, 128:9,
129:20, 135:13,
137:21, 140:19,
151:17, 159:11,
165:24, 169:12
**saying**
9:4, 14:3,
46:13, 71:8,
74:2, 86:22,
87:18, 91:18,
94:24, 94:25,
95:2, 95:7,
95:23, 96:7,
96:11, 105:2,
107:3, 117:6,
121:1, 126:12,
129:6, 142:8,
144:23, 145:1,
151:1, 156:25,
158:7, 164:16,
166:8, 168:5,
169:1, 169:12
**says**
9:17, 84:14,
118:13, 118:22,
119:23, 121:19,
134:1, 144:1,
144:4
**scale**
137:18
**scenario**
61:13, 62:4,
133:12
**scene**
20:11, 152:18,
152:21
**schedule**
166:8
**scheduled**
165:21

**scheduling**
165:18
**school**
96:19
**scope**
129:13
**screen**
73:6, 83:12,
84:15, 94:6,
98:19, 101:6,
121:21, 124:17,
143:8, 161:3,
164:11
**screenshot**
108:15
**seal**
69:17, 172:13
**second**
8:18, 11:14,
18:14, 82:10,
112:16, 141:13,
143:7, 147:1,
149:2
**seconds**
83:17, 83:25,
84:23, 89:3,
89:17, 90:10,
94:9, 97:3,
100:12, 112:19,
146:3, 147:15,
151:18, 153:24,
153:25, 154:3,
162:25, 167:25
**section**
148:11
**secure**
20:11
**see**
7:22, 52:9,
59:5, 71:24,
73:6, 83:3,
83:12, 84:4,
84:9, 84:16,
86:7, 88:10,
89:20, 90:6,
90:9, 93:6,
94:6, 95:11,
95:16, 98:19,

99:8, 100:19,
100:21, 108:15,
108:18, 108:21,
111:18, 114:8,
114:16, 115:16,
118:7, 118:9,
121:6, 121:21,
121:25, 122:1,
124:15, 124:19,
125:8, 125:9,
132:19, 143:19,
143:21, 144:11,
146:5, 147:11,
147:15, 149:14,
149:23, 150:2,
150:7, 150:10,
153:22, 153:23,
154:5, 155:23,
156:13, 160:18,
160:20, 160:23,
161:18, 162:1,
162:25, 163:10,
163:25, 164:11,
164:13, 165:9,
167:14, 167:15
**seeing**
72:13, 72:14,
72:16, 73:22,
78:10, 79:3,
79:18, 95:15,
143:8, 151:3,
153:16
**seem**
29:12, 91:8
**seemed**
8:18, 24:6,
45:12, 58:4,
142:2, 160:8,
169:8
**seen**
29:11, 37:25,
38:1, 51:10,
59:2, 123:18,
139:19, 143:16
**send**
32:10
**sense**
34:3, 70:25,

166:2, 167:20
**sent**
140:15
**separate**
15:11, 45:15
**september**
7:1
**sergeant**
28:18, 28:19,
31:14, 31:19,
31:23, 54:16,
57:18, 60:17,
60:23, 65:10,
65:11, 65:14,
129:25, 135:12,
165:21
**sergeants**
28:23, 32:3,
65:12, 82:22,
120:8, 120:23,
145:14
**serious**
129:14
**service**
110:15
**session**
57:5
**set**
51:8, 109:9,
172:12
**sets**
33:23
**seven**
124:12
**several**
25:6, 59:17,
79:24, 142:16,
168:3
**severely**
132:25
**shape**
13:7, 22:1,
37:10
**shaped**
115:2
**shell**
37:12, 139:23
**shift**
25:22, 26:4,

28:7, 66:16,
66:21, 75:1,
75:3, 101:16,
141:6
**shifts**
27:5
**shirt**
100:4
**shoot**
42:7, 43:1,
45:8, 45:9,
45:17, 46:6,
46:11, 47:9,
50:24, 109:14,
109:15, 112:9,
148:5, 164:17,
164:18, 164:21
**shooting**
43:6, 45:14,
45:19, 46:1,
46:4, 46:14,
46:16, 52:13,
111:22
**short**
26:2, 86:3,
166:11
**shortages**
36:24
**shorthand**
172:1
**shortly**
57:21, 104:18,
124:6
**shot**
49:18, 132:4,
134:10, 148:1
**should**
85:7, 137:21
**shoulder**
18:3, 18:4
**shoulders**
136:6
**shouldn't**
30:24
**show**
133:5, 133:12
**showed**
33:16, 167:5

**showing**
73:8, 88:10,
94:8, 96:25,
97:16, 97:17,
102:7, 109:24,
111:25, 114:4,
118:7, 124:12,
124:15, 124:18,
145:25, 154:25,
168:13
**shown**
33:2, 122:12
**shut**
86:16, 87:1,
87:4, 87:5,
87:9, 87:18,
87:19, 88:8,
90:22, 97:5,
97:8, 97:11
**shutting**
87:17
**side**
12:8, 12:14,
30:22, 30:23,
31:2, 31:3,
54:10, 69:21,
81:13, 81:14,
84:15, 101:5,
134:1, 134:4
**sides**
91:11
**sign**
51:17, 52:4,
84:14
**signature**
170:14
**signature-b7fzp**
172:19
**signs**
49:23, 108:18
**similar**
37:9, 138:18,
139:22
**simply**
51:18, 51:20,
52:1, 91:18,
136:12
**since**
6:14, 7:25,

25:6, 33:24,
55:14, 99:24,
130:12, 148:21
**single**
14:10, 15:8,
49:5, 96:11,
115:10
**sit**
14:5, 59:25,
60:3
**sitting**
98:2
**situation**
16:15, 18:25,
20:10, 20:14,
22:4, 44:2,
47:4, 47:7,
47:19, 52:15,
61:14, 71:2,
128:18, 132:20,
133:19, 138:19,
146:16, 164:5
**situations**
47:20, 71:13,
129:2, 129:6,
130:15, 130:20
**six**
76:10, 76:22,
83:22, 118:15,
144:2, 144:4
**skirmish**
21:15, 21:20,
21:24, 21:25,
48:21, 48:22,
61:17, 63:11,
65:7, 69:6,
79:9, 79:13,
80:10, 91:10,
98:15, 99:4,
100:10, 107:19,
108:6, 110:24,
118:3, 119:13,
119:19, 125:19,
135:24, 136:3,
144:8, 144:9,
145:4, 160:6,
169:8, 169:9
**sling**
49:18

**slow**
154:13
**slur**
95:4, 95:19,
95:25, 96:5
**small**
132:6
**smaller**
31:1, 137:18,
138:3
**smoke**
71:22, 72:1,
72:3, 72:5,
74:2, 89:23,
89:24, 90:2,
114:23, 116:10,
116:15, 116:21,
117:1, 117:7,
150:14, 151:5,
151:9, 151:12
**snippets**
111:25, 113:1
**some**
7:17, 8:18,
27:13, 36:24,
36:25, 40:5,
41:17, 41:19,
44:14, 52:4,
54:8, 58:9,
59:18, 64:3,
66:21, 72:7,
72:13, 72:14,
73:14, 80:20,
83:17, 84:24,
88:16, 89:15,
94:10, 117:19,
119:25, 121:11,
125:24, 126:13,
127:15, 127:20,
127:21, 127:22,
127:23, 129:13,
130:9, 132:4,
134:3, 136:2,
137:10, 138:19,
140:10, 140:14,
143:15, 148:23,
149:7, 150:13,
154:8, 154:9,

160:5, 160:7,
160:14, 165:18
**somebody**
20:9, 41:2,
41:14, 41:16,
41:24, 49:9,
49:12, 50:5,
50:6, 50:10,
50:11, 50:19,
51:10, 51:11,
52:1, 63:2,
63:10, 85:4,
85:7, 86:21,
87:18, 95:8,
107:25, 109:17,
112:14, 135:2,
136:8, 142:5,
142:6, 147:7,
154:12, 160:15
**somebody's**
41:5
**someone**
12:8, 41:1,
42:18, 87:21,
99:14, 114:2,
117:6, 146:5,
152:8, 152:13,
156:19
**something**
15:13, 19:18,
19:22, 27:25,
33:11, 38:5,
39:20, 44:4,
47:1, 49:18,
50:11, 50:18,
58:6, 59:7,
68:10, 109:17,
117:7, 132:3,
147:8, 147:19,
147:23, 151:25,
156:4, 162:14
**sometime**
28:3
**sometimes**
20:14, 22:4,
31:25, 58:21,
151:12, 163:15
**somewhere**
18:3, 75:4

**soon**
25:15, 106:15,
156:13, 167:9
**sooner**
56:22, 67:14,
67:17
**sorry**
12:2, 13:3,
25:18, 28:22,
30:14, 32:14,
34:19, 36:18,
42:6, 54:17,
56:16, 58:14,
63:24, 64:10,
64:21, 67:16,
67:17, 68:25,
73:18, 74:17,
76:8, 85:12,
105:9, 106:4,
117:14, 119:12,
124:21, 129:23,
131:22, 132:1,
132:9, 136:23,
137:2, 141:12,
148:18, 150:2,
152:12, 153:15,
154:3, 157:25,
158:1, 159:6,
159:11, 165:10
**sort**
6:22, 7:3, 7:6,
7:10, 7:18,
13:13, 41:19,
41:20, 44:14,
52:4, 55:15,
72:7, 101:4,
129:12, 132:4,
150:13, 154:10,
158:5, 160:14,
166:20
**sound**
89:1, 89:4,
161:7, 161:10,
162:4, 167:3
**sounded**
150:18, 161:15,
163:12
**south**
54:10, 75:22,

79:10, 80:20,
80:22, 80:25,
81:4, 81:16,
82:14, 89:15,
89:16, 90:11,
90:13, 92:9,
119:10, 119:19,
149:17, 155:22
**southbound**
154:7, 162:18
**southeast**
54:10
**speak**
38:6, 38:16,
82:25, 130:10
**speaker**
70:10
**specific**
21:11, 28:23,
30:12, 44:2,
45:24, 46:10,
46:18, 49:16,
50:10, 55:2,
55:22, 59:6,
59:10, 65:6,
66:18, 77:3,
78:2, 96:8,
96:16, 104:3,
109:9, 109:11,
113:1, 113:24,
121:2, 121:10,
124:8, 131:13,
159:4, 163:11
**specifically**
19:10, 29:3,
36:23, 37:1,
55:8, 55:12,
57:19, 64:14,
66:2, 68:18,
70:13, 73:2,
85:22, 87:1,
111:17, 112:1,
114:5, 114:14,
120:10, 146:2,
167:4, 167:16
**specifics**
68:4, 68:9,
80:17, 90:24,

104:25, 122:15,
130:11
**speculation**
152:11
**spell**
6:6
**spent**
114:25
**split**
31:13
**spoken**
128:13
**spots**
54:5
**spray**
43:7, 56:3,
56:7, 78:1,
78:4, 114:19,
132:5, 139:5,
146:6
**sprayed**
56:4, 131:22,
131:23, 132:5,
132:7, 133:2,
133:4, 133:9,
133:15
**spraying**
133:20, 148:1
**sprays**
134:1, 134:4
**st**
9:16, 15:21,
32:14, 32:15,
117:11, 117:15,
118:11, 119:22,
124:18, 127:2,
166:20
**staff**
20:10, 29:23,
30:25, 54:21
**staff's**
135:1
**stairwell**
75:21
**stamp**
73:15, 73:20,
83:21, 97:15,
97:19, 99:7,

100:16, 111:9,
112:20, 118:13,
121:17, 121:25,
122:1, 144:1,
153:21, 153:23
**stamped**
73:9, 121:16
**standard**
100:3, 141:8
**standards**
109:18
**standing**
19:2, 21:15,
48:25, 49:10,
50:15, 50:22,
51:15, 51:18,
52:1, 52:2,
52:3, 84:2,
84:11, 84:17,
95:8, 95:9,
95:13, 95:16,
99:3, 119:7,
155:1, 157:16
**start**
40:24, 86:1,
86:4, 112:19,
128:1, 144:19,
144:20, 154:2,
156:1, 162:4
**started**
40:11, 75:1,
90:17, 111:22,
155:8
**starting**
73:19, 111:3,
111:8, 112:19,
149:10, 151:21,
155:21, 159:24,
161:4
**starts**
83:20, 92:15,
161:25, 163:20
**state**
2:10, 6:6,
84:4, 84:9,
107:5, 124:22,
130:19, 172:21
**stated**
27:11, 28:12,

42:9, 51:22,
52:6, 58:14,
58:15, 67:25,
70:2, 79:17,
81:11, 89:13,
108:9, 162:12
**statement**
9:2, 9:3, 9:5,
9:9, 9:14, 9:15,
9:22, 10:4,
15:8, 15:22,
24:18, 24:21,
25:16, 26:19,
34:22, 124:5,
158:20, 158:21,
158:24, 159:4,
159:5, 159:7,
159:10, 159:14,
168:11
**statements**
8:12, 8:13,
8:19, 9:25,
10:6, 10:9,
14:23, 24:2,
24:12, 26:8,
26:11, 26:17,
26:24, 27:4,
28:7, 32:5,
32:11, 32:24,
32:25, 33:3,
33:5, 34:9,
34:15, 34:22,
35:3, 35:9,
124:12, 159:2,
159:13
**states**
1:1, 102:25,
128:8, 129:9
**station**
75:11, 75:14,
75:15, 75:22,
80:19, 80:23,
81:9, 84:12,
84:15, 84:18,
84:22, 89:12,
135:25
**stay**
85:8

stayed
139:1, 141:23
staying
85:17
stenographically
172:6
steps
91:1
sticker
99:9
sticking
148:8
sticks
115:3
still
90:4, 107:19
stop
35:7, 47:10,
47:14, 144:22,
154:20, 160:2,
160:23, 161:23,
167:1
stopped
112:22, 145:21,
149:24, 163:23
stopping
143:18, 150:9,
161:2, 163:6,
168:25
street
3:13, 3:21,
4:6, 105:18,
119:8, 123:22,
124:24, 160:21
streets
107:20, 108:10
stuff
22:7, 64:16,
67:7, 102:21,
107:1, 115:11
stutterer
137:2
subsequent
57:25, 58:3
substance
37:20, 68:2,
68:19
suddenly
49:16

suggesting
33:10
suite
3:5, 3:13,
3:21, 4:6
summer
7:24, 137:5
sunday
15:21, 32:15,
117:11, 117:15,
118:11
super
137:22, 137:23
superior
20:9
supervising
20:20
supervision
172:8
supervisor
20:25, 21:7,
21:12, 24:17,
26:7, 26:15,
55:1, 60:22,
61:1, 61:25,
63:1, 74:19,
120:6, 120:17,
135:11, 145:3,
145:11, 145:17
supervisors
27:2, 27:12,
27:13, 28:4,
28:16, 28:18,
28:22, 54:14,
55:17, 60:16,
60:21, 61:4,
61:21, 62:20,
63:13, 64:9,
64:11, 69:9,
82:15, 82:18,
82:22, 82:24,
86:22, 86:23,
87:9, 92:23,
107:16, 107:24,
109:16, 115:18,
120:20, 125:25,
169:21
supplying
50:6

supposed
13:10, 13:12,
16:18, 16:22,
17:6, 25:15,
25:21, 41:23,
42:2, 46:11
sure
14:2, 15:24,
16:3, 25:18,
25:19, 29:25,
51:4, 57:8,
58:6, 68:20,
70:21, 71:6,
74:16, 81:18,
86:20, 96:3,
99:5, 99:24,
101:7, 108:4,
109:9, 116:16,
122:8, 122:15,
125:14, 126:4,
126:19, 128:25,
133:22, 137:14,
141:19, 146:20,
147:24, 148:24,
152:20, 160:25,
161:8, 163:19
swap
135:22, 135:23,
136:3
swat
7:15, 7:17,
7:18, 29:13,
29:15, 38:5,
39:9, 39:17,
78:8, 79:14,
100:18
swings
137:17
switch
136:8, 153:10
sworn
6:2
system
29:25, 101:17,
102:4

---
**T**
---

tabletop
58:24

tactical
7:13
tak
28:19, 31:25,
64:12, 65:14,
129:25
take
7:17, 18:12,
19:18, 20:3,
23:22, 63:15,
71:4, 75:8,
82:10, 123:19,
127:7, 164:23,
166:11, 166:12,
168:3
taken
19:3, 146:13,
147:4, 165:5,
172:3, 172:6
taking
16:23, 17:1,
17:7, 17:11,
17:15, 17:17,
23:11, 45:24,
45:25, 70:2,
160:9
talk
19:12, 25:9,
51:14, 64:16
talked
140:12, 141:15
talking
9:6, 19:10,
23:21, 24:25,
25:8, 45:3,
45:4, 50:14,
64:17, 73:2,
85:12, 85:13,
95:3, 95:4,
117:3, 131:14,
146:2, 165:10,
167:4, 168:12,
168:21, 169:6,
169:11, 169:13,
169:14
tanner
101:1
tape
99:21

target
37:12, 37:19,
41:24, 46:18,
140:7, 157:19
targeted
158:9
targeting
45:23
task
152:8
tasked
152:13
team
6:19, 6:21,
6:22, 7:3, 7:6,
7:10, 7:13,
29:3, 29:7,
30:6, 39:5,
56:18, 56:23,
57:13, 57:16,
62:25, 65:5,
66:5, 72:24,
79:2, 91:20,
92:16, 92:22,
101:4, 126:8,
126:10, 126:14,
126:21, 126:23,
127:1, 136:13,
137:13, 137:23,
137:25, 138:4,
138:7, 141:21,
141:22, 141:25,
148:15
teammates
28:5, 169:6
teams
29:21, 66:25,
67:2, 121:13,
126:1, 148:16,
148:22, 148:24,
155:6
tear
37:7, 37:22,
38:19, 71:16,
71:20, 71:23,
71:24, 72:4,
72:6, 72:8,
74:3, 74:5,

74:8, 74:9,
74:15, 82:1,
116:13, 116:21,
117:2, 150:21
tear-gas
38:9, 38:20,
52:18, 52:22,
53:2, 53:19,
54:12, 54:20,
54:25, 55:6,
74:18, 109:19,
112:8
telestaff
36:7
tell
6:13, 16:12,
17:24, 20:20,
20:25, 21:7,
23:7, 28:9,
58:6, 66:17,
67:19, 72:23,
79:19, 81:2,
85:12, 85:13,
85:22, 100:20,
104:8, 106:8,
110:12, 111:17,
112:23, 113:20,
114:5, 143:19,
144:13, 144:17,
144:25, 146:17,
146:20, 147:13,
147:15, 147:22,
148:9, 148:14,
151:16, 154:14,
161:8, 162:25,
163:15, 163:17,
163:24, 164:4,
164:9, 164:20,
167:24
telling
34:5, 57:19,
105:9, 122:4,
123:12, 123:16,
126:18, 151:3,
154:8
tells
93:16
ten
93:19, 123:24,

125:1, 125:4
ten-minute
27:25
term
95:24, 96:2,
96:5, 96:22
terminal
153:11
terminology
23:19, 27:1,
27:8, 66:10,
85:17, 96:9,
126:13, 130:9,
131:3, 132:2,
153:6, 168:7
terms
16:18, 144:11,
157:18, 167:9
tested
22:10
testified
6:3
testimony
17:3, 48:10,
95:17, 95:22,
116:3, 171:6
text
27:17, 170:4
text-message
169:22
th
4:6, 9:6, 9:10,
10:5, 13:20,
14:17, 15:14,
15:18, 15:20,
15:21, 15:23,
32:13, 32:15,
32:16, 32:17,
52:24, 53:12,
68:23, 71:18,
72:20, 73:10,
74:1, 74:11,
74:25, 76:15,
76:16, 77:2,
77:12, 78:21,
79:6, 83:5,
83:16, 88:13,
92:17, 93:1,

98:6, 102:25,
113:22, 114:10,
116:5, 116:25,
140:11, 140:21,
143:5, 143:13,
143:25, 144:6,
153:12, 153:20,
158:21, 159:5,
159:7, 159:14,
159:19
thank
8:4, 25:17,
93:19, 93:24,
94:1, 124:21,
127:13, 132:11,
166:10, 168:17,
170:6, 170:8
thanks
170:10
theirs
82:23
thereafter
172:7
therefore
7:16, 57:20
thing
14:10, 50:17,
58:8, 66:10,
137:15, 141:20
things
22:2, 22:6,
47:24, 49:4,
50:23, 51:21,
67:3, 102:20,
102:23, 103:10,
106:16, 106:25,
107:4, 115:8,
115:12, 138:3
think
25:25, 33:17,
46:3, 49:20,
67:4, 69:15,
71:1, 71:20,
71:23, 75:7,
85:8, 94:18,
96:4, 103:21,
106:10, 126:13,
127:5, 128:6,

128:9, 130:9,
131:2, 134:19,
136:3, 136:23,
138:2, 138:17,
138:24, 140:3,
141:3, 141:8,
141:14, 144:8,
144:19, 145:10,
146:16, 150:20,
154:9, 155:7,
157:23, 160:18,
161:13, 168:17,
168:23
**thinking**
22:6, 62:23
**thought**
45:13, 50:3,
67:14, 67:17,
113:16, 155:1
**threat**
131:9, 163:1
**threatening**
47:11, 157:2
**three**
8:11, 8:13,
10:9, 14:22,
14:24, 15:1,
35:14
**three-minute**
166:13
**threw**
53:1, 53:18,
111:21, 115:12,
160:13
**through**
7:2, 14:17,
30:20, 49:17,
96:18, 96:19,
131:7, 149:19,
154:7, 160:12
**throughout**
18:18, 22:12,
29:2, 40:13,
55:13, 65:17,
75:13, 79:25,
80:4, 109:8,
120:22, 135:5,
135:17, 136:20,

139:1, 140:16,
160:8, 167:22
**throw**
49:17, 50:12,
50:19, 51:11,
52:18, 52:21,
54:12, 54:20,
54:25, 55:6,
80:6, 102:21,
115:4, 156:10,
156:14, 157:10
**throwing**
41:18, 47:24,
48:2, 49:3,
49:20, 50:23,
51:21, 53:22,
54:2, 54:4,
54:9, 102:20,
106:16, 107:4,
112:7, 115:8,
115:11, 124:1,
125:7, 155:15
**thrown**
19:14, 20:1,
22:2, 38:9,
38:12, 38:15,
38:21, 38:25,
46:25, 47:1,
70:3, 74:3,
74:9, 107:1,
111:19, 111:20,
114:8, 114:12,
114:16, 117:2,
132:3, 150:14,
152:1, 152:6,
152:14, 155:9,
155:12, 162:14
**thursday**
1:16, 8:15,
9:2, 9:5, 9:6,
9:10, 10:2,
14:17, 15:17,
16:1, 32:15,
35:14, 69:1,
117:3, 143:25
**tier**
7:13
**timed**
18:13

**times**
11:2, 11:3,
16:6, 23:4,
26:3, 58:23,
59:17, 59:18,
60:4, 60:5,
65:18, 66:17,
66:19, 68:11,
69:15, 69:16,
71:13, 75:12,
75:18, 76:13,
88:8, 96:16,
103:15, 107:10,
107:11, 109:7,
109:16, 109:25,
114:1, 117:24,
120:21, 122:14,
125:17, 125:18,
138:22, 151:11,
155:14, 167:24,
168:13
**timing**
166:2
**tip**
37:6, 37:15,
139:25, 140:1,
140:6
**tired**
135:21
**today**
33:2, 59:25,
113:5, 113:13,
124:13
**together**
29:5, 29:6,
58:5, 58:16,
62:10, 65:16,
91:1, 141:23
**told**
16:21, 20:16,
21:12, 26:5,
26:6, 26:10,
26:15, 26:18,
27:3, 27:10,
27:12, 27:16,
29:3, 54:20,
60:11, 64:14,
64:19, 64:21,

64:22, 64:23,
80:10, 95:6,
108:3, 113:25,
117:24, 118:15,
120:16, 120:17,
131:16, 142:14,
145:14, 150:20,
152:20, 156:18,
163:6
**tone**
87:25
**took**
62:19, 69:5,
90:16, 93:1
**tool**
39:11
**top**
100:5, 144:1,
155:2, 167:18
**total**
140:25
**touch**
88:21
**touched**
156:7
**towards**
41:1, 69:12,
144:10, 156:2,
157:10
**town**
31:2, 31:3
**train**
135:1
**trained**
20:24, 56:2,
90:1, 130:12
**training**
55:13, 55:16,
55:22, 55:23,
56:6, 56:7,
56:10, 56:17,
57:1, 57:4,
57:11, 57:23,
57:25, 58:3,
58:17, 58:19,
58:24, 59:1,
59:8, 59:12,
59:16, 60:3,

60:4, 105:25,
106:9, 131:17,
132:7, 132:13,
132:17, 133:22,
134:21, 137:3
**trainings**
7:8, 57:3
**transcript**
171:9, 172:4
**transpired**
92:13
**tried**
115:15, 160:16
**trigger**
164:9, 164:14
**trouble**
7:25, 47:13
**truck**
31:7, 31:9,
31:10, 31:19,
31:20
**trucks**
142:4
**true**
38:17, 83:2,
98:4, 101:12,
103:4, 104:15,
110:22, 172:5
**truly**
22:17, 116:16
**trump**
138:1
**truthfully**
76:18, 137:9
**truthfulness**
171:8
**try**
15:7, 17:21,
29:16, 47:14,
69:10, 91:9,
135:17, 142:21,
143:2
**trying**
21:18, 25:4,
34:25, 43:4,
51:20, 61:4,
81:15, 103:21,
110:7, 128:6,

143:23, 145:24,
163:24, 165:17,
165:24, 166:1,
166:7
**tuesday**
11:5
**turn**
13:11, 13:13,
16:8, 16:13,
16:14, 16:18,
16:22, 17:6,
17:10, 17:24,
18:6, 18:23,
19:6, 19:9,
19:19, 19:23,
20:3, 20:6,
20:12, 20:13,
20:15, 20:16,
20:18, 20:22,
20:23, 21:6,
21:7, 21:12,
21:20, 21:23,
22:13, 23:3,
23:9, 53:13,
82:11, 86:12,
86:23, 92:7,
97:25, 98:9,
110:3
**turnaround**
26:3
**turned**
10:7, 16:9,
86:9, 88:24,
92:4, 110:10,
160:16, 162:18
**turning**
89:4, 162:25
**turns**
71:14
**twice**
18:11
**two**
8:12, 8:14,
8:19, 9:10,
11:3, 13:8,
18:14, 24:7,
29:20, 32:14,
35:25, 36:3,

37:2, 45:15,
57:3, 58:13,
112:12, 132:10,
139:9, 148:19,
166:12
**types**
134:11, 139:9,
142:11
**typewriting**
172:7
**typical**
65:3

**U**

**um-hmm**
15:19
**uncommon**
57:15
**under**
19:8, 20:18,
20:25, 21:5,
21:11, 23:9,
24:20, 40:18,
42:12, 44:8,
44:22, 45:7,
45:16, 47:2,
49:25, 50:20,
52:12, 55:5,
59:20, 60:8,
60:10, 68:15,
95:17, 96:12,
154:21, 157:9,
162:23, 172:7
**underneath**
29:4
**understand**
13:18, 13:25,
20:17, 24:8,
26:9, 28:2,
31:22, 36:11,
48:8, 48:15,
65:1, 90:18,
98:11, 118:17,
126:12, 128:21,
131:3, 135:9,
141:18, 145:25,
157:23
**understanding**
12:21, 12:24,

13:4, 13:9,
13:12, 15:25,
23:25, 24:10,
24:15, 24:25,
25:14, 25:20,
26:21, 40:17,
40:25, 41:9,
44:7, 47:2,
50:1, 50:5,
50:20, 51:2,
52:12, 59:24,
60:2, 60:9,
60:12, 60:25,
61:3, 71:7,
82:21, 93:3,
105:25, 115:19,
127:25, 128:2,
129:18, 130:14,
130:20, 133:3,
165:22, 167:19,
168:7
**understood**
8:6, 80:8,
132:11
**unified**
91:9
**uniform**
100:3, 148:14
**uniformed**
30:15, 99:1,
141:5
**uniforms**
79:3, 79:18,
100:25, 148:13
**union**
11:24, 12:3,
13:1
**unit**
6:22, 6:24,
7:11, 29:8,
29:10, 29:19,
30:7, 30:10,
30:11, 30:19,
37:21, 37:24,
39:6, 39:8,
39:13, 39:21,
59:19, 62:10,
62:11, 62:13,

64:6, 64:11,
65:4, 72:19,
77:9, 77:17,
77:22, 85:23,
99:2, 101:3,
120:20, 121:6,
134:12, 135:11,
138:5, 140:16,
140:17, 140:18,
140:21, 140:25,
141:4, 142:12,
142:17, 148:13,
149:11, 149:17,
153:3, 153:8,
169:14
**united**
1:1
**units**
6:14, 29:13,
72:11, 120:23
**unlawful**
59:21, 60:10,
61:1, 106:13,
106:19, 107:6,
107:17, 107:22,
107:25
**unless**
118:20
**unofficial**
30:20
**unofficially**
31:5
**unruly**
105:17
**until**
7:3, 12:19,
13:7, 20:16,
25:21, 71:24,
108:8, 156:7
**updates**
79:24
**upload**
110:16
**uploaded**
102:4
**uploads**
101:18, 101:23
**upper**
75:19

**use**
19:22, 22:23,
24:3, 25:16,
27:4, 35:4,
35:5, 38:6,
39:11, 41:3,
41:5, 41:22,
42:13, 43:10,
43:21, 44:9,
46:13, 47:3,
49:18, 55:6,
55:11, 57:23,
58:25, 65:25,
68:15, 81:21,
82:5, 90:1,
93:7, 96:22,
99:21, 123:5,
128:3, 128:7,
128:17, 129:2,
129:7, 129:10,
129:17, 129:21,
130:12, 130:24,
131:4, 131:7,
134:11, 134:21,
135:4, 156:19,
158:4, 158:7
**use-of-force**
24:1, 24:11,
24:15, 24:16,
24:18, 24:21,
25:16, 26:8,
26:11, 26:17,
26:23, 28:6,
34:22, 35:3,
35:9, 129:12,
129:16, 129:19,
129:22, 130:2,
130:6, 130:11
**uses**
39:17, 57:13,
93:10
**using**
41:18, 45:3,
49:6, 50:1,
52:8, 70:18,
70:21, 81:1,
89:12, 96:8,
96:17, 115:3,

115:22, 124:7
**usually**
27:23, 75:5,
135:14, 135:19
**utilized**
40:22
**utilizing**
55:23

## V

**vague**
102:17, 106:5
**varied**
30:8
**variety**
151:15
**various**
65:8, 169:19
**vary**
135:10, 137:8
**verbal**
145:22, 146:7,
146:10, 146:13,
147:5, 166:23,
167:2, 167:11
**verbally**
87:11, 87:14,
120:24, 155:10,
170:1
**verbiage**
95:23, 141:24
**verification**
171:3
**versed**
129:24
**versus**
29:12, 40:5,
138:15
**videos**
83:16, 101:21,
101:22, 101:25,
110:19, 110:23,
114:4, 155:1
**view**
105:16, 105:24
**violent**
30:22, 103:12,
103:14

**virtually**
1:15, 2:2
**visor**
99:20
**voice**
87:25, 94:18,
145:15

## W

**wait**
165:23
**walk**
123:2
**walked**
122:25
**walking**
69:17, 81:4,
90:13, 90:19,
154:6, 160:11
**wang**
3:3, 5:6, 6:5,
32:8, 32:20,
32:23, 33:14,
33:19, 34:5,
34:7, 63:15,
63:17, 63:18,
93:18, 93:21,
94:3, 94:5,
118:14, 127:7,
127:10, 127:22,
128:13, 129:1,
131:16, 136:18,
140:12, 142:14,
145:14, 154:25,
159:21, 165:8,
165:12, 168:10,
170:12
**want**
19:23, 20:2,
20:17, 34:1,
34:4, 34:13,
51:4, 58:5,
60:20, 70:21,
71:10, 93:20,
96:10, 96:12,
128:24, 136:8,
136:25, 154:14,
165:22

| | | | |
|---|---|---|---|
| **wanted** | **we're** | **week** | 48:3, 58:12, |
| 14:2, 25:7, | 7:18, 16:23, | 11:5, 14:12, | 60:23, 91:13, |
| 25:18, 45:11, | 63:17, 79:5, | 15:15, 67:11, | 105:22, 106:10, |
| 45:14, 82:18, | 80:11, 86:4, | 68:24 | 116:13, 126:17, |
| 135:20 | 94:3, 109:24, | **weekend** | 135:11, 154:18, |
| **warning** | 111:8, 117:7 | 14:25, 137:10, | 166:7, 166:22 |
| 137:24, 167:11, | **weapon** | 137:16 | **white** |
| 168:4 | 19:5, 36:13, | **weeks** | 47:18, 48:1, |
| **warnings** | 38:21, 40:9, | 35:25, 36:3 | 84:11, 116:15, |
| 104:22, 166:23, | 40:12, 41:18, | **went** | 154:21 |
| 167:2, 168:8 | 42:10, 43:22, | 56:13, 56:18, | **whole** |
| **washington** | 46:9, 46:13, | 57:12, 57:18, | 27:3, 27:13, |
| 68:22, 71:17, | 46:14, 46:20, | 138:5, 155:21 | 62:22, 84:21, |
| 72:21, 73:11, | 52:14, 55:14, | **weren't** | 115:22 |
| 74:1, 74:10, | 75:24, 76:9, | 28:14, 31:23, | **windows** |
| 117:1, 140:12, | 81:22, 130:3, | 65:7, 146:20, | 125:22 |
| 140:22, 142:9, | 132:4, 136:10, | 152:20, 165:15 | **within** |
| 143:6, 149:12, | 136:19, 147:9, | **west** | 6:19, 24:19, |
| 149:18, 149:19 | 148:4, 148:5, | 3:13, 29:21, | 42:11, 46:3, |
| **watch** | 154:11, 154:15, | 29:23, 30:21, | 46:17, 60:16, |
| 49:23, 113:11, | 158:9, 161:7, | 30:23, 31:3, | 67:4, 67:10, |
| 144:13 | 162:8, 164:6, | 31:7, 31:9, | 76:20, 85:23, |
| **watched** | 164:10 | 31:16, 54:6, | 99:1, 109:2, |
| 89:18, 107:13, | **weaponry** | 69:11, 71:21, | 109:12, 114:3, |
| 155:13, 156:1 | 130:15 | 71:24, 74:8, | 133:25, 135:11, |
| **watching** | **weapons** | 81:14, 141:1, | 142:17, 147:2, |
| 49:20, 92:12, | 18:15, 36:8, | 141:15, 141:22, | 148:22, 156:16, |
| 97:9, 111:18, | 50:2, 55:20, | 142:8, 142:10, | 157:3, 158:17, |
| 112:18, 137:14, | 56:1, 57:12, | 151:4, 155:8 | 158:18, 167:25 |
| 156:11, 160:5, | 57:14, 57:25, | **westbound** | **without** |
| 162:13 | 66:1, 68:16, | 144:16 | 14:5, 42:11, |
| **water** | 77:21, 78:16, | **whatever** | 44:10, 44:23, |
| 47:1, 114:18, | 81:1, 81:3, | 18:8, 34:13, | 45:18, 45:20, |
| 114:19, 161:15 | 81:17, 89:12, | 62:12, 83:21, | 75:12, 89:3, |
| **way** | 104:23, 129:13, | 89:6, 96:19, | 95:11, 109:1, |
| 13:7, 26:12, | 134:11, 134:20, | 101:22, 102:3, | 137:24, 146:13, |
| 38:8, 41:19, | 135:8, 139:3, | 136:7, 160:10, | 147:5, 155:19, |
| 42:19, 45:11, | 142:12, 142:19, | 164:3 | 159:10, 167:19 |
| 47:14, 62:15, | 142:22, 144:11, | **whatsoever** | **witness** |
| 89:2, 93:7, | 146:8, 157:13, | 89:25 | 5:3, 10:19, |
| 100:20, 106:6, | 158:8, 166:24, | **whenever** | 38:19, 38:20, |
| 122:4, 131:4, | 167:10 | 20:8 | 93:23, 94:1, |
| 141:10, 142:25, | **wearing** | **whereof** | 95:21, 118:20, |
| 143:1, 143:3, | 78:13, 99:25, | 172:12 | 162:21, 170:8, |
| 151:6, 152:4, | 100:2, 100:3, | **wherever** | 172:12 |
| 152:24, 157:9, | 154:10 | 38:14, 47:21 | **witnessed** |
| 161:20, 163:16 | **wednesday** | **whether** | 38:18 |
| **we'll** | 14:18 | 18:9, 33:7, | **wondered** |
| 83:16, 98:18 | | | 141:16 |

wondering
141:14, 146:7
word
96:11, 96:17,
128:6, 169:21
wording
59:23, 103:8
words
45:21, 85:11,
94:23
work
29:2, 36:7,
75:5, 93:23,
135:14, 135:23
worked
66:16
working
26:1, 29:5,
99:2, 137:6,
137:17
works
45:10, 80:11,
89:3, 164:10
worried
22:6
wouldn't
66:9, 71:14,
106:5, 115:1,
122:4, 130:25,
145:1, 148:18,
163:7, 164:3
wrong
145:9
wrote
103:16

### Y

yeah
8:14, 25:2,
29:16, 31:12,
41:7, 58:11,
62:25, 63:8,
67:12, 75:17,
86:10, 115:10,
115:11, 123:17,
124:20, 125:9,
137:2, 146:23,
147:7, 151:10,

151:25, 169:3
year
7:4, 14:9,
56:24, 62:16
yearly
58:8, 58:12
years
58:9, 58:13,
106:9
yelled
156:5
yelling
95:1, 102:19,
117:7, 145:9,
145:17, 155:10
yellow
116:10, 116:11
yesterday
11:15
yourself
20:10, 20:13,
20:19, 20:24,
21:6, 41:2,
41:16

### .

.1000
3:23
.2300
3:15
.3453
4:8
.5642
3:7

### 0

00
75:3, 75:7,
76:15, 77:12,
78:5, 78:22,
83:5, 103:24,
103:25, 104:12,
104:18, 105:3,
105:4, 109:5,
113:21, 114:9,
116:4, 127:2,
165:4
01878
1:7

01922
1:9
05
99:7, 161:4
06
84:8, 85:1
07
94:21, 99:7
09
100:16

### 1

1
165:4, 165:5,
165:21
10
1:17, 149:25,
150:3, 150:5,
150:9, 151:22,
161:2, 161:5,
162:1, 163:19
1001
4:6
11
1:17, 75:3,
75:7, 94:4,
121:24, 145:22
12
143:18
127
5:7
13
94:13
14
73:19, 151:22
15
97:20, 97:22,
98:7, 100:7,
101:9, 102:9,
168:25
1543
3:21
16
30:10, 30:15,
106:12, 106:24,
107:9, 107:22,
108:1, 108:15,
140:24, 141:5,

141:15, 141:17,
141:18, 154:2,
154:3
17
4:6
172
1:21
19
97:13
1:
97:20, 99:7,
100:16, 111:4,
111:8, 111:11,
112:20, 112:22
1:-cv--rbj
1:7
1:-cv--rbj-meh
1:9
1st
15:3, 15:5,
118:24

### 2

2
118:23, 119:2,
144:1, 144:4
20
1:7, 1:9, 150:3
2014
6:12, 6:15
2017
56:25, 57:7,
57:9
2018
7:1
2020
13:20, 25:13,
93:11, 137:5,
138:10, 172:14
2021
1:16
2024
172:18
2060
3:5
21
83:25
22
86:5, 149:10

**23**
83:21, 84:8,
85:1, 86:1,
86:5, 88:14,
88:19, 90:4,
94:13, 94:21,
97:2, 97:13,
121:17, 159:19,
160:2
**24**
153:24, 154:20
**25**
86:1, 97:2,
111:8
**26**
150:5
**28**
9:6, 9:10,
13:20, 14:17,
15:18, 32:13,
32:15, 68:23,
71:18, 72:20,
73:10, 74:1,
74:11, 116:25,
140:11, 140:21,
143:5, 143:13,
143:25, 144:6,
149:25, 163:6
**29**
9:23, 10:5,
15:20, 32:16,
52:24, 53:12,
100:16, 144:4,
164:12
**2:**
73:15, 73:19,
121:17, 121:24

**3**

**3**
170:13
**30**
15:14, 15:21,
15:23, 32:13,
32:17, 68:22,
72:21, 74:1,
74:25, 75:11,
76:15, 76:16,

77:1, 77:2,
77:11, 77:12,
78:5, 78:12,
78:21, 78:22,
79:6, 83:4,
83:5, 83:16,
88:13, 89:3,
89:17, 92:17,
93:1, 98:6,
102:25, 113:22,
114:10, 116:5,
117:1, 118:11,
118:23, 119:2,
153:12, 153:20,
158:21, 159:5,
159:7, 159:14,
159:19, 165:5,
165:21
**300**
4:6
**303.571**
3:23
**303.628**
4:8
**31**
9:16, 15:21,
32:14, 32:15,
117:11, 117:15,
118:11, 119:22,
123:20, 124:18,
127:2, 166:20
**312.583**
3:15
**32**
111:4, 111:8,
111:11
**33**
90:4, 168:25
**34**
71:18, 74:11,
144:1, 144:4,
144:6
**35**
80:21, 111:4,
121:17, 159:24
**36**
83:21, 89:7
**363684**
1:20

**37**
73:15, 73:16
**38**
73:19, 84:8,
85:1
**39**
112:20, 163:23
**3rd**
14:18

**4**

**40**
18:17, 18:21,
35:6, 36:9,
36:12, 36:14,
37:5, 39:1,
39:24, 40:14,
40:18, 40:25,
41:4, 41:22,
42:7, 55:11,
55:12, 56:5,
56:6, 56:9,
56:17, 56:20,
57:1, 57:8,
57:17, 57:24,
68:8, 69:14,
76:1, 77:5,
77:10, 77:16,
77:25, 78:3,
80:21, 81:24,
86:1, 86:5,
94:4, 109:4,
109:7, 109:10,
113:25, 114:25,
128:3, 128:17,
128:22, 129:7,
129:10, 130:4,
130:16, 131:1,
131:7, 135:4,
135:13, 135:16,
136:12, 136:21,
139:6, 139:10,
142:16, 144:17,
146:21, 156:18,
157:13, 158:6,
158:10, 158:17,
163:14
**400**
3:21

**4043**
73:9, 143:10
**42**
97:20
**4200**
3:13
**4231**
3:14
**4250**
1:22
**43**
111:11
**44**
170:13
**45**
144:19, 153:12
**460**
3:5
**47**
88:14, 88:19,
89:8, 90:4,
153:20
**48**
94:13, 94:21,
112:20, 112:22
**4976**
98:21, 100:13
**4992**
97:18, 102:8
**4993**
109:24, 111:3,
112:18, 159:18
**4995**
88:10, 94:8,
96:25, 153:18
**4996**
83:15
**4th**
14:16, 36:5

**5**

**5**
75:11, 76:15,
77:1, 77:12,
78:5, 78:12,
78:22, 80:21,
83:4, 89:7,
89:8, 90:4,

97:13, 97:21,
98:7, 100:7,
101:9, 123:20,
144:4, 144:19,
144:20, 145:6,
153:12, 153:20
**50**
150:9
**5096**
121:23
**5097**
118:7, 121:17
**51**
145:6
**5280**
1:6, 3:9,
127:14
**53**
121:24
**54**
97:2, 97:13,
97:21, 98:7,
100:7, 101:9
**55**
144:20
**57**
73:15, 73:16
**59**
112:22

---

**6**

**6**
103:24, 105:3,
109:5, 113:21,
114:9, 116:4,
143:18, 145:22
**60602**
3:14
**6th**
67:8

---

**7**

**7**
97:20, 97:22,
98:7, 99:7,
100:7, 101:9,
102:9, 106:12,
106:24, 107:9,

107:22, 108:1,
108:15, 111:4,
159:19
**70**
3:13
**720.328**
3:7

---

**8**

**8**
68:22, 71:18,
72:21, 74:1,
74:11, 76:15,
77:1, 77:11,
78:5, 78:22,
83:5, 103:25,
104:12, 104:18,
105:4, 109:5,
113:21, 114:9,
116:4, 117:1,
118:11, 144:6,
159:24
**80202**
3:22, 4:7
**80302**
3:6
**8:**
73:16
**8th**
172:13

---

**9**

**9**
127:2, 149:10,
160:2, 161:2,
161:4, 161:5,
162:1, 163:6,
163:19, 163:23,
164:12, 165:4