IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

| | |
|---|---|
| BLACK LIVES MATTER 5280, *et al.*, | ) |
| Plaintiffs | ) |
| v. | ) |
| CITY AND COUNTY OF DENVER, *et al*., | ) |
| Defendants | ) |

# Exhibit 12

# To Plaintiff's Motion for Class Certification

# Denver BWC, 5/28, Washington and Colfax (DEN 4041)

# (Conventionally submitted)