

Exhibit 16





