IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                            )
v.                                    )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                            )

# Exhibit 18

# To Plaintiff's Motion for Class Certification

# Video from Robert Helmick, 5/28, Washington and Colfax (Fitouri 10967)

# (Conventionally submitted)