

# Transcript of Sergeant Anthony Tak

**Date:** February 19, 2021
**Case:** Black Lives Matter 5280, et al. -v- City and County of Denver, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Exhibit 19

1              IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLORADO

3     ----------------------------x

4     BLACK LIVES MATTER 5280,      :

5     et al.,                       :

6                 Plaintiffs,       :   Civil Action No.

7        v.                         :   1:20-cv-01878-RBJ

8     CITY AND COUNTY OF DENVER,    :   (consolidated with

9     et al.,                       :   1:20-cv-01922-RBJ-MEH)

10                Defendants.       :

11    ----------------------------x

12

13

14

15               Deposition of ANTHONY TAK

16                 Conducted Virtually

17               Friday, February 19, 2021

18                    2:02 p.m. CT

19

20

21

22

23    Job No.:  352385B

24    Pages:  1 - 168

25    Reported by:  Joanne Ely, CSR, RPR

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                     2

1      Deposition of ANTHONY TAK, conducted virtually:

2

3

4

5

6

7      Pursuant to notice before Joanne Ely, a

8  Certified Shorthand Reporter, Registered Professional

9  Reporter, and a Notary Public in and for the State

10 of Illinois.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                  A P P E A R A N C E S

 2

 3    ON BEHALF OF THE FITOURI PLAINTIFFS:

 4         ELIZABETH WANG, ESQUIRE

 5         MAKEBA RUTAHINDURWA, ESQUIRE

 6         LOEVY & LOEVY

 7         2060 Broadway

 8         Suite 460

 9         Boulder, Colorado 80302

10         720.328.5642

11

12    ON BEHALF OF THE BLM 5280 PLAINTIFFS:

13         PATRICK REIDY, ESQUIRE

14         GERARDO MIJARES-SHAFAI, ESQUIRE

15         ARNOLD & PORTER

16         70 West Madison Street

17         Suite 4200

18         Chicago, Illinois 60602-4231

19         312.583.2300

20

21

22

23

24

25
```

1      A P P E A R A N C E S   C O N T I N U E D

2

3    ON BEHALF OF THE DEFENDANTS:

4          HOLLIE BIRKHOLZ, ESQUIRE

5          CITY AND COUNTY OF DENVER

6          201 West Colfax Avenue

7          Dept 1108

8          Denver, Colorado 80202-5332

9          720.913.8072

10

11   ON BEHALF OF DEFENDANT ACKER:

12          ANDREW McNULTY, ESQUIRE

13          KILLMER, LANE & NEWMAN, LLP

14          1543 Champa Street

15          Suite 400

16          Denver, Colorado 80202

17          303.571.1000

18

19

20

21

22

23

24

25

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              5

```
1                    C O N T E N T S

2    EXAMINATION OF ANTHONY TAK                    PAGE

3          By Ms. Wang                                6

4          By Mr. Reidy                            154

5          By Ms. Birkholz                         161

6          By Ms. Wang                             163

7

8                    E X H I B I T S

9        (Exhibits 5, 6, 9, 10, 11 attached to the

10                    transcript.)

11

12   DEPOSITION EXHIBITS                           PAGE

13    Exhibit 4  Video, B133                        88

14    Exhibit 5  5/28/20, Officer Statement         96

15    Exhibit 6  5/31/20, Officer Statement        101

16    Exhibit 7  Video, Denver 4050                109

17    Exhibit 8  Video, Denver 4047                114

18    Exhibit 9  Google Map                        131

19    Exhibit 10 Unified Summons and Complaint     135

20    Exhibit 11 Statement of Probable             137

21               Cause/Affidavit for Arrest

22               Warrant

23    Exhibit 12 HALO Video, Colfax and            145

24               Clarkson

25    Exhibit 13 Video, Fitouri 18076              149
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    6

```
 1                    P R O C E E D I N G S
 2                       ANTHONY TAK,
 3  having been duly sworn, testified as follows:
 4      EXAMINATION BY COUNSEL FOR FITOURI PLAINTIFFS
 5  BY MS. WANG:
 6      Q   Would you please state your name and spell
 7  it for the record.
 8      A   Anthony Tak, last name is T-a-k.
 9      Q   Have you ever been deposed before?
10      A   Yes.
11      Q   On how many occasions?
12      A   Once.
13      Q   When was that?
14      A   2003.
15      Q   What was that in relation to?
16      A   It was in relation to an in-custody death.
17      Q   What was the name of the person who died?
18      A   Campos was his last name.
19      Q   Were you a witness or a defendant in that
20  case?
21      A   I was a witness officer in that.
22      Q   Okay.  So have you used the Zoom platform
23  before?
24      A   Yeah, very rarely, so.  I think I pretty
25  much know what I'm doing on this, hopefully.
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    7

1      Q  Okay.  So let me just go over some ground

2   rules for the deposition.  My name is Liz Wang.  I

3   represent some of the plaintiffs in this case.

4        I'll be asking you some questions in

5   relation to the events of this lawsuit.  If you

6   need to take a break at any time, you may do so.

7   Just let us know, and we'll go off the record,

8   except if there's a question pending; is that

9   fair?

10     A  Yes.

11     Q  You may need to speak up a little bit

12   because I didn't -- I think you said yes, but I

13   didn't quite hear.

14     A  Yes, yes.  Maybe I can move closer, I

15   guess.

16     Q  Great.  Your attorney may make objections,

17   but there isn't a Judge here to rule on them; so

18   the objections are just for the record, and you'll

19   still need to answer the question.

20        Do you understand?

21     A  Yes.

22     Q  Okay.  If we have any technological issues

23   at any time, you can't hear me or somebody's video

24   or audio freezes up, just let me know, and we'll

25   take a break to resolve the problem.  But don't be

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    8

```
1   afraid to ask me to repeat a question if you

2   didn't hear me.

3       A  Okay.

4       Q  If I ask you a question and then you -- if

5   I ask you a question and then you answer it -- I'm

6   sorry -- strike that.

7           If I ask you a question and you don't

8   understand my question, please let me know, and I

9   will try to rephrase it.  If you answer my

10  question that I have asked, I will assume that you

11  understood my question; is that fair?

12      A  Yes.

13      Q  Okay.  Is there anybody else in the room

14  with you?

15      A  No.

16      Q  Are you at your home?

17      A  Yes.

18         I am talking loud.  So I don't know if you

19  can hear me or not but I am -- like this computer

20  is, like, right next to my face, so.  Okay.

21      Q  Yes.  We can hear you.

22      A  Okay.

23      Q  It's most important for the court reporter

24  to hear you.  So if she has any problem hearing

25  you, I'm sure she will interject.
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                           9

1          A   Okay.

2          Q   Do you have any papers or anything in

3     front of you?

4          A   No.

5          Q   Okay.  Did you do anything to prepare for

6     this deposition?

7          A   I spoke to the attorneys prior to this.

8          Q   Okay.  And how many times did you meet

9     with the attorney or speak to the attorney?

10         A   Twice.

11         Q   Twice.  Okay.  And when was the first

12    time?

13         A   This last Tuesday, I think, and yesterday,

14    Tuesday and Thursday.

15         Q   Okay.  And how long were your meetings?

16         A   Roughly a couple hours each meeting, two

17    hours.

18         Q   Did you review any documents or videos

19    during those meetings?

20         A   Yes.

21         Q   What documents did you review?

22         A   I reviewed a statement that I completed

23    through Denver and then my training records and

24    the arrest paperwork and body-worn camera footage.

25         Q   Okay.  You said the statements you

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    10

1   completed, training records, and body-worn camera

2   video?

3       A  Yes.

4       Q  We haven't received your training records

5   in discovery of this case, have we?

6           MS. BIRKHOLZ:  Objection; form.

7           You can answer, if you know.

8           THE WITNESS:  Me answer?

9           MS. BIRKHOLZ:  If you know, you're free to

10  answer.

11      A  Oh, I don't know if you've received those

12  or not.

13      Q  How many of your training records -- how

14  far did the training records go back, the ones

15  that you reviewed?

16      A  Since 2000.

17      Q  Did you join the department in 2000?

18      A  Yes.

19      Q  What body-camera video did you review?

20      A  I would have to look at the date, but I

21  think it's from May 31st of 2000 [sic].

22      Q  Whose body-camera video did you review?

23      A  My body-worn camera, mine.

24      Q  We have not received any body-worn camera

25  from you for May 31st.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                     11

1          So are you sure that you reviewed

2    body-worn camera -- your own body-worn camera from

3    May 31st?

4       A  I'm sure it was my body-worn camera video

5    footage, yes.

6          MS. BIRKHOLZ:  And, Liz, if I can

7    interject, it was disclosed in the 10th.

8          MS. WANG:  From May 31st?

9          MS. BIRKHOLZ:  Let me check to see.  I

10   don't want the record to be incorrect, so.

11         MS. WANG:  I mean, because if he's saying

12   that he has body-worn camera from May 31st, I want

13   to see that, and we haven't been given any.

14         MS. BIRKHOLZ:  You have been given the

15   sole body-worn camera footage from him.

16         MS. WANG:  That's May 28th.

17         MS. BIRKHOLZ:  Okay.

18   BY MS. WANG:

19      Q  Maybe you're just mistaken.

20      A  Okay.  So I said that I didn't know -- my

21   bad.  May 28th, whatever body-worn camera footage

22   that was given to me, that's the one I reviewed.

23      Q  Okay.  I'm not trying to --

24      A  I have one --

25      Q  I'm not trying to trick you, and you may

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    12

1   just have not remembered the date.  I just want to

2   make sure we're all on the same page.

3       A   Okay.

4       Q   There's one body-worn camera that you

5   watched; correct?

6       A   Yes.  One body-worn camera.  That was my

7   body-worn camera.

8       Q   Did you review anybody else's body-worn

9   camera?

10      A   No.

11      Q   Did you review any audio communications,

12  like dispatch -- dispatch or audio, radio

13  communications in this case?

14      A   No.

15      Q   Okay.  The training records that you

16  reviewed, your own training records, did those

17  just list, like, the dates and the titles of

18  courses that you attended?

19      A   Yes.

20          MS. WANG:  Okay.  Hollie, we're going to

21  have to -- those are encompassed within our

22  document requests, and the City has not produced

23  those.  So we can talk about this after

24  Sergeant Tak's deposition, but there is no reason

25  why you did not produce those in response to our

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              13

1    document requests that have been pending since

2    the fall.

3          MS. BIRKHOLZ:  Right.  And the document

4    requests don't specifically request individuals'

5    training records.  So that was part of our

6    conferral.

7          MS. WANG:  No, no, it does include -- if

8    you read the document request, it does include it.

9          MS. BIRKHOLZ:  Well that's -- we have not

10   interpreted your request, during our conferrals,

11   to include specific individuals' training records

12   from the beginning.  There were certain types of

13   training documents requested, and that's what we

14   have provided to date, but we can revisit that

15   after this deposition.

16         MS. WANG:  I mean, you're going to either

17   produce them or we're going to bring the issue to

18   the Judge.  It's really that simple, especially in

19   light of the fact that you had Sergeant Tak review

20   them.  So we can talk about it later.

21   BY MS. WANG:

22     Q  Okay.  So you've been with the police --

23   are there any other documents, video, or audio

24   that you reviewed in preparation for your

25   deposition?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    14

1        A  No.

2        Q  Did you speak with anyone other than your

3   attorney in preparation for your deposition?  Is

4   that a no?

5            THE REPORTER:  Yeah.  I didn't hear.

6        A  No, no.

7        Q  Do you have an independent recollection of

8   arresting Andrew Sannier?

9        A  No.

10       Q  Do you have a recollection of conducting

11  arrests of curfew violators at about the 1300

12  block of Lincoln on May 31st?

13       A  No.

14           MS. BIRKHOLZ:  Objection as to time.

15           THE REPORTER:  Pardon me?

16           MS. BIRKHOLZ:  Objection; form as to time.

17           You can answer.  Go ahead.

18       A  I don't have a recollection.

19       Q  Do you have a recollection of conducting

20  any arrests of curfew violators at all?

21       A  During a specific date or --

22       Q  Oh, June 1st, the evening of June 1st

23  going into the early morning hours of June 2nd.  I

24  misspoke.

25       A  I made multiple arrests during that whole

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    15

1   week of protests.  So I don't have a specific

2   recollection of that time or day or place,

3   location.

4       Q  Okay.  You're aware that the protests

5   began in Denver on May 28th; correct?

6       A  Yes.

7       Q  And focusing just on the first six days of

8   the protest, how many of those days did you

9   work -- were you assigned to the protests?

10      A  All six days.

11      Q  And then how about after the first six

12  days, let's say, the first two weeks of the

13  protests, how many of those days were you

14  assigned?

15      A  I was assigned pretty much to every single

16  day of the protest.

17      Q  Okay.  On how many days did you conduct

18  curfew arrests?

19      A  I don't recall how many days.  A specific

20  answer for you, I can't recall.

21      Q  Did you conduct curfew arrests -- and when

22  I say "curfew arrests," just so we're on the same

23  page, what I'm referring to is arrests of people

24  who were in violation of the emergency curfew that

25  had been promulgated; is that fair?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          16

1       A  Yes.

2       Q  Okay.  In the first six days of the

3  protest, do you know on how many days you

4  conducted curfew arrests?

5       A  No, I don't know.  I can't give you a

6  number of how many days that I made curfew

7  arrests.

8       Q  Okay.

9       A  During those six -- I can't give you a

10  number.  I don't know.  I don't know.

11      Q  You completed two officer statements in

12  relation to your assignments during the protests;

13  correct?

14      A  I only had one statement that I reviewed,

15  so.

16      Q  Do you remember how many you wrote?

17      A  No.

18      Q  How long have you been a sergeant with the

19  DPD?

20      A  A little over five years.

21      Q  Okay.  And you're a sergeant in the gang

22  unit?

23      A  I was during that time of the protest,

24  yes.

25      Q  When did you stop being a sergeant in the

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    17

1    gang unit?

2        A   I just recently transferred in January

3    to --

4            THE REPORTER:  To what?  I'm sorry.

5            THE WITNESS:  Through, like, January 10th

6    of this year.

7            THE REPORTER:  You transferred to what?

8            THE WITNESS:  SWAT, Metro SWAT.

9    BY MS. WANG:

10       Q   Why did you transfer to Metro SWAT?

11       A   Why did I?  Because I was chosen, and

12   that's been one of my goals to get over there as a

13   supervisor.  So it was a process, and I was chosen

14   to go over there.  There was a spot open, and I

15   got the spot.

16       Q   And so is your rank still a sergeant?

17       A   Yes.

18       Q   Okay.  And so what do you do in Metro SWAT

19   that's different than the gang unit?

20       A   SWAT is more of a tactical unit that deals

21   with high-risk incidents, you know, barricaded

22   subjects in, you know -- it's a lot more tactical.

23   As far as gang unit -- are you wanting me to

24   compare the two or --

25       Q   Just in terms of what your

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    18

1    responsibilities are, the type of work, and the

2    type of things you are to police.

3        A   Okay.   SWAT is more of the high-risk

4    incidents where, you know, it's -- need more

5    tactical knowledge, negotiations, barricades,

6    hostage-rescue type incidents, to that matter.

7        Q   Okay.   And then what were your

8    responsibilities as a sergeant in the gang unit?

9        A   My responsibilities in the gang unit were

10   to supervise several officers, and our main focus

11   was gang activity and gang crime throughout Denver

12   and getting suspects that were involved in

13   criminal activity, gang members.

14       Q   At the time of the protests -- and just so

15   we're on the same page.   When I am referring to

16   the protests throughout this deposition, I'll be

17   referring to the protests in response to George

18   Floyd's death, which took place in Denver in May

19   and June of 2020.   Okay?

20       A   Okay.

21       Q   At the time of the protests, how many

22   sergeants were there in the gang unit?

23       A   Four.

24       Q   Who were they?

25       A   Scott Hughes, Vince Lombardi and Ed Arnold

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    19

1   and myself.

2       Q   And how many lieutenants were there?

3       A   Two.

4       Q   Two?

5       A   Two.

6       Q   Who were they?

7       A   Lieutenant Kevin Carroll and Mike

8   O'Donnell.

9       Q   During the time of the protests, did you

10  have specific members of the gang unit who were

11  assigned to you, that you were assigned to

12  supervise?

13      A   It varied day by day, but yeah, for the

14  majority of the time, we were split up into two

15  teams during that.  So it would be myself, another

16  supervisor, a lieutenant, and about 10 to 12

17  officers per team.

18      Q   All right.  So each team would have -- so

19  your team, for instance, would have yourself, a

20  lieutenant, and 10 to 12 officers?

21      A   Yes.

22      Q   Okay.  And was there one of the

23  lieutenants that you were assigned with during the

24  first six days of the protest or did it vary?

25      A   It varied.  It varied.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          20

1        Q  Can you recall who were the officers who

2    were regularly assigned to you during the first

3    six days of the protest?

4            MS. BIRKHOLZ:  Objection; form, foundation

5    as to time.

6            You can answer.

7        A  There was no nobody specifically assigned

8    to me every day.  No, I can't recall each day who

9    was assigned to me.

10       Q  Okay.  So of the people who were in the --

11   the officers who were in the gang unit on any

12   given day of the protests, you might have a

13   different slate of officers assigned to you on a

14   particular day?

15       A  Yes.

16       Q  Were you involved in -- well, actually,

17   let's back up for a second.

18           Before you were a sergeant in the gang

19   unit, what was your position at the DPD?

20       A  So I was -- so I just got promoted -- or

21   went to SWAT in January.  Prior to that, I was in

22   the gang unit for about four years as a sergeant;

23   and then when I got promoted, I went to District 6

24   as a patrol supervisor for about a year.

25           So my first 10 months to a year were as a

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              21

1    sergeant in District 6 downtown Denver in patrol,

2    and then I transferred to the gang unit as a

3    sergeant for approximately four years and then

4    recently just went to SWAT, sergeant.

5        Q  Okay.  So you said you were a sergeant in

6    District 6 for about a year did you say?

7        A  Yeah, yeah.

8        Q  And then before that, what position did

9    you have in the DPD?

10       A  Do you basically want me to go backwards

11   all the way to --

12       Q  Yeah.  Sure.

13       A  Okay.  So prior to that --

14       Q  Well, we can go chronological, whichever

15   way makes more sense.

16       A  All right.  How about we go from the

17   beginning because it's a little easier for me.

18       Q  Sure.

19       A  I got hired in March of 2000, went to the

20   Denver police academy.  Once I graduated the

21   academy, I went to District 4, southwest Denver.

22   I was there for about five years as a patrol

23   officer.

24          In 2005, I went to the gang unit as an

25   officer, from like 2005 to 2012.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                 22

1        And then in 2012, I left the gang unit,

2   went back to District 4 from 2012 through 2016,

3   January '16 when I got promoted to sergeant, and

4   then from there I went to District 6, gang unit,

5   and SWAT.

6        Q  Okay.  Thank you for that.

7           Now, during the time that you were in

8   the -- or strike that.

9           During the time that you've been with the

10  DPD, have you received training in the use of

11  less-lethal weapons?

12       A  Yes, yes.

13       Q  Okay.  And did you receive that training

14  during academy?

15       A  During academy, I had training with just

16  regular OC canister spray, OC that we carry on our

17  belts, you know, during patrol and then -- yeah,

18  so that was the basic less-lethal, and Tasers, I

19  think, during the academy as well.

20       Q  When did you receive -- did you receive

21  training on the use of pepper ball guns?

22       A  Yes.

23       Q  Okay.  When did you receive that training?

24       A  I don't have the specific dates in my mind

25  right now, but I would have to look at what's

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          23

1    documented in my training records for those years.

2    So I would have to look at them.

3         Q  Well, how frequently did you get training

4    in that?

5         A  Over the past 20 years?

6         Q  Yes.

7         A  Over my career, several times.  Several

8    times.

9         Q  Okay.  So all I'm trying to figure out

10   is, you know, is this -- is there certain training

11   that you receive yearly or once every two years.

12   You know, is there, like, a regular basis on which

13   you receive certain kinds of training.

14          So with respect to the use of pepper ball

15   guns, is that the training that you got on a

16   regular basis?

17        A  Yeah.  But I don't know exactly if it's a

18   one-year, two-year recertification type deal; but

19   for me, yes, it's been a regular basis.

20        Q  Okay.  And so is that training something

21   that you have to specifically sign up for?

22        A  You can either sign up for it, or you're

23   assigned that training for whatever specialty

24   you're doing.  I don't think every single officer

25   on the department is pepper ball trained.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                             24

1        Q   Right.   And so was there something that

2    you were doing that required that training?

3        A   I've always been into -- I've always been

4    involved with special units, even as a patrol

5    officer.   So most special units have more tactical

6    backgrounds and everything else that are needed

7    for, you know, more- or less-lethal weapons and

8    training, so yes.

9        Q   Okay.   What other kinds of less-lethal

10   weapons have you received training in?

11       A   40 millimeter, CS grenades, Taser, all

12   less-lethal weapons.   Is that what you just asked

13   me, less-lethal weapons?

14       Q   Yes.

15       A   That's the majority of them.

16       Q   And tell me what the 40mm launcher is.

17       A   It launches a 40-millimeter rubber bullet.

18   It's an impact weapon.   It can also launch CS gas

19   through the round.   There's rounds that penetrate

20   windows.   There's certain instances where you need

21   to deal with a critical incident or whatever, you

22   need to get into a glass-break type situation.

23       Q   Okay.   Have you ever received training in

24   the use of stinger grenades or rubber ball

25   grenades?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    25

1       A  Yes.

2       Q  And in the courses that you've -- in the

3   training that you've received on the use of the

4   less-lethal weapons, are there different courses

5   for each type of weapon or is it usually

6   encompassed within one course?

7       A  The 40 millimeter is one course, and

8   pepper ball is another course.  CS grenades and

9   canisters and all that is another course.

10      Q  Are you certified by the department in the

11  use of less-lethal weapons?

12         I didn't hear that.

13      A  Yes, yes.

14      Q  When did you receive that certification?

15         MS. BIRKHOLZ:  Objection; form, foundation.

16         You can answer.

17      A  Which certification?

18      Q  Well, what are you certified in?

19      A  40 millimeter, pepper ball, CS canisters,

20  grenades, and what else, Taser, and then regular

21  OC spray that you carry on your belt.

22      Q  Okay.  Is everybody certified in the use

23  of OC spray as part of recruit training?

24      A  Yes.

25      Q  Okay.  And does that go for Taser as well?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    26

1        A   Yes.

2        Q   Okay.  All right.  So then when were you

3    certified in the use of the 40mm launcher?

4        A   The specific date, I can remember on my

5    training records with that one, is 2009.

6        Q   Okay.  What about the use of tear gas or

7    CS canisters?

8        A   I can't recall without looking at the

9    training records.

10       Q   What about the pepper ball gun?

11       A   Same for the pepper ball, I don't have the

12   specific date.

13       Q   Okay.  And do you have a background in the

14   military?

15       A   Yes.

16       Q   And what was your experience in the

17   military?

18       A   Army.  Army.

19       Q   What unit of the Army -- what part of the

20   Army were you in?

21       A   1st Ranger Battalion.

22       Q   And when were you in the 1st Ranger

23   Battalion?

24       A   1994 through 1998.

25       Q   So you were active duty then?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    27

```
1        A   Yes.

2        Q   Were you deployed?

3        A   Yes.

4        Q   Where were you deployed to?

5        A   To Haiti.

6        Q   Haiti?

7        A   Haiti.

8        Q   Is that it?

9        A   As far as deployments, yeah, yes.  I mean,

10  trained everywhere, but yeah, my deployment was

11  Haiti.

12       Q   When were you in Haiti?

13       A   I think it was 1995.  Yeah, '95 for about

14  three or four months, 1995.

15       Q   What were you doing there?

16       A   That was an operation to uphold democracy.

17  That's when there were issues going on in Haiti

18  and Port-au-Prince and all that, so we were over

19  there as a ready force.

20           THE REPORTER:  What was that?  What was

21  the Prince that you said?

22           THE WITNESS:  Port-au-Prince.

23       Q   What's your highest level of education?

24       A   Bachelor of science degree.

25       Q   Where did you obtain that degree?
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    28

1          A   Ashland University, Ashland, Ohio.

2          Q   What year?

3          A   Graduated in 1993.

4          Q   Did you ever work for any law enforcement

5     agency before Denver Police Department?

6          A   When I moved to Colorado, I started with

7     Arapahoe County Sheriff's Office in 1999.

8          Q   And how long were you there?

9          A   I finished their academy; and within two

10    weeks on the job, I got hired with Denver.  So I

11    chose Denver.  So total maybe six-and-a-half

12    months with Arapahoe County.

13         Q   Are there any other law enforcement

14    agencies you've ever worked for?

15         A   No.

16         Q   Have you received training specific to

17    crowd control or crowd management during your time

18    with the DPD?

19         A   Yes.

20         Q   When did you receive that training?

21         A   The main training I received was in 2008

22    for the DNC that was in Denver.

23         Q   Do you know how long that course was?

24         A   We trained several weeks for that course

25    in preparation.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    29

1         Q   How many weeks?

2         A   Several.  I don't know a specific amount

3    of time, but we trained a lot for the DNC.

4         Q   Okay.  And have you ever received any

5    other training in crowd control or crowd

6    management during your time with the Denver Police

7    Department?

8         A   Yes.

9         Q   On what other occasions?

10        A   I would have to look at the training

11   records but -- it's in the training records, past

12   2008.  So between 2008 and 2020, there has been

13   other times where I've received crowd control

14   training.

15        Q   On how many occasions?

16        A   I can't give you an exact number.

17        Q   Can you estimate?

18        A   Boy, I would say probably less than a

19   handful of times over the years.

20        Q   Okay.  Have you received any training

21   specific to how to police First Amendment activity

22   such as protester demonstrations?

23        MS. BIRKHOLZ:  Objection; form, foundation.

24        You can answer.

25        A   We have had training on First Amendment.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    30

1    BY MS. WANG:

2        Q   Okay.  Is that --

3        A   I don't have a specific date.

4        Q   Is that training different from the

5    training on crowd control or crowd management that

6    you've received?

7        A   No.

8        Q   Okay.  So the training dealing with crowd

9    control or crowd management encompasses the

10   training that you've received on the First

11   Amendment?

12       A   I don't know if it encompasses training on

13   the First Amendment, but I know there were

14   portions of the First Amendment into our crowd

15   control training.  What I'm saying is it

16   encompasses First Amendment training.

17       Q   Okay.  So crowd control and crowd

18   management training includes sections on the First

19   Amendment?

20       A   Yes.

21       Q   Okay.  Can you recall other training on

22   the First Amendment that you've received?

23       A   I can't specifically recall dates or times

24   of the First Amendment training; but that's been

25   an ongoing training throughout my career as far as

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    31

1    First Amendment rights.  So, I mean (inaudible).

2           THE REPORTER:  What were the last couple

3    words you said?  So I mean --

4           THE WITNESS:  I don't even remember now.

5    I said that throughout my career, I've had First

6    Amendment training.  I can't recall specific dates

7    or years of the training or courses.

8    BY MS. WANG:

9       Q  Have you received training on the right of

10   civilians to record the police in public?

11      A  Yes.

12          MS. BIRKHOLZ:  Objection; form, foundation.

13          You can answer.

14      A  Yes.

15      Q  Do you know how often you have received

16   that training?

17      A  No.

18      Q  What is your understanding of what is the

19   right of civilians to record the police in public?

20      A  They have the right to record the police

21   as long as they don't interfere with arrests that

22   we're involved in where they're actually getting

23   in between us and the subject we are trying to

24   place into custody.  They have every right to

25   video record all our actions.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          32

1        Q   What is your -- strike that.

2        A   My door keeps blowing open.

3        Q   I'm sorry?

4        A   My door keeps -- my kid's door keeps

5    blowing open because I've got the window open.

6        Q   Okay.  Have you ever received any

7    complaints from citizens about your conduct as a

8    Denver police officer?

9            MS. BIRKHOLZ:  Objection; form, foundation.

10           You can answer.

11       A   Can you -- as far as conduct -- can you

12   repeat that question to me?

13       Q   Have you received any citizen complaints

14   about your conduct when you've been on duty as a

15   Denver police officer?

16           MS. BIRKHOLZ:  Same objections.

17           Go ahead and answer.

18       A   One complaint I can remember is that after

19   an arrest, I lost a subject's property.  So if

20   that's what you mean.  So, like, a complaint like

21   that, like an internal affairs complaint?

22       Q   Right.  Right.

23       A   Yes.  Yeah, so.

24       Q   Okay.  In that instance, did the citizen

25   complain about anything other than the fact that

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    33

1  you lost their property?

2       A  No.

3       Q  Okay.  Are there any other internal

4  affairs complaints that have been filed against

5  you?

6          MS. BIRKHOLZ:  Same objections.

7       A  There have been complaints as far as me

8  being a witness officer or whatever, involved with

9  an arrest or whatever, but I can't recall a number

10  for you.

11      Q  So you just mentioned as far as being a

12  witness officer.

13         So are you referring to instances where a

14  person complained about the conduct of another

15  officer and you were there as a witness or -- is

16  that what you're referring to?

17      A  I'm trying to refer to whatever complaint

18  came through internal affairs where I was either a

19  witness or a subject officer.

20      Q  Okay.

21      A  And over 20 years, there is not, you know,

22  anything that stands out in mind where you're

23  trying to go with this question of my conduct,

24  so no.

25      Q  So let's narrow it down.  I'm specifically

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    34

1    interested in complaints by citizens to internal

2    affairs or to the independent monitor regarding

3    your conduct.  Not cases -- not situations where

4    you may have been present for some other officer's

5    conduct and nobody was complaining about you, but

6    I'm talking about an instance where a citizen

7    complained about your conduct as a Denver police

8    officer.

9         Do you recall how many of those there

10   have been?

11      A  Not a specific number but I would say less

12   than five.

13      Q  Were any of those relating to the use of

14   force?

15      A  I would have to -- I honestly would have

16   to pull up the records on that because I can't

17   specific -- give you a specific over the 20 years.

18      Q  Have you ever been sued before?

19      A  The deposition, that one deposition that I

20   mentioned to you at the beginning of this in 2003.

21      Q  You were named --

22      A  I was a part of that.

23      Q  I'm sorry.  You were named as a defendant

24   in that case?

25      A  I thought I was a witness officer during

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    35

1    that case, but I was involved with that lawsuit.

2        Q   Okay.  And so what I mean by sued, I mean

3    have you been named as a defendant officer where

4    somebody was a plaintiff and they named you as an

5    officer having done something wrong to them?

6        A   No.

7        Q   Okay.  Have you ever been disciplined by

8    internal affairs?

9            MS. BIRKHOLZ:  Objection; form.

10       A   Yes.

11       Q   For what?

12       A   I got eight-hour fined -- eight hours of

13   fine time for a traffic accident because I had

14   like two or three accidents in a year.  So then

15   they took eight hours of time from me.

16       Q   What does that mean that they took eight

17   hours of time?

18       A   That's just part of the -- can you

19   rephrase -- can you ask the question again, what

20   you asked me?  You asked me if I've ever been

21   disciplined?

22       Q   Right.

23       A   That's the discipline was an eight-hour

24   fine.  So eight hours, you know, comp -- they take

25   eight hours time from you or compensation time or

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          36

1    whatever and you have to donate back --

2        Q   Okay.

3        A   -- in discipline.

4        Q   Okay.  Any other instances in which you've

5    been disciplined?

6        A   No.

7        MS. BIRKHOLZ:  Same objections.

8        Q   How was it that you first learned about

9    the protests in Denver on May 28th?

10       A   I was working May 28th, and I was working

11   as a supervisor in the gang unit and then there

12   was -- I can't remember the specific time of day

13   but I -- via the radio, there was, like, a

14   broadcast of officers needing assistance in the

15   downtown Denver area due to a large amount of

16   protesters rounding them.  So that's my first

17   instance of -- that's my first recollection.

18       MS. WANG:  Did you catch the end of that,

19   Joanne?

20       THE REPORTER:  I have my first instance,

21   and then I have that's my first recollection.  So

22   I don't have what's after my first instance.

23       A   That was my recollection of the protests.

24   That's what you asked me; correct?

25       Q   Okay.  Right.  Right.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    37

1         Okay.  So you heard something on the

2    radio -- you were working on 5/28; correct?

3         A   Yes.

4         Q   What were your duty hours?

5         A   On May 28th, we were 5:00 p.m. to

6    3:00 a.m.

7         Q   Okay.  And when was it that you heard the

8    broadcast of officers needing assistance downtown?

9         A   Like I said, I don't remember the exact

10   time on that.  It was fairly early on into my

11   shift.  It was still daylight.  It was still

12   daylight.  So that's May.  So I know that, you

13   know, the time change and everything, it was still

14   daylight on, so whatever.  In between -- I don't

15   know how long daylight happens in May, but I would

16   say between 9:00 and 5:00.

17        So usually we get there at 5:00, do roll

18   call.  So between 6:00 and 9:00, I would say,

19   6:00 o'clock and 9:00 o'clock that day.

20        Q   Okay.  And then where did you respond to?

21        A   We responded down to 14th and Lincoln.

22        Q   So this was actually about 7:00 p.m.;

23   correct?

24        A   Yeah, I don't know.

25        Q   You don't.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                      38

1       A  I don't know.  I gave you that time frame

2   of --

3       Q  Okay.

4       A  -- I don't know what -- you know, between

5   those hours.  It was still daylight, so.

6       Q  Sure.  And what happened at that location?

7       A  We responded.  You know, I was a

8   supervisor and I don't recall -- we left the gang

9   unit because we heard that.  So we all came back

10  to the gang unit, and we deployed on one of our

11  SUVs, like, that we did during the protest.

12         It would be like 8 to 10 officers.  I

13  don't know how many were working that night

14  because it was just a normal day prior to that,

15  and we were like a rapid response team to rescue

16  the officers that were being surrounded.

17      Q  Okay.

18      A  That's what was going on.

19      Q  So you were on one of those white vehicles

20  with the rails on the sides?

21      A  Yes.

22      Q  Okay.  And so you responded to the

23  location with how many other officers?

24      A  I can't give you an exact number on that

25  because I don't know how many were working that

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    39

1    day.  I would say 8 to 10 at least.

2        Q  What was your understanding of -- what was

3    your understanding of what was going on at 14th

4    and Lincoln?  Like why did these other officers

5    need rescuing?

6           MS. BIRKHOLZ:  Objection; form, foundation.

7           You can answer.

8        A  There were some district officers down

9    there, and they had their vehicles on 14th and

10   Lincoln; and what I recall is that an officer was

11   being surrounded in his police vehicle.  There was

12   a large crowd, and he was kind of just separated

13   in the middle of this crowd in his vehicle, and he

14   needed to be pulled out of there.

15       Q  So what you heard on the radio, was that

16   something that came directly from that officer who

17   was being surrounded by the crowd or was it

18   something from dispatch?

19       A  It was something from dispatch.  I didn't

20   hear the additional call because, you know, we

21   were still whatever, just regular work prior to

22   that.  So I didn't hear the transmissions coming

23   out of what happened prior to our arrival.  The

24   dispatcher said we need resources down to rescue

25   the officers.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          40

1        Q   Okay.  And then when you arrived there --
2   were you driving?
3        A   No.
4        Q   Okay.  Were you in the passenger's seat?
5        A   I was on the outside of the vehicle on
6   a rail.
7        Q   And were you wearing -- were you wearing
8   any riot gear?
9        A   I had my helmet on and my detective
10   tactical vest over my uniform.
11       Q   And did you have any less-lethal weapons
12   with you?
13       A   No.  Me, no.
14       Q   Okay.  What about members of your team?
15       A   We had some members that were equipped
16   with a pepper ball.  I can't identify or give you
17   a name of who the officers were.  Usually we had,
18   like, two to three officers that were equipped
19   with pepper ball, and I want to say one or two
20   officers that had a 40 millimeter.
21       Q   Okay.  Did you attend any briefing --
22   prior to responding to Lincoln and 14th on
23   May 28th, did you have any sort of briefing with
24   any supervisors or command-level staff about the
25   protests and what the police response would be to

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    41

1    the protests?

2        A   Prior to that incident?

3        Q   Correct.

4        A   No, no.

5        Q   Okay.  Did you attend briefings with other

6    supervisors regarding the protests on other days?

7        A   No.  Briefings with higher-level command

8    on the --

9        Q   Briefings where it was like lieutenants

10   and sergeants being briefed each day of the

11   protests?

12       A   So each day, yeah, I mean, I didn't attend

13   the -- with the incident commander and the

14   lieutenants, but the lieutenant would go to the

15   briefing, and then he'd come back and brief us

16   what our duties were for that day.

17           So we would, like, prep our equipment and

18   make sure everybody is ready, and then we would

19   wait for our lieutenants to come back and give us

20   a brief of what they went to.

21       Q   Okay.  So it's your understanding that

22   supervisors who were at the level of lieutenant

23   and above attended daily briefings during the

24   protests about what the police response would be?

25           MS. BIRKHOLZ:  Objection; foundation.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    42

1          You can answer.

2      A   In my unit it was the lieutenants and

3  above; and, you know, sometimes a sergeant would

4  go, but I rarely went to them because I was

5  usually taking care of the guys and making sure

6  everything was getting ready for the upcoming days

7  or whatever, so we have all our equipment ready

8  and officers ready.

9          So, like, it's just not lieutenant and

10 above.  You know, there was these briefings where,

11 you know, supervisors from every district going

12 and everything else.  So it could have been

13 sergeant and above.  You know, it could have been

14 a representative from that district or that team

15 to go, so.

16 BY MS. WANG:

17     Q   Okay.  And which lieutenants -- did both

18 of the lieutenants from the gang unit go to these

19 briefings?

20         MS. BIRKHOLZ:  Objection as to form,

21 foundation.

22         You can answer.

23     A   One or the other went to the briefing or

24 maybe even both went to some.  I know there were

25 several briefings.  So yeah, one of them -- at

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    43

1    least one at a time.

2        Q   Okay.  So was the first time that you --

3    what you described earlier and, correct me if I'm

4    wrong, it sounded like for your unit, the

5    lieutenants or one of the lieutenants would go to

6    the supervisor-level briefings and then come back

7    and tell you what was going on and what your

8    assignments would be?

9        A   Yes.

10       Q   Okay.  And so what is the first day of the

11   protests that you remember having that

12   conversation with your lieutenant?

13       A   Probably the next day, the next day.

14       Q   And what do you recall about that

15   conversation?

16       A   I don't recall anything, you know, because

17   there were so many briefings.  So I don't recall

18   anything about the next day or the day after that

19   or anything.  There were briefings every day, so.

20       Q   Okay.

21       A   I don't have any specifics for you on a

22   briefing.

23       Q   Okay.  So at the beginning of your shift

24   each day of the protests, you would receive

25   information from your lieutenant regarding what

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              44

1   your assignments would be and what the police

2   response to the protests would be for that day;

3   correct?

4       A   Yes.

5       Q   And you can't distinguish between what

6   briefing you got on the 29th versus the 30th,

7   different days; is that fair to say?

8       A   Yes.

9       Q   Okay.  But generally speaking, did you

10  receive information from your lieutenants during

11  those meetings about how the police would use

12  less-lethal weapons in response to the protests?

13          MS. BIRKHOLZ:  Objection; form, foundation.

14          You can answer.

15      A   I'm going to try to answer this to you on

16  my role as a supervisor there and what our role

17  was in the gang unit.

18          We were mainly assigned during those

19  protests as the rapid response team.  We were

20  always going to areas where officers needed help

21  or arrests were being made.  So as far as pepper

22  ball, yes, there was, you know, a -- you know,

23  obviously, if we're taking rocks or there's

24  violent protesters, you know, throwing objects at

25  us or we need to disperse a crowd, pepper ball was

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    45

1    authorized.

2        So specifics again of, like, how you asked

3    that question to me of, like, the use of less

4    lethal specifically every day of like -- can you

5    be more descriptive on that?  Like what you're

6    asking me.  I mean, we were authorized to use less

7    lethal.

8    BY MS. WANG:

9        Q  Under what circumstances were you

10   authorized to use less-lethal weapons during the

11   protests?

12       MS. BIRKHOLZ:  Objection; form.

13       A  Again, like, I said, I mean, if we're

14   taking rocks, you know, or a different type of

15   objects, bricks, whatever it is; and then we have

16   to disperse a crowd to get them to move.  If

17   they're failing to move or officers are injured or

18   they're in trouble, we're authorized to use pepper

19   ball, 40 millimeter.

20       Q  Okay.  So let's break that down a little

21   bit.

22       Was there any distinction between the

23   circumstances under which you were authorized to

24   use pepper ball versus 40 millimeter?

25       MS. BIRKHOLZ:  Objection; form, foundation.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    46

1          You can answer.

2      A   Well, in our use-of-force continuum, I

3   mean, pepper ball is -- if you want to compare the

4   level, pepper ball is, like, a less -- it's a less

5   lethal type.  I mean, if it goes from, like,

6   hands-on to impact weapon like a baton to pepper

7   ball or OC to 40 millimeter to, you know, like

8   use-of-force continuum of, like, less-lethal

9   weapons can be used.

10          With the pepper ball, it's a

11   defensive-type resistance level which is basically

12   you know, to disperse a crowd or, you know,

13   defensive resistance of, you know, basically not

14   complying or, you know, throwing objects or any

15   kind of violent actions towards officers or

16   citizens.

17          40 millimeter is active aggression, which

18   is a little higher level; and those instances are

19   the same thing where if a subject is throwing

20   rocks or anything, you can deploy the 40

21   millimeter because that is officer safety, we have

22   rocks coming at us, and yeah, so.

23   BY MS. WANG:

24      Q   Okay.

25      A   I think that answers your --

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                      47

1        Q   Sure.   What was your -- so strike that.

2            So you were authorized to use the pepper

3    ball gun to disperse crowds; correct?

4        A   Yes.

5            MS. BIRKHOLZ:   Objection; foundation.

6        A   Yes.

7        Q   And that was authorized by the City of

8    Denver; correct?

9            MS. BIRKHOLZ:   Foundation.

10           You can answer.

11       A   It was authorized above my level, yes.

12       Q   Who authorized that?

13           MS. BIRKHOLZ:   Same objection.

14       A   I don't know who authorized it, but it was

15   above my level of chain of command.

16       Q   You received -- did you receive

17   instructions from your lieutenant that you and

18   members of your team would be authorized to use

19   pepper ball guns to disperse crowds?

20       A   Yes.

21       Q   Okay.   And was it your understanding,

22   based on your conversations with your lieutenants,

23   that they received that information from the

24   supervisor briefings that they attended?

25           MS. BIRKHOLZ:   Objection; foundation.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    48

1        A  Yes, yes.

2    BY MS. WANG:

3        Q  What was your understanding of who

4    attended those supervisor briefings?

5        A  That would be lieutenant and above, you

6    know, commander level that were at those

7    briefings.  I don't know who specifically was at

8    each briefing, but it was the higher levels of the

9    chain of command that were at the briefings.

10       Q  All right.  So who is above the

11   lieutenants in the chain of command?

12       A  It goes lieutenant, commander, division

13   chief, deputy chief, chief.

14       Q  Okay.  And Commander Phelan was the

15   incident commander, correct, for the protests?

16          MS. BIRKHOLZ:  Objection; foundation.

17          You can answer.

18       A  Yes.

19       Q  Was it your understanding that he attended

20   those supervisor briefings?

21       A  It was my understanding --

22          MS. BIRKHOLZ:  Objection.

23       A  It was my understanding, but I don't know

24   what days he was -- you know, if he was there

25   every single day or not, I don't know.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    49

1    BY MS. WANG:

2        Q   Sure.  Okay.

3            Did you ever have conversations with

4    anybody in the chain of command above your

5    lieutenants about how you and your unit should

6    respond to the protests?

7        A   No.

8        Q   Okay.  So the way that you received your

9    instructions and your assignments was from your

10   lieutenants?

11       A   Yes.

12       Q   Was it your understanding that the -- was

13   the 40mm launcher authorized for use to disperse

14   crowds?

15           MS. BIRKHOLZ:  Objection; foundation, form.

16           You can answer.

17       A   It was authorized to -- it was authorized

18   to use.

19       Q   It was authorized to use to disperse

20   crowds?

21       A   My understanding during that, the 40

22   millimeter was authorized to be used during the

23   protests.

24       Q   Well, I'm asking you specifically with --

25   I mean, so there's different circumstances under

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          50

1    which you could use different weapons; right?

2           So let's -- one example you gave earlier,

3    and we'll just confirm that, is that your

4    understanding is that the 40mm launcher was

5    authorized for use against violent protesters who

6    were throwing rocks; right?

7        A   Yes.

8        Q   Okay.  Was the 40mm launcher authorized

9    for use to disperse crowds, crowds of people who

10   were not throwing rocks?

11       A   No.  A 40 millimeter is not used to

12   disperse a crowd.

13       Q   Okay.  That's all I'm trying to clarify.

14       A   Yeah.  No.

15       Q   So the 40mm launcher is only to be used

16   against aggressive assailants.

17       A   Yes.

18       Q   And aggressive means somebody who is doing

19   something like throwing objects that could injure

20   a police officer or somebody else?

21       A   Yes.

22       Q   And then so if you had a group of

23   protesters who were told to disperse but refusing

24   to leave but they weren't actively doing anything,

25   they just weren't leaving when told, what type of

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              51

1    less-lethal weapon would be authorized to be used

2    on them?

3         MS. BIRKHOLZ:  Objection; form, foundation.

4         You can answer.

5     A  We would be authorized to use the pepper

6    ball to -- not on them.  I mean, we could point it

7    at the ground towards them to disperse the crowd.

8    BY MS. WANG:

9     Q  Okay.  And so the pepper ball is both a

10   chemical weapon and potentially an impact weapon;

11   correct?

12    A  Yes.

13    Q  Okay.  And so if you were shooting a

14   pepper ball gun at the ground, it will explode the

15   pepper balls and release pepper into the air, but

16   it won't impact the person; correct?

17        MS. BIRKHOLZ:  Objection; form.

18        You can answer.

19    A  If it's shot towards the ground and hits

20   the ground, yes, it won't impact the party.

21    Q  Okay.  And then what was your

22   understanding of the circumstances under which

23   tear gas or CS was allowed to be used during the

24   protests?

25    A  CS -- CS can be used to disperse a crowd

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    52

1    as well.  There's just a larger amount in a

2    canister, and it's the same kind of effect as a

3    pepper ball where, you know, you deploy it and the

4    gas comes out and assists to disperse the crowd.

5        Q  Does Denver have a policy on whether or

6    not -- so strike that.

7            You mentioned earlier that the 44mm

8    launcher could be used to launch rubber bullets

9    as well as CS canisters; correct?

10       A  Yes.

11       Q  And did you or any members of your team

12   launch CS canisters using the 44mm launcher during

13   the protests?

14       A  No.

15       Q  Okay.  But did you deploy tear gas or CS

16   canisters?

17           MS. BIRKHOLZ:  Objection; form, foundation.

18       A  Yes.

19       Q  Okay.  And so how would those get

20   deployed?

21       A  Can you ask that -- what do you mean how?

22   How would those --

23       Q  Well, I mean, did you just throw them, or

24   were they launched from a launcher?

25       A  They were from your hand.  They were

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                53

1    canisters, and you'd throw them.
2        Q   Okay.  Did you receive any -- well, strike
3    that.
4        Did Denver have any sort of policies on
5    whether tear gas canisters should be thrown or
6    should be rolled into a crowd, like, on the
7    ground?
8        MS. BIRKHOLZ:  Objection; form, foundation.
9        You can answer.
10       A   There's no policy, no, as far as throwing
11   or rolling; but you go through the training.  They
12   show you different techniques.  Yes, you can roll
13   it.  Sometimes you do have to throw it because
14   you're behind a skirmish line, and you have to
15   throw it over the officers.  You don't want to
16   roll it and hit an officer that's in front of you.
17       Usually the people that are deploying the
18   CS are behind the line, like a team leader or a
19   supervisor or whatever.  So they have to get it
20   over the officers into -- towards the area of
21   protesters.  You don't want to hit the back of an
22   officer and then just it deploy back on your
23   yourself type thing if you roll it.
24       It's -- what's the word I'm looking for --
25   incident dependent, I guess or, you know, it

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    54

1   depends on the circumstance, where you're at and

2   location and distance, all that, so how you

3   deploy it.

4   BY MS. WANG:

5       Q   Did you receive any training from the

6   Denver Police Department with respect to the

7   possibility for injury to protesters or to

8   civilians from throwing tear gas canisters, like

9   if it hit somebody in the head?

10          MS. BIRKHOLZ:   Objection; form.

11          You can answer.

12      A   It's with everything, I mean, I -- as far

13  as the training goes, yeah, I mean, you're,

14  obviously, not aiming to hit somebody in the head

15  with any kind of object, if it's CS or any other

16  less lethal.

17          They're also very hot.  So they give

18  training on that too, that you can't touch that CS

19  canister because it's burning like at, I don't

20  know, 5,000 degrees.  So yes, we have received

21  training on the injuries you can get from CS

22  canisters.

23      Q   Okay.  Did you ever -- did you deploy any

24  flash bangs during the protests, you or your team?

25      A   No.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    55

1      Q   Do you know if anybody who was with the

2  gang unit did deploy a flash bang?

3          MS. BIRKHOLZ:   Objection; form and

4  foundation.

5      A   The gang unit does not have flash bangs.

6  Flash bangs are only -- with Denver, the only ones

7  that have flash bangs are SWAT.

8      Q   SWAT?

9      A   Yes.

10     Q   How do you know that?

11     A   Because I've been in a gang unit as a

12 supervisor for four years and then seven years

13 at -- so almost 12 years total, and we have never

14 had flash bangs.

15     Q   Okay.

16     A   And in my time at patrol, no patrol

17 officers had flash bangs.

18     Q   Okay.  During the first six days of the

19 protests, was your unit together with any Metro

20 SWAT officers?

21         MS. BIRKHOLZ:   Objection; form.

22     A   Yes, yes.

23     Q   Okay.  Do you have a recollection of which

24 days?

25     A   No.  It varied every day.  We pretty much

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                               56

1    worked, us and Metro -- the gang unit and Metro

2    SWAT were the rapid response teams for the

3    protests, but we were always kind of, like, in the

4    same area a lot of times working hand-in-hand.

5        Q   Okay.  And what were the same areas that

6    you were in with Metro SWAT?

7        A   All through downtown.  I can't give you

8    specific areas.  I mean every day was -- every --

9    it went minute-to-minute type thing.  So we would

10   be at one location and go to the next or have to,

11   you know, go to certain areas that we were

12   instructed to do over dispatch during that --

13   those times during the protests.

14       Q   During the first six days of the protests

15   when you -- after you received instruction from

16   your lieutenants about what your assignments would

17   be, did you then communicate that to your team

18   members?

19       A   Yes.

20       Q   Okay.  Did you have specific discussions

21   with your team members about, you know, going over

22   the circumstances under which certain less-lethal

23   weapons would be used or were authorized for use?

24       MS. BIRKHOLZ:  Objection; foundation, form.

25       You can answer.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                57

1      A   Like I said earlier, once the lieutenants

2   came back from the briefing, they would brief us;

3   and then we would all relay that information to

4   our officers in the gang unit.

5          We would, you know, tell them exactly what

6   our mission was for that day of the protest.  Then

7   we would go over what was authorized to use and

8   what was not authorized.

9          Did I speak to individual officers about

10  certain things?  Is like -- can you rephrase --

11  ask that question again.  I just don't --

12  BY MS. WANG:

13     Q   No.  I think you answered it.  I'm just

14  trying to understand how information is

15  communicated from -- it sounds like information

16  was communicated from your lieutenant to you, and

17  then you would go on to brief your team.

18     A   Yes, yeah, and then -- yeah.

19     Q   Let's go back to May 28th.

20         So when you got to 14th and Lincoln, what

21  did you see there?

22     A   I saw a large crowd of protesters holding

23  signs.  I saw protesters on Lincoln at 14th, I saw

24  them on 14th Street east, and then I saw

25  protesters around police cars.  So, yeah, there

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                      58

1   was a large crowd down there.

2        Q   What did you do when you got there?

3        A   When we got there we tried to -- we got

4   off of our vehicle, our rapid deployment vehicle,

5   and then formed a line right there at Colfax -- I

6   mean, 14th and Lincoln facing eastbound on 14th to

7   stop that crowd from pushing in on Lincoln towards

8   vehicles.

9            There was a crowd on Lincoln to the north

10  pushing towards -- I don't -- I don't know if you

11  know what the street looks like but it's like a --

12  so Lincoln goes north to south, 14th goes east and

13  west, and there were police cars on Lincoln right

14  there, several protesters around the police cars.

15           We pulled our RDV down there, and then we

16  separated, formed a line right there at 14th and

17  Lincoln facing eastbound, so no protesters can go

18  west onto Lincoln and come around.  We kind of

19  just held the crowd right there off of 14th.

20       Q   Was the crowd peaceful?

21       A   Describe peaceful.

22       Q   Well, were they throwing anything?

23       A   Initially when we were first there, no,

24  no.  They were holding signs, screaming and

25  yelling and, you know, they weren't -- they

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    59

```
 1   weren't throwing any objects at our initial

 2   response down there.

 3       Q  Okay.  And it's your understanding that

 4   protesters are allowed to scream and yell at the

 5   police as long as they're not actually threatening

 6   the police officers; correct?

 7       A  Yes.

 8       Q  And then at some point did the people in

 9   the crowd start throwing objects?

10       A  Yes.

11       Q  When did that happen?

12       A  I can't give you a specific time, but we

13   had to hold that line for, I don't know, quite

14   awhile, and then once we were instructed by the

15   incident commander at the time -- I don't know who

16   it was at that time of night or whoever it was in

17   charge over the radio -- we were ordered to start

18   to push the line, push that crowd east on 14th, so

19   we can get the police cars out of there.

20           So the gang unit was on the line, and we

21   started to push protesters, tell them to move back

22   and disperse off the street and continue away from

23   14th and Lincoln.

24       Q  Okay.  So you told people in the crowd to

25   move back?
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    60

1        A   Yeah.

2        Q   And did the people in the crowd do that?

3        A   No.  I mean, it was -- eventually, they

4    did but, no, it was like -- it was like a

5    standstill, and they were pushing back at the

6    officers; and sometime during that time frame, the

7    protesters from the Lincoln side started throwing

8    rocks at us and started getting more volatile at

9    that point.

10          This is -- these are things that I'm

11   remembering on that day.  So that's -- and then

12   one protester came up -- because our RDV was

13   parked right there on 14th, on the corner of 14th

14   and Lincoln, and we usually leave our -- one

15   officer in the RDV to -- you know, because we

16   can't leave the RDV there.  And one of the

17   protesters came up to the back of the RDV and blew

18   out a tire with an object on our RDV.

19          So we started to push.  The RDV kind of

20   followed us, and people were moving.  And then at

21   one point, the crowd from the Lincoln side came

22   behind us, and so then we had to get back on the

23   RDV for officer safety because we were being

24   surrounded.  And then we just kind of drove out of

25   there back to the unit because our RDV was, you

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    61

1   know, inoperable at that time.

2          So we had to drive back on our RDV, switch

3   out the RDV because we have two of them.

4   Basically drove back on a flat tire with all the

5   officers on the back of the RDV to get out of the

6   crowd.  So that's what I recall on that first

7   initial --

8          THE REPORTER:  Initial what?

9          THE WITNESS:  Response.

10  BY MS. WANG:

11     Q  Did you authorize your officers to deploy

12  pepper balls at some point?

13         MS. BIRKHOLZ:  Objection; form, foundation.

14         You can answer.

15     A  At that point, you know, I know officers

16  did deploy pepper balls, and it was authorized

17  because we were getting objects thrown.  So I

18  didn't have to specifically authorize them to at

19  that point.  I can't answer for each individual

20  officer that had a pepper ball what they were

21  seeing.  So, you know, they were -- I mean, if

22  they're deploying with the pepper ball, they're

23  authorized to use it.

24     Q  Did you see any of your -- during this

25  particular incident on May 28th of 2020 at the

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                         62

1    intersection of 14th and Lincoln, did you see any

2    of your officers use force in a way that was not

3    authorized by the DPD?

4         MS. BIRKHOLZ:  Objection; form, foundation.

5         You can answer.

6    A  No.

7    BY MS. WANG:

8    Q  Okay.  Did you use force in any way during

9    that incident?

10   A  No.

11   Q  You didn't have a pepper ball or a 40mm

12   launcher?

13   A  No, I did not.

14   Q  During the first six days of the protests,

15   did you see any of your officers on your team use

16   force in a way that was not authorized by the DPD?

17        MS. BIRKHOLZ:  Objection; form, foundation.

18        You can answer.

19   A  No.

20   Q  Okay.  During the first six days of the

21   protest, did you use force in any way that was not

22   authorized by the DPD?

23   A  No.

24        MS. BIRKHOLZ:  Same objections.

25   Q  During the entirety of the protests, did

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    63

1    you ever see any officer use force in any way that

2    was not authorized by the DPD?

3            MS. BIRKHOLZ:  Same objections.

4        A  No.

5    BY MS. WANG:

6        Q  Okay.  And during the entirety of the

7    protests, did you ever use force in any way that

8    was not authorized by the DPD?

9            MS. BIRKHOLZ:  Objection; form, foundation.

10           You can answer.

11       A  No.

12       Q  Did you ever see officers from other

13   agencies, outside jurisdictions, use force during

14   the protests in a way that was not authorized by

15   the DPD?

16           MS. BIRKHOLZ:  Objection; foundation.

17       A  No.

18       Q  You were together with other agencies

19   during some of the time that you policed the

20   protests; correct?

21       A  Correct.  There were other agencies down

22   with us (inaudible).

23           THE REPORTER:  What were the last words?

24           THE WITNESS:  There were agencies down

25   there with us on the protests.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    64

1    BY MS. WANG:

2        Q  On May 28th, were there any outside

3    agencies who worked with DPD, based on your

4    experience during the protests?

5        A  No.

6        Q  Okay.  On May 31st when you were -- strike

7    that.

8           Did you review your officer statement for

9    May 28th?

10       A  May 28th -- I don't know what date that --

11   that statement that I was provided, I don't know

12   the exact date on that.

13       Q  Okay.

14       A  I would have to look at the statement just

15   to refresh my memory on what the date was on the

16   statement.

17       Q  Was it the statement that contained a

18   description of this incident at 14th and Lincoln?

19       A  No.

20       Q  Okay.  You reviewed a statement concerning

21   the events of May 31st when you were at Colfax and

22   Clarkson?

23          THE REPORTER:  I didn't hear that.

24       A  Yes.

25       Q  In your report from May 31st, it states

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              65

1    that you were with an outside jurisdiction,

2    another SWAT team -- a SWAT team from an outside

3    jurisdiction when you were at Colfax and Clarkson;

4    correct?

5        A  Yes.

6        Q  And that was Commerce City; right?

7        A  Is that -- is it in my statement?  Does it

8    say Commerce City on there?

9        Q  It doesn't, but do you recall -- let me

10   ask it this way.

11         Do you recall what agency it was?

12       A  I actually thought it was Aurora, but it

13   may have been Commerce City so I don't -- but I

14   don't recall.  So unless I put it in my statement

15   it was Commerce City, I don't recall which one

16   it was.

17       Q  Okay.  All right.  Let's take a look at

18   your -- actually, hold on just a second.

19         All right.  So your -- is it fair to say

20   that your conduct and the conduct of your team

21   members during the protests was consistent with

22   the policies and practices of the Denver Police

23   Department?

24       A  Yes.

25       Q  And the conduct that you observed from

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    66

1    officers from outside agencies during the protests

2    was also consistent with the policies and

3    procedures of the Denver Police Department?

4        A   Yes.

5            MS. BIRKHOLZ:  Objection; foundation.

6            You can answer.

7        A   Yes.

8    BY MS. WANG:

9        Q   Was it the Denver Police Department's

10   policy to disperse protesters through the use of

11   less-lethal weapons if they refused an order to

12   disperse, even if they posed no threat?

13           MS. BIRKHOLZ:  Objection; form, foundation.

14           You can answer.

15       A   You said was it the policy to use less

16   lethal against protesters if they didn't --

17       Q   Well, let me ask it again.

18           Was it the Denver Police Department's

19   policy to disperse protesters through the use of

20   less-lethal weapons if they refused an order to

21   disperse, even if they posed no threat?

22           MS. BIRKHOLZ:  Objection; form, foundation.

23           You can answer.

24       A   I don't know if that's the wording of the

25   policy on that, but we were authorized to use less

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    67

1    lethal if the crowd did not disperse.

2    BY MS. WANG:

3        Q  Okay.  Was it the Denver Police

4    Department's policy to use less-lethal weapons on

5    protesters who violated curfew in lieu of

6    arresting them?

7            MS. BIRKHOLZ:  Objection; form, foundation.

8            You can answer.

9        A  I don't know if that was a policy.

10       Q  Did you ever review any operational plans

11   that the Denver Police Department created with

12   respect to the protests?

13       A  No.  Me personally, no.

14       Q  Okay.  What was your understanding of

15   whether or not you were supposed to give dispersal

16   orders before using any less-lethal weapons?

17           MS. BIRKHOLZ:  Objection; foundation.

18           You can answer.

19       A  My understanding is, yes, we do have to

20   give dispersal orders for using less lethal.

21       Q  Okay.  And were you given any sort of

22   instructions on what exactly the dispersal order

23   should be, what should be said?

24           MS. BIRKHOLZ:  Objection; form.

25       A  Was I given instructions, me personally?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    68

1    BY MS. WANG:

2         Q  Right.

3         A  No.  The exact wording of it?

4         Q  Right.

5         A  No, no.  But --

6         Q  So how was it communicated?  How did you

7    come to an understanding that you were supposed to

8    give dispersal orders before deploying less-lethal

9    weapons?

10        MS. BIRKHOLZ:  Objection; form.

11        A  During the briefings, you know, it was

12   always brought up that, yes, we will be using

13   dispersal orders either via the PA system in the

14   rapid deployment vehicle or people on the ground,

15   as, you know, not in the vehicle, just giving the

16   orders.  Usually it was via the PA system, the

17   loudspeaker system through the vehicle.

18        Q  Okay.  And when you say during the

19   briefings, do you mean the briefings that you had

20   with your lieutenants?

21        A  Yes.

22        Q  Okay.  So did they tell you what exactly

23   you were supposed to say in these dispersal

24   orders?

25        MS. BIRKHOLZ:  Objection; form.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                69

1      A   Did they tell me physically?  No, no.

2  BY MS. WANG:

3      Q   I mean --

4      A   I guess, I mean, I didn't need to be told

5  on what needed to be said on that.  I mean, it's

6  declared an unlawful assembly; and if you refused

7  to disperse the area, we would deploy chemical

8  munitions, and you would be subject to arrest.  So

9  I don't know.

10        It wasn't something that was said, you

11  know, like there was a memorization-type thing

12  that everybody had to memorize.  It was always

13  said -- a lot of us -- you know, that wasn't we

14  were walking down the street and saying that,

15  everybody on the street in the skirmish line.  It

16  was via a PA system.  So whoever was on the PA

17  would be giving those orders to the crowd.

18        You could not hear from an officer through

19  just regular voice on a skirmish line when

20  there's -- you know, the crowd is 20, 30 feet in

21  front of you.  So, yes, over the PA system.

22      Q   Okay.  And you mentioned that you would --

23  you would actually announce that an unlawful

24  assembly would be -- has been declared?

25      A   Would I?  No.  I mean, that's what would

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    70

1    be announced, yes.

2        Q   When I say "you," I just mean whatever

3    team you were in, whoever was in charge of the PA

4    system, whoever was in charge of giving that --

5    giving a dispersal order.

6            It would be -- they were supposed to say

7    that an unlawful assembly has been declared?

8        A   That's what I remember being said, so

9    that's what was said.

10       Q   Okay.  And so let's try to distinguish --

11   the first two days of the protests, there was no

12   curfew; correct?

13       A   There was no curfew the first two days,

14   correct.

15       Q   Okay.  The curfew began on Saturday,

16   the 30th; correct?

17       A   I don't recall which day exactly, but yes,

18   it wasn't the first two days.

19       Q   Okay.  And so what was your understanding

20   of what -- when would an assembly be unlawful?

21           MS. BIRKHOLZ:  Objection; form, foundation.

22           You can answer.

23       A   That wasn't my decision to make on when

24   the assembly was unlawful.  So as far as -- you

25   went from curfew to an assembly being unlawful.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    71

1    So the curfew -- I guess, now you're kind of --

2    why are you asking me about curfew and then going

3    to that?  So do you want me to answer the curfew

4    portion of this?

5    BY MS. WANG:

6        Q  I want you to answer the question that I

7    ask, but let me try to clarify.  Okay.

8            So let's assume that the curfew began on

9    Saturday the 30th, May 30th, at 8:00 p.m.  Okay.

10   So whoever was outside in public after 8:00 p.m.

11   and they didn't fall into one of the exceptions in

12   the curfew -- you understood that there were

13   certain exceptions in the curfew, right, for

14   homeless people, if you were traveling to and from

15   the hospital, and such.

16           Did you understand that?

17       A  Yes.

18       Q  Okay.  So let's assume that on the days of

19   the curfew, that the curfew was in effect, if you

20   were in a public place in the City of Denver after

21   8:00 p.m., between the hours of 8:00 p.m. and 5:00

22   a.m., the next morning, you were in violation of

23   curfew; right?  If you didn't fall into the

24   exceptions.

25           MS. BIRKHOLZ:  Objection; form.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    72

1          You can answer.

2     BY MS. WANG:

3          Q   Right?

4          A   Yes.

5          Q   Okay.  So let's -- so after the curfew on

6     the days that you policed the protests beginning

7     on May 30th, after the curfew, people who were

8     assembled outside in public and didn't fall into

9     one of the exceptions to the curfew, you could

10    declare that an unlawful assembly because they

11    were in violation of the curfew; right?

12         A   Yeah, I guess.  I don't know who -- I

13    guess, if you're trying to get the exact verbatim

14    of what the dispersal order was.  I don't recall

15    what the exact -- so maybe --

16         Q   Just focus on the question that I'm asking

17    you.  Okay.

18         A   I'm trying to, but you're, like, kind of

19    throwing it back to, you know, two different

20    things, a curfew violation and an unlawful

21    assembly.

22             Okay.  If it's a curfew violation, then

23    it's going to be if you're out past curfew, you

24    are subject to arrest.  You need to disperse the

25    area, or you're subject to arrest.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          73

1          Q   Okay.

2          A   So there's your answer on that.

3          Q   So on the days when there was no curfew,

4     the first and second days of the protest, what

5     were the circumstances under which you could

6     decide that an assembly was unlawful?

7              MS. BIRKHOLZ:  Objection; form, foundation.

8              You can answer, if you know.

9          A   I can't answer that question.  So I don't

10    know -- I don't know.

11         Q   All right.  Because this line of

12    questioning began when you mentioned that in

13    giving a dispersal order, you would actually say

14    this is an unlawful assembly.

15             Is that something that would actually be

16    said?

17             MS. BIRKHOLZ:  Objection; form, foundation.

18         A   It was said, but I can't tell you which

19    date it was said on.  So if that's where you're

20    going, those first few days prior to curfew, I

21    don't know if it was said that day or not.  That's

22    what I recall being said over the PA system.  So

23    that's my answer.

24         Q   What is your --

25         A   I can't give you a specific date of when

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    74

1    the unlawful assembly to just people protesting or

2    whatever you're saying.  So that's -- I have no

3    more information on it, so I don't know what to

4    tell you.

5        Q  What did you learn in your training with

6    the DPD on the circumstances under which an

7    assembly of people who were protesting could be

8    declared unlawful and people be told to disperse?

9            MS. BIRKHOLZ:  Objection; form, foundation.

10           You can answer.

11       A  Okay.  Well, I guess, after so many times

12   of being told to disperse, then it is declared an

13   unlawful assembly.  So there you go.  That's my

14   answer.

15       Q  Okay.  And people have a right, a First

16   Amendment right protected under the constitution

17   to protest in the streets; correct?

18           MS. BIRKHOLZ:  Objection; form, foundation.

19           You can answer.

20       A  Yes.

21       Q  Okay.  Under what -- based on -- I'm just

22   asking based on your training and your

23   understanding of the policies and procedures of

24   the Denver Police Department, under what

25   circumstances could you tell people who were

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    75

1    protesting in the streets and exercising their

2    First Amendment rights -- under what circumstances

3    could you tell them to disperse?

4          MS. BIRKHOLZ:  Objection; form, foundation.

5          You can answer.

6      A   Sorry.  Basically, that decision was made

7    at a higher level than me; and then just under

8    common sense, it would be at a point where

9    officers are getting injured, or there's a total

10   destruction of property going on down there, and

11   there's an ample amount of time that's been given

12   to the protesters to -- you know, this is an

13   ample -- hours and hours of, you know, protesting

14   in the streets, so.

15         And, again, that decision was made at a

16   higher level than myself.  So I can't answer to

17   that specific decision on when it was declared an

18   unlawful assembly.

19   BY MS. WANG:

20     Q   Okay.  So is it your understanding that

21   one of the circumstances under which an assembly

22   can be declared unlawful and people be ordered to

23   disperse is after they have been protesting for

24   hours and hours and they are still in the streets?

25         MS. BIRKHOLZ:  Objection; form,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    76

1    foundation, misstates testimony.

2          Go ahead and answer.

3      A  No.

4    BY MS. WANG:

5      Q  Okay.  So it's not just --

6      A  That's not what -- I just gave you my

7    answer, and so that's not what I said.  You were

8    saying that my understanding is that protesters --

9    it would be declared an unlawful assembly if

10   protesters are in the street for hours and hours.

11   You just left it at that.

12         I'm talking to the next level of, you

13   know, they're destroying property, they're

14   injuring officers, and that decision is made at a

15   higher level than me, so.

16     Q  Okay.  So these are conjunctive.  So you

17   mentioned if officers are being injured, if

18   there's property destruction and they have been --

19   the protesters have been out there for hours and

20   hours; is that right?

21     A  And the decision is made at a higher

22   level, yes.

23     Q  Right.  Okay.  But how does -- at what

24   level -- so you're -- during the protests, you

25   were out there with your team, you know, dealing

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    77

1    with the protesters; correct?

2        A   Yes.

3        Q   Right.  You were one of the people who was

4    on the ground familiar with the circumstances at a

5    particular time and location and what the

6    protesters were doing at that particular time and

7    location; correct?

8            MS. BIRKHOLZ:  Objection; form.

9        A   Yes.

10       Q   Okay.  So how would you decide -- and so

11   how would you decide when a particular situation

12   reached a point where you had to tell everybody to

13   go home.  And let's talk about the days that the

14   curfew was not in force, okay, so the first and

15   the second days of the protests.

16           MS. BIRKHOLZ:  Objection; form and

17   foundation.

18       Q   If you were the one with familiarity with

19   the circumstances, how would that decision get

20   made?  Would you communicate that information to

21   somebody higher up, and then they would tell you,

22   like, okay, yes, you can disperse everybody now?

23           MS. BIRKHOLZ:  Same objection.

24       A   Yeah.  I was on the ground, and then, you

25   know, if the lieutenants were on the ground with

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    78

1    us, and then the lieutenants were communicating

2    over the radio to the incident commander, and the

3    decisions were made at that level down back to us.

4    BY MS. WANG:

5        Q   Okay.  So decisions --

6        A   All that information relayed to the

7    protesters and crowds of when the dispersal orders

8    were going on or if we had to push, you know, a

9    skirmish line or whatever.  It was all over

10   dispatch through the chain of command on the

11   incident commander level, so relayed back down

12   to us.

13       Q   Okay.  Thank you for that.

14           So you and other sergeants and lieutenants

15   would be on the ground and familiar with the

16   circumstances, and you would relay those

17   circumstances to the incident commander; is that

18   correct?

19       A   Yes.

20       Q   Okay.  And then the incident commander

21   would make decisions about what you were supposed

22   to do in the face of particular circumstances;

23   correct?

24       A   Yes.

25       Q   Okay.  So if you were going to -- you

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              79

1   know, if you were going to push a crowd or move a

2   skirmish line forward or decide that you were

3   going to try to get the protesters to go east or

4   go west or whatever you were doing with your

5   skirmish line, those decisions were made above

6   you; correct?

7          MS. BIRKHOLZ:  Objection; form, foundation.

8          You can answer.

9       A  Yes.

10      Q  They were made at the incident commander

11  level; correct?

12         MS. BIRKHOLZ:  Same objections.

13      A  Yes, yes.

14      Q  And do you know if the incident commander

15  was given authorization from the chief of police

16  to make those decisions during the protests?

17         MS. BIRKHOLZ:  Objection; foundation.

18      A  I don't know.  No, I don't have personal

19  knowledge of that.  No.

20         MS. BIRKHOLZ:  Liz, are we at a good spot

21  to take a quick five-minute break to use the

22  bathroom and come back.

23         MS. WANG:  Sure.  Okay.  I paused the

24  recording.

25         (A recess was taken from 3:41 p.m. to

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    80

```
 1   3:49 p.m.)
 2         MS. WANG:  I'll resume the recording.
 3   BY MS. WANG:
 4      Q  All right.  Is it your understanding of
 5   Denver's policies that you're required to complete
 6   a use-of-force report any time you use force?
 7         MS. BIRKHOLZ:  Objection; form, foundation.
 8         You can answer.
 9      A  Yes.
10      Q  Okay.  And that includes the use of pepper
11   balls or 40mm launchers or other less-lethal
12   weapons?
13      A  Yes.
14      Q  Okay.  And what is the policy on when the
15   use-of-force reports are supposed to be completed?
16         MS. BIRKHOLZ:  Objection; foundation.
17         You can answer.
18      A  When is the policy -- or when is the
19   report supposed to be completed?  As soon as
20   possible.
21      Q  Did you complete any use-of-force reports
22   in relation to your actions during the protests?
23         MS. BIRKHOLZ:  Objection; form, foundation.
24      A  I'm trying to think this one.  I don't
25   recall.  I don't remember if I did.
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    81

1    BY MS. WANG:

2        Q   What's your understanding of Denver's

3    policy with respect to dealing with destructive or

4    violent individuals within a crowd when that's --

5    when there's a crowd of peaceful demonstrators,

6    but there's a few people in the crowd who may be

7    throwing rocks or committing other acts of

8    aggression?

9            MS. BIRKHOLZ:  Objection; form.

10           You can answer.

11       A   What is my -- can you say it again?  I

12   lost you on that one.

13       Q   Sure.  Okay.

14           So in the context of a protester

15   demonstration, there may be a large crowd of

16   people who are mostly peaceful, but there may be a

17   few individuals in the crowd who are throwing

18   rocks or committing other acts of aggression;

19   correct?

20       A   Yes.

21       Q   Is that something -- generally speaking,

22   is that something that you witnessed during the

23   protests?

24       A   Yes.

25       Q   Okay.  And so what is your understanding

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    82

```
 1   of Denver's policies as to how you're to deal with
 2   that situation?
 3          MS. BIRKHOLZ:  Objection; foundation.
 4          Go ahead.  You can answer.
 5      A  I don't know as far as Denver's policies,
 6   but I do know, like I said in the past with this,
 7   that we identify who the protesters are that are
 8   throwing the objects; and then the officer or sort
 9   of whoever is authorized to deploy the pepper ball
10   or other less lethal at them to get them to
11   disperse from the crowd and injured officers or
12   fellow protesters or whatever you want to say on
13   that, citizens.
14      Q  Okay.  So is it your understanding that
15   Denver's policies require you to attempt to
16   isolate the person or persons within a crowd who
17   are committing acts of aggression before
18   dispersing the entire crowd?
19          MS. BIRKHOLZ:  Objection; foundation.
20          Go ahead.  You can answer.
21      A  As far as policy, again, it's not my
22   understanding on the policy on that; but during
23   those incidents, the protesters who were throwing
24   the rocks and the volatile protesters, it's kind
25   of hard to isolate them as far as in a large
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          83

1    crowd, as far as you're trying to say make --

2    isolate them to arrest them in the crowd or -- is

3    that what you're trying to say?  By isolating them

4    or identifying who they are.  Isolating is, like,

5    kind of isolate to make the arrest?

6    BY MS. WANG:

7        Q  Well, you are familiar with the Denver

8    Police Department crowd management manual;

9    correct?

10       A  Yes.

11       Q  Yes.  You've received training on it?

12       A  Yes.

13       Q  Okay.  And the Denver Police Department

14   crowd management manual provides that officers

15   will make every effort to differentiate between

16   individual behavior -- individual misbehavior and

17   actions of the crowd in general and to minimize

18   the risk that arrests may be directed at persons

19   who are not in violation of the law.

20           Does that sound familiar to you?

21           MS. BIRKHOLZ:  Objection; form.

22       A  It pretty much sounds like what I just

23   said.  I mean, I'm isolating, identifying who the

24   violent protesters are compared to the protesters

25   who aren't committing any law violations, yes.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    84

1    BY MS. WANG:

2        Q   And the policy of the Denver Police

3    Department is that efforts will be made to isolate

4    and arrest violators from a crowd before declaring

5    an assembly is unlawful; correct?

6            MS. BIRKHOLZ:  Objection; foundation.

7        A   I'd have to -- if that's what it -- is

8    that what it says in the policy?  Can you show me

9    that so I can look at it?  I don't want to say,

10   yes, that's there, and it's not there, but yes.  I

11   would have to see it.

12       Q   Well, let me first ask you about your

13   understanding of the policy based on your training

14   in crowd management.

15           MS. BIRKHOLZ:  Objection; form.

16       A   Go ahead.  Ask me.

17       Q   Okay.  So based on your understanding,

18   based on your training, is it the City of Denver's

19   policy that efforts will be made to arrest and

20   isolate -- isolate and arrest violators from a

21   crowd before declaring an assembly as unlawful?

22           MS. BIRKHOLZ:  Objection; foundation.

23       A   Yes.

24       Q   Okay.  Did you make efforts -- did you do

25   that during your -- during the protests?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    85

1        A   Did I isolate individuals that were

2   violent protesters --

3        Q   Right.

4        A   -- to make the arrest?

5           There wasn't many opportunities to do that

6   because of the crowd size, and there was an

7   officer safety risk of going into the crowd to

8   isolate protesters that were inside the crowd of

9   thousands of people, trying to go into a crowd

10  with 10, 12 officers and be surrounded by them.

11          So no, it was not -- personally, I did not

12  do that or put my officers at risk to go into a

13  crowd and try to arrest specific individuals.

14       Q   When the decision has been made to

15  disperse a crowd does that crowd -- strike that.

16          Do you have to decide that a crowd is an

17  unlawful assembly before you order them to

18  disperse?

19       A   No.  So during a break I was actually -- I

20  guess my wording has totally messed up this whole

21  information that I'm giving you as far as you

22  asked me on the unlawful assembly thing.

23          We can push a crowd and order them to

24  disperse, just say move back or whatever.  That's

25  dispersing, just move back.  Like my original day

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    86

1    on 14th and Lincoln when we're kind of pushing

2    those guys -- the protesters back away from the

3    officers, that's dispersing.

4          Unlawful assembly is after the order has

5    been given from above and, you know, that's when

6    it's declared an unlawful assembly, so.

7       Q  Did you speak with your attorney during

8    the break?

9       A  Did I speak to her?

10      Q  Yes.

11      A  Yeah.  She called me and said I was doing

12   a good job on the phone.

13         MS. BIRKHOLZ:  Objection; don't provide

14   the contents.  That's privileged.

15      Q  Okay.  So there are circumstances -- it

16   doesn't have to be declared an unlawful assembly

17   before you order a crowd to disperse; is that

18   true?

19         THE REPORTER:  I didn't hear the answer.

20      A  True.  Yes, yes.

21      Q  Going back to 14th and Lincoln on

22   May 28th, you were describing moving the RDV

23   forward and getting the crowd to move back.

24         And then at some point, somebody came and

25   blew out a tire on the RDV; is that correct?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              87

1       A   We started to move the RDV once the tire
2   was blown out by the individual.  So once the tire
3   was blown out, then we decided to move the RDV and
4   move us to get out of that crowd because we were
5   starting to be surrounded by everybody.
6       Q   Okay.  And then when does the crowd become
7   hostile and start throwing things in relation to
8   the tire being blown out?
9       A   Prior to that.
10      Q   Okay.  So the crowd began throwing things
11  before somebody came up and punctured the rear
12  tire; is that correct?
13      A   Yes, yes.
14      Q   Okay.  And then you said you don't know if
15  you ordered officers to deploy pepper ball at the
16  suspects but they did so in -- consistent with
17  Denver police policy?
18          MS. BIRKHOLZ:  Objection; form, foundation.
19          You can answer.
20      A   Yes.  Officers deployed, and I did not
21  observe them deploying the pepper ball, but yes,
22  they deployed -- they were authorized to deploy
23  pepper ball within policy.
24      Q   And you didn't witness any deployment of
25  pepper ball that was inconsistent with policy;

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    88

```
1    correct?
2          MS. BIRKHOLZ:  Objection; foundation.
3       A  That was inconsistent?
4    BY MS. WANG:
5       Q  Right.  The use of pepper ball that you
6    observed at 14th and Lincoln on May 28th was
7    consistent with Denver police policy; correct?
8          MS. BIRKHOLZ:  Objection; foundation.
9          You can answer.
10      A  In my position, I did not observe a
11   specific officer deploy, but I could hear the
12   pepper ball being deployed from officers.  So
13   pepper ball was deployed, and it was authorized.
14      Q  Can you see my screen?
15      A  Okay.
16         (Deposition Exhibit 4 marked for
17   identification and retained by counsel.)
18      Q  Okay.  I'm showing you what's been
19   Bates-stamped as -- it hasn't been Bates-stamped,
20   but it's a Colorado State Patrol video for May
21   28th and the file name -- the end of the file name
22   is B133.  This has been produced.
23         So this is the intersection of 14th and
24   Lincoln; correct?
25         MS. BIRKHOLZ:  Objection; foundation.
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              89

1    BY MS. WANG:

2        Q   Do you recognize this?

3        A   Yes.

4        Q   Okay.  And this is the intersection of

5    14th and Lincoln; correct?

6        A   Yes.

7            MS. BIRKHOLZ:  Objection.

8        Q   And I'm showing you the time 7:11:31 p.m.

9            Is this your RDV right here in the middle?

10       A   It looks like our RDV, but I cannot verify

11   if that is ours or not.  I don't even see

12   officers.  I just see the protesters.

13       Q   Okay.  Let me forward it a little bit.

14           (Video played.)

15       Q   All right.  I'm playing it.  It's at 7:13

16   or 7:14 --

17       A   If you go back.  Yes, that's -- yes.

18       Q   Okay.

19       A   That is our RDV.

20       Q   Okay.  So this is at 7:14:04 p.m.  And you

21   were -- whoever is operating this camera is moving

22   around, obviously.

23           So do you recall where you were standing

24   when you got off the RDV?

25           MS. BIRKHOLZ:  Objection; foundation, form.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    90

1          You can answer.

2      A   No.  I don't recall where I was exactly in

3   that mix right there.  I want to say I was on the

4   passenger's side of that RDV, somewhere on the

5   right side of the RDV, like --

6   BY MS. WANG:

7      Q   Over here?

8      A   Over in that area, yeah.

9      Q   Okay.  And does this refresh your

10  recollection at all as to what the protesters were

11  doing at this time?

12     A   That's kind of what I remember.

13     Q   Okay.  And at this point, is the crowd

14  peaceful?

15         MS. BIRKHOLZ:  Objection; form.

16         You can answer.

17     A   Sometime during that point is when the

18  tire was -- and we were taking rocks or objects

19  because I specifically remember getting struck

20  by -- in my head with an ice bottle, water bottle

21  full of ice.

22         So the tire is on the rear driver's side

23  and we -- that's how the RDV is moving.  We're

24  trying to move with it; and as you can see, the

25  crowd is coming from both sides.  We have the

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    91

1    crowd on the -- as we're going east, there's a

2    crowd in front of us, and then all of this is

3    coming from behind us.

4    BY MS. WANG:

5        Q   Okay.  Let me pause it.  So we were just

6    viewing from 7:14 p.m. to 7:16 p.m.  Let me go

7    back.  I'm going to play it from 7:13:14.

8            (Video played.)

9        Q   So there will be a moment where it looks

10   like the tire was stabbed, and you can't see it,

11   but you can see something happen to the vehicle

12   right there.

13           Did you see that?

14           MS. BIRKHOLZ:  Objection; foundation.

15       Q   So I just want to see if this refreshes

16   your recollection.

17           Okay.  I'm playing it again from 7:13:14.

18           (Video played.)

19       Q   So you believe you're one of the officers

20   on the right side of the RDV?

21           Okay.  Did you see that right there?

22           MS. BIRKHOLZ:  Objection; form.

23       A   I do not -- I don't see it, but I do

24   remember specifically now that when that tire

25   did -- it exploded.  It sounded like a gunshot.  I

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                               92

1    see the smoke right there.  I don't know if that's

2    what that is.

3         There's kind of -- you know, I don't know

4    if that's where officers are deploying pepper ball

5    or what.  But -- and, in fact, now I even remember

6    that once that tire exploded, over the radio

7    somebody yelled "shots fired" being, like, a

8    gunshot was being fired over there.

9         So at that point, you know, that's how

10   loud that was, that tire exploding.  But I don't

11   see where you're seeing somebody -- I'm not seeing

12   what you're seeing as far as that part where the

13   tire actually.

14   BY MS. WANG:

15      Q  Okay.

16      A  What you're trying to show me because I

17   know I did.

18      Q  Right.

19      A  I was right there, so.

20      Q  Okay.  Let's go -- we're going to play it

21   from 7:15:56.

22         (Video played.)

23      Q  Okay.  I want you to -- where my cursor

24   is, there's an officer right here.  Do you see my

25   cursor?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    93

1         A   Right.

2         Q   Okay.   Do you see how the officer pushed

3    the protester to the ground?   Did you see that?   I

4    paused it.   Did you see that?

5             I'm going to play it again.

6         A   Yeah.   I saw -- I didn't see what you're

7    saying -- trying to show me but I don't know if he

8    was -- it's kind of, like, you're -- it's choppy.

9    So you're -- he may have pushed him to the ground,

10   or I don't know, pushed him back and he fell.   So

11   I don't know.

12        Q   Okay.   We were just watching at 7:15 p.m.

13   There's officers who are getting into some sort of

14   interaction with the protesters right here.

15            Were you in this group?   Do you recall?

16            MS. BIRKHOLZ:   Objection; foundation.

17        A   I don't know where I'm at.   I can't

18   identify myself right now on that.

19        Q   Okay.   This is the officer who pushes this

20   protester.   I'm going to play.   It's at

21   7:15:58 p.m.

22            (Video played.)

23        Q   Okay.   Protester falls to the ground.

24   I've paused it at 17:16:01 p.m.   The protester is

25   on the ground.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              94

1          Did you see that?

2      A  I can't see -- well, obviously -- does it

3   look like he's wearing green right on there?  Is

4   what you're showing me?  This guy -- like a leg

5   right there on the ground right there.

6      Q  Yeah.  Right here.  Yeah, this guy.

7      A  I see that.  I didn't see him push him.

8      Q  Okay.

9      A  The video is not really showing me that,

10  so.

11     Q  So the section of video that we just

12  played, you did not see the officer push the

13  protester; correct?

14     A  The video that you're showing me right

15  now, I have watched it twice.  I saw these two

16  officers right there.  What you're showing me

17  right now, can you rewind it, like, where this

18  exact push is and just show me where that is, and

19  then I can verify if he was pushed or not, so.

20         (Video played.)

21     Q  I paused it.  He's about to fall to the

22  ground.  It's at 7:16 p.m.

23     A  Okay.  I see officers and then him push --

24  yeah, he pushed back.  Okay.  Yeah.

25     Q  Okay.  Was that action of that officer

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    95

1    consistent with DPD policy?

2          MS. BIRKHOLZ:  Objection; foundation.

3       A  Yeah.

4          MS. BIRKHOLZ:  You can answer.

5       A  I think it is.  He's trying to separate

6    himself from that individual, and we are walking

7    backwards and he's also -- you know, it's for his

8    safety.  He's trying to get back to the RDV which

9    is continuing to move.  You can see the crowd

10   coming still at us.  So yeah, that's within

11   policy.

12      Q  Okay.  And that was how you and your team

13   were trained; correct?

14         MS. BIRKHOLZ:  Objection; form, foundation.

15         You can answer.

16      A  Yes.

17      Q  You would not expect that officer to be

18   disciplined by the Denver Police Department for

19   that action; correct?

20         MS. BIRKHOLZ:  Objection; form, foundation.

21      A  Correct.

22      Q  Correct?

23      A  Yes, I would not expect him to be

24   disciplined for that.

25

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    96

1          (Deposition Exhibit 5 marked for

2     identification and attached to the transcript.)

3        Q   And let's take a look at one of your

4     statements.

5          Can you see this?  Can you see the

6     statement on the screen?

7        A   Yes.

8        Q   Okay.  I'm going to just zoom out a little

9     bit so we can -- I'll show you the whole page.

10    I'm showing you Denver 3002 through 3003.

11         Okay.  And this is your signature here on

12    this signature line; correct?

13       A   Right.  Yes.

14       Q   Okay.  And your badge number is 00018; is

15    that right?

16       A   Yes.

17       Q   Okay.  Now, this statement is dated

18    6/11/20 at 2045.

19         Do you see that?

20       A   Yes.

21       Q   Okay.  So that's almost two weeks after

22    the protest began; correct?  Is that a yes?

23       A   Yes.

24       Q   Okay.  And what prompted you to write this

25    officer statement?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          97

1        A   That was our first opportunity to write

2    statements from the incidents that occurred.  So

3    that's what prompted that.  We all had to complete

4    statements from the past.  We didn't have time

5    during the protest to even do any kind of

6    paperwork during those first initial weeks

7    of (inaudible).

8        Q   Okay.  Were you asked by somebody to write

9    an officer statement?

10       A   Yes.  I don't remember who instructed me

11   to, but we were all instructed to write statements

12   on the protests.

13       Q   And do you recall when you were asked to

14   write statements?

15       A   Do not.

16       Q   Okay.  Were you aware at some point that a

17   Federal Judge had issued a temporary restraining

18   order against the Denver Police Department for

19   certain uses of force during the protests?

20           MS. BIRKHOLZ:  Objection; foundation.

21           You can answer.

22       A   Yes.

23       Q   Okay.  When did you become aware of that?

24       A   I don't remember the specific day on that.

25   Probably the day that it was issued because we

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    98

1    were advised.

2        Q   You said the day it was issued we were

3    advised?  Is that what you said?

4        A   Yes.

5        Q   Okay.  Who were you advised by about the

6    temporary restraining order?

7        A   I don't remember who advised me.

8    Probably -- I don't know.  I would say it probably

9    came down the chain of command through my

10   lieutenants to us.  I don't remember who

11   specifically told me.

12       Q   Okay.

13       A   We were advised.

14       Q   Was it something -- do you have a

15   department e-mail?

16       A   I do have a department e-mail.

17       Q   Do you recall if a copy of the temporary

18   restraining order was distributed via e-mail to

19   all the officers?

20       A   I don't recall that, no.

21       Q   Okay.  Were you given an actual copy of

22   the order?

23       A   No.

24       Q   Okay.  So how was the information in the

25   temporary restraining order communicated to you?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                           99

1        A   I said probably -- I'm sorry.  It was

2    given -- relayed verbal by my supervisors.  I

3    don't know.  I mean, we were given that

4    information.  So, again, I don't know which

5    specific lieutenant gave it to me or what, but we

6    were advised of the restraining order.

7        Q   Okay.  What were you told about what the

8    Judge's order said?

9        A   I honestly don't recall.

10       Q   Are you aware that the temporary

11   restraining order has become a preliminary

12   injunction?

13       A   You kind of broke up on that.

14       Q   Are you aware that --

15       A   Am I aware of what?

16       Q   Are you aware that the temporary

17   restraining order has become a preliminary

18   injunction?

19          MS. BIRKHOLZ:  Objection; foundation.

20       A   No.  I --

21       Q   Was that a no?

22       A   No.

23       Q   Okay.  Have you policed any protests since

24   June of 2020?

25       A   Yeah.  There were several protests

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    100

1    throughout that summer.

2        Q  Okay.  And were you aware -- I mean as you

3    sit here today -- strike that.

4           When you were policing the protests during

5    the summer, were you aware of what the temporary

6    restraining order required you to do or not do?

7           MS. BIRKHOLZ:  Objection; foundation.

8           You can answer.

9        A  Yeah.  I mean, we were briefed, just like

10   we were during the initial protests, the first

11   couple weeks.  So, yeah, we were given

12   instructions just like every protest that we dealt

13   with daily.  So yes, I guess, that had an effect

14   with this temporary injunction or whatever you're

15   referring to.

16       Q  Were you given specific instructions on

17   what events you needed to write an officer

18   statement for?

19          MS. BIRKHOLZ:  Objection; foundation, form.

20          You can answer.

21       A  I don't recall what we had to write -- I

22   don't know if -- I don't recall.  I mean, you have

23   my statement.  So this is the first time I've seen

24   this statement since that day I wrote it.  So I

25   don't know how many statements I wrote or how many

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    101

1    days worth of protest statements I wrote.

2    BY MS. WANG:

3        Q   Okay.  So let me show you another one.

4    You said you haven't seen that statement that I

5    was just showing you since the day -- since you

6    wrote it; correct?

7        A   Correct.

8            (Deposition Exhibit 6 marked for

9    identification and attached to the transcript.)

10       Q   Okay.  I'm showing you the statement

11   that's from the events of May 31st, 2020, and it's

12   Bates-stamped Denver 003693.

13           Do you see this?

14       A   Yes.  That was the statement that I

15   reviewed.

16       Q   Okay.  So --

17       A   Yeah.  That's the one that I had.  I don't

18   know how many -- what I'm saying is I don't know

19   how many statements I wrote -- or write statements

20   on which day specific.

21       Q   Okay.  So this is the statement that you

22   reviewed prior to your deposition; correct?

23       A   Yes.

24       Q   Okay.  And you don't know if you wrote

25   other statements from -- for the 29th, May 29th or

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    102

1    May 30th or June 1st or June 2nd; right?

2        A   Yeah.  I don't recall.

3        Q   Do you know if you wrote a statement for

4    each day that you policed the protests?

5            MS. BIRKHOLZ:  Objection; form.

6            You can answer.

7        A   No, I don't know.

8        Q   How many statements do you recall writing?

9        A   Those two that you just showed me.

10       Q   Okay.  So you don't recall if you wrote

11   any other ones.

12       A   No.

13       Q   Okay.  Do you know why -- but you did

14   police the protests on May 29th, May 30th,

15   June 1st, and June 2nd; correct?

16       A   Yes.

17       Q   Did you or members of your team use

18   less-lethal weapons on any of those other days?

19           MS. BIRKHOLZ:  Objection; form, foundation.

20           You can answer.

21       A   Yes.  Less lethal was used during the

22   protests on those other days.

23       Q   But you didn't write officer statements

24   for those days; correct?

25           MS. BIRKHOLZ:  Objection; form, foundation.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                         103

1          You can answer.

2      A  I don't know if I did or not write

3  statements on those days.

4  BY MS. WANG:

5      Q  Did you have any discussions with the

6  officers on your team about writing statements,

7  writing officer statements for their work during

8  the protests?

9      A  Again, I don't recall why I wrote this

10  statement or the other -- I don't recall.  So I

11  would imagine if I wrote the statements, then my

12  officers wrote statements as well.

13      Q  Okay.  Did you look at any -- so you wrote

14  this statement on June 11th.  This particular

15  report I'm showing you is for 5/28.  You wrote it

16  on June 11th.

17          Did you review anything prior to writing

18  this statement?

19      A  This is May 28th.  I can't even read this.

20  Can you, like, zoom it, so I can at least look at

21  it, what I wrote.

22          Can you scroll down for me, ma'am.  Is it

23  just that one page?  Is that --

24      Q  There's another page.

25      A  I don't remember if I reviewed anything

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                104

1    else or what I -- you know, I don't remember.

2        Q  Okay.  So I'm just trying to find out --

3    given that you wrote this on June 11th trying to

4    recount an incident that happened on May 28th, did

5    you look at anything?  Did you look at any body

6    cam or any, you know, the CAB reports or anything

7    to refresh your recollection before you wrote this

8    report?

9            MS. BIRKHOLZ:  Objection; form.

10           You can answer.

11       A  I don't remember.  I honestly don't

12   remember if I reviewed my body-worn -- I don't

13   remember what -- how I -- I don't remember if I

14   reviewed the body-worn camera or not or maybe

15   that's from -- it was still fresh in my memory at

16   that point.  I don't remember what I reviewed.

17       Q  This report, when you're describing the

18   14th and Lincoln incident, you said, "I ordered

19   officers to deploy pepper ball at the suspects

20   throwing rocks and other objects."

21           Do you see that?

22       A  Yes.

23       Q  Does that refresh your recollection as to

24   whether you did order your officers to deploy

25   pepper ball?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    105

1      A   Yes.  I guess -- yeah, it's there in the

2   statement.  So that was June 11th until now, so

3   yeah, that refreshes my memory.

4      Q   Okay.  After you were at 14th and Lincoln,

5   you went back to the gang unit to have the blown

6   tire repaired, right, and get a different RDV?

7      A   Yes.

8      Q   Is that a yes?

9      A   Yes.

10     Q   Okay.  Then you went to District 6 to

11  assist officers dealing with a large, hostile

12  crowd of protesters at Colfax and Washington; is

13  that right?

14     A   Yes.

15     Q   Okay.  Do you recall that particular

16  incident?

17     A   So now I recall.  Is this the body-worn

18  camera?  It's the same date, so.

19     Q   Yes.

20     A   We were at District 6 several times during

21  these first couple weeks of the protests.  So I

22  guess this coincides with the body-worn camera

23  footage that I reviewed.

24     Q   Correct.

25     A   Okay.  Yes.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    106

1      Q  Okay.  So in your report, you write:

2   "Upon arrival, we formed a skirmish line at the

3   southwest entrance parking lot of District 6.

4   While on the skirmish line, the crowd started to

5   throw rocks, bricks, bottles, and other random

6   objects at officers.  Several officers were struck

7   by rocks during the incident.  Due to the active

8   aggression of the protesters, I directed officers

9   to deploy pepper ball and 40mm at the protesters

10  throwing objects.

11       "As we pushed the skirmish line to

12  Colfax/Washington away from the station, I was

13  struck with a large rock to my left shoulder

14  causing severe pain and numbness to my left arm."

15       Do you see that?

16     A  Yes.

17     Q  Okay.  Do you have an independent

18  recollection of that?

19     A  I remember getting struck in my shoulder,

20  yes.  I do remember that.  I remember the rocks

21  being thrown.  I remember reviewing the body-worn,

22  so yes.

23     Q  And so is it fair to say that the crowd --

24  well, was there any less-lethal weapons deployed

25  besides pepper ball and 40mm?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    107

1          MS. BIRKHOLZ:  Objection; form.

2      A  I have a short-term memory.  Did I -- can

3   I look at that statement again?

4   BY MS. WANG:

5      Q  Sure.

6      A  Before I say something because now this --

7   yeah.  What did I do.

8      Q  Can you see that?

9      A  Zoom it up one.  There you go.  40mm and

10  pepper ball.

11     Q  Okay.  Do you recall if there was tear gas

12  deployed?

13     A  I'd have to look at that body-worn camera

14  again.  At this present second I don't recall

15  but --

16     Q  Okay.  Let's --

17     A  My attention span is kind of -- I've got

18  kids right now but focusing.

19     Q  Sure.  Okay.  Let's just -- I'm going to

20  pull up the body-worn camera.  Hold on.  I have to

21  share my screen.  Okay.

22         Can you see that?

23     A  Yes.

24     Q  (Inaudible).

25         THE REPORTER:  Pardon me?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    108

1       Q  Can you hear the audio on the -- I'm

2    asking the witness.

3          Can you hear the audio on the cam?

4       A  You're coming out kind of choppy, and I

5    don't hear any audio on the body-worn.

6       Q  Okay.  I'm just trying to figure out

7    because I've shown video that doesn't have audio

8    on Zoom before, but I don't think I've tried

9    showing video that has audio and so I'm just -- I

10   want to know.

11         You can see the screen, though; right?

12      A  Yes.

13      Q  Yes?

14      A  Yes.

15      Q  Okay.  But I'm going to play it for a

16   second and just tell me if you can hear the audio.

17         (Video played.)

18      A  No.  I don't hear anything.

19      Q  Okay.  Let's forward.  Okay.

20         So can you see my screen now?

21      A  Yes.

22      Q  Okay.  Do you see this officer in the

23   green fatigues?

24      A  Yes.

25      Q  Okay.  And what unit was he from, the

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                      109

1    officers in the green fatigues?

2        A   SWAT.

3            (Deposition Exhibit 7 marked for

4    identification and retained by counsel.)

5        Q   Okay.  And just for the record, I'm

6    showing you Denver 4050, which is Sergeant Tak's

7    body-worn camera from Colfax and Washington on

8    5/28.

9            Okay.  So do you know what unit of Metro

10   SWAT he was with?

11           MS. BIRKHOLZ:  Objection; foundation.

12           You can answer.

13       A   Denver SWAT.  That's Denver SWAT.

14       Q   Right.  And so what I mean is there were a

15   couple different -- it seemed like, based on what

16   I've seen, that there were a couple different

17   teams of Denver SWAT assigned to the protests.

18           Do you remember who was the sergeant who

19   was with this group of Metro SWAT officers that

20   was with you?

21       A   No, I don't.

22       Q   Okay.  Was there any other unit -- so then

23   the other officers that you were with at this

24   intersection at this time on May 28th were your

25   officers on your team and Denver Metro SWAT;

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    110

1    correct?

2        A   And I think there were district officers.

3    I don't know which district, if they were District

4    6 officers but if you -- because when I reviewed

5    this, there was the gang unit, Denver SWAT, and

6    then there are other officers in regular uniforms

7    here that are Denver officers.  I don't know what

8    district or who they're from.

9            (Video played.)

10           These are like -- yeah, there are

11   several -- those are gang unit.  The guy to the

12   right, I don't know.  That is not one of our guys.

13       Q   Okay.  So I've paused it.

14       A   Other district officers.

15       Q   Let me just say for the record.  I've

16   paused it at 12 minutes 45 -- I'm sorry -- 12

17   minutes, 54 seconds into the video.

18           So you're saying this officer right here

19   with a "G" on his helmet.

20           Is that a gang unit officer?

21       A   Yeah.

22       Q   Okay.  And then this guy in the short

23   sleeves, that's not a gang unit officer?

24       A   Correct.

25       Q   Okay.  And you can tell that just because

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              111

```
1    of what he's wearing?
2         A   Correct.
3         Q   Okay.  And you think those were District 6
4    officers?
5         A   I don't know which -- they were Denver
6    officers.  I don't know what district.
7         Q   Okay.  And so this officer right here who
8    has got the -- I've paused it at 13:05 minutes.
9             This officer in the middle of the screen
10   with the arrows on his shoulder, does that
11   indicate that he's a sergeant?
12        A   Yes.
13        Q   Okay.  Now, do the lieutenants have
14   uniforms that have those same arrows, or do their
15   uniforms look different, their arrows?
16        A   They don't have arrows on their sleeves.
17   They have, like, a bar on their collar, a gold
18   bar.
19        Q   Okay.  I got it.
20             Do you know what sergeant that was?
21        A   No, I can't really decipher who that is.
22        Q   Okay.  Do you have a recollection of what
23   other sergeants were with you at this intersection
24   on this day?
25        A   The gang unit.
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    112

1        Q   Right.

2        A   Myself, Vince Lombardi, I would -- Ed

3    Arnold, and Scott Hughes.  I think we were --

4    that's May 29th.  So what time is that?  That's in

5    the morning.

6        Q   Well, so this --

7        A   No.  So -- yeah.  Can you play some more

8    of the video so I could see or --

9        Q   Sure.  Let me just say that this is the

10   time -- it's been represented to us that this time

11   is ahead by six hours.  So it says 5/29/2020,

12   2:42 a.m., but it's actually 5/28 at 8:42 p.m.

13        Do you know one way or another whether or

14   not the lapse on body cams for all the Denver

15   officers are showing a different time zone?

16       A   Yeah.  I don't know.  I don't understand

17   the time zone thing on the body-worn cameras.

18       Q   Okay.  But you recall being at this

19   intersection, Colfax and Washington, on May 28th

20   at 8:40, about 8:40 p.m.?

21       A   Okay.  I don't know what time.  I honestly

22   don't know if that's the correct time.  You know,

23   it's saying that.  I don't know the time

24   differential of what you just said.  Like, it's

25   six hours behind or six hours ahead.  I don't know

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    113

1    what time this is.

2         But that's my body-worn camera I'm

3    viewing, so yes, I was there.  I don't know what

4    time it was.

5      Q  Okay.  After having viewed the body-worn

6    camera -- you watched it in preparation for this

7    deposition; correct?

8      A  Correct.

9      Q  Okay.  And did you see tear gas being

10   thrown?

11     A  I thought you just asked me this question,

12   and I wanted to look at the body-worn camera so --

13   to see.  I don't recall.  I don't remember if

14   there was CS thrown during that time frame or not.

15        So is there a specific time in that video

16   that it's thrown because I don't remember if it

17   was or not.

18     Q  Okay.  Just a minute.  I'm going to pull

19   up another video.

20        THE WITNESS:  Can I use a two-second break

21   to go the bathroom again real quick.

22        MS. WANG:  Yes.  We can go off the record.

23        (A recess was taken from 4:38 p.m. to

24   4:45 p.m.)

25        MS. WANG:  We're on the record now.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    114

1          Okay.  Can you see this?

2      A  Yes.

3          (Deposition Exhibit 8 marked for

4      identification and retained by counsel.)

5      Q  All right.  Now, this is Denver -- this is

6      the body-worn camera of an Officer Hastings,

7      Bates-stamped Denver 4047, and the reason I'm

8      showing you this one is because it has -- this

9      officer was standing in front.  I'll represent to

10     you that your body-worn camera shows that you were

11     standing not right in the very front.

12          Is Officer Hastings an officer on your

13     team?

14     A  Yes.

15          (Video played.)

16     Q  Okay.  So this is right at the moment --

17     I've got it paused at minute 10:31, and there's

18     this sparking thing of gas in the intersection.

19          Do you see that?

20     A  Yes.

21     Q  Okay.  I'm going to just go back a few

22     seconds right before that's thrown.  Okay.

23          All right.  So I'm playing starting at

24     10:03, and I turned the sound off because you're

25     not able to hear the sound apparently through Zoom

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    115

1    when I play a video with sound.  So we'll just

2    watch the video for a few seconds.  Okay.

3         (Video played.)

4    Q  All right.  So let me pause it.  I've

5    paused it at -- we played it just now from 10:03

6    to 10:14 minutes.

7         Did you see the pepper balls that were

8    shot at the intersection towards these protesters?

9         MS. BIRKHOLZ:  Objection; form.

10   A  Yes.

11   Q  Do you know why pepper ball was shot at

12   them?

13        MS. BIRKHOLZ:  Objection; foundation.

14   A  I do not know why it was shot at them at

15   that or probably -- I don't know.  Disperse -- we

16   were taking rocks and everything else, and I did

17   not see the use of the pepper ball, officers using

18   the pepper ball and who deployed what, but we were

19   utilizing.

20   Q  Right.

21   A  I don't know if there were parties there

22   in the street at that point or if that was

23   dispersing or what was going on at that point.

24   Q  Well, there's nobody else in the street.

25        The protesters are across the street south

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    116

1    of Colfax at this point; correct?

2        A   Correct.

3        Q   Okay.  I'm going to continue --

4        A   That's usually what the reminiscence of

5    once you deploy the pepper ball.  So maybe they

6    were in the street, and they're moving back.  It

7    looks like they are moving back.  It looks like

8    some people are facing south and moving back.  So,

9    I mean, from this perspective that's what that --

10       Q   Okay.  It's at 10:17.  I'll continue

11   playing it.

12           (Video played.)

13       Q   Okay.  I'm going to pause it at 10:34.

14           Did you see the tear gas that was thrown

15   towards the protesters?

16       A   So the explosion or whatever that was, I

17   did not see what direction that tear gas came from

18   or -- but I did see what you're showing me right

19   there, yeah.

20       Q   Okay.  Well, the officers are standing --

21   you and the other officers are standing north of

22   Colfax on Washington; correct?  This is Colfax

23   right here; correct?  And then this is Washington

24   going north/south; right?

25       A   Yes.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    117

1        Q   Okay.  So an officer threw tear gas across

2   the intersection; correct?

3        MS. BIRKHOLZ:  Objection; form, foundation.

4        A   Again, this is Officer Hastings'

5   body-worn.  Show me my body-worn and I can -- you

6   know, obviously, the view of -- like I said, I do

7   not know who threw or where the direction of that

8   explosion came from.  So I -- yes.

9        Q   The question is an officer who was with

10  you and your team threw tear gas across the

11  intersection at the protesters; right?

12        MS. BIRKHOLZ:  Objection; form, foundation.

13        A   No.  An officer with me and my team.  I

14  know people from my team did not throw a CS

15  canister or whatever that is right there.  I

16  don't -- I can't determine if that -- what that

17  is.  You know, there were also explosions of

18  fireworks being thrown during these protests.  So

19  I can't verify what that is by looking at this

20  body-worn camera.

21        Q   Okay.  So you can't tell if this is a

22  firework or a CS canister.

23        Is that what you're saying?

24        MS. BIRKHOLZ:  Objection; foundation.

25        A   I'm saying.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                      118

1   BY MS. WANG:

2       Q   That's what you're saying.  Okay.

3       Did you see in the clip that we just

4   watched from 10:17 to 10:34 any provocation or

5   anything being thrown by the protesters towards

6   the officers that would have caused the deployment

7   of this gas?

8       MS. BIRKHOLZ:  Objection; form, foundation.

9       A   I -- the view from this body-worn camera

10  that's -- if you rewind it and look at where those

11  protesters were, you cannot tell if they're

12  throwing or not.  That view right there, I cannot

13  tell if somebody is throwing an object or not.

14      Q   This officer, is it fair to say, is

15  standing in front, in the frontline of the line of

16  officers; right?

17      MS. BIRKHOLZ:  Objection; foundation.

18      A   Yeah, he's in front.  He's in the front.

19  He's on the skirmish line in the front.

20      Q   So we're going to watch it again.

21      (Video played.)

22      Q   All right.  And there's the tear gas

23  canister.  I'm going to pause it at 10:33.

24      Did you see anything being thrown prior to

25  deployment of the tear gas?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    119

1          MS. BIRKHOLZ:  Objection; form.

2       A  I can't decipher if something is being

3    thrown or not.  So you can barely see the

4    protesters, so.

5    BY MS. WANG:

6       Q  Okay.

7       A  You can't see much of their arms or

8    anything on that.

9       Q  Was the deployment of that tear gas

10   consistent with Denver police policy?

11         MS. BIRKHOLZ:  Objection; foundation.

12      A  Again, I don't know if that was tear gas

13   and then who deployed it.  So I don't know if that

14   was even tear gas.

15      Q  Assuming that that was tear gas, was that

16   consistent with Denver police policy?

17         MS. BIRKHOLZ:  Objection; foundation.

18      A  Assuming that rocks are being thrown and

19   to disperse the crowd but that is not -- I don't

20   know if that is CS gas or not.  That's the

21   problem.

22      Q  Okay.  Did you see any rocks being thrown

23   in that clip of video that I just showed you?

24      A  Again, I could not decipher if there were

25   rocks being thrown or not.  The same thing, I

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    120

1    didn't see that -- all I saw was the explosion.  I

2    didn't see the canister fly across the screen

3    either, so.

4        Q  I'm going to play you your body-worn

5    camera.  I'm showing you Denver 4050.  We're

6    starting at 9:52 p.m.  I'm going to play it.  Oh,

7    tear gas has already been thrown.  Okay.  I'm

8    going to rewind it.

9            (Video played.)

10       Q  Okay.  We're starting from 9:13 p.m.

11           It's fair to say you're standing behind

12   the officers in the front; correct?

13       A  Yes.

14       Q  Do you know why you and the other officers

15   had pushed forward into the intersection across

16   the street and then came back?

17           MS. BIRKHOLZ:  Objection; form.

18       A  I would have to listen -- I mean, the

19   audio probably told us to advance across Colfax to

20   the other side, to continue to push south, I would

21   imagine.  That's -- but it's hard to -- I mean,

22   it's definitely better when you have the audio

23   going on where you can hear the radio

24   communications.

25       Q  Okay.  Do you recall being involved in the

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    121

1    arrest of a black female on 5/28?

2         MS. BIRKHOLZ:  Objection; form, foundation.

3      A  5/28, that's the same day as this

4    body-worn camera?

5    BY MS. WANG:

6      Q  Correct.

7      A  Yes.

8      Q  And what was that woman doing that caused

9    her arrest?

10     A  From the body-worn camera, if you want to

11   pull that up, I mean, it shows what she was doing.

12   She was struggling with officers as we were

13   advancing west on Colfax.

14     Q  All right.  I'm showing you Denver 4050

15   starting at 31:01.

16         (Video played.)

17     Q  Okay.  I'm going to pause it.  Do you

18   see -- I've paused it at 31:21.

19         Do you see this person standing here with

20   the tan shorts and the white shirt and the white

21   sneakers?

22     A  Yes.

23     Q  Okay.  That person is recording you and

24   your team; correct?  Did you see her?

25     A  I don't know what -- I don't know what she

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    122

1   was doing.  I know she was standing right there.

2        Q   Okay.  This is the woman that you

3   participated in arresting; correct?

4        A   Correct.

5        Q   Okay.  And what are you saying is the

6   reason for her arrest?

7        A   She refused to move back from -- we're on

8   a skirmish line, and we're moving; and then as I

9   turned, you see my body-worn camera, I observed

10  the officers and her.  I didn't even know it was a

11  female at that point, the subject.

12       Again, they were having -- obviously, I

13  mean, just play it.  I mean, it's hard for me to,

14  like, talk about it when it's right there in

15  front of my -- now, it's blank.  But they were

16  struggling with that protester, and then I

17  observed it, and I went over to assist.

18       We were continuing to move the skirmish

19  line west, and she was failing to leave the area

20  so we didn't want -- I didn't want her to get

21  behind our skirmish line, which is an officer

22  safety issue at that point.  And then I saw her

23  push against one of the officers, and they were

24  trying to restrain her and place her into custody,

25  and I assisted.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    123

1      Q  Okay.  So you don't know if that woman was

2  recording the police, do you?

3      A  Yeah, I do not know.

4      Q  And was that arrest and the way that that

5  arrest was conducted consistent with Denver police

6  policy?

7          MS. BIRKHOLZ:  Objection; foundation, form.

8          You can answer.

9      A  Yes.

10     Q  Okay.  And the handling of that protester

11  was also consistent with Denver police policy;

12  correct?

13         MS. BIRKHOLZ:  Objection; form, foundation.

14     A  Can you -- what do you mean by handling?

15     Q  Well, we just watched a video clip of you

16  and other officers grabbing the lady; right?

17     A  Yes.

18     Q  Okay.  Your actions and the actions of the

19  other officers involved in that arrest were

20  consistent with Denver police policy; correct?

21         MS. BIRKHOLZ:  Objection; form, foundation.

22         You can answer.

23     A  Yes.  She was placed into custody.

24     Q  It would be unconstitutional to arrest

25  somebody for filming the police; correct?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    124

1          MS. BIRKHOLZ:  Objection; foundation, form.

2          You can answer.

3      A  Correct.

4  BY MS. WANG:

5      Q  And you're saying that the officers told

6  her to move back and she didn't?

7      A  I don't -- I did not hear if they -- we

8  were moving, and she was not moving back; and for

9  whatever reason, she failed to listen to the order

10 and then the officers -- I wasn't in their

11 perspective at that point, what went down, if she

12 was failing to move back, but I did see her push

13 back towards the officers.

14     Q  Okay.  Going back to the incident at the

15 intersection of Colfax and Washington on 5/28,

16 were any orders given to the protesters before the

17 tear gas canister was deployed, the tear gas

18 canister that we just watched on video?

19         MS. BIRKHOLZ:  Objection; foundation.

20     A  I don't -- I don't recall.  I mean, I

21 don't recall.  I'm sure there was, but I don't

22 recall what was said on the orders to move back or

23 disperse.  I don't recall.  If it's on the

24 body-worn camera, it's on the body-worn camera.

25

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    125

1    BY MS. WANG:

2       Q   Okay.  So if there were any dispersal

3    orders given, it should be on the body-worn

4    camera; correct?

5          MS. BIRKHOLZ:  Objection.

6       A   You should be able to hear it if there was

7    something being said.

8       Q   And the dispersal orders were given via

9    loudspeaker?

10         MS. BIRKHOLZ:  Objection; foundation.

11      A   I don't recall.  I don't recall.

12      Q   Okay.  How did you ensure that the

13   protesters could hear any dispersal order?

14         MS. BIRKHOLZ:  Objection.

15      A   I did not personally ensure the protester

16   could hear that.

17      Q   Okay.  So do you know what any member of

18   your team or the other officers who were with you

19   did to make ensure that protesters could actually

20   hear any dispersal order?

21         MS. BIRKHOLZ:  Objection; form.

22      A   No.

23      Q   It's fair to say that before you deploy

24   chemical weapons at protesters to disperse them,

25   you need to give them an order to disperse; right?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          126

1          MS. BIRKHOLZ:  Objection; form, foundation.

2      A   Yeah.   Correct.   Yes.

3   BY MS. WANG:

4      Q   And you need to make sure that those

5   dispersal orders can be heard by the protesters so

6   that they know what you want them to do; right?

7          MS. BIRKHOLZ:  Objection; form, foundation.

8      A   Yes.

9      Q   You do not recall one way or another

10   whether or not any dispersal orders were given at

11   the intersection of Colfax and Washington on

12   May 28th at approximately 8:34 p.m., do you?

13          MS. BIRKHOLZ:  Objection; form, foundation.

14      A   I honestly don't recall.  I mean, you have

15   my body-worn camera, and I don't hear the audio

16   on it.  So yes, I don't recall if there was or

17   was not.

18      Q   And let's assume you don't get --

19      A   And I don't know if that -- prior to us

20   even showing up, there was dispersal orders.  I

21   don't know.  I don't recall if there was.

22      Q   Okay.  What time did you arrive at the

23   intersection of Colfax and Washington on 5/28?

24      A   Again, I answered that question earlier.

25   I don't know what time exactly it was when we

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    127

```
1    responded.
2        Q  Okay.  Your body-worn camera starts --
3    first of all, with respect to the body-worn
4    camera, you decide when to turn it on and when to
5    turn it off; correct?
6        MS. BIRKHOLZ:  Objection; foundation.
7        A  Correct.
8        Q  Is that correct?
9        A  Correct.
10       Q  Okay.  And so what is your understanding
11   of Denver police policy with respect to when
12   you're supposed to turn your body-worn camera on
13   and when you can turn it off?
14       MS. BIRKHOLZ:  Objection; foundation.
15       A  Any time we're interacting with a protest
16   or call for service, any kind of incident where
17   we're dealing with the public as far as possible
18   arrests being made, calls for service, continuous,
19   we turn it on and off.
20       Q  Okay.  Do you know why we only have
21   body-worn camera from you for 5/28?
22       A  Yes.
23       Q  Why?
24       A  Because I lost my camera that night.
25       Q  Okay.  And did you make any effort to get
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    128

1    another one?

2        A  I did not have time to get another one

3    but I -- yeah, I did not have time, but it was

4    notified through my chain of command that I lost

5    my camera.

6        Q  Okay.  Can you see this document on the

7    screen?  This is Denver 3693.

8        A  Yes.

9        Q  Okay.  This is your officer statement for

10   May 31st; correct?  Is that right?  This is your

11   officer statement?

12       A  Yes.

13       Q  Okay.  When you say you're working Tac6,

14   what does that mean?

15       A  That is my call sign or was my call sign

16   in the gang unit.  It's just tac numbers, and Tac6

17   is my call sign.

18       Q  Got it.

19          And then Lieutenant Carroll, this is Kevin

20   Carroll; correct?

21       A  Yes.

22       Q  And he was Tac3?

23       A  Yes.

24       Q  So if you said anything on the radio or he

25   said anything on the radio you would say -- would

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    129

1    you say what your call sign was?

2        A   Yes.

3        Q   Okay.  So in this report, it states that

4    you went to District 6 to assist with a large

5    group of protesters.  The crowd became violent by

6    throwing rocks and projectiles at officers.  We

7    donned our gas masks and formed a skirmish line

8    across Clarkson Street paralleling the alley on

9    the northeast corner of D6.

10            As we held the skirmish line, several

11   officers were getting struck by rocks, and I

12   observed several protesters using lacrosse sticks

13   to deploy the rocks at officers.  I threw CS

14   grenades towards the protesters who were throwing

15   rocks as we moved the line forward to Colfax

16   Avenue.  It then says you coordinated with the

17   surrounding SWAT agency.

18            Was that Commerce City?

19            MS. BIRKHOLZ:  Objection; foundation.

20       A   Again, I don't remember if it was Commerce

21   City or Aurora.  There was another SWAT agency.

22       Q   Okay.  So then basically after holding the

23   line at Colfax and Emerson, then you wrote, "a

24   decision was made to conduct a coordinated flank

25   on the crowd to make arrests of the protesters."

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    130

1          Do you see that?

2      A   Yes.

3      Q   What's a coordinated flank?

4      A   A coordinated flank -- this was discussed

5   through one of our tactics during that time right

6   there, and then it was approved to the top, the

7   incident commander what we were going to do

8   because this was a very violent confrontation, and

9   there was protesters who continued throwing and

10  using lacrosse sticks and officers getting

11  injured.

12         So we -- we'd have the east -- the

13  skirmish line that was on Colfax pushing east.

14  They would continue to push because at that point,

15  we were ordered to make arrests; and my team and a

16  bunch of gang unit officers, I don't know who was

17  with me, but we moved paralleling the Colfax

18  skirmish line.

19         And then once the decision was made to

20  arrest, we would move and kind of flank so we

21  could start moving in on these violent protesters

22  to make the arrest.  It was kind of like an L,

23  like, flank maneuver.

24         A lot of times it's subject to stay there

25  and not move, and there was too much of an officer

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                131

1    safety thing to put everybody into the crowd like

2    that.  So we came from the side and tried to

3    arrest protesters.

4        Q  Okay.  So the flank was conducted at

5    Colfax and Emerson?

6        A  As the line on Colfax moved east -- yeah,

7    I don't know, Colfax and Emerson -- let me see.

8    Yeah, that's what it says, yeah, Colfax and

9    Emerson.  We went through the parking lot.  As the

10   line pushed east, the protesters then ran south,

11   and we were able to catch them, the protesters

12   that had the rocks and everything else.

13           (Deposition Exhibit 9 marked for

14   identification and attached to the transcript.)

15       Q  Okay.  I'm showing you Google Maps.

16           Do you see this?  Okay.  Can you see this

17   map?

18       A  Yeah.  Now it's blank.

19       Q  Okay.  So I'm showing you the intersection

20   of Colfax and Clarkson.  So this is the Fillmore

21   Auditorium right here at the northeast corner of

22   Clarkson and Colfax; correct?

23       A  Yeah.

24       Q  Okay.  And at first, you and your officers

25   were just north of Colfax on Clarkson; correct?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    132

1        A   Right.

2        Q   Okay.   And then tear gas was deployed at

3   the protesters that were in the intersection?

4            MS. BIRKHOLZ:   Objection; foundation.

5        A   Towards the -- yes.

6        Q   And then the officers pushed forward and

7   then formed a line facing east to push the

8   protesters east; is that correct?

9        A   Yes, yes.

10       Q   So then this is the intersection of

11  Emerson and Colfax.

12           Where was this flank conducted?

13       A   If you can scroll the map up a little bit.

14  Can you move it up?   Push the map up a little bit.

15  There you go.

16       Q   You mean --

17       A   So where your arrow is we had a line,

18  like, right there at Colfax and Emerson right

19  across there all the way down through this parking

20  lot because there were several protesters in this

21  parking lot right here, like, behind Charlie's

22  Denver --

23       Q   Okay.

24       A   -- this parking lot to the south that were

25  throwing rocks and everything towards us at

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    133

```
1   Emerson.  Then you had the large crowd on Colfax
2   as well.
3        So as they pushed east, the skirmish line
4   on Colfax, we pushed through the lot; and they
5   continued to push east, and then the subjects ran
6   southbound through the alley there between Emerson
7   and Ogden, right between Charlie's and the
8   building right there, and they ran towards the
9   parking lot.  As we came through here, we were
10  able to make some arrests on some of the
11  protesters.
12    Q  Okay.  So you were describing an L shape,
13  the flank forming an L shape.
14        Where was the L shape?
15    A  All right.  Maybe I just -- that's
16  basically -- okay.  Maybe -- I don't know if it's
17  an L shape, whatever, but we were just -- or maybe
18  my wording was wrong in that statement.
19        But we pushed -- the decision was made to
20  push them east; and as the subjects started to
21  run, we pushed east through the lot, and then they
22  came south through the alley.
23    Q  Okay.  And I'm not trying to lock into an
24  L shape.  I just want to understand what the
25  coordinated flank is.  So basically --
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                        134

1        A   The coordinated --

2        Q   Go ahead.

3        A   We communicate because there was two basic

4    lines.  There was a large line because we had

5    to -- there were not only protesters on Colfax

6    here, but there was all through these lots south

7    of Colfax here, there was a large crowd.  So we

8    were kind of just coordinating our skirmish lines

9    across and, like, leap frog, and you know --

10       Q   Right.  Okay.

11       A   -- through east.

12       Q   So that as a line of officers was pushing

13   protesters east on Colfax, if protesters ran

14   south, you were already down there to catch them,

15   essentially?

16       MS. BIRKHOLZ:  Objection; form, foundation.

17       A   Yes.  That's pretty much how it happened,

18   yes.

19       Q   Okay.  And this was a tactic that was

20   approved by who?

21       A   It was discussed at our level down there,

22   and then we got authorization through the incident

23   commander to make arrests, and the decision was

24   made.

25       Q   Okay.  And this tactic of using a

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    135

1    coordinated flank, was this used on other days

2    that you were involved in the protests?

3        A   That is the one I remember.  That was one

4    of the more volatile incidents we had.

5        Q   Okay.  But generally speaking, is it fair

6    to say that it was a tactic that was approved for

7    use during the protests?

8        MS. BIRKHOLZ:  Objection; form, foundation.

9    A   Yes.

10       (Deposition Exhibit 10 marked for

11   identification and attached to the transcript.)

12       Q   Okay.  I'm showing you a document that's

13   been Bates-stamped Fitouri 10725 through 26 -- no,

14   through 27.  It is a summons and complaint for

15   Andrew Sannier.

16       Do you see this?

17       A   Yes.

18       Q   Okay.  Did you sign this?

19       A   No.

20       Q   Okay.  Did Detective Brinkers sign this?

21       A   I don't know who signed it, but somebody

22   signed it.  I don't know.  Oh, is that his name

23   right there?

24       Q   So this was served by JRB, 91029.

25       Do you know if that's the person who wrote

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                        136

1    this form?

2         MS. BIRKHOLZ:  Objection; foundation.

3    A  Is JRB -- is that Brinkers -- is that

4    Detective Brinkers?

5    BY MS. WANG:

6    Q  Yes, yes.

7    A  So I don't know if -- it looks like the

8    same handwriting, so I don't know.  It might be

9    so, but I don't know who actually filled that out.

10   Q  Okay.  So the point is you're listed here

11   as T. Tak, 00018; right?

12   A  Yes.

13   Q  You did not fill out this form; correct?

14   A  Correct.

15   Q  This is not your handwriting; right?

16   A  Correct.

17   Q  Okay.  Now, do you have any recollection

18   of Andrew Sannier's arrest?

19   A  No, I do not.

20   Q  Okay.  Do you remember arresting people on

21   the late evening hours of June 1st, 2020, going to

22   the early morning hours of June 2nd?

23   A  I don't remember specific dates on my

24   arrests or -- you know, there were so many

25   incidents, I do not have the date of making

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          137

1    arrests.

2          (Deposition Exhibit 11 marked for

3    identification and attached to the transcript.)

4       Q   Okay.  I'm showing you a document that's

5    been Bates-stamped 10721.  It's a Statement of

6    Probable Cause/Affidavit for Arrest Warrant for

7    Andrew Sannier.

8          Do you see this?

9       A   Yes.

10      Q   Is this your handwriting?

11      A   No.

12      Q   Okay.  This is not your signature;

13   correct?

14      A   Correct.

15      Q   Okay.  But you're listed as the officer

16   making the statement; right?

17      A   Yes.

18      Q   So what does that mean?

19         MS. BIRKHOLZ:  Objection.

20         Go ahead.

21      A   Obviously, we made arrests that night and

22   the mass arrest team -- once we make arrests, we

23   had a mass arrest team in place where we would

24   hand off the individual to sheriffs, and then the

25   detectives would do the paperwork for us in a

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    138

1   timely manner so we could get back out into the

2   protest.  So it was a time saver for the whole

3   process of making the arrests and the work trail

4   and processing the arrests.

5   BY MS. WANG:

6       Q   Okay.  So I understand this process, the

7   idea was that if you were out in the field and you

8   were arresting people for violating the curfew, it

9   would take time away from being out in the field

10  to, like, take each of your arrestees back to the

11  Denver detention center and process them yourself;

12  right?

13          MS. BIRKHOLZ:  Objection; form.

14          You can answer.

15      A   Yes.

16      Q   Okay.  So is that the reason why the

17  arrestees were handed off to detectives to do the

18  paperwork?

19      A   Yes.

20      Q   Okay.  It says on this statement of

21  probable cause, On 6/2/20 at 02500 hours, the

22  listed suspect was given multiple orders by Tak

23  No. 0018 [sic] and failed to comply with the

24  emergency curfew order and was arrested by uniform

25  officers at the listed location.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    139

1          Do you see that?

2      A   Yes.

3      Q   Do you know of any reason for Andrew

4    Sannier's arrest other than failure to comply with

5    the emergency curfew order and failure to obey

6    lawful order?

7      A   No.

8      Q   Did you ever --

9      A   Did I know any other reasons?

10     Q   Right.

11     A   No.  No additional charges, is that what

12   you're asking me?

13     Q   Right.

14     A   Yeah, no.

15     Q   Okay.  Had you ever seen these -- this

16   form is preprinted; correct?

17     A   The probable -- yeah, I guess it was

18   preprinted, yes.

19     Q   I mean, the stuff in the narrative other

20   than the time and your name and the biographical

21   information about the suspect, this other

22   information about the curfew and the

23   announcements, that's preprinted; right?

24     A   It appears to be.

25     Q   Okay.  Have you ever seen this document

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                        140

1    before?

2        A   Yes.   The -- in preparation for this, yes.

3    That was one of the documents I've seen.

4        Q   Okay.   Before that, have you ever seen

5    this document before?

6        A   No.

7        Q   Okay.   So after this Statement of Probable

8    Cause/Affidavit for Arrest Warrant was completed

9    by -- and I'll represent to you this is Detective

10   John Brinkers -- you didn't have occasion to ever

11   see this; right?

12       MS. BIRKHOLZ:   Objection; foundation.

13       You can answer.

14       A   Correct.

15       Q   Okay.   How did you communicate information

16   about this arrestee and the circumstances of their

17   arrest to the detective?

18       MS. BIRKHOLZ:   Objection; foundation, form.

19       You can answer.

20       A   Like I said I did not communicate -- or I

21   did not communicate any information.   The mass

22   arrest team was in place; and once we had the

23   identified protesters in custody, then we released

24   them to the detectives and the sheriffs to

25   arrest (inaudible) portion of it.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    141

1          THE REPORTER:  What were the last words?

2          THE WITNESS:  The arrest process portion

3     of this.

4     BY MS. WANG:

5          Q  Okay.  So were you the person, the officer

6     who arrested Andrew Sannier?

7          MS. BIRKHOLZ:  Objection; foundation.

8          A  Again, I don't recall arresting

9     Mr. Sannier.

10         Q  Do you know if some member of your team

11    arrested Mr. Sannier?

12         MS. BIRKHOLZ:  Objection; foundation.

13         A  He was in -- yeah, obviously, I would say,

14    yeah, because it was my team that made these

15    arrests.  Because the other paperwork, there was

16    other officers listed on some of these arrests in

17    this paperwork.

18         But I am not -- I don't recall arresting

19    him.  So a lot of times with these incidents that

20    have occurred, we were directed to a location

21    where these protesters are to make the arrests;

22    and once they're in custody, you know, there's

23    several protesters in custody, and we had the mass

24    arrest team.

25         And then I occasionally have escorted

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                     142

1    individuals that were already placed into custody

2    back to the mass arrest team because the other

3    officers are busy with several other protesters.

4    So I would escort them and then put my name on it

5    as in good faith as well.  So we were all part of

6    the arrest team.

7    BY MS. WANG:

8        Q  So did you give Plaintiff Sannier multiple

9    orders to which he failed to comply?  Let me ask

10   it better.

11           On this probable cause statement, it says,

12   "On 6/2/20 at 0025 hours, the listed suspect was

13   given multiple orders by Tak No. 0018 [sic] and

14   failed to comply with the emergency curfew order

15   and was arrested by uniform officers at the listed

16   location."

17           Did you give Sannier multiple orders?

18       A  Again I --

19           MS. BIRKHOLZ:  Objection; foundation.

20           Go ahead.

21       A  I do not recall this incident.  So I don't

22   remember what took place on this incident.  So I

23   cannot answer if I did or I did not give orders.

24       Q  And this person who affirmed this

25   information to be true and correct, Detective

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    143

1    Brinkers, does not, as far as you know, have any

2    personal knowledge of the information in this

3    probable cause statement; correct?

4         MS. BIRKHOLZ:  Objection; foundation.

5      A  Correct.

6      Q  Okay.  So you can't testify that you gave

7    Sannier multiple orders and that they failed to

8    obey.

9         MS. BIRKHOLZ:  Objection; foundation, form.

10     A  I cannot testify on that that -- what you

11   just --

12     Q  Can you testify that Plaintiff Sannier was

13   out -- was in violation of the emergency curfew

14   order?

15     A  Yes.

16     Q  Yes?

17     A  Yes.

18     Q  Okay.  Even though you have no

19   recollection of arresting Sannier or being aware

20   of whether this person was out in public for the

21   curfew hours?

22        MS. BIRKHOLZ:  Objection; form, foundation.

23     A  Well I know -- as I said before, I know he

24   was in custody; and I do not recall if I arrested

25   him myself but the date on there is -- date and

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    144

1    time is 0025, and then the mandatory curfew order

2    was in place from 9:00 o'clock until 5:00 in the

3    morning.  So I can testify to that.

4    BY MS. WANG:

5       Q  Well, you can testify that what it says on

6    the form is that Sannier was outside in public at

7    0025 hours; right?

8          MS. BIRKHOLZ:  Objection; form, foundation.

9       A  Yes.

10      Q  Okay.  You can't testify that you know

11   Sannier was outside in public in a public place at

12   0025 hours.

13          You just know that's what the form says;

14   right?

15          MS. BIRKHOLZ:  Objection; form, foundation.

16      A  Yeah.  That's what's on the form; and then

17   as far as my name, I obviously had some, you

18   know -- I escorted him back or whatever.  I do not

19   recall what happened.

20          But the mass arrest team was in place, and

21   the detective completed the paperwork, and he was

22   processed.  So that was our recording of that

23   whole incident that occurred.  That was the whole

24   documentation.

25          So, obviously, I was there because my name

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    145

1    is on there, but I do not recall any incident with

2    Mr. -- your client, Sannier.

3        Q   Okay.  I'm going to pull up another video.

4            Can you see this?

5        A   Yes.

6            (Deposition Exhibit 12 marked for

7    identification and retained by counsel.)

8            MS. WANG:  Okay.  For the record, this is

9    the HALO camera video from Colfax and Clarkson on

10   5/31/2020.

11           (Video played.)

12       Q   I'm going to forward it to the appropriate

13   time.  Okay.  I've stopped it at 8:36:58.

14           Do you know if this was your team here?

15   This is Washington.  This is the Fillmore with the

16   lights.  This is Colfax with the HALO camera from

17   Colfax and Clarkson at 5/31/2020 at 8:36 p.m.

18           Was this your team right here?

19       A   It appears to be our team, yes.

20       Q   Okay.  And there's some officers in green

21   fatigues.

22           Do you know if they were with Commerce

23   City?

24       A   Again, I don't know which SWAT team that

25   was that was there, Commerce City or Aurora.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    146

1    Yeah, they're in green.  I see that.
2        Q  Do you have a recollection, a specific
3    recollection of working with Aurora police
4    officers during the protests?
5        A  There was one time where we did.  Yes, I
6    do remember that.  We were on -- I don't know what
7    day it was, but we had a large line at Colfax and
8    Broadway, Lincoln --
9        Q  Was that on Saturday --
10       A  -- several agencies.
11          Again, I don't remember what day it was,
12   but it was during the day.
13       Q  Was it right before curfew?
14       A  Again, I'm sorry, but there were so many
15   times.  I don't remember if that was right.  It
16   was a long day that day.  There was -- yeah.
17       Q  Do you remember --
18       A  Again, maybe Commerce City.  I don't -- I
19   specifically do not remember which SWAT agency was
20   there -- was in Denver with us on that site.
21       Q  Sure.  Okay.  But I'm going to the Aurora
22   incident that you just mentioned, okay, which is
23   not what's in this video.
24          The time that you recall being with the
25   Aurora Police Department officers was at Broadway

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    147

1    and Lincoln or Broadway and Colfax -- or I'm

2    sorry -- Broadway and Lincoln or Lincoln and

3    Colfax?

4         A  Yes.

5         Q  Yes?

6         A  Yes.

7         Q  Okay.  Do you recall that being the first

8    day of the curfew?

9         A  It was one of the first few days of the

10   protests.  I don't know which day.

11        Q  Okay.  And do you recall what other

12   agencies were at that location at that time?

13        A  No, I don't.

14        Q  Okay.  So I'm going to play this video.

15   This HALO camera from 5/31, Colfax and Clarkson,

16   and I'm going to play it a little bit fast.

17            (Video played.)

18        Q  So it's fair to say that these protesters

19   who were kneeling in the street are being

20   peaceful; correct?

21            MS. BIRKHOLZ:  Objection; form.

22        Q  I mean --

23        A  Yes.

24        Q  -- those first two are just kneeling.

25            They were peaceful; right?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    148

1      A  Yes.

2          (Video played.)

3      Q  Okay.  All right.  I've gone to 8:42:23

4   p.m.  We have a line of protesters who are sitting

5   in the street holding up signs; right?

6      A  Yes.

7      Q  Okay.  And then this is your team and

8   other officers lined up here; correct?

9      A  Yes.

10     Q  I'll play it for a little bit.

11         (Video played.)

12     Q  Right now the protesters are peaceful;

13  correct?

14         MS. BIRKHOLZ:  Objection; form.

15     Q  Did you see anything -- now, this camera

16  moves around but did you see anything -- in the

17  clip that we just watched, did you see any

18  provocation from the protesters?  I'll go back to

19  8:42:10.

20         (Video played.)

21         MS. BIRKHOLZ:  Objection; foundation.

22     A  Prior to these protesters that are on the

23  ground there in view, I don't see anything.

24     Q  Okay.  The camera moves away.  And it's

25  fair to say there are large -- there's -- okay.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    149

1        It's fair to say there's a large number of

2    protesters in the intersection; correct?

3        A  Yes.

4        Q  Okay.  At this point, I stopped it at

5    8:43:35, tear gas has been deployed; correct?

6            MS. BIRKHOLZ:  Objection; foundation.

7        A  Yes.

8        Q  Do you recall at all why tear gas was

9    deployed?

10        A  Because at that point, we were taking

11    rocks and rocks from lacrosse sticks, some of the

12    officers get injured.  So that was made to

13    disperse the crowd.

14        Q  Okay.  Was it anybody -- any one of the

15    protesters who were sitting down in the street who

16    were throwing rocks?

17            MS. BIRKHOLZ:  Objection; foundation.

18        A  I don't know where the rocks were coming

19    from.

20            (Deposition Exhibit 13 marked for

21    identification and retained by counsel.)

22        Q  Okay.  I'm going to show you another

23    video.  This is one is Bates-stamped Fitouri

24    18076.  Wait.  No, it's not coming up.

25            Okay.  Can you see my screen?

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    150

1        A  It's blank.

2        Q  It's blank?

3        A  Something is trying to load now.  Okay.

4        Q  Do you see it now?

5        A  Yes.

6        Q  Okay.  So this is, I'll represent to you,

7   a body-cam video from Commerce City Police

8   Department.  It has got the correct time and date

9   on it, 5/31/2020.  This says 20:32, which is

10  8:32 p.m.

11          (Video played.)

12       Q  Okay.  We're playing it from 8:42:59 p.m.

13          So these are the protesters that were

14  sitting in the street; correct?

15          MS. BIRKHOLZ:  Objection; foundation.

16       A  Yes.

17       Q  Do you see anything -- let me know when

18  you see something from the protesters that would

19  warrant tear gas.

20          MS. BIRKHOLZ:  Objection; the basis

21  foundation.

22       Q  Now, that was a tear gas canister;

23  correct?

24          MS. BIRKHOLZ:  Objection; foundation.

25       Q  I'll play it for a little bit so you can

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    151

1    see.

2         (Video played.)

3    Q  This officer right here fired something

4    just now; correct?

5    A  Yes, yes.

6    Q  I'm sorry?

7    A  You're asking me if this officer that's in

8    the top-left corner just fired something.  Is

9    that --

10   Q  The one wearing the camera.

11   A  The one wearing the body-worn camera.

12   I --

13   Q  You don't know.  Okay.

14   A  Yeah.

15   Q  Let's go back.

16        We're at 20:43:27 p.m.  Okay.  You can see

17   the line of protesters; right?

18   A  Yes.

19   Q  The protesters are standing, some are

20   sitting, and they have signs; right?

21        MS. BIRKHOLZ:  Objection; foundation.

22   A  Yes.

23   Q  Okay.  Let me know when you see the

24   protesters do something that warrants deployment

25   of tear gas.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    152

1          MS. BIRKHOLZ:  Objection; foundation.

2      A  The body-worn camera does not show

3  anything, but I was there on that line, and I

4  observed officers get hit with rocks and one

5  actually go down to the ground from getting hit

6  with a rock, so.

7          And that perception of that body-worn

8  camera just shows the initial protesters and a

9  little bit behind them, but you cannot see

10 anything; and then when you had the other view

11 from those cameras, you could see the amount of

12 protesters that were on Colfax, and that warranted

13 the crowd to disperse.

14         So that -- his camera did not show

15 anything relevant where you could even see

16 anything, so.  And the distance -- you could tell

17 the distance we were away from the protesters,

18 that we were still getting struck by rocks.

19 BY MS. WANG:

20     Q  Okay.  So it's your recollection that

21 before the first tear gas canister was deployed at

22 the intersection of Colfax and Clarkson on

23 5/31/2020 at approximately 8:43 p.m., the

24 protesters had or somebody in the crowd of

25 protesters had thrown something at the police.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    153

1          MS. BIRKHOLZ:  Objection; form.

2      A  Yes, yes.

3          MS. WANG:  All right.  Let's go off the

4  record for a few minutes, and I'm going to pause

5  the video now.  Let's go off the record for five

6  minutes.  I just want to look over my notes, and

7  then we'll come back on.

8          (A recess was taken from 5:39 p.m. to

9  5:49 p.m.)

10         MS. WANG:  Okay.  I'll resume the

11  recording, and we can go back on the record.

12  BY MS. WANG:

13     Q  So, Sergeant Tak, you mentioned that you

14  lost your camera, your BWC later in the evening on

15  5/28?

16     A  Yes.

17     Q  Okay.  And so how did the video get

18  uploaded from 5/28?

19     A  Honestly, I don't know if somebody docked

20  it that night; or when I got it back, which I

21  don't remember which day I got it back on.

22     Q  Oh, okay.  You got it back later?

23     A  I did get it back.  I got it back a few

24  days later.  I don't even remember which day.

25  Several days I didn't even know if -- if it was

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    154

1   picked up from somebody in the public or what.  It

2   took about -- a few days before I even realized,

3   when I was notified where the body-worn camera was

4   at district.

5         MS. WANG:  Okay.  I have no further

6   questions.  The other lawyers may.

7         MR. REIDY:  Yeah.  This is Pat Reidy for

8   the BLM 5280 plaintiffs.

9     EXAMINATION BY COUNSEL FOR BLM 5280 PLAINTIFFS

10  BY MR. REIDY:

11    Q  Mr. Tak, thanks a lot.  I know it's been a

12  long couple of hours here.  I would like to just

13  ask a couple questions to confirm my

14  understanding.

15        So we talked about the briefings that

16  occurred on a daily basis during the protests.

17        Do you remember that conversation?

18    A  Yes.

19    Q  I'd like to know if -- so on each day of

20  the protests, you were expressly authorized by the

21  chain of command above you to use less-lethal

22  weapons during the protests; is that right?

23        MS. BIRKHOLZ:  Objection; foundation.

24        You can answer.

25    A  We were briefed every day of what less

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                     155

1   lethal we were authorized to use, yes.

2   BY MR. REIDY:

3       Q   Okay.   And those briefings started, when,

4   on the 29th, the morning of the 29th?

5       A   Like a time or --

6       Q   Yeah.   I'm just -- you didn't have a

7   briefing on the --

8       A   Oh, yeah, yeah, yeah.   So I think the

9   first briefings were the next day.

10      Q   Correct.

11      A   Because that was a long night and quick

12  turn arounds.   So yes, I think, there was a

13  briefing that first day, second day of the

14  protests.

15      Q   Okay.   At any time during the protests,

16  were you told by the chain of command above you

17  that officers were using less-lethal weapons too

18  much?

19      A   It wasn't we were using less-lethal

20  weapons too much.   It was we were running out of

21  less-lethal munitions, pepper ball --

22          THE REPORTER:   Pepper ball and what?

23          THE WITNESS:   If that answers --

24  40-millimeter rounds, the rounds.

25          MS. BIRKHOLZ:   Hi, guys.   Sorry.   I just

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    156

1    popped back on.  My Internet was unstable.  So I

2    don't know what questions were asked and --

3         MR. REIDY:  Sorry, my bad.  I didn't

4    realize that you were not -- that you were not

5    on, so.

6         MS. BIRKHOLZ:  Yeah.

7         MR. REIDY:  Were you off --

8         MS. BIRKHOLZ:  I only got the question

9    about the daily briefings, and that's where I

10   froze.

11        MR. REIDY:  Okay.  But just where my

12   questioning picked up.

13        MS. BIRKHOLZ:  Okay.

14    Q  Okay.  Yeah.  So the first question was

15   that on each -- starting with the 29th, which is

16   when your -- the daily briefings about the

17   protests started, you and your team were told by

18   the chain of command above you that you were

19   authorized to use less-lethal weapons; right?

20        MS. BIRKHOLZ:  Objection; foundation.

21        Go ahead.

22    A  Yes.

23    Q  So my next question is at any time during

24   the protests, were you told by the chain of

25   command above you that officers were using too

1  much less-lethal weapons?

2          MS. BIRKHOLZ:  Objection; form.

3          You can answer.

4      A  Do you want me to answer that again?  Tell

5  me now but --

6  BY MR. REIDY:

7      Q  Yeah.  So I'll just rephrase the question.

8          My understanding is that at no time during

9  the protests did the chain of command above you

10 tell you that officers were using less-lethal

11 weapons too much.  If anything they told you that

12 DPD was running short on less-lethal munitions.

13         MS. BIRKHOLZ:  Objection; form, foundation.

14         You can answer.

15     A  Yes.  Correct.  DPD was running short of

16 munitions, and that you had to kind of ration

17 or -- you know, like, basically we're running out

18 of munitions.

19     Q  At any time during the protests, did the

20 chain of command above you tell you that officers

21 were using less-lethal weapons inappropriately?

22         MS. BIRKHOLZ:  Objection; form, foundation.

23     A  No, no.

24     Q  At any time during the protests, did the

25 chain of command above you express any concern to

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                          158

1    you about the use of less-lethal weapons on

2    protesters?

3         MS. BIRKHOLZ:  Objection; foundation.

4      A  No.

5    BY MR. REIDY:

6      Q  At any time during the protests, did

7    anybody in the chain of command above you express

8    any dissatisfaction at all with the conduct of the

9    police officers during the protests?

10        MS. BIRKHOLZ:  Objection; foundation.

11     A  No.

12     Q  Did you ever hear from anybody during the

13   protests that police officers were using

14   less-lethal weapons inappropriately on protesters?

15        MS. BIRKHOLZ:  Objection; foundation.

16     A  No.

17     Q  Going back again to earlier in the

18   deposition, you talked about receiving training,

19   crowd management training in 2008.

20        Do you recall that?

21     A  Yes.

22     Q  That was I believe you said several weeks

23   of training; right?

24     A  Yes.

25     Q  Since 2008, you've received a handful of

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                              159

1    trainings on crowd management; is that right?

2        A  Yes.

3        Q  And with respect to those handful of

4    trainings on crowd management, how long were

5    those?

6        A  Like a class, an eight-hour class, per

7    class or whatever per training (inaudible)

8    training.

9        Q  Before the George Floyd protests and --

10   just going back, can you recall any other events,

11   mass protest events that the DPD had to respond

12   to?

13       MS. BIRKHOLZ:  Objection; foundation.

14       A  They had Occupy Denver.  Which year that

15   was -- 2011 time frame.  That was about the only

16   other one I can think of.

17       Q  Did the Denver Police Department offer or

18   provide crowd management training at any point

19   after the Occupy Denver protests?

20       A  Yes.

21       MS. BIRKHOLZ:  Objection; foundation.

22       Q  We talked about your training log earlier;

23   right?  Do you recall that?

24       A  Yes.

25       Q  Do you know if DPD keeps training logs for

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                         160

```
 1   all of its officers?
 2        A   Yes.
 3            MS. BIRKHOLZ:  Objection; foundation.
 4        A   Yes, they do.
 5   BY MR. REIDY:
 6        Q   Do you have any reason to believe that
 7   your training log was incomplete?
 8        A   No.
 9        Q   Do you know where DPD stores the training
10   logs for its officers?
11            MS. BIRKHOLZ:  Objection; foundation.
12        A   Personally, I do not know.  I mean they --
13   I don't know if its at the academy level or where.
14        Q   Do you know who you would ask if you
15   wanted to see your own training log?
16        A   That would go through the training
17   academy, and they would be able to find the
18   training logs, training courses.
19        Q   Okay.  Do you know the name of the
20   specific person that you would ask?
21        A   No, I don't.
22            MR. REIDY:  All right.  I have no further
23   questions.  Thank you.
24            MS. BIRKHOLZ:  Andy?
25            MR. McNULTY:  I don't have any questions.
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    161

1    Thank you.

2         MS. BIRKHOLZ:  Sergeant Tak, I actually

3    have just a couple clarifying questions.  I won't

4    keep you.  I know we've been going for a very long

5    time, but I just wanted to clarify a couple

6    things.

7         EXAMINATION BY COUNSEL FOR THE DEFENDANTS

8    BY MS. BIRKHOLZ:

9         Q  So I know that we've been talking about

10   the briefings that you received on a daily basis

11   after May 29th, you know, which authorized the use

12   of less-lethal munitions.

13        Was the direction that you were given

14   during those briefings any different from your

15   understanding of the policy, the less-lethal force

16   policy that -- the training and the policy that

17   you are aware of?

18        A  No.

19        Q  And you've been asked a lot of questions

20   about dispersal orders, and I want to clarify.

21        What is your understanding of the formal

22   dispersal order that is announced over the

23   loudspeaker as opposed to crowd dispersal

24   techniques, you know, when you're on a line?  Is

25   there a difference between those items, and what

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    162

1    is that difference?

2        A   The formal dispersal order with the

3    unlawful assembly or whatever is more of a -- when

4    they are in violation and they have been.  Like an

5    example would be a curfew set in place or whatever

6    incident on that, and that is cited by the level

7    above me, incident commander, and then we

8    authorize that order via PA on the field.

9            A regular dispersal order is, you know,

10   when we're on a line and we want them to disperse

11   or move back, or we handle it right there at the

12   incident, whether or not trying to move back or

13   disperse the crowd --

14       Q   Okay.  So in the --

15       A   -- verse the formal one.

16       Q   Sorry.  I apologize for interrupting.

17           In the situation where there was not a

18   formal dispersal order issued over the

19   loudspeaker, would you -- if you were, say, on the

20   line, for instance, would you still tell

21   protesters to move back or give them direction to

22   disperse before then, you know, using less-lethal

23   munitions, for instance?

24       A   Yes.

25       Q   So you would actually verbally give them a

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    163

1    command before then advancing to the next stage

2    of, you know, less-lethal munition; is that

3    correct?

4        A   Yes.

5        MS. BIRKHOLZ:   Okay.   That's all the

6    questions I have.   I'm not sure if anyone has any

7    follow-ups.

8        MS. WANG:   I have a couple follow-ups.

9       EXAMINATION BY COUNSEL FOR FITOURI PLAINTIFFS

10   BY MS. WANG:

11       Q   Were you aware of a press conference that

12   the mayor and the chief of police gave on

13   May 29th --

14       MS. BIRKHOLZ:   Objection; foundation.

15       Q   -- regarding the protests?

16       A   No, I was not.

17       Q   Were you made -- at any time during the

18   protests, were you told by anybody in the chain of

19   command above you that you and your officers were

20   doing a great job?

21       MS. BIRKHOLZ:   Objection; foundation.

22       A   No.   I mean, we were just -- no, I don't

23   remember that.   It was just a way too busy day to

24   have that kind of interaction with the upper chain

25   of command or anything, so no.

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    164

```
 1       Q  Okay.  Your conduct and the conduct of the
 2  officers you were with during the times that you
 3  were deployed during the protests was consistent
 4  with Denver police policy; correct?
 5       A  Yes.
 6       MS. BIRKHOLZ:  Objection; form and
 7  foundation.
 8       Q  And that also included your conduct and
 9  the conduct of the Aurora police officers who were
10  at the intersection of Lincoln and Colfax or
11  Broadway and Colfax on that day that you mentioned
12  earlier; correct?
13       MS. BIRKHOLZ:  Objection; form, foundation.
14       A  I can't speak for -- for my conduct, yes;
15  and my officers' conduct, yes.  I can't speak for
16  the other agencies because we weren't -- they were
17  there with us, but I didn't have views on what
18  they were doing, so yes.
19       Q  During the times when you were with other
20  agencies together such as in that clip of the
21  Commerce City officers and your officers, who
22  was -- you know, were the Denver officers in
23  charge during those incidents?
24       MS. BIRKHOLZ:  Objection; foundation.
25       A  Yes, yes.  But they were also -- each
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                          165

1    agency was in charge of their own entity as well,

2    so.  But I think we -- we were ultimately in

3    charge of our unit.

4    BY MS. WANG:

5        Q   Okay.  So during the times when outside

6    law enforcement agencies worked together with

7    Denver police officers during the protests the

8    Denver -- do you know if there were Denver police

9    officers with every unit of outside law

10   enforcement agencies that policed the protests?

11       MS. BIRKHOLZ:  Objection; foundation.

12       A   I don't know for sure if there was or not,

13   but I know the communication between the inter

14   agencies was there as far as --

15       Q   Okay.  And so when the outside agencies

16   were brought in by Denver to assist in policing

17   the protests, they also were part of the same

18   radio channels that were talking about what they

19   needed to do when they were -- what they needed to

20   do; correct?

21       MS. BIRKHOLZ:  Objection; foundation.

22       A   Yes.  I -- I would say so, yes.

23       Q   Ultimately, all of the actions of the law

24   enforcement officers who responded to policing the

25   protests, whether they were with Denver Police

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    166

1    Department or with an outside agency called in by

2    Denver Police Department, were following the

3    instructions given by the command-level staff at

4    the command post; correct?

5         MS. BIRKHOLZ:  Objection; form, foundation.

6      A  Yes.

7    BY MS. WANG:

8      Q  The command-level staff who were at the

9    command post, including the incident commander,

10   were the ones who were in charge of all the

11   actions of the police who were policing the

12   protests; correct?

13        MS. BIRKHOLZ:  Objection; form, foundation.

14        You can answer.

15     A  Yes.

16        MS. WANG:  Okay.  I have no further

17   questions.

18        Okay.  I think we can -- I'm going to stop

19   the recording.

20        (Off the record at 6:07 p.m.)

21

22

23

24

25

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                                    167

1                    ACKNOWLEDGMENT OF DEPONENT

2

3         I, ANTHONY TAK, do hereby acknowledge that

4    I have read and examined the foregoing testimony,

5    and the same is a true, correct, and complete

6    transcription of the testimony given by me and any

7    corrections appear on the attached errata sheet

8    signed by me.

9

10

11

12    _____              _____

13     (DATE)                           (SIGNATURE)

14

15

16

17

18

19

20

21

22

23

24

25

```
 1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

 2

 3        I, Joanne Ely, Certified Shorthand

 4   Reporter No. 84-4169, CSR, RPR, and a Notary

 5   Public in and for the County of Kane, State of

 6   Illinois, the officer before whom the foregoing

 7   deposition was taken, do hereby certify that the

 8   foregoing transcript is a true and correct record

 9   of the testimony given; that said testimony was

10   taken by me stenographically and thereafter

11   reduced to typewriting under my direction; that

12   review was requested; and that I am neither

13   counsel for, related to, nor employed by any of

14   the parties to this case and have no interest,

15   financial or otherwise, in its outcome.

16        IN WITNESS WHEREOF I have hereunto set my

17   hand and affixed my notarial seal this 2nd day of

18   March, 2021.

19

20   My commission expires:  May 16, 2024

21

22

23   _____

24   Notary Public in and for the

25   State of Illinois
```

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

169

**A**

**able**
114:25, 125:6,
131:11, 133:10,
160:17
**about**
12:23, 13:20,
14:11, 15:11,
19:16, 20:22,
20:24, 21:6,
21:16, 21:22,
26:6, 26:10,
27:13, 32:7,
32:14, 32:25,
33:14, 34:5,
34:6, 34:7,
36:8, 37:22,
40:14, 40:24,
41:24, 43:14,
43:18, 44:11,
49:5, 56:16,
56:21, 57:9,
71:2, 77:13,
78:21, 84:12,
94:21, 98:5,
99:7, 103:6,
112:20, 122:14,
139:21, 139:22,
140:16, 154:2,
154:15, 156:9,
156:16, 158:1,
158:18, 159:15,
159:22, 161:9,
161:20, 165:18
**above**
41:23, 42:3,
42:10, 42:13,
47:11, 47:15,
48:5, 48:10,
49:4, 79:5,
86:5, 154:21,
155:16, 156:18,
156:25, 157:9,
157:20, 157:25,
158:7, 162:7,
163:19
**academy**
21:20, 21:21,

22:14, 22:15,
22:19, 28:9,
160:13, 160:17
**accident**
35:13
**accidents**
35:14
**acker**
4:11
**acknowledge**
167:3
**acknowledgment**
167:1
**across**
115:25, 117:1,
117:10, 120:2,
120:15, 120:19,
129:8, 132:19,
134:9
**action**
1:6, 94:25,
95:19
**actions**
31:25, 46:15,
80:22, 83:17,
123:18, 165:23,
166:11
**active**
26:25, 46:17,
106:7
**actively**
50:24
**activity**
18:11, 18:13,
29:21
**acts**
81:7, 81:18,
82:17
**actual**
98:21
**actually**
20:16, 31:22,
37:22, 59:5,
65:12, 65:18,
69:23, 73:13,
73:15, 85:19,
92:13, 112:12,
125:19, 136:9,

152:5, 161:2,
162:25
**additional**
39:20, 139:11
**advance**
120:19
**advancing**
121:13, 163:1
**advised**
98:1, 98:3,
98:5, 98:7,
98:13, 99:6
**affairs**
32:21, 33:4,
33:18, 34:2,
35:8
**affidavit**
5:21, 137:6,
140:8
**affirmed**
142:24
**affixed**
168:17
**afraid**
8:1
**after**
12:23, 13:15,
15:11, 32:18,
36:22, 43:18,
56:15, 71:10,
71:20, 72:5,
72:7, 74:11,
75:23, 86:4,
96:21, 105:4,
113:5, 129:22,
140:7, 159:19,
161:11
**again**
35:19, 45:2,
45:13, 57:11,
66:17, 75:15,
81:11, 82:21,
91:17, 93:5,
99:4, 103:9,
107:3, 107:14,
113:21, 117:4,
118:20, 119:12,
119:24, 122:12,

126:24, 129:20,
141:8, 142:18,
145:24, 146:11,
146:14, 146:18,
157:4, 158:17
**against**
33:4, 50:5,
50:16, 66:16,
97:18, 122:23
**agencies**
28:14, 63:13,
63:18, 63:21,
63:24, 64:3,
66:1, 146:10,
147:12, 164:16,
164:20, 165:6,
165:10, 165:14,
165:15
**agency**
28:5, 65:11,
129:17, 129:21,
146:19, 165:1,
166:1
**aggression**
46:17, 81:8,
81:18, 82:17,
106:8
**aggressive**
50:16, 50:18
**ahead**
14:17, 32:17,
76:2, 82:4,
82:20, 84:16,
112:11, 112:25,
134:2, 137:20,
142:20, 156:21
**aiming**
54:14
**air**
51:15
**al**
1:5, 1:9
**all**
12:2, 14:20,
15:10, 19:18,
21:11, 21:16,
23:9, 24:11,
25:9, 26:2,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

27:18, 31:25,
38:9, 42:7,
48:10, 50:13,
54:2, 56:7,
57:3, 61:4,
65:17, 65:19,
73:11, 78:6,
78:9, 80:4,
89:15, 90:10,
91:2, 97:3,
97:11, 98:19,
112:14, 114:5,
114:23, 115:4,
118:22, 120:1,
121:14, 127:3,
132:19, 133:15,
134:6, 142:5,
148:3, 149:8,
153:3, 158:8,
160:1, 160:22,
163:5, 165:23,
166:10
**alley**
129:8, 133:6,
133:22
**allowed**
51:23, 59:4
**almost**
55:13, 96:21
**already**
120:7, 134:14,
142:1
**also**
24:18, 54:17,
66:2, 95:7,
117:17, 123:11,
164:8, 164:25,
165:17
**always**
24:3, 44:20,
56:3, 68:12,
69:12
**amendment**
29:21, 29:25,
30:11, 30:13,
30:14, 30:16,
30:19, 30:22,
30:24, 31:1,

31:6, 74:16,
75:2
**amount**
29:2, 36:15,
52:1, 75:11,
152:11
**ample**
75:11, 75:13
**andrew**
4:12, 14:8,
135:15, 136:18,
137:7, 139:3,
141:6
**andy**
160:24
**announce**
69:23
**announced**
70:1, 161:22
**announcements**
139:23
**another**
19:15, 25:8,
25:9, 33:14,
65:2, 101:3,
103:24, 112:13,
113:19, 126:9,
128:1, 128:2,
129:21, 145:3,
149:22
**answer**
7:19, 8:5, 8:9,
10:7, 10:8,
10:10, 14:17,
15:20, 20:6,
25:16, 29:24,
31:13, 32:10,
32:17, 39:7,
42:1, 42:22,
44:14, 44:15,
46:1, 47:10,
48:17, 49:16,
51:4, 51:18,
53:9, 54:11,
56:25, 61:14,
61:19, 62:5,
62:18, 63:10,
66:6, 66:14,

66:23, 67:8,
67:18, 70:22,
71:3, 71:6,
72:1, 73:2,
73:8, 73:9,
73:23, 74:10,
74:14, 74:19,
75:5, 75:16,
76:2, 76:7,
79:8, 80:8,
80:17, 81:10,
82:4, 82:20,
86:19, 87:19,
88:9, 90:1,
90:16, 95:4,
95:15, 97:21,
100:8, 100:20,
102:6, 102:20,
103:1, 104:10,
109:12, 123:8,
123:22, 124:2,
138:14, 140:13,
140:19, 142:23,
154:24, 157:3,
157:4, 157:14,
166:14
**answered**
57:13, 126:24
**answers**
46:25, 155:23
**anthony**
1:15, 2:1, 5:2,
6:2, 6:8, 167:3
**any**
7:6, 7:22,
7:23, 8:24, 9:2,
9:18, 10:24,
11:13, 12:11,
13:23, 14:20,
20:11, 28:4,
28:13, 29:4,
29:20, 32:6,
32:13, 33:3,
34:13, 36:4,
40:8, 40:11,
40:21, 40:23,
40:24, 43:21,
45:22, 46:14,

52:11, 53:2,
53:4, 54:5,
54:15, 54:23,
55:19, 59:1,
61:24, 62:1,
62:8, 62:15,
62:21, 63:1,
63:7, 64:2,
67:10, 67:16,
67:21, 80:6,
80:21, 83:25,
87:24, 97:5,
99:23, 102:11,
102:18, 103:5,
103:13, 104:5,
104:6, 106:24,
108:5, 109:22,
118:4, 119:22,
124:16, 125:2,
125:13, 125:17,
125:20, 126:10,
127:15, 127:16,
127:25, 136:17,
139:3, 139:9,
140:21, 143:1,
145:1, 148:17,
149:14, 155:15,
156:23, 157:19,
157:24, 157:25,
158:6, 158:8,
159:10, 159:18,
160:6, 160:25,
161:14, 163:6,
163:17, 167:6,
168:13
**anybody**
8:13, 12:8,
49:4, 55:1,
149:14, 158:7,
158:12, 163:18
**anyone**
14:2, 163:6
**anything**
9:2, 9:5,
32:25, 33:22,
43:16, 43:18,
43:19, 46:20,
50:24, 58:22,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

103:17, 103:25, 104:5, 104:6, 108:18, 118:5, 118:24, 119:8, 128:24, 128:25, 148:15, 148:16, 148:23, 150:17, 152:3, 152:10, 152:15, 152:16, 157:11, 163:25

**apologize**
162:16

**apparently**
114:25

**appear**
167:7

**appears**
139:24, 145:19

**appropriate**
145:12

**approved**
130:6, 134:20, 135:6

**approximately**
21:3, 126:12, 152:23

**arapahoe**
28:7, 28:12

**area**
36:15, 53:20, 56:4, 69:7, 72:25, 90:8, 122:19

**areas**
44:20, 56:5, 56:8, 56:11

**aren't**
83:25

**arm**
106:14

**arms**
119:7

**army**
26:18, 26:19, 26:20

**arnold**
3:15, 18:25, 112:3

**around**
57:25, 58:14, 58:18, 89:22, 148:16

**arounds**
155:12

**arrest**
5:21, 9:24, 32:19, 33:9, 69:8, 72:24, 72:25, 83:2, 83:5, 84:4, 84:19, 84:20, 85:4, 85:13, 121:1, 121:9, 122:6, 123:4, 123:5, 123:19, 123:24, 130:20, 130:22, 131:3, 136:18, 137:6, 137:22, 137:23, 139:4, 140:8, 140:17, 140:22, 140:25, 141:2, 141:24, 142:2, 142:6, 144:20

**arrested**
138:24, 141:6, 141:11, 142:15, 143:24

**arrestee**
140:16

**arrestees**
138:10, 138:17

**arresting**
14:8, 67:6, 122:3, 136:20, 138:8, 141:8, 141:18, 143:19

**arrests**
14:11, 14:20, 14:25, 15:18, 15:21, 15:22, 15:23, 16:4, 16:7, 31:21, 44:21, 83:18, 127:18, 129:25, 130:15, 133:10,

134:23, 136:24, 137:1, 137:21, 137:22, 138:3, 138:4, 141:15, 141:16, 141:21

**arrival**
39:23, 106:2

**arrive**
126:22

**arrived**
40:1

**arrow**
132:17

**arrows**
111:10, 111:14, 111:15, 111:16

**ashland**
28:1

**asked**
8:10, 24:12, 35:20, 36:24, 45:2, 85:22, 97:8, 97:13, 113:11, 156:2, 161:19

**asking**
7:4, 45:6, 49:24, 71:2, 72:16, 74:22, 108:2, 139:12, 151:7

**assailants**
50:16

**assembled**
72:8

**assembly**
69:6, 69:24, 70:7, 70:20, 70:24, 70:25, 72:10, 72:21, 73:6, 73:14, 74:1, 74:7, 74:13, 75:18, 75:21, 76:9, 84:5, 84:21, 85:17, 85:22, 86:4, 86:6, 86:16, 162:3

**assigned**
15:9, 15:14, 15:15, 19:11, 19:23, 20:2, 20:7, 20:9, 20:13, 23:23, 44:18, 109:17

**assignments**
16:12, 43:8, 44:1, 49:9, 56:16

**assist**
105:11, 122:17, 129:4, 165:16

**assistance**
36:14, 37:8

**assisted**
122:25

**assists**
52:4

**assume**
8:10, 71:8, 71:18, 126:18

**assuming**
119:15, 119:18

**attached**
5:9, 96:2, 101:9, 131:14, 135:11, 137:3, 167:7

**attempt**
82:15

**attend**
40:21, 41:5, 41:12

**attended**
12:18, 41:23, 47:24, 48:4, 48:19

**attention**
107:17

**attorney**
7:16, 9:9, 14:3, 86:7

**attorneys**
9:7

**audio**
7:24, 12:11,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

12:12, 13:23,
108:1, 108:3,
108:5, 108:7,
108:9, 108:16,
120:19, 120:22,
126:15
**auditorium**
131:21
**aurora**
65:12, 129:21,
145:25, 146:3,
146:21, 146:25,
164:9
**authorization**
79:15, 134:22
**authorize**
61:11, 61:18,
162:8
**authorized**
45:1, 45:6,
45:10, 45:18,
45:23, 47:2,
47:7, 47:11,
47:12, 47:14,
47:18, 49:13,
49:17, 49:19,
49:22, 50:5,
50:8, 51:1,
51:5, 56:23,
57:7, 57:8,
61:16, 61:23,
62:3, 62:16,
62:22, 63:2,
63:8, 63:14,
66:25, 82:9,
87:22, 88:13,
154:20, 155:1,
156:19, 161:11
**avenue**
4:6, 129:16
**aware**
15:4, 97:16,
97:23, 99:10,
99:14, 99:15,
99:16, 100:2,
100:5, 143:19,
161:17, 163:11
**away**
59:22, 86:2,

106:12, 138:9,
148:24, 152:17
**awhile**
59:14

**B**

**bachelor**
27:24
**back**
10:14, 20:17,
22:2, 36:1,
38:9, 41:15,
41:19, 43:6,
53:21, 53:22,
57:2, 57:19,
59:21, 59:25,
60:5, 60:17,
60:22, 60:25,
61:2, 61:4,
61:5, 72:19,
78:3, 78:11,
79:22, 85:24,
85:25, 86:2,
86:21, 86:23,
89:17, 91:7,
93:10, 94:24,
95:8, 105:5,
114:21, 116:6,
116:7, 116:8,
120:16, 122:7,
124:6, 124:8,
124:12, 124:13,
124:14, 124:22,
138:1, 138:10,
142:2, 144:18,
148:18, 151:15,
153:7, 153:11,
153:20, 153:21,
153:22, 153:23,
156:1, 158:17,
159:10, 162:11,
162:12, 162:21
**background**
26:13
**backgrounds**
24:6
**backwards**
21:10, 95:7

**bad**
11:21, 156:3
**badge**
96:14
**ball**
22:21, 23:14,
23:25, 24:24,
25:8, 25:19,
26:10, 26:11,
40:16, 40:19,
44:22, 44:25,
45:19, 45:24,
46:3, 46:4,
46:7, 46:10,
47:3, 47:19,
51:6, 51:9,
51:14, 52:3,
61:20, 61:22,
62:11, 82:9,
87:15, 87:21,
87:23, 87:25,
88:5, 88:12,
88:13, 92:4,
104:19, 104:25,
106:9, 106:25,
107:10, 115:11,
115:17, 115:18,
116:5, 155:21,
155:22
**balls**
51:15, 61:12,
61:16, 80:11,
115:7
**bang**
55:2
**bangs**
54:24, 55:5,
55:6, 55:7,
55:14, 55:17
**bar**
111:17, 111:18
**barely**
119:3
**barricaded**
17:21
**barricades**
18:5
**based**
47:22, 64:3,

74:21, 74:22,
84:13, 84:17,
84:18, 109:15
**basic**
22:18, 134:3
**basically**
21:10, 46:11,
46:13, 61:4,
75:6, 129:22,
133:16, 133:25,
157:17
**basis**
23:12, 23:16,
23:19, 150:20,
154:16, 161:10
**bates-stamped**
88:19, 101:12,
114:7, 135:13,
137:5, 149:23
**bathroom**
79:22, 113:21
**baton**
46:6
**battalion**
26:21, 26:23
**became**
129:5
**because**
7:12, 11:11,
17:11, 21:17,
32:5, 34:16,
35:13, 38:9,
38:14, 38:25,
39:20, 42:4,
43:16, 46:21,
53:13, 54:19,
55:11, 60:12,
60:15, 60:23,
60:25, 61:3,
61:17, 72:10,
73:11, 85:6,
87:4, 90:19,
92:16, 97:25,
107:6, 108:7,
110:4, 110:25,
113:16, 114:8,
114:24, 127:24,
130:8, 130:14,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

173

132:20, 134:3,
134:4, 141:14,
141:15, 142:2,
144:25, 149:10,
155:11, 164:16
**become**
87:6, 97:23,
99:11, 99:17
**been**
6:3, 6:9,
11:13, 11:14,
13:1, 13:22,
15:25, 16:18,
17:12, 22:9,
23:19, 24:3,
29:12, 30:24,
32:14, 33:4,
33:7, 34:4,
34:10, 34:18,
35:3, 35:7,
35:20, 36:5,
42:12, 42:13,
55:11, 65:13,
69:24, 70:7,
75:11, 75:23,
76:18, 76:19,
85:14, 86:5,
88:18, 88:19,
88:22, 112:10,
120:7, 135:13,
137:5, 149:5,
154:11, 161:4,
161:9, 161:19,
162:4
**before**
2:7, 6:9, 6:23,
20:18, 21:8,
28:5, 34:18,
67:16, 68:8,
82:17, 84:4,
84:21, 85:17,
86:17, 87:11,
104:7, 107:6,
108:8, 114:22,
124:16, 125:23,
140:1, 140:4,
140:5, 143:23,
146:13, 152:21,

154:2, 159:9,
162:22, 163:1,
168:6
**began**
15:5, 70:15,
71:8, 73:12,
87:10, 96:22
**beginning**
13:12, 21:17,
34:20, 43:23,
72:6
**behalf**
3:3, 3:12, 4:3,
4:11
**behavior**
83:16
**behind**
53:14, 53:18,
60:22, 91:3,
112:25, 120:11,
122:21, 132:21,
152:9
**being**
16:25, 33:8,
33:11, 38:16,
39:11, 39:17,
41:10, 44:21,
60:23, 70:8,
70:25, 73:22,
74:12, 76:17,
87:8, 88:12,
92:7, 92:8,
106:21, 112:18,
113:9, 117:18,
118:5, 118:24,
119:2, 119:18,
119:22, 119:25,
120:25, 125:7,
127:18, 138:9,
143:19, 146:24,
147:7, 147:19
**believe**
91:19, 158:22,
160:6
**belt**
25:21
**belts**
22:17

**besides**
106:25
**better**
120:22, 142:10
**between**
29:12, 31:23,
37:14, 37:16,
37:18, 38:4,
44:5, 45:22,
71:21, 83:15,
133:6, 133:7,
161:25, 165:13
**biographical**
139:20
**bit**
7:11, 45:21,
89:13, 96:9,
132:13, 132:14,
147:16, 148:10,
150:25, 152:9
**black**
1:4, 121:1
**blank**
122:15, 131:18,
150:1, 150:2
**blew**
60:17, 86:25
**blm**
3:12, 154:8,
154:9
**block**
14:12
**blowing**
32:2, 32:5
**blown**
87:2, 87:3,
87:8, 105:5
**body**
104:5, 112:14
**body-cam**
150:7
**body-camera**
10:19, 10:22
**body-worn**
9:24, 10:1,
10:23, 10:24,
11:2, 11:4,
11:12, 11:15,

11:21, 12:4,
12:6, 12:7,
12:8, 104:12,
104:14, 105:17,
105:22, 106:21,
107:13, 107:20,
108:5, 109:7,
112:17, 113:2,
113:5, 113:12,
114:6, 114:10,
117:5, 117:20,
118:9, 120:4,
121:4, 121:10,
122:9, 124:24,
125:3, 126:15,
127:2, 127:3,
127:12, 127:21,
151:11, 152:2,
152:7, 154:3
**both**
42:17, 42:24,
51:9, 90:25
**bottle**
90:20
**bottles**
106:5
**boulder**
3:9
**boy**
29:18
**break**
7:6, 7:25,
45:20, 79:21,
85:19, 86:8,
113:20
**bricks**
45:15, 106:5
**brief**
41:15, 41:20,
57:2, 57:17
**briefed**
41:10, 100:9,
154:25
**briefing**
40:21, 40:23,
41:15, 42:23,
43:22, 44:6,
48:8, 57:2,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

174

155:7, 155:13
**briefings**
41:5, 41:7,
41:9, 41:23,
42:10, 42:19,
42:25, 43:6,
43:17, 43:19,
47:24, 48:4,
48:7, 48:9,
48:20, 68:11,
68:19, 154:15,
155:3, 155:9,
156:9, 156:16,
161:10, 161:14
**bring**
13:17
**brinkers**
135:20, 136:3,
136:4, 140:10,
143:1
**broadcast**
36:14, 37:8
**broadway**
3:7, 146:8,
146:25, 147:1,
147:2, 164:11
**broke**
99:13
**brought**
68:12, 165:16
**building**
133:8
**bullet**
24:17
**bullets**
52:8
**bunch**
130:16
**burning**
54:19
**busy**
142:3, 163:23
**bwc**
153:14

--- C ---

**cab**
104:6

**call**
37:18, 39:20,
127:16, 128:15,
128:17, 129:1
**called**
86:11, 166:1
**calls**
127:18
**cam**
104:6, 108:3
**came**
33:18, 38:9,
39:16, 57:2,
60:12, 60:17,
60:21, 86:24,
87:11, 98:9,
116:17, 117:8,
120:16, 131:2,
133:9, 133:22
**camera**
9:24, 10:1,
10:23, 10:24,
11:2, 11:4,
11:12, 11:15,
11:21, 12:4,
12:6, 12:7,
12:9, 89:21,
104:14, 105:18,
105:22, 107:13,
107:20, 109:7,
113:2, 113:6,
113:12, 114:6,
114:10, 117:20,
118:9, 120:5,
121:4, 121:10,
122:9, 124:24,
125:4, 126:15,
127:2, 127:4,
127:12, 127:21,
127:24, 128:5,
145:9, 145:16,
147:15, 148:15,
148:24, 151:10,
151:11, 152:2,
152:8, 152:14,
153:14, 154:3
**cameras**
112:17, 152:11

**campos**
6:18
**cams**
112:14
**can't**
7:23, 15:20,
16:5, 16:9,
20:8, 26:8,
29:16, 30:23,
31:6, 33:9,
34:16, 36:12,
38:24, 40:16,
44:5, 54:18,
56:7, 59:12,
60:16, 61:19,
73:9, 73:18,
73:25, 75:16,
91:10, 93:17,
94:2, 103:19,
111:21, 117:16,
117:19, 117:21,
119:2, 119:7,
143:6, 144:10,
164:14, 164:15
**canister**
22:16, 52:2,
54:19, 117:15,
117:22, 118:23,
120:2, 124:17,
124:18, 150:22,
152:21
**canisters**
25:9, 25:19,
26:7, 52:9,
52:12, 52:16,
53:1, 53:5,
54:8, 54:22
**cannot**
89:10, 118:11,
118:12, 142:23,
143:10, 152:9
**care**
42:5
**career**
23:7, 30:25,
31:5
**carroll**
19:7, 128:19,

128:20
**carry**
22:16, 25:21
**cars**
57:25, 58:13,
58:14, 59:19
**case**
6:20, 7:3,
10:5, 12:13,
34:24, 35:1,
168:14
**cases**
34:3
**catch**
36:18, 131:11,
134:14
**cause**
5:21, 137:6,
138:21, 140:8,
142:11, 143:3
**caused**
118:6, 121:8
**causing**
106:14
**center**
138:11
**certain**
13:12, 23:10,
23:13, 24:20,
56:11, 56:22,
57:10, 71:13,
97:19
**certificate**
168:1
**certification**
25:14, 25:17
**certified**
2:8, 25:10,
25:18, 25:22,
26:3, 168:3
**certify**
168:7
**chain**
47:15, 48:9,
48:11, 49:4,
78:10, 98:9,
128:4, 154:21,
155:16, 156:18,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

156:24, 157:9,
157:20, 157:25,
158:7, 163:18,
163:24
**champa**
4:14
**change**
37:13
**channels**
165:18
**charge**
59:17, 70:3,
70:4, 164:23,
165:1, 165:3,
166:10
**charges**
139:11
**charlie's**
132:21, 133:7
**check**
11:9
**chemical**
51:10, 69:7,
125:24
**chicago**
3:18
**chief**
48:13, 79:15,
163:12
**choppy**
93:8, 108:4
**chose**
28:11
**chosen**
17:11, 17:13
**chronological**
21:14
**circumstance**
54:1
**circumstances**
45:9, 45:23,
49:25, 51:22,
56:22, 73:5,
74:6, 74:25,
75:2, 75:21,
77:4, 77:19,
78:16, 78:17,
78:22, 86:15,

140:16
**cited**
162:6
**citizen**
32:13, 32:24,
34:6
**citizens**
32:7, 34:1,
46:16, 82:13
**city**
1:8, 4:5,
12:22, 47:7,
65:6, 65:8,
65:13, 65:15,
71:20, 84:18,
129:18, 129:21,
145:23, 145:25,
146:18, 150:7,
164:21
**civil**
1:6
**civilians**
31:10, 31:19,
54:8
**clarify**
50:13, 71:7,
161:5, 161:20
**clarifying**
161:3
**clarkson**
5:24, 64:22,
65:3, 129:8,
131:20, 131:22,
131:25, 145:9,
145:17, 147:15,
152:22
**class**
159:6, 159:7
**client**
145:2
**clip**
118:3, 119:23,
123:15, 148:17,
164:20
**closer**
7:14
**coincides**
105:22

**colfax**
4:6, 5:23,
58:5, 64:21,
65:3, 105:12,
106:12, 109:7,
112:19, 116:1,
116:22, 120:19,
121:13, 124:15,
126:11, 126:23,
129:15, 129:23,
130:13, 130:17,
131:5, 131:6,
131:7, 131:8,
131:20, 131:22,
131:25, 132:11,
132:18, 133:1,
133:4, 134:5,
134:7, 134:13,
145:9, 145:16,
145:17, 146:7,
147:1, 147:3,
147:15, 152:12,
152:22, 164:10,
164:11
**collar**
111:17
**colorado**
1:2, 3:9, 4:8,
4:16, 28:6,
88:20
**come**
41:15, 41:19,
43:6, 58:18,
68:7, 79:22,
153:7
**comes**
52:4
**coming**
39:22, 46:22,
90:25, 91:3,
95:10, 108:4,
149:18, 149:24
**command**
41:7, 47:15,
48:9, 48:11,
49:4, 78:10,
98:9, 128:4,
154:21, 155:16,

156:18, 156:25,
157:9, 157:20,
157:25, 158:7,
163:1, 163:19,
163:25, 166:4,
166:9
**command-level**
40:24, 166:3,
166:8
**commander**
41:13, 48:6,
48:12, 48:14,
48:15, 59:15,
78:2, 78:11,
78:17, 78:20,
79:10, 79:14,
130:7, 134:23,
162:7, 166:9
**commerce**
65:6, 65:8,
65:13, 65:15,
129:18, 129:20,
145:22, 145:25,
146:18, 150:7,
164:21
**commission**
168:20
**committing**
81:7, 81:18,
82:17, 83:25
**common**
75:8
**communicate**
56:17, 77:20,
134:3, 140:15,
140:20, 140:21
**communicated**
57:15, 57:16,
68:6, 98:25
**communicating**
78:1
**communication**
165:13
**communications**
12:11, 12:13,
120:24
**comp**
35:24

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

compare
17:24, 46:3
compared
83:24
compensation
35:25
complain
32:25
complained
33:14, 34:7
complaining
34:5
complaint
5:19, 32:18,
32:20, 32:21,
33:17, 135:14
complaints
32:7, 32:13,
33:4, 33:7, 34:1
complete
80:5, 80:21,
97:3, 167:5
completed
9:22, 10:1,
16:11, 80:15,
80:19, 140:8,
144:21
comply
138:23, 139:4,
142:9, 142:14
complying
46:14
computer
8:19
concern
157:25
concerning
64:20
conduct
15:17, 15:21,
32:7, 32:11,
32:14, 33:14,
33:23, 34:3,
34:5, 34:7,
65:20, 65:25,
129:24, 158:8,
164:1, 164:8,
164:9, 164:14,

164:15
conducted
1:16, 2:1,
16:4, 123:5,
131:4, 132:12
conducting
14:10, 14:19
conference
163:11
conferral
13:6
conferrals
13:10
confirm
50:3, 154:13
confrontation
130:8
conjunctive
76:16
consistent
65:21, 66:2,
87:16, 88:7,
95:1, 119:10,
119:16, 123:5,
123:11, 123:20,
164:3
consolidated
1:8
constitution
74:16
contained
64:17
contents
86:14
context
81:14
continue
59:22, 116:3,
116:10, 120:20,
130:14
continued
130:9, 133:5
continuing
95:9, 122:18
continuous
127:18
continuum
46:2, 46:8

control
28:17, 29:5,
29:13, 30:5,
30:9, 30:15,
30:17
conversation
43:12, 43:15,
154:17
conversations
47:22, 49:3
coordinated
129:16, 129:24,
130:3, 130:4,
133:25, 134:1,
135:1
coordinating
134:8
copy
98:17, 98:21
corner
60:13, 129:9,
131:21, 151:8
corrections
167:7
could
42:12, 42:13,
50:1, 50:19,
51:6, 52:8,
69:18, 72:9,
73:5, 74:7,
74:25, 75:3,
88:11, 112:8,
119:24, 125:13,
125:16, 125:19,
130:21, 138:1,
152:11, 152:15,
152:16
counsel
6:4, 88:17,
109:4, 114:4,
145:7, 149:21,
154:9, 161:7,
163:9, 168:13
county
1:8, 4:5, 28:7,
28:12, 168:5
couple
9:16, 31:2,

100:11, 105:21,
109:15, 109:16,
154:12, 154:13,
161:3, 161:5,
163:8
course
25:6, 25:7,
25:8, 25:9,
28:23, 28:24
courses
12:18, 25:2,
25:4, 31:7,
160:18
court
1:1, 8:23,
168:1
created
67:11
crime
18:11
criminal
18:13
critical
24:21
crowd
28:17, 29:5,
29:13, 30:5,
30:8, 30:9,
30:14, 30:17,
39:12, 39:13,
39:17, 44:25,
45:16, 46:12,
50:12, 51:7,
51:25, 52:4,
53:6, 57:22,
58:1, 58:7,
58:9, 58:19,
58:20, 59:9,
59:18, 59:24,
60:2, 60:21,
61:6, 67:1,
69:17, 69:20,
79:1, 81:4,
81:5, 81:6,
81:15, 81:17,
82:11, 82:16,
82:18, 83:1,
83:2, 83:8,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

83:14, 83:17,
84:4, 84:14,
84:21, 85:6,
85:7, 85:8,
85:9, 85:13,
85:15, 85:16,
85:23, 86:17,
86:23, 87:4,
87:6, 87:10,
90:13, 90:25,
91:1, 91:2,
95:9, 105:12,
106:4, 106:23,
119:19, 129:5,
129:25, 131:1,
133:1, 134:7,
149:13, 152:13,
152:24, 158:19,
159:1, 159:4,
159:18, 161:23,
162:13
**crowds**
47:3, 47:19,
49:14, 49:20,
50:9, 78:7
**cs**
24:11, 24:18,
25:8, 25:19,
26:7, 51:23,
51:25, 52:9,
52:12, 52:15,
53:18, 54:15,
54:18, 54:21,
113:14, 117:14,
117:22, 119:20,
129:13
**csr**
1:25, 168:4
**ct**
1:18
**curfew**
14:11, 14:20,
15:18, 15:21,
15:22, 15:24,
16:4, 16:6,
67:5, 70:12,
70:13, 70:15,
70:25, 71:1,

71:2, 71:3,
71:8, 71:12,
71:13, 71:19,
71:23, 72:5,
72:7, 72:9,
72:11, 72:20,
72:22, 72:23,
73:3, 73:20,
77:14, 138:8,
138:24, 139:5,
139:22, 142:14,
143:13, 143:21,
144:1, 146:13,
147:8, 162:5
**cursor**
92:23, 92:25
**custody**
31:24, 122:24,
123:23, 140:23,
141:22, 141:23,
142:1, 143:24

D

**d6**
129:9
**daily**
41:23, 100:13,
154:16, 156:9,
156:16, 161:10
**date**
10:20, 12:1,
13:14, 14:21,
26:4, 26:12,
30:3, 64:10,
64:12, 64:15,
73:19, 73:25,
105:18, 136:25,
143:25, 150:8,
167:13
**dated**
96:17
**dates**
12:17, 22:24,
30:23, 31:6,
136:23
**day**
15:2, 15:16,
19:13, 20:8,

20:12, 20:14,
36:12, 37:19,
38:14, 39:1,
41:10, 41:12,
41:16, 43:10,
43:13, 43:18,
43:19, 43:24,
44:2, 45:4,
48:25, 55:25,
56:8, 57:6,
60:11, 70:17,
73:21, 85:25,
97:24, 97:25,
98:2, 100:24,
101:5, 101:20,
102:4, 111:24,
121:3, 146:7,
146:11, 146:12,
146:16, 147:8,
147:10, 153:21,
153:24, 154:19,
154:25, 155:9,
155:13, 163:23,
164:11, 168:17
**daylight**
37:11, 37:12,
37:14, 37:15,
38:5
**days**
15:7, 15:8,
15:10, 15:12,
15:13, 15:17,
15:19, 16:2,
16:3, 16:6,
19:24, 20:3,
41:6, 42:6,
44:7, 48:24,
55:18, 55:24,
56:14, 62:14,
62:20, 70:11,
70:13, 70:18,
71:18, 72:6,
73:3, 73:4,
73:20, 77:13,
77:15, 101:1,
102:18, 102:22,
102:24, 103:3,
135:1, 147:9,

153:24, 153:25,
154:2
**deal**
23:18, 24:21,
82:1
**dealing**
30:8, 76:25,
81:3, 105:11,
127:17
**deals**
17:20
**dealt**
100:12
**death**
6:16, 18:18
**decide**
73:6, 77:10,
77:11, 79:2,
85:16, 127:4
**decided**
87:3
**decipher**
111:21, 119:2,
119:24
**decision**
70:23, 75:6,
75:15, 75:17,
76:14, 76:21,
77:19, 85:14,
129:24, 130:19,
133:19, 134:23
**decisions**
78:3, 78:5,
78:21, 79:5,
79:16
**declare**
72:10
**declared**
69:6, 69:24,
70:7, 74:8,
74:12, 75:17,
75:22, 76:9,
86:6, 86:16
**declaring**
84:4, 84:21
**defendant**
4:11, 6:19,
34:23, 35:3

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

178

defendants
1:10, 4:3,
161:7
defensive
46:13
defensive-type
46:11
definitely
120:22
degree
27:24, 27:25
degrees
54:20
democracy
27:16
demonstration
81:15
demonstrations
29:22
demonstrators
81:5
denver
1:8, 4:5, 4:8,
4:16, 5:16,
5:17, 9:23,
15:5, 18:11,
18:18, 21:1,
21:20, 21:21,
28:5, 28:10,
28:11, 28:22,
29:6, 32:8,
32:15, 34:7,
36:9, 36:15,
47:8, 52:5,
53:4, 54:6,
55:6, 65:22,
66:3, 66:9,
66:18, 67:3,
67:11, 71:20,
74:24, 83:7,
83:13, 84:2,
87:17, 88:7,
95:18, 96:10,
97:18, 101:12,
109:6, 109:13,
109:17, 109:25,
110:5, 110:7,
111:5, 112:14,

114:5, 114:7,
119:10, 119:16,
120:5, 121:14,
123:5, 123:11,
123:20, 127:11,
128:7, 132:22,
138:11, 146:20,
159:14, 159:17,
159:19, 164:4,
164:22, 165:7,
165:8, 165:16,
165:25, 166:2
denver's
80:5, 81:2,
82:1, 82:5,
82:15, 84:18
department
10:17, 23:25,
25:10, 28:5,
29:7, 54:6,
65:23, 66:3,
67:11, 74:24,
83:8, 83:13,
84:3, 95:18,
97:18, 98:15,
98:16, 146:25,
150:8, 159:17,
166:1, 166:2
department's
66:9, 66:18,
67:4
dependent
53:25
depends
54:1
deploy
46:20, 52:3,
52:15, 53:22,
54:3, 54:23,
55:2, 61:11,
61:16, 69:7,
82:9, 87:15,
87:22, 88:11,
104:19, 104:24,
106:9, 116:5,
125:23, 129:13
deployed
27:2, 27:4,

38:10, 52:20,
87:20, 87:22,
88:12, 88:13,
106:24, 107:12,
115:18, 119:13,
124:17, 132:2,
149:5, 149:9,
152:21, 164:3
deploying
53:17, 61:22,
68:8, 87:21,
92:4
deployment
27:10, 58:4,
68:14, 87:24,
118:6, 118:25,
119:9, 151:24
deployments
27:9
deponent
167:1
deposed
6:9
deposition
1:15, 2:1,
5:12, 7:2, 9:6,
12:24, 13:15,
13:25, 14:3,
18:16, 34:19,
88:16, 96:1,
101:8, 101:22,
109:3, 113:7,
114:3, 131:13,
135:10, 137:2,
145:6, 149:20,
158:18, 168:7
dept
4:7
deputy
48:13
describe
58:21
described
43:3
describing
86:22, 104:17,
133:12
description
64:18

descriptive
45:5
destroying
76:13
destruction
75:10, 76:18
destructive
81:3
detective
40:9, 135:20,
136:4, 140:9,
140:17, 142:25,
144:21
detectives
137:25, 138:17,
140:24
detention
138:11
determine
117:16
died
6:17
difference
161:25, 162:1
different
17:19, 20:13,
25:4, 30:4,
44:7, 45:14,
49:25, 50:1,
53:12, 72:19,
105:6, 109:15,
109:16, 111:15,
112:15, 161:14
differential
112:24
differentiate
83:15
directed
83:18, 106:8,
141:20
direction
116:17, 117:7,
161:13, 162:21,
168:11
directly
39:16
discipline
35:23, 36:3

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

179

**disciplined**
35:7, 35:21,
36:5, 95:18,
95:24
**disclosed**
11:7
**discovery**
10:5
**discussed**
130:4, 134:21
**discussions**
56:20, 103:5
**dispatch**
12:12, 39:18,
39:19, 56:12,
78:10
**dispatcher**
39:24
**dispersal**
67:15, 67:20,
67:22, 68:8,
68:13, 68:23,
70:5, 72:14,
73:13, 78:7,
125:2, 125:8,
125:13, 125:20,
126:5, 126:10,
126:20, 161:20,
161:22, 161:23,
162:2, 162:9,
162:18
**disperse**
44:25, 45:16,
46:12, 47:3,
47:19, 49:13,
49:19, 50:9,
50:12, 50:23,
51:7, 51:25,
52:4, 59:22,
66:10, 66:12,
66:19, 66:21,
67:1, 69:7,
72:24, 74:8,
74:12, 75:3,
75:23, 77:22,
82:11, 85:15,
85:18, 85:24,
86:17, 115:15,

119:19, 124:23,
125:24, 125:25,
149:13, 152:13,
162:10, 162:13,
162:22
**dispersing**
82:18, 85:25,
86:3, 115:23
**dissatisfaction**
158:8
**distance**
54:2, 152:16,
152:17
**distinction**
45:22
**distinguish**
44:5, 70:10
**distributed**
98:18
**district**
1:1, 1:2,
20:23, 21:1,
21:6, 21:21,
22:2, 22:4,
39:8, 42:11,
42:14, 105:10,
105:20, 106:3,
110:2, 110:3,
110:8, 110:14,
111:3, 111:6,
129:4, 154:4
**division**
48:12
**dnc**
28:22, 29:3
**docked**
153:19
**document**
12:22, 13:1,
13:3, 13:8,
128:6, 135:12,
137:4, 139:25,
140:5
**documentation**
144:24
**documented**
23:1
**documents**
9:18, 9:21,

13:13, 13:23,
140:3
**doing**
6:25, 23:24,
24:2, 27:15,
50:18, 50:24,
77:6, 79:4,
86:11, 90:11,
121:8, 121:11,
122:1, 163:20,
164:18
**donate**
36:1
**done**
35:5
**donned**
129:7
**door**
32:2, 32:4
**down**
33:25, 37:21,
39:8, 39:24,
45:20, 58:1,
58:15, 59:2,
63:21, 63:24,
69:14, 75:10,
78:3, 78:11,
98:9, 103:22,
124:11, 132:19,
134:14, 134:21,
149:15, 152:5
**downtown**
21:1, 36:15,
37:8, 56:7
**dpd**
16:19, 20:19,
21:9, 22:10,
28:18, 62:3,
62:16, 62:22,
63:2, 63:8,
63:15, 64:3,
74:6, 95:1,
157:12, 157:15,
159:11, 159:25,
160:9
**drive**
61:2
**driver's**
90:22

**driving**
40:2
**drove**
60:24, 61:4
**due**
36:15, 106:7
**duly**
6:3
**during**
9:19, 13:10,
14:21, 14:25,
16:9, 16:12,
16:23, 19:9,
19:15, 19:23,
20:2, 22:7,
22:9, 22:14,
22:15, 22:17,
22:19, 28:17,
29:6, 34:25,
38:11, 41:23,
44:10, 44:18,
45:10, 49:21,
49:22, 51:23,
52:12, 54:24,
55:18, 56:12,
56:13, 56:14,
60:6, 61:24,
62:8, 62:14,
62:20, 62:25,
63:6, 63:13,
63:19, 64:4,
65:21, 66:1,
68:11, 68:18,
76:24, 79:16,
80:22, 81:22,
82:22, 84:25,
85:19, 86:7,
90:17, 97:5,
97:6, 97:19,
100:4, 100:10,
102:21, 103:7,
105:20, 106:7,
113:14, 117:18,
130:5, 135:7,
146:4, 146:12,
154:16, 154:22,
155:15, 156:23,
157:8, 157:19,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

180

157:24, 158:6,
158:9, 158:12,
161:14, 163:17,
164:2, 164:3,
164:19, 164:23,
165:5, 165:7
**duties**
41:16
**duty**
26:25, 32:14,
37:4

### E

**e-mail**
98:15, 98:16,
98:18
**each**
9:16, 19:18,
20:8, 25:5,
41:10, 41:12,
43:24, 48:8,
61:19, 102:4,
138:10, 154:19,
156:15, 164:25
**earlier**
43:3, 50:2,
52:7, 57:1,
126:24, 158:17,
159:22, 164:12
**early**
14:23, 37:10,
136:22
**easier**
21:17
**east**
57:24, 58:12,
59:18, 79:3,
91:1, 130:12,
130:13, 131:6,
131:10, 132:7,
132:8, 133:3,
133:5, 133:20,
133:21, 134:11,
134:13
**eastbound**
58:6, 58:17
**ed**
18:25, 112:2

**education**
27:23
**effect**
52:2, 71:19,
100:13
**effort**
83:15, 127:25
**efforts**
84:3, 84:19,
84:24
**eight**
35:12, 35:15,
35:16, 35:24,
35:25
**eight-hour**
35:12, 35:23,
159:6
**either**
13:16, 23:22,
33:18, 68:13,
120:3
**elizabeth**
3:4
**else**
8:13, 24:6,
25:20, 42:12,
50:20, 104:1,
115:16, 115:24,
131:12
**else's**
12:8
**ely**
1:25, 2:7,
168:3
**emergency**
15:24, 138:24,
139:5, 142:14,
143:13
**emerson**
129:23, 131:5,
131:7, 131:9,
132:11, 132:18,
133:1, 133:6
**employed**
168:13
**encompassed**
12:21, 25:6
**encompasses**
30:9, 30:12,

30:16
**end**
36:18, 88:21
**enforcement**
28:4, 28:13,
165:6, 165:10,
165:24
**ensure**
125:12, 125:15,
125:19
**entire**
82:18
**entirety**
62:25, 63:6
**entity**
165:1
**entrance**
106:3
**equipment**
41:17, 42:7
**equipped**
40:15, 40:18
**errata**
167:7
**escort**
142:4
**escorted**
141:25, 144:18
**especially**
13:18
**esquire**
3:4, 3:5, 3:13,
3:14, 4:4, 4:12
**essentially**
134:15
**estimate**
29:17
**et**
1:5, 1:9
**even**
24:4, 31:4,
42:24, 66:12,
66:21, 89:11,
92:5, 97:5,
103:19, 119:14,
122:10, 126:20,
143:18, 152:15,
153:24, 153:25,

154:2
**evening**
14:22, 136:21,
153:14
**events**
7:5, 64:21,
100:17, 101:11,
159:10, 159:11
**eventually**
60:3
**ever**
6:9, 24:23,
28:4, 28:14,
29:4, 32:6,
34:18, 35:7,
35:20, 49:3,
54:23, 63:1,
63:7, 63:12,
67:10, 139:8,
139:15, 139:25,
140:4, 140:10,
158:12
**every**
15:15, 20:8,
23:11, 23:24,
31:24, 42:11,
43:19, 45:4,
48:25, 55:25,
56:8, 83:15,
100:12, 154:25,
165:9
**everybody**
25:22, 41:18,
69:12, 69:15,
77:12, 77:22,
87:5, 131:1
**everything**
24:6, 37:13,
42:6, 42:12,
54:12, 115:16,
131:12, 132:25
**everywhere**
27:10
**exact**
29:16, 37:9,
38:24, 64:12,
68:3, 72:13,
72:15, 94:18

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

181

exactly
23:17, 57:5,
67:22, 68:22,
70:17, 90:2,
126:25
examination
5:2, 6:4,
154:9, 161:7,
163:9
examined
167:4
example
50:2, 162:5
except
7:8
exceptions
71:11, 71:13,
71:24, 72:9
exercising
75:1
exhibit
5:13, 5:14,
5:15, 5:16,
5:17, 5:18,
5:19, 5:20,
5:23, 5:25,
88:16, 96:1,
101:8, 109:3,
114:3, 131:13,
135:10, 137:2,
145:6, 149:20
exhibits
5:9, 5:12
expect
95:17, 95:23
experience
26:16, 64:4
expires
168:20
explode
51:14
exploded
91:25, 92:6
exploding
92:10
explosion
116:16, 117:8,
120:1

explosions
117:17
express
157:25, 158:7
expressly
154:20

**F**

face
8:20, 78:22
facing
58:6, 58:17,
116:8, 132:7
fact
13:19, 32:25,
92:5
failed
124:9, 138:23,
142:9, 142:14,
143:7
failing
45:17, 122:19,
124:12
failure
139:4, 139:5
fair
7:9, 8:11,
15:25, 44:7,
65:19, 106:23,
118:14, 120:11,
125:23, 135:5,
147:18, 148:25,
149:1
fairly
37:10
faith
142:5
fall
13:2, 71:11,
71:23, 72:8,
94:21
falls
93:23
familiar
77:4, 78:15,
83:7, 83:20
familiarity
77:18

far
10:14, 17:23,
27:9, 30:25,
32:11, 33:7,
33:11, 44:21,
53:10, 54:12,
70:24, 82:5,
82:21, 82:25,
83:1, 85:21,
92:12, 127:17,
143:1, 144:17,
165:14
fast
147:16
fatigues
108:23, 109:1,
145:21
february
1:17
federal
97:17
feet
69:20
fell
93:10
fellow
82:12
female
121:1, 122:11
few
73:20, 81:6,
81:17, 114:21,
115:2, 147:9,
153:4, 153:23,
154:2
field
138:7, 138:9,
162:8
figure
23:9, 108:6
file
88:21
filed
33:4
fill
136:13
filled
136:9

fillmore
131:20, 145:15
filming
123:25
financial
168:15
find
104:2, 160:17
fine
35:13, 35:24
fined
35:12
finished
28:9
fired
92:7, 92:8,
151:3, 151:8
firework
117:22
fireworks
117:18
first
9:11, 15:7,
15:11, 15:12,
16:2, 19:24,
20:2, 20:25,
29:21, 29:25,
30:10, 30:13,
30:14, 30:16,
30:18, 30:22,
30:24, 31:1,
31:5, 36:8,
36:16, 36:17,
36:20, 36:21,
36:22, 43:2,
43:10, 55:18,
56:14, 58:23,
61:6, 62:14,
62:20, 70:11,
70:13, 70:18,
73:4, 73:20,
74:15, 75:2,
77:14, 84:12,
97:1, 97:6,
100:10, 100:23,
105:21, 127:3,
131:24, 147:7,
147:9, 147:24,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

152:21, 155:9,
155:13, 156:14
**fitouri**
3:3, 5:25, 6:4,
135:13, 149:23,
163:9
**five**
16:20, 21:22,
34:12, 153:5
**five-minute**
79:21
**flank**
129:24, 130:3,
130:4, 130:20,
130:23, 131:4,
132:12, 133:13,
133:25, 135:1
**flash**
54:24, 55:2,
55:5, 55:6,
55:7, 55:14,
55:17
**flat**
61:4
**floyd**
159:9
**floyd's**
18:18
**fly**
120:2
**focus**
18:10, 72:16
**focusing**
15:7, 107:18
**follow-ups**
163:7, 163:8
**followed**
60:20
**following**
166:2
**follows**
6:3
**footage**
9:24, 11:5,
11:15, 11:21,
105:23
**force**
27:19, 34:14,

62:2, 62:8,
62:16, 62:21,
63:1, 63:7,
63:13, 77:14,
80:6, 97:19,
161:15
**foregoing**
167:4, 168:6,
168:8
**form**
10:6, 14:16,
20:4, 25:15,
29:23, 31:12,
32:9, 35:9,
39:6, 42:20,
44:13, 45:12,
45:25, 49:15,
51:3, 51:17,
52:17, 53:8,
54:10, 55:3,
55:21, 56:24,
61:13, 62:4,
62:17, 63:9,
66:13, 66:22,
67:7, 67:24,
68:10, 68:25,
70:21, 71:25,
73:7, 73:17,
74:9, 74:18,
75:4, 75:25,
77:8, 77:16,
79:7, 80:7,
80:23, 81:9,
83:21, 84:15,
87:18, 89:25,
90:15, 91:22,
95:14, 95:20,
100:19, 102:5,
102:19, 102:25,
104:9, 107:1,
115:9, 117:3,
117:12, 118:8,
119:1, 120:17,
121:2, 123:7,
123:13, 123:21,
124:1, 125:21,
126:1, 126:7,
126:13, 134:16,

135:8, 136:1,
136:13, 138:13,
139:16, 140:18,
143:9, 143:22,
144:6, 144:8,
144:13, 144:15,
144:16, 147:21,
148:14, 153:1,
157:2, 157:13,
157:22, 164:6,
164:13, 166:5,
166:13
**formal**
161:21, 162:2,
162:15, 162:18
**formed**
58:5, 58:16,
106:2, 129:7,
132:7
**forming**
133:13
**forward**
79:2, 86:23,
89:13, 108:19,
120:15, 129:15,
132:6, 145:12
**four**
18:23, 20:22,
21:3, 27:14,
55:12
**frame**
38:1, 60:6,
113:14, 159:15
**free**
10:9
**freezes**
7:24
**frequently**
23:3
**fresh**
104:15
**friday**
1:17
**frog**
134:9
**front**
9:3, 53:16,
69:21, 91:2,

114:9, 114:11,
118:15, 118:18,
118:19, 120:12,
122:15
**frontline**
118:15
**froze**
156:10
**full**
90:21
**further**
154:5, 160:22,
166:16

---
G
---

**g**
110:19
**gang**
16:21, 17:1,
17:19, 17:23,
18:8, 18:9,
18:11, 18:13,
18:22, 19:10,
20:11, 20:18,
20:22, 21:2,
21:24, 22:1,
22:4, 36:11,
38:8, 38:10,
42:18, 44:17,
55:2, 55:5,
55:11, 56:1,
57:4, 59:20,
105:5, 110:5,
110:11, 110:20,
110:23, 111:25,
128:16, 130:16
**gas**
24:18, 26:6,
51:23, 52:4,
52:15, 53:5,
54:8, 107:11,
113:9, 114:18,
116:14, 116:17,
117:1, 117:10,
118:7, 118:22,
118:25, 119:9,
119:12, 119:14,
119:15, 119:20,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

120:7, 124:17,
129:7, 132:2,
149:5, 149:8,
150:19, 150:22,
151:25, 152:21
**gave**
38:1, 50:2,
76:6, 99:5,
143:6, 163:12
**gear**
40:8
**general**
83:17
**generally**
44:9, 81:21,
135:5
**george**
18:17, 159:9
**gerardo**
3:14
**getting**
18:12, 31:22,
42:6, 60:8,
61:17, 75:9,
86:23, 90:19,
93:13, 106:19,
129:11, 130:10,
152:5, 152:18
**give**
16:5, 16:9,
29:16, 34:17,
38:24, 40:16,
41:19, 54:17,
56:7, 59:12,
67:15, 67:20,
68:8, 73:25,
125:25, 142:8,
142:17, 142:23,
162:21, 162:25
**given**
11:13, 11:14,
11:22, 20:12,
67:21, 67:25,
75:11, 79:15,
86:5, 98:21,
99:2, 99:3,
100:11, 100:16,
104:3, 124:16,

125:3, 125:8,
126:10, 138:22,
142:13, 161:13,
166:3, 167:6,
168:9
**giving**
68:15, 69:17,
70:4, 70:5,
73:13, 85:21
**glass-break**
24:22
**go**
7:1, 7:7,
10:14, 14:17,
17:14, 21:10,
21:14, 21:16,
25:25, 32:17,
33:23, 41:14,
42:4, 42:15,
42:18, 43:5,
53:11, 56:10,
56:11, 57:7,
57:17, 57:19,
58:17, 74:13,
76:2, 77:13,
79:3, 79:4,
82:4, 82:20,
84:16, 85:9,
85:12, 89:17,
91:6, 92:20,
107:9, 113:21,
113:22, 114:21,
132:15, 134:2,
137:20, 142:20,
148:18, 151:15,
152:5, 153:3,
153:5, 153:11,
156:21, 160:16
**goals**
17:12
**goes**
46:5, 48:12,
54:13, 58:12
**going**
12:20, 13:16,
13:17, 14:23,
27:17, 38:18,
39:3, 42:11,

43:7, 44:15,
44:20, 56:21,
71:2, 72:23,
73:20, 75:10,
78:8, 78:25,
79:1, 79:3,
85:7, 86:21,
91:1, 91:7,
92:20, 93:5,
93:20, 96:8,
107:19, 108:15,
113:18, 114:21,
115:23, 116:3,
116:13, 116:24,
118:20, 118:23,
120:4, 120:6,
120:8, 120:23,
121:17, 124:14,
130:7, 136:21,
145:3, 145:12,
146:21, 147:14,
147:16, 149:22,
153:4, 158:17,
159:10, 161:4,
166:18
**gold**
111:17
**gone**
148:3
**good**
79:20, 86:12,
142:5
**google**
5:18, 131:15
**grabbing**
123:16
**graduated**
21:20, 28:3
**great**
7:16, 163:20
**green**
94:3, 108:23,
109:1, 145:20,
146:1
**grenades**
24:11, 24:24,
24:25, 25:8,
25:20, 129:14

**ground**
7:1, 51:7,
51:14, 51:19,
51:20, 53:7,
68:14, 77:4,
77:24, 77:25,
78:15, 93:3,
93:9, 93:23,
93:25, 94:5,
94:22, 148:23,
152:5
**group**
50:22, 93:15,
109:19, 129:5
**guess**
7:15, 53:25,
69:4, 71:1,
72:12, 72:13,
74:11, 85:20,
100:13, 105:1,
105:22, 139:17
**gun**
26:10, 47:3,
51:14
**guns**
22:21, 23:15,
47:19
**gunshot**
91:25, 92:8
**guy**
94:4, 94:6,
110:11, 110:22
**guys**
42:5, 86:2,
110:12, 155:25

**H**

**haiti**
27:5, 27:6,
27:7, 27:11,
27:12, 27:17
**halo**
5:23, 145:9,
145:16, 147:15
**hand**
52:25, 137:24,
168:17
**hand-in-hand**
56:4

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021                    184

handed
138:17
handful
29:19, 158:25,
159:3
handle
162:11
handling
123:10, 123:14
hands-on
46:6
handwriting
136:8, 136:15,
137:10
happen
59:11, 91:11
happened
38:6, 39:23,
104:4, 134:17,
144:19
happens
37:15
hard
82:25, 120:21,
122:13
hastings
114:6, 114:12,
117:4
head
54:9, 54:14,
90:20
hear
7:13, 7:23,
8:2, 8:19, 8:21,
8:24, 14:5,
25:12, 39:20,
39:22, 64:23,
69:18, 86:19,
88:11, 108:1,
108:3, 108:5,
108:16, 108:18,
114:25, 120:23,
124:7, 125:6,
125:13, 125:16,
125:20, 126:15,
158:12
heard
37:1, 37:7,

38:9, 39:15,
126:5
hearing
8:24
held
58:19, 129:10
helmet
40:9, 110:19
help
44:20
here
7:17, 89:9,
90:7, 92:24,
93:14, 94:6,
96:11, 100:3,
110:7, 110:18,
111:7, 116:23,
121:19, 131:21,
132:21, 133:9,
134:6, 134:7,
136:10, 145:14,
145:18, 148:8,
151:3, 154:12
hereby
167:3, 168:7
hereunto
168:16
hi
155:25
high-risk
17:21, 18:3
higher
46:18, 48:8,
75:7, 75:16,
76:15, 76:21,
77:21
higher-level
41:7
highest
27:23
himself
95:6
hired
21:19, 28:10
hit
53:16, 53:21,
54:9, 54:14,
152:4, 152:5

hits
51:19
hold
59:13, 65:18,
107:20
holding
57:22, 58:24,
129:22, 148:5
hollie
4:4, 12:20
home
8:16, 77:13
homeless
71:14
honestly
34:15, 99:9,
104:11, 112:21,
126:14, 153:19
hopefully
6:25
hospital
71:15
hostage-rescue
18:6
hostile
87:7, 105:11
hot
54:17
hours
9:16, 9:17,
14:23, 35:12,
35:15, 35:17,
35:24, 35:25,
37:4, 38:5,
71:21, 75:13,
75:24, 76:10,
76:19, 76:20,
112:11, 112:25,
136:21, 136:22,
138:21, 142:12,
143:21, 144:7,
144:12, 154:12
hughes
18:25, 112:3

I

ice
90:20, 90:21

idea
138:7
identification
88:17, 96:2,
101:9, 109:4,
114:4, 131:14,
135:11, 137:3,
145:7, 149:21
identified
140:23
identify
40:16, 82:7,
93:18
identifying
83:4, 83:23
illinois
2:10, 3:18,
168:6, 168:25
imagine
103:11, 120:21
impact
24:18, 46:6,
51:10, 51:16,
51:20
important
8:23
in-custody
6:16
inappropriately
157:21, 158:14
incident
24:21, 41:2,
41:13, 48:15,
53:25, 59:15,
61:25, 62:9,
64:18, 78:2,
78:11, 78:17,
78:20, 79:10,
79:14, 104:4,
104:18, 105:16,
106:7, 124:14,
127:16, 130:7,
134:22, 142:21,
142:22, 144:23,
145:1, 146:22,
162:6, 162:7,
162:12, 166:9
incidents
17:21, 18:4,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

185

18:6, 82:23,
97:2, 135:4,
136:25, 141:19,
164:23
**include**
13:7, 13:8,
13:11
**included**
164:8
**includes**
30:18, 80:10
**including**
166:9
**incomplete**
160:7
**inconsistent**
87:25, 88:3
**incorrect**
11:10
**independent**
14:7, 34:2,
106:17
**indicate**
111:11
**individual**
57:9, 61:19,
83:16, 87:2,
95:6, 137:24
**individuals**
13:4, 13:11,
81:4, 81:17,
85:1, 85:13,
142:1
**information**
43:25, 44:10,
47:23, 57:3,
57:14, 57:15,
74:3, 77:20,
78:6, 85:21,
98:24, 99:4,
139:21, 139:22,
140:15, 140:21,
142:25, 143:2
**initial**
59:1, 61:7,
61:8, 97:6,
100:10, 152:8
**initially**
58:23

**injunction**
99:12, 99:18,
100:14
**injure**
50:19
**injured**
45:17, 75:9,
76:17, 82:11,
130:11, 149:12
**injuries**
54:21
**injuring**
76:14
**injury**
54:7
**inoperable**
61:1
**inside**
85:8
**instance**
19:19, 32:24,
34:6, 36:17,
36:20, 36:22,
162:20, 162:23
**instances**
24:20, 33:13,
36:4, 46:18
**instructed**
56:12, 59:14,
97:10, 97:11
**instruction**
56:15
**instructions**
47:17, 49:9,
67:22, 67:25,
100:12, 100:16,
166:3
**inter**
165:13
**interacting**
127:15
**interaction**
93:14, 163:24
**interest**
168:14
**interested**
34:1
**interfere**
31:21

**interject**
8:25, 11:7
**internal**
32:21, 33:3,
33:18, 34:1,
35:8
**internet**
156:1
**interpreted**
13:10
**interrupting**
162:16
**intersection**
62:1, 88:23,
89:4, 109:24,
111:23, 112:19,
114:18, 115:8,
117:2, 117:11,
120:15, 124:15,
126:11, 126:23,
131:19, 132:3,
132:10, 149:2,
152:22, 164:10
**involved**
18:12, 20:16,
24:4, 31:22,
33:8, 35:1,
120:25, 123:19,
135:2
**isolate**
82:16, 82:25,
83:2, 83:5,
84:3, 84:20,
85:1, 85:8
**isolating**
83:3, 83:4,
83:23
**issue**
13:17, 122:22
**issued**
97:17, 97:25,
98:2, 162:18
**issues**
7:22, 27:17
**items**
161:25

**J**

**january**
17:2, 17:5,

20:21, 22:3
**joanne**
1:25, 2:7,
36:19, 168:3
**job**
1:23, 28:10,
86:12, 163:20
**john**
140:10
**join**
10:17
**jrb**
135:24, 136:3
**judge**
7:17, 13:18,
97:17
**judge's**
99:8
**june**
14:22, 14:23,
18:19, 99:24,
102:1, 102:15,
103:14, 103:16,
104:3, 105:2,
136:21, 136:22
**jurisdiction**
65:1, 65:3
**jurisdictions**
63:13

**K**

**kane**
168:5
**keep**
161:4
**keeps**
32:2, 32:4,
159:25
**kevin**
19:7, 128:19
**kid's**
32:4
**kids**
107:18
**killmer**
4:13
**kind**
39:12, 46:15,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

52:2, 54:15,
56:3, 58:18,
60:19, 60:24,
71:1, 72:18,
82:24, 83:5,
86:1, 90:12,
92:3, 93:8,
97:5, 99:13,
107:17, 108:4,
127:16, 130:20,
130:22, 134:8,
157:16, 163:24
**kinds**
23:13, 24:9
**kneeling**
147:19, 147:24
**knowledge**
18:5, 79:19,
143:2

**L**

**lacrosse**
129:12, 130:10,
149:11
**lady**
123:16
**lane**
4:13
**lapse**
112:14
**large**
36:15, 39:12,
57:22, 58:1,
81:15, 82:25,
105:11, 106:13,
129:4, 133:1,
134:4, 134:7,
146:7, 148:25,
149:1
**larger**
52:1
**last**
6:8, 6:18,
9:13, 31:2,
63:23, 141:1
**late**
136:21
**later**
13:20, 153:14,

153:22, 153:24
**launch**
24:18, 52:8,
52:12
**launched**
52:24
**launcher**
24:16, 26:3,
49:13, 50:4,
50:8, 50:15,
52:8, 52:12,
52:24, 62:12
**launchers**
80:11
**launches**
24:17
**law**
28:4, 28:13,
83:19, 83:25,
165:6, 165:9,
165:23
**lawful**
139:6
**lawsuit**
7:5, 35:1
**lawyers**
154:6
**leader**
53:18
**leap**
134:9
**learn**
74:5
**learned**
36:8
**least**
39:1, 43:1,
103:20
**leave**
50:24, 60:14,
60:16, 122:19
**leaving**
50:25
**left**
22:1, 38:8,
76:11, 106:13,
106:14
**leg**
94:4

**less**
29:18, 34:11,
45:3, 45:6,
46:4, 54:16,
66:15, 66:25,
67:20, 82:10,
102:21, 154:25
**less-lethal**
22:11, 22:18,
24:7, 24:9,
24:12, 24:13,
25:4, 25:11,
40:11, 44:12,
45:10, 46:8,
51:1, 56:22,
66:11, 66:20,
67:4, 67:16,
68:8, 80:11,
102:18, 106:24,
154:21, 155:17,
155:19, 155:21,
156:19, 157:1,
157:10, 157:12,
157:21, 158:1,
158:14, 161:12,
161:15, 162:22,
163:2
**let's**
15:12, 20:17,
33:25, 45:20,
50:2, 57:19,
65:17, 70:10,
71:8, 71:18,
72:5, 77:13,
92:20, 96:3,
107:16, 107:19,
108:19, 126:18,
151:15, 153:3,
153:5
**lethal**
45:4, 45:7,
46:5, 54:16,
66:16, 67:1,
67:20, 82:10,
102:21, 155:1
**level**
27:23, 41:22,
46:4, 46:11,

46:18, 47:11,
47:15, 48:6,
75:7, 75:16,
76:12, 76:15,
76:22, 76:24,
78:3, 78:11,
79:11, 134:21,
160:13, 162:6
**levels**
48:8
**lieu**
67:5
**lieutenant**
19:7, 19:16,
19:20, 41:14,
41:22, 42:9,
43:12, 43:25,
47:17, 48:5,
48:12, 57:16,
99:5, 128:19
**lieutenants**
19:2, 19:23,
41:9, 41:14,
41:19, 42:2,
42:17, 42:18,
43:5, 44:10,
47:22, 48:11,
49:5, 49:10,
56:16, 57:1,
68:20, 77:25,
78:1, 78:14,
98:10, 111:13
**light**
13:19
**lights**
145:16
**lincoln**
14:12, 37:21,
39:4, 39:10,
40:22, 57:20,
57:23, 58:6,
58:7, 58:9,
58:12, 58:13,
58:17, 58:18,
59:23, 60:7,
60:14, 60:21,
62:1, 64:18,
86:1, 86:21,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

187

88:6, 88:24,
89:5, 104:18,
105:4, 146:8,
147:1, 147:2,
164:10
**line**
53:14, 53:18,
58:5, 58:16,
59:13, 59:18,
59:20, 69:15,
69:19, 73:11,
78:9, 79:2,
79:5, 96:12,
106:2, 106:4,
106:11, 118:15,
118:19, 122:8,
122:19, 122:21,
129:7, 129:10,
129:15, 129:23,
130:13, 130:18,
131:6, 131:10,
132:7, 132:17,
133:3, 134:4,
134:12, 146:7,
148:4, 151:17,
152:3, 161:24,
162:10, 162:20
**lined**
148:8
**lines**
134:4, 134:8
**list**
12:17
**listed**
136:10, 137:15,
138:22, 138:25,
141:16, 142:12,
142:15
**listen**
120:18, 124:9
**little**
7:11, 16:20,
21:17, 45:20,
46:18, 89:13,
96:8, 132:13,
132:14, 147:16,
148:10, 150:25,
152:9

**lives**
1:4
**liz**
7:2, 11:6,
79:20
**llp**
4:13
**load**
150:3
**location**
15:3, 38:6,
38:23, 54:2,
56:10, 77:5,
77:7, 138:25,
141:20, 142:16,
147:12
**lock**
133:23
**loevy**
3:6
**log**
159:22, 160:7,
160:15
**logs**
159:25, 160:10,
160:18
**lombardi**
18:25, 112:2
**long**
9:15, 16:18,
28:8, 28:23,
31:21, 37:15,
59:5, 146:16,
154:12, 155:11,
159:4, 161:4
**look**
10:20, 22:25,
23:2, 29:10,
64:14, 65:17,
84:9, 94:3,
96:3, 103:13,
103:20, 104:5,
107:3, 107:13,
111:15, 113:12,
118:10, 153:6
**looking**
26:8, 53:24,
117:19

**looks**
58:11, 89:10,
91:9, 116:7,
136:7
**lost**
32:19, 33:1,
81:12, 127:24,
128:4, 153:14
**lot**
17:22, 29:3,
56:4, 69:13,
106:3, 130:24,
131:9, 132:20,
132:21, 132:24,
133:4, 133:9,
133:21, 141:19,
154:11, 161:19
**lots**
134:6
**loud**
8:18, 92:10
**loudspeaker**
68:17, 125:9,
161:23, 162:19

**M**

**ma'am**
103:22
**made**
14:25, 16:6,
44:21, 75:6,
75:15, 76:14,
76:21, 77:20,
78:3, 79:5,
79:10, 84:3,
84:19, 85:14,
127:18, 129:24,
130:19, 133:19,
134:24, 137:21,
141:14, 149:12,
163:17
**madison**
3:16
**main**
18:10, 28:21
**mainly**
44:18
**majority**
19:14, 24:15

**make**
7:16, 12:2,
41:18, 70:23,
78:21, 79:16,
83:1, 83:5,
83:15, 84:24,
85:4, 125:19,
126:4, 127:25,
129:25, 130:15,
130:22, 133:10,
134:23, 137:22,
141:21
**makeba**
3:5
**makes**
21:15
**making**
42:5, 136:25,
137:16, 138:3
**management**
28:17, 29:6,
30:5, 30:9,
30:18, 83:8,
83:14, 84:14,
158:19, 159:1,
159:4, 159:18
**mandatory**
144:1
**maneuver**
130:23
**manner**
138:1
**manual**
83:8, 83:14
**many**
6:11, 9:8,
10:13, 15:8,
15:13, 15:17,
15:19, 16:3,
16:6, 16:16,
18:21, 19:2,
29:1, 29:15,
34:9, 38:13,
38:23, 38:25,
43:17, 74:11,
85:5, 100:25,
101:18, 101:19,
102:8, 136:24,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

146:14
**map**
5:18, 131:17,
132:13, 132:14
**maps**
131:15
**march**
21:19, 168:18
**marked**
88:16, 96:1,
101:8, 109:3,
114:3, 131:13,
135:10, 137:2,
145:6, 149:20
**masks**
129:7
**mass**
137:22, 137:23,
140:21, 141:23,
142:2, 144:20,
159:11
**matter**
1:4, 18:6
**maybe**
7:14, 11:19,
28:11, 42:24,
72:15, 104:14,
116:5, 133:15,
133:16, 133:17,
146:18
**mayor**
163:12
**mcnulty**
4:12, 160:25
**mean**
11:11, 13:16,
27:9, 31:1,
31:3, 32:20,
35:2, 35:16,
41:12, 45:6,
45:13, 46:3,
46:5, 49:25,
51:6, 52:21,
52:23, 54:12,
54:13, 56:8,
58:6, 60:3,
61:21, 68:19,
69:3, 69:4,

69:5, 69:25,
70:2, 83:23,
99:3, 100:2,
100:9, 100:22,
109:14, 116:9,
120:18, 120:21,
121:11, 122:13,
123:14, 124:20,
126:14, 128:14,
132:16, 137:18,
139:19, 147:22,
160:12, 163:22
**means**
50:18
**meet**
9:8
**meeting**
9:16
**meetings**
9:15, 9:19,
44:11
**member**
125:17, 141:10
**members**
18:13, 19:10,
40:14, 40:15,
47:18, 52:11,
56:18, 56:21,
65:21, 102:17
**memorization-type**
69:11
**memorize**
69:12
**memory**
64:15, 104:15,
105:3, 107:2
**mentioned**
33:11, 34:20,
52:7, 69:22,
73:12, 76:17,
146:22, 153:13,
164:11
**messed**
85:20
**metro**
17:8, 17:10,
17:18, 55:19,
56:1, 56:6,

109:9, 109:19,
109:25
**middle**
39:13, 89:9,
111:9
**might**
20:12, 136:8
**mijares-shafai**
3:14
**mike**
19:7
**military**
26:14, 26:17
**millimeter**
24:11, 24:17,
25:7, 25:19,
40:20, 45:19,
45:24, 46:7,
46:17, 46:21,
49:22, 50:11,
155:24
**mind**
22:24, 33:22
**mine**
10:23
**minimize**
83:17
**minute**
113:18, 114:17
**minute-to-minute**
56:9
**minutes**
110:16, 110:17,
111:8, 115:6,
153:4, 153:6
**misbehavior**
83:16
**mission**
57:6
**misspoke**
14:24
**misstates**
76:1
**mistaken**
11:19
**mix**
90:3
**mm**
24:16, 26:3,

49:13, 50:4,
50:8, 50:15,
52:7, 52:12,
62:11, 80:11,
106:9, 106:25,
107:9
**moment**
91:9, 114:16
**monitor**
34:2
**months**
20:25, 27:14,
28:12
**more**
17:20, 17:22,
18:3, 18:4,
21:15, 24:5,
24:7, 45:5,
60:8, 74:3,
112:7, 135:4,
162:3
**morning**
14:23, 71:22,
112:5, 136:22,
144:3, 155:4
**most**
8:23, 24:5
**mostly**
81:16
**move**
7:14, 45:16,
45:17, 59:21,
59:25, 79:1,
85:24, 85:25,
86:23, 87:1,
87:3, 87:4,
90:24, 95:9,
122:7, 122:18,
124:6, 124:12,
124:22, 130:20,
130:25, 132:14,
162:11, 162:12,
162:21
**moved**
28:6, 129:15,
130:17, 131:6
**moves**
148:16, 148:24

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

**moving**
60:20, 86:22,
89:21, 90:23,
116:6, 116:7,
116:8, 122:8,
124:8, 130:21
**much**
6:25, 15:15,
55:25, 83:22,
119:7, 130:25,
134:17, 155:18,
155:20, 157:1,
157:11
**multiple**
14:25, 138:22,
142:8, 142:13,
142:17, 143:7
**munition**
163:2
**munitions**
69:8, 155:21,
157:12, 157:16,
157:18, 161:12,
162:23
**myself**
19:1, 19:15,
75:16, 93:18,
112:2, 143:25

**N**

**name**
6:6, 6:8, 6:17,
6:18, 7:2,
40:17, 88:21,
135:22, 139:20,
142:4, 144:17,
144:25, 160:19
**named**
34:21, 34:23,
35:3, 35:4
**narrative**
139:19
**narrow**
33:25
**need**
7:6, 7:11,
7:19, 18:4,
24:20, 24:22,

39:5, 39:24,
44:25, 69:4,
72:24, 125:25,
126:4
**needed**
24:6, 39:14,
44:20, 69:5,
100:17, 165:19
**needing**
36:14, 37:8
**negotiations**
18:5
**neither**
168:12
**never**
55:13
**newman**
4:13
**next**
8:20, 43:13,
43:18, 56:10,
71:22, 76:12,
155:9, 156:23,
163:1
**night**
38:13, 59:16,
127:24, 137:21,
153:20, 155:11
**nobody**
20:7, 34:5,
115:24
**normal**
38:14
**north**
58:9, 58:12,
116:21, 116:24,
131:25
**northeast**
129:9, 131:21
**notarial**
168:17
**notary**
2:9, 168:1,
168:4, 168:24
**notes**
153:6
**notice**
2:7

**notified**
128:4, 154:3
**number**
16:6, 16:10,
29:16, 33:9,
34:11, 38:24,
96:14, 149:1
**numbers**
128:16
**numbness**
106:14

**O**

**o'clock**
37:19, 144:2
**o'donnell**
19:8
**obey**
139:5, 143:8
**object**
54:15, 60:18,
118:13
**objections**
7:16, 7:18,
32:16, 33:6,
36:7, 62:24,
63:3, 79:12
**objects**
44:24, 45:15,
46:14, 50:19,
59:1, 59:9,
61:17, 82:8,
90:18, 104:20,
106:6, 106:10
**observe**
87:21, 88:10
**observed**
65:25, 88:6,
122:9, 122:17,
129:12, 152:4
**obtain**
27:25
**obviously**
44:23, 54:14,
89:22, 94:2,
117:6, 122:12,
137:21, 141:13,
144:17, 144:25

**oc**
22:16, 25:21,
25:23, 46:7
**occasion**
140:10
**occasionally**
141:25
**occasions**
6:11, 29:9,
29:15
**occupy**
159:14, 159:19
**occurred**
97:2, 141:20,
144:23, 154:16
**offer**
159:17
**office**
28:7
**officer**
5:14, 5:15,
6:21, 16:11,
21:23, 21:25,
23:24, 24:5,
32:8, 32:15,
33:8, 33:12,
33:15, 33:19,
34:8, 34:25,
35:3, 35:5,
39:10, 39:16,
46:21, 50:20,
53:16, 53:22,
60:15, 60:23,
61:20, 63:1,
64:8, 69:18,
82:8, 85:7,
88:11, 92:24,
93:2, 93:19,
94:12, 94:25,
95:17, 96:25,
97:9, 100:17,
102:23, 103:7,
108:22, 110:18,
110:20, 110:23,
111:7, 111:9,
114:6, 114:9,
114:12, 117:1,
117:4, 117:9,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

117:13, 118:14,
122:21, 128:9,
128:11, 130:25,
137:15, 141:5,
151:3, 151:7,
168:6
**officer's**
34:4
**often**
31:15
**ogden**
133:7
**oh**
10:11, 14:22,
120:6, 135:22,
153:22, 155:8
**ohio**
28:1
**once**
6:12, 21:20,
23:11, 57:1,
59:14, 87:1,
87:2, 92:6,
116:5, 130:19,
137:22, 140:22,
141:22
**one**
11:22, 11:24,
12:4, 12:6,
16:14, 17:12,
19:22, 25:6,
25:7, 26:5,
32:18, 34:19,
38:10, 38:19,
40:19, 42:23,
42:25, 43:1,
43:5, 50:2,
56:10, 60:12,
60:14, 60:16,
60:21, 65:15,
71:11, 72:9,
75:21, 77:3,
77:18, 80:24,
81:12, 91:19,
96:3, 101:3,
101:17, 103:23,
107:9, 110:12,
112:13, 114:8,

122:23, 126:9,
128:1, 128:2,
130:5, 135:3,
140:3, 146:5,
147:9, 149:14,
149:23, 151:10,
151:11, 152:4,
159:16, 162:15
**one-year**
23:18
**ones**
10:14, 55:6,
102:11, 166:10
**ongoing**
30:25
**only**
16:14, 50:15,
55:6, 127:20,
134:5, 156:8,
159:15
**open**
17:14, 32:2,
32:5
**operating**
89:21
**operation**
27:16
**operational**
67:10
**opportunities**
85:5
**opportunity**
97:1
**opposed**
161:23
**order**
66:11, 66:20,
67:22, 70:5,
72:14, 73:13,
85:17, 85:23,
86:4, 86:17,
97:18, 98:6,
98:18, 98:22,
98:25, 99:6,
99:8, 99:11,
99:17, 100:6,
104:24, 124:9,
125:13, 125:20,

125:25, 138:24,
139:5, 139:6,
142:14, 143:14,
144:1, 161:22,
162:2, 162:8,
162:9, 162:18
**ordered**
59:17, 75:22,
87:15, 104:18,
130:15
**orders**
67:16, 67:20,
68:8, 68:13,
68:16, 68:24,
69:17, 78:7,
124:16, 124:22,
125:3, 125:8,
126:5, 126:10,
126:20, 138:22,
142:9, 142:13,
142:17, 142:23,
143:7, 161:20
**original**
85:25
**other**
13:23, 14:2,
24:9, 28:13,
29:5, 29:9,
29:13, 30:21,
32:25, 33:3,
34:4, 36:4,
38:23, 39:4,
41:5, 41:6,
42:23, 54:15,
63:12, 63:18,
63:21, 78:14,
80:11, 81:7,
81:18, 82:10,
101:25, 102:11,
102:18, 102:22,
103:10, 104:20,
106:5, 109:22,
109:23, 110:6,
110:14, 111:23,
116:21, 120:14,
120:20, 123:16,
123:19, 125:18,
135:1, 139:4,

139:9, 139:19,
139:21, 141:15,
141:16, 142:2,
142:3, 147:11,
148:8, 152:10,
154:6, 159:10,
159:16, 164:16,
164:19
**otherwise**
168:15
**out**
23:9, 33:22,
39:14, 39:23,
52:4, 59:19,
60:18, 60:24,
61:3, 61:5,
72:23, 76:19,
76:25, 86:25,
87:2, 87:3,
87:4, 87:8,
96:8, 104:2,
108:4, 108:6,
136:9, 136:13,
138:1, 138:7,
138:9, 143:13,
143:20, 155:20,
157:17
**outcome**
168:15
**outside**
40:5, 63:13,
64:2, 65:1,
65:2, 66:1,
71:10, 72:8,
144:6, 144:11,
165:5, 165:9,
165:15, 166:1
**over**
7:1, 16:20,
17:12, 17:14,
23:5, 23:7,
27:18, 29:19,
33:21, 34:17,
40:10, 53:15,
53:20, 56:12,
56:21, 57:7,
59:17, 69:21,
73:22, 78:2,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

191

78:9, 90:7,
90:8, 92:6,
92:8, 122:17,
153:6, 161:22,
162:18
**own**
11:2, 12:16,
160:15, 165:1

**P**

**pa**
68:13, 68:16,
69:16, 69:21,
70:3, 73:22,
162:8
**page**
5:2, 5:12,
12:2, 15:23,
18:15, 96:9,
103:23, 103:24
**pages**
1:24
**pain**
106:14
**papers**
9:2
**paperwork**
9:24, 97:6,
137:25, 138:18,
141:15, 141:17,
144:21
**paralleling**
129:8, 130:17
**pardon**
14:15, 107:25
**parked**
60:13
**parking**
106:3, 131:9,
132:19, 132:21,
132:24, 133:9
**part**
13:5, 25:23,
26:19, 34:22,
35:18, 92:12,
142:5, 165:17
**participated**
122:3

**particular**
20:14, 61:25,
77:5, 77:6,
77:11, 78:22,
103:14, 105:15
**parties**
115:21, 168:14
**party**
51:20
**passenger's**
40:4, 90:4
**past**
23:5, 29:11,
72:23, 82:6,
97:4
**pat**
154:7
**patrick**
3:13
**patrol**
20:24, 21:1,
21:22, 22:17,
24:4, 55:16,
88:20
**pause**
91:5, 115:4,
116:13, 118:23,
121:17, 153:4
**paused**
79:23, 93:4,
93:24, 94:21,
110:13, 110:16,
111:8, 114:17,
115:5, 121:18
**peaceful**
58:20, 58:21,
81:5, 81:16,
90:14, 147:20,
147:25, 148:12
**pending**
7:8, 13:1
**penetrate**
24:19
**people**
15:23, 20:10,
50:9, 53:17,
59:8, 59:24,
60:2, 60:20,

68:14, 71:14,
72:7, 74:1,
74:7, 74:8,
74:15, 74:25,
75:22, 77:3,
81:6, 81:16,
85:9, 116:8,
117:14, 136:20,
138:8
**pepper**
22:21, 23:14,
23:25, 25:8,
25:19, 26:10,
26:11, 40:16,
40:19, 44:21,
44:25, 45:18,
45:24, 46:3,
46:4, 46:6,
46:10, 47:2,
47:19, 51:5,
51:9, 51:14,
51:15, 52:3,
61:12, 61:16,
61:20, 61:22,
62:11, 80:10,
82:9, 87:15,
87:21, 87:23,
87:25, 88:5,
88:12, 88:13,
92:4, 104:19,
104:25, 106:9,
106:25, 107:10,
115:7, 115:11,
115:17, 115:18,
116:5, 155:21,
155:22
**perception**
152:7
**person**
6:17, 33:14,
51:16, 82:16,
121:19, 121:23,
135:25, 141:5,
142:24, 143:20,
160:20
**personal**
79:18, 143:2
**personally**
67:13, 67:25,

85:11, 125:15,
160:12
**persons**
82:16, 83:18
**perspective**
116:9, 124:11
**phelan**
48:14
**phone**
86:12
**physically**
69:1
**picked**
154:1, 156:12
**place**
15:2, 18:18,
31:24, 71:20,
122:24, 137:23,
140:22, 142:22,
144:2, 144:11,
144:20, 162:5
**placed**
123:23, 142:1
**plaintiff**
35:4, 142:8,
143:12
**plaintiffs**
1:6, 3:3, 3:12,
6:4, 7:3, 154:8,
154:9, 163:9
**plans**
67:10
**platform**
6:22
**play**
91:7, 92:20,
93:5, 93:20,
108:15, 112:7,
115:1, 120:4,
120:6, 122:13,
147:14, 147:16,
148:10, 150:25
**played**
89:14, 91:8,
91:18, 92:22,
93:22, 94:12,
94:20, 108:17,
110:9, 114:15,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

192

115:3, 115:5,
116:12, 118:21,
120:9, 121:16,
145:11, 147:17,
148:2, 148:11,
148:20, 150:11,
151:2
**playing**
89:15, 91:17,
114:23, 116:11,
150:12
**please**
6:6, 8:8
**point**
51:6, 59:8,
60:9, 60:21,
61:12, 61:15,
61:19, 75:8,
77:12, 86:24,
90:13, 90:17,
92:9, 97:16,
104:16, 115:22,
115:23, 116:1,
122:11, 122:22,
124:11, 130:14,
136:10, 149:4,
149:10, 159:18
**police**
13:22, 18:2,
21:20, 28:5,
29:6, 29:21,
31:10, 31:19,
31:20, 32:8,
32:15, 34:7,
39:11, 40:25,
41:24, 44:1,
44:11, 50:20,
54:6, 57:25,
58:13, 58:14,
59:5, 59:6,
59:19, 65:22,
66:3, 66:9,
66:18, 67:3,
67:11, 74:24,
79:15, 83:8,
83:13, 84:2,
87:17, 88:7,
95:18, 97:18,

102:14, 119:10,
119:16, 123:2,
123:5, 123:11,
123:20, 123:25,
127:11, 146:3,
146:25, 150:7,
152:25, 158:9,
158:13, 159:17,
163:12, 164:4,
164:9, 165:7,
165:8, 165:25,
166:2, 166:11
**policed**
63:19, 72:6,
99:23, 102:4,
165:10
**policies**
53:4, 65:22,
66:2, 74:23,
80:5, 82:1,
82:5, 82:15
**policing**
100:4, 165:16,
165:24, 166:11
**policy**
52:5, 53:10,
66:10, 66:15,
66:19, 66:25,
67:4, 67:9,
80:14, 80:18,
81:3, 82:21,
82:22, 84:2,
84:8, 84:13,
84:19, 87:17,
87:23, 87:25,
88:7, 95:1,
95:11, 119:10,
119:16, 123:6,
123:11, 123:20,
127:11, 161:15,
161:16, 164:4
**popped**
156:1
**port-au-prince**
27:18, 27:22
**porter**
3:15
**portion**
71:4, 140:25,

141:2
**portions**
30:14
**posed**
66:12, 66:21
**position**
20:19, 21:8,
88:10
**possibility**
54:7
**possible**
80:20, 127:17
**post**
166:4, 166:9
**potentially**
51:10
**practices**
65:22
**preliminary**
99:11, 99:17
**prep**
41:17
**preparation**
13:24, 14:3,
28:25, 113:6,
140:2
**prepare**
9:5
**preprinted**
139:16, 139:18,
139:23
**present**
34:4, 107:14
**press**
163:11
**pretty**
6:24, 15:15,
55:25, 83:22,
134:17
**prince**
27:21
**prior**
9:7, 20:21,
21:13, 38:14,
39:21, 39:23,
40:22, 41:2,
73:20, 87:9,
101:22, 103:17,

118:24, 126:19,
148:22
**privileged**
86:14
**probable**
5:20, 137:6,
138:21, 139:17,
140:7, 142:11,
143:3
**probably**
29:18, 43:13,
97:25, 98:8,
99:1, 115:15,
120:19
**problem**
7:25, 8:24,
119:21
**procedures**
66:3, 74:23
**process**
17:13, 138:3,
138:6, 138:11,
141:2
**processed**
144:22
**processing**
138:4
**produce**
12:25, 13:17
**produced**
12:22, 88:22
**professional**
2:8
**projectiles**
129:6
**promoted**
20:20, 20:23,
22:3
**prompted**
96:24, 97:3
**promulgated**
15:25
**property**
32:19, 33:1,
75:10, 76:13,
76:18
**protected**
74:16

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

193

**protest**
15:8, 15:16,
16:3, 16:23,
19:24, 20:3,
38:11, 57:6,
62:21, 73:4,
74:17, 96:22,
97:5, 100:12,
101:1, 127:15,
138:2, 159:11
**protester**
29:22, 60:12,
81:14, 93:3,
93:20, 93:23,
93:24, 94:13,
122:16, 123:10,
125:15
**protesters**
36:16, 44:24,
50:5, 50:23,
53:21, 54:7,
57:22, 57:23,
57:25, 58:14,
58:17, 59:4,
59:21, 60:7,
60:17, 66:10,
66:16, 66:19,
67:5, 75:12,
76:8, 76:10,
76:19, 77:1,
77:6, 78:7,
79:3, 82:7,
82:12, 82:23,
82:24, 83:24,
85:2, 85:8,
86:2, 89:12,
90:10, 93:14,
105:12, 106:8,
106:9, 115:8,
115:25, 116:15,
117:11, 118:5,
118:11, 119:4,
124:16, 125:13,
125:19, 125:24,
126:5, 129:5,
129:12, 129:14,
129:25, 130:9,
130:21, 131:3,

131:10, 131:11,
132:3, 132:8,
132:20, 133:11,
134:5, 134:13,
140:23, 141:21,
141:23, 142:3,
147:18, 148:4,
148:12, 148:18,
148:22, 149:2,
149:15, 150:13,
150:18, 151:17,
151:19, 151:24,
152:8, 152:12,
152:17, 152:24,
152:25, 158:2,
158:14, 162:21
**protesting**
74:1, 74:7,
75:1, 75:13,
75:23
**protests**
15:1, 15:4,
15:9, 15:13,
16:12, 18:14,
18:16, 18:17,
18:21, 19:9,
20:12, 36:9,
36:23, 40:25,
41:1, 41:6,
41:11, 41:24,
43:11, 43:24,
44:2, 44:12,
44:19, 45:11,
48:15, 49:6,
49:23, 51:24,
52:13, 54:24,
55:19, 56:3,
56:13, 56:14,
62:14, 62:25,
63:7, 63:14,
63:20, 63:25,
64:4, 65:21,
66:1, 67:12,
70:11, 72:6,
76:24, 77:15,
79:16, 80:22,
81:23, 84:25,
97:12, 97:19,

99:23, 99:25,
100:4, 100:10,
102:4, 102:14,
102:22, 103:8,
105:21, 109:17,
117:18, 135:2,
135:7, 146:4,
147:10, 154:16,
154:20, 154:22,
155:14, 155:15,
156:17, 156:24,
157:9, 157:19,
157:24, 158:6,
158:9, 158:13,
159:9, 159:19,
163:15, 163:18,
164:3, 165:7,
165:10, 165:17,
165:25, 166:12
**provide**
86:13, 159:18
**provided**
13:14, 64:11
**provides**
83:14
**provocation**
118:4, 148:18
**public**
2:9, 31:10,
31:19, 71:10,
71:20, 72:8,
127:17, 143:20,
144:6, 144:11,
154:1, 168:1,
168:5, 168:24
**pull**
34:16, 107:20,
113:18, 121:11,
145:3
**pulled**
39:14, 58:15
**punctured**
87:11
**pursuant**
2:7
**push**
59:18, 59:21,
60:19, 78:8,

79:1, 85:23,
94:7, 94:12,
94:18, 94:23,
120:20, 122:23,
124:12, 130:14,
132:7, 132:14,
133:5, 133:20
**pushed**
93:2, 93:9,
93:10, 94:19,
94:24, 106:11,
120:15, 131:10,
132:6, 133:3,
133:4, 133:19,
133:21
**pushes**
93:19
**pushing**
58:7, 58:10,
60:5, 86:1,
130:13, 134:12
**put**
65:14, 85:12,
131:1, 142:4

**Q**

**question**
7:8, 7:19, 8:1,
8:4, 8:5, 8:7,
8:8, 8:10, 8:11,
32:12, 33:23,
35:19, 45:3,
57:11, 71:6,
72:16, 73:9,
113:11, 117:9,
126:24, 156:8,
156:14, 156:23,
157:7
**questioning**
73:12, 156:12
**questions**
7:4, 154:6,
154:13, 156:2,
160:23, 160:25,
161:3, 161:19,
163:6, 166:17
**quick**
79:21, 113:21,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

155:11
**quite**
7:13, 59:13

**R**

**radio**
12:12, 36:13,
37:2, 39:15,
59:17, 78:2,
92:6, 120:23,
128:24, 128:25,
165:18
**rail**
40:6
**rails**
38:20
**ran**
131:10, 133:5,
133:8, 134:13
**random**
106:5
**ranger**
26:21, 26:22
**rank**
17:16
**rapid**
38:15, 44:19,
56:2, 58:4,
68:14
**rarely**
6:24, 42:4
**ration**
157:16
**rdv**
58:15, 60:12,
60:15, 60:16,
60:17, 60:18,
60:19, 60:23,
60:25, 61:2,
61:3, 61:5,
86:22, 86:25,
87:1, 87:3,
89:9, 89:10,
89:19, 89:24,
90:4, 90:5,
90:23, 91:20,
95:8, 105:6
**reached**
77:12

**read**
13:8, 103:19,
167:4
**ready**
27:19, 41:18,
42:6, 42:7, 42:8
**real**
113:21
**realize**
156:4
**realized**
154:2
**really**
13:18, 94:9,
111:21
**rear**
87:11, 90:22
**reason**
12:24, 114:7,
122:6, 124:9,
138:16, 139:3,
160:6
**reasons**
139:9
**recall**
15:19, 15:20,
20:1, 20:8,
26:8, 30:21,
30:23, 31:6,
33:9, 34:9,
38:8, 39:10,
43:14, 43:16,
43:17, 61:6,
65:9, 65:11,
65:14, 65:15,
70:17, 72:14,
73:22, 80:25,
89:23, 90:2,
93:15, 97:13,
98:17, 98:20,
99:9, 100:21,
100:22, 102:2,
102:8, 102:10,
103:9, 103:10,
105:15, 105:17,
107:11, 107:14,
112:18, 113:13,
120:25, 124:20,

124:21, 124:22,
124:23, 125:11,
126:9, 126:14,
126:16, 126:21,
141:8, 141:18,
142:21, 143:24,
144:19, 145:1,
146:24, 147:7,
147:11, 149:8,
158:20, 159:10,
159:23
**receive**
22:13, 22:20,
22:23, 23:11,
23:13, 25:14,
28:20, 43:24,
44:10, 47:16,
53:2, 54:5
**received**
10:4, 10:11,
10:24, 22:10,
24:10, 24:23,
25:3, 28:16,
28:21, 29:4,
29:13, 29:20,
30:6, 30:10,
30:22, 31:9,
31:15, 32:6,
32:13, 47:16,
47:23, 49:8,
54:20, 56:15,
83:11, 158:25,
161:10
**receiving**
158:18
**recently**
17:2, 21:4
**recertification**
23:18
**recess**
79:25, 113:23,
153:8
**recognize**
89:2
**recollection**
14:7, 14:10,
14:18, 14:19,
15:2, 36:17,

36:21, 36:23,
55:23, 90:10,
91:16, 104:7,
104:23, 106:18,
111:22, 136:17,
143:19, 146:2,
146:3, 152:20
**record**
6:7, 7:7, 7:18,
11:10, 31:10,
31:19, 31:20,
31:25, 109:5,
110:15, 113:22,
113:25, 145:8,
153:4, 153:5,
153:11, 166:20,
168:8
**recording**
79:24, 80:2,
121:23, 123:2,
144:22, 153:11,
166:19
**records**
9:23, 10:1,
10:4, 10:13,
10:14, 12:15,
12:16, 13:5,
13:11, 23:1,
26:5, 26:9,
29:11, 34:16
**recount**
104:4
**recruit**
25:23
**reduced**
168:11
**refer**
33:17
**referring**
15:23, 18:15,
18:17, 33:13,
33:16, 100:15
**refresh**
64:15, 90:9,
104:7, 104:23
**refreshes**
91:15, 105:3
**refused**
66:11, 66:20,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

69:6, 122:7
**refusing**
50:23
**regarding**
34:2, 41:6,
43:25, 163:15
**registered**
2:8
**regular**
22:16, 23:12,
23:16, 23:19,
25:20, 39:21,
69:19, 110:6,
162:9
**regularly**
20:2
**reidy**
3:13, 5:4,
154:7, 154:10,
155:2, 156:3,
156:7, 156:11,
157:6, 158:5,
160:5, 160:22
**related**
168:13
**relating**
34:13
**relation**
6:15, 6:16,
7:5, 16:12,
80:22, 87:7
**relay**
57:3, 78:16
**relayed**
78:6, 78:11,
99:2
**release**
51:15
**released**
140:23
**relevant**
152:15
**remember**
16:16, 26:4,
31:4, 32:18,
36:12, 37:9,
43:11, 70:8,
80:25, 90:12,

90:19, 91:24,
92:5, 97:10,
97:24, 98:7,
98:10, 103:25,
104:1, 104:11,
104:12, 104:13,
104:16, 106:19,
106:20, 106:21,
109:18, 113:13,
113:16, 129:20,
135:3, 136:20,
136:23, 142:22,
146:6, 146:11,
146:15, 146:17,
146:19, 153:21,
153:24, 154:17,
163:23
**remembered**
12:1
**remembering**
60:11
**reminiscence**
116:4
**repaired**
105:6
**repeat**
8:1, 32:12
**rephrase**
8:9, 35:19,
57:10, 157:7
**report**
64:25, 80:6,
80:19, 103:15,
104:8, 104:17,
106:1, 129:3
**reported**
1:25
**reporter**
2:8, 2:9, 8:23,
14:5, 14:15,
17:4, 17:7,
27:20, 31:2,
36:20, 61:8,
63:23, 64:23,
86:19, 107:25,
141:1, 155:22,
168:1, 168:4
**reports**
80:15, 80:21,

104:6
**represent**
7:3, 114:9,
140:9, 150:6
**representative**
42:14
**represented**
112:10
**request**
13:4, 13:8,
13:10
**requested**
13:13, 168:12
**requests**
12:22, 13:1,
13:4
**require**
82:15
**required**
24:2, 80:5,
100:6
**rescue**
38:15, 39:24
**rescuing**
39:5
**resistance**
46:11, 46:13
**resolve**
7:25
**resources**
39:24
**respect**
23:14, 54:6,
67:12, 81:3,
127:3, 127:11,
159:3
**respond**
37:20, 49:6,
159:11
**responded**
37:21, 38:7,
38:22, 127:1,
165:24
**responding**
40:22
**response**
12:25, 18:17,
38:15, 40:25,

41:24, 44:2,
44:12, 44:19,
56:2, 59:2, 61:9
**responsibilities**
18:1, 18:8,
18:9
**restrain**
122:24
**restraining**
97:17, 98:6,
98:18, 98:25,
99:6, 99:11,
99:17, 100:6
**resume**
80:2, 153:10
**retained**
88:17, 109:4,
114:4, 145:7,
149:21
**review**
9:18, 9:21,
10:19, 10:22,
12:8, 12:11,
13:19, 64:8,
67:10, 103:17,
168:12
**reviewed**
9:22, 10:15,
11:1, 11:22,
12:16, 13:24,
16:14, 64:20,
101:15, 101:22,
103:25, 104:12,
104:14, 104:16,
105:23, 110:4
**reviewing**
106:21
**revisit**
13:14
**rewind**
94:17, 118:10,
120:8
**rights**
31:1, 75:2
**riot**
40:8
**risk**
83:18, 85:7,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

196

85:12
**rock**
106:13, 152:6
**rocks**
44:23, 45:14,
46:20, 46:22,
50:6, 50:10,
60:8, 81:7,
81:18, 82:24,
90:18, 104:20,
106:5, 106:7,
106:20, 115:16,
119:18, 119:22,
119:25, 129:6,
129:11, 129:13,
129:15, 131:12,
132:25, 149:11,
149:16, 149:18,
152:4, 152:18
**role**
44:16
**roll**
37:17, 53:12,
53:16, 53:23
**rolled**
53:6
**rolling**
53:11
**room**
8:13
**roughly**
9:16
**round**
24:19
**rounding**
36:16
**rounds**
24:19, 155:24
**rpr**
1:25, 168:4
**rubber**
24:17, 24:24,
52:8
**rule**
7:17
**rules**
7:2
**run**
133:21

**running**
155:20, 157:12,
157:15, 157:17
**rutahindurwa**
3:5

**S**

**safety**
46:21, 60:23,
85:7, 95:8,
122:22, 131:1
**said**
7:12, 9:25,
11:20, 21:5,
27:21, 31:3,
31:5, 37:9,
39:24, 45:13,
57:1, 66:15,
67:23, 69:5,
69:10, 69:13,
70:8, 70:9,
73:16, 73:18,
73:19, 73:21,
73:22, 76:7,
82:6, 83:23,
86:11, 87:14,
98:2, 98:3,
99:1, 99:8,
101:4, 104:18,
112:24, 117:6,
124:22, 125:7,
128:24, 128:25,
140:20, 143:23,
158:22, 168:9
**same**
12:2, 15:22,
18:15, 26:11,
32:16, 33:6,
36:7, 46:19,
47:13, 52:2,
56:4, 56:5,
62:24, 63:3,
77:23, 79:12,
105:18, 111:14,
119:25, 121:3,
136:8, 165:17,
167:5
**sannier**
14:8, 135:15,

137:7, 141:6,
141:9, 141:11,
142:8, 142:17,
143:7, 143:12,
143:19, 144:6,
144:11, 145:2
**sannier's**
136:18, 139:4
**saturday**
70:15, 71:9,
146:9
**saver**
138:2
**saw**
57:22, 57:23,
57:24, 93:6,
94:15, 120:1,
122:22
**say**
15:12, 15:22,
21:6, 29:18,
34:11, 37:16,
37:18, 39:1,
40:19, 44:7,
65:8, 65:19,
68:18, 68:23,
70:2, 70:6,
73:13, 81:11,
82:12, 83:1,
83:3, 84:9,
85:24, 90:3,
98:8, 106:23,
107:6, 110:15,
112:9, 118:14,
120:11, 125:23,
128:13, 128:25,
129:1, 135:6,
141:13, 147:18,
148:25, 149:1,
162:19, 165:22
**saying**
11:11, 30:15,
69:14, 74:2,
76:8, 93:7,
101:18, 110:18,
112:23, 117:23,
117:25, 118:2,
122:5, 124:5

**says**
84:8, 112:11,
129:16, 131:8,
135:24, 138:20,
142:11, 144:5,
144:13, 150:9
**science**
27:24
**scott**
18:25, 112:3
**scream**
59:4
**screaming**
58:24
**screen**
88:14, 96:6,
107:21, 108:11,
108:20, 111:9,
120:2, 128:7,
149:25
**scroll**
103:22, 132:13
**seal**
168:17
**seat**
40:4
**second**
20:17, 65:18,
73:4, 77:15,
107:14, 108:16,
155:13
**seconds**
110:17, 114:22,
115:2
**section**
94:11
**sections**
30:18
**see**
11:9, 11:13,
57:21, 61:24,
62:1, 62:15,
63:1, 63:12,
84:11, 88:14,
89:11, 89:12,
90:24, 91:10,
91:11, 91:13,
91:15, 91:21,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

91:23, 92:1,
92:11, 92:24,
93:2, 93:3,
93:4, 93:6,
94:1, 94:2,
94:7, 94:12,
94:23, 95:9,
96:5, 96:19,
101:13, 104:21,
106:15, 107:8,
107:22, 108:11,
108:20, 108:22,
112:8, 113:9,
113:13, 114:1,
114:19, 115:7,
115:17, 116:14,
116:17, 116:18,
118:3, 118:24,
119:3, 119:7,
119:22, 120:1,
120:2, 121:18,
121:19, 121:24,
122:9, 124:12,
128:6, 130:1,
131:7, 131:16,
135:16, 137:8,
139:1, 140:11,
145:4, 146:1,
148:15, 148:16,
148:17, 148:23,
149:25, 150:4,
150:17, 150:18,
151:1, 151:16,
151:23, 152:9,
152:11, 152:15,
160:15
**seeing**
61:21, 92:11,
92:12
**seemed**
109:15
**seen**
100:23, 101:4,
109:16, 139:15,
139:25, 140:3,
140:4
**sense**
21:15, 75:8

**separate**
95:5
**separated**
39:12, 58:16
**sergeant**
12:24, 13:19,
16:18, 16:21,
16:25, 17:16,
18:8, 20:18,
20:22, 21:1,
21:3, 21:4,
21:5, 22:3,
42:3, 42:13,
109:6, 109:18,
111:11, 111:20,
153:13, 161:2
**sergeants**
18:22, 41:10,
78:14, 111:23
**served**
135:24
**service**
127:16, 127:18
**set**
162:5, 168:16
**seven**
55:12
**several**
18:10, 23:7,
28:24, 29:2,
42:25, 58:14,
99:25, 105:20,
106:6, 110:11,
129:10, 129:12,
132:20, 141:23,
142:3, 146:10,
153:25, 158:22
**severe**
106:14
**shape**
133:12, 133:13,
133:14, 133:17,
133:24
**share**
107:21
**sheet**
167:7
**sheriff's**
28:7

**sheriffs**
137:24, 140:24
**shift**
37:11, 43:23
**shirt**
121:20
**shooting**
51:13
**short**
110:22, 157:12,
157:15
**short-term**
107:2
**shorthand**
2:8, 168:3
**shorts**
121:20
**shot**
51:19, 115:8,
115:11, 115:14
**shots**
92:7
**should**
49:5, 53:5,
53:6, 67:23,
125:3, 125:6
**shoulder**
106:13, 106:19,
111:10
**show**
53:12, 84:8,
92:16, 93:7,
94:18, 96:9,
101:3, 117:5,
149:22, 152:2,
152:14
**showed**
102:9, 119:23
**showing**
88:18, 89:8,
94:4, 94:9,
94:14, 94:16,
96:10, 101:5,
101:10, 103:15,
108:9, 109:6,
112:15, 114:8,
116:18, 120:5,
121:14, 126:20,

131:15, 131:19,
135:12, 137:4
**shown**
108:7
**shows**
114:10, 121:11,
152:8
**sic**
10:21, 138:23,
142:13
**side**
60:7, 60:21,
90:4, 90:5,
90:22, 91:20,
120:20, 131:2
**sides**
38:20, 90:25
**sign**
23:21, 23:22,
128:15, 128:17,
129:1, 135:18,
135:20
**signature**
96:11, 96:12,
137:12, 167:13
**signature-k9lvk**
168:22
**signed**
135:21, 135:22,
167:8
**signs**
57:23, 58:24,
148:5, 151:20
**simple**
13:18
**since**
10:16, 13:1,
99:23, 100:24,
101:5, 158:25
**single**
15:15, 23:24,
48:25
**sit**
100:3
**site**
146:20
**sitting**
148:4, 149:15,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

198

150:14, 151:20
**situation**
24:22, 77:11,
82:2, 162:17
**situations**
34:3
**six**
15:7, 15:10,
15:11, 16:2,
16:9, 19:24,
20:3, 55:18,
56:14, 62:14,
62:20, 112:11,
112:25
**six-and-a-half**
28:11
**size**
85:6
**skirmish**
53:14, 69:15,
69:19, 78:9,
79:2, 79:5,
106:2, 106:4,
106:11, 118:19,
122:8, 122:18,
122:21, 129:7,
129:10, 130:13,
130:18, 133:3,
134:8
**slate**
20:13
**sleeves**
110:23, 111:16
**smoke**
92:1
**sneakers**
121:21
**sole**
11:15
**some**
7:1, 7:3, 7:4,
34:4, 39:8,
40:15, 42:24,
59:8, 61:12,
63:19, 86:24,
93:13, 97:16,
112:7, 116:8,
133:10, 141:10,

141:16, 144:17,
145:20, 149:11,
151:19
**somebody**
35:4, 50:18,
50:20, 54:9,
54:14, 77:21,
86:24, 87:11,
92:7, 92:11,
97:8, 118:13,
123:25, 135:21,
152:24, 153:19,
154:1
**somebody's**
7:23
**something**
23:20, 24:1,
35:5, 37:1,
39:16, 39:18,
39:19, 50:19,
69:10, 73:15,
81:21, 81:22,
91:11, 98:14,
107:6, 119:2,
125:7, 150:3,
150:18, 151:3,
151:8, 151:24,
152:25
**sometime**
60:6, 90:17
**sometimes**
42:3, 53:13
**somewhere**
90:4
**soon**
80:19
**sorry**
8:6, 17:4,
32:3, 34:23,
75:6, 99:1,
110:16, 146:14,
147:2, 151:6,
155:25, 156:3,
162:16
**sort**
40:23, 53:4,
67:21, 82:8,
93:13

**sound**
83:20, 114:24,
114:25, 115:1
**sounded**
43:4, 91:25
**sounds**
57:15, 83:22
**south**
58:12, 115:25,
116:8, 116:24,
120:20, 131:10,
132:24, 133:22,
134:6, 134:14
**southbound**
133:6
**southwest**
21:21, 106:3
**span**
107:17
**sparking**
114:18
**speak**
7:11, 9:9,
14:2, 57:9,
86:7, 86:9,
164:14, 164:15
**speaking**
44:9, 81:21,
135:5
**special**
24:4, 24:5
**specialty**
23:23
**specific**
13:11, 14:21,
15:1, 15:19,
19:10, 22:24,
26:4, 26:12,
28:16, 29:2,
29:21, 30:3,
31:6, 34:11,
34:17, 36:12,
56:8, 56:20,
59:12, 73:25,
75:17, 85:13,
88:11, 97:24,
99:5, 100:16,
101:20, 113:15,

136:23, 146:2,
160:20
**specifically**
13:4, 20:7,
23:21, 30:23,
33:25, 45:4,
48:7, 49:24,
61:18, 90:19,
91:24, 98:11,
146:19
**specifics**
43:21, 45:2
**spell**
6:6
**split**
19:14
**spoke**
9:7
**spot**
17:14, 17:15,
79:20
**spray**
22:16, 25:21,
25:23
**st**
10:21, 10:25,
11:3, 11:8,
11:12, 14:12,
64:6, 64:21,
64:25, 101:11,
128:10
**stabbed**
91:10
**staff**
40:24, 166:3,
166:8
**stage**
163:1
**standing**
89:23, 114:9,
114:11, 116:20,
116:21, 118:15,
120:11, 121:19,
122:1, 151:19
**stands**
33:22
**standstill**
60:5

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

199

**start**
59:9, 59:17,
87:7, 130:21
**started**
28:6, 59:21,
60:7, 60:8,
60:19, 87:1,
106:4, 133:20,
155:3, 156:17
**starting**
87:5, 114:23,
120:6, 120:10,
121:15, 156:15
**starts**
127:2
**state**
2:9, 6:6,
88:20, 168:5,
168:25
**statement**
5:14, 5:15,
5:20, 9:22,
16:14, 64:8,
64:11, 64:14,
64:16, 64:17,
64:20, 65:7,
65:14, 96:6,
96:17, 96:25,
97:9, 100:18,
100:23, 100:24,
101:4, 101:10,
101:14, 101:21,
102:3, 103:10,
103:14, 103:18,
105:2, 107:3,
128:9, 128:11,
133:18, 137:5,
137:16, 138:20,
140:7, 142:11,
143:3
**statements**
9:25, 16:11,
96:4, 97:2,
97:4, 97:11,
97:14, 100:25,
101:1, 101:19,
101:25, 102:8,
102:23, 103:3,

103:6, 103:7,
103:11, 103:12
**states**
1:1, 64:25,
129:3
**station**
106:12
**stay**
130:24
**stenographically**
168:10
**sticks**
129:12, 130:10,
149:11
**still**
7:19, 17:16,
37:11, 37:13,
38:5, 39:21,
75:24, 95:10,
104:15, 152:18,
162:20
**stinger**
24:24
**stop**
16:25, 58:7,
166:18
**stopped**
145:13, 149:4
**stores**
160:9
**street**
3:16, 4:14,
57:24, 58:11,
59:22, 69:14,
69:15, 76:10,
115:22, 115:24,
115:25, 116:6,
120:16, 129:8,
147:19, 148:5,
149:15, 150:14
**streets**
74:17, 75:1,
75:14, 75:24
**strike**
8:6, 22:8,
32:1, 47:1,
52:6, 53:2,
64:6, 85:15,

**100:3**
**struck**
90:19, 106:6,
106:13, 106:19,
129:11, 152:18
**struggling**
121:12, 122:16
**stuff**
139:19
**subject**
31:23, 33:19,
46:19, 69:8,
72:24, 72:25,
122:11, 130:24
**subject's**
32:19
**subjects**
17:22, 133:5,
133:20
**sued**
34:18, 35:2
**suite**
3:8, 3:17, 4:15
**summer**
100:1, 100:5
**summons**
5:19, 135:14
**supervise**
18:10, 19:12
**supervisor**
17:13, 19:16,
20:24, 36:11,
38:8, 44:16,
47:24, 48:4,
48:20, 53:19,
55:12
**supervisor-level**
43:6
**supervisors**
40:24, 41:6,
41:22, 42:11,
99:2
**supposed**
67:15, 68:7,
68:23, 70:6,
78:21, 80:15,
80:19, 127:12
**sure**
8:25, 11:1,

11:4, 12:2,
21:12, 21:18,
38:6, 41:18,
42:5, 47:1,
49:2, 79:23,
81:13, 107:5,
107:19, 112:9,
124:21, 126:4,
146:21, 163:6,
165:12
**surrounded**
38:16, 39:11,
39:17, 60:24,
85:10, 87:5
**surrounding**
129:17
**suspect**
138:22, 139:21,
142:12
**suspects**
18:12, 87:16,
104:19
**suvs**
38:11
**swat**
17:8, 17:10,
17:18, 17:20,
18:3, 20:21,
21:4, 22:5,
55:7, 55:8,
55:20, 56:2,
56:6, 65:2,
109:2, 109:10,
109:13, 109:17,
109:19, 109:25,
110:5, 129:17,
129:21, 145:24,
146:19
**switch**
61:2
**sworn**
6:3
**system**
68:13, 68:16,
68:17, 69:16,
69:21, 70:4,
73:22

---

**T**

**t-a-k**
6:8

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

200

| | | | |
|---|---|---|---|
| tac | taser | technological | 86:1, 86:21, |
| 128:16 | 24:11, 25:20, | 7:22 | 86:22, 88:6, |
| tac3 | 25:25 | tell | 88:21, 88:23, |
| 128:22 | tasers | 24:16, 43:7, | 89:5, 101:25, |
| tac6 | 22:18 | 57:5, 59:21, | 102:1, 102:14, |
| 128:13, 128:16 | team | 68:22, 69:1, | 103:14, 103:16, |
| tactic | 19:17, 19:18, | 73:18, 74:4, | 103:19, 104:3, |
| 134:19, 134:25, | 19:19, 38:15, | 74:25, 75:3, | 104:4, 104:18, |
| 135:6 | 40:14, 42:14, | 77:12, 77:21, | 105:2, 105:4, |
| tactical | 44:19, 47:18, | 108:16, 110:25, | 109:24, 112:4, |
| 17:20, 17:22, | 52:11, 53:18, | 117:21, 118:11, | 112:19, 126:12, |
| 18:5, 24:5, | 54:24, 56:17, | 118:13, 152:16, | 155:4, 156:15, |
| 40:10 | 56:21, 57:17, | 157:4, 157:10, | 161:11, 163:13 |
| tactics | 62:15, 65:2, | 157:20, 162:20 | thank |
| 130:5 | 65:20, 70:3, | temporary | 22:6, 78:13, |
| tak | 76:25, 95:12, | 97:17, 98:6, | 160:23, 161:1 |
| 1:15, 2:1, 5:2, | 102:17, 103:6, | 98:17, 98:25, | thanks |
| 6:2, 6:8, 13:19, | 109:25, 114:13, | 99:10, 99:16, | 154:11 |
| 136:11, 138:22, | 117:10, 117:13, | 100:5, 100:14 | thereafter |
| 142:13, 153:13, | 117:14, 121:24, | terms | 168:10 |
| 154:11, 161:2, | 125:18, 130:15, | 17:25 | thing |
| 167:3 | 137:22, 137:23, | testified | 46:19, 53:23, |
| tak's | 140:22, 141:10, | 6:3 | 56:9, 69:11, |
| 12:24, 109:6 | 141:14, 141:24, | testify | 85:22, 112:17, |
| take | 142:2, 142:6, | 143:6, 143:10, | 114:18, 119:25, |
| 7:6, 7:25, | 144:20, 145:14, | 143:12, 144:3, | 131:1 |
| 35:24, 65:17, | 145:18, 145:19, | 144:5, 144:10 | things |
| 79:21, 96:3, | 145:24, 148:7, | testimony | 18:2, 57:10, |
| 138:9, 138:10 | 156:17 | 76:1, 167:4, | 60:10, 72:20, |
| taken | teams | 167:6, 168:9 | 87:7, 87:10, |
| 79:25, 113:23, | 19:15, 56:2, | th | 161:6 |
| 153:8, 168:7, | 109:17 | 11:7, 11:16, | think |
| 168:10 | tear | 11:21, 15:5, | 6:24, 7:12, |
| taking | 26:6, 51:23, | 17:5, 36:9, | 9:13, 10:21, |
| 42:5, 44:23, | 52:15, 53:5, | 36:10, 37:5, | 22:19, 23:24, |
| 45:14, 90:18, | 54:8, 107:11, | 37:21, 39:3, | 27:13, 46:25, |
| 115:16, 149:10 | 113:9, 116:14, | 39:9, 40:22, | 57:13, 80:24, |
| talk | 116:17, 117:1, | 40:23, 44:6, | 95:5, 108:8, |
| 12:23, 13:20, | 117:10, 118:22, | 57:19, 57:20, | 110:2, 111:3, |
| 77:13, 122:14 | 118:25, 119:9, | 57:23, 57:24, | 112:3, 155:8, |
| talked | 119:12, 119:14, | 58:6, 58:12, | 155:12, 159:16, |
| 154:15, 158:18, | 119:15, 120:7, | 58:16, 58:19, | 165:2, 166:18 |
| 159:22 | 124:17, 132:2, | 59:18, 59:23, | thought |
| talking | 149:5, 149:8, | 60:13, 61:25, | 34:25, 65:12, |
| 8:18, 34:6, | 150:19, 150:22, | 62:1, 64:2, | 113:11 |
| 76:12, 161:9, | 151:25, 152:21 | 64:9, 64:10, | thousands |
| 165:18 | techniques | 64:18, 70:16, | 85:9 |
| tan | 53:12, 161:24 | 71:9, 72:7, | threat |
| 121:20 | | | 66:12, 66:21 |

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

201

**threatening**
59:5
**three**
27:14, 35:14,
40:18
**threw**
117:1, 117:7,
117:10, 129:13
**through**
9:23, 17:5,
22:2, 24:19,
26:24, 33:18,
53:11, 56:7,
66:10, 66:19,
68:17, 69:18,
78:10, 96:10,
98:9, 114:25,
128:4, 130:5,
131:9, 132:19,
133:4, 133:6,
133:9, 133:21,
133:22, 134:6,
134:11, 134:22,
135:13, 135:14,
160:16
**throughout**
18:11, 18:16,
30:25, 31:5,
100:1
**throw**
52:23, 53:1,
53:13, 53:15,
106:5, 117:14
**throwing**
44:24, 46:14,
46:19, 50:6,
50:10, 50:19,
53:10, 54:8,
58:22, 59:1,
59:9, 60:7,
72:19, 81:7,
81:17, 82:8,
82:23, 87:7,
87:10, 104:20,
106:10, 118:12,
118:13, 129:6,
129:14, 130:9,
132:25, 149:16

**thrown**
53:5, 61:17,
106:21, 113:10,
113:14, 113:16,
114:22, 116:14,
117:18, 118:5,
118:24, 119:3,
119:18, 119:22,
119:25, 120:7,
152:25
**thursday**
9:14
**time**
7:6, 7:23,
9:12, 14:14,
14:16, 15:2,
16:23, 18:14,
18:21, 19:9,
19:14, 20:5,
22:7, 22:9,
28:17, 29:3,
29:6, 35:13,
35:15, 35:17,
35:25, 36:12,
37:10, 37:13,
38:1, 43:1,
43:2, 55:16,
59:12, 59:15,
59:16, 60:6,
61:1, 63:19,
75:11, 77:5,
77:6, 80:6,
89:8, 90:11,
97:4, 100:23,
109:24, 112:4,
112:10, 112:15,
112:17, 112:21,
112:22, 112:23,
113:1, 113:4,
113:14, 113:15,
126:22, 126:25,
127:15, 128:2,
128:3, 130:5,
138:2, 138:9,
139:20, 144:1,
145:13, 146:5,
146:24, 147:12,
150:8, 155:5,

155:15, 156:23,
157:8, 157:19,
157:24, 158:6,
159:15, 161:5,
163:17
**timely**
138:1
**times**
9:8, 23:7,
23:8, 29:13,
29:19, 30:23,
56:4, 56:13,
74:11, 105:20,
130:24, 141:19,
146:15, 164:2,
164:19, 165:5
**tire**
60:18, 61:4,
86:25, 87:1,
87:2, 87:8,
87:12, 90:18,
90:22, 91:10,
91:24, 92:6,
92:10, 92:13,
105:6
**titles**
12:17
**today**
100:3
**together**
55:19, 63:18,
164:20, 165:6
**told**
50:23, 50:25,
59:24, 69:4,
74:8, 74:12,
98:11, 99:7,
120:19, 124:5,
155:16, 156:17,
156:24, 157:11,
163:18
**took**
18:18, 35:15,
35:16, 142:22,
154:2
**top**
130:6
**top-left**
151:8

**total**
28:11, 55:13,
75:9
**totally**
85:20
**touch**
54:18
**towards**
46:15, 51:7,
51:19, 53:20,
58:7, 58:10,
115:8, 116:15,
118:5, 124:13,
129:14, 132:5,
132:25, 133:8
**traffic**
35:13
**trail**
138:3
**trained**
23:25, 27:10,
28:24, 29:3,
95:13
**training**
9:23, 10:1,
10:4, 10:13,
10:14, 12:15,
12:16, 13:5,
13:11, 13:13,
22:10, 22:13,
22:15, 22:21,
22:23, 23:1,
23:3, 23:10,
23:13, 23:15,
23:20, 23:23,
24:2, 24:8,
24:10, 24:23,
25:3, 25:23,
26:5, 26:9,
28:16, 28:20,
28:21, 29:5,
29:10, 29:11,
29:14, 29:20,
29:25, 30:4,
30:5, 30:8,
30:10, 30:12,
30:15, 30:16,
30:18, 30:21,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

202

30:24, 30:25,
31:6, 31:7,
31:9, 31:16,
53:11, 54:5,
54:13, 54:18,
54:21, 74:5,
74:22, 83:11,
84:13, 84:18,
158:18, 158:19,
158:23, 159:7,
159:8, 159:18,
159:22, 159:25,
160:7, 160:9,
160:15, 160:16,
160:18, 161:16
**trainings**
159:1, 159:4
**transcript**
5:10, 96:2,
101:9, 131:14,
135:11, 137:3,
168:8
**transcription**
167:6
**transfer**
17:10
**transferred**
17:2, 17:7,
21:2
**transmissions**
39:22
**traveling**
71:14
**trick**
11:25
**tried**
58:3, 108:8,
131:2
**trouble**
45:18
**true**
86:18, 86:20,
142:25, 167:5,
168:8
**try**
8:9, 44:15,
70:10, 71:7,
79:3, 85:13

**trying**
11:23, 11:25,
23:9, 31:23,
33:17, 33:23,
50:13, 57:14,
72:13, 72:18,
80:24, 83:1,
83:3, 85:9,
90:24, 92:16,
93:7, 95:5,
95:8, 104:2,
104:3, 108:6,
122:24, 133:23,
150:3, 162:12
**tuesday**
9:13, 9:14
**turn**
127:4, 127:5,
127:12, 127:13,
127:19, 155:12
**turned**
114:24, 122:9
**twice**
9:10, 9:11,
94:15
**two**
9:16, 15:12,
16:11, 17:24,
19:3, 19:4,
19:5, 19:14,
23:11, 28:9,
35:14, 40:18,
40:19, 61:3,
70:11, 70:13,
70:18, 72:19,
94:15, 96:21,
102:9, 134:3,
147:24
**two-second**
113:20
**two-year**
23:18
**type**
18:1, 18:2,
18:6, 23:18,
24:22, 25:5,
45:14, 46:5,
50:25, 53:23,

56:9
**types**
13:12
**typewriting**
168:11

---
### U

**ultimately**
165:2, 165:23
**unconstitutional**
123:24
**under**
45:9, 45:23,
49:25, 51:22,
56:22, 73:5,
74:6, 74:16,
74:21, 74:24,
75:2, 75:7,
75:21, 168:11
**understand**
7:20, 8:8,
57:14, 71:16,
112:16, 133:24,
138:6
**understanding**
31:18, 39:2,
39:3, 41:21,
47:21, 48:3,
48:19, 48:21,
48:23, 49:12,
49:21, 50:4,
51:22, 59:3,
67:14, 67:19,
68:7, 70:19,
74:23, 75:20,
76:8, 80:4,
81:2, 81:25,
82:14, 82:22,
84:13, 84:17,
127:10, 154:14,
157:8, 161:15,
161:21
**understood**
8:11, 71:12
**unified**
5:19
**uniform**
40:10, 138:24,

142:15
**uniforms**
110:6, 111:14,
111:15
**unit**
16:22, 17:1,
17:19, 17:20,
17:23, 18:8,
18:9, 18:22,
19:10, 20:11,
20:19, 20:22,
21:2, 21:24,
22:1, 22:4,
26:19, 36:11,
38:9, 38:10,
42:2, 42:18,
43:4, 44:17,
49:5, 55:2,
55:5, 55:11,
55:19, 56:1,
57:4, 59:20,
60:25, 105:5,
108:25, 109:9,
109:22, 110:5,
110:11, 110:20,
110:23, 111:25,
128:16, 130:16,
165:3, 165:9
**united**
1:1
**units**
24:4, 24:5
**university**
28:1
**unlawful**
69:6, 69:23,
70:7, 70:20,
70:24, 70:25,
72:10, 72:20,
73:6, 73:14,
74:1, 74:8,
74:13, 75:18,
75:22, 76:9,
84:5, 84:21,
85:17, 85:22,
86:4, 86:6,
86:16, 162:3
**unless**
65:14

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

unstable
156:1
until
105:2, 144:2
upcoming
42:6
uphold
27:16
uploaded
153:18
upper
163:24
use
22:10, 22:21,
23:14, 24:24,
25:3, 25:11,
25:22, 26:3,
26:6, 34:13,
44:11, 45:3,
45:6, 45:10,
45:18, 45:24,
47:2, 47:18,
49:13, 49:18,
49:19, 50:1,
50:5, 50:9,
51:5, 56:23,
57:7, 61:23,
62:2, 62:8,
62:15, 62:21,
63:1, 63:7,
63:13, 66:10,
66:15, 66:19,
66:25, 67:4,
79:21, 80:6,
80:10, 88:5,
102:17, 113:20,
115:17, 135:7,
154:21, 155:1,
156:19, 158:1,
161:11
use-of-force
46:2, 46:8,
80:6, 80:15,
80:21
uses
97:19
using
52:12, 67:16,

67:20, 68:12,
115:17, 129:12,
130:10, 134:25,
155:17, 155:19,
156:25, 157:10,
157:21, 158:13,
162:22
usually
25:5, 37:17,
40:17, 42:5,
53:17, 60:14,
68:16, 116:4
utilizing
115:19

**V**

varied
19:13, 19:25,
55:25
vary
19:24
vehicle
39:11, 39:13,
40:5, 58:4,
68:14, 68:15,
68:17, 91:11
vehicles
38:19, 39:9,
58:8
verbal
99:2
verbally
162:25
verbatim
72:13
verify
89:10, 94:19,
117:19
verse
162:15
versus
44:6, 45:24
vest
40:10
via
36:13, 68:13,
68:16, 69:16,
98:18, 125:8,

162:8
video
5:13, 5:16,
5:17, 5:23,
5:25, 7:23,
10:2, 10:19,
10:22, 11:4,
13:23, 31:25,
88:20, 89:14,
91:8, 91:18,
92:22, 93:22,
94:9, 94:11,
94:14, 94:20,
108:7, 108:9,
108:17, 110:9,
110:17, 112:8,
113:15, 113:19,
114:15, 115:1,
115:2, 115:3,
116:12, 118:21,
119:23, 120:9,
121:16, 123:15,
124:18, 145:3,
145:9, 145:11,
146:23, 147:14,
147:17, 148:2,
148:11, 148:20,
149:23, 150:7,
150:11, 151:2,
153:5, 153:17
videos
9:18
view
117:6, 118:9,
118:12, 148:23,
152:10
viewed
113:5
viewing
91:6, 113:3
views
164:17
vince
18:25, 112:2
violated
67:5
violating
138:8

violation
15:24, 71:22,
72:11, 72:20,
72:22, 83:19,
143:13, 162:4
violations
83:25
violators
14:11, 14:20,
84:4, 84:20
violent
44:24, 46:15,
50:5, 81:4,
83:24, 85:2,
129:5, 130:8,
130:21
virtually
1:16, 2:1
voice
69:19
volatile
60:8, 82:24,
135:4

**W**

wait
41:19, 149:24
walking
69:14, 95:6
wang
3:4, 5:3, 5:6,
6:5, 7:2, 11:8,
11:11, 11:16,
11:18, 12:20,
13:7, 13:16,
13:21, 17:9,
30:1, 31:8,
36:18, 42:16,
45:8, 46:23,
48:2, 49:1,
51:8, 54:4,
57:12, 61:10,
62:7, 63:5,
64:1, 66:8,
67:2, 68:1,
69:2, 71:5,
72:2, 75:19,
76:4, 78:4,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

79:23, 80:2,
80:3, 81:1,
83:6, 84:1,
88:4, 89:1,
90:6, 91:4,
92:14, 101:2,
103:4, 107:4,
113:22, 113:25,
118:1, 119:5,
121:5, 124:4,
125:1, 126:3,
136:5, 138:5,
141:4, 142:7,
144:4, 145:8,
152:19, 153:3,
153:10, 153:12,
154:5, 163:8,
163:10, 165:4,
166:7, 166:16
**want**
11:10, 11:12,
12:1, 21:10,
40:19, 46:3,
53:15, 53:21,
71:3, 71:6,
82:12, 84:9,
90:3, 91:15,
92:23, 108:10,
121:10, 122:20,
126:6, 133:24,
153:6, 157:4,
161:20, 162:10
**wanted**
113:12, 160:15,
161:5
**wanting**
17:23
**warrant**
5:22, 137:6,
140:8, 150:19
**warranted**
152:12
**warrants**
151:24
**washington**
105:12, 106:12,
109:7, 112:19,
116:22, 116:23,

124:15, 126:11,
126:23, 145:15
**watch**
115:2, 118:20
**watched**
12:5, 94:15,
113:6, 118:4,
123:15, 124:18,
148:17
**watching**
93:12
**water**
90:20
**way**
21:11, 21:15,
49:8, 62:2,
62:8, 62:16,
62:21, 63:1,
63:7, 63:14,
65:10, 112:13,
123:4, 126:9,
132:19, 163:23
**we'll**
7:7, 7:24,
50:3, 115:1,
153:7
**we're**
12:2, 12:20,
13:17, 15:22,
18:15, 31:22,
44:23, 45:13,
45:18, 86:1,
90:23, 91:1,
92:20, 113:25,
118:20, 120:5,
120:10, 122:7,
122:8, 127:15,
127:17, 150:12,
151:16, 157:17,
162:10
**we've**
161:4, 161:9
**weapon**
24:18, 25:5,
46:6, 51:1,
51:10
**weapons**
22:11, 24:7,

24:10, 24:12,
24:13, 25:4,
25:11, 40:11,
44:12, 45:10,
46:9, 50:1,
56:23, 66:11,
66:20, 67:4,
67:16, 68:9,
80:12, 102:18,
106:24, 125:24,
154:22, 155:17,
155:20, 156:19,
157:1, 157:11,
157:21, 158:1,
158:14
**wearing**
40:7, 94:3,
111:1, 151:10,
151:11
**week**
15:1
**weeks**
15:12, 28:10,
28:24, 29:1,
96:21, 97:6,
100:11, 105:21,
158:22
**went**
20:21, 20:23,
21:4, 21:19,
21:21, 21:24,
22:2, 22:4,
41:20, 42:4,
42:23, 42:24,
56:9, 70:25,
105:5, 105:10,
122:17, 124:11,
129:4, 131:9
**weren't**
50:24, 50:25,
58:25, 59:1,
164:16
**west**
3:16, 4:6,
58:13, 58:18,
79:4, 121:13,
122:19
**whatever**
11:21, 23:23,

24:21, 33:8,
33:9, 33:17,
36:1, 37:14,
39:21, 42:7,
45:15, 53:19,
70:2, 74:2,
78:9, 79:4,
82:12, 85:24,
100:14, 116:16,
117:15, 124:9,
133:17, 144:18,
159:7, 162:3,
162:5
**whereof**
168:16
**whether**
52:5, 53:5,
67:15, 104:24,
112:13, 126:10,
143:20, 162:12,
165:25
**whichever**
21:14
**white**
38:19, 121:20
**whoever**
59:16, 69:16,
70:3, 70:4,
71:10, 82:9,
89:21
**whole**
14:25, 85:20,
96:9, 138:2,
144:23
**window**
32:5
**windows**
24:20
**within**
12:21, 25:6,
28:9, 81:4,
82:16, 87:23,
95:10
**without**
26:8
**witness**
6:19, 6:21,
10:8, 17:5,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

17:8, 27:22,
31:4, 33:8,
33:12, 33:15,
33:19, 34:25,
61:9, 63:24,
87:24, 108:2,
113:20, 141:2,
155:23, 168:16
**witnessed**
81:22
**woman**
121:8, 122:2,
123:1
**word**
53:24
**wording**
66:24, 68:3,
85:20, 133:18
**words**
31:3, 63:23,
141:1
**work**
15:9, 18:1,
28:4, 39:21,
103:7, 138:3
**worked**
28:14, 56:1,
64:3, 165:6
**working**
36:10, 37:2,
38:13, 38:25,
56:4, 128:13,
146:3
**worth**
101:1
**write**
96:24, 97:1,
97:8, 97:11,
97:14, 100:17,
100:21, 101:19,
102:23, 103:2,
106:1
**writing**
102:8, 103:6,
103:7, 103:17
**wrong**
35:5, 43:4,
133:18

**wrote**
16:16, 100:24,
100:25, 101:1,
101:6, 101:19,
101:24, 102:3,
102:10, 103:9,
103:11, 103:12,
103:13, 103:15,
103:21, 104:3,
104:7, 129:23,
135:25

---
**Y**

**yeah**
6:24, 14:5,
19:13, 21:7,
21:12, 22:17,
23:17, 27:9,
27:10, 27:13,
32:23, 37:24,
41:12, 42:25,
46:22, 50:14,
54:13, 57:18,
57:25, 60:1,
72:12, 77:24,
86:11, 90:8,
93:6, 94:6,
94:24, 95:3,
95:10, 99:25,
100:9, 100:11,
101:17, 102:2,
105:1, 105:3,
107:7, 110:10,
110:21, 112:7,
112:16, 116:19,
118:18, 123:3,
126:2, 128:3,
131:6, 131:8,
131:18, 131:23,
139:14, 139:17,
141:13, 141:14,
144:16, 146:1,
146:16, 151:14,
154:7, 155:6,
155:8, 156:6,
156:14, 157:7
**year**
17:6, 20:24,

20:25, 21:6,
28:2, 35:14,
159:14
**yearly**
23:11
**years**
16:20, 20:22,
21:3, 21:22,
23:1, 23:5,
23:11, 29:19,
31:7, 33:21,
34:17, 55:12,
55:13
**yell**
59:4
**yelled**
92:7
**yelling**
58:25
**yesterday**
9:13
**yourself**
19:19, 53:23,
138:11

---
**Z**

**zone**
112:15, 112:17
**zoom**
6:22, 96:8,
103:20, 107:9,
108:8, 114:25

---
**.**

**.1000**
4:17
**.2300**
3:19
**.5642**
3:10
**.8072**
4:9

---
**0**

**00**
37:5, 37:6,
37:16, 37:17,
37:18, 37:19,

37:22, 71:9,
71:10, 71:21,
144:2
**00018**
96:14, 136:11
**0018**
138:23, 142:13
**0025**
142:12, 144:1,
144:7, 144:12
**003693**
101:12
**01**
93:24, 121:15
**01878**
1:7
**01922**
1:9
**02**
1:18
**02500**
138:21
**03**
114:24, 115:5
**04**
89:20
**05**
111:8
**07**
166:20

---
**1**

**10**
5:9, 5:19,
11:7, 17:5,
19:16, 19:20,
20:25, 38:12,
39:1, 85:10,
114:17, 114:24,
115:5, 115:6,
116:10, 116:13,
118:4, 118:23,
135:10, 148:19
**101**
5:15
**10721**
137:5
**10725**
135:13

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

**109**
5:16
**11**
5:9, 5:20,
89:8, 96:18,
103:14, 103:16,
104:3, 105:2,
137:2
**1108**
4:7
**114**
5:17
**12**
5:23, 19:16,
19:20, 55:13,
85:10, 110:16,
145:6
**13**
5:25, 89:15,
91:7, 91:17,
111:8, 120:10,
149:20
**1300**
14:11
**131**
5:18
**133**
5:13, 88:22
**135**
5:19
**137**
5:20
**14**
37:21, 39:3,
39:9, 40:22,
57:20, 57:23,
57:24, 58:6,
58:12, 58:16,
58:19, 59:18,
59:23, 60:13,
62:1, 64:18,
86:1, 86:21,
88:6, 88:23,
89:5, 89:16,
89:20, 91:6,
91:7, 91:17,
104:18, 105:4,
115:6

**145**
5:23
**149**
5:25
**15**
92:21, 93:12,
93:21
**154**
5:4
**1543**
4:14
**16**
22:3, 91:6,
93:24, 94:22,
168:20
**161**
5:5
**163**
5:6
**168**
1:24
**17**
93:24, 116:10,
118:4
**18076**
5:25, 149:24
**19**
1:17
**1993**
28:3
**1994**
26:24
**1995**
27:13, 27:14
**1998**
26:24
**1999**
28:7
**1:-cv--rbj**
1:7
**1:-cv--rbj-meh**
1:9
**1st**
14:22, 26:21,
26:22, 102:1,
102:15, 136:21
_____2_____
**2**
1:18, 112:12

**20**
1:7, 1:9, 5:14,
5:15, 23:5,
33:21, 34:17,
69:20, 96:18,
150:9, 151:16
**2000**
10:16, 10:17,
10:21, 21:19
**2003**
6:14, 34:20
**2005**
21:24, 21:25
**2008**
28:21, 29:12,
158:19, 158:25
**2009**
26:5
**201**
4:6
**2011**
159:15
**2012**
21:25, 22:1,
22:2
**2016**
22:2
**2020**
18:19, 29:12,
61:25, 99:24,
101:11, 112:11,
136:21, 145:10,
145:17, 150:9,
152:23
**2021**
1:17, 168:18
**2024**
168:20
**2045**
96:18
**2060**
3:7
**21**
121:18
**23**
148:3
**26**
135:13

**27**
135:14, 151:16
**28**
5:14, 11:16,
11:21, 15:5,
36:9, 36:10,
37:2, 37:5,
40:23, 57:19,
61:25, 64:2,
64:9, 64:10,
86:22, 88:6,
88:21, 103:15,
103:19, 104:4,
109:8, 109:24,
112:12, 112:19,
121:1, 121:3,
124:15, 126:12,
126:23, 127:21,
153:15, 153:18
**29**
44:6, 101:25,
102:14, 112:4,
112:11, 155:4,
156:15, 161:11,
163:13
**2nd**
14:23, 102:1,
102:15, 136:22,
168:17
_____3_____
**3**
37:6, 79:25,
80:1
**30**
44:6, 69:20,
70:16, 71:9,
72:7, 102:1,
102:14
**3002**
96:10
**3003**
96:10
**303.571**
4:17
**31**
5:15, 10:21,
10:25, 11:3,

Transcript of Sergeant Anthony Tak
Conducted on February 19, 2021

11:8, 11:12,
14:12, 64:6,
64:21, 64:25,
89:8, 101:11,
114:17, 121:15,
121:18, 128:10,
145:10, 145:17,
147:15, 150:9,
152:23
**312.583**
3:19
**32**
150:9, 150:10
**33**
118:23
**34**
116:13, 118:4,
126:12
**35**
149:5
**352385**
1:23
**36**
145:13, 145:17
**3693**
128:7
**38**
113:23
**39**
153:8

---
**4**
---
**4**
113:23, 113:24
**40**
24:11, 24:16,
24:17, 25:7,
25:19, 26:3,
40:20, 45:19,
45:24, 46:7,
46:17, 46:20,
49:13, 49:21,
50:4, 50:8,
50:11, 50:15,
62:11, 80:11,
106:9, 106:25,
107:9, 112:20,
155:24

**400**
4:15
**4047**
5:17, 114:7
**4050**
5:16, 109:6,
120:5, 121:14
**41**
79:25
**4169**
168:4
**42**
112:12, 148:3,
148:19, 150:12
**4200**
3:17
**4231**
3:18
**43**
149:5, 151:16,
152:23
**44**
52:7, 52:12
**45**
96:18, 110:16,
113:24
**460**
3:8
**49**
80:1, 153:9

---
**5**
---
**5**
37:5, 37:16,
37:17, 71:21,
144:2, 153:8,
153:9
**5,000**
54:20
**52**
120:6
**5280**
1:4, 3:12,
154:8, 154:9
**5332**
4:8
**54**
110:17

**56**
92:21
**58**
93:21, 145:13
**59**
150:12

---
**6**
---
**6**
37:18, 37:19,
166:20
**6/2/20**
138:21, 142:12
**60602**
3:18

---
**7**
---
**7**
37:22, 89:15,
89:16, 91:6,
93:12, 94:22
**70**
3:16
**720.328**
3:10
**720.913**
4:9
**7:**
89:8, 89:20,
91:7, 91:17,
92:21, 93:21

---
**8**
---
**8**
71:9, 71:10,
71:21, 112:12,
112:20, 126:12,
145:17, 150:10,
152:23
**80202**
4:8, 4:16
**80302**
3:9
**84**
168:4
**88**
5:13
**8:**
145:13, 148:3,

148:19, 149:5,
150:12

---
**9**
---
**9**
37:16, 37:18,
37:19, 120:6,
120:10, 144:2
**91029**
135:24
**95**
27:13
**96**
5:14