

# Transcript of Sergeant Rick Beall

**Date:** April 1, 2021

**Case:** Black Lives Matter 5280, et al. -v- City and County of Denver, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Exhibit 20

IN THE UNITED STATES DISTRICT COURT

2                FOR THE DISTRICT OF COLORADO

3

4     - - - - - - - - - - - x

5  BLACK LIVES MATTER        :

6  5280, et al.,             :    Civil Action No.

7         Plaintiffs,        :    1:20-cv-01878-RBJ

8     v.                     :    (Consolidated with

9  CITY AND COUNTY OF        :    1:20-cv-1922-RBJ-MEH)

10 DENVER, et al.,           :

11        Defendants.        :

12 - - - - - - - - - - - - x

13

14        Deposition of SERGEANT RICK BEALL,

15            Conducted Virtually,

16          Thursday, April 1, 2021,

17               4:08 p.m. EST

18

19

20  Job No.: 363684

21  Pages: 1 - 137

22  Reported By: Karen Klerekoper, CSR-4250, RPR

23

24

25

1       Deposition of SERGEANT RICK BEALL, conducted

2   virtually:

3

4

5

6

7

8

9       Pursuant to Notice, before Karen Klerekoper,

10  Notary Public in and for the State of Michigan.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1              A P P E A R A N C E S

2    ON BEHALF OF THE PLAINTIFFS:

3         ELIZABETH WANG, ESQUIRE

4         LOEVY & LOEVY

5         2060 Broadway, Suite 460

6         Boulder, Colorado 80302

7         720.328.5642

8

9    ON BEHALF OF BLM 5280 PLAINTIFFS:

10        LESLIE BAILEY, ESQUIRE

11        MOLLY DiBRELL, ESQUIRE

12        ARNOLD & PORTER

13        70 West Madison Street, Suite 4200

14        Chicago, Illinois 60602-4231

15        312.583.2300

16

17   ON BEHALF OF DEFENDANT ACKER:

18         RIED ALLISON, ESQUIRE

19         ED ARNO, ESQUIRE

20         KILLMER, LANE & NEWMAN, LLP

21         1543 Champa Street, Suite 400

22         Denver, Colorado 80202

23         303.571.1000

24

25
```

1     A P P E A R A N C E S   C O N T I N U E D

2

3   ON BEHALF OF THE DEFENDANTS:

4         ANDREW D. RINGEL, ESQUIRE

5         Hall & Evans

6         1001 17th Street, Suite 300

7         Denver, Colorado  80202

8         303.628.3453

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        INDEX

 2

 3   WITNESS:                              PAGE:

 4

 5   SERGEANT RICK BEALL

 6      EXAMINATION BY MS. WANG:              6

 7      EXAMINATION BY MS. DiBRELL:         123

 8

 9                      *****

10   EXHIBIT                               PAGE:

11

12    (Exhibits not marked.)

13

14

15                      *****

16

17

18

19

20

21

22

23

24

25
```

| | | |
|---|---|---|
| 1 | P R O C E E D I N G S | |
| 2 | SERGEANT RICK BEALL, having been duly sworn | |
| 3 | testified as follows: | 16:08:02 |
| 4 | EXAMINATION | 16:09:19 |
| 5 | BY MS. WANG: | 16:09:21 |
| 6 | Q  Would you please state your name and spell | 16:09:21 |
| 7 | it for the record. | 16:09:24 |
| 8 | A  Rick Beall, B-E-A-L-L. | 16:09:25 |
| 9 | Q  How long have you been with the Denver | 16:09:28 |
| 10 | Police Department? | 16:09:34 |
| 11 | A  I transferred to Denver in June of 2004. | 16:09:34 |
| 12 | Q  Where did you transfer from? | 16:09:40 |
| 13 | A  Adams County Sheriff's Office. | 16:09:42 |
| 14 | Q  Have you ever been deposed before? | 16:09:45 |
| 15 | A  Yes, ma'am. | 16:09:47 |
| 16 | Q  On how many occasions? | 16:09:48 |
| 17 | A  One. | 16:09:50 |
| 18 | Q  When was that? | 16:09:51 |
| 19 | A  It was quite a few years ago.  Probably | 16:09:52 |
| 20 | over ten years ago.  I don't have a date. | 16:09:56 |
| 21 | Q  Were you a witness? | 16:10:04 |
| 22 | A  I was a defendant along with another | 16:10:05 |
| 23 | party. | 16:10:07 |
| 24 | Q  What were they suing you for? | 16:10:07 |
| 25 | A  A female passenger had sued myself and her | 16:10:10 |

1  husband, who was diving the car.  He had been          16:10:14

2  found guilty of disobeying my lights and sirens        16:10:16

3  when I worked in District 2 and she had sued the       16:10:20

4  city and county of Denver, as well as her husband      16:10:24

5  and his insurance.                                     16:10:27

6      Q  What was she alleging that you did?             16:10:35

7      A  She alleged, I believe she alleged at the       16:10:37

8  time I was going too fast.                             16:10:38

9      Q  Was she alleging that you had violated her      16:10:40

10 civil rights?                                          16:10:49

11     A  I, I don't know the, remember perfectly         16:10:50

12 but she was blaming myself and her husband for the     16:10:53

13 accident.                                              16:10:56

14     Q  So this was a car-accident case?                16:10:56

15     A  Yes, ma'am.                                     16:10:58

16     Q  This was a case in state court?                 16:10:59

17     A  Traffic court.  He was found guilty.            16:11:03

18     Q  Traffic court.  Okay.  She wasn't saying        16:11:05

19 that you had used excessive force on her, was she?     16:11:09

20     A  No, no, no.  This was a traffic accident        16:11:12

21 where I'm going lights and siren.                      16:11:14

22     Q  All right.  So, as you can see, we are          16:11:17

23 here to ask you some questions relating to the,        16:11:23

24 your involvement in the protests in June and May       16:11:24

25 of last year in Denver.                                16:11:27

1          If you can't hear something that I said or          16:11:29

2     are not sure about one of my questions, please ask     16:11:34

3     me to clarify.  I'll be happy to try to do so.          16:11:36

4          Is that fair?                                       16:11:40

5     A  Yes, ma'am.                                           16:11:41

6     Q  Conversely, if I ask you a question and              16:11:42

7     you answer it, I will assume that you understood       16:11:45

8     it.                                                      16:11:45

9          Is that fair?                                       16:11:48

10    A  Yes, ma'am.                                           16:11:49

11    Q  We can take a break at any time except              16:11:49

12    when a question is pending.                              16:11:52

13         Do you understand?                                  16:11:53

14    A  Yes, ma'am.                                           16:11:54

15    Q  Okay.  Your counsel may make objections            16:11:55

16    from time to time, but you will still have to          16:11:57

17    answer the question.                                    16:11:59

18         Is that fair?                                       16:12:00

19    A  Yes, ma'am.                                           16:12:01

20    Q  You were at the Adams County Sheriff's             16:12:01

21    Office before 2004?                                      16:12:07

22    A  Yes, ma'am.                                           16:12:09

23    Q  What was your position there?                       16:12:10

24    A  I was a detention jail deputy, as well as          16:12:11

25    a road deputy.                                           16:12:16

1          I spent about a year and a half in the          16:12:18

2    jail, and then transferred to patrol.                16:12:20

3        Q   How long overall were with the Adams          16:12:23

4    County Sheriff's Department?                         16:12:33

5        A   I believe August of '99-ish, until June of   16:12:34

6    2004, until I transferred to Denver.  About five     16:12:41

7    years.                                               16:12:44

8        Q   By the way, is there anybody present in      16:12:44

9    the room with you today?                             16:12:46

10       A   No.  I'm in my office and I have closed       16:12:47

11   the door.                                            16:12:50

12       Q   So what caused you to move from Adams         16:12:52

13   County to Denver in terms of employment?             16:12:57

14       A   The reason?  Better pay, opportunities,       16:13:00

15   retirement.                                          16:13:04

16       Q   Have you ever had a lawsuit filed against     16:13:06

17   you relating to allegations of violations of         16:13:13

18   Constitutional rights?                               16:13:17

19       A   I have not.                                   16:13:19

20       Q   Can you tell me briefly what positions        16:13:20

21   you've held in the Denver Police Department since     16:13:25

22   you started there?                                   16:13:28

23       A   Yes, ma'am.  I started in District 2 where    16:13:29

24   I spent the first 14 years of my career.             16:13:31

25          And while there I had spent time on patrol     16:13:35

1    on each shift, day shift, swing shift and                16:13:37

2    night/graveyard shift.                                   16:13:43

3         I also held the position of a school                16:13:44

4    resource officer at East High School for                16:13:46

5    approximately five years.                                16:13:49

6         I did detective training, but that was not          16:13:57

7    a position I held.                                       16:13:59

8      Q  So did you want to be a detective?                  16:14:01

9      A  I wanted to go to training.  I did not              16:14:05

10   want to be a detective.                                  16:14:07

11     Q  Why did you want to go to training?                 16:14:08

12     A  Because I think if you, for myself, I               16:14:12

13   think that the more knowledge we have to make you        16:14:16

14   a better officer as far as reporting, what the           16:14:17

15   detectives need for a case.                              16:14:21

16     Q  So then after you were a resource officer,          16:14:23

17   a school resource officer, what was your next            16:14:30

18   position within the DPD?                                 16:14:33

19     A  So basically I was at East High School,             16:14:34

20   from, I believe it was 2012 to the end of 2016,          16:14:38

21   then I returned to patrol in District 2, on the          16:14:44

22   road.                                                    16:14:47

23        From there I spent the next several months          16:14:49

24   studying, and I was promoted that year to police        16:14:52

25   sergeant, in 2017.                                       16:14:57

1     Q   So you were promoted to sergeant in 2016?        16:15:00

2     A   2017.                                            16:15:05

3     Q   2017?                                            16:15:06

4     A   I what at East High School until the end         16:15:07

5  of 2016.                                                16:15:11

6     Q   What were you sergeant of?                       16:15:12

7     A   I believe I started on swing shift, and          16:15:14

8  then I went to graveyard shift for a couple years.      16:15:17

9     Q   In District 2?                                   16:15:21

10    A   No, District 3.                                  16:15:22

11    Q   Oh, District 3?                                  16:15:24

12    A   Sorry.                                           16:15:26

13    Q   So supervised patrol officers?                   16:15:28

14    A   Yes, ma'am.                                      16:15:31

15    Q   How long did you have that position in           16:15:31

16 District 3?                                             16:15:34

17    A   I had that until I got this job, which I         16:15:35

18 believe was the end of the 2019.  I don't know the      16:15:39

19 exact month, but it was towards the end of the          16:15:43

20 2019 that I transferred to the impact team.            16:15:47

21    Q   You transferred to the impact team for           16:15:51

22 District 3?                                             16:15:58

23    A   Yes, ma'am.  I stayed within the district        16:15:59

24 but the sergeant that was here prior went to a          16:16:02

25 different position.                                     16:16:05

1    Q   So is that also referred to as Team 380?          16:16:06

2    A   Yes, 380.                                          16:16:13

3    Q   I've seen references to the impact team            16:16:15

4    for District 1 being referred to as 180.              16:16:19

5    A   Yes.                                               16:16:22

6    Q   Are there impact teams for each district?          16:16:23

7    A   There are.  There are either impact teams          16:16:27

8    or uniform support, depending on the district,        16:16:29

9    what they're called.                                  16:16:32

10    Q   So I've seen various references to impact         16:16:34

11    teams for other districts besides 3 and 1.           16:16:41

12        So my question is, the impact teams for          16:16:46

13    districts 3 and 1 seemed to be referred to as 180    16:16:48

14    and 380.                                              16:16:52

15        Are the impact teams for the other               16:16:53

16    districts referred to correspondingly, like 480      16:16:55

17    for District 4, and 680 for District 6?              16:16:59

18    A   I don't know for sure for 4.  I think they        16:17:02

19    may have a 470, and maybe District 6 has a 680,      16:17:06

20    but I don't believe District 2 as any 80s.           16:17:11

21        I think they are referred to as zebra            16:17:15

22    cars, but I do not know.                             16:17:19

23    Q   What's the citywide?                              16:17:20

24    A   What is the what?                                 16:17:22

25    Q   Citywide unit.  Citywide?                         16:17:23

1      A   Citywide, they have two shifts.  They have          16:17:27

2   a day shift citywide and a nightshift citywide.            16:17:30

3      Q   What districts do they come from?                   16:17:34

4      A   I believe they work out of headquarters,            16:17:37

5   but I'm not sure.  I'm not quite sure where they           16:17:40

6   have their roll calls.                                     16:17:43

7      Q   So they are not associated with any                 16:17:44

8   particular district?                                       16:17:50

9      A   No, I believe they fall under a lieutenant          16:17:51

10  from downtown.  I don't think they report to any           16:17:54

11  direct district.                                           16:17:58

12     Q   What does impact team do, your impact               16:18:00

13  team?                                                      16:18:08

14     A   For our impact team, we're more of a, even          16:18:08

15  though we are called impact, we have more of a             16:18:12

16  uniform support position, as far as supporting the         16:18:15

17  narcotics unit or -- for the narcotics unit, when          16:18:18

18  they are on surveillance, if they see any kind of          16:18:23

19  illegal drug transaction where we are contacting           16:18:26

20  people, based on their investigation, that's our           16:18:29

21  primary purpose here in District 3.                        16:18:33

22     Q   You're describing your impact team as more          16:18:38

23  uniformed officer support?                                 16:18:46

24     A   Yes, our lieutenant basically sees the              16:18:49

25  impact team in 3, and the detectives as one unit.          16:18:54

| | | |
|---|---|---|
| 1 | So our primary purpose -- and we're used for other | 16:18:58 |
| 2 | purposes -- but our primary purpose is uniform | 16:19:02 |
| 3 | support for the narcotics detectives. | 16:19:06 |
| 4 | Q  What does that mean in terms of what your | 16:19:08 |
| 5 | responsibilities are? | 16:19:11 |
| 6 | A  Well, for my team, they are responsible | 16:19:13 |
| 7 | that if we have narcotic detectives out in the | 16:19:16 |
| 8 | field conducting surveillance, or any type of | 16:19:19 |
| 9 | investigation, that we're available to make | 16:19:22 |
| 10 | anywhere from a traffic stop or a pedestrian stop. | 16:19:27 |
| 11 | Q  As part of the training for your team, are | 16:19:32 |
| 12 | people in the impact team for your district | 16:19:37 |
| 13 | required to go through less-lethal weapon | 16:19:40 |
| 14 | training? | 16:19:43 |
| 15 | A  I believe they are required with the rest | 16:19:43 |
| 16 | of the district.  I don't believe it's just | 16:19:46 |
| 17 | primarily the impact team. | 16:19:49 |
| 18 | Q  So is it your understanding that all of | 16:19:55 |
| 19 | District 3 gets less-lethal weapon training? | 16:19:58 |
| 20 | A  I believe so, I just, I believe when we | 16:20:02 |
| 21 | get the training, it's along with the rest of the | 16:20:04 |
| 22 | station. | 16:20:08 |
| 23 | Q  Okay.  Do you have certifications in the | 16:20:09 |
| 24 | use of any less-lethal weapons? | 16:20:12 |
| 25 | A  Myself, I've been through the training as | 16:20:15 |

1   far as the OC spray, the taser, and I believe we          16:20:18

2   had some 40 training, and a PepperBall system, I          16:20:25

3   was present, but these are systems that I do not          16:20:30

4   use myself as the supervisor.                             16:20:33

5        I will use an OC, I will use OC, but                  16:20:35

6   usually a supervisor will not be armed with a             16:20:40

7   PepperBall or a 40.                                       16:20:43

8        Q  Why is that?                                       16:20:44

9        A  Basically, the supervisor wants to make            16:20:46

10  sure that every, his officers are taken care of.          16:20:51

11       If I'm on the line, then there is no                  16:20:57

12  supervision.                                              16:20:59

13       Q  Your officers, your team members are the           16:21:03

14  ones on the front line, and you are the one               16:21:06

15  providing supervision and deciding how to                 16:21:08

16  coordinate their actions?                                 16:21:11

17       A  Depending on the circumstances.                    16:21:12

18  Obviously, every situation is fluid, but yes.             16:21:14

19       Q  Okay.  But with respect to your team               16:21:16

20  members on impact team 380, are they trained in           16:21:20

21  the use of 40s and PepperBall?                            16:21:25

22       A  Yes, they have been through the training.          16:21:28

23       Q  Do you know how frequently your officers           16:21:30

24  go through that training?                                 16:21:43

25       A  I do not.                                          16:21:44

1    Q  Do you know if there's an initial training          16:21:50

2  and then refresher or follow-up training?                16:21:53

3    A  That really falls on the training, the              16:21:58

4  training sergeant here at District 3.  I would not        16:22:01

5  know how often that would be.                            16:22:04

6    Q  On your --                                          16:22:06

7    A  We --                                               16:22:07

8    (Interrupted crosstalk.)                               16:22:08

9    A  We are notified as far as training is              16:22:08

10  coming up mandatory, you will attend.                    16:22:11

11    Q  How many people are on your impact team,           16:22:13

12  impact team 380?                                         16:22:24

13    A  Depending on the time of year, anywhere            16:22:27

14  from four to seven I've had at a time, depending         16:22:30

15  on staffing.                                             16:22:34

16    I currently have one position I have not              16:22:34

17  been able to fill.                                       16:22:37

18    Q  Okay.  So let's focus on at the time of            16:22:39

19  the protests.                                            16:22:45

20    A  Okay.                                               16:22:46

21    Q  And when I'm referring to the protests,            16:22:46

22  I'm talking about the George Floyd protests that         16:22:49

23  occurred in Denver beginning on May 28th, 2020.          16:22:51

24    At that time how many people were on your              16:22:55

25  impact team?                                             16:22:58

1    A   I believe for the first three to four days          16:22:58

2  I had four officers, and then a fifth officer            16:23:02

3  joined us for the later half of the protest.             16:23:05

4        He was on vacation and then joined the             16:23:10

5  team later on the next week.                             16:23:13

6    Q   So that was --                                     16:23:15

7    A   I believe it's in my statement.                    16:23:18

8    Q   Right.  So that was Officer Sellers, the           16:23:19

9  fifth officer?                                           16:23:23

10   A   Yes, ma'am.                                         16:23:24

11   Q   So for the first four days of the protest,         16:23:24

12 you had on your team Officer Pittsley, Officer           16:23:28

13 Cane, Officer Spencer and Officer LeFebre?               16:23:31

14   A   LeFebre, yes.                                       16:23:36

15   Q   How do you pronounce that?                          16:23:38

16   A   LeFebre.                                            16:23:38

17   Q   LeFebre?                                            16:23:38

18   A   Yes.                                                16:23:40

19   Q   All right.  If there is references in              16:23:42

20 statements to, you know, impact team 380, that's         16:23:44

21 what they're referring to, the people that you           16:23:49

22 named in your report, right?                             16:23:51

23   A   Yes.  My officers.                                 16:23:52

24   Q   Who was your lieutenant at the time of the         16:23:55

25 protests?                                                16:24:07

1      A   So, as in my statement, day one when we        16:24:10

2    were initially sent down, we just fell under the     16:24:13

3    incident commander at the time, whoever the          16:24:19

4    incident commander was on that first day of the      16:24:22

5    protests.                                            16:24:24

6          And then the second day, obviously,            16:24:26

7    because of damage to the vehicles we transitioned    16:24:28

8    to that RDV, which I stated broke down, and then     16:24:31

9    after that point, we basically were with             16:24:35

10   Lieutenant Williams out of District 1, and 180 for   16:24:38

11   the remainder of the protests, except for the last   16:24:41

12   day.                                                 16:24:44

13     Q   So let me just make sure I understand.         16:24:44

14         For the first day of the protests, your        16:24:52

15   supervisor was just whoever the incident commander   16:24:54

16   was?                                                 16:24:57

17     A   Correct.                                       16:24:58

18     Q   Do you understand that to be Commander         16:24:59

19   Phelan?                                              16:25:05

20     A   I believe so.  At the time it was              16:25:05

21   Commander Phelan.                                    16:25:07

22     Q   Okay.  Was that like who you reported to       16:25:08

23   directly for the first day?                          16:25:13

24     A   It just depended on what the situation.        16:25:14

25   If we got deployed to a certain location, there      16:25:17

| | | |
|---|---|---|
| 1 | could have been a lieutenant on scene that could | 16:25:19 |
| 2 | have given orders. | 16:25:22 |
| 3 | I'm just saying at that time we did not | 16:25:26 |
| 4 | have a direct lieutenant with us like the | 16:25:28 |
| 5 | remainder of days. | 16:25:31 |
| 6 | Q  Okay. | |
| 7 | A  But I didn't, there was -- we may have | 16:25:33 |
| 8 | been deployed to a location with a higher ranking | 16:25:34 |
| 9 | officer. | 16:25:37 |
| 10 | Q  So then on the second day -- the second | 16:25:38 |
| 11 | day was Friday, May 29th.  Starting on the second | 16:25:42 |
| 12 | day, was Lieutenant Williams, were you with | 16:25:48 |
| 13 | Lieutenant Williams? | 16:25:53 |
| 14 | A  After our RDV broke down on Broadway, yes. | 16:25:54 |
| 15 | Q  Okay.  And the RDV broke down on Broadway | 16:25:58 |
| 16 | on the second day? | 16:26:01 |
| 17 | A  Yes, ma'am. | 16:26:02 |
| 18 | Q  So your report does say, on the second | 16:26:03 |
| 19 | page, it describes the incident where your RDV | 16:26:10 |
| 20 | broke down, and then -- let me just go ahead and | 16:26:15 |
| 21 | show this to you. | 16:26:23 |
| 22 | A  Okay. | 16:26:25 |
| 23 | Q  Hold on.  I'm going to try to clear away | 16:26:26 |
| 24 | some stuff here. | 16:26:39 |
| 25 | Can you see this? | 16:26:44 |

| | | |
|---|---|---|
| 1 | A  I can. | 16:26:46 |
| 2 | Q  All right.  So I'm showing you, for the | 16:26:46 |
| 3 | record, I'm showing you Denver 2797 through 2799. | 16:26:50 |
| 4 | It's a three-page report. | 16:26:58 |
| 5 | Have you seen this before? | 16:26:59 |
| 6 | A  I do, I have a copy. | 16:27:02 |
| 7 | Q  Okay.  It appears to us from the | 16:27:03 |
| 8 | production that you got -- that we got, in this | 16:27:06 |
| 9 | case, that you submitted this same report in | 16:27:08 |
| 10 | response to, for several days of the protests? | 16:27:11 |
| 11 | A  Yes.  This statement was requested I | 16:27:16 |
| 12 | believe 17 days after the protest. | 16:27:20 |
| 13 | Q  Did you write this statement on June 15, | 16:27:28 |
| 14 | 2020? | 16:27:31 |
| 15 | A  It appears I had started it on the 14th, | 16:27:32 |
| 16 | and then completed it on the 15th, depending on | 16:27:34 |
| 17 | whatever was going on that day. | 16:27:43 |
| 18 | Q  So we are looking at page 1 of your | 16:27:44 |
| 19 | report, and you start it saying:  On Sunday, June | 16:27:46 |
| 20 | 14th, 2020, I completed a written statement | 16:27:49 |
| 21 | regarding my actions regarding the District 6 | 16:27:52 |
| 22 | George Floyd protests which started about 17 days | 16:27:56 |
| 23 | prior on 5-28-2020. | 16:27:58 |
| 24 | A  Yes, ma'am. | 16:28:01 |
| 25 | Q  What does it indicate that -- your | 16:28:01 |

1    signature and the date at bottom of this page says          16:28:04

2    6-15?                                                        16:28:12

3        A   It looks like it was possibly printed out           16:28:13

4    on 15th, or I finished signing it the very next             16:28:15

5    morning at 7:16 a.m.                                         16:28:19

6        Q   Why did you write this report?                      16:28:20

7        A   I believe the department requested a                16:28:22

8    written statement from all involved response                16:28:25

9    teams.                                                       16:28:28

10       Q   Who requested?                                       16:28:29

11       A   I don't know who specifically, but I know           16:28:37

12   a statement was requested.                                  16:28:39

13       Q   Well, did Lieutenant Williams ask you to            16:28:41

14   complete a statement?                                        16:28:48

15       A   No, I believe he completed his own                  16:28:49

16   statement.                                                   16:28:52

17           I think this was from downtown.  I don't            16:28:52

18   know who specifically wanted statements.                     16:28:55

19       Q   So somebody from police headquarters                16:28:57

20   wanted you and the other officers to complete               16:29:00

21   statements?                                                  16:29:03

22       A   Yes, ma'am.                                          16:29:03

23       Q   When did you first learn that, that the            16:29:08

24   department headquarters wanted statements                    16:29:10

25   completed?                                                   16:29:13

| | | |
|---|---|---|
| 1 | A  I don't know when exactly.  I know that, | 16:29:14 |
| 2 | to the best of my knowledge, it was the 17 days | 16:29:17 |
| 3 | afterwards that it was requested. | 16:29:20 |
| 4 | Q  What was your purpose in writing the | 16:29:24 |
| 5 | statement? | 16:29:29 |
| 6 | A  I believe the purpose was just to collect | 16:29:32 |
| 7 | a written statement of what took place as far as | 16:29:36 |
| 8 | myself and our team members. | 16:29:39 |
| 9 | Q  Okay. | 16:29:42 |
| 10 | A  I don't know why they requested it. | 16:29:43 |
| 11 | Q  On the first page of your statement it | 16:29:46 |
| 12 | says in the fourth paragraph:  I was assigned to | 16:29:50 |
| 13 | the protests on 05-28-2020, 5-29, 5-30, 5-31, 6-1, | 16:29:54 |
| 14 | 6-2, 6-4 and 6-6 with my team:  Officer Pittsley, | 16:30:03 |
| 15 | Officer Cane, Officer Spencer and Officer LeFebre. | 16:30:09 |
| 16 | So how did you recall what were all the | 16:30:17 |
| 17 | days that you were there? | 16:30:19 |
| 18 | A  I believe that I, I possibly could have | 16:30:19 |
| 19 | referred to TeleStaff, but it was still pretty | 16:30:24 |
| 20 | fresh that we were down there for multiple days. | 16:30:28 |
| 21 | Q  Is TeleStaff the thing that tells you what | 16:30:30 |
| 22 | days you were working? | 16:30:34 |
| 23 | A  Yes, ma'am. | 16:30:35 |
| 24 | Q  Now, during the days of the protests, | 16:30:35 |
| 25 | these days that you mention on the first page of | 16:30:40 |

1    your report, did you or any members of your          16:30:42

2    team -- sorry, strike that.                           16:30:45

3         Did you use any less-lethal weapons?            16:30:47

4    A  On the first day, yes.  I used OC fogger.          16:30:52

5    Q  Okay.  What about on the 29th?                     16:30:56

6    A  I don't believe any other day I used less          16:30:57

7    lethal.                                               16:31:01

8    Q  Okay.  So --                                       16:31:02

9    A  Not to my -- not to me remembering any             16:31:03

10   specific incident.  I don't -- I think I had an       16:31:06

11   accidental, when we had one of our officers fall      16:31:09

12   off of the RDV, as mentioned, I think I               16:31:12

13   accidentally, I was repositioning, we were trying,    16:31:16

14   he fell off the RDV as we are taking bottles and      16:31:18

15   rocks, so...                                          16:31:22

16   Q  So with respect to the days that you               16:31:23

17   reference here, from 5-28 to 0-6, the only day        16:31:26

18   that you deployed a less-lethal weapon was OC         16:31:32

19   spray on the 28th?                                    16:31:37

20   A  I believe so.  That was the only day I             16:31:38

21   used my fogger.                                        16:31:40

22   Q  That's just the can, the can, right?              16:31:41

23   A  Yes, ma'am, the can.                               16:31:44

24   Q  You did not carry any less-lethal weapons          16:31:46

25   on any of these days?                                 16:31:50

1        A   No.  I do not carry the, those systems.        16:31:52

2        Q   Okay.  I'm referring specifically to           16:31:55

3    PepperBall and 40mm.                                   16:31:58

4        A   I do not carry those for any protests we       16:32:00

5    are deployed to.                                       16:32:03

6        Q   Okay.  Now during these days that you          16:32:05

7    reference in your report, from May 28th to June        16:32:07

8    6th, did you see any of the officers on your team,     16:32:11

9    Pittsley, Cane, Spencer, LeFebre, or Sellers when      16:32:14

10   he joined the team, deploy any less-lethal             16:32:20

11   weapons?                                               16:32:23

12       A   My team did deploy less lethal, yes.           16:32:23

13       Q   Did you authorize any of your officers to      16:32:28

14   deploy less-lethal weapons?                            16:32:31

15       A   I did not give them verbal authorization,      16:32:33

16   which they do not need.                                16:32:38

17       Q   Why don't they need it?                        16:32:40

18       A   If they use the less lethal, I'm sure a        16:32:41

19   threat was posed or some situation needed to be        16:32:46

20   handled.                                               16:32:49

21       Q   You state here:  At no point during the        16:32:51

22   eight days of protest assignment did I observe any     16:32:58

23   team member deploy less lethal out of policy           16:33:01

24   during any peaceful protest.                           16:33:05

25           Do you see that?                               16:33:07

| | |
|---|---|
| 1 | A  Yes, ma'am. | 16:33:07 |
| 2 | Q  Is that true? | 16:33:08 |
| 3 | A  That's true. I don't believe they, they | 16:33:08 |
| 4 | used it on a peaceful crowd. | 16:33:10 |
| 5 | Q  So all of the uses of force that you | 16:33:13 |
| 6 | witnessed by members of your team during the | 16:33:16 |
| 7 | protests from May 28th to June 6th were consistent | 16:33:18 |
| 8 | with DPD policy, correct? | 16:33:22 |
| 9 | A  I believe so. | 16:33:23 |
| 10 | Q  They were authorized by the Denver Police | 16:33:24 |
| 11 | Department, correct? | 16:33:28 |
| 12 | A  Yes, I believe it fell within policy. | 16:33:29 |
| 13 | Q  You certainly have no reason to believe | 16:33:32 |
| 14 | that anybody should be disciplined, anybody on | 16:33:40 |
| 15 | your team should be disciplined for any uses of | 16:33:41 |
| 16 | force that they deployed from May 28th to June | 16:33:44 |
| 17 | 6th, correct? | 16:33:49 |
| 18 | A  Nothing was brought to my attention at the | 16:33:50 |
| 19 | time as far as a use of force that required | 16:33:52 |
| 20 | investigation or discipline on their part. | 16:33:55 |
| 21 | Q  I'm showing you the third page of your | 16:33:59 |
| 22 | report, which is Bates stamped Denver 2799, and at | 16:34:01 |
| 23 | the last paragraph you state:  During our eight | 16:34:05 |
| 24 | days of protest assignment, my team showed great | 16:34:08 |
| 25 | professionalism and restraint when verbally and | 16:34:10 |

| | | |
|---|---|---|
| 1 | physical abused by protesters day after day. | 16:34:13 |
| 2 | Lieutenant Williams provided great leadership and | 16:34:17 |
| 3 | direction when responding to a countless number of | 16:34:19 |
| 4 | violent and agitated protesters intent on injuring | 16:34:21 |
| 5 | officers. | 16:34:25 |
| 6 |     Do you see that? | 16:34:26 |
| 7 | A  I do, ma'am. | 16:34:27 |
| 8 | Q  Do you believe that? | 16:34:28 |
| 9 | A  I do believe that. | 16:34:28 |
| 10 | Q  That's true, correct? | 16:34:29 |
| 11 | A  I believed it at the time, yes. | 16:34:30 |
| 12 | Q  All right.  Did you tell your officers | 16:34:32 |
| 13 | during the course of the -- while the protests | 16:34:35 |
| 14 | were going on and you were assigned to the | 16:34:36 |
| 15 | protest, did you tell them they were doing a great | 16:34:38 |
| 16 | job? | 16:34:41 |
| 17 | A  I don't specifically remember that, but I | 16:34:42 |
| 18 | mean we tried to -- it was a long week, so I'm | 16:34:44 |
| 19 | sure we tried to keep everybody's spirits up. | 16:34:47 |
| 20 | Q  How did you go about trying to keep up the | 16:34:51 |
| 21 | spirits of your team? | 16:34:54 |
| 22 | A  For me personally, humor is always a good | 16:34:55 |
| 23 | tool, or some downtime when we're allowed, or the | 16:35:00 |
| 24 | violence subsided.  I think those are all good | 16:35:05 |
| 25 | tools just to decompress. | 16:35:08 |

| | | |
|---|---|---|
| 1 | Q  Did you ever at any time during your eight | 16:35:11 |
| 2 | days of protest assignment get any indication from | 16:35:16 |
| 3 | supervisors above you, or command-level staff, | 16:35:21 |
| 4 | that the actions of you, or anyone on your team, | 16:35:24 |
| 5 | were inappropriate or outside of policy? | 16:35:27 |
| 6 | A  I have never been notified by anybody that | 16:35:30 |
| 7 | anything myself, or my team, did was questionable | 16:35:35 |
| 8 | or out of policy, or being investigated. | 16:35:38 |
| 9 | Q  At any time during your eight days of | 16:35:42 |
| 10 | protest assignment, did you get the sense that | 16:35:46 |
| 11 | command staff approved of the actions of you and | 16:35:56 |
| 12 | your team? | 16:35:58 |
| 13 | A  I don't, I don't know either way.  I | 16:36:00 |
| 14 | don't, I didn't have a signal from them either | 16:36:06 |
| 15 | way. | 16:36:08 |
| 16 | Q  You never had any reason to believe that | 16:36:10 |
| 17 | anything that you or any of your team members were | 16:36:13 |
| 18 | doing during the course of protest was | 16:36:17 |
| 19 | inappropriate or outside of policy, correct? | 16:36:19 |
| 20 | A  Yes, nothing was brought to my attention, | 16:36:22 |
| 21 | and I'm sure my team members would have told me if | 16:36:24 |
| 22 | it was brought to their attention. | 16:36:27 |
| 23 | Q  Did Lieutenant Williams ever tell you one | 16:36:29 |
| 24 | way or another how you and your team members were | 16:36:31 |
| 25 | doing? | 16:36:34 |

1    A   I don't recall any specific conversation,          16:36:34

2  but I remember he never brought any problems to my        16:36:37

3  attention.                                                16:36:42

4    Q   So Lieutenant Williams was actually                16:36:45

5  deployed with you and your team, correct?                 16:36:49

6    A   I believe primarily he was riding with the         16:36:52

7  180 team, so once we joined their RDV, he was             16:36:55

8  there.                                                    16:36:59

9    Q   Let's take, we are taking a look at the            16:37:00

10  second page of your statement, and in the middle         16:37:04

11  you state:  Lieutenant Williams was our direct           16:37:08

12  supervisor and primarily rode on the RDV with the        16:37:10

13  180 and 380 impact teams and on scene during our         16:37:14

14  deployments.                                              16:37:16

15      Do you see that?                                     16:37:17

16    A   Yes, ma'am.                                        16:37:18

17    Q   Tell me how it is that you and the 180            16:37:18

18  teams were together?                                      16:37:21

19    A   Okay.  So that's why I said primarily.            16:37:23

20  There were certain times, obviously, he was not          16:37:26

21  around at every moment, but an RDV is one of the         16:37:29

22  larger vehicles where the officers can ride on the       16:37:32

23  side, so one team would be on one side and the           16:37:35

24  other side would be occupied by the other team,          16:37:39

25  and Lieutenant Williams would ride in the RDV.           16:37:42

1    Q  So you had, I mean, so it's four officers          16:37:46

2  on your team, plus you, right?                          16:37:52

3    A  Yes, ma'am.                                        16:37:53

4    Q  So you could have five, so you were on the         16:37:55

5  outside, too?                                           16:37:57

6    A  At times I was.                                    16:37:58

7    Q  Okay.  Were there times when you were in           16:37:59

8  the RDV?                                                16:38:03

9    A  There were times inside the RDV, just             16:38:04

10  depending on the situation, or if we got deployed       16:38:07

11  to two separate locations.                              16:38:10

12    Q  Just so I understand, when your team and           16:38:13

13  team 180 and Lieutenant Williams were together,         16:38:17

14  you were on one RDV, usually with Lieutenant            16:38:20

15  Williams inside.                                        16:38:23

16      And then your team on one side, and the           16:38:25

17  180 team on the other side of the RDV?                  16:38:27

18    A  Yes, that was very common.                         16:38:30

19    Q  Okay.  Sergeant Abeyta was the supervisor          16:38:32

20  for team 180, correct?                                  16:38:35

21    A  Yes, ma'am.                                        16:38:38

22    Q  Who were the officers with him on team             16:38:39

23  180?                                                    16:38:42

24    A  I think one guy's name is Max,                     16:38:43

25  and -- there were several.  I'd be guessing.  It's      16:38:52

| | | |
|---|---|---|
| 1 | like Folkenberger, or something. | 16:38:57 |
| 2 | Q   Max McDermott? | 16:39:03 |
| 3 | A   There you go. | 16:39:04 |
| 4 | Q   Adam van Volkenberg? | 16:39:05 |
| 5 | A   That name sounds familiar. | 16:39:10 |
| 6 | Q   Cole Conners? | 16:39:12 |
| 7 | A   I believe so. | 16:39:14 |
| 8 | Q   And Ryan Moser? | 16:39:15 |
| 9 | A   I believe so. | 16:39:17 |
| 10 | Q   Okay. | 16:39:17 |
| 11 | A   These are not my team members, so... | 16:39:20 |
| 12 | Q   Sure.  I understand.  Do you recall there | 16:39:21 |
| 13 | being four people, plus Abeyta, on his team? | 16:39:27 |
| 14 | A   I cannot say if he had, what is numbers | 16:39:31 |
| 15 | were. | 16:39:34 |
| 16 | Q   Okay.  So during your deployment from May | 16:39:34 |
| 17 | 29th to May 31st, let's say, okay?  So that's | 16:39:40 |
| 18 | Friday, Saturday and Sunday, the first week of | 16:39:43 |
| 19 | protests, you were together with team 180 and | 16:39:45 |
| 20 | Lieutenant Williams, right? | 16:39:49 |
| 21 | A   Yes, ma'am. | 16:39:50 |
| 22 | Q   Lieutenant Williams, he was acting as your | 16:39:52 |
| 23 | direct supervisor, correct? | 16:40:04 |
| 24 | A   Yes.  He would have been the ranking | 16:40:07 |
| 25 | officer. | 16:40:10 |

1    Q  Let's focus on the Friday, the Saturday        16:40:10

2  and the Sunday, May 29th, May 30th, and May 31st.    16:40:16

3    A  Okay.                                           16:40:20

4    Q  Was it Lieutenant Williams who was the         16:40:20

5  one, you know, on your team on your deployment,      16:40:23

6  who was communicating with the command post on the   16:40:27

7  radio?                                               16:40:31

8    A  I believe so.                                   16:40:32

9    Q  You had a radio, though, right?                16:40:34

10   A  Yes.                                            16:40:37

11   Q  Okay.  But did you ever get on the radio       16:40:38

12 to communicate directly with the command post or     16:40:41

13 was that done by Lieutenant Williams?                16:40:45

14   A  Depending on the situation, how fluid it       16:40:46

15 was, what was moving, or if we got separated, I      16:40:49

16 could have got on the radio, but I'm sure if the     16:40:53

17 whole team was together, that would have been his    16:40:55

18 primary responsibility.                              16:40:58

19   Q  So what is your understanding of what          16:41:00

20 Lieutenant Williams was doing when he was            16:41:04

21 communicating with the command post on the radio?    16:41:07

22   A  He -- I'm not quite sure what you mean.        16:41:09

23   Q  So, you are aware that during your             16:41:13

24 deployments in the first few days of the protests,   16:41:17

25 Lieutenant Williams was communicating with the       16:41:20

| | | |
|---|---|---|
| 1 | command post, correct? | 16:41:22 |
| 2 | A  Yeah. | 16:41:23 |
| 3 | Q  I mean, what was the purpose of that? | 16:41:23 |
| 4 | A  I'm sure they were communicating whether | 16:41:27 |
| 5 | to move our group, stay where we're at, what's | 16:41:30 |
| 6 | going on, what kind of, what kind of activity is | 16:41:35 |
| 7 | taking place, where we need to be deployed. | 16:41:38 |
| 8 | Q  Right.  So the command post was | 16:41:41 |
| 9 | coordinating the actions of your team and other | 16:41:44 |
| 10 | law enforcement personnel who were policing the | 16:41:47 |
| 11 | protests, right? | 16:41:49 |
| 12 | A  Yes, we were, the incident command post. | 16:41:51 |
| 13 | Q  Okay.  And because you and your team were | 16:41:54 |
| 14 | out in the field, you wouldn't necessarily know, | 16:41:57 |
| 15 | just by yourself, what other teams were doing and, | 16:41:59 |
| 16 | you know, how you should respond to the | 16:42:02 |
| 17 | protesters, right? | 16:42:05 |
| 18 | A  No. | 16:42:07 |
| 19 | Q  So one of the reasons that there is a | 16:42:08 |
| 20 | command post is to coordinate the actions of all | 16:42:11 |
| 21 | the various law enforcement personnel who are out | 16:42:14 |
| 22 | there dealing with the protesters, right? | 16:42:17 |
| 23 | A  Yes, ma'am. | 16:42:19 |
| 24 | Q  Okay.  So are you familiar with the term | 16:42:20 |
| 25 | "the incident command system"? | 16:42:26 |

| | | |
|---|---|---|
| 1 | A  I've never heard that.  I've always heard | 16:42:29 |
| 2 | incident command post, IC. | 16:42:33 |
| 3 | Q  What is the incident command post? | 16:42:35 |
| 4 | A  That's where the commander of special | 16:42:37 |
| 5 | operations would basically be, be the command post | 16:42:40 |
| 6 | where everything is going in and out from there. | 16:42:44 |
| 7 | Q  And so -- | 16:42:47 |
| 8 | A  Information. | 16:42:48 |
| 9 | Q  Information.  So the incident commander | 16:42:49 |
| 10 | for the protests last May and June was Commander | 16:42:52 |
| 11 | Phelan, correct? | 16:42:55 |
| 12 | A  I believe so. | 16:42:55 |
| 13 | Q  And Commander Phelan was the overall, as | 16:42:57 |
| 14 | the incident commander, he was commanding the | 16:43:01 |
| 15 | movements of all of the personnel, who were law | 16:43:04 |
| 16 | enforcement personnel who were responding to the | 16:43:07 |
| 17 | protests, correct? | 16:43:08 |
| 18 | A  I believe so. | 16:43:10 |
| 19 | Q  On the first day of the protests, how did | 16:43:11 |
| 20 | you become aware that you were going to be | 16:43:25 |
| 21 | assigned to police protests? | 16:43:28 |
| 22 | A  I believe that we were notified with an | 16:43:30 |
| 23 | urgent email that was sent out to various teams | 16:43:34 |
| 24 | I'm sure, and that we had to respond downtown.  I | 16:43:39 |
| 25 | don't recall the time, 5:00, 6:00, 7:00, and go to | 16:43:42 |

| | | |
|---|---|---|
| 1 | a briefing. | 16:43:46 |
| 2 | Q  Okay.  So on the first day of the protests | 16:43:47 |
| 3 | you went to a briefing in the early evening? | 16:43:51 |
| 4 | A  I believe so. | 16:43:53 |
| 5 | Q  Who else was at this briefing? | 16:43:54 |
| 6 | A  I do not recall. | 16:43:58 |
| 7 | Q  Was this briefing for supervisors? | 16:43:59 |
| 8 | A  Yes, it would have been a supervisor's | 16:44:01 |
| 9 | briefing, and obviously command officers, or intel | 16:44:05 |
| 10 | officers. | 16:44:09 |
| 11 | Q  I just want to make sure I understand the | 16:44:12 |
| 12 | terminology.  So sometimes I see reference, you | 16:44:14 |
| 13 | know, people talk about supervisors, and then | 16:44:17 |
| 14 | sometimes they talk about command, command | 16:44:19 |
| 15 | personnel. | 16:44:22 |
| 16 | A  Okay. | 16:44:23 |
| 17 | Q  So is there a difference? | 16:44:23 |
| 18 | A  Well, it could be, I mean, speaking for | 16:44:25 |
| 19 | myself, a supervisor could be a corporal who is | 16:44:29 |
| 20 | not a sergeant, or a supervisor could be a | 16:44:35 |
| 21 | sergeant, all depending on who you are speaking | 16:44:37 |
| 22 | with. | 16:44:40 |
| 23 | Q  I got it.  When there's references to | 16:44:41 |
| 24 | command-level staff, what does that usually mean? | 16:44:49 |
| 25 | A  Just based on multiple protest briefings, | 16:44:51 |

1   usually command officers, could be anybody from a          16:44:57

2   sergeant to detective, lieutenants, chiefs.                16:44:59

3       Q   At the briefing on the first day, on May           16:45:10

4   28th, the supervisor's briefing, was that intended         16:45:13

5   for people who were sergeants and above?                   16:45:17

6       A   I believe so.                                      16:45:20

7       Q   Okay.  You attended that, correct?                 16:45:22

8       A   Yes, ma'am.                                        16:45:24

9       Q   Where was it held?                                 16:45:25

10      A   I believe at the crime lab.                        16:45:26

11      Q   Where is that?                                     16:45:32

12      A   It's right across the -- not across the            16:45:34

13  street, but if you think of police headquarters,          16:45:39

14  the crime lab is just north of that.                       16:45:41

15      Q   Okay.                                              16:45:44

16      A   It's that big building just along 14th             16:45:45

17  Avenue.                                                    16:45:48

18      Q   Who else was at this meeting?                      16:45:51

19      A   I have no -- I do not recall who.                  16:45:54

20      Q   So how about, not by name but in terms of          16:45:58

21  the types of staff, there were sergeants there,           16:46:03

22  lieutenants, you know, in terms of rank?                   16:46:05

23      A   Yeah, based on multiple protest briefings,         16:46:10

24  that's who usually attends these, would be                 16:46:13

25  sergeants.  It could be a corporal if they don't           16:46:16

1  have a sergeant available.  It could be                16:46:19

2  lieutenants, it could be intelligent detectives,       16:46:22

3  it could be deputy chiefs, commanders, chiefs.         16:46:26

4      Q   Was the Chief of Police there?                 16:46:30

5      A   I do not recall.                               16:46:32

6      Q   Was Commander Phalen there?                    16:46:33

7      A   I believe so.                                  16:46:35

8      Q   What was discussed at this briefing?           16:46:38

9      A   I do not recall specifics, but obviously       16:46:43

10  they were, they called us down for possible            16:46:46

11  protests.                                               16:46:49

12      Q   What were you told about what your             16:46:53

13  assignment would be?                                    16:47:03

14      A   I don't recall specifics but, obviously,       16:47:04

15  they were deploying us at multiple locations.  I       16:47:08

16  really couldn't say if they were still dealing         16:47:14

17  with unknowns.  I really can't say to what they        16:47:16

18  were thinking, but except for if they were             16:47:19

19  anticipating protests or riots.                        16:47:22

20      Q   Now, were you given any paperwork at this      16:47:25

21  briefing?                                               16:47:31

22      A   We were usually giving an ops plan, or a       16:47:32

23  roster of officers.                                     16:47:37

24      Q   Do you recall being given an ops plan?         16:47:39

25      A   I usually, just based on habit, I usually      16:47:43

1   just pick one up at the front door, if they are          16:47:46

2   available.                                               16:47:49

3       Q   Do you recall doing that for this first          16:47:49

4   day?                                                     16:47:53

5       A   I don't recall specifically that day, but        16:47:53

6   that usually is my habit.                                16:47:56

7       Q   Okay.                                            16:47:58

8       (Interrupted crosstalk.)                             16:48:01

9       Q   Sorry, go ahead.                                 16:48:02

10      A   I was just saying, usually based on, I           16:48:04

11  walk in and I grab a roster and an operations            16:48:07

12  plan.                                                    16:48:10

13      Q   What's the roster?                               16:48:10

14      A   It's basically a list of who's responding        16:48:11

15  for the incident.                                        16:48:15

16      Q   Was there one available?                         16:48:17

17      A   I don't recall specifically, but if there        16:48:20

18  was one I would have grabbed it.                         16:48:22

19      Q   What's the purpose of a roster?                  16:48:26

20      A   I'm sure to show all the officers that are       16:48:32

21  down there who else is down, or what resources are       16:48:34

22  available, would be my best guess.                       16:48:38

23      I'm sure that's more for the incident               16:48:43

24  commander than a patrol sergeant.                        16:48:44

25      Q   Was there any discussion during this             16:48:49

1  supervisor's briefing about the rules of                      16:48:51

2  engagement with protesters?                                   16:48:53

3      A  I do not recall any specifics, as far as               16:48:55

4  when or when not to deploy.                                   16:49:00

5      Q  Do you recall any discussion at all of the             16:49:11

6  circumstances under which less-lethal weapons                 16:49:14

7  could be used?                                                16:49:19

8      A  No specific conversation, no.                          16:49:19

9      Q  Were you ever told at any time by                      16:49:33

10 Lieutenant Williams of the criteria for the use of            16:49:47

11 less-lethal weapons?                                          16:49:51

12     A  No, I don't believe that would have been a             16:49:53

13 discussion I would look to Lieutenant Williams                16:49:55

14 for.  I don't think that would have taken place.              16:49:59

15     Q  Have you ever seen Lieutenant Williams'                16:50:01

16 report?                                                       16:50:06

17     A  I might have glanced at it, but I don't                16:50:07

18 think I read it through.                                      16:50:10

19     Q  In Lieutenant Williams' report, he states             16:50:11

20 that he was assigned impact teams 180 and 380 and             16:50:16

21 570.                                                          16:50:21

22         Do you recall being with 570, with                    16:50:22

23 Sergeant Joe Lucero at some point?                            16:50:26

24     A  I think he did join our team at several                16:50:28

25 locations, but I don't remember specifics.  I                 16:50:31

1   definitely saw him at, at the protest.                      16:50:34

2       Q   Would he have been with -- Lucero and his           16:50:36

3   team have been on the same RDV?                             16:50:40

4       A   No.                                                 16:50:41

5       Q   You would not have fit all these people?            16:50:42

6       A   No.  I would have documented it.  Yeah, we          16:50:45

7   would have, we would have been more together.               16:50:48

8       Q   Lieutenant Williams states in his report:           16:50:52

9   I briefed my teams on the criteria for the use of           16:50:54

10  less lethal, which included PepperBall, 40mm, gas           16:50:56

11  foggers and CS cannisters.                                  16:51:01

12      Specifically, I told them 40mm was to be                16:51:04

13  used to target individuals engaged in active                16:51:07

14  aggression, and that CS cannisters would only be            16:51:10

15  used when ordered by a command officer.                     16:51:12

16      Do you recall being given those                         16:51:14

17  instructions by Lieutenant Williams?                        16:51:16

18      A   I don't remember the conversation                   16:51:18

19  specifically.  He could have said that.                     16:51:20

20      Q   Do you dispute that he gave you those               16:51:22

21  instructions?                                               16:51:28

22      A   No, I'm not disputing.  I just said I               16:51:28

23  don't remember that, that particular conversation           16:51:31

24  that he's referring to.                                     16:51:34

25      Q   Okay.  Do you recall the instruction that           16:51:36

1    CS cannisters would only be used when ordered by a          16:51:39
2    command officer?                                            16:51:43
3        A   I don't remember exactly what day that              16:51:44
4    order came out, but I do believe hearing that at            16:51:46
5    some point.                                                 16:51:50
6        Q   So did you implement that with respect to           16:51:51
7    your team?                                                  16:51:55
8        A   I believe they were told about the same             16:51:57
9    order.                                                      16:51:59
10       Q   If Lieutenant Williams told you that CS             16:52:01
11   cannisters would only be used when ordered by a             16:52:07
12   command officer, would you then communicate that            16:52:11
13   to your team members and say, hey, the CS                   16:52:13
14   cannisters can only be deployed when ordered by a           16:52:16
15   command officer?                                            16:52:19
16       A   Absolutely.  I believe once, I believe it           16:52:20
17   was several days later that that order came out,            16:52:22
18   and I believe he went over that.                            16:52:25
19       Q   Well, the first mention of it in his                16:52:27
20   report is on Friday, May 29th, the second day.              16:52:34
21          Is that consistent with your recollection?           16:52:37
22       A   I don't remember what day it happened, but          16:52:40
23   I, I do believe, just my general memory, I believe          16:52:43
24   an order came out that restricted the use, because          16:52:47
25   something was challenged.                                   16:52:52

1     I don't know specifically what day that                16:52:55

2 was, though.                                                16:52:58

3     Q  All right.  So if Lieutenant Williams gave           16:52:58

4 you an order and said, CS cannisters would only be          16:53:02

5 deployed when ordered by a command officer, you             16:53:06

6 would have communicated that down the line to your          16:53:10

7 officers, right?                                            16:53:24

8     A  Yes.                                                 16:53:13

9     Q  You and your team acted consistently with           16:53:13

10 those orders from Lieutenant Williams, correct?            16:53:18

11    A  Absolutely.                                          16:53:21

12    Q  What else do you recall being discussed              16:53:36

13 during the supervisor's briefing on May 28th?              16:53:43

14    A  I don't recall any specifics.                        16:53:47

15 (Interrupted crosstalk.)                                   16:53:54

16    Q  Generally speaking, what do you recall               16:54:04

17 taking away from the supervisors' briefing on May          16:54:14

18 28th?                                                       16:54:20

19    A  I don't recall any specifics on the 28th,            16:54:20

20 but in general briefings you're obviously given an         16:54:23

21 assignment, possibly a zone, where you are                 16:54:28

22 responsible for, as far as being in that area for          16:54:30

23 deployment.                                                16:54:34

24    Q  Okay.  Did you have supervisor briefings             16:54:37

25 every day?                                                 16:54:41

1    A   Yes.                                             16:54:41

2    Q   All right.  That would occur at the             16:54:43

3   beginning of your shift?                             16:54:45

4    A   Yes, depending on, we might have come and       16:54:46

5   got our equipment first, but it definitely was       16:54:50

6   before the incident.                                 16:54:53

7    Q   Do you recall the rules of engagement with      16:54:55

8   protesters being discussed at any of the other       16:54:58

9   briefings, supervisor briefings?                     16:55:02

10    A   I believe, like I said, I think after          16:55:04

11   something was challenged, I don't have the exact     16:55:07

12   dates or times, I believe something was restricted   16:55:10

13   as far as the gas, or some type of other weaponry    16:55:14

14   that was no longer available, so I think that was    16:55:19

15   discussed, but that was several days in.             16:55:22

16    Q   At any supervisor briefings after the          16:55:26

17   first day, do you recall there being any             16:55:37

18   discussion of the circumstances under which          16:55:40

19   less-lethal weapons could be used?                   16:55:43

20    A   Nothing specific.                              16:55:44

21    Q   Do you recall receiving information during     16:55:47

22   the supervisor briefings that CS cannisters should   16:55:52

23   be used only when ordered by a command officer?      16:55:55

24    A   Yes, I believe that came out several days      16:55:58

25   later.                                               16:56:01

1      Q   If Lieutenant Williams' report reflects          16:56:01

2   that that came out on May 29th, the second day, do      16:56:10

3   you have any reason to dispute that?                    16:56:13

4      A   I, I don't know.  I can't testify to what        16:56:15

5   he wrote.  I just know that it was several days         16:56:18

6   later that there was something in the courts that       16:56:21

7   was challenged, and certain tools were no longer        16:56:23

8   available.                                              16:56:27

9      Q   So there was a court challenge where there       16:56:28

10  was temporary restraining order that was issued on      16:56:32

11  June 6th.                                               16:56:35

12     A   Yes.                                             16:56:37

13     Q   Is that what you are thinking of?                16:56:37

14     A   I believe so.  I don't have the exact            16:56:40

15  dates for that.                                         16:56:41

16         I do recall that a court order came and          16:56:43

17  required certain tools not to be used no longer.        16:56:46

18     Q   That's different than what we were talking       16:56:50

19  about before in terms of CS cannisters should be        16:56:53

20  used when authorized by a supervisor, correct?          16:56:57

21         MR. RINGEL:  Object to the form and the          16:57:01

22  foundation.                                             16:57:01

23     A   Hello?                                           16:57:07

24         MR. RINGEL:  Go ahead, Sergeant.                 16:57:11

25     Q   You can go ahead.                                16:57:13

1     A   Okay, I do not recall that specific                    16:57:14

2   conversation with Lieutenant Williams that said CS            16:57:17

3   gas specifically only through him on that second             16:57:20

4   day.  I don't recall at this specific time he told           16:57:22

5   us.                                                          16:57:26

6     Q   Now, after the supervisor briefing on                   16:57:27

7   Thursday, May 28th, where were you deployed?                 16:57:32

8     A   After which day?                                        16:57:35

9     Q   On the first day, where were you deployed?              16:57:37

10    A   There were several locations.  I know                   16:57:40

11  during the daytime hours I was over by Platt,                16:57:45

12  trying to stop protesters from taking over the              16:57:50

13  highway, and as well as, I think just prior to              16:57:53

14  that, on I-25, after protesters got onto the                16:57:56

15  highway.                                                     16:58:01

16    Q   Were you present at 16th and Platt when                 16:58:02

17  tear gas was used on protesters?                             16:58:04

18    A   I believe so.                                           16:58:07

19      MR. RINGEL:   Object to the form and the                  16:58:08

20  foundation.                                                  16:58:09

21    Q   You believe so?                                         16:58:11

22    A   I believe so.                                           16:58:12

23    Q   Okay.  Was it anybody on your team who                  16:58:14

24  deployed tear gas on protesters at 16th and Platt?          16:58:18

25    A   Nothing I specifically remember.                        16:58:23

| | | |
|---|---|---|
| 1 | Q What other units were present at 16th and | 16:58:25 |
| 2 | the Platt? | 16:58:31 |
| 3 | A I believe 180's team, and possibly the | 16:58:32 |
| 4 | mall unit, but I'm not sure. | 16:58:37 |
| 5 | Q The mall unit? | 16:58:39 |
| 6 | A The mall unit. | 16:58:41 |
| 7 | Q What's the mall unit? | 16:58:43 |
| 8 | A The motorcycle unit, they basically | 16:58:46 |
| 9 | respond to problems on the 16th Street Mall. | 16:58:50 |
| 10 | Q Okay. | 16:58:55 |
| 11 | A I believe. | 16:58:59 |
| 12 | Q So on May 28th, Thursday, May 28th, at | 16:58:59 |
| 13 | 16th and Platt, you were present when tear gas was | 16:59:08 |
| 14 | used on protesters, correct? | 16:59:11 |
| 15 | A I believe so. | 16:59:13 |
| 16 | Q You don't recall if it was somebody on | 16:59:14 |
| 17 | your team who used the tear gas? | 16:59:17 |
| 18 | A I don't recall specifically if it was my | 16:59:20 |
| 19 | team member. | 16:59:24 |
| 20 | Q But if it wasn't one of your team members, | 16:59:25 |
| 21 | it would have been somebody in the mall unit or | 16:59:29 |
| 22 | 380? | 16:59:32 |
| 23 | A 180. | 16:59:32 |
| 24 | Q I'm sorry, 180? | 16:59:34 |
| 25 | A I believe so, it would have been them, | 16:59:35 |

| | |
|---|---|
| 1 | unless there were, there was another unit there | 16:59:38 |
| 2 | that I was not made aware of. | 16:59:40 |
| 3 |    Q  Did the mall unit officers carry | 16:59:42 |
| 4 | less-lethal weapons? | 16:59:46 |
| 5 |    A  I believe so, but I can't say for sure. | 16:59:48 |
| 6 |    Q  Sergeant Abeyta was present, correct? | 16:59:51 |
| 7 |    A  I believe Sergeant Abeyta was on Platt, | 16:59:57 |
| 8 | 16th and Platt. | 17:00:02 |
| 9 |    Q  Right.  Were there any lieutenants there? | 17:00:03 |
| 10 |    A  There could have been, I don't know | 17:00:07 |
| 11 | remember specifically. | 17:00:10 |
| 12 |    Q  Do you recall if Lieutenant Williams was | 17:00:15 |
| 13 | there? | 17:00:17 |
| 14 |    A  I do not recall that first day if Williams | 17:00:17 |
| 15 | was with us. | 17:00:20 |
| 16 |    Q  What was the reason that tear gas was used | 17:00:21 |
| 17 | on protesters at 16th and Platt on May 28th? | 17:00:22 |
| 18 |    A  I don't know who deployed the tear gas for | 17:00:31 |
| 19 | what reasoning.  I know at the time items were | 17:00:34 |
| 20 | being thrown at police. | 17:00:36 |
| 21 |    Q  You witnessed items being thrown at police | 17:00:38 |
| 22 | on 16th and Platt? | 17:00:48 |
| 23 |    A  Yes, I believe I documented a bottle went | 17:00:49 |
| 24 | by my head, but did not make contact. | 17:00:52 |
| 25 |    Q  You had a body-worn camera during the days | 17:00:55 |

| | | |
|---|---|---|
| 1 | of the protests, correct? | 17:00:59 |
| 2 | A  Yes, ma'am. | 17:01:00 |
| 3 | Q  You had it on you on May 28th, correct? | 17:01:01 |
| 4 | A  Yes, ma'am. | 17:01:04 |
| 5 | Q  You decided when to turn it on and off, | 17:01:07 |
| 6 | right? | 17:01:12 |
| 7 | A  Yes, ma'am. | 17:01:13 |
| 8 | Q  Did you have your body-worn camera on | 17:01:19 |
| 9 | during the tear-gassing incident at 16th and | 17:01:22 |
| 10 | Platt? | 17:01:26 |
| 11 | A  I don't recall.  I have not reviewed my | 17:01:26 |
| 12 | body-worn. | 17:01:31 |
| 13 | Q  After each day of your deployment, what | 17:01:32 |
| 14 | did you do with your body-worn camera? | 17:01:37 |
| 15 | A  The body-worn was placed in the docking | 17:01:39 |
| 16 | station and we tagged it. | 17:01:43 |
| 17 | Q  What does the docking station do? | 17:01:45 |
| 18 | A  Basically it uploads it to what is | 17:01:48 |
| 19 | evidence.com for future, obviously, litigations or | 17:01:53 |
| 20 | court cases. | 17:01:58 |
| 21 | Q  You did not delete any of your body-worn | 17:01:59 |
| 22 | camera footage, correct? | 17:02:04 |
| 23 | A  No.  I don't think that's possible. | 17:02:05 |
| 24 | Q  So whatever you recorded, you docked and | 17:02:07 |
| 25 | it was uploaded to evidence.com, correct? | 17:02:10 |

```
 1       A  Yes, ma'am.                                      17:02:14

 2       Q  And so if we don't have video of your            17:02:15

 3  actions at 16th and Platt when the protesters were       17:02:20

 4  tear gassed, it means that you did not record it?        17:02:25

 5       A  Yes, ma'am.                                       17:02:27

 6       Q  Why didn't you record the incident where         17:02:27

 7  the protesters were tear gassed at 16th and Platt?       17:02:29

 8       MR. RINGEL:  Object to the form and the             17:02:33

 9  foundation.                                              17:02:35

10       A  I can't, I can't say why at the time I did       17:02:42

11  not have my body-worn activated, or what                 17:02:46

12  circumstances, or if it evolved quickly, but for         17:02:49

13  no other reason I did not have it on.  If that's         17:02:51

14  what -- if I don't have the incident on body-worn.       17:02:55

15       Q  So you cannot explain why that incident          17:02:59

16  was not recorded by you?                                 17:03:02

17       A  No, I can't testify as to what was               17:03:04

18  happening at the time, the events and how they           17:03:08

19  unfolded.                                                17:03:12

20       Q  What is your understanding of DPD policy         17:03:12

21  about when you're supposed to turn on your               17:03:15

22  body-worn camera?                                        17:03:17

23       A  For me, it's a safely -- you know, as            17:03:19

24  quickly and as safely as possible.  Obviously            17:03:22

25  there are some situations where that's not always        17:03:25
```

| | | |
|---|---|---|
| 1 | possible, and situations just evolve quickly. | 17:03:28 |
| 2 | And then obviously, an officer's -- or a | 17:03:31 |
| 3 | supervisor is going to turn off their body-worn | 17:03:35 |
| 4 | camera when they feel the scene is secure. | 17:03:37 |
| 5 | Q  Were the protesters warned before they | 17:03:40 |
| 6 | were tear gassed at 16th and Platt? | 17:03:46 |
| 7 | A  I don't specifically remember a warning, | 17:03:51 |
| 8 | but I'm sure, based on training, that if it was | 17:03:55 |
| 9 | deployed, somebody gave a warning. | 17:03:57 |
| 10 | Q  How much time usually passes between a | 17:04:00 |
| 11 | warning and the actual tear gassing? | 17:04:03 |
| 12 | A  I cannot say for sure.  I'm sure every | 17:04:06 |
| 13 | officer may be different as far as the, trying to | 17:04:11 |
| 14 | give several warnings. | 17:04:14 |
| 15 | Q  You would agree you would want to give | 17:04:17 |
| 16 | sufficient time for people to disperse or to | 17:04:19 |
| 17 | comply with your orders, correct? | 17:04:21 |
| 18 | A  For my habit, I would, I personally would | 17:04:23 |
| 19 | like to get several orders to give time. | 17:04:26 |
| 20 | Q  So if there were orders to disperse given, | 17:04:30 |
| 21 | at 16th and Platt, before tear gas was used, how | 17:04:37 |
| 22 | much time do you think passed between the warnings | 17:04:42 |
| 23 | and the tear gassing? | 17:04:44 |
| 24 | A  I would not have an estimate.  I don't | 17:04:46 |
| 25 | know. | 17:04:51 |

| | | |
|---|---|---|
| 1 | Q  It would have been more than a minute, | 17:04:51 |
| 2 | right? | 17:04:54 |
| 3 | A  I could not recall. | 17:04:55 |
| 4 | Q  How long does it take for you to turn on | 17:04:57 |
| 5 | your body-worn camera? | 17:05:01 |
| 6 | A  Oh, seconds. | 17:05:02 |
| 7 | Q  You would have given more than a few | 17:05:04 |
| 8 | seconds between a warning and the use of tear gas, | 17:05:07 |
| 9 | right? | 17:05:10 |
| 10 | A  Yes, ma'am, I believe so. | 17:05:10 |
| 11 | Q  If there were a warning given to | 17:05:15 |
| 12 | protesters before tear gas was used on them at | 17:05:17 |
| 13 | 16th and Platt, you would have had sufficient time | 17:05:20 |
| 14 | to turn on your body-worn camera before the tear | 17:05:22 |
| 15 | gassing ensued, correct? | 17:05:25 |
| 16 | MR. RINGEL:  Object to the form and the | 17:05:27 |
| 17 | foundation. | 17:05:28 |
| 18 | A  If there was a warning given, depending on | 17:05:30 |
| 19 | the situation, if you're given proper time you | 17:05:34 |
| 20 | would have time to activate your body-worn. | 17:05:39 |
| 21 | I have no recollection as far as how it | 17:05:47 |
| 22 | was deployed or the warnings. | 17:05:50 |
| 23 | Q  Were you at 14th and Sherman on the | 17:05:51 |
| 24 | evening of May 28th, at approximately 8:30 to 9:15 | 17:05:55 |
| 25 | p.m.? | 17:06:01 |

| | | |
|---|---|---|
| 1 | A  I don't recall specifically, but I believe | 17:06:04 |
| 2 | there was a time we were on the -- that's the | 17:06:08 |
| 3 | south side of the capitol.  I believe my team was | 17:06:11 |
| 4 | there momentarily, or some type of large crowd. | 17:06:19 |
| 5 | Q  Can you see the screen? | 17:06:28 |
| 6 | A  Yes, ma'am. | 17:06:30 |
| 7 | Q  Okay.  I'm showing you your body-worn | 17:06:31 |
| 8 | camera, Bates stamped Denver 4021. | 17:06:36 |
| 9 | The time, date and time stamp on it is | 17:06:40 |
| 10 | 5-29-2020 at 2:54:15.  That's Greenwich, Greenwich | 17:06:47 |
| 11 | meantime. | 17:06:53 |
| 12 | A  I'm sorry -- | 17:06:56 |
| 13 | Q  Do you recall being at this intersection | 17:06:57 |
| 14 | on the evening of May 28th, at 8:54 p.m.? | 17:07:00 |
| 15 | A  That was the first night.  I know we were | 17:07:07 |
| 16 | there.  I don't know exactly what night, but yes, | 17:07:10 |
| 17 | at that intersection. | 17:07:13 |
| 18 | Q  Okay.  You did not review any of your | 17:07:14 |
| 19 | body-worn camera before your deposition, correct? | 17:07:17 |
| 20 | A  I have not. | 17:07:19 |
| 21 | Q  Did you ask to review any of it -- | 17:07:21 |
| 22 | (Interrupted crosstalk.) | 17:07:23 |
| 23 | A  I just want -- I could have seen it last | 17:07:24 |
| 24 | year when I uploaded it, but as far as before this | 17:07:27 |
| 25 | deposition, or recently, no. | 17:07:30 |

| | | |
|---|---|---|
| 1 | Q  Did you ask to see any of it before your | 17:07:32 |
| 2 | deposition today? | 17:07:36 |
| 3 | A  No. | 17:07:37 |
| 4 | Q  Why not? | 17:07:38 |
| 5 | A  I asked if I needed to, and I do not. | 17:07:39 |
| 6 | Q  I'm going to play a few seconds of this, | 17:07:52 |
| 7 | and then I'll ask you some questions. | 17:07:55 |
| 8 | We are starting at, the time on the camera | 17:07:56 |
| 9 | is 2:54:15. | 17:07:58 |
| 10 | A  Okay. | 17:08:02 |
| 11 | (Playing video.) | 17:08:03 |
| 12 | Q  I'm pausing it here, it played for 31 | 17:08:31 |
| 13 | seconds.  So there was a beep, and then the sound | 17:08:35 |
| 14 | came on; did you see that? | 17:08:38 |
| 15 | A  I did. | 17:08:40 |
| 16 | Q  That means that was the moment that you | 17:08:41 |
| 17 | turned your camera on, correct? | 17:08:43 |
| 18 | A  Yes, ma'am. | 17:08:44 |
| 19 | Q  And the body camera automatically records | 17:08:45 |
| 20 | for 30 seconds prior to that, correct? | 17:08:48 |
| 21 | A  Yes, ma'am. | 17:08:50 |
| 22 | Q  Why did you decide to turn your body-worn | 17:08:51 |
| 23 | camera on at that time? | 17:08:54 |
| 24 | A  I don't know why at this moment, but at | 17:08:55 |
| 25 | the time, I'm sure I had a reason, or depending on | 17:08:59 |

1   the crowd or what was going on, it might need to          17:09:02

2   be activated.                                             17:09:07

3       Q   I'll play it for a little bit more and            17:09:08

4   then I'm going to ask you, was this crowd peaceful        17:09:13

5   at this time?                                             17:09:17

6           (Playing video.)                                 17:09:17

7       Q   We played it to 57 seconds into the video.        17:09:43

8   Does that refresh your recollection as to whether         17:09:48

9   the crowd was peaceful at that time?                      17:09:51

10      A   I believe, I don't see any bottles or             17:09:53

11  rocks being thrown.  Is that what you're asking,          17:09:57

12  or -- I don't know exactly what everyone is doing         17:10:00

13  in the crowd at the time.                                 17:10:02

14      Q   You didn't see anything being thrown,             17:10:04

15  correct?                                                  17:10:06

16      A   No.                                               17:10:07

17      Q   People are chanting, right?                       17:10:07

18      A   Yes, ma'am.                                       17:10:09

19      Q   They are standing on the sidewalk and on          17:10:10

20  the street, right?                                        17:10:12

21      A   Yes.                                              17:10:13

22      Q   You didn't see any acts of violence,              17:10:14

23  right?                                                    17:10:19

24      A   Not from that frame, no.                          17:10:19

25      Q   I'm going to play it starting at 6 minutes        17:10:21

| | |
|---|---|
| 1 | 36 seconds into the video. | 17:10:43 |
| 2 | (Playing video.) | 17:10:46 |
| 3 | Q  I've paused it at 7:08.  Were there any | 17:11:17 |
| 4 | announcements that were being made by the police | 17:11:25 |
| 5 | at this time? | 17:11:28 |
| 6 | A  I don't recall specific announcements, | 17:11:28 |
| 7 | there could have been, but that was not coming | 17:11:31 |
| 8 | from me. | 17:11:34 |
| 9 | Q  Did you hear any announcements? | 17:11:37 |
| 10 | A  I did not, not to my recollection.  I | 17:11:41 |
| 11 | don't recall any specific announcements. | 17:11:44 |
| 12 | Q  I'm going to play it from 7:29 minutes | 17:11:46 |
| 13 | into the video. | 17:12:01 |
| 14 | A  Yes, ma'am. | 17:12:02 |
| 15 | (Playing video.) | 17:12:04 |
| 16 | Q  We can't hear you. | 17:12:07 |
| 17 | A  It stopped. | 17:12:09 |
| 18 | Q  Right.  I paused it.  Did you hear a | 17:12:14 |
| 19 | protest, in that clip that I just played, did you | 17:12:18 |
| 20 | hear a protester yell, "we can't hear you"? | 17:12:18 |
| 21 | A  Oh, can you play it again? | 17:12:21 |
| 22 | Q  Sure. | 17:12:22 |
| 23 | (Playing video.) | 17:12:23 |
| 24 | Q  Did you hear a protester yell, "we can't | 17:12:34 |
| 25 | hear you"? | 17:12:39 |

1    A  I did hear someone yell, "we can't hear          17:12:40
2  you."                                                 17:12:43
3    Q  It's quite noisy, right?                         17:12:43
4    A  That is a noisy crowd, yes.                      17:12:45
5    Q  Right.  They are chanting, it's loud,            17:12:48
6  right?                                                17:12:50
7    A  Yes, ma'am.                                      17:12:50
8    Q  There is drums, somebody is banging a            17:12:51
9  drum, right?                                          17:12:55
10   A  It sounded like one.                             17:12:56
11   Q  There may or may not have been an                17:12:58
12 announcement going on in the background, right?       17:13:01
13   A  I don't recall any specific announcement.        17:13:04
14   Q  You would agree that if you're going to          17:13:09
15 make an announcement before using less-lethal         17:13:16
16 weapons on a bunch of protesters, you want to make    17:13:20
17 sure that they hear you, right?                       17:13:23
18   A  Yes, ma'am.                                      17:13:25
19   Q  If a crowd can't hear you, then they can't       17:13:26
20 comply with your order before force is used on        17:13:31
21 them, right?                                          17:13:34
22      MR. RINGEL:  Object to the form and the          17:13:34
23 foundation.                                           17:13:36
24   A  I believe so.                                    17:13:39
25   Q  You're familiar with the Denver Police           17:13:40

1    Department crowd-management manual, correct?            17:13:46

2        A  I have had to go through it, yes, ma'am.         17:13:48

3        Q  One of the things that it provides for is        17:13:51

4    to make sufficient announcements so that people         17:13:54

5    can hear in order to comply with an order, right?       17:13:57

6        A  I believe so, ma'am.                             17:14:01

7        Q  And at least one person in the crowd tried       17:14:02

8    to communicate that they couldn't hear by saying        17:14:08

9    "we can't hear you", right?                             17:14:10

10       MR. RINGEL:  Object to the form and                 17:14:13

11   foundation.                                             17:14:14

12       A  I did hear someone say "we can't hear            17:14:16

13   you."                                                   17:14:19

14       Q  Do you recall hearing that at the time?          17:14:20

15       A  I do not recall hearing that at the time.        17:14:24

16       Q  Would you have done something about that         17:14:26

17   if you had heard it at the time?                        17:14:31

18       A  If someone had said we can't hear you?           17:14:32

19       Q  Yeah, you know, if somebody was making an        17:14:37

20   announcement, one of your supervisors was making        17:14:41

21   an announcement, and somebody in the crowd said we      17:14:44

22   can't hear you, you would have gone over to your        17:14:46

23   supervisor and said, hey -- we need to find a           17:14:49

24   different way of communicating this, because they       17:14:52

25   can't hear us?                                          17:14:54

1    A  I would hope that information would get          17:14:55

2  communicated.                                         17:14:58

3    Q  Who did you think was responsible for            17:15:00

4  communicating that information?                       17:15:02

5    A  I'm not sure who was controlling that line       17:15:05

6  at the time.  Obviously, I'm off to the side, but     17:15:09

7  I'm sure whoever had us at that position would        17:15:12

8  have been controlling that incident.                  17:15:16

9    Q  But that wasn't your job, right, to make         17:15:19

10 sure the crowd could hear any announcements?          17:15:21

11   A  No, I believe I was, I was with my               17:15:24

12 officers on the line.                                 17:15:26

13   Q  So if you know a bunch of protesters are         17:15:31

14 about to get tear gassed, but they can't hear         17:15:34

15 whatever orders are being given to them, your job     17:15:38

16 is to just remain on the line with your officers      17:15:41

17 and allow the tear gassing to happen, right?          17:15:43

18   A  No, I believe, like I said, I'd hope to          17:15:46

19 get that information passed along, communicated to    17:15:49

20 whoever was deciding to tear gas.                      17:15:52

21   Q  Right.  But you did not communicate that         17:15:55

22 information to anybody, did you?                       17:15:59

23   A  No, I did not hear that person that they         17:16:02

24 could not hear.                                        17:16:04

25   Q  Well, let's take a look.  We are going to        17:16:06

| | | |
|---|---|---|
| 1 | go 9 minutes 45 seconds into the video. | 17:16:21 |
| 2 | A  Okay. | 17:16:25 |
| 3 | (Playing video.) | 17:16:31 |
| 4 | Q  (Inaudible) protester? | 17:16:42 |
| 5 | A  I'm sorry, what? | 17:16:48 |
| 6 | Q  You just had a conversation with this | 17:16:50 |
| 7 | protester right here? | 17:16:52 |
| 8 | A  Yes. | 17:16:53 |
| 9 | Q  Right.  He came up to you and asked you, | 17:16:54 |
| 10 | what did the guy say on the PA, right? | 17:16:56 |
| 11 | A  For the field force, I heard him, I | 17:16:59 |
| 12 | responded to him that they are going to deploy | 17:17:02 |
| 13 | gas. | 17:17:05 |
| 14 | Q  Didn't you hear -- what did he ask you? | 17:17:07 |
| 15 | A  I don't recall specifically, but I just | 17:17:10 |
| 16 | heard myself say:  They are going to deploy gas. | 17:17:15 |
| 17 | Q  Okay.  Let's go back.  Pay attention to | 17:17:19 |
| 18 | what he says. | 17:17:23 |
| 19 | A  Okay. | 17:17:25 |
| 20 | (Playing video.) | 17:17:27 |
| 21 | A  He said:  What did the guy say on the PA? | 17:17:40 |
| 22 | Q  Right.  And you said:  They are going to | 17:17:43 |
| 23 | deploy gas. | 17:17:44 |
| 24 | Right? | 17:17:46 |
| 25 | A  Yes. | 17:17:46 |

1    Q   Okay.  So this was a protester indicating          17:17:46
2  that he couldn't hear, and he was asking you,            17:17:50
3  coming up to ask you what was said on the PA,            17:17:52
4  right?                                                   17:17:55
5    A   That's correct.                                    17:17:55
6    Q   You were aware that at least one person            17:17:55
7  couldn't hear what was being said on the PA,             17:17:59
8  right?                                                   17:18:02
9    A   He made himself aware, yes, he told me he          17:18:02
10  couldn't hear.                                          17:18:05
11    Q   As a sergeant, as a supervising officer on        17:18:06
12  the scene, did you have any concerns that other         17:18:11
13  people couldn't hear?                                   17:18:13
14    A   At the time I did not.                            17:18:14
15    Q   Why not?                                          17:18:16
16    A   I don't know why I didn't at the time.            17:18:17
17        This person asked if -- what we said.  He         17:18:22
18  came up and asked.                                      17:18:25
19    Q   So did you think it was the responsibility        17:18:27
20  of people who couldn't hear whatever announcement       17:18:30
21  was being made to come up and ask about the             17:18:32
22  announcement they couldn't hear?                        17:18:35
23        MR. RINGEL:  Object to the form.                  17:18:37
24    A   At the time I don't, I don't have any             17:18:39
25  memory of thinking it was anybody's responsibility      17:18:42

1  to come ask me.                                    17:18:44

2    Q  What was your understanding of why they       17:18:53

3  were about to deploy gas at this time?             17:18:55

4    A  Usually -- I don't have any specific          17:18:59

5  recollection, but it could have been a variation   17:19:04

6  of things.  I would have to see something to       17:19:08

7  remind me.                                         17:19:10

8    Q  Do you know if there had been an unlawful     17:19:13

9  assembly declared at that time?                    17:19:18

10    A  I don't recall specifically at that time     17:19:20

11  it was an unlawful assembly.                       17:19:22

12    Q  If there was nobody in the crowd who was     17:19:24

13  throwing rocks, or anything else, at the officers, 17:19:27

14  or posing any kind of threat to the life or safety 17:19:29

15  of officers, or other people, is there any reason  17:19:32

16  that it could be declared an unlawful assembly?    17:19:35

17        MR. RINGEL:  Object to the form and the     17:19:40

18  foundation.                                        17:19:41

19    A  I don't know if that was decided by the      17:19:42

20  higher-ups if it was deemed unlawful, for whatever 17:19:44

21  reason, being in the street, I don't know.         17:19:48

22    Q  What are the possible justifications for     17:19:51

23  the imminent use of tear gas on this crowd?        17:19:54

24    A  As far as why I would deploy tear gas, is    17:19:58

25  that what you're asking?                           17:20:04

1      Q   Well, you're part of this group of                17:20:06

2   officers who is there, right?                             17:20:08

3      A   Yes, ma'am.                                        17:20:10

4      Q   So what was your understanding of why the          17:20:10

5   DPD at that location, at that time decided that           17:20:12

6   they were going to tear gas the crowd?                    17:20:14

7      A   Like I said, I have no recollection of why         17:20:17

8   it was being tear gassed at the time.                     17:20:20

9          Right now I only remember from the video           17:20:23

10  saying, they must have been making announcement           17:20:25

11  that tear gas was going to be used.                       17:20:28

12         I have no recollection of someone coming           17:20:31

13  over and saying, we are going to tear gas because         17:20:33

14  of X, Y, and Z.                                           17:20:35

15     Q   You would agree that you need a reason to          17:20:38

16  tear gas people, right?                                   17:20:40

17     A   I would hope that people making that               17:20:42

18  decisions have a reason.                                  17:20:44

19     Q   You were not aware at that time of what            17:20:46

20  reason there could be for tear gassing a crowd?           17:20:48

21     A   Without something refreshing my memory at          17:20:52

22  this time, I do not recall why.                           17:20:55

23     Q   We are going play it starting at 10                17:20:57

24  minutes 49 seconds into the video.                        17:21:04

25     A   Okay.

| | | |
|---|---|---|
| 1 | Q   There is going to be a conversation | 17:21:06 |
| 2 | between you and other officers, and then I'm going | 17:21:07 |
| 3 | to ask you about that conversation. | 17:21:10 |
| 4 | A   Yes, ma'am. | 17:21:11 |
| 5 | (Playing video.) | 17:21:12 |
| 6 | Q   Okay.  Who was that guy with the | 17:21:43 |
| 7 | moustache, this guy? | 17:21:47 |
| 8 | A   Lieutenant Williams. | 17:21:47 |
| 9 | Q   Who are these other officers that are | 17:21:49 |
| 10 | standing next to him? | 17:21:52 |
| 11 | A   I cannot identify from this picture.  Do | 17:21:55 |
| 12 | you have a better -- | 17:22:01 |
| 13 | Q   Well, not without their gas masks on. | 17:22:02 |
| 14 | Are they other sergeants, do you know? | 17:22:04 |
| 15 | A   I don't see stripes on their arms, so I | 17:22:08 |
| 16 | would have to assume not. | 17:22:11 |
| 17 | Q   What about this one?  So this frame right | 17:22:13 |
| 18 | here -- let's pause it on 11:02 -- this person | 17:22:15 |
| 19 | over here has a gold brass-like nameplate, it | 17:22:19 |
| 20 | looks like. | 17:22:22 |
| 21 | A   Okay.  Can you zoom in?  I can't identify | 17:22:23 |
| 22 | him from that. | 17:22:26 |
| 23 | Q   I can't zoom in, but what I'm asking you | 17:22:27 |
| 24 | is, is there a certain rank of officer that wears | 17:22:31 |
| 25 | a brass nameplate like that? | 17:22:35 |

1    A  Not to my knowledge.  A lieutenant would          17:22:37
2    carry their brass on their collar.                   17:22:44
3        Q  Okay.  But this officer, the white guy        17:22:45
4    with the moustache, this is James Williams,          17:22:47
5    correct?                                             17:22:52
6        A  Yes, ma'am.                                   17:22:52
7        Q  Okay.  So what he tells you guys here         17:22:52
8    is -- let me just clarify.                           17:22:58
9        You don't know one way or another whether        17:23:00
10   these other officers that are in this huddle with    17:23:04
11   you are also sergeant or above?                      17:23:07
12       A  I cannot identify them from this frame,       17:23:08
13   no.                                                  17:23:11
14       Q  Okay.  So what Officer Williams tells you     17:23:11
15   is:  We will try to push them back as much as we     17:23:18
16   can just to the curb line.  When they push back,     17:23:21
17   Metro is going to throw smoke.                       17:23:21
18       After that, hold your asses, because the         17:23:22
19   gas is coming after that.                            17:23:25
20       Did you hear him say that?                       17:23:25
21       A  Yeah, if they pushed back.                    17:23:27
22       Q  So what does that mean?  What was he          17:23:28
23   referring to?                                        17:23:31
24       A  Like if the crowd becomes combative, I'm      17:23:32
25   sure that's, that was going to be the reason they    17:23:35

1  threw gas, if we tried to push them along the curb        17:23:37

2  line, and they were noncompliant and pushed back          17:23:40

3  against the officers.                                      17:23:46

4      Q  So when Lieutenant Williams says we are             17:23:47

5  going to give them a push, what does that mean?           17:23:49

6      A  It can mean several things depending on             17:23:52

7  the, obviously, the landscaping, but what it              17:23:55

8  usually means is, so they don't come back around          17:23:59

9  us.                                                        17:24:02

10        It would be a push of a formation line,             17:24:02

11 and to push the people in one direction, so that          17:24:06

12 they don't loop around us.                                 17:24:08

13     Q  Are you aware of whether any orders had             17:24:10

14 been given to the crowd before this push that was         17:24:19

15 about to happen?                                           17:24:21

16     A  I don't recall any specific orders myself.          17:24:22

17     Q  When lieutenant Williams says:  When they           17:24:27

18 push back, Metro is going to throw smoke, what's          17:24:29

19 he referring to?                                           17:24:34

20        Did you understand what he was referring            17:24:35

21 to when he said they were going to throw smoke?           17:24:37

22     A  Yeah, smoke is usually just a deterrent             17:24:39

23 that is not, obviously nothing like gas.                   17:24:42

24     Q  It's not a chemical munition?                       17:24:47

25     A  Yes, it don't, it's not -- the make-up's            17:24:50

1    different.  It's smoke.                              17:24:53

2        Q  But then he says:  After that, hold your     17:24:58

3    asses because the gas is coming after that.          17:25:01

4            Is he then referring to tear gas?            17:25:03

5        A  I would assume he is referring to tear gas    17:25:06

6    if they push back.                                   17:25:08

7        Q  Okay.  And you respond:  Cool.                17:25:13

8        A  I didn't here myself, but I could have        17:25:16

9    responded that way, absolutely.                      17:25:19

10       Q  So this was a plan that was okay with you?    17:25:20

11       A  That was given by my superior officer,        17:25:28

12   yes.                                                 17:25:32

13       Q  Right.  And as far as you're aware, it was    17:25:32

14   completely consistent with DPD policy, right?        17:25:35

15       A  To push the line?  Yes.                        17:25:40

16       Q  To do what Lieutenant Williams says your      17:25:43

17   plan was to do?                                      17:25:45

18       A  With the smoke, and if they push back with    17:25:47

19   the gas?                                             17:25:49

20       Q  Yes.                                          17:25:51

21       A  Yes.                                          17:25:52

22       Q  What was done at the intersection of          17:25:53

23   Lincoln and -- of 14th and Sherman at this time on   17:25:56

24   5-28 was authorized by Lieutenant Williams,          17:26:00

25   correct?                                             17:26:05

| | |
|---|---|
| 1 | A  I don't know who Williams got his orders | 17:26:05 |
| 2 | from.  He, he obviously answers to different | 17:26:07 |
| 3 | people than I do. | 17:26:11 |
| 4 | Q  So he could have himself gotten these | 17:26:13 |
| 5 | orders from somebody above him, right? | 17:26:16 |
| 6 | A  I have no idea. | 17:26:18 |
| 7 | Q  But it was least authorized by him, right? | 17:26:20 |
| 8 | A  That was his orders to us. | 17:26:23 |
| 9 | Q  So the actions that you and your officers | 17:26:28 |
| 10 | took at this intersection at this time were | 17:26:30 |
| 11 | authorized by Lieutenant Williams? | 17:26:34 |
| 12 | A  His orders. | 17:26:37 |
| 13 | Q  I'm going to take it to 11 minutes 26 | 17:26:48 |
| 14 | seconds, and we will play for a few seconds.  Then | 17:26:53 |
| 15 | I will ask you some questions. | 17:26:56 |
| 16 | A  Okay. | 17:26:58 |
| 17 | (Playing video.) | 17:26:59 |
| 18 | Q  So you're talking to the officers on the | 17:27:04 |
| 19 | front line, right? | 17:27:22 |
| 20 | A  Yes, ma'am. | 17:27:23 |
| 21 | Q  And you are telling them what the plan is, | 17:27:23 |
| 22 | right? | 17:27:26 |
| 23 | A  Yes, ma'am. | 17:27:27 |
| 24 | Q  Do you recognize who those officers were? | 17:27:28 |
| 25 | A  I believe one of them was Spencer, and | 17:27:32 |

1   Officer LeFebre.                                      17:27:35

2        Q   Who was the female?                          17:27:37

3        A   Alex Spencer.                                17:27:40

4        Q   Alexandra Spencer?                           17:27:43

5        A   Yes, ma'am.                                  17:27:46

6        Q   And the tall guy was LeFebre?                17:27:47

7        A   I believe so.                                17:27:53

8        Q   Why did you and the other officers want to   17:27:53

9   push the protesters back?                             17:28:23

10       A   That was the order given.  I'm not quite     17:28:24

11  sure, or remember what was going on at that           17:28:25

12  intersection, but that's usually what a push is       17:28:25

13  for, obviously, to maintain control of the crowd.     17:28:26

14       Q   What was the crowd doing that was -- was      17:28:29

15  there something that the crowd was doing that was      17:28:34

16  out of control?                                        17:28:37

17       A   Not that I specifically remember.            17:28:38

18       Q   We are going play it starting at 16          17:28:49

19  minutes 36 seconds into the video.                    17:29:04

20       A   Okay.                                         17:29:07

21           (Playing video.)                              17:29:08

22       Q   So do you recall there being PepperBalling   17:29:33

23  occurring to your left?                                17:29:37

24       A   I don't recall specifically, no.             17:29:40

25       Q   Do you recall hearing any sort of            17:29:43

1    announcement or warning given before that          17:29:47

2    happened?                                          17:29:51

3        A   I don't recall any specific announcement   17:29:51

4    at that time.                                      17:29:55

5        Q   Do you have any idea why the protesters    17:29:55

6    were not allowed to be where they were at that     17:30:04

7    time?                                              17:30:08

8        A   From my angle, no, I don't know the        17:30:08

9    reasoning why they were not allowed, or where we   17:30:12

10   were ultimately pushing them to.                   17:30:15

11       Q   If the protesters were being peaceful,     17:30:18

12   they had a First Amendment right to demonstrate on 17:30:25

13   the sidewalk, correct?                             17:30:27

14       A   Yes, ma'am.                                17:30:28

15       Q   This was the first night of the protests,  17:30:29

16   so there was no curfew, correct?                   17:30:34

17       A   Yes, ma'am.                                17:30:35

18       Q   They were in a public space, right?        17:30:37

19       A   Yes, ma'am.                                17:30:38

20       Q   You have received training from the DPD    17:30:39

21   about the parameters of First Amendment rights     17:30:43

22   that civilians can exercise, correct?              17:30:46

23       A   Yes, ma'am.                                17:30:47

24       Q   And you know that the First Amendment      17:30:48

25   protects demonstration, especially in public       17:30:51

1    places like streets, sidewalks, and parks, right?        17:30:53

2        A  Yes, ma'am.                                        17:30:56

3        Q  And you cannot think of any reason why             17:30:57

4    these people were chased away from where they were       17:31:01

5    with the use of less-lethal weapons?                     17:31:05

6        MR. RINGEL:  Object to the form and the               17:31:08

7    foundation.                                              17:31:10

8        A  I was unaware of everything going on in            17:31:10

9    the crowd.                                               17:31:13

10       Q  You just did what your lieutenant asked            17:31:13

11   you to do, right?                                        17:31:16

12       A  Yes, for our area of responsibility, that          17:31:18

13   was an order he gave us.                                 17:31:23

14       Q  This is at the intersection of 14th and            17:31:25

15   Lincoln.  I have gone to 41 minutes 7 seconds into       17:31:49

16   the video.                                               17:31:52

17       We are going to play it for a little bit,             17:31:53

18   and then I will ask you some questions.                  17:31:56

19       A  Okay.                                              17:31:58

20       (Playing video.)                                      17:31:59

21       Q  I've paused it at 41 minutes 22 seconds.           17:32:13

22   Did you see this officer to the left pepper              17:32:17

23   spraying people?                                         17:32:20

24       A  I just seen that in the video, yes.                17:32:21

25       Q  Why was he doing that?                             17:32:23

| | | |
|---|---|---|
| 1 | MR. RINGEL:  Object to the form. | 17:32:25 |
| 2 | A  I have no idea what he was dealing with. | 17:32:26 |
| 3 | Q  Well, let's play it again. | 17:32:29 |
| 4 | A  Okay. | 17:32:35 |
| 5 | (Playing video.) | 17:32:36 |
| 6 | Q  He appears tall.  Is that Officer LeFebre? | 17:32:49 |
| 7 | A  I don't believe so.  That appears that | 17:32:54 |
| 8 | officer has something on his arm. | 17:32:57 |
| 9 | Q  Did you hear him? | 17:33:03 |
| 10 | (Interrupted crosstalk.) | 17:33:03 |
| 11 | Q  I'm sorry, go ahead. | 17:33:04 |
| 12 | A  If you look on the sleeve, there's an | 17:33:06 |
| 13 | insignia, so that would not be Officer LeFebre. | 17:33:09 |
| 14 | Q  Okay.  So could it be a sergeant? | 17:33:16 |
| 15 | A  It could be, or a corporal. | 17:33:18 |
| 16 | Q  You don't recognize that as somebody who's | 17:33:21 |
| 17 | a member of your team? | 17:33:24 |
| 18 | A  No, it wouldn't have been a corporal or | 17:33:26 |
| 19 | another sergeant on my team. | 17:33:30 |
| 20 | Q  Did you hear any warnings before this guy | 17:33:31 |
| 21 | started pepper spraying people? | 17:33:34 |
| 22 | A  Nothing that I can recall, no. | 17:33:37 |
| 23 | Q  Can see any reason why he would be pepper | 17:33:39 |
| 24 | spraying? | 17:33:44 |
| 25 | (Playing video.) | 17:33:44 |

| | | |
|---|---|---|
| 1 | A  I don't know what he saw, no. | 17:33:46 |
| 2 | Q  Were his actions consistent with DPD | 17:33:49 |
| 3 | policy? | 17:33:52 |
| 4 | A  Depending on what he saw, I don't know.  I | 17:33:53 |
| 5 | can't, I don't know if he saw something that I did | 17:33:56 |
| 6 | not see. | 17:34:00 |
| 7 | Q  Was the -- | 17:34:00 |
| 8 | (Interrupted crosstalk.) | 17:34:02 |
| 9 | A  I did not see anything. | 17:34:02 |
| 10 | Q  You do not see any justification for the | 17:34:04 |
| 11 | pepper spray? | 17:34:10 |
| 12 | A  For myself, no. | 17:34:11 |
| 13 | Q  We're stopped at 53 minutes 29 seconds | 17:34:14 |
| 14 | into the video.  This is in front of the capitol | 17:34:37 |
| 15 | lawn.  I'm going to play it for a few seconds, and | 17:34:43 |
| 16 | then I'll ask you some questions. | 17:34:48 |
| 17 | A  Yes, ma'am. | 17:34:50 |
| 18 | (Playing video.) | 17:34:51 |
| 19 | Q  I've paused it at 53 minutes 56 seconds. | 17:35:18 |
| 20 | Did you see the cannister of gas that was | 17:35:23 |
| 21 | deployed right there? | 17:35:27 |
| 22 | A  Yes.  Smoke or gas was deployed. | 17:35:29 |
| 23 | Q  What was the reason that it was deployed? | 17:35:32 |
| 24 | A  I did not deploy it.  I don't know why it | 17:35:36 |
| 25 | was deployed. | 17:35:39 |

1    Q  Did you see the crowd doing anything that          17:35:40

2  justified the deployment of that cannister?            17:35:43

3    A  I have no recollection as far as if the            17:35:46

4  crowd was doing anything.                              17:35:49

5       From that frame, I could not see anything.        17:35:51

6    Q  On May 31st, or I'm sorry, on Friday, May         17:35:55

7  29th, did you have your body-worn camera with you?     17:36:15

8    A  Yes, ma'am.                                        17:36:18

9    Q  I'll represent to you that we have not            17:36:22

10 been produced any video for you from May 29th.         17:36:24

11      Do you know why?                                  17:36:27

12   A  This is the first I heard, no.                     17:36:29

13   Q  Okay.  Did you record video on May 29th?          17:36:32

14   A  Without going into evidence.com, I don't           17:36:36

15 know if I did.                                          17:36:39

16   Q  Can you think of any reason why you               17:36:39

17 wouldn't have recorded video on May 29th?              17:36:43

18   A  I cannot think of a reason.                        17:36:46

19   Q  What is your recollection of what you did         17:36:47

20 on May 29th, the second night?                         17:36:50

21   A  The big things that stuck out for me was          17:36:53

22 that our RDV went down, and that's the night we        17:36:58

23 teamed up with Lieutenant Williams and Sergeant        17:37:01

24 Abeyta.                                                 17:37:05

25   Q  Do you know approximately what time of            17:37:08

| | | |
|---|---|---|
| 1 | night you teamed up with Abeyta and Williams? | 17:37:11 |
| 2 | A  I don't.  I know our RDV went down on | 17:37:14 |
| 3 | Broadway and we had to get a tow truck.  So I | 17:37:18 |
| 4 | remember nighttime. | 17:37:22 |
| 5 | Q  Was it after 8:00 p.m.? | 17:37:23 |
| 6 | A  I don't know without some type of record. | 17:37:25 |
| 7 | There would be a record of it. | 17:37:28 |
| 8 | Q  A record of what? | 17:37:33 |
| 9 | A  I'm sure there would be a record on | 17:37:34 |
| 10 | requesting a tow truck at that time. | 17:37:38 |
| 11 | Q  So your report doesn't say specifically | 17:37:40 |
| 12 | what time, but do you recall whether on May 29th, | 17:37:45 |
| 13 | Friday, May 29th, you were at the intersection of | 17:37:49 |
| 14 | Colfax and Broadway near the RTV station? | 17:37:52 |
| 15 | A  I know we were there.  I just don't recall | 17:37:57 |
| 16 | what night. | 17:37:59 |
| 17 | Q  Do you recall being teamed up with anybody | 17:38:02 |
| 18 | from the gang unit or being in the | 17:38:09 |
| 19 | same -- policing the same area as the people from | 17:38:11 |
| 20 | the gang unit at Colfax and Broadway? | 17:38:14 |
| 21 | A  We could have been.  I know there was a | 17:38:17 |
| 22 | night where there were multiple teams at Colfax | 17:38:21 |
| 23 | and Broadway, and lined up for Civic Center, but I | 17:38:23 |
| 24 | don't recall specifically the gang unit, or any | 17:38:28 |
| 25 | specific incident. | 17:38:31 |

1   Q  What do you recall, where do you recall          17:38:37

2   being deployed on Saturday, May 30th, in the early   17:38:41

3   evening hours, starting at 5:00 or 5:30?            17:38:44

4   A  I have no recollection specifically.             17:38:48

5   Q  I'm showing you Denver 4986.                     17:38:51

6   A  Okay.                                            17:39:05

7   Q  This is your body-worn camera that we were       17:39:06

8   produced for May 30th.                              17:39:10

9       You had your body-worn camera with you          17:39:13

10  during your entire shift, correct, on this day?     17:39:15

11  A  I would have.  I can't think of any reason        17:39:18

12  why I wouldn't.                                     17:39:24

13  Q  So at this time -- I'm just going to             17:39:25

14  forward through a little bit of it so you can see.   17:39:28

15      You are at Civic Center Station, correct?        17:39:31

16  A  Yes, ma'am.                                       17:39:34

17  Q  And the time on the video shows 5-30,            17:39:34

18  23:39, which is six hours ahead of Denver time.      17:39:39

19      Did you --                                       17:39:42

20  A  I don't know how the time works on those,         17:39:42

21  but...                                              17:39:45

22  Q  This was when it was still daylight,             17:39:46

23  right?                                              17:39:49

24  A  Yes, ma'am.                                       17:39:49

25  Q  Okay.  Do you recall what you were doing          17:39:51

1    at Civic Center Station at this time?                    17:39:55

2        A    Yes.  I believe that was a large crowd          17:39:58

3    that had basically converged on that area.  I know       17:40:01

4    that there were large rocks that we ended up             17:40:06

5    having to deal with, either a day or so later,           17:40:09

6    trying to get those taken care of.                       17:40:13

7            It was just, I think we were trying to           17:40:15

8    provide some protection to deal with the large           17:40:17

9    amount of rocks that RTV has at that location, so        17:40:21

10   they wouldn't be thrown.                                 17:40:25

11       Q    So this video is six minutes long, and you      17:40:27

12   turned it off at the end.                                17:40:41

13           Let me just play the end for you.                17:40:43

14           (Playing video.)                                 17:40:46

15       Q    Did you see that?                                17:40:49

16       A    I did.                                          17:40:52

17       Q    Okay.  So why did you turn your video off       17:40:52

18   at that time?                                            17:40:56

19       A    I don't remember specifically, but if I         17:40:57

20   felt the scene was secure, or I could turn it off        17:41:01

21   for the time being, I would have shut it off.            17:41:04

22           Obviously, that's an individual officer's        17:41:09

23   choice.                                                  17:41:12

24       Q    Right.  So that's the only video that we        17:41:16

25   got from the city for May 30th.                          17:41:17

1    Did you record on your body-worn camera    17:41:21
2  video on that day?                           17:41:24
3    A  I don't recall anything specifically.  I  17:41:25
4  remember that being a major incident, but I don't  17:41:28
5  recall anything else specifically that day that  17:41:32
6  was recorded without researching.             17:41:34
7    Q  Do you recall then, after you were at   17:41:38
8  Civic Center Station at some point, and this is on  17:41:44
9  May 30th, the protesters were at some point pushed  17:41:47
10  south, south of Colfax into the park.        17:41:50
11    Do you recall that?                        17:41:52
12    A  I believe so, but nothing specific.    17:41:53
13    Q  Were you and your team part of the group  17:42:00
14  of officers who pushed the protesters south of  17:42:02
15  Civic Center Station?                        17:42:06
16    A  We could have been, or we could have been  17:42:07
17  deployed somewhere else with Lieutenant Williams  17:42:10
18  and 180.                                     17:42:15
19    Q  You were with Lieutenant Williams during  17:42:16
20  your deployment on May 30th, though, correct?  17:42:18
21    A  Yes, we were with that team.           17:42:21
22    Q   So if Lieutenant Williams was at the   17:42:23
23  intersection of Lincoln and Colfax, between 6:00  17:42:26
24  and 8:00 p.m., on May 30th, you and your team were  17:42:28
25  there also?                                  17:42:31

1      A   Yes, unless we got deployed elsewhere,                17:42:32

2   yes.                                                        17:42:35

3      Q   If there were protesters that were pushed            17:42:36

4   south of Colfax, just after that video that we              17:42:40

5   watched, it was done using munitions, correct?             17:42:43

6      A   I would have no idea.                                17:42:49

7      Q   You don't recall anybody using munitions            17:42:50

8   on protesters to push them south of Colfax?                17:42:55

9      A   On that day, no.                                    17:42:58

10     Q   DPD policy requires you to have your                 17:42:59

11  body-worn camera on during the times that you are           17:43:07

12  interacting with civilians, correct?                        17:43:08

13     A   Depending on the circumstances, yes.                17:43:10

14     Q   And if you are going to use less-lethal             17:43:13

15  weapons, or anybody who is near you is going to             17:43:16

16  use less-lethal weapons on protesters then you             17:43:18

17  would want to have your body-worn camera on,               17:43:22

18  right?                                                      17:43:25

19     A   Yes.                                                17:43:25

20     Q   Do you recall being separated from                  17:43:26

21  Lieutenant Williams at some point from 6:00 to             17:43:29

22  8:00 p.m., on May 30th?                                     17:43:32

23     A   I don't recall specifically if we were on           17:43:34

24  a different part of Broadway.  I know that we were          17:43:36

25  covering all those angles as far as Colfax,                17:43:40

| | | |
|---|---|---|
| 1 | Lincoln, and Sherman. | 17:43:43 |
| 2 | There was a large amount of officers at | 17:43:44 |
| 3 | that location. | 17:43:46 |
| 4 | Q  Do you recall which part, do you recall if | 17:43:53 |
| 5 | you were at Lincoln and Colfax, or at Colfax and | 17:43:56 |
| 6 | Broadway, or somewhere else in the vicinity of the | 17:43:59 |
| 7 | capitol area between 6:00 and 8:00 p.m., on May | 17:44:03 |
| 8 | 30th? | 17:44:07 |
| 9 | A  I believe during our time at the RTV | 17:44:07 |
| 10 | station, I was in the 1500 block of Lincoln with | 17:44:12 |
| 11 | my team members, so we would have probably been | 17:44:15 |
| 12 | facing west.  I believe that was our assignment at | 17:44:17 |
| 13 | the time. | 17:44:23 |
| 14 | Q  So you're talking about when you're at | 17:44:23 |
| 15 | that -- so the video that we watched, that we just | 17:44:28 |
| 16 | watched is from just before 6:00 o'clock.  It's | 17:44:31 |
| 17 | from between 5:30 and 6:00, and you are at Civic | 17:44:36 |
| 18 | Center Station, correct? | 17:44:43 |
| 19 | A  Correct. | 17:44:43 |
| 20 | Q  Okay.  And then so after that, where did | 17:44:44 |
| 21 | you go? | 17:44:45 |
| 22 | A  That's what I'm saying.  I have no direct | 17:44:46 |
| 23 | memory, I'm saying, but we were deployed -- that | 17:44:49 |
| 24 | incident, I remember being at Civic. | 17:44:52 |
| 25 | My team was specifically in the 1500 block | 17:44:55 |

| | | |
|---|---|---|
| 1 | of Lincoln. | 17:44:58 |
| 2 | Q So the 1500 block of Lincoln, that would | 17:45:01 |
| 3 | just -- | 17:45:04 |
| 4 | A No, no I'm sorry, not Lincoln, Broadway. | 17:45:05 |
| 5 | So that's, that's one-way southbound. I believe | 17:45:08 |
| 6 | me and my team were on that, in that hundred | 17:45:14 |
| 7 | block. That was the more -- I think it was pretty | 17:45:20 |
| 8 | calm on our side. | 17:45:23 |
| 9 | Q I'm showing you Google Maps right now. | 17:45:28 |
| 10 | A Yes. | 17:45:32 |
| 11 | Q We are doing satellite view? | 17:45:33 |
| 12 | A Um-hmm. | 17:45:42 |
| 13 | Q This is the state capitol down here and | 17:45:43 |
| 14 | then we have Colfax, Broadway, and Lincoln, right? | 17:45:45 |
| 15 | A Yes. | 17:45:47 |
| 16 | Q So the video that we just watched, that | 17:45:48 |
| 17 | was at Civic Center Plaza, right? | 17:45:52 |
| 18 | A Yes. It's a little blurry, but you got | 17:45:54 |
| 19 | Colfax just right there south of you. | 17:45:56 |
| 20 | Q Yep. | 17:45:58 |
| 21 | A Yep. So we would have been in the 1500 | 17:45:59 |
| 22 | block of Broadway. | 17:46:03 |
| 23 | Q Okay. So, Broadway and Colfax? | 17:46:05 |
| 24 | A Yep, 1500 block, just on that side of | 17:46:08 |
| 25 | Civic Center, Civic Station. | 17:46:14 |

1    Q  So what I'm trying to understand is, so                17:46:16

2    the video that we just watched is when you were           17:46:19

3    still at this area at the bus stop, right?                17:46:22

4    A  Yes, that's where, that's during the time              17:46:25

5    the crowd was actually closing in.                        17:46:28

6    Q  Okay.  And then at about 5:45, or so, the              17:46:30

7    police officers push the protesters south so that         17:46:36

8    they are south of Colfax, right?                          17:46:39

9    A  I believe so.  I don't know what time it               17:46:41

10   was.                                                      17:46:43

11   Q  So after the protesters are away, have                 17:46:47

12   been pushed away from the bus station, and they           17:46:49

13   are down south of Colfax, you are saying you and          17:46:53

14   your team were stationed at the intersection of           17:46:56

15   Broadway and Colfax?                                      17:46:59

16   A  Not at the intersection, but at that, just             17:47:01

17   north of that, the 1500 block of Broadway because         17:47:05

18   it was during one of those assignments that we had        17:47:08

19   to secure that whole area so that they could try          17:47:10

20   to bury those large rocks.                                17:47:12

21   Q  So the 1500 block would be on, just north              17:47:16

22   of Colfax between Broadway and Lincoln?                   17:47:19

23   A  No, no.  1500 block would be, so from                  17:47:22

24   Colfax going north.                                       17:47:25

25       So if you start at Colfax and go north --             17:47:31

1    Q   Yeah.

2    A   -- that would have been the line we were                    17:47:34

3  on.                                                               17:47:35

4    Q   Okay.  So you were facing west?                             17:47:36

5    A   West.                                                       17:47:39

6    Q   You and your team were facing west?                        17:47:40

7    A   Among other teams, yes.                                     17:47:43

8    Q   What other teams were with you at that                     17:47:47

9  time?                                                             17:47:50

10   A   I don't recall any specific teams.  I have                 17:47:50

11 a slight memory.  I believe the Denver sheriffs                   17:47:53

12 were in their vans close by, but I don't recall                   17:47:57

13 any specific teams or team members.                               17:48:01

14   Q   Okay.  So the Denver sheriffs, did they,                   17:48:05

15 during this time period -- well, let me back up.                  17:48:10

16      The curfew began at 8:00 p.m. on Saturday,                   17:48:13

17 May 30th; do you recall that?                                     17:48:20

18   A   I remember a curfew. I don't recall the                    17:48:22

19 date and time.                                                    17:48:25

20   Q   So up until curfew, do you remember being                  17:48:26

21 still in this area when curfew came by on May 30?                 17:48:31

22   A   I don't recall that, no.                                    17:48:37

23   Q   Okay.  So you were stationed at this 1500                  17:48:38

24 block, facing west.                                               17:48:42

25      How long were you there?                                     17:48:43

1    A  I don't recall how long they worked to          17:48:46
2  bury those rocks.  I just recall that, kind of, of    17:48:48
3  being a memory of being on that block.                17:48:51
4    Q  Did you ever go over to the intersection        17:48:55
5  of Lincoln and Colfax on that day, before 8:00        17:48:57
6  p.m.?                                                 17:49:01
7    A  Nothing to my recollection, no.                 17:49:02
8    Q  Do you remember --                              17:49:05
9  (Interrupted crosstalk.)                              17:49:06
10   A  I would have stayed with my team.               17:49:07
11   Q  Do you remember ever being in a skirmish        17:49:08
12 line with Metro SWAT officers and Aurora police       17:49:10
13 officers?                                             17:49:16
14   A  I believe in the evening we, that's the         17:49:16
15 line we were, all along Colfax.                       17:49:19
16     I don't know the date and time, but there        17:49:22
17 was a night we were all, a lot of officers were       17:49:23
18 forming a skirmish line on the north side of          17:49:28
19 Colfax.                                               17:49:30
20   Q  Right.  But were you closer to Broadway or      17:49:33
21 to Lincoln?                                           17:49:35
22   A  At the time of the skirmish line?               17:49:36
23   Q  Yeah.                                            17:49:39
24   A  I don't recall, maybe somewhere in              17:49:40
25 between, between Lincoln and Broadway.                17:49:44

1    Q  So do you remember there being a bunch of                 17:49:46

2  homeless tents here, homeless people tents here?               17:49:49

3    A  I believe so, yes.                                        17:49:53

4    Q  Were you facing that?                                     17:49:54

5    A  Yes, we were facing south.                                17:49:56

6    Q  I just am trying to figure out, because we                17:49:58

7  don't have any body-worn camera from you for this              17:50:02

8  time period.                                                   17:50:06

9       I'm just trying to figure out how close                   17:50:08

10  you were to the intersection of Lincoln and                   17:50:10

11  Colfax.  Whether you were in this intersection,               17:50:13

12  close to this intersection, or further or closer              17:50:16

13  to Broadway?                                                  17:50:18

14    A  During the skirmish line, I was somewhere                17:50:20

15  in between.  I don't know specifically.  I just               17:50:23

16  remember being somewhere in between with my team              17:50:24

17  members, and then while they were trying to bury              17:50:27

18  the rocks, obviously on that west side of the                 17:50:30

19  Civic Station.                                                17:50:33

20    Q  Did any of your team members use any                     17:50:35

21  less-lethal weapons from 6:00 to 8:00 p.m., before            17:50:39

22  curfew, on May 30th?                                          17:50:42

23    A  Nothing that I recall.                                   17:50:44

24    Q  Did any of your team members have flash                  17:50:46

25  bangs?                                                        17:50:50

1    A  I don't believe any of my team members had          17:50:50

2  flash bangs.                                             17:50:53

3    Q  What weapons did your team members have?            17:50:53

4    A  I believe we did have several cannisters,           17:50:58

5  obviously the PepperBalls, and the 40.                   17:51:03

6    Q  So each member of your team would be                17:51:07

7  carrying either the PepperBall gun or the 40, one        17:51:10

8  person wouldn't have both, right?                        17:51:14

9    A  No, and not everybody had a weapon.                 17:51:16

10   Q  Do you recall which of your team members            17:51:21

11 had weapons?  Had either the PepperBall or the 40?       17:51:23

12   A  I believe it rotated every day, so                  17:51:30

13 specifically I don't know who had which weapon on        17:51:32

14 which day.  They would have documented that in           17:51:34

15 their own statements.                                    17:51:36

16   Q  During this time period from 6:00 to 8:00           17:51:38

17 p.m., on May 30th, at this intersection, did you         17:51:51

18 see any Metro SWAT officers?                             17:51:53

19   A  Between what time period?                           17:51:56

20   Q  After the protesters were pushed out of             17:52:00

21 the Civic Center Station area.                           17:52:04

22   A  Okay.                                               17:52:06

23   Q  And up until curfew.  Okay?                         17:52:06

24   A  Okay.                                               17:52:09

25   Q  On May 30th, do you remember seeing Metro           17:52:10

| | | |
|---|---|---|
| 1 | SWAT officers? | 17:52:14 |
| 2 |    A  No specific incident with them, no.  I | 17:52:14 |
| 3 | don't recall any specific memory. | 17:52:17 |
| 4 |    Q  Do you remember standing near any Metro | 17:52:19 |
| 5 | SWAT officers? | 17:52:24 |
| 6 |    A  I could have.  I just don't remember at | 17:52:24 |
| 7 | this point without something to refresh my memory. | 17:52:26 |
| 8 |      MR. RINGEL:  When you get to a stopping | 17:52:38 |
| 9 | point, can we take a break? | 17:52:40 |
| 10 |      MS. WANG:  Yes, we can take a break now. | 17:52:42 |
| 11 |      (Off the record.) | 17:52:44 |
| 12 | BY MS. WANG: | 18:00:25 |
| 13 |    Q  Sergeant Beall, I'm showing you the second | 18:00:26 |
| 14 | page of your report, which is Bates stamped Denver | 18:00:29 |
| 15 | 2798. | 18:00:32 |
| 16 |      In this third to last paragraph that I'm | 18:00:34 |
| 17 | highlighting now, you state:  During the course of | 18:00:41 |
| 18 | the first three nights of protests, District 3 | 18:00:47 |
| 19 | impact team was utilized at multiple locations, | 18:00:50 |
| 20 | including the state capitol and surrounding area, | 18:00:54 |
| 21 | District 6 police station and Colfax corridor | 18:00:57 |
| 22 | where we responded to multiple volatile situations | 18:01:00 |
| 23 | requiring less lethal deployment, after large | |
| 24 | combative crowds were throwing rocks, bottles, and | 18:01:05 |
| 25 | other unknown items at officers.  At no point did | 18:01:08 |

1   I observe my team deploy less lethal on peaceful          18:01:12

2   gatherings at these locations.                            18:01:16

3         My team was verbally and physically abused          18:01:16

4   by large crowds who were using rocks, bottles, and        18:01:20

5   mortars, explosive fireworks, in an attempt to            18:01:24

6   injure officers.                                          18:01:24

7         Do you see that?                                    18:01:25

8      A  I do, ma'am.                                        18:01:26

9      Q  So this is the only description that I see          18:01:29

10  in your report of what you did on the first, on           18:01:31

11  May 30th.  Okay?                                          18:01:44

12     A  Okay.                                               18:01:46

13     Q  The other parts of your report, the first          18:01:47

14  few pages, first page and the first part of the           18:01:51

15  second page, talk about May 28th.  They talk about        18:01:55

16  the breaking down of your RDV on the second night,        18:02:01

17  which would be May 29th.                                  18:02:04

18        Then later on you talk about what happened          18:02:05

19  on 6-1.  Okay?                                            18:02:09

20        So this paragraph right here is the only            18:02:18

21  paragraph that we have dealing with what you did,         18:02:21

22  and what your team members did, on May 30th and           18:02:23

23  31st.                                                     

24        Is that fair to say?                                18:02:28

25     A  Well, you would have their statements, as           18:02:29

| | | |
|---|---|---|
| 1 | well as far as the memories they have for those | 18:02:31 |
| 2 | nights. | 18:02:34 |
| 3 | Q  Okay. | 18:02:35 |
| 4 | A  Or body-worn for them. | 18:02:35 |
| 5 | Q  So you say here:  At no point did I | 18:02:40 |
| 6 | observe my team deploy less lethal on peaceful | 18:02:42 |
| 7 | gatherings at these locations. | 18:02:47 |
| 8 | Did your team deploy less lethal on | 18:02:49 |
| 9 | protesters at these locations during the first | 18:02:53 |
| 10 | three nights of protests? | 18:02:55 |
| 11 | A  Yes.  My team members had deployed | 18:02:57 |
| 12 | PepperBall and 40. | 18:03:00 |
| 13 | Q  On the first three nights of protests, | 18:03:05 |
| 14 | your team deployed PepperBall and 40 on | 18:03:07 |
| 15 | protesters, on the first three nights. | 18:03:09 |
| 16 | So that would be May 28th, May 29th, and | 18:03:13 |
| 17 | May 30th, right? | 18:03:16 |
| 18 | A  I believe so. | 18:03:16 |
| 19 | Q  What about May 31st, Sunday? | 18:03:17 |
| 20 | A  I don't recall anything specifically. | 18:03:22 |
| 21 | Q  You were with your team during these times | 18:03:26 |
| 22 | that they deployed less-lethal weapons, right? | 18:03:30 |
| 23 | A  I would have been in close proximity, yes. | 18:03:34 |
| 24 | Q  You did not record any of these | 18:03:37 |
| 25 | interactions that your team members had on May | 18:03:47 |

| | | |
|---|---|---|
| 1 | 30th, other than the one Civic Center video that | 18:03:50 |
| 2 | we watched, correct? | 18:03:53 |
| 3 | MR. RINGEL: Object to the form and the | 18:03:55 |
| 4 | foundation. | 18:03:56 |
| 5 | A Are you saying a record as far as their | 18:03:59 |
| 6 | use of force? The deployment of less lethal, or | 18:04:01 |
| 7 | what are you saying? | 18:04:07 |
| 8 | Q You're required to have your body-worn | 18:04:09 |
| 9 | camera on when force is used on civilians, | 18:04:12 |
| 10 | correct? | 18:04:18 |
| 11 | A Yes, that individual officer, yes. | 18:04:19 |
| 12 | Q You were with your team when they used | 18:04:21 |
| 13 | less lethal on protesters during the first three | 18:04:28 |
| 14 | days of the protests, right? | 18:04:33 |
| 15 | A Within close proximity. | 18:04:35 |
| 16 | Q You were also with them on Sunday, May | 18:04:37 |
| 17 | 31st, right? | 18:04:40 |
| 18 | A Yes, ma'am. | 18:04:41 |
| 19 | Q You did not record any video of what your | 18:04:43 |
| 20 | and your team members actions were on May 30th, | 18:04:49 |
| 21 | other than the one Civic Center video that we | 18:04:52 |
| 22 | looked at, right? | 18:04:56 |
| 23 | MR. RINGEL: Object to the form and the | 18:04:57 |
| 24 | foundation. | 18:04:58 |
| 25 | A Without researching it, I don't know what | 18:05:00 |

1   I recorded on the 30th.                          18:05:02

2      Q   Tell me if I'm missing any possibility     18:05:03

3   here.  Either you recorded it -- here's the       18:05:07

4   possibilities for where the video is.  Okay?      18:05:14

5           You're suggesting that you may have other 18:05:16

6   video that you recorded on Saturday, May 30th, we 18:05:19

7   just don't have it?                               18:05:23

8      A   I'm suggesting that I don't know how many  18:05:25

9   videos or what videos are recorded or in          18:05:29

10  evidence.com without going in there and looking.  18:05:32

11     Q   The possibilities are:  You recorded all   18:05:34

12  of your interactions with protesters on May 30th, 18:05:40

13  right, and uploaded it to evidence.com, right?    18:05:44

14     A   I don't think I record all my              18:05:49

15  interactions.  I don't think that's a possibility.18:05:53

16     Q   You recorded all of the incidents of use  18:05:55

17  of force on protesters on May 30th and uploaded it 18:05:57

18  to evidence.com?                                  18:06:03

19     A   I think if a use of force was brought to   18:06:05

20  my attention, yes.                                18:06:08

21          It was obviously reported differently at  18:06:09

22  that time, so...                                  18:06:11

23     Q   What do you mean it was reported           18:06:13

24  differently at that time?                         18:06:15

25     A   Well, the use of force, how you report it  18:06:17

1    has changed since the court litigation, as far as,     18:06:20

2    when we were first deployed it was, use of force        18:06:27

3    was deployed with the command post.                     18:06:30

4          Now, every individual officer, if their           18:06:32

5    officers use less lethal and it qualifies as a use      18:06:35

6    of force, that officer will complete a use of           18:06:39

7    force.                                                  18:06:43

8          Q  I'm talking about at the time of the           18:06:43

9    protests.  Your testimony --                            18:06:45

10         A  Yes.                                            18:06:47

11         Q  -- has been, let's just take Saturday, May     18:06:47

12   30th, okay?                                             18:06:51

13         A  Yes, ma'am.                                    18:06:51

14         Q  We have six minutes of video from your         18:06:52

15   body-worn camera for Saturday, May 30th.  I will        18:06:56

16   represent that to you.  Okay?                           18:06:59

17         A  Okay.                                          18:07:01

18         Q  You're saying you don't know if maybe you      18:07:02

19   recorded more video on Saturday, May 30th, right?       18:07:04

20         A  Without looking into evidence.com, I don't     18:07:08

21   know what I have recorded for which dates.              18:07:10

22         Q  Okay.  Let's focus on Saturday, May 30,        18:07:13

23   can we do that?                                         18:07:17

24         A  Oh, absolutely.                                18:07:19

25         Q  So we have six minutes of video for you,       18:07:19

| | |
|---|---|
| 1 | for Saturday, May 30th.  So one possibility is | 18:07:22 |
| 2 | that you recorded more video on Saturday, May | 18:07:25 |
| 3 | 30th, right, and uploaded that to evidence.com, | 18:07:29 |
| 4 | right? | 18:07:33 |
| 5 | MR. RINGEL:  Object to the form and the | 18:07:34 |
| 6 | foundation. | 18:07:35 |
| 7 | A  Yes.  There could be more evidence on the | 18:07:38 |
| 8 | 30th, I don't know about, yes. | 18:07:41 |
| 9 | Q  It could be that you recorded more than | 18:07:43 |
| 10 | six minutes of video on Saturday, May 30th, and | 18:07:46 |
| 11 | uploaded it to evidence.com, right? | 18:07:49 |
| 12 | MR. RINGEL:  Object to the form and | 18:07:52 |
| 13 | foundation. | 18:07:53 |
| 14 | A  Right. | 18:07:53 |
| 15 | Q  And you did not delete any of the video | 18:07:55 |
| 16 | that you recorded on Saturday, May 30th, correct? | 18:07:59 |
| 17 | A  No, you can't delete body-worn. | 18:08:04 |
| 18 | Q  So if you had recorded video on Saturday, | 18:08:07 |
| 19 | May 30th, you uploaded it to evidence.com, right? | 18:08:09 |
| 20 | A  All my body-worn would have been uploaded. | 18:08:14 |
| 21 | Q  What happens with it on evidence.com; do | 18:08:16 |
| 22 | you know? | 18:08:22 |
| 23 | A  I don't know the logistics.  I know it | 18:08:22 |
| 24 | goes into evidence.com, and there it's stored. | 18:08:25 |
| 25 | Q  Do you have any reason to believe that | 18:08:29 |

| | | |
|---|---|---|
| 1 | somebody at the city deleted your video from | 18:08:31 |
| 2 | Saturday, May 30th? | 18:08:34 |
| 3 |     MR. RINGEL:  Object to the form and the | 18:08:35 |
| 4 | foundation. | 18:08:36 |
| 5 |    A  I have no reason to believe that. | 18:08:38 |
| 6 |    Q  Do you think that's a possibility? | 18:08:41 |
| 7 |     MR. RINGEL:  Object to the form and the | 18:08:43 |
| 8 | foundation. | 18:08:45 |
| 9 |    A  I don't believe that's a possibility. | 18:08:47 |
| 10 |    Q  So if you have recorded video on Saturday, | 18:08:49 |
| 11 | May 30, it would have been uploaded to | 18:08:52 |
| 12 | evidence.com, and it would have been preserved by | 18:08:55 |
| 13 | the city, correct? | 18:08:58 |
| 14 |    A  That (inaudible) -- | 18:08:58 |
| 15 |    (Interrupted crosstalk.) | 18:08:58 |
| 16 |     MR. RINGEL:  -- form and foundation. | 18:09:00 |
| 17 |    Q  Do you have any reason that the city would | 18:09:01 |
| 18 | be purposefully withholding video from us that | 18:09:03 |
| 19 | we've specifically requested for Saturday, May | 18:09:07 |
| 20 | 30th? | 18:09:10 |
| 21 |     MR. RINGEL:  Object to the form and the | 18:09:10 |
| 22 | foundation. | 18:09:11 |
| 23 |    A  I'm sorry, could you repeat the question? | 18:09:13 |
| 24 |    Q  Let me put it to you this way. | 18:09:16 |
| 25 |    A  Yes. | 18:09:19 |

| | | |
|---|---|---|
| 1 | Q  We represent clients who were present | 18:09:19 |
| 2 | during the protests on Saturday, May 30th, at the | 18:09:23 |
| 3 | locations that you were present at.  Okay? | 18:09:27 |
| 4 | MR. RINGEL:  Object to the form and the | 18:09:30 |
| 5 | foundation. | 18:09:31 |
| 6 | Q  We requested video for those locations and | 18:09:33 |
| 7 | those times from the city.  The city then produced | 18:09:37 |
| 8 | to us what they represented was everything that | 18:09:42 |
| 9 | they had for those dates, times, and locations. | 18:09:45 |
| 10 | Okay? | 18:09:48 |
| 11 | A  Okay. | 18:09:49 |
| 12 | Q  So if you didn't delete any video, and the | 18:09:50 |
| 13 | city didn't delete any video, then what is your | 18:09:54 |
| 14 | explanation for why we don't have any video for | 18:09:57 |
| 15 | you from Saturday, May 30th, other than the six | 18:10:00 |
| 16 | minutes that we watched? | 18:10:02 |
| 17 | MR. RINGEL:  Object to the form and the | 18:10:05 |
| 18 | foundation. | 18:10:06 |
| 19 | A  I can't recall any specific incident I | 18:10:07 |
| 20 | needed to record, or what was going on, or why I | 18:10:09 |
| 21 | did not record. | 18:10:13 |
| 22 | Q  So the most likely explanation then, is | 18:10:13 |
| 23 | not that the city deleted video or is purposely | 18:10:16 |
| 24 | withholding video. | 18:10:19 |
| 25 | The most likely explanation is that you | 18:10:20 |

| | | |
|---|---|---|
| 1 | did not record that video in the first place, | 18:10:23 |
| 2 | right? | 18:10:25 |
| 3 | MR. RINGEL: Object to the form and the | 18:10:26 |
| 4 | foundation. | 18:10:27 |
| 5 | A There may not be any more video for that | 18:10:28 |
| 6 | day. | 18:10:32 |
| 7 | Q Okay. Let's talk about Sunday, May 31st. | 18:10:32 |
| 8 | A Okay. | 18:10:34 |
| 9 | Q What is your recollection of what you did | 18:10:34 |
| 10 | on Sunday, May 31st? | 18:10:36 |
| 11 | A I have no specific reference. | 18:10:37 |
| 12 | Q And you have no specific reference -- what | 18:10:43 |
| 13 | are the things you can use to refresh your | 18:10:44 |
| 14 | recollection for what you did on Sunday, May 31st, | 18:10:47 |
| 15 | with respect to the protests? | 18:10:51 |
| 16 | A Looks like we had responded to a call of | 18:10:53 |
| 17 | an assault. | 18:10:57 |
| 18 | Q Are you looking at your report? | 18:10:57 |
| 19 | A I am. | 18:11:01 |
| 20 | Q What page? | 18:11:02 |
| 21 | A The one where it says on 6-1-2020, page 2 | 18:11:03 |
| 22 | for me. | 18:11:10 |
| 23 | Q Right. So is that, like, in the early | 18:11:10 |
| 24 | morning hours of 6-1? | 18:11:15 |
| 25 | A I don't know what time that was. | 18:11:17 |

| | | |
|---|---|---|
| 1 | Q All right. I want to focus you on Sunday, | 18:11:19 |
| 2 | May 31st? | 18:11:21 |
| 3 | A Okay. | 18:11:24 |
| 4 | Q Not 6-1? | 18:11:25 |
| 5 | A Oh, May 31, okay. | 18:11:27 |
| 6 | Q Maybe I misspoke? | 18:11:29 |
| 7 | A Sorry. | 18:11:31 |
| 8 | Q Sunday, May 31st. Is there anything in | 18:11:31 |
| 9 | your report that refreshes your recollection as to | 18:11:35 |
| 10 | what you did on Sunday, May 31st? | 18:11:37 |
| 11 | A Nothing specifically, no. | 18:11:40 |
| 12 | Q That's because what, the only description | 18:11:46 |
| 13 | there is of what you did on that day is contained | 18:11:48 |
| 14 | on page 2, correct? | 18:11:51 |
| 15 | A Correct. | 18:11:52 |
| 16 | Q I'm showing you what's been Bates stamped | 18:11:53 |
| 17 | as Denver 5085. | 18:12:13 |
| 18 | A Okay. | 18:12:16 |
| 19 | Q This is a video that was taken in the | 18:12:16 |
| 20 | evening on May 31st. The time stamp on the camera | 18:12:18 |
| 21 | is 6-01-2020, at 3:50 a.m., which is six hours | 18:12:24 |
| 22 | ahead of our time. | 18:12:29 |
| 23 | I'm going to play a few seconds of this | 18:12:31 |
| 24 | and then I'll ask you some questions. | 18:12:34 |
| 25 | A Okay. | 18:12:36 |

| | | |
|---|---|---|
| 1 | (Playing video.) | 18:12:38 |
| 2 | Q  I've stopped it at, the time on the camera | 18:13:16 |
| 3 | is 3:50:58. | 18:13:19 |
| 4 | This is at the intersection of Logan and | 18:13:24 |
| 5 | Pennsylvania, correct? | 18:13:25 |
| 6 | A  I can't see the street sign, but... | 18:13:26 |
| 7 | Q  Well, do you see this church right here? | 18:13:28 |
| 8 | A  Where at?  I don't work in District 6, | 18:13:31 |
| 9 | so -- okay, the cathedral, Logan. | 18:13:34 |
| 10 | Q  Yeah, the cathedral.  Do you see the | 18:13:37 |
| 11 | cathedral? | 18:13:41 |
| 12 | A  Yes, ma'am. | 18:13:42 |
| 13 | Q  Okay.  Do you see the street sign right | 18:13:42 |
| 14 | here? | 18:13:44 |
| 15 | A  Colfax. | 18:13:46 |
| 16 | Q  So this is the cathedral on Colfax, | 18:13:46 |
| 17 | correct? | 18:13:49 |
| 18 | A  Yes, ma'am. | 18:13:49 |
| 19 | Q  That cathedral is the Cathedral Basilica | 18:13:59 |
| 20 | of the Immaculate Conception, which is at the | 18:14:25 |
| 21 | intersection of Logan and Colfax, correct? | 18:14:25 |
| 22 | A  I believe so, yes. | 18:14:17 |
| 23 | Q  I'm showing you Google Maps Street View. | 18:14:27 |
| 24 | Do you see this cathedral right here? | 18:14:35 |
| 25 | A  Yes, ma'am. | 18:14:37 |

| | | |
|---|---|---|
| 1 | Q   That's the cathedral that's depicted in | 18:14:38 |
| 2 | the video, correct? | 18:14:41 |
| 3 | A   Correct. | 18:14:42 |
| 4 | Q   So you and your team at the time that's | 18:14:42 |
| 5 | depicted in the video, which I'm going to put back | 18:14:45 |
| 6 | up in a minute, at 9:50 p.m., on May 31st, are at | 18:14:49 |
| 7 | Logan and Pennsylvania, correct? | 18:14:57 |
| 8 | A   Based on the video, yes. | 18:14:59 |
| 9 | Q   What happened prior to this? | 18:15:01 |
| 10 | MR. RINGEL:  You said Logan and | 18:15:05 |
| 11 | Pennsylvania.  Do you mean Logan and Colfax? | 18:15:07 |
| 12 | MS. WANG:  Yeah, sorry, Logan and Colfax. | 18:15:10 |
| 13 | Q   What were you and your team doing just | 18:15:12 |
| 14 | prior to this? | 18:15:16 |
| 15 | A   I do not recall. | 18:15:17 |
| 16 | Q   You were with Lieutenant Williams and | 18:15:21 |
| 17 | Sergeant Abeyta, and his team, correct? | 18:15:24 |
| 18 | A   We would have been teamed up at that time. | 18:15:28 |
| 19 | Q   And there were a lot of protesters who | 18:15:29 |
| 20 | were on this block in the ten minutes just | 18:15:31 |
| 21 | preceding the beginning of this video, correct? | 18:15:37 |
| 22 | MR. RINGEL:  Object to the form and the | 18:15:40 |
| 23 | foundation. | 18:15:41 |
| 24 | A   I have no idea what was going on before | 18:15:41 |
| 25 | that.  There was a lot of activity on Colfax. | 18:15:44 |

1      Q   What was the activity that you recall?          18:15:47

2      A   Nothing specifically.  I know we spent          18:15:49

3  time on Colfax, just a lot of dumpster fires,           18:15:55

4  bottles, rocks, fireworks.                              18:15:59

5      Q   So there was a lot of activity involving        18:16:03

6  protesters, correct, on Colfax?                         18:16:07

7      A   Yes.                                            18:16:08

8      Q   Can you tell me why we don't have any           18:16:09

9  video for you from May 31st, other than this one        18:16:14

10  that I just showed you?                                18:16:18

11      A   I have no, no recollection of anything         18:16:20

12  specific that needed body-worn again.                  18:16:24

13      Q   So I'm showing you this again.                 18:16:27

14      A   Uh-huh.                                        18:16:29

15      Q   I'm just going to scroll through it.           18:16:31

16  There doesn't appear to be any protesters around       18:16:32

17  at this time, right?                                   18:16:35

18      A   That's blank right now, hold on.  There        18:16:36

19  you go.                                                18:16:40

20      Q   I'm just going to scroll through it.  This     18:16:40

21  video is a total of 1 minute, 26 seconds.              18:16:44

22          Do you see this time counter?                  18:16:49

23      A   I do.                                          18:16:50

24      Q   So your officers have formed a line here,      18:16:55

25  at Logan, right?                                        18:16:58

| | | |
|---|---|---|
| 1 | A  Yes. | 18:16:59 |
| 2 | Q  And there don't appear to be any | 18:17:00 |
| 3 | protesters around? | 18:17:05 |
| 4 | A  Correct. | 18:17:05 |
| 5 | Q  You have no recollection of what you were | 18:17:06 |
| 6 | doing before this, do you? | 18:17:10 |
| 7 | A  I, I cannot tell you, if we were called in | 18:17:12 |
| 8 | to form a line, or what was going on at that time, | 18:17:16 |
| 9 | that specific day and time for Colfax. | 18:17:19 |
| 10 | Q  If you had documented it in your report, | 18:17:22 |
| 11 | what you were doing at that location, just prior | 18:17:28 |
| 12 | to these events, we would know, right? | 18:17:30 |
| 13 | MR. RINGEL:  Object to the form. | 18:17:34 |
| 14 | A  Yes. | 18:17:36 |
| 15 | Q  If you had recorded it on your body | 18:17:37 |
| 16 | camera, we would know what you were doing just | 18:17:40 |
| 17 | before this, right? | 18:17:43 |
| 18 | MR. RINGEL:  Object to the form. | 18:17:43 |
| 19 | A  Yes, if I deemed it necessary, if we were | 18:17:45 |
| 20 | doing something I felt I needed my body-worn on | 18:17:48 |
| 21 | for, yes. | 18:17:51 |
| 22 | Q  We're at 1 minute 15 seconds into the | 18:17:52 |
| 23 | video. | 18:17:55 |
| 24 | I'm going to ask you who these two people | 18:17:55 |
| 25 | with the patches on their shoulders are? | 18:17:58 |

1          (Playing video.)                              18:18:02

2      Q  Do you recognize them at all?                  18:18:07

3      A  I definitely don't recognize the second        18:18:09

4  one.                                                  18:18:13

5          The first one possibly could be Sergeant      18:18:13

6  Abeyta, based on body shape, but other than that,     18:18:17

7  I have no idea.                                        18:18:21

8      Q  There is what I will call -- this guy to       18:18:22

9  the right, with the red can in his hand, and then     18:18:25

10  the other guy who is bigger?                          18:18:29

11     A  Yes.                                           18:18:31

12     Q  Which one --                                   18:18:31

13     A  To the left would be Sergeant Abeyta, I        18:18:32

14  believe.                                              18:18:37

15     Q  If this other guy, this shorter guy with       18:18:37

16  the red can in his hand -- this is a fogger,          18:18:41

17  right?                                                18:18:47

18     A  Yes, that's an OC fogger.                      18:18:47

19     Q  He's got these arrows on his shoulder?         18:18:50

20     A  Yeah, it's a little, I don't know on your      18:18:52

21  end, it looks like two or three, maybe three         18:18:54

22  stripes.  Is it three stripes?                        18:18:56

23     Q  Let me play it again and try to --             18:18:58

24     A  You can clearly tell that's a star on that     18:19:01

25  one.  I just couldn't tell on the other one.          18:19:05

| | | |
|---|---|---|
| 1 | (Playing video.) | 18:19:05 |
| 2 | Q  Does that clarify for you at all? | 18:19:09 |
| 3 | A  I'm sorry, what? | 18:19:11 |
| 4 | Q  Did that help you see who that was at all? | 18:19:13 |
| 5 | A  No.  It looks like a supervisor. | 18:19:16 |
| 6 | Q  Okay.  So a sergeant or above? | 18:19:20 |
| 7 | Let me ask -- | 18:19:25 |
| 8 | (Interrupted crosstalk.) | 18:19:25 |
| 9 | A  -- have been a sergeant, if anything, | 18:19:26 |
| 10 | above would -- they wouldn't wear those stripes. | 18:19:29 |
| 11 | Q  So lieutenant wouldn't have these arrows? | 18:19:31 |
| 12 | A  No. | 18:19:34 |
| 13 | Q  This guy right here has three, has three | 18:19:34 |
| 14 | arrows -- | 18:19:40 |
| 15 | A  Yes. | 18:19:41 |
| 16 | Q  -- stacked on top of each other. | 18:19:42 |
| 17 | Is what Sergeant Abeyta has? | 18:19:43 |
| 18 | A  Yes.  Sergeant Abeyta is a sergeant, like | 18:19:46 |
| 19 | I said, without seeing his face, just based on | 18:19:52 |
| 20 | body shape, possibly Sergeant Abeyta. | 18:19:54 |
| 21 | And since we were teamed up, it wouldn't | 18:19:56 |
| 22 | be unlikely that we were at the same location. | 18:19:58 |
| 23 | Q  Do you know what kettling is? | 18:20:03 |
| 24 | A  I don't. | 18:20:05 |
| 25 | Q  You have never heard that term? | 18:20:07 |

1    A   Kettling?  Like workout kettling?                    18:20:09

2    Q   I don't know what that is.                           18:20:13

3    (Interrupted crosstalk.)                                 18:20:15

4    Q   Do you know what it means to kettle                  18:20:17

5    protesters?                                              18:20:20

6    A   I've never heard that term in 23 years.             18:20:21

7    Q   Have you ever heard anything -- the term             18:20:24

8    "flanking"?                                              18:20:30

9        Have you ever talked about or heard the              18:20:31

10   term "flanking protesters" used?                         18:20:34

11   A   Yes.  I think that's where you're trying            18:20:36

12   to avoid them from going around you.                     18:20:39

13   Q   Have you ever heard of the concept of                18:20:42

14   officers surrounding protesters from two sides so        18:20:47

15   as to arrest them or to use force on them?               18:20:52

16   A   No, I think most times tactfully you would          18:20:54

17   do a push.  I don't think you would surround them.       18:20:59

18       I'm not saying it couldn't happen.  I'm              18:21:03

19   just -- I don't have a, I wouldn't have a lot of         18:21:05

20   memory about ever seeing that.  I can't think of a       18:21:08

21   time that was done.                                      18:21:11

22   Q   Do you know if it is within DPD policy to            18:21:12

23   push protesters into one area from two sides and         18:21:24

24   use munitions on them from both sides?                   18:21:29

25   A   No, I don't believe that's in our policy            18:21:33

| | | |
|---|---|---|
| 1 | of crowd control. | 18:21:35 |
| 2 | Like line them up as targets? | 18:21:37 |
| 3 | Q  To trap them within a block and fire on | 18:21:41 |
| 4 | them from two sides, from opposite sides? | 18:21:44 |
| 5 | A  No, I don't believe that would be a tactic | 18:21:47 |
| 6 | the command post would use. | 18:21:50 |
| 7 | Q  That is not something that seems | 18:21:51 |
| 8 | appropriate to you, is it? | 18:21:56 |
| 9 | A  I don't run the command post, but I don't | 18:22:00 |
| 10 | think that would be done, as far as pushing a | 18:22:05 |
| 11 | group from two sides to PepperBall. | 18:22:07 |
| 12 | Q  If the command post ordered you and | 18:22:09 |
| 13 | another team to do that, though, you would do it, | 18:22:13 |
| 14 | right? | 18:22:15 |
| 15 | A  To push them, I've never heard an order | 18:22:17 |
| 16 | like that.  To push them, I've never heard an | 18:22:21 |
| 17 | order where two groups were to push them into a | 18:22:23 |
| 18 | close confined space and PepperBall them. | 18:22:26 |
| 19 | I don't think, I don't think officers | 18:22:29 |
| 20 | would do that, if that was order given over the | 18:22:31 |
| 21 | radio. | 18:22:34 |
| 22 | Q  Have you ever heard of the term | 18:22:37 |
| 23 | "containment" or "corralling"? | 18:22:38 |
| 24 | A  Absolutely. | 18:22:41 |
| 25 | Q  What is that? | 18:22:43 |

```
1        A   Depending on the circumstances, if you          18:22:44

2   contain a block or corral just to, if you need to        18:22:48

3   secure a scene, I think we had to contain RTV.           18:22:55

4        The video you showed earlier, that would            18:23:02

5   be a containment.  We had to contain the scene so        18:23:05

6   that we could take care of the rocks.                    18:23:08

7        Q   Okay.                                           18:23:10

8        A   As far as corral -- go ahead.                   18:23:10

9        Q   Go ahead.                                       18:23:12

10        A   Then maybe corralling would be more of a       18:23:13

11   curfew issue, where you would actually have to          18:23:19

12   contact people where it's not so much of a              18:23:23

13   protester push.  That would be more of a law            18:23:26

14   violation, where you actually go to corral and          18:23:29

15   contact a curfew violator.                              18:23:33

16        Q   So you mean if you decided that you are        18:23:36

17   going to arrest somebody, you would try to, like,       18:23:40

18   "corral" is another term for trying to arrest           18:23:42

19   them?                                                   18:23:46

20        A   Like, if you have protester breaking           18:23:46

21   curfew, and you go to contact them and they run, I      18:23:48

22   think a team would corral them to take them into        18:23:51

23   custody.                                                18:23:54

24        Q   Right.  But that's if you have a law           18:23:55

25   violator and you have spotted someone violating         18:23:58
```

| | | |
|---|---|---|
| 1 | the law, and you are going to try to arrest them? | 18:24:01 |
| 2 | A  Yes. | 18:24:03 |
| 3 | Q  I'm talking about using containment or | 18:24:04 |
| 4 | corralling methods on a group of protesters. | 18:24:07 |
| 5 | Have you ever heard of those terms used? | 18:24:11 |
| 6 | A  I can't say I have or have not heard those | 18:24:14 |
| 7 | terms.  I can't think of a specific incident where | 18:24:17 |
| 8 | we corralled or tried to surround a group of | 18:24:20 |
| 9 | protesters. | 18:24:23 |
| 10 | Q  On Sunday, May 31st, you and your team, | 18:24:24 |
| 11 | and Lieutenant Williams, were on Colfax pushing | 18:24:31 |
| 12 | protesters east, correct? | 18:24:37 |
| 13 | A  Without being refreshed, I'd have to see a | 18:24:41 |
| 14 | video, or -- | 18:24:44 |
| 15 | Q  Well, you didn't record any video. | 18:24:49 |
| 16 | A  Okay. | 18:24:50 |
| 17 | Q  You did before 9:50 p.m. -- | 18:24:50 |
| 18 | A  Okay. | 18:24:56 |
| 19 | Q  -- on Sunday May 31st. | 18:24:56 |
| 20 | So now you can't remember; is that right? | 18:24:58 |
| 21 | A  I don't have a specific memory of who | 18:25:01 |
| 22 | pushed protesters east on Colfax at that time. | 18:25:03 |
| 23 | Q  I'm showing you a Denver HALO camera video | 18:25:07 |
| 24 | that was produced to us.  It's from Sunday, May | 18:25:16 |
| 25 | 31st, at Colfax and Logan. | 18:25:20 |

```
1         I'm going to play it for you starting at        18:25:22
2    9:36 p.m.                                            18:25:26
3         Just to orient you, this is Colfax, right       18:25:28
4    here, the street we are looking at.
5         This is the Basilica, the church that we        18:25:31
6    were viewing in the other video, right here with     18:25:34
7    the bright lights.                                   18:25:36
8         (Playing video.)                                18:25:41
9    Q   I'm playing it starting from 9:36 p.m.           18:25:49
10   A   Okay.                                            18:25:53
11   Q   I'm going to play it a little faster at          18:26:04
12   two-time speed.                                      18:26:07
13        Here we see a bunch of protesters have          18:26:18
14   started crossing this intersection in front of the   18:26:22
15   church, right?                                       18:26:26
16   A   Appears so.                                      18:26:27
17   Q   I'm going to pause it at 9:38:36 p.m.            18:26:28
18        Did you see people started running to the       18:27:04
19   west?                                                18:27:08
20   A   No.  Can you play it back?  You're saying        18:27:11
21   people run down the left side?                       18:27:15
22   Q   Yes.  Do you see my curser?                      18:27:18
23   A   Yeah.                                            18:27:21
24   Q   The people start running this way, and          18:27:21
25   there is clouds of tear gas back here.               18:27:24
```

| | | |
|---|---|---|
| 1 | A  Okay. | 18:27:26 |
| 2 | Q  This street on the other side of the | 18:27:26 |
| 3 | church is Pennsylvania.  I'll rewind it a little | 18:27:28 |
| 4 | bit. | 18:27:33 |
| 5 | Do you see how people are running? | 18:27:47 |
| 6 | A  I do. | 18:27:50 |
| 7 | Q  And do you see the clouds of tear gas in | 18:27:51 |
| 8 | the distance? | 18:27:54 |
| 9 | MR. RINGEL:  Object to form. | 18:27:54 |
| 10 | A  It appears to be smoke or gas, yes. | 18:27:55 |
| 11 | Q  Smoke or gas.  Let's assume there is smoke | 18:27:58 |
| 12 | or tear gas over here along with the line of | 18:28:23 |
| 13 | officers, okay?  On the Pennsylvania block. | 18:28:26 |
| 14 | A  Okay. | 18:28:30 |
| 15 | Q  That prevents the protesters from going | 18:28:30 |
| 16 | that way, right? | 18:28:33 |
| 17 | A  Eastbound? | 18:28:33 |
| 18 | Q  Right. | 18:28:35 |
| 19 | A  Okay. | 18:28:36 |
| 20 | Q  I mean, would that be fair -- let's assume | 18:28:37 |
| 21 | that that was tear gas, and that there is a line | 18:28:40 |
| 22 | of officers standing across the street forming a | 18:28:41 |
| 23 | line at Pennsylvania? | 18:28:45 |
| 24 | A  You're saying there is a line of officers | 18:28:47 |
| 25 | that way, okay. | 18:28:49 |

| | | |
|---|---|---|
| 1 | Q  Right. | 18:28:50 |
| 2 | MR. RINGEL:  Object to the form and the | 18:28:50 |
| 3 | foundation. | 18:28:51 |
| 4 | Q  If there is a line of officers at | 18:28:54 |
| 5 | Pennsylvania who are firing tear gas from that | 18:28:56 |
| 6 | direction, that prevents the protesters from going | 18:29:00 |
| 7 | in that direction, correct? | 18:29:04 |
| 8 | A  Yes. | 18:29:05 |
| 9 | Q  Do you see the clouds of tear gas from | 18:29:07 |
| 10 | this block on Logan? | 18:29:16 |
| 11 | A  I see fireworks and possible tear gas and | 18:29:17 |
| 12 | smoke, yes. | 18:29:21 |
| 13 | Q  Those sparks that we just saw going across | 18:29:22 |
| 14 | the street with the gas; what is that? | 18:29:35 |
| 15 | A  That one right there? | 18:29:37 |
| 16 | Q  Yes. | 18:29:40 |
| 17 | A  That's smoke or gas, yes. | 18:29:40 |
| 18 | Q  That's coming from Logan, right? | 18:29:43 |
| 19 | A  I have no idea where it's coming from. | 18:29:45 |
| 20 | Q  Do you think it's coming all the way from | 18:29:49 |
| 21 | Washington? | 18:29:52 |
| 22 | MR. RINGEL:  Object to the form. | 18:29:52 |
| 23 | A  I don't know where it came from. | 18:29:53 |
| 24 | Q  I'm pausing it at 9:41:59. | 18:30:17 |
| 25 | A  Okay. | 18:30:19 |

1     Q  There is smoke or tear gas right here,          18:30:19

2  right at the bottom of the screen, right?            18:30:21

3     A  Yes, ma'am.                                     18:30:23

4     Q  There is tear gas or smoke coming from the      18:30:23

5  other side as well, right?                           18:30:26

6     A  It appears to be.                               18:30:28

7     Q  And there's whole lot of protesters in the      18:30:31

8  middle, right?                                        18:30:34

9     A  Yes, ma'am.                                     18:30:35

10    Q  Which way are they supposed to go to get        18:30:36

11  out of here?                                         18:30:39

12       MR. RINGEL:  Object to the form and the         18:30:39

13  foundation.                                          18:30:41

14    A  If -- I, I don't know what's behind them        18:30:43

15  or where the tear gas came from, whether they        18:30:47

16  chose to stay at that location or not go.            18:30:51

17       It appears there's an alley way just north      18:30:53

18  of them, or south of their location.                 18:30:56

19    Q  So you thought this alley --                    18:31:00

20    A  I don't know what is behind this camera.        18:31:01

21    Q  Well, it's Logan.                               18:31:04

22    A  I know, but I don't know if there is no         18:31:06

23  exit.                                                18:31:09

24    Q  Well, there is tear gas right here, so          18:31:10

25  regardless of what is all the way over here at       18:31:13

| | |
|---|---|
| 1 | Logan, there is tear gas going off before you get | 18:31:16 |
| 2 | to Logan, right? | 18:31:19 |
| 3 | MR. RINGEL:  Object to the form and the | 18:31:20 |
| 4 | foundation. | 18:31:22 |
| 5 | A  Smoke or tear gas, yes. | 18:31:22 |
| 6 | Q  Okay.  So it's reasonable to expect that | 18:31:25 |
| 7 | protesters are not going to think they can go | 18:31:27 |
| 8 | east, because there's tear gas coming from the | 18:31:29 |
| 9 | officers on Pennsylvania, right? | 18:31:32 |
| 10 | MR. RINGEL:  Object to the form and the | 18:31:35 |
| 11 | foundation. | 18:31:36 |
| 12 | A  I don't know what they are thinking. | 18:31:38 |
| 13 | Q  Is it your expectation that if protesters | 18:31:48 |
| 14 | are encountered with gas coming from one side, and | 18:31:51 |
| 15 | gas coming from the other side, that they can't | 18:31:55 |
| 16 | go -- are they expected to go into the gas? | 18:31:59 |
| 17 | MR. RINGEL:  Object to the form and the | 18:32:04 |
| 18 | foundation. | 18:32:05 |
| 19 | A  I can't say or recall any incident that | 18:32:06 |
| 20 | gas or smoke may have been thrown where they | 18:32:10 |
| 21 | didn't have somewhere to go. | 18:32:12 |
| 22 | Q  I'm asking you about a specific situation. | 18:32:14 |
| 23 | This one right here.  Where we have tear gas or | 18:32:16 |
| 24 | smoke, before you even get to Logan, and tear gas | 18:32:20 |
| 25 | or smoke at Pennsylvania. | 18:32:25 |

```
1        Is it your expectation that the protesters        18:32:30

2   should decide to try to escape by running through      18:32:34

3   the gas?                                               18:32:37

4        MR. RINGEL:  Object to the form and the           18:32:38

5   foundation.                                            18:32:40

6     A  Without seeing what's set up on Logan, or         18:32:41

7   who threw that gas or smoke ,or not utilizing the      18:32:46

8   alley, I don't know what they are expected to do.      18:32:48

9     Q  So you think it's reasonable for them to          18:32:51

10  just go down this alley?                               18:32:53

11    A  I don't know what is reasonable or not,           18:32:56

12  not knowing if they had an exit on the other side.     18:32:59

13    Q  Let's talk about the alley -- actually,           18:33:02

14  no, let's talk about the fence.  Okay?                 18:33:04

15    A  Okay.                                             18:33:07

16    Q  I'm showing you Google Maps.                      18:33:07

17       This is the Basilica and this is a six            18:33:25

18  foot iron metal fence.                                 18:33:29

19       Do you see this?                                  18:33:31

20    A  I do.                                             18:33:32

21    Q  Let's assume that that fence was there at         18:33:32

22  the time of the incident.                              18:33:35

23       Would it be reasonable to expect the              18:33:37

24  protesters, who are being gassed from this side on     18:33:38

25  Pennsylvania, and gassed from this side on Logan,      18:33:41
```

1    to climb this fence to get away?                    18:33:44

2        MR. RINGEL:  Object to the form and the         18:33:47

3    foundation.                                         18:33:48

4        A  Without the full picture, I don't know       18:33:51

5    what they would have been expected to do.           18:33:54

6        Q  Let's assume that there were officers on     18:33:56

7    Pennsylvania, who are tear gassing the protesters.  18:33:58

8        A  Okay.                                        18:34:01

9        Q  And that you and your team were on Logan     18:34:02

10   tear gassing the protesters.                        18:34:04

11       Would those actions in this location at         18:34:06

12   that time have been within DPD policy?              18:34:08

13       MR. RINGEL:  Object to the form and the         18:34:12

14   foundation.                                         18:34:13

15       A  I don't believe that incident command       18:34:14

16   would have authorized to throw gas from the two     18:34:16

17   separate corners.                                   18:34:20

18       Q  Let's assume that Commander Phelan is        18:34:21

19   heard on the radio telling the two teams to push    18:34:25

20   and do exactly that?                                18:34:28

21       A  To do that?                                  18:34:30

22       Q  Is that within policy?                       18:34:31

23       MR. RINGEL:  Object to form and                 18:34:32

24   foundation.                                         18:34:33

25       A  Depending on the circumstances, it may be    18:34:34

| | | |
|---|---|---|
| 1 | if they see something that we don't see, where | 18:34:36 |
| 2 | there is risk to lives or property. | 18:34:40 |
| 3 | I couldn't answer for them. | 18:34:43 |
| 4 | Q  So we have tear gas on Logan, a metal | 18:34:46 |
| 5 | fence that's six feet high on the north side, and | 18:34:51 |
| 6 | tear gas coming from Pennsylvania. | 18:34:54 |
| 7 | On the south side, we have got the | 18:34:56 |
| 8 | protesters hemmed in by these buildings, and we | 18:34:58 |
| 9 | have this narrow alleyway. | 18:35:01 |
| 10 | Do you see this? | 18:35:03 |
| 11 | A  Yes, those are pretty large alleys with | 18:35:04 |
| 12 | cars that go through. | 18:35:07 |
| 13 | Q  Okay.  So you think that this was a | 18:35:08 |
| 14 | sufficient escape route for the protesters? | 18:35:10 |
| 15 | MR. RINGEL:  Object to the form and the | 18:35:13 |
| 16 | foundation. | 18:35:15 |
| 17 | A  Based on the situation, without having | 18:35:17 |
| 18 | full picture, I don't know if they had somewhere | 18:35:20 |
| 19 | else to go. | 18:35:22 |
| 20 | That would have been hard, obviously, to | 18:35:23 |
| 21 | get all protesters in that alley. | 18:35:25 |
| 22 | But it appeared from the HALO video you | 18:35:27 |
| 23 | showed me, most of them stuck around at the line. | 18:35:32 |
| 24 | Q  Let's take another look at that video. | 18:35:34 |
| 25 | I'm showing you again the HALO video from Colfax | 18:35:38 |

| | | |
|---|---|---|
| 1 | and Logan on May 31st, starting at 9:432 p.m. | 18:35:43 |
| 2 | We will watch it for a few minutes, then I | 18:35:51 |
| 3 | will ask you some questions. | 18:35:54 |
| 4 | A   Okay. | 18:35:56 |
| 5 | (Playing video.) | 18:35:58 |
| 6 | Q   I have paused it at 9:43:30. | 18:36:07 |
| 7 | Do you see these police officers that came | 18:36:11 |
| 8 | in from the west? | 18:36:14 |
| 9 | A   I do. | 18:36:15 |
| 10 | Q   That was your team, correct? | 18:36:15 |
| 11 | A   I have no idea what team it is.  It could | 18:36:17 |
| 12 | have been my team, yes. | 18:36:20 |
| 13 | Q   Well, let's take a look at 9:49. | 18:36:22 |
| 14 | We have got this line of officers right | 18:36:29 |
| 15 | here at Logan, right? | 18:36:31 |
| 16 | A   Yes, ma'am. | 18:36:34 |
| 17 | Q   That's where your body-worn camera picks | 18:36:35 |
| 18 | up, correct? | 18:36:40 |
| 19 | A   Okay. | 18:36:40 |
| 20 | Q   I mean, is that right? | 18:36:41 |
| 21 | A   Yes, without researching the body-worn | 18:36:42 |
| 22 | myself, I'm taking your word, if that shows where | 18:36:44 |
| 23 | I was at that time, it would have been me and my | 18:36:47 |
| 24 | four officers, along with these teams | 18:36:51 |
| 25 | (indiscernible). | 18:36:52 |

1    Q  So looking at your body-worn camera again,       18:36:52

2  (inaudible) you're here at this intersection at       18:37:10

3  3:51 a.m., which is 9:51 p.m., with this line of      18:37:14

4  officers that we saw in the HALO video, right?        18:37:19

5    A  It appears so.                                    18:37:22

6    Q  Okay.  So it was you and your officers who       18:37:23

7  came in from the west?                                18:37:27

8    A  Along with multiple officers, yes,               18:37:30

9  correct.                                              18:37:32

10    Q  What other units were there?                    18:37:32

11    A  I don't recall, but you can tell that it's      18:37:35

12  a large number of officers.  I only had four         18:37:37

13  myself.                                              18:37:40

14    Q  Okay.  You had four.  Abeyta had four,          18:37:42

15  right?                                               18:37:46

16    A  He should have at the time.                     18:37:46

17    Q  We had Lieutenant Williams, right?              18:37:49

18    A  Correct.                                        18:37:51

19    Q  Was there outside agencies with you at          18:37:52

20  that time?                                           18:37:58

21    A  I don't recall.  There was a large number       18:37:58

22  of officers, it looks like a lot of officers in      18:38:02

23  that video.                                          18:38:04

24    Q  The actions of you and your officers            18:38:06

25  between 9:30 and 9:50 p.m., on May 31st, were        18:38:13

| | | |
|---|---|---|
| 1 | authorized by Lieutenant Williams, correct? | 18:38:18 |
| 2 | A  I don't know if he had orders, or we were | 18:38:21 |
| 3 | deployed, if it was from Lieutenant Williams or | 18:38:28 |
| 4 | the command post.  I have no idea. | 18:38:30 |
| 5 | Q  It could have come from the incident | 18:38:32 |
| 6 | commander, Commander Phalen, correct? | 18:38:35 |
| 7 | A  It could have. | 18:38:39 |
| 8 | Q  But you were ordered, you and your | 18:38:40 |
| 9 | officers were ordered to do what Lieutenant | 18:38:41 |
| 10 | Williams and, in turn, his supervisor asked him to | 18:38:44 |
| 11 | do, right? | 18:38:46 |
| 12 | A  As far as what orders?  Form the skirmish | 18:38:48 |
| 13 | line? | 18:38:52 |
| 14 | Q  Yes.  Pushing the protesters, if you fired | 18:38:53 |
| 15 | munitions, and forming the skirmish line. | 18:38:56 |
| 16 | A  Yes, ma'am, that would have been an order. | 18:38:58 |
| 17 | Q  And those orders came down all the way | 18:39:01 |
| 18 | from the command post, correct? | 18:39:03 |
| 19 | MR. RINGEL:  Object to the form. | 18:39:05 |
| 20 | A  They could have been. | 18:39:06 |
| 21 | MR. RINGEL:  Foundation. | 18:39:07 |
| 22 | A  I have no idea who made an order for us to | 18:39:08 |
| 23 | form a skirmish at that intersection at that time, | 18:39:11 |
| 24 | involving that location. | 18:39:14 |
| 25 | Q  What did you do on May 31st after the | 18:39:18 |

1    incident that's depicted in your body camera in          18:39:43

2    the HALO video?                                          18:39:48

3         MR. RINGEL:  Object to the form.                    18:39:50

4      A  I don't recall anything specifically in             18:39:52

5    the video.                                               18:39:58

6      Q  I'm showing you your body-worn camera.              18:39:58

7      A  Okay.                                                18:40:03

8      Q  From what we can tell from the HALO                  18:40:03

9    camera, putting the HALO camera video together           18:40:07

10   with your body-worn camera, you were present with        18:40:12

11   other officers on Colfax, at Logan, when there           18:40:13

12   were munitions fired at protesters, correct?             18:40:17

13        MR. RINGEL:  Object to the form and the             18:40:20

14   foundation.                                              18:40:22

15     A  It appears to be.                                    18:40:23

16     Q  Okay.  Why didn't you record that on your           18:40:26

17   body camera?                                             18:40:28

18     A  I have no memory of why I did not activate          18:40:30

19   it at the time, or if I had time, or why I did not       18:40:34

20   record at the time.                                      18:40:37

21     Q  Were there any orders that were given, or           18:40:39

22   any warnings that were given to the protesters            18:40:41

23   before you, or any of the officers you were with         18:40:44

24   at Logan, fired on the protesters at that time?          18:40:48

25     A  I do not recall if any warnings were given          18:40:52

1    or how far away they were.                              18:40:55

2       Q   Did you see any of the protesters in that        18:40:59

3    block at that time do anything that warranted the       18:41:04

4    use of munitions on them?                               18:41:05

5       MR. RINGEL:   Object to the form and the             18:41:07

6    foundation.                                             18:41:08

7       A   I can't recall anything specifically.  I         18:41:10

8    know we dealt with some very agitated crowds on         18:41:12

9    Colfax.                                                 18:41:15

10      Q   I'm going to play a bit of the HALO video        18:41:18

11   for you again.                                          18:41:40

12      A   Yes, ma'am.                                       18:41:40

13      Q   This is again the video at Colfax and            18:41:41

14   Logan on May 31st, at 9:40 p.m.                          18:41:42

15      Then I'm going ask you if you see anything           18:41:45

16   in here that warrants the use of munitions on the       18:41:48

17   protesters at this time.                                18:41:52

18      A   Just so I am correct, you are saying that        18:41:53

19   this large crowd right here is the same                 18:41:56

20   intersection my body cam is facing towards at the       18:41:59

21   same time?                                              18:42:02

22      Q   Right.  What I'm saying is that your             18:42:05

23   body-worn camera, which begins on May 31st, at          18:42:08

24   9:50 p.m., is what picks up -- the events on the        18:42:12

25   HALO camera are what happened right before your         18:42:17

| | | |
|---|---|---|
| 1 | body camera begins. | 18:42:21 |
| 2 | A  Okay. | 18:42:22 |
| 3 | Q  Can you see the HALO camera video? | 18:42:26 |
| 4 | A  Yes. | 18:42:31 |
| 5 | Q  So my question to you, as you watch this | 18:42:31 |
| 6 | is, what is this crowd doing that is warranting | 18:42:33 |
| 7 | the use of these munitions on them at this time? | 18:42:36 |
| 8 | A  From this video, you can't see anything | 18:42:40 |
| 9 | specific. | 18:42:43 |
| 10 | They could have been throwing any kind of | 18:42:44 |
| 11 | projectiles.  I have seen fireworks in the video, | 18:42:46 |
| 12 | which are mortars, bottles, rocks.  I can't tell | 18:42:50 |
| 13 | from this video. | 18:42:53 |
| 14 | Q  You don't know? | 18:42:56 |
| 15 | A  I don't.  I cannot tell from this video, | 18:42:58 |
| 16 | ma'am. | 18:43:02 |
| 17 | Q  And you cannot provide any explanation for | 18:43:03 |
| 18 | why your video doesn't start until 9:50? | 18:43:08 |
| 19 | A  I cannot.  I don't know if we got deployed | 18:43:11 |
| 20 | quickly, or what happened, the circumstances, I do | 18:43:15 |
| 21 | not know. | 18:43:18 |
| 22 | Q  What is your understanding of what are the | 18:43:19 |
| 23 | circumstances under which you are allowed to use | 18:43:43 |
| 24 | tear gas on protesters? | 18:43:46 |
| 25 | A  I believe tear gas was being deployed on | 18:43:49 |

| | | |
|---|---|---|
| 1 | agitated protester, rioters damaging or throwing | 18:43:52 |
| 2 | bottles, projectiles, explosives towards officers. | 18:43:57 |
| 3 | Q  So if there is a large group of people, | 18:44:02 |
| 4 | most of whom are peaceful, but there are few | 18:44:05 |
| 5 | people in the crowd who are not being peaceful and | 18:44:08 |
| 6 | who are throwing things, then is the use of an | 18:44:11 |
| 7 | indiscriminate weapon, like tear gas, authorized | 18:44:15 |
| 8 | on them at that time? | 18:44:18 |
| 9 | MR. RINGEL:  Object to the form and the | 18:44:19 |
| 10 | foundation. | 18:44:20 |
| 11 | A  I believe tear gas was authorized at that | 18:44:23 |
| 12 | time, which has changed since then, but yes. | 18:44:27 |
| 13 | Q  What is your understanding of how it's | 18:44:31 |
| 14 | changed since then? | 18:44:33 |
| 15 | A  Basically, with the temporary restraining | 18:44:35 |
| 16 | order against Denver, that's going to be a last | 18:44:38 |
| 17 | resort coming from, obviously, a lieutenant or a | 18:44:41 |
| 18 | command officer from the command post. | 18:44:43 |
| 19 | Q  Were you ever interviewed by the | 18:44:46 |
| 20 | independent monitor in regard to this protest? | 18:44:50 |
| 21 | A  I was not. | 18:44:53 |
| 22 | Q  Do you know if Lieutenant Williams was? | 18:44:55 |
| 23 | A  I do not.  I don't work around him. | 18:44:59 |
| 24 | Q  Because he is from another district? | 18:45:04 |
| 25 | A  Yes, we're at different stations. | 18:45:05 |

| | | |
|---|---|---|
| 1 | Q  Have you had any conversations with any | 18:45:09 |
| 2 | other DPD officers about being interviewed by the | 18:45:13 |
| 3 | office of independent monitor? | 18:45:17 |
| 4 | A  No. | 18:45:19 |
| 5 | Q  Are you aware of any officers being | 18:45:19 |
| 6 | interviewed by the independent monitor? | 18:45:21 |
| 7 | A  My officers? | 18:45:24 |
| 8 | Q  Any officers, either officers you work | 18:45:27 |
| 9 | with or officers you know. | 18:45:29 |
| 10 | A  No.  I have an officer that was talked to | 18:45:31 |
| 11 | by internal affairs, but not the independent | 18:45:38 |
| 12 | monitor. | 18:45:41 |
| 13 | Q  Which of your officers was talked to by | 18:45:42 |
| 14 | internal affairs? | 18:45:44 |
| 15 | A  Officer King. | 18:45:47 |
| 16 | Q  And what was that in regard to? | 18:45:50 |
| 17 | A  He was fine on his video.  They were | 18:45:51 |
| 18 | trying to identify another officer on the video. | 18:45:55 |
| 19 | Q  So they had questions for him about | 18:45:58 |
| 20 | somebody that was on his video? | 18:46:01 |
| 21 | A  Yes. | 18:46:03 |
| 22 | MS. WANG:  Let's take a quick break. | 18:46:08 |
| 23 | (Off the record.) | 18:46:11 |
| 24 | MS. WANG:  Back on the record. | 18:54:16 |
| 25 | BY MS. WANG: | 18:54:17 |

1    Q  I just have a couple more follow-ups and        18:54:17
2  then the Arnold & Porter people may have some      18:54:20
3  questions for you.                                 18:54:24
4    A  Yes, ma'am.                                    18:54:25
5    Q  So did you tell your officers on your team     18:54:25
6  when to turn their cameras on and not?             18:54:29
7    A  I do not.                                      18:54:32
8    Q  They decide on their own when to turn the      18:54:37
9  camera on?                                         18:54:38
10   A  Yes, ma'am.                                    18:54:39
11   Q  You did not give your officers, during the     18:54:40
12 protests, you did not give your officers on your   18:54:44
13 team any specific instructions as to when to turn  18:54:46
14 on and off their cameras?                          18:54:49
15   A  I would say it would not never happen.         18:54:51
16 There could be an incident that I would be, like,  18:54:54
17 just make sure everyone's body cams are on or, but 18:54:57
18 usually on a normal, routine basis, that's going   18:55:01
19 to be an individual officer's choice.              18:55:05
20   Q  With respect to the incident at the           18:55:07
21 Basilica between 9:35 and 9:50 p.m., on Sunday,    18:55:09
22 May, 31st, your other team members were all        18:55:14
23 present with you, correct?                         18:55:19
24   A  I believe so.  They were in the proximity.     18:55:20
25   Q  That would be Spencer, LeFebre, Pittsley       18:55:23

1    and Cane, right?                                    18:55:28

2        A  Yes, ma'am.                                  18:55:30

3        Q  Do you have any explanation for why we       18:55:31

4    don't have any video from any of them that starts   18:55:34

5    before 9:50?                                        18:55:40

6        A  I cannot tell you why they don't have        18:55:43

7    body-worn.                                          18:55:46

8        MS. WANG:  I have no further questions at       18:55:54

9    this time.                                          18:55:56

10       THE WITNESS:  Thank you, ma'am.                 18:55:58

11                    EXAMINATION

12   BY MS. DiBRELL:                                     18:56:17

13       Q  As I stated earlier today,  my name is       18:56:17

14   Molly DiBrell.  I represent the Black Lives Matter  18:56:21

15   5280 Plaintiffs, and I work at Arnold & Porter.     18:56:22

16       A  Yes, ma'am.                                  18:56:28

17       Q  Thank you for taking the time to speak       18:56:29

18   with us, and if you can't hear me, please let me    18:56:31

19   know.                                               18:56:34

20       A  There is a little echo, but I can hear       18:56:34

21   you.                                                18:56:36

22       Q  If, for some reason, you can't understand    18:56:36

23   a question because of the echo, please let me       18:56:41

24   know.                                               18:56:44

25       A  Yes, ma'am.

| | | |
|---|---|---|
| 1 | Q  And we will pause and take care of that. | 18:56:44 |
| 2 | I just have a couple of quick follow-up | 18:56:46 |
| 3 | questions.  I know it's late in the day. | 18:56:49 |
| 4 | So earlier when you were talking with | 18:56:52 |
| 5 | Ms. Wang, you mentioned that you were, you | 18:56:54 |
| 6 | received a request 17 days after the George Floyd | 18:56:57 |
| 7 | protests to fill out an officer's statement; is | 18:57:01 |
| 8 | that correct? | 18:57:05 |
| 9 | A  Yes.  That was, I believe that request | 18:57:05 |
| 10 | came from downtown where they wanted us to | 18:57:08 |
| 11 | document activities. | 18:57:11 |
| 12 | Q  Prior to that request, were you under the | 18:57:12 |
| 13 | impression you did not need to fill out an | 18:57:17 |
| 14 | officer's statement? | 18:57:20 |
| 15 | A  I don't believe I thought about it at the | 18:57:21 |
| 16 | time. | 18:57:23 |
| 17 | Q  Why hadn't you thought about it? | 18:57:23 |
| 18 | A  Nothing specific had happened as far as | 18:57:26 |
| 19 | our activity. | 18:57:30 |
| 20 | Like I said, it was a blanket use of force | 18:57:32 |
| 21 | before then, so we hadn't documented anything on | 18:57:35 |
| 22 | our own use of force. | 18:57:41 |
| 23 | So we had no activities.  We weren't -- I | 18:57:42 |
| 24 | don't believe the curfew was in effect, obviously | 18:57:47 |
| 25 | the first part, so those were handled on a | 18:57:49 |

1    different document, to put parties in jail.                18:57:53

2       Q   What do you mean by there was a blanket            18:57:56

3    use of force?                                              18:57:58

4       A   What I explained to Ms. Wang before, so            18:58:00

5    like if somebody had used less lethal or deployed          18:58:03

6    any kind of force, that went basically on a                18:58:06

7    blanket use of force under incident command.               18:58:09

8          You would let them know or provide a                 18:58:11

9    statement with that CAD number and go from there.          18:58:13

10      Q   Generally, outside of the George Floyd             18:58:21

11   protests, and the situation where there is a               18:58:26

12   blanket use of force, generally when you are               18:58:30

13   required to fill out an officer's statement?               18:58:33

14      A   Most times we fill out officer statements          18:58:35

15   on any criminal violation, obviously, any time we          18:58:40

16   take a police action, I think more so, sometimes I         18:58:43

17   think even the street officers.                            18:58:49

18          I obviously don't respond to calls like I          18:58:51

19   used to, but I think they are doing more officer           18:58:53

20   statements on welfare checks, and other                    18:58:56

21   situations, but that's always evolving.                    18:58:58

22      Q   Are there any other situations when you            18:59:02

23   would fill out an officer officer's statement?             18:59:05

24      A   Use of force and, yeah, just criminal              18:59:09

25   violations.  I can't think of nothing right now to         18:59:12

1  mind.                                              18:59:15

2      Q  I'm sorry, remind how long have you been    18:59:16

3  with the Denver Police Department?                 18:59:20

4      A  I've been with them approximately 17         18:59:22

5  years, and a police officer for, going into my     18:59:24

6  23rd year.                                         18:59:28

7      Q  So in those 17 years, have you              18:59:29

8  ever -- I'll rephrase that.                        18:59:34

9         In those 17 years, have you ever not had    18:59:36

10 to fill out an officer's statement before due to a 18:59:38

11 blanket use-of-force policy?                        18:59:41

12     A  Nothing that I recall, I -- there's,         18:59:44

13 obviously I can't think of all 17 years, but        18:59:47

14 before I came to the impact team, I didn't, I       18:59:52

15 wasn't part of one of those officers that came      18:59:55

16 down.  So that probably wasn't a common practice    18:59:57

17 for myself.  That's probably why I don't have a     19:00:00

18 real strong memory of ever having to do that.       19:00:04

19        I had always worked inside a district or     19:00:06

20 inside the school as a resource officer.  So I      19:00:09

21 just was not part of one of those teams prior to    19:00:12

22 this.                                               19:00:16

23     Q  Just to confirm then, this was the first    19:00:16

24 time where you had ever been in the situation       19:00:23

25 where you did not have to fill out an officer's     19:00:26

1  statement because of a blanket use-of-force          19:00:30

2  policy?                                              19:00:33

3    A  Without a certain memory, I can't, I can't     19:00:33

4  think of why I wouldn't have filled it out before.   19:00:36

5       The only thing that may come close would       19:00:39

6  be being a part of the DNC protests, and if          19:00:43

7  something had happened there, I don't think I        19:00:46

8  wrote a statement.  But nothing that comes to        19:00:48

9  mind.                                                19:00:53

10   Q  The DNC protests, when you didn't write a       19:00:55

11 statement, why was that?                             19:00:59

12   A  That's what I'm saying, I don't have a          19:01:01

13 specific -- obviously those were very different,     19:01:04

14 so...                                                19:01:07

15      I was a line officer.  I don't have a           19:01:07

16 specific, like, memory of either writing one or      19:01:09

17 not writing one, but that would have been probably   19:01:12

18 handled the same way.                                19:01:16

19   Q  You don't recall whether, for the DNC           19:01:19

20 protests, whether you received any instruction       19:01:22

21 that you did not have to fill out an abuse -- an      19:01:25

22 officer statement, rather?                           19:01:28

23   A  Correct, I don't recall needing to write        19:01:31

24 one, or if I had wrote an officer statement about    19:01:33

25 what we did for those few days.                      19:01:36

1    Q  You don't recall whether you received                19:01:38

2   instructions that you did not need to fill out a          19:01:40

3   statement at that time?                                   19:01:43

4    A  Back then, no.                                        19:01:44

5    Q  As you've also discussed with Ms. Wang,               19:01:47

6   is it accurate to say that you don't have a               19:02:11

7   recollection of where you and your team were              19:02:14

8   stationed during the days of the George Floyd             19:02:18

9   protests?                                                 19:02:20

10   A  No, by -- I cannot break it down                      19:02:21

11  chronologically or where exactly on each day.             19:02:26

12   Q  You mentioned a few documents that we                 19:02:32

13  could possibly use to determine where your team           19:02:35

14  was.                                                      19:02:36

15      So you mentioned potentially using other              19:02:37

16  officer statements; is that correct?                      19:02:40

17   A  I didn't suggest that, but that would be a            19:02:43

18  possibility.                                              19:02:45

19   Q  Are there any other records or                        19:02:47

20  documents -- let me start that over.                      19:02:49

21      Are there any other records that you would            19:02:56

22  suggest -- are there any other records you suggest        19:02:59

23  we could look at to determine where your team was         19:03:02

24  stationed during the days of George Floyd                 19:03:05

25  protests?                                                 19:03:07

1    A  I couldn't think of any other records.  We    19:03:10
2    were all required to fill out a statement and     19:03:12
3    upload our body-worn cameras, like I had provided, 19:03:14
4    so...                                             19:03:19
5    Q  So there aren't any other documents, to       19:03:19
6    your knowledge, that we could look at to figure   19:03:22
7    out where your team was during those days?        19:03:24
8    A  Like if it was written down that we were       19:03:26
9    somewhere -- I couldn't say if the command post   19:03:29
10   kept records on that.  I wouldn't know why they   19:03:32
11   would do that, but I can't speak for other people. 19:03:36
12       I just know what we -- we were all            19:03:38
13   required to write a statement and upload or        19:03:40
14   body-worn.                                         19:03:44
15   Q  Does the command post usually keep records     19:03:44
16   of where your team is stationed?                   19:03:47
17   A  Not to my knowledge, but I can't say they      19:03:49
18   don't because I don't work in there, and I really  19:03:52
19   don't, I don't know how it functions.              19:03:55
20       I've never worked inside the command post     19:03:58
21   as far as operating.                               19:04:01
22   Q  Are there any other individuals you            19:04:05
23   suggest that we could speak to, to determine where 19:04:10
24   your team was, outside of the individuals who were 19:04:13
25   on your team?                                      19:04:17

| | | |
|---|---|---|
| 1 | A   Just the ones that Ms. Wang identified a | 19:04:18 |
| 2 | far as Sergeant Abeyta, and his team, obviously. | 19:04:22 |
| 3 | Q   Unfortunately, I'm having a bit of trouble | 19:04:28 |
| 4 | with my video. | 19:04:46 |
| 5 | A   Okay. | 19:04:46 |
| 6 | Q   So I can't pull it up for you, but I | 19:04:46 |
| 7 | wanted to return, so earlier Ms. Wang showed you a | 19:04:49 |
| 8 | video, and she pointed out an individual, an | 19:04:54 |
| 9 | officer who had an arrow on his arm. | 19:04:58 |
| 10 | A   Okay. | 19:05:00 |
| 11 | Q   Like a chevron.  Do you remember that? | 19:05:01 |
| 12 | A   Yes, where the two people had chevrons on | 19:05:04 |
| 13 | their arms? | 19:05:10 |
| 14 | Q   Yes. | 19:05:12 |
| 15 | A   Yes. | 19:05:12 |
| 16 | Q   Do you remember that? | 19:05:13 |
| 17 | A   Yes. | 19:05:14 |
| 18 | Q   It was your testimony that you could not | 19:05:15 |
| 19 | identify who they were. | 19:05:19 |
| 20 | A   No, that was not my testimony. | 19:05:21 |
| 21 | I testified that I believe one of them was | 19:05:23 |
| 22 | Sergeant Abeyta, based on his body shape, and that | 19:05:25 |
| 23 | we were together on that day, but I could not | 19:05:29 |
| 24 | positively identify the other person. | 19:05:32 |
| 25 | I didn't, I didn't recognize them. | 19:05:34 |

1    Q  Thank you for that correction.  I          19:05:37

2  appreciate that.                               19:05:39

3       So for the individual who you could not   19:05:40

4  identify, I'm curious if you were tasked with  19:05:42

5  trying to figure out who that was, how would you  19:05:50

6  go about that?                                 19:05:52

7    A  For me?                                   19:05:53

8    Q  Yes.                                      19:05:55

9    A  If I couldn't identify him, I guess I     19:05:56

10  would go to, you know, internal affairs, I don't  19:06:02

11  know, or whoever.  Obviously, they are the ones  19:06:07

12  with the access to evidence.com, so they would  19:06:10

13  have to identify him by body-worn, or I don't -- I  19:06:12

14  don't know if they -- I don't think they would  19:06:17

15  show it just on a blanket statement.           19:06:18

16    Q  I'm sorry, what do you mean by you don't  19:06:22

17  know if they would --                          19:06:24

18    A  I don't think would just send it out like  19:06:25

19  an email and say, identify this officer.       19:06:28

20       I don't -- you would have to -- I would  19:06:30

21  have to probably get ahold of somebody that    19:06:32

22  actually has access to body-worn.              19:06:35

23    Q  Who would have access to body-worn?       19:06:38

24    A  I think all our evidence is maintained    19:06:41

25  either by detectives or internal affairs.      19:06:43

1    Q  So just to make sure I understand you, so          19:06:47

2    to identify the officers, you would try to use        19:06:52

3    body-worn, or to identify that officer, rather,       19:06:56

4    you would try to use body-worn camera video?          19:06:58

5    A  If you gave me a mission and said we need          19:07:01

6    this person identified, and I can't identify him      19:07:03

7    from my video, I would see if his video is part       19:07:07

8    of -- you know, if he has his own video.              19:07:11

9    I believe that would be one of the only               19:07:14

10   ways to identify him.  I don't -- unless there is     19:07:16

11   another camera on scene.                              19:07:19

12   Q  And --                                             19:07:20

13   A  I'm just trying to think.                          19:07:22

14   Q  Go on.                                             19:07:24

15   A  I was trying to think outside the box.  I          19:07:25

16   don't know.                                           19:07:27

17   Q  I appreciate that.  Assuming that that            19:07:27

18   individual that we are trying to identify did not     19:07:33

19   have body-worn camera, what else would you use to     19:07:36

20   identify him?                                         19:07:40

21   A  I have no idea.  I, as a supervisor,              19:07:41

22   wouldn't have the tools to identify him.              19:07:46

23   Q  Are you aware of any documents or records         19:07:50

24   that you could use to identify him, other than        19:07:54

25   body-worn camera video?                              19:07:57

| | | |
|---|---|---|
| 1 | A  Like a document?  I don't think there | 19:07:59 |
| 2 | would be a document identifying him. | 19:08:05 |
| 3 | I mean, he might be on the roster, | 19:08:08 |
| 4 | obviously, because he was part of it. | 19:08:11 |
| 5 | Q  You mentioned the rosters earlier.  Is it | 19:08:15 |
| 6 | correct to say you couldn't recall if you had | 19:08:19 |
| 7 | picked up a roster? | 19:08:22 |
| 8 | A  Yeah, my, my normal habit to is pick up an | 19:08:23 |
| 9 | operations plan in the command post, and a roster, | 19:08:26 |
| 10 | to review it and make sure everybody is on the | 19:08:30 |
| 11 | same page. | 19:08:32 |
| 12 | Q  Do you know if there was a roster? | 19:08:33 |
| 13 | A  I don't recall on that first day, but | 19:08:35 |
| 14 | that's, that's usually the process.  I don't know, | 19:08:37 |
| 15 | because it just happened or they were trying to | 19:08:41 |
| 16 | get up and going, but I'm pretty sure they had a | 19:08:44 |
| 17 | roster. | 19:08:49 |
| 18 | Q  For which days are you pretty sure they | 19:08:50 |
| 19 | had a roster? | 19:08:56 |
| 20 | A  Well, I'm pretty sure they had it every | 19:08:57 |
| 21 | day.  It's that first day, that I would be -- if | 19:09:00 |
| 22 | they were trying to play catch up, or something, | 19:09:02 |
| 23 | that's my only assumption. | 19:09:06 |
| 24 | Every day they had a roster, I'm sure, | 19:09:07 |
| 25 | after that first day.  I just can't say for sure | 19:09:10 |

1   that first day.                                    19:09:12

2       Q  Could you describe to me what information   19:09:13

3   is usually included in the roster?                 19:09:17

4       A  It just gives you information on all the     19:09:20

5   officers, and supervisors, and command staff, and  19:09:24

6   detectives assigned to that specific protest, or   19:09:26

7   march.                                             19:09:32

8       Q  In addition to showing that they're         19:09:34

9   assigned to that specific protest, does it mention 19:09:39

10  where, like, the location they're assigned to?     19:09:42

11      A  No, it's never on that.                      19:09:44

12      Q  So it only shows the names of individuals    19:09:46

13  who are assigned to the protest and their ranks?   19:09:51

14      A  Yes.                                         19:09:55

15      MS. DiBRELL: I know we just took a short        19:10:19

16  break, but if we wouldn't mind going off the       19:10:22

17  record for another five minutes, I might be done,  19:10:25

18  or just have a couple of other questions.  I just  19:10:29

19  want to double check before I let you go.          19:10:31

20      THE WITNESS:  Yes, ma'am.                       19:10:34

21      MS. DiBRELL:  Thank you.                        19:10:36

22      (Off the record.)                              19:10:39

23      MS. DiBRELL:  Sergeant Beall, thank you so      19:17:51

24  much.  I have no further questions.  Thank you for 19:17:52

25  your time.                                         19:17:55

```
1          THE WITNESS:  Thank you, too.                 19:17:57

2          MR. ALLISON:  I have got no questions.        19:17:57

3          MR. RINGEL:  And I have no questions          19:18:01

4    either.  Thank you Sergeant Beall.  Appreciate      19:18:02

5    your time this afternoon, sir.                      19:18:05

6          Thank you all.                                19:18:07

7          (Brief off-the-record discussion.)            19:18:10

8          MS. WANG:  I would like to order the          19:18:16

9    transcript.                                         19:18:18

10         MR. RINGEL:  I'll take a copy of this one,     19:18:28

11   and the one this morning, too.                      19:18:30

12         (Deposition concluded at 7:30 p.m. EST.

13         Signature was requested.)

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2

3                VERIFICATION OF DEPONENT

4

5        I, SERGEANT RICK BEALL, having read the

6   foregoing deposition consisting of my testimony at

7   the aforementioned time and place, do hereby

8   attest to the correctness and truthfulness of the

9   transcript.

10

11                _____

12                SERGEANT RICK BEALL

13                DATED:

14

15

16

17

18

19

20

21

22

23

24

25

1    CERTIFICATE OF SHORTHAND REPORTER NOTARY PUBLIC

2         I, Karen Klerekoper, the officer before

3    whom the foregoing proceedings were taken, do

4    hereby certify that the foregoing transcript is a

5    true and correct record of the proceedings; that

6    said proceedings were taken by me stenographically

7    and thereafter reduced to typewriting under my

8    supervision; that review was requested; and that I

9    am neither counsel for, related to, nor employed

10   by any of the parties to this case and have no

11   interest, financial or otherwise, in its outcome.

12     IN WITNESS WHEREOF, I have hereunto set my hand

13   and affixed my notarial seal this 8th day of

14   April, 2020.

15

16

17

18

19   _____

20

21

22

23

24

25

| A |
|---|

**abeyta**
29:19, 30:13,
46:6, 46:7,
72:24, 73:1,
97:17, 100:6,
100:13, 101:17,
101:18, 101:20,
115:14, 130:2,
130:22
**able**
16:17
**about**
8:2, 9:1, 9:6,
16:22, 20:22,
23:5, 26:20,
34:13, 34:14,
35:20, 36:12,
38:1, 40:8,
43:19, 48:21,
56:16, 57:14,
59:21, 60:3,
62:3, 62:17,
64:15, 68:21,
78:14, 80:6,
86:15, 86:18,
87:19, 90:8,
91:8, 94:7,
102:9, 102:20,
105:3, 110:22,
111:13, 111:14,
121:2, 121:19,
124:15, 124:17,
127:24, 131:6
**above**
27:3, 35:5,
63:11, 66:5,
101:6, 101:10
**absolutely**
40:16, 41:11,
65:9, 90:24,
103:24
**abuse**
127:21
**abused**
26:1, 86:3
**access**
131:12, 131:22,

131:23
**accident**
7:13, 7:20
**accidental**
23:11
**accidentally**
23:13
**accurate**
128:6
**acker**
3:17
**across**
35:12, 107:22,
108:13
**acted**
41:9
**acting**
30:22
**action**
1:6, 125:16
**actions**
15:16, 20:21,
27:4, 27:11,
32:9, 32:20,
48:3, 66:9,
71:2, 88:20,
112:11, 115:24
**activate**
50:20, 117:18
**activated**
48:11, 53:2
**active**
39:13
**activities**
124:11, 124:23
**activity**
32:6, 97:25,
98:1, 98:5,
124:19
**acts**
53:22
**actual**
49:11
**actually**
28:4, 80:5,
104:11, 104:14,
111:13, 131:22
**adam**
30:4

**adams**
6:13, 8:20,
9:3, 9:12
**addition**
134:8
**affairs**
121:11, 121:14,
131:10, 131:25
**affixed**
137:13
**aforementioned**
136:7
**after**
10:16, 18:9,
19:14, 20:12,
26:1, 42:10,
42:16, 44:6,
44:8, 44:14,
47:13, 63:18,
63:19, 65:2,
65:3, 73:5,
76:7, 77:4,
78:20, 80:11,
84:20, 85:23,
116:25, 124:6,
133:25
**afternoon**
135:5
**afterwards**
22:3
**again**
54:21, 70:3,
98:12, 98:13,
100:23, 113:25,
115:1, 118:11,
118:13
**against**
9:16, 64:3,
120:16
**agencies**
115:19
**aggression**
39:14
**agitated**
26:4, 118:8,
120:1
**ago**
6:19, 6:20

**agree**
49:15, 55:14,
61:15
**ahead**
19:20, 37:9,
43:24, 43:25,
70:11, 74:18,
95:22, 104:8,
104:9
**ahold**
131:21
**al**
1:6, 1:10
**alex**
67:3
**alexandra**
67:4
**all**
7:22, 14:18,
17:19, 20:2,
21:8, 22:16,
25:5, 26:12,
26:24, 32:20,
33:15, 34:21,
37:20, 38:5,
39:5, 41:3,
42:2, 77:25,
82:15, 82:17,
89:11, 89:14,
89:16, 91:20,
95:1, 100:2,
101:2, 101:4,
108:20, 109:25,
113:21, 116:17,
122:22, 126:13,
129:2, 129:12,
131:24, 134:4,
135:6
**allegations**
9:17
**alleged**
7:7
**alleging**
7:6, 7:9
**alley**
109:17, 109:19,
111:8, 111:10,
111:13, 113:21

alleys
113:11
alleyway
113:9
allison
3:18, 135:2
allow
57:17
allowed
26:23, 68:6,
68:9, 119:23
along
6:22, 14:21,
35:16, 57:19,
64:1, 82:15,
107:12, 114:24,
115:8
also
10:3, 12:1,
63:11, 76:25,
88:16, 128:5
always
26:22, 33:1,
48:25, 125:21,
126:19
amendment
68:12, 68:21,
68:24
among
81:7
amount
75:9, 78:2
andrew
4:4
angle
68:8
angles
77:25
announcement
55:12, 55:13,
55:15, 56:20,
56:21, 59:20,
59:22, 61:10,
68:1, 68:3
announcements
54:4, 54:6,
54:9, 54:11,
56:4, 57:10

another
6:22, 27:24,
46:1, 63:9,
70:19, 103:13,
104:18, 113:24,
120:24, 121:18,
132:11, 134:17
answer
8:7, 8:17,
113:3
answers
66:2
anticipating
36:19
anybody
9:8, 25:14,
27:6, 35:1,
44:23, 57:22,
73:17, 77:7,
77:15
anybody's
59:25
anyone
27:4
anything
27:7, 27:17,
53:14, 60:13,
71:9, 72:1,
72:4, 72:5,
76:3, 76:5,
87:20, 95:8,
98:11, 101:9,
102:7, 117:4,
118:3, 118:7,
118:15, 119:8,
124:21
anywhere
14:10, 16:13
appear
98:16, 99:2
appeared
113:22
appears
20:7, 20:15,
70:6, 70:7,
106:16, 107:10,
109:6, 109:17,
115:5, 117:15

appreciate
131:2, 132:17,
135:4
appropriate
103:8
approved
27:11
approximately
10:5, 50:24,
72:25, 126:4
april
1:16, 137:14
area
41:22, 69:12,
73:19, 75:3,
78:7, 80:3,
80:19, 81:21,
84:21, 85:20,
102:23
aren't
129:5
arm
70:8, 130:9
armed
15:6
arms
62:15, 130:13
arno
3:19
arnold
3:12, 122:2,
123:15
around
28:21, 64:8,
64:12, 98:16,
99:3, 102:12,
113:23, 120:23
arrest
102:15, 104:17,
104:18, 105:1
arrow
130:9
arrows
100:19, 101:11,
101:14
asked
52:5, 58:9,
59:17, 59:18,

69:10, 116:10
asking
53:11, 59:2,
60:25, 62:23,
110:22
assault
94:17
assembly
60:9, 60:11,
60:16
asses
63:18, 65:3
assigned
22:12, 26:14,
33:21, 38:20,
134:6, 134:9,
134:10, 134:13
assignment
24:22, 25:24,
27:2, 27:10,
36:13, 41:21,
78:12
assignments
80:18
associated
13:7
assume
8:7, 62:16,
65:5, 107:11,
107:20, 111:21,
112:6, 112:18
assuming
132:17
assumption
133:23
attempt
86:5
attend
16:10
attended
35:7
attends
35:24
attention
25:18, 27:20,
27:22, 28:3,
58:17, 89:20
attest
136:8

august
9:5
aurora
82:12
authorization
24:15
authorize
24:13
authorized
25:10, 43:20,
65:24, 66:7,
66:11, 112:16,
116:1, 120:7,
120:11
automatically
52:19
available
14:9, 36:1,
37:2, 37:16,
37:22, 42:14,
43:8
avenue
35:17
avoid
102:12
aware
31:23, 33:20,
46:2, 59:6,
59:9, 61:19,
64:13, 65:13,
121:5, 132:23
away
19:23, 41:17,
69:4, 80:11,
80:12, 112:1,
118:1

**B**

b-e-a-l-l
6:8
back
58:17, 63:15,
63:16, 63:21,
64:2, 64:8,
64:18, 65:6,
65:18, 67:9,
81:15, 97:5,
106:20, 106:25,

121:24, 128:4
background
55:12
bailey
3:10
banging
55:8
bangs
83:25, 84:2
based
13:20, 34:25,
35:23, 36:25,
37:10, 49:8,
97:8, 100:6,
101:19, 113:17,
130:22
basically
10:19, 13:24,
15:9, 18:9,
33:5, 37:14,
45:8, 47:18,
75:3, 120:15,
125:6
basilica
96:19, 106:5,
111:17, 122:21
basis
122:18
bates
25:22, 51:8,
85:14, 95:16
beall
1:14, 2:1, 5:5,
6:2, 6:8, 85:13,
134:23, 135:4,
136:5, 136:12
because
10:12, 18:7,
32:13, 40:24,
56:24, 61:13,
63:18, 65:3,
80:17, 83:6,
95:12, 110:8,
120:24, 123:23,
127:1, 129:18,
133:4, 133:15
become
33:20

becomes
63:24
been
6:2, 6:9, 6:14,
7:1, 14:25,
15:22, 16:17,
19:1, 19:8,
27:6, 30:24,
31:17, 34:8,
38:12, 39:2,
39:3, 39:7,
45:21, 45:25,
46:10, 50:1,
54:7, 55:11,
57:8, 60:5,
60:8, 61:10,
64:14, 70:18,
72:10, 73:21,
76:16, 78:11,
79:21, 80:12,
81:2, 87:23,
90:11, 91:20,
92:11, 92:12,
95:16, 97:18,
101:9, 110:20,
112:5, 112:12,
113:20, 114:12,
114:23, 116:16,
116:20, 119:10,
126:2, 126:4,
126:24, 127:17
beep
52:13
before
2:9, 6:14,
8:21, 20:5,
42:6, 43:19,
49:5, 49:21,
50:12, 50:14,
51:19, 51:24,
52:1, 55:15,
55:20, 64:14,
68:1, 70:20,
78:16, 82:5,
83:21, 97:24,
99:6, 99:17,
105:17, 110:1,
110:24, 117:23,

118:25, 123:5,
124:21, 125:4,
126:10, 126:14,
127:4, 134:19,
137:2
began
81:16
beginning
16:23, 42:3,
97:21
begins
118:23, 119:1
behalf
3:2, 3:9, 3:17,
4:3
behind
109:14, 109:20
being
12:4, 27:8,
30:13, 36:24,
38:22, 39:16,
41:12, 41:22,
42:8, 42:17,
46:20, 46:21,
51:13, 53:11,
53:14, 54:4,
57:15, 59:7,
59:21, 60:21,
61:8, 67:22,
68:11, 73:17,
73:18, 74:2,
75:21, 76:4,
77:20, 78:24,
81:20, 82:3,
82:11, 83:1,
83:16, 105:13,
111:24, 119:25,
120:5, 121:2,
121:5, 127:6
believe
7:7, 9:5,
10:20, 11:7,
11:18, 12:20,
13:4, 13:9,
14:15, 14:16,
14:20, 15:1,
17:1, 17:7,
18:20, 20:12,

21:7, 21:15,
22:6, 22:18,
23:6, 23:20,
25:3, 25:9,
25:12, 25:13,
26:8, 26:9,
27:16, 28:6,
30:7, 30:9,
31:8, 33:12,
33:18, 33:22,
34:4, 35:6,
35:10, 36:7,
38:12, 40:4,
40:8, 40:16,
40:18, 40:23,
42:10, 42:12,
42:24, 43:14,
44:18, 44:21,
44:22, 45:3,
45:11, 45:15,
45:25, 46:5,
46:7, 46:23,
50:10, 51:1,
51:3, 53:10,
55:24, 56:6,
57:11, 57:18,
66:25, 67:7,
70:7, 75:2,
76:12, 78:9,
78:12, 79:5,
80:9, 81:11,
82:14, 83:3,
84:1, 84:4,
84:12, 87:18,
91:25, 92:5,
92:9, 96:22,
100:14, 102:25,
103:5, 112:15,
119:25, 120:11,
122:24, 124:9,
124:15, 124:24,
130:21, 132:9
**believed**
26:11
**besides**
12:11
**best**
22:2, 37:22

**better**
9:14, 10:14,
62:12
**between**
49:10, 49:22,
50:8, 62:2,
76:23, 78:7,
78:17, 80:22,
82:25, 83:15,
83:16, 84:19,
115:25, 122:21
**big**
35:16, 72:21
**bigger**
100:10
**bit**
53:3, 69:17,
74:14, 107:4,
118:10, 130:3
**black**
1:5, 123:14
**blaming**
7:12
**blank**
98:18
**blanket**
124:20, 125:2,
125:7, 125:12,
126:11, 127:1,
131:15
**blm**
3:9
**block**
78:10, 78:25,
79:2, 79:7,
79:22, 79:24,
80:17, 80:21,
80:23, 81:24,
82:3, 97:20,
103:3, 104:2,
107:13, 108:10,
118:3
**blurry**
79:18
**body**
52:19, 99:15,
100:6, 101:20,
117:1, 117:17,

118:20, 119:1,
122:17, 130:22
**body-worn**
46:25, 47:8,
47:12, 47:14,
47:15, 47:21,
48:11, 48:14,
48:22, 49:3,
50:5, 50:14,
50:20, 51:7,
51:19, 52:22,
72:7, 74:7,
74:9, 76:1,
77:11, 77:17,
83:7, 87:4,
88:8, 90:15,
91:17, 91:20,
98:12, 99:20,
114:17, 114:21,
115:1, 117:6,
117:10, 118:23,
123:7, 129:3,
129:14, 131:13,
131:22, 131:23,
132:3, 132:4,
132:19, 132:25
**both**
84:8, 102:24
**bottle**
46:23
**bottles**
23:14, 53:10,
85:24, 86:4,
98:4, 119:12,
120:2
**bottom**
21:1, 109:2
**boulder**
3:6
**box**
132:15
**brass**
62:25, 63:2
**brass-like**
62:19
**break**
8:11, 85:9,
85:10, 121:22,

128:10, 134:16
**breaking**
86:16, 104:20
**brief**
135:7
**briefed**
39:9
**briefing**
34:1, 34:3,
34:5, 34:7,
34:9, 35:3,
35:4, 36:8,
36:21, 38:1,
41:13, 41:17,
44:6
**briefings**
34:25, 35:23,
41:20, 41:24,
42:9, 42:16,
42:22
**briefly**
9:20
**bright**
106:7
**broadway**
3:5, 19:14,
19:15, 73:3,
73:14, 73:20,
73:23, 77:24,
78:6, 79:4,
79:14, 79:22,
79:23, 80:15,
80:17, 80:22,
82:20, 82:25,
83:13
**broke**
18:8, 19:14,
19:15, 19:20
**brought**
25:18, 27:20,
27:22, 28:2,
89:19
**building**
35:16
**buildings**
113:8
**bunch**
55:16, 57:13,

83:1, 106:13
**bury**
80:20, 82:2,
83:17
**bus**
80:3, 80:12

**C**

**cad**
125:9
**call**
94:16, 100:8
**called**
12:9, 13:15,
36:10, 99:7
**calls**
13:6, 125:18
**calm**
79:8
**cam**
118:20
**came**
40:4, 40:17,
40:24, 42:24,
43:2, 43:16,
52:14, 58:9,
59:18, 81:21,
108:23, 109:15,
114:7, 115:7,
116:17, 124:10,
126:14, 126:15
**camera**
46:25, 47:8,
47:14, 47:22,
48:22, 49:4,
50:5, 50:14,
51:8, 51:19,
52:8, 52:17,
52:19, 52:23,
72:7, 74:7,
74:9, 76:1,
77:11, 77:17,
83:7, 88:9,
90:15, 95:20,
96:2, 99:16,
105:23, 109:20,
114:17, 115:1,
117:1, 117:6,

117:9, 117:10,
117:17, 118:23,
118:25, 119:1,
119:3, 122:9,
132:4, 132:11,
132:19, 132:25
**cameras**
122:6, 122:14,
129:3
**cams**
122:17
**can't**
8:1, 36:17,
43:4, 46:5,
48:10, 48:17,
54:16, 54:20,
54:24, 55:1,
55:19, 56:9,
56:12, 56:18,
56:22, 56:25,
57:14, 62:21,
62:23, 71:5,
74:11, 91:17,
93:19, 96:6,
102:20, 105:6,
105:7, 105:20,
110:15, 110:19,
118:7, 119:8,
119:12, 123:18,
123:22, 125:25,
126:13, 127:3,
129:11, 129:17,
130:6, 132:6,
133:25
**cane**
17:13, 22:15,
24:9, 123:1
**cannister**
71:20, 72:2
**cannisters**
39:11, 39:14,
40:1, 40:11,
40:14, 41:4,
42:22, 43:19,
84:4
**cannot**
30:14, 48:15,
49:12, 62:11,

63:12, 69:3,
72:18, 99:7,
119:15, 119:17,
119:19, 123:6,
128:10
**capitol**
51:3, 71:14,
78:7, 79:13,
85:20
**car**
7:1
**car-accident**
7:14
**care**
15:10, 75:6,
104:6, 124:1
**career**
9:24
**carry**
23:24, 24:1,
24:4, 46:3, 63:2
**carrying**
84:7
**cars**
12:22, 113:12
**case**
7:14, 7:16,
10:15, 20:9,
137:10
**cases**
47:20
**catch**
133:22
**cathedral**
96:9, 96:10,
96:11, 96:16,
96:19, 96:24,
97:1
**caused**
9:12
**center**
73:23, 74:15,
75:1, 76:8,
76:15, 78:18,
79:17, 79:25,
84:21, 88:1,
88:21
**certain**
18:25, 28:20,

43:7, 43:17,
62:24, 127:3
**certainly**
25:13
**certificate**
137:1
**certifications**
14:23
**certify**
137:4
**challenge**
43:9
**challenged**
40:25, 42:11,
43:7
**champa**
3:21
**changed**
90:1, 120:12,
120:14
**chanting**
53:17, 55:5
**chased**
69:4
**check**
134:19
**checks**
125:20
**chemical**
64:24
**chevron**
130:11
**chevrons**
130:12
**chicago**
3:14
**chief**
36:4
**chiefs**
35:2, 36:3
**choice**
75:23, 122:19
**chose**
109:16
**chronologically**
128:11
**church**
96:7, 106:5,

106:15, 107:3
**circumstances**
15:17, 38:6,
42:18, 48:12,
77:13, 104:1,
112:25, 119:20,
119:23
**city**
1:9, 7:4,
75:25, 92:1,
92:13, 92:17,
93:7, 93:13,
93:23
**citywide**
12:23, 12:25,
13:1, 13:2
**civic**
73:23, 74:15,
75:1, 76:8,
76:15, 78:17,
78:24, 79:17,
79:25, 83:19,
84:21, 88:1,
88:21
**civil**
1:6, 7:10
**civilians**
68:22, 77:12,
88:9
**clarify**
8:3, 63:8,
101:2
**clear**
19:23
**clearly**
100:24
**clients**
93:1
**climb**
112:1
**clip**
54:19
**close**
81:12, 83:9,
83:12, 87:23,
88:15, 103:18,
127:5
**closed**
9:10

**closer**
82:20, 83:12
**closing**
80:5
**clouds**
106:25, 107:7,
108:9
**cole**
30:6
**colfax**
73:14, 73:20,
73:22, 76:10,
76:23, 77:4,
77:8, 77:25,
78:5, 79:14,
79:19, 79:23,
80:8, 80:13,
80:15, 80:22,
80:24, 80:25,
82:5, 82:15,
82:19, 83:11,
85:21, 96:15,
96:16, 96:21,
97:11, 97:12,
97:25, 98:3,
98:6, 99:9,
105:11, 105:22,
105:25, 106:3,
113:25, 117:11,
118:9, 118:13
**collar**
63:2
**collect**
22:6
**colorado**
1:2, 3:6, 3:22,
4:7
**com**
47:19, 47:25,
72:14, 89:10,
89:13, 89:18,
90:20, 91:3,
91:11, 91:19,
91:21, 91:24,
92:12, 131:12
**combative**
63:24, 85:24
**come**
13:3, 42:4,

59:21, 60:1,
64:8, 116:5,
127:5
**comes**
127:8
**coming**
16:10, 54:7,
59:3, 61:12,
63:19, 65:3,
108:18, 108:19,
108:20, 109:4,
110:8, 110:14,
110:15, 113:6,
120:17
**command**
27:11, 31:6,
31:12, 31:21,
32:1, 32:8,
32:12, 32:20,
32:25, 33:2,
33:3, 33:5,
34:9, 34:14,
35:1, 39:15,
40:2, 40:12,
40:15, 41:5,
42:23, 90:3,
103:6, 103:9,
103:12, 112:15,
116:4, 116:18,
120:18, 125:7,
129:9, 129:15,
129:20, 133:9,
134:5
**command-level**
27:3, 34:24
**commander**
18:3, 18:4,
18:15, 18:18,
18:21, 33:4,
33:9, 33:10,
33:13, 33:14,
36:6, 37:24,
112:18, 116:6
**commanders**
36:3
**commanding**
33:14
**common**
29:18, 126:16

**communicate**
31:12, 40:12,
56:8, 57:21
**communicated**
41:6, 57:2,
57:19
**communicating**
31:6, 31:21,
31:25, 32:4,
56:24, 57:4
**complete**
21:14, 21:20,
90:6
**completed**
20:16, 20:20,
21:15, 21:25
**completely**
65:14
**comply**
49:17, 55:20,
56:5
**concept**
102:13
**conception**
96:20
**concerns**
59:12
**concluded**
135:12
**conducted**
1:15, 2:1
**conducting**
14:8
**confined**
103:18
**confirm**
126:23
**conners**
30:6
**consistent**
25:7, 40:21,
65:14, 71:2
**consistently**
41:9
**consisting**
136:6
**consolidated**
1:8

**constitutional**
9:18
**contact**
46:24, 104:12,
104:15, 104:21
**contacting**
13:19
**contain**
104:2, 104:3,
104:5
**contained**
95:13
**containment**
103:23, 104:5,
105:3
**control**
67:13, 67:16,
103:1
**controlling**
57:5, 57:8
**converged**
75:3
**conversation**
28:1, 38:8,
39:18, 39:23,
44:2, 58:6,
62:1, 62:3
**conversations**
121:1
**conversely**
8:6
**cool**
65:7
**coordinate**
15:16, 32:20
**coordinating**
32:9
**copy**
20:6, 135:10
**corners**
112:17
**corporal**
34:19, 35:25,
70:15, 70:18
**corral**
104:2, 104:8,
104:14, 104:18,
104:22

**corralled**
105:8
**corralling**
103:23, 104:10,
105:4
**correct**
18:17, 25:8,
25:11, 25:17,
26:10, 27:19,
28:5, 29:20,
30:23, 32:1,
33:11, 33:17,
35:7, 41:10,
43:20, 45:14,
46:6, 47:1,
47:3, 47:22,
47:25, 49:17,
50:15, 51:19,
52:17, 52:20,
53:15, 56:1,
59:5, 63:5,
65:25, 68:13,
68:16, 68:22,
74:10, 74:15,
76:20, 77:5,
77:12, 78:18,
78:19, 88:2,
88:10, 91:16,
92:13, 95:14,
95:15, 96:5,
96:17, 96:21,
97:2, 97:3,
97:7, 97:17,
97:21, 98:6,
99:4, 105:12,
108:7, 114:10,
114:18, 115:9,
115:18, 116:1,
116:6, 116:18,
117:12, 118:18,
122:23, 124:8,
127:23, 128:16,
133:6, 137:5
**correction**
131:1
**correctness**
136:8
**correspondingly**
12:16

**corridor**
85:21
**could**
19:1, 22:18,
29:4, 31:16,
34:18, 34:19,
34:20, 35:1,
35:25, 36:1,
36:2, 36:3,
38:7, 39:19,
42:19, 46:10,
50:3, 51:23,
54:7, 57:10,
57:24, 60:5,
60:16, 61:20,
65:8, 66:4,
70:14, 70:15,
72:5, 73:21,
75:20, 76:16,
80:19, 85:6,
91:7, 91:9,
92:23, 100:5,
104:6, 114:11,
116:5, 116:7,
116:20, 119:10,
122:16, 128:13,
128:23, 129:6,
129:23, 130:18,
130:23, 131:3,
132:24, 134:2
**couldn't**
36:16, 56:8,
59:2, 59:7,
59:10, 59:13,
59:20, 59:22,
100:25, 102:18,
113:3, 129:1,
129:9, 131:9,
133:6
**counsel**
8:15, 137:9
**counter**
98:22
**countless**
26:3
**county**
1:9, 6:13, 7:4,
8:20, 9:4, 9:13

**couple**
11:8, 122:1,
124:2, 134:18
**course**
26:13, 27:18,
85:17
**court**
1:1, 7:16,
7:17, 7:18,
43:9, 43:16,
47:20, 90:1
**courts**
43:6
**covering**
77:25
**crime**
35:10, 35:14
**criminal**
125:15, 125:24
**criteria**
38:10, 39:9
**crossing**
106:14
**crosstalk**
16:8, 37:8,
41:15, 51:22,
70:10, 71:8,
82:9, 92:15,
101:8, 102:3
**crowd**
25:4, 51:4,
53:1, 53:4,
53:9, 53:13,
55:4, 55:19,
56:7, 56:21,
57:10, 60:12,
60:23, 61:6,
61:20, 63:24,
64:14, 67:13,
67:14, 67:15,
69:9, 72:1,
72:4, 75:2,
80:5, 103:1,
118:19, 119:6,
120:5
**crowd-management**
56:1
**crowds**
85:24, 86:4,

118:8

**cs**
39:11, 39:14,
40:1, 40:10,
40:13, 41:4,
42:22, 43:19,
44:2

**csr**
1:22

**curb**
63:16, 64:1

**curfew**
68:16, 81:16,
81:18, 81:20,
81:21, 83:22,
84:23, 104:11,
104:15, 104:21,
124:24

**curious**
131:4

**currently**
16:16

**curser**
106:22

**custody**
104:23

**D**

**damage**
18:7

**damaging**
120:1

**date**
6:20, 21:1,
51:9, 81:19,
82:16

**dated**
136:13

**dates**
42:12, 43:15,
90:21, 93:9

**day**
10:1, 13:2,
18:1, 18:4,
18:6, 18:12,
18:14, 18:23,
19:10, 19:11,
19:12, 19:16,

20:17, 23:4,
23:6, 23:17,
23:20, 26:1,
33:19, 34:2,
35:3, 37:4,
37:5, 40:3,
40:20, 40:22,
41:1, 41:25,
42:17, 43:2,
44:4, 44:8,
44:9, 46:14,
47:13, 74:10,
75:5, 76:2,
76:5, 77:9,
82:5, 84:12,
84:14, 94:6,
95:13, 99:9,
124:3, 128:11,
130:23, 133:13,
133:21, 133:24,
133:25, 134:1,
137:13

**daylight**
74:22

**days**
17:1, 17:11,
19:5, 20:10,
20:12, 20:22,
22:2, 22:17,
22:20, 22:22,
22:24, 22:25,
23:16, 23:25,
24:6, 24:22,
25:24, 27:2,
27:9, 31:24,
40:17, 42:15,
42:24, 43:5,
46:25, 88:14,
124:6, 127:25,
128:8, 128:24,
129:7, 133:18

**daytime**
44:11

**deal**
75:5, 75:8

**dealing**
32:22, 36:16,
70:2, 86:21

**dealt**
118:8

**decide**
52:22, 111:2,
122:8

**decided**
47:5, 60:19,
61:5, 104:16

**deciding**
15:15, 57:20

**decisions**
61:18

**declared**
60:9, 60:16

**decompress**
26:25

**deemed**
60:20, 99:19

**defendant**
3:17, 6:22

**defendants**
1:11, 4:3

**definitely**
39:1, 42:5,
100:3

**delete**
47:21, 91:15,
91:17, 93:12,
93:13

**deleted**
92:1, 93:23

**demonstrate**
68:12

**demonstration**
68:25

**denver**
1:10, 3:22,
4:7, 6:9, 6:11,
7:4, 7:25, 9:6,
9:13, 9:21,
16:23, 20:3,
25:10, 25:22,
51:8, 55:25,
74:5, 74:18,
81:11, 81:14,
85:14, 95:17,
105:23, 120:16,
126:3

**department**
6:10, 9:4,
9:21, 21:7,
21:24, 25:11,
56:1, 126:3

**depended**
18:24

**depending**
12:8, 15:17,
16:13, 16:14,
20:16, 29:10,
31:14, 34:21,
42:4, 50:18,
52:25, 64:6,
71:4, 77:13,
104:1, 112:25

**depicted**
97:1, 97:5,
117:1

**deploy**
24:10, 24:12,
24:14, 24:23,
38:4, 58:12,
58:16, 58:23,
60:3, 60:24,
71:24, 86:1,
87:6, 87:8

**deployed**
18:25, 19:8,
23:18, 24:5,
25:16, 28:5,
29:10, 32:7,
40:14, 41:5,
44:7, 44:9,
44:24, 46:18,
49:9, 50:22,
71:21, 71:22,
71:23, 71:25,
74:2, 76:17,
77:1, 78:23,
87:11, 87:14,
87:22, 90:2,
90:3, 116:3,
119:19, 119:25,
125:5

**deploying**
36:15

**deployment**
30:16, 31:5,

41:23, 47:13,
72:2, 76:20,
85:23, 88:6
**deployments**
28:14, 31:24
**deponent**
136:3
**deposed**
6:14
**deposition**
1:14, 2:1,
51:19, 51:25,
52:2, 135:12,
136:6
**deputy**
8:24, 8:25,
36:3
**describe**
134:2
**describes**
19:19
**describing**
13:22
**description**
86:9, 95:12
**detective**
10:6, 10:8,
10:10, 35:2
**detectives**
10:15, 13:25,
14:3, 14:7,
36:2, 131:25,
134:6
**detention**
8:24
**determine**
128:13, 128:23,
129:23
**deterrent**
64:22
**dibrell**
3:11, 5:7,
123:12, 123:14,
134:15, 134:21,
134:23
**difference**
34:17
**different**
11:25, 43:18,

49:13, 56:24,
65:1, 66:2,
77:24, 120:25,
125:1, 127:13
**differently**
89:21, 89:24
**direct**
13:11, 19:4,
28:11, 30:23,
78:22
**direction**
26:3, 64:11,
108:6, 108:7
**directly**
18:23, 31:12
**discipline**
25:20
**disciplined**
25:14, 25:15
**discussed**
36:8, 41:12,
42:8, 42:15,
128:5
**discussion**
37:25, 38:5,
38:13, 42:18,
135:7
**disobeying**
7:2
**disperse**
49:16, 49:20
**dispute**
39:20, 43:3
**disputing**
39:22
**distance**
107:8
**district**
1:1, 1:2, 7:3,
9:23, 10:21,
11:9, 11:10,
11:11, 11:16,
11:22, 11:23,
12:4, 12:6,
12:8, 12:17,
12:19, 12:20,
13:8, 13:11,
13:21, 14:12,

14:16, 14:19,
16:4, 18:10,
20:21, 85:18,
85:21, 96:8,
120:24, 126:19
**districts**
12:11, 12:13,
12:16, 13:3
**diving**
7:1
**dnc**
127:6, 127:10,
127:19
**docked**
47:24
**docking**
47:15, 47:17
**document**
124:11, 125:1,
133:1, 133:2
**documented**
39:6, 46:23,
84:14, 99:10,
124:21
**documents**
128:12, 128:20,
129:5, 132:23
**doing**
26:15, 27:18,
27:25, 31:20,
32:15, 37:3,
53:12, 67:14,
67:15, 69:25,
72:1, 72:4,
74:25, 79:11,
97:13, 99:6,
99:11, 99:16,
99:20, 119:6,
125:19
**done**
31:13, 56:16,
65:22, 77:5,
102:21, 103:10,
134:17
**door**
9:11, 37:1
**double**
134:19

**down**
18:2, 18:8,
19:14, 19:15,
19:20, 22:20,
36:10, 37:21,
41:6, 72:22,
73:2, 79:13,
80:13, 86:16,
106:21, 111:10,
116:17, 126:16,
128:10, 129:8
**downtime**
26:23
**downtown**
13:10, 21:17,
33:24, 124:10
**dpd**
10:18, 25:8,
48:20, 61:5,
65:14, 68:20,
71:2, 77:10,
102:22, 112:12,
121:2
**drug**
13:19
**drum**
55:9
**drums**
55:8
**due**
126:10
**duly**
6:2
**dumpster**
98:3
**during**
22:24, 24:6,
24:21, 24:24,
25:6, 25:23,
26:13, 27:1,
27:9, 27:18,
28:13, 30:16,
31:23, 37:25,
41:13, 42:21,
44:11, 46:25,
47:9, 74:10,
76:19, 77:11,
78:9, 80:4,

80:18, 81:15,
83:14, 84:16,
85:17, 87:9,
87:21, 88:13,
93:2, 122:11,
128:8, 128:24,
129:7

**E**

**each**
10:1, 12:6,
47:13, 84:6,
101:16, 128:11
**earlier**
104:4, 123:13,
124:4, 130:7,
133:5
**early**
34:3, 74:2,
94:23
**east**
10:4, 10:19,
11:4, 105:12,
105:22, 110:8
**eastbound**
107:17
**echo**
123:20, 123:23
**ed**
3:19
**effect**
124:24
**eight**
24:22, 25:23,
27:1, 27:9
**either**
12:7, 27:13,
27:14, 75:5,
84:7, 84:11,
89:3, 121:8,
127:16, 131:25,
135:4
**elizabeth**
3:3
**else**
34:5, 35:18,
37:21, 41:12,
60:13, 76:5,

76:17, 78:6,
113:19, 132:19
**elsewhere**
77:1
**email**
33:23, 131:19
**employed**
137:9
**employment**
9:13
**encountered**
110:14
**end**
10:20, 11:4,
11:18, 11:19,
75:12, 75:13,
100:21
**ended**
75:4
**enforcement**
32:10, 32:21,
33:16
**engaged**
39:13
**engagement**
38:2, 42:7
**ensued**
50:15
**entire**
74:10
**equipment**
42:5
**escape**
111:2, 113:14
**especially**
68:25
**esquire**
3:3, 3:10,
3:11, 3:18,
3:19, 4:4
**est**
1:17, 135:12
**estimate**
49:24
**et**
1:6, 1:10
**evans**
4:5

**even**
13:14, 110:24,
125:17
**evening**
34:3, 50:24,
51:14, 74:3,
82:14, 95:20
**events**
48:18, 99:12,
118:24
**ever**
6:14, 9:16,
27:1, 27:23,
31:11, 38:9,
38:15, 82:4,
82:11, 102:7,
102:9, 102:13,
102:20, 103:22,
105:5, 120:19,
126:8, 126:9,
126:18, 126:24
**every**
15:10, 15:18,
28:21, 41:25,
49:12, 84:12,
90:4, 133:20,
133:24
**everybody**
84:9, 133:10
**everybody's**
26:19
**everyone**
53:12
**everyone's**
122:17
**everything**
33:6, 69:8,
93:8
**evidence**
47:19, 47:25,
72:14, 89:10,
89:13, 89:18,
90:20, 91:3,
91:7, 91:11,
91:19, 91:21,
91:24, 92:12,
131:12, 131:24
**evolve**
49:1

**evolved**
48:12
**evolving**
125:21
**exact**
11:19, 42:11,
43:14
**exactly**
22:1, 40:3,
51:16, 53:12,
112:20, 128:11
**examination**
5:6, 5:7, 6:4,
123:11
**except**
8:11, 18:11,
36:18
**excessive**
7:19
**exercise**
68:22
**exhibit**
5:10
**exhibits**
5:12
**exit**
109:23, 111:12
**expect**
110:6, 111:23
**expectation**
110:13, 111:1
**expected**
110:16, 111:8,
112:5
**explain**
48:15
**explained**
125:4
**explanation**
93:14, 93:22,
93:25, 119:17,
123:3
**explosive**
86:5
**explosives**
120:2

**F**

**face**
101:19

facing
78:12, 81:4,
81:6, 81:24,
83:4, 83:5,
118:20
fair
8:4, 8:9, 8:18,
86:24, 107:20
fall
13:9, 23:11
falls
16:3
familiar
30:5, 32:24,
55:25
far
10:14, 13:16,
15:1, 16:9,
22:7, 25:19,
38:3, 41:22,
42:13, 49:13,
50:21, 51:24,
60:24, 65:13,
72:3, 77:25,
87:1, 88:5,
90:1, 103:10,
104:8, 116:12,
118:1, 124:18,
129:21, 130:2
fast
7:8
faster
106:11
feel
49:4
feet
113:5
fell
18:2, 23:14,
25:12
felt
75:20, 99:20
female
6:25, 67:2
fence
111:14, 111:18,
111:21, 112:1,
113:5

few
6:19, 31:24,
50:7, 52:6,
66:14, 71:15,
86:14, 95:23,
114:2, 120:4,
127:25, 128:12
field
14:8, 32:14,
58:11
fifth
17:2, 17:9
figure
83:6, 83:9,
129:6, 131:5
filed
9:16
fill
16:17, 124:7,
124:13, 125:13,
125:14, 125:23,
126:10, 126:25,
127:21, 128:2,
129:2
filled
127:4
financial
137:11
find
56:23
fine
121:17
finished
21:4
fire
103:3
fired
116:14, 117:12,
117:24
fires
98:3
fireworks
86:5, 98:4,
108:11, 119:11
firing
108:5
first
9:24, 17:1,

17:11, 18:4,
18:14, 18:23,
21:23, 22:11,
22:25, 23:4,
30:18, 31:24,
33:19, 34:2,
35:3, 37:3,
40:19, 42:5,
42:17, 44:9,
46:14, 51:15,
68:12, 68:15,
68:21, 68:24,
72:12, 85:18,
86:10, 86:13,
86:14, 87:9,
87:13, 87:15,
88:13, 90:2,
94:1, 100:5,
124:25, 126:23,
133:13, 133:21,
133:25, 134:1
fit
39:5
five
9:6, 10:5,
29:4, 134:17
flanking
102:8, 102:10
flash
83:24, 84:2
floyd
16:22, 20:22,
124:6, 125:10,
128:8, 128:24
fluid
15:18, 31:14
focus
16:18, 31:1,
90:22, 95:1
fogger
23:4, 23:21,
100:16, 100:18
foggers
39:11
folkenberger
30:1
follow-up
16:2, 124:2

follow-ups
122:1
follows
6:3
foot
111:18
footage
47:22
force
7:19, 25:5,
25:16, 25:19,
55:20, 58:11,
88:6, 88:9,
89:17, 89:19,
89:25, 90:2,
90:6, 90:7,
102:15, 124:20,
124:22, 125:3,
125:6, 125:7,
125:12, 125:24
foregoing
136:6, 137:3,
137:4
form
43:21, 44:19,
48:8, 50:16,
55:22, 56:10,
59:23, 60:17,
69:6, 70:1,
88:3, 88:23,
91:5, 91:12,
92:3, 92:7,
92:16, 92:21,
93:4, 93:17,
94:3, 97:22,
99:8, 99:13,
99:18, 107:9,
108:2, 108:22,
109:12, 110:3,
110:10, 110:17,
111:4, 112:2,
112:13, 112:23,
113:15, 116:12,
116:19, 116:23,
117:3, 117:13,
118:5, 120:9
formation
64:10

formed
98:24
forming
82:18, 107:22,
116:15
forward
74:14
found
7:2, 7:17
foundation
43:22, 44:20,
48:9, 50:17,
55:23, 56:11,
60:18, 69:7,
88:4, 88:24,
91:6, 91:13,
92:4, 92:8,
92:16, 92:22,
93:5, 93:18,
94:4, 97:23,
108:3, 109:13,
110:4, 110:11,
110:18, 111:5,
112:3, 112:14,
112:24, 113:16,
116:21, 117:14,
118:6, 120:10
four
16:14, 17:1,
17:2, 17:11,
29:1, 30:13,
114:24, 115:12,
115:14
fourth
22:12
frame
53:24, 62:17,
63:12, 72:5
frequently
15:23
fresh
22:20
friday
19:11, 30:18,
31:1, 40:20,
72:6, 73:13
front
15:14, 37:1,

66:19, 71:14,
106:14
full
112:4, 113:18
functions
129:19
further
83:12, 123:8,
134:24
future
47:19

G

gang
73:18, 73:20,
73:24
gas
39:10, 42:13,
44:3, 44:17,
44:24, 45:13,
45:17, 46:16,
46:18, 49:21,
50:8, 50:12,
57:20, 58:13,
58:16, 58:23,
60:3, 60:23,
60:24, 61:6,
61:11, 61:13,
61:16, 62:13,
63:19, 64:1,
64:23, 65:3,
65:4, 65:5,
65:19, 71:20,
71:22, 106:25,
107:7, 107:10,
107:11, 107:12,
107:21, 108:5,
108:9, 108:11,
108:14, 108:17,
109:1, 109:4,
109:15, 109:24,
110:1, 110:5,
110:8, 110:14,
110:15, 110:16,
110:20, 110:23,
110:24, 111:3,
111:7, 112:16,
113:4, 113:6,

119:24, 119:25,
120:7, 120:11
gassed
48:4, 48:7,
49:6, 57:14,
61:8, 111:24,
111:25
gassing
49:11, 49:23,
50:15, 57:17,
61:20, 112:7,
112:10
gatherings
86:2, 87:7
gave
39:20, 41:3,
49:9, 69:13,
132:5
general
40:23, 41:20
generally
41:16, 125:10,
125:12
george
16:22, 20:22,
124:6, 125:10,
128:8, 128:24
give
24:15, 49:14,
49:15, 49:19,
64:5, 122:11,
122:12
given
19:2, 36:20,
36:24, 39:16,
41:20, 49:20,
50:7, 50:11,
50:18, 50:19,
57:15, 64:14,
65:11, 67:10,
68:1, 103:20,
117:21, 117:22,
117:25
gives
134:4
giving
36:22
glanced
38:17

go
10:9, 10:11,
14:13, 15:24,
19:20, 26:20,
30:3, 33:25,
37:9, 43:24,
43:25, 56:2,
58:1, 58:17,
70:11, 78:21,
80:25, 82:4,
98:19, 104:8,
104:9, 104:14,
104:21, 109:10,
109:16, 110:7,
110:16, 110:21,
111:10, 113:12,
113:19, 125:9,
131:6, 131:10,
132:14, 134:19
goes
91:24
going
7:8, 7:21,
19:23, 20:17,
26:14, 32:6,
33:6, 33:20,
49:3, 52:6,
53:1, 53:4,
53:25, 54:12,
55:12, 55:14,
57:25, 58:12,
58:16, 58:22,
61:6, 61:11,
61:13, 61:23,
62:1, 62:2,
63:17, 63:25,
64:5, 64:18,
64:21, 66:13,
67:11, 67:18,
69:8, 69:17,
71:15, 72:14,
74:13, 77:14,
77:15, 80:24,
89:10, 93:20,
95:23, 97:5,
97:24, 98:15,
98:20, 99:8,
99:24, 102:12,

104:17, 105:1,
106:1, 106:11,
106:17, 107:15,
108:6, 108:13,
110:1, 110:7,
118:10, 118:15,
120:16, 122:18,
126:5, 133:16,
134:16
**gold**
62:19
**gone**
56:22, 69:15
**good**
26:22, 26:24
**google**
79:9, 96:23,
111:16
**gotten**
66:4
**grab**
37:11
**grabbed**
37:18
**graveyard**
10:2, 11:8
**great**
25:24, 26:2,
26:15
**greenwich**
51:10
**group**
32:5, 61:1,
76:13, 103:11,
105:4, 105:8,
120:3
**groups**
103:17
**guess**
37:22, 131:9
**guessing**
29:25
**guilty**
7:2, 7:17
**gun**
84:7
**guy**
58:10, 58:21,

62:6, 62:7,
63:3, 67:6,
70:20, 100:8,
100:10, 100:15,
101:13
**guy's**
29:24
**guys**
63:7

---
**H**
---

**habit**
36:25, 37:6,
49:18, 133:8
**half**
9:1, 17:3
**hall**
4:5
**halo**
105:23, 113:22,
113:25, 115:4,
117:2, 117:8,
117:9, 118:10,
118:25, 119:3
**hand**
100:9, 100:16,
137:12
**handled**
24:20, 124:25,
127:18
**happen**
57:17, 64:15,
102:18, 122:15
**happened**
40:22, 68:2,
86:18, 97:9,
118:25, 119:20,
124:18, 127:7,
133:15
**happening**
48:18
**happens**
91:21
**happy**
8:3
**hard**
113:20
**head**
46:24

**headquarters**
13:4, 21:19,
21:24, 35:13
**hear**
8:1, 54:9,
54:16, 54:18,
54:20, 54:24,
54:25, 55:1,
55:17, 55:19,
56:5, 56:8,
56:9, 56:12,
56:18, 56:22,
56:25, 57:10,
57:14, 57:23,
57:24, 58:14,
59:2, 59:7,
59:10, 59:13,
59:20, 59:22,
63:20, 70:9,
70:20, 123:18,
123:20
**heard**
33:1, 56:17,
58:11, 58:16,
72:12, 101:25,
102:6, 102:7,
102:9, 102:13,
103:15, 103:16,
103:22, 105:5,
105:6, 112:19
**hearing**
40:4, 56:14,
56:15, 67:25
**held**
9:21, 10:3,
10:7, 35:9
**hello**
43:23
**help**
101:4
**hemmed**
113:8
**here**
7:23, 11:24,
13:21, 16:4,
19:24, 23:17,
24:21, 52:12,
58:7, 62:18,

62:19, 63:7,
65:8, 79:13,
83:2, 86:20,
87:5, 89:3,
96:7, 96:14,
96:24, 98:24,
101:13, 106:4,
106:6, 106:13,
106:25, 107:12,
109:1, 109:11,
109:24, 109:25,
110:23, 114:15,
115:2, 118:16,
118:19
**here's**
89:3
**hereby**
136:7, 137:4
**hereunto**
137:12
**hey**
40:13, 56:23
**high**
10:4, 10:19,
11:4, 113:5
**higher**
19:8
**higher-ups**
60:20
**highlighting**
85:17
**highway**
44:13, 44:15
**himself**
59:9, 66:4
**hold**
19:23, 63:18,
65:2, 98:18
**homeless**
83:2
**hope**
57:1, 57:18,
61:17
**hours**
44:11, 74:3,
74:18, 94:24,
95:21
**huddle**
63:10

humor
26:22
hundred
79:6
husband
7:1, 7:4, 7:12

**I**

ic
33:2
idea
66:6, 68:5,
70:2, 77:6,
97:24, 100:7,
108:19, 114:11,
116:4, 116:22,
132:21
identified
130:1, 132:6
identify
62:11, 62:21,
63:12, 121:18,
130:19, 130:24,
131:4, 131:9,
131:13, 131:19,
132:2, 132:3,
132:6, 132:10,
132:18, 132:20,
132:22, 132:24
identifying
133:2
illegal
13:19
illinois
3:14
immaculate
96:20
imminent
60:23
impact
11:20, 11:21,
12:3, 12:6,
12:7, 12:10,
12:12, 12:15,
13:12, 13:14,
13:15, 13:22,
13:25, 14:12,
14:17, 15:20,

16:11, 16:12,
16:25, 17:20,
28:13, 38:20,
85:19, 126:14
implement
40:6
impression
124:13
inappropriate
27:5, 27:19
incident
18:3, 18:4,
18:15, 19:19,
23:10, 32:12,
32:25, 33:2,
33:3, 33:9,
33:14, 37:15,
37:23, 42:6,
47:9, 48:6,
48:14, 48:15,
57:8, 73:25,
76:4, 78:24,
85:2, 93:19,
105:7, 110:19,
111:22, 112:15,
116:5, 117:1,
122:16, 122:20,
125:7
incidents
89:16
included
39:10, 134:3
including
85:20
independent
120:20, 121:3,
121:6, 121:11
index
5:1
indicate
20:25
indicating
59:1
indication
27:2
indiscriminate
120:7
individual
75:22, 88:11,

90:4, 122:19,
130:8, 131:3,
132:18
individuals
39:13, 129:22,
129:24, 134:12
information
33:8, 33:9,
42:21, 57:1,
57:4, 57:19,
57:22, 134:2,
134:4
initial
16:1
initially
18:2
injure
86:6
injuring
26:4
inside
29:9, 29:15,
126:19, 126:20,
129:20
insignia
70:13
instruction
39:25, 127:20
instructions
39:17, 39:21,
122:13, 128:2
insurance
7:5
intel
34:9
intelligent
36:2
intended
35:4
intent
26:4
interacting
77:12
interactions
87:25, 89:12,
89:15
interest
137:11

internal
121:11, 121:14,
131:10, 131:25
interrupted
16:8, 37:8,
41:15, 51:22,
70:10, 71:8,
82:9, 92:15,
101:8, 102:3
intersection
51:13, 51:17,
65:22, 66:10,
67:12, 69:14,
73:13, 76:23,
80:14, 80:16,
82:4, 83:10,
83:11, 83:12,
84:17, 96:4,
96:21, 106:14,
115:2, 116:23,
118:20
interviewed
120:19, 121:2,
121:6
investigated
27:8
investigation
13:20, 14:9,
25:20
involved
21:8
involvement
7:24
involving
98:5, 116:24
iron
111:18
ish
9:5
issue
104:11
issued
43:10
items
46:19, 46:21,
85:25

**J**

jail
8:24, 9:2,

125:1
**james**
63:4
**job**
1:20, 11:17,
26:16, 57:9,
57:15
**joe**
38:23
**join**
38:24
**joined**
17:3, 17:4,
24:10, 28:7
**june**
6:11, 7:24,
9:5, 20:13,
20:19, 24:7,
25:7, 25:16,
33:10, 43:11
**justification**
71:10
**justifications**
60:22
**justified**
72:2

**K**

**karen**
1:22, 2:9,
137:2
**keep**
26:19, 26:20,
129:15
**kept**
129:10
**kettle**
102:4
**kettling**
101:23, 102:1
**killmer**
3:20
**kind**
13:18, 32:6,
60:14, 82:2,
119:10, 125:6
**king**
121:15

**klerekoper**
1:22, 2:9,
137:2
**knowing**
111:12
**knowledge**
10:13, 22:2,
63:1, 129:6,
129:17

**L**

**lab**
35:10, 35:14
**landscaping**
64:7
**lane**
3:20
**large**
51:4, 75:2,
75:4, 75:8,
78:2, 80:20,
85:23, 86:4,
113:11, 115:12,
115:21, 118:19,
120:3
**larger**
28:22
**last**
7:25, 18:11,
25:23, 33:10,
51:23, 85:16,
120:16
**late**
124:3
**later**
17:3, 17:5,
40:17, 42:25,
43:6, 75:5,
86:18
**law**
32:10, 32:21,
33:15, 104:13,
104:24, 105:1
**lawn**
71:15
**lawsuit**
9:16
**leadership**
26:2

**learn**
21:23
**least**
56:7, 59:6,
66:7
**lefebre**
17:13, 17:14,
17:16, 17:17,
22:15, 24:9,
67:1, 67:6,
70:6, 70:13,
122:25
**left**
67:23, 69:22,
100:13, 106:21
**leslie**
3:10
**less**
23:6, 24:12,
24:18, 24:23,
39:10, 85:23,
86:1, 87:6,
87:8, 88:6,
88:13, 90:5,
125:5
**less-lethal**
14:13, 14:19,
14:24, 23:3,
23:18, 23:24,
24:10, 24:14,
38:6, 38:11,
42:19, 46:4,
55:15, 69:5,
77:14, 77:16,
83:21, 87:22
**let's**
16:18, 28:9,
30:17, 31:1,
57:25, 58:17,
62:18, 70:3,
90:11, 90:22,
94:7, 107:11,
107:20, 111:13,
111:14, 111:21,
112:6, 112:18,
113:24, 114:13,
121:22
**lethal**
23:7, 24:12,

24:18, 24:23,
39:10, 85:23,
86:1, 87:6,
87:8, 88:6,
88:13, 90:5,
125:5
**lieutenant**
13:9, 13:24,
17:24, 18:10,
19:1, 19:4,
19:12, 19:13,
21:13, 26:2,
27:23, 28:4,
28:11, 28:25,
29:13, 29:14,
30:20, 30:22,
31:4, 31:13,
31:20, 31:25,
38:10, 38:13,
38:15, 38:19,
39:8, 39:17,
40:10, 41:3,
41:10, 43:1,
44:2, 46:12,
62:8, 63:1,
64:4, 64:17,
65:16, 65:24,
66:11, 69:10,
72:23, 76:17,
76:19, 76:22,
77:21, 97:16,
101:11, 105:11,
115:17, 116:1,
116:3, 116:9,
120:17, 120:22
**lieutenants**
35:2, 35:22,
36:2, 46:9
**life**
60:14
**lights**
7:2, 7:21,
106:7
**likely**
93:22, 93:25
**lincoln**
65:23, 69:15,
76:23, 78:1,

78:5, 78:10,
79:1, 79:2,
79:4, 79:14,
80:22, 82:5,
82:21, 82:25,
83:10
**line**
15:11, 15:14,
41:6, 57:5,
57:12, 57:16,
63:16, 64:2,
64:10, 65:15,
66:19, 81:2,
82:12, 82:15,
82:18, 82:22,
83:14, 98:24,
99:8, 103:2,
107:12, 107:21,
107:23, 107:24,
108:4, 113:23,
114:14, 115:3,
116:13, 116:15,
127:15
**lined**
73:23
**list**
37:14
**litigation**
90:1
**litigations**
47:19
**little**
53:3, 69:17,
74:14, 79:18,
100:20, 106:11,
107:3, 123:20
**lives**
1:5, 113:2,
123:14
**llp**
3:20
**location**
18:25, 19:8,
61:5, 75:9,
78:3, 99:11,
101:22, 109:16,
109:18, 112:11,
116:24, 134:10

**locations**
29:11, 36:15,
38:25, 44:10,
85:19, 86:2,
87:7, 87:9,
93:3, 93:6, 93:9
**loevy**
3:4
**logan**
96:4, 96:9,
96:21, 97:7,
97:10, 97:11,
97:12, 98:25,
105:25, 108:10,
108:18, 109:21,
110:1, 110:2,
110:24, 111:6,
111:25, 112:9,
113:4, 114:1,
114:15, 117:11,
117:24, 118:14
**logistics**
91:23
**long**
6:9, 9:3,
11:15, 26:18,
50:4, 75:11,
81:25, 82:1,
126:2
**longer**
42:14, 43:7,
43:17
**look**
28:9, 38:13,
57:25, 70:12,
113:24, 114:13,
128:23, 129:6
**looked**
88:22
**looking**
20:18, 89:10,
90:20, 94:18,
106:4, 115:1
**looks**
21:3, 62:20,
94:16, 100:21,
101:5, 115:22
**loop**
64:12

**lot**
82:17, 97:19,
97:25, 98:3,
98:5, 102:19,
109:7, 115:22
**loud**
55:5
**lucero**
38:23, 39:2

**M**

**ma'am**
6:15, 7:15,
8:5, 8:10, 8:14,
8:19, 8:22,
9:23, 11:14,
11:23, 17:10,
19:17, 20:24,
21:22, 22:23,
23:23, 25:1,
26:7, 28:16,
29:3, 29:21,
30:21, 32:23,
35:8, 47:2,
47:4, 47:7,
48:1, 48:5,
50:10, 51:6,
52:18, 52:21,
53:18, 54:14,
55:7, 55:18,
56:2, 56:6,
61:3, 62:4,
63:6, 66:20,
66:23, 67:5,
68:14, 68:17,
68:19, 68:23,
69:2, 71:17,
72:8, 74:16,
74:24, 86:8,
88:18, 90:13,
96:12, 96:18,
96:25, 109:3,
109:9, 114:16,
116:16, 118:12,
119:16, 122:4,
122:10, 123:2,
123:10, 123:16,
123:25, 134:20

**made**
46:2, 54:4,
59:9, 59:21,
116:22
**madison**
3:13
**maintain**
67:13
**maintained**
131:24
**major**
76:4
**make**
8:15, 10:13,
14:9, 15:9,
18:13, 34:11,
46:24, 55:15,
55:16, 56:4,
57:9, 122:17,
132:1, 133:10
**make-up's**
64:25
**making**
56:19, 56:20,
61:10, 61:17
**mall**
45:4, 45:5,
45:6, 45:7,
45:9, 45:21,
46:3
**mandatory**
16:10
**manual**
56:1
**many**
6:16, 16:11,
16:24, 89:8
**maps**
79:9, 96:23,
111:16
**march**
134:7
**marked**
5:12
**masks**
62:13
**matter**
1:5, 123:14

max
29:24, 30:2
maybe
12:19, 82:24,
90:18, 95:6,
100:21, 104:10
mcdermott
30:2
mean
14:4, 26:18,
29:1, 31:22,
32:3, 34:18,
34:24, 63:22,
64:5, 64:6,
89:23, 97:11,
104:16, 107:20,
114:20, 125:2,
131:16, 133:3
means
48:4, 52:16,
64:8, 102:4
meantime
51:11
meeting
35:18
member
24:23, 45:19,
70:17, 84:6
members
15:13, 15:20,
22:8, 23:1,
25:6, 27:17,
27:21, 27:24,
30:11, 40:13,
45:20, 78:11,
81:13, 83:17,
83:20, 83:24,
84:1, 84:3,
84:10, 86:22,
87:11, 87:25,
88:20, 122:22
memories
87:1
memory
40:23, 59:25,
61:21, 78:23,
81:11, 82:3,
85:3, 85:7,

102:20, 105:21,
117:18, 126:18,
127:3, 127:16
mention
22:25, 40:19,
134:9
mentioned
23:12, 124:5,
128:12, 128:15,
133:5
metal
111:18, 113:4
methods
105:4
metro
63:17, 64:18,
82:12, 84:18,
84:25, 85:4
michigan
2:10
middle
28:10, 109:8
might
38:17, 42:4,
53:1, 133:3,
134:17
mind
126:1, 127:9,
134:16
minute
50:1, 97:6,
98:21, 99:22
minutes
53:25, 54:12,
58:1, 61:24,
66:13, 67:19,
69:15, 69:21,
71:13, 71:19,
75:11, 90:14,
90:25, 91:10,
93:16, 97:20,
114:2, 134:17
missing
89:2
mission
132:5
misspoke
95:6

mm
24:3, 39:10,
39:12
molly
3:11, 123:14
moment
28:21, 52:16,
52:24
momentarily
51:4
monitor
120:20, 121:3,
121:6, 121:12
month
11:19
months
10:23
more
10:13, 13:14,
13:15, 13:22,
37:23, 39:7,
50:1, 50:7,
53:3, 79:7,
90:19, 91:2,
91:7, 91:9,
94:5, 104:10,
104:13, 122:1,
125:16, 125:19
morning
21:5, 94:24,
135:11
mortars
86:5, 119:12
moser
30:8
most
93:22, 93:25,
102:16, 113:23,
120:4, 125:14
motorcycle
45:8
moustache
62:7, 63:4
move
9:12, 32:5
movements
33:15
moving
31:15

much
49:10, 49:22,
63:15, 104:12,
134:24
multiple
22:20, 34:25,
35:23, 36:15,
73:22, 85:19,
85:22, 115:8
munition
64:24
munitions
77:5, 77:7,
102:24, 116:15,
117:12, 118:4,
118:16, 119:7
must
61:10
myself
6:25, 7:12,
10:12, 14:25,
15:4, 22:8,
27:7, 34:19,
58:16, 64:16,
65:8, 71:12,
114:22, 115:13,
126:17

**N**

name
6:6, 29:24,
30:5, 35:20,
123:13
named
17:22
nameplate
62:19, 62:25
names
134:12
narcotic
14:7
narcotics
13:17, 14:3
narrow
113:9
near
73:14, 77:15,
85:4

necessarily
32:14
necessary
99:19
need
10:15, 24:16,
24:17, 32:7,
53:1, 56:23,
61:15, 104:2,
124:13, 128:2,
132:5
needed
24:19, 52:5,
93:20, 98:12,
99:20
needing
127:23
neither
137:9
never
27:6, 27:16,
28:2, 33:1,
101:25, 102:6,
103:15, 103:16,
122:15, 129:20,
134:11
newman
3:20
next
10:17, 10:23,
17:5, 21:4,
62:10
night
10:2, 51:15,
51:16, 68:15,
72:20, 72:22,
73:1, 73:16,
73:22, 82:17,
86:16
nights
85:18, 87:2,
87:10, 87:13,
87:15
nightshift
13:2
nighttime
73:4
nobody
60:12

noisy
55:3, 55:4
noncompliant
64:2
normal
122:18, 133:8
north
35:14, 80:17,
80:21, 80:24,
80:25, 82:18,
109:17, 113:5
notarial
137:13
notary
2:10, 137:1
nothing
25:18, 27:20,
42:20, 44:25,
64:23, 70:22,
76:12, 82:7,
83:23, 95:11,
98:2, 124:18,
125:25, 126:12,
127:8
notice
2:9
notified
16:9, 27:6,
33:22
number
26:3, 115:12,
115:21, 125:9
numbers
30:14

---
O
---
o'clock
78:16
object
43:21, 44:19,
48:8, 50:16,
55:22, 56:10,
59:23, 60:17,
69:6, 70:1,
88:3, 88:23,
91:5, 91:12,
92:3, 92:7,
92:21, 93:4,

93:17, 94:3,
97:22, 99:13,
99:18, 107:9,
108:2, 108:22,
109:12, 110:3,
110:10, 110:17,
111:4, 112:2,
112:13, 112:23,
113:15, 116:19,
117:3, 117:13,
118:5, 120:9
objections
8:15
observe
24:22, 86:1,
87:6
obviously
15:18, 18:6,
28:20, 34:9,
36:9, 36:14,
41:20, 47:19,
48:24, 49:2,
57:6, 64:7,
64:23, 66:2,
67:13, 75:22,
83:18, 84:5,
89:21, 113:20,
120:17, 124:24,
125:15, 125:18,
126:13, 127:13,
130:2, 131:11,
133:4
oc
15:1, 15:5,
23:4, 23:18,
100:18
occasions
6:16
occupied
28:24
occur
42:2
occurred
16:23
occurring
67:23
off-the-record
135:7

office
6:13, 8:21,
9:10, 121:3
officer
10:4, 10:14,
10:16, 10:17,
13:23, 17:2,
17:8, 17:9,
17:12, 17:13,
19:9, 22:14,
22:15, 30:25,
39:15, 40:2,
40:12, 40:15,
41:5, 42:23,
49:13, 59:11,
62:24, 63:3,
63:14, 65:11,
67:1, 69:22,
70:6, 70:8,
70:13, 88:11,
90:4, 90:6,
120:18, 121:10,
121:15, 121:18,
125:14, 125:19,
125:23, 126:5,
126:20, 127:15,
127:22, 127:24,
128:16, 130:9,
131:19, 132:3,
137:2
officer's
49:2, 75:22,
122:19, 124:7,
124:14, 125:13,
125:23, 126:10,
126:25
officers
11:13, 15:10,
15:13, 15:23,
17:2, 17:23,
21:20, 23:11,
24:8, 24:13,
26:5, 26:12,
28:22, 29:1,
29:22, 34:9,
34:10, 35:1,
36:23, 37:20,
41:7, 46:3,

57:12, 57:16,
60:13, 60:15,
61:2, 62:2,
62:9, 63:10,
64:3, 66:9,
66:18, 66:24,
67:8, 76:14,
78:2, 80:7,
82:12, 82:13,
82:17, 84:18,
85:1, 85:5,
85:25, 86:6,
90:5, 98:24,
102:14, 103:19,
107:13, 107:22,
107:24, 108:4,
110:9, 112:6,
114:7, 114:14,
114:24, 115:4,
115:6, 115:8,
115:12, 115:22,
115:24, 116:9,
117:11, 117:23,
120:2, 121:2,
121:5, 121:7,
121:8, 121:9,
121:13, 122:5,
122:11, 122:12,
125:17, 126:15,
132:2, 134:5
**often**
16:5
**oh**
11:11, 50:6,
54:21, 90:24,
95:5
**once**
28:7, 40:16
**one**
6:17, 8:2,
13:25, 15:14,
16:16, 18:1,
23:11, 27:23,
28:21, 28:23,
29:14, 29:16,
29:24, 31:5,
32:19, 37:1,
37:16, 37:18,

45:20, 55:10,
56:3, 56:7,
56:20, 59:6,
62:17, 63:9,
64:11, 66:25,
80:18, 84:7,
88:1, 88:21,
91:1, 94:21,
98:9, 100:4,
100:5, 100:12,
100:25, 102:23,
108:15, 110:14,
110:23, 126:15,
126:21, 127:16,
127:17, 127:24,
130:21, 132:9,
135:10, 135:11
**one-way**
79:5
**ones**
15:14, 130:1,
131:11
**only**
23:17, 23:20,
39:14, 40:1,
40:11, 40:14,
41:4, 42:23,
44:3, 61:9,
75:24, 86:9,
86:20, 95:12,
115:12, 127:5,
132:9, 133:23,
134:12
**operating**
129:21
**operations**
33:5, 37:11,
133:9
**opportunities**
9:14
**opposite**
103:4
**ops**
36:22, 36:24
**order**
40:4, 40:9,
40:17, 40:24,
41:4, 43:10,

43:16, 55:20,
56:5, 67:10,
69:13, 103:15,
103:17, 103:20,
116:16, 116:22,
120:16, 135:8
**ordered**
39:15, 40:1,
40:11, 40:14,
41:5, 42:23,
103:12, 116:8,
116:9
**orders**
19:2, 41:10,
49:17, 49:19,
49:20, 57:15,
64:13, 64:16,
66:1, 66:5,
66:8, 66:12,
116:2, 116:12,
116:17, 117:21
**orient**
106:3
**other**
12:11, 12:15,
14:1, 21:20,
23:6, 28:24,
29:17, 32:9,
32:15, 42:8,
42:13, 45:1,
48:13, 59:12,
60:15, 62:2,
62:9, 62:14,
63:10, 67:8,
81:7, 81:8,
85:25, 86:13,
88:1, 88:21,
89:5, 93:15,
98:9, 100:6,
100:10, 100:15,
100:25, 101:16,
106:6, 107:2,
109:5, 110:15,
111:12, 115:10,
117:11, 121:2,
122:22, 125:20,
125:22, 128:15,
128:19, 128:21,

128:22, 129:1,
129:5, 129:11,
129:22, 130:24,
132:24, 134:18
**otherwise**
137:11
**out**
13:4, 14:7,
18:10, 21:3,
24:23, 27:8,
32:14, 32:21,
33:6, 33:23,
40:4, 40:17,
40:24, 42:24,
43:2, 67:16,
72:21, 83:6,
83:9, 84:20,
109:11, 124:7,
124:13, 125:13,
125:14, 125:23,
126:10, 126:25,
127:4, 127:21,
128:2, 129:2,
129:7, 130:8,
131:5, 131:18
**outcome**
137:11
**outside**
27:5, 27:19,
29:5, 115:19,
125:10, 129:24,
132:15
**over**
6:20, 40:18,
44:11, 44:12,
56:22, 61:13,
62:19, 82:4,
103:20, 107:12,
109:25, 128:20
**overall**
9:3, 33:13
**own**
21:15, 84:15,
122:8, 124:22,
132:8

---
**P**
---
**pa**
58:10, 58:21,

59:3, 59:7
**page**
5:3, 5:10,
19:19, 20:18,
21:1, 22:11,
22:25, 25:21,
28:10, 85:14,
86:14, 86:15,
94:20, 94:21,
95:14, 133:11
**pages**
1:21, 86:14
**paperwork**
36:20
**paragraph**
22:12, 25:23,
85:16, 86:20,
86:21
**parameters**
68:21
**park**
76:10
**parks**
69:1
**part**
14:11, 25:20,
61:1, 76:13,
77:24, 78:4,
86:14, 124:25,
126:15, 126:21,
127:6, 132:7,
133:4
**particular**
13:8, 39:23
**parties**
125:1, 137:10
**parts**
86:13
**party**
6:23
**passed**
49:22, 57:19
**passenger**
6:25
**passes**
49:10
**patches**
99:25

**patrol**
9:2, 9:25,
10:21, 11:13,
37:24
**pause**
62:18, 106:17,
124:1
**paused**
54:3, 54:18,
69:21, 71:19,
114:6
**pausing**
52:12, 108:24
**pay**
9:14, 58:17
**peaceful**
24:24, 25:4,
53:4, 53:9,
68:11, 86:1,
87:6, 120:4,
120:5
**pedestrian**
14:10
**pending**
8:12
**pennsylvania**
96:5, 97:7,
97:11, 107:3,
107:13, 107:23,
108:5, 110:9,
110:25, 111:25,
112:7, 113:6
**people**
13:20, 14:12,
16:11, 16:24,
17:21, 30:13,
34:13, 35:5,
39:5, 49:16,
53:17, 56:4,
59:13, 59:20,
60:15, 61:16,
61:17, 64:11,
66:3, 69:4,
69:23, 70:21,
73:19, 83:2,
99:24, 104:12,
106:18, 106:21,
106:24, 107:5,

120:3, 120:5,
122:2, 129:11,
130:12
**pepper**
69:22, 70:21,
70:23, 71:11
**pepperball**
15:2, 15:7,
15:21, 24:3,
39:10, 84:7,
84:11, 87:12,
87:14, 103:11,
103:18
**pepperballing**
67:22
**pepperballs**
84:5
**perfectly**
7:11
**period**
81:15, 83:8,
84:16, 84:19
**person**
56:7, 57:23,
59:6, 59:17,
62:18, 84:8,
130:24, 132:6
**personally**
26:22, 49:18
**personnel**
32:10, 32:21,
33:15, 33:16,
34:15
**phalen**
36:6, 116:6
**phelan**
18:19, 18:21,
33:11, 33:13,
112:18
**physical**
26:1
**physically**
86:3
**pick**
37:1, 133:8
**picked**
133:7
**picks**
114:17, 118:24

**picture**
62:11, 112:4,
113:18
**pittsley**
17:12, 22:14,
24:9, 122:25
**place**
22:7, 32:7,
38:14, 94:1,
136:7
**placed**
47:15
**places**
69:1
**plaintiffs**
1:7, 3:2, 3:9,
123:15
**plan**
36:22, 36:24,
37:12, 65:10,
65:17, 66:21,
133:9
**platt**
44:11, 44:16,
44:24, 45:2,
45:13, 46:7,
46:8, 46:17,
46:22, 47:10,
48:3, 48:7,
49:6, 49:21,
50:13
**play**
52:6, 53:3,
53:25, 54:12,
54:21, 61:23,
66:14, 67:18,
69:17, 70:3,
71:15, 75:13,
95:23, 100:23,
106:1, 106:11,
106:20, 118:10,
133:22
**played**
52:12, 53:7,
54:19
**playing**
52:11, 53:6,
54:2, 54:15,

54:23, 58:3,
58:20, 62:5,
66:17, 67:21,
69:20, 70:5,
70:25, 71:18,
75:14, 96:1,
100:1, 101:1,
106:8, 106:9,
114:5
**plaza**
79:17
**please**
6:6, 8:2,
123:18, 123:23
**plus**
29:2, 30:13
**point**
18:9, 24:21,
38:23, 40:5,
76:8, 76:9,
77:21, 85:7,
85:9, 85:25,
87:5
**pointed**
130:8
**police**
6:10, 9:21,
10:24, 21:19,
25:10, 33:21,
35:13, 36:4,
46:20, 46:21,
54:4, 55:25,
80:7, 82:12,
85:21, 114:7,
125:16, 126:3,
126:5
**policing**
32:10, 73:19
**policy**
24:23, 25:8,
25:12, 27:5,
27:8, 27:19,
48:20, 65:14,
71:3, 77:10,
102:22, 102:25,
112:12, 112:22,
126:11, 127:2
**porter**
3:12, 122:2,

123:15
**posed**
24:19
**posing**
60:14
**position**
8:23, 10:3,
10:7, 10:18,
11:15, 11:25,
13:16, 16:16,
57:7
**positions**
9:20
**positively**
130:24
**possibilities**
89:4, 89:11
**possibility**
89:2, 89:15,
91:1, 92:6,
92:9, 128:18
**possible**
36:10, 47:23,
48:24, 49:1,
60:22, 108:11
**possibly**
21:3, 22:18,
41:21, 45:3,
100:5, 101:20,
128:13
**post**
31:6, 31:12,
31:21, 32:1,
32:8, 32:12,
32:20, 33:2,
33:3, 33:5,
90:3, 103:6,
103:9, 103:12,
116:4, 116:18,
120:18, 129:9,
129:15, 129:20,
133:9
**potentially**
128:15
**practice**
126:16
**preceding**
97:21

**present**
9:8, 15:3,
44:16, 45:1,
45:13, 46:6,
93:1, 93:3,
117:10, 122:23
**preserved**
92:12
**pretty**
22:19, 79:7,
113:11, 133:16,
133:18, 133:20
**prevents**
107:15, 108:6
**primarily**
14:17, 28:6,
28:12, 28:19
**primary**
13:21, 14:1,
14:2, 31:18
**printed**
21:3
**prior**
11:24, 20:23,
44:13, 52:20,
97:9, 97:14,
99:11, 124:12,
126:21
**probably**
6:19, 78:11,
126:16, 126:17,
127:17, 131:21
**problems**
28:2, 45:9
**proceedings**
137:3, 137:5,
137:6
**process**
133:14
**produced**
72:10, 74:8,
93:7, 105:24
**production**
20:8
**professionalism**
25:25
**projectiles**
119:11, 120:2

**promoted**
10:24, 11:1
**pronounce**
17:15
**proper**
50:19
**property**
113:2
**protection**
75:8
**protects**
68:25
**protest**
17:3, 17:11,
20:12, 24:22,
24:24, 25:24,
26:15, 27:2,
27:10, 27:18,
34:25, 35:23,
39:1, 54:19,
120:20, 134:6,
134:9, 134:13
**protester**
54:20, 54:24,
58:4, 58:7,
59:1, 104:13,
104:20, 120:1
**protesters**
26:1, 26:4,
32:17, 32:22,
38:2, 42:8,
44:12, 44:14,
44:17, 44:24,
45:14, 46:17,
48:3, 48:7,
49:5, 50:12,
55:16, 57:13,
67:9, 68:5,
68:11, 76:9,
76:14, 77:3,
77:8, 77:16,
80:7, 80:11,
84:20, 87:9,
87:15, 88:13,
89:12, 89:17,
97:19, 98:6,
98:16, 99:3,
102:5, 102:10,

102:14, 102:23,
105:4, 105:9,
105:12, 105:22,
106:13, 107:15,
108:6, 109:7,
110:7, 110:13,
111:1, 111:24,
112:7, 112:10,
113:8, 113:14,
113:21, 116:14,
117:12, 117:22,
117:24, 118:2,
118:17, 119:24
**protests**
7:24, 16:19,
16:21, 16:22,
17:25, 18:5,
18:11, 18:14,
20:10, 20:22,
22:13, 22:24,
24:4, 25:7,
26:13, 30:19,
31:24, 32:11,
33:10, 33:17,
33:19, 33:21,
34:2, 36:11,
36:19, 47:1,
68:15, 85:18,
87:10, 87:13,
88:14, 90:9,
93:2, 94:15,
122:12, 124:7,
125:11, 127:6,
127:10, 127:20,
128:9, 128:25
**provide**
75:8, 119:17,
125:8
**provided**
26:2, 129:3
**provides**
56:3
**providing**
15:15
**proximity**
87:23, 88:15,
122:24
**public**
2:10, 68:18,

68:25, 137:1
**pull**
130:6
**purpose**
13:21, 14:1,
14:2, 22:4,
22:6, 32:3,
37:19
**purposefully**
92:18
**purposely**
93:23
**purposes**
14:2
**pursuant**
2:9
**push**
63:15, 63:16,
64:1, 64:5,
64:10, 64:11,
64:14, 64:18,
65:6, 65:15,
65:18, 67:9,
67:12, 77:8,
80:7, 102:17,
102:23, 103:15,
103:16, 103:17,
104:13, 112:19
**pushed**
63:21, 64:2,
76:9, 76:14,
77:3, 80:12,
84:20, 105:22
**pushing**
68:10, 103:10,
105:11, 116:14
**put**
92:24, 97:5,
125:1
**putting**
117:9

---

**Q**

**qualifies**
90:5
**question**
8:6, 8:12,
8:17, 12:12,

92:23, 119:5,
123:23
**questionable**
27:7
**questions**
7:23, 8:2,
52:7, 66:15,
69:18, 71:16,
95:24, 114:3,
121:19, 122:3,
123:8, 124:3,
134:18, 134:24,
135:2, 135:3
**quick**
121:22, 124:2
**quickly**
48:12, 48:24,
49:1, 119:20
**quite**
6:19, 13:5,
31:22, 55:3,
67:10

---

**R**

**radio**
31:7, 31:9,
31:11, 31:16,
31:21, 103:21,
112:19
**rank**
35:22, 62:24
**ranking**
19:8, 30:24
**ranks**
134:13
**rather**
127:22, 132:3
**rd**
126:6
**rdv**
18:8, 19:14,
19:15, 19:19,
23:12, 23:14,
28:7, 28:12,
28:21, 28:25,
29:8, 29:9,
29:14, 29:17,
39:3, 72:22,

73:2, 86:16
**read**
38:18, 136:5
**real**
126:18
**really**
16:3, 36:16,
36:17, 129:18
**reason**
9:14, 25:13,
27:16, 43:3,
46:16, 48:13,
52:25, 60:15,
60:21, 61:15,
61:18, 61:20,
63:25, 69:3,
70:23, 71:23,
72:16, 72:18,
74:11, 91:25,
92:5, 92:17,
123:22
**reasonable**
110:6, 111:9,
111:11, 111:23
**reasoning**
46:19, 68:9
**reasons**
32:19
**recall**
22:16, 28:1,
30:12, 33:25,
34:6, 35:19,
36:5, 36:9,
36:14, 36:24,
37:3, 37:5,
37:17, 38:3,
38:5, 38:22,
39:16, 39:25,
41:12, 41:14,
41:16, 41:19,
42:7, 42:17,
42:21, 43:16,
44:1, 44:4,
45:16, 45:18,
46:12, 46:14,
47:11, 50:3,
51:1, 51:13,
54:6, 54:11,

55:13, 56:14,
56:15, 58:15,
60:10, 61:22,
64:16, 67:22,
67:24, 67:25,
68:3, 70:22,
73:12, 73:15,
73:17, 73:24,
74:1, 74:25,
76:3, 76:5,
76:7, 76:11,
77:7, 77:20,
77:23, 78:4,
81:10, 81:12,
81:17, 81:18,
81:22, 82:1,
82:2, 82:24,
83:23, 84:10,
85:3, 87:20,
93:19, 97:15,
98:1, 110:19,
115:11, 115:21,
117:4, 117:25,
118:7, 126:12,
127:19, 127:23,
128:1, 133:6,
133:13
**received**
68:20, 124:6,
127:20, 128:1
**receiving**
42:21
**recently**
51:25
**recognize**
66:24, 70:16,
100:2, 100:3,
130:25
**recollection**
40:21, 50:21,
53:8, 54:10,
60:5, 61:7,
61:12, 72:3,
72:19, 74:4,
82:7, 94:9,
94:14, 95:9,
98:11, 99:5,
128:7

**record**
6:7, 20:3,
48:4, 48:6,
72:13, 73:6,
73:7, 73:8,
73:9, 76:1,
85:11, 87:24,
88:5, 88:19,
89:14, 93:20,
93:21, 94:1,
105:15, 117:16,
117:20, 121:23,
121:24, 134:17,
134:22, 137:5
**recorded**
47:24, 48:16,
72:17, 76:6,
89:1, 89:3,
89:6, 89:9,
89:11, 89:16,
90:19, 90:21,
91:2, 91:9,
91:16, 91:18,
92:10, 99:15
**records**
52:19, 128:19,
128:21, 128:22,
129:1, 129:10,
129:15, 132:23
**red**
100:9, 100:16
**reduced**
137:7
**reference**
23:17, 24:7,
34:12, 94:11,
94:12
**references**
12:3, 12:10,
17:19, 34:23
**referred**
12:1, 12:4,
12:13, 12:16,
12:21, 22:19
**referring**
16:21, 17:21,
24:2, 39:24,
63:23, 64:19,

64:20, 65:4,
65:5
**reflects**
43:1
**refresh**
53:8, 85:7,
94:13
**refreshed**
105:13
**refresher**
16:2
**refreshes**
95:9
**refreshing**
61:21
**regard**
120:20, 121:16
**regarding**
20:21
**regardless**
109:25
**related**
137:9
**relating**
7:23, 9:17
**remain**
57:16
**remainder**
18:11, 19:5
**remember**
7:11, 26:17,
28:2, 38:25,
39:18, 39:23,
40:3, 40:22,
44:25, 46:11,
49:7, 61:9,
67:11, 67:17,
73:4, 75:19,
76:4, 78:24,
81:18, 81:20,
82:8, 82:11,
83:1, 83:16,
84:25, 85:4,
85:6, 105:20,
130:11, 130:16
**remembering**
23:9
**remind**
60:7, 126:2

**repeat**
92:23
**rephrase**
126:8
**report**
13:10, 17:22,
19:18, 20:4,
20:9, 20:19,
21:6, 23:1,
24:7, 25:22,
38:16, 38:19,
39:8, 40:20,
43:1, 73:11,
85:14, 86:10,
86:13, 89:25,
94:18, 95:9,
99:10
**reported**
1:22, 18:22,
89:21, 89:23
**reporter**
137:1
**reporting**
10:14
**repositioning**
23:13
**represent**
72:9, 90:16,
93:1, 123:14
**represented**
93:8
**request**
124:6, 124:9,
124:12
**requested**
20:11, 21:7,
21:10, 21:12,
22:3, 22:10,
92:19, 93:6,
135:13, 137:8
**requesting**
73:10
**required**
14:13, 14:15,
25:19, 43:17,
88:8, 125:13,
129:2, 129:13
**requires**
77:10

requiring
85:23
researching
76:6, 88:25,
114:21
resort
120:17
resource
10:4, 10:16,
10:17, 126:20
resources
37:21
respect
15:19, 23:16,
40:6, 94:15,
122:20
respond
32:16, 33:24,
45:9, 65:7,
125:18
responded
58:12, 65:9,
85:22, 94:16
responding
26:3, 33:16,
37:14
response
20:10, 21:8
responsibilities
14:5
responsibility
31:18, 59:19,
59:25, 69:12
responsible
14:6, 41:22,
57:3
rest
14:15, 14:21
restraining
43:10, 120:15
restraint
25:25
restricted
40:24, 42:12
retirement
9:15
return
130:7

returned
10:21
review
51:18, 51:21,
133:10, 137:8
reviewed
47:11
rewind
107:3
rick
1:14, 2:1, 5:5,
6:2, 6:8, 136:5,
136:12
ride
28:22, 28:25
riding
28:6
ried
3:18
rights
7:10, 9:18,
68:21
ringel
4:4, 43:21,
43:24, 44:19,
48:8, 50:16,
55:22, 56:10,
59:23, 60:17,
69:6, 70:1,
85:8, 88:3,
88:23, 91:5,
91:12, 92:3,
92:7, 92:16,
92:21, 93:4,
93:17, 94:3,
97:10, 97:22,
99:13, 99:18,
107:9, 108:2,
108:22, 109:12,
110:3, 110:10,
110:17, 111:4,
112:2, 112:13,
112:23, 113:15,
116:19, 116:21,
117:3, 117:13,
118:5, 120:9,
135:3, 135:10
rioters
120:1

riots
36:19
risk
113:2
road
8:25, 10:22
rocks
23:15, 53:11,
60:13, 75:4,
75:9, 80:20,
82:2, 83:18,
85:24, 86:4,
98:4, 104:6,
119:12
rode
28:12
roll
13:6
room
9:9
roster
36:23, 37:11,
37:13, 37:19,
133:3, 133:7,
133:9, 133:12,
133:17, 133:19,
133:24, 134:3
rosters
133:5
rotated
84:12
route
113:14
routine
122:18
rpr
1:22
rtv
73:14, 75:9,
78:9, 104:3
rules
38:1, 42:7
run
103:9, 104:21,
106:21
running
106:18, 106:24,
107:5, 111:2

ryan
30:8

--- S ---

s
45:3
safely
48:23, 48:24
safety
60:14
said
8:1, 28:19,
39:19, 39:22,
41:4, 42:10,
44:2, 56:18,
56:21, 56:23,
57:18, 58:21,
58:22, 59:3,
59:7, 59:17,
61:7, 64:21,
97:10, 101:19,
124:20, 132:5,
137:6
same
20:9, 39:3,
40:8, 73:19,
101:22, 118:19,
118:21, 127:18,
133:11
satellite
79:11
saturday
30:18, 31:1,
74:2, 81:16,
89:6, 90:11,
90:15, 90:19,
90:22, 91:1,
91:2, 91:10,
91:16, 91:18,
92:2, 92:10,
92:19, 93:2,
93:15
saw
39:1, 71:1,
71:4, 71:5,
108:13, 115:4
say
19:18, 30:14,

30:17, 36:16,
36:17, 40:13,
46:5, 48:10,
49:12, 56:12,
58:10, 58:16,
58:21, 63:20,
73:11, 86:24,
87:5, 105:6,
110:19, 122:15,
128:6, 129:9,
129:17, 131:19,
133:6, 133:25
**saying**
7:18, 19:3,
20:19, 37:10,
56:8, 61:10,
61:13, 78:22,
78:23, 80:13,
88:5, 88:7,
90:18, 102:18,
106:20, 107:24,
118:18, 118:22,
127:12
**says**
21:1, 22:12,
58:18, 64:4,
64:17, 65:2,
65:16, 94:21
**scene**
19:1, 28:13,
49:4, 59:12,
75:20, 104:3,
104:5, 132:11
**school**
10:3, 10:4,
10:17, 10:19,
11:4, 126:20
**screen**
51:5, 109:2
**scroll**
98:15, 98:20
**seal**
137:13
**second**
18:6, 19:10,
19:11, 19:16,
19:18, 28:10,
40:20, 43:2,

44:3, 72:20,
85:13, 86:15,
86:16, 100:3
**seconds**
50:6, 50:8,
52:6, 52:13,
52:20, 53:7,
54:1, 58:1,
61:24, 66:14,
67:19, 69:15,
69:21, 71:13,
71:15, 71:19,
95:23, 98:21,
99:22
**secure**
49:4, 75:20,
80:19, 104:3
**see**
7:22, 13:18,
19:25, 24:8,
24:25, 26:6,
28:15, 34:12,
51:5, 52:1,
52:14, 53:10,
53:14, 53:22,
60:6, 62:15,
69:22, 70:23,
71:6, 71:9,
71:10, 71:20,
72:1, 72:5,
74:14, 75:15,
84:18, 86:7,
86:9, 96:6,
96:7, 96:10,
96:13, 96:24,
98:22, 101:4,
105:13, 106:13,
106:18, 106:22,
107:5, 107:7,
108:9, 108:11,
111:19, 113:1,
113:10, 114:7,
118:2, 118:15,
119:3, 119:8,
132:7
**seeing**
84:25, 101:19,
102:20, 111:6

**seemed**
12:13
**seems**
103:7
**seen**
12:3, 12:10,
20:5, 38:15,
51:23, 69:24,
119:11
**sees**
13:24
**sellers**
17:8, 24:9
**send**
131:18
**sense**
27:10
**sent**
18:2, 33:23
**separate**
29:11, 112:17
**separated**
31:15, 77:20
**sergeant**
1:14, 2:1, 5:5,
6:2, 10:25,
11:1, 11:6,
11:24, 16:4,
29:19, 34:20,
34:21, 35:2,
36:1, 37:24,
38:23, 43:24,
46:6, 46:7,
59:11, 63:11,
70:14, 70:19,
72:23, 85:13,
97:17, 100:5,
100:13, 101:6,
101:9, 101:17,
101:18, 101:20,
130:2, 130:22,
134:23, 135:4,
136:5, 136:12
**sergeants**
35:5, 35:21,
35:25, 62:14
**set**
111:6, 137:12

**seven**
16:14
**several**
10:23, 20:10,
29:25, 38:24,
40:17, 42:15,
42:24, 43:5,
44:10, 49:14,
49:19, 64:6,
84:4
**shape**
100:6, 101:20,
130:22
**sheriff's**
6:13, 8:20, 9:4
**sheriffs**
81:11, 81:14
**sherman**
50:23, 65:23,
78:1
**shift**
10:1, 10:2,
11:7, 11:8,
13:2, 42:3,
74:10
**shifts**
13:1
**short**
134:15
**shorter**
100:15
**shorthand**
137:1
**should**
25:14, 25:15,
32:16, 42:22,
43:19, 111:2,
115:16
**shoulder**
100:19
**shoulders**
99:25
**show**
19:21, 37:20,
131:15
**showed**
25:24, 98:10,
104:4, 113:23,

130:7
**showing**
20:2, 20:3,
25:21, 51:7,
74:5, 79:9,
85:13, 95:16,
96:23, 98:13,
105:23, 111:16,
113:25, 117:6,
134:8
**shows**
74:17, 114:22,
134:12
**shut**
75:21
**side**
28:23, 28:24,
29:16, 29:17,
51:3, 57:6,
79:8, 79:24,
82:18, 83:18,
106:21, 107:2,
109:5, 110:14,
110:15, 111:12,
111:24, 111:25,
113:5, 113:7
**sides**
102:14, 102:23,
102:24, 103:4,
103:11
**sidewalk**
53:19, 68:13
**sidewalks**
69:1
**sign**
96:6, 96:13
**signal**
27:14
**signature**
21:1, 135:13
**signature-5tm1q**
137:18
**signing**
21:4
**since**
9:21, 90:1,
101:21, 120:12,
120:14

**sir**
135:5
**siren**
7:21
**sirens**
7:2
**situation**
15:18, 18:24,
24:19, 29:10,
31:14, 50:19,
110:22, 113:17,
125:11, 126:24
**situations**
48:25, 49:1,
85:22, 125:21,
125:22
**six**
74:18, 75:11,
90:14, 90:25,
91:10, 93:15,
95:21, 111:17,
113:5
**skirmish**
82:11, 82:18,
82:22, 83:14,
116:12, 116:15,
116:23
**sleeve**
70:12
**slight**
81:11
**smoke**
63:17, 64:18,
64:21, 64:22,
65:1, 65:18,
71:22, 107:10,
107:11, 108:12,
108:17, 109:1,
109:4, 110:5,
110:20, 110:24,
110:25, 111:7
**some**
7:23, 15:2,
19:24, 24:19,
26:23, 38:23,
40:5, 42:13,
48:25, 51:4,
52:7, 66:15,

69:18, 71:16,
73:6, 75:8,
76:8, 76:9,
77:21, 95:24,
114:3, 118:8,
122:2, 123:22
**somebody**
21:19, 45:16,
45:21, 49:9,
55:8, 56:19,
56:21, 66:5,
70:16, 92:1,
104:17, 121:20,
125:5, 131:21
**someone**
55:1, 56:12,
56:18, 61:12,
104:25
**something**
8:1, 30:1,
40:25, 42:11,
42:12, 43:6,
56:16, 60:6,
61:21, 67:15,
70:8, 71:5,
85:7, 99:20,
103:7, 113:1,
127:7, 133:22
**sometimes**
34:12, 34:14,
125:16
**somewhere**
76:17, 78:6,
82:24, 83:14,
83:16, 110:21,
113:18, 129:9
**sorry**
11:12, 23:2,
37:9, 45:24,
51:12, 58:5,
70:11, 72:6,
79:4, 92:23,
95:7, 97:12,
101:3, 126:2,
131:16
**sort**
67:25
**sound**
52:13

**sounded**
55:10
**sounds**
30:5
**south**
51:3, 76:10,
76:14, 77:4,
77:8, 79:19,
80:7, 80:8,
80:13, 83:5,
109:18, 113:7
**southbound**
79:5
**space**
68:18, 103:18
**sparks**
108:13
**speak**
123:17, 129:11,
129:23
**speaking**
34:18, 34:21,
41:16
**special**
33:4
**specific**
23:10, 28:1,
38:8, 42:20,
44:1, 44:4,
54:6, 54:11,
55:13, 60:4,
64:16, 68:3,
73:25, 76:12,
81:10, 81:13,
85:2, 85:3,
93:19, 94:11,
94:12, 98:12,
99:9, 105:7,
105:21, 110:22,
119:9, 122:13,
124:18, 127:13,
127:16, 134:6,
134:9
**specifically**
21:11, 21:18,
24:2, 26:17,
37:5, 37:17,
39:12, 39:19,

41:1, 44:3,
44:25, 45:18,
46:11, 49:7,
51:1, 58:15,
60:10, 67:17,
67:24, 73:11,
73:24, 74:4,
75:19, 76:3,
76:5, 77:23,
78:25, 83:15,
84:13, 87:20,
92:19, 95:11,
98:2, 117:4,
118:7

**specifics**
36:9, 36:14,
38:3, 38:25,
41:14, 41:19

**speed**
106:12

**spell**
6:6

**spencer**
17:13, 22:15,
24:9, 66:25,
67:3, 67:4,
122:25

**spent**
9:1, 9:24,
9:25, 10:23,
98:2

**spirits**
26:19, 26:21

**spotted**
104:25

**spray**
15:1, 23:19,
71:11

**spraying**
69:23, 70:21,
70:24

**st**
30:17, 31:2,
72:6, 86:23,
87:19, 88:17,
94:7, 94:10,
94:14, 95:2,
95:8, 95:10,

95:20, 97:6,
98:9, 105:10,
105:19, 105:25,
114:1, 115:25,
116:25, 118:14,
118:23, 122:22

**stacked**
101:16

**staff**
27:3, 27:11,
34:24, 35:21,
134:5

**staffing**
16:15

**stamp**
51:9, 95:20

**stamped**
25:22, 51:8,
85:14, 95:16

**standing**
53:19, 62:10,
85:4, 107:22

**star**
100:24

**start**
20:19, 80:25,
106:24, 119:18,
128:20

**started**
9:22, 9:23,
11:7, 20:15,
20:22, 70:21,
106:14, 106:18

**starting**
19:11, 52:8,
53:25, 61:23,
67:18, 74:3,
106:1, 106:9,
114:1

**starts**
123:4

**state**
2:10, 6:6,
7:16, 24:21,
25:23, 28:11,
79:13, 85:17,
85:20

**stated**
18:8, 123:13

**statement**
17:7, 18:1,
20:11, 20:13,
20:20, 21:8,
21:12, 21:14,
21:16, 22:5,
22:7, 22:11,
28:10, 124:7,
124:14, 125:9,
125:13, 125:23,
126:10, 127:1,
127:8, 127:11,
127:22, 127:24,
128:3, 129:2,
129:13, 131:15

**statements**
17:20, 21:18,
21:21, 21:24,
84:15, 86:25,
125:14, 125:20,
128:16

**states**
1:1, 38:19,
39:8

**station**
14:22, 47:16,
47:17, 73:14,
74:15, 75:1,
76:8, 76:15,
78:10, 78:18,
79:25, 80:12,
83:19, 84:21,
85:21

**stationed**
80:14, 81:23,
128:8, 128:24,
129:16

**stations**
120:25

**stay**
32:5, 109:16

**stayed**
11:23, 82:10

**stenographically**
137:6

**still**
8:16, 22:19,
36:16, 74:22,

80:3, 81:21

**stop**
14:10, 44:12,
80:3

**stopped**
54:17, 71:13,
96:2

**stopping**
85:8

**stored**
91:24

**street**
3:13, 3:21,
4:6, 35:13,
45:9, 53:20,
60:21, 96:6,
96:13, 96:23,
106:4, 107:2,
107:22, 108:14,
125:17

**streets**
69:1

**strike**
23:2

**stripes**
62:15, 100:22,
101:10

**strong**
126:18

**stuck**
72:21, 113:23

**studying**
10:24

**stuff**
19:24

**submitted**
20:9

**subsided**
26:24

**sued**
6:25, 7:3

**sufficient**
49:16, 50:13,
56:4, 113:14

**suggest**
128:17, 128:22,
129:23

**suggesting**
89:5, 89:8

suing
6:24
suite
3:5, 3:13,
3:21, 4:6
sunday
20:19, 30:18,
31:2, 87:19,
88:16, 94:7,
94:10, 94:14,
95:1, 95:8,
95:10, 105:10,
105:19, 105:24,
122:21
superior
65:11
supervised
11:13
supervising
59:11
supervision
15:12, 15:15,
137:8
supervisor
15:4, 15:6,
15:9, 18:15,
28:12, 29:19,
30:23, 34:19,
34:20, 41:24,
42:9, 42:16,
42:22, 43:20,
44:6, 49:3,
56:23, 101:5,
116:10, 132:21
supervisor's
34:8, 35:4,
38:1, 41:13
supervisors
27:3, 34:7,
34:13, 41:17,
56:20, 134:5
support
12:8, 13:16,
13:23, 14:3
supporting
13:16
supposed
48:21, 109:10

sure
8:2, 12:18,
13:5, 15:10,
18:13, 24:18,
26:19, 27:21,
30:12, 31:16,
31:22, 32:4,
33:24, 34:11,
37:20, 37:23,
45:4, 46:5,
49:8, 49:12,
52:25, 54:22,
55:17, 57:5,
57:7, 57:10,
63:25, 67:11,
73:9, 122:17,
132:1, 133:10,
133:16, 133:18,
133:20, 133:24,
133:25
surround
102:17, 105:8
surrounding
85:20, 102:14
surveillance
13:18, 14:8
swat
82:12, 84:18,
85:1, 85:5
swing
10:1, 11:7
sworn
6:2
system
15:2, 32:25
systems
15:3, 24:1

                T

tactfully
102:16
tactic
103:5
tagged
47:16
take
8:11, 28:9,
50:4, 57:25,

66:13, 85:9,
85:10, 90:11,
104:6, 104:22,
113:24, 114:13,
121:22, 124:1,
125:16, 135:10
taken
15:10, 38:14,
75:6, 95:19,
137:3, 137:6
taking
23:14, 28:9,
32:7, 41:17,
44:12, 114:22,
123:17
talk
34:13, 34:14,
86:15, 86:18,
94:7, 111:13,
111:14
talked
102:9, 121:10,
121:13
talking
16:22, 43:18,
66:18, 78:14,
90:8, 105:3,
124:4
tall
67:6, 70:6
target
39:13
targets
103:2
taser
15:1
tasked
131:4
teamed
72:23, 73:1,
73:17, 97:18,
101:21
teams
12:6, 12:7,
12:11, 12:12,
12:15, 21:9,
28:13, 28:18,
32:15, 33:23,

38:20, 39:9,
73:22, 81:7,
81:8, 81:10,
81:13, 112:19,
114:24, 126:21
tear
44:17, 44:24,
45:13, 45:17,
46:16, 46:18,
48:4, 48:7,
49:6, 49:11,
49:21, 49:23,
50:8, 50:12,
50:14, 57:14,
57:17, 57:20,
60:23, 60:24,
61:6, 61:8,
61:11, 61:13,
61:16, 61:20,
65:4, 65:5,
106:25, 107:7,
107:12, 107:21,
108:5, 108:9,
108:11, 109:1,
109:4, 109:15,
109:24, 110:1,
110:5, 110:8,
110:23, 110:24,
112:7, 112:10,
113:4, 113:6,
119:24, 119:25,
120:7, 120:11
tear-gassing
47:9
telestaff
22:19, 22:21
tell
9:20, 26:12,
26:15, 27:23,
28:17, 89:2,
98:8, 99:7,
100:24, 100:25,
115:11, 117:8,
119:12, 119:15,
122:5, 123:6
telling
66:21, 112:19
tells
22:21, 63:7,

63:14
**temporary**
43:10, 120:15
**ten**
6:20, 97:20
**tents**
83:2
**term**
32:24, 101:25,
102:6, 102:7,
102:10, 103:22,
104:18
**terminology**
34:12
**terms**
9:13, 14:4,
35:20, 35:22,
43:19, 105:5,
105:7
**testified**
6:3, 130:21
**testify**
43:4, 48:17
**testimony**
90:9, 130:18,
130:20, 136:6
**th**
4:6, 16:23,
19:11, 20:15,
20:16, 20:20,
21:4, 23:5,
23:19, 24:7,
25:7, 25:16,
30:17, 31:2,
35:4, 35:16,
40:20, 41:13,
41:18, 41:19,
43:2, 44:7,
44:16, 44:24,
45:1, 45:9,
45:12, 45:13,
46:8, 46:17,
46:22, 47:3,
47:9, 48:3,
48:7, 49:6,
49:21, 50:13,
50:23, 50:24,
51:14, 65:23,

69:14, 72:7,
72:10, 72:13,
72:17, 72:20,
73:12, 73:13,
74:2, 74:8,
75:25, 76:9,
76:20, 76:24,
77:22, 78:8,
81:17, 83:22,
84:17, 84:25,
86:11, 86:15,
86:17, 86:22,
87:16, 87:17,
88:1, 88:20,
89:1, 89:6,
89:12, 89:17,
90:12, 90:15,
90:19, 91:1,
91:3, 91:8,
91:10, 91:16,
91:19, 92:2,
92:20, 93:2,
93:15
**thank**
123:10, 123:17,
131:1, 134:21,
134:23, 134:24,
135:1, 135:4,
135:6
**thereafter**
137:7
**thing**
22:21, 127:5
**things**
56:3, 60:6,
64:6, 72:21,
94:13, 120:6
**think**
10:12, 10:13,
12:18, 12:21,
13:10, 21:17,
23:10, 23:12,
26:24, 29:24,
35:13, 38:14,
38:18, 38:24,
42:10, 42:14,
44:13, 47:23,
49:22, 57:3,

59:19, 69:3,
72:16, 72:18,
74:11, 75:7,
79:7, 89:14,
89:15, 89:19,
92:6, 102:11,
102:16, 102:17,
102:20, 103:10,
103:19, 104:3,
104:22, 105:7,
108:20, 110:7,
111:9, 113:13,
125:16, 125:17,
125:19, 125:25,
126:13, 127:4,
127:7, 129:1,
131:14, 131:18,
131:24, 132:13,
132:15, 133:1
**thinking**
36:18, 43:13,
59:25, 110:12
**third**
25:21, 85:16
**thought**
109:19, 124:15,
124:17
**threat**
24:19, 60:14
**three**
17:1, 85:18,
87:10, 87:13,
87:15, 88:13,
100:21, 100:22,
101:13
**three-page**
20:4
**threw**
64:1, 111:7
**through**
14:13, 14:25,
15:22, 15:24,
20:3, 38:18,
44:3, 56:2,
74:14, 98:15,
98:20, 111:2,
113:12
**throw**
63:17, 64:18,

64:21, 112:16
**throwing**
60:13, 85:24,
119:10, 120:1,
120:6
**thrown**
46:20, 46:21,
53:11, 53:14,
75:10, 110:20
**thursday**
1:16, 44:7,
45:12
**times**
28:20, 29:6,
29:7, 29:9,
42:12, 77:11,
87:21, 93:7,
93:9, 102:16,
125:14
**today**
9:9, 52:2,
123:13
**together**
28:18, 29:13,
30:19, 31:17,
39:7, 117:9,
130:23
**told**
27:21, 36:12,
38:9, 39:12,
40:8, 40:10,
44:4, 59:9
**took**
22:7, 66:10,
134:15
**tool**
26:23
**tools**
26:25, 43:7,
43:17, 132:22
**top**
101:16
**total**
98:21
**tow**
73:3, 73:10
**towards**
11:19, 118:20,

120:2
**traffic**
7:17, 7:18,
7:20, 14:10
**trained**
15:20
**training**
10:6, 10:9,
10:11, 14:11,
14:14, 14:19,
14:21, 14:25,
15:2, 15:22,
15:24, 16:1,
16:2, 16:3,
16:4, 16:9,
49:8, 68:20
**transaction**
13:19
**transcript**
135:9, 136:9,
137:4
**transfer**
6:12
**transferred**
6:11, 9:2, 9:6,
11:20, 11:21
**transitioned**
18:7
**trap**
103:3
**tried**
26:18, 26:19,
56:7, 64:1,
105:8
**trouble**
130:3
**truck**
73:3, 73:10
**true**
25:2, 25:3,
26:10, 137:5
**truthfulness**
136:8
**try**
8:3, 19:23,
63:15, 80:19,
100:23, 104:17,
105:1, 111:2,

132:2, 132:4
**trying**
23:13, 26:20,
44:12, 49:13,
75:6, 75:7,
80:1, 83:6,
83:9, 83:17,
102:11, 104:18,
121:18, 131:5,
132:13, 132:15,
132:18, 133:15,
133:22
**turn**
47:5, 48:21,
49:3, 50:4,
50:14, 52:22,
75:17, 75:20,
116:10, 122:6,
122:8, 122:13
**turned**
52:17, 75:12
**two**
13:1, 29:11,
99:24, 100:21,
102:14, 102:23,
103:4, 103:11,
103:17, 112:16,
112:19, 130:12
**two-time**
106:12
**type**
14:8, 42:13,
51:4, 73:6
**types**
35:21
**typewriting**
137:7

**U**

**uh-huh**
98:14
**ultimately**
68:10
**um-hmm**
79:12
**unaware**
69:8
**under**
13:9, 18:2,

38:6, 42:18,
119:23, 124:12,
125:7, 137:7
**understand**
8:13, 18:13,
18:18, 29:12,
30:12, 34:11,
64:20, 80:1,
123:22, 132:1
**understanding**
14:18, 31:19,
48:20, 60:2,
61:4, 119:22,
120:13
**understood**
8:7
**unfolded**
48:19
**unfortunately**
130:3
**uniform**
12:8, 13:16,
14:2
**uniformed**
13:23
**unit**
12:25, 13:17,
13:25, 45:4,
45:5, 45:6,
45:7, 45:8,
45:21, 46:1,
46:3, 73:18,
73:20, 73:24
**united**
1:1
**units**
45:1, 115:10
**unknown**
85:25
**unknowns**
36:17
**unlawful**
60:8, 60:11,
60:16, 60:20
**unless**
46:1, 77:1,
132:10
**unlikely**
101:22

**until**
9:5, 9:6, 11:4,
11:17, 81:20,
84:23, 119:18
**upload**
129:3, 129:13
**uploaded**
47:25, 51:24,
89:13, 89:17,
91:3, 91:11,
91:19, 91:20,
92:11
**uploads**
47:18
**urgent**
33:23
**use**
14:24, 15:4,
15:5, 15:21,
23:3, 24:18,
25:19, 38:10,
39:9, 40:24,
50:8, 60:23,
69:5, 77:14,
77:16, 83:20,
88:6, 89:16,
89:19, 89:25,
90:2, 90:5,
90:6, 94:13,
102:15, 102:24,
103:6, 118:4,
118:16, 119:7,
119:23, 120:6,
124:20, 124:22,
125:3, 125:7,
125:12, 125:24,
128:13, 132:2,
132:4, 132:19,
132:24
**use-of-force**
126:11, 127:1
**uses**
25:5, 25:15
**using**
55:15, 77:5,
77:7, 86:4,
105:3, 128:15
**usually**
15:6, 29:14,

34:24, 35:1,
35:24, 36:22,
36:25, 37:6,
37:10, 49:10,
60:4, 64:8,
64:22, 67:12,
122:18, 129:15,
133:14, 134:3
**utilized**
85:19
**utilizing**
111:7

---

**V**

**vacation**
17:4
**van**
30:4
**vans**
81:12
**variation**
60:5
**various**
12:10, 32:21,
33:23
**vehicles**
18:7, 28:22
**verbal**
24:15
**verbally**
25:25, 86:3
**verification**
136:3
**vicinity**
78:6
**videos**
89:9
**view**
79:11, 96:23
**viewing**
106:6
**violated**
7:9
**violating**
104:25
**violation**
104:14, 125:15
**violations**
9:17, 125:25

**violator**
104:15, 104:25
**violence**
26:24, 53:22
**violent**
26:4
**virtually**
1:15, 2:2
**volatile**
85:22
**volkenberg**
30:4

---

**W**

**walk**
37:11
**wang**
3:3, 5:6, 6:5,
85:10, 85:12,
97:12, 121:22,
121:24, 121:25,
123:8, 124:5,
125:4, 128:5,
130:1, 130:7,
135:8
**want**
10:8, 10:10,
10:11, 34:11,
49:15, 51:23,
55:16, 67:8,
77:17, 95:1,
134:19
**wanted**
10:9, 21:18,
21:20, 21:24,
124:10, 130:7
**wants**
15:9
**warned**
49:5
**warning**
49:7, 49:9,
49:11, 50:8,
50:11, 50:18,
68:1
**warnings**
49:14, 49:22,
50:22, 70:20,

117:22, 117:25
**warranted**
118:3
**warranting**
119:6
**warrants**
118:16
**washington**
108:21
**watch**
114:2, 119:5
**watched**
77:5, 78:15,
78:16, 79:16,
80:2, 88:2,
93:16
**way**
9:8, 27:13,
27:15, 27:24,
56:24, 63:9,
65:9, 92:24,
106:24, 107:16,
107:25, 108:20,
109:10, 109:17,
109:25, 116:17,
127:18
**ways**
132:10
**we're**
13:14, 14:1,
14:9, 26:23,
32:5, 71:13,
99:22, 120:25
**we've**
92:19
**weapon**
14:13, 14:19,
23:18, 84:9,
84:13, 120:7
**weaponry**
42:13
**weapons**
14:24, 23:3,
23:24, 24:11,
24:14, 38:6,
38:11, 42:19,
46:4, 55:16,
69:5, 77:15,

77:16, 83:21,
84:3, 84:11,
87:22
**wear**
101:10
**wears**
62:24
**week**
17:5, 26:18,
30:18
**welfare**
125:20
**went**
11:8, 11:24,
34:3, 40:18,
46:23, 72:22,
73:2, 125:6
**weren't**
124:23
**west**
3:13, 78:12,
81:4, 81:5,
81:6, 81:24,
83:18, 106:19,
114:8, 115:7
**whatever**
20:17, 47:24,
57:15, 59:20,
60:20
**whereof**
137:12
**whether**
32:4, 53:8,
63:9, 64:13,
73:12, 83:11,
109:15, 127:19,
127:20, 128:1
**white**
63:3
**whoever**
18:3, 18:15,
57:7, 57:20,
131:11
**whole**
31:17, 80:19,
109:7
**williams**
18:10, 19:12,

19:13, 21:13,
26:2, 27:23,
28:4, 28:11,
28:25, 29:13,
29:15, 30:20,
30:22, 31:4,
31:13, 31:20,
31:25, 38:10,
38:13, 38:15,
38:19, 39:8,
39:17, 40:10,
41:3, 41:10,
43:1, 44:2,
46:12, 46:14,
62:8, 63:4,
63:14, 64:4,
64:17, 65:16,
65:24, 66:1,
66:11, 72:23,
73:1, 76:17,
76:19, 76:22,
77:21, 97:16,
105:11, 115:17,
116:1, 116:3,
116:10, 120:22
**withholding**
92:18, 93:24
**within**
10:18, 11:23,
25:12, 88:15,
102:22, 103:3,
112:12, 112:22
**without**
61:21, 62:13,
72:14, 73:6,
76:6, 85:7,
88:25, 89:10,
90:20, 101:19,
105:13, 111:6,
112:4, 113:17,
114:21, 127:3
**witness**
5:3, 6:21,
123:10, 134:20,
135:1, 137:12
**witnessed**
25:6, 46:21
**word**
114:22

**work**
13:4, 96:8,
120:23, 121:8,
123:15, 129:18
**worked**
7:3, 82:1,
126:19, 129:20
**working**
22:22
**workout**
102:1
**works**
74:20
**wouldn't**
32:14, 70:18,
72:17, 74:12,
75:10, 84:8,
101:10, 101:11,
101:21, 102:19,
127:4, 129:10,
132:22, 134:16
**write**
20:13, 21:6,
127:10, 127:23,
129:13
**writing**
22:4, 127:16,
127:17
**written**
20:20, 21:8,
22:7, 129:8
**wrote**
43:5, 127:8,
127:24

**Y**

**yeah**
32:2, 35:23,
39:6, 56:19,
63:21, 64:22,
81:1, 82:23,
96:10, 97:12,
100:20, 106:23,
125:24, 133:8
**year**
7:25, 9:1,
10:24, 16:13,
51:24, 126:6

**years**
6:19, 6:20,
9:7, 9:24, 10:5,
11:8, 102:6,
126:5, 126:7,
126:9, 126:13
**yell**
54:20, 54:24,
55:1
**yep**
79:20, 79:21,
79:24
**yourself**
32:15

**Z**

**zebra**
12:21
**zone**
41:21
**zoom**
62:21, 62:23

**.**

**.1000**
3:23
**.2300**
3:15
**.3453**
4:8
**.5642**
3:7

**0**

**0-6**
23:17
**00**
33:25, 73:5,
74:3, 76:23,
76:24, 77:21,
77:22, 78:7,
78:16, 78:17,
81:16, 82:5,
83:21, 84:16
**01**
95:21
**01878**
1:7

**02**
62:18
**05**
22:13
**08**
1:17, 54:3

**1**

**10**
61:23
**1001**
4:6
**11**
62:18, 66:13
**123**
5:7
**137**
1:21
**14**
9:24, 20:15,
20:20, 35:16,
50:23, 65:23,
69:14
**15**
20:13, 20:16,
21:2, 21:4,
50:24, 51:10,
52:9, 99:22
**1500**
78:10, 78:25,
79:2, 79:21,
79:24, 80:17,
80:21, 80:23,
81:23
**1543**
3:21
**16**
21:5, 44:16,
44:24, 45:1,
45:9, 45:13,
46:8, 46:17,
46:22, 47:9,
48:3, 48:7,
49:6, 49:21,
50:13, 67:18
**17**
4:6, 20:12,
20:22, 22:2,

124:6, 126:4,
126:7, 126:9,
126:13
**180**
12:4, 12:13,
18:10, 28:7,
28:13, 28:17,
29:13, 29:17,
29:20, 29:23,
30:19, 38:20,
45:3, 45:23,
45:24, 76:18
**1922**
1:9
**1:-cv--rbj**
1:7
**1:-cv--rbj-meh**
1:9

**2**

**20**
1:7, 1:9
**2004**
6:11, 8:21, 9:6
**2012**
10:20
**2016**
10:20, 11:1,
11:5
**2017**
10:25, 11:2,
11:3
**2019**
11:18, 11:20
**2020**
16:23, 20:14,
20:20, 20:23,
22:13, 51:10,
94:21, 95:21,
137:14
**2021**
1:16
**2060**
3:5
**22**
69:21
**23**
74:18, 102:6,

126:6
**25**
44:14
**26**
66:13, 98:21
**2797**
20:3
**2798**
85:15
**2799**
20:3, 25:22
**28**
16:23, 20:23,
22:13, 23:17,
23:19, 24:7,
25:7, 25:16,
35:4, 41:13,
41:18, 41:19,
44:7, 45:12,
46:17, 47:3,
50:24, 51:14,
65:24, 86:15,
87:16
**29**
19:11, 22:13,
23:5, 30:17,
31:2, 40:20,
43:2, 51:10,
54:12, 71:13,
72:7, 72:10,
72:13, 72:17,
72:20, 73:12,
73:13, 86:17,
87:16
**2:**
51:10, 52:9

**3**

**3**
95:21, 115:3
**30**
22:13, 31:2,
50:24, 52:20,
74:2, 74:3,
74:8, 74:17,
75:25, 76:9,
76:20, 76:24,
77:22, 78:8,

78:17, 81:17,
81:21, 83:22,
84:17, 84:25,
86:11, 86:22,
87:17, 88:1,
88:20, 89:1,
89:6, 89:12,
89:17, 90:12,
90:15, 90:19,
90:22, 91:1,
91:3, 91:8,
91:10, 91:16,
91:19, 92:2,
92:11, 92:20,
93:2, 93:15,
114:6, 115:25,
135:12
**300**
4:6
**303.571**
3:23
**303.628**
4:8
**31**
22:13, 30:17,
31:2, 52:12,
72:6, 86:23,
87:19, 88:17,
94:7, 94:10,
94:14, 95:2,
95:5, 95:8,
95:10, 95:20,
97:6, 98:9,
105:10, 105:19,
105:25, 114:1,
115:25, 116:25,
118:14, 118:23,
122:22
**312.583**
3:15
**35**
122:21
**36**
54:1, 67:19,
106:2, 106:9,
106:17
**363684**
1:20

**38**
106:17
**380**
12:1, 12:2,
12:14, 15:20,
16:12, 17:20,
28:13, 38:20,
45:22
**39**
74:18
**3:**
96:3

**4**

**4**
1:17
**40**
15:2, 15:7,
15:21, 24:3,
39:10, 39:12,
84:5, 84:7,
84:11, 87:12,
87:14, 118:14
**400**
3:21
**4021**
51:8
**41**
69:15, 69:21,
108:24
**4200**
3:13
**4231**
3:14
**4250**
1:22
**43**
114:6
**432**
114:1
**45**
58:1, 80:6
**460**
3:5
**470**
12:19
**480**
12:16

**49**
61:24, 114:13
**4986**
74:5

---
**5**
---

**5**
22:13, 23:17,
33:25, 65:24,
74:3, 74:17,
78:17, 80:6
**5-**
20:23, 51:10
**50**
95:21, 96:3,
97:6, 105:17,
115:25, 118:24,
119:18, 122:21,
123:5
**5085**
95:17
**51**
115:3
**5280**
1:6, 3:9,
123:15
**53**
71:13, 71:19
**54**
51:10, 51:14,
52:9
**56**
71:19
**57**
53:7
**570**
38:21, 38:22
**58**
96:3
**59**
108:24

---
**6**
---

**6**
21:2, 33:25,
76:23, 77:21,
78:7, 78:16,
78:17, 83:21,

84:16
**6-**
95:21
**6-1**
22:13, 86:19,
94:21, 94:24,
95:4
**6-2**
22:14
**6-4**
22:14
**6-6**
22:14
**60602**
3:14
**680**
12:17, 12:19
**6th**
24:8, 25:7,
25:17, 43:11

---
**7**
---

**7**
21:5, 33:25,
54:3, 54:12,
135:12
**70**
3:13
**720.328**
3:7

---
**8**
---

**8**
50:24, 51:14,
73:5, 76:24,
77:22, 78:7,
81:16, 82:5,
83:21, 84:16
**80**
12:20
**80202**
3:22, 4:7
**80302**
3:6
**8th**
137:13

---
**9**
---

**9**
50:24, 97:6,

105:17, 106:2,
106:9, 114:1,
114:13, 115:3,
115:25, 118:14,
118:24, 119:18,
122:21, 123:5
**99**
9:5
**9:**
106:17, 108:24,
114:6