IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,　　　)
Plaintiffs　　　　　　　　　　　　　　)
v.　　　　　　　　　　　　　　　　　　)
CITY AND COUNTY OF DENVER, *et al*., )
Defendants　　　　　　　　　　　　　)

## Exhibit 21

## To Plaintiff's Motion for Class Certification

## CSP video, 5/28, 14th and Sherman (05282020 v63)

## (Conventionally submitted)