IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                           )
v.                                   )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                           )

# Exhibit 22

## To Plaintiff's Motion for Class Certification

## CSP video, 5/28, 14th and Sherman (05282020 v29)

## (Conventionally submitted)