IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,       )
Plaintiffs                               )
v.                                       )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                               )

## Exhibit 25

## To Plaintiff's Motion for Class Certification

## Denver BWC, 5/28, 14th and Sherman (DEN 4027)

## (Conventionally submitted)