IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,  )
Plaintiffs  )
v.  )
CITY AND COUNTY OF DENVER, *et al*.,  )
Defendants  )

# Exhibit 27

## To Plaintiff's Motion for Class Certification

## Denver BWC, 5/28, 14th and Sherman (DEN 4021)

## (Conventionally submitted)