IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                               )
v.                                                           )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                            )

# Exhibit 32

## To Plaintiff's Motion for Class Certification

## Video from Claire Sannier. 5/30, 16th and Welton/California (Fitouri 10939)

## (Conventionally submitted)