IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs   )
v.   )
CITY AND COUNTY OF DENVER, *et al*.,   )
Defendants   )

# Exhibit 33

## To Plaintiff's Motion for Class Certification

## Video from Shavonne Blades, 5/30, 16th and Welton/California

## (Fitouri 11239)

## (Conventionally submitted)