IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                              )
v.                                                         )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                           )

# Exhibit 35

## To Plaintiff's Motion for Class Certification

## Aurora BWC, 5/30, 16th and Welton/California (COABLM 623)

## (Conventionally submitted)