IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                                 )
v.                                                             )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                               )

# Exhibit 47

# To Plaintiff's Motion for Class Certification

# CSP video, 5/30, Lincoln and Colfax (CSP 05302020 v217)

# (Conventionally submitted)