IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                            )
v.                                    )
CITY AND COUNTY OF DENVER, *et al*.,  )
Defendants                            )

# Exhibit 49

# To Plaintiff's Motion for Class Certification

# 9 News aerial footage, 5/30, Lincoln and Colfax (9News 5-30-2020 7)

# (Conventionally submitted)