IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,    )
Plaintiffs                              )
v.                                      )
CITY AND COUNTY OF DENVER, *et al*.,   )
Defendants                              )

# Exhibit 51

## To Plaintiff's Motion for Class Certification

## Aurora BWC, 5/30, Lincoln and Colfax (COABLM 238)

## (Conventionally submitted)