IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,  )
Plaintiffs )
v. )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants )

# Exhibit 53

## To Plaintiff's Motion for Class Certification

## Aurora BWC, 5/30, Lincoln and Colfax (COABLM 296)

## (Conventionally submitted)