GO/CAD No.

### Denver Police Department   Departamento de Policía de Denver
### STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>Beall, Rick | Person Making Statement Is:<br>☐ Officer   Serial Number 04064<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br>(   )   - | Business Phone<br>Teléfono del trabajo/empresa<br>(720)913-1180 | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / |
| Business Street Address<br>Dirección de trabajo/ empresa | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |

| Officer Taking Statement | Serial No. | Date<br>06/14/2020 | Time<br>1100 | Hours |
|---|---|---|---|---|

| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br><br>District 6 Protest | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On Sunday 06/14/2020, I completed a written statement regarding my actions regarding the District 6 "George Floyd" Protests which started about 17 days prior on 05/28/2020.

The following is a statement I previously provided regarding O.C. deployment on 05/28/2020 after my team and multiple Officers were being hit with bottles and rocks in the 1400 block Lincoln Street. (2020-330514)

On Thursday 05/28/2020, District 3 Impact Team (4 Officers) and myself were requested to District 6 for the protests regarding the death of George Floyd. On scene, we secured several scenes in the 1400 block Lincoln Street and the surrounding area. I deployed a fogger (O.C. agent) at several locations after myself and multiple Officers were hit with rocks and bottles. There were no injured parties after the deployment of O.C. agent.

I was assigned to the Protests on 05/28/2020, 05/29, 05/30, 05/31, 06/01, 06/02, 06/04 and 06/06/20 with my team Officer Pittsley, Officer Cain, Officer Spencer and Officer LeFebre. Officer Sellers was on vacation and joined the team on the later dates of 06/02, 06/04 and 06/06. My team was equipped with less lethal and will document their activities with the systems. Myself and my team have been properly trained on the deployment and use of less lethal systems. At no point during the 8 days of protest assignment did I observe any team member deploy less lethal out of policy or during any peaceful protest.

The following information are incidents that I specifically recall to the best of my knowledge.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____6  /15____ / 20 20
Date

____0716___ ☐ a.m. ☐ p.m.                         _____
Time Statement Completed                            Signature of Person Making Statement
                                                    Firma de la persona que hace la declaración

DEN002797

Exhibit 55

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 05/28/2020, me and my team were deployed to multiple locations surrounding the State Capitol and southbound I-25 after protesters took over the Highway. After deploying to southbound I-25, we were requested to Platte in an effort to keep protesters from taking over the Highway again. During that incident, protesters threw bottles and rocks towards Officers and less lethal was deployed in an effort to reduce injury and maintain safety. While standing on post, I observed a bottle thrown at Officers and passed by my head not making contact. At the time, I believe a protester was injured and needed medical attention. A use of force was completed by another Sergeant on scene. My team was utilized at multiple location throughout the night around the State Capitol where Officers on the front lines were struck with rocks. Officer Spencer was close in proximity to me and was struck with a rock in her throat during one incident but did not require medical attention on scene. The crowd was hostile towards Police and less lethal was deployed to reduce injury to all parties involved. During this same evening, District 3 Impact and District 1 Impact parked their vehicles south of Civic Center along 14th Avenue. The vehicles were left unattended while assisting with the protests around the State Capital and multiple vehicles were damaged. My vehicle (T6164) had two tires slashed requiring a tow company to respond. An unknown party during this evening also broke my front windshield with an unknown item requiring a front windshield replacement.

Myself and my team transitioned to an RDV the second night of protests after our vehicles sustained extensive damage the first night. During a response along south Broadway with my team requiring Police, the RDV shut down and would not start again. I requested a tow to expedite in an effort to get the RDV out of the area before it was surrounded or damaged. We removed our essential equipment from the RDV and were picked on Broadway by Sergeant Abeyta (180) and his teams with their RDV. After that point, we responded to all calls for Police assistance and help as one team on their RDV during all our days of protest assignment except the last day on 06/06/2020. Lieutenant Williams was our direct supervisor and primarily rode on the RDV with the 180 and 380 Impact Teams and on scene during our deployments.

During the course of the first three nights of protests, District 3 Impact Team was utilized at multiple locations including the State Capitol and surrounding area, District 6 Police Station and Colfax Corridor where we responded to multiple volatile situations requiring less lethal deployment after large combative crowds were throwing rocks, bottles and other unknown items at Officers. At no point did I observe my team deploy less lethal on peaceful gatherings at these locations. My Team was verbally and physically abused by large crowds who were using rocks, bottles and mortars (explosive fireworks) in an attempt to injure Officers.

Myself, my team and Sergeant Abeyta's team were on Colfax Avenue and Logan Street when the vehicle that struck Officers at 16th and Logan Street, were almost hit just seconds prior by that same vehicle. Officer Cain responded to Headquarters and provided a statement to Homicide regarding this case. Several of my Officers provided statements because they were almost struck by the vehicle themselves.

On 06/01/2020, the 180/380 RDV was dispatched to the area of Colfax Avenue/Broadway on a call of an assault. On scene, we were unable to locate the suspect but found a male victim on the ground. We set up a perimeter around the victim and waited for medical. At this time, the crowd across the street started throwing items at us

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____6 · 15___ / 20 _2__
Date

____7 16____ ☑ a.m. ☐ p.m.                                       _____
Time Statement Completed                                                Signature of Person Making Statement
                                                                                        Firma de la persona que hace la declaración

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

while we were trying to get the male medical attention. The male was transported by ambulance. While securing the area an unknown party threw a mortar (Explosive) at us and it landed inside our established perimeter. The mortar exploded and we immediately withdrew from the area and got on the RDV. While leaving the area, Officer Pittsley lost his grip and fell off the RDV. After Officer Pittsley fell, I repositioned and had sprayed my fogger into the air with nobody around the area. The fogger did not affect anybody or require medical treatment. (BWC)

During curfew enforcement, our 180/380 teams had recovered several firearms on protesters out past curfew. On 06/06/2020, 180/380 Teams, Lieutenant Williams and Lieutenant DeSteffany (Acting Commander) responded to 14th/Court Place on a male party armed with a hatchet. We contacted the male and I observed the hatchet attached to his backpack. I was concerned, due to the fact we assisted on 06/04/2020 with a hatchet/shooting attack in the 1400 block Broadway during our protest assignment just 2 days prior. I completed a search of the backpack and found a loaded 9mm handgun. The male was jailed on investigation of POWPO/Investigative Hold for PCS. Our teams also assisted with locating and standing by with Detectives regarding several males armed with rifles on a separate incident.

During our 8 days of protest assignment, my team showed great professionalism and restraint when verbally and physically abused by protesters day after day. Lieutenant Williams provided great leadership and direction when responding to a countless number of violent and agitated protesters intent on injuring Officers.


No further information.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

____6__/_15_/ 20_20_____
Date

____0716___ ☒ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DEN002799

Page 1 of 2                                                                                    GO/CAD No. 20-330514

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br>Bollwahn, Joshua, W | | Person Making Statement Is:<br>X☐ Officer   Serial Number 00015<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br>(   )   - | Business Phone<br>Teléfono del trabajo/empresa<br>(   )   - | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br>550 E Iliff Ave | | City<br>Ciudad<br>Denver | County<br>Condado | State<br>Estado<br>CO | Zip Code<br>Código postal<br>80210 |

| Officer Taking Statement | Serial No. | Date<br>06/15/2020 | Time<br>1055 | Hours |
|---|---|---|---|---|

| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en<br>District 1 and District 6 | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>550 E Iliff Ave |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

I am writing this statement over two weeks after I was assigned to protests that occurred over several days. These events were very long in duration, changed rapidly, and were very dangerous situations. I am writing this statement to the best of my recollection of the actions I took during these events with the CAD and After Action Reports for those days.

I am assigned to the Denver Police METRO/SWAT team however during this work period I was temporally assigned to District 3 for high visibility patrol due to property crime increasing during the COVID-19 pandemic. On 5/28/20 I was notified by Lt Pine that I would be working with METRO/SWAT that day due to a protest event downtown and to meet at District 6. We then got on the Rapid Deployment Vehicle and were responded to the area of 20th St and Chestnut St where we assisted District personnel holding a skirmish line because they were concerned that protestors would attempt to block I-25. The protestors eventually moved from that location where they crossed the bridge at 16th and Little Raven and went through the park to the footbridge over I-25. We responded to 15th and Central to try to prevent access to I-25 however a large amount of protestors went back across the footbridge and climbed down where they were able to actually block I-25. When officers responded onto I-25 protestors went back up onto bridge and began throwing bottles, rocks, etc. down at officers. We then were advised that one of our officers was cut seriously when he was hit with a bottle. We then paralleled the group as they headed back to the Capitol.

We then responded to the area of 14th Ave and Sherman on the South side of the Capitol where a large group of protestors had ended up. We held there until the crowd became unruly throwing rocks, bottles, and other objects. We were then advised to clear the area with authorization to use gas canisters. I deployed gas canisters and assisted clearing the area, while walking towards Colfax I was hit with a large rock in the chest. Once the crowd dispersed they splintered off into small groups and went in all different directions. We then were sent to multiple locations throughout the night on the RDV that ranged from property damage, assaults, weapons, etc. Throughout the remainder of the night we were hit with rocks, bottles, and other objects.

We were then advised to return to our vehicles and continued to respond to events until released at approx. 0200 hrs.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 15 / 20 20
Date

11:55   ☒ a.m.   ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

00015

DPD 366 (Rev. 06/19)                                                                          DEN002811

Page 1 of 2                                            Case No.: 20-330514

## Denver Police Department
## STATEMENT

| NAME (LAST, FIRST, MIDDLE INITIAL) | | MAKING STATEMENT IS | | | |
|---|---|---|---|---|---|
| CANINO, MATT | | X OFFICER ☐ WITNESS ☐ PERSON ADVISED | | | |
| RESIDENCE STREET ADDRESS | | COUNTY | STATE | | ZIP CODE |
| | | | | | |
| | | SOCIAL SECURITY NO | | DATE OF BIRTH/SERIAL NO 91041 | |
| BUSINESS STREET ADDRESS | CITY | COUNTY | STATE | | ZIP CODE |
| 550 E ILIFF AVE | DENVER | | | | 80210 |
| OFFICER TAKING STATEMENT | SERIAL NO | DATE 06-11-20 | | TIME 2100 | |
| CONCERNING AN INCIDENT AT | | LOCATION WHERE STATEMENT TAKEN | | | |
| DISTRICT ONE & DISTRICT 6 | | 550 E ILIFF AVE | | | |
| | | | | | |
| | | | | | |

I am writing this statement over a week after I was assigned to multiple protest events, over the course of several days. Many of these events were extremely lengthy, rapidly changing, fluid and dangerous situations. My statement is 100% truthful but may not include every action I took during these events and is made using my best recollection in conjunction with the existing CAD reports for each day.

On 05-28-20, I was driving home from my regularly scheduled shift when Commander Phelan called me and directed me and my Detail (Team) to immediately respond to the protest event which was occurring in the downtown area. The command post was concerned the protesters may try to block I-25. I called my team and dispatched them to the area of 20ᵗʰ & Chestnut St. Once at there, we met up with Lt Pine and his Metro team. Lt Pine's team had formed a skirmish line which prevented the protest group from entering the 20ᵗʰ St on-ramp. The group eventually moved down Chestnut St in the direction of 19ᵗʰ St. My team did not have an RDV (Rapid Deployment Vehicle) and were all assigned individual vehicles. The protest group moved to the area of 16ᵗʰ & Chestnut, 16ᵗʰ & Little Raven and the Highland Bridge. I moved with my team numerous times in an effort to block access to I-25.

A significant group jumped a fence near the Highlands bridge and were successful in blocking NB I-25. I drove south in the northbound lanes of I-25 from 20ᵗʰ St so I could help officers move the protesters off of the highway. Almost immediately after I arrived, I was informed that Tech Mark Garcia 90017 was struck in the hand with a bottle and he was bleeding profusely. I located Tech Garcia, who was on the side of the highway and observed a large laceration to his hand. He was bleeding badly, and I called for an ambulance. I then used my compression bandage to try to stop the bleeding. Another officer took over applying pressure to Tech Garcia's injury, so I could try to manage the scene. The protesters had moved back up to the bridge and pelted officers, from high ground, with bottles, rocks and other projectiles. Some officers on scene deployed pepper-ball at suspects who were throwing objects at officers. Once the highway was cleared, my team paralleled the group as they moved back up toward the Capitol. We monitored the groups movement and actions through communications with the command post.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

06 / 11 / 20
Date

22 15
Time Statement Completed

LT _____ 91041
Signature of person making statement

DEN002831

Case No.: 20-330514

## Denver Police Department
## STATEMENT

| NAME (LAST, FIRST, MIDDLE INITIAL) | | MAKING STATEMENT IS | | | | |
|---|---|---|---|---|---|---|
| CANINO, MATT | | X OFFICER ☐ WITNESS ☐ PERSON ADVISED | | | | |
| RESIDENCE STREET ADDRESS | | COUNTY | STATE | | ZIP CODE | |
| | | | | | | |
| | | SOCIAL SECURITY NO. | | DATE OF BIRTH/SERIAL NO | | |
| | | | | 91041 | | |
| BUSINESS STREET ADDRESS | CITY | COUNTY | STATE | | ZIP CODE | |
| 550 E ILIFF AVE | DENVER | | | | 80210 | |
| OFFICER TAKING STATEMENT | SERIAL NO. | DATE | | TIME | | |
| | | 06-11-20 | | 2100 | | |
| CONCERNING AN INCIDENT AT | | LOCATION WHERE STATEMENT TAKEN | | | | |
| DISTRICT ONE & DISTRICT 6 | | 550 E ILIFF AVE | | | | |
| | | | | | | |
| | | | | | | |

### Page 2

A large part of the protest group started to move in the direction of the District 6 Station and at approximately 2030 hours, my team and I were sent to the station to provide security for the property and assist in protection of the officers who were assigned there.

We assisted Gang Unit officers who were already forming a skirmish line in the 1500 blk Washington St. The protest group met the skirmish line and completely blocked E Colfax Ave. The group was yelling at officers and were very confrontational. The officers on the skirmish line were stationary and did not make contact with the protesters. Some minutes later, numerous rocks, bottles and other projectiles began raining down on the officers on and behind the skirmish line. Officers began to fire pepper-balls at the ground and at the individuals who were throwing objects at officers. This was ineffective, and I called for large canisters of gas be deployed as officers were being struck with rocks and bottles. I was struck several times in the arms and legs with rocks. Officers deployed gas canisters in the area of E Colfax Ave and Washington St. and the crowd began to disperse. They primarily moved south and west from that intersection. The command post then directed the Gang Unit and Metro Unit to form a skirmish line on E Colfax Ave and move in the direction of 14th & Sherman St, where another skirmish line had been formed. We slowly moved toward 14th & Sherman, all the while having rocks and bottles hurled at us. Once at 14th & Sherman, the command post directed us to break down the skirmish lines and return to our vehicles.

We were dispatched to multiple locations for the remainder of the event and were directed to dispersed unlawful assemblies along with other various police actions (weapons calls, assaults, property damage etc.). We were assaulted with rocks, bottles and other projectiles numerous times at numerous locations throughout the night.

We were released at approximately 0200 hours on 05-29-20. I did not deploy any gas munitions. Total hours worked 18.5 hours.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

06 / 11 / 20
Date

2215

Time Statement Completed

LT _____ 91041
Signature of person making statement

DEN002832

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Connors, Cole | | | Person Making Statement Is: ☒ Officer   Serial Number ☐ Witness   ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia 1311 W 46th Ave | | | City Ciudad Denver | County Condado | | State Estado CO | Zip Code Código postal |
| Residence Phone Teléfono de residencia (720)913-0400 | Business Phone Teléfono del trabajo/empresa ( ) - | | Email Address Correo electrónico | | | Date of Birth Fecha de nacimiento / 14053 | |
| Business Street Address Dirección de trabajo/ empresa | | | City Ciudad | County Condado | | State Estado | Zip Code Código postal |

| Officer Taking Statement Connors | Serial No. 14053 | Date 06/15/2020 | Time 1200 | Hours |
|---|---|---|---|---|
| Concerning an Incident occurring at En referencia a un incidente que ocurrió en Downtown Denver | | Location Where Statement was Taken Lugar donde se tomó la declaración 1311 W 46th Ave | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 05/28/2020, 05/29/2020, 05/30/2020, 005/31/2020, 06/01/2020, 06/02/2020, 06/04/2020, and 06/06/2020 I was assigned to the 180 team to assist in monitoring protests in response to the death of George Floyd. I assisted with crowd control and was briefed by supervisors on the policies and guidelines for deployment of less lethal munition and use of force.

On 05/28/2020 at approximately 1500 hours while assigned to the District 1 Impact team I was monitoring a protest in the downtown area (District 6). I was not assigned any less lethal systems on this date and was assigned fully marked police vehicle while wearing a police uniform that easily identified myself as the police. I responded to several locations to assist by occupying a field force line to block protesters from occupying the highway due to the danger of vehicles moving at a high rate of speed being required to come to a halt without notice. At approximately 1900 hours I responded onto HWY_I25 to arrest several protesters who had blocked the entire highway causing all vehicles to come to an abrupt halt and not allow any vehicles to pass. These parties were transported to District 1 substation where they were processed for blocking a roadway.

After this arrest I rejoined the District 1 Impact team where we were a part of several field force lines in the downtown Denver area. While a part of a field force line at E 14th Ave / N Sherman St I heard several announcements from a public address system issued to the participants of the protest informing them that the protest is now an unlawful assembly, directing all occupants to leave the area. After several minutes we began moving the line in an attempt to get the protesters to leave the area and comply with the directive that was just given. I was a part of several field force lines from Colfax Ave down to 11th Ave and from Bannock St to Grant St. In the 1400 block N Broadway St I was holding my position when I was struck multiple times by large landscape rocks (approximately 3-5 pounds in weight), bottles, and unknown objects in the legs, arms, and chest. I was directly impact by a rock in the left skin causing minor injury along with a glass bottle that directly stuck my body worn camera rendering it inoperable (replaced the following day). I was unable to obtain any suspect description due to smoke that was deployed in the street in front of me. I did not feel my injuries needed medical response past first aid so did not request any medical attention. I photographed the injury on my left shin and arm then uploaded it to Axon Capture (GO# 20-330514) as requested.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior: los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 16 / 20 20
Date

2230   ☐ a.m. ☒ p.m.
Time Statement Completed

_____ 14053

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002854

Page **2** of **5**
GO/CAD No.

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

Following this incident, I responded to the Colorado History Museum (1200 N Broadway St) as there was a report of a burglary that was occurring. While in front of the museum several unidentified subjects began throwing glass bottles towards officers and patrol vehicles. The patrol vehicle I was assigned to was hit by an approximately 10lb stone that shattered the rear window. I took a photograph of the damage and uploaded it to Axon Capture After this location calmed down and it was determined that no parties were occupying the Colorado History Museum we began patrolling in our police vehicle following Lt Williams, 100. In the 000 blk E 14ᵗʰ Ave a subject was observed throwing stones at police passing by. While utilizing our emergency lights in a fully marked police vehicle I attempted to contact this male, later identified as,        (09/13/03). Once        was in close proximity to the police vehicles he began running northeast along the Capital building. Once the District 1 Impact team drove in front of        he changed direction and ran back southwest. I engaged in a foot pursuit with        and while wearing a police uniform that identified me as a police officers I yelled that I was with the Denver Police and instructed him to stop        continued running before jumping over several hand railing attempting to flee police custody. When I caught up to        he attempted to run-around me and I grabbed his waist in an attempt to prevent him from further fleeing and pulled him to the ground where he was placed into custody without further incident.        did not have any injuries and made no complaint of injury.        was arrested for throwing missiles and interference for attempting to escape police custody which was approved by 100 Lt. Williams. No parent was able to pick up        so I transported        to his house at        and did not respond to the protest following this contact.

On 05/29/2020 I again responded to the George Floyd protest assigned to District 1 Impact Team but this time occupying a rapid deployment vehicle due to the damage sustained from the previous evening. On this day I was assigned as the less lethal pepper ball operator. We responded to the 100 block W Colfax Ave where a large group was protesting around the corner at the City and County building. We were not in contact with any protesters until a large "Fuck the Police" chant started and a large group moved to our position. As this crowd was becoming unruly I was instructed we were to leave the area. I grabbed the exterior right railing of the rapid deployment vehicle and as we began to leave an unidentified black male wearing a black sports jersey with gold lettering, a durag, and black mask, began throwing small white objects, later determined to be eggs due to yolk that covered my pants. Several unidentified protesters saw this and began throwing additional unidentified objects. I did no deploy my pepper ball as I was holding it with my off hand and was unable to fire the less lethal and hold on to the RDV safely.

At approximately 1700 hours I then responded to W Colfax Ave / N Broadway to the RTD bus turnaround where some protesters previously obtaining the large landscaping rocks that were used to cause injuries to officers. At approximately 2200 hours I responded with the 180 team to the Capital to assist additional unit who were holding a field force line but were being injured from bottles and rocks. At this location I observed rocks, glass bottles, 2x4 wood pieces, explosive devices, and other unidentified objects being thrown at myself and other officers in an attempt to cause injury to officers. I deployed the pepper ball on several unidentified parties who I observed throw projectiles at officers, I directed the pepper ball towards the legs and ground surrounding these parties in an effort to prevent the assault of officers and disperse the violent crowd. A fire was then started by unknown parties in Veterans park and our line moved into the park to protect Denver Fire as the fire was put out.

After the fire was put out I responded with the 180 team back to the RDV to be more mobile as several calls were aired about parties that were lighting fires and destroying buildings around W Colfax Ave / N Broadways St. We responded to the area and at approximately 2300 hours we were parked Cheyenne Pl / N Broadway St when I observed several parties throwing rocks and bottles from the northwest corner of W Colfax Ave / N Broadway St, at myself and other officers hanging off the RDV. I deployed the pepper ball system at these unidentified parties directing my fire at their legs and the ground surround them in an effort to prevent injuries to officers. Additional rocks and glass bottles were thrown from several unidentified parties on the northwest side of Cheyenne Pl / N Broadway St and I deployed the pepper ball again utilizing the same technique as before and these parties were dispersed and not identified.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 16 / 20 20
Date

2230   ☐ a.m. ☒ p.m.
Time Statement Completed

14053

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002855

Page **3** of **5**

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>Connors, Cole | | | Person Making Statement Is:<br>☒ Officer   Serial Number<br>☐ Witness   ☐ Person Advised/Victim | | | | |
| Residence Street Address<br>Dirección de residencia<br><br>1311 W 46th Ave | | | City<br>Ciudad<br><br>Denver | County<br>Condado | | State<br>Estado<br>CO | Zip Code<br>Código post.<br>80211 |
| Residence Phone<br>Teléfono de residencia<br><br>(720)913-0400 | Business Phone<br>Teléfono del trabajo/empresa<br><br>(   )   - | | Email Address<br>Correo electrónico | | | Date of Birth<br>Fecha de nacimiento /<br>14053 | |
| Business Street Address<br>Dirección de trabajo/ empresa | | | City<br>Ciudad | County<br>Condado | | State<br>Estado | Zip Code<br>Código posta |
| Officer Taking Statement<br><br>Connors | | Serial No.<br>14053 | Date<br><br>06/15/2020 | | Time<br>1200 | | Hours |
| Concerning an Incident occurring at<br>En referencia a un incidente que ocurrió en<br><br>Downtown Denver | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>1311 W 46th Ave | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

The RDV then drove westbound along W Colfax Ave where the RDV was struck with an unknown object shattering the rear driver side window and covering me in glass shards. We drove around the block into the 1500 block N Broadway St and observed a white male in a black hoodie pick up some large landscaping rocks that officers had been continually assaulted with. Upon seeing this, I instructed this male, later identified as Conrad Torsello (11/13/93), to stop and place his hands behind his back. I grabbed Torsello's right arm and Torsello immediately squared his body up to mine and began actively pushing me away to escape police custody. I grabbed a hold of Torsello's waist and pushed him to the ground to stop him from fleeing police custody and to restrict Torsello's arm movement to prevent being assaulted by Torsello as he was observed picking up large landscaping rocks that I have previously been injured by. Once on the ground Torsello was able to be placed into custody without further incident. Torsello was discovered to have two large rocks on his person (one in hoodie pocket, one in rear right pants pocket). Torsello had no injuries and made no complaint of injury and was transported to the DDC by the Scout Van for charges of throwing missiles and interferences approved by 100 Lt. Williams. No additional force was used for the remainder of this night of the protest.

On 05/30/2020 I responded with the 180 team to monitor the downtown area where I was not assigned any less lethal system. I assisted with crowd control along the Broadway and Colfax corridor where I did not use force or contact any parties. At approximately 2200 hours while mobile on the RDV we responded to the area of E 12th Ave / N Pearl St where we discovered that four large dumpsters had been rolled into the street and dumped to create a barrier in the street. I assisted by picking these dumpsters up and clearing the street of debris. At approximately 2230 hours while riding on the RDV to assist an outside agency that was dealing with a violent crowd at E Colfax Ave / N Logan St I observed an unidentified subject on the southside of the street intentionally throw a brick that struck the front windshield of our RDV. This individual fled prior to police contact. I took a photograph of the damage to the front windshield and uploaded it to Axon Capture (20-330514).

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 16 / 20 20
Date
2230   ☐ a.m. ☒ p.m.
Time Statement Completed

14053
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

Page **4** of **5**                                                                                                    GO/CAD No.

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

At approximately 2300 hours while stationary at the same location assisting with the violent crowd I was attempting to contact an additional party who was in violation of curfew when I heard a loud engine accelerating behind me. I turned around and observed a dark colored newer model Chevy sedan driving straight towards me. I moved to the side of the road using a parked car for cover as this vehicle drove northbound in the 1500 block N Logan St before crashing into an additional RDV that was parked at E 16th Ave / N Logan St. I completed a video interview with the Homicide Unit (20-335686), see video interview for further details.

On 05/31/2020 I responded with the 180 team to monitor the downtown area where I was not assigned any less lethal system. I assisted with crowd control along Colfax and Broadway corridor. At approximately 2145 hours I was instructed to effect some arrests in accordance with the Mayoral curfew ordinance. While at E Colfax Ave / N Pennsylvania St I contacted a white male who refused to identify himself that was in violation of the Mayoral curfew order. Additionally, I contacted Phillip Kinney (05/11/95) in the 1400 block N Logan St. These parties were placed into custody without incident and transferred to the Denver Sheriff Scout Van. At approximately 2200 while mobile on the RDV a group was located on the north east corner of E 12th Ave / N Broadway St in violation of curfew. I contacted one of these parties, identified as Brian Wilson (01/01/30/97) who was searched incident to arrest and was found to be concealing a handgun in his backpack. Wilson was transferred to the Scout Van and the 180 team went mobile again. At approximately 2330 hours the 180 team went mobile on the RDV where I observed a male running westbound along W 11th Ave at approximately N Acoma St. I grabbed this male and held him until other officers chasing him caught up and placed him into custody without incident. I did not obtain this male information as my RDV was moving to attempt to contact additional parties in the alleyway. In the 1000 block N Acoma Broadway alleyway I contacted Edgardo Boria (07/19/82) who was instructed to lay down and placed into custody without incident. This concludes my contacts with protesters this evening.

On 06/01/2020 I responded with the 180 team to monitor the downtown area where I was assigned a 40mm less lethal launcher. I remained on standby in the 1300 block N Cherokee in case any issues were to arise from the protest. At approximately 2000 hours we responded to W Colfax Ave / N Broadway St on a call that two males were fighting, and one male was knocked to the ground. Upon arrival several parties were flagging officers down for a male that was laying on the ground and appeared to be injured. I stood by as we awaited the ambulance to provide medical assistance to this individual. While waiting on the south side sidewalk I saw an object was tossed from inside civic center park to my right where several officers were standing by waiting while the Denver Health medical team was rendering aid. At first, I thought this object was a firework but after a short delay this device exploded but did not produce any colorful projectiles as fireworks normally do. This explosive object caused several peaceful protesters to scatter and left loud ringing in my ears for several seconds. Once the injured subject was loaded in the ambulance we left the area back to the staging area.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leido la declaración anterior; los hechos alli contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 16 / 20 20
Date

2230   ☐ a.m. ☒ p.m.
Time Statement Completed

14.53

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

Page **5** of **5**                                                                    GO/CAD No.

## Denver Police Department  Departamento de Policía de Denver
## STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>Connors, Cole | | | Person Making Statement Is:<br>☒ Officer   Serial Number<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia<br><br>1311 W 46th Ave | | | City<br>Ciudad<br><br>Denver | County<br>Condado | State<br>Estado<br>CO | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br><br>(720)913-0400 | Business Phone<br>Teléfono del trabajo/empresa<br><br>(   )   - | | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento /<br>P14053 | |
| Business Street Address<br>Dirección de trabajo/ empresa | | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Officer Taking Statement<br><br>Connors | | Serial No.<br><br>14053 | Date<br><br>06/16/2020 | | Time<br><br>1200 | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en<br><br>Downtown Denver | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>1311 W 46th Ave | | | |

**Summary of Statement (**Continued)
Resumen de la declaración (Continuación)

On 05/31/2020 At approximately 2330 hours I responded to the north side of the 000 block E Colfax Ave as I was informed that I would be a part of a field force line to attempt to disperse parties that were congregating inside Veteran's park in violation of the Mayoral curfew order. I moved through the park telling people to go home which when advancing through the park people in front of my position began walking southbound out of the park appearing to comply with the order. I stopped on the northside of the 000 block E 14th Ave and held my position while awaiting further instructions. While waiting on the sidewalk I observed an unidentified male standing on an elevated landscaping box on the steps of the Ralph L. Carr Colorado Judicial Center (2 E 14th Ave. As I watched this male I observed him reach down and pick up an unknown object, as this male cocked him arm back to throw this object at the line of police officers I deployed my 40mm to prevent this male from assaulting officers and disperse him from the area. This projectile hit this male in the feet area as I observed a small cloud of OC from the 40mm OC round gather at his feet. This male fled southbound and was not identified. After this I entered the RDV and went mobile with the 180 team. At approximately 0030 hours on 06/02/2020 I contacted Makashshi Ward (12/08/98) who was in violation of the mayoral curfew order and placed into custody without incident. After this contact I had no further contact with any additional parties.

On 06/01/2020 I responded with the 180 team to monitor the downtown area where I was assigned a 40mm less lethal launcher. I remained on standby in the 1300 block N Cherokee in case any issues were to arise from the protest. At approximately 2145 hours I responded to the 1400 block N Broadway St on a call of a shooting. Upon arrival I observed a male laying in the street being attended to by a medical team, so I began moving parties out of the crime and put up crime scene tape while looking for witnesses to the crime. Thus, concluded my involvement with the scene and protest.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____ / 20 _____
Date

2230   ☐ a.m. ☒ p.m.
Time Statement Completed

_____  14053
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002858

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>Giggey, Adam | | | Person Making Statement Is:<br>☒ Officer   Serial Number<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br><br>(    )    - | Business Phone<br>Teléfono del trabajo/empresa<br><br>(720)913-2380 | | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br><br>550 E Iliff Ave | | | City<br>Ciudad<br><br>Denver | County<br>Condado<br><br>Denver | State<br>Estado<br><br>CO | Zip Code<br>Código postal<br><br>80210 |
| Officer Taking Statement | | Serial No.<br><br>06018 | Date<br><br>06/15/20 | | Time<br><br>1400 | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br><br>D6 | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>METRO/SWAT | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

   I, Technician Adam Giggey (06018), am writing this statement on June 15, 2020 about events which took place on May 28th, 2020 in the District 6 area to the best of my recollection.

   On May 28th, 2020 I was assign to the Metro/Swat Section as Metro 28 and responded to the area of District 6 to assist with a protest that was taking place. During the protest I responded to many different locations at the direction of the command post. Once we were at the scene of those locations, the protesters turned violent and began throwing rocks and bottles at us, as well as, improvised explosive devises and large fireworks. After the order was given by the command post to deploy chemical munitions and disperse the crowd, I deployed various types of less lethal throwable chemical munitions to assist with dispersing the crowd. Every time I deployed less lethal throwable chemical munitions, I deployed them at a specific agitator after I witnessed them perform a violent act directly toward me, a fellow Officer, or at an innocent civilian. Once the violent action stopped, I stopped deploying less lethal chemical munitions.

   Due to the fact that the crowds dispersed, and the agitators fled on foot, after deploying less lethal throwable chemical munitions, no arrests were made.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

0 6 / 15 / 20 20
_____
Date

1430
_____
Time Statement Completed   ☐ a.m. ☒ p.m.

06018
_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DEN002878

Page **1** of **2**                                                                GO/CAD No.

## Denver Police Department  Departamento de Policía de Denver
## STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre inicial del segundo nombre) | | | Person Making Statement Is: | | | | |
|---|---|---|---|---|---|---|---|
| Hoffecker, Adam | | | ☒ Officer   Serial Number 14051 ☐ Witness   ☐ Person Advised/Victim | | | | |
| Residence Street Address Dirección de residencia | | | City Ciudad | County Condado | | State Estado | Zip Code Código posta |
| Residence Phone Teléfono de residencia | Business Phone Teléfono del trabajo/empresa | | Email Address Correo electrónico | | | Date of Birth Fecha de nac miento / | |
| (   )   - | (720)913-0400 | | | | | | |
| Business Street Address Dirección de trabajo/ empresa | | | City Ciudad | County Condado | | State Estado | Zip Code Código posta |
| 1311 W 46th Ave | | | Denver | Denver | | CO | 80211 |
| Officer Taking Statement | | Serial No. | Date | | Time | | Hours |
| A.  Hoffecker | | 14051 | 06/15/20 | | 1320 | | |
| Concerning an Incident occurring at: En referencia a un inc dente que ocurrió en: | | | Location Where Statement was Taken: Lugar donde se tomó la declaración | | | | |
| Multiple Locations | | | 1311 W 46th Ave | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 05/28/20, 05/29/20, 05/30/20, 05/31/20, 06/01/20, 06/02/20, 06/04/20, 06/06/20, I was assigned to the 180 team for deployment to major protests and riot incidents in the downtown Denver area where I assisted with crowd control and multiple arrests. At the start of each day, I was briefed by supervisors on the policies and guidelines for deployment of less-lethal munitions and use of force. The below described events are detailed to the best of my recollection at the time of this statement and are to illustrate events that involved my involvement in significant arrests, my deployment of less-lethal munitions, and injuries that I sustained. Exact times of the described events were not specifically logged as it was not known to be explicitly required at the time and each event was rapidly evolving.

On 05/28/20, I responded to a major protest incident at E Colfax Ave / N Broadway St, Denver, Colorado. During the incident, I assisted with crowd control movements and arrests; I was not equipped with any auxiliary less-lethal weapon systems on this date.

During crowd control movements in the 1400 block N Broadway St, I was struck with a large -approximately three to five pound- rock in my right lower leg which caused a bleeding abrasion, swelling, and pain. The rock was intentionally thrown by an unidentified subject in a large crowd of over one hundred people at the intersection of W Colfax Ave / N Broadway St. At the same location, I was struck by an additional rock in my upper right leg causing dark bruising and pain. I also assisted in responding to the 1200 block N Broadway St where there were reports of subjects attempting to break into the Colorado History Museum (1200 N Broadway St). During the response, unidentified subjects threw glass bottles at me and covering officers. Further, an unidentified subject intentionally threw a very large -approximately 10 pound- rock at the rear windshield of my police vehicle (T6161) causing it to completely shatter. At the same location, unidentified subjects threw more unknown objects at the vehicle causing damage to the driver side rear tail lamp and surrounding body.

I assisted with the arrest of a subject in the 0000 block of E 14th Ave who was observed by Lt. J. Williams intentionally throwing a large rock at his police vehicle. The subject fled from uniformed officers who made multiple commands for the subject to stop. I chased the subject on foot to the 1400 block of N Broadway St where other officers caught up with him and he was

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender  No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 17 / 20  20
Date

2 2 2 8   ☐ a.m. ☒ p.m.
Time Statement Completed

_____ 14051
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002896

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

placed into a prone position on grass adjacent to the east sidewalk and placed into custody.

On 05/29/20, I assisted with crowd control and arrests in the downtown area and around the State Capitol (200 E Colfax Ave, Denver, CO). I was equipped with a less-lethal Pepperball launcher during parts of the incident on this date.

While standing by at W Colfax Ave / N Bannock St, officers were approached by a hostile crowd. As we withdrew from the area, I was standing on the passenger side of a rapid deployment vehicle (RDV) and observed as multiple parties intentionally threw objects to include bottles and eggs at me and other officers standing on the RDV as we attempted to withdraw.

During crowd control movements in the 1400 block N Broadway St near Veterans Park, I was struck with a large -one to two pound- rock in the right wrist causing an abrasion, swelling, and pain. The rock was intentionally thrown by an unidentified subject in a large crowd of over one hundred people standing in Civic Center Park directly west of the 1400 block N Broadway St.

During crowd control in the intersection of W Colfax Ave / N Broadway St, I observed multiple subjects standing on the southeast corner intentionally throwing bottles and rocks at officers; I deployed Pepperballs at the subjects to disperse and prevent them from making further attempts to assault officers. I recognize the action of a subject intentionally throwing objects with deadly potential such as rocks and bottles at police officers as being in a state of active aggression. The subjects dispersed and were not identified.

During crowd control movements inside of Civic Center Park (1499 N Broadway St), I was ordered to deploy Pepperballs by Lt. K. Chavez at a hostile group of five to ten unidentified subjects that were intentionally throwing items at officers. I then observed another group of three to five parties standing on the north side of the 200 block W Colfax Ave intentionally throwing bottles at officers; I deployed Pepperballs at the group to disperse them. I observed two unidentified subjects taking cover behind trees and intentionally throwing unknown objects towards officers in Civic Center Park, I deployed Pepperballs at the subjects to disperse them and prevent them from making further attempts to assault officers. All of the subjects dispersed and were not identified.

On 05/30/20, I assisted with crowd control and arrests in the downtown area and around the State Capitol (200 E Colfax Ave, Denver, CO). I was equipped with a less-lethal Pepperball launcher during the incident on this date.

During crowd control movements at E 12th Ave / N Broadway St, I observed multiple subjects throwing unknown objects at officers; I deployed Pepperballs to disperse the subjects and prevent them from making further attempts to assault officers. The subjects dispersed and were not identified. During crowd control along E 12th Ave / N Grant St, I observed multiple unidentified subjects setting dumpsters on fire and throwing bottles containing unknown fluids at officers. I deployed Pepperballs at multiple subjects throwing bottles and other objects to include rocks at officers. Pepperballs were deployed to disperse the assaulting subjects and prevent them from making further attempts to assault officers. The subjects dispersed and were not identified.

While driving eastbound on E 12th Ave at N Pennsylvania St, the 180 Team stopped to turn over dumpsters that had been tipped over as an obstruction to traffic in the intersection. I covered the south down the 1100 block N Pennsylvania St as officers moved the dumpsters. As I was covering, I briefly observed as officers covering to the west appeared to be getting rocks and bottles thrown at them by parties to the west. I maintained my area of responsibility covering for any possible attacks from the south of the intersection until officers cleared from the scene.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 17 / 20 20
___Date___

2228    ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002897

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

During crowd control at E Colfax Ave / N Logan St, I was standing near the double yellow line dividing west and east traffic on E Colfax Ave at the intersection with N Logan St. I observed a black Chevy sedan traveling at a high rate of speed eastbound on E Colfax Ave towards me. I immediately took cover behind the RDV that was situated to block westbound traffic on E Colfax Ave. As I took cover, I observed as the vehicle went over the north curb to get around the RDV and subsequently turned onto northbound N Logan St and continued at a high rate of speed. Moments later, it was aired over the police radio that several officers had been struck by the vehicle and were calling for help. We proceeded to the area to assist with security for the scene investigation.

While driving between locations for crowd control, I was standing on the passenger side of the RDV. While driving east on E Colfax Ave near N Logan St, I observed as an unidentified subject on the south side of the street intentionally threw a brick at the front windshield of the RDV nearly striking me. The observed the subject fleeing from felony arrest for the attempted aggravated assault on a peace officer and deployed Pepperballs at the subject in an attempt to a stop him and with concerns that he was fleeing to a position of cover to continue his assault. The subject continued to flee on foot and was ultimately not identified.

On 05/31/20, I assisted with crowd control and arrests in the downtown area and around the State Capitol (200 E Colfax Ave, Denver, CO). I was equipped with a less-lethal Pepperball launcher during the incident on this date.

During crowd control near E Colfax Ave / N Grant St, I observed unidentified subjects in the 1400 block N Grant St throwing rocks and bottles at officers walking along E Colfax Ave. I deployed Pepperballs at these subjects to disperse them and prevent them from making further attempts to assault officers. The subjects dispersed and were not identified.

During crowd control at E Colfax Ave / N Logan St, order was given by the commands post for officers to conduct arrests for the Mayoral curfew order violations. I assisted in attempting to arrest a subject disobeying the Mayoral curfew order and refused orders to leave the area. I gave a loud and clear command for the subject to leave the area or he would be arrested. The subject refused and began yelling profanity at officers. I approached the subject to make the arrest for the violation of the Mayoral order. I attempted to grab his right wrist with my left hand for control for handcuffing. The subject immediately resisted pulling his arm inwards and bracing to break my control. I observed as he ripped his left arm away from another covering officer standing on his left side. The subject resisted and pulled away until he broke my grip and then began to move forward away from me. As the subject had clearly entered a state of defensive resistance and with concern that he would escalate to an active aggressive state -particularly because he was in control of a bicycle that could be easily used as a deadly weapon- I deployed my Pepperball at the subject to keep the subject away and provide distance. The subject subsequently fled eastbound on foot with the bicycle and was not identified.

I assisted in attempting to make multiple arrests for violations of the Mayoral curfew order. The 180 team made arrests of a group of subjects in violation of the order on the south side of 1200 N Broadway St. The group of subjects initially attempted to flee on foot eastbound but were cut off by another group of officers on the east side. The group was placed into custody without further incident. I assisted with the search incident to arrest of a backpack belonging to arrestee, Duane GODBEE dob 12/18/97. Inside of the front pocket of the backpack, I recovered a black 9mm semi-auto Taurus handgun which had a round chambered. The handgun was given over to the responding mass arrest team. It was relayed to me that other officers had recovered another firearm from one of the other arrestees in the group.

On 06/01/20, I assisted with crowd control and arrests in the downtown area and around the State Capitol (200 E Colfax Ave, Denver, CO). I was equipped with a less-lethal Pepperball launcher during the incident on this date.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 17 / 20 20
Date

2228  ☐ a.m. ☒ p.m.
Time Statement Completed

17051
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002898

**Page 4 of 4**                                                                                      GO/CAD No.

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

The 180 Team was dispatched to cover Denver Health Paramedics at Civic Center Park reference a report of a party who was assaulted. Officers made contact with the party needing medical attention at the northeast corner of the park adjacent to the intersection of E Colfax Ave / N Broadway St. While paramedics were attending to the patient on scene, a hostile crowd gathered around officers and paramedics. The crowd began yelling obscenities at officers and paramedics. An unidentified subject from within the crowd intentionally threw a firework mortar style explosive into the group of officers. The device exploded causing extremely loud blast very close to several officers. Once the patient was loaded into the ambulance, officers were forced to immediately withdraw as the hostile crowd began to throw other objects to include bottles at officers. Officers loaded back onto the RDV and withdrew from the location. I was not able to observe directly who amongst the crowd was throwing items and therefore did not deploy any Pepperball munitions at that moment.

During crowd control and attempts to disperse crowds in violation of the Mayoral curfew order inside of Civic Center Park and Veterans Park, I observed an unidentified subject standing near a statue on the southside of the street in the 0000 block E 14ᵗʰ Ave throw a bottle at officers standing on the south sidewalk of Veterans Park. I deployed Pepperballs at the subject to disperse him and prevent him from making further attempts to assault officers. The subject fled and was not identified.

On 06/04/20, I assisted with crowd control in the downtown area and around the State Capitol (200 E Colfax Ave, Denver, CO). I was equipped with a less-lethal Pepperball launcher during the incident on this date.

The 180 Team was dispatched to a report of a shooting at E Colfax Ave / N Broadway St. Upon arrival, I observed a male victim in the street bleeding. As paramedics and officers attended to the victim, I assisted with scene security. I remained as scene security on the west side of the scene adjacent to the 1400 block N Broadway St sidewalk along the east side of Civic Center Park. I remained as scene security until the on-scene investigation was completed and officers cleared the area.

It is of note that throughout the duration of the incidents, there were no statements or observations of obvious injury as a result of my own Pepperball deployments. It is further of note that I am actively certified with the Pepperball less-lethal system and am familiar with the policies and procedures for deployment.

Nothing further.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 17 / 20  20
Date

2228    ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002899

GO/CAD No. 20-330514

**Denver Police Department   Departamento de Policía de Denver**
**STATEMENT   DECLARACIÓN**

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Lucero, Joe B | Person Making Statement Is: ☒ Officer     Serial Number 07051 ☐ Witness     ☐ Person Advised/Victim | | | |
|---|---|---|---|---|
| Residence Street Address Dirección de residencia | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( ) - | Business Phone Teléfono del trabajo/empresa (720)591-7705 | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / |
| Business Street Address Dirección de trabajo/ empresa | City Ciudad | County Condado | State Estado | Zip Code Código postal |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: 200 E Colfax Ave | Location Where Statement was Taken: Lugar donde se tomó la declaración District 5 |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On Thursday, May 28th, 2020 while working car 570, I was deployed downtown along with my entire team to assist with the protests going on as a result of the George Floyd homicide.  Upon arrival, I attended the briefing then I briefed my team on the use of less lethal and chemical weapons.  Each team member was instructed to use less lethal pepperball and / or chemical weapons only if we were to come under attack and only at the order of a sergeant or above.

Upon deployment, we came under attack by rocks, large fireworks, Molotov cocktails, and bottles.  Officers were ordered to pepperball the ground at anyone seen throwing rocks toward us.  Officers were further ordered to pepperball the ground at anyone who was seen picking up items from the ground to throw at us.  The rocks being thrown were so numerous that officers had to pick and choose where to pepperball in order to save less lethal ammo because were could not keep up with the amount of rocks being thrown our way.

On a few occasions, I had to personally order officers to pepperball crowds of people in order to disperse them as a result of rocks being thrown from the group of people.  I could not pin-point who the rock throwers were due to the amount of people and the fact that I had a gas-mask, and helmet with shield on, without my glasses, which made my vision substandard.

Nothing further.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. *He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

| ( / 1L / 20 2 0 Date | |
|---|---|
| 22 c c ☐ a.m. ☒ p.m. Time Statement Completed | Signature of Person Making Statement Firma de la persona que hace la declaración |

DPD 366 (Rev. 06/19)

DEN002926

Page **1** of 7

GO/CAD No.

### Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>McDermott, Maxwell D. | | | Person Making Statement is:<br>☐ Officer   Serial Number 16015<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia<br><br>1311 W 46th Ave | | | City<br>Ciudad<br><br>Denver | County<br>Condado<br><br>Denver | State<br>Estado<br><br>Co | Zip Code<br>Código postal<br><br>80216 |
| Residence Phone<br>Teléfono de residencia<br><br>(720)913-7876 | Business Phone<br>Teléfono del trabajo/empresa<br><br>(   )   - | | Email Address<br>Correo electrónico<br>Maxwell.mcdermott@denvergov.org | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br><br>1311 W 46th Ave | | | City<br>Ciudad<br><br>Denver | County<br>Condado<br><br>Denver | State<br>Estado<br><br>Co | Zip Code<br>Código postal<br><br>80216 |
| Officer Taking Statement<br><br>McDermott | | Serial No.<br><br>16015 | Date<br><br>06-23-2020 | | Time<br><br>2040 | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en<br><br>Denver | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>1311 W 46th Ave | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 05-28-2020, 05-29-2020, 05-30-2020, 05-31-2020, 06-01-2020, 06-02-2020, 06-04-2020, and 06-06-2020 I was assigned to the District 1 IMPACT 180 team to assist in monitoring protests in response to the death of George Floyd. I assisted with crowd control and was briefed by supervisors on the policies and guidelines for the deployment of less lethal munition and use of force. I was contacted by my supervisor while on vacation and asked to voluntarily complete my statements on events that occurred through out the protests. I am completing this statement on 06-23-2020.

On 05-28-2020 at approximately 1500 hours while assigned to the District 1 Impact team I was monitoring a protest in the downtown area (District 6). On this day I was not assigned any less than lethal systems. I was wearing my full Denver Police uniform and was riding with Sergeant Abeyta in his white unmarked police SUV. We responded to the down town area and began to shadow the protests.

We responded to the area of 20th St / Chestnut Pl as the protest started to head to I-25. Believing they were attempting to 'take the highway to block traffic, we set up a field force line at 20th St/ Chestnut Pl. I did not deploy any less than lethal systems at this location.

I then responded to the area of I25 SB / 16th St, just north of the Highland Arch bridge, for protesters shutting down the highway. As I approached SB, as the passenger in Sgt Abeyta's vehicle I observed all Northbound lanes of I25 shut down due to protesters. I also observed several protesters in the SB 1,2, and 3 lanes. I observed several vehicles swerve to avoid the pedestrian protesters on the highway and observed them attempting to cut lanes to

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 23 / 20 20
Date

2111   ☐ a.m. ☒ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002934

GO/CAD No.

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

avoid being cut off by the protesters. I observed both actions of the protesters and the drivers to be extremely reckless. I observed one protester attempt to stop a vehicle traveling at approximately 40 MPH by stepping out in front of the vehicle and observed that vehicle must execute an unsafe lane change to avoid hitting the protester.

I exited the patrol vehicle and approached the nearest protester, who was yelling, with a clenched fist raised in the air, in the center lanes of I25 SB. I took control of his arm and he immediately tensed up, attempted to ball his fists, and attempted to turn on me. I was able to take him into custody without incident. While conducting an inventory of his person incident to arrest I located a large fixed blade knife on his person. The Blade exceeded 3.5" and was carried in a sheath. He stated that the knife was for self-defense. He was later positively identified as Carlos Ignacio 06-19-1991 and I passed him off to other officers.

I then responded to the area of 16th St / Platte St to assist in a Field Force Line where members of the protest attempted to push a motorcycle cop off his bike. Upon arrival, I observed a large group of angry protesters. After a short time the unknown suspects within the crowd started to throw rocks and bottles at the field force line. I heard less than lethal systems being utilized. I did not see the effects of these less than lethal systems. The crowd started to retreat towards down town area.

A member of the crowd came forward and requested an ambulance for an injured party. I instructed her to bring the injured party forward and aired for EMS. She returned with a male with a bandage wrapped around his head. I helped him back to the north west side of Platte St. He identified himself as Michael Acker 03-04-2000. He related to me that whoever hit him had good aim. I assist him to DHMC EMS 62 and then returned to the field force line.

I then responded to the area of W 14th Ave / N Sherman St to man a field force line at that location. While standing in the line I heard several announcements from a public address system in which the speaker issued orders to the participants of the protest and informed them that protest is an unlawful assembly. They further ordered the crowd to disperse and leave the area. After multiple announcements we began to move the line to disperse the crowd from the area and get them to comply with the directives that were just given. I was part of several field force lines from Colfax Ave down to 11th Ave and from Bannock St to Grant St. During a Field Force Line in the 1400 Blk N Lincoln St I was holding my position in the southern portion of the block. At this time the protesters began to throw landscaping rock (approximately 3-5lbs) towards our line. Because of the smoke which was deployed I was unable to give any suspect descriptions of those throwing the rocks. We were given the order to clear out the 1400 blk of Lincoln and we started to advance. I began to see bottles, and other unknown objects being thrown towards us from the protest crowds in the 1400 blk of Lincoln St. As the field force advanced through the midblock I was struck in the foot by a large rock. I felt an instant shooting pain in my foot and did not subsist. I was unable to bear weight on the front of my foot without substantial pain. I remained on the line where I was struck twice more by rocks in the legs. I was also struck by a rock in the chest and right elbow. Each of these injuries resulted in contusions where the rocks struck me, at the time of this statement I still feel pain where the rock hit me.
After the crowd was moved from the 1400 Blk N Lincoln St I responded to an DHMC ambulance to have my foot

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 23 / 20 20
Date

2 11 ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002935

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre inicial del segundo nombre)<br>McDermott, Maxwell D. | | | Person Making Statement Is:<br>☐ Officer   Serial Number 16015<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia<br>1311 W 46th Ave | | | City<br>Ciudad<br>Denver | County<br>Condado<br>Denver | State<br>Estado<br>Co | Zip Code<br>Código postal<br>80216 |
| Residence Phone<br>Teléfono de residencia<br>(720)913-7876 | Business Phone<br>Teléfono de trabajo/empresa<br>(   )   - | | Email Address<br>Correo electrónico<br>Maxwell.mcdermott@denvergov.org | | | |
| Business Street Address<br>Dirección de trabajo/ empresa<br>1311 W 46th Ave | | | City<br>Ciudad<br>Denver | County<br>Condado<br>Denver | State<br>Estado<br>Co | Zip Code<br>Código postal<br>80216 |
| Officer Taking Statement<br>McDermott | | Serial No.<br>16015 | Date<br>06-23-2020 | | Time<br>2040 | Hours |
| Concerning en Incident occurring at:<br>En referencia a un incidente que ocurrió en<br>Denver | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>1311 W 46th Ave | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

looked at. They suggested that I go and get x-rays of my foot, I declined and under my own volition returned to the line with my team.

Soon after, I assisted in responding with my team to the Colorado History Museum located at 1200 N Broadway St on a report of a burglary that was in progress. While in front of the Colorado History Museum several unidentified subject began throwing glass bottles toward officers and patrol vehicles. I was present when protesters shattered the rear window of one of our patrol vehicles with a large landscaping rock.

While in the 000 Blk E 14th Ave I observed a subject throw a stone at police vehicles driving by, at the time I was in the prisoner compartment of T6161 on the passenger side, which is a fully marked Denver Police Patrol Vehicle. As the driver of T6161 attempted to contact the subject, later identified to be ▊▊▊ 09-13-2003, utilizing the emergency equipment on the patrol vehicle, ▊ took off running. I lost visual of ▊ due to being in the prisoner compartment and did not regain visual until the vehicle came to a complete halt and the front passenger opened up the rear door for me to exit. I observed Officers Connors and Officer Hoffecker (both 180 team members) in a foot chase of ▊▊ as he ran South West along the South West side of the Capitol building. I was approximately 50 ft behind the officers as they chased ▊ down the hill on the west side of the capitol. I observed ▊ jump several hand rails in attempt to avoid police, I could hear officers identifying themselves as police and ordering him to stop running. I observed him change directions again to avoid police contact and start to run towards me. I was able to grab him by his midsection as he attempted to run past me and pulled him to the ground. During this my BWC was knocked off. ▊ did not have any injuries and made no complaint of injury. He was arrest for throwing missiles and interference for attempting to escape police custody. These charges were

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 23 / 2020
Date

2111
Time Statement Completed   ☐ a.m.  ☒ p.m.

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 386 (Rev. 06/19)

DEN002936

**Page 4 of 7**

GO/CAD No.

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

approved by 100 Lieutenant Williams. I remained on the capitol property until released at approximately 0400 hours on 05-29-2020.

Of note: On June 6th I was directed to capture all injuries visible injuries (captured on 06-02-2020) via photographs on axon capture. I uploaded these injuries and damages to the departments patrol vehicles which were captured on 05-28-2020 under CAD 20-330514.

On 05-29-2020 at approximately 1030 hours, while working District 1 IMPACT 180 team, I again responded to the George Floyd protest occurring in the downtown area (District 6). Our team was deployed in the District 1 Rapid Deployment Vehicle (RDV) due to our patrol vehicles being heavily damaged in the previous nights protests. I was not issued any less than lethal systems on this day. On this day I was designated to be the RDV driver, as I have been trained on the driving of these vehicle and due to my injured foot.

Our team responded to the 100 blk W Colfax Ave where a large group of protesters had gathered to protest around the corner of the city and county building. I remained in the truck and observed a large group of protestors responded to our location and started to confront police, we were instructed to leave the area when the crowd became unruly. While driving from the area I was struck by individuals throwing eggs. We then staged in the 1300 blk N Cherokee and awaited instructions.

At approximately 1700 hours, I drove the team to W Colfax Ave / N Broadway St. To the RTD Bus turnaround where some protesters previously obtained the large landscaping rocks that were used to cause injuries to officers. At approximately 2200 hours, the 180 team responded to the Capitol to assist other units who were holding a field force line but were being hit with thrown items. Upon arrival I observed rocks, empty and full glass bottles, 2x4 lumber pieces, explosive devises and other unidentified objects being thrown at officers and myself. I remained with the team as we dispersed the group of violent protestors off of capitol property.

A large fire dumpster fire was started in veterans park and our line moved into the park to set up a perimeter to protect Denver fire so that they could put the fire out. During this I deployed Pepper spray on an unidentified individual who was advancing on my position, refusing to follow orders to move back, and issuing threats against my person.

I continued to drive the RDV to several different locations at the direction of my supervisors. During this I did not utilize any less than lethal devices. While driving to a new location I was driving west bound near Colfax Ave and Cheyenne Pl when the RDVs Rear driver side window was shattered by an unknown object, showering me with glass. We circled back around and while driving south bound in the 1500 blk N Broadway St I observed a white male in a black hoodie picking up some large landscaping rocks from the same rock pile which violent protestors had used to injure and assault officers since 05-28-2020. I yelled at Officers Connors directing his attention to this individual and stopped the vehicle. As I did so I observed him pick up another rock. I observed Officers Connors Identify himself as a Denver Police Officer and attempt to detain the individual, who was later identified to be

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 23 / 20 20 20
Date

☐ a.m. ☑ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002937

Page 5 of 7                                                                    GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
# STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) McDermott, Maxwell D. | | | Person Making Statement is: ☐ Officer   Serial Number 16015 ☐ Witness   ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia 1311 W 46th Ave | | | City Ciudad Denver | County Condado Denver | | State Estado Co | Zip Code Código postal 80216 |
| Business Phone Teléfono del trabajo/empresa ( ) - | Email Address Correo electrónico Maxwell.mcdermott@denvergov.org | | Date of Birth Fecha de nacimiento / | | | | |
| Business Street Address Dirección de trabajo/ empresa 1311 W 46th Ave | | | City Ciudad Denver | County Condado Denver | | State Estado Co | Zip Code Código postal 80216 |
| Officer Taking Statement McDermott | | Serial No. 16015 | Date 06-23-2020 | | Time 2040 | | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: Denver | | | Location Where Statement was Taken: Lugar donde se tomó la declaración 1311 W 46th Ave | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

Conrad Torsello 11-13-1993. I observed Torsello square up in a fighting stance towards Officer Connors and start pushing Officer Connors in an attempt to fight him or escape police custody. Knowing Torsello was armed with rocks that could be used to injure officers I ran to the area and grabbed Torsello and pulled him to the ground. He was then able to be placed into custody without further incident. While conducting pat down of his person I located two large rocks, one in his hoodie pocket and one in his back-right pants pocket. Torsello had no injuries and made no complaint of injuries. Charges for throwing missiles and interference were approved by 100 Lieutenant Williams. Denver Sheriffs were called to the location and transported him down to the DDC. I was not involved in any further uses of force for the remainder of this protest on this date.

On 05-30-2020 at approximately 1030 hours, while working District 1 IMPACT 180 team, I again responded to the George Floyd protest occurring in the downtown area (District 6). Our team was deployed in the District 1 Rapid Deployment Vehicle (RDV). I was not issued any less than lethal systems on this day. On this day I was designated to be the RDV driver, as I have been trained on the driving of these vehicle and due to my injured foot.

At an unknown time while heading to assist an outside agency that was dealing with violent protesters as E Colfax Ave / N Logan St our RDV front right windshield was struck by an brick, thrown by an unknown suspect. I was again showered with glass. The brick was thrown with such force that it almost pierced the trucks windshield which would have caused injury to Lieutenant Williams, who was sitting in the front seat of the vehicle. The suspect fled before officers could take him into custody.

At approximately 2300 hours, while still same area and while in the drivers seat of the RDV with the team dismounted around me I observed a Black sedan strike my vehicle (it hit and broke its passenger side mirror

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

O6 / 23 / 20 20
Date

211   ☐ a.m. ☑ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002938

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

on the front right bumper of the RDV) fly around the corner from Colfax Ave north bound on to N Logan St, intentionally attempt to hit officers in the street, who avoided it by taking shelter behind parked cars, and strike 3 District 6 officers pinning them to their RDV. It then fled Northbound on N Logan St. I responded first to the hospital as one of the District 6 officers was my Academy class mate and then to HQ to give a full statement with the Homicide unit. (20-335686).

On 05-31-2020 at approximately 1030 hours, while working District 1 IMPACT 180 team, I again responded to the George Floyd protest occurring in the downtown area (District 6). Our team was deployed in the District 1 Rapid Deployment Vehicle (RDV). I was not issued any less than lethal systems on this day. On this day I was designated to be the RDV driver, as I have been trained on the driving of these vehicle and due to my injured foot.

I encountered parties that the team had already arrested for mayoral curfew but did not affect arrests on this day. I remained with the RDV and followed the team as they were deployed in field force lines. At approximately 2230 hours I switched out with Officer Moser as he needed a break. I took over his 40 mm Less than Lethal launcher and assisted with the field force line as they dispersed a violent crowd that was throwing projectiles. The field force was moving East bound on W 12th Ave / N Broadway St. Just East of W 12th Ave / N Lincoln St this I was struck by another rock in the left shin that left a laceration and large contusion on my left shin. I did not see the suspect or the where the rock was thrown from. I observed protestors lighting mattress and dumpsters on fire. I also observed an unknown suspect light a line of gasoline in the road to create a barrier. Throughout this they continued throwing rocks, concrete, glass bottles, and other objects to assault officers. As the line halted at E 12th Ave / N Grant St to allow Denver Fire Department to put a fire out. I observed protesters place two large dumpsters into the road to create a barrier. I observed several individuals exiting the 1100 blk N Grant St / N Logan St alley to throw unknown objects at the field force line. I observed suspects exit the alley with objects in hand assume a throwing stance with their arm cocked back and I launched 2 soft 40mm rounds at the suspects. However due to my gas mask, low light, and the angle of fire both rounds bounced off the fence next to violent protesters throwing the objects, not hitting them. I launched a 40 mm CS round at the fence just in front of the alley exit as another suspect exited the alley with an object in his hand, took a throwing stance with his arm cocked back and attempted to throw an unknown object. The CS round burst on the fence and caused the suspects to stop throwing rocks from that location.

On 06-01-2020 while working District 1 IMPACT 180 team, I again responded to the George Floyd protest occurring in the downtown area (District 6). Our team was deployed in the District 1 Rapid Deployment Vehicle (RDV). I was not issued any less than lethal systems on this day. On this day I was designated to be the RDV driver, as I have been trained on the driving of these vehicle and due to my injured foot. We remained on standby in the 1300 Blk N Cherokee St until dispatched.

At approximately 2000 hours 180 and 380 teams responded to W Colfax Ave / N Broadway St on a call of two male fighting. It was aired that one male had been knocked to the ground and was possibly knocked out. Upon arrival I remained with the RDV on the south curb line just west of Broadway as the team dismounted and waited

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos elli contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 23 / 20 20
Date

2l1        ☐ a.m. ☒ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**Page 7 of 7**

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) McDermott, Maxwell D. | | | Person Making Statement Is: ☐ Officer    Serial Number 16015 ☐ Witness    ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia 1311 W 46th Ave | | | City Ciudad Denver | County Condado Denver | State Estado Co | Zip Code Código postal 80216 |
| Residence Phone Teléfono de residencia (720)913-7876 | Business Phone Teléfono del trabajo/empresa (   )   - | | Email Address Correo electrónico Maxwell.mcdermott@denvergov.org | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa 1311 W 46th Ave | | | City Ciudad Denver | County Condado Denver | State Estado Co | Zip Code Código postal 80216 |
| Officer Taking Statement McDermott | | Serial No. 16015 | Date 06-23-2020 | | Time 2040 | Hours |
| Concerning an incident occurring at: En referencia a un incidente que ocurrió en Denver | | | Location Where Statement was Taken: Lugar donde se tomó la declaración 1311 W 46th Ave | | | |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

around the dismounted team. They were visibly angry and yelling at the teams. I observed several object being thrown from the crowd. I observed a object being thrown and land in the grass in close proximity to my truck. I observed a fuse burning on it. I observed the fuse burn out and as I turned my head away I heard a loud explosion. It did not emanate any colored light a firework, I felt pain in my left ear, and it left my left ear ringing with pain and diminished hearing for an hour or so.

I again continued to drive the 180 and 380 team around and had no further use of force incidents.

Throughout this Protest event, I did not witness any officers act in an inappropriate way, and observed my fellow team member act with great professionalism and restraint when confronted with verbal and physical abuse by violent protesters. This is statement is completed with my best recollection of the events.

Nothing further.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 23 / 20 20
Date

2111   ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002940

Page **1** of **10**                                                                                                              GO/CAD No.

## Denver Police Department   **Departamento de Policía de Denver**
# STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br>Williams, James D. | | | Person Making Statement Is:<br>☒ Officer   Serial Number 92017<br>☐ Witness   ☐ Person Advised/Victim | | | | |
|---|---|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | | | City<br>Ciudad | County<br>Condado | | State<br>Estado | Zip Code<br>Códgo postal |
| Residence Phone<br>Teléfono de residencia<br>(    )    - | Business Phone<br>Teléfono del trabajo/empresa<br>(    )    - | | Email Address<br>Correo electrónico | | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br>District One | | | City<br>Ciudad | County<br>Condado | | State<br>Estado | Zip Code<br>Código postal |
| Officer Taking Statement<br>Same | | Serial No. | Date<br>6/20/20 | | Time<br>1600 | | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en:<br>Floyd Protests | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>District One | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

From Thursday, 5/28 through Tuesday, 6/2. I responded to provide command support for protests throughout the city. A number of these events turned into riotous situations with massive damage to property and numerous assaults to officers and members of the public. During this event I authorized the use of Pepper Ball, 40mm launchers and chemical munitions. Each authorization I made was done in accordance with Department policy. Furthermore, all force that I observed officers use was reasonable and appropriate and consistent with Department policy. The following is an account of the actions I took and directed officers to take during this response. This report is being completed weeks after the actual events. It is an accurate description of what occurred. However, due to the duration and intensity of the event, I am not completely certain as to times and exact locations. I will address my activities to the best of my recollection by each date.

**Thursday, May 28th, 2020**

At approximately 1830 hours I was advised that a large group of protestors were moving west past Union Station and towards Interstate 25. I was in contact with Sgt. Dave Abeyta (180) and the District 1 Impact Team. I moved to the west side of the highway to direct officers to prevent protestors that had crossed over the Highlands Bridge (over I-25) from entering the highway. We were successful with verbal advisements and prevented about a dozen protestors from accessing the highway on the west side. However, a large group of several hundred protestors crossed the bridge from Commons Park to Platte St and many protestors were able to get on to I-25. I drove down from 20th St and into the SB lanes and D1 Impact followed. I directed them to make several arrests of individuals who were standing and kneeling in traffic lanes blocking traffic and causing vehicles moving at high speeds to have to brake heavily. While these arrests were being made, I could see a very large crowd massed on the east side of I-25 yelling and screaming at SWAT and other officers who were deployed in the NB lanes. (Continued next page)

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____/___21___/ 20  _20_
Date

_O ʃOO_   ☐ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003018

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

I then saw several bottles and rocks being thrown at the officers in the NB lanes. I heard on the radio an ambulance being requested Code-10 for an injured officer. We were able to clear the highway of our arrests and restore traffic to the SB lanes. I and the officers around me did not engage in any use of force, other than handcuffing at this location.

Around 2010 hours information was aired that the south side of the State Capitol was being damaged by a large group of protestors. Specifically, windows were being smashed, walls spray-painted, and vehicles were being destroyed. I arrived at that location at approximately 2025 hours and noticed a very large crowd at 14th and Sherman. I also personally observed that windows on the Capitol had been broken and at least one vehicle in the south lot had been heavily damaged. Metro 2, Lt. Pine, was at that location with his team. Protestors were gathering around the RDV's and other police units, many in the crowd were chanting threats to officers. I assisted a few sergeants with forming a line of officers and directing the crowd back away from the police vehicles. This was done with verbal commands and we were successful in getting the crowd to back away from our vehicles. While holding this line, some behind the front line of the crowd started throwing water bottles and a few other objects at us. The crowd size also continued to grow. It is important to note that there was a simultaneous event occurring at the District 6 station in which a large crowd was attempting to force entry into the building and was also throwing items at officers. This made radio communication with the command post very difficult. I consulted with Lt. Pine and we determined that the violence in the crowd was escalating and we needed to move the crowd out of the street. At around 2100 hours, I used the PA system on a Metro RDV and read a dispersal order to the crowd. The order stated that they were in violation of obstructing the roadway and needed to move. I gave the crowd a timeframe of 5 minutes to disperse and told them to leave either east on 14thAve or south on Sherman St. I repeated the announcements 2 additional times announcing the time each time. More items were being thrown at us at this point, and I gave the order for officers to put their gas masks on. I donned mine as well. Around 2110 hours, I gave the order for officers to move forward and begin pushing the crowd back. As soon as we moved forward small and large rocks were thrown at officers. Metro 2 ordered the deployment of chemical munitions to include Smoke Grenades and Pepper Ball followed by CS. None of my District 1 officers had any Less Lethal systems or chemical munitions with them on this date. I observed that Pepper Balls were first fired at the ground in front of protestors to move them back. The barrage of rocks continued, and one struck me in the abdomen, knocking the wind out of me and causing instant pain. The chemical munitions were effective and dispersed the crowd.

While reorganizing our officers, another group of protestors was now on 14th near Lincoln where many of our vehicles were parked. Some of them started vandalizing our vehicles. I shifted our resources to address this crowd and we moved them back onto Capitol grounds north of 14th. While holding this line the crowd continued to grow again. We started taking large rocks 4"-6" in diameter. I saw one launched from a distance that narrowly missed me. A second one followed a few seconds later and struck me on the right side of the lower abdomen nearly knocking me to the ground. The pain was excruciating, but I decided that we needed to push forward immediately to stop this assault.

(Continued next page).

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 21 / 20 20
Date

0200   ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

GO/CAD No.

## Denver Police Department  Departamento de Policía de Denver
## STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Williams  J.R | | Person Making Statement Is: ☐ Officer    Serial Number ☐ Witness    ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia (   )   - | Business Phone Teléfono del trabajo/empresa (   )   - | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa | | City Ciudad | County Condado | State Estado | Zip Code Código postal |

| Officer Taking Statement | Serial No. | Date | | Time | Hours |
|---|---|---|---|---|---|

| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: | Location Where Statement was Taken: Lugar donde se tomó la declaración |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

We pushed into the crowd and chemical munitions were deployed by SWAT officers. I did have an OC fogger but did not encounter any individual within range that was exhibiting either defensive resistance or active aggression. I did not discharge the OC fogger on this date. We continued to push this crowd towards Colfax Ave. Many of them gathered on the north side of Colfax on RTD property and moved towards Broadway. They were now standing in a large pile of Landscaping rock. They immediately began picking up these rocks and throwing them at officers. It literally felt like it was raining rocks at this point. Eventually the crowd was dispersed, and we returned to our vehicles. Two of the officers on D1 Impact were also struck with rocks and injured during this incident.
We got to our vehicles and I directed the 180 team to assist with response to crowds who were now breaking windows and looting businesses north of Colfax and Broadway. While traveling north on Lincoln at Colfax several rocks hit my vehicle shattering the rear wing window and my front passenger door window. I saw a male throw one of the rocks that hit my vehicle and I followed him as he ran. He was caught at 16th and Broadway and arrested. I later received direction to respond to the southside of Civic Center park. A9 advised that other teams were tasked to go through the park and order people to leave as it was now well after park curfew. I took the 180 and 380, Sgt. Rick Beall, teams with me. We staged on 14th and advised several people there to leave.  Officers in the 1300 block of Broadway asked for assistance and 180 and 380 responded. I remained with our vehicles. While standing at the front of the line of vehicles. A male suspect ran out of the park and started stabbing tires on the police vehicles with a knife. I yelled and chased after him as he ran. I thought it unwise to continue the foot pursuit by myself, so I returned to the vehicles. We called a tow to change out tires.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.  He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender.  No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 21 / 20 20
Date

0200   ☐ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003020

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

Around 0030 hours, the 180 team and I responded to 12th and Broadway on the report of a burglary in progress with glass doors being broken. As we pulled up to the location, a crowd of a dozen or so began throwing rocks from an elevated position by the building. One of the rocks cracked the windshield of my vehicle. We chased after the suspects and they fled south and east. A fairly large crowd had assembled on 12th, so we turned our attention towards dispersing them with the other units that were on scene. While at that location, the driver of a large dark grey truck got into an argument with several males. I could hear the disturbance and turned around in time to see the truck intentionally driving forward ramming a vehicle in front of him and reversing and intentionally ramming the vehicle behind him. He then drove towards us and several officers yelled for him to stop. He turned east onto 12th and nearly struck both officers on foot and in vehicles near Lincoln. Another call came out that suspects were back at the Capitol building possibly setting fires. I responded there with the 180 team. As we were driving along the south side of the Capitol there were several small groups of people some of them were throwing rocks. One male threw a rock that struck Sgt. Abeyta's vehicle and ran. I followed the suspect through the Capitol parking lot in my vehicle followed by the other 180 units. The suspect turned around and ran west but was caught by officers on foot and arrested. After this incident, people had mostly left the area and there were no further acts of violence or destruction occurring. We were released around 0230hours.
Photos of officer injuries and vehicle damage related to this date were uploaded to evidence.com.

**Friday, May 29th, 2020**
There was a command/supervisor briefing on this date at 1100 hours. I was assigned the following Impact teams on this date: 180 (Sgt Abeyta), 380 (Sgt. Rick Beall) and 570 (Sgt. Joe Lucero). I briefed my teams on the criteria for the use of Less Lethal which included using Pepper Ball, 40mm, gas foggers and CS canisters. Specifically, I told them 40mm was to be used to target individuals engaged in active aggression and that CS canisters would only be used when ordered by a command officer. Much of the early part of the day was spent shadowing protests and staging near bridges to prevent the crowd from accessing I-25. There were no incidents in which officers on my team engaged in any UOF against protestors during this timeframe.
Later in the evening we responded to assist 6200, Lt. Chavez, who had a crowd of protestors engage him while securing a rock pile at Colfax and Broadway. Officers aired that suspects were throwing rocks and large fireworks (flash bangs) at them. We took up responsibility for securing the rock pile and denying individuals from using them as weapons against us as they had done the previous night. Throughout our time at this location groups would gather, and individuals would throw rocks, liquids and fireworks (including large mortars) and other objects at officers. Several other units from Denver and other outside agencies responded to assist us with securing the rock pile and we formed a large perimeter. We also observed suspects breaking windows on the Denver Post building. We responded to that location several times with a team but were unable to apprehend suspects. I was tasked with keeping the entire perimeter intact, so I interacted with supervisors and command from all the assigned units. On several occasions, I observed individuals throwing rocks and I advised officers with Pepper Ball and 40mm to engage them. Suspects had intentionally started fires in Veterans park and one large fire had flames reaching nearly 20 feet high. We pushed out lines forward and dispersed the crowd to provide cover for DFD while they put out the fire.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 21 / 20 20
_____
Date

0200   ☐ a.m. ☐ p.m.
_____
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

9LOD

DPD 366 (Rev. 06/19)

Page **5** of **10**                                                                 GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Williams, JD | | | Person Making Statement Is: ☒ Officer   Serial Number 92017 ☐ Witness   ☐ Person Advised/Victim | | | | |
| Residence Street Address Dirección de residencia | | | City Ciudad | County Condado | | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( ) - | Business Phone Teléfono del trabajo/empresa ( ) - | | Email Address Correo electrónico | | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa | | | City Ciudad | County Condado | | State Estado | Zip Code Código postal |
| Officer Taking Statement | | Serial No. | Date | | Time | | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: | | | Location Where Statement was Taken: Lugar donde se tomó la declaración | | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

By around 2238 hours, Veterans Park was mostly clear but there were numerous reports of large crowds breaking windows, looting businesses and attempting to set fires. One of these reports included the Denver Post building and I responded to that location with the 180 team. At Broadway and Cheyenne we were struck with numerous rocks, one of which broke the rear passenger window of our RDV. As we traveled on Broadway we saw a male suspect taking a rock out of his backpack and officers went to contact him. The suspect ran but was quickly taken into custody.

We continued to respond to reports of individuals vandalizing and burglarizing buildings. Most of these locations were clear of suspects prior to our arrival. In many instances' suspects would run when they observed us from a distance and we were unable to apprehend them. Two officers on my team received injury related to rocks or other objects that struck them during this date. We were released around 0230 hours and returned to District One.
**Saturday, May 30th, 2020**
A briefing was held with command and supervisors at 1030 hours. I was again assigned the 180, 380 and 570 teams. In addition, I had two D1 teams 130 and 140. I was asked to assign 570 to provide security for a crew that was removing rocks from RTD property at Colfax and Broadway. The crew consisted of dump trucks and two large front-end loaders. They were digging up and removing the rocks that had been problematic for us over the previous two days. I briefed my teams and went over the criteria for use of less lethal and chemical munitions. I responded separately to 570's location and briefed that team as well.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados*

6 / 2 / 20 20
_____ Date

0200 ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003022

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

Around 1530 hours we responded to the District 6 station due to a large crowd gathering at that location. We pulled in to the lot and I sent the 180 and 380 teams to assist with covering the west end of the lot where the crowd was located. I staged my 130 and 140 teams along the east side of the lot and remained with them. Several in the crowd tried to breach the fence on the west side and officers started having bottles and rocks thrown at them. Command on the west side of the lot deployed chemical munitions. The crowd never moved to the east side of the lot and the officers staged at that location did not deploy less lethal or chemical munitions. Once the crowd was dispersed, we returned to the area of 14th and Bannock.

Around 1720 hours I responded to Colfax and Broadway to meet with 570. There was a large number of people occupying Capitol grounds and Veterans and Civic Center Park. Around 20-30 protestors had advanced on 570 and were trying to get them to back away from the rock pile. I called for the rest of my teams to respond to the location to assist. In short order hundreds of protestors converged on our location yelling for us to leave. I called for additional units and had no choice but to fall back to our vehicles which were parked in the long driveway just south of the RTD turnaround. The protestors swarmed into the area where the heavy equipment was working and threw rocks and other objects at the operators. The workers drove out of the area with their equipment. Additional teams arrived, and we were able to push the crowd back out to Broadway and out across Colfax. I established a line that stretched from Lincoln to Broadway and consisted of units from Denver PD, outside agencies and DSD. We maintained that line and the excavation crew returned to finish their work. The crowd remained at this location for over 2 hours and threw rocks, bottles, large fireworks and unknown liquids at officers on the line. The southeast side of the line suffered the most violence. TAC 2 and other command took control on that side of the line and had to deploy chemical munitions several times to disperse the crowd and stop them from throwing items at officers. I checked up and down the line and made sure that supervisors were resupplied with munitions. Several reports came out of protestors attacking and assaulting each other to include a stabbing. I personally witnessed a few of these fights. There was no way to safely respond to any of these incidents. The excavation crew eventually finished their work and we continued to hold the line.

A9 announced that we would be enforcing the mayor's emergency curfew order, which started at 2000 hours. I had drivers for the vehicles pull their cars onto Colfax and I read several announcements over the PA system on my police vehicle. The announcements started at 1950 hours. I gave protestors the option of leaving west on Colfax or south on Broadway. I did not observe any of them attempting to leave. Other command officers made the same announcements over PA systems along the line. Around 2003 hours we coordinated and advanced towards the crowd telling them to move. I was at Colfax and Broadway with my teams and were attempting to move the crowd to the west and south. A few individuals directly in front of me were making threats, shouting things like, "I'll fucking kill you pigs," and were refusing to move. I deployed my OC fogger on two of these individuals that were threatening me and other officers. It was effective, and they moved to the west. Pepper Ball was also deployed to stop people from throwing items and to get them to move out of the area. As the crowd started to disperse, I directed 140, Sgt. Horton, to continue to move west with the 130 and 140 teams. I then returned to my vehicle and directed the 180 and 380 teams to assist with moving south on Broadway. We progressed to the south and had to remove a fence that protestors had dragged across Broadway. Some protestors stopped and kneeled in the street refusing to move and were arrested. We continued to have fireworks and other objects thrown at us while we moved to the south.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_6_ / _21_ / 20 _20_
Date

_0200_   ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

GO/CAD No.

### Denver Police Department  Departamento de Policía de Denver
### STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Williams, JD | | | Person Making Statement Is: ☒ Officer  Serial Number 92017 ☐ Witness  ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( )   - | Business Phone Teléfono del trabajo/empresa ( )   - | | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa | | | City Ciudad | County Condado | State Estado | Zip Code Cód go postal |
| Officer Taking Statement | | Serial No. | Date | | Time | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: | | | Location Where Statement was Taken: Lugar donde se tomó la declaración | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

The crowd would disperse and then regroup as if they were making a stand. Objects would be thrown at police and less lethal was deployed. Some in the crowd had started fires along the way in trash cans and against buildings. A few incendiary devices were also thrown at officers. A large crowd of around 300 made a stand at 12th and Broadway. Again rocks, fireworks and other objects were thrown at officers. Less lethal and gas was deployed and the crowd dispersed. Many ran east across Lincoln and entered a residential neighborhood. They began to light fires near Sherman St in apartment building dumpsters. Some of these were near apartment buildings and created an extreme risk to the people inside. We paused at 12th and Sherman to cover DFD putting out a fire. During this time police vehicles following us were attacked by several protestors who threw rocks and other objects breaking out the glass. Eventually the crowd was dispersed and we returned to our vehicles.

My teams returned to our staging area, where we resupplied. Per the direction of A9, we broke up into smaller teams to enforce the mayor's curfew order and deal with smaller groups that were engaged in vandalism. I stayed with the 180 and 380 teams. We drove east along 12th Ave from Lincoln and removed large dumpsters from the roadway along the way. Around Pennsylvania St, we were assisting neighbors with picking up a dumpster from the street when some males threw rocks at us. Pepper Ball was deployed and the suspects were pursued but got away. We drove back west towards Broadway and were directed to assist teams in the 600 block of East Colfax that were being attacked by a large group throwing deadly items. As we were traveling east on Colfax nearing Logan, a large brick struck our windshield at eye level right where I was sitting. I was showered with small shards of glass and my gas mask saved me from getting them in my eye. Several of these tiny shards landed on my neck and arms causing a few minor cuts. Officers pursued the suspect into the alley but gave up the chase due to a large group on Colfax.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 21 / 20 20
Date

0200  ☐ a.m. ☐ p.m.
Time Statement Completed

- 92017

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

We established a line across Colfax to deal with the group who was throwing items at officers to the west. Less lethal, both 40mm and Pepper Ball was deployed at individuals engaging in active aggression. The crowd was dispersed and a few arrests were made.

While waiting for a Scout Van at the location, I observed a dark colored Chevy sedan accelerate at a high rate of speed east on Colfax towards us. The sedan swerved north onto Logan and steered directly towards 3 officers on my team who had to dive out of the way. The vehicle continued north on Logan where it intentionally side-swiped an RDV near 16th, severely injuring two officers. We responded to this location and I took control of the crime scene. The officers were transported by ambulance and the scene was marked off with tape. We had an additional team of officers at Colfax that was providing security to prevent anyone from coming north on Logan into the scene. Protestors converged on those officers and attacked them with rocks and other objects. I directed part of my team to assist at that location and told them to deploy less lethal to include chemical munitions to prevent the protestors from assaulting officers and from overtaking the crime scene.

**Sunday, May 31st, 2020**

A briefing was held with command and supervisors assigned to the protests. I was again assigned 180, 380, 570, 130 and 140 teams. I briefed my team with updated information and again addressed the criteria for using less lethal and chemical munitions. We spent much of the early part of the day monitoring and shadowing protest movements. There was no UOF from my officers during this timeframe.

After the mayor's curfew order, we patrolled around the outside of our area to advise people to leave or they would be arrested. Around 2200 hours, a group of about 75 protestors had assembled near 12th and Cherokee and were walking north towards PAB. I deployed my teams and we established a line across 12th. Rocks were thrown by protestors and at least one incendiary device. I authorized the deployment of gas munitions to disperse this crowd and stop the violent actions directed at us. I was struck at least three times on the helmet with a rock and once on the left arm. After the crowd was dispersed, we continued to patrol the area to enforce the emergency curfew order. We contacted several individuals at 12th and Broadway and recovered two loaded handguns from the suspects. MATT responded for the arrest and collected the guns.

I was later asked to stage my team along with teams from other districts and outside agencies along Broadway to prepare to push through Veterans park where there were still a large number of protestors engaged in lighting fires and other criminal activity. We created a large line across Colfax and moved into the park. While pushing through the park, rocks, bottles and large fireworks were thrown at us. Less lethal was deployed at individuals engaged in active aggression and chemical munitions were also deployed. While we were moving south through the park and large fireworks mortar landed at my feet. I kicked it away and it exploded about 10 feet away. We continued to push through the park to 14th and were able to disperse the crowd. My teams loaded back up in their vehicles and broke into smaller units to continue to pursue law violators and enforce the curfew order. We arrested several people in the 1000 block of Broadway/Acoma. These arrests were made without any UOF other than handcuffs. We were released around 0130 hours.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 , 21 / 20 20
Date

0200        ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

GO/CAD No.

### Denver Police Department  Departamento de Policía de Denver
### STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Williams, JD | | | Person Making Statement Is: ☒ Officer   Serial Number 92017 ☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Dirección de residencia | | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia ( ) - | Business Phone Teléfono del trabajo/empresa ( ) - | | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa | | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Officer Taking Statement | | Serial No. | Date | | Time | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: | | | Location Where Statement was Taken: Lugar donde se tomó la declaración | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

#### Monday, June 1st, 2020

A supervisor/command briefing was held at 1500 hours. I was again assigned the same teams and briefed them on the criteria for using less lethal and chemical munitions. We spent the first part of our shift shadowing protest movements, which included a march that Chief Pazen participated in.

I received a call to respond to Colfax and Broadway on a party that had been assaulted and needed medical attention. I took the 180 and 380 teams with me to that location. We found the male victim and requested an ambulance Code-10. A group of protestors started to gather on the east side of Broadway and were yelling at us. We set up a perimeter around the male victim to protect him and the paramedics that had arrived on scene. A few rocks and water bottles were thrown our way, and my officers did not respond with less lethal. Then I saw a large cylindrical item that was smoking land about 10 feet away from the RDV and very near some of my officers and other bystanders. The device flashed but did not immediately explode. I looked at it and saw that it appeared to have block lettering on the side of it. It looked exactly like a military artillery simulator. I have seen these same types of simulators during my time in the Army National Guard. I thought it was a dud, but after several seconds it exploded with an incredibly loud sound. I temporarily lost hearing in my right ear, and one of my officers is still experiencing ringing in his ear weeks after the event. I directed my officers to deploy Pepper Ball to disperse the crowd that had gathered and urged the paramedics to quickly load their patient. We loaded back up on the RDV and some in the crowd ran towards us. A fogger was deployed to keep them away as we drove west on Colfax.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 21 / 20 20
Date

0200  ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

After emergency curfew was in place, we broke up into smaller units and we patrolled the area advising folks to leave or be subject to arrest. 130 and 140 contacted several people at 12th and Broadway. One male had a hatchet and ran from them. The male was caught, but Sgt. Gardner broke his leg while taking the suspect to the ground. While waiting for ambulances, a crowd advanced on them and started throwing items. We responded to assist, and the crowd was driven back by Pepper Ball. The crowd regrouped a second time and advanced again towards us. The last ambulance was ready to leave, so we followed them out and left the crowd behind.

Later in the night, I was again tasked with pushing through Veterans Park and advising people to leave. I formed a line across Colfax with my teams and several other DPD and outside agency units. We moved across the park and protestors moved away from us. A few items were thrown at us, but it was not as intense as previous nights. We got back in our vehicles and continued to look for small groups to advise on the mayor's curfew order. We made some arrests in the 1000 block of Broadway with no UOF other than handcuffs. We were released around 0120 hours.

<u>**Tuesday, June 2nd and Thursday, June 4th,2020**</u>

My teams did not deploy any less lethal munitions on either of these dates. However, we did arrest two males who were in possession of fireworks and a gas can. We also arrested one male felon who was in possession of a handgun, hatchet and several other weapons. We also assisted in the arrest of several suspects who had three rifles in their vehicles. On 6/4 we responded to a shooting in the 1400 block of Broadway. A male who was attacking protestors with a hatchet had been shot in the head by another unknown male. We protected the crime scene without much interference from protestors and other people in the park.

End of Statement.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_____/_____/ 20_____
Date

_____ ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

Page **1** of I

GO/CAD No.

## Denver Police Department **Departamento de Policía de Denver**
## STATEMENT **DECLARACIÓN**

| | | | | |
|---|---|---|---|---|
| Name (Last, First, Middle Initial) Nombre (apellido paterno, nombre, inicial del segundo nombre) **Apala, Jonas** | Person Making Statement Is: ☒ Officer   ☐ Witness   ☐ Person Advised | Serial Number 07027 | | |

| | | | | |
|---|---|---|---|---|
| Residence Street Address Domicilio del lugar donde vive | City Ciudad | County Condado | State Estado | Zip Code Código postal |

| | | |
|---|---|---|
| Residence Phone Teléfono del lugar donde reside ( ) - | Business Phone Teléfono del trabajo/empresa (720)913-2380 | Date of Birth Fecha de nacimiento / No. de Serie |

| | | | | |
|---|---|---|---|---|
| Business Street Address Domicilio del trabajo / empresa **550 E Iliff Ave** | City Ciudad **Denver** | County Condado **Denver** | State Estado **CO** | Zip Code Código postal **80126** |

| | | | | |
|---|---|---|---|---|
| Officer Taking Statement | Serial No. | Date 06\15\2020 | Time 1600 | Hours |

| | |
|---|---|
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: **District 6** | Location Where Statement was Taken: Lugar donde se tomó la declaración **METRO/SWAT** |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

I am writing this statement on June 15, 2020, over two weeks after I was assigned to multiple protest events which turned violent. Many of these events were long in duration, rapidly evolving, fluid and dangerous. I am writing them to the best of my recollection.

On May 30th, 2020 I was assigned to the METRO/SWAT Unit as a response team with the White Cat. We responded to various locations throughout District 6 on a peaceful Protest that turned violent. During the evening several officers, including myself were struck by various objects, to include but not limited to, large rocks, bottles, golf balls, improvised explosive devices and fireworks.

During these events I was equipped with less lethal throwable gas munitions. I hand deployed these munitions on multiple occasions and at various locations during these events after being authorized to do so by the Denver Police Department's command post, and only after officers were struck by the objects thrown by the violent crowd. I did not make any arrests nor did I render medical aid due to the suspects fleeing the area.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_06_ / _15_ / 20 _20_
Date

_1630_   ☐ a.m. ☒ p.m.
Time Statement Completed

_Jonas Apala    07027_
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 01/17)

DEN003245

Page 1 of 2

GO/CAD No. 20-334478

**Denver Police Department   Departamento de Policía de Denver**
## STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) | | | Person Making Statement is: | | | |
|---|---|---|---|---|---|---|
| Capolungo, Frank | | | ☒ Officer    Serial Number 15027 ☐ Witness    ☐ Person Advised/Victim | | | |

| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
|---|---|---|---|---|---|
| 3921 N. Holly St. | | Denver | Denver | CO | |

| Residence Phone Teléfono de residencia | Business Phone Teléfono del trabajo/empresa | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / |
|---|---|---|---|---|
| (720)913-1000 | (    )    - | | | |

| Business Street Address Dirección de trabajo/ empresa | City Ciudad | County Condado | State Estado | Zip Code Código postal |
|---|---|---|---|---|
| | | | | |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
| Capolungo | 15027 | 06-18-2020 | 1000 | |

| Concerning an incident occurring at: En referencia a un incidente que ocurrió en: | Location Where Statement was Taken: Lugar donde se tomó la declaración |
|---|---|
| 16th / Welton St. | 3921 N. Holly St. |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

On 06-18-2020, I was advised by my supervisor that I was requested to complete written statements regarding incidents that occurred on 05/28/20 through 05/30/20 in relation to protests. It should be noted these statements were completed twenty-two days later and were written to the best of my knowledge.

On 05-30-2020, at approximately 1700 hours, while assigned to unit 2Z54, I was party of an RDV team and responded to 16th / Welton to assist Aurora PD Officers. Upon my arrival, I observed a large crowd of protestors who had overtaken and pushed a line of approximately 8-10 Aurora Police Officers up against the wall of a building. Parties were throwing rocks at these Officers. I exited the RDV and Officers deployed Pepper ball munitions in order to disperse the crowd in order to make a rescue.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 18 / 20 20
Date

8 00   ☒ a.m. ☐ p.m.
Time Statement Completed

< Signature of Person Making Statement
Firma de la persona que hace la declaración

15027

DPD 366 (Rev. 06/19)

DEN003282

GO/CAD No. 20-334478

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

I then responded to the District 6 station and assisted Officers who were holding this location to prevent protesters from gaining entry. I stood by until returning to my AOR.

I then responded E. 14th Ave / N. Lincoln where I observed multiple parties vandalizing and damaging windows near the museum and court house. I traveled through the museum corridor and had parties disperse southbound. During this time, numerous reports of dumpster fires, car fires, and road blockades were reported in the Capital Hill neighborhood. Officers responded to these incidents and attempted to either disperse or apprehend these violent individuals. I utilized the 40mm launcher on parties who were actively starting dumpster fires in the middle of the roadways using explosive devices.

I then responded to E. Colfax Ave / N. Pearl where Officers received a report of Metro Security who were being attacked with rocks being thrown at them. Upon my arrival, I observed a Metro Security vehicle that was engulfed with flames and on fire. I observed two small groups of violent individuals throwing rocks at Officers in the 1400 Blk of N. Pearl St. One group was on the west side of the street moving northbound and the other group was on the east side of the street entering the alley to the east. I utilized the 40mm launcher and targeted these small groups who were actively throwing rocks at Officers and was just previously surrounding the car on fire.

I then responded to the area of E. Colfax Ave / N. Logan St. where a large group was located. In dispersing this group, a black sedan was traveling east bound a long E. Colfax Ave at a high rate of speed. This sedan almost struck my patrol vehicle I was sitting in and then traveled north bound into the 1500 Blk of N. Logan toward E. 16th Ave / N. Logan. I then learned via radio that this vehicle struck DPD Officers on an RDV vehicle. I assisted at E. 16th Ave / N. Logan St. by maintaining the security of the scene. I then received information that members of Aurora Police Department were being assaulted at E. Colfax Ave / N. Logan St. I walked to this location and observed multiple parties throwing large rocks at Officers. I stood on this line and utilized the 40mm launcher to target specific individuals who were throwing rocks at Officers. This crowd dispersed and I walked back to my patrol vehicle.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

04 / 18 / 20 20
Date

11 00   ☑ a.m. ☐ p.m.
Time Statement Completed

15487

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003283

GO/CAD No. 20-334340

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido paterno, nombre, inicial del segundo nombre) Chavez, Kenneth D. | | | Person Making Statement Is: ☒ Officer   Serial Number 79005 ☐ Witness   ☐ Person Advised | | | |
|---|---|---|---|---|---|---|
| Residence Street Address Domicilio del lugar donde vive | | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono del lugar donde reside ( )   - | Business Phone Teléfono del trabajo/empresa (720)913-2904 | | Date of Birth Fecha de nacimiento / No. de Serie | | | |
| Business Street Address Domicilio del trabajo / empresa 1566 Washington St | | | City Ciudad Denver | County Condado Denver | State Estado CO | Zip Code Código postal 80203 |
| Officer Taking Statement | | Serial No. | Date 06-11-2020 | | Time 0900 | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: Colfax & Lincoln | | | Location Where Statement was Taken: Lugar donde se tomó la declaración District 6 Station | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

No BWC.

During the evening hours of May 30th, 2020, I was on-duty, in full DPD uniform responding to a large protest centered at the State Capital Building. I found myself with a formation of other DPD Officers at Colfax between Lincoln and Broadway which was designated Area 1 under the command of Lt. J.D. Williams. There was a large group of highly aggitated protesters in the 1400 Blks of Broadway and Lincoln as well as in Veterans Park. Several individuals in the crowd were throwing rocks or water bottles at our formation. I witnessed several Officers get struck by projectiles. At a point in time, a skirmish line was formed in the 1500 blk of Broadway facing south. We were given direction from the Command Post to push south to dislodge the protesters. As we marched on-line southbound, our formation had various rocks and or other items thrown at us. Protesters also threw tear gas canisters back at us on numerous occasions.

At various times during this march southbound, I directed several unknown officers (they were wearing helmets and gas masks) close to me to deploy Pepperball at the crowd in order to move them south and to deter them from throwing items at us. Afterwards, I was involved in several skirmishes with angry and violent protesters in Veterans Park and on the State Capital grounds. I personally deployed about 4 tear gas canisters at the crowd to protect myself and other officers from rocks and water bottles being thrown at us as well as to dislodge the crowd's hostile formations.

I spent a total of about four hours in a helmet and gas mask in this area and at the conclusion of the event, my uniform was saturated with tear gas.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

_____/_____/ 20_____
Date

_____   ☒ a.m. ☐ p.m.
Time Statement Completed

_____
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 01/17)

DEN003298

Page **1** of **2**

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
## STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) Giggey, Adam | | Person Making Statement Is: ☒ Officer   Serial Number ☐ Witness   ☐ Person Advised/Victim | | | | |
| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | Zip Code Código postal | |
| Residence Phone Teléfono de residencia ( ) - | Business Phone Teléfono del trabajo/empresa (720)913-2380 | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | | |
| Business Street Address Dirección de trabajo/ empresa 550 E Iliff Ave | | City Ciudad Denver | County Condado Denver | State Estado CO | Zip Code Código postal 80210 | |
| Officer Taking Statement | | Serial No. 06018 | Date 06/15/20 | Time 1400 | | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: D6 | | Location Where Statement was Taken: Lugar donde se tomó la declaración METRO/SWAT | | | | |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

I, Technician Adam Giggey (06018), am writing this statement on June 15, 2020 about events which took place on May 30th, 2020 in the District 6 area to the best of my recollection.

On May 30th, 2020 I was assign to the Metro/Swat Section as Metro 28 and responded to the area of District 6 to assist with a protest that was taking place. During the protest I responded to many different locations at the direction of the command post. Once we were at the scene of those locations, the protesters turned violent and began throwing rocks and bottles at us, as well as, Improvised explosive devises and large fireworks. After the order was given by the command post to deploy chemical munitions and disperse the crowd, I deployed various types of less lethal throwable chemical munitions to assist with dispersing the crowd. Every time I deployed less lethal throwable chemical munitions, I deployed them at a specific agitator after I witnessed them perform a violent act directly toward me, a fellow Officer, or at an innocent civilian. Once the violent action stopped, I stopped deploying less lethal chemical munitions.

Additionally, I deployed several less lethal 40MM rounds at specific agitators after witnessing violent actions directed either at myself, a fellow Officer, or an innocent civilian. However, I cannot specifically remember if I deployed it on this night, or on May 31st, 2020.

Due to the fact that the crowds dispersed, and the agitators fled on foot, after deploying less lethal throwable chemical munitions, no arrests were made.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

06 / 15 / 20 20
Date

1430   ☐ a.m. ☒ p.m.
Time Statement Completed

06018
Signature of Person Making Statement
Firma de la persona que hace la declaración

DEN003330

Page **1** of 2

GO/CAD No. 20-334478

### Denver Police Department   Departamento de Policía de Denver
# STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>MARTINEZ , DEREK , C | | | Person Making Statement Is:<br>☒ Officer   Serial Number: 18056<br>☐ Witness   ☐ Person Advised/Victim | | | |
| Residence Street Address<br>Dirección de residencia | | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia | Business Phone<br>Teléfono del trabajo/empresa | | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br><br>D2 - 3921 N HOLLY ST | | | City<br>Ciudad<br>DENVER | County<br>Condado<br>DENVER | State<br>Estado<br>CO | Zip Code<br>Código postal |
| Officer Taking Statement | | Serial No. | Date | | Time | Hours |
| Concerning an Incident occurring at<br>En referencia a un incidente que ocurró en. | | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br><br>HQ | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

ON 5/30/20 AT APPROXIMATELY 1600 HRS. WHILE WORKING RDV 200 I WAS DISPATCHED TO 16TH/ WELTON TO ASSIST AURORA OFFICERS REQUESTING HELP, AS THEY HAD BEEN OVER RUN AND CORNERED AGAINST A BUILDING. UPON ARRIVAL, A LARGE CROWD OF 200- 300 PEOPLE HAD CORNERED AURORA OFFICERS AND WERE THROWING ROCKS / BOTTLES AT THEM. I IMMEDIATELY ENGAGED THE CROWD WITH 40MM OC BY SHOOTING AT THE GROUND NEXT TO THEM AND A LARGE CONCRETE WALL IN FRONT OF THEM, AS NOT TO INJURE AURORA OFFICERS. THE CROWD QUICKLY DISPERSED AND FLED THE AREA

LATER IN THE AFTERNOON, METRO AND STATE PATROL CLEARED A LARGE CROWD AT THE CAPITOL, PUSHING PROTEST GROUPS SOUTH TOWARDS THE ART MUSEUM. WE WERE THEN DISPATCHED TO THE ART MUSEUM TO CLEAR A LARGE GROUP LOOTING AND DAMAGING PROPERTY. UPON ARRIVAL WE WERE IMMEDIATELY ENGAGED BY VIOLENT PROTESTERS WITH ROCKS AND BOTTLES. I TARGETED THESE ACTIVE AGGRESSORS WITH 40MM AND DISPERSED THE INDIVIDUALS FROM THE PROPERTY.

have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la 'eclaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles obre el incidente, sino sólo aquellos hechos que me han sido preguntados.

6 / 6 / 2020
Date

1315   ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DEN003382

Page 2 of 2

GO/CAD No. 20-334478

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

OUR TEAM WAS THEN DISPATCHED TO 13TH / GRANT TO DISPERSE ANOTHER CROWD LOOTING AND SETTING DUMPSTERS ON FIRE. UPON ARRIVAL WE WERE ATTACKED BY PROTESTERS WITH ROCKS AND BOTTLES. I WAS STRUCK IN THE RIGHT ARM, FACE, AND LEGS WITH MULTIPLE ROCKS. I ENGAGED INDIVIDUAL ACTIVE AGGRESSORS AT THIS LOCATION TO DISPERSE THE CROWD.

WE WERE THEN DISPATCHED TO COLFAX / PEARL TO ASSIST DENVER METRO SECURITY OFFICERS WHO HAD BEEN ASSAULTED BY PROTESTERS AND THEIR CAR HAD BEEN SET ON FIRE. AGAIN, I ENGAGED ACTIVE AGGRESSORS THROWING PROJECTILES AND QUICKLY DISPERSED THE CROWD.

WE THEN WERE DISPATCHED TO COLFAX / LOGAN TO ASSIST DOUGLAS COUNTY OFFICERS CALLING FOR HELP AFTER BEING ATTACKED WITH PROJECTILES. WE COORDINATED OUR APPROACH WITH ADJACENT UNITS AND TEAMS AND THEN TARGETED THE ACTIVE AGGRESSORS THROWING PROJECTILES WITH 40MM. ONCE THE AREA WAS CLEARED OF VIOLENT PROTESTERS WE MAINTAINED SECURITY FOR THE OFFICER HIT/RUN ACCIDENT AT 16/LOGAN WHERE OFFICERS WERE INTENTIONALLY TARGETED BY PROTESTORS.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 6 / 20 20
Date

1 3 1 5   ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003383

Page 1 of 3

GO/CAD No.

## Denver Police Department   Departamento de Policía de Denver
### STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br>Moser, Ryan | | Person Making Statement is:<br>☐ Officer   Serial Number P15076<br>☐ Witness   ☐ Person Advised/Victim | | | |
| Residence Street Address<br>Dirección de residencia | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia<br>( ) - | Business Phone<br>Teléfono del trabajo/empresa<br>(720) 591-7871 | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / |
| Business Street Address<br>Dirección de trabajo/empresa | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Officer Taking Statement<br>Moser | 15076 | Date<br>06/16/2020 | | Time<br>1300 Hrs | Hours |
| Concerning an incident occurring at:<br>En referencia a un incidente que ocurrió en<br>Down Town | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>1311 W 46th Ave | | | |

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

On 05/30/2020, 05/31/2020, 06/01/2020, 06/02/2020, 06/06/2020, 06/07/2020, 06/08/2020, and 06/09/2020 I was assigned to the District One Impact Team (180) to assist with monitoring and responding to large protest in the down town area.

I was briefed by Sgt. Abeyta (180) and Lt. Williams (100) on the operations plan, policies/procedures, and the guidelines concerning the deployment of "less lethal", including 40mm and CS gas, during a protest of this nature.

On each of the days that I was assigned to 180 I was also assigned a less lethal 40mm launcher, various 40mm ammunition, and various CS gas canisters. Throughout the several days of the protest the 40mm was deployed only when faced with a subject throwing rocks, bricks, bottles, molotov-cocktail's, and other explosive devices at my myself and/or other officers. Each deployment was targeting specific individuals whom were throwing one of the above-mentioned weapons and was deployed only to protect the safety of myself and fellow officers on scene. During each deployment I specifically targeted the legs of the subjects to avoid any possible injury that the 40mm could potentially cause. Due to writing this statement approximately 15 days from when the bulk of the 40mm deployments occurred, I have little recollection of the exact details on each deployment. Below is a timeline of the events as I recall them:

On 05/30/2020 180's RDV was deployed to the District 6 station due to a large group marching that way. Upon arrival a line was formed on N Washington St with another unknown RDV team and with Denver METRO SWAT in front of the station gate due to observing several subjects attempting to damage the gate and gain access to the

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos ahí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados*

6 / 20 / 2020
Date

1300   ☐ a.m. ☐ p.m.
Time Statement Completed

15076

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003403

**Page 2 of 3**                                                    GO/CAD No.

Summary of Statement (Continued)
Resumen de la declaración (Continuación)

police facility. After several minutes of peaceful protesters chanting, several subjects became violent, throwing bottles of water, rocks, and other items at officers on the line. Myself and an unknown officer standing next to me were struck with a gallon of an unknown white liquid substance, which was thrown from an unknown subject in the crowd. At some point during this incident, several subjects began to throw rocks and other items at myself and other officers. I deployed the 40mm approximately two times at subjects who were seen throwing items to prevent injury to myself and other officers. Once most of the crowd left the area of the station, 180 was asked to assist with securing the area of Colfax / Broadway to allow public works to remove large rocks from the area which were previously used as weapons by protesters in the area. A line of officers was formed and held, allowing the removal of the rocks from the area. While the west side of the line was mostly faced with peaceful protesters, several smaller rocks, water bottles, and other items were thrown from deep into the crowd at myself and other officers. I did not deploy the 40mm at this time.

Throughout the evening we were deployed to several "hot spots" within the area to cover Denver Fire, DHMC, and other agency's calling for help. While traveling to these locations I was standing on the side of the RDV and was struck with several rocks, bottles, and other unknown items causing pain but no major injuries. While traveling down W Colfax Ave I observed an unknown subject throw a large brick into the front windshield of our RDV, causing substantial damage to the vehicle. The 40mm was deployed approximately 3-5 times directly at subjects whom were throwing these items at our RDV and other officers.

At approximately 2300 Hrs I was standing in the area of E Colfax Ave / N Logan St addressing a violent crowd in the area when I heard the screeching of a vehicle's tires. I looked to the east where I observed a dark colored Chevy sedan (unknown plate) traveling at a high rate of speed and turning east onto Colfax Ave from N Grant St. I observed the vehicle accelerate in the direction of myself and rest of the 180 team and begin to swerve from the east bound lanes to the west bound lanes, which was where our RDV was parked to block traffic. I ran out of the way to avoid being struck by the vehicle while alerting my team members of the incoming vehicle. I then observed the vehicle swerve to the north sidewalk as if he was intentionally trying to injure the officers on scene. The vehicle narrowly missed the officers and began to travel north on N Logan St where I then heard what sounded like a collision. Cover officers aired that officers had been struck by the vehicle. We responded to the scene where we assisted with securing the scene until further investigation could be completed. While securing the scene at N Logan St / 16th Ave, several blocks from any peaceful protest, a violent crowd approached from W Colfax Ave as if they were looking for a confrontation. Several Denver officers and outside agency officers formed a line at Colfax / Logan where several violent protesters began to throw items at officers. Per Lt. Williams, I was directed to cover the other officers and was authorized to utilize CS Gas if needed to keep the violent protesters from entering the crime scene and interrupting the investigation. After being struck by several items, I deployed a CS gas canaster directly in front of a small group of violent subjects who were repeatedly throwing items to get them to disperse from the area and stop injuring officers.

On 05/31/2020 180 was assigned with enforcing the curfew laws. I assisted with several arrests throughout the evening. I was struck by several rocks, bottles, and other items throughout the night as I rode on the side of the RDV

---

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior, los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 , 20 , 2020
Date

1300      ☐ a.m. ☐ p.m.                                    1576
Time Statement Completed                          Signature of Person Making Statement
                                                  Firma de la persona que hace la declaración

DPD 368 (Rev. 06/19)

DEN003404

GO/CAD No.

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

I deployed the 40mm several times at these specific subjects in an attempt stop them from injuring officers. At some point while walking through the 1200 Blk of Cherokee St an unknown subject threw a Molotov-cocktail at officers on the line. This exploded into a large ball of fire. It's unknown if this injured any officers. The majority of the crowd was pushed east onto 12th Ave where several subjects began to light things on fire and continue to throw Molotov-cocktails. At some point while holding the line a subject who identified himself as a "media" staff member walked up behind the line of officers. Myself and cover officers confronted the subject where he then armed himself with a can of pepper spray and sprayed it directly at myself and other officers. An OC spray fogger was deployed and the subject was removed from the area.

On 06/01/2020 180 responded to the area of Colfax / Broadway on report of a subject who was injured during a large fight in the crowd. Upon arrival we were met with several subjects throwing items in our direction while we attempted to give the victim medical attention. While providing cover for EMS, a large explosive device was thrown in our direction, landing approximately 5 feet from where myself and other officers were standing. The unknown device exploded, causing injury to the ears of myself and other officers who were standing close by. At the time of writing this statement 15 days later, I'm suffering from ringing of the ears and suspected hearing loss due to this explosive device. An on-duty injury report was completed and the OUCH line was contacted.

From 06/06/2020-06/09/2020 I was assigned to 180 where we staged in a parking lot in the 1300 Blk of Cherokee St. We responded to areas only when dispatched by the command post. I assisted with arresting several subjects throughout the week, some of which were found to be armed with handguns and rifles. Due to acting as a cover officer I did not obtain the names or birthdays of any of the arrested subjects.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 20 / 20 20
**Date**

13∞  ☐ a.m. ☐ p.m.
**Time Statement Completed**

**Signature of Person Making Statement**
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003405

Page **1** of 2

GO/CAD No. 334478

## Denver Police Department   Departamento de Policía de Denver
# STATEMENT   DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) PORTER   V | | Person Making Statement is: ☒ Officer   Serial Number: 95061 ☐ Witness   ☐ Person Advised/Victim | | | |
| Residence Street Address Dirección de residencia | | City Ciudad | County Condado | State Estado | Zip Code Código postal |
| Residence Phone Teléfono de residencia | Business Phone Teléfono del trabajo/empresa | Email Address Correo electrónico | | Date of Birth Fecha de nacimiento / | |
| Business Street Address Dirección de trabajo/ empresa | | City Ciudad | County Condado | State Estado | Zip Code Código postal |

| Officer Taking Statement | Serial No. | Date 5-30-20 | Time 1500 | Hours |
| Concerning an Incident occurring at: En referencia a un incidente que ocurrió en: 16TH & WELTON | | Location Where Statement was Taken: Lugar donde se tomó la declaración 1300 BCK DELAWARE | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

ON THE ABOVE DATE IN THE MID AFTERNOON WORKING
2020 I WAS IN CHARGE OF AN ROV TEAM ASSIGNED TO
PROTESTS/RIOTS DOWNTOWN. WE WERE PATROLING DOWNTOWN
WHEN AURORA PD CALLED FOR HELP AT 16th WELTON
SAYING THEY WERE PINNED UP AGAINST A WALL TAKING ROCKS
WE RESPONDED AND OBSERVED AURORA PD SURROUNDED WITH OBJECTS
BEING THROWN. WE DEPLOYED PEPPER BALL AND 40mm ABOVE
THE TARGETS TO DISPERSE THE CROWD.

WE RESPONSE WERE THEN DISPATCHED TO 06 WHERE THE
CROWD WAS TRYING TO MAKE ENTRY. # WE SUPPORTED OTHER
UNITS BEFORE RETURNING TO OUR AOR.

LATER WE RESPONDED TO 14TH AND LINCOLN WHILE OTHER
UNITS PUSHED FROM THE NORTH AND EAST TO CLEAR THE
PARK. WE HAD A LARGE GROUP AT THE ART MUSEUM AND
THEY BEGAN TO THROW ROCKS AND OTHER PROJECTILES. WE

have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not
maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la
aclaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles
sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

6 / 1 / 20 2)
Date

1530   ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

PD 366 (Rev. 06/19)

DEN003421

Page 2 of 2                                          GO/CAD No. 334478

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

ENGAGED THE RIOTERS WITH LESS LETHAL MUNITIONS PUSHING
THEM OUT OF THE ART MUSEUM COMPLEX.

WE WERE MOBILE IN THE CAPITOL HILL AREA WHERE
WE ENCOUNTERED SEVERAL CROWDS LIGHTING FIRES, BLOCKING
STREETS, AND THROWING PROJECTILES AT US. AT 13TH & GRANT
I MADE AN ARREST AND COMPLETED UOF PAPERWORK.

LT CHAVEZ CALLED FOR HELP AT COLFAX AN LOGAN. A LARGE
CROWD LIT A PRIVATE SECURITY CAR ON FIRE, ASSAULTED
SECURITY AND WERE ENGAGING US WITH PROJECTILES. WE
REMAINED ON E. COLFAX UNTIL DISF 6 ROU WAS
TARGETED BY A VEHICLE AND SEVERAL OFCRS WERE
STRUCK. I RESPONDED ON FOOT TO THEIR LOCATION
(16 & LOGAN).

WHILE HOLDING THE SCENE DOUGLAS CO. CALLED FOR HELP
AT COLFAX & LOGAN WHERE A LARGE GROUP WAS THROWING
PROJECTILES. WE RESPONDED AND DEPLOYED LESS LETHAL
ANOTHER TEAM CAME FROM OTHER DIRECTIONS AND
ARREST WERE MADE

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 , 6 / 20 20
Date

1530   ☐ a.m.  ☒ p.m.
Time Statement Completed

9508

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003422

Page **1** of 2

GO/CAD No. 20-334478

### Denver Police Department   Departamento de Policía de Denver
# STATEMENT  DECLARACIÓN

| Name (Last, First, Middle Initial)<br>Nombre (apellido, nombre, inicial del segundo nombre)<br><br>VAPORIS, JACOB | | Person Making Statement Is:<br>☑ Officer   Serial Number: 11003<br>☐ Witness   ☐ Person Advised/Victim | | | |
|---|---|---|---|---|---|
| Residence Street Address<br>Dirección de residencia | | City<br>Ciudad | County<br>Condado | State<br>Estado | Zip Code<br>Código postal |
| Residence Phone<br>Teléfono de residencia | Business Phone<br>Teléfono del trabajo/empresa<br>720 913 1000 | Email Address<br>Correo electrónico | | Date of Birth<br>Fecha de nacimiento / | |
| Business Street Address<br>Dirección de trabajo/ empresa<br>3921 N Holly St | | City<br>Ciudad<br>Denver | County<br>Condado<br>Denver Co | State<br>Estado | Zip Code<br>Código postal<br>80207 |
| Officer Taking Statement | Serial No. | Date | | Time<br>1425 | Hours |
| Concerning an Incident occurring at:<br>En referencia a un incidente que ocurrió en: | | Location Where Statement was Taken:<br>Lugar donde se tomó la declaración<br>HQ | | | |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 5/30/20 in the afternoon I, Officer Vaporis, responded to #6th St/ N Welton St to assist the Aurora Police Dept. who was being surrounded by violent protesters. When we arrived I deployed pepper ball munitions at protesters who were throwing rocks at officers. Later we responded to the Denver Art museum where protesters were trying to break windows. When we arrived protesters began throwing rocks at us. I targeted protesters who were throwing rocks with my pepper ball munitions.

After leaving the Denver art museum my team responded to 15th/ Grant where a large group of protesters were throwing rocks and causing property damage. I assisted Sgt Bloom in arresting a male who was violating the emergency curfew order. I deployed my pepper ball at protesters who were throwing rocks at officers.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief.  I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.  He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

6 , 6 / 20 20
Date

1425  ☐ a.m. ☐ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003469

Page **2** of 2

GO/CAD No. 20·334478

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

Later, We responded to 16th/Logan to assist Douglas County Who was calling for help because protestors were throwing rocks at them. I deployed pepperball munitions at violent protestors throwing objects.

Earlier, we responded to Colfax/Grant on a report of multiple fires in the street. A denver Metro Security vehicle was on fire. Again, we received multiple rocks and bottles thrown at us. I deployed my pepperball at violent protestors throwing items.

Then we responded to 16th/Logan St after a vehicle had intentionally rammed a police BDV. We stayed on scene until we were released.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

6 / 6 / 20 20
Date

1425   ☐ a.m. ☒ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003470