IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,          )
Plaintiffs                                                     )
v.                                                                  )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                                   )

## Exhibit 56

## To Plaintiff's Motion for Class Certification

## Aurora BWC, 5/30, Lincoln and Colfax (COABLM 330)

## (Conventionally submitted)