IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                         )
v.                                                  )
CITY AND COUNTY OF DENVER, *et al.*, )
Defendants                                      )

# Exhibit 59

# To Plaintiff's Motion for Class Certification

# Denver BWC, 5/30, Lincoln and Colfax (DEN 4993)

# (Conventionally submitted)