

Exhibit 68



