

DE LA VACA

Exhibit 71