IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs   )
v.   )
CITY AND COUNTY OF DENVER, *et al*.,   )
Defendants   )

# Exhibit 72

# To Plaintiff's Motion for Class Certification

# Aurora BWC, 5/31, Lincoln and Colfax (COABLM 345)

# (Conventionally submitted)