IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                              )
v.                                                         )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                          )

# Exhibit 75

# To Plaintiff's Motion for Class Certification

# HALO video, Colfax and Pennsylvania, 5/31 (DEN 3874)

# (Conventionally submitted)