IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                                     )
v.                                                                 )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                                )

## Exhibit 78

## To Plaintiff's Motion for Class Certification

## Denver BWC, Basilica kettling, 5/31 (DEN 5109)

## (Conventionally submitted)