IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                           )
v.                                   )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                           )

# Exhibit 82

# To Plaintiff's Motion for Class Certification

# Aurora BWC, Basilica kettling, 5/31 (COABLM 402)

# (Conventionally submitted)