IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                                )
v.                                                           )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                              )

# Exhibit 83

# To Plaintiff's Motion for Class Certification

# 9 News aerial footage, 5/31 (9News 5-31-2020 4)

# (Conventionally submitted)