IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,  )
Plaintiffs  )
v.  )
CITY AND COUNTY OF DENVER, *et al*.,  )
Defendants  )

# Exhibit 84

# To Plaintiff's Motion for Class Certification

# Video from Jonathan D. Duran, Basilica kettling, 5/31 (Fitouri 228)

# (Conventionally submitted)