IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

| | |
|---|---|
| BLACK LIVES MATTER 5280, *et al.*, | ) |
| Plaintiffs | ) |
| v. | ) |
| CITY AND COUNTY OF DENVER, *et al.*, | ) |
| Defendants | ) |

# Exhibit 85

# To Plaintiff's Motion for Class Certification

# Video from Jonathan D. Duran, 5/30, Lincoln and Colfax (Fitouri 205)

# (Conventionally submitted)