IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                                        )
v.                                                    )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                                       )

## Exhibit 87

## To Plaintiff's Motion for Class Certification

## Video from Jonathan D. Duran, 5/30, Colfax between Lincoln and Broadway (Fitouri 210)

## (Conventionally submitted)