IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

### DECLARATION OF SHAVONNE BLADES

---

    Pursuant to 28 U.S.C. § 1746, I, Shavonne Blades, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

    1.    I am the publisher of Yellow Scene Magazine.

    2.    On May 29 and 30, 2020, I attended the protests against police brutality in Denver, Colorado, as a credentialed member of the press.

    3.    I had a press pass with me and was wearing it during the protests.

4. On May 29, 2020, I attended the protests for approximately 5 hours. On May 30, 2020, I attended the protests for approximately 6 hours.

5. I followed the protestors when they marched on both days.

6. The protests and marches were peaceful.

7. I left the protests shortly before curfew on May 30, 2020.

8. On May 30, 2020, between 4:30-5:00 p.m., I followed protestors who marched up 16th Street Mall. In an area off 16th Street Mall between California and Welton, there was a line of police officers in riot gear lined up against a building.

9. Protestors gathered in front of the officers to exercise their First Amendment rights. The protestors were peaceful. Some had signs. Some laid or sat down in front of the officers. Some protestors had their hands up. Others chanted, "Hands up, don't shoot" or "I can't breathe."

10. There were at least 100 protestors present.

11. Without giving any warning or any orders (including any dispersal orders), other officers arrived and began shooting pepperballs or other projectiles at the protestors.

12. There was no apparent provocation that would justify the officers' use of force.

13. I did not see any protestors throw anything or commit any acts of violence or property destruction.

14. On May 30, 2020, well before curfew, I was observing and documenting the protests at or near the intersection of Lincoln and Colfax.

15. Police officers in full riot gear formed a line across Lincoln, just north of Colfax. There were protestors standing and chanting in front of them. The protestors were peaceful.

16. There were over 100 protestors present.

17. Without provocation and for no apparent reason, police officers threw tear gas at and shot pepper balls at the protestors.

18. I did not hear the police give any warnings or dispersal orders.

19. This was shortly before 6:00 p.m.

20. The protestors moved back and south, across the intersection of Lincoln and Colfax.

21. There were protestors on Lincoln just south of Colfax, as well as many protestors on the sidewalk and grass on either side of Lincoln.

22. Police officers in riot gear formed a line across Colfax, at Lincoln.

23. I stayed at or near the intersection of Lincoln and Colfax until I left just before curfew at 8:00 p.m.

24. During that time, police officers threw tear gas, threw flashbangs, and/or shot projectiles at the protestors.

25. The officers appeared to be shooting indiscriminately into the crowd.

26. I did not hear the officers give any warnings, dispersal orders, or other orders to the protestors.

27. The protestors were peaceful. I did not see any protestors throw anything or commit any acts of violence.

28. There were well over 100 protestors in the area during this time.

29. I was teargassed. I coughed, had difficulty breathing, had irritation and burning in the eyes, nose, throat and mouth, and felt a burning sensation on my skin.

30. I saw police officers pepper spraying people for no apparent reason. I saw a police officer pepper spray a protestor directly in the face for no apparent reason.

31. At one point at the intersection at Lincoln and Colfax, I was filming the police and the protestors. There was a man there preaching about Jesus with a speaker and microphone. A police officer came up to me and told me to get back. I was not interfering with the officers' duties in any way. I showed him my press pass and said, "I'm media." He said he did not care. The officer shoved me.

32. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

_____4/7/2021_____                    _____
Date                                    Shavonne Blades

4