IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF ROBERT HELMICK

Pursuant to 28 U.S.C. § 1746, I, Robert Helmick, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 28 and 30, 2020, I attended the protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. At approximately 8:30 p.m. on May 28, 2020, I participated in the protests with other protestors at the intersection of Colfax and Washington, near the police precinct.

3. There were approximately 200-300 protestors present. We had marched from the Capitol to the police station because we were protesting the police.

4. I was standing south of Colfax and was not at the front line of the protestors. Police officers teargassed us for no discernable reason. I saw two rounds of tear gas used by the police on the protestors. I could also hear pepperballs being fired by the police. The protestors ran away.

1

Exhibit 89

5. I do not remember hearing the police give any warnings or dispersal orders before using teargas or pepperballs on protestors.

6. At one point, some protestors regrouped in front of the precinct. I was standing by Sliceworks, a restaurant at the corner of Colfax and Washington. I saw an employee hold the door open. He was yelling at the police from the doorway because the tear gas was affecting the customers. In response, the police officers shot him.

7. Shortly afterwards, I and other protestors marched back to the south side of the Capitol. This was sometime shortly before 9:00 p.m. I was there for about 20 minutes or so.

8. There were a lot of police in riot gear and a bunch of their police cruisers parked at 14th Street and Sherman.

9. There were approximately 200 protestors present. I was standing towards the front of the protestors. We were chanting and we were peaceful.

10. I did not throw anything. One of the police officers pointed towards my direction and, right afterwards, another police officer threw a tear gas canister approximately 10 feet away from me. More tear gas was thrown after that.

11. I felt like I was going to pass out from the tear gas. I was not able to get any air, I kept coughing, and I felt like I had tunnel vision. These effects lasted for about 10 minutes or so. Someone sprayed me down with baking soda and water.

12. On May 30, 2020, I joined the protests near the State Capitol at around noon. There were peaceful protests and marches. I marched with other protestors up and down 16th Street Mall. We got back to the Capitol at around 4:00 or 5:00 p.m.

13. From the time that I got back to the Capitol area from marching until about 7:30 or 7:45 p.m., I was in the area of Lincoln and Colfax, and Broadway and Colfax. There were hundreds of protestors in this area at that time.

14. In the mid afternoon, I saw police officers in green fatigues standing on the pavilion area of Civic Center station. A couple people tried to walk up the stairs, but the officers shot them with pepperballs.

15. At about 7:00 p.m. (an hour or so before curfew), the police officers in riot gear began throwing more tear gas at me and the other protestors. This was at the intersection of Lincoln and Colfax. I did not see what, if anything, provoked the police into throwing more tear gas at the protestors. The police use of tear gas was indiscriminate; they targeted everyone.

16. I saw a man get hit in the head with something launched by the police. He went unconscious. Protestor medics went over and tried to take him away but the police shot them with more tear gas. I was standing on the east side of Lincoln at the time this occurred.

17. I did not hear any warnings or dispersal orders given by the police.

18. At about 7:45 p.m., I was leaving the protests before curfew. I was at the corner of Lincoln and 14th Street. As I started to walk up 14th Street, police shot me for no reason with pepperballs. I was hit once in the back, once in the back of the head, and once in the mouth. I was wearing a helmet. I did not have major injuries, but I had a swollen lip and coughed very badly afterwards. I did not hear any warnings or dispersal orders before the police shot me. I had been peacefully protesting all day, was being responsible by leaving before curfew, and was away from the main group of protestors. Despite all of that,

the police still felt compelled to shoot me with pepperballs for no reason, before curfew had even started.

19. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

4/13/21
_____                              _____
Date                                                              Robert Helmick

4