IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF TEJAS COUSIK

Pursuant to 28 U.S.C. § 1746, I, Tejas Cousik, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 30 and 31, 2020, I participated in protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. On May 30, 2020, my friends Abby Zinman and Emma Smedberg and I gathered in my apartment and we made signs for the protests.

3. In the early evening on May 30, I attended the protest at the southeast corner of Lincoln and Colfax, near the State Capitol.

4. The police officers, in riot gear, had formed a line across Lincoln, just north of Colfax.

5. There were many protestors in the area at the time, at least 100.

6. Some protestors were chanting; others were holding signs. The protestors were peaceful.

1

Exhibit 90

7. Without any apparent provocation and for no apparent reason, police officers threw tear gas and shot projectiles at protestors. This happened repeatedly from the early evening through curfew at 8:00 p.m.

8. I did not see any protestors throw anything or commit any act of violence.

9. I did not hear the police give any warnings or dispersal orders before their use of weapons on protestors.

10. I was teargassed. The tear gas was painful and caused irritation, a burning sensation, coughing, and difficulty breathing.

11. On May 31, 2020, my friends and I joined the protests at the Capitol. We went out at about 6:00 or 7:00 p.m. We were out until about 11:00 or 11:30 p.m.

12. The police used a lot of tear gas and rubber/foam bullets on us that evening.

13. Sometime after curfew, the protestors marched east on Colfax.

14. At approximately 9:30 p.m., I was with a large group of protestors (over 100 people) on Colfax, in front of the Basilica between Logan and Pennsylvania. We were marching east.

15. We encountered a line of police officers on Pennsylvania. We stopped.

16. Out of nowhere, more police officers appeared behind us on Logan.

17. The police officers shot tear gas and projectiles at us from both sides. We had been marching, and then, all of a sudden, there were explosions by the police.

18. I and the other protestors were trapped between the two lines of police officers, one on Pennsylvania and one on Logan, in front of the Basilica.

19. The Basilica had yard area with a tall metal fence. On the other side of the street were two large buildings and only a narrow alleyway between them.

20. Essentially, there was nowhere for me or the other protestors to go to escape the police's use of force.

21. The police were using heavy amounts of tear gas on us.

22. I did not hear the police give any warnings or orders before shooting tear gas and projectiles at us.

23. There was no apparent provocation for this use of force.

24. I did not see any protestors throwing anything at the officers or committing any act of violence.

25. The protestors tried to escape the tear gas, but it was difficult because of the fence on one side and buildings on the other side of the street with only a narrow alley.

26. I and other people were panicked and terrified. People were screaming. People were trying to climb the fence and I saw one girl hurt her arm.

27. I decided to go down the alleyway with other protestors to escape.

28. This incident where the police tried to trap or kettle us was very scary and dangerous.

29. I was teargassed. The tear gas was very strong. I coughed, could not breathe, and my vision was impaired. The tear gas causes tearing and excessive mucus.

30. After the kettling incident at the Basilica, my friends and I got rid of our protest signs, because we did not want to be targeted by the police.

31. On May 31, 2020, at approximately 10:00-10:15 p.m., I was with Emma Smedberg and Abby Zinman, attending the protest at the intersections of 13th Avenue and Delaware and 13th Avenue and Cherokee.

32. There was a line of police officers there and over 50 protestors, including myself and my friends. Protestors were chanting.

33. The police officers stood there silently.

34. Suddenly, without giving any warnings or orders, the police officers rushed forward and began shooting rubber/foam bullets and other projectiles, possibly bean bag rounds, at us.

35. Protestors ran. Someone got hit in the head with a projectile.

36. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

__04/13/2021_____             ___*Tejas Cousik*_____
Date                              Tejas Cousik