IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF EMMA SMEDBERG

Pursuant to 28 U.S.C. § 1746, I, Emma Smedberg, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 28, 30, and 31, 2020, I participated in protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. On May 31, 2020, Abby Zinman, Tejas Cousik, and I joined the protests at the State Capitol. We went out at about 6:00 or 7:00 p.m. We were out until about 11:00 or 11:30 p.m.

3. The police used a lot of tear gas and rubber/foam bullets that evening.

4. Sometime after curfew, the protestors marched east on Colfax.

5. The police were shooting at and targeting protestors or people who appeared to be protestors.

6. At some point that evening, Abby and I got rid of our Black Lives Matter protest signs because we did not want the police to shoot at us.

1

Exhibit 91

7. At approximately 9:30 p.m., I was with a large group of protestors (over 100 people) on Colfax, in front of the Basilica between Logan and Pennsylvania. We were marching east.

8. We encountered a line of police officers in riot gear on Pennsylvania. We stopped.

9. Out of nowhere, more police officers in riot gear appeared behind us on Logan.

10. The police officers shot tear gas and projectiles at us from both sides.

11. I and the other protestors were trapped between the two lines of police officers, one on Pennsylvania and one on Logan, in front of the Basilica.

12. The Basilica had a yard area with a tall metal fence. On the other side of the street were two large buildings and only a narrow alleyway between them.

13. Essentially, there was nowhere for me or the other protestors to go to escape the police's use of force.

14. The police were using heavy amounts of tear gas on us.

15. I did not hear the police give any warnings or orders before shooting tear gas and projectiles at us.

16. There was no apparent provocation for this police use of force.

17. I did not see any protestors throwing anything at the officers or committing any act of violence.

18. The protestors tried to escape the tear gas, but it was difficult because of the fence on one side and buildings on the other side of the street with only a narrow alley.

19. I and the other protestors around me were panicked and scared.

20. My friends and I managed to escape.

21. I was teargassed. I coughed, had difficulty breathing, had irritation and burning in the eyes, nose, throat and mouth, and felt a burning sensation on my skin. The tear gas was painful.

22. This incident where the police tried to trap or kettle us was very scary and dangerous.

23. I used baking soda and water to help other people who had been teargassed.

24. On May 31, 2020, at approximately 10:00 to 10:15 p.m., I was with Abby Zinman and Tejas Cousik, attending the protest at the intersection of 13th Avenue and Delaware.

25. There was a line of police officers there and over 50 protestors, including myself and my friends.

26. The protestors were kneeling and chanting.

27. The police officers in riot gear stood there silently.

28. Suddenly, without giving any warnings or orders, the police officers rushed forward and began shooting rubber/foam bullets or pepperballs, throwing tear gas, and shooting projectiles, possibly bean bag rounds, at us.

29. I suffered the effects of tear gas.

30. There was someone on the ground who had been injured badly by a projectile.

31. The crowd of protestors headed south and I saw someone else on the ground who was screaming in pain, and there was a crowd of people trying to help them.

32. I saw someone who was on the ground bleeding from the head from a projectile.

33. Every time we saw police that evening, they would tear gas us.

34. I do not recall the police giving us any warnings before firing on us.

35. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

4/11/2021
_____   _____
Date                           Emma Smedberg

4