IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF ABBY ZINMAN

Pursuant to 28 U.S.C. § 1746, I, Abby Zinman, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 28, 30, and 31, 2020, I participated in protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. On May 30, 2020, I joined the protests at the State Capitol in the afternoon.

3. Between approximately 4:30-5:00 p.m., I went to the Target near 16th Street Mall between California and Welton. I saw a line of police officers in riot gear lined up against a building.

4. Protestors gathered in front of the officers to exercise their First Amendment rights. The protestors were peaceful.

5. There were at least 100 protestors present.

6. I walked over towards the crowd of protestors.

1

Exhibit 92

7. Suddenly, police officers started shooting projectiles that made a "pop, pop" sound.

8. The officers did not give any warning or any orders (including any dispersal orders).

9. There was no apparent provocation for the officers' use of force.

10. I did not see any protestors throw anything or commit any acts of violence or property destruction.

11. At approximately 5:30 p.m. on March 30, 2020, I attended the protest at the southeast corner of Lincoln and Colfax. I saw a large number of police officers in riot gear exiting the Capitol and walking towards the north side of Colfax and Lincoln.

12. There were many protestors in the area at the time, at least 100.

13. Some protestors were chanting; others were holding signs. The protestors were peaceful.

14. Without giving any warnings or dispersal orders, and without any apparent provocation, officers threw tear gas at protestors and shot pepperballs at them.

15. I did not see any protestors throw anything or commit any act of violence.

16. I was teargassed. I had never been tear gassed before. I had a coughing fit, had difficulty breathing, had irritation and burning in the eyes, nose, throat and

mouth, and felt a burning sensation on my skin. My eyes were watering. I was afraid every time I inhaled.

17. I stayed in the area of the Capitol lawn near the intersection of Lincoln and Colfax.

18. During this time, from about 6:00 p.m. to curfew at 8:00 p.m., the police officers who were in riot gear teargassed, pepper sprayed, used flashbangs, and shot projectiles at the protestors who were on Lincoln.

19. I saw protestors getting hit with pepperballs shot by police officers.

20. There was no apparent provocation or reason for this use of force on protestors.

21. At about 6:20 p.m., protestors were chanting at the police.

22. I did not see protestors commit any act of violence.

23. I did see a few protestors throw tear gas canisters back at the police after they had been teargassed for no apparent reason.

24. On May 31, 2020, Emma Smedberg, Tejas Cousik, and I joined the protests at the Capitol. We went out at about 6:00 or 7:00 p.m. We were out until about 11:00 or 11:30 p.m.

25. The police used a lot of tear gas and rubber/foam bullets on us that evening.

26. Sometime after curfew, the protestors marched east on Colfax.

27. At approximately 9:30 p.m., I was with a large group of protestors (over 100 people) on Colfax, in front of the Basilica between Logan and Pennsylvania. We were marching east.

28. We encountered a line of police officers on Pennsylvania. We stopped.

29. Out of nowhere, more police officers appeared behind us on Logan.

30. The police officers shot tear gas and projectiles at us from both sides.

31. I and the other protestors were trapped between the two lines of police officers, one on Pennsylvania and one on Logan, in front of the Basilica.

32. The Basilica had yard area with a tall metal fence. On the other side of the street were two large buildings and only a narrow alleyway between them.

33. Essentially, there was nowhere for me or the other protestors to go to escape the police's use of force.

34. The police were using heavy amounts of tear gas on us.

35. I did not hear the police give any warnings or orders before shooting tear gas and projectiles at us.

36. There was no apparent provocation for this use of force.

37. I did not see any protestors throwing anything at the officers or committing any act of violence.

38. The protestors tried to escape the tear gas, but it was difficult because of the fence on one side and buildings on the other side of the street with only a narrow alley.

39. I and other people were panicked and scared.

40. First, I tried to climb the fence, but I could not make it.

41. I decided to go down the alleyway with a lot of other protestors.

42. This incident where the police tried to trap or kettle us was very scary and dangerous.

43. I was teargassed. I coughed, had difficulty breathing, had irritation and burning in the eyes, nose, throat and mouth, and felt a burning sensation on my skin.

44. On May 31, 2020, at approximately 10:00-10:15 p.m., I was with Emma Smedberg and Tejas Cousik, attending the protest at the intersections of 13th Avenue and Delaware and 13th Avenue and Cherokee.

45. There was a line of police officers there and over 50 protestors, including myself and my friends.

46. The police officers stood there silently.

47. Suddenly, without giving any warnings or orders, the police officers rushed forward and began shooting rubber/foam bullets and other projectiles, possibly bean bag rounds, at us.

48. I hid behind a metal sign.

49. I could hear the projectiles hitting the sign.

50. I saw a girl hit in the shin who could not walk.

51. I saw a guy who had been hit in the head by his eye and had a large welt.

52. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

___4/13/21___  
Date

___[signature]___  
Abby Zinman

6