IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

## DECLARATION OF BRIANNE SANCHEZ

---

Pursuant to 28 U.S.C. § 1746, I, Brianne Sanchez, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 28 and 30, 2020, I participated in protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. On May 28, 2020, I marched with other protestors from the State Capitol toward I-25.

3. I was on a pedestrian bridge over I-25 when I saw police tear gassing or shooting projectiles at the protestors who had been on I-25. This was at approximately 7:00 p.m.

4. When the police started shooting or tear gassing the protestors, most of the protestors had already gotten off the highway and were trying to get back onto a pedestrian walkway.

5. I experienced the effects of the chemical weapons the officers used.

1

Exhibit 93

6. The protestors ran back towards Confluence Park.

7. At approximately 7:15-7:30 p.m. on May 28, 2020, I was with other protestors standing at 16th and Platte and chanting. The other protestors and I were peaceful. We were chanting, "No justice, no peace."

8. I did not see anyone do anything aggressive or violent. There were numerous police officers present. I saw one officer, who looked like he may have been a supervisor, walk over to the other officers. This officer told the other officers, something to the effect of: "If they don't start moving, just pop 'em," referring to the protestors. The officers were holding what I assumed were pepperball guns.

9. That officer also fired off a couple of rubber/foam bullets at the protestors.

10. I did not hear that officer or any other officers give any warnings, dispersal orders, or other orders to the protestors.

11. I marched back to the Capitol with other protestors.

12. At one point that evening, at approximately 9:00-9:15 p.m., the police teargassed peaceful protestors at 14th Avenue and Sherman/Grant Street.

13. At that time, I and the other protestors were on the ground on our knees. Some protestors were holding signs.

14. The tear gas was so thick that it looked like heavy fog.

15. I suffered the effects of tear gas.

16. I did not hear the police give any warnings or dispersal or other orders to the protestors before teargassing them.

17. I did not see any provocation for the police use of tear gas.

18. I did not see anyone being aggressive or violent.

19. I did not see any protestors throw anything.

20. I was not engaged in unlawful acts, nor did I see any other protestors engage in criminal acts prior to the time the police started tear gassing us.

21. On May 30, 2020, I arrived at the protest at the State Capitol in the early evening, at approximately 5:30 p.m.

22. It was well before curfew, but the police, in full riot gear, were already teargassing and shooting pepperballs at protestors.

23. I did not see any provocation for the police use of tear gas or pepperballs.

24. I did not see anyone being aggressive or violent.

25. I did not see any protestors throw anything.

26. I was in a crowd of protestors, and most of the time, the people in the front, facing the officers, had their hands up.

27. I was on Lincoln between Colfax and 14th Avenue.

28. My best estimate is that there were well over 100 other protestors there at that time.

29. I was anywhere from 5 to 20 feet from the front line of protestors during this time.

30. I was teargassed. I coughed, had difficulty breathing, had irritation and burning in the eyes, nose, throat and mouth, and felt a burning sensation on my skin.

31. I was also shot twice in the back of the leg with pepperballs at around 6:40 p.m. as I was walking away.

32. I did not hear any warnings or orders from the police before getting tear gassed or shot.

33. I did not commit any acts of force or violence that warranted the police tear gassing or shooting me. Nor did I see any other protestors engage in such acts before the police started tear gassing and shooting at the protestors.

34. For a period of time that evening, I was with Elle (Kelsey) Taylor. At some point after 8:00 p.m., I lost sight of Elle. We were at or near the intersection of 14th Avenue and Broadway.

35. The police presence and police actions were very intimidating. Not only were they shooting tear gas and pepper balls at protestors for no apparent reason, but they were in full riot gear, which was intimidating.

36. The tear gas caused my eyes to sting and burn and made it difficult to breathe. Sometime shortly after 8:00 p.m., I went to the coffee shop that I co-own with Elle to wash my eyes out.

37. That evening, I went looking for Elle. I got in my car, but I ended up parking it and getting out and walking on foot near 13th Avenue and Grant Street.

38. I walked up 13th Avenue towards Grant Street and turned southbound on Grant towards 12th Avenue. I was walking forward but looking behind me towards a line of police officers on 13th Avenue. When I turned to face forward, there was a line of police officers in front of me. I was standing approximately 20 feet from them.

39. One of them raised his pepperball gun and shot me in the leg.

40. The officer did not say anything to me. Nor did he give me any warning or any orders. He just made eye contact with me and shot me without saying anything.

41. I ran away and eventually made it home.

42. I took photos of my injuries.

43. The photos attached hereto are true and accurate copies of the photos of my injuries.

44. The police use of force made me frightened and anxious about attending more protests in Denver. I did not attend any more protests in Denver until approximately a week later.

45. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

04.12.21
Date

Brianne Sanchez

5



