IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

**DECLARATION OF BENNETT STEBLETON**

---

    Pursuant to 28 U.S.C. § 1746, I, Bennett Stebleton, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

    1.    On May 28 and 30, 2020, I attended the protests against police brutality in Denver, Colorado, in order to observe and document the George Floyd protests, and to support the message of Black Lives Matter.

    2.    On May 28, 2020, I went downtown at about 10:00 or 11:00 p.m.

1

Exhibit 94

3. At the intersection of Colfax and Broadway, there was a line of police officer in riot gear.

4. I moved out in front of the protestors and began taking photos of the police. I did not hear any dispersal orders or orders to move. One of the police officers rushed forward, grabbed me, pushed me down, and put his gloved hand full of pepper spray on my face and in my left eye. This caused pepper spray to get into my left eye. More police officers pushed forward and knocked me over. They knocked my prosthetic legs loose. Two officers stood over me, yelling at me to "GET UP! MOVE!" I told them I couldn't because they had separated me from my legs. They did end up assisting me up from the ground.

5. It took a few minutes to get my legs secured well enough to walk. My left eye was almost useless. When pepper spray got in my eye, it was excruciating to keep my eye open to the air. It was also brutally painful to close the eye.

6. At about 1:00 or 1:30 a.m., I waited for a Lyft at Sherman and Colfax, to go home. Someone threw a firework into the intersection, and I put my hands up to show that it wasn't me. Even so, a police officer started shooting pepperballs indiscriminately at everyone at the intersection, including me. I was turning away from the pepperballs when they hit me in the back right

2

shoulder. I had a bruise as a result. The officers did not give any orders to move back or any warnings.

7. The next day, I could barely open my eye. My vision was impaired for at least a month afterwards. And even weeks later, I required reading glasses much of the time in low light situations, which I don't normally have trouble with. My eye was swollen, red and tearing for days afterwards.

8. On May 30, 2020, I arrived at the protests at about 2:00 p.m. I met up with the main group of protestors at the State Capitol and Civic Center park area. We marched through downtown, 16th Street Mall, Capitol Hill, and to the police station at Colfax and Washington.

9. I marched with the protestors back downtown. At around 5:00-6:00 p.m., a group of protestors pulled away from a larger group of protestors at Civic Center station, on the north side of Colfax.

10. There was a large group of protestors who were continuing onto Broadway and they were cut off by a large number of police, including officers in green fatigues and riot gear. The officers established a perimeter around Broadway and Lincoln, at Civic Center station.

11. I was on the raised platform and there were some other photographers there. That is when some SWAT team members, the officers in green fatigues, came up onto the platform and started shooting pepperballs at every-

3

body up there. There were approximately 12-15 people on the platform at the time. I did not hear the police give any warnings or orders before they started shooting.

12. I retreated back to the ground level. There were protestors yelling and chanting at the police, but there was no violence at that time.

13. I could hear and see that there was tear gas and some explosions coming from the intersection of Lincoln and Colfax. I was a little distance away at that time.

14. I went over closer to that intersection. I was with a group of protestors on Colfax, who were kneeling with their hands in the air. I was taking photographs of the protestors as well as the police.

15. The police were in riot gear and lined up facing south on Colfax at Lincoln.

16. I did see an occasional water bottle thrown. Every time one was thrown, the police responded with a lot of ordnance—such as tear gas, flashbangs, and pepperballs. I was hit with a pepperball when someone threw a water bottle. I put my hands up to indicate I did not do it (I had a camera in one hand), but I was still shot in the arm. The pepperball broke the skin and left a mark. I was about 20-30 feet away from where the water bottle came from.

4

17. It did not appear that the police officers made any effort to identify or target anyone who actually threw anything; their use of force was indiscriminate.

18. I did not see anyone throw any rocks.

19. Protestors did attempt to police themselves by yelling "stop throwing water bottles" when someone threw one.

20. During this time, at the intersection of Lincoln and Colfax at approximately 6:00 or 6:30 p.m., I did not hear the police give any warnings or dispersal orders. They did not appear to be trying to move us anywhere, either.

21. Shortly after I was hit with a pepperball, I moved towards the Capitol. At that point, there was so much police ordnance being used that I had to scramble from tree to tree, dodging pepperballs and tear gas canisters. The police were shooting these weapons at chest level. I saw a person get hit; it laid him out flat on the ground.

22. From the grassy area on the hill at the Capitol, I took photographs and video of the protestors and police at the intersection of Lincoln and Colfax. There was a tear gas canister that landed right near me. I could not breathe, I nearly vomited, and someone gave me tear gas neutralizer for my eyes. This was at about 7:30 p.m.

5

23. Between 7:30 and 8:00 p.m., the police were using a lot of ordnance at that time. I could hear some kind of announcement closer to curfew, but it was so loud, and I could not hear what they said.

24. I left shortly after curfew.

25. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

 April 11, 2021  

Date

Bennett Stebleton

6