IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, et al.,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

## DECLARATION OF JESSE NEWMAN

Pursuant to 28 U.S.C. § 1746, I, Jesse Newman, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 28 and 30, 2020, I attended the protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. I was present at 14th Street and Sherman, on the south side of the Capitol, with at least 80-100 other protestors, at approximately 9:00 p.m.

3. There were many police officers present.

4. I and other protestors were chanting and were peaceful. I did not see anyone throw anything or act aggressively or violently.

5. Suddenly, the police teargassed protestors. I did not hear the police give any dispersal orders or warnings.

6. I experienced the effects of the tear gas at that time. It felt terrible, like I did not want my eyes to be open or closed. It burned very badly. It made my mouth and throat feel like they were burning. I was coughing and spitting.

1

Exhibit 95

7. The police used a lot of tear gas that evening. That first night, people were caught off-guard and not prepared for the police to tear gas them when they were engaging in peaceful protest.

8. On May 30, 2020, I joined the protests near the State Capitol at around 3:00 or 4:00 p.m.

9. At about 5:30 or 6:00 p.m., I was present with a large group of protestors gathered at the Civic Center Plaza bus station area. We were chanting and were peaceful.

10. The police fired rubber/foam bullets, tear gas, and flashbang grenades at us. I did not see any provocation from the protestors that warranted the use of these weapons.

11. I retreated from the Civic Center Plaza area and walked towards the Capitol lawn.

12. A bit later on, before curfew, at the intersection of Lincoln and Colfax, police officers in riot gear were lined up across Colfax facing south. There were hundreds of protestors standing (some were also kneeling) and chanting.

13. The police officers in riot gear threw tear gas and shot projectiles at me and the other protestors. The police use of tear gas was indiscriminate; they targeted everyone.

14. I did not see what, if anything, provoked the police into using force on the protestors during that time.

15. I did not hear any warnings or dispersal orders given by the police.

16. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

04/13/2021
Date

Jesse N [signature]

Jesse Newman