IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

---

### DECLARATION OF HAYLEY BANYAI-BECKER

---

Pursuant to 28 U.S.C. § 1746, I, Hayley Banyai-Becker, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. Beginning on May 28, 2020, and during the first week, I participated in protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter.

2. On May 28, 2020, I marched with other protestors from the State Capitol toward I-25.

3. The police shot tear gas or projectiles at the protestors who had been on I-25. This was at approximately 7:00 p.m.

4. When the police started shooting or tear gassing the protestors, most of the protestors had already gotten off the highway and were trying to get back onto a pedestrian walkway.

1

Exhibit 96

5. I and other protestors were going to start marching back to the Capitol, but the police started shooting rubber/foam bullets at us.

6. At approximately 7:15-7:30 p.m. on May 28, 2020, I was with other protestors standing at 16th and Platte and chanting. There were over 100 protestors present. The other protestors and I were peaceful. I did not see anyone do anything aggressive or violent. There were numerous police officers present.

7. At some point, the protestors began to leave. As we were leaving, the police shot tear gas or other chemical weapons at us.

8. I did not hear any officer give any warnings, dispersal orders, or other orders to the protestors.

9. I experienced the effects of the chemical weapons the police used.

10. I marched back to the Capitol with other protestors.

11. I continued marching with other protestors that evening from location to location in the downtown area. The police repeatedly shot and/or sprayed us with chemical weapons. At approximately 11:00 p.m., the police began using massive amounts of tear gas on us. I never heard the police give us any warnings or dispersal orders before using weapons.

12. I suffered the effects of tear gas. On May 28, the first day of the protests, I recall being enveloped in clouds of tear gas.

13. I did not see any provocation for this use of tear gas or see anyone being aggressive or violent.

14. I was not engaged in unlawful acts, nor did I see any other protestors engage in criminal acts prior to the time the police started tear gassing us.

15. On May 30, 2020, I marched with other protestors east on Colfax.

16. At about 4:30 p.m. or so, the protestors turned north on Washington at Colfax.

17. The other protestors and I were peaceful. We were chanting and people had protest signs.

18. We encountered a line of police officers in riot gear standing across Washington, north of Colfax. There was a fenced-in parking lot on one side of the street and houses on the other side. There were police officers behind the fence, in the parking lot.

19. Out of nowhere, and without warning, an officer who was behind the fence, in the parking lot, threw a tear gas grenade into the middle of the group of protestors. Other police officers started shooting projectiles at us and throwing flash bangs and more tear gas.

20. I did not hear any police officers give any warnings or dispersal orders before using these weapons on me and the other peaceful protestors.

21. I did not see any provocation for the police use of force. Nor did I see anyone being aggressive or violent or see any protestors throw anything.

22. I did not throw anything or commit any violent or aggressive act that would have warranted this use of force on me.

23. Because the police threw the tear gas into the middle of the group, it was difficult to figure out which way to go to escape. There was a fence on one side, buildings on the other, and a line of police officers in front. The protestors towards the front of the group (closer to the line of officers) were hemmed in by the police in front of them and tear gas behind them.

24. I was able to help get other protestors out of there and help others with the supplies that I had.

25. This incident on the afternoon of May 30, 2020 at Colfax and Washington is shown in this aerial news helicopter footage: https://www.youtube.com/watch?v=UT-Azn5zzuo, at approximately 17:15-20:00 minutes.

26. When I was teargassed, I coughed, could not breathe, had irritation and burning in the eyes, nose, throat and mouth. My skin had a burning sensation. My throat felt like it was burning and itchy for days afterwards.

27. I had problems with menstruation due to the exposure to tear gas. I was bleeding heavily and had cramping; this started about a week after the exposure to tear gas, and it continued on and off every couple of days for about a month and a half. I know of other people who had this experience from tear gas exposure.

28. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

29. During the protests, it felt like the police were there to hurt us, not to protect us.

| | |
|---|---|
| 4/21/2021 | *Hayley Banyai-Becker* |
| Date | Hayley Banyai-Becker |