IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

    Defendants.

## DECLARATION OF MADELEINE KELLY

Pursuant to 28 U.S.C. § 1746, I, Madeleine Kelly, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. I am a freelance photojournalist.

2. From May 28 through 31, and other days in June 2020, I attended the protests against police brutality in Denver, Colorado, as a credentialed member of the press.

3. I had a press pass with me and was wearing it during the protests. I was also wearing a bright yellow press vest on May 28, 29, and 30, 2020. I decided to stop wearing it after May 30 because it became clear that police officers were specifically targeting me with use of force due to my press vest. I continued wearing my press pass.

1

Exhibit 98

4. On May 28, 2020, I saw police shooting pepperballs at and using tear gas on protestors at Colfax and Washington, near the police station, at about 8:30 p.m. I did not hear the police give any warnings or orders beforehand.

5. In fact, during the first week of protests, I did not hear a single warning or order given by the police during the many days and hours of protests for which I was present. The police routinely used weapons on protestors without warning.

6. What I observed of the protests is that the protestors were generally very good at policing themselves, and the protests were, for the most part, peaceful. But often the atmosphere changed when police officers arrived. Officers were aggressive and indiscriminate in their use of force, and they were hitting peaceful protestors. The indiscriminate use of force on peaceful and non-peaceful protestors alike, and the failure of the police to make any attempt to isolate bad actors, escalated tensions between protestors and police.

7. I followed protestors back to the Civic Center area, where I saw the police shoot protestors with pepperballs. I was also shot with a pepperball at that time. There was not a large crowd at the time. When I was shot, I was trying to help someone who had been teargassed and could not see. I was wearing my bright yellow press vest at the time, as depicted in the following picture:



8.      On May 29, 2020, I arrived at the protests at about 4:00 p.m. at the Capitol. I followed the protestors as they marched down 16th Street Mall.

9.      After marching down 16th Street Mall, people moved to the area of the Justice Center, by Bannock, Colfax, and 14th Street.

10.     People were gathered near a fence. There was a protestor pulling on the fence. An officer sprayed pepper spray through the fence, but he sprayed the whole crowd with a large orange can of pepper spray, not just the protestor who was pulling on the fence.

11. After that, protestors went back to the Denver City Council building. Police officers arrived, and the protestors moved back towards Lincoln and Colfax. Very quickly, the police began teargassing and pepper spraying protestors.

12. On May 29, 2020, I was in the grassy park between Broadway and Lincoln just south of Colfax, at about 8:00 p.m. At about 8:15 p.m., police officers who were across the street, just north of Colfax, began to shoot pepperballs and tear gas at the protestors gathered in the park. There were at least 100 protestors present.

13. Police officers shot concussion grenades, tear gas, pepperballs, and flashbangs.

14. I did not hear any warnings or orders given to the protestors beforehand. Most of the protestors were peaceful.

15. Between about 8:20 p.m. and 11:30 p.m., I was in and around the Capitol area.

16. At around 11:30 p.m. or midnight, I was shot with a rubber/foam bullet. This was near the public library by 14th Avenue where the street curves near the pillars in Civic Center Park, by Broadway.

17. I had on my bright yellow press vest. I had not done anything to warrant this use of force on me.

18. There was a man who was being pepper sprayed in the face by an officer while he was on the ground. I did not hear the police give that man any orders or warnings before spraying him. I photographed this:

4

5



19.     The officers told me that I needed to move, and I put my hands up and moved. I was told to move after I took a photo, even though I did not in any way interfere with the police actions, and I was standing a comfortable distance away. As I turned around and was walking away with my hands up, a police officer or officers shot me in the leg with a rubber/foam bullet. I started to run, and then they shot me with about 3-4 pepperballs. They gave me no warnings or orders, other than telling me to move, which I had done.

20.     The bruise remained on my leg for a while. It swelled up so much that I could not sit down or go to the restroom without having to angle myself in a weird way. This is a picture of the bruise the next day:

5



21. After the police shot me with pepperballs, I hid behind a tree and met up with protestors in the area. I followed the protestors to document their activity for a few more hours that evening.

22. I saw the police corner protestors in an area, drive by, and shoot them. The police chased people down alleys, trapped them, and shot pepperballs and pepper spray at them, even if they had not apparently done anything wrong. Police fired tear gas into alleys at protestors. The police did not appear to be using force to effectuate any arrests for any criminal conduct, they seemed to be using force for force's sake.

23. On May 30, 2020, I went to the protests at about 3:00 p.m., in order to continue documenting the protests as a photojournalist.

24. I left the protests at about 7:30 p.m. that day, but for the couple hours before that, I was in the area between 14th Avenue and Colfax and Lincoln and Broadway.

25. From about 6:00 p.m. until I left, I saw the police using a lot of tear gas, pepperballs or pepper spray, and flashbangs on protestors at this location. I was a couple feet away from some of the flashbangs that were thrown.

26. I did not see the protestors doing anything during that time that warranted the police use of these weapons on them.

27. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

04/22/2021
Date

*[signature]*
Madeleine Kelly

7