# EXHIBIT 105

## Use of Force on Protestors on 5/30/20, at Lincoln and Colfax, between 6:00-8:00 p.m.

| Time[1] | Event | Videos |
|---|---|---|
| 18:07:51 | White Denver gang unit truck in the middle of Lincoln with black APD truck. | Ex. 51 |
| 18:08:30 | Tear gas released in the middle of Lincoln | Ex. 51; *see also* Ex. 53 at 18:09:12 |
| 18:14:03-18:19:45 | Denver gang unit officers (with APD officers) in the middle of Lincoln using "less-lethal" weapons on large group of protestors | Ex. 46; Ex. 51; Ex. 53 |
| 18:24:08-18:25:00 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 51; Ex. 46 |
| 18:25:53-18:26:50 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 54 |
| 18:26:50-18:29:21 | View of Denver gang unit officers (with red stickers on helmets) occupying the east side of the skirmish line | Ex. 54 |
| 18:28:31-18:30:30 | Indiscriminate use of "less-lethal" weapons on protestors, including tear gas thrown by a Denver gang unit supervisor at 18:28:58 | Ex. 51; Ex. 46; Ex. 47 |
| 18:28:28-18:28:59 | APD Capt. Redfearn asks Denver gang unit supervisor whether it is ok to throw a couple "triple chasers"; Denver supervisor approves it | Ex. 54 |
| 18:42:00 | Protestors begin to form a crowd facing the skirmish line of officers | Ex. 57 |
| 18:48:11-18:55:45 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 44; Ex. 47; Ex. 51; Ex. 56; Ex. 57; Ex. 58; Ex. 61 |
| 18:56:31-18:57:39 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 51, Ex. 57 [00:56:40 GMT; see also Denver gang unit corporal walking up to throw tear gas at 00:56:55]; Ex. 58; Ex. 46; Ex. 47 |
| 18:58:38-19:00:30 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 44; Ex. 47 |

---

[1] The timestamps on the BWC produced by Aurora are in the upper-right hand corner of the video, and the time is correct (Mountain Time). The timestamps on the BWC produced by Denver are in the upper-right hand corner of the video, and the time is Greenwich Mean Time, 6 hours ahead of Mountain Time. Thus, a time shown as 00:30:00 on a Denver BWC video would be 18:30:00 or 6:30 p.m. All times indicated on this chart are in Mountain Time.

Exhibit 105

| | | |
|---|---|---|
| 19:04:28 | Clear view of Plaintiff Youssef Amghar standing peacefully on sidewalk | Ex. 57 |
| 19:06:27-19:06:50 | Indiscriminate use of "less-lethal" weapons on protestors, with a clear view of Plaintiff Youssef Amghar standing on sidewalk with their hands up when canister releasing yellow gas is released at their feet | Ex. 51; *see also* Ex. 52 at 19:07:44; Ex. 57 at 1:07:05 GMT; Ex. 58; Ex. 60; Ex. 61; Ex. 62; Ex. 47 |
| 19:07:05 | Denver gang unit officer (with red sticker on helmet) throwing tear gas | Ex. 52 |
| 19:07:13 | Denver gang unit officers (with red stickers on helmets) shooting pepperballs at protestors | Ex. 52 |
| 19:08:52-19:09:00 | Plaintiff Amghar shot by Denver officers with pepperballs while standing peacefully on sidewalk with hands up; other protestors standing on the sidewalk next to and near Amghar are also shot for no apparent reason | Ex. 62 [1:08:52-1:09:00 GMT]; Ex. 61 [1:08:42-1:09:00 GMT] |
| 19:08:37-19:12:18 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 44; Ex. 51; Ex. 57 [1:08:37 GMT]; Ex. 47 |
| 19:09:05 | Denver Metro/SWAT officer (in green fatigues) throwing tear gas | Ex. 52 |
| 19:09:16-19:10:15 | Denver Metro/SWAT officers throwing tear gas, indiscriminately using "less-lethal" weapons on protestors | Ex. 52; Ex. 60 [01:09:20-1:09:45 GMT] |
| 19:11:50-19:12:50 | Denver Metro/SWAT corporal (2 stripes on sleeve) tells APD Sgt. Shaker to spray a peaceful protestor for being mouthy. Shaker declines, then tells APD Sgt. McClelland that they need to get their command to recognize that the "guys in green" (DPD Metro/SWAT) are "getting a little out of hand and it's starting to cause problems." Shaker then tells APD Sgt. Brukbacher to tell Steve [APD Capt. Redfearn] that "we really need to watch these Metro guys in green, they're getting out of control." | Ex. 44 |

| | | |
|---|---|---|
| 19:16:07-19:17:10 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 51; Ex. 57 [1:16:50 GMT]; Ex. 46; Ex. 47; Ex. 48 |
| 19:23:25-19:26:20 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 44; Ex. 59 [01:23 GMT]; Ex. 47 |
| 19:32:34 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 59 |
| 19:48:40 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 59 |
| 19:51:00-19:52:30 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 44; Ex. 59, Ex. 97 |
| 19:54:12 | Indiscriminate use of "less-lethal" weapons on protestors | Ex. 47, 97 |