IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-CV-1878-RBJ and 1:20-CV-1922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,

Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, *et al.*,

Defendants.

---

**DECLARATION OF RUBY TEDESCHI**

---

Pursuant to 28 U.S.C. § 1746, I, Ruby Tedeschi, declare under the penalty of perjury that the following is true and correct to the best of my knowledge:

1. On May 28 and 30, 2020, I attended the protests against police brutality in Denver, Colorado, to support the message of Black Lives Matter. The loss of Black lives is heartbreaking and I wanted to stand in solidarity with Black people.

2. On May 28, 2020, I marched with other protestors from the State Capitol toward I-25.

3. The police shot tear gas or projectiles at the protestors who had been on I-25. This was at approximately 7:00 p.m.

4. The protestors who were on the highway ran off the highway and were trying to get back onto a pedestrian walkway when the police began shooting tear gas or projectiles at them. It was difficult to get back onto that pedestrian walkway because there was a fence that people had to climb over.

5. The police shot at people who had already gotten off the highway.



Exhibit 107

6. I saw many young people in the crowd, including children. I was standing next to a mother and her little girl who was probably around 11 years old. This girl was having a very bad reaction to the tear gas or whatever chemical weapon that the officers had used. At this point, we were standing on the pedestrian bridge.

7. Sometime shortly after that, I was with many other protestors standing at 16th and Platte and chanting. We were peaceful. I recall that protestors were on one side of the street and many police officers were on the other side of the street.

8. I did not see anyone do anything aggressive or violent.

9. I did not hear any officers give any warnings, dispersal orders, or other orders to the protestors.

10. Police officers shot protestors with some kind of weapon. There was a person who was shot in the eye with a rubber/foam bullet.

11. What was significant to me about that was that the crowd had begun moving away from the police at the time they decided to use force. There was not a justification for using force on people who were already moving away.

12. On May 28, 2020, I was present at 14th Street and Sherman, on the south side of the Capitol, with at least 80-100 other protestors, at approximately 8:30-9:15 p.m.

13. There were many police officers present.

14. I and other protestors were chanting and were peaceful. I did not see anyone throw anything or act aggressively or violently. We were there for a while without incident.

15. All of a sudden, the police teargassed protestors. I did not hear the police give any dispersal orders or warnings. Nor did I see anyone throw anything or do anything violent or provoking.

16. This felt really significant at the time, because it was at a moment when people were expressing themselves. There were people speaking and chanting, and there was music playing. Lots of people held protest signs.

17. I experienced the effects of the tear gas at that time. It felt horrible, like I could not see anything. My eyes were watering. My skin was burning. There was no way to get comfortable or feel like I was not in a lot of pain. I also have asthma, so the tear gas made it very hard for me to breathe and made me want to throw up. The tear gas also lingered and did not go away for hours. It made me sneeze repeatedly. Although the effects of tear gas can be relieved by antacid, it mostly just burns for a long time without a way to make it feel better.

18. On May 30, 2020, I joined the protests near the State Capitol for most of the day.

19. At about or shortly before 6:00 p.m., I was present with a large group of protestors gathered at the Civic Center Plaza bus station area. We were chanting and were peaceful. Some protestors were yelling at the police. There were also children present, since it was before curfew and still daylight.

20. The police fired tear gas at the protestors. I did not see any provocation from the protestors that warranted this. I did not hear any warnings or dispersal orders.

21. I saw a teenage girl who started throwing up from the tear gas. There was a man who carried her across Colfax. He put her in front of a tent on the south side of

Colfax. I gave her some water. The girl's mom and I moved her behind the tent. I remember feeling scared because she kept throwing up, and the police were coming south, across Colfax.

22. The police were indiscriminate in their use of tear gas. I saw the police teargassing unhoused people who have tents on the edge of the park between Lincoln and Broadway at Colfax.

23. During the times that I attended the protests, I did not commit any acts of violence or property destruction or throw anything at any police officers.

4/25/2021

Date

[signature]

Ruby Tedeschi