```
1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3    ----------------------------x

4    BLACK LIVES MATTER 5280,      :

5    et al.,                       :

6                 Plaintiffs,      :   Civil Action No.

7        v.                        :   1:20-cv-01878-RBJ

8    CITY AND COUNTY OF DENVER,    :   (consolidated with

9    et al.,                       :   1:20-cv-01922-RBJ-MEH)

10                Defendants.      :

11   ----------------------------x

12

13

14

15            Deposition of KIMBERLY HANSON

16               Conducted Virtually

17              Friday, February 19, 2021

18                   10:04 a.m. CT

19

20

21

22

23   Job No.:  352385A

24   Pages:  1 - 56

25   Reported by:  Joanne Ely, CSR, RPR
```

EXHIBIT 106

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                        2

1        Deposition of KIMBERLY HANSON, conducted

2    virtually:

3

4

5

6

7

8        Pursuant to notice before Joanne Ely, a

9    Certified Shorthand Reporter, Registered Professional

10   Reporter, and a Notary Public in and for the State

11   of Illinois.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                          3

```
 1              A P P E A R A N C E S

 2

 3    ON BEHALF OF THE FITOURI PLAINTIFFS:

 4         ELIZABETH WANG, ESQUIRE

 5         MAKEBA RUTAHINDURWA, ESQUIRE

 6         LOEVY & LOEVY

 7         2060 Broadway

 8         Suite 460

 9         Boulder, Colorado 80302

10         720.328.5642

11

12    ON BEHALF OF THE BLM 5280 PLAINTIFFS:

13         PATRICK REIDY, ESQUIRE

14         GERARDO MIJARES-SHAFAI, ESQUIRE

15         ARNOLD & PORTER

16         70 West Madison Street

17         Suite 4200

18         Chicago, Illinois 60602-4231

19         312.583.2300

20

21

22

23

24

25
```

```
 1      A P P E A R A N C E S   C O N T I N U E D

 2

 3   ON BEHALF OF THE DEFENDANTS:

 4        HOLLIE BIRKHOLZ, ESQUIRE

 5        CITY AND COUNTY OF DENVER

 6        201 West Colfax Avenue

 7        Dept 1108

 8        Denver, Colorado 80202-5332

 9        720.913.8072

10

11   ON BEHALF OF DEFENDANT ACKER:

12        ANDREW McNULTY, ESQUIRE

13        KILLMER, LANE & NEWMAN, LLP

14        1543 Champa Street

15        Suite 400

16        Denver, Colorado 80202

17        303.571.1000

18

19

20

21

22

23

24

25
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    5

1                    C O N T E N T S

2   EXAMINATION OF KIMBERLY HANSON              PAGE

3        By Ms. Wang                             6

4

5                    E X H I B I T S

6              (Attached to transcript.)

7

8   DEPOSITION EXHIBITS                         PAGE

9

10    Exhibit 1   Emergency Curfew               30

11    Exhibit 2   Unified Summons and Complaint  39

12    Exhibit 3   Statement of Probable          42

13                Cause/Affidavit for Arrest

14                Warrant

15

16

17

18

19

20

21

22

23

24

25

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    6

```
 1                    P R O C E E D I N G S
 2           THE REPORTER:  Would you raise your right
 3    hand, please.
 4           (Witness sworn.)
 5           MS. WANG:  Could we just have everybody
 6    state their appearances for the record.
 7           It's Elizabeth Wang and Makeba
 8    Rutahindurwa -- oh, my gosh, I butchered your
 9    name -- for the Fitouri Plaintiffs.
10           MR. REIDY:  Patrick Reidy and Gerardo
11    Mijares-Shafai, for the reporter, on behalf of the
12    BLM 5280 Plaintiffs.
13           MR. McNULTY:  Andy McNulty on behalf of
14    Michael Acker.
15           MS. BIRKHOLZ:  And Hollie Birkholz on
16    behalf of the defendants.
17                    KIMBERLY HANSON,
18    having been duly sworn, testified as follows:
19      EXAMINATION BY COUNSEL FOR FITOURI PLAINTIFFS
20    BY MS. WANG:
21       Q  Detective Hanson, could you please state
22    your name and spell it for the record.
23       A  Kimberly Hanson, H-a-n-s-o-n.
24       Q  And have you been deposed before?
25       A  No, ma'am.
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                          7

1        Q   Have you testified in court before?

2        A   Yes, ma'am.

3        Q   All right.  So a deposition is just not

4    too different from court testimony.  We're here to

5    ask you some questions about your knowledge

6    regarding the events of this case.  There's a

7    court reporter here.  We're doing this obviously

8    through remote video conferencing due to the

9    pandemic.

10           If we have any technological issues at any

11   time, we'll just go off the record and resolve

12   those before we continue; or if for some reason my

13   video or audio gets -- something is wrong that you

14   can't hear me or you didn't catch what I said,

15   please ask me -- please let me know and ask me to

16   repeat it.

17       A   Okay.

18       Q   Okay.  And then, of course, as with

19   in-court testimony, just make sure that you answer

20   verbally instead of nodding your head or shaking

21   your head, that way the court reporter can

22   transcribe it; is that fair?

23       A   Yes, ma'am.

24       Q   And then your attorney, the attorney for

25   the defendants, Ms. Birkholz, may make objections,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    8

1    but there's not a Judge here to rule on those

2    objections, so you'll still need to answer the

3    question.  Okay?

4        A  Understand.

5        Q  And then if you need to take a break at

6    any time, that's fine.  Just let us know, and

7    we'll go off the record but don't -- we can't take

8    a break while a question is pending; is that fair?

9        A  Yes, ma'am.

10       Q  All right.  So how long have you been with

11   the Denver Police Department?

12       A  21-and-a-half years.

13       Q  Okay.  And how long have you been a

14   detective?

15       A  In this position, approximately five

16   years.

17       Q  And what position are you in?

18       A  I'm a detective in the District 6

19   investigations unit.

20       Q  And just briefly, what are your duties as

21   a detective in the District 6 investigations unit?

22       A  My duties include following up on reports

23   that are generated by the street officers to do

24   the investigation part of it.  Our crimes range

25   anything from shoplifts, thefts, all the way up to

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    9

1   aggravated assaults.

2       Q   Do you have a partner that you work with

3   regularly?

4       A   No, ma'am.

5       Q   What did you do to prepare for this

6   deposition?

7       A   I met with my attorneys a couple times to

8   go over how to proceed in a deposition and the

9   rules of a deposition, and I also reviewed the

10  documents that I completed that are associated

11  with this case.

12      Q   Okay.  And what attorneys did you meet

13  with?

14      A   Ms. Birkholz, Mr. Hess, and, oh, my

15  goodness, I apologize.  I forgot the name of the

16  third attorney.

17      Q   Mandy McDonald or --

18      A   I don't believe that's correct.

19      Q   And when did you meet with your attorneys?

20      A   The first time was last Friday, so a week

21  ago, and then we met yesterday.

22      Q   And how long was your first meeting?

23      A   Probably about 45 minutes.

24      Q   And was it in person?

25      A   No.  It was a Teams meeting.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    10

1        Q   Microsoft Teams?

2        A   Correct.

3        Q   And how long was your second meeting?

4        A   Yesterday it was -- it was probably a half

5    hour, maybe 45 minutes at the most.

6        Q   And did you review any video?

7        A   No, ma'am.

8        Q   Did you review any photos?

9        A   No, ma'am.

10       Q   Did you review any audio recordings like

11   dispatch or anything like that?

12       A   No, ma'am.

13       Q   How many documents did you review?

14       A   Two.

15       Q   Okay.  What were they?

16       A   One was the unified -- excuse me --

17   unified summons and complaint or US&C, and the

18   other was the probable cause statement.

19       Q   Okay.  What role did you have in relation

20   to the protests, the George -- so I'm going to

21   refer to the protests over George Floyd's death

22   that took place in Denver from May 28th through

23   the first week of June, I'm going to refer to that

24   as the protests.  Okay.

25       A   Okay.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    11

1      Q   And that's May and June of last year.

2          What role did you have in relation to

3   those protests?

4          MS. BIRKHOLZ:  Objection; form.

5          You can answer.

6      A   On May 30th, I was assigned to the

7   downtown detention center to complete paperwork on

8   the arrestees who were brought in through the mass

9   arrest teams.

10     Q   Were you assigned to do that task on any

11  other day?

12     A   No, ma'am.

13     Q   So May 30th was the only day that you were

14  assigned to, you said, process the arrestees?

15     A   To complete the paperwork.

16     Q   Complete the paperwork.

17         Did you have any other assignment or role

18  with respect to the protests in Denver last

19  summer?

20     A   The only other role I had was -- I don't

21  remember if it was one or two nights, but myself

22  and other detectives from District 6 were assigned

23  basically station security at the District 6

24  station.

25     Q   And do you know what days that was?

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    12

1        A   Without looking at TeleStaff, I honestly

2    don't know.  I believe it was the following

3    weekend, but I can't be certain.

4            THE REPORTER:  Looking at what?  I'm

5    sorry.

6            THE WITNESS:  TeleStaff, which is our

7    time computations.

8            THE REPORTER:  Thank you.

9        Q   TeleStaff shows when you were working; is

10   that fair?

11       A   Correct.  And on those nights that I was

12   stationed security, it would have been overtime,

13   so that would have been documented there.

14       Q   And you said you believed it was the next

15   weekend.  So, like, just -- and just to focus you

16   on the dates for a second, so May 28th, 2020, was

17   a Thursday.  That's the first day of the protests

18   in Denver, and then the protests occurred over the

19   weekend, so 30th and 31st; and then the following

20   weekend would have been the first weekend of June.

21           So is it your recollection that you did

22   station security that first weekend in June?

23       A   I believe so.  Again, without consulting

24   TeleStaff, I can't give you an exact date.

25       Q   Okay.  And then what did you do in terms

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    13

1    of station security?

2        A   Honestly, we monitored HALO to see if any

3    of the protesters were coming to the District 6

4    station, and there were officers stationed

5    throughout the station in case that happened, but

6    it didn't happen.

7        Q   Okay.  So when you were on duty assigned

8    to District 6 station security, no protesters came

9    to the station.

10       A   Correct.

11       Q   Is there anything else that you were

12   assigned to do with respect to the protests in

13   Denver in May and June of 2020?

14       A   No, ma'am.

15       Q   Now, let's go back.

16           How did you first -- who was -- strike

17   that.

18           Who assigned you to complete the paperwork

19   for the mass arrests on May 30th?

20       A   The sergeant and the -- I believe it's the

21   sergeants that were in charge of the mass arrest

22   team on that day.

23       Q   Who were they?

24       A   I remember Sergeant Laura Franklin and

25   Sergeant Stephen Kimberly.  There were a couple of

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    14

1    others, and honestly I don't remember.

2        Q   You said Sergeant Laura Franklin and

3    Stephen Kimberly?

4        A   Correct.

5        Q   And they're sergeants.

6            What is their -- are they normally

7    District 6?

8        A   No, ma'am.

9        Q   Okay.  And so what district are they from?

10       A   I believe that they're at headquarters,

11   but I don't know.

12       Q   Okay.  So when did you first learn about

13   your assignment for May 30th?

14       A   Probably late morning on the 30th.  I was

15   called by my supervisor and told that I needed to

16   report to headquarters to participate in the mass

17   arrest teams and I was to be there at 3:00 p.m.

18       Q   Who was your supervisor?

19       A   Sergeant John Bronson.

20       Q   And is he at District 6?

21       A   Yes, ma'am.

22       Q   And tell me everything that he told you in

23   that phone call.

24           MS. BIRKHOLZ:  Objection; form.

25           You can answer.  Go ahead.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    15

```
 1        A   Honestly, I don't recall word-for-word
 2   what he told me.  I know that he explained I was
 3   going to be assigned to the mass arrest teams, and
 4   I was to report to headquarters at 3:00 p.m., and
 5   I would be given my assignment at that time, that
 6   I was to bring my riot gear and all -- and to be
 7   in uniform.
 8             THE REPORTER:  What kind of uniform?
 9             THE WITNESS:  My standard uniform but I
10   was to bring my riot gear with me.
11   BY MS. WANG:
12        Q   Okay.  And is this the headquarters at
13   about 13th and Cherokee?
14        A   Yes, ma'am.
15        Q   And then backing up for just a moment.
16             So before you received this assignment for
17   May 30th, were you aware that the protests had
18   been occurring in Denver since the 28th?
19        A   Yes, ma'am.
20        Q   Okay.  And did you receive any sort of
21   assignments with respect to the protests or
22   policing of protests from May 28th to May 30th?
23        A   No, ma'am.
24        Q   Did you receive any or were you -- did you
25   either receive any or were you part of any
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    16

1   briefings or meetings with regard to the protests

2   from May 28th until you received your assignment

3   on May 30th?

4        MS. BIRKHOLZ:  Objection; form.

5        A  No, ma'am.

6   BY MS. WANG:

7        Q  Okay.  Did you watch the coverage, the

8   news coverage of the protests?

9        A  I honestly don't recall.  If I did, it was

10  in a limited capacity.

11       Q  Okay.  Were you aware of or did you have

12  any knowledge of what the Denver police response

13  to the protests was from May 28th until you

14  received your assignment on May 30th?

15       MS. BIRKHOLZ:  Objection; form,

16  foundation.

17       You can answer.

18       A  Nothing official, no, ma'am.

19       Q  Okay.  And is there something unofficial

20  that you had knowledge of?

21       A  Just what I saw on any brief news coverage

22  that I would have seen.  That would be my only

23  knowledge of what I saw occur.

24       Q  So going back to May 30th.

25       And then did you go to -- well, what time

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                          17

1    did you start your shift that day?

2        A   3:00 p.m.

3        Q   Okay.  So you went to the DPD headquarters

4    by 3:00 p.m.?

5        A   Correct.

6        Q   All right.  And did you go there by

7    yourself?

8        A   Yes, ma'am.

9        Q   And what riot gear did you bring with you?

10       A   All of my issued riot gear, the kneepads,

11   the vest, the baton, all of our issued standard

12   riot gear.

13       Q   Had you ever received any training with

14   respect to the use of less-lethal weapons?

15       A   No, ma'am.

16       Q   So you've never operated a pepper ball gun

17   or a 40mm launcher?

18       A   No, ma'am.

19       Q   Did you ever receive any training with

20   respect to deployment of tear gas?

21       A   No, ma'am.

22       Q   So that was not a part -- I assume --

23   well, I'll just ask you.

24           You received training when you first

25   joined the DPD; correct?

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    18

```
 1            MS. BIRKHOLZ:  Objection; form.
 2       A  Correct.
 3  BY MS. WANG:
 4       Q  And so when you joined -- the initial
 5  training that you received when you joined the
 6  Denver Police Department, was that -- how would
 7  you characterize that?  Recruit training?
 8       A  Yes, ma'am.
 9       Q  Okay.  And during your recruit training,
10  did you receive any sort of training with respect
11  to the use of less-lethal weapons?
12       A  I believe the only less-lethal weapon we
13  received training on in the academy was the Taser.
14       Q  Okay.  And then you have continuing
15  training throughout the course of your career;
16  correct?
17       A  Correct.
18       Q  And there are certain certifications that
19  you need to receive on -- I mean, is that right?
20  Is there certain training that you need to receive
21  in order to remain certified in, for example, the
22  use of your firearm?
23            MS. BIRKHOLZ:  Objection; form.
24            You can answer.
25       A  That's correct.
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                19

1    BY MS. WANG:

2        Q   Okay.  Just generally speaking, can you

3    tell me what kind of continuing training you've

4    received since you received the recruit training

5    when you first joined the DPD?

6        A   A multitude of training, anything from DUI

7    stops, traffic stops, investigative classes.  I've

8    had a lot of classes regarding crime scene

9    responses and documentation because I was a member

10   of the crime scene unit for several years.

11       Now my training focuses mostly on

12   investigative skills.  We also do yearly driving

13   and arrest control tactics training.

14       Q   Prior to becoming a detective -- maybe

15   let's go back a little bit.  Perhaps it makes

16   sense to go chronologically.

17       When you joined the DPD, you became a

18   patrol officer at first; is that fair to say?

19       A   Yes, ma'am.

20       Q   How long were you a patrol officer?

21       A   Approximately 10 years.

22       Q   Okay.  Then what position did you have

23   next?

24       A   I was then a technician in the

25   identification bureau.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    20

1        Q   And what did you do there?

2        A   Assisted with identification of prisoners

3   at the Denver jail through fingerprint analysis.

4        Q   And how long did you have that position?

5        A   That time was two-and-a-half years, I

6   believe, approximately.

7        Q   And then after that, what was your next

8   position?

9        A   I was then assigned as a detective in the

10  crime scene unit.

11       Q   And then what was your job there?

12       A   Responding to and documenting crime scenes

13  as well as collecting evidence and securing

14  evidence from the crime scene.

15       Q   And how long did you have that position?

16       A   A little over three years.

17       Q   Okay.  What was your next position after

18  that?

19       A   I then returned to the identification

20  bureau as a technician.

21       Q   How long were you there for?

22       A   That rotation was 18 months.

23       Q   What was your next position after that?

24       A   I was then promoted to detective in

25  District 6.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    21

1        Q  Okay.  Great.

2             All right.  So during the time that you

3    have been a Denver police officer, you have not

4    received any training in the use of less-lethal

5    weapons; correct?

6        A  Aside from the Taser, that would be

7    correct.

8        Q  Do you know what training the Denver

9    Police Department offers to its officers with

10   respect to the use of less-lethal weapons?

11       A  Because I have not taken any, I'm not

12   familiar with the training.

13       Q  Okay.  Do you know if it's offered to

14   certain officers who have certain positions?

15       A  To be honest, I don't know the answer

16   to that.

17       Q  Okay.  The recruit training that you

18   received, is it fair to say that that is the basic

19   recruit training that all officers receive when

20   they join the police department?

21       A  Yes, ma'am.

22       Q  All right.  Going back to May 30th of

23   2020, when you arrived at 13th and Cherokee at the

24   police headquarters, what was the first thing you

25   did there?

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    22

1         A   We met with the supervisors assigned to

2    the mass arrest team, and they gave us our

3    instructions for the shift.

4         Q   And who were those supervisors?

5         A   Again, Sergeant Laura Franklin, Sergeant

6    Stephen Kimberly.   Again, there were more, and I

7    honestly can't remember who else was there.

8         Q   And so when you say they were supervisors

9    assigned to the mass arrest team, what was your

10   understanding of their responsibilities?

11        A   They were to supervise those of us working

12   the mass arrest team.   There was at least one

13   supervisor for the part of us that -- part of this

14   mass arrest team that went out on the street to

15   assist, and then there was a supervisor for those

16   of us assigned to the DDC to assist with the

17   paperwork.

18        Q   You said the what?   DDC?

19        A   Yeah.   DDC, downtown detention center.

20        Q   All right.   So the mass arrest teams were

21   comprised of people who did the paperwork at the

22   DDC and then those who were out in the field

23   actually arresting people; is that fair to say?

24        MS. BIRKHOLZ:   Objection; form, foundation.

25        You can answer.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    23

1      A  I -- I was not out in the field, so I

2  can't tell you exactly what those detectives who

3  were out in the field did on the mass arrest

4  teams.  My understanding is they were just

5  assisting after the arrest was made and then

6  getting the arrestees down to the DDC.  But,

7  again, I wasn't out there, so I can't tell you

8  exactly what they did.

9  BY MS. WANG:

10     Q  Okay.  And so when you met with the

11  supervisors assigned to the mass arrest team, what

12  did you do then?

13     A  I'm sorry.  Your audio broke up.

14     Q  Sorry.  What did you -- when you met with

15  the supervisors assigned to the mass arrest team,

16  what did you discuss with them?

17     A  They divided those of us there into two

18  teams, again one team that went to the DDC, one

19  that assisted out on the streets with the arrests,

20  and then we were just given our assignments

21  basically.

22        Once we got to our assignments, then I

23  think each team was better briefed on what their

24  duties would be.

25     Q  And what were you told about what your

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    24

1    assignment would be?

2         A   I was told that once the arrestees were

3    brought into the DDC, that we were responsible for

4    completing the paperwork based on information we

5    received from the arresting officers on scene and

6    then walking the prisoners over to the intake for

7    the jail.

8         Q   All right.  So was it your -- was part of

9    your assignment to fill out the statements of

10   probable cause for the arrestees?

11        A   Yes, ma'am.

12        Q   Okay.  How many statements of probable

13   cause did you fill out on May 30th?

14        A   I do not know the exact number.

15        Q   Okay.  Can you give me an approximation?

16        A   I honestly can't.  I don't know.

17        Q   How did you go about filling out the

18   statements of probable cause?

19        A   In terms of -- I don't understand what

20   you -- what you want.

21        Q   The statement of probable cause is a

22   document that sets forth the facts supporting

23   probable cause to arrest a person; correct?

24        A   Correct.

25        Q   Okay.  So you were not out in the field

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                          25

1   when these people were arrested; correct?

2       A   Correct.

3       Q   So how did you obtain the knowledge to

4   fill out the statements of probable cause?

5       A   The information was relayed one of two

6   ways.  One way was through a text message with a

7   photograph of the arrestee to Sergeant Franklin,

8   along with the location, the time, and the charges

9   against the person, as well as the arresting

10  officer.

11      The second way was either on the

12  arrestee's property bag or a note in the property

13  bag by the arresting officer that gave the name,

14  the location, the time, the charges, and the

15  arresting officer's name.

16      Q   So when people were arrested for violation

17  of the curfew, photos were taken of them in the

18  field; correct?

19      MS. BIRKHOLZ:  Objection; form,

20  foundation.

21      You can answer.

22      A   I don't know if that happened in every

23  arrest, but I know for certain in some arrests it

24  occurred.

25      Q   Okay.  And how do you know for certain

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    26

```
 1    that it occurred in some of the arrests?

 2         A   Because I saw the text messages on the

 3    sergeant's phone if it was one of the arrestees I

 4    was doing the paperwork on.

 5         Q   Okay.  And this was Sergeant Franklin's

 6    phone?

 7         A   Correct.

 8         Q   Was this a phone that she was issued by

 9    the department?

10         MS. BIRKHOLZ:  Objection; foundation.

11         A   I don't know the answer.

12         Q   What happened to those photos?  Do you

13    know?

14         A   I don't know.

15         Q   Do you know if those photos were

16    preserved?

17         A   I don't know.

18         Q   So how did you see the photos?  I mean,

19    where did you view the photos that Sergeant

20    Franklin had?

21         A   On her phone in the DDC.

22         Q   Okay.  So whoever the arresting officer

23    was out in the field would take pictures of the

24    arrestees and then text it to Sergeant Franklin?

25         MS. BIRKHOLZ:  Objection; form.
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    27

1          You can answer.

2      A   I don't know if it was the arresting

3   officer that took the pictures, but a picture was

4   taken, again of at least some of the arrestees,

5   along with the information we needed to complete

6   the probable cause statement and then sent to

7   Sergeant Franklin.

8   BY MS. WANG:

9      Q   And then Sergeant Franklin gave you her

10  phone to look at the photos?

11     A   Correct.  We would write down the

12  information from her phone so that we could then

13  complete the probable cause statement.

14     Q   Okay.  So what information was texted --

15  of the information that you saw on Sergeant

16  Franklin's phone, what information was there in

17  addition to the photos?

18     A   Location of arrest; time of arrest;

19  arresting officer; if the arresting officer knew

20  the arrestee's name, a lot of times that was

21  included as well.

22     Q   Do you know if Sergeant Franklin preserved

23  these text messages?

24         MS. BIRKHOLZ:  Objection; form,

25  foundation.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    28

```
 1          You can answer.
 2       A  I do not know.
 3  BY MS. WANG:
 4       Q  Had you ever participated on a -- had you
 5  ever been assigned to process a mass arrest
 6  before?
 7       A  No, ma'am.
 8       Q  Okay.  Do you know if there is a policy
 9  with respect to the preservation of photos and
10  information like you're describing in these text
11  messages?
12          MS. BIRKHOLZ:  Objection; foundation.
13          You can answer.
14       A  I do not know.
15       Q  Do you know if this information was
16  deleted?
17       A  I do not know.
18       Q  Do you know if this information was
19  provided to the criminal defense attorneys who
20  represented the arrestees?
21          MS. BIRKHOLZ:  Objection; foundation.
22          You can answer.
23       A  I do not know.
24       Q  What were you -- what did you -- sorry.
25          Before you began your assignment on
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    29

1    May 30th, what did you know about the emergency

2    curfew?

3        A   Only that one had been issued, that I

4    believe 8:00 o'clock was the curfew time, and

5    everyone was to be out of the streets, be off the

6    streets by 8:00 o'clock, and I believe it was good

7    until 5:00 a.m. the next morning.

8        Q   Were you provided with a copy of the

9    emergency curfew order?

10       A   I do believe that we were, yes.

11       Q   Okay.  Who provided you with that?

12       A   It would have been the sergeants assigned

13   to the mass arrest team.

14       Q   Okay.  And so when did you have an

15   opportunity to read the curfew order?

16       A   After I was assigned to the DDC and prior

17   to arrestees being brought in.

18       Q   Can you see my screen?

19       A   Yeah.

20       Q   Is that big enough for you to view on your

21   phone?

22       A   I can view it.  I can't really read it, if

23   that makes sense.

24       MS. WANG:  Well, I do want to make sure

25   that -- well, let me ask you this -- I mean, can

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    30

```
1    you see the text on here?
2         A   I can see the text, yes.
3             (Deposition Exhibit 1 marked for
4    identification and attached to the transcript.)
5    BY MS. WANG:
6         Q   All right.  So I'm showing you a document
7    that's been Bates-stamped Fitouri 011302
8    through 303.  It is a copy of the emergency curfew
9    that was issued by the mayor.
10            So I'm just going to scroll down and just
11   confirm that this is a copy -- this is what you
12   read before you began processing the paperwork for
13   arrestees on May 30th.
14        A   That does appear to be the same document.
15        Q   Okay.  So the curfew stated a nighttime
16   curfew -- I'll try to make it a little bigger so
17   you can see it.  A nighttime curfew is imposed in
18   all public places within the City and County of
19   Denver, including streets and public
20   right-of-ways, during the following times:  From
21   8:00 p.m. on Saturday, May 30th, 2020, until
22   5:00 a.m. on Sunday, May 31st, 2020.
23            Do you see that?
24        A   I do.
25        Q   And then there were certain exceptions set
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                              31

1    out in Section 2; correct?

2        A   Yes.

3        Q   Okay.  And the exceptions included law

4    enforcement, fire, paramedics, medical personnel,

5    other emergency response personnel, as well as

6    credentialed members of the news media; correct?

7        A   That's correct.

8        Q   And then there were some other exceptions

9    for people going to and from work, traveling to

10   and from the airport, or experiencing

11   homelessness; correct?

12       A   Correct.

13       Q   Okay.  Did you have an understanding of

14   what the officers who arrested people for

15   violation of the curfew did to make sure that the

16   people they were arresting did not fall into one

17   of the exceptions?

18           MS. BIRKHOLZ:  Objection; foundation.

19           You can answer.

20       A   No.  I don't know.

21       Q   Okay.  So at the time that you began

22   processing the paperwork for arrestees on

23   May 30th, had you been given any instruction or

24   direction with respect to -- well, strike that.

25           So before you began processing the

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    32

1    paperwork for arrestees on May 30th you had --

2    tell me what your knowledge of the curfew was.

3        A  Again that people were -- once a

4    dispersion order was given, after 8:00 p.m., that

5    people were to leave the area and that people were

6    to be off the streets -- unless they were part of

7    the exempted parties, be off the streets until

8    5:00 a.m. the following morning.

9        Q  And did you receive any sort of briefing

10   or instruction with respect to how the curfew

11   would be enforced?

12       A  I did not, no.

13       Q  Were you given any information with

14   respect to how the officers who were out in the

15   field actually arresting people enforced the

16   curfew?

17       A  No, ma'am.

18       Q  Do you know one way or another whether or

19   not there were people who were out on the street

20   in violation of the curfew but who were not

21   involved in the protests, whether they were

22   arrested or not?

23       A  I don't know.

24       Q  How long were you at the -- you said you

25   were at the -- so you went to police headquarters

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    33

1    to get your assignment, and then you went to DDC?

2         A   Correct.

3         Q   And when you got your assignment, were you

4    with other detectives who were doing the same

5    thing as you or were you by yourself?

6         A   There were other detectives with me.

7         Q   Okay.  And so do you recall who those

8    detectives were?

9         A   Unfortunately, no, I don't.

10        Q   Okay.  Was it detectives who were -- based

11   on your experience on May 30th, was it detectives

12   who were assigned to fill out the probable cause

13   statements?

14        A   Yes.

15        Q   And do you know why it was that detectives

16   were assigned to do that?

17        MS. BIRKHOLZ:  Objection; foundation.

18        THE REPORTER:  I'm sorry.  I didn't get

19   the answer.

20        A   I don't why.

21        Q   So when you received your assignment, were

22   you in a meeting with a bunch of other detectives?

23        A   I wouldn't say a meeting.  It was kind of

24   basically, like, a roll call.  You know, they went

25   through to make sure those assigned were there and

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    34

1   then gave us our assignments.

2       Q   Okay.  So what did they tell you when they

3   gave you your assignment?

4       A   Again, they divided us up into the

5   detectives that would be assisting on the streets

6   with the mass arrests and those of us that would

7   go to the DDC to complete the paperwork.  We kind

8   of then divided up, and then each team was given

9   their individual instructions.

10      Q   Okay.  So then you received the assignment

11  that you would be at the -- you would go to the

12  DDC to process paperwork; is that right?

13      A   That's correct.

14      Q   Did you receive -- once you got that

15  assignment, what did you do next?

16      A   We walked over to the DDC, and we went to

17  the DUI room which was where the processing was

18  going to take place.

19      Q   Okay.  And so who were you with?

20      A   Sergeant Franklin and again the other

21  detectives that were assigned to the probable --

22  you know, to the DUI room to do that.  I don't

23  know who those detectives were off the top of

24  my head.

25      Q   Okay.  How many other detectives were with

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                         35

1   you?

2        A  I don't know exactly.  I think four or

3   five others.

4        Q  Do you remember the names of any of them?

5        A  No, ma'am.

6        Q  How long were you there before you began

7   to process paperwork?

8        A  I don't know time-frame wise.  When the

9   first arrests started coming in is when we started

10  processing the paperwork.

11       Q  Okay.  So you showed up to headquarters at

12  3:00 p.m., but the curfew wasn't until 8:00;

13  right?

14       A  Correct.

15       Q  So is it fair to say that there were no

16  arrests pursuant to the curfew until after

17  8:00 o'clock?

18       A  That would be fair to say.

19       Q  What were you doing between -- after you

20  got your assignment, between 3:00 and 8:00 p.m.,

21  what were you doing?

22       A  Waiting at the DDC for arrestees to

23  come in.

24       Q  Okay.  All right.  Do you remember -- I

25  mean, do you remember doing other work of some

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                          36

1    kind or, you know, I mean, were you in the DUI

2    room the whole time?

3        A   Yes, ma'am.  We didn't leave the DUI room.

4    We didn't leave the DDC.

5        Q   So then what did you do when the first

6    arrestees began to be arrested?

7        A   Once we were given, you know, the

8    information on an arrestee, we would contact -- I

9    would contact the person whose paperwork I was

10   doing, get their demographic information, name,

11   birth date, confirm that that's what we had on

12   their paperwork, and get addresses, check to see

13   if they had any medical complaints that they

14   needed an ambulance for.

15       And then I would complete the paperwork

16   based on the information received from the

17   arrestee in terms of their demographic information

18   and then the information received from the

19   arresting officer as to the charges and the

20   probable cause.

21       Q   So I'm just trying to understand the

22   process.

23       Did you ever see any of these arrestees?

24       A   Absolutely.

25       Q   Okay.  So just tell me generally because

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                              37

```
1   I'm sort of imagining you being in this room and

2   processing this paperwork with information that

3   you have but -- I mean, tell me at what point in

4   this process you actually interacted with

5   arrestees.

6       A  It would have been at the beginning of my

7   process because I needed to get their demographic

8   information -- their name, their birth date, their

9   address -- for the paperwork.  So it was at the

10  beginning of my process with them is when I would

11  interact with them in the holding cell in the DUI

12  room.

13      Q  Okay.  So the arrestees would actually be

14  brought into the holding cell in the DUI room.

15      A  Correct.

16      Q  And then you would ask them their

17  demographic information to fill out the paperwork.

18      A  Correct.

19      Q  Okay.  Were you doing that on the

20  computer?

21      A  Doing the paperwork on the computer?

22      Q  Right.

23      A  Most of it was handwritten.

24      Q  Okay.  So what information did you ask the

25  arrestees for?
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    38

1        A   Again, I confirmed their name, their birth

2    date.  I got their home address.  A lot of times I

3    would ask for, you know, height, weight, hair and

4    eye color, just to confirm so I could get it right

5    on the paperwork; and, again, I would ask if they

6    needed an ambulance for any medical issues.

7        Q   Okay.  And then when would you fill out

8    the probable cause statement?

9        A   That would be -- I would fill out the

10   unified summons and complaint, the US&C, and the

11   probable cause statement after speaking to the

12   arrestee.

13       Q   And then at what point in this process did

14   you receive information from the arresting

15   officers?

16       A   Well, it would be before I contacted the

17   arrestee.  I had to know which arrestee I was

18   assigned the paperwork for.

19       Q   Okay.  So how did you speak with the

20   arresting officers?

21       A   I didn't actually speak with them.  Again,

22   the information was transmitted to us either

23   through text message to Sergeant Franklin's phone,

24   or it was written on the property bag for the

25   arrestee or on a piece of paper inside the

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    39

1    property bag for the arrestee.

2        Q   And that information included what?

3        A   The location of the arrest; the time of

4    the arrest; the time of the dispersion order, if

5    one was given; who gave it and the charges and the

6    arresting officer's name.

7        Q   Do you have a recollection of interacting

8    with an arrestee named Kelsey Taylor?

9        A   Not specifically, no.

10       Q   Can you see my screen?

11       A   Yes.

12           (Deposition Exhibit 2 marked for

13   identification and attached to the transcript.)

14       Q   So I'm showing you a document

15   Bates-stamped DEN002113 through 2114.  It is a

16   unified summons and complaint for Kelsey Taylor.

17           Did you fill this out?

18       A   Yes, ma'am.

19       Q   Okay.  Is this one of the documents that

20   you reviewed before your deposition?

21       A   Yes, ma'am.

22       Q   So your name is here at the bottom of the

23   first page, Detective Kimberly Hanson for

24   Lieutenant O'Donnell, 93029.

25       A   Correct.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    40

1      Q   Okay.   So 93029 is Detective O'Donnell's

2   badge number?

3      A   Correct.

4      Q   So why did you write Detective Kimberly

5   Hanson for Lieutenant O'Donnell?

6      A   I did so because I was completing the

7   paperwork on his behalf.   He, to my understanding,

8   was the arresting officer.

9      Q   Okay.   Did you ever speak with Lieutenant

10   O'Donnell about the people that he arrested on

11   May 30th?

12      A   No.

13      Q   So how did you come to the understanding

14   that Lieutenant O'Donnell was the arresting

15   officer for Kelsey Taylor?

16      MS. BIRKHOLZ:   Objection; form.

17      You can answer.

18      A   It would have either been through text

19   message from Sergeant Franklin's phone or written

20   on the prisoner's -- or the arrestee's property

21   bag or on a piece of paper inside the arrestee's

22   property bag.

23      Q   It says here in this box:   "I know or have

24   reason to believe the defendant named violated the

25   sections of the revised municipal code of the City

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    41

1   and County of Denver, Colorado, and/or the

2   sections of the Colorado revised statutes

3   identified."

4        Do you see that?

5    A  Yes, ma'am.

6    Q  So how did you -- and then the violations

7   that are listed on Ms. Taylor's summons is

8   DRMC 1-13, which is the emergency curfew order;

9   and then 38-31(c), failure to obey lawful order.

10       Do you see that?

11   A  Yes.

12   Q  How did you obtain the knowledge that

13  Ms. Taylor had violated the curfew order and

14  failed to obey a lawful order?

15   A  Through the text message from Sergeant

16  Franklin's phone or based on the information

17  provided on the prisoner's -- or on the arrestee's

18  property bag or on the paper inside the arrestee's

19  property bag.

20   Q  This information -- I'm showing you

21  page 2, which is Bates-stamped DEN 2114.

22       Can you see it?

23   A  Yes.

24   Q  Okay.  This information on the -- the

25  demographic information -- female, white, height,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                      42

```
1    weight, et cetera -- is this information you were

2    describing handwriting in talking to the arrestee?

3        A  Yes, ma'am.

4        Q  Did Ms. Taylor make any -- do you recall

5    any statements that Ms. Taylor made to you?

6        A  I do not.

7            (Deposition Exhibit 3 marked for

8    identification and attached to the transcript.)

9        Q  I'm showing you a document that's

10   Bates-stamped DEN002122.  It's a Statement of

11   Probable Cause/Affidavit For Arrest Warrant for

12   Kelsey Taylor.

13           Do you see it?

14       A  I do.

15       Q  Did you fill out this document as well?

16       A  I did.

17       Q  Is this one of the documents that you

18   reviewed prior to your deposition?

19       A  Yes, ma'am.

20       Q  Okay.  So you filled out the handwritten

21   information; is that fair to say?

22       A  Yes, ma'am.

23       Q  Okay.  And this is your signature here,

24   Detective Kimberly Hanson, mass arrest team, where

25   you say, "I affirm this information to be true and
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    43

```
1    correct"?
2         A   Yes, ma'am.
3         Q   And then up here where it says "Officer
4    making statement," it says Michael O'Donnell;
5    correct?
6         A   Correct.
7         Q   And tell me why his name is filled out
8    there?
9         A   Again because he would have been the
10   arresting officer.  He was the person I was
11   notified that made the arrest.
12        Q   So why didn't Lieutenant O'Donnell fill
13   out the probable cause statement?
14        MS. BIRKHOLZ:   Objection; form,
15   foundation.
16        You can answer.
17        A   The purpose of the mass arrest team is not
18   pull arresting officers off the street where
19   they're needed, and in turn they provide the
20   information to those of us at the time that were
21   at the DDC to complete the paperwork so that they
22   can continue to be on the front lines.
23        Q   Okay.  Now, the text of this -- the
24   narrative part of this statement of probable cause
25   is, with the exception of the name Lieutenant M.
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    44

1    O'Donnell, the rest -- and the time, the rest of

2    this is preprinted; correct?

3        A   Correct.

4        Q   Okay.  And so when you were filling out

5    the paperwork for the people who were arrested

6    pursuant to the emergency curfew on May 30th of

7    2020, did you receive a bunch of preprinted forms

8    that looked like this?

9        A   Yes.

10       Q   And they all looked exactly the same

11   except -- just like this except for the personal

12   information, like the name, date of birth,

13   et cetera; correct?

14       A   Correct.  And the blanks that would have

15   been in the statement of probable cause.

16       Q   Right.  So the blanks -- so the things

17   that are handwritten in the narrative section of

18   Ms. Taylor's probable cause statement is where it

19   says 2045 hours and then the name Lieutenant M.

20   O'Donnell; right?

21       A   Correct.

22       Q   And Ms. Taylor was arrested for violating

23   the emergency curfew; correct?

24       A   Correct.

25       Q   And for failing to obey an order to -- an

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    45

1  order to what?  What lawful -- it says she was

2  arrested also for failure to obey a lawful order.

3       What order was she arrested for failing to

4  obey?

5     A  My understanding that was the dispersal

6  order given by Lieutenant O'Donnell to leave the

7  area.

8     Q  Okay.  And so the second paragraph of this

9  narrative says, "On 5/30/20 at 2000 hours Denver

10 police officers announced via --" it says, "load

11 speaker."

12      Do you understand that to intend to mean

13 loudspeaker?

14    A  Yes, ma'am.

15    Q  Okay.  "-- to protesters that the

16 emergency curfew order was in effect and

17 instructed for the protesters to leave the area."

18      Do you see that?

19    A  I do.

20    Q  Okay.  So have you ever seen video clips

21 of the loudspeaker instruction being given?

22    A  I -- I don't recall seeing them.

23    Q  Okay.  And so do you know one way or

24 another anything about the loudspeaker

25 announcements that were given about the curfew?

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    46

1          MS. BIRKHOLZ:  Objection; form.

2          You can answer.

3      A  I guess I don't understand your question.

4  Do I know that they were made?

5  BY MS. WANG:

6      Q  Yes.

7      A  My understanding is they were made, but I

8  wasn't there.

9      Q  Okay.  Who told you they were made?

10      A  I don't know who told us.  I know that --

11  I think it was announced over the radio that the

12  order had been given.

13      Q  Okay.  The third paragraph of the

14  narrative says, "On 5/30/20 at 2045 hours, the

15  listed suspect was given by multiple orders by

16  Lieutenant M. O'Donnell, 92009, and failed to

17  comply with the emergency curfew order and was

18  arrested by uniform officers at the listed

19  location."

20          Do you see that?

21      A  I do.

22      Q  What is your knowledge of the orders that

23  were given by Lieutenant O'Donnell?

24      A  I wasn't there.  I have no knowledge of

25  what those orders were.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    47

1        Q   What were you told about what those orders

2   were?

3        A   I was told that the orders were that they

4   were to leave the area because the curfew order

5   was in place.

6        Q   Okay.  Do you know if Lieutenant O'Donnell

7   gave additional -- so let me back up for a second.

8            There's orders regarding the curfew that

9   were announced at 8:00 p.m. via loudspeaker;

10   correct?

11        A   I believe that's correct.

12        Q   And then according to this narrative,

13   there were additional orders at 8:45 given by

14   Lieutenant O'Donnell; correct?

15        A   Correct.

16        Q   Do you have personal knowledge of either

17   of those things?

18        A   No, ma'am.

19        Q   Is it your understanding that the orders

20   given by Lieutenant O'Donnell are distinct and

21   separate than the announcement via loudspeaker?

22        A   Yes, ma'am.

23        Q   Okay.  Do you know if Lieutenant O'Donnell

24   gave additional orders via a loudspeaker while he

25   was at the scene?

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                48

1          MS. BIRKHOLZ:  Objection; foundation.

2          You can answer.

3      A  I don't know.

4  BY MS. WANG:

5      Q  Okay.  Are there any other facts that

6  supported Ms. Taylor's arrest other than what's

7  listed in this probable cause statement?

8      A  Not that I'm aware.

9      Q  When did you receive the preprinted forms,

10  these preprinted forms on May 30th?  Like the

11  blank ones that are preprinted, when did you

12  receive those?

13      A  It would have been after 2000 hours or

14  8:00 p.m. when the curfew went into effect.

15      Q  So tell me who gave you the preprinted

16  forms.

17      A  I don't know.

18      Q  Was it Sergeant Franklin?

19          MS. BIRKHOLZ:  Objection.

20      A  I don't know.

21      Q  Were you told anything about why the form

22  was preprinted?

23      A  It was agreed upon that it would be more

24  efficient if we had a preprinted because we knew

25  that the curfew order went into effect at

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    49

1   8:00 p.m. and that that was -- these two charges

2   were going to be the majority of what people were

3   arrested for.

4        If we had this preprinted and could just

5   fill in the blanks, then it would make things go a

6   lot faster for everyone involved, and we could get

7   the arrestees to the intake portion of the DDC,

8   rather than taking all that time to handwrite all

9   of that in each case.

10       Q   Right.  Because the violation is it fair

11   to say -- the violation was fairly simple.  It was

12   there's a curfew at 8:00 p.m.

13       If you were outside in a public place

14   after the curfew and you didn't go home when you

15   were told to, you violated the curfew; right?

16       A   Correct.

17       Q   And so the probable cause statements for

18   all the people that you -- or the probable cause

19   statements that you filled out for the people that

20   were arrested pursuant to the curfew all looked

21   the same.

22       A   Correct.

23       MS. WANG:  Okay.  Let's go off the record

24   and take a five-minute break.

25       (A recess was taken from 10:59 a.m. to

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                           50

1    11:05 a.m.)

2    BY MS. WANG:

3        Q  Detective, can you give us your best

4    estimate of how many probable cause statements you

5    filled out on May 30th?

6        A  Again, I don't know.  I -- my guess would

7    be between 10 and 15, but I honestly don't know if

8    that's accurate.

9        Q  If you wanted to find out how many

10   probable cause statements you signed, how would

11   you find that out?

12       A  I would probably have to go back through

13   all the arrests from that day and look at each

14   probable cause statement individually and tally

15   them that way.

16       Q  And see if your signature was on them?

17       A  Correct.

18       Q  What did you do with the notes that were

19   left in the property bags that came with the

20   arrestees?

21       A  To my knowledge, once we were done with

22   that, it was thrown away.

23       Q  Did you throw them away?

24       A  I believe so.

25       Q  And you said there were -- and so the

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    51

1    information that was -- if there were any notes in

2    the property bags, they would have been -- that

3    information would have been recorded onto the

4    paperwork that you were filling out?

5        A   Correct.

6        Q   And that paperwork would have been the

7    summons and complaint; right?

8        A   Correct.

9        Q   Okay.  So you estimated before that there

10   were maybe four or five other detectives who were

11   in the DUI room processing paperwork like you?

12       A   Correct.

13       Q   And were they doing the same task that you

14   were, filling out the same kind of paperwork,

15   talking to the arrestees about their basic

16   demographic information?

17       A   In my understanding, yes.

18       Q   Okay.  Do you know in total how many

19   arrestees were processed by your group that day?

20       A   I don't know the number.  I think at the

21   time I knew, but I don't know the number.

22       Q   And you don't know what Sergeant Franklin

23   did with the text messages that she received

24   regarding the arrestees that day?

25       A   I do not know what she did with them.

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    52

1      Q  Have you ever been part of a mass arrest
2  team since May 30th?
3      A  No, ma'am.
4      Q  And you've never had any conversations
5  with Lieutenant O'Donnell about the arrests that
6  day?
7      A  No, ma'am.
8      Q  Okay.  So after May 30th, the only other
9  involvement you had with respect to the protests
10 was doing the District 6 security; correct?
11     A  That would be correct.
12     Q  Okay.  And would you describe that as
13 uneventful because no protesters came to the
14 station?
15     A  That's an accurate description, yes.
16     Q  Have you attended any briefings or
17 meetings with regard to the protests since the
18 last task that you were assigned to do with
19 respect to the District 6 security?
20     A  No, ma'am.
21        MS. BIRKHOLZ:  Objection.
22     Q  Did you ever become aware at any time of
23 the temporary restraining order that had been
24 issued by a Federal Judge with respect to the
25 DPD's use of less-lethal weapons?

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                    53

```
 1        A  I believe I did hear about that.
 2           THE REPORTER:  I didn't get the objection.
 3           MS. BIRKHOLZ:  Foundation.
 4           Go ahead.
 5    BY MS. WANG:
 6        Q  How did you hear about that?
 7        A  Honestly, I believe it was on the news.
 8        Q  Okay.  Have you ever been involved in
 9    policing any protests or demonstrations during
10    your time with the DPD?
11        A  In terms of being on the front lines?
12        Q  Right.
13        A  No.
14        Q  Have you ever had to -- strike that.
15           MS. WANG:  I have no further questions.
16           Patrick or Andy?
17           MR. REIDY:  No questions from me.  Thank
18    you.
19           MR. McNULTY:  I don't have anything
20    either.  Thank you.
21           MS. BIRKHOLZ:  No questions for the
22    defendants.
23           MS. WANG:  Great.  Are you going to waive
24    or --
25           MS. BIRKHOLZ:  We will read and sign.
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    54

```
 1          MS. WANG:  Okay.  All right.  I'm going to

 2   stop the recording now.

 3          Okay.  We're finished, Detective Hanson.

 4          (An off-the-record discussion was held.)

 5          MS. BIRKHOLZ:  As far as our order if you

 6   want to take that now, we'll take a condensed

 7   electronic version, and we don't need a recording

 8   or anything like that, with the exhibits.

 9          THE REPORTER:  Do you want both of them?

10          MS. BIRKHOLZ:  We will want both this

11   morning and this afternoon.

12          THE REPORTER:  Do you want a copy,

13   Ms. Wang?

14          MS. WANG:  Sure.

15          (Off the record at 11:11 a.m.)

16

17

18

19

20

21

22

23

24

25
```

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    55

1                    ACKNOWLEDGMENT OF DEPONENT

2

3          I, KIMBERLY HANSON, do hereby acknowledge

4     that I have read and examined the foregoing

5     testimony, and the same is a true, correct, and

6     complete transcription of the testimony given by

7     me and any corrections appear on the attached

8     errata sheet signed by me.

9

10

11

12     _____              _____

13       (DATE)                          (SIGNATURE)

14

15

16

17

18

19

20

21

22

23

24

25

```
1        CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC

2

3        I, Joanne Ely, Certified Shorthand

4   Reporter No. 84-4169, CSR, RPR, and a Notary

5   Public in and for the County of Kane, State of

6   Illinois, the officer before whom the foregoing

7   deposition was taken, do hereby certify that the

8   foregoing transcript is a true and correct record

9   of the testimony given; that said testimony was

10  taken by me stenographically and thereafter

11  reduced to typewriting under my direction; that

12  review was requested; and that I am neither

13  counsel for, related to, nor employed by any of

14  the parties to this case and have no interest,

15  financial or otherwise, in its outcome.

16       IN WITNESS WHEREOF I have hereunto set my

17  hand and affixed my notarial seal this 2nd day of

18  March, 2021.

19

20  My commission expires:  May 16, 2024

21

22

23  _____

24  Notary Public in and for the

25  State of Illinois
```

## A

**about**
7:5, 9:23,
14:12, 15:13,
23:25, 24:17,
29:1, 40:10,
45:24, 45:25,
47:1, 48:21,
51:15, 52:5,
53:1, 53:6
**absolutely**
36:24
**academy**
18:13
**according**
47:12
**accurate**
50:8, 52:15
**acker**
4:11, 6:14
**acknowledge**
55:3
**acknowledgment**
55:1
**action**
1:6
**actually**
22:23, 32:15,
37:4, 37:13,
38:21
**addition**
27:17
**additional**
47:7, 47:13,
47:24
**address**
37:9, 38:2
**addresses**
36:12
**affidavit**
5:13, 42:11
**affirm**
42:25
**affixed**
56:17
**after**
20:7, 20:17,

20:23, 23:5,
29:16, 32:4,
35:16, 35:19,
38:11, 48:13,
49:14, 52:8
**afternoon**
54:11
**again**
12:23, 22:5,
22:6, 23:7,
23:18, 27:4,
32:3, 34:4,
34:20, 38:1,
38:5, 38:21,
43:9, 50:6
**against**
25:9
**aggravated**
9:1
**ago**
9:21
**agreed**
48:23
**ahead**
14:25, 53:4
**airport**
31:10
**al**
1:5, 1:9
**all**
7:3, 8:10,
8:25, 15:6,
17:6, 17:10,
17:11, 21:2,
21:19, 21:22,
22:20, 24:8,
30:6, 30:18,
35:24, 44:10,
49:8, 49:18,
49:20, 50:13,
54:1
**along**
25:8, 27:5
**also**
9:9, 19:12,
45:2
**ambulance**
36:14, 38:6

**analysis**
20:3
**and-a-half**
8:12
**andrew**
4:12
**andy**
6:13, 53:16
**announced**
45:10, 46:11,
47:9
**announcement**
47:21
**announcements**
45:25
**another**
32:18, 45:24
**answer**
7:19, 8:2,
11:5, 14:25,
16:17, 18:24,
21:15, 22:25,
25:21, 26:11,
27:1, 28:1,
28:13, 28:22,
31:19, 33:19,
40:17, 43:16,
46:2, 48:2
**any**
7:10, 8:6,
10:6, 10:8,
10:10, 11:10,
11:17, 13:2,
15:20, 15:24,
15:25, 16:12,
16:21, 17:13,
17:19, 18:10,
21:4, 21:11,
31:23, 32:9,
32:13, 35:4,
36:13, 36:23,
38:6, 42:4,
42:5, 48:5,
51:1, 52:4,
52:16, 52:22,
53:9, 55:7,
56:13
**anything**
8:25, 10:11,

13:11, 19:6,
45:24, 48:21,
53:19, 54:8
**apologize**
9:15
**appear**
30:14, 55:7
**appearances**
6:6
**approximately**
8:15, 19:21,
20:6
**approximation**
24:15
**area**
32:5, 45:7,
45:17, 47:4
**arnold**
3:15
**arrest**
5:13, 11:9,
13:21, 14:17,
15:3, 19:13,
22:2, 22:9,
22:12, 22:14,
22:20, 23:3,
23:5, 23:11,
23:15, 24:23,
25:23, 27:18,
28:5, 29:13,
39:3, 39:4,
42:11, 42:24,
43:11, 43:17,
48:6, 52:1
**arrested**
25:1, 25:16,
31:14, 32:22,
36:6, 40:10,
44:5, 44:22,
45:2, 45:3,
46:18, 49:3,
49:20
**arrestee**
25:7, 36:8,
36:17, 38:12,
38:17, 38:25,
39:1, 39:8, 42:2
**arrestee's**
25:12, 27:20,

40:20, 40:21,
41:17, 41:18
**arrestees**
11:8, 11:14,
23:6, 24:2,
24:10, 26:3,
26:24, 27:4,
28:20, 29:17,
30:13, 31:22,
32:1, 35:22,
36:6, 36:23,
37:5, 37:13,
37:25, 49:7,
50:20, 51:15,
51:19, 51:24
**arresting**
22:23, 24:5,
25:9, 25:13,
25:15, 26:22,
27:2, 27:19,
31:16, 32:15,
36:19, 38:14,
38:20, 39:6,
40:8, 40:14,
43:10, 43:18
**arrests**
13:19, 23:19,
25:23, 26:1,
34:6, 35:9,
35:16, 50:13,
52:5
**arrived**
21:23
**aside**
21:6
**assaults**
9:1
**assigned**
11:6, 11:10,
11:14, 11:22,
13:7, 13:12,
13:18, 15:3,
20:9, 22:1,
22:9, 22:16,
23:11, 23:15,
28:5, 29:12,
29:16, 33:12,
33:16, 33:25,

34:21, 38:18,
52:18
**assignment**
11:17, 14:13,
15:5, 15:16,
16:2, 16:14,
24:1, 24:9,
28:25, 33:1,
33:3, 33:21,
34:3, 34:10,
34:15, 35:20
**assignments**
15:21, 23:20,
23:22, 34:1
**assist**
22:15, 22:16
**assisted**
20:2, 23:19
**assisting**
23:5, 34:5
**associated**
9:10
**assume**
17:22
**attached**
5:6, 30:4,
39:13, 42:8,
55:7
**attended**
52:16
**attorney**
7:24, 9:16
**attorneys**
9:7, 9:12,
9:19, 28:19
**audio**
7:13, 10:10,
23:13
**avenue**
4:6
**aware**
15:17, 16:11,
48:8, 52:22
**away**
50:22, 50:23

─────── B ───────

**back**
13:15, 16:24,

19:15, 21:22,
47:7, 50:12
**backing**
15:15
**badge**
40:2
**bag**
25:12, 25:13,
38:24, 39:1,
40:21, 40:22,
41:18, 41:19
**bags**
50:19, 51:2
**ball**
17:16
**based**
24:4, 33:10,
36:16, 41:16
**basic**
21:18, 51:15
**basically**
11:23, 23:21,
33:24
**bates-stamped**
30:7, 39:15,
41:21, 42:10
**baton**
17:11
**became**
19:17
**because**
19:9, 21:11,
26:2, 36:25,
37:7, 40:6,
43:9, 47:4,
48:24, 49:10,
52:13
**become**
52:22
**becoming**
19:14
**been**
6:18, 6:24,
8:10, 8:13,
12:12, 12:13,
12:20, 15:18,
21:3, 28:5,
29:3, 29:12,

30:7, 31:23,
37:6, 40:18,
43:9, 44:15,
46:12, 48:13,
51:2, 51:3,
51:6, 52:1,
52:23, 53:8
**before**
2:8, 6:24, 7:1,
7:12, 15:16,
28:6, 28:25,
30:12, 31:25,
35:6, 38:16,
39:20, 51:9,
56:6
**began**
28:25, 30:12,
31:21, 31:25,
35:6, 36:6
**beginning**
37:6, 37:10
**behalf**
3:3, 3:12, 4:3,
4:11, 6:11,
6:13, 6:16, 40:7
**being**
29:17, 37:1,
45:21, 53:11
**believe**
9:18, 12:2,
12:23, 13:20,
14:10, 18:12,
20:6, 29:4,
29:6, 29:10,
40:24, 47:11,
50:24, 53:1,
53:7
**believed**
12:14
**best**
50:3
**better**
23:23
**between**
35:19, 35:20,
50:7
**big**
29:20

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021

**bigger**
30:16
**birkholz**
4:4, 6:15,
7:25, 9:14,
11:4, 14:24,
16:4, 16:15,
18:1, 18:23,
22:24, 25:19,
26:10, 26:25,
27:24, 28:12,
28:21, 31:18,
33:17, 40:16,
43:14, 46:1,
48:1, 48:19,
52:21, 53:3,
53:21, 53:25,
54:5, 54:10
**birth**
36:11, 37:8,
38:1, 44:12
**bit**
19:15
**black**
1:4
**blank**
48:11
**blanks**
44:14, 44:16,
49:5
**blm**
3:12, 6:12
**both**
54:9, 54:10
**bottom**
39:22
**boulder**
3:9
**box**
40:23
**break**
8:5, 8:8, 49:24
**brief**
16:21
**briefed**
23:23
**briefing**
32:9

**briefings**
16:1, 52:16
**briefly**
8:20
**bring**
15:6, 15:10,
17:9
**broadway**
3:7
**broke**
23:13
**bronson**
14:19
**brought**
11:8, 24:3,
29:17, 37:14
**bunch**
33:22, 44:7
**bureau**
19:25, 20:20
**butchered**
6:8

---
C
---
**call**
14:23, 33:24
**called**
14:15
**came**
13:8, 50:19,
52:13
**can't**
7:14, 8:7,
12:3, 12:24,
22:7, 23:2,
23:7, 24:16,
29:22
**capacity**
16:10
**career**
18:15
**case**
7:6, 9:11,
13:5, 49:9,
56:14
**catch**
7:14
**cause**
5:13, 10:18,

24:10, 24:13,
24:18, 24:21,
24:23, 25:4,
27:6, 27:13,
33:12, 36:20,
38:8, 38:11,
42:11, 43:13,
43:24, 44:15,
44:18, 48:7,
49:17, 49:18,
50:4, 50:10,
50:14
**cell**
37:11, 37:14
**center**
11:7, 22:19
**certain**
12:3, 18:18,
18:20, 21:14,
25:23, 25:25,
30:25
**certificate**
56:1
**certifications**
18:18
**certified**
2:9, 18:21,
56:3
**certify**
56:7
**cetera**
42:1, 44:13
**champa**
4:14
**characterize**
18:7
**charge**
13:21
**charges**
25:8, 25:14,
36:19, 39:5,
49:1
**check**
36:12
**cherokee**
15:13, 21:23
**chicago**
3:18

**chronologically**
19:16
**city**
1:8, 4:5,
30:18, 40:25
**civil**
1:6
**classes**
19:7, 19:8
**clips**
45:20
**code**
40:25
**colfax**
4:6
**collecting**
20:13
**color**
38:4
**colorado**
1:2, 3:9, 4:8,
4:16, 41:1, 41:2
**come**
35:23, 40:13
**coming**
13:3, 35:9
**commission**
56:20
**complaint**
5:11, 10:17,
38:10, 39:16,
51:7
**complaints**
36:13
**complete**
11:7, 11:15,
11:16, 13:18,
27:5, 27:13,
34:7, 36:15,
43:21, 55:6
**completed**
9:10
**completing**
24:4, 40:6
**comply**
46:17
**comprised**
22:21

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021

60

computations
12:7
computer
37:20, 37:21
condensed
54:6
conducted
1:16, 2:1
conferencing
7:8
confirm
30:11, 36:11,
38:4
confirmed
38:1
consolidated
1:8
consulting
12:23
contact
36:8, 36:9
contacted
38:16
continue
7:12, 43:22
continuing
18:14, 19:3
control
19:13
conversations
52:4
copy
29:8, 30:8,
30:11, 54:12
correct
9:18, 10:2,
12:11, 13:10,
14:4, 17:5,
17:25, 18:2,
18:16, 18:17,
18:25, 21:5,
21:7, 24:23,
24:24, 25:1,
25:2, 25:18,
26:7, 27:11,
31:1, 31:6,
31:7, 31:11,
31:12, 33:2,

34:13, 35:14,
37:15, 37:18,
39:25, 40:3,
43:1, 43:5,
43:6, 44:2,
44:3, 44:13,
44:14, 44:21,
44:23, 44:24,
47:10, 47:11,
47:14, 47:15,
49:16, 49:22,
50:17, 51:5,
51:8, 51:12,
52:10, 52:11,
55:5, 56:8
corrections
55:7
could
6:5, 6:21,
27:12, 38:4,
49:4, 49:6
counsel
6:19, 56:13
county
1:8, 4:5,
30:18, 41:1,
56:5
couple
9:7, 13:25
course
7:18, 18:15
court
1:1, 7:1, 7:4,
7:7, 7:21, 56:1
coverage
16:7, 16:8,
16:21
credentialed
31:6
crime
19:8, 19:10,
20:10, 20:12,
20:14
crimes
8:24
criminal
28:19
csr
1:25, 56:4

ct
1:18
curfew
5:10, 25:17,
29:2, 29:4,
29:9, 29:15,
30:8, 30:15,
30:16, 30:17,
31:15, 32:2,
32:10, 32:16,
32:20, 35:12,
35:16, 41:8,
41:13, 44:6,
44:23, 45:16,
45:25, 46:17,
47:4, 47:8,
48:14, 48:25,
49:12, 49:14,
49:15, 49:20

**D**

date
12:24, 36:11,
37:8, 38:2,
44:12, 55:13
dates
12:16
day
11:11, 11:13,
12:17, 13:22,
17:1, 50:13,
51:19, 51:24,
52:6, 56:17
days
11:25
ddc
22:16, 22:18,
22:19, 22:22,
23:6, 23:18,
24:3, 26:21,
29:16, 33:1,
34:7, 34:12,
34:16, 35:22,
36:4, 43:21,
49:7
death
10:21
defendant
4:11, 40:24

defendants
1:10, 4:3,
6:16, 7:25,
53:22
defense
28:19
deleted
28:16
demographic
36:10, 36:17,
37:7, 37:17,
41:25, 51:16
demonstrations
53:9
den
39:15, 41:21,
42:10
denver
1:8, 4:5, 4:8,
4:16, 8:11,
10:22, 11:18,
12:18, 13:13,
15:18, 16:12,
18:6, 20:3,
21:3, 21:8,
30:19, 41:1,
45:9
department
8:11, 18:6,
21:9, 21:20,
26:9
deployment
17:20
deponent
55:1
deposed
6:24
deposition
1:15, 2:1, 5:8,
7:3, 9:6, 9:8,
9:9, 30:3,
39:12, 39:20,
42:7, 42:18,
56:7
dept
4:7
describe
52:12

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                   61

describing
28:10, 42:2
description
52:15
detective
6:21, 8:14,
8:18, 8:21,
19:14, 20:9,
20:24, 39:23,
40:1, 40:4,
42:24, 50:3,
54:3
detectives
11:22, 23:2,
33:4, 33:6,
33:8, 33:10,
33:11, 33:15,
33:22, 34:5,
34:21, 34:23,
34:25, 51:10
detention
11:7, 22:19
different
7:4
direction
31:24, 56:11
discuss
23:16
discussion
54:4
dispatch
10:11
dispersal
45:5
dispersion
32:4, 39:4
distinct
47:20
district
1:1, 1:2, 8:18,
8:21, 11:22,
11:23, 13:3,
13:8, 14:7,
14:9, 14:20,
20:25, 52:10,
52:19
divided
23:17, 34:4,

34:8
document
24:22, 30:6,
30:14, 39:14,
42:9, 42:15
documentation
19:9
documented
12:13
documenting
20:12
documents
9:10, 10:13,
39:19, 42:17
doing
7:7, 26:4,
33:4, 35:19,
35:21, 35:25,
36:10, 37:19,
37:21, 51:13,
52:10
done
50:21
down
23:6, 27:11,
30:10
downtown
11:7, 22:19
dpd
17:3, 17:25,
19:5, 19:17,
53:10
dpd's
52:25
driving
19:12
drmc
41:8
due
7:8
dui
19:6, 34:17,
34:22, 36:1,
36:3, 37:11,
37:14, 51:11
duly
6:18
during
18:9, 21:2,

30:20, 53:9
duties
8:20, 8:22,
23:24
duty
13:7

## E

each
23:23, 34:8,
49:9, 50:13
effect
45:16, 48:14,
48:25
efficient
48:24
either
15:25, 25:11,
38:22, 40:18,
47:16, 53:20
electronic
54:7
elizabeth
3:4, 6:7
else
13:11, 22:7
ely
1:25, 2:8, 56:3
emergency
5:10, 29:1,
29:9, 30:8,
31:5, 41:8,
44:6, 44:23,
45:16, 46:17
employed
56:13
enforced
32:11, 32:15
enforcement
31:4
enough
29:20
errata
55:8
esquire
3:4, 3:5, 3:13,
3:14, 4:4, 4:12
estimate
50:4

estimated
51:9
et
1:5, 1:9, 42:1,
44:13
events
7:6
ever
17:13, 17:19,
28:4, 28:5,
36:23, 40:9,
45:20, 52:1,
52:22, 53:8,
53:14
every
25:22
everybody
6:5
everyone
29:5, 49:6
everything
14:22
evidence
20:13, 20:14
exact
12:24, 24:14
exactly
23:2, 23:8,
35:2, 44:10
examination
5:2, 6:19
examined
55:4
example
18:21
except
44:11
exception
43:25
exceptions
30:25, 31:3,
31:8, 31:17
excuse
10:16
exempted
32:7
exhibit
5:10, 5:11,

5:12, 30:3,
39:12, 42:7
**exhibits**
5:8, 54:8
**experience**
33:11
**experiencing**
31:10
**expires**
56:20
**explained**
15:2
**eye**
38:4

### F

**facts**
24:22, 48:5
**failed**
41:14, 46:16
**failing**
44:25, 45:3
**failure**
41:9, 45:2
**fair**
7:22, 8:8,
12:10, 19:18,
21:18, 22:23,
35:15, 35:18,
42:21, 49:10
**fairly**
49:11
**fall**
31:16
**familiar**
21:12
**far**
54:5
**faster**
49:6
**february**
1:17
**federal**
52:24
**female**
41:25
**field**
22:22, 23:1,

23:3, 24:25,
25:18, 26:23,
32:15
**fill**
24:9, 24:13,
25:4, 33:12,
37:17, 38:7,
38:9, 39:17,
42:15, 43:12,
49:5
**filled**
42:20, 43:7,
49:19, 50:5
**filling**
24:17, 44:4,
51:4, 51:14
**financial**
56:15
**find**
50:9, 50:11
**fine**
8:6
**fingerprint**
20:3
**finished**
54:3
**fire**
31:4
**firearm**
18:22
**first**
9:20, 9:22,
10:23, 12:17,
12:20, 12:22,
13:16, 14:12,
17:24, 19:5,
19:18, 21:24,
35:9, 36:5,
39:23
**fitouri**
3:3, 6:9, 6:19,
30:7
**five**
8:15, 35:3,
51:10
**five-minute**
49:24
**floyd's**
10:21

**focus**
12:15
**focuses**
19:11
**following**
8:22, 12:2,
12:19, 30:20,
32:8
**follows**
6:18
**foregoing**
55:4, 56:6,
56:8
**forgot**
9:15
**form**
11:4, 14:24,
16:4, 16:15,
18:1, 18:23,
22:24, 25:19,
26:25, 27:24,
40:16, 43:14,
46:1, 48:21
**forms**
44:7, 48:9,
48:10, 48:16
**forth**
24:22
**foundation**
16:16, 22:24,
25:20, 26:10,
27:25, 28:12,
28:21, 31:18,
33:17, 43:15,
48:1, 53:3
**four**
35:2, 51:10
**franklin**
13:24, 14:2,
22:5, 25:7,
26:20, 26:24,
27:7, 27:9,
27:22, 34:20,
48:18, 51:22
**franklin's**
26:5, 27:16,
38:23, 40:19,
41:16

**friday**
1:17, 9:20
**front**
43:22, 53:11
**further**
53:15

### G

**gas**
17:20
**gave**
22:2, 25:13,
27:9, 34:1,
34:3, 39:5,
47:7, 47:24,
48:15
**gear**
15:6, 15:10,
17:9, 17:10,
17:12
**generally**
19:2, 36:25
**generated**
8:23
**george**
10:20, 10:21
**gerardo**
3:14, 6:10
**getting**
23:6
**give**
12:24, 24:15,
50:3
**given**
15:5, 23:20,
31:23, 32:4,
32:13, 34:8,
36:7, 39:5,
45:6, 45:21,
45:25, 46:12,
46:15, 46:23,
47:13, 47:20,
55:6, 56:9
**go**
7:11, 8:7, 9:8,
13:15, 14:25,
16:25, 17:6,
19:15, 19:16,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                              63

24:17, 34:7,
34:11, 49:5,
49:14, 49:23,
50:12, 53:4
**going**
10:20, 10:23,
15:3, 16:24,
21:22, 30:10,
31:9, 34:18,
49:2, 53:23,
54:1
**good**
29:6
**goodness**
9:15
**gosh**
6:8
**great**
21:1, 53:23
**group**
51:19
**guess**
46:3, 50:6
**gun**
17:16

**H**

**h-a-n-s-o-n**
6:23
**hair**
38:3
**half**
10:4
**halo**
13:2
**hand**
6:3, 56:17
**handwrite**
49:8
**handwriting**
42:2
**handwritten**
37:23, 42:20,
44:17
**hanson**
1:15, 2:1, 5:2,
6:17, 6:21,
6:23, 39:23,

40:5, 42:24,
54:3, 55:3
**happen**
13:6
**happened**
13:5, 25:22,
26:12
**head**
7:20, 7:21,
34:24
**headquarters**
14:10, 14:16,
15:4, 15:12,
17:3, 21:24,
32:25, 35:11
**hear**
7:14, 53:1,
53:6
**height**
38:3, 41:25
**held**
54:4
**here**
7:4, 7:7, 8:1,
30:1, 39:22,
40:23, 42:23,
43:3
**hereby**
55:3, 56:7
**hereunto**
56:16
**hess**
9:14
**holding**
37:11, 37:14
**hollie**
4:4, 6:15
**home**
38:2, 49:14
**homelessness**
31:11
**honest**
21:15
**honestly**
12:1, 13:2,
14:1, 15:1,
16:9, 22:7,
24:16, 50:7,

53:7
**hour**
10:5
**hours**
44:19, 45:9,
46:14, 48:13

**I**

**identification**
19:25, 20:2,
20:19, 30:4,
39:13, 42:8
**identified**
41:3
**illinois**
2:11, 3:18,
56:6, 56:25
**imagining**
37:1
**imposed**
30:17
**in-court**
7:19
**include**
8:22
**included**
27:21, 31:3,
39:2
**including**
30:19
**individual**
34:9
**individually**
50:14
**information**
24:4, 25:5,
27:5, 27:12,
27:14, 27:15,
27:16, 28:10,
28:15, 28:18,
32:13, 36:8,
36:10, 36:16,
36:17, 36:18,
37:2, 37:8,
37:17, 37:24,
38:14, 38:22,
39:2, 41:16,
41:20, 41:24,

41:25, 42:1,
42:21, 42:25,
43:20, 44:12,
51:1, 51:3,
51:16
**initial**
18:4
**inside**
38:25, 40:21,
41:18
**instead**
7:20
**instructed**
45:17
**instruction**
31:23, 32:10,
45:21
**instructions**
22:3, 34:9
**intake**
24:6, 49:7
**intend**
45:12
**interact**
37:11
**interacted**
37:4
**interacting**
39:7
**interest**
56:14
**investigation**
8:24
**investigations**
8:19, 8:21
**investigative**
19:7, 19:12
**involved**
32:21, 49:6,
53:8
**involvement**
52:9
**issued**
17:10, 17:11,
26:8, 29:3,
30:9, 52:24
**issues**
7:10, 38:6

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                    64

| J | | |
|---|---|---|
| **jail** | |
| 20:3, 24:7 | |
| **joanne** | |
| 1:25, 2:8, 56:3 | |
| **job** | |
| 1:23, 20:11 | |
| **john** | |
| 14:19 | |

**join**
21:20
**joined**
17:25, 18:4,
18:5, 19:5,
19:17
**judge**
8:1, 52:24
**june**
10:23, 11:1,
12:20, 12:22,
13:13

**K**

**kane**
56:5
**kelsey**
39:8, 39:16,
40:15, 42:12
**killmer**
4:13
**kimberly**
1:15, 2:1, 5:2,
6:17, 6:23,
13:25, 14:3,
22:6, 39:23,
40:4, 42:24,
55:3
**kind**
15:8, 19:3,
33:23, 34:7,
36:1, 51:14
**kneepads**
17:10
**knew**
27:19, 48:24,
51:21
**know**
7:15, 8:6,

11:25, 12:2,
14:11, 15:2,
21:8, 21:13,
21:15, 24:14,
24:16, 25:22,
25:23, 25:25,
26:11, 26:13,
26:14, 26:15,
26:17, 27:2,
27:22, 28:2,
28:8, 28:14,
28:15, 28:17,
28:18, 28:23,
29:1, 31:20,
32:18, 32:23,
33:15, 33:24,
34:22, 34:23,
35:2, 35:8,
36:1, 36:7,
38:3, 38:17,
40:23, 45:23,
46:4, 46:10,
47:6, 47:23,
48:3, 48:17,
48:20, 50:6,
50:7, 51:18,
51:20, 51:21,
51:22, 51:25
**knowledge**
7:5, 16:12,
16:20, 16:23,
25:3, 32:2,
41:12, 46:22,
46:24, 47:16,
50:21

**L**

**lane**
4:13
**last**
9:20, 11:1,
11:18, 52:18
**late**
14:14
**launcher**
17:17
**laura**
13:24, 14:2,

22:5
**law**
31:3
**lawful**
41:9, 41:14,
45:1, 45:2
**learn**
14:12
**least**
22:12, 27:4
**leave**
32:5, 36:3,
36:4, 45:6,
45:17, 47:4
**left**
50:19
**less-lethal**
17:14, 18:11,
18:12, 21:4,
21:10, 52:25
**let's**
13:15, 19:15,
49:23
**lieutenant**
39:24, 40:5,
40:9, 40:14,
43:12, 43:25,
44:19, 45:6,
46:16, 46:23,
47:6, 47:14,
47:20, 47:23,
52:5
**limited**
16:10
**lines**
43:22, 53:11
**listed**
41:7, 46:15,
46:18, 48:7
**little**
19:15, 20:16,
30:16
**lives**
1:4
**llp**
4:13
**load**
45:10

**location**
25:8, 25:14,
27:18, 39:3,
46:19
**loevy**
3:6
**long**
8:10, 8:13,
9:22, 10:3,
19:20, 20:4,
20:15, 20:21,
32:24, 35:6
**look**
27:10, 50:13
**looked**
44:8, 44:10,
49:20
**looking**
12:1, 12:4
**lot**
19:8, 27:20,
38:2, 49:6
**loudspeaker**
45:13, 45:21,
45:24, 47:9,
47:21, 47:24

**M**

**ma'am**
6:25, 7:2,
7:23, 8:9, 9:4,
10:7, 10:9,
10:12, 11:12,
13:14, 14:8,
14:21, 15:14,
15:19, 15:23,
16:5, 16:18,
17:8, 17:15,
17:18, 17:21,
18:8, 19:19,
21:21, 24:11,
28:7, 32:17,
35:5, 36:3,
39:18, 39:21,
41:5, 42:3,
42:19, 42:22,
43:2, 45:14,
47:18, 47:22,

52:3, 52:7,
52:20
**made**
23:5, 42:5,
43:11, 46:4,
46:7, 46:9
**madison**
3:16
**majority**
49:2
**make**
7:19, 7:25,
29:24, 30:16,
31:15, 33:25,
42:4, 49:5
**makeba**
3:5, 6:7
**makes**
19:15, 29:23
**making**
43:4
**mandy**
9:17
**many**
10:13, 24:12,
34:25, 50:4,
50:9, 51:18
**march**
56:18
**marked**
30:3, 39:12,
42:7
**mass**
11:8, 13:19,
13:21, 14:16,
15:3, 22:2,
22:9, 22:12,
22:14, 22:20,
23:3, 23:11,
23:15, 28:5,
29:13, 34:6,
42:24, 43:17,
52:1
**matter**
1:4
**maybe**
10:5, 19:14,
51:10

**mayor**
30:9
**mcdonald**
9:17
**mcnulty**
4:12, 6:13,
53:19
**mean**
18:19, 26:18,
29:25, 35:25,
36:1, 37:3,
45:12
**media**
31:6
**medical**
31:4, 36:13,
38:6
**meet**
9:12, 9:19
**meeting**
9:22, 9:25,
10:3, 33:22,
33:23
**meetings**
16:1, 52:17
**member**
19:9
**members**
31:6
**message**
25:6, 38:23,
40:19, 41:15
**messages**
26:2, 27:23,
28:11, 51:23
**met**
9:7, 9:21,
22:1, 23:10,
23:14
**michael**
6:14, 43:4
**microsoft**
10:1
**mijares-shafai**
3:14, 6:11
**minutes**
9:23, 10:5
**mm**
17:17

**moment**
15:15
**monitored**
13:2
**months**
20:22
**more**
22:6, 48:23
**morning**
14:14, 29:7,
32:8, 54:11
**most**
10:5, 37:23
**mostly**
19:11
**multiple**
46:15
**multitude**
19:6
**municipal**
40:25
**myself**
11:21

---

**N**

---

**name**
6:9, 6:22,
9:15, 25:13,
25:15, 27:20,
36:10, 37:8,
38:1, 39:6,
39:22, 43:7,
43:25, 44:12,
44:19
**named**
39:8, 40:24
**names**
35:4
**narrative**
43:24, 44:17,
45:9, 46:14,
47:12
**need**
8:2, 8:5,
18:19, 18:20,
54:7
**needed**
14:15, 27:5,

36:14, 37:7,
38:6, 43:19
**neither**
56:12
**never**
17:16, 52:4
**newman**
4:13
**news**
16:8, 16:21,
31:6, 53:7
**next**
12:14, 19:23,
20:7, 20:17,
20:23, 29:7,
34:15
**nights**
11:21, 12:11
**nighttime**
30:15, 30:17
**nodding**
7:20
**normally**
14:6
**notarial**
56:17
**notary**
2:10, 56:1,
56:4, 56:24
**note**
25:12
**notes**
50:18, 51:1
**nothing**
16:18
**notice**
2:8
**notified**
43:11
**number**
24:14, 40:2,
51:20, 51:21

---

**O**

---

**o'clock**
29:4, 29:6,
35:17
**o'donnell**
39:24, 40:5,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                          66

40:10, 40:14,
43:4, 43:12,
44:1, 44:20,
45:6, 46:16,
46:23, 47:6,
47:14, 47:20,
47:23, 52:5
**o'donnell's**
40:1
**obey**
41:9, 41:14,
44:25, 45:2,
45:4
**objection**
11:4, 14:24,
16:4, 16:15,
18:1, 18:23,
22:24, 25:19,
26:10, 26:25,
27:24, 28:12,
28:21, 31:18,
33:17, 40:16,
43:14, 46:1,
48:1, 48:19,
52:21, 53:2
**objections**
7:25, 8:2
**obtain**
25:3, 41:12
**obviously**
7:7
**occur**
16:23
**occurred**
12:18, 25:24,
26:1
**occurring**
15:18
**off-the-record**
54:4
**offered**
21:13
**offers**
21:9
**officer**
19:18, 19:20,
21:3, 25:10,
25:13, 26:22,

27:3, 27:19,
36:19, 40:8,
40:15, 43:3,
43:10, 56:6
**officer's**
25:15, 39:6
**officers**
8:23, 13:4,
21:9, 21:14,
21:19, 24:5,
31:14, 32:14,
38:15, 38:20,
43:18, 45:10,
46:18
**official**
16:18
**oh**
6:8, 9:14
**okay**
7:17, 7:18,
8:3, 8:13, 9:12,
10:15, 10:19,
10:24, 10:25,
12:25, 13:7,
14:9, 14:12,
15:12, 15:20,
16:7, 16:11,
16:19, 17:3,
18:9, 18:14,
19:2, 19:22,
20:17, 21:1,
21:13, 21:17,
23:10, 24:12,
24:15, 24:25,
25:25, 26:5,
26:22, 27:14,
28:8, 29:11,
29:14, 30:15,
31:3, 31:13,
31:21, 33:7,
33:10, 34:2,
34:10, 34:19,
34:25, 35:11,
35:24, 36:25,
37:13, 37:19,
37:24, 38:7,
38:19, 39:19,
40:1, 40:9,

41:24, 42:20,
42:23, 43:23,
44:4, 45:8,
45:15, 45:20,
45:23, 46:9,
46:13, 47:6,
47:23, 48:5,
49:23, 51:9,
51:18, 52:8,
52:12, 53:8,
54:1, 54:3
**once**
23:22, 24:2,
32:3, 34:14,
36:7, 50:21
**one**
10:16, 11:21,
22:12, 23:18,
25:5, 25:6,
26:3, 29:3,
31:16, 32:18,
39:5, 39:19,
42:17, 45:23
**ones**
48:11
**only**
11:13, 11:20,
16:22, 18:12,
29:3, 52:8
**operated**
17:16
**opportunity**
29:15
**order**
18:21, 29:9,
29:15, 32:4,
39:4, 41:8,
41:9, 41:13,
41:14, 44:25,
45:1, 45:2,
45:3, 45:6,
45:16, 46:12,
46:17, 47:4,
48:25, 52:23,
54:5
**orders**
46:15, 46:22,
46:25, 47:1,

47:3, 47:8,
47:13, 47:19,
47:24
**other**
10:18, 11:11,
11:17, 11:20,
11:22, 31:5,
31:8, 33:4,
33:6, 33:22,
34:20, 34:25,
35:25, 48:5,
48:6, 51:10,
52:8
**others**
14:1, 35:3
**otherwise**
56:15
**out**
22:14, 22:22,
23:1, 23:3,
23:7, 23:19,
24:9, 24:13,
24:17, 24:25,
25:4, 26:23,
29:5, 31:1,
32:14, 32:19,
33:12, 37:17,
38:7, 38:9,
39:17, 42:15,
42:20, 43:7,
43:13, 44:4,
49:19, 50:5,
50:9, 50:11,
51:4, 51:14
**outcome**
56:15
**outside**
49:13
**over**
9:8, 10:21,
12:18, 20:16,
24:6, 34:16,
46:11
**overtime**
12:12

**P**

**page**
5:2, 5:8,

39:23, 41:21
**pages**
1:24
**pandemic**
7:9
**paper**
38:25, 40:21,
41:18
**paperwork**
11:7, 11:15,
11:16, 13:18,
22:17, 22:21,
24:4, 26:4,
30:12, 31:22,
32:1, 34:7,
34:12, 35:7,
35:10, 36:9,
36:12, 36:15,
37:2, 37:9,
37:17, 37:21,
38:5, 38:18,
40:7, 43:21,
44:5, 51:4,
51:6, 51:11,
51:14
**paragraph**
45:8, 46:13
**paramedics**
31:4
**part**
8:24, 15:25,
17:22, 22:13,
24:8, 32:6,
43:24, 52:1
**participate**
14:16
**participated**
28:4
**parties**
32:7, 56:14
**partner**
9:2
**patrick**
3:13, 6:10,
53:16
**patrol**
19:18, 19:20
**pending**
8:8

**people**
22:21, 22:23,
25:1, 25:16,
31:9, 31:14,
31:16, 32:3,
32:5, 32:15,
32:19, 40:10,
44:5, 49:2,
49:18, 49:19
**pepper**
17:16
**perhaps**
19:15
**person**
9:24, 24:23,
25:9, 36:9,
43:10
**personal**
44:11, 47:16
**personnel**
31:4, 31:5
**phone**
14:23, 26:3,
26:6, 26:8,
26:21, 27:10,
27:12, 27:16,
29:21, 38:23,
40:19, 41:16
**photograph**
25:7
**photos**
10:8, 25:17,
26:12, 26:15,
26:18, 26:19,
27:10, 27:17,
28:9
**picture**
27:3
**pictures**
26:23, 27:3
**piece**
38:25, 40:21
**place**
10:22, 34:18,
47:5, 49:13
**places**
30:18
**plaintiffs**
1:6, 3:3, 3:12,

6:9, 6:12, 6:19
**please**
6:3, 6:21, 7:15
**point**
37:3, 38:13
**police**
8:11, 16:12,
18:6, 21:3,
21:9, 21:20,
21:24, 32:25,
45:10
**policing**
15:22, 53:9
**policy**
28:8
**porter**
3:15
**portion**
49:7
**position**
8:15, 8:17,
19:22, 20:4,
20:8, 20:15,
20:17, 20:23
**positions**
21:14
**prepare**
9:5
**preprinted**
44:2, 44:7,
48:9, 48:10,
48:11, 48:15,
48:22, 48:24,
49:4
**preservation**
28:9
**preserved**
26:16, 27:22
**prior**
19:14, 29:16,
42:18
**prisoner's**
40:20, 41:17
**prisoners**
20:2, 24:6
**probable**
5:12, 10:18,
24:10, 24:12,

24:18, 24:21,
24:23, 25:4,
27:6, 27:13,
33:12, 34:21,
36:20, 38:8,
38:11, 42:11,
43:13, 43:24,
44:15, 44:18,
48:7, 49:17,
49:18, 50:4,
50:10, 50:14
**probably**
9:23, 10:4,
14:14, 50:12
**proceed**
9:8
**process**
11:14, 28:5,
34:12, 35:7,
36:22, 37:4,
37:7, 37:10,
38:13
**processed**
51:19
**processing**
30:12, 31:22,
31:25, 34:17,
35:10, 37:2,
51:11
**professional**
2:9
**promoted**
20:24
**property**
25:12, 38:24,
39:1, 40:20,
40:22, 41:18,
41:19, 50:19,
51:2
**protesters**
13:3, 13:8,
45:15, 45:17,
52:13
**protests**
10:20, 10:21,
10:24, 11:3,
11:18, 12:17,
12:18, 13:12,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                    68

15:17, 15:21,
15:22, 16:1,
16:8, 16:13,
32:21, 52:9,
52:17, 53:9
**provide**
43:19
**provided**
28:19, 29:8,
29:11, 41:17
**public**
2:10, 30:18,
30:19, 49:13,
56:1, 56:5,
56:24
**pull**
43:18
**purpose**
43:17
**pursuant**
2:8, 35:16,
44:6, 49:20

**Q**

**question**
8:3, 8:8, 46:3
**questions**
7:5, 53:15,
53:17, 53:21

**R**

**radio**
46:11
**raise**
6:2
**range**
8:24
**rather**
49:8
**read**
29:15, 29:22,
30:12, 53:25,
55:4
**really**
29:22
**reason**
7:12, 40:24
**recall**
15:1, 16:9,

33:7, 42:4,
45:22
**receive**
15:20, 15:24,
15:25, 17:19,
18:10, 18:19,
18:20, 21:19,
32:9, 34:14,
38:14, 44:7,
48:9, 48:12
**received**
15:16, 16:2,
16:14, 17:13,
17:24, 18:5,
18:13, 19:4,
21:4, 21:18,
24:5, 33:21,
34:10, 36:16,
36:18, 51:23
**recess**
49:25
**recollection**
12:21, 39:7
**record**
6:6, 6:22,
7:11, 8:7,
49:23, 54:15,
56:8
**recorded**
51:3
**recording**
54:2, 54:7
**recordings**
10:10
**recruit**
18:7, 18:9,
19:4, 21:17,
21:19
**reduced**
56:11
**refer**
10:21, 10:23
**regard**
16:1, 52:17
**regarding**
7:6, 19:8,
47:8, 51:24
**registered**
2:9

**regularly**
9:3
**reidy**
3:13, 6:10,
53:17
**related**
56:13
**relation**
10:19, 11:2
**relayed**
25:5
**remain**
18:21
**remember**
11:21, 13:24,
14:1, 22:7,
35:4, 35:24,
35:25
**remote**
7:8
**repeat**
7:16
**report**
14:16, 15:4
**reported**
1:25
**reporter**
2:9, 2:10, 6:2,
6:11, 7:7, 7:21,
12:4, 12:8,
15:8, 33:18,
53:2, 54:9,
54:12, 56:1,
56:4
**reports**
8:22
**represented**
28:20
**requested**
56:12
**resolve**
7:11
**respect**
11:18, 13:12,
15:21, 17:14,
17:20, 18:10,
21:10, 28:9,
31:24, 32:10,

32:14, 52:9,
52:19, 52:24
**responding**
20:12
**response**
16:12, 31:5
**responses**
19:9
**responsibilities**
22:10
**responsible**
24:3
**rest**
44:1
**restraining**
52:23
**returned**
20:19
**review**
10:6, 10:8,
10:10, 10:13,
56:12
**reviewed**
9:9, 39:20,
42:18
**revised**
40:25, 41:2
**right**
6:2, 7:3, 8:10,
17:6, 18:19,
21:2, 21:22,
22:20, 24:8,
30:6, 34:12,
35:13, 35:24,
37:22, 38:4,
44:16, 44:20,
49:10, 49:15,
51:7, 53:12,
54:1
**right-of-ways**
30:20
**riot**
15:6, 15:10,
17:9, 17:10,
17:12
**role**
10:19, 11:2,
11:17, 11:20

roll
33:24
room
34:17, 34:22,
36:2, 36:3,
37:1, 37:12,
37:14, 51:11
rotation
20:22
rpr
1:25, 56:4
rule
8:1
rules
9:9
rutahindurwa
3:5, 6:8

**S**
said
7:14, 11:14,
12:14, 14:2,
22:18, 32:24,
50:25, 56:9
same
30:14, 33:4,
44:10, 49:21,
51:13, 51:14,
55:5
saturday
30:21
saw
16:21, 16:23,
26:2, 27:15
say
19:18, 21:18,
22:8, 22:23,
33:23, 35:15,
35:18, 42:21,
42:25, 49:11
says
40:23, 43:3,
43:4, 44:19,
45:1, 45:9,
45:10, 46:14
scene
19:8, 19:10,
20:10, 20:14,

24:5, 47:25
scenes
20:12
screen
29:18, 39:10
scroll
30:10
seal
56:17
second
10:3, 12:16,
25:11, 45:8,
47:7
section
31:1, 44:17
sections
40:25, 41:2
securing
20:13
security
11:23, 12:12,
12:22, 13:1,
13:8, 52:10,
52:19
see
13:2, 26:18,
29:18, 30:1,
30:2, 30:17,
30:23, 36:12,
36:23, 39:10,
41:4, 41:10,
41:22, 42:13,
45:18, 46:20,
50:16
seeing
45:22
seen
16:22, 45:20
sense
19:16, 29:23
sent
27:6
separate
47:21
sergeant
13:20, 13:24,
13:25, 14:2,
14:19, 22:5,

25:7, 26:5,
26:19, 26:24,
27:7, 27:9,
27:15, 27:22,
34:20, 38:23,
40:19, 41:15,
48:18, 51:22
sergeant's
26:3
sergeants
13:21, 14:5,
29:12
set
30:25, 56:16
sets
24:22
several
19:10
shaking
7:20
sheet
55:8
shift
17:1, 22:3
shoplifts
8:25
shorthand
2:9, 56:3
showed
35:11
showing
30:6, 39:14,
41:20, 42:9
shows
12:9
sign
53:25
signature
42:23, 50:16,
55:13
signature-1apgj
56:22
signed
50:10, 55:8
simple
49:11
since
15:18, 19:4,

52:2, 52:17
skills
19:12
some
7:5, 7:12,
25:23, 26:1,
27:4, 31:8,
35:25
something
7:13, 16:19
sorry
12:5, 23:13,
23:14, 28:24,
33:18
sort
15:20, 18:10,
32:9, 37:1
speak
38:19, 38:21,
40:9
speaker
45:11
speaking
19:2, 38:11
specifically
39:9
spell
6:22
st
12:19, 30:22
standard
15:9, 17:11
start
17:1
started
35:9
state
2:10, 6:6,
6:21, 56:5,
56:25
stated
30:15
statement
5:12, 10:18,
24:21, 27:6,
27:13, 38:8,
38:11, 42:10,
43:4, 43:13,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                                    70

43:24, 44:15,
44:18, 48:7,
50:14
**statements**
24:9, 24:12,
24:18, 25:4,
33:13, 42:5,
49:17, 49:19,
50:4, 50:10
**states**
1:1
**station**
11:23, 11:24,
12:22, 13:1,
13:4, 13:5,
13:8, 13:9,
52:14
**stationed**
12:12, 13:4
**statutes**
41:2
**stenographically**
56:10
**stephen**
13:25, 14:3,
22:6
**still**
8:2
**stop**
54:2
**stops**
19:7
**street**
3:16, 4:14,
8:23, 22:14,
32:19, 43:18
**streets**
23:19, 29:5,
29:6, 30:19,
32:6, 32:7, 34:5
**strike**
13:16, 31:24,
53:14
**suite**
3:8, 3:17, 4:15
**summer**
11:19
**summons**
5:11, 10:17,

38:10, 39:16,
41:7, 51:7
**sunday**
30:22
**supervise**
22:11
**supervisor**
14:15, 14:18,
22:13, 22:15
**supervisors**
22:1, 22:4,
22:8, 23:11,
23:15
**supported**
48:6
**supporting**
24:22
**sure**
7:19, 29:24,
31:15, 33:25,
54:14
**suspect**
46:15
**sworn**
6:4, 6:18

---
                 **T**
---
**tactics**
19:13
**take**
8:5, 8:7,
26:23, 34:18,
49:24, 54:6
**taken**
21:11, 25:17,
27:4, 49:25,
56:7, 56:10
**taking**
49:8
**talking**
42:2, 51:15
**tally**
50:14
**taser**
18:13, 21:6
**task**
11:10, 51:13,
52:18

**taylor**
39:8, 39:16,
40:15, 41:13,
42:4, 42:5,
42:12, 44:22
**taylor's**
41:7, 44:18,
48:6
**team**
13:22, 22:2,
22:9, 22:12,
22:14, 23:11,
23:15, 23:18,
23:23, 29:13,
34:8, 42:24,
43:17, 52:2
**teams**
9:25, 10:1,
11:9, 14:17,
15:3, 22:20,
23:4, 23:18
**tear**
17:20
**technician**
19:24, 20:20
**technological**
7:10
**telestaff**
12:1, 12:6,
12:9, 12:24
**tell**
14:22, 19:3,
23:2, 23:7,
32:2, 34:2,
36:25, 37:3,
43:7, 48:15
**temporary**
52:23
**terms**
12:25, 24:19,
36:17, 53:11
**testified**
6:18, 7:1
**testimony**
7:4, 7:19,
55:5, 55:6, 56:9
**text**
25:6, 26:2,

26:24, 27:23,
28:10, 30:1,
30:2, 38:23,
40:18, 41:15,
43:23, 51:23
**texted**
27:14
**th**
10:22, 11:6,
11:13, 12:16,
12:19, 13:19,
14:13, 14:14,
15:13, 15:17,
15:18, 15:22,
16:2, 16:3,
16:13, 16:14,
16:24, 21:22,
21:23, 24:13,
29:1, 30:13,
30:21, 31:23,
32:1, 33:11,
40:11, 44:6,
48:10, 50:5,
52:2, 52:8
**thank**
12:8, 53:17,
53:20
**thefts**
8:25
**thereafter**
56:10
**thing**
21:24, 33:5
**things**
44:16, 47:17,
49:5
**think**
23:23, 35:2,
46:11, 51:20
**third**
9:16, 46:13
**three**
20:16
**through**
7:8, 10:22,
11:8, 20:3,
25:6, 30:8,
33:25, 38:23,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021                    71

39:15, 40:18,
41:15, 50:12
**throughout**
13:5, 18:15
**throw**
50:23
**thrown**
50:22
**thursday**
12:17
**time**
7:11, 8:6,
9:20, 12:7,
15:5, 16:25,
20:5, 21:2,
25:8, 25:14,
27:18, 29:4,
31:21, 36:2,
39:3, 39:4,
43:20, 44:1,
49:8, 51:21,
52:22, 53:10
**time-frame**
35:8
**times**
9:7, 27:20,
30:20, 38:2
**told**
14:15, 14:22,
15:2, 23:25,
24:2, 46:9,
46:10, 47:1,
47:3, 48:21,
49:15
**took**
10:22, 27:3
**top**
34:23
**total**
51:18
**traffic**
19:7
**training**
17:13, 17:19,
17:24, 18:5,
18:7, 18:9,
18:10, 18:13,
18:15, 18:20,

19:3, 19:4,
19:6, 19:11,
19:13, 21:4,
21:8, 21:12,
21:17, 21:19
**transcribe**
7:22
**transcript**
5:6, 30:4,
39:13, 42:8,
56:8
**transcription**
55:6
**transmitted**
38:22
**traveling**
31:9
**true**
42:25, 55:5,
56:8
**try**
30:16
**trying**
36:21
**turn**
43:19
**two**
10:14, 11:21,
23:17, 25:5,
49:1
**two-and-a-half**
20:5
**typewriting**
56:11

## U

**under**
56:11
**understand**
8:4, 24:19,
36:21, 45:12,
46:3
**understanding**
22:10, 23:4,
31:13, 40:7,
40:13, 45:5,
46:7, 47:19,
51:17

**uneventful**
52:13
**unfortunately**
33:9
**unified**
5:11, 10:16,
10:17, 38:10,
39:16
**uniform**
15:7, 15:8,
15:9, 46:18
**unit**
8:19, 8:21,
19:10, 20:10
**united**
1:1
**unless**
32:6
**unofficial**
16:19
**until**
16:2, 16:13,
29:7, 30:21,
32:7, 35:12,
35:16
**us&c**
10:17, 38:10
**use**
17:14, 18:11,
18:22, 21:4,
21:10, 52:25

## V

**verbally**
7:20
**version**
54:7
**vest**
17:11
**via**
45:10, 47:9,
47:21, 47:24
**video**
7:8, 7:13,
10:6, 45:20
**view**
26:19, 29:20,
29:22

**violated**
40:24, 41:13,
49:15
**violating**
44:22
**violation**
25:16, 31:15,
32:20, 49:10,
49:11
**violations**
41:6
**virtually**
1:16, 2:2

## W

**waiting**
35:22
**waive**
53:23
**walked**
34:16
**walking**
24:6
**wang**
3:4, 5:3, 6:5,
6:7, 6:20,
15:11, 16:6,
18:3, 19:1,
23:9, 27:8,
28:3, 29:24,
30:5, 46:5,
48:4, 49:23,
50:2, 53:5,
53:15, 53:23,
54:1, 54:13,
54:14
**want**
24:20, 29:24,
54:6, 54:9,
54:10, 54:12
**wanted**
50:9
**warrant**
5:14, 42:11
**watch**
16:7
**way**
7:21, 8:25,

25:6, 25:11,
32:18, 45:23,
50:15
**ways**
25:6
**we'll**
7:11, 8:7, 54:6
**we're**
7:4, 7:7, 54:3
**weapon**
18:12
**weapons**
17:14, 18:11,
21:5, 21:10,
52:25
**week**
9:20, 10:23
**weekend**
12:3, 12:15,
12:19, 12:20,
12:22
**weight**
38:3, 42:1
**went**
17:3, 22:14,
23:18, 32:25,
33:1, 33:24,
34:16, 48:14,
48:25
**west**
3:16, 4:6
**whereof**
56:16
**whether**
32:18, 32:21
**white**
41:25
**whoever**
26:22
**whole**
36:2
**wise**
35:8
**within**
30:18
**without**
12:1, 12:23
**witness**
6:4, 12:6,

15:9, 56:16
**word-for-word**
15:1
**work**
9:2, 31:9,
35:25
**working**
12:9, 22:11
**wouldn't**
33:23
**write**
27:11, 40:4
**written**
38:24, 40:19
**wrong**
7:13

___Y___
**yeah**
22:19, 29:19
**year**
11:1
**yearly**
19:12
**years**
8:12, 8:16,
19:10, 19:21,
20:5, 20:16
**yesterday**
9:21, 10:4
**yourself**
17:7, 33:5

___(___
**(c**
41:9

___.___
**.1000**
4:17
**.2300**
3:19
**.5642**
3:10
**.8072**
4:9

___0___
**00**
14:17, 15:4,

17:2, 17:4,
29:4, 29:6,
29:7, 30:21,
30:22, 32:4,
32:8, 35:12,
35:17, 35:20,
45:9, 47:9,
48:14, 49:1,
49:12
**002113**
39:15
**002122**
42:10
**011302**
30:7
**01878**
1:7
**01922**
1:9
**04**
1:18
**05**
50:1

___1___
**1**
41:8
**10**
1:18, 19:21,
49:25, 50:7
**11**
50:1, 54:15
**1108**
4:7
**13**
15:13, 21:23,
41:8
**15**
50:7
**1543**
4:14
**16**
56:20
**18**
20:22
**19**
1:17
**1:-cv--rbj**
1:7

**1:-cv--rbj-meh**
1:9

___2___
**2**
31:1
**20**
1:7, 1:9, 45:9,
46:14
**2000**
45:9, 48:13
**201**
4:6
**2020**
12:16, 13:13,
21:23, 30:21,
30:22, 44:7
**2021**
1:17, 56:18
**2024**
56:20
**2045**
44:19, 46:14
**2060**
3:7
**21**
8:12
**2114**
39:15, 41:21
**28**
10:22, 12:16,
15:18, 15:22,
16:2, 16:13
**2nd**
56:17

___3___
**3**
14:17, 15:4,
17:2, 17:4,
35:12, 35:20
**30**
5:10, 11:6,
11:13, 12:19,
13:19, 14:13,
14:14, 15:17,
15:22, 16:3,
16:14, 16:24,

Transcript of Detective Kimberly Hanson
Conducted on February 19, 2021

73

21:22, 24:13,
29:1, 30:13,
30:21, 31:23,
32:1, 33:11,
40:11, 44:6,
45:9, 46:14,
48:10, 50:5,
52:2, 52:8
**303**
30:8
**303.571**
4:17
**31**
12:19, 30:22,
41:9
**312.583**
3:19
**352385**
1:23
**38**
41:9
**39**
5:11

**4**

**40**
17:17
**400**
4:15
**4169**
56:4
**42**
5:12
**4200**
3:17
**4231**
3:18
**45**
9:23, 10:5,
46:14, 47:13
**460**
3:8

**5**

**5**
29:7, 30:22,
32:8
**5280**
1:4, 3:12, 6:12

**5332**
4:8
**56**
1:24
**59**
49:25

**6**

**60602**
3:18

**7**

**70**
3:16
**720.328**
3:10
**720.913**
4:9

**8**

**8**
29:4, 29:6,
30:21, 32:4,
35:17, 35:20,
47:9, 47:13,
48:14, 49:1,
49:12
**80202**
4:8, 4:16
**80302**
3:9
**84**
56:4
**8:**
35:12

**9**

**92009**
46:16
**93029**
39:24, 40:1