IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Lindsay M. Jordan, Assistant City Attorney for the City and County of Denver, hereby enters her appearance as counsel of record on behalf of Defendants City and County of Denver, David Abeyta, John Brinkers, Daniel Felkins, Paul Pazen and Anthony E. Tak.

DATED this 3rd day of May, 2021.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: lindsay.jordan@denvergov.org
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 3rd day of May, 2021, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP-Denver
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
amcnulty@kln-law.com
ralison@kln-law.com
*Counsel for Plaintiffs*

I hereby certify that on this 3rd day of May, 2021, the foregoing **NOTICE OF ENTRY OF APPEARANCE** was served via U.S. mail to the following:

Cidney Fisk
5100 Leetsdale Drive, Apt 438
Denver, CO 80246

14362 E. Rd.
Delta, CO 81416
*Pro se Plaintiff*

*s/ Sarah Peasley*
Denver City Attorney's Office