**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:        1:20-cv-01878-MEH

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN, and
STANFORD SMITH,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

      Defendants.

## ENTRY OF APPEARANCE

Michael J. Sebba of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith.  The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

2

Dated: May 5, 2021                              Respectfully submitted,

                                                By: */s/ Michael J. Sebba*
                                                   Michael J. Sebba
                                                   Arnold & Porter Kaye Scholer, LLP
                                                   250 West 55th Street
                                                   New York, New York 10019-9710
                                                   Telephone: 212-836-7529
                                                   Michael.Sebba@arnoldporter.com

                                                   *In cooperation with the American Civil*
                                                   *Liberties Union Foundation of Colorado*

                                                   Mark Silverstein
                                                   Sara Neel
                                                   Arielle Herzberg
                                                   American Civil Liberties Union Foundation
                                                   of Colorado
                                                   303 E. Seventeenth Ave., Suite 350
                                                   Denver, Colorado 80203
                                                   Telephone: (303) 777-5482
                                                   Facsimile: (303) 777-1773
                                                   Msilverstein@aclu-co.org
                                                   Sneel@aclu-co.org
                                                   Aherzberg@aclu-co.org

                                                   *Counsel for Plaintiffs*