**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.:       1:20-cv-01878-MEH

BLACK LIVES MATTER 5280,
DR. APRYL ALEXANDER,
ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
PHILLIP ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN, and
STANFORD SMITH,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE BOES 1–50,

     Defendants.

## ENTRY OF APPEARANCE

Leslie Bailey of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters her appearance on behalf of Plaintiffs Black Lives Matter 5280, Dr. Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith.  The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that she is a member in good standing of the bar of this Court.

2

Dated: May 5, 2021                             Respectfully submitted,

By: */s/ Leslie Bailey*
Leslie Bailey
Arnold & Porter Kaye Scholer, LLP
601 Massachusetts Ave., NW
Washington | District of Columbia 20001-3743
Telephone: 202-942-6292
Leslie.Bailey@arnoldporter.com

*In cooperation with the American Civil
Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation
of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Plaintiffs*