**IN THE UNITED STATES DISTRICT COURT**
**OF THE DISTRICT COURT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

___

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION**
**OF TIME TO DISCLOSE EXPERT REPORTS**
___

Now come the BLM 5280 and Fitouri Plaintiffs, through their respective counsel, and hereby move for an unopposed extension of time to disclose their expert reports. In support of their motion, Plaintiffs state as follows:

1. The current expert discovery deadlines are: Plaintiffs' experts due June 11, 2021; Defendants' experts due July 12, 2021; Plaintiffs' rebuttal experts (if any) due August 2, 2021. Dkt. 46 at 14-15.

2. The parties are still in the process of exchanging written discovery and taking depositions of important fact witnesses, including the depositions of supervising officers, for which Plaintiffs initially requested dates in February 2021. The deposition of the DPD Incident Commander, Patrick Phelan, has been scheduled for May 25, 2021, and the deposition of Chief of Police Paul Pazen has been scheduled for June 17, 2021.

3. Moreover, several of the depositions of supervising lieutenants were delayed due to their desire to obtain outside counsel in order to produce their text messages. (The supervisors routinely text messaged each other during the protests and about the protests at issue in this

case.) The City has not yet produced those text messages. Furthermore, the City has been producing documents and videos responsive to Plaintiffs' requests on a rolling basis. Several weeks ago, Plaintiffs discovered that the City's production of officer statements was incomplete. The City has agreed to supplement its production but has not yet done so and not provided a date by which it will do so. (The officers detailed their uses of force and their actions towards protestors in these officer statements.)

4. This information that is still being obtained in discovery is important for Plaintiffs' experts to consider when evaluating the actions of the City and the DPD during the protests in this case.

5. Accordingly, Plaintiffs respectfully request a 30-day extension of time to disclose their experts and expert reports, so that the expert discovery schedule is adjusted as follows:

> Plaintiffs' experts due July 12, 2021
>
> Defendants' experts due August 12, 2021
>
> Plaintiffs' rebuttal experts (if any) due September 2, 2021

6. The current discovery cut-off date is September 3, 2021. If the above changes to the expert schedule are made, Plaintiffs propose that that date (September 3, 2021) become the fact discovery cut-off date and that discovery relating to experts (specifically, expert depositions) be extended to October 3, 2021.

7. Plaintiffs have conferred with Defendants, and Defendants have no objection to this schedule. The parties further propose that the dispositive motion deadline (currently October 15, 2021) be extended accordingly to November 15, 2021.

8. This is the first request for extension of discovery deadlines that any party has requested.

9. Granting this 30-day extension will not cause undue delay or affect the trial date in this case.

WHEREFORE, the BLM 5280 and Fitouri Plaintiffs respectfully request that this Court grant their unopposed motion and extend the deadlines for expert discovery by 30 days, as set forth above.

Respectfully submitted,

By: s/ *Elizabeth Wang*
Counsel for Fitouri Plaintiffs

By: s/ *Timothy R. Macdonald*
Attorney for Black Lives Matter 5280 Plaintiffs

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Counsel for Fitouri Plaintiff*

Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
makeba@loevy.com
*Counsel for Fitouri Plaintiffs*

Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
Mollie DiBrell
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com
Mollie.DiBrell@arnoldporter.com

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Black Lives Matter 5280 Plaintiffs*