# LOEVY & LOEVY

2060 Broadway, Suite 460, Boulder, Colorado 80302

Elizabeth Wang
elizabethw@loevy.com
direct 720.328.5642

May 19, 2021

*Via CM/ECF*
The Honorable R. Brooke Jackson
Alfrad A. Arraj United States Courthouse A938/Courtroom A902
901 19th Street
Denver, CO 80294

Re: *BLM 5280 v. City and County of Denver, et al.*, 20-CV-1878-RBJ (consolidated)

Dear Judge Jackson:

We write in advance of the telephonic discovery dispute hearing on Thursday, May 20, 2021 at 8:30 a.m., to provide the Court with a list of the discovery disputes in this matter. We hope that this list can help guide the hearing. The disputes are as follows:

1. The City's refusal to produce unredacted summaries of officer statements made to the Office of Independent Monitor during its investigation into the City's response to the George Floyd Protest on the basis of deliberative process privilege.

2. The City's refusal to answer the Fitouri Plaintiffs' interrogatories asking for the identities of officers at specific dates, times and locations where excessive force was used on Plaintiffs. Plaintiffs are specifically requesting the following:

    a. The identity of one of the DPD Gang Unit Officers believed to have shot Plaintiff Youssef Amghar without justification on May 30, 2020 at 7:09 p.m. at the intersection of Lincoln and Colfax. This officer is circled in the below screenshot from a video:



b. The identity of two DPD Metro/SWAT officers who threw tear gas canisters at protestors, including Plaintiffs, on May 30, 2020, at the intersection of Lincoln and Colfax, at 7:09 p.m., as depicted in the screenshots from videos below:





    c. The identity of the DPD officers who used "less lethal" weapons on protestors, including Plaintiffs, at 16th Street and Welton Ave., at 4:49 p.m. on May 30, 2020. From officer statements and video, these officers are believed to include DPD Lt. Vince Porter and a handful of officers on his team.

Judge Jackson  
May 20, 2021  
Page 4 of 5

    d.  The identity of the DPD officers who used "less lethal" weapons on protestors (including Plaintiffs) at 14th Avenue and Sherman on May 28, 2020 at 9:10 p.m., as depicted in video and screenshots provided to the City. From deposition testimony, video, and officer statements, the officers who threw tear gas/smoke canisters are believed to be DPD Metro/SWAT officers.

    e.  The identity of the DPD Metro/SWAT officer(s) who threw flashbang grenades at the intersection of Lincoln and Colfax on May 30, 2020 between 6:00-8:00 p.m., one of which hit Plaintiff Fitouri in the foot.

    f.  The identity of the DPD officers or supervisors who (1) threw tear gas/smoke canisters at protestors, including Plaintiffs Fitouri, Deras, and Parkins, at 8:30 p.m. at the intersection of Colfax and Washington, or (2) authorized this use of force, as depicted in the below screenshot at the intersection at 8:30 p.m. Based on officer statements produced to date, it believed that these officers included Lt. Vince Porter and officers under his command. Plaintiff Deras was hit three times with tear gas canisters at this intersection at this time.



    g.  The identity of the DPD officers on Impact Teams 180 and 380, led by Sgt. Beall, Sgt. Abeyta, and Lt. Williams, who were present at the kettling

of protestors (including Plaintiffs) on May 31, 2020 between 9:36-9:42 p.m. on Colfax between Logan and Pennsylvania.

3. Whether the City should complete its production of all officer statements (which concern date, time, and location that officers were present during the protests and used force) by June 11, 2021, when the request for these statements has been outstanding for six months and Plaintiffs' expert reports are due by July 12, 2021.

Sincerely,

s/ Elizabeth Wang  s/ Patrick Reidy
Counsel for Fitouri Plaintiffs  Counsel for BLM 5280 Plaintiffs