IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: May 20, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BLACK LIVES MATTER 5280 et al. | *Patrick Reidy* |
|  | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholtz* |
|  | *Andrew Ringel* |
| **Defendants** | |

## COURTROOM MINUTES

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 8:29 a.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on discovery disputes.

**ORDERED:** **Plaintiff's objection to deliberative process privilege as outlined in ECF document number 105 number 1 is DENIED.**

**Defense is to identify individuals in the photographs, as outlined on the record.**

**Identity of officers who used less lethal weapons will be deferred until the deposition of Lieutenant Porter.**

**Defense is to confirm or deny if the officers are Denver Police Officers as outlined in ECF document number 105 number 2 (d)(e) and (f).**

**ORDERED:**   Defense is to respond fully and completely to the request outlined in ECF document number 150 number 2(g).

                Statements as outlined in ECF document number 105 number 3 will be produced by agreement by June 18, 2021.

Discussion held on the status of the case.

Court in Recess:  9:05 a.m.            Hearing concluded.            Total time in Court:  00:36