# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
& 1:20-cv-03155-KLM (consolidated)

BLACK LIVES MATTER 5280, *et al.*
Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,
Defendants.

_____

## PLAINTIFFS' UNOPPOSED MOTION OF WITHDRAWAL OF PLAINTIFFS BLACK LIVES MATTER 5280 AND APRYL ALEXANDER AND AMEND CASE CAPTION
_____

Pursuant to Federal Rule of Civil Procedure 41(a)(2), Plaintiffs Black Lives Matter 5280, Apryl Alexander, Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith seek dismissal without prejudice of only plaintiffs Black Lives Matter 5280 and Apryl Alexander from this case. Each party is to bear its own costs and attorneys' fees.

In view of this withdrawal, the remaining plaintiffs also seek to amend the caption of this case as shown below to reflect this amendment to the parties

>Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
>& 1:20-cv-03155-KLM (consolidated)
>
>ELISABETH EPPS, *et al.*
>Plaintiffs,
>
>v.
>
>CITY AND COUNTY OF DENVER, *et al.*,
>Defendants.

-1-

This motion is unopposed.

Dated: May 24, 2021

Respectfully submitted,

By: /s/ *Timothy R. Macdonald*
    Attorney for Black Lives Matter 5280
    Plaintiffs

Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
Mollie DiBrell
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com
Mollie.DiBrell@arnoldporter.com

Gerardo Mijares-Shafai
Leslie C. Bailey
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555
Gerardo.Mijares-Shafai@arnoldporter.com
Leslie.Bailey@arnoldporter.com

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLER

LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

In cooperation with the American Civil Liberties Union Foundation of Colorado

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

Counsel for Black Lives Matter 5280 Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2021, the foregoing **PLAINTIFFS' UNOPPOSED MOTION OF WITHDRAWAL OF PLAINTIFFS BLACK LIVES MATTER 5280 AND APRYL ALEXANDER AND AMEND CASE CAPTION** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Daniel Moore Twettendan
Elizabeth C. Wang
Tara Elizabeth Thompson
Makeba Rutahindurwa
**Loevy & Lovey**
dan@loevy.com
elizabethw@loevy.com
tara@loevy.com
makeba@loevy.com

*Attorneys for Consolidated Plaintiffs Sara Fituori, Jacquelyn Parkins, Kelsey Taylor, Youssef Amghar, Andy Sannier, Francesca Lawrence, Joe Deras, and Johnathen Duran*

Reid Robertson Allison
Andrew Joseph McNulty
**Killmer Lane & Newman LLP**
rallison@kln-law.com
amcnulty@kln-law.com

*Attorneys for Consolidated Plaintiff Michael Acker*

Sarah B. Peasley
Robert Huss
Katherine Field
Emily Dreiling
Hollie Birkholz
Lindsay Jorday
**Denver City Attorney's Office**
Sarah.Peasley@denvergov.org
Robert.Huss@denvergov.org
Kate.Field@denvergov.org
Emily.Dreiling@denvergov.org
Hollie.Birkholz@denvergov.org
Lindsay.Jordan@denvergov.org

Andrew David Ringel
**Hall & Evans LLC**
ringela@hallevans.com

*Attorneys for Defendant City and County of Denver and Consolidated Defendants Jacqueline A. Velasquez, M. Davis, Andrew Nielsen, Zachary Moldenhauer, Jacob Vaporis, Kevin Beasley, Chelsea Novotny, Christopher Cochran, Paul Hogan, Heather R. Jossi, Anthony E. Tak, and J. Lnu*

*/s/ Tanya D. Huffaker*
Tanya D. Huffaker