## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
& 1:20-cv-03155-KLM (consolidated)

BLACK LIVES MATTER 5280, *et al.*
Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,
Defendants.

___

### [PROPOSED] ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION OF WITHDRAWAL OF PLAINTIFFS BLACK LIVES MATTER 5280 AND APRYL ALEXANDER AND AMEND CASE CAPTION
___

The Court has before it Plaintiffs' Unopposed Motion of Withdrawal of Plaintiffs Black Lives Matter 5280 and Apryl Alexander and Amend Case Caption. Having considered the Motion, and finding good cause therefor, the Court GRANTS the dismissal without prejudice of Plaintiffs Black Lives Matter 5280 and Apryl Alexander from this case

It is ORDERED that the case caption shall be amended to the following:

> Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
> & 1:20-cv-03155-KLM (consolidated)
>
> ELISABETH EPPS, *et al.*
> Plaintiffs,
>
> v.
>
> CITY AND COUNTY OF DENVER, *et al.*,
> Defendants.

SO ORDERED.

    Dated this \_\_\_\_ day of _____, 2021

**BY THE COURT:**

_____

HON. R. BROOKE JACKSON
United States District Judge