IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH
and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al*.,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants.

## DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES

Defendants, through their undersigned counsel, hereby move for leave to file a 19-page response to Fitouri Plaintiffs' Motion for Class Certification. In support, Defendants state the following:

1. The Court's practice standards limit responses to 15 pages, counting from the top of the caption to bottom of the certificate of service.

2. Defendants' Response to Fitouri Plaintiffs' Motion for Class Certification is due Wednesday, May 26, 2021.

3. Previously, Fitouri Plaintiffs' were granted leave to exceed the page limit and filed a 20-page Motion for Class Certification.

4. Counsel for Defendants have very diligently attempted to confine their response to the 15-page limit, but is having difficulty providing an adequate discussion of the facts and

arguments against class certification, as well as the arguments raised in Plaintiffs' Motion.

5. Defendants request an additional 4 pages for their response, for a total of 19 pages.

6. Defendants conferred with Counsel for Fitouri Plaintiffs, and they do noy object to this motion.

WHEREFORE, Defendants respectfully request leave to file a response to the motion for class certification that totals 19 pages.

DATED this 24th day of May, 2021.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

2

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2021, the foregoing **DEFENDANTS' UNOPPOSED MOTION FOR LEAVE TO FILE EXCESS PAGES** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
amcnulty@kln-law.com
ralison@kln-law.com
*Counsel for Plaintiffs*

Andrew D. Ringel
Hall and Evans
ringela@hallevans.com
*Counsel for Defendants*

*s/ Sarah Peasley*
Denver City Attorney's Office

3