THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)
BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

**FITOURI PLAINTIFFS' UNOPPOSED MOTION
FOR LEAVE TO FILE EXCESS PAGES**

---

Now come the Fitouri Plaintiffs, through their counsel, and hereby move for leave to file a 9-page reply in support of their motion for class certification. In support of their unopposed motion, the Fitouri Plaintiffs state as follows:

1. With leave from the Court, the Fitouri Plaintiffs filed a 20-page motion for class certification and Defendants filed a 19-page response in opposition to Plaintiffs' motion. Dkt. Nos. 90, 113.

2. The Court's practice standards limit reply briefs to 5 pages, counting from the top of the caption to the bottom of the certificate of service.

3. Counsel for the Fitouri Plaintiffs have diligently attempted to confine their reply to the 5-page limit, but given the arguments raised in Defendants' response, need additional pages to adequately state their position based on the facts and law.

4. The Fitiouri Plaintiffs request an additional 4 pages, for their reply, for a total of 9 pages.

5. The Fitouri Plaintiffs conferred with Defendants, and they do not object to this motion.

WHEREFORE, the Fitouri Plaintiffs respectfully request leave to file a reply in support of their motion for class certification of 9 pages.

DATED this 8th day of June, 2021.

Respectfully submitted,

By: /s/ Makeba Rutahindurwa
Counsel for Plaintiffs

| | |
|---|---|
| Elizabeth Wang, Loevy & Loevy | Makeba Rutahindurwa, Loevy & Loevy |
| 2060 Broadway, Ste. 460, Boulder, CO 80302 | 311 N. Aberdeen St., Chicago, IL 60607 |
| elizabethw@loevy.com; O: 720.328.5642 | makeba@loevy.com; O: 312.243.5900 |

## CERTIFICATE OF SERVICE

I, Makeba Rutahindurwa, an attorney, hereby certify that on June 8, 2021, I served via CM/ECF the foregoing Motion for Leave to File Excess Pages on all counsel of record.

s/ Makeba Rutahindurwa