IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                            )   **FITOURI PLAINTIFFS' EXHIBIT LIST**
v.                                    )   **TO REPLY IN SUPPORT OF MOTION**
CITY AND COUNTY OF DENVER, *et al.*, )   **FOR CLASS CERTIFICATION**
Defendants                            )

| Exhibit Number[1] | Description | Bates No. / Time Frame / Pgs |
|---|---|---|
| 108 | Deposition of DPD Lieutenant Matthew Canino | |
| 109 | Deposition of DPD SORT officer Tana Cunningham | |
| 110 | Deposition of DPD Incident Commander Patrick Phelan | |
| 111 | Deposition of DPD sergeant David Abeyta | |
| 112 | Radio communications, 5/28 | From 2020-05-28_20.27.53 through 2020-05-28_21.15.24 (submitted conventionally) |
| 113 | Deposition of Corporal John Sampson | |
| 114 | Transcript of Preliminary Injunction Hearing, 6/25/20, *Abay v. City of Denver* | |

---

[1] Exhibits 1-107 are the exhibits that Plaintiffs attached to their motion for class certification.

1