

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# OFFICER TANA CUNNINGHAM

# DATE:

# April 30, 2021



a courtroom
**powerhouse**



✉ schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273

www.kentuckianareporters.com

1        IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLORADO

3        CIVIL ACTION NO. 1:20-CV-01878-RBJ

4    (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

5

6        BLACK LIVES MATTER 5280, ET AL.,

7              Plaintiffs,

8

9                 V.

10

11       CITY AND COUNTY OF DENVER, ET AL.,

12            Defendants.

13

14

15

16

17

18

19

20

21

22

23  DEPONENT:  OFFICER TANA CUNNINGHAM

24  DATE:      APRIL 30, 2021

25  REPORTER:  LINDSEY N. JOHNSON

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT 109

```
 1                        APPEARANCES

 2

 3    ON BEHALF OF THE PLAINTIFF, FITOURI:

 4    Makeba Rutahindurwa, Esq.

 5    Loevy & Loevy

 6    311 North Aberdeen Street

 7    Third Floor

 8    Chicago, Illinois 60607

 9    Telephone No.: 312-243-5900

10    E-mail: Makeba@loevy.com

11     (Appeared Via Videoconference)

12

13    Elizabeth Wang, Esq.

14    Loevy & Loevy

15    2060 Broadway

16    Suite 460

17    Boulder, Colorado 80302

18    Telephone No.: 720-328-5642

19    E-mail: Elizabethw@loevy.com

20     (Appeared Via Videoconference)

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE PLAINTIFF, BLACK LIVES MATTER 5280:

 4   Michael J. Sebba, Esq.

 5   Arnold & Porter Kaye Scholer, LLP

 6   250 West 55th Street

 7   New York, New York 10019

 8   Telephone No.: 212-836-7529

 9   E-mail: Michael.sebba@arnoldporter.com

10   (Appeared Via Videoconference)

11

12   Patrick Reidy, Esq.

13   Arnold & Porter Kaye Scholer, LLP

14   70 West Madison Street

15   Suite 4200

16   Chicago, Illinois 60602

17   Telephone No.: 312-583-2424

18   E-mail: Patrick.reidy@arnoldporter.com

19   (Appeared Via Videoconference)

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    APPEARANCES (CONTINUED)

 2

 3    Ed Aro, Esq.

 4    Arnold & Porter Kaye Scholer, LLP

 5    1144 Fifteenth Street

 6    Suite 3100

 7    Denver, Colorado 80202

 8    Telephone No.: 303-863-2380

 9    E-mail: Ed.aro@arnoldporter.com

10    (Appeared Via Videoconference)

11

12    AND

13

14    Jyoti K. Gill, Esq.

15    Arnold & Porter Kaye Scholer, LLP

16    Three Embarcadero Center

17    Tenth Floor

18    San Francisco, California 94111

19    Telephone No.: 555-867-5309

20    E-mail: Jyoti.gill@arnoldporter.com

21    (Appeared Via Videoconference)

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

5

```
 1              APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE PLAINTIFF, MICHAEL ACKER:

 4   Andrew McNulty, Esq.

 5   Killmer, Lane & Newman, LLP

 6   The Odd Fellows Hall

 7   1543 Champa Street, Suite 400

 8   Denver, Colorado 80202

 9   Telephone No.: 303-571-1000

10   E-mail: Amcnulty@kln-law.com

11   (Appeared Via Videoconference)

12

13

14   ON BEHALF OF THE DEFENDANTS, CITY AND COUNTY OF DENVER:

15   Hollie Renee Birkholz, Esq.

16   Denver City and County Attorney's Office

17   201 West Colfax Avenue

18   Denver, Colorado 80202

19   Telephone No.: 720-913-8072

20   E-mail: Hollie.birkholz@denvergov.org

21   (Appeared Via Videoconference)

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEPONENT,OFFICER TANA CUNNINGHAM:

 4   John Davis, Esq.

 5   Davis Law Firm

 6   5290 DTC Parkway

 7   Suite 150

 8   Greenwood Village, Colorado 80111

 9   Telephone No.: 303-708-1842

10   E-mail: Jdavis@denverlegal.com

11   (Appeared Via Videoconference)

12

13

14   Also Present: Leah Sharp, The

15   Videographer/Videoconference Host

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

7

1                          INDEX

2                                          Page

3    PROCEEDINGS                             9

4    DIRECT EXAMINATION BY MS. RUTAHINDURWA     11

5    EXAMINATION BY MR. SEBBA                 146

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1                        STIPULATIONS

2

3

4    The video deposition of OFFICER TANA CUNNINGHAM was

5    taken at the office of Loevy & Loevy, located at 2060

6    Broadway, Suite 460, Boulder, Colorado 80302, via

7    videoconference in which all participants attended

8    remotely, on Friday, the 30th day of April 2021 at 9:01

9    a.m.; said deposition was taken pursuant to the Federal

10   Rules of Civil Procedure.  The oath in this matter was

11   sworn remotely pursuant to FRCP 30.

12

13

14

15   It is agreed that Lindsey N. Johnson, being a Notary

16   Public and Court Reporter for the State of Colorado,

17   may swear the witness.

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

9

```
1                    PROCEEDINGS

2

3         THE VIDEOGRAPHER:  All right.  We are now on

4    the record.  My name is Leah Sharp.  I'm the video

5    technician today, and Lindsey Johnson is the court

6    reporter.  Today is the 30th day of April 2021.  The

7    time is 9:01 a.m.  We're convened by video

8    conference to take the deposition the Officer Tana

9    Cunningham in the matter of Black Lives Matter 50 --

10   5280, et al, versus City and County of Denver, et

11   al, pending in the United States District Court for

12   the District of Colorado -- city -- Civil Action

13   number 120-CV-01878 RBJ.

14         Will counsel please state your appearance, how

15   are you attending, and the location you are

16   attending from, starting with the plaintiffs'

17   counsel.

18         MS. RUTAHINDURWA:  Hi.  I'm Makeba

19   Rutahindurwa.  I represent the Fitouri plaintiffs.

20   I'm attending via Zoom from Chicago.

21         MS. WANG:  Elizabeth Wang also for the Fitouri

22   plaintiffs attending via Zoom from Boulder,

23   Colorado.

24         MR. SEBBA:  This is Michael Sebba for BLM 5280

25   plaintiffs attending via Zoom from Calabasas,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   California.

2       MR. MCNULTY:  This is Andy McNulty for

3   plaintiff Michael Acker, attending via Zoom from

4   Denver, Colorado.

5       MS. BIRKHOLZ:  This is Hollie Birkholz for

6   defendants attending via Zoom from Denver, Colorado.

7       MR. DAVIS:  And John Davis -- you want me to

8   enter?

9       THE VIDEOGRAPHER:  Yes.  I'm so sorry.

10      MR. DAVIS:  Okay.  Sorry.  Didn't mean to jump

11  ahead of you.  John Davis representing Tana

12  Cunningham in Denver.

13      THE VIDEOGRAPHER:  And Officer Cunningham --

14  I'm sorry.  I've interrupted again.

15      THE WITNESS:  I don't think so.  I think you're

16  good.

17      MR. DAVIS:  Yeah.

18      THE VIDEOGRAPHER:  Okay.  Officer Cunningham,

19  will you please state your full name for the record

20  and then hold up your driver's license to the camera

21  for me -- for your photo ID?

22      THE WITNESS:  Yes.  Full name is Tana Marie

23  Cunningham.

24      THE VIDEOGRAPHER:  Do all parties agree that

25  the witness is, in fact, Ms. Tana Cunningham?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

11

1           MS. RUTAHINDURWA:  Yes.

2           MS. BIRKHOLZ:  Yes.

3           MR. SEBBA:  Yes.

4           MR. DAVIS:  Yes.

5           THE VIDEOGRAPHER:  All right.  Will you please

6      raise your right hand to be sworn in by the court

7      reporter?

8           COURT REPORTER:  Do you swear or affirm that

9      the testimony you are about to give will be the

10     truth, the whole truth, and nothing but the truth?

11          THE WITNESS:  Yes.

12          COURT REPORTER:  Thank you.

13          MS. RUTAHINDURWA:  Lindsey, I think there's a

14     couple other attorneys here on behalf of the BLM

15     5280 plaintiffs that should state their appearance.

16          MR. REIDY:  Yeah, hi.  This is Patrick Reidy

17     from the law firm of Arnold & Porter on behalf of

18     the BLM plaintiffs attending via Zoom in Chicago.

19          MR. ARO:  Ed Aro also from Arnold & Porter also

20     for the BLM plaintiffs attending by Zoom from

21     Denver.

22          MR. SEBBA:  That's everyone.

23          MS. RUTAHINDURWA:  Okay.  Ready to begin?

24               DIRECT EXAMINATION

25   BY MS. RUTAHINDURWA:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

12

```
 1        Q.   Good morning, Officer Cunningham.  Can you
 2   please state your badge number?
 3        A.   16053.
 4        Q.   And have you given a deposition before?
 5        A.   No, ma'am.
 6        Q.   Okay.  I'm just going to go over the
 7   deposition rules. So this deposition is being conducted
 8   via Zoom.  There is a court reporter that will be taking
 9   down everything I say.  Just make sure when you answer
10   that you answer verbally and clearly and avoid gestures
11   like head nods or saying, "uh-huh," things like that.
12   We will speak one at a time.  If I ever cut you off,
13   it's unintentional, just let me know, and I'll let you
14   finish -- your answer.  I will try to ask questions that
15   make sense, but if you don't understand a question that
16   I'm asking, just let me know, and I'll rephrase and try
17   and provide you with a more clear question.  If you do
18   answer a question, I will assume that you know -- that
19   you understood the question.  Okay?
20        A.   Okay.
21        Q.   Okay.  Because there's no judge, there's no
22   one to rule on objections.  Lawyers may object to
23   questions on the record, but afterwards, you're required
24   to answer.  Okay?
25        A.   Okay.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

13

1     Q.   And the only time you're not going to answer

2   is if your lawyer instructs you to not answer.  Okay?

3     A.   Okay.  Got it.

4     Q.   Please let me know if you need a break.  I'm

5   happy to take breaks whenever you need.  The only thing

6   I ask is that you wait until we finish the line of

7   questioning before asking for a break, so that the

8   record is clear.  Does that make sense?

9     A.   Yes.  That makes sense.

10     Q.   Okay.  And these are questions that we ask

11   everybody. Do you have any conditions that might affect

12   your ability to provide truthful and accurate testimony

13   today?

14     A.   No, ma'am.

15     Q.   Do you have any conditions affecting your

16   memory?

17     A.   No.

18     Q.   Are you on any medications that might affect

19   your ability to provide truthful and accurate testimony

20   today?

21     A.   No.

22     Q.   Are you on any medications that might affect

23   your memory?

24     A.   No.

25     Q.   Is there anything else you can think of that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

14

```
 1   might affect your ability to provide accurate or
 2   truthful testimony today?
 3        A.   There is not.
 4        Q.   Okay.  How did you -- Officer Cunningham, did
 5   you prepare for your deposition today?
 6        A.   Yes.
 7        Q.   What did you do to prepare?
 8        A.   I met with my attorney.
 9        Q.   And who is your attorney?
10        A.   John Davis.
11        Q.   Okay.  How many times did --
12        A.   And -- I'm sorry.  Sorry.  Finish.
13        Q.   Go ahead.  Finish your answer.
14        A.   I was -- so I met with my attorney, John
15   Davis, and also she's present today, Hollie Birkholz,
16   and one additional city attorney.
17        Q.   Did you meet with them separately or in one
18   meeting?
19        A.   We were all together for the meetings; there
20   were two meetings.
21        Q.   Okay.  There were two meetings?
22        A.   Yes, ma'am.
23        Q.   When were those two meetings?
24        A.   The first was Monday.  I believe the date was
25   the 26th of this week, and then the other was yesterday.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

15

```
 1        Q.   How long was the first meeting?

 2        A.   Approximately two hours.

 3        Q.   And how long was the meeting yesterday?

 4        A.   The same; approximately two hours.

 5        Q.   Was there anyone present in the meetings apart

 6   from your attorney and the attorneys for the city?

 7        A.   No.

 8        Q.   Did you review any documents?

 9        A.   Yes.

10        Q.   What documents did you review?

11        A.   I reviewed officer statements and my body-worn

12   camera video.

13        Q.   And you said you reviewed officer statements.

14   Did you review your officer statement?

15        A.   Yes.  Just my officer statement.

16        Q.   Okay.  So you didn't review any other officer

17   statements; correct?

18        A.   Correct.

19        Q.   And you have four officer statements; correct?

20        A.   Yes, I believe so.

21        Q.   So you reviewed the officer statements from

22   May 28, 29th, 30th, and 31st?

23        A.   Correct.

24        Q.   Did you watch any videos?

25        A.   Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

16

1    Q.    Which videos did you watch?

2    A.    I reviewed five body-worn camera videos that

3  were provided to me.

4    Q.    Who provided these videos to you?

5    A.    The city attorney's office.

6    Q.    And were the five body-worn camera videos your

7  body-worn camera?

8    A.    Yes.

9    Q.    All five?

10   A.    Yes.

11   Q.    Did you review any other body-worn camera

12  videos apart for your own?

13   A.    No.

14   Q.    Did you view any other videos depicting the

15  protests from May and June of 2020?

16   A.    No.

17   Q.    So you didn't see any Halo videos?

18   A.    No.

19   Q.    Have you seen any news clips that depict

20  images of the protest from May and June of 2020?

21   A.    I have seen images, like still photos from the

22  protests, yes.

23   Q.    And who provided these still photos for you?

24   A.    No one provided them to me.  They were just

25  things that I saw when I was looking through the news on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

17

```
 1    my own.
 2         Q.    And you were looking through the news online?
 3         A.    Correct.
 4         Q.    And when -- when was this that you were
 5    looking at still photos online?
 6         A.    I would say shortly after the protests, I
 7    guess.  I don't have a specific date or time, and, you
 8    know, in my head. During -- you know, I would see news
 9    articles, but I don't know exactly what specific dates
10    or times --
11         Q.    But it would have been -- oh --
12         A.    -- there --
13         Q.    It would have been in the months following the
14    protests; correct?
15         A.    Correct.  I mean, I was able to see articles
16    during the protests and also following, yes.
17         Q.    Okay.  And you didn't review any of those
18    articles in those past a couple of weeks to prepare for
19    your deposition; correct?
20         A.    I have not looked back on any news articles
21    recently, no.
22         Q.    Apart from your attorneys, did you speak with
23    anyone else about your deposition?
24         A.    My older sister knows that I'm here today, as
25    well as my dad.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

18

1      Q.   Okay.  And what did you tell your older sister

2  about your deposition?

3      A.   Just that I was being deposed today, and I

4  just, you know, keep family updated on life and what's

5  going on, so just -- just kind of giving them the heads

6  up.

7      Q.   And I can assume that's the same conversation

8  you had with your dad about the deposition?

9      A.   Yeah, pretty much the same.

10     Q.   Did you do anything else to prepare for your

11  deposition today other than what you've already

12  testified to?

13     A.   No.

14     Q.   Since January of 2021, so the beginning of

15  this year, have you spoken to any other officers about

16  the police response to the protests in May and June of

17  2020?

18     A.   Not that I can remember, no.

19     Q.   And have you reviewed the complaints that's

20  been filed in this case?

21     A.   I have not.

22     Q.   Okay.  We're going -- I'm going to ask some

23  background questions.  So what is your highest level of

24  education?

25     A.   A bachelor's degree.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

19

```
 1        Q.    Where did you obtain that degree?

 2        A.    The University of Winona.

 3        Q.    And what year did you obtain that degree?

 4        A.    That would have been in 2016.

 5        Q.    Did you attend any other educational

 6   institutions apart from the University of Winona?

 7        A.    No.

 8        Q.    Do you have any other certificates or diplomas

 9   except for your bachelor's -- apart from your bachelor's

10   degree?

11        A.    I do not.

12        Q.    After graduating in 2016, were you employed?

13        A.    Yes.  I was employed after graduating.

14        Q.    Okay.  Where were you employed?

15        A.    Are you asking -- I'm sorry -- when I was

16   employed by the police department or where I worked in

17   general?

18        Q.    Immediately after graduation, what was the

19   first employment position that you obtained?

20        A.    So I was -- while I was in college, I was a

21   bartender, and I kept that job once I had graduated

22   until I was hired by the Denver Police Department.

23        Q.    Okay.  So apart from being a bartender and

24   your position with the Denver Police Department, you

25   haven't had any other employment; correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

20

1    A.   No, not correct.  I was in the Minnesota Army

2    National Guard from -- that would have been from 2011 to

3    2017, so I was employed by them, and that would -- that

4    would be the only other -- at the same time that I was

5    employed by.

6    **Q.   Okay.  And what was your position in the**

7    **Minnesota Army National Guard?**

8    A.   I worked as a cable system installer and

9    maintainer.

10   **Q.   And did you have any law enforcement or**

11   **security obligations apart from your position with the**

12   **National Guard?**

13   A.   Can you rephrase that?  I'm sorry.  I'm not --

14   **Q.   Yeah.  So apart from your job with the**

15   **Minnesota Army National Guard, did you maintain any law**

16   **enforcement or security-type positions prior to being**

17   **employed by the Denver Police Department?**

18        MS. BIRKHOLZ:  Objection to form.

19        You can answer.

20   A.   No.

21   **Q.   No?**

22   A.   No.  Sorry.

23   **Q.   When did you join the Denver Police**

24   **Department?**

25   A.   In November of 2016.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

21

```
 1        Q.   And why did you decide to become a police
 2   officer?
 3        A.   So I was actually -- we were just talking
 4   about that here a little bit.  I had sort of a troubled
 5   youth.  I was homeless from 15 to 18, and I had a couple
 6   great cops in my life and a couple not so great cops in
 7   my life, and I did a ride-along in high school, and it
 8   turned into something that I became really passionate
 9   about.
10        Q.   Can you walk through your career history with
11   the Denver Police Department starting from the academy?
12   So you entered the academy.
13        A.   Yeah.  I entered the academy in -- as stated,
14   November of 2016, and once I graduated the academy, I
15   became a patrol, or a street officer in District 1,
16   which is northwest Denver.  I was in District 1 the
17   majority of my career, so far, as a street officer.
18   While in District 1, I was moved to the District 1
19   impact team, which is a Class 2 or a self-initiated
20   team.  So basically, you're not being sent to calls so
21   much.  You're not exactly tied to the radio.  It's more
22   a proactive unit where the whole goal is, you know,
23   getting violent criminals off the street and getting
24   guns off the street, things like that.  From the
25   District 1 impact team, I applied to and was accepted to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

22

1    the Denver Gang Unit, which has been re-branded.  It's

2    now called the Special Operations Response Team or SORT,

3    and that is where I'm currently working right now for

4    the Denver Police Department.

5        Q.    Okay.  Thank you.  Let's clarify some dates.

6    So you were in the academy starting 2016.  When did you

7    graduate from the academy?

8        A.    That would have been -- I want to say June of

9    2017, around there.

10        Q.    And then you were patrol officer in District 1

11    from June 2017 until?

12        A.    Until sometime in 2019.  I don't know

13    specifically when.  I didn't bring my resume today.  I

14    should have.

15        Q.    That's okay.  Could you provide me an

16    estimate?  Would it have been in the beginning of the

17    2019?  Over the summer of

18    2019?

19        A.    Probably around the beginning of 2019

20    sometime.

21        Q.    And then you moved over to the impact team.

22    How long were you there?

23        A.    I was at the impact team until February of

24    2020.

25        Q.    Ever since then you've been with the Denver

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

23

1    Gang Unit, which is now called SORT; correct?

2         A.    Yes.

3         Q.    And you're still currently with that unit?

4         A.    Yes.

5         Q.    When you were part of the impact team, did you

6    ever have to deal with crowd control management?

7         A.    Yes.

8         Q.    Can you describe the role the impact team had

9    with crowd control?

10        A.    So when I was on the impact team, there was

11   one incident where there was a peaceful protest

12   regarding BP, the oil company, and we responded to the

13   location, and it was a fairly small gathering of people,

14   and our only responsibility was to make sure that they

15   did not enter the building without, you know, the

16   permission of BP, being that it's a private property,

17   and ensuring that traffic was able to move safely

18   through -- through the street, and people were able to

19   move through the sidewalks safely, as well.

20        Q.    When you say, "small gathering," can you

21   provide me an estimate of how many people were at the

22   protests?

23        A.    I would say approximately 15.

24        Q.    And were any other teams, apart from the

25   impact team, deployed to manage the crowd at that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
24

1   protest?

2       A.    No.

3       Q.    Does the impact team have less lethal weapons

4   with them?

5       A.    With us, yes.  Not on our bodies, at that

6   point.

7       Q.    And when you say, "not on your bodies," where

8   were the less lethal weapons?

9       A.    Secured in our vehicles.

10       Q.    And did you have to utilize the less lethal

11   weapons at this protest?

12       A.    We did not at that one, no.

13       Q.    Do you know when this protest occurred?

14       A.    It was literally, like, one of my very first

15   nights over there, so if I brought my resume, I could

16   give you a month or tell you exactly when that was, but

17   off the top of my head, I can't say when it was.  I want

18   to say early spring of 2019.

19       Q.    And prior to working that protest, had you

20   been trained in crowd control management?

21       A.    Yes.

22       Q.    Where was the training?

23       A.    At the Denver Police Academy.

24       Q.    Are all officers who enter into the academy

25   trained on crowd control?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

25

```
 1          MS. BIRKHOLZ:  Objection.  Form.  Foundation.

 2          You can answer.

 3     A.   I'm sorry.  Can you repeat one more time?

 4     Q.   Yes.  Do you know if -- to your knowledge, are

 5   all officers who enter the academy trained on crowd

 6   control management?

 7          MS. BIRKHOLZ:  Objection.  Foundation.

 8     A.   To my knowledge -- to my knowledge, yes.

 9     Q.   Did you obtain any other crowd control

10   training apart from your training at the academy?

11     A.   Yes.

12     Q.   Okay.  And was it prior to the BP oil protest?

13     A.   No.

14     Q.   Okay.  So when you worked the BP oil protest,

15   you had only received the training from the academy;

16   correct?

17     A.   Correct.

18     Q.   And after joining the gang unit, apart from

19   the protest in -- in May and June of 2020, have you done

20   any crowd control -- have you worked any crowd control,

21   apart from the protests in May and June of 2020?

22          MS. BIRKHOLZ:  Objection.  Form.

23          You can --

24     A.   Can you just rephrase that one more time for

25   me?  I'm sorry.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1     Q.   Since joining the gang unit, have you worked

2   any crowd control, apart from the protests in May and

3   June of 2020?

4     A.   Yes.

5     Q.   Can you describe -- can you describe what you

6   worked?

7     A.   I mean, there were -- there were protests

8   following May and June up until nearly January of this

9   year.  We were continuing to be deployed to protests

10   throughout the city.

11     Q.   And those protests would have been -- sorry.

12   What did you say?

13     A.   I just said on a frequent basis.  Sorry.

14     Q.   And these protests would have been in support

15   of Black Lives Matter and protesting police violence;

16   correct?

17     A.   Some.  Yes.  Not all.

18     Q.   What are the other protests that were

19   occurring?

20     A.   I'm trying to think now.  I mean, there were

21   protests around the presidency and during the election.

22   There were protests around that.  There were protests

23   against human trafficking that we responded to.  They

24   were -- I'm trying to think all of the specific groups.

25   It's hard off the top of my head, but, I mean, yeah,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

27

1    there were numerous.

2        Q.   Apart from the protests in May and June of

3    2020, how many times were you deployed to do crowd

4    control, would you estimate?

5        A.   How many times was I deployed after May and

6    June to protests?

7        Q.   Correct.

8        A.   Probably three times a week up until, like I

9    said, around January.

10       Q.   And did you have to utilize less lethal

11   weapons at any of these protests?

12       A.   At any of the which protests, specifically,

13   are you referring to?

14       Q.   So you testified that about three times a

15   week, from June 2020 until January 2021, you've been

16   working crowd control management at protests; correct?

17       A.   Correct.

18       Q.   Within that date range, have you had to

19   utilize less lethal weapons?

20       A.   Yes.

21       Q.   How often would you say?

22       A.   How often from --

23       Q.   Would you have --

24       A.   -- May to January?  What dates are we --

25       Q.   How often from June -- from June 2020 to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

28

1    January 2021, have you had to use less lethal weapons?

2         A.   I would have to approximate.  Maybe three

3    times.

4         Q.   Okay.  So if you are being deployed to do

5    crowd management three times a week, and you -- and then

6    you just testified that approximately three times in

7    total or three times per week?

8         A.   In total.

9              MS. BIRKHOLZ:  Objection.

10        Q.   In total.  Okay.  And do you remember the

11   three times in which you had to use less lethal weapons?

12        A.   Yes.

13        Q.   Okay.  Can you explain the first time you had

14   to use less lethal weapons?

15        A.   Yes.  So the first time was after a group of

16   individuals had smashed the windows to UCB Bank, I

17   believe, and we were deployed that to location to

18   apprehend individuals who were entering the bank.  There

19   was a security guard inside who had called it in, and

20   she was extremely frightened, so we were sent to -- like

21   I said, apprehend those individuals.  When we did

22   arrive, we were surrounded by a hostile crowd, and I

23   deployed pepper-ball.

24        Q.   How big was the crowd, would you estimate?

25        A.   It started smaller.  I would say it probably

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 30 of
200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
29

 1   started with around 15 people or so.  By the time we

 2   left the area, it probably had grown to approximately

 3   40.

 4       **Q.   And did you know why the crowd had gathered at**

 5   **that location?**

 6       A.   I can't remember specifically.  They weren't

 7   even gathered there.  They were marching along Colfax,

 8   and I cannot -- I can't speak to specifically what --

 9   what the cause was or which group it was that night.  I

10   just know that we were sent there.

11       **Q.   Okay.  And what about the second time that you**

12   **deployed your less lethal?**

13       A.   So that was, again, nearby.  We were deployed

14   to a gyro stand on Colfax that a group was vandalizing

15   and spray painting, and when we arrived, it was, again,

16   sort of the same situation, where we deployed to arrest

17   individuals.  Many people ran from the scene, and as we

18   were taking people into custody, people would come back

19   to the scene and refuse to obey commands.

20       **Q.   And the same question about how many people**

21   **were there?**

22       A.   That one was smaller.  I would say that was

23   probably ten or so, to 15.

24       **Q.   Do you know where -- sorry -- strike that.**

25       **Do you know when that second event you just**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   described occurred?

 2       A.   Again, I can't tell you specifically when.  I

 3   can tell you, like, where it is sort of, but not -- I

 4   can't tell you, like, an exact date.

 5       Q.   Why don't you tell me where -- where it is?

 6       A.   So it's, like, there's a gyro stand on Colfax

 7   and Emerson-ish, I want to say, just kind of right along

 8   there. It's along the south side of Colfax.

 9       Q.   And would you say this occurred towards the

10   end of the summer?

11       A.   I don't -- I don't know.  I really can't say.

12       Q.   But sometime between June of 2020 and January

13   of 2021; correct?

14       A.   Yes.  Correct.

15       Q.   Okay.  Can you describe the third incident

16   where you used your less lethal weapon?

17       A.   Yes.  So the third was -- took place in the

18   park in -- near Colfax and Sherman, I believe.  There

19   was an individual that we were made aware had been

20   pouring paint on city structures and had attempted to

21   start a fire in the park.  We were given a description

22   of that individual, and once he separated from the crowd

23   and was, sort of, off on his own, we were told to

24   contact him and place him under arrest for the crimes

25   that had been observed, and a partner of mine got into a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

31

1  foot chase with that male, and I utilized a pepper-ball

2  in that situation, as well.

3        Q.   And in this instance, there was only one

4  individual, correct?

5        A.   That's correct.

6        Q.   Okay.  You understand that you are being

7  deposed today in regards to the Denver Police

8  Department's response to the protests in May and June of

9  2020, following the killing of George Floyd; correct?

10            MS. BIRKHOLZ:  Objection.  Form.

11            You can answer.

12       A.   Correct.

13       Q.   And to be clear -- to be clear, when I ask

14  about the protests, that's what I'm going to be

15  referring to, that time period between May and June of

16  2020.  Okay?

17       A.   Okay.

18       Q.   So your first assignment was on May 28, 2020;

19  correct?

20       A.   Correct.

21       Q.   Okay.  When were you first made aware that you

22  were going to assist with the protests?

23       A.   I was in Denver on May 28.  I was not

24  technically scheduled to work that day.  I could hear

25  the protests happening downtown, and, at that point, I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  took it upon myself to go into work, so that I could be

2  there to help.

3      Q.    And around what time was this at?

4      A.    It would have been approximately 6:00 p.m.

5      Q.    And when you went into the office, what did

6  you do?

7      A.    So I responded to the SORT unit, and there was

8  one other of my colleagues there.  Everyone else was

9  already out, deployed to the protests.  We had a rapid

10 deployment vehicle -- or we call them RDVs for short.

11 Those are the big trucks that I'm sure you have seen

12 pictures off, cops hanging off the side of, kind of, so

13 one of those rapid deployment vehicles was at the unit.

14 The tires had been slashed when my colleagues had been

15 surrounded during the protest, so it was being repaired

16 at our unit, and it had to be towed from the scene, so

17 as I arrived, one of my colleagues was running back and

18 forth and trying to make sure that there were supplies

19 and medical -- medical equipment in the rapid deployment

20 vehicle.  I got dressed in my uniform, and my sergeant

21 called me and told me to drive that vehicle to District

22 6.

23     Q.    And you stated that the rest of the SORT team

24 was already deployed into the field; correct?

25     A.    With the exception of one officer, yes.



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

33

1      Q.   And what is the name of that one officer?

2      A.   That was Ethan Antonson.  He was a corporal.

3      Q.   And do you know why Officer Antonson was at

4  the SORT -- was not out -- outside in the protest with

5  rest of the SORT team?

6      A.   I do not.

7      Q.   What is the gang unit's usual assignment and

8  responsibility?

9      A.   So, I mean, our assignment, I guess -- we --

10  we're a citywide unit.  We respond and investigate many

11  shootings to determine if they are gang motivated or

12  not.  It's kind of weird, like, how the break down goes.

13  If we respond to a shooting, and it is gang motivated

14  and nobody dies, then we would take over that

15  investigation.  Obviously, if somebody did -- did die

16  during that shooting, it would be handled by homicide,

17  which is a separate unit from us, so like I said, we

18  respond to shootings to determine motivations for

19  things.  Many of them are gang related, so we end up

20  handling a lot of those cases and investigations

21  ourselves.  In addition to that, it's sort of similar to

22  what I explained as far as the impact team. So we -- our

23  emphasis, obviously, are gangs in Denver and trying to

24  reduce recidivism rates and try to contact these

25  neighborhoods that are seeing an increase in gang

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

34

1  activity and build better relationships in those

2  communities.  We do, you know, gang outreach in schools

3  with -- with, you know, youth who have been struggling

4  or who, you know, who have been present at different

5  shootings or present at different things to, sort of,

6  try and get them away from the lifestyle and give them

7  other routes that they can take and give them different

8  opportunities or resources, things like that.  We --

9  again, our emphasis is getting guns and drugs off the

10  street as much as we can, and -- again, just mostly --

11  like I said, our goal is gang reduction, so all self-

12  initiated stuff to help with that.

13     Q.    Thank you.  You testified earlier that you did

14  receive crowd control training; correct?

15     A.    Correct.

16     Q.    When was your last training on crowd control

17  management prior to May 28, 2020?

18     A.    Prior to May, I had received two different

19  crowd control trainings while at SORT.

20     Q.    And how long did those trainings last usually?

21     A.    Approximately two hours each.

22     Q.    Were those trainings interactive?

23     A.    What do you mean by "interactive"?

24     Q.    Were you -- were the trainings via PowerPoint

25  presentations?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

35

1     A.    No.  They were not via PowerPoint.

2     Q.    Okay.  So how were the trainings conducted?

3     A.    So at our unit at SORT, we train a lot and

4  pretty consistently, so we would all go out to the RDVs,

5  and we would practice deploying from those, and it was

6  all very hands-on, and we have two corporals in a unit

7  who are essentially the trainers, so they, sort of, give

8  the class -- not formally, but we all just gather around

9  and discuss different things and have a pretty informal

10  training, but it's still good training for sure.

11     Q.    Who are the two corporals in that unit?

12     A.    They're different now, but at the time, it

13  would have been Ethan Antonson, like I said, and John

14  Sampson was the other corporal at the time.

15     Q.    Based on your training, knowledge, and

16  understanding, were all of the actions you took during

17  the protest consistent with Denver Police Department

18  policies and procedures?

19          MS. BIRKHOLZ:  Objection to form and

20     foundation.

21          You can answer.

22     A.    Yes.

23     Q.    And based on your training, knowledge, and

24  understanding, were all of the actions you saw other

25  officers take during the protests consistent DPD

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

36

1    policies and procedures?

2           MS. BIRKHOLZ:  Objection.  Foundation and form.

3           You can answer.

4       A.   Can you repeat the question one more time?  I

5    apologize.

6       Q.   That's okay.  Based on your training,

7    knowledge, and understanding, were all of the actions

8    you saw other officers take during the protests

9    consistent with DPD policies and procedures?

10      A.   Yes.

11          MS. BIRKHOLZ:  Objection.  Form and foundation.

12      Q.   And based on your training, knowledge, and

13   understanding, would you have expected to be disciplined

14   for any actions that you took during the protests?

15          MS. BIRKHOLZ:  Objection.  Form.  Foundation.

16          You can answer.

17      A.   Can you rephrase that?  I'm not fully

18   understanding, I guess.  Are you asking -- I'm sorry.

19   Can you just try one more time for me.  I'm trying to

20   understand exactly what you mean.

21      Q.   No problem.  Based on your training,

22   knowledge, and understanding, given the actions that you

23   took during the protests, would you have expected to be

24   disciplined for anything that you did?

25          MS. BIRKHOLZ:  Objection.  Form.  Foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    No.   No.
 2        Q.    And were your actions during the protests
 3   consistent with the training you received from the
 4   Denver Police Department?
 5        A.    Yes.
 6        Q.    What time did your shift end on May 28?
 7        A.    I don't know.  I would have to --
 8        Q.    Can you --
 9        A.    I don't know.  Huh?
10        Q.    Can you give me an estimate?
11        A.    3:00 a.m., maybe.  And those are just
12   estimates.  Like I said, without looking at my -- my
13   actual schedule, I can't say any of these times for
14   sure.
15        Q.    And that would have been 3:00 a.m. on the
16   29th, correct?
17        A.    Correct.
18        Q.    You mentioned that you worked with the RDVs.
19   Can you explain other assignments you did during May 28?
20        A.    On May 28, my only responsibility was -- was
21   driving the RDV.
22        Q.    And at some point, did you connect with the
23   rest of the SORT team?
24        A.    Yes.
25        Q.    Who was your supervisor on May 28?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

38

```
1         A.   I'm trying to think.  I'm sorry.  But most of

2    our direct supervisors were -- if not all, were already

3    out there, so I didn't have a specific, you know,

4    supervisor.  Our SORT supervisors were present.

5         Q.   And your SORT supervisors were aware that you

6    had joined the team on May 28; correct?

7         A.   Correct.

8         Q.   Okay.  And the SORT supervisors at the time

9    were Lieutenant Carol and O'Donnell, yes?

10        A.   Correct.

11        Q.   Were both of them out on May 28?  Do you know

12   if both of them were out on May 28?

13        A.   I don't know.

14        Q.   Who did you report to, to let the SORT team

15   know that you were working on May 28?

16        A.   Sergeant Vincent Lombardi.

17        Q.   And you weren't assigned a less lethal weapon

18   that day?

19        A.   That's correct.

20        Q.   Did you use any other kind of force on

21   protesters that day?

22        A.   I did not.

23        Q.   And you worked on May 29, as well; correct?

24        A.   Correct.

25        Q.   Okay.  How long was your shift?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

39

```
 1        A.    Approximately 18 hours.

 2        Q.    Can you provide an estimated start and end

 3   time?

 4        A.    Oh, you are going to make me do math here on

 5   the spot. I would say we started at around 8:00 or 9:00

 6   a.m., and then whatever 18 hours-ish after that would

 7   be, so 8:00 p.m. would be 12 plus 6 -- I would say

 8   probably around 4:00 or 5:00 a.m.

 9        Q.    So you believe that you entered your shift at

10   around 8:00 or 9:00 a.m.?

11        A.    I believe so, yes.

12        Q.    Okay.  And what did -- what did you do when

13   you started your shift?

14        A.    We ensured that the RDVs were fully, you know,

15   supplied with -- with items that we might need, pepper-

16   balls. We make sure that we had medical equipment in

17   there, fire extinguishers, that they had fuel in them,

18   and from there, we deployed.

19        Q.    And approximately what time did you deploy?

20        A.    I would say approximately 9:00 or 9:30 or so.

21        Q.    And that would be 9:30 in the morning?

22        A.    Correct.

23        Q.    Prior to going out into the street, did you

24   have a briefing of any kind?

25        A.    No.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

40

```
 1       Q.   Okay.  But you knew what your assignments were
 2   for that day?
 3       A.   No, not exactly.  I mean, I don't -- I don't
 4   know exactly what you mean by our "assignments," I
 5   guess.
 6       Q.   Did any supervisor tell you what you were
 7   going to be doing on May 29, 2020?
 8       A.   No.
 9       Q.   So how did you know what to do?
10       A.   Throughout the day or...
11       Q.   At the beginning of the day, when you first
12   entered for work?
13       A.   I mean, that's just, kind of, how we would
14   always do things.  You come in, you get stuff ready for
15   your day.  We knew that we would going back out to the
16   protests, so we just took it upon ourselves to get
17   things ready.  I don't remember any specific commands
18   or, you know, we just are all adults and knew that
19   things needed to get done, so people started doing
20   things and making things happen.
21       Q.   Okay.  And where is the first location that
22   you deployed to?
23       A.   I don't remember.
24       Q.   Okay.  Were protesters out in the street at
25   9:30 in the morning?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

41

1     A.   Gosh, I don't remember that either,

2  specifically.  I can't say what time I recall seeing the

3  protesters.

4     Q.   Okay.  Do you recall what time you started --

5  what time -- the first time you needed to use your less

6  lethal on that day?

7          MS. BIRKHOLZ:  Objection.  Form and foundation.

8          You can answer.

9     A.   On which day are you referring to?

10    Q.   On May 29?

11    A.   I did not use less lethal on May 29.

12    Q.   Were you assigned a less lethal?

13    A.   No.

14    Q.   Okay.  We have a 30-second video of your body-

15  worn camera starting around 11:19 p.m. from May 29.  Did

16  you have your body-worn camera on you that entire day?

17    A.   Yes.

18    Q.   Okay.  And why didn't you turn on your body-

19  worn camera until around 11:19 p.m.?

20          MS. BIRKHOLZ:  Objection.  Form.  Foundation.

21    A.   I don't know specifically why.  On May 29, I

22  was driving the majority of the entire shift.

23    Q.   And you are trained on proper protocol for

24  using body-worn camera; correct?

25    A.   Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

42

1     Q.   And in your training, are you trained that you

2   have to turn on your body-worn camera any time you are

3   interacting with the public?

4     A.   Sort of, yes.

5     Q.   What is your understanding of your training

6   with respect to body-worn camera?

7     A.   That, yes, you want to have your camera

8   activated if it's possible, if it's safe to do so, if

9   there aren't exigent circumstances surrounding that, and

10  that you want to be able to document every time that you

11  do contact somebody specifically, yes.

12     Q.   And when you're driving on your RDV, are you -

13  - do you anticipate needing to interact with people in

14  public?

15     A.   No.  Not while I'm driving the RDV.  I can't

16  anticipate having to interact with the public, no.

17     Q.   So you don't need to have your body-worn

18  camera while you are driving the RDV?

19     A.   No.

20     Q.   And was the time from around 11:19 p.m. the

21  first time that you interacted with a person, a citizen

22  on May 29?

23     A.   I don't -- I don't remember.  I can't say

24  specifically without seeing it, I can't recall, you

25  know, my very first interaction or what time it would



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

43

1    have been.  I'm sorry.

2        Q.   It's okay.  I didn't mean to interrupt you.

3    Were you finished answering?

4        A.   Yeah.  You're good.

5        Q.   If you had interacted with a citizen, it would

6    have been policy to turn on your body-worn camera;

7    correct?

8        A.   If it was still -- had battery at that point

9    in time, yes, it would have been ideal for me to have my

10   camera on, however, at that point, if WE had started at

11   8:00 a.m., our batteries were likely dying, unless I

12   toggled it off during the day, and I can't speak -- I

13   don't remember.

14       Q.   Let's move onto May 30.  You worked on May 30;

15   correct?

16       A.   Correct.

17       Q.   What time did your shift start?

18       A.   I would say approximately 9:00 a.m.

19       Q.   How did you learn that you were going to be

20   working on May 30?

21       A.   I believe the night prior when we were

22   released, we were all told what time to come back in the

23   morning.

24       Q.   And who told you that?

25       A.   I don't recall specifically who that would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

44

```
 1    have been.
 2         Q.    Would it have been a sergeant?
 3         A.    Again, I can't -- I don't know any supervisor.
 4    I can't say -- I don't know who.
 5         Q.    Okay.  But it would have been a supervisor?
 6         A.    Correct.
 7         Q.    And when you arrived to start a shift on May
 8    30, did you participate in any kind of briefing?
 9         A.    No.
10         Q.    Were you told about the assignments you would
11    be doing that day?
12         A.    No.
13         Q.    What was your first assignment on May 30?
14         A.    Again, I don't -- I don't remember even what
15    that would have been.
16         Q.    Okay.  Let's narrow the window of time to when
17    you first interacted with protesters.  Do you know
18    around what time that would have been?
19         A.    Are you talking about on May 30 now --
20         Q.    Yes.
21         A.    -- specifically that day?
22         Q.    Yes.
23         A.    Okay.  Again, I really don't remember what
24    times things -- things started happening.  I'm sorry.
25         Q.    Okay.  Do you remember who your supervisor was
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

45

 1    on May 30?

 2        A.    I don't.

 3        Q.    Is there more than one SORT unit?

 4        A.    There's only one.

 5        Q.    Okay.  Were you issued a less lethal on May

 6    30?

 7        A.    I was not issued a less lethal.  I did take

 8    possession of a pepper-ball for myself, so I issued

 9    myself a less lethal, I suppose you could say, but...

10        Q.    So you -- no one assigned you a pepper-ball

11    gun; correct?

12        A.    Correct.

13        Q.    And are you trained in the use of pepper-ball?

14        A.    Yes.

15        Q.    And did anyone tell you, you can't take that

16    pepper-ball gun?

17        A.    No.

18        Q.    Were less lethal weapons assigned to specific

19    persons, or did the SORT team take the weapon of their

20    choice?

21            MS. BIRKHOLZ:  Objection.  Form.

22            You can answer.

23        A.    So as far as our unit, we, sort of, just

24    decided on that specific day when we would show up, what

25    each of us were going to be taking between ourselves.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

46

```
 1        Q.    And was there ever a list or some kind of
 2   documentation to -- that showed who took what weapon?
 3        A.    No.
 4        Q.    Were you briefed on what level of force was
 5   authorized for the protest?
 6        A.    How do you mean?  As far as -- in what way do
 7   you mean "were we briefed"?
 8        Q.    To your understanding, what level of force
 9   were you allowed to utilize on the protests -- on --
10   during the days of the protests?
11        A.    I was relying on my training and experience
12   from the past and knowing that the level to use a
13   pepper-ball would be defensive resistance.
14        Q.    Can you define "defensive resistance" for me?
15        A.    So "defensive resistance" is not a --
16   necessarily, like, a hostile -- like, one level up would
17   be active aggression, where an individual would be
18   actively aggressing towards an officer, actively
19   attempting to harm an officer, things like that.  A
20   level down is defensive, which would be fleeing from an
21   officer, disobedience to, you know, different commands,
22   and things of that nature.
23        Q.    And when you say in your training and
24   experience, you are allowed to use a pepper-ball during
25   defensive resistance, were you allowed to use -- to aim
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   a pepper-ball at a person's body?

2        A.    Yes.

3        Q.    For defensive resistance; correct?

4        A.    That's correct.

5        Q.    Do you know who what the main form of

6   communication was that day in your unit?

7        A.    Just word of mouth.  We were all -- you know,

8   together the entire time, so people would just, kind of,

9   tap you on the line and tell you if -- if we were

10  leaving or moving somewhere.

11       Q.    Did you have a radio on you that day, on May

12  30?

13       A.    I did, yes.

14       Q.    To your knowledge, did all members of the SORT

15  team have radios?

16       A.    I don't know.

17       Q.    Did you use your radio on May 30?

18       A.    I don't fully understand.  Did I use it in

19  what way?

20       Q.    To communicate -- did you use your radio on

21  May 30 to communicate between units that were deployed

22  in the street?

23       A.    I never keyed up or said anything on my radio

24  that I recall, no.

25       Q.    Do you recall paying attention to what was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

48

1   being said on the radio?

2        A.   I recall trying to hear what was going on in

3   the radio.  It was really difficult, being that it was a

4   really loud, chaotic scene, and it got to the point

5   where you are hearing cops screaming that they need help

6   over and over and over again at different locations

7   throughout the city, and it's sad, but eventually you,

8   kind of, tune it out.  You just -- you know, cops keep

9   yelling that they're being attacked, and it just

10  becomes, kind of, background noise, which is too bad,

11  but that's the reality.

12       Q.   So if there was a direction or an assignment

13  given to you at a certain location or certain time, that

14  would have been done through word of with or without;

15  correct?

16       A.   Again, I can't say.  I could not hear

17  everything over the radio, and, again, which is probably

18  why there was word of mouth, we might have missed

19  certain transmissions or not have been able to hear that

20  maybe then somebody tapped in and said, "Hey, we're

21  leaving.  Get out -- like, let's go."  I don't know

22  specifically if there were -- if we were ordered to

23  things over the radio or not.  I can't remember.  I

24  don't remember.

25       Q.   At some point you, and your team entered the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    intersection of Lincoln and Colfax, yes?

2         A.   Yes.

3         Q.   Do you remember what time you arrived at that

4    intersection?

5         A.   I don't remember, specifically.

6         Q.   Was it around 5:30 -- sorry.  Go ahead.

7         A.   No, you're fine.  I was just saying I couldn't

8    remember specifically what time that was.

9         Q.   Do you know if it was around 5:30 p.m.?

10        A.   I don't know if that's when we arrived, no.  I

11   don't - I can't say.

12        Q.   Okay.  But you didn't turn on your body-worn

13   camera until about 6:52 p.m. that day; correct?

14        A.   I would have to look at my camera to see the

15   time I turned it on.  I don't -- I don't know off the

16   top of my head what time I turned it on.

17        Q.   If I represent to you that you turned on your

18   body-worn camera at 6:52 p.m., do you have any reason to

19   doubt that representation?

20        A.   I do not.

21        Q.   Do you know if you interacted with citizens

22   prior to 6:52 p.m. on May 30?

23        A.   I don't -- I don't know, off the top of my

24   head, again.

25        Q.   But if you had interacted with citizens and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

50

 1   other protesters prior to 6:52 p.m., your body-worn

 2   camera should have been on; correct?

 3              MS. BIRKHOLZ:  Objection.  Form.  Foundation.

 4              You can answer.

 5       A.   Not necessarily, no.

 6       Q.   Can you explain what you mean by "not

 7   necessarily"?

 8       A.   So, again, would I have liked to have had the

 9   opportunity to turn it on for, you know, the entirety of

10   everything?  Absolutely.  Was it realistic?  Absolutely

11   not. When we're working, you know, around 18-hour days,

12   technology is only as good as they make it, and

13   unfortunately, those camera batteries are the worst, so,

14   you know, we -- we wanted to keep them, and, sort of,

15   preserve your battery for when you did have an

16   opportunity to turn it on, and if you did -- I would

17   have -- if I could have, I would have it on throughout

18   the entirety of my shift, and that would have been that,

19   and like I said, unfortunately, with technology, it's

20   like a cell phone battery. Like, they die fast, so we

21   tried to preserve it for times that we felt like we

22   really did need it, or the times we were instructed to

23   turn it on, and just the way that things went during

24   those first a couple of days, especially, there were

25   lots of times where you didn't have an opportunity to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

51

 1    turn it on, when you're being hit with different

 2    objects, and attacked -- you're just -- we're in a

 3    reaction, you know, phase.  Like, we don't get to make

 4    the first move as officers.  We're always responding to

 5    being attacked before, you know -- so I'm getting hit in

 6    the face with things.  I don't always think, "Oh, shoot.

 7    I need to turn my camera on before I defend myself."  It

 8    wasn't always a possibility always, unfortunately.

 9         Q.   And when you say that you were trying to

10    preserve the battery life, were you making decisions on

11    when you deemed appropriate to turn on your body-worn

12    camera and when you deemed appropriate to not have your

13    body-worn camera on?

14         A.   I mean, yes.  I would say if there were times

15    where I felt like things were escalated, and I had a

16    chance where I was, like, "Oh, I don't feel like this

17    going very well.  I should have this on in case I have

18    to make an action," then, yes, I would take it upon

19    myself to turn it on.

20         Q.   Do you remember being directly ordered to turn

21    on your body-worn camera in certain circumstances?

22         A.   Yes.

23         Q.   Do you remember being directed to turn off

24    your body-worn camera in certain circumstances?

25         A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

52

```
 1        Q.   Can you describe what factors play into --
 2   strike that.

 3            Can you describe the circumstances in which
 4   you were ordered to turn on your body-worn camera?

 5            MS. BIRKHOLZ:  Objection.  Foundation.

 6            You can answer.

 7        A.   I'm sorry, no, I really can't.  I can't -- I
 8   don't remember specifically what was occurring, but I do
 9   remember hearing in the background, "Cameras on, cameras
10   on," for different things, and having to the
11   wherewithal, "Oh, shoot. Yeah.  Good idea.  I need to
12   turn this on," because like I said, it was hectic and
13   chaotic, and we were doing the best we could, but it was
14   helpful to have a voice of reason behind just giving
15   everybody a reminder, like, "Hey.  This is the time to
16   turn them on," so, yes, I do remember hearing, "Cameras
17   on."

18        Q.   Do you remember the circumstances under which
19   you were ordered to turn off your body-worn camera?

20            MS. BIRKHOLZ:  Objection.  Foundation.

21            You can answer.

22        A.   It was sort of the same situation, right,
23   where if things were calm and nothing was really going
24   on, occasionally you would hear, "Hey, cameras off,"
25   which I'm assuming was a good reminder for everybody,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

53

1    "Hey, let's preserve our battery. Nothing's happening

2    right now, and turn them off and preserve it while you

3    can."  Because there were times when, you know, that I

4    wish my camera had not been dead.  Like there was an

5    instance where a protester had his face cut off with a

6    machete, and we had to respond to that situation, and my

7    camera was dead.  So, again, if technology could be

8    greater, that would be stellar.

9       **Q.   Were you ever instructed to turn your camera**

10   **off during a crowd control -- strike that.  Were you**

11   **ever instructed to turn your camera off under**

12   **circumstances where a body-worn camera would usually be**

13   **turned on?**

14           MS. BIRKHOLZ:  Objection.

15      A.   Not that I recall, no.

16           MS. RUTAHINDURWA:  Would you like to take a

17      five-minute break.

18           THE WITNESS:  Sure.  If you want a break,

19      that's fine.

20           MS. RUTAHINDURWA:  Yeah.  Let's do a

21      five-minute break.

22           THE VIDEOGRAPHER:  We are off the record at

23      10:03.

24              (OFF THE RECORD)

25           THE VIDEOGRAPHER:  We are back on the record at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

54

```
 1      10:10.
 2   BY MS. RUTAHINDURWA:
 3      Q.   I still have a couple of follow-up questions
 4   about the use of the use of your body-worn camera.  Do
 5   you remember if it specifically died on May 30?
 6      A.   I don't remember.
 7      Q.   Okay.  And how long is the battery life of a
 8   body-worn camera?
 9      A.   Well, that depends.  Throughout -- you know,
10   if it were to be on for the entirety, it would probably
11   last two to four or five hours or so.
12      Q.   Okay.  So if you were to turn on your
13   body-worn camera and not turn it off, the life of the
14   battery is four to five hours?
15      A.   That would be my guess.  Again, I don't know.
16      Q.   How long have you had a body-worn camera?
17      A.   Since I became an officer.  We've always had
18   cameras since I've been a cop.
19      Q.   And how many times would you say your body-
20   worn camera died while out in the field?
21      A.   Not super often, but it definitely happens.
22      Q.   When you say, "not super often," is that a
23   couple of times?
24      A.    It's happened more than a couple of times,
25   yes.  It depends on how often you're turning it on.  You
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

55

1  know, on busier shifts when you were turning it on and

2  turning it back off constantly, it tends to die a lot

3  faster than shifts where it's, you know, the middle of

4  the night, and it's a blizzard, and you've gone on two

5  calls.  Then it does pretty okay if you're just turning

6  it on briefly a couple times throughout your shift, but

7  the busy ones definitely suck the life out of it.

8       Q.    Did your body-worn camera die during the

9  protests?

10      A.    Yes.

11      Q.    Okay.  Do you remember what instances -- what

12  dates those were on?

13      A.    I don't remember specific dates, no.

14      Q.    How do you charge your body-worn camera?

15      A.    It's called docking them, so we just take it

16  off of our uniform and attach it.  It plugs into a

17  system that charges it.

18      Q.    And who's responsible for docking?

19      A.    Our -- I'm responsible for docking my own

20  individual camera.

21      Q.    And the next morning you checked to make sure

22  that your body-worn camera was fully charged; correct?

23      A.    Correct.

24      Q.    And you stated earlier that we try to preserve

25  body-worn camera when we can; correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

56

1      A.    Correct.

2      Q.    Is that an official policy from the Denver

3  Police Department?

4      A.    No.   That was us trying to, you know, protect

5  ourselves and be able to document what we needed to

6  during these protests, because these were extreme

7  circumstances and not like any other shift where if it

8  was dying, we could go back and charge it for a little

9  bit and come back out.   We didn't have that opportunity

10 here.

11     Q.    Okay.   So you made the decision when to turn

12 on and off your body-worn camera, apart from when you

13 were directly instructed to?

14     A.    Yes.

15     Q.    And on May 30, you did not turn on your

16 body-worn camera until around 6:50 p.m.; correct?

17          MS. BIRKHOLZ:   Objection.   Foundation.

18     A.    I don't know.

19     Q.    When you were deployed to Lincoln and Colfax,

20 what was your understanding of your assignment there?

21     A.    Are you referring to on May 30 specifically?

22     Q.    I guess, I can be more specific.   On May 30

23 when you were at the intersection of Lincoln and Colfax

24 around 6:50 p.m., what was your understanding of your

25 assignment there?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

57

1      A.    Just to keep the peace, and, you know, not

2 allow citizens to continue to destroy property and city

3 property, private property.

4      Q.    Did you have an order to move the line of

5 protesters forward?

6      A.    Again, I'm not fully understanding.

7      Q.    Sorry.  Sorry.  Let me -- you can strike that.

8 Let me rephrase.

9            At some point, the skirmish line pushed

10 protesters back into the park; correct?

11     A.    Correct.

12     Q.    Okay.  Who was in charge of making the

13 decision to push the protesters back into the park?

14     A.    I don't know.

15     Q.    How did you know to move the skirmish line

16 forward?

17     A.    Again, I remember having a tap on my back and

18 being instructed to move forward, once it was past

19 curfew, and we had given announcements we were

20 instructed to move the protesters out of the park.

21     Q.    Okay.  And when you were tapped on the back,

22 do you know who it was that was speaking to you?

23     A.    I don't.

24     Q.    Okay.  But supervisors were not on the front

25 line; correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

58

1      A.   Again, I don't -- I don't know.

2      Q.   Were there other teams at that intersection?

3      A.   Yes.

4      Q.   Who were the other teams that were at the

5  intersection with you?

6      A.   I don't know.

7      Q.   Did you see officers in green fatigues?

8      A.   Again, I -- I don't remember.

9      Q.   You don't remember any -- you don't remember

10  any other officers apart from the SORT team that you

11  were with on -- at the intersection of Lincoln and

12  Colfax?

13      A.   No.  That's not what I said.  I don't remember

14  the -- specifically seeing green fatigues.  I mean, I

15  know I saw green fatigues throughout my experience

16  during, you know, the protests, but I can't recall

17  exactly where and when that would have been.

18      Q.   When did you watch your body-worn camera to

19  prepare for this deposition?

20      A.   I watched it on Wednesday.

21      Q.   Okay.  And did you watch the body-worn camera

22  of yourself at the intersection of Lincoln and Colfax at

23  around 6:50 p.m.?

24      A.   Yes.

25      Q.   Okay.  And did you recognize -- did you pay

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
59

1    attention to who you were standing next to in the line?

2        A.   I don't recall seeing on my camera who I'm

3    standing next to in the line, but I have a recollection.

4        Q.   Okay.  And who were you standing next to?

5        A.   Again, I don't know who specifically -- I

6    should have phrased that better, I guess.  I don't know

7    who specifically it was, but I do recall there being

8    officers to my right who had -- they had a different

9    shield than the gang unit so I knew they were not SORT,

10   so they were not a part of SORT.  I don't know who they

11   were, but they were not sort.

12       Q.   Okay.  Do you know what unit wears green

13   fatigues?

14       A.   I don't -- I don't know.  I can say for

15   Denver, but I can't say for metro-wide, and there were

16   many agencies there.

17       Q.   Okay.  Metro squat wears green fatigues

18   though; correct?

19       A.   For Denver, correct.

20       Q.   And Aurora Police Department was also at that

21   intersection; correct?

22       A.   I don't know.

23       Q.   How many members of the SORT team were at that

24   intersection that day?

25       A.   Again, I don't know.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

60

1      Q.   Can you provide an estimate?  Was it around
2  ten to 12 members?
3      A.   I mean, yeah.  I would say around ten to 15 of
4  us, maybe.  I -- but that's a guess, you know.
5      Q.   Can you describe where you were standing at
6  that intersection of Lincoln and Colfax facing the park?
7      A.   So I remember being in the intersection, like
8  in the middle of the intersection, basically, facing
9  southbound towards the park, and I guess I would have
10  been sort of on the west side of the intersection more
11  so than the east side, if that makes sense.
12      Q.   Okay.  So you were in the middle of the
13  intersection facing southbound closest to the west side
14  than the east; correct?
15      A.   Correct.
16      Q.   And you had your pepper-ball with you?
17      A.   Yes.
18      Q.   Did you have any other weapons on you?
19      A.   Yes.
20      Q.   Okay.  What other weapons did you have on you?
21      A.   My handgun.
22      Q.   What other less lethal items did your unit
23  have?
24      A.   Just my unit?  What were we --
25      Q.   Just the SORT unit?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

61

1      A.   So we had -- I mean, I had my pepper spray on

2  my belt, as well.  I carry a drop down taser; those are

3  both considered to be less lethal options, so I had

4  those on my personal body. Other members also had 40

5  millimeters.

6           Q.   Did other members have throwable munition?

7      A.   Yes.

8           Q.   Okay.  Which throwable munitions did the SORT

9  unit have?

10     A.   Smoke and OC.

11          Q.   Did you have flash-bangs?

12     A.   I did not, no.

13          Q.   Did the SORT team have flash-bangs?

14     A.   I don't know.

15          Q.   Before 8:00 p.m., were there ever any

16  announcements made?

17     A.   As far as -- as what?  I'm sorry.

18  Announcements?

19          Q.   I can rephrase.  Before 8:00 p.m., were there

20  any announcements made via loudspeaker to the crowd?

21     A.   I don't remember.

22          Q.   Do you remember where the loudspeaker was

23  stationed?

24     A.   I mean, we had multiple speakers throughout

25  the protests.  There were officers with the bullhorn

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

62

1  speakers, all of our vehicles are equipped with -- I'm

2  blanking on the word for it -- but where we can provide

3  announcements through a speaker from our vehicle, and

4  there was a speaker somewhere downtown, and I don't know

5  where it was, just coming from above, that was also

6  providing announcements.

7      Q.   Okay.  So you don't remember before 8:00 p.m.

8  whether or not there were announcements made to the

9  crowd; correct?

10     A.   I don't remember.

11     Q.   Okay.  And there were no announcements -- no

12 warnings given to the protesters?

13     A.   No.  That's not -- I would not say that at

14 all. That's not correct.

15     Q.   Okay.  But you don't remember if announcements

16 were being made?

17     A.   You said before 8:00 p.m.

18     Q.   Yes.  Okay.  So before 8:00 p.m., there were

19 never any warnings given to the protesters?

20     A.   Again, I wouldn't say that, either.  I

21 wouldn't say there were no warnings given.  I don't -- I

22 don't think I'm fully following your line of questions.

23 I'm sorry.

24     Q.   It's okay.  So in order to give a warning to

25 the crowd, you have to utilize some kind of loudspeaker

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   or other mechanism, so that the protesters can hear you;

2   correct?

3          MS. BIRKHOLZ:  Objection.

4      A.   Yes.

5      Q.   And before 8:00 p.m., you don't recall hearing

6   -- or you don't recall there being any announcements

7   made to the crowd?

8      A.   I don't -- I don't remember if there were or

9   if there were not.  That doesn't mean there wasn't.  I

10  just -- I just don't remember.

11     Q.   If there were announcements, would they have

12  been -- they would have been captured on your body-worn

13  camera; correct?

14     A.   Not necessarily.  Again, I can't say.

15     Q.   Well, the skirmish line was closer to the

16  announcement truck than the protesters would be; right?

17     A.   To our police vehicles?

18     Q.   Yes --

19     A.   Yes.

20     Q.   -- where the announcements were being made on

21  the speakers, the skirmish line was closer than the

22  protesters were; correct?

23     A.   Correct.

24     Q.   Okay.  And you utilized a loudspeaker so that

25  protesters can hear you --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

64

1      A.    That's -- correct.

2      Q.    -- to hear the announcements?

3      A.    Yes.

4      Q.    Okay.  So if the -- any announcements were

5  being made, they would have been picked up on your body-

6  worn camera; correct?

7           MS. BIRKHOLZ:  Objection.

8      A.    Again I don't know.

9      Q.    Okay.  But it would make sense that it would

10 be picked up on your body-worn camera since you are

11 closer to the car -- to the vehicle that has the

12 loudspeaker than the protesters are, yes?

13          MR. DAVIS:  I'm going to object to the

14    argumentative question.  She's answered the

15    question, but you keep asking the same question and

16    arguing with her, and I object to the argumentative

17    nature of the question.

18 BY MS. RUTAHINDURWA:

19     Q.    You can answer, though.

20     A.    Again, I don't know.  I can't say.

21     Q.    Okay.  So you agree that the skirmish line was

22 closer to the announcement truck?

23     A.    Yes.

24     Q.    Okay.  And announcements are made via

25 loudspeaker, so the protesters can hear them?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

65

 1      A.   Yes.

 2      Q.   **Did you yourself give any warnings prior to**

 3   **deploying your pepper-ball gun?**

 4      A.   No.

 5      Q.   **And why not?**

 6      A.   I mean, for a couple of reasons.  As -- you

 7   know, I understand the policy, our -- us yelling,

 8   "Pepper, pepper, pepper," which they would like for us

 9   to do is more so for the other officers on scene with

10   you, so that they don't think, "Oh, my partner is in a

11   shooting," and escalate a situation that doesn't need to

12   be escalated, so for us, yelling, "Hey, pepper, pepper,

13   pepper" is to let the people around you know, "I am not

14   in a shooting.  I am shooting my pepper-ball gun," so

15   things don't get unnecessarily escalated to a level that

16   they don't need to be, and during the whole experience,

17   it was just sort of understood; right, that your partner

18   next to you could be looking and dealing with something

19   that you have no -- you can't see, so we were just all

20   sort of trained on our area of responsibility, and you

21   took care of what you saw in front of you, and that was

22   your responsibility, and what was happening around you.

23   They were kind of responsible for themselves, if that

24   makes sense, so I did not warn any of the people next to

25   me that I was going to be utilizing my pepper-ball, no.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

66

1     Q.   Okay.  And did you warn any of the protesters

2  that you were going to be shooting the pepper-ball?

3     A.   No.

4     Q.   Okay.  Did you give any orders to move back

5  prior to deploying your pepper-ball?

6     A.   Yes.

7     Q.   You did -- can you please explain what orders

8  you gave to the protesters prior to deploying your

9  pepper-ball?

10     A.   There were multiple incidents while we were

11  pushing protesters through the park past curfew where I

12  said, "You've got to go.  Back up.  Keep -- keep

13  moving," and things like that, yes.

14     Q.   Okay.  From this line of questioning is going

15  to be just prior to curfew, so all of the actions that

16  you took before 8:00 p.m.  Okay?

17     A.   Okay.

18     Q.   So before 8:00 p.m., did you ever provide any

19  warnings to the protesters that you were going to be

20  using your less lethal weapon?

21     A.   No.

22     Q.   Okay.  And why not?

23     A.   Because we don't need to, and because it

24  probably wouldn't have much, you know, much of a

25  difference.  I have a gas mask on.  It would be hard for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   them to hear me, and it just didn't make sense to.

2       Q.   And when you say, "We don't need to," it's

3   your understanding that you do not need to provide

4   warning prior to using your pepper-ball gun on

5   protesters?

6       A.   That's correct.

7       Q.   Okay.  I'm going to show you some videos.

8   Before I do that, can you describe the outfit that you

9   were wearing on May 30?

10      A.   Yes.  So my uniform consisted of my black duty

11  boots. I wear long, black cargo pants -- and then I'm

12  going to move my way up my uniform -- so I have a drop-

13  down holster, my gas cannister bag was also a drop down

14  on my leg, and then I have my duty belt on, and a long

15  sleeve black shirt that has my name, badge number, badge

16  on it, and then over the top of that, I have my tactical

17  vest, which goes over my under vest, and my uniform

18  shirt, and then I have a helmet.  I did gas mask

19  already.  So, yeah, a helmet, my body-worn camera is

20  affixed to the outside of my tack vest, which, like I

21  said, you throw on over everything, and then police

22  patches that say in bright white, big letters, "Police,"

23  on front and back, as well, as I had red tape on my

24  uniform.

25      Q.   Okay.  And where was the red tape?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

68

1     A.   On the back of my helmet and the back of my

2 vest.

3     Q.   And do all officers from the SORT team have

4 red stickers on the back of their helmets?

5     A.   Yes, I believe so.

6     Q.   Okay.  What does two chevrons on a sleeve

7 represent?

8     A.   That would be a corporal rank.

9     Q.   And three chevrons on the sleeve?

10    A.   Would be a sergeant.

11    Q.   Are there any other noticeable marks in

12 uniform to differentiate the different units?

13    A.   I don't know specifically.  We, at SORT, have

14 a completely different uniform than anyone else in the

15 city does, but other than that, I don't know.

16    Q.   What about marked to differentiate rank?

17    A.   I mean, there are -- there are stars for, you

18 know, chiefs and above, and then there are bars for

19 lieutenants or captain.

20    Q.   I just shared my screen with you.  Can you see

21 that?

22    A.   Yes.

23    Q.   That is Denver 5017 Officer Cunningham body-

24 worn camera from May 30, and the time stamp on here is

25 six hours ahead, and to be clear, you can only see my

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

69

```
 1    video?

 2         A.   I can see your video, plus there's a strip on

 3    the right side that has, like, a few boxes that have us

 4    in it.

 5         Q.   Okay.  So I'm going to start at the --

 6              THE WITNESS:  (Coughs.)  Excuse me.

 7              MR. DAVIS:  You want to move it closer?

 8              THE WITNESS:  No.  It's fine.  I can see.

 9                        (VIDEO PLAYS)

10              MS. RUTAHINDURWA:  Sorry.  Give me one second.

11              THE WITNESS:  Yeah, no worries.

12              MS. RUTAHINDURWA:  Okay.  We're going to watch

13         a clip of your body-worn camera starting at 3:58,

14         and the time is 6:56 p.m.

15                        (VIDEO PLAYS)

16    BY MS. RUTAHINDURWA:

17         Q.   So this weapon that we see right here on your

18    person, that's the pepper-ball gun; is that correct?

19         A.   Correct.

20         Q.   Okay.  And before you started using force in

21    this clip, did you hear a lot of noise; right?

22         A.   Correct.

23         Q.   And you heard, kind of, like a popping noise;

24    that would have been pepper-ball guns; correct?

25         A.   I would have to listen again, I guess, to make
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

70

```
 1    a for-sure distinction.  I can't say --

 2              (VIDEO PLAYS)

 3    BY MS. RUTAHINDURWA:

 4        Q.    So right there you heard some, like, popping

 5    air and then what sounded like either tear gas or

 6    flash-bang; correct?

 7              MS. BIRKHOLZ:  Objection to form.

 8              You can answer.

 9        A.    Correct.

10        Q.    Why did you use your pepper-ball gun here?

11        A.    Can you play it again?  I'm not entirely -- I

12    know I do at some point use it.  I can hear the clicks

13    of me using it. I can't see from this specifically --

14        Q.    Yeah.

15        A.    -- to see.

16        Q.    Okay.  I'll play for about 20 seconds --

17        A.    Okay.

18        Q.    -- and then we can ask again.

19              (VIDEO PLAYS)

20    BY MS. RUTAHINDURWA:

21        Q.    So my question was:  Why did you choose to

22    deploy your pepper-ball gun?

23        A.    So in this instance, it appears I'm shooting

24    towards where that cannister comes flying directly

25    towards me, so I'm, you know -- I'm assuming I was
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

71

```
 1   targeting the individual who was picking up that
 2   cannister and getting ready to throw it back and assault
 3   us.
 4       Q.   Okay.  And that was later on in the video.  At
 5   the beginning of the video, you fire your pepper-ball
 6   gun --
 7       A.   I don't know if I do -- I do remember this
 8   day.  I was having malfunctions with this pepper-ball
 9   numerous times, and, again, I know for a fact what you
10   just played, yes, I did shoot, because I can see the
11   motion of my pepper-ball going down, and if you hear the
12   clicking that the trigger makes on the pepper-ball, so I
13   know for a fact, yes, that I did shoot there. I don't --
14   I can't say -- I would have to have you play it again,
15   and I'm really sorry, but I just can't say for sure if I
16   was shooting in the first part.
17       Q.   It's okay.  We can play it again, and I'm
18   going to ask you to focus on the -- when -- the very
19   beginning, when you first deployed your pepper-ball?
20       A.   Okay.
21           MS. RUTAHINDURWA:   Starting at 3:50, for the
22       record.
23               (VIDEO PLAYS)
24   BY MS. RUTAHINDURWA:
25       Q.   Would you say that you've already deployed
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

72

1    your pepper-ball here?

2         A.   I can't tell from that video.  Honestly, I

3    can't, because, again, in the first one, you can see

4    physically that my gun is jerking up and down and hear

5    the clicking, and I can't tell in this video if that's

6    coming from mine.  I don't think it is.  I think that

7    noise is coming from somebody near me.

8         Q.   Okay.  I'm going to start again from 3:50, and

9    can you state when you think the first time you deployed

10   your pepper-ball gun in this video.  Okay?

11        A.   Yes.

12             (VIDEO PLAYS)

13        A.   Right there.

14        Q.   So right there is the first time you believe

15   that you fired your pepper-ball gun?

16        A.   Yes.

17        Q.   And the time on that is at 4:19, and what were

18   you aiming at when you fired that pepper-ball?

19        A.   Again, I don't remember specifically what I

20   was aiming at, but I know when you played this video, a

21   short time after, a cannister comes flying from that

22   crowd directly towards me.

23        Q.   Okay.  But before the cannister came flying

24   directly towards you, you fired your pepper-ball;

25   correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

73

```
 1        A.    Correct.

 2        Q.    And we just saw the clip of when you feel like

 3   you first fired it; right?

 4        A.    Right.

 5        Q.    Right.  Did you see anything specifically that

 6   would warrant you firing your pepper-ball then?

 7        A.    So the bummer part about these cameras; right,

 8   is, obviously, it's way harder to see from this view

 9   what you can see in person.  This does not reflect what

10   I'm able to see with my eyes on the actual scene, and if

11   I see somebody reaching down to pick up blunt objects --

12   and you can tell when somebody is about to make an

13   assault when they've got their arm raised back or their

14   loading a grapefruit-sized rock into a lacrosse stick to

15   hurl at you, you can see that very clearly with your

16   eyes. It is so much harder to look at it now after the

17   fact and be able to say, "This is specifically what I

18   saw."

19        Q.    But based on viewing the video alone, did you

20   see anything that would have warranted the use of the

21   pepper-ball in this instance?

22              MS. BIRKHOLZ:  Objection to form.  Foundation.

23              You can answer.

24        A.    I mean, I don't really understand that

25   question at all.  I feel like I answered that already.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

74

```
 1    I don't know if you have -- if you can rephrase that
 2    somehow for me that I --
 3         Q.   I'm happy to rephrase.  So you just stated
 4    that your line of sight may be what different than what
 5    is captured on the body-worn camera; right?
 6         A.   Absolutely.
 7         Q.   Okay.  But we just watched this clip of the
 8    body-worn camera, so I'm just asking:  Solely based on
 9    what we just saw a couple of minutes ago, did you see
10    anything that warranted the use of the pepper-ball in
11    this instance?
12              MS. BIRKHOLZ:  Objection.  Foundation.
13              You can answer.
14         A.   Are you able to zoom in for me to the crowd
15    that just threw an object at me, or is that not a
16    possibility?
17         Q.   Well, did you see someone throw an object at
18    you --
19         A.   Yes.
20         Q.   -- prior to firing the pepper-ball?
21         A.   Again, from this camera, I can't -- I can't
22    tell you. They've got signs up, and there's people
23    running all the over the place.  I can't say from being,
24    you know, 4 feet away from a computer screen, and the
25    camera is off on in the distance, a completely different
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

75

```
 1   view than your eyes, I can't say.
 2        Q.   Okay.  Let's watch it one more time, and you
 3   tell me if you see anything on the video that warranted
 4   the use of the pepper-ball in that clip.
 5             (VIDEO PLAYS)
 6   BY MS. RUTAHINDURWA:
 7        Q.   So right before firing, is this pretty much
 8   the scene of what it looked like; right?  There's a
 9   person standing with his hands up.  People are fleeing.
10   Did you see any objects thrown at you immediately prior
11   to firing your pepper-ball there?
12             MS. BIRKHOLZ:  Objection.  Form.  Foundation.
13             You can answer.
14        A.   I mean, I would just refer back to my written
15   statements where I stated that I specifically only
16   targeted individuals who were assaulting me.
17        Q.   Okay.  But based on what you just saw now, did
18   you see any objects being thrown at you or any reason
19   why you fired your pepper-ball?
20        A.   Again, that feels sort of like an unfair
21   question, since you can't see, you know, everybody in
22   the background of this video.  No, I did not
23   specifically see an object coming towards me until just
24   after I had fired in that exact same area.
25        Q.   Okay.  Thank you.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

76

```
 1        A.    Yes.

 2        Q.    Let's watch a few more seconds.

 3              (VIDEO PLAYS)

 4  BY MS. RUTAHINDURWA:

 5        Q.    Okay.  So after the force was used, the

 6  protesters were pushed back; correct?

 7        A.    They moved back, yes.  They moved back on

 8  their own once -- yes, once force was applied.

 9        Q.    And they moved back to run away from the

10  pepper-balls and tear gas and other things that were

11  being thrown; correct?

12              MS. BIRKHOLZ:  Objection.  Argumentative.

13              You can answer.

14        A.    I can't say -- I can't say why they chose to

15  move back.

16        Q.    Okay.

17        A.    I was -- I wasn't them.

18        Q.    The force used was -- they were chemical

19  irritants; correct?

20        A.    Correct.

21        Q.    Okay.  And tear gas was used at the

22  intersection?  You saw tear gas?

23        A.    I don't know.  I was just watching my video

24  really specifically.  I shot a pepper-ball.

25        Q.    Okay.  Pepper-balls are chemical irritants;
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

77

```
 1  right, when they explode?

 2       A.   Correct.

 3       Q.   Okay.  And after some time, the protesters

 4  fully moved back forward towards the skirmish line?

 5       A.   Correct.

 6       Q.   Okay.  And in that clip that I showed you,

 7  what was the -- the purpose of the use of the force was

 8  not to disperse the crowd; correct?

 9       A.   I'm not really understanding what you mean by

10  that. What was my purpose for using force?

11       Q.   The clip that I just showed you that was about

12  50 seconds long, force was deployed, and that use of

13  force was not intended to disperse the crowd; right?

14            MS. BIRKHOLZ:  Objection.  Form.  Foundation.

15       A.   Every -- every time I utilized force was in

16  direct response to protecting myself and other officers.

17  I solely was targeting individuals who were in the

18  process of assaulting us.

19       Q.   And did you receive any orders to disperse the

20  crowd prior to curfew at that intersection?

21       A.   I don't know.

22       Q.   What do you mean by you "don't know"?

23       A.   I mean, I guess, I don't really fully

24  understand that question, either.  Do you -- were we

25  told that -- specifically to deploy pepper-ball into the
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

78

1    crowd?  I'm just not fully understanding what you mean.

2         Q.    Okay.  Well, you can use less lethal force for

3    different reasons; one of the reasons is in direct

4    response to -- if you preserve an immediate threat;

5    correct?

6         A.    Correct.

7         Q.    And then there is the use of force for

8    dispersing a crowd?

9         A.    Correct.

10        Q.    Right.  So you throw tear gas into the crowd,

11   the crowd runs away, and that would be a dispersal;

12   right?

13        A.    Correct.

14        Q.    So at that intersection, you did not receive

15   any orders to disperse the crowd prior to curfew;

16   correct?

17        A.    Correct.

18        Q.    And to your knowledge, prior to 8:00 p.m. at

19   that intersection, no unlawful assembly had been

20   declared; correct?

21        A.    I don't -- I don't know.

22        Q.    Okay.  If an unlawful assembly was declared,

23   you would have received orders to disperse the crowd;

24   correct?

25             MS. BIRKHOLZ:  Objection.  Foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

79

```
 1        A.   Again -- again, I don't know.  That's way
 2   above my pay grade.
 3        Q.   Do you know what an "unlawful assembly" is?
 4        A.   I don't know the exact definition, no.
 5        Q.   Okay.  So you were not trained on -- strike
 6   that.
 7             You were trained on protesters; correct?
 8        A.   Again, I'm not completely understanding.  I
 9   wasn't trained on protesters.
10        Q.   You were trained on protesting rights?  You
11   were trained that people can gather to peacefully
12   protest; correct?
13        A.   Correct.
14        Q.   Okay.  And part of that training informed you
15   on when a protest turns into an unlawful assembly;
16   correct?
17        A.   Not that I'm aware of, no.
18        Q.   Okay.  So to your knowledge, when does a
19   protest become illegal?
20        A.   Are you asking for -- are you asking for a
21   specific examples or -- I'm not --
22        Q.   Yeah.  An example would be great.  So if there
23   is a group of the protesters peacefully protesting at
24   the park for several hours, and at some point, it
25   becomes an unlawful protest -- or an unlawful assembly,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   what would the terms -- what would the conditions be

 2   that make it illegal or an unlawful assembly?

 3            MS. BIRKHOLZ:  Objection.  Form.  Foundation.

 4            You can answer.

 5       A.   Again, I don't know the specific definition of

 6   "unlawful assembly."  I think it's pretty obvious, even

 7   from this video, when we're being assaulted and I'm

 8   going to, you know, getting hit with cans and things

 9   like that, and giant rocks and, you know, bottles full

10   of gasoline and human feces, I would assume that would

11   be an unlawful assembly, but that's -- I've never had to

12   make that call.

13       Q.   We'll watch more video -- actually, before we

14   watch the video, do you know who had the authority to

15   declare an unlawful assembly?

16       A.   I don't.

17       Q.   Okay.  And you stated that you would have

18   deemed the crowd at this intersection of Lincoln and

19   Colfax to be unlawful?

20       A.   You're saying in my opinion would I have

21   considered this unlawful?

22       Q.   Yes.

23       A.   Yes.

24       Q.   Okay.  And you said that you were hit with

25   human feces?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

81

1       A.   Yes.

2       Q.   At this intersection?

3       A.   At this intersection, I was struck with frozen

4  packages of bacon, water bottles full of gasoline, a

5  glass bottle, one of which, I think, at some point in my

6  video, you can see shattering in front of me and cut my

7  legs pretty good. Yeah, I was struck with multiple

8  objects here.  I don't believe the feces bottle was at

9  this specific intersection.  That was down the line, but

10 yes.

11      Q.   Okay.  But it was at this intersection --

12      A.   Where I was assaulted.

13      Q.   Can you just describe what you mean by a

14 "feces bottle"?

15      A.   Yeah.  So people would urinate and put their

16 feces into a water bottle, shake it up, take the cap

17 off, and throw it at us.

18      Q.   But you don't recall anything from your

19 training about when an assembly would be declared as

20 unlawful or not?

21      A.   I don't, no.

22      Q.   Am I still screen-sharing?

23      A.   Yes.

24      Q.   Okay.  Let's move -- we're going to start at

25 12:26, and in this clip, I want you to pay attention to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

82

```
 1   the officers in the line.  I'm going to ask if you

 2   recognize or can identify any of the officers.  Okay?

 3       A.   Okay.

 4       Q.   So I'm going to start the video at 12:26.

 5            (VIDEO PLAYS)

 6   BY MS. RUTAHINDURWA:

 7       Q.   I guess it was only two seconds long.  Let's

 8   see that one more time.  Actually, let's go back to

 9   12:26.  Okay.  So you walk -- and we stopped at 12:28.

10   You walked directly in between these two SORT officers;

11   correct?

12            MS. BIRKHOLZ:  Objection.  Foundation.

13            You can answer.

14       A.   I don't know.  I'm sorry.  I would have to

15   watch the rest of the video to see for sure.

16       Q.   This is your -- yeah.  No problem.  This is

17   your body-worn camera; correct?

18       A.   (No verbal response.)

19       Q.   And to the right is an officer that doesn't

20   have a SORT uniform; right --

21       A.   Is that a question?  I'm sorry.

22       Q.   Yeah, he doesn't have a red sticker on his

23   helmet, so this would indicate he was not a SORT

24   officer; correct?

25       A.   I think --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MR. DAVIS:  Let me try to -- Counsel, hold on.
 2        The participants are showing up on the right side,
 3        and I need to close this bar.  I don't want to close
 4        your video, though, so give me a sec.
 5              THE WITNESS:  Can I just move it?
 6              MR. DAVID:  I don't think it will move.
 7              THE WITNESS:  Okay.  I'm sorry.
 8              MR. DAVIS:  Let's try.  Okay.  I'm sorry.  Go
 9        ahead. I'll move the bar around if necessary.
10   BY MS. RUTAHINDURWA:
11        Q.   Okay.  So in this still shot, are you now able
12   to see the officer that does not have the red sticker on
13   his helmet?
14        A.   Yes.
15        Q.   Okay.  And that would indicate that he's not a
16   SORT or gang unit officer; right?
17        A.   Correct.
18        Q.   Okay.  And then this -- directly to the left
19   of him is a SORT unit officer, because he has red
20   stickers, yes?
21        A.   Yes.
22        Q.   Do you know who this officer is?
23        A.   I do not.
24        Q.   Do you remember who you -- was standing to
25   right of you when you were in the skirmish line?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

84

1      A.   I do not.

2      Q.   Okay.  And to the left of the officer is

3  another SORT unit officer; correct?

4      A.   Correct.

5      Q.   Red sticker on the helmet?

6      A.   Correct.

7      Q.   And do you know who that person is?

8      A.   I do not.

9      Q.   Do you know if the person to the left is

10  Officer Sampson?

11      A.   I don't know.

12      Q.   Okay.  Do you know who from your team was

13  carrying a 40 millimeter?

14      A.   I don't.  I don't know.

15      Q.   But any officer that had red stickers on his

16  helmet and back of the vest would be gang unit officers?

17         MS. BIRKHOLZ:  Objection.  Foundation.

18      A.   I can't say that.  I know that we had red

19  stickers.  I don't know if anyone else did or not.

20      Q.   Okay.  But every member of your team has red

21  stickers?

22      A.   Again -- again, I don't know.  I know that we

23  were instructed, yes, to have red stickers.

24      Q.   Right.  If you were instructed to have red

25  stickers, who were you instructed by?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
85

1     A.   I don't remember.  It was -- again, just sort

2  of like a discussed -- we were passing the tape,

3  everyone is throwing it on.  You just sort of did it,

4  and I don't remember who specifically --

5     **Q.   And what was the purpose of putting the tape**

6  **on the helmet?**

7     A.   So that we were able to be identified and also

8  so that we could locate each other at the protest and

9  know, "Oh, that's my teammate.  That's where I need to

10  go.  That's who I need to be with."

11     **Q.   Right.  So everyone who had the red sticker**

12  **then was easily identified by you as a member of your**

13  **SORT team; correct?**

14         MS. BIRKHOLZ:  Objection.  Foundation.

15         You can answer.

16     A.   So, again, like I explained, I know the SORT

17  unit did use red tape during the protest.  I can't say

18  that anybody with red tape was SORT, because I don't

19  know what other units in the city utilized or if they

20  utilized anything at all.

21     **Q.   On May 30, were you ever -- did you ever**

22  **encounter someone with red sticker on their helmet that**

23  **wasn't a SORT team officer?**

24     A.   I don't -- I don't remember.

25     **Q.   Do you recall ever being confused about the**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1   members in the video that I just showed you before with

 2   the red stickers where your team -- was part of your

 3   SORT team?

 4        A.   I'm not sure I totally understand.  Like I

 5   said, we wear a completely different uniform altogether

 6   than the rest of the city does, so I was never confused

 7   about where my team was, because I could find the red

 8   sticker and see that they were wearing the same uniform

 9   as me, so I knew that they would be my fellow officers.

10        Q.   Okay.  And everyone depicted in this still

11   shot with a red sticker on their helmet is part of the

12   SORT team; correct?

13             MS. BIRKHOLZ:  Objection.  Foundation.

14             You can answer.

15        A.   I can't fully make out the person on the very

16   left of the screen, but the three people at, sort of,

17   center screen, yes, appear to be SORT.

18        Q.   Okay.  Let's move one more.  13:36 and end at

19   13:50.

20             (VIDEO PLAYS)

21   BY MS. RUTAHINDURWA:

22        Q.   So I'm stopping at 13:42.  Did you see this

23   Black guy with the bucket?

24        A.   No.

25        Q.   Do you see a guy --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

87

```
 1        A.   Oh, walking.

 2        Q.   A guy walking west --

 3        A.   Sorry.  Walking west.  Okay.

 4        Q.   Let's start -- let's start.  Let's start

 5   again.  Okay. And at the -- on the right-hand side,

 6   there's a person in all black carrying a bucket;

 7   correct?

 8        A.   Correct.

 9        Q.   Okay.  And I want you to pay attention to him

10   as he walks along the intersection.

11             (VIDEO PLAYS)

12   BY MS. RUTAHINDURWA:

13        Q.   Did you see that he was just pepper sprayed

14   there?

15        A.   Yes.

16        Q.   Okay.  Was there anything that your body-worn

17   camera captured that would have warranted the use of the

18   pepper spray?

19             MS. BIRKHOLZ:  Objection.  Foundation.

20             You can answer.

21        A.   That would be impossible for me to say.  I

22   can't see the location of that other officer, so I can't

23   say.

24        Q.   Okay.  And this is based on the video that we

25   just saw, based on the video alone, was there anything
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

88

1  that you saw depicted in this video that would have

2  warranted the use of pepper spray?

3      A.   I saw that individual getting closer to the

4  line of officers, yes, so if he was being instructed to

5  move back and was not complying, that would be a

6  justified use of force.

7      Q.   Okay.  So if he was moving closer towards the

8  officers, the officer would be allowed to pepper spray

9  him?

10     A.   Correct.

11     Q.   Okay.  And officers are allowed to pepper

12  spray citizens who aren't doing anything threatening?

13         MS. BIRKHOLZ:  Objection.  Foundation.  And

14     form.

15         You can answer.

16     A.   This depends.  Again, pepper spray, pepper-

17  ball, is all defensive resistance is the level, so not -

18  - not obeying commands to disperse an individual or a

19  crowd, yes, it can be used.

20     Q.   Okay.  And that would be consistent with DPD

21  policy; correct?

22     A.   At that time, yes.

23     Q.   And if the officer pepper sprayed that

24  protester without giving him a warning prior to doing

25  so, wouldn't that have been an appropriate use of force?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

89

 1          MS. BIRKHOLZ:  Objection.  Foundation.

 2          You can answer.

 3     A.   Again, warnings aren't required.

 4     Q.   Okay.  So a protester who's walking close to

 5 officers can be pepper sprayed for being close to the

 6 officer without any prior warning?

 7          MS. BIRKHOLZ:  Objection.  Foundation.

 8          You can answer.

 9     A.   So, again, I would just say I was not that

10 officer.  I can't speak to why they chose to make that

11 decision or why they felt that that was appropriate.  I

12 don't know.

13     Q.   Okay.  But my question is:  If there's a

14 protester who is merely walking across the intersection,

15 getting closer to the line of officers, and the officer

16 pepper sprays the protester without giving a prior

17 warning, that would be an appropriate use of force?

18          MS. BIRKHOLZ:  Objection.  Foundation.

19          You can answer.

20     A.   Again, I would say this -- this all depends on

21 totality of the circumstances; right, and I was not that

22 officer.  I can't speak to what he was seeing,

23 perceiving, and feeling at that moment, so I can't say.

24     Q.   And my question -- I gave you all of the

25 circumstances for you to be able to answer.  So it's the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
90

1    hypothetical that I'm providing you right now --

2        A.    Sure.

3        Q.    -- a protester is walking down the street.  He

4    is not doing anything but walking, and he's walking

5    closer to an officer.  That officer pepper sprays the

6    protester without providing a prior warning.  Would that

7    be an appropriate use of force?

8            MS. BIRKHOLZ:  Objection.

9        A.    In this situation, I would say, yes, because

10   you cannot allow this sort of a crowd to get that close

11   to you, to the point where it could become a hands-on,

12   physical altercation. I think this a more appropriate

13   use of force than anything else would have been.

14       Q.    And that use of force would have been

15   consistent with your training?

16           MS. BIRKHOLZ:  Objection.  Foundation.

17           You can answer.

18       A.    I don't know.  I don't remember the specific

19   pepper spray training.

20       Q.    But if you utilized -- say you are that

21   officer in the hypothetical.  Would you feel like you

22   behaved consistent with your training?

23       A.    Yes.

24           MS. BIRKHOLZ:  Object to form and foundation.

25       Q.    And would you feel you were being consistent

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

91

1   with DPD policy?

2          MS. BIRKHOLZ:  Objection.  Foundation.

3      A.   Yes.

4      Q.   And would you expect to be disciplined for

5   pepper spraying that protester?

6          MS. BIRKHOLZ:  Objection.  Foundation.

7      A.   No.

8      Q.   We're going to keep watching.  I want to you

9   to listen to -- there's a guy in plaid shorts and a gray

10  shirt.  He's actually behind a protester that has a

11  camera.  Do you see who I'm talking about?

12     A.   Yes, I believe so.  A white male, gray shoes?

13     Q.   Yes.  With a hat.

14     A.   Okay.

15     Q.   Okay.  He's going to speak, and I want you to

16  pay attention to what he says.  Okay?

17          (VIDEO PLAYS)

18  BY MS. RUTAHINDURWA:

19     Q.   Okay.  Did you hear what he said?

20     A.   I heard some of what he said, yes.

21     Q.   Okay.  He said, "What is that guy's problem?

22  It's always the same guy"; correct?

23     A.   Correct.

24     Q.   Did you attempt to speak to this protester to

25  understand what he meant by, "It's always the same guy"?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

92

 1      A.   No, I did not.

 2      Q.   Did you see any officers attempt to speak to

 3  that protester?

 4      A.   I don't remember.

 5      Q.   Okay.  Officers have an obligation to

 6  intervene when other officers use excessive or

 7  unnecessary force; correct?

 8      A.   Correct.

 9      Q.   We're going to keep watching.  It's at 13:56.

10  We're going to stop at 14:27.

11          (VIDEO PLAYS)

12  BY MS. RUTAHINDURWA:

13      Q.   And I have a similar question as before.  Do

14  you know why you decided to use your force in this

15  instance?

16      A.   I was not using my pepper-ball during that

17  time -- frame of video at all.

18      Q.   You weren't using your pepper-balls?

19      A.   Correct.

20      Q.   And how do you know that you weren't using

21  your pepper-ball during this time?

22      A.   You can see that I'm trying to fix whatever

23  malfunctioning -- malfunction is occurring with my

24  pepper-ball during this.  Also as stated before, you

25  can't hear the click or see the jolt of my pepper-ball

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   moving, which it does when I am firing it.

2       Q.   Okay.  Starting at 15:34, this is around 7:08

3   p.m.

4            (VIDEO PLAYS)

5   BY MS. RUTAHINDURWA:

6       Q.   At that point, the crowd was -- you didn't see

7   anything that the crowd was doing that would have

8   justified force.  The crowd was just standing; correct?

9            MS. BIRKHOLZ:  Objection.  Foundation.

10      A.   No, not correct.  I can't -- I can't go back

11  and remember what I was seeing during this instance.

12      Q.   Okay.  Based on -- I'm going to show you two

13  seconds of this clip right here, and I want you to look

14  at the crowd and tell me what the crowd was doing at

15  this time.

16           (VIDEO PLAYS)

17      A.   What's the question?  I'm sorry.

18      Q.   The question is:  What is the crowd doing

19  right now?

20      A.   They appear to be reconvening in the roadway.

21      Q.   Okay.  And nothing was thrown that your body-

22  worn camera captured; correct?

23           MS. BIRKHOLZ:  Objection.  Foundation.

24      A.   I mean, yeah, I would -- we -- can you go back

25  and play one more time?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

94

```
 1        Q.    Yeah.

 2              (VIDEO PLAYS)

 3        A.    So your question, one more time?  I'm sorry.

 4        Q.    Yeah.  That your body-worn camera does not

 5  capture any objects being thrown towards the officers?

 6              MS. BIRKHOLZ:  Objection.  Form.

 7        A.    My body-worn camera -- my body-worn camera

 8  does not appear to capture an object being thrown in

 9  this clip.

10        Q.    Okay.  And what about from your memory?  In

11  that specific time period, 7:08 p.m., do you recall

12  anything being thrown at you?

13        A.    I don't know.  There's no way for me to

14  remember that specifically.

15        Q.    We're going to keep playing.

16              (VIDEO PLAYS)

17  BY MS. RUTAHINDURWA:

18        Q.    Do you hear the air popping --

19        A.    Yes.

20        Q.    -- right before I stopped?

21              Do you know what that is?

22        A.    I can't say for sure.

23        Q.    But that would be consistent with officers

24  deploying less lethal; correct?

25              MS. BIRKHOLZ:  Objection.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      A.   Correct.

2      Q.   Okay.  And this -- the camera is kind of

3  covered a bit.  That would be your pepper-ball gun or

4  part of your pepper-ball gun?

5      A.   That would be the sling.

6      Q.   The what?  The sling?

7      A.   The sling, yes, that holds the pepper-ball

8  around my body.

9      Q.   Okay.

10          (VIDEO PLAYS)

11  BY MS. RUTAHINDURWA:

12     Q.   Okay.  So do you recall why force was used at

13  that time?

14          MS. BIRKHOLZ:  Objection.  Foundation.

15     A.   I don't remember.

16     Q.   Okay.  But the protesters were chanting;

17  correct?

18     A.   I'm sorry.  I missed that completely.  I think

19  you cut out, like a second.  What was that?

20     Q.   The protesters were chanting; correct?

21     A.   Correct.

22     Q.   And they were standing around?

23     A.   I mean, it depends on which specific protester

24  you're addressing at that point.

25     Q.   Well, in the video -- okay.  They were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
96

 1    standing -- the protesters were chanting.  They were

 2    standing and sitting around.  They -- some had their

 3    hands up; correct, they were engaged in protest

 4    behavior?

 5              MS. BIRKHOLZ:  Objection.  Form.  Foundation.

 6              You can answer.

 7        A.   The clip you just showed me, all I could see

 8    was my sling.  My view was completely covered, so I

 9    can't speak as to what any of the protesters were doing

10    at that time.

11        Q.   From the 20 seconds before that -- that small

12    clip where you confirmed that your body-worn camera did

13    not show anything being thrown at you; correct?

14        A.   Are you referring to when the sling was in

15    front of my camera's view?

16        Q.   I'm referring to this entire time period

17    between -- around 7:08 p.m., so for the past five

18    minutes or so, we've been talking about this specific

19    timeframe.  I asked you if your body-worn camera

20    depicted any items being thrown, and you confirmed "no";

21    correct?

22              MS. BIRKHOLZ:  Objection.

23        A.   That was for the two-second clip that you had

24    shown, that would be correct, for those two seconds,

25    yes.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

97

```
 1        Q.    So let's play the whole 20 seconds over again,
 2   and --
 3              (VIDEO PLAYS)
 4   BY MS. RUTAHINDURWA:
 5        Q.    Okay.  So your sling covered parts of it, but
 6   from what you could see of the protesters, the
 7   protesters were chanting?
 8              MS. BIRKHOLZ:  Objection.  Form.  Foundation.
 9        A.    Correct.
10        Q.    Correct.  And they were standing or walking
11   around; correct?
12        A.    Correct.
13        Q.    And no items were thrown at the officers that
14   was depicted in your body-worn camera?
15        A.    Nothing that my camera caught.
16        Q.    Okay.  And then you heard a pepper-ball noise
17   or the popping air noise --
18              MS. BIRKHOLZ:  Objection.
19        Q.    -- which indicates that force was being used;
20   correct?
21              MS. BIRKHOLZ:  Objection.  Foundation.
22        A.    I hear the popping, yes.
23        Q.    Okay.  And that indicates that force is being
24   used; correct?
25              MS. BIRKHOLZ:  Objection.  Foundation.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

98

```
 1        A.    I would assume so, yes.
 2        Q.    Okay.  And did you see anything in that clip
 3   that would justify the use of force in that moment?
 4             MS. BIRKHOLZ:  Objection.  Foundation.
 5        A.    Again, when the force began being applied, my
 6   camera view was completely covered, and I do not
 7   remember what I was viewing with my eyes at that
 8   specific time.
 9             MS. RUTAHINDURWA:  Sorry.  My headphones --
10        give me one second.  Can you hear me still?
11             THE WITNESS:  Yes.
12             MS. RUTAHINDURWA:  Okay.  Thanks.
13   BY MS. RUTAHINDURWA:
14        Q.    So your camera didn't pick up on any --
15   anything that would have justified using force; correct?
16             MS. BIRKHOLZ:  Objection.  Foundation.
17        A.    What's your question?  I'm sorry.  One more
18   time.
19        Q.    Yeah.  So at this point, your camera is
20   partially covered, and you can't see the protesters;
21   right?
22        A.    Correct.
23        Q.    But prior to that, your camera did not capture
24   anything that would have warranted using force?
25             MS. BIRKHOLZ:  Objection.  Foundation.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

99

```
 1        A.   My -- what my camera was capturing there was
 2    no use of force being used.
 3        Q.   Okay.  So when force was used, your camera was
 4    --
 5        A.   Covered.
 6        Q.   Okay.  And you, from your memory, cannot
 7    recall at this specific instance why force was used;
 8    correct?
 9        A.   Correct.
10        Q.   Okay.  And let's keep watching.
11             (VIDEO PLAYS)
12    BY MS. RUTAHINDURWA:
13        Q.   And at this moment, you lifted up your pepper-
14    ball gun; correct?
15        A.   Correct.
16        Q.   Do you remember why you lifted up your pepper-
17    ball gun?
18        A.   I don't.
19        Q.   Watching.
20             (VIDEO PLAYS)
21    BY MS. RUTAHINDURWA:
22        Q.   Did you deploy your pepper-ball gun there?
23        A.   Yes.
24        Q.   Okay.  And you were shooting -- let's,
25    actually, pause at...
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

100

```
 1              (VIDEO PLAYS)
 2   BY MS. RUTAHINDURWA:
 3        Q.   At 6:10, did you see that tear gas cannister
 4   being thrown into the crowd?
 5              MS. BIRKHOLZ:  Objection.
 6        A.   Can you play it again?  I'm so sorry.  I'm
 7   trying to, like, see the whole thing but stay focused on
 8   it.  It's hard.
 9        Q.   It's right to the right of the tree that's
10   kind of in the center.  Okay?
11        A.   Okay.
12              (VIDEO PLAYS)
13   BY MS. RUTAHINDURWA:
14        Q.   You see that, kind of sparks and smoke;
15   correct?
16        A.   Correct.
17        Q.   Okay.  And that's a tear gas cannister that's
18   being thrown into the grass; right?
19              MS. BIRKHOLZ:  Objection.  Foundation.
20        A.   I don't know.
21        Q.   Okay.  Is this what a tear gas cannister looks
22   like when it's being thrown?
23        A.   Yeah.  Again, I don't know.  It could -- it
24   could smoke.  I don't know.  I didn't -- I didn't deploy
25   any -- anything, you know, that I had to throw like
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    that, so I can't say what specifically that is.

2       Q.   Okay.  But you've seen tear gas cannisters

3    being thrown; correct?

4       A.   Correct.

5       Q.   And you've seen smoke grenades being thrown,

6    as well?

7       A.   Correct.

8       Q.   Do they look the same?

9       A.   Yes.

10      Q.   Okay.  So this could either be a tear gas

11   cannister or a smoke grenade?

12      A.   Yes.

13      Q.   Could it be anything else?

14         MS. BIRKHOLZ:  Objection.  Foundation.

15      A.   I don't know.

16      Q.   Okay.

17      A.   I'm familiar with the look of smoke and the

18   tear gas, either OC or whatever the technical term for

19   it is.  I don't know what else exists out there.  I'm

20   sure it's possible, but I don't know.

21      Q.   Okay.  But based on your understanding, what

22   was just thrown could be either a tear gas cannister or

23   a smoke grenade, yes?

24      A.   Correct.

25            (VIDEO PLAYS)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

102

1    BY MS. RUTAHINDURWA:

2        Q.    Did you see the protester with his hands up?

3        A.    Yes.

4        Q.    Okay.  And you shot a pepper-ball at his face;

5    correct?

6        A.    No.

7        Q.    And this is your pepper-ball gun; right,

8    that's depicted --

9        A.    On my camera, you're saying?

10       Q.    Yeah.  On your body-worn camera, there is an

11   image of the head of the pepper-ball gun; correct?

12       A.    Correct.

13       Q.    Okay.  That's your pepper-ball gun?

14       A.    Correct.

15       Q.    Okay.  And you see the two protesters standing

16   at the intersection with their hands up?

17       A.    Yes.

18       Q.    Or standing at that corner, yes?

19       A.    Yes.

20       Q.    Okay.  And you were firing your pepper-ball

21   gun; correct?

22       A.    No.

23       Q.    You were not firing your pepper-ball gun?

24       A.    That's correct.

25       Q.    Oh, what were you doing then?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    It appears I am scanning the crowd with my gun

 2   up --

 3        Q.    Okay.

 4        A.    -- my pepper-ball gun, I should say, not my

 5   gun.

 6        Q.    Let's watch one more time just to confirm.

 7              (VIDEO PLAYS)

 8   BY MS. RUTAHINDURWA:

 9        Q.    Okay.  So we're going to start at -- apologies

10   for watching that, but this player isn't giving me the

11   right time, so starting at 16:03, and we're going to

12   play until after the two people with their hands up on

13   the corner are shot by pepper-balls.  Okay?

14              (VIDEO PLAYS)

15   BY MS. RUTAHINDURWA:

16        Q.    That entire clip that I just showed, is it

17   your testimony that you never fired your pepper-ball

18   gun?

19        A.    No.

20        Q.    So you did fire your pepper-ball gun?

21        A.    Yes.

22        Q.    Okay.  And you fired your pepper-ball gun at

23   the protester standing at the corner; correct?

24        A.    No.

25        Q.    Okay.  Where did you fire your pepper-ball
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

104

1  gun?

2      A.   When you started the video, I believe I heard

3  and observed me fire my pepper-ball four times, but it

4  was down toward -- going southbound into the park, sort

5  of, like, the 1400 block of Lincoln.

6      Q.   Right before we paused the video, you did not

7  fire your pepper-ball gun at the protester who was

8  screaming, "I'm a goddamn U.S. Marine"?

9      A.   I'm sorry.  I think you are -- you cut out a

10  little bit there.  If you could repeat that one more

11  time.

12      Q.   Yeah.  In the clip of the video, you did not

13  fire your pepper-ball gun at the protester standing on

14  the corner with his hands up saying, "I'm a goddamn U.S.

15  Marine," that's your testimony?

16      A.   That's correct.

17      Q.   And did you see little white puffs come out of

18  your pepper-ball gun in the video when it was deployed?

19      A.   I would have to have you replay it for me

20  again.  Like I said, I can hear the click and see the

21  specific jolting of my gun when it is being fired.

22      Q.   Okay.  Let's play it one more time.  Starting

23  at 16:20.

24                  (VIDEO PLAYS)

25  BY MS. RUTAHINDURWA:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

105

1    Q.   You heard clicking sounds; correct?

2    A.   No.

3    Q.   You didn't hear clicking sound?

4    A.   Not from my gun.  Like I said, if you go back

5    to the part where I am firing, you can hear the specific

6    click that it makes when I'm firing.

7    Q.   Did you see that protester get shot in the

8    face?

9    A.   I observed white puffs of what I believe would

10   be a pepper-ball striking that protester, yes.

11   Q.   And the white puff, which you believe to be

12   pepper-balls, was in his face area; correct?

13   A.   It was -- yes.  I would say upper torso.

14   Q.   And did you see who shot that protester in the

15   face?

16   A.   No, I did not.

17   Q.   Do you know how many people from your unit had

18   a pepper-ball gun with them?

19   A.   I don't know.

20   Q.   And there's no record of who utilized what

21   weapon on May 30 that you are aware of; correct?

22   A.   Well, I mean, in our officer statements, we

23   would describe what we -- what we utilized that day, but

24   other than that, I don't know.

25   Q.   Do you recall Officer Sampson being next to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   you at that intersection on May 30?

2       A.   I don't.

3       Q.   Do you know who Officer Sampson is?

4       A.   Yes.

5       Q.   And he would have been deployed to the same

6   location as you as a member of your unit; correct?

7            MS. BIRKHOLZ:  Objection.  Foundation.

8       A.   Again, I don't know.

9       Q.   There's only one gang unit?

10      A.   Correct.  However, we were split onto two

11  separate RDVs during the protest.  There was, sort of,

12  an east side and a west side, so sometimes we were at

13  completely different areas. I don't know when that would

14  have been.

15           MS. RUTAHINDURWA:  Can we take a five-minute

16      break?

17           THE WITNESS:  Absolutely.

18           THE VIDEOGRAPHER:  We are off the record at

19      11:27.

20              (OFF THE RECORD)

21           THE VIDEOGRAPHER:  We are back on the record at

22      11:37.

23           MS. RUTAHINDURWA:  Okay.  Before I start with

24      my line of questioning, I'm just going to state for

25      the record that we've heard on more than one

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

107

1    occasion Mr. Davis say something to the witness, and

2    I'm stating it for the record and asking that it not

3    be repeated.

4         Officer Cunningham, I'm asking you under oath,

5    did Mr. Davis say anything to you during the

6    examination?

7         THE WITNESS:  Yes.

8         MS. RUTAHINDURWA:  What did he say -- sorry --

9    strike that.

10        Mr. Davis, you know that you're not allowed to

11   coach a witness during an examination; correct?

12        MR. DAVIS:  Well, that's true, Counsel.  A

13   couple of time I think I made utterances that really

14   weren't intended to be communicative, just sort of a

15   exacerbation at a question, but I will restrain

16   myself and make no further comments.

17        MS. RUTAHINDURWA:  Okay.  Thank you.  Yes.

18   This is your deposition, Ms. Cunningham, so please

19   answer the questions that I ask of you.  Okay?

20        THE WITNESS:  Yes.

21   BY MS. RUTAHINDURWA:

22        Q.   So prior to our break, we were discussing the

23   incident around 7:08 p.m., and we were -- you saw a

24   video where a protester with his hands up was shot in

25   the upper chest area, as you described it, or face with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

108

```
 1   pepper-balls; correct?

 2            MS. BIRKHOLZ:  Objection.  Form.

 3            You can answer.

 4      A.   Again, yes, I did observe pepper-balls

 5   striking the protester in the chest and exploding.

 6      Q.   Would you agree that shooting a protester in

 7   the face with pepper-balls is prohibited?

 8      A.   Yes.

 9      Q.   And would you agree that shooting a protester

10   with his hands up, was doing nothing else but standing

11   with his hands up, that pepper-balls would be

12   prohibited, as well?

13            MS. BIRKHOLZ:  Objection.  Foundation.

14            You can answer.

15      A.   Not necessarily, no.

16      Q.   In what circumstances would you shoot a

17   non-threatening protester with pepper-ball?

18      A.   You -- I'm sorry.  Your volume cut out kind

19   out again there.  One more time.

20      Q.   In what instances would you be allowed to

21   shoot with pepper-balls at a person's body, a protester

22   who is standing with his hands up and doing nothing

23   else?

24            MS. BIRKHOLZ:  Objection.  Form.  Foundation.

25            Go ahead.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 110 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
109

 1      A.   You can use pepper-ball, like I said,

 2  defensive resistances used to disperse individuals or

 3  crowds.

 4      Q.   And a protester standing with his hands up

 5  would constitute defensive resistance?

 6      A.   If he's refusing to leave the area, yes.

 7      Q.   And how would he know to leave the area if no

 8  warnings or commands were given prior to pepper-balling

 9  him?

10           MS. BIRKHOLZ:  Objection.  Form.  Foundation.

11           You can answer.

12      A.   I don't know if commands were or were not

13  given to that individual.

14      Q.   Okay.  And if no commands were given prior to

15  using pepper-ball on an individual who was standing with

16  his hands up and doing nothing else, would that use of

17  pepper-ball be prohibited?

18           MS. BIRKHOLZ:  Objection.  Foundation.

19      A.   Again, since I was not the individual to

20  pepper-ball him, I can't speak for the actions of

21  another officer and why they determined that was

22  justified for them specifically.

23      Q.   But it's your testimony that you can use

24  pepper-balls to disperse a crowd, you can shoot

25  pepper-balls directly at people to disperse the crowd?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1             MS. BIRKHOLZ:  Objection.  Form.  Foundation.

2        You can answer.

3    A.    Correct.

4    Q.    Your camera shuts off at 7:09, and you don't

5    turn it on again until 7:17.  Do you know why that is?

6    A.    I don't.

7    Q.    You don't remember being specifically ordered

8    to turn off the camera at that time?

9    A.    I don't.

10   Q.    I'm going to be showing you more video.  Give

11   me one second.  Do you see the video that I shared

12   labeled COABLM294?

13   A.    Yes.

14   Q.    Okay.

15   A.    Sorry.  It took me a minute to find that up

16   there, yes.

17   Q.    Okay.  Is there anything else that you see

18   apart from the video?

19   A.    I can still see the screen of us on the bottom

20   of the -- our computer screen.

21   Q.    It's now at the bottom?

22   A.    Yes.  Now, at the bottom.  We moved it so we

23   could see the guy on the right --

24        MR. DAVIS:  I moved it around the other way.  I

25    could shut it down, but that way she can see you, as

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      well.
 2           MS. RUTAHINDURWA:  That's okay.  I wanted to
 3      make sure that she could see the entire screen as
 4      seen.
 5  BY MS. RUTAHINDURWA:
 6      Q.   So this is captain -- Aurora Police Officer,
 7  Captain Redfearn's body-worn camera on May 30 at the
 8  intersection of Lincoln and Colfax.  I'm going to move
 9  it to the 4:00 mark.
10           (VIDEO PLAYS)
11  BY MS. RUTAHINDURWA:
12      Q.   All right.  One second.  There you go.  It
13  does not want to stop at the 4:00 mark.
14           (VIDEO PLAYS)
15  BY MS. RUTAHINDURWA:
16      Q.   Okay.  So I'm stopping at the 4:00 mark.  You
17  see to the right-hand side a -- do you recognize this to
18  be you in this video?
19      A.   I don't know.
20      Q.   Are you --
21      A.   I can't say from that -- from that view.
22      Q.   Did you have a low ponytail on May 30?
23      A.   A low bun, yes.
24      Q.   A low bun.  Okay.  Before I do that -- let me
25  -- I want to identify where you are in this line first,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

112

```
 1    so I'm going to pull up another video that hopefully

 2    you'll be able to see yourself better.  Okay.  And you

 3    can see the video, yes?

 4         A.   Yes.

 5         Q.   This is identified as Denver 5022.  It's

 6    Officer Espanoza's body-worn camera.  We're going to go

 7    the 3:07 mark, three minutes, seven second mark.  Do you

 8    see there's an officer standing -- there's, kind of, a

 9    gun in front of the view, but there's an officer on the

10    right hand that's standing?

11         A.   Yes.

12         Q.   Do you recognize that to be you?

13         A.   Again, I could not say for sure.  I can't see

14    enough to give you 100 percent certainty.

15         Q.   I'm going to press play for a little bit.  I

16    can keep coming to view again, and I'm going to back up

17    so that you can see, so I'm starting at three minutes

18    and three seconds, and we're going to play for a little

19    bit, and let me know if at any point you recognize

20    yourself?

21                   (VIDEO PLAYS)

22    BY MS. RUTAHINDURWA:

23         Q.   You don't recognize yourself yet?

24         A.   I couldn't constituent there and tell you who

25    that was with 100 percent certainty based on just this
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 114 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
113

```
 1   view.

 2        Q.   But you were wearing a low bun; correct?

 3        A.   Correct.

 4        Q.   Okay.  And the 3:12 mark, there's an officer

 5   slightly behind and to the right of another officer with

 6   a low bun; correct?

 7        A.   Correct.

 8        Q.   Going back to 294.

 9             MR. DAVIS:  Can you see that clearly, or should

10      I adjust the angle?

11             THE WITNESS:  No, you are fine.

12             MS. RUTAHINDURWA:  Okay.  Give me one second.

13   BY MS. RUTAHINDURWA:

14        Q.   Do you know if there were any other female

15   officers at that intersection?

16        A.   I don't remember.  I don't know.

17        Q.   Are there other female officers part of the

18   SORT team?

19             MS. BIRKHOLZ:  Objection.

20        A.   At the time -- oh, sorry.  At the time, yes,

21   we had a temp officer with us who was female.

22        Q.   And there was a temp officer on May 30?

23        A.   Yes.

24        Q.   And what's that officers name?

25        A.   Stephanie Shermanack.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

114

1      Q.    Did Officer Shermanack carry a pepper-ball

2  gun?

3      A.    I don't know.

4      Q.    Did you know if she carried any form of less

5  lethal?

6      A.    I don't know.

7      Q.    Do you remember seeing her at that

8  intersection on May 30?

9      A.    Again, I don't know.  I don't remember

10  specifically who I was with at that intersection.

11      Q.    So it could be that she was with the other

12  team deployed to whatever area they were deployed at?

13          MS. BIRKHOLZ:  Objection.  Foundation.

14      A.    I -- still, I don't know.

15      Q.    What color hair does this officer have?

16      A.    Brown.

17      Q.    Do you know how she wears her hair in her

18  uniform?

19          MS. BIRKHOLZ:  Objection.

20      A.    We have to -- sorry.  We have to wear a low

21  bun, otherwise it won't fit under our ballistic helmet.

22      Q.    And how tall are you?

23      A.    I am 5'6".

24      Q.    Do you know how tall Officer Shermanack is?

25      A.    I don't.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

115

1      Q.   Is she taller than you?

2      A.   No.  I would say we're around the same.

3      Q.   Would you say that you have the same body

4  build?

5      A.   Yes.

6      Q.   Okay.  Thanks.  So back to the video.

7  COABLM294 at the 4:00 mark.  Do you recognize what's

8  being depicted in the video?

9      A.   What do you mean?  Do I recognize --

10     Q.   Do you recognize the skirmish line at the

11 intersection of Lincoln and Colfax on May 30; correct?

12     A.   Correct.

13          MR. DAVIS:  Excuse me.

14     Q.   I'm going to ask about certain officers that

15 are being shown here.  So to the far right, kind of

16 directly underneath the stop sign, there's an officer

17 with a red sticker on her vest. Do you recognize who

18 this officer is?

19     A.   I don't.  From this camera view, I do not.

20     Q.   And directly to the left of this officer is

21 someone carrying a pepper-ball gun; correct?

22          MS. BIRKHOLZ:  Objection.  Foundation.

23          You can answer.

24     A.   Again, this camera sucks.  I believe so.

25     Q.   Okay.  Do you know if that officer directly

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

116

1  next to the female officer is Officer Sampson?

2       A.   I don't know.

3       Q.   The person in the green fatigues in this video

4  is a metro swat officer; correct?

5            MS. BIRKHOLZ:  Objection.  Foundation.

6            You can answer.

7       A.   Again, I don't know.

8       Q.   Do you know if metro swat was that at

9  intersection with you?

10      A.   Yes.  Metro swat was at that intersection with

11 us.

12      Q.   Okay.  And the person directly to the right of

13 this metro swat officer with the red sticker on the

14 helmet is a SORT officer; correct?

15           MS. BIRKHOLZ:  Objection.  Foundation.

16      A.   Correct.

17      Q.   All right.  Do you know who this officer is?

18      A.   I don't.

19      Q.   Do you know how many SORT officers were issued

20 a pepper-ball gun?

21      A.   I don't.

22      Q.   Do you know how many pepper-ball guns were

23 available on May 30 for the SORT team?

24      A.   I don't know.

25      Q.   When you grabbed your pepper-ball gun, where

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 118 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
117

 1    did you grab it from?

 2        A.    We have an armory in our unit that we keep our

 3    rifles and our less lethal weapon systems secured in the

 4    building.

 5        Q.    Does anyone other than SORT have access to

 6    that armory?

 7        A.    No.

 8        Q.    Okay.  And who's in charge of maintaining that

 9    armory?

10        A.    I don't know.

11        Q.    Is there someone who goes in and makes sure

12    that they -- that all of the weapons and items are

13    brought back to the place after each shift?

14        A.    Again, I don't really know.

15        Q.    How big is the armory?

16        A.    Size-wise?

17        Q.    Yes.

18        A.    Oh, Lord.  Pretty small.  I would say like

19    8-by-8 room.  It's a pretty small little -- little area.

20        Q.    And are the pepper-ball guns hung up on a wall

21    or on a table?

22        A.    They're -- they're just, sort of, set in a

23    specific area, sort of, on the buttstock, would be on

24    the ground, and the barrel side would just be rested up

25    against a wall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  And the pepper-ball guns would be next

2   to each other?

3    A.   Yes.

4    Q.   Okay.  But you don't recall how many

5   pepper-ball guns there were on May 30 for you to choose

6   from?

7    A.   I don't.

8    Q.   Can you give me an estimate?

9    A.   I would say approximately eight.

10   Q.   Do you know who your sergeants were at this

11  intersection on May 30?

12   A.   I don't remember.

13   Q.   The gang unit sergeants are Scott Hughes,

14  Vince Lombardi, Ed Arnold, and Anthony Tak; correct?

15   A.   At that time, yes.

16   Q.   And on May 30, do you remember interacting

17  with any of those sergeants?

18   A.   Again, I don't remember specifically which

19  days or times I interacted with -- with each sergeant.

20  I don't know.

21   Q.   Are there certain sergeants that you interact

22  with more often than others?

23   A.   Like currently?

24   Q.   No.  During the protests, do you remember

25  interacting with certain sergeants more than others?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

119

1      A.   No, not any specifically.

2      Q.   Do you remember if all four sergeants would

3  have been deployed to that intersection of Lincoln and

4  Colfax on May 30?

5      A.   Again, I don't know.

6      Q.   In this photo, all the way to the left -- to

7  the left of the metro swat officer, there is a -- an

8  officer in black with red sticker behind his helmet and

9  his vest; correct?

10          MS. BIRKHOLZ:   Objection.   Foundation.

11     A.   Correct.

12     Q.   Which would indicate this is a gang unit or

13  SORT team officer?

14          MS. BIRKHOLZ:   Objection.   Foundation.

15          You can answer.

16     A.   Correct.

17     Q.   Okay.  And he's carrying a medic pack on him;

18  correct?

19     A.   I can't -- I can't see that.  I'm sorry.

20     Q.   I'll try and find a -- is this a clearer

21  picture of an officer with the red sticker carrying a

22  medic pack?

23     A.   Yes.

24     Q.   This is the -- this is at -- at the four

25  minute mark, 190926.  So do you know if there was a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

120

1    specific officer assigned to carry a medic pack?

2        A.    I don't know.

3        Q.    Do officers who carry medic packs have

4    different assignments than other officers?

5        A.    I'm not sure how you mean.

6        Q.    Not all officers from your unit were carrying

7    medic packs; correct?

8        A.    Correct.  I did not have a medic pack.

9        Q.    Okay.  And what is the purpose of carrying a

10   medic pack?

11       A.    To provide medical assistance.

12       Q.    And that's -- do they have training to do so,

13   or can any SORT officer provide medical assistance?

14       A.    I mean, to the best of our ability, we could

15   provide medical assistance.  I was just too poor to buy

16   a medic pack to put on my uniform.  Those are expensive,

17   so that was not in my budget at the time.

18       Q.    Okay.  So medic packs are not specifically

19   assigned to officers; officers have the discretion of

20   whether or not to carry one?

21       A.    Correct.

22       Q.    And do you recall who from the SORT team chose

23   to carry a medic pack with them?

24       A.    I don't.

25       Q.    I'm going to play starting from the four

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

121

```
1    second mark ending at 4:09.
2              (VIDEO PLAYS)
3    BY MS. RUTAHINDURWA:
4        Q.   Do you see this officer directly in the
5    center?  He has green on his helmet and red, and then
6    there's a big G on the helmet, as well?
7        A.   Yes.
8        Q.   And he has a red sticker on his vest, as well?
9        A.   Yes.
10       Q.   Okay.  Do you know who this officer is?
11       A.   I don't.
12             (VIDEO PLAYS)
13   BY MS. RUTAHINDURWA:
14       Q.   Sorry.  Give me one second.  On your -- I've
15   stopped at the 4:14 mark.  Do you see on his right
16   sleeve it has three chevrons?
17       A.   See, I can't make out if that's three or two.
18   It's kind of hard to tell for me.  I don't feel
19   confident saying that's three or two.  I see chevrons.
20   I just don't -- I can't tell you how many are on there.
21       Q.   Okay.  And the three chevrons would indicate a
22   sergeant; correct?
23       A.   Yes.
24       Q.   And two chevrons would indicate a corporal?
25       A.   Yes.  Yep.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

122

1        Q.    And then in this image from -- strike that.

2              I'm going to show you --

3              MS. RUTAHINDURWA:  Actually, can we take like a

4        two-minute break.

5              THE WITNESS:  Sure.  I'm going to run to the

6        bathroom real quick.

7              THE VIDEOGRAPHER:  We're off the record at

8        12:01.

9                      (OFF THE RECORD)

10             THE VIDEOGRAPHER:  We are back on the record at

11       12:06.

12   BY MS. RUTAHINDURWA:

13       Q.    Okay.  I'm going to show you one more video.

14                  (VIDEO PLAYS)

15   BY MS. RUTAHINDURWA:

16       Q.    COABLM297, Captain Redfearn's body-worn camera

17   on the intersection of Lincoln and Colfax, and I'm going

18   to going to the 2:45 mark, and I'm going to play the

19   video, and you are going to listen to officers asking

20   about throwing a triple chaser.  Okay?

21       A.    Okay.

22       Q.    So just pay attention to what's being said

23   and...

24              (VIDEO PLAYS)

25   BY MS. RUTAHINDURWA:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

123

```
 1        Q.   Okay.  So you hear Captain Redfearn asking if
 2   it's okay to throw some triple chasers; correct?
 3        A.   Yes.  Yes.  Correct.
 4        Q.   He went over to two DPD officers, and one of
 5   them is a gang unit officer, as you can see, from where
 6   I stopped the video at three minutes and five seconds,
 7   there's gang unit on top of the -- on the upper-left-
 8   hand corner?
 9             MS. BIRKHOLZ:  Objection.  Foundation.
10        A.   Yes.
11        Q.   Do you know who that officer would be?
12        A.   I don't.
13        Q.   Okay.  Do you know -- do you remember whether
14   any sergeants were at that intersection with you on May
15   30?
16        A.   So, again, like I stated before, I can't
17   remember.  I don't know.  I'm sorry.
18        Q.   No problem.  But this would have been -- this
19   is a gang unit officer; correct?
20             MS. BIRKHOLZ:  Objection.  Foundation.
21        A.   Correct.  Correct.
22        Q.   And you -- your body-worn camera was turned
23   off between 7:50 p.m. and 7:59 p.m.  Do you know why?
24        A.   I don't remember.
25        Q.   And curfew was at 8:00 p.m. that day; correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

124

```
 1      A.    I believe so, yes.

 2      Q.    Do you remember what your assignment was after

 3  curfew?

 4      A.    You're referring to May 30 still?

 5      Q.    Correct.  On May 30 at the intersection of

 6  Lincoln and Colfax when it hit 8:00 p.m., when 8:00 p.m.

 7  started, what was your -- what were you directed to do?

 8      A.    We were directed to move the protesters out of

 9  the park.

10      Q.    And who gave you that direction?

11      A.    I don't remember.

12      Q.    A direction to move protesters out of the park

13  would have been given by a supervisor; correct?

14      A.    Again, I don't know.

15      Q.    I'm showing you your body-worn camera at the

16  4:10 mark, and this is Denver5019, for the record.

17            (VIDEO PLAYS)

18  BY MS. RUTAHINDURWA:

19      Q.    Okay.  And an officer tells you, "You're going

20  to walk over and tear it down"; correct?  Something

21  along those lines?

22      A.    Along those lines, yes.

23      Q.    Do you know who it was that you were talking

24  to?

25      A.    I do not.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Do you recognize the voice?

2      A.    I don't.  I don't recall.  I'm sorry.

3      Q.    And in that video in that short clip, you

4   repeated that information; correct?

5      A.    Correct.

6      Q.    And would that have been you passing it down

7   the line so that other officers know what the plan is?

8      A.    I don't remember specifically why, but I would

9   assume.

10     Q.    Who decides when the skirmish line is going to

11  move forward and backwards?

12     A.    I don't know.

13     Q.    You worked on May 31, as well; correct?

14     A.    Correct.

15     Q.    Do you know what time your shift started?

16     A.    I don't know the specific time, no.

17     Q.    Do you remember how you learned that you were

18  going to work on May 31?

19     A.    I believe it was the same as it had been

20  previously where we were released -- well, it would have

21  been that morning when we were released early that

22  morning, we were instructed as to what time to return

23  back to work.

24     Q.    Can you give me an estimate of when your shift

25  started?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A.   I would estimate about the same, around 9:00

2  a.m. or so.

3       Q.   At some point, you were given your assignments

4  for the day; correct?

5       A.   No.

6       Q.   No.  It was the same thing that you kind of

7  testified to earlier where it was more of a natural

8  occurrence of what you learned what to do -- sorry --

9  strike that.

10          You weren't given any specific assignments

11  when you showed up to work; correct?

12       A.   That's correct.

13       Q.   But when you were out in the streets, you --

14  what was your understanding of what you were supposed to

15  do on May 31?

16       A.   So we at SORT, have, sort of, a unique

17  opportunity to train a lot more than, you know, district

18  officers would have, being that we're not tied to radio

19  or being dispatched to calls, I would say us and metro

20  swat are the most tactically trained units in the city,

21  so whereas, you know, other officers maybe had had an

22  assignment where they were stationed at a certain place,

23  our job was to sort of respond to the officers that did

24  need help and that were being overtaken and being

25  attacked and, sort of, assist them with regaining

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
127

1  control.

2     Q.   Okay.  And how did you know which officers

3  needed assistance?

4     A.   Again, we were -- we would, kind of, frogger

5  or move to from place to place, depending on who needed

6  assistance.  I know I touched on it earlier, but you

7  would hear officers screaming in the radio pretty much

8  the entire shift that they needed help at different

9  locations, and we would, you know, respond to those

10 locations as -- as needed.  I don't know who made the

11 decision as to where we were going to go and when we

12 were going to go there, but that was, sort of, our duty.

13    Q.   Someone from the SORT team told the command

14 post where you were going during the protests; correct?

15          MS. BIRKHOLZ:  Objection.  Foundation.

16          You can answer.

17    A.   Again, I don't know.

18    Q.   Okay.  Would it be typical for the SORT team

19 to go to a location without other officers knowing where

20 they are?

21    A.   So again, I -- that's all so far above my pay

22 grade that I don't know.

23    Q.   But to your knowledge and sense of how police

24 coordination works, if an officer needs assistance, and

25 you -- your team is deployed to assist that officer,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

128

1   someone needs to let that officer know that the team is

2   coming; correct?

3          MS. BIRKHOLZ:  Objection.  Form.  Foundation.

4          You can answer.

5   A.   I would say, again, in any normal

6   circumstance, yes, it would be made very clear that we

7   were going to help somebody, but this was such an

8   interesting situation that I had never seen or dealt

9   with before, I don't know -- I never personally got on

10  my radio and said, "Hey, we're coming to help you," or

11  anything like that, so I -- I don't know.

12  Q.   And how did you know that you were going to a

13  specific location to help them -- to help someone?

14  A.   Again, that was, sort of, word of mouth.  If

15  we were told, like, "Hey, load up.  Get on," you know,

16  we would get on the RDVs and go from there, and there

17  were -- there were times we didn't necessarily know

18  where we were going, just that we were -- we had to go

19  to a different location as we were instructed, but I

20  don't know who made those orders.

21  Q.   And the decision to load up and go somewhere

22  would have been by a supervisor on your team; correct?

23  A.   I would assume.  I don't know that for a fact,

24  though.

25  Q.   Are you allowed to tell your fellow officers,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

129

1    "Hey, we're going to load up and go on a certain

2    location"?

3         A.   Yes.

4         Q.   Okay.  So anyone has the authority to

5    determine when and where to go somewhere in your -- in

6    your team; that's what you're testifying to today?

7              MS. BIRKHOLZ:  Objection.

8         A.   That's not -- that's now how I meant that.  I

9    thought you meant, like, just to let other people know,

10   because there were times, you know, I would smack

11   someone and say, "Hey, we're leaving.  Get with it.

12   Come with us," so we're not obviously leaving our team

13   behind, but, no, we were never the ones specifically to

14   say, "We're going to go to this specific spot."

15        Q.   Okay.  And that decision would have been made

16   by a supervisor; correct?

17        A.   Yes.

18        Q.   And were you issued a less lethal on May 31?

19        A.   Again, I wasn't issued anything.  I took

20   possession of a pepper-ball gun again.

21        Q.   And during all of the days of the protests,

22   you were never specifically issued a less lethal?

23        A.   Correct.

24        Q.   You just chose the pepper-ball on your own

25   accord; correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

130

1      A.   Correct.

2      Q.   In one of your officer statements, you stated

3   that, "At the intersection of Colfax and Clarkson on May

4   31, people were flashing lights, and it was difficult to

5   see"; correct?

6      A.   Correct.

7      Q.   Can you describe what you mean by that?

8      A.   Yes.  So I remember specifically this -- this

9   incident where we were standing on Colfax facing

10  southbound, a very large crowd had gathered in that

11  intersection at Colfax and Clarkson. They were chanting,

12  you know, "Burn it down," and the District 6 police

13  station is right there.  At this point, it was after

14  nightfall, and the sound had gone down, and there were

15  individuals in the crowd that had large, very high-

16  powered lights, and they would shine them directly in

17  officers' eyes, which was blinding and disorienting, and

18  you couldn't see anything at that point, which made it

19  very difficult for us to, you know, observe the crowd,

20  see what they were doing, see their movements.  There

21  was, at one point during that situation, where I got hit

22  with a -- I believe it was a Patron bottle.  I fell to

23  the ground, and the whole crowd starts cheering, and

24  there was no way for me to see it coming and get out of

25  way, so I remember that very well.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

131

1     Q.   Would you say that it was difficult for to you

2 see a majority of the time at that intersection?

3     A.   No.  I would say it was difficult for me to

4 see when the light was directly pointed at me.

5     Q.   And how often was the light directly pointed

6 at you?

7     A.   Again, that -- that would be hard to say.

8 They would, sort of, move it slowly, you know, up and

9 down the line of us in that fashion.  I can't give you a

10 specific amount of time necessarily.

11    Q.   When the light was flashing on you, you stated

12 that it was disorienting, yes?

13    A.   Yes.

14    Q.   Did you deploy your pepper-ball gun during

15 those times where it was disorienting and you couldn't

16 see very well?

17    A.   Not from the light.

18    Q.   What do you mean, "not from the light"?

19    A.   There were points during the protests where I

20 did deploy pepper at the ground if I could not see a

21 direct target, but that was usually due to smoke, so not

22 during this incident.

23    Q.   When do you deploy pepper-balls into the

24 ground?

25    A.   I remember deploying pepper-balls into the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
132

```
 1   ground during an incident where there was a large cloud

 2   of smoke, and we were getting hit with numerous objects

 3   coming through the smoke that you could not see until

 4   they were hitting you.  One of my partners, you know --

 5   like her -- her helmet got cracked, which that's

 6   supposed to stop bullets, and we're getting stuff

 7   whipped at us with lacrosse sticks, so they're coming in

 8   extremely fast, and at that point, I did direct pepper-

 9   balls towards the ground as we were being attacked.

10        Q.   And why did you deploy pepper-balls towards

11   the ground?

12             THE WITNESS:  Well, I think we're --

13             MS. RUTAHINDURWA:  You might be frozen.  Am I

14        only one that lost Officer Cunningham?

15             MS. BIRKHOLZ:  No.  She's frozen.

16             MR. SEBBA:  Let's go off the record while we

17        get her back up.

18             THE VIDEOGRAPHER:  We are off the record at

19        12:21.

20                (OFF THE RECORD)

21             THE VIDEOGRAPHER:  We are back on the record at

22        12:22.

23   BY MS. RUTAHINDURWA:

24        Q.   Officer Cunningham, you deployed your pepper-

25   balls into the ground because you couldn't target
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

133

1    specific protesters; correct?

2         A.   Correct.

3         Q.   And you were trained that you should only

4    deploy pepper-balls at specific individuals who are --

5    who are in defensive resistance, as you described it;

6    correct?

7         A.   No.

8         Q.   Okay.  What's your training surrounding when

9    you can shoot pepper-balls at a person versus when you

10   shoot pepper-balls into the ground?

11        A.   So you can shoot pepper-balls at a person

12   specifically -- again, if they are displaying defensive

13   resistance, but pepper-ball is authorized and utilized

14   to disperse crowds, and at that point, I wouldn't feel

15   comfortable, personally, shooting them at humans.  You

16   know, I would go towards the ground in that scenario.

17        Q.   Okay.  But it's your understanding that

18   pepper-balls are authorized to disperse crowds in all

19   forms; at the ground and at the person?

20        A.   Correct.

21        Q.   Did you work the protests any days after May

22   31?

23        A.   Yes.

24        Q.   Okay.  Do you recall which days?

25        A.   I don't specifically.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   But you didn't submit officer statements for

2   those days?

3    A.   What was your question?

4    Q.   You didn't submit officer statements for those

5   days that you worked after May 31; correct?

6    A.   I don't remember.  I don't know.

7    Q.   Did you review any officer statements after

8   May 31 in preparation for your deposition today?

9    A.   Yes.

10    Q.   Which officer statements did you review?

11    A.   I would have to see them to know.  I can't

12   remember specifically.  I know I reviewed an officer

13   statement for May 28 and May 29 and May 30 for sure.  I

14   can't recall the exact date of the last one.

15    Q.   How many officer statements did you review?

16    A.   Four total.

17    Q.   Each of your officer statements from May 28

18   through the 31st were written and signed on June 10,

19   2020, at around midnight; correct?

20    A.   I would have -- again, I would have to look at

21   it to be for sure on that.

22    Q.   But they were filled out days following the

23   protests, at least a week after the protests; correct?

24    A.   Correct.

25    Q.   Okay.  Who directed you to fill out those

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
                                                                    135

1   statements?

2       A.   I don't know.

3       Q.   Do you know why you filled out officer

4   statements?

5       A.   As far as -- what do you mean?  Do I know why

6   --

7       Q.   Let me rephrase the question.  Standard policy

8   is to fill out an officer statement immediately

9   following an event or circumstance; correct?

10      A.   Well, that would depend on the event or

11  circumstance.

12      Q.   Yes.  But if you deploy -- if you use force on

13  a citizen, you are usually required to submit an officer

14  statement about the use of force; correct?

15      A.   So we were informed that a blanket use of

16  force was being conducted for each day of the protest.

17      Q.   And who informed you of that?

18      A.   I don't know specifically.

19      Q.   It would have been one of your supervisors?

20      A.   Yes.

21      Q.   And in this instance, being informed that

22  there was a blanket use of force being conducted meant

23  that you didn't personally have to fill out officer

24  statements following each day of the protest?

25           MS. BIRKHOLZ:  Objection.  Foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

136

1        A.    I'm sorry.  Can you -- can you repeat that one

2    more time?

3        Q.    Yeah.  The fact you were informed that a

4    blanket use of force was being conducted during the

5    protests meant to you that you did not have to fill out

6    individual officer statements following each day of the

7    protest; correct?

8              MS. BIRKHOLZ:  Objection.  Foundation.

9              You can answer.

10       A.    We still knew we were going to complete

11   statements when we had the time to do so.  As stated

12   before, this was a very unusual circumstance, and when

13   we were working nearly 18-hour days, afterwards, we were

14   just directed to go home, sleep, come back, and we would

15   complete them when it was safe and plausible to do so.

16       Q.    And so when you wrote your officer statements

17   on June 10, 2020, it was because at that point in time,

18   you had the time and ability to do so; correct?

19       A.    That's correct, yes.

20       Q.    Okay.  And you don't remember who directed you

21   to fill out those officer statements at that date?

22       A.    I don't.

23       Q.    Are you trained on de-escalation techniques?

24       A.    Yes.

25       Q.    Can you describe some of the techniques that



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 138 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
137

1    you learned?

2         A.   Yes.  So we -- you know, we learn about de-

3    escalation while in -- in the academy.  After that, we

4    have attended -- it's a department-wide course called

5    Back to Basics Class, and it's about a week-long, and we

6    go back to there.  We discuss de-escalation techniques

7    there, as well.  We also have a CIT class, which is

8    required for all Denver Police officers, which stands

9    for crisis intervention training, so that's also an

10   awesome, awesome course that they require for us to do,

11   and we talk about all of the different methods of de-

12   escalation, starting with, you know, officer presence

13   and tone and things like that, and moving, you know,

14   moving forward, what your options are or can be, and...

15        Q.   And you would agree that using force on

16   citizens creates a stressful environment; correct?

17        A.   I mean, I don't really know how to -- how to

18   answer that.  I don't -- I don't know -- I've -- I don't

19   know what you are getting at there, I guess.  From the

20   position of a citizen?

21        Q.   Using -- my question is pretty simple.  It's:

22   Would you agree that using force creates a stressful

23   environment?

24        A.   I mean, I think that, again, it depends on the

25   totality of the circumstances.  I think using certain

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

138

```
 1   force can de-escalate something that is escalating and
 2   make it less stressful for everybody.
 3        Q.   Can you give me an example of when using force
 4   would de-escalation a situation?
 5        A.   Yeah, absolutely.  There have been times where
 6   I have responded as a street officer even to a call it
 7   could be a suicidal individual with a knife, and as long
 8   as you have enough distance between you and that person,
 9   you might be able to use a 40 millimeter or a pepper-
10   ball to affect that person.  That's a way less, you
11   know, stressful and scary situation for both the officer
12   and that individual to try and go about it that way and
13   use less force than, you know, to have to ultimately to,
14   God forbid, use deadly force against that individual.
15   So, yeah, I think that can be a great de-escalation
16   tool.  If you can use it effectively, then more power to
17   you.  We're always trying to -- less is more if we can,
18   so...
19        Q.   You stated that police officer presence is one
20   of the de-escalation methods that you're taught?
21        A.   Well, that can be an escalation or de-
22   escalation. Again, totality of the circumstances, it
23   just sort of -- sort of depends on -- I'm also aware
24   that us showing up can be very stressful for
25   individuals.  We don't tend to show up to people's best
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  days of their lives, so...

2      Q.   Do you think that police officer presence

3  during the protest in May and June of 2020 was a de-

4  escalation -- de-escalated the events or escalated the

5  events?

6      A.   Again, that's -- that's hard to say, because I

7  think that we were -- it was necessary for us to be

8  there.  We had cars set on fire, pushed up against

9  buildings.  Paramedics were being attacked.  You know,

10  people's small businesses that had been closed for COVID

11  that were getting, you know, busted in, and it was

12  necessary for us to be there, and I believe us being

13  there de-escalated what could have gone a lot, a lot

14  worse for the City of Denver had we not been there.

15      Q.   Do you believe that police officer presence

16  during the protest escalated the situation for peaceful

17  protesters who were not engaged in any of the behavior

18  you just previously stated to?

19      A.   So is your -- is your question did we escalate

20  it for the peaceful protesters or the non-peaceful?

21      Q.   The peaceful protesters who were there to

22  demonstrate and exercise their First Amendment rights?

23      A.   Sure.  I don't think they were thrilled to see

24  us there.  Again, when the protest is, sort of, directed

25  at officers in general and officer behavior, officer

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

140

1    conduct, were they -- were they thrilled to see us?  No,

2    I don't believe so.

3        Q.    And peaceful protesters were injured by

4    officers' use of the force; correct?

5        A.    Again, I can't answer that.  I don't know.

6        Q.    But -- strike that.

7              Did you receive any feedback about the actions

8    that you took during the protests?

9        A.    No.

10       Q.    You didn't have a debriefing with a supervisor

11   about the protests?

12       A.    About me personally?

13       Q.    Let's start with you personally, yeah.

14       A.    No.  I did not receive any debriefing or

15   feedback about the use of force that I used during the

16   protest.

17       Q.    And was there a debriefing with the entire

18   SORT unit on the protests?

19       A.    When are you referring to?

20       Q.    So following May and June of 2020, was there a

21   meeting between the SORT team about the events that

22   occurred during the protests?

23             MS. BIRKHOLZ:  Objection.  Form.

24       A.    Yes.

25       Q.    Okay.  And --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

141

```
 1      A.   Yes.

 2      Q.   -- and at that meeting, were officers' actions

 3  discussed?

 4      A.   No.

 5      Q.   Okay.  What was discussed at that meeting?

 6      A.   You asked if there was a meeting discussing

 7  the use of force during the protests following May and

 8  June, which there was.  There was a temporary

 9  restraining order that was issued, so the meeting was

10  regarding that, not anybody's specific use of force

11  during -- just moving forward, so that is what the

12  meeting was about.

13      Q.   Did any supervisor command level officer

14  express any dissatisfaction with your actions during the

15  protests?

16      A.   No.

17      Q.   What about the gang unit's conduct, as a

18  whole?

19      A.   What about it?  I'm sorry.

20      Q.   Did any supervisor or command level officer

21  express any dissatisfaction with the gang unit's conduct

22  during the protests?

23           MS. BIRKHOLZ:  Objection.

24      A.   No.  No.

25      Q.   Were you ever disciplined for any of your
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

142

1    actions during the protests?

2        A.    No.

3        Q.    Do you know if any officer was disciplined for

4    his or her actions during the protests?

5            MS. BIRKHOLZ:  Objection.

6        A.    I don't know.

7        Q.    Did you -- did you see any officer engaged in

8    behavior that warranted discipline?

9            MS. BIRKHOLZ:  Objection.  Foundation.

10       A.    No.

11       Q.    Is there anything that you wished could have

12   done prior to May 28 to better prepare you for crowd

13   management and the -- managing the protests?

14       A.    I wish I could have attend more therapy to get

15   ready to feel what it was going to feel like to be

16   attacked for that many days straight and worry about the

17   safety of myself and my fellow teammates.  There's

18   nothing that can really prepare you to the watch three

19   of your co-workers get intentionally run over, but no.

20       Q.    The protesters in May and June of 2020 were

21   demonstrating against police brutality; correct?

22           MS. BIRKHOLZ:  Objection.  Foundation.

23       A.    Yes.  I believe some of the protesters were --

24   were there to protest against police brutality, based on

25   signs and chants that I heard, yes, I would say so.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

143

1    Q.   And the protesters were demonstrating in

2    support for Black lives?

3          MS. BIRKHOLZ:  Objection.  Foundation.

4          You can answer.

5    A.   I would again say, yes, some of them were.

6    Q.   Do you believe that the content of what the

7    protesters were protesting about changed officer

8    behavior in any way?

9    A.   How do you mean?

10   Q.   Did your behavior change when you were

11   managing protesters who were protesting against police

12   brutality as opposed to other crowd management

13   situations?

14         MS. BIRKHOLZ:  Objection.  Form.

15   A.   I guess, I'm still not fully understanding.

16   Are you saying would I respond differently in different

17   protests, or I guess I don't fully understand the

18   question.

19   Q.   I'll rephrase.  Do you think that the fact

20   that the protesters were protesting against police

21   brutality and protesting against the police impacted the

22   way you prepared and viewed the protests?

23   A.   No.

24   Q.   Okay.  To your knowledge, has the DPD's

25   response to the protest led to any additional trainings?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

144

```
 1      A.   Yes.
 2      Q.   What trainings?
 3      A.   More crowd -- or response to protest
 4  trainings.  There have been more crowd control trainings
 5  for us at the SORT level, and use of force training, as
 6  well.
 7      Q.   And to your knowledge, have there been any
 8  changes in policies or practices as a result of the
 9  protests?
10      A.   Yes.
11      Q.   And what are those policies and practices that
12  have changed?
13      A.   Jeez.  I know, like, the contingency for
14  pepper-ball has changed some, and I know that we have
15  been directed during protests that I believe -- I want
16  to say it's still defensive, but you -- they want active
17  aggression, obviously, if you are going to target an
18  individual, whereas before it was just defensive, sort
19  of, a blanket.  I also know the use of a 40 millimeter
20  during a protest has to be a direct order from, I
21  believe, a lieutenant or above, and that it cannot just
22  be issued or deployed as it was before.
23      Q.   Anything else?
24      A.   Not that I know of currently, no.
25           MS. RUTAHINDURWA:  Okay.  I have no further
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    questions for you.  Thank you.

2        THE WITNESS:  Yep.  Thank you.

3        MR. SEBBA:  Hi.  This is Mike Sebba with the

4    BLM 5280 plaintiffs.  I have a few questions for you

5    now, if that's okay with everyone?

6        THE WITNESS:  Good with me.

7        MR. SEBBA:  First, thanks for the being here,

8    and actually, before we get started, John, I was

9    hoping that in view of the issues we were having

10   earlier, if you could tilt the camera so we could

11   see you as well as the witness.

12       MR. DAVIS:  Let me see if I can do that.  We're

13   actually using a small conference room, and --

14       THE WITNESS:  You want me to.

15       MR. DAVIS:  -- let me -- let me see if I can do

16   that now.

17       MR. SEBBA:  While you are doing that, Lindsey

18   or Leah, do you know how much time we have left on

19   the record, how much time we've been on the record?

20       COURT REPORTER:  All right.  This is Lindsey.

21   If you'll give me a second, I forgot to start my

22   timer on the last break, so I could add it up real

23   quick.  It would take about 30 seconds, though.

24       THE VIDEOGRAPHER:  We've had 27 minutes of

25   breaks so far.  The last minute -- the last.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

146

```
 1              EXAMINATION
 2   BY MR. SEBBA:
 3        Q.    All right.  Officer Cunningham, thanks for
 4   being here today.  As an introductory question:  Which
 5   days were you at the at George Floyd protests?
 6        A.    Again, I would have to look back at my
 7   schedule to give you the specific dates.  I can't recall
 8   off the top of my head when I got my first day off.
 9        Q.    But you were at least May 28 through 31st;
10   correct?
11        A.    Correct.
12        Q.    Do you know who the incident commander was on
13   those days?
14        A.    I don't.
15        Q.    Do you know who the operations chief was on
16   those days?
17        A.    I don't.
18        Q.    Do you know who the division supervisor was --
19   or excuse me -- who your division supervisor was on
20   those days?
21        A.    I do not.
22        Q.    And do you know who your unit supervisor was
23   on those days?
24        A.    I don't.
25        Q.    Did you know at the time?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

147

```
 1      A.   As far as -- what do you mean?
 2      Q.   So each of those four roles; we can go through
 3 them one at a time.
 4      A.   Right.
 5      Q.   Did you know who the incident commander was at
 6 the time of the protests, and you've since forgotten, is
 7 what I'm asking?
 8      A.   No.  Okay.  No.  I did not know throughout the
 9 entirety.  I was never made privy to that information.
10      Q.   Okay.  And you were never made privy to who
11 the operations chief was?
12      A.   Correct.
13      Q.   And you were never made privy to who your
14 division supervisor was?
15      A.   Correct.
16      Q.   And you were never made privy to who your unit
17 supervisor was?
18      A.   Yeah.  I don't know what you mean by "unit
19 supervisor."  We had sergeants, corporals, lieutenants
20 on -- you know, scene with us, but I don't know if there
21 was one specific unit supervisor.  I have no idea.
22      Q.   Okay.  And I just want to -- I'm going to show
23 you some video in a little bit, but before that, I just
24 want to follow-up on a few of your answers earlier
25 today.  You mentioned that you, at one point, there was
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

148

1  a glass bottle that shattered and cut your legs up; is

2  that correct?

3       A.    That's correct.

4       Q.    Did you file a workers' comp claim in relation

5  to those injuries?

6       A.    I did not file workers --

7            MS. BIRKHOLZ:  Sorry.  So I will just state she

8       has the ability to decline to answer this, because

9       her injuries are not at issue in this lawsuit, but

10      it is up to you if you want to respond.

11      A.    Okay.  I was just going to say, I did not file

12  an official workers' comp report for that.  I did,

13  however, report all of my injuries as well as photos of

14  those injuries to the department.

15      Q.    Okay.  And do you know what make and model

16  your body-worn camera is?

17      A.    I don't.  I know it's an Axon.  I don't -- I

18  can't tell you, like, a model type or anything like

19  that.

20      Q.    Okay.  And I'm sorry, so going back to those

21  injuries, did you receive any medical treatment for

22  them?

23      A.    No, I did not.

24      Q.    Okay.  All right.  I'm going to start --

25  actually, I'm going to show you a document.  Let me

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

149

```
 1    screen share.  One moment. All right.  Can you see this
 2    PDF that says, "Denver Police Department" at the top of
 3    it?
 4        A.   Yes.  I can.  Sorry.  You guys are on the
 5    bottom -- okay.  Perfect.  Got it.  I can see this whole
 6    thing.
 7        Q.   All right.  And are you seeing anything else
 8    on my screen except for this document?
 9        A.   Just like I said, just the tiny strip of us at
10    the bottom.
11        Q.   Okay.  Great --
12        A.   You are good.  It's fine.
13        Q.   -- and so just for the record, the document
14    Bates stamp DEN005854.  Officer Cunningham, do you
15    recognize this document?
16        A.   Yes.
17        Q.   What is this?
18        A.   My officer statement.
19            MR. DAVIS:  Counsel, hang on a second.  Do you
20        need me to move that closer, so you can read it?
21            THE WITNESS:  No.  I -- yeah.  If you need me
22        to read a specific things, I'll zoom in or
23        something, but you just let me know.
24    BY MR. SEBBA:
25        Q.   Okay.  And this is your officer statement from
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

150

1   May 30, 2020; correct?

2       A.   I'm looking at the date.  Hold on.  Yes.

3   Correct. Perfect.  Thank you.  That was much easier.

4       Q.   Okay.  Great.  And your signature on it is

5   dated -- first -- excuse me -- withdrawn.

6            This is your signature on this document;

7   correct?

8       A.   Correct.

9       Q.   And your signature is dated June 10, 2020;

10  correct?

11      A.   Correct.

12      Q.   And so that means you filled this out on June

13  10,

14  2020?

15      A.   That's correct.

16      Q.   Okay.  So, first, earlier you stated -- you

17  testified that you were not issued a pepper-ball, but,

18  rather, you obtained one; is that accurate?

19      A.   That's accurate.

20      Q.   Okay.  Here your first sentence of the

21  statement is, "On Saturday, May 30, 2020, I, Officer

22  Cunningham, 1605053, Tag 24, assigned to the Denver

23  Police Department Gang Bureau, was issued a pepper-ball

24  less lethal system"; is that correct?

25      A.   That's correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
151

1      Q.   So your officer statement here is inaccurate?

2  Is that -- would you say that your officer statement

3  here, that sentence is inaccurate?

4      A.   I would say I used poor phrasing, yes.

5      Q.   Okay.  I'd like to move down here a little

6  lower.  You describe a number of events in this

7  statement; correct?

8      A.   If you want me to read it, I can.  I...

9      Q.   Well, you know, we can jump ahead.

10     A.   Okay.

11     Q.   There's this paragraph here is what I would

12  like to look at now.  On the one that starts at

13  approximately 2,000 hours.  I'm trying to zoom where

14  it's most convenient for everyone.  On the second page

15  here, there's a -- the first full paragraph starts at

16  approximately 2,000 hours.  Can you see that?

17     A.   I can.

18     Q.   All right.  And actually, you know, what, take

19  a moment to read this, just this paragraph please?

20     A.   Okay.  Okay.

21     Q.   All right.  So here you're describing a

22  situation where you walked to push over a fence and

23  deployed your pepper-ball system; is that accurate?

24     A.   Yes.

25     Q.   Okay.  And you note that the last full

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

152

1    sentence of this paragraph is, "I deployed my pepper-

2    ball system toward the ground where the objects were

3    coming from, since I was unable to make out exact

4    targets through heavy smoke"; correct?

5        A.    Correct.

6        Q.    Is that DPD protocol?

7              MS. BIRKHOLZ:  Objection.  Foundation.

8              You can answer.

9        A.    That was what I felt comfortable doing.

10       Q.    Is it -- okay.  Were you instructed to do

11   that?

12       A.    No.

13       Q.    Okay.  I would like to show a video of what I

14   believe is described in this.  I'll take this screen

15   share down.  All right.  I'm sharing Video Bates number

16   DEN5019. Officer Cunningham, can you see -- it's a still

17   of this video?

18       A.    Yes.

19       Q.    And can you see anything else on my screen

20   except for the panel of participants in the deposition?

21       A.    No.  That's it.  Just the panel of us and the

22   body-worn camera still.

23       Q.    Okay.  Great.  The video is currently starting

24   at five minutes, and the time stamp on it is May 31,

25   2020, 02:04 and 27 seconds.  I'll note for the record

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that that's Greenwich Mean Time, and so it's six hours

2  ahead, and so this is actually at 8:02 -- excuse me --

3  8:04 p.m. and 27 seconds on May 30, and I'm just going

4  to play this for about -- maybe a minute or so.

5      A.   Okay.

6      Q.   Oh, hold on.  It was on mute.  I apologize.

7          (VIDEO PLAYS)

8      MS. BIRKHOLZ:  Just so you know, we don't hear

9   any sound, if you're attempting to play it with

10   sound and have that conveyed.

11      MR. SEBBA:  I appreciate that.  Let me try that

12   again.

13      MS. BIRKHOLZ:  I think you have to click the

14   "play with audio" before you share.

15      MR. SEBBA:  Hold on one moment.  There we go.

16   All right.  You know, we'll go back just 20 seconds,

17   so we can get the sound from here, so I'm restarting

18   the video at five minutes and 14 seconds.  This time

19   the sound should work.  Please let me know if it

20   doesn't.

21          (VIDEO PLAYS)

22  BY MR. SEBBA:

23      Q.   Okay.  Officer Cunningham, was that the --

24  does that video depict the event that's described in the

25  paragraph we just read in your officer statement?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
154

1      A.   Yes and no.  I did not deploy my pepper-ball

2   in that video.  It was raised, and I could hear officers

3   near me shooting theirs, but, again, I do not hear the

4   specific click when I shoot it, and I'm not watching the

5   jerk of my pepper-ball when I am deploying it, so not in

6   that specific clip.

7      Q.   Okay.

8      A.   But that was us pushing forward and moving

9   past the fence as I described in that paragraph, yes.

10      Q.   Okay.  Let's watch another minute of that

11   then.  Hold on one moment.  And I'm sorry -- for the

12   record, I stopped the video at six minutes and nine

13   seconds, and that's when I'm restarting the video, too.

14           (VIDEO PLAYS)

15      Q.   Okay.  So -- and I'm sorry -- for the record,

16   I've paused the video at seven minutes and 40 seconds on

17   the counter, which is 02:07:07 on the time stamp in the

18   video.  So, Officer Cunningham, did you see yourself

19   shoot the pepper-ball anywhere in that portion of the

20   video?

21      A.   No, sir.

22      Q.   So are you sure that you shot your pepper-ball

23   during this event?

24      A.   During the timeframe that you just showed me

25   on my body camera?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

155

1    Q.    Excuse me.  Did -- are you sure that you shot

2    the pepper-ball as described in your officer statement?

3    A.    Again, I'm still not completely understanding.

4    Did I shoot my pepper-ball at the ground at one point

5    during the protest?  Yes.

6    Q.    In your officer statement, you state, that at

7    approximately 2,000 hours, you -- you walked -- pushed

8    over the fence to control the crowd; is that accurate?

9    A.    Yes.

10    Q.    And in your officer statement, you say that as

11    part of that process, you deployed your pepper-ball

12    system; correct?

13    A.    Correct.

14    Q.    Are you confident that's accurate, having

15    watched this video?

16    A.    I am confident that after we pushed the fence,

17    at some point, yes, I did end up deploying my pepper-

18    ball to the ground. I cannot speak as to when

19    specifically, after that event that occurred --

20    Q.    Okay.

21    A.    -- but I do specifically, like I said recall,

22    yes, deploying any pepper-ball.

23    Q.    Understood.  Okay.  We're going to jump ahead

24    in this video to about -- excuse me -- I'm sliding the

25    video up to -- oh, let me share the screen.  All right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

156

1    Can you see the video again?

2        A.    Yes.

3        Q.    Okay.  This is the same video, DEN509.  I've

4    moved it ahead to 9:15 in the video or 02:08:42 on the

5    time stamp, which, again is -- yeah, I believe, six

6    hours ahead, and I'm just going to play this for about

7    20 or 30 seconds.

8                (VIDEO PLAYS)

9    BY MR. SEBBA:

10       Q.    Okay.  I'm pausing the video at 9:44, or

11   02:09:12. Officer Cunningham, did you see -- we just saw

12   the same thing; right?  Did you see an officer shoot a

13   protester with a pepper-ball?

14       A.    I observed a protester be struck with pepper-

15   ball, I believe, yes.

16       Q.    Do you know who fired those shots?

17       A.    I don't.

18       Q.    How -- how would I go about figuring out who

19   fired those shots?

20       A.    That is your job and not mine, sir.  I don't -

21   - I have no idea.

22       Q.    If your supervisor showed you this video and

23   said, "How can we find out who fired these shots," what

24   would you tell him?

25       A.    Again, I don't think I'm -- that's a question

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   that I can't answer.  I'm not the one investigating

2   this.  I'm not exactly sure what you're getting at, I

3   suppose.

4        Q.   So you're saying that if someone who you

5   worked for came to you and asked you to get to the

6   bottom of this, you would have no idea how to find out

7   shot in person -- how -- who shot this person with

8   pepper-ball?

9        A.   I guess I would do what you guys are doing and

10  observing officers' body-worn camera, any video footage

11  of the incident and trying to identity them from there.

12       Q.   Is it fair to say that it was a Denver Police

13  officer who shot that person with pepper-ball?

14            MS. BIRKHOLZ:  Objection.  Foundation.

15            You can answer.

16       A.   No.  I don't believe it's fair to say that.

17  There were multiple agencies present.

18       Q.   On this line, do you remember what agent --

19  what officers from what -- withdrawn.

20            Do you remember which agencies there were

21  officers from on this particular skirmish line?

22       A.   I do not.

23       Q.   Is it fair to say that it was either a Denver

24  Police officer or someone from the agency working with

25  the Denver Police who shot this person with pepper-ball?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

158

1          MS. BIRKHOLZ:  Objection.  Foundation.

2     A.   Again, I'm not fully understanding your

3  question. You're asking if it was Denver Police or

4  another agency, or what -- what's...

5     Q.   **So Denver Police worked with mutual aid**

6  **agencies during these protests; correct?**

7          MS. BIRKHOLZ:  Objection.  Foundation.

8     A.   Other agencies arrived in Denver deployed to

9  assist us, yes.  I don't know specifically which

10 agencies.

11    Q.   **Understood.  But this person was shot by an**

12 **officer from either Denver Police or one of these mutual**

13 **aid agencies; is that correct?**

14         MS. BIRKHOLZ:  Objection.  Form.

15         You can answer.

16    A.   Correct.

17    Q.   **As you understand, the DPD's use of the force**

18 **policy, was -- was firing those shots justified?**

19    A.   Yes.  But it can be used to disperse a crowd

20 or an individual.  At this point in time, it was past

21 curfew, and everybody out in -- present in the park at

22 that time was committing a law violation.

23    Q.   **So you're saying that anyone who is violating**

24 **a law can be shot with pepper-ball?**

25    A.   Again, depending on totality of the



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

159

1    circumstances, and...

2       Q.   And --

3       A.   In this circumstance, sort of, as I touched on

4    before. If you have an individual that is approaching a

5    line of officers, they are being multiple commands that

6    they need to leave the area.  It is past curfew.  These

7    are the hours of curfew, which you can hear on my body-

8    worn camera being announced numerous times, that they're

9    being given a direct order to leave the area, and they

10   are continuing to advance on the line of the officers.

11   Yes, that is entirely justified.

12      Q.   **You heard the officers warning that person; is**

13   **that correct?**

14      A.   I heard numerous commands on my body-worn

15   camera, and some of them included the hours, "The curfew

16   is in effect until 5:00 a.m."  These were announcements

17   that were being given over a loudspeaker at some point

18   somewhere, yes.

19      Q.   **Were they being given in the, let's say, 30**

20   **seconds to a minute that we watched before this**

21   **gentleman was shot?**

22           MS. BIRKHOLZ:  Objection.

23      A.   Yes.

24      Q.   **So -- I'm sorry -- just to clarify.  I counted**

25   **that this person was shot seven or eight times.  What is**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

160

1    the justification for shooting this protester seven or

2    eight times while he was standing peacefully?

3              MS. BIRKHOLZ:  Objection.  Foundation.

4        A.   So, again, I did not count.  I don't know how

5    many times this protester specifically was shot.  I also

6    can't speak as to how many officers shot that

7    individual.  I don't know that it was seven or eight

8    shots coming from one specific officer or if four

9    officers in a line shot twice each.  I have no idea.  So

10   I can't answer that.

11       Q.   So did you -- so what did you see on that

12   video that justified shooting that protester?

13       A.   I saw an individual approaching a line of

14   officers who was being issued commands and being told

15   over and over again that it was past curfew, anybody out

16   in the park was in violation, and that they needed to

17   leave the area immediately. He was disobeying all those

18   commands and continued to advance on our line.

19       Q.   So you're saying this his verbal -- his lack

20   of compliance with verbal commands is what justified the

21   pepper-ball strike?

22             MS. BIRKHOLZ:  Objection.

23             You can answer.

24       A.   And the ability to disperse a crowd or

25   individual with a pepper-ball.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

161

1    Q.   I'm sorry.  Repeat that last part again.

2    A.   I said the ability to disperse a crowd or

3  individual with a pepper-ball, yes.

4    Q.   Okay.  I'm going to share for a moment on this

5  document.  This is a document bearing the Bates stamp

6  DEN000 -- excuse me -- DEN000068, bearing the title,

7  "Denver Police Department Crowd Management Manual,"

8  dated February 13, 2019. Have you seen this document

9  before?

10   A.   No.

11   Q.   So in your training, you never reviewed a

12  crowd management manual?

13   A.   Well, I can't say that.  I can't -- I've never

14  specifically pulled this document up in my own free

15  time.

16   Q.   And you don't know if you've seen it during a

17  training?

18   A.   I don't know.

19   Q.   Okay.  I'm going to turn to page 19 of this

20  manual. Excuse me.  It's page 19 of the PDF, and it

21  bears the Bates stamp DEN000086.  Here we -- there's the

22  page -- has the heading, "Use of Force Options."  Do you

23  see that?

24   A.   I do.

25   Q.   And one of them is pepper-ball system; is that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  correct?

2      A.   Yes.  Can you zoom in just a tiny bit for me

3  if you don't mind?

4      Q.   **Not a problem.**

5      A.   Thank you.  That's way better.

6      Q.   **Okay.  Great.  If you can see about halfway**

7  down the page that I'm highlighting, if you can see my

8  highlight, it says, "Use of pepper-ball system in crowd

9  control situations may be appropriate in the following

10 circumstances," and then there's five bullets; correct?

11     A.   Correct.

12     Q.   **All right.  The first one is to, "Support the**

13 skirmish line."  Was pepper-ball deployed in this

14 instance to the disperse the skirmish line?

15     A.   Yes.

16     Q.   **Can you explain that?**

17     A.   Yes.  You have an individual that is

18 approaching and advancing of a skirmish line of officers

19 who were directed to lawfully have the protesters exit

20 the park, given the emergency curfew.

21     Q.   **Okay.  All right.  I want to -- in that case,**

22 let's go a little further up in this section.  Here it

23 says the -- excuse me -- in the third paragraph, the

24 pepper-ball system section, this reads, "The pepper-ball

25 projectile will not be deployed against a specific

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   individual in a crowd without the approval of the

2   division or unit supervisor."  Do you agree that in this

3   instance, the pepper-ball was deployed against a

4   specific individual?

5       A.   Yes.

6       Q.   Was approval given by a division supervisor?

7       A.   I don't know.

8       Q.   Was approval given by a unit supervisor?

9       A.   I don't know.

10      Q.   And earlier, you testified that you didn't

11  know who your division or unit supervisors were;

12  correct?

13      A.   Correct.

14      Q.   And that information was not given out at the

15  protests; correct?

16      A.   Correct.

17      Q.   Okay.  All right.  I'm going to stop sharing

18  this for a moment.  I want -- I'm going to pull up

19  another video.  Hold on a moment.

20          THE WITNESS:  ( Sneeze.)  Excuse me.

21          MR. DAVIS:  Bless you, if that was a sneeze.

22          THE WITNESS:  More of a cough.

23  BY MR. SEBBA:

24      Q.   All right.  I'm pulling -- I'm going to share

25  my screen again.  Okay.  I'm sharing my screen.  The --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 165 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
164

1   this is your body-worn camera, bears the Bates stamp

2   DEN5018.  Can you see this right now?

3       A.   Yes.

4       Q.   Okay.  I'm showing -- right now, it's the

5   paused at four minutes and four seconds with a time

6   stamp of 5-31-2020, at 01:21:22, which, again, is six

7   hours ahead, so we're talking the evening of May 30.

8   First, on the top right corner, do you see the stamp

9   that says, "Axon Body 2"?

10      A.   Yes.

11      Q.   Does that -- so does that mean that you have

12  an Axon 2 body-worn camera?

13      A.   I don't know.

14      Q.   Okay.  All right.  I'm going to hit play right

15  now for about a minute.

16          (VIDEO PLAYS)

17  BY MR. SEBBA:

18      Q.   And I'm sorry.  Can you hear the audio?

19      A.   Yes.

20      Q.   Okay.

21          (VIDEO PLAYS)

22      Q.   Okay.  I paused the video at five minutes and

23  26 seconds on the counter, which is 1:22 and 43 on the

24  time stamp.  So, Officer Cunningham, we saw you deploy

25  your pepper-ball a few -- excuse me -- withdrawn.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

165

1             This video is at Lincoln and Colfax; correct?

2        A.   I would have to look again.  I don't know off

3   the top of my head.  Sorry.

4        Q.   Okay.  Well, we saw you deploy your -- your

5   pepper-ball a number of times here; correct?

6        A.   Not correct.  I don't know if my video is

7   lagging and yours isn't.  Also, I was having -- I can

8   tell I'm having malfunctions with my pepper-ball in that

9   incident again.  If you don't mind replaying it, I will

10  try and pay more attention to specifically if I am.

11       Q.   Sure.  I can --

12       A.    I was kind of taking in the whole thing, but

13  it was -- it's kind of -- did yours pause or was that

14  just on our end?

15       Q.   It did not pause on my end.

16            MR. SEBBA:  Did anyone else have that issue?

17            THE WITNESS:  Okay.  It sort of stopped for us,

18       but the volume kept going, so if you don't mind

19       playing that for me one more time.

20            MR. SEBBA:  Sure.  Just so I know; Hollie, did

21       you have that problem?

22            MS. BIRKHOLZ:  No, I did not.

23            MR. SEBBA:  Okay.  Thank you.

24            (VIDEO PLAYS)

25  BY MR. SEBBA:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

166

1      Q.   Oh, shoot.  I'm sorry.  I'm sorry about that.

2   The wrong -- I -- I must have loaded the other video by

3   accident.  We'll go back to -- to find the same spot

4   where we were at, so we don't need to watch the whole

5   thing again.  All right.

6             (VIDEO PLAYS)

7   BY MR. SEBBA:

8      Q.   Okay.  So that time, did you see yourself

9   deploy a pepper-ball a number of times?

10     A.   At the end of the video, yes.

11     Q.   And one time earlier in the video; correct?

12     A.   Not correct.

13     Q.   Okay.  All right.  We'll focus for the -- on

14  the incidence at the end for now then, and then we'll go

15  back to the beginning.  So what was the justification

16  deploying pepper-ball here?

17     A.   Again, I can't see from my camera view what I

18  was seeing in real  time in that instance.

19     Q.   Okay.  So did you see anything on the camera

20  that justified deploying pepper-ball?

21     A.   Again, I wouldn't be able to say.  You can see

22  my pepper-ball actual gun takes up a large part of the

23  frame there.

24     Q.   I understand.  But you're not quite answering

25  the question.  Based solely on the video, did you see

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
                                                          167

```
 1   justification for deploying pepper-ball?
 2        A.   Again, that would be impossible for me to
 3   answer, due to the fact that --
 4        Q.   I'm not --
 5        A.   -- the video doesn't effectively depict the
 6   reality of what was occurring.
 7        Q.   But there's nothing on the video you see that
 8   justifies the use of pepper-ball?
 9        A.   Well, I can myself to yelling commands at
10   other officers to, "Get down," and, "Look out," so I
11   would assume, you know, that yes, we were being attacked
12   at that time.
13        Q.   Okay.  And were you using -- were you shooting
14   the pepper-ball at a specific person, or were you using
15   it -- were you shooting the pepper-ball at a specific
16   person?
17        A.   Yes.
18        Q.   Were you using it to -- against a group or a
19   crowd -- withdrawn.
20             Were you shooting -- were you using pepper-
21   ball against a group or a crowd?
22        A.   I was using it, as we just said, against a
23   specific person.  Like I described in my officer
24   statement, the only time I used it against a group was
25   when I could not see and aimed towards the ground.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

168

1    Q.   Okay.  And you were doing so without the

2    approval of your division supervisor; correct?

3         MS. BIRKHOLZ:  Objection.  Foundation.

4    A.   I don't -- yeah, I mean, I didn't have

5    specific approval from anybody.

6    Q.   Okay.  And then earlier you stated that you

7    could use pepper-ball if -- in support of defensive

8    resistance; is that correct?

9    A.   Correct.

10   Q.   And what's your understanding of "defensive

11   resistance"?

12   A.   Individuals not complying with orders, fleeing

13   from officers.  You know, just -- it's like I explained;

14   it's one step down from active aggression.  I only

15   utilized my personal pepper-ball against individuals who

16   were displaying active aggression, because that's what I

17   personally felt comfortable with.

18   Q.   Okay.  But it's your understanding that the

19   Denver Police Department's definition of "defensive

20   resistance" includes people not complying with verbal

21   orders; is that correct?

22   A.   Correct.

23        MS. BIRKHOLZ:  Objection.

24   Q.   And where did you gain your understanding of -

25   - where did you gain that understanding?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

169

1        A.    Through my training and experience with the

2   department.

3        Q.    So the department trains you that non-

4   compliance with verbal instruction is "defensive

5   resistance"?

6        A.    It can be, yes.

7        Q.    Okay.  I'm going to show another document now.

8   This is -- hold on one moment.  All right.  Are you

9   seeing a document that's says, "Operations Manual Denver

10  Police Department"?

11       A.    Yes.

12       Q.    Okay.  And this is the bearing Bates stamp

13  DEN000950. Have you seen this document before?

14       A.    Yes.

15       Q.    Okay.  You're familiar with this?

16       A.    With the operations manual, yes.

17       Q.    Okay.  And just in your own words, what is the

18  operations manual?

19       A.    General rules and guidelines that the

20  department must follow.

21       Q.    Okay.  Great.  I'm going to go ahead to page

22  178 of the PDF, which bears the Bates stamp DEN001127.

23  This shows a chart; correct?

24       A.    Correct.

25       Q.    And this chart shows -- it's a force -- excuse

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    me -- it's -- it's described itself at the top as, "A

2    guide with a range of responses -- response options,

3    based on an individual's type of resistance"; correct?

4        A.   I'm going to need you to zoom for me.  I'm

5    sorry. It's a ways away.

6        Q.   That is fair.

7        A.   Okay.  So I'm sorry.  Repeat your question.

8        Q.   This is a graph -- this graph is described on

9    this page as, "A guide with a range of response options,

10   based on an individual's type of resistance"; correct?

11       A.   Correct.

12       Q.   All right.  And there's a large yellow bar

13   about halfway -- in the middle of the page, it says,

14   "Defensive Resistance"; correct?

15       A.   Correct.

16       Q.   And here, one of the officer response options

17   is a chemical agent or pepper-ball; correct?

18       A.   I'm going to need you -- I'm going to need you

19   to zoom again for me.  I'm sorry.

20       Q.   There you go.

21       A.   Correct.

22       Q.   Okay.  Now, here in -- for -- there's a

23   description of defensive resistance and for crowd

24   control.  Do either -- and I'll zoom in for you -- do

25   either of these descriptions include failure to comply

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 172 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
171

1   with orders?

2        A.   Okay.  Repeat your question.

3        Q.   Do -- do the descriptions here of defensive

4   resistance or crowd control include a failure to comply

5   with orders?

6             MS. BIRKHOLZ:  Objection.  Foundation.

7             You can answer.

8        A.   I mean, yeah.  Physical actions by a member of

9   a crowd that constitute an unlawful assembly and/or

10  destruction to pedestrian or vehicle traffic.  If you

11  are being ordered to move out of there, and you are

12  refusing to do so, under that right there, it says

13  you're authorized to use pepper-ball.

14       Q.   So you're saying that it becomes an unlawful

15  assembly if a person fails to comply with an order?

16       A.   No.  That's not what I said.

17       Q.   Okay.  So how does that crowd control

18  description reflect that a failure to follow an order is

19  a type of defensive resistance?

20       A.   Because, again, physical actions by a member

21  of a crowd that constitutes an unlawful assembly, which

22  we just observed in the body-worn camera, was refusing

23  to obey commands and was advance -- you know, advancing

24  on officers, so that's -- that's justified by what you

25  just had me read, and that -- I don't know if I'm

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

172

1  totally missing the question.

2      Q.   Let me clarify the question.  Separate from

3  the video -- let's step away from the video -- you've

4  stated that defensive -- DPD's policy is that defensive

5  resistance includes a failure to comply with verbal

6  orders; correct?

7      A.   I was speaking, again, in terms of -- of what

8  we were experiencing during the protests.

9      Q.   So DPD's policy is that in a protest, failure

10  to comply with verbal orders is defensive resistance?

11          MS. BIRKHOLZ:  Objection.  Foundation.

12          You can answer.

13      A.   I mean, as we just saw on the body-worn

14  camera, it can be.

15      Q.   Well, okay.  What did we see on the body-worn

16  camera that was -- that was a failure to comply with

17  orders that was somehow a --

18      A.   Individuals -- I'm sorry -- if you weren't

19  done, you can finish.

20      Q.   No.  Please go ahead.

21      A.   I was just going to say, individuals were

22  being issued commands and told over the speakers that it

23  was past curfew and it was time for individuals to leave

24  the area.  He made the physical action of advancing

25  towards the officers, which is a disobedience of a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

173

1  command, but also a physical action that he decided to

2  make, you know, they kind of go hand in hand, at that

3  point.

4     Q.   Okay.  But earlier -- so you're saying that in

5  that instance, it was his physical action that -- that

6  was an act of defensive resistance.  You've also said

7  today a number of times that failure to comply with an

8  order is defensive resistance. I'm saying in some of

9  those instances, we saw a gentleman wearing all black

10  with his hands up failing to move, who's been shot with

11  pepper-ball.  He made no physical actions.  He simply

12  stood there.  What there qualified as defensive

13  resistance?

14        MS. BIRKHOLZ:  Objection.  Form.  Foundation.

15     You can answer.

16     A.   Again, I was not the officer that shot that

17  individual, so I can't say what that officer was

18  observing.

19        MS. BIRKHOLZ:  Just to chime in, guys, we've

20     gone about four hours now, I think, exactly, but if

21     we could wrap it up within the next five minutes,

22     that would be great.

23        MR. SEBBA:  Okay.  I'll try to wrap it up

24     pretty soon.

25  BY MR. SEBBA:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
174

1      Q.   Okay.  Is failure to follow an order, on its

2  own, defensive resistance?

3      A.   On its own, according to this graph and what I

4  just read, no.

5      Q.   Was that your understanding until you saw this

6  graph?

7      A.   Again, everything is totality of the

8  circumstances. There's no -- every single situation is

9  not cut and dry, black and white, the exact same.

10     Q.   I don't believe that answered the question.

11 On its own, is failure to comply with an order an act of

12 defensive resistance?

13     A.   From what I understood at that time, I

14 believed, yes, it was.  As part of, again, multiple

15 other factors at play, would it -- that ever just be

16 used as my justification for defensive?  No.  But that

17 was my understanding at the time.

18     Q.   Understood.  All right.  Going back to the

19 video we watched a few moments ago of the protester of

20 the protestor after curfew who was shot with pepper-

21 balls, why didn't you deploy your pepper-ball against

22 that person?

23     A.   I can't -- I can't say.  I don't -- just

24 because -- again, just because my camera saw that male

25 advancing, I could have been totally focused on a



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 176 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
175

1  completely different area or individual or situation.  I

2  don't -- I can't say.

3      Q.   Did he look like a threat to you?

4      A.   As far as -- what are you getting at here?

5      Q.   Did it appear that he was attempting to

6  prevent an officer's control?

7          MS. BIRKHOLZ:  Objection.  Foundation.

8      You can answer.

9      A.   I observed that male, again, in violation of a

10  lawful order to disperse.  He was in violation of an

11  emergency curfew. He was taking a physical action to

12  advance on a police line, and I also observed numerous

13  protesters throughout the entire, you know -- entirety

14  of -- of my experience down there that would walk with

15  hands up.  They would pick something up.  They would run

16  back to the crowd, get behind people, intermixed.  They

17  would load whatever objects they were able to secure and

18  check it right back at us to further assault us, so I'm

19  -- again, I'm not really sure what specific question you

20  want me to answer with that.

21      Q.   Okay.  Do you think he was a threat to your

22  safety or the safety of others?

23      A.   As far as what?  What I observed in the video?

24  Because I don't -- I don't recall seeing him in person.

25      Q.   So, yes.  Then based on what you observed in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

176

1    the video?

2        A.    Yes.  He could have become a threat.

3        Q.    Okay.  All right.  I have no further

4    questions.

5            MS. BIRKHOLZ:  Andy, are you still on the line?

6            MR. MCNULTY:  I am, and I don't have any

7        questions.

8            MS. BIRKHOLZ:  All right.  I don't have any

9        either.

10           THE VIDEOGRAPHER:  All right.  We are off the

11       record at 1:27.

12               (DEPOSITION CONCLUDED AT 1:27 P.M. MT)

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1                    CERTIFICATE OF REPORTER

2                        STATE OF COLORADO

3

4    I do hereby certify that the witness in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Stipulation page hereof by me after

7    first being duly sworn to testify the truth, the whole

8    truth, and nothing but the truth; and that the said

9    matter was recorded by me and then reduced to

10   typewritten form under my direction, and constitutes a

11   true record of the transcript as taken, all to the best

12   of my skills and ability. I certify that I am not a

13   relative or employee of either counsel, and that I am in

14   no way interested financially, directly or indirectly,

15   in this action.

16

17

18

19

20

21

22   LINDSEY N. JOHNSON,

23   COURT REPORTER / NOTARY

24   COMMISSION EXPIRES ON: 08/05/2024

25   SUBMITTED ON:  05/28/2021

LINDSEY NICOLE JOHNSON
Notary Public
State of Colorado
Notary ID # 20204026817
My Commission Expires 08-05-2024

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**0**

**01:21:22** 164:6

**02:04** 152:25

**02:07:07** 154:17

**02:08:42** 156:4

**02:09:12** 156:11

**1**

**1** 21:15,16,18, 25 22:10

**10** 134:18 136:17 150:9, 13

**100** 112:14,25

**10:03** 53:23

**10:10** 54:1

**11:19** 41:15,19 42:20

**11:27** 106:19

**11:37** 106:22

**12** 39:7 60:2

**120-CV-01878** 9:13

**12:01** 122:8

**12:06** 122:11

**12:21** 132:19

**12:22** 132:22

**12:26** 81:25 82:4,9

**12:28** 82:9

**13** 161:8

**13:36** 86:18

**13:42** 86:22

**13:50** 86:19

**13:56** 92:9

**14** 153:18

**1400** 104:5

**14:27** 92:10

**15** 21:5 23:23 29:1,23 60:3

**15:34** 93:2

**1605053** 150:22

**16053** 12:3

**16:03** 103:11

**16:20** 104:23

**178** 169:22

**18** 21:5 39:1,6

**18-hour** 50:11 136:13

**19** 161:19,20

**190926** 119:25

**1:22** 164:23

**1:27** 176:11,12

**2**

**2** 21:19 164:9, 12

**2,000** 151:13, 16 155:7

**20** 70:16 96:11 97:1 153:16 156:7

**2011** 20:2

**2016** 19:4,12 20:25 21:14 22:6

**2017** 20:3 22:9, 11

**2019** 22:12,17, 18,19 24:18 161:8

**2020** 16:15,20 18:17 22:24 25:19,21 26:3 27:3,15,25 30:12 31:9,16, 18 34:17 40:7 134:19 136:17

**139:3 140:20 142:20 150:1,9, 14,21 152:25**

**2021** 9:6 18:14 27:15 28:1 30:13

**24** 150:22

**26** 164:23

**26th** 14:25

**27** 145:24 152:25 153:3

**28** 15:22 31:18, 23 34:17 37:6, 19,20,25 38:6, 11,12,15 134:13,17 142:12 146:9

**29** 38:23 40:7 41:10,11,15,21 42:22 134:13

**294** 113:8

**29th** 15:22 37:16

**2:45** 122:18

**3**

**30** 43:14,20 44:8,13,19 45:1,6 47:12, 17,21 49:22 54:5 56:15,21, 22 67:9 68:24 85:21 105:21 106:1 111:7,22 113:22 114:8 115:11 116:23 118:5,11,16 119:4 123:15 124:4,5 134:13 145:23 150:1, 21 153:3 156:7 159:19 164:7

**30-second** 41:14

**30th** 9:6 15:22

**31** 125:13,18 126:15 129:18

**130:4 133:22 134:5,8 152:24**

**31st** 15:22 134:18 146:9

**3:00** 37:11,15

**3:07** 112:7

**3:12** 113:4

**3:50** 71:21 72:8

**3:58** 69:13

**4**

**4** 74:24

**40** 29:3 61:4 84:13 138:9 144:19 154:16

**43** 164:23

**4:00** 39:8 111:9,13,16 115:7

**4:09** 121:1

**4:10** 124:16

**4:14** 121:15

**4:19** 72:17

**5**

**5'6"** 114:23

**5-31-2020** 164:6

**50** 9:9 77:12

**5017** 68:23

**5022** 112:5

**5280** 9:10,24 11:15 145:4

**5:00** 39:8 159:16

**5:30** 49:6,9

**6**

**6** 32:22 39:7 130:12

**6:00** 32:4

**6:10** 100:3

**6:50** 56:16,24 58:23

**6:52** 49:13,18, 22 50:1

**6:56** 69:14

**7**

**7:08** 93:2 94:11 96:17 107:23

**7:09** 110:4

**7:17** 110:5

**7:50** 123:23

**7:59** 123:23

**8**

**8-by-8** 117:19

**8:00** 39:5,7,10 43:11 61:15,19 62:7,17,18 63:5 66:16,18 78:18 123:25 124:6

**8:02** 153:2

**8:04** 153:3

**9**

**9:00** 39:5,10,20 43:18 126:1

**9:01** 9:7

**9:15** 156:4

**9:30** 39:20,21 40:25

**9:44** 156:10

**A**

**a.m.** 9:7 37:11, 15 39:6,8,10 43:11,18 126:2 159:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ Document 117-3 filed 06/09/21 USDC Colorado pg 180 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
179

**ability** 13:12,19
14:1 120:14
136:18 148:8
160:24 161:2

**absolutely**
50:10 74:6
106:17 138:5

**academy**
21:11,12,13,14
22:6,7 24:23,24
25:5,10,15
137:3

**accepted**
21:25

**access** 117:5

**accident** 166:3

**accord** 129:25

**accurate**
13:12,19 14:1
150:18,19
151:23 155:8,
14

**Acker** 10:3

**act** 173:6
174:11

**action** 9:12
51:18 172:24
173:1,5 175:11

**actions** 35:16,
24 36:7,14,22
37:2 66:15
109:20 140:7
141:2,14 142:1,
4 171:8,20
173:11

**activated** 42:8

**active** 46:17
144:16 168:14,
16

**actively** 46:18

**activity** 34:1

**actual** 37:13
73:10 166:22

**add** 145:22

**addition** 33:21

**additional**
14:16 143:25

**addressing**
95:24

**adjust** 113:10

**adults** 40:18

**advance**
159:10 160:18
171:23 175:12

**advancing**
162:18 171:23
172:24 174:25

**affect** 13:11,
18,22 14:1
138:10

**affecting** 13:15

**affirm** 11:8

**affixed** 67:20

**agencies**
59:16 157:17,
20 158:6,8,10,
13

**agency** 157:24
158:4

**agent** 157:18
170:17

**aggressing**
46:18

**aggression**
46:17 144:17
168:14,16

**agree** 10:24
64:21 108:6,9
137:15,22
163:2

**ahead** 10:11
14:13 49:6
68:25 83:9
108:25 151:9
153:2 155:23
156:4,6 164:7
169:21 172:20

**aid** 158:5,13

**aim** 46:25

**aimed** 167:25

**aiming** 72:18,
20

**air** 70:5 94:18
97:17

**allowed** 46:9,
24,25 88:8,11
107:10 108:20
128:25

**altercation**
90:12

**altogether**
86:5

**Amendment**
139:22

**amount** 131:10

**and/or** 171:9

**Andy** 10:2
176:5

**angle** 113:10

**announced**
159:8

**announcement** 63:16 64:22

**announcements** 57:19 61:16,
18,20 62:3,6,8,
11,15 63:6,11,
20 64:2,4,24
159:16

**answering**
43:3 166:24

**answers**
147:24

**Anthony**
118:14

**anticipate**
42:13,16

**Antonson**
33:2,3 35:13

**anybody's**
141:10

**apologies**
103:9

**apologize** 36:5
153:6

**appearance**
9:14 11:15

**appears** 70:23
103:1

**applied** 21:25
76:8 98:5

**apprehend**
28:18,21

**approaching**
159:4 160:13
162:18

**approval**
163:1,6,8
168:2,5

**approximate**
28:2

**approximately**
15:2,4 23:23
28:6 29:2 32:4
34:21 39:1,19,
20 43:18 118:9
151:13,16
155:7

**April** 9:6

**area** 29:2 65:20
75:24 105:12
107:25 109:6,7
114:12 117:19,
23 159:6,9
160:17 172:24
175:1

**areas** 106:13

**arguing** 64:16

**argumentative**
64:14,16 76:12

**arm** 73:13

**armory** 117:2,
6,9,15

**Army** 20:1,7,15

**Arnold** 11:17,
19 118:14

**Aro** 11:19

**arrest** 29:16
30:24

**arrive** 28:22

**arrived** 29:15
32:17 44:7
49:3,10 158:8

**articles** 17:9,
15,18,20

**assault** 71:2
73:13 175:18

**assaulted** 80:7
81:12

**assaulting**
75:16 77:18

**assembly**
78:19,22 79:3,
15,25 80:2,6,
11,15 81:19
171:9,15,21

**assigned**
38:17 41:12
45:10,18 120:1,
19 150:22

**assignment**
31:18 33:7,9
44:13 48:12
56:20,25 124:2
126:22

**assignments**
37:19 40:1,4
44:10 120:4
126:3,10

**assist** 31:22
126:25 127:25
158:9

**assistance**
120:11,13,15
127:3,6,24

**assume** 12:18
18:7 80:10 98:1
125:9 128:23
167:11

**assuming**
52:25 70:25

**attach** 55:16

**attacked** 48:9
51:2,5 126:25
132:9 139:9
142:16 167:11

**attempt** 91:24
92:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**attempted** 30:20

**attempting** 46:19 153:9 175:5

**attend** 19:5 142:14

**attended** 137:4

**attending** 9:15,16,20,22, 25 10:3,6 11:18,20

**attention** 47:25 59:1 81:25 87:9 91:16 122:22 165:10

**attorney** 14:8, 9,14,16 15:6

**attorney's** 16:5

**attorneys** 11:14 15:6 17:22

**audio** 153:14 164:18

**Aurora** 59:20 111:6

**authority** 80:14 129:4

**authorized** 46:5 133:13,18 171:13

**avoid** 12:10

**aware** 30:19 31:21 38:5 79:17 105:21 138:23

**awesome** 137:10

**Axon** 148:17 164:9,12

———
**B**
———

**bachelor's** 18:25 19:9

**back** 17:20 29:18 32:17 40:15 43:22 53:25 55:2 56:8,9 57:10, 13,17,21 66:4, 12 67:23 68:1,4 71:2 73:13 75:14 76:6,7,9, 15 77:4 82:8 84:16 88:5 93:10,24 105:4 106:21 112:16 113:8 115:6 117:13 122:10 125:23 132:17, 21 136:14 137:5,6 146:6 148:20 153:16 166:3,15 174:18 175:16, 18

**background** 18:23 48:10 52:9 75:22

**backwards** 125:11

**bacon** 81:4

**bad** 48:10

**badge** 12:2 67:15

**bag** 67:13

**ball** 88:17 99:14,17 138:10 152:2 155:18 156:15 167:21

**ballistic** 114:21

**balls** 39:16 132:9,25 174:21

**bank** 28:16,18

**bar** 83:3,9 170:12

**barrel** 117:24

**bars** 68:18

**bartender**

19:21,23

**based** 35:15,23 36:6,12,21 73:19 74:8 75:17 87:24,25 93:12 101:21 112:25 142:24 166:25 170:3, 10 175:25

**basically** 21:20 60:8

**Basics** 137:5

**basis** 26:13

**Bates** 149:14 152:15 161:5, 21 164:1 169:12,22

**bathroom** 122:6

**batteries** 43:11 50:13

**battery** 43:8 50:15,20 51:10 53:1 54:7,14

**bearing** 161:5, 6 169:12

**bears** 161:21 164:1 169:22

**began** 98:5

**begin** 11:23

**beginning** 18:14 22:16,19 40:11 71:5,19 166:15

**behalf** 11:14, 17

**behaved** 90:22

**behavior** 96:4 139:17,25 142:8 143:8,10

**believed** 174:14

**belt** 61:2 67:14

**big** 28:24 32:11 67:22 117:15 121:6

**Birkholz** 10:5 11:2 14:15 20:18 25:1,7,22 28:9 31:10 35:19 36:2,11, 15,25 41:7,20 45:21 50:3 52:5,20 53:14 56:17 63:3 64:7 70:7 73:22 74:12 75:12 76:12 77:14 78:25 80:3 82:12 84:17 85:14 86:13 87:19 88:13 89:1,7,18 90:8, 16,24 91:2,6 93:9,23 94:6,25 95:14 96:5,22 97:8,18,21,25 98:4,16,25 100:5,19 101:14 106:7 108:2,13,24 109:10,18 110:1 113:19 114:13,19 115:22 116:5, 15 119:10,14 123:9,20 127:15 128:3 129:7 132:15 135:25 136:8 140:23 141:23 142:5,9,22 143:3,14 148:7 152:7 153:8,13 157:14 158:1,7, 14 159:22 160:3,22 165:22 168:3, 23 171:6 172:11 173:14, 19 175:7 176:5, 8

**bit** 21:4 56:9 95:3 104:10 112:15,19 147:23 162:2

**black** 9:9 26:15 67:10,11,15 86:23 87:6 119:8 143:2 173:9 174:9

**blanket** 135:15,22 136:4 144:19

**blanking** 62:2

**Bless** 163:21

**blinding** 130:17

**blizzard** 55:4

**BLM** 9:24 11:14,18,20 145:4

**block** 104:5

**blunt** 73:11

**bodies** 24:5,7

**body** 47:1 61:4 95:8 108:21 115:3 154:25 164:9

**body-** 41:14,18 54:19 64:5 68:23 93:21 159:7

**body-worn** 15:11 16:2,6,7, 11 41:16,24 42:2,6,17 43:6 49:12,18 50:1 51:11,13,21,24 52:4,19 53:12 54:4,8,13,16 55:8,14,22,25 56:12,16 58:18, 21 63:12 64:10 67:19 69:13 74:5,8 82:17 87:16 94:4,7 96:12,19 97:14 102:10 111:7 112:6 122:16 123:22 124:15 148:16 152:22 157:10 159:14 164:1,12 171:22 172:13, 15

**boots** 67:11

**bottle** 81:5,8, 14,16 130:22 148:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**bottles** 80:9
81:4

**bottom** 110:19,
21,22 149:5,10
157:6

**Boulder** 9:22

**boxes** 69:3

**BP** 23:12,16
25:12,14

**break** 13:4,7
33:12 53:17,18,
21 106:16
107:22 122:4
145:22

**breaks** 13:5
145:25

**briefed** 46:4,7

**briefing** 39:24
44:8

**briefly** 55:6

**bright** 67:22

**bring** 22:13

**brought** 24:15
117:13

**Brown** 114:16

**brutality**
142:21,24
143:12,21

**bucket** 86:23
87:6

**budget** 120:17

**build** 34:1
115:4

**building** 23:15
117:4

**buildings**
139:9

**bullets** 132:6
162:10

**bullhorn** 61:25

**bummer** 73:7

**bun** 111:23,24
113:2,6 114:21

**Bureau** 150:23

**Burn** 130:12

**busier** 55:1

**businesses**
139:10

**busted** 139:11

**busy** 55:7

**buttstock**
117:23

**buy** 120:15

———

**C**

**cable** 20:8

**Calabasas**
9:25

**California** 10:1

**call** 32:10
80:12 138:6

**called** 22:2
23:1 28:19
32:21 55:15
137:4

**calls** 21:20
55:5 126:19

**calm** 52:23

**camera** 10:20
15:12 16:2,6,7,
11 41:15,16,19,
24 42:2,6,7,18
43:6,10 49:13,
14,18 50:2,13
51:7,12,13,21,
24 52:4,19
53:4,7,9,11,12
54:4,8,13,16,20
55:8,14,20,22,
25 56:12,16
58:18,21 59:2
63:13 64:6,10
67:19 68:24
69:13 74:5,8,
21,25 82:17
87:17 91:11
93:22 94:4,7
95:2 96:12,19
97:14,15 98:6,
14,19,23 99:1,3

102:9,10 110:4,
8 111:7 112:6
115:19,24
122:16 123:22
124:15 145:10
148:16 152:22
154:25 157:10
159:8,15 164:1,
12 166:17,19
171:22 172:14,
16 174:24

**camera's**
96:15

**cameras** 52:9,
16,24 54:18
73:7

**cannister**
67:13 70:24
71:2 72:21,23
100:3,17,21
101:11,22

**cannisters**
101:2

**cans** 80:8

**cap** 81:16

**captain** 68:19
111:6,7 122:16
123:1

**capture** 94:5,8
98:23

**captured**
63:12 74:5
87:17 93:22

**capturing** 99:1

**car** 64:11

**care** 65:21

**career** 21:10,
17

**cargo** 67:11

**Carol** 38:9

**carried** 114:4

**carry** 61:2
114:1 120:1,3,
20,23

**carrying** 84:13
87:6 115:21

119:17,21
120:6,9

**cars** 139:8

**case** 18:20
51:17 162:21

**cases** 33:20

**caught** 97:15

**cell** 50:20

**center** 86:17
100:10 121:5

**certainty**
112:14,25

**certificates**
19:8

**chance** 51:16

**change** 143:10

**changed** 143:7
144:12,14

**chanting**
95:16,20 96:1
97:7 130:11

**chants** 142:25

**chaotic** 48:4
52:13

**charge** 55:14
56:8 57:12
117:8

**charged** 55:22

**charges** 55:17

**chart** 169:23,
25

**chase** 31:1

**chaser** 122:20

**chasers** 123:2

**check** 175:18

**checked** 55:21

**cheering**
130:23

**chemical**
76:18,25
170:17

**chest** 107:25

108:5

**chevrons**
68:6,9 121:16,
19,21,24

**Chicago** 9:20
11:18

**chief** 146:15
147:11

**chiefs** 68:18

**chime** 173:19

**choice** 45:20

**choose** 70:21
118:5

**chose** 76:14
89:10 120:22
129:24

**circumstance**
128:6 135:9,11
136:12 159:3

**circumstance
s** 42:9 51:21,24
52:3,18 53:12
56:7 89:21,25
108:16 137:25
138:22 159:1
162:10 174:8

**CIT** 137:7

**citizen** 42:21
43:5 135:13
137:20

**citizens** 49:21,
25 57:2 88:12
137:16

**city** 9:10,12
14:16 15:6 16:5
26:10 30:20
48:7 57:2 68:15
85:19 86:6
126:20 139:14

**citywide** 33:10

**Civil** 9:12

**claim** 148:4

**clarify** 22:5
159:24 172:2

**Clarkson**
130:3,11



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

class 21:19
35:8 137:5,7

clear 12:17
13:8 31:13
68:25 128:6

clearer 119:20

click 92:25
104:20 105:6
153:13 154:4

clicking 71:12
72:5 105:1,3

clicks 70:12

clip 69:13,21
73:2 74:7 75:4
77:6,11 81:25
93:13 94:9
96:7,12,23 98:2
103:16 104:12
125:3 154:6

clips 16:19

close 83:3
89:4,5 90:10

closed 139:10

closer 63:15,
21 64:11,22
69:7 88:3,7
89:15 90:5
149:20

closest 60:13

cloud 132:1

co-workers
142:19

COABLM294
110:12 115:7

COABLM297
122:16

coach 107:11

Colfax 29:7,14
30:6,8,18 49:1
56:19,23 58:12,
22 60:6 80:19
111:8 115:11
119:4 122:17
124:6 130:3,9,
11 165:1

colleagues

32:8,14,17

college 19:20

color 114:15

Colorado 9:12,
23 10:4,6

comfortable
133:15 152:9
168:17

command
127:13 141:13,
20 173:1

commander
146:12 147:5

commands
29:19 40:17
46:21 88:18
109:8,12,14
159:5,14
160:14,18,20
167:9 171:23
172:22

comments
107:16

committing
158:22

communicate
47:20,21

communicatio
n 47:6

communicativ
e 107:14

communities
34:2

comp 148:4,12

company
23:12

complaints
18:19

complete
136:10,15

completely
68:14 74:25
79:8 86:5 95:18
96:8 98:6
106:13 155:3
175:1

compliance
160:20 169:4

comply 170:25
171:4,15 172:5,
10,16 173:7
174:11

complying
88:5 168:12,20

computer
74:24 110:20

CONCLUDED
176:12

conditions
13:11,15 80:1

conduct 140:1
141:17,21

conducted
12:7 35:2
135:16,22
136:4

conference
9:8 145:13

confident
121:19 155:14,
16

confirm 103:6

confirmed
96:12,20

confused
85:25 86:6

connect 37:22

considered
61:3 80:21

consisted
67:10

consistent
35:17,25 36:9
37:3 88:20
90:15,22,25
94:23

consistently
35:4

constantly
55:2

constituent
112:24

constitute
109:5 171:9

constitutes
171:21

contact 30:24
33:24 42:11

content 143:6

contingency
144:13

continue 57:2

continued
160:18

continuing
26:9 159:10

control 23:6,9
24:20,25 25:6,
9,20 26:2 27:4,
16 34:14,16,19
53:10 127:1
144:4 155:8
162:9 170:24
171:4,17 175:6

convened 9:7

convenient
151:14

conversation
18:7

conveyed
153:10

coordination
127:24

cop 54:18

cops 21:6
32:12 48:5,8

corner 102:18
103:13,23
104:14 123:8
164:8

corporal 33:2
35:14 68:8
121:24

corporals
35:6,11 147:19

correct 15:17,
18,19,23 17:3,
14,15,19 19:25

20:1 23:1
25:16,17 26:16
27:7,16,17
30:13,14 31:4,
5,9,12,19,20
32:24 34:14,15
37:16,17 38:6,
7,10,19,23,24
39:22 41:24,25
43:7,15,16 44:6
45:11,12 47:3,4
48:15 49:13
50:2 55:22,23,
25 56:1,16
57:10,11,25
59:18,19,21
60:14,15 62:9,
14 63:2,13,22,
23 64:1,6 67:6
69:18,19,22,24
70:6,9 72:25
73:1 76:6,11,
19,20 77:2,5,8
78:5,6,9,13,16,
17,20,24 79:7,
12,13,16 82:11,
17,24 83:17
84:3,4,6 85:13
86:12 87:7,8
88:10,21 91:22,
23 92:7,8,19
93:8,10,22
94:24 95:1,17,
20,21 96:3,13,
21,24 97:9,10,
11,12,20,24
98:15,22 99:8,
9,14,15 100:15,
16 101:3,4,7,24
102:5,11,12,14,
21,24 103:23
104:16 105:1,
12,21 106:6,10
107:11 108:1
110:3 113:2,3,
6,7 115:11,12,
21 116:4,14,16
118:14 119:9,
11,16,18 120:7,
8,21 121:22
123:2,3,19,21,
25 124:5,13,20
125:4,5,13,14
126:4,11,12
127:14 128:2,
22 129:16,23,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 184 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
183

25 130:1,5,6
133:1,2,6,20
134:5,19,23,24
135:9,14 136:7,
18,19 137:16
140:4 142:21
146:10,11
147:12,15
148:2,3 150:1,
3,7,8,10,11,15,
24,25 151:7
152:4,5 155:12,
13 158:6,13,16
159:13 162:1,
10,11 163:12,
13,15,16 165:1,
5,6 166:11,12
168:2,8,9,21,22
169:23,24
170:3,10,11,14,
15,17,21 172:6

**cough** 163:22

**Coughs** 69:6

**counsel** 9:14,
17 83:1 107:12
149:19

**count** 160:4

**counted**
159:24

**counter** 154:17
164:23

**County** 9:10

**couple** 11:14
17:18 21:5,6
50:24 54:3,23,
24 55:6 65:6
74:9 107:13

**court** 9:5,11
11:6,8,12 12:8
145:20

**covered** 95:3
96:8 97:5 98:6,
20 99:5

**COVID** 139:10

**cracked** 132:5

**creates**
137:16,22

**crimes** 30:24

**criminals**
21:23

**crisis** 137:9

**crowd** 23:6,9,
25 24:20,25
25:5,9,20 26:2
27:3,16 28:5,
22,24 29:4
30:22 34:14,16,
19 53:10 61:20
62:9,25 63:7
72:22 74:14
77:8,13,20
78:1,8,10,11,
15,23 80:18
88:19 90:10
93:6,7,8,14,18
100:4 103:1
109:24,25
130:10,15,19,
23 142:12
143:12 144:3,4
155:8 158:19
160:24 161:2,7,
12 162:8 163:1
167:19,21
170:23 171:4,9,
17,21 175:16

**crowds** 109:3
133:14,18

**Cunningham**
9:9 10:12,13,
18,23,25 12:1
14:4 68:23
107:4,18
132:14,24
146:3 149:14
150:22 152:16
153:23 154:18
156:11 164:24

**curfew** 57:19
66:11,15 77:20
78:15 123:25
124:3 158:21
159:6,7,15
160:15 162:20
172:23 174:20
175:11

**custody** 29:18

**cut** 12:12 53:5
81:6 95:19
104:9 108:18

148:1 174:9

———————

## D

**dad** 17:25 18:8

**date** 14:24 17:7
27:18 30:4
134:14 136:21
150:2

**dated** 150:5,9
161:8

**dates** 17:9 22:5
27:24 55:12,13
146:7

**DAVID** 83:6

**Davis** 10:7,10,
11,17 11:4
14:10,15 64:13
69:7 83:1,8
107:1,5,10,12
110:24 113:9
115:13 145:12,
15 149:19
163:21

**day** 9:6 31:24
38:18,21 40:2,
10,11,15 41:6,
9,16 43:12
44:11,21 45:24
47:6,11 49:13
59:24 71:8
105:23 123:25
126:4 135:16,
24 136:6 146:8

**days** 46:10
50:11,24
118:19 129:21
133:21,24
134:2,5,22
136:13 139:1
142:16 146:5,
13,16,20,23

**de-** 137:2,11
138:21 139:3

**de-escalate**
138:1

**de-escalated**
139:4,13

**de-escalation**

136:23 137:6
138:4,15,20

**dead** 53:4,7

**deadly** 138:14

**deal** 23:6

**dealing** 65:18

**dealt** 128:8

**debriefing**
140:10,14,17

**decide** 21:1

**decided** 45:24
92:14 173:1

**decides**
125:10

**decision** 56:11
57:13 89:11
127:11 128:21
129:15

**decisions**
51:10

**declare** 80:15

**declared**
78:20,22 81:19

**decline** 148:8

**deemed** 51:11,
12 80:18

**defend** 51:7

**defendants**
10:6

**defensive**
46:13,14,15,20,
25 47:3 88:17
109:2,5 133:5,
12 144:16,18
168:7,10,19
169:4 170:14,
23 171:3,19
172:4,10 173:6,
8,12 174:2,12,
16

**define** 46:14

**definition** 79:4
80:5 168:19

**degree** 18:25
19:1,3,10

**demonstrate**
139:22

**demonstrating**
142:21 143:1

**DEN000** 161:6

**DEN000068**
161:6

**DEN000086**
161:21

**DEN000950**
169:13

**DEN001127**
169:22

**DEN005854**
149:14

**DEN5018**
164:2

**DEN5019**
152:16

**DEN509** 156:3

**Denver** 9:10
10:4,6,12 11:21
19:22,24 20:17,
23 21:11,16
22:1,4,25 24:23
31:7,23 33:23
35:17 37:4 56:2
59:15,19 68:23
112:5 137:8
139:14 149:2
150:22 157:12,
23,25 158:3,5,
8,12 161:7
168:19 169:9

**Denver5019**
124:16

**department**
19:16,22,24
20:17,24 21:11
22:4 35:17 37:4
56:3 59:20
148:14 149:2
150:23 161:7
169:2,3,10,20

**Department's**
31:8 168:19



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

department-
wide 137:4

depend 135:10

depending
127:5 158:25

depends 54:9,
25 88:16 89:20
95:23 137:24
138:23

depict 16:19
153:24 167:5

depicted 86:10
88:1 96:20
97:14 102:8
115:8

depicting
16:14

deploy 39:19
70:22 77:25
99:22 100:24
131:14,20,23
132:10 133:4
135:12 154:1
164:24 165:4
166:9 174:21

deployed
23:25 26:9
27:3,5 28:4,17,
23 29:12,13,16
32:9,24 39:18
40:22 47:21
56:19 71:19,25
72:9 77:12
104:18 106:5
114:12 119:3
127:25 132:24
144:22 151:23
152:1 155:11
158:8 162:13,
25 163:3

deploying
35:5 65:3 66:5,
8 94:24 131:25
154:5 155:17,
22 166:16,20
167:1

deployment
32:10,13,19

deposed 18:3
31:7

deposition 9:8
12:4,7 14:5
17:19,23 18:2,
8,11 58:19
107:18 134:8
152:20 176:12

describe 23:8
26:5 30:15
52:1,3 60:5
67:8 81:13
105:23 130:7
136:25 151:6

describing
151:21

description
30:21 170:23
171:18

descriptions
170:25 171:3

destroy 57:2

destruction
171:10

determine
33:11,18 129:5

determined
109:21

die 33:15 50:20
55:2,8

died 54:5,20

dies 33:14

difference
66:25

differentiate
68:12,16

differently
143:16

difficult 48:3
130:4,19 131:1,
3

diplomas 19:8

direct 11:24
38:2 77:16 78:3
131:21 132:8
144:20 159:9

directed 51:23
124:7,8 134:25

136:14,20
139:24 144:15
162:19

direction
48:12 124:10,
12

directly 51:20
56:13 70:24
72:22,24 82:10
83:18 109:25
115:16,20,25
116:12 121:4
130:16 131:4,5

discipline
142:8

disciplined
36:13,24 91:4
141:25 142:3

discretion
120:19

discuss 35:9
137:6

discussed
85:2 141:3,5

discussing
107:22 141:6

disobedience
46:21 172:25

disobeying
160:17

disorienting
130:17 131:12,
15

dispatched
126:19

dispersal
78:11

disperse 77:8,
13,19 78:15,23
88:18 109:2,24,
25 133:14,18
158:19 160:24
161:2 162:14
175:10

dispersing
78:8

displaying

133:12 168:16

dissatisfactio
n 141:14,21

distance 74:25
138:8

distinction
70:1

district 9:11,12
21:15,16,18,25
22:10 32:21
126:17 130:12

division
146:18,19
147:14 163:2,6,
11 168:2

docking 55:15,
18,19

document
42:10 56:5
148:25 149:8,
13,15 150:6
161:5,8,14
169:7,9,13

documentatio
n 46:2

documents
15:8,10

doubt 49:19

downtown
31:25 62:4

DPD 35:25 36:9
88:20 91:1
123:4 152:6

DPD's 143:24
158:17 172:4,9

dressed 32:20

drive 32:21

driver's 10:20

driving 37:21
41:22 42:12,15,
18

drop 61:2
67:13

drop- 67:12

drugs 34:9

dry 174:9

due 131:21
167:3

duty 67:10,14
127:12

dying 43:11
56:8

---

**E**

earlier 34:13
55:24 126:7
127:6 145:10
147:24 150:16
163:10 166:11
168:6 173:4

early 24:18
125:21

easier 150:3

easily 85:12

east 60:11,14
106:12

Ed 11:19
118:14

education
18:24

educational
19:5

effect 159:16

effectively
138:16 167:5

election 26:21

Elizabeth 9:21

emergency
162:20 175:11

Emerson-ish
30:7

emphasis
33:23 34:9

employed
19:12,13,14,16
20:3,5,17

employment
19:19,25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

encounter 85:22

end 30:10 33:19 37:6 39:2 86:18 155:17 165:14,15 166:10,14

ending 121:1

enforcement 20:10,16

engaged 96:3 139:17 142:7

ensured 39:14

ensuring 23:17

enter 10:8 23:15 24:24 25:5

entered 21:12, 13 39:9 40:12 48:25

entering 28:18

entire 41:16,22 47:8 96:16 103:16 111:3 127:8 140:17 175:13

entirety 50:9, 18 54:10 147:9 175:13

environment 137:16,23

equipment 32:19 39:16

equipped 62:1

escalate 65:11 139:19

escalated 51:15 65:12,15 139:4,16

escalating 138:1

escalation 137:3,12 138:21,22 139:4

Espanoza's 112:6

essentially 35:7

estimate 22:16 23:21 27:4 28:24 37:10 60:1 118:8 125:24 126:1

estimated 39:2

estimates 37:12

et al 9:10

Ethan 33:2 35:13

evening 164:7

event 29:25 135:9,10 153:24 154:23 155:19

events 139:4,5 140:21 151:6

eventually 48:7

exacerbation 107:15

exact 30:4 75:24 79:4 134:14 152:3 174:9

examination 11:24 107:6,11 146:1

examples 79:21

exception 32:25

excessive 92:6

excuse 69:6 115:13 146:19 150:5 153:2 155:1,24 161:6, 20 162:23 163:20 164:25 169:25

exercise 139:22

exigent 42:9

exists 101:19

exit 162:19

expect 91:4

expected 36:13,23

expensive 120:16

experience 46:11,24 58:15 65:16 169:1 175:14

experiencing 172:8

explain 28:13 37:19 50:6 66:7 162:16

explained 33:22 85:16 168:13

explode 77:1

exploding 108:5

express 141:14,21

extinguishers 39:17

extreme 56:6

extremely 28:20 132:8

eyes 73:10,16 75:1 98:7 130:17

———————
F
———————

face 51:6 53:5 102:4 105:8,12, 15 107:25 108:7

facing 60:6,8, 13 130:9

fact 10:25 71:9,

13 73:17 128:23 136:3 143:19 167:3

factors 52:1 174:15

failing 173:10

fails 171:15

failure 170:25 171:4,18 172:5, 9,16 173:7 174:1,11

fair 157:12,16, 23 170:6

fairly 23:13

familiar 101:17 169:15

family 18:4

fashion 131:9

fast 50:20 132:8

faster 55:3

fatigues 58:7, 14,15 59:13,17 116:3

February 22:23 161:8

feces 80:10,25 81:8,14,16

feedback 140:7,15

feel 51:16 73:2, 25 90:21,25 121:18 133:14 142:15

feeling 89:23

feels 75:20

feet 74:24

fell 130:22

fellow 86:9 128:25 142:17

felt 50:21 51:15 89:11 152:9 168:17

female 113:14, 17,21 116:1

fence 151:22 154:9 155:8,16

field 32:24 54:20

figuring 156:18

file 148:4,6,11

filed 18:20

fill 134:25 135:8,23 136:5, 21

filled 134:22 135:3 150:12

find 86:7 110:15 119:20 156:23 157:6 166:3

fine 49:7 53:19 69:8 113:11 149:12

finish 12:14 13:6 14:12,13 172:19

finished 43:3

fire 30:21 39:17 71:5 103:20,25 104:3,7,13 139:8

fired 72:15,18, 24 73:3 75:19, 24 103:17,22 104:21 156:16, 19,23

firing 73:6 74:20 75:7,11 93:1 102:20,23 105:5,6 158:18

firm 11:17

fit 114:21

Fitouri 9:19,21

five-minute 53:17,21 106:15



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 187 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
186

fix 92:22

flash-bang 70:6

flash-bangs 61:11,13

flashing 130:4 131:11

fleeing 46:20 75:9 168:12

Floyd 31:9 146:5

flying 70:24 72:21,23

focus 71:18 166:13

focused 100:7 174:25

follow 169:20 171:18 174:1

follow-up 54:3 147:24

foot 31:1

footage 157:10

for-sure 70:1

forbid 138:14

force 38:20 46:4,8 69:20 76:5,8,18 77:7, 10,12,13,15 78:2,7 88:6,25 89:17 90:7,13, 14 92:7,14 93:8 95:12 97:19,23 98:3,5,15,24 99:2,3,7 135:12,14,16, 22 136:4 137:15,22 138:1,3,13,14 140:4,15 141:7, 10 144:5 158:17 161:22 169:25

forgot 145:21

forgotten 147:6

form 20:18 25:1,22 31:10 35:19 36:2,11, 15,25 41:7,20 45:21 47:5 50:3 70:7 73:22 75:12 77:14 80:3 88:14 90:24 94:6 96:5 97:8 108:2,24 109:10 110:1 114:4 128:3 140:23 143:14 158:14 173:14

formally 35:8

forms 133:19

forward 57:5, 16,18 77:4 125:11 137:14 141:11 154:8

foundation 25:1,7 35:20 36:2,11,15,25 41:7,20 50:3 52:5,20 56:17 73:22 74:12 75:12 77:14 78:25 80:3 82:12 84:17 85:14 86:13 87:19 88:13 89:1,7,18 90:16,24 91:2,6 93:9,23 95:14 96:5 97:8,21,25 98:4,16,25 100:19 101:14 106:7 108:13, 24 109:10,18 110:1 114:13 115:22 116:5, 15 119:10,14 123:9,20 127:15 128:3 135:25 136:8 142:9,22 143:3 152:7 157:14 158:1,7 160:3 168:3 171:6 172:11 173:14 175:7

frame 92:17 166:23

free 161:14

frequent 26:13

frightened 28:20

frogger 127:4

front 57:24 65:21 67:23 81:6 96:15 112:9

frozen 81:3 132:13,15

fuel 39:17

full 10:19,22 80:9 81:4 151:15,25

fully 36:17 39:14 47:18 55:22 57:6 62:22 77:4,23 78:1 86:15 143:15,17 158:2

---

**G**

gain 168:24,25

gang 22:1 23:1 25:18 26:1 33:7,11,13,19, 25 34:2,11 59:9 83:16 84:16 106:9 118:13 119:12 123:5,7, 19 141:17,21 150:23

gangs 33:23

gas 66:25 67:13,18 70:5 76:10,21,22 78:10 100:3,17, 21 101:2,10,18, 22

gasoline 80:10 81:4

gather 35:8 79:11

gathered 29:4, 7 130:10

gathering 23:13,20

gave 66:8 89:24 124:10

general 19:17 139:25 169:19

gentleman 159:21 173:9

George 31:9 146:5

gestures 12:10

giant 80:9

give 11:9 24:16 34:6,7 35:7 37:10 62:24 65:2 66:4 69:10 83:4 98:10 110:10 112:14 113:12 118:8 121:14 125:24 131:9 138:3 145:21 146:7

giving 18:5 52:14 88:24 89:16 103:10

glass 81:5 148:1

goal 21:22 34:11

God 138:14

goddamn 104:8,14

good 10:16 12:1 35:10 43:4 50:12 52:11,25 81:7 145:6 149:12

Gosh 41:1

grab 117:1

grabbed 116:25

grade 79:2 127:22

graduate 22:7

graduated 19:21 21:14

graduating 19:12,13

graduation 19:18

grapefruit-sized 73:14

graph 170:8 174:3,6

grass 100:18

gray 91:9,12

great 21:6 79:22 138:15 149:11 150:4 152:23 162:6 169:21 173:22

greater 53:8

green 58:7,14, 15 59:12,17 116:3 121:5

Greenwich 153:1

grenade 101:11,23

grenades 101:5

ground 117:24 130:23 131:20, 24 132:1,9,11, 25 133:10,16, 19 152:2 155:4, 18 167:25

group 28:15 29:9,14 79:23 167:18,21,24

groups 26:24

grown 29:2

guard 20:2,7, 12,15 28:19

guess 17:7 33:9 36:18 40:5 54:15 56:22 59:6 60:4,9 69:25 77:23 82:7 137:19



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 188 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
187

143:15,17
157:9

**guide** 170:2,9

**guidelines**
169:19

**gun** 45:11,16
65:3,14 67:4
69:18 70:10,22
71:6 72:4,10,15
95:3,4 99:14,
17,22 102:7,11,
13,21,23 103:1,
4,5,18,20,22
104:1,7,13,18,
21 105:4,18
112:9 114:2
115:21 116:20,
25 129:20
131:14 166:22

**guns** 21:24
34:9 69:24
116:22 117:20
118:1,5

**guy** 86:23,25
87:2 91:9,22,25
110:23

**guy's** 91:21

**guys** 149:4
157:9 173:19

**gyro** 29:14
30:6

———

**H**

**hair** 114:15,17

**halfway** 162:6
170:13

**Halo** 16:17

**hand** 11:6
112:10 123:8
173:2

**handgun**
60:21

**handled** 33:16

**handling** 33:20

**hands** 75:9
96:3 102:2,16

103:12 104:14
107:24 108:10,
11,22 109:4,16
173:10 175:15

**hands-on** 35:6
90:11

**hang** 149:19

**hanging** 32:12

**happen** 40:20

**happened**
54:24

**happening**
31:25 44:24
53:1 65:22

**happy** 13:5
74:3

**hard** 26:25
66:25 100:8
121:18 131:7
139:6

**harder** 73:8,16

**harm** 46:19

**hat** 91:13

**head** 12:11
17:8 24:17
26:25 49:16,24
102:11 146:8
165:3

**heading**
161:22

**headphones**
98:9

**heads** 18:5

**hear** 31:24
48:2,16,19
52:24 63:1,25
64:2,25 67:1
69:21 70:12
71:11 72:4
91:19 92:25
94:18 97:22
98:10 104:20
105:3,5 123:1
127:7 153:8
154:2,3 159:7
164:18

**heard** 69:23
70:4 91:20
97:16 104:2
105:1 106:25
142:25 159:12,
14

**hearing** 48:5
52:9,16 63:5

**heavy** 152:4

**hectic** 52:12

**helmet** 67:18,
19 68:1 82:23
83:13 84:5,16
85:6,22 86:11
114:21 116:14
119:8 121:5,6
132:5

**helmets** 68:4

**helpful** 52:14

**Hey** 48:20
52:15,24 53:1
65:12 128:10,
15 129:1,11

**high** 21:7

**high-** 130:15

**highest** 18:23

**highlight**
162:8

**highlighting**
162:7

**hired** 19:22

**history** 21:10

**hit** 51:1,5 80:8,
24 124:6
130:21 132:2
164:14

**hitting** 132:4

**hold** 10:20 83:1
150:2 153:6,15
154:11 163:19
169:8

**holds** 95:7

**Hollie** 10:5
14:15 165:20

**holster** 67:13

**home** 136:14

**homeless** 21:5

**homicide**
33:16

**Honestly** 72:2

**hoping** 145:9

**hostile** 28:22
46:16

**hours** 15:2,4
34:21 39:1
54:11,14 68:25
79:24 151:13,
16 153:1 155:7
156:6 159:7,15
164:7 173:20

**hours-ish** 39:6

**Hughes** 118:13

**human** 26:23
80:10,25

**humans**
133:15

**hung** 117:20

**hurl** 73:15

**hypothetical**
90:1,21

———

**I**

**ID** 10:21

**idea** 52:11
147:21 156:21
157:6 160:9

**ideal** 43:9

**identified**
85:7,12 112:5

**identify** 82:2
111:25

**identity** 157:11

**illegal** 79:19
80:2

**image** 102:11
122:1

**images** 16:20,
21

**immediately**
19:18 75:10
135:8 160:17

**impact** 21:19,
25 22:21,23
23:5,8,10,25
24:3 33:22

**impacted**
143:21

**impossible**
87:21 167:2

**inaccurate**
151:1,3

**incidence**
166:14

**incident** 23:11
30:15 107:23
130:9 131:22
132:1 146:12
147:5 157:11
165:9

**incidents**
66:10

**include** 170:25
171:4

**included**
159:15

**includes**
168:20 172:5

**increase** 33:25

**individual**
30:19,22 31:4
46:17 55:20
71:1 88:3,18
109:13,15,19
136:6 138:7,12,
14 144:18
158:20 159:4
160:7,13,25
161:3 162:17
163:1,4 173:17
175:1

**individual's**
170:3,10

**individuals**
28:16,18,21
29:17 75:16
77:17 109:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

130:15 133:4
138:25 168:12,
15 172:18,21,
23

**informal** 35:9

**information**
125:4 147:9
163:14

**informed**
79:14 135:15,
17,21 136:3

**initiated** 34:12

**injured** 140:3

**injuries** 148:5,
9,13,14,21

**inside** 28:19

**installer** 20:8

**instance** 31:3
53:5 70:23
73:21 74:11
92:15 93:11
99:7 135:21
162:14 163:3
166:18 173:5

**instances**
55:11 108:20
173:9

**institutions**
19:6

**instructed**
50:22 53:9,11
56:13 57:18,20
84:23,24,25
88:4 125:22
128:19 152:10

**instruction**
169:4

**instructs** 13:2

**intended** 77:13
107:14

**intentionally**
142:19

**interact** 42:13,
16 118:21

**interacted**
42:21 43:5

44:17 49:21,25
118:19

**interacting**
42:3 118:16,25

**interaction**
42:25

**interactive**
34:22,23

**interesting**
128:8

**intermixed**
175:16

**interrupt** 43:2

**interrupted**
10:14

**intersection**
49:1,4 56:23
58:2,5,11,22
59:21,24 60:6,
7,8,10,13 76:22
77:20 78:14,19
80:18 81:2,3,9,
11 87:10 89:14
102:16 106:1
111:8 113:15
114:8,10
115:11 116:9,
10 118:11
119:3 122:17
123:14 124:5
130:3,11 131:2

**intervene** 92:6

**intervention**
137:9

**introductory**
146:4

**investigate**
33:10

**investigating**
157:1

**investigation**
33:15

**investigations**
33:20

**irritants** 76:19,
25

**issue** 148:9
165:16

**issued** 45:5,7,
8 116:19
129:18,19,22
141:9 144:22
150:17,23
160:14 172:22

**issues** 145:9

**items** 39:15
60:22 96:20
97:13 117:12

_____

## J

**January** 18:14
26:8 27:9,15,24
28:1 30:12

**Jeez** 144:13

**jerk** 154:5

**jerking** 72:4

**job** 19:21 20:14
126:23 156:20

**John** 10:7,11
14:10,14 35:13
145:8

**Johnson** 9:5

**join** 20:23

**joined** 38:6

**joining** 25:18
26:1

**jolt** 92:25

**jolting** 104:21

**judge** 12:21

**jump** 10:10
151:9 155:23

**June** 16:15,20
18:16 22:8,11
25:19,21 26:3,8
27:2,6,15,25
30:12 31:8,15
134:18 136:17
139:3 140:20
141:8 142:20
150:9,12

**justification**
160:1 166:15
167:1 174:16

**justified** 88:6
93:8 98:15
109:22 158:18
159:11 160:12,
20 166:20
171:24

**justifies** 167:8

**justify** 98:3

_____

## K

**keyed** 47:23

**killing** 31:9

**kind** 18:5 30:7
32:12 33:12
38:20 39:24
40:13 44:8 46:1
47:8 48:8,10
62:25 65:23
69:23 95:2
100:10,14
108:18 112:8
115:15 121:18
126:6 127:4
165:12,13
173:2

**knew** 40:1,15,
18 59:9 86:9
136:10

**knife** 138:7

**knowing** 46:12
127:19

**knowledge**
25:4,8 35:15,23
36:7,12,22
47:14 78:18
79:18 127:23
143:24 144:7

_____

## L

**labeled** 110:12

**lack** 160:19

**lacrosse** 73:14
132:7

**lagging** 165:7

**large** 130:10,15
132:1 166:22
170:12

**law** 11:17
20:10,15
158:22,24

**lawful** 175:10

**lawfully**
162:19

**lawsuit** 148:9

**lawyer** 13:2

**Lawyers** 12:22

**Leah** 9:4
145:18

**learn** 43:19
137:2

**learned** 125:17
126:8 137:1

**leave** 109:6,7
159:6,9 160:17
172:23

**leaving** 47:10
48:21 129:11,
12

**led** 143:25

**left** 29:2 83:18
84:2,9 86:16
115:20 119:6,7
145:18

**leg** 67:14

**legs** 81:7 148:1

**lethal** 24:3,8,10
27:10,19 28:1,
11,14 29:12
30:16 38:17
41:6,11,12
45:5,7,9,18
60:22 61:3
66:20 78:2
94:24 114:5
117:3 129:18,
22 150:24

**letters** 67:22

**level** 18:23
46:4,8,12,16,20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

189

license 10:20

lieutenant 38:9 144:21

lieutenants 68:19 147:19

life 18:4 21:6,7 51:10 54:7,13 55:7

lifestyle 34:6

lifted 99:13,16

light 131:4,5, 11,17,18

lights 130:4,16

Lincoln 49:1 56:19,23 58:11, 22 60:6 80:18 104:5 111:8 115:11 119:3 122:17 124:6 165:1

Lindsey 9:5 11:13 145:17, 20

lines 124:21,22

list 46:1

listen 69:25 91:9 122:19

literally 24:14

lives 9:9 26:15 139:1 143:2

load 128:15,21 129:1 175:17

loaded 166:2

loading 73:14

locate 85:8

location 9:15 23:13 28:17 29:5 40:21 48:13 87:22 106:6 127:19 128:13,19 129:2

65:15 88:17 141:13,20 144:5

locations 48:6 127:9,10

Lombardi 38:16 118:14

long 15:1,3 22:22 34:20 38:25 54:7,16 67:11,14 77:12 82:7 138:7

looked 17:20 75:8

Lord 117:18

lost 132:14

lot 33:20 35:3 55:2 69:21 126:17 139:13

lots 50:25

loud 48:4

loudspeaker 61:20,22 62:25 63:24 64:12,25 159:17

low 111:22,23, 24 113:2,6 114:20

lower 151:6

—————

M

—————

machete 53:6

made 30:19 31:21 56:11 61:16,20 62:8, 16 63:7,20 64:5,24 107:13 127:10 128:6, 20 129:15 130:18 147:9, 10,13,16 172:24 173:11

main 47:5

maintain 20:15

maintainer 20:9

maintaining 117:8

majority 21:17 41:22 131:2

make 12:9,15 13:8 23:14 32:18 39:4,16 50:12 51:3,18 55:21 64:9 67:1 69:25 73:12 80:2,12 86:15 89:10 107:16 111:3 121:17 138:2 148:15 152:3 173:2

Makeba 9:18

makes 13:9 60:11 65:24 71:12 105:6 117:11

making 40:20 51:10 57:12

male 31:1 91:12 174:24 175:9

malfunction 92:23

malfunctioning 92:23

malfunctions 71:8 165:8

manage 23:25

management 23:6 24:20 25:6 27:16 28:5 34:17 142:13 143:12 161:7, 12

managing 142:13 143:11

manual 161:7, 12,20 169:9,16, 18

marching 29:7

Marie 10:22

Marine 104:8, 15

mark 111:9,13, 16 112:7 113:4

115:7 119:25 121:1,15 122:18 124:16

marked 68:16

marks 68:11

mask 66:25 67:18

math 39:4

matter 9:9 26:15

Mcnulty 10:2 176:6

means 150:12

meant 91:25 129:8,9 135:22 136:5

mechanism 63:1

medic 119:17, 22 120:1,3,7,8, 10,16,18,23

medical 32:19 39:16 120:11, 13,15 148:21

medications 13:18,22

meet 14:17

meeting 14:18 15:1,3 140:21 141:2,5,6,9,12

meetings 14:19,20,21,23 15:5

member 84:20 85:12 106:6 171:8,20

members 47:14 59:23 60:2 61:4,6 86:1

memory 13:16, 23 94:10 99:6

mentioned 37:18 147:25

met 14:8,14

methods 137:11 138:20

metro 59:17 116:4,8,10,13 119:7 126:19

metro-wide 59:15

Michael 9:24 10:3

middle 55:3 60:8,12 170:13

midnight 134:19

Mike 145:3

millimeter 84:13 138:9 144:19

millimeters 61:5

mind 162:3 165:9,18

mine 30:25 72:6 156:20

Minnesota 20:1,7,15

minute 110:15 119:25 145:25 153:4 154:10 159:20 164:15

minutes 74:9 96:18 112:7,17 123:6 145:24 152:24 153:18 154:12,16 164:5,22 173:21

missed 48:18 95:18

missing 172:1

model 148:15, 18

moment 89:23 98:3 99:13 149:1 151:19 153:15 154:11 161:4 163:18, 19 169:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-3   filed 06/09/21   USDC Colorado   pg 191 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
190

moments
174:19

Monday 14:24

month 24:16

months 17:13

morning 12:1
39:21 40:25
43:23 55:21
125:21,22

motion 71:11

motivated
33:11,13

motivations
33:18

mouth 47:7
48:18 128:14

move 23:17,19
43:14 51:4
57:4,15,18,20
66:4 67:12 69:7
76:15 81:24
83:5,6,9 86:18
88:5 111:8
124:8,12
125:11 127:5
131:8 149:20
151:5 171:11
173:10

moved 21:18
22:21 76:7,9
77:4 110:22,24
156:4

movements
130:20

moving 47:10
66:13 88:7 93:1
137:13,14
141:11 154:8

MT 176:12

multiple 61:24
66:10 81:7
157:17 159:5
174:14

munition 61:6

munitions
61:8

mute 153:6

mutual 158:5,
12

_____

**N**

_____

narrow 44:16

National 20:2,
7,12,15

natural 126:7

nature 46:22
64:17

nearby 29:13

necessarily
46:16 50:5,7
63:14 108:15
128:17 131:10

needed 40:19
41:5 56:5
127:3,5,8,10
160:16

needing 42:13

neighborhood
s 33:25

news 16:19,25
17:2,8,20

night 29:9
43:21 55:4

nightfall
130:14

nights 24:15

nods 12:11

noise 48:10
69:21,23 72:7
97:16,17

non- 169:3

non-peaceful
139:20

non-
threatening
108:17

normal 128:5

northwest
21:16

note 151:25
152:25

Nothing's 53:1

noticeable
68:11

November
20:25 21:14

number 9:13
12:2 67:15
151:6 152:15
165:5 166:9
173:7

numerous
27:1 71:9 132:2
159:8,14
175:12

_____

**O**

_____

O'DONNELL
38:9

oath 107:4

obey 29:19
171:23

obeying 88:18

object 12:22
64:13,16 74:15,
17 75:23 90:24
94:8

Objection
20:18 25:1,7,22
28:9 31:10
35:19 36:2,11,
15,25 41:7,20
45:21 50:3
52:5,20 53:14
56:17 63:3 64:7
70:7 73:22
74:12 75:12
76:12 77:14
78:25 80:3
82:12 84:17
85:14 86:13
87:19 88:13
89:1,7,18 90:8,
16 91:2,6 93:9,
23 94:6,25
95:14 96:5,22
97:8,18,21,25
98:4,16,25

100:5,19
101:14 106:7
108:2,13,24
109:10,18
110:1 113:19
114:13,19
115:22 116:5,
15 119:10,14
123:9,20
127:15 128:3
129:7 135:25
136:8 140:23
141:23 142:5,9,
22 143:3,14
152:7 157:14
158:1,7,14
159:22 160:3,
22 168:3,23
171:6 172:11
173:14 175:7

objections
12:22

objects 51:2
73:11 75:10,18
81:8 94:5 132:2
152:2 175:17

obligation
92:5

obligations
20:11

observe 108:4
130:19

observed
30:25 104:3
105:9 156:14
171:22 175:9,
12,23,25

observing
157:10 173:18

obtain 19:1,3
25:9

obtained 19:19
150:18

obvious 80:6

OC 61:10
101:18

occasion
107:1

occasionally
52:24

occurred
24:13 30:1,9
140:22 155:19

occurrence
126:8

occurring
26:19 52:8
92:23 167:6

office 16:5
32:5

officer 9:8
10:13,18 12:1
14:4 15:11,13,
14,15,16,19,21
21:2,15,17
22:10 32:25
33:1,3 46:18,
19,21 54:17
68:23 82:19,24
83:12,16,19,22
84:2,3,10,15
85:23 87:22
88:8,23 89:6,
10,15,22 90:5,
21 105:22,25
106:3 107:4
109:21 111:6
112:6,8,9
113:4,5,21,22
114:1,15,24
115:16,18,20,
25 116:1,4,13,
14,17 119:7,8,
13,21 120:1,13
121:4,10 123:5,
11,19 124:19
127:24,25
128:1 130:2
132:14,24
134:1,4,7,10,
12,15,17 135:3,
8,13,23 136:6,
16,21 137:12
138:6,11,19
139:2,15,25
141:13,20
142:3,7 143:7
146:3 149:14,
18,25 150:21
151:1,2 152:16
153:23,25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

154:18 155:2,6,
10 156:11,12
157:13,24
158:12 160:8
164:24 167:23
170:16 173:16,
17

**officer's** 175:6

**officers** 18:15
24:24 25:5
35:25 36:8 51:4
58:7,10 59:8
61:25 65:9 68:3
77:16 82:1,2,10
84:16 86:9
88:4,8,11 89:5,
15 92:2,5,6
94:5,23 97:13
113:15,17,24
115:14 116:19
120:3,4,6,19
122:19 123:4
125:7 126:18,
21,23 127:2,7,
19 128:25
137:8 139:25
154:2 157:19,
21 159:5,10,12
160:6,9,14
162:18 167:10
168:13 171:24
172:25

**officers'**
130:17 140:4
141:2 157:10

**official** 56:2
148:12

**oil** 23:12 25:12,
14

**older** 17:24
18:1

**online** 17:2,5

**operations**
22:2 146:15
147:11 169:9,
16,18

**opinion** 80:20

**opportunities**
34:8

**opportunity**
50:9,16,25 56:9
126:17

**opposed**
143:12

**options** 61:3
137:14 161:22
170:2,9,16

**order** 57:4
62:24 141:9
144:20 159:9
171:15,18
173:8 174:1,11
175:10

**ordered** 48:22
51:20 52:4,19
110:7 171:11

**orders** 66:4,7
77:19 78:15,23
128:20 168:12,
21 171:1,5
172:6,10,17

**outfit** 67:8

**outreach** 34:2

**overtaken**
126:24

———————

**P**

———————

**p.m.** 32:4 39:7
41:15,19 42:20
49:9,13,18,22
50:1 56:16,24
58:23 61:15,19
62:7,17,18 63:5
66:16,18 69:14
78:18 93:3
94:11 96:17
107:23 123:23,
25 124:6 153:3
176:12

**pack** 119:17,22
120:1,8,10,16,
23

**packages** 81:4

**packs** 120:3,7,
18

**paint** 30:20

**painting** 29:15

**panel** 152:20,
21

**pants** 67:11

**paragraph**
151:11,15,19
152:1 153:25
154:9 162:23

**Paramedics**
139:9

**park** 30:18,21
57:10,13,20
60:6,9 66:11
79:24 104:4
124:9,12
158:21 160:16
162:20

**part** 23:5 59:10
71:16 73:7
79:14 86:2,11
95:4 105:5
113:17 155:11
161:1 166:22
174:14

**partially** 98:20

**participants**
83:2 152:20

**participate**
44:8

**parties** 10:24

**partner** 30:25
65:10,17

**partners** 132:4

**parts** 97:5

**passing** 85:2
125:6

**passionate**
21:8

**past** 17:18
46:12 57:18
66:11 96:17
154:9 158:20
159:6 160:15
172:23

**patches** 67:22

**Patrick** 11:16

**patrol** 21:15
22:10

**Patron** 130:22

**pause** 99:25
165:13,15

**paused** 104:6
154:16 164:5,
22

**pausing**
156:10

**pay** 58:25 79:2
81:25 87:9
91:16 122:22
127:21 165:10

**paying** 47:25

**PDF** 149:2
161:20 169:22

**peace** 57:1

**peaceful** 23:11
139:16,20,21
140:3

**peacefully**
79:11,23 160:2

**pedestrian**
171:10

**pending** 9:11

**people** 23:13,
18,21 29:1,17,
18,20 40:19
42:13 47:8
65:13,24 74:22
75:9 79:11
81:15 86:16
103:12 105:17
109:25 129:9
130:4 168:20
175:16

**people's**
138:25 139:10

**pepper** 61:1
65:8,12,13
87:13,18 88:2,
8,11,16,23
89:5,16 90:5,19
91:5 131:20

**pepper-** 39:15
88:16 99:13,16

132:8,24 138:9
152:1 155:17
156:14 167:20
174:20

**pepper-ball**
28:23 31:1
45:8,10,13,16
46:13,24 47:1
60:16 65:3,14,
25 66:2,5,9
67:4 69:18,24
70:10,22 71:5,
8,11,12,19
72:1,10,15,18,
24 73:6,21
74:10,20 75:4,
11,19 76:24
77:25 92:16,21,
24,25 95:3,4,7
97:16 99:22
102:4,7,11,13,
20,23 103:4,17,
20,22,25 104:3,
7,13,18 105:10,
18 108:17
109:1,15,17,20
114:1 115:21
116:20,22,25
117:20 118:1,5
129:20,24
131:14 133:13
144:14 150:17,
23 151:23
154:1,5,19,22
155:2,4,11,22
156:13 157:8,
13,25 158:24
160:21,25
161:3,25 162:8,
13,24 163:3
164:25 165:5,8
166:9,16,20,22
167:1,8,14,15
168:7,15
170:17 171:13
173:11 174:21

**pepper-balling**
109:8

**pepper-balls**
76:10,25 92:18
103:13 105:12
108:1,4,7,11,21
109:24,25
131:23,25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

132:10 133:4,9, 10,11,18

**perceiving** 89:23

**percent** 112:14,25

**Perfect** 149:5 150:3

**period** 31:15 94:11 96:16

**permission** 23:16

**person** 42:21 69:18 73:9 75:9 84:7,9 86:15 87:6 116:3,12 133:9,11,19 138:8,10 157:7, 13,25 158:11 159:12,25 167:14,16,23 171:15 174:22 175:24

**person's** 47:1 108:21

**personal** 61:4 168:15

**personally** 128:9 133:15 135:23 140:12, 13 168:17

**persons** 45:19

**phase** 51:3

**phone** 50:20

**photo** 10:21 119:6

**photos** 16:21, 23 17:5 148:13

**phrased** 59:6

**phrasing** 151:4

**physical** 90:12 171:8,20 172:24 173:1,5, 11 175:11

**physically**

72:4

**pick** 73:11 98:14 175:15

**picked** 64:5,10

**picking** 71:1

**picture** 119:21

**pictures** 32:12

**place** 30:17,24 74:23 117:13 126:22 127:5

**plaid** 91:9

**plaintiff** 10:3

**plaintiffs** 9:19, 22,25 11:15,18, 20 145:4

**plaintiffs'** 9:16

**plan** 125:7

**plausible** 136:15

**play** 52:1 70:11,16 71:14, 17 93:25 97:1 100:6 103:12 104:22 112:15, 18 120:25 122:18 153:4,9, 14 156:6 164:14 174:15

**played** 71:10 72:20

**player** 103:10

**playing** 94:15 165:19

**PLAYS** 69:9,15 70:2,19 71:23 72:12 75:5 76:3 82:5 86:20 87:11 91:17 92:11 93:4,16 94:2,16 95:10 97:3 99:11,20 100:1,12 101:25 103:7, 14 104:24 111:10,14 112:21 121:2, 12 122:14,24

124:17 153:7, 21 154:14 156:8 164:16, 21 165:24 166:6

**plugs** 55:16

**point** 24:6 31:25 37:22 43:8,10 48:4,25 57:9 70:12 79:24 81:5 90:11 93:6 95:24 98:19 112:19 126:3 130:13,18,21 132:8 133:14 136:17 147:25 155:4,17 158:20 159:17 173:3

**pointed** 131:4, 5

**points** 131:19

**police** 18:16 19:16,22,24 20:17,23 21:1, 11 22:4 24:23 26:15 31:7 35:17 37:4 56:3 59:20 63:17 67:21,22 111:6 127:23 130:12 137:8 138:19 139:2,15 142:21,24 143:11,20,21 149:2 150:23 157:12,24,25 158:3,5,12 161:7 168:19 169:10 175:12

**policies** 35:18 36:1,9 144:8,11

**policy** 43:6 56:2 65:7 88:21 91:1 135:7 158:18 172:4,9

**ponytail** 111:22

**poor** 120:15 151:4

**popping** 69:23 70:4 94:18 97:17,22

**Porter** 11:17, 19

**portion** 154:19

**position** 19:19, 24 20:6,11 137:20

**positions** 20:16

**possession** 45:8 129:20

**possibility** 51:8 74:16

**post** 127:14

**pouring** 30:20

**power** 138:16

**powered** 130:16

**Powerpoint** 34:24 35:1

**practice** 35:5

**practices** 144:8,11

**preparation** 134:8

**prepare** 14:5,7 17:18 18:10 58:19 142:12, 18

**prepared** 143:22

**presence** 137:12 138:19 139:2,15

**present** 14:15 15:5 34:4,5 38:4 157:17 158:21

**presentations** 34:25

**preserve** 50:15,21 51:10 53:1,2 55:24

78:4

**presidency** 26:21

**press** 112:15

**pretty** 18:9 35:4,9 55:5 75:7 80:6 81:7 117:18,19 127:7 137:21 173:24

**prevent** 175:6

**previously** 125:20 139:18

**prior** 20:16 24:19 25:12 34:17,18 39:23 43:21 49:22 50:1 65:2 66:5, 8,15 67:4 74:20 75:10 77:20 78:15,18 88:24 89:6,16 90:6 98:23 107:22 109:8,14 142:12

**private** 23:16 57:3

**privy** 147:9,10, 13,16

**proactive** 21:22

**problem** 36:21 82:16 91:21 123:18 162:4 165:21

**procedures** 35:18 36:1,9

**PROCEEDING S** 9:1

**process** 77:18 155:11

**prohibited** 108:7,12 109:17

**projectile** 162:25

**proper** 41:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**property** 23:16
57:2,3

**protect** 56:4

**protecting**
77:16

**protest** 16:20
23:11 24:1,11,
13,19 25:12,14,
19 32:15 33:4
35:17 46:5
79:12,15,19,25
85:8,17 96:3
106:11 135:16,
24 136:7 139:3,
16,24 140:16
142:24 143:25
144:3,20 155:5
172:9

**protester** 53:5
88:24 89:4,14,
16 90:3,6 91:5,
10,24 92:3
95:23 102:2
103:23 104:7,
13 105:7,10,14
107:24 108:5,6,
9,17,21 109:4
156:13,14
160:1,5,12
174:19

**protesters**
38:21 40:24
41:3 44:17 50:1
57:5,10,13,20
62:12,19 63:1,
16,22,25 64:12,
25 66:1,8,11,19
67:5 76:6 77:3
79:7,9,23
95:16,20 96:1,9
97:6,7 98:20
102:15 124:8,
12 133:1
139:17,20,21
140:3 142:20,
23 143:1,7,11,
20 162:19
175:13

**protesting**
26:15 79:10,23
143:7,11,20,21

**protestor**

174:20

**protests**
16:15,22 17:6,
14,16 18:16
23:22 25:21
26:2,7,9,11,14,
18,21,22 27:2,
6,11,12,16
31:8,14,22,25
32:9 35:25
36:8,14,23 37:2
40:16 46:9,10
55:9 56:6 58:16
61:25 118:24
127:14 129:21
131:19 133:21
134:23 136:5
140:8,11,18,22
141:7,15,22
142:1,4,13
143:17,22
144:9,15 146:5
147:6 158:6
163:15 172:8

**protocol** 41:23
152:6

**provide** 12:17
13:12,19 14:1
22:15 23:21
39:2 60:1 62:2
66:18 67:3
120:11,13,15

**provided** 16:3,
4,23,24

**providing** 62:6
90:1,6

**public** 42:3,14,
16

**puff** 105:11

**puffs** 104:17
105:9

**pull** 112:1
163:18

**pulled** 161:14

**pulling** 163:24

**purpose** 77:7,
10 85:5 120:9

**push** 57:13
151:22

**pushed** 57:9
76:6 139:8
155:7,16

**pushing** 66:11
154:8

**put** 81:15
120:16

**putting** 85:5

———

**Q**

**qualified**
173:12

**question**
12:15,17,18,19
29:20 36:4
64:14,15,17
70:21 73:25
75:21 77:24
82:21 89:13,24
92:13 93:17,18
94:3 98:17
107:15 134:3
135:7 137:21
139:19 143:18
146:4 156:25
158:3 166:25
170:7 171:2
172:1,2 174:10
175:19

**questioning**
13:7 66:14
106:24

**questions**
12:14,23 13:10
18:23 54:3
62:22 107:19
145:1,4 176:4,7

**quick** 122:6
145:23

———

**R**

**radio** 21:21
47:11,17,20,23
48:1,3,17,23
126:18 127:7
128:10

**radios** 47:15

**raise** 11:6

**raised** 73:13
154:2

**ran** 29:17

**range** 27:18
170:2,9

**rank** 68:8,16

**rapid** 32:9,13,
19

**rates** 33:24

**RBJ** 9:13

**RDV** 37:21
42:12,15,18

**RDVS** 32:10
35:4 37:18
39:14 106:11
128:16

**re-branded**
22:1

**reaching**
73:11

**reaction** 51:3

**read** 149:20,22
151:8,19
153:25 171:25
174:4

**reads** 162:24

**ready** 11:23
40:14,17 71:2
142:15

**real** 122:6
145:22 166:18

**realistic** 50:10

**reality** 48:11
167:6

**reason** 49:18
52:14 75:18

**reasons** 65:6
78:3

**recall** 41:2,4
42:24 43:25
47:24,25 48:2
53:15 58:16
59:2,7 63:5,6
81:18 85:25

94:11 95:12
99:7 105:25
118:4 120:22
125:2 133:24
134:14 146:7
155:21 175:24

**receive** 34:14
77:19 78:14
140:7,14
148:21

**received** 25:15
34:18 37:3
78:23

**recently** 17:21

**recidivism**
33:24

**recognize**
58:25 82:2
111:17 112:12,
19,23 115:7,9,
10,17 125:1
149:15

**recollection**
59:3

**reconvening**
93:20

**record** 9:4
10:19 12:23
13:8 53:22,24,
25 71:22
105:20 106:18,
20,21,25 107:2
122:7,9,10
124:16 132:16,
18,20,21
145:19 149:13
152:25 154:12,
15 176:11

**red** 67:23,25
68:4 82:22
83:12,19 84:5,
15,18,20,23,24
85:11,17,18,22
86:2,7,11
115:17 116:13
119:8,21 121:5,
8

**Redfearn**
123:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Redfearn's**
111:7 122:16

**reduce** 33:24

**reduction**
34:11

**refer** 75:14

**referring** 27:13
31:15 41:9
56:21 96:14,16
124:4 140:19

**reflect** 73:9
171:18

**refuse** 29:19

**refusing** 109:6
171:12,22

**regaining**
126:25

**Reidy** 11:16

**related** 33:19

**relation** 148:4

**relationships**
34:1

**released** 43:22
125:20,21

**relying** 46:11

**remember**
18:18 28:10
29:6 40:17,23
41:1 42:23
43:13 44:14,23,
25 48:23,24
49:3,5,8 51:20,
23 52:8,9,16,18
54:5,6 55:11,13
57:17 58:8,9,13
60:7 61:21,22
62:7,10,15
63:8,10 71:7
72:19 83:24
85:1,4,24 90:18
92:4 93:11
94:14 95:15
98:7 99:16
110:7 113:16
114:7,9 118:12,
16,18,24 119:2
123:13,17,24
124:2,11 125:8,

17 130:8,25
131:25 134:6,
12 136:20
157:18,20

**reminder**
52:15,25

**repaired** 32:15

**repeat** 25:3
36:4 104:10
136:1 161:1
170:7 171:2

**repeated**
107:3 125:4

**rephrase**
12:16 20:13
25:24 36:17
57:8 61:19
74:1,3 135:7
143:19

**replay** 104:19

**replaying**
165:9

**report** 38:14
148:12,13

**reporter** 9:6
11:7,8,12 12:8
145:20

**represent** 9:19
49:17 68:7

**representation**
49:19

**representing**
10:11

**require** 137:10

**required** 12:23
89:3 135:13
137:8

**resistance**
46:13,14,15,25
47:3 88:17
109:5 133:5,13
168:8,11,20
169:5 170:3,10,
14,23 171:4,19
172:5,10 173:6,
8,13 174:2,12

**resistances**

109:2

**resources**
34:8

**respect** 42:6

**respond**
33:10,13,18
53:6 126:23
127:9 143:16
148:10

**responded**
23:12 26:23
32:7 138:6

**responding**
51:4

**response**
18:16 22:2 31:8
77:16 78:4
82:18 143:25
144:3 170:2,9,
16

**responses**
170:2

**responsibility**
23:14 33:8
37:20 65:20,22

**responsible**
55:18,19 65:23

**rest** 32:23 33:5
37:23 82:15
86:6

**restarting**
153:17 154:13

**rested** 117:24

**restrain**
107:15

**restraining**
141:9

**result** 144:8

**resume** 22:13
24:15

**return** 125:22

**review** 15:8,10,
14,16 16:11
17:17 134:7,10,
15

**reviewed**
15:11,13,21
16:2 18:19
134:12 161:11

**ride-along**
21:7

**rifles** 117:3

**right-hand**
87:5 111:17

**rights** 79:10
139:22

**roadway** 93:20

**rock** 73:14

**rocks** 80:9

**role** 23:8

**roles** 147:2

**room** 117:19
145:13

**routes** 34:7

**rule** 12:22

**rules** 12:7
169:19

**run** 76:9 122:5
142:19 175:15

**running** 32:17
74:23

**runs** 78:11

**Rutahindurwa**
9:18,19 11:1,
13,23,25 53:16,
20 54:2 64:18
69:10,12,16
70:3,20 71:21,
24 75:6 76:4
82:6 83:10
86:21 87:12
91:18 92:12
93:5 94:17
95:11 97:4
98:9,12,13
99:12,21 100:2,
13 102:1 103:8,
15 104:25
106:15,23
107:8,17,21
111:2,5,11,15
112:22 113:12,

13 121:3,13
122:3,12,15,25
124:18 132:13,
23 144:25

_____

**S**

**sad** 48:7

**safe** 42:8
136:15

**safely** 23:17,19

**safety** 142:17
175:22

**Sampson**
35:14 84:10
105:25 106:3
116:1

**Saturday**
150:21

**scanning**
103:1

**scary** 138:11

**scenario**
133:16

**scene** 29:17,19
32:16 48:4 65:9
73:10 75:8
147:20

**schedule**
37:13 146:7

**scheduled**
31:24

**school** 21:7

**schools** 34:2

**Scott** 118:13

**screaming**
48:5 104:8
127:7

**screen** 68:20
74:24 86:16,17
110:19,20
111:3 149:1,8
152:14,19
155:25 163:25

**screen-
sharing** 81:22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Sebba** 9:24
11:3,22 132:16
145:3,7,17
146:2 149:24
153:11,15,22
156:9 163:23
164:17 165:16,
20,23,25 166:7
173:23,25

**sec** 83:4

**seconds** 70:16
76:2 77:12 82:7
93:13 96:11,24
97:1 112:18
123:6 145:23
152:25 153:3,
16,18 154:13,
16 156:7
159:20 164:5,
23

**section**
162:22,24

**secure** 175:17

**secured** 24:9
117:3

**security** 20:11
28:19

**security-type**
20:16

**self-** 34:11

**self-initiated**
21:19

**sense** 12:15
13:8,9 60:11
64:9 65:24 67:1
127:23

**sentence**
150:20 151:3
152:1

**separate** 33:17
106:11 172:2

**separated**
30:22

**separately**
14:17

**sergeant**
32:20 38:16
44:2 68:10

118:19 121:22

**sergeants**
118:10,13,17,
21,25 119:2
123:14 147:19

**set** 117:22
139:8

**shake** 81:16

**share** 149:1
152:15 153:14
155:25 161:4
163:24

**shared** 68:20
110:11

**sharing** 152:15
163:17,25

**Sharp** 9:4

**shattered**
148:1

**shattering**
81:6

**Sherman**
30:18

**Shermanack**
113:25 114:1,
24

**shield** 59:9

**shift** 37:6 38:25
39:9,13 41:22
43:17 44:7
50:18 55:6 56:7
117:13 125:15,
24 127:8

**shifts** 55:1,3

**shine** 130:16

**shirt** 67:15,18
91:10

**shoes** 91:12

**shoot** 51:6
52:11 71:10,13
108:16,21
109:24 133:9,
10,11 154:4,19
155:4 156:12
166:1

**shooting**
33:13,16 65:11,
14 66:2 70:23
71:16 99:24
108:6,9 133:15
154:3 160:1,12
167:13,15,20

**shootings**
33:11,18 34:5

**short** 32:10
72:21 125:3

**shortly** 17:6

**shorts** 91:9

**shot** 76:24
83:11 86:11
102:4 103:13
105:7,14
107:24 154:22
155:1 157:7,13,
25 158:11,24
159:21,25
160:5,6,9
173:10,16
174:20

**shots** 156:16,
19,23 158:18
160:8

**show** 45:24
67:7 93:12
96:13 122:2,13
138:25 147:22
148:25 152:13
169:7

**showed** 46:2
77:6,11 86:1
96:7 103:16
126:11 154:24
156:22

**showing** 83:2
110:10 124:15
138:24 164:4

**shown** 96:24
115:15

**shows** 169:23,
25

**shut** 110:25

**shuts** 110:4

**side** 30:8 32:12

60:10,11,13
69:3 83:2 87:5
106:12 111:17
117:24

**sidewalks**
23:19

**sight** 74:4

**sign** 115:16

**signature**
150:4,6,9

**signed** 134:18

**signs** 74:22
142:25

**similar** 33:21
92:13

**simple** 137:21

**simply** 173:11

**single** 174:8

**sir** 154:21
156:20

**sister** 17:24
18:1

**sitting** 96:2

**situation** 29:16
31:2 52:22 53:6
65:11 90:9
128:8 130:21
138:4,11
139:16 151:22
174:8 175:1

**situations**
143:13 162:9

**Size-wise**
117:16

**skirmish** 57:9,
15 63:15,21
64:21 77:4
83:25 115:10
125:10 157:21
162:13,14,18

**slashed** 32:14

**sleep** 136:14

**sleeve** 67:15
68:6,9 121:16

**sliding** 155:24

**slightly** 113:5

**sling** 95:5,6,7
96:8,14 97:5

**slowly** 131:8

**smack** 129:10

**small** 23:13,20
96:11 117:18,
19 139:10
145:13

**smaller** 28:25
29:22

**smashed**
28:16

**smoke** 61:10
100:14,24
101:5,11,17,23
131:21 132:2,3
152:4

**sneeze** 163:20,
21

**solely** 74:8
77:17 166:25

**sort** 21:4 22:2
23:1 29:16
30:3,23 32:7,23
33:4,5,21 34:5,
19 35:3,7 37:23
38:4,5,8,14
42:4 45:3,19,23
47:14 50:14
52:22 58:10
59:9,10,11,23
60:10,25 61:8,
13 65:17,20
68:3,13 75:20
82:10,20,23
83:16,19 84:3
85:1,3,13,16,
18,23 86:3,12,
16,17 90:10
104:4 106:11
107:14 113:18
116:14,19,23
117:5,22,23
119:13 120:13,
22 126:16,23,
25 127:12,13,
18 128:14
131:8 138:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

139:24 140:18,
21 144:5,18
159:3 165:17

sound 105:3
130:14 153:9,
10,17,19

sounded 70:5

sounds 105:1

south 30:8

southbound
60:9,13 104:4
130:10

sparks 100:14

speak 12:12
17:22 29:8
43:12 89:10,22
91:15,24 92:2
96:9 109:20
155:18 160:6

speaker 62:3,4

speakers
61:24 62:1
63:21 172:22

speaking
57:22 172:7

Special 22:2

specific 17:7,9
26:24 38:3
40:17 45:18,24
55:13 56:22
79:21 80:5 81:9
90:18 94:11
95:23 96:18
98:8 99:7
104:21 105:5
117:23 120:1
125:16 126:10
128:13 129:14
131:10 133:1,4
141:10 146:7
147:21 149:22
154:4,6 160:8
162:25 163:4
167:14,15,23
168:5 175:19

specifically
22:13 27:12
29:6,8 30:2
41:2,21 42:11,

24 43:25 44:21
48:22 49:5,8
52:8 54:5 56:21
58:14 59:5,7
68:13 70:13
72:19 73:5,17
75:15,23 76:24
77:25 85:4
94:14 101:1
109:22 110:7
114:10 118:18
119:1 120:18
125:8 129:13,
22 130:8
133:12,25
134:12 135:18
155:19,21
158:9 160:5
161:14 165:10

split 106:10

spoken 18:15

spot 39:5
129:14 166:3

spray 29:15
61:1 87:18
88:2,8,12,16
90:19

sprayed 87:13
88:23 89:5

spraying 91:5

sprays 89:16
90:5

spring 24:18

squat 59:17

stamp 68:24
149:14 152:24
154:17 156:5
161:5,21 164:1,
6,8,24 169:12,
22

stand 29:14
30:6

Standard
135:7

standing 59:1,
3,4 60:5 75:9
83:24 93:8
95:22 96:1,2
97:10 102:15,

18 103:23
104:13 108:10,
22 109:4,15
112:8,10 130:9
160:2

stands 137:8

stars 68:17

start 30:21
39:2 43:17 44:7
69:5 72:8 81:24
82:4 87:4 103:9
106:23 140:13
145:21 148:24

started 28:25
29:1 39:5,13
40:19 41:4
43:10 44:24
69:20 104:2
124:7 125:15,
25 145:8

starting 9:16
21:11 22:6
41:15 69:13
71:21 93:2
103:11 104:22
112:17 120:25
137:12 152:23

starts 130:23
151:12,15

state 9:14
10:19 11:15
12:2 72:9
106:24 148:7
155:6

stated 21:13
32:23 55:24
74:3 75:15
80:17 92:24
123:16 130:2
131:11 136:11
138:19 139:18
150:16 168:6
172:4

statement
15:14,15
134:13 135:8,
14 149:18,25
150:21 151:1,2,
7 153:25 155:2,
6,10 167:24

statements
15:11,13,17,19,
21 75:15
105:22 130:2
134:1,4,7,10,
15,17 135:1,4,
24 136:6,11,16,
21

States 9:11

stating 107:2

station 130:13

stationed
61:23 126:22

stay 100:7

stellar 53:8

step 168:14
172:3

Stephanie
113:25

stick 73:14

sticker 82:22
83:12 84:5
85:11,22 86:8,
11 115:17
116:13 119:8,
21 121:8

stickers 68:4
83:20 84:15,19,
21,23,25 86:2

sticks 132:7

stood 173:12

stop 92:10
111:13 115:16
132:6 163:17

stopped 82:9
94:20 121:15
123:6 154:12
165:17

stopping
86:22 111:16

straight 142:16

street 21:15,
17,23,24 23:18
34:10 39:23
40:24 47:22
90:3 138:6

streets 126:13

stressful
137:16,22
138:2,11,24

strike 29:24
52:2 53:10 57:7
79:5 107:9
122:1 126:9
140:6 160:21

striking 105:10
108:5

strip 69:2
149:9

struck 81:3,7
156:14

structures
30:20

struggling
34:3

stuff 34:12
40:14 132:6

submit 134:1,4
135:13

suck 55:7

sucks 115:24

suicidal 138:7

summer 22:17
30:10

super 54:21,22

supervisor
37:25 38:4 40:6
44:3,5,25
124:13 128:22
129:16 140:10
141:13,20
146:18,19,22
147:14,17,19,
21 156:22
163:2,6,8 168:2

supervisors
38:2,4,5,8
57:24 135:19
163:11

supplied 39:15

supplies 32:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ Document 117-3 filed 06/09/21 USDC Colorado pg 198 of 200
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
197

**support** 26:14 143:2 162:12 168:7

**suppose** 45:9 157:3

**supposed** 126:14 132:6

**surrounded** 28:22 32:15

**surrounding** 42:9 133:8

**swat** 116:4,8, 10,13 119:7 126:20

**swear** 11:8

**sworn** 11:6

**system** 20:8 55:17 150:24 151:23 152:2 155:12 161:25 162:8,24

**systems** 117:3

—————

**T**

—————

**table** 117:21

**tack** 67:20

**tactical** 67:16

**tactically** 126:20

**Tag** 150:22

**Tak** 118:14

**takes** 166:22

**taking** 12:8 29:18 45:25 165:12 175:11

**talk** 137:11

**talking** 21:3 44:19 91:11 96:18 124:23 164:7

**tall** 114:22,24

**taller** 115:1

**Tana** 9:8 10:11, 22,25

**tap** 47:9 57:17

**tape** 67:23,25 85:2,5,17,18

**tapped** 48:20 57:21

**target** 131:21 132:25 144:17

**targeted** 75:16

**targeting** 71:1 77:17

**targets** 152:4

**taser** 61:2

**taught** 138:20

**team** 21:19,20, 25 22:2,21,23 23:5,8,10,25 24:3 32:23 33:5,22 37:23 38:6,14 45:19 47:15 48:25 58:10 59:23 61:13 68:3 84:12,20 85:13, 23 86:2,3,7,12 113:18 114:12 116:23 119:13 120:22 127:13, 18,25 128:1,22 129:6,12 140:21

**teammate** 85:9

**teammates** 142:17

**teams** 23:24 58:2,4

**tear** 70:5 76:10, 21,22 78:10 100:3,17,21 101:2,10,18,22 124:20

**technical** 101:18

**technically** 31:24

**technician** 9:5

**techniques** 136:23,25 137:6

**technology** 50:12,19 53:7

**tells** 124:19

**temp** 113:21,22

**temporary** 141:8

**ten** 29:23 60:2, 3

**tend** 138:25

**term** 101:18

**terms** 80:1 172:7

**testified** 18:12 27:14 28:6 34:13 126:7 150:17 163:10

**testifying** 129:6

**testimony** 11:9 13:12,19 14:2 103:17 104:15 109:23

**therapy** 142:14

**thing** 13:5 100:7 126:6 149:6 156:12 165:12 166:5

**things** 12:11 16:25 21:24 33:19 34:5,8 35:9 40:14,17, 19,20 44:24 46:19,22 48:23 50:23 51:6,15 52:10,23 65:15 66:13 76:10 80:8 137:13 149:22

**thought** 129:9

**threat** 78:4 175:3,21 176:2

**threatening**

88:12

**threw** 74:15

**thrilled** 139:23 140:1

**throw** 67:21 71:2 74:17 78:10 81:17 100:25 123:2

**throwable** 61:6,8

**throwing** 85:3 122:20

**thrown** 75:10, 18 76:11 93:21 94:5,8,12 96:13,20 97:13 100:4,18,22 101:3,5,22

**tied** 21:21 126:18

**tilt** 145:10

**time** 9:7 12:12 13:1 17:7 20:4 25:3,24 28:13, 15 29:1,11 31:15 32:3 35:12,14 36:4, 19 37:6 38:8 39:3,19 41:2,4, 5 42:2,10,20, 21,25 43:9,17, 22 44:16,18 47:8 48:13 49:3,8,15,16 52:15 68:24 69:14 72:9,14, 17,21 75:2 77:3,15 82:8 88:22 92:17,21 93:15,25 94:3, 11 95:13 96:10, 16 98:8,18 103:6,11 104:11,22 107:13 108:19 110:8 113:20 118:15 120:17 125:15,16,22 131:2,10 136:2, 11,17,18 145:18,19

146:25 147:3,6 152:24 153:1, 18 154:17 156:5 158:20, 22 161:15 164:5,24 165:19 166:8, 11,18 167:12, 24 172:23 174:13,17

**timeframe** 96:19 154:24

**timer** 145:22

**times** 14:11 17:10 27:3,5,8, 14 28:3,5,6,7, 11 37:13 44:24 50:21,22,25 51:14 53:3 54:19,23,24 55:6 71:9 104:3 118:19 128:17 129:10 131:15 138:5 159:8,25 160:2,5 165:5 166:9 173:7

**tiny** 149:9 162:2

**tires** 32:14

**title** 161:6

**today** 9:5,6 13:13,20 14:2, 5,15 17:24 18:3,11 22:13 31:7 129:6 134:8 146:4 147:25 173:7

**toggled** 43:12

**told** 30:23 32:21 43:22,24 44:10 77:25 127:13 128:15 160:14 172:22

**tone** 137:13

**tool** 138:16

**top** 24:17 26:25 49:16,23 67:16 123:7 146:8 149:2 164:8



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021

198

165:3 170:1

**torso** 105:13

**total** 28:7,8,10
134:16

**totality** 89:21
137:25 138:22
158:25 174:7

**totally** 86:4
172:1 174:25

**touched** 127:6
159:3

**towed** 32:16

**traffic** 23:17
171:10

**trafficking**
26:23

**train** 35:3
126:17

**trained** 24:20,
25 25:5 41:23
42:1 45:13
65:20 79:5,7,9,
10,11 126:20
133:3 136:23

**trainers** 35:7

**training** 24:22
25:10,15 34:14,
16 35:10,15,23
36:6,12,21 37:3
42:1,5 46:11,23
79:14 81:19
90:15,19,22
120:12 133:8
137:9 144:5
161:11,17
169:1

**trainings**
34:19,20,22,24
35:2 143:25
144:2,4

**trains** 169:3

**transmissions**
48:19

**treatment**
148:21

**tree** 100:9

**trigger** 71:12

**triple** 122:20
123:2

**troubled** 21:4

**truck** 63:16
64:22

**trucks** 32:11

**true** 107:12

**truth** 11:10

**truthful** 13:12,
19 14:2

**tune** 48:8

**turn** 41:18 42:2
43:6 49:12
50:9,16,23
51:1,7,11,19,
20,23 52:4,12,
16,19 53:2,9,11
54:12,13 56:11,
15 110:5,8
161:19

**turned** 21:8
49:15,16,17
53:13 123:22

**turning** 54:25
55:1,2,5

**turns** 79:15

**two-minute**
122:4

**two-second**
96:23

**type** 148:18
170:3,10
171:19

**typical** 127:18

_____

**U**

**U.S.** 104:8,14

**UCB** 28:16

**uh-huh** 12:11

**ultimately**
138:13

**unable** 152:3

**underneath**
115:16

**understand**
12:15 31:6
36:20 47:18
65:7 73:24
77:24 86:4
91:25 143:17
158:17 166:24

**understanding**
35:16,24 36:7,
13,18,22 42:5
46:8 56:20,24
57:6 67:3 77:9
78:1 79:8
101:21 126:14
133:17 143:15
155:3 158:2
168:10,18,24,
25 174:5,17

**understood**
12:19 65:17
155:23 158:11
174:13,18

**unfair** 75:20

**uniform** 32:20
55:16 67:10,12,
17,24 68:12,14
82:20 86:5,8
114:18 120:16

**unintentional**
12:13

**unique** 126:16

**unit** 21:22 22:1
23:1,3 25:18
26:1 32:7,13,16
33:10,17 35:3,
6,11 45:3,23
47:6 59:9,12
60:22,24,25
61:9 83:16,19
84:3,16 85:17
105:17 106:6,9
117:2 118:13
119:12 120:6
123:5,7,19
140:18 146:22
147:16,18,21
163:2,8,11

**unit's** 33:7
141:17,21

**United** 9:11

**units** 47:21
68:12 85:19
126:20

**University**
19:2,6

**unlawful**
78:19,22 79:3,
15,25 80:2,6,
11,15,19,21
81:20 171:9,14,
21

**unnecessarily**
65:15

**unnecessary**
92:7

**unusual**
136:12

**updated** 18:4

**upper** 105:13
107:25

**upper-left-**
123:7

**urinate** 81:15

**usual** 33:7

**utilize** 24:10
27:10,19 46:9
62:25

**utilized** 31:1
63:24 77:15
85:19,20 90:20
105:20,23
133:13 168:15

**utilizing** 65:25

**utterances**
107:13

_____

**V**

**vandalizing**
29:14

**vehicle** 32:10,
20,21 62:3
64:11 171:10

**vehicles** 24:9
32:13 62:1

63:17

**verbal** 82:18
160:19,20
168:20 169:4
172:5,10

**verbally** 12:10

**versus** 9:10
133:9

**vest** 67:17,20
68:2 84:16
115:17 119:9
121:8

**video** 9:4,7
15:12 41:14
69:1,2,9,15
70:2,19 71:4,5,
23 72:2,5,10,
12,20 73:19
75:3,5,22 76:3,
23 80:7,13,14
81:6 82:4,5,15
83:4 86:1,20
87:11,24,25
88:1 91:17
92:11,17 93:4,
16 94:2,16
95:10,25 97:3
99:11,20 100:1,
12 101:25
103:7,14 104:2,
6,12,18,24
107:24 110:10,
11,18 111:10,
14,18 112:1,3,
21 115:6,8
116:3 121:2,12
122:13,14,19,
24 123:6
124:17 125:3
147:23 152:13,
15,17,23 153:7,
18,21,24 154:2,
12,13,14,16,18,
20 155:15,24,
25 156:1,3,4,8,
10,22 157:10
160:12 163:19
164:16,21,22
165:1,6,24
166:2,6,10,11,
25 167:5,7
172:3 174:19
175:23 176:1

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**videos** 15:24 16:1,2,4,6,12, 14,17 67:7

**view** 16:14 73:8 75:1 96:8, 15 98:6 111:21 112:9,16 113:1 115:19 145:9 166:17

**viewed** 143:22

**viewing** 73:19 98:7

**Vince** 118:14

**Vincent** 38:16

**violating** 158:23

**violation** 158:22 160:16 175:9,10

**violence** 26:15

**violent** 21:23

**voice** 52:14 125:1

**volume** 108:18 165:18

_____

**W**

**wait** 13:6

**walk** 21:10 82:9 124:20 175:14

**walked** 82:10 151:22 155:7

**walking** 87:1, 2,3 89:4,14 90:3,4 97:10

**walks** 87:10

**wall** 117:20,25

**Wang** 9:21

**wanted** 50:14 111:2

**warn** 65:24 66:1

**warning** 62:24 67:4 88:24 89:6,17 90:6 159:12

**warnings** 62:12,19,21 65:2 66:19 89:3 109:8

**warrant** 73:6

**warranted** 73:20 74:10 75:3 87:17 88:2 98:24 142:8

**watch** 15:24 16:1 58:18,21 69:12 75:2 76:2 80:13,14 82:15 103:6 142:18 154:10 166:4

**watched** 58:20 74:7 155:15 159:20 174:19

**watching** 76:23 91:8 92:9 99:10,19 103:10 154:4

**water** 81:4,16

**ways** 170:5

**weapon** 30:16 38:17 45:19 46:2 66:20 69:17 105:21 117:3

**weapons** 24:3, 8,11 27:11,19 28:1,11,14 45:18 60:18,20 117:12

**wear** 67:11 86:5 114:20

**wearing** 67:9 86:8 113:2 173:9

**wears** 59:12,17 114:17

**Wednesday** 58:20

**week** 14:25 27:8,15 28:5,7 134:23

**week-long** 137:5

**weeks** 17:18

**weird** 33:12

**west** 60:10,13 87:2,3 106:12

**wherewithal** 52:11

**whipped** 132:7

**white** 67:22 91:12 104:17 105:9,11 174:9

**window** 44:16

**windows** 28:16

**Winona** 19:2,6

**wished** 142:11

**withdrawn** 150:5 157:19 164:25 167:19

**word** 47:7 48:14,18 62:2 128:14

**words** 169:17

**work** 31:24 32:1 40:12 125:18,23 126:11 133:21 153:19

**worked** 19:16 20:8 25:14,20 26:1,6 37:18 38:23 43:14 125:13 134:5 157:5 158:5

**workers** 148:6

**workers'** 148:4,12

**working** 22:3 24:19 27:16 38:15 43:20 50:11 136:13 157:24

**works** 127:24

**worn** 41:15,19 54:20 64:6 68:24 93:22 159:8

**worries** 69:11

**worry** 142:16

**worse** 139:14

**worst** 50:13

**wrap** 173:21,23

**written** 75:14 134:18

**wrong** 166:2

**wrote** 136:16

_____

**Y**

**year** 18:15 19:3 26:9

**yelling** 48:9 65:7,12 167:9

**yellow** 170:12

**yesterday** 14:25 15:3

**youth** 21:5 34:3

_____

**Z**

**zoom** 9:20,22, 25 10:3,6 11:18,20 12:8 74:14 149:22 151:13 162:2 170:4,19,24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS