LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

CIVIL ACTION NO. 1:20-CV-01878-RBJ

(CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

BLACK LIVES MATTER 5280, ET AL.

V.

CITY AND COUNTY OF DENVER, ET AL.


DEPONENT:

COMMANDER PATRICK PHELAN


DATE:

MAY 25, 2021


EXHIBIT 110



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLORADO

3          CIVIL ACTION NO. 1:20-CV-01878-RBJ

4       (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

5

6          BLACK LIVES MATTER 5280, ET AL.,

7                  Plaintiffs,

8

9                     V.

10

11        CITY AND COUNTY OF DENVER, ET AL.,

12                 Defendants.

13

14

15

16

17

18

19

20

21

22

23   DEPONENT:  COMMANDER PATRICK PHELAN

24   DATE:      MAY 25, 2021

25   REPORTER:  LINDSEY N. JOHNSON

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, FITOURI:

 4   Elizabeth Wang, Esq.

 5   Loevy & Loevy

 6   2060 Broadway

 7   Suite 460

 8   Boulder, Colorado 80302

 9   Telephone No.: 720-328-5642

10   E-mail: Elizabethw@loevy.com

11   (Appeared Via Videoconference)

12

13   Makeba Rutahindurwa, Esq.

14   Loevy & Loevy

15   311 North Aberdeen Street

16   Third Floor

17   Chicago, Illinois 60607

18   Telephone No.: 312-243-5900

19   E-mail: Makeba@loevy.com

20   (Appeared Via Videoconference)

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE PLAINTIFF, BLACK LIVES MATTER 5280:

 4   Patrick Reidy, Esq.

 5   Arnold & Porter Kaye Scholer, LLP

 6   70 West Madison Street

 7   Suite 4200

 8   Chicago, Illinois 60602

 9   Telephone No.: 312-583-2424

10   E-mail: Patrick.reidy@arnoldporter.com

11   (Appeared Via Videoconference)

12

13

14   ON BEHALF OF THE PLAINTIFF, MICHAEL ACKER:

15   Andrew McNulty, Esq.

16   Killmer, Lane & Newman, LLP

17   The Odd Fellows Hall

18   1543 Champa Street, Suite 400

19   Denver, Colorado 80202

20   Telephone No.: 303-571-1000

21   E-mail: Amcnulty@kln-law.com

22   (Appeared Via Videoconference)

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE DEFENDANTS:

 4   Andrew D. Ringel, Esq.

 5   Hall & Evans, LLC

 6   1001 17th Street

 7   Suite 300

 8   Denver, Colorado 80202

 9   Telephone No.: 303-628-3453

10   E-mail: Ringela@hallevans.com

11   (Appeared Via Videoconference)

12

13   ON BEHALF OF THE DEPONENT:

14   John Davis, Esq.

15   Davis Law Firm

16   5290 DTC Parkway

17   Suite 150

18   Greenwood Village, Colorado 80111

19   Telephone No.: 303-708-1842

20   E-mail: Jdavis@denverlegal.com

21   (Appeared Via Videoconference)

22

23   Also Present: Jaylin McClinton, Law Clerk with Loevy &

24   Loevy (Appeared Via Videoconference)

25   Adam Fleisher, The Videographer/Videoconference Host
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

5

```
1                           INDEX

2                                              Page

3    PROCEEDINGS                                 7

4    DIRECT EXAMINATION BY MS. WANG              9

5    EXAMINATION BY MR. REIDY                  107

6    REDIRECT EXAMINATION BY MS. WANG          174

7

8                         EXHIBITS

9                     (NONE ENTERED)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          STIPULATION

 2

 3   The video deposition of COMMANDER PATRICK PHELAN was

 4   taken at the office of Loevy & Loevy, located at

 5   2060 Broadway, Suite 460, Boulder, Colorado 80302, via

 6   videoconference in which all participants attended

 7   remotely, on Monday, the 25th day of May, 2021 at

 8   9:03 a.m. MT, said deposition was taken pursuant to the

 9   Federal Rules of Civil Procedure.  The oath in this

10   matter was sworn remotely pursuant to FRCP 30.

11

12   It is agreed that Lindsey N. Johnson, being a Notary

13   Public and Court Reporter for the State of Colorado, may

14   swear the witness and that the reading and signing of

15   the completed transcript by the witness is not waived.

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

7

```
 1              PROCEEDINGS

 2

 3     VIDEOGRAPHER:  All right.  So we are on the

 4  record.  My name is Adam Fleisher.  I'm the

 5  videographer.  And the court reporter is Lindsey

 6  Johnson.  Today's date is the 25th of May 2021, and

 7  the time is 9:03 a.m. We are convened by video

 8  conference to take the deposition of Commander

 9  Patrick Phelan in the matter of Black Lives Matter

10  5280, et al., versus City and Counsel (sic) of

11  Denver, et al., pending in the United States

12  District Court for the District of Colorado,

13  Case Number -- Civil Action Number, excuse me,

14  1:20-CV-01878-RBJ, consolidated with

15  1:20-CV-01922-RBJ-MEH.

16     Counsel will state your -- please state your

17  appearances, how you are attending, and the

18  location you are attending from, starting with

19  Plaintiffs' counsel.

20     MS. WANG:  Elizabeth Wang for the Fitouri

21  Plaintiffs in Boulder, Colorado.  I'm located in

22  Boulder.

23     MR. REIDY:  Patrick Reidy, from the law firm

24  of Arnold & Porter, on behalf of the BLM 5280 group

25  of Plaintiffs participating from Chicago.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

8

```
 1        MR. MCNULTY:  Andy McNulty on behalf of

 2   Plaintiff Michael Acker.  I'm participating from

 3   Denver.

 4        MR. RINGEL:  Andrew Ringel, from Hall & Evans,

 5   on behalf of the Defendants participating from

 6   Denver.

 7        MR. DAVIS:  John Davis, on behalf of the

 8   deponent, from Denver.

 9        VIDEOGRAPHER:  If that's everyone --

10        MS. WANG:  We also just -- we also have

11   another attorney from my office, Makeba

12   Rutahindurwa, who is, I believe, in Chicago right

13   now participating for the Fitouri Plaintiffs.

14        VIDEOGRAPHER:  Thank you.

15        So Lindsey will now swear in the witness.

16        MS. WANG:  Lindsey will swear in the witness.

17        VIDEOGRAPHER:  Yes.

18        COURT REPORTER:  Commander Phelan, do you have

19   a photo ID with you, sir?  Something with your name

20   and picture on it?

21        THE WITNESS:  Oh, let me grab that.  Let me

22   grab that.  Let me just grab it.  Hold on.

23        COURT REPORTER:  Sorry, guys.  I should have

24   asked that before we went on the record.

25        VIDEOGRAPHER:  Yeah, I usually do.  I
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

9

```
 1        apologize.
 2             THE WITNESS:  I'm back.  I apologize for that.
 3             COURT REPORTER:  All right.  Commander Phelan,
 4        will you please -- thank you.  Do all parties
 5        present agree that the witness is, in fact,
 6        Commander Patrick Phelan?
 7             MS. WANG:  Stipulated for the Fitouri
 8        Plaintiffs.
 9             MR. REIDY:  Yes for the BLM 5280 Plaintiffs.
10             MR. MCNULTY:  Stipulated for the Plaintiff,
11        Michael Acker.
12             MR. RINGEL:  Stipulated for the Defendants.
13             MR. DAVIS:  Stipulated on behalf of the
14        deponent.
15             COURT REPORTER:  All right.  Commander Phelan,
16        will you please raise your right hand?  Do you
17        swear or affirm that the testimony you are about to
18        give will be the truth, the whole truth, and
19        nothing but the truth?
20             THE WITNESS:  I do.
21             COURT REPORTER:  Thank you.  Ms. Wang.
22                  DIRECT EXAMINATION
23   BY MS. WANG:
24        Q    Would you please state your name and spell it
25   for the record?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A      Patrick Phelan, P-H-E-L-A-N.

 2        Q      Okay.  Are you retired?

 3        A      Am I retired or tired?  I'm retired, yes.  Is

 4   that what you asked me?

 5        Q      Yeah, retired.

 6        A      Yes.

 7        Q      Okay.  When did you retire?

 8        A      September 23rd.

 9        Q      You retired September 23rd of 2020?

10        A      Yes, ma'am.

11        Q      Okay.  Have you been deposed before?

12        A      Yes.

13        Q      On how many occasions?

14        A      I believe one or two -- or four years, I

15   think.

16        Q      Okay.  And were you named as a defendant in

17   any of those cases?

18        A      Yes.

19        Q      How many cases?

20        A      One.

21        Q      When did that -- what -- how long ago was that

22   case?

23        A      I believe that was 1983 or '84.

24        Q      How did that case resolve?

25        A      Innocent.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

11

```
 1        Q    Was it a case where a plaintiff was alleging
 2   that you violated his civil rights?
 3        A    Yes.
 4        Q    What was the allegation?
 5        A    Violation of civil rights.
 6        Q    What was he alleging that you did?
 7        A    It was a female.  It was a prostitute.  I
 8   really don't recall.  It was the use of force, I
 9   believe, or just violation of civil rights.
10        Q    You were not disciplined for that, correct?
11        A    Correct.
12        Q    And are there any other times that you've been
13   named as a defendant in a lawsuit?
14        A    No.  No, ma'am.
15        Q    How long were you with the Denver Police
16   Department?
17        A    Forty years.
18        Q    When did you begin working there?
19        A    February 1980.
20        Q    Did you work for DPD continuously from
21   February 1980 until September 2020?
22        A    Yes, ma'am.
23        Q    Why did you decide to retire in September
24   2020?
25        A    That was a date that was selected based on our
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

12

```
 1    retirement, and it's called the drop program.  So it was

 2    determined five years prior.

 3              COURT REPORTER:  I'm sorry.  The audio went

 4         out.  What program was it called, sir?

 5              THE WITNESS:  I was on the drop.  It was

 6         called the drop.  It was part of our retirement

 7         program. So you would determine -- make that

 8         determination five years out from your retirement

 9         date.  So I made that determination to retire

10         September 23rd, five years prior to that.

11    BY MS. WANG:

12         Q    All right.  So that had been determined five

13    years ago.

14              Five years before September 2020, correct?

15         A    Uh-huh.

16         Q    Okay.  Is that a "yes"?

17         A    Yes.

18         Q    Okay.  Is there -- are you -- is there anybody

19    else in the room with you?

20         A    No, ma'am.

21         Q    Okay.  Do you have your cell phone in front of

22    you?

23         A    Yes.

24         Q    Okay.  Can you make sure to put it somewhere

25    out of arm's reach and turn it face down?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1               Okay.  So I'll be asking you some questions in

2    relation to the events underlying this lawsuit.  If you

3    need to take a break at any time, you may do so, but not

4    while a question is pending.

5               Is that fair?

6    A     Sure.

7    Q     Okay.  Make sure that you answer verbally

8    instead of shaking your head or saying "uh-uh," or

9    "uh-huh."  That way the court reporter can take

10   everything down clearly.

11              Is that fair?

12   A     That's fair.

13   Q     If you don't understand a question that I ask,

14   please ask me to clarify and I will be happy to try to

15   do so.  Conversely, if you answer my question, I will

16   assume that you understood it.

17              Is that fair?

18   A     Yes.

19   Q     Okay.  When did you -- what did you do to

20   prepare for this deposition?

21   A     I had -- I met with the attorneys on that for

22   a couple of hours on a video call.

23   Q     Who did you --

24   A     I have two --

25   Q     I'm sorry.  Go ahead.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

14

```
 1      A    I have two documents that I have that I
 2   reviewed.
 3      Q    Okay.  So you met with your attorneys, is that
 4   what you're saying?  Is that a "yes"?
 5      A    Correct, yes.  Am I not coming in real clear?
 6   I'm sorry.  I'll adjust my -- yes.
 7      Q    Okay.  And what attorneys did you meet with?
 8      A    Andrew Ringel and Hollie, from the city
 9   attorney's office, and John Davis.
10      Q    Okay.  And was there anybody else in those
11   meetings with you?
12      A    No.
13      Q    How many times did you meet with them?
14      A    Twice.
15      Q    When?
16      A    The exact dates, it was last week.  I
17   believe -- they probably have the dates.  I think it was
18   probably once was the 20th, and I think a couple of days
19   before that.  So probably the 18th or 20th.  I -- I
20   don't -- I could check my calendar, but I'll have to get
21   up to do that.
22      Q    That's okay.  So the -- both of the meetings
23   that you had with your attorneys were last week; is that
24   correct?
25      A    Correct.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

15

```
 1        Q     How long were those meetings?

 2        A     About two hours.  Hour and a half, two hours.

 3        Q     Each meeting was an hour and a half or two

 4   hours?

 5        A     Approximately, yes.

 6        Q     And they were by video?

 7        A     Yes, ma'am.

 8        Q     What documents did you review during those

 9   meetings?

10        A     The only documents I have was a redacted copy

11   of the -- Mr. Mitchell's Office of the Independent

12   Monitor, redacted copy of his statement or report, and

13   then a declaration by me in the Abay court case.

14        Q     Those are the only documents that you reviewed

15   during your meetings with your attorneys?

16        A     Yes.

17        Q     Okay.  Did you ask to look at anything else?

18        A     No.

19        Q     Did you review -- how many OIM interview memos

20   did you review?

21        A     Just this one.  Some -- whatever --

22        Q     What --

23        A     It's a redacted copy that I -- I received from

24   the attorneys.

25        Q     Sure.  What's the date on it, at the top?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

16

```
 1        A    August 11, 2020.  My interview with the

 2   independent monitor.

 3        Q    Did you ever -- did you ever review an

 4   unredacted copy of that memo?

 5        A    No.  I didn't know one existed.

 6        Q    I'm sorry?

 7        A    Never saw the -- that's the first time I've

 8   seen it.

 9        Q    Okay.  Now, did you review any video during

10   your meetings with your attorneys?

11        A    No.

12        Q    Did you ask to review any video?

13        A    No.

14        Q    Did you ask to review any documents other than

15   the ones that you were provided?

16        A    No.

17        Q    Did you speak with anybody else in preparation

18   for your deposition besides your attorneys?

19        A    No.

20        Q    Did you review -- outside of whatever your

21   attorneys gave you to review during your meetings with

22   them, did you review any documents or video relating to

23   this case in any way?

24        A    No.  I've been retired for seven months.  No.

25        Q    Okay.  You didn't talk to any training -- any
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   DPD training personnel in preparation for this

 2   deposition, correct?

 3       A    No.  Correct.

 4       Q    You didn't talk to anybody else from DPD

 5   whatsoever in preparation for this deposition, correct?

 6       A    No one.

 7       Q    Okay.  And just make sure -- sometimes my

 8   questions are a little bit long.  I try to get them out

 9   as quickly as I can.  But just make sure that you allow

10   me to finish my question before you begin your answers

11   so that the record is clear; is that fair?

12       A    Yes.

13       Q    Okay.  Did you review any policies in

14   preparation for your deposition?

15       A    No.

16       Q    Did you review the DPD crowd management

17   manual?

18       A    No.

19       Q    When is the last time you looked at the DPD

20   crowd management manual?

21       A    Oh, probably sometime summer of probably 2020.

22       Q    Do you have any personal knowledge of current

23   Denver police policy with respect to use of force or

24   crowd control?

25       A    Some changes were made based on a -- I think a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021
18

```
 1   injunction by the federal court.  There were some

 2   changes made to the use of force and to the crowd

 3   control manual.

 4       Q    All right.  So after you retired in September

 5   of 2020, did you gain any knowledge of or apprise

 6   yourself of any changes that may have been made to DPD

 7   policy after that time?

 8       A    No.  I think changes were made prior to -- no,

 9   I think some changes were in effect or were looking for

10   some changes prior to my retiring.

11       Q    Okay.  So you have personal knowledge -- I'm

12   sorry.  Go ahead.

13       A    I use times.  You know, once -- once -- I have

14   to burn time.  Based on retirement, there's so much time

15   I have to use as far as sick leave, vacation, and there

16   was -- use in time during that time.  I was gone for

17   several days from that summer to -- I wasn't -- I wasn't

18   there constantly through the summer, if that makes

19   sense.

20       Q    Okay.  So -- well, let me just ask you

21   this: Before you retired, on September 23rd of 2020,

22   were you -- did you have personal knowledge of any

23   changes that DPD made to policies relating to use of

24   force in the protest situation?

25       A    I knew they were making changes.  I didn't
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

19

1   have any personal knowledge of what the changes were.  I

2   knew they were making changes to the use of force

3   manual.

4       Q    Okay.  And who was in charge of -- I'm sorry.

5   Go ahead.

6       A    I'm sorry.  The crowd management manual.

7       Q    Okay.  So you were aware of changes that were

8   being made by the DPD to the crowd management manual

9   before you retired in September 2020, but you don't have

10   personal knowledge of what exactly those changes were?

11       A    Correct, correct.

12       Q    Okay.

13       A    I don't think it came out until after I was --

14   was gone, but I can't be sure.

15       Q    Did anybody ask you for input into those

16   changes?

17       A    No.

18       Q    Did you offer your input and insight, based on

19   your experience during the protests, to anybody?

20       A    No.  I was getting ready to retire.

21       Q    Have you ever seen anything, whether it be

22   video, body-worn camera, protester video, or any

23   documents, that indicated that officers used force on

24   protesters during the George Floyd protests in a manner

25   inconsistent with DPD policy or training?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. RINGEL:  Object to the form and the

2     foundation.

3          Commander Phelan, I may object to certain of

4     the questions that are asked of you today, but

5     unless I instruct you not to answer, you still need

6     to answer. I'm just objecting for the record, okay?

7          THE WITNESS:  Thank you.

8          And can you repeat the question, please?

9   BY MS. WANG:

10    Q    Have you ever seen anything, whether it be

11  video or documentation relating to the protests, that

12  indicated that officers used force on protesters, during

13  the protests last summer in Denver, in a manner

14  inconsistent with DPD policy or training?

15         MR. RINGEL:  Object to the form and the

16    foundation.

17    A    I was at a hearing where I was -- reviewed

18  some video of officers involved or being attacked by

19  protesters or deployed less lethal munitions against

20  those protesters.  I saw some video.

21    Q    Right.  And is any video that you've ever

22  reviewed relating to the protests, was the force used in

23  those -- in what you saw, used in a manner inconsistent

24  with DPD policy or training?

25         MR. RINGEL:  Object to the form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

21

```
 1        Q     I'm sorry?

 2        A     Not that I recall.

 3        Q     Okay.

 4        A     Very --

 5        Q     So --

 6        A     Very limited video.

 7        Q     So you've only seen very limited video of the

 8   Protesters, is that what you're saying?

 9        A     Correct.

10        Q     Have you ever watched any Denver police body-

11   worn camera video from the protests?

12        A     I -- I don't necessarily recall if it was

13   exactly from body-worn camera.  I saw -- whatever video

14   they presented to me, I watched.  Whether it was from

15   social media, phone, or body cam, I don't know where the

16   video came from.

17        Q     Okay.  Is any of the video -- is the video

18   that you were presented -- there was a -- strike that.

19   There was a temporary restraining order hearing, and

20   then there was a preliminary injunction hearing,

21   correct, in the Abay case?

22        A     Correct.

23        Q     You testified at both?

24        A     Correct.

25        Q     Were you presented video at both?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

22

```
 1      A    No.  I don't -- the first one I don't believe
 2  I was.  The second one I was.
 3      Q    I'm sorry.  You did not testify at the TRO
 4  hearing, the first hearing in the beginning of June, but
 5  you testified at the preliminary injunction hearing?
 6      A    I testified at both.  One was just video. They
 7  were both video.  The first one I didn't see -- I don't
 8  recall seeing any video on the first one.  The second
 9  one I did see video.
10      Q    Okay.  So during the first hearing in federal
11  court, you were not presented with any video?
12      A    I -- I don't recall.  I don't believe so.
13      Q    Okay.  During the second hearing, you were
14  presented with video, right?
15      A    Correct.
16      Q    You're not sure where that video came from
17  you're saying?
18      A    I don't recall.
19      Q    Okay.  Was anything that you saw in that video
20  that you were presented at the preliminary injunction
21  hearing in June of 2020, did you see anything that was -
22  - any force used by police officers that was
23  inconsistent with DPD training or policy?
24           MR. RINGEL:  Object to the form and the
25           foundation.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

23

```
 1        A    I saw less lethal being -- being deployed.  A
 2   lot of it looked to -- it looked like it might not have
 3   been the best application, but it wasn't out of policy.
 4        Q    Okay.  What did you think was not the best
 5   application?
 6        A    Well, individuals hit several times with a
 7   pepper ball, and it didn't seem --
 8        Q    So --
 9        A    It didn't seem to accomplish what they wanted
10   it to accomplish.
11        Q    Okay.  But that wasn't out -- sorry.
12        A    Go ahead.
13        Q    Go ahead.  I can't tell when you're done or
14   not done.
15        A    I think I anticipated your question.  It
16   wasn't outside policy, though.
17        Q    Okay.  All right.  So there was a video that
18   you saw where a police officer was shooting an
19   individual multiple times with pepper balls?
20        A    It looked like they were deploying pepper
21   ball, yes, ma'am.
22        Q    Okay.  And you thought it was not the best
23   application of that weapon because it didn't accomplish
24   what the officer wanted, is that what you're saying?
25        A    It appeared -- it appeared that way.  It was a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

24

```
 1   short video, from what I -- from what I gleaned, yes.
 2        Q    Okay.  But that use of force was not outside
 3   of policy, correct?
 4        A    Correct.
 5        Q    It was not outside of how Denver police
 6   officers have been trained, right?
 7             MR. RINGEL:  Object to the form and the
 8        foundation.
 9        Q    Is that correct?
10        A    Right.  It wasn't outside policy.
11        Q    Right.  And you would not have expected the
12   Denver police officer who used the force in that video
13   to be disciplined by the Denver Police Department for
14   his use of force, correct?
15        A    I couldn't tell what would happen with that.
16   That was beyond my purview.  There was a complaint made
17   and being investigated.
18        Q    If it's not outside of policy and not outside
19   of the officer's training, then you wouldn't expect the
20   officer to be disciplined, right?
21        A    Correct.
22        Q    Are there any other videos that you were shown
23   during the preliminary injunction hearing last year that
24   you thought were not the best application of force?
25        A    I don't recall any.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

25

```
 1        Q    Okay.  Have you ever seen anything, whether it
 2   be video or a document, that indicated that officers
 3   used force on protesters during the protests
 4   inappropriately?
 5        A    No.
 6             MR. RINGEL:  Object to the form.
 7        Q    Okay.  Did you ever -- have you ever seen any
 8   video or documentation that you thought officers were
 9   using force on protesters during the protests in a
10   manner that was excessive?
11        A    No.
12        Q    You thought that your officers in the Denver
13   Police Department acted appropriately during the George
14   Floyd protests in May and June of 2020, correct?
15        A    I think the officers acted within policy based
16   on the circumstances that confronted them at that time.
17        Q    Okay.  And the officers acted within -- acted
18   consistently with their training as well, correct?
19        A    As far as my knowledge is, yes.
20        Q    Okay.  You would not expect any of the
21   officers who policed the protest during the George Floyd
22   protests to have been disciplined for their conduct
23   since it wasn't outside of policy or outside of their
24   training, right?
25        A    No.  I wasn't -- I didn't have knowledge.  If
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

26

1   somebody made a complaint that I didn't know about or I

2   wasn't aware of and there was -- there was evidence that

3   they violated policy, I would expect them to be

4   disciplined.

5       Q   Okay.  But you have no knowledge of any use of

6   force that was outside of policy, right?

7       A   I didn't -- I didn't see -- wasn't aware of

8   any use of force that was outside policy.

9       Q   You were the incident commander for the

10  protests, right?

11      A   Yes.

12      Q   And when I'm referring to "protests," you

13  understand that I'm referring to the George Floyd

14  protests that began in Denver on June 28 -- or on May

15  28th of 2020, correct?

16      A   Yes.

17      Q   Okay.  So what was your role as an incident

18  commander?

19      A   My role as incident commander is to develop a

20  plan, deployment plan, for resources based on

21  information we knew about the protests.

22      Q   Okay.  You were in charge of coordinating the

23  officers in the field and moving resources around to

24  address issues that were emerging, correct?

25      A   That -- part of my responsibility, yes.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    Okay.  And you were given the responsibility
 2   to make policy decisions regarding the patrol of the
 3   protests, correct?
 4             MR. RINGEL:  Object to the form.
 5        A    No.  I wasn't making policy decisions, no.
 6        Q    You were making --
 7        A    Policies --
 8        Q    I'm sorry?
 9        A    Policies are in place.  I didn't make any
10   policy decisions.
11        Q    Okay.  You were given the responsibility, as
12   incident commander, to make decisions regarding how the
13   police would respond to the protesters, right?
14        A    Correct.
15        Q    Okay.  And you were authorized to make final
16   decisions regarding control of the protests and the
17   police response to it, right?
18             MR. RINGEL:  Object to the form.
19        A    Correct.
20        Q    Who designated you incident commander?
21        A    Designated by my position as special
22   operations commander.  That's part -- excuse me, that's
23   part of my responsibility in that position.
24        Q    Okay.  So did the -- did -- at some point when
25   the protests began in Denver, did the chief of police,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case No. 1:20-cv-01878-RBJ   Document 117-4   filed 06/09/21   USDC Colorado   pg 29 of 213
The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

28

1   you know, have to tell you like, you know, "Commander

2   Phelan, you're incident commander over this"?

3       A    No.   That's -- that's a given.   That's part of

4   my responsibility.

5       Q    Okay.

6       A    He --

7       Q    Go ahead.

8       A    The advance falls under the commander of

9   special operations.

10           MR. RINGEL:   Let me just interrupt.   I'm

11       having trouble hearing both of you when you're

12       talking with each other, and Lindsey seems to be

13       nodding her head to say the same thing.

14           So, Commander, it would help if you wait a few

15       beats before you respond to Ms. Wang's question to

16       make sure that she's finished, and then I know

17       she'll wait a few beats to ask you a new question

18       to make sure that you're done, because it's not

19       like a conversation.   It's better if it's question,

20       pause, answer, pause, question, pause.   Sorry to be

21       deliberate, but I think it'll help me understand

22       what's happening.

23           MS. WANG:   Thank you.

24           THE WITNESS:   Yes.

25   BY MS. WANG:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

1      Q     Okay.  So part of your responsibility as

2  commander in the special operations section is to be an

3  incident commander during protests, right?

4      A     Yes.

5      Q     Okay.  So tell me about what your job was as a

6  commander in the special operations section.

7      A     So based on this protest, my responsibility

8  was to get assets, personnel from the districts, from

9  special operations division, develop a plan in response

10  to the protests, and that would include deploying --

11  deploying commanders, deploying supervisors, deploying

12  units to certain areas of the city or area that I

13  determined needs to be deployed to.

14      Q     What kind of coordination did you have with

15  the chief of police with respect to how units would be

16  deployed during the protests?

17      A     Oh, he would -- he would be advised how they

18  were deployed.

19      Q     Okay.  So you would advise the chief of

20  police?

21      A     He probably attended a briefing where he

22  learned of the deployment.

23      Q     Okay.  But you were in charge, right?

24      A     Yes.

25      Q     Okay.  And perhaps this may seem like a silly

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

30

1    question, but how did you know that it was part of your

2    job, as a commander in the special operations section,

3    to be an incident commander during the protests?

4        A    This is part of my responsibility with --

5    based on the -- the units that are assigned to me, it

6    makes the most sense for us to -- make most sense for me

7    to be the incident commander.  We have all the special

8    operations groups under my command.  Those special

9    operations groups are frequently used in protests,

10   parades, special events.  And that's why that unit --

11   that's why that command was put together.

12       Q    Okay.  So the special operations bureau -- is

13   it called the special operations bureau or the special

14   operations division?

15       A    Division.

16       Q    Division.  Okay.

17            The special operations division includes the

18   traffic operations section, metro SWAT, bomb unit, air

19   support unit, and the explosive detection canine unit,

20   correct?

21       A    Right, and also explosive canines and traffic

22   operations, traffic investigators, and also speed

23   enforcement -- video speed enforcement.  In other words,

24   the beat cameras and the red light cameras also.

25       Q    Okay.  So which of those units have more --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you know, have more involvement policing protest

2  demonstrations?

3       A    Well, obviously traffic.  So what we do when

4  we develop a plan for protests, obviously we're

5  concerned -- our main concern is it's the safety of --

6  of the protesters and there's no confrontation with

7  police, so depending on what the -- what the protest is.

8  So we develop a plan, which includes a traffic plan to

9  make sure the people, if they do take the street, that

10  we're able to stop cross traffic, stop pedestrians, and

11  stop vehicle traffic coming into those.  So we -- we

12  create a safe -- safe atmosphere for the protesters.

13  That's why a traffic plan is put into place.

14          Additionally, we have metro SWAT, which is our

15  tactical team, in case there's anything -- protesters'

16  arrests to be made.  They are used to coming in and

17  making arrests.

18          Bomb squad.  The bomb squad is there to sweep

19  with the canines.  We like to make sure it's a safe

20  environment, so if we do have a parade or a protest, we

21  have an idea what the route is.  They'll send explosive

22  canines down there to make sure there's no explosive

23  there, along with bomb canines, too.  If there is

24  something that there's -- that is identified as a bomb

25  or a suspicious device, we're able to look at it at that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

32

```
 1   time.
 2        Q    Is there any sort of document or manual that
 3   sets out that you, as the commander of the special
 4   operations section, would be the incident commander for
 5   a protest?
 6        A    I'm not aware of anything specific.
 7        Q    Okay.  Would you agree that the chief of
 8   police is the final policy maker for the policies of the
 9   Denver Police Department?
10             MR. RINGEL:  Object to the form.
11        A    I'm not sure if he would be the final or the
12   director of safety would be.
13        Q    Okay.  If the chief of police wanted to
14   designate somebody else as an incident commander, did he
15   have the authority to do so?
16        A    Yes.
17        Q    Okay.  But he did not, correct?
18        A    Correct.
19        Q    Are you aware of whether or not the chief of
20   police -- if the chief of police wanted to designate
21   somebody else as incident commander, would he have to
22   get approval from Murphy Robinson to do so?
23        A    I don't believe so.
24        Q    Murphy Robinson is the director of public
25   safety, correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A     Yes.

 2        Q     Does the chief of police report to him in some

 3   way?

 4        A     I believe so.

 5        Q     Okay.  What role do you know, if any, does the

 6   director of public safety have in the making of policies

 7   for the police department?

 8        A     I -- I can't -- I couldn't answer that.  I'm

 9   sure he has to approve policy.  I couldn't answer that.

10        Q     Okay.  During the day-to-day operation of the

11   protests, you were not required to seek approval from

12   the chief of police, or anyone else, over how you were

13   going to have your officers respond, correct?

14        A     I developed an operations plan.  He would see

15   that operations plan and probably be at the -- at the

16   briefing and understand the operations plan.

17        Q     Okay.  And were there occasions on which the

18   chief of police gave you input into the operations plan?

19        A     I think there was times he made comments on

20   certain things.

21        Q     Okay.  But you created the operations plan,

22   right?

23        A     Yes.

24        Q     Did the chief of police defer to you as to

25   what should be in the operations plan?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1            MR. RINGEL:  Object to the form.

2       A    If there's something he -- yeah, he would -- I

3   don't think he would defer to me, but if I had the

4   operation plan, if he had some issues with it, he would

5   let me know.

6       Q    With respect to -- is it fair to say that

7   during the protests, you determined how different units

8   of your officers would -- where they would go and where

9   they would respond to in response to the protests,

10  correct?

11      A    Based on the behavior of the protesters and

12  rioters, I would make a decision where we needed to

13  deploy resources.

14      Q    Okay.  And you -- is it fair to say that you

15  were on the radio a frequent amount in order to get

16  information from your lieutenants in the fields to

17  determine where to deploy certain resources and how to

18  respond?

19      A    Yes.

20      Q    Okay.  There were occasions during the

21  protests when you determined that it was -- that

22  officers in the field should deploy tear gas, correct?

23      A    It could be.  Could be.

24      Q    You recall that you did authorize the use of

25  tear gas during the protests, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

35

```
 1        A     Authorized -- even at the briefing, I

 2   authorized the use of chemical agent, yes.

 3        Q     And you determined -- as the incident

 4   commander, you determined, based on the information that

 5   you were getting from your officers in the field, you

 6   determined how and when tear gas would be used, right?

 7        A     No.  I delegated it to each command, area

 8   command.  If the need be for use of chemical agent, they

 9   were allowed to use chemical agent based on

10   circumstances they were confronting.

11        Q     You had the authority to delegate to your area

12   commanders when and how to use tear gas; is that right?

13        A     Yes.

14        Q     Okay.  And you delegated that authority to

15   your area commanders?

16        A     I -- I had authority, and they also had

17   authority, if need be, based on the circumstances they

18   confronted.

19        Q     CS canisters were used, when ordered by a

20   command officer, during the protests, right?

21        A     CS was used, yes.

22        Q     The use of CS canisters had to be authorized

23   by a command officer, correct?

24        A     Or designee, depending on the emergency

25   situation.  If they were under attack, if they're in a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

```
 1   situation, they could be deployed by a unit supervisor

 2   if it's a safety issue.

 3        Q    What's your understanding of what a command

 4   officer encompasses?

 5        A    Command officer is the rank of lieutenant and

 6   above.

 7        Q    Okay.  If Lieutenant JD Williams wrote in his

 8   officer's statement that CS canisters would only be used

 9   when ordered by a command officer, that's correct,

10   right?

11        A    Right.  He is a command officer.

12        Q    Right.  You wouldn't expect him to put

13   something into his officer's statement that was false,

14   right?

15             MR. RINGEL:  Object to the form and the

16        foundation.

17        A    I haven't -- I haven't reviewed his statement.

18   No, I wouldn't expect him to put anything in there that

19   isn't false.

20        Q    Okay.  So if JD Williams, Lieutenant Williams,

21   put into his officer's statement that there was a

22   command supervisor briefing and that he attended that

23   briefing and he came out of that briefing with an

24   understanding that CS canisters would only be used when

25   ordered by a command officer, that's true, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A    True.
 2           MR. RINGEL:  Object to the form.
 3           COURT REPORTER:  What was your answer,
 4      Commander?
 5           THE WITNESS:  True, I believe.
 6  BY MS. WANG:
 7      Q    Were you constrained in any way in day-to-day
 8  decision making as to where to deploy certain resources
 9  during the protests?
10      A    Constrained how?  I don't understand the
11  question.
12      Q    As incident commander, was there anybody you
13  had to go -- if you were like, you know, "We need to get
14  certain officers to this location.  I'm going to
15  authorize the use of tear gas over here," those sorts of
16  day-to-day decisions during the protests were up to you
17  as incident commander, correct?
18      A    Yes.
19      Q    Were you constrained in any way in your
20  ability to make those on-the-ground, day-to-day
21  decisions?
22      A    No.
23      Q    You were given the authority and
24  responsibility to make the decisions that you deemed
25  necessary during the protests, right?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    Yes.

 2        Q    And you maintained operational control the

 3   entire time during the protests, right?

 4        A    Yes.

 5        Q    Did lieutenants have to get authorization for

 6   the use of tear gas from you?

 7        A    No.

 8        Q    Did they have to justify their use of tear gas

 9   with you afterwards?

10        A    They had to justify the use of tear gas based

11   on use of force policy.  So they were given -- at the

12   briefing, they were told rules of engagement.  And they

13   were able to -- based on if it was necessary, officer

14   safety, whatever the circumstances were at that

15   location, at that time, under attack, they were allowed

16   to use chemical munitions, based on their decision.

17        Q    And why did tear gas have to be authorized by

18   command staff?

19        A    Because it has to be -- by policy, it has to

20   be command staff, unless it's an emergency situation.

21        Q    Well, but why is the policy the way it is?

22        A    Because they have a more -- they have a view

23   of what the situation is.  They have a bigger picture of

24   what the situation is.  They make the determination

25   based on their training, based on their experience that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

39

```
 1    chemical agent needs to be used.
 2        Q    Okay.  Why can't you just have a -- you know,
 3    a line officer, just standing in a skirmish line, make
 4    the decision to deploy tear gas?
 5        A    Because he's not a command officer.  We're a
 6    quasi-military organization, so there's a chain of
 7    command.
 8        Q    Okay.  And you're at the top of that chain of
 9    command for the protests, right?
10        A    Correct.
11        Q    Okay.  And the DPD followed the National
12    Incident Management System and the Incident Command
13    System, correct?
14        A    ICS, correct.
15        Q    Can you tell me what that is?
16        A    It's part of the NIMS, National Incident
17    Management System.  So basically what it is, is it shows
18    a hierarchy of command -- command.  So it's a -- kind of
19    a -- it's a chart, basically.  So it's who's in charge
20    of what and where.
21        Q    All right.  And why is that a system that you
22    use during protests?
23        A    Because it's easy to identify.  It's an
24    organizational assistance that we use so we know where
25    people are and who their -- who their supervisors are
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

40

1   and who they report to.

2       Q    Is it important for officers to follow the

3   chain of command during a protest?

4       A    It's important to follow the chain of command

5   unless there's an emergency situation where they need to

6   act independently.

7       Q    In the normal course of policing of protests,

8   is it important for officers to follow the chain of

9   command?

10      A    Yes.

11      Q    Why?

12      A    Because it's chain of command.  It's reporting

13  responsibilities.  Span of control.  One supervisor can

14  only control so many officers, supervise so many

15  officers, and so on up the chain.  So a sergeant,

16  usually the span of control is about six.  Lieutenant

17  will have between three and six sergeants.  And a

18  captain or a commander will have about three or four

19  lieutenants.

20      Q    Why is it that you can't -- that if you have a

21  number of officers who are in a skirmish line -- let me

22  give you an example, okay?  If you have a number of

23  officers who are in a skirmish line facing a large group

24  of protesters, is it important to have them obey the

25  chain of command?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A     Yes.

2      Q     Why?

3      A     So it's -- it's -- it's not confusion. There's

4  no confusion, and it's not hectic and, you know,

5  unorganized.

6      Q     Right.  And officers who are in a skirmish

7  line need to know what their objective is, right?

8      A     Yes.

9      Q     So if -- strike that.  Who's with you in

10  the -- oh, strike that.  There were outside agencies

11  that assisted the DPD beginning on the second day of the

12  protests, right?

13      A     Yes.

14      Q     Okay.  They were not present on the first day,

15  May 28th, right?

16      A     Right.

17      Q     And as incident commander, you were in charge

18  of those officers as well, right?

19      A     Correct.

20      Q     Okay.  Who did you coordinate with in terms of

21  the mutual aid agencies?  Was it, like, lieutenants and

22  above or sergeants and above?

23      A     It was usually a command officer.  They

24  usually send the -- whatever agency usually sent the

25  command officer with their -- their group of officers.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

42

```
 1        Q     Right.  And you expected that whatever orders
 2   you were giving to -- I mean, you gave the same
 3   direction and guidance and rules of engagement to your
 4   officers in the DPD as you did to the outside agencies
 5   who were assisting DPD, right?
 6        A     Yes.
 7        Q     And that guidance was given at the supervisor
 8   briefings?
 9        A     It was given either at the supervisor
10   briefings if they attended.  Some jurisdictions didn't
11   attend the briefing.  They came later.  And they were
12   given a separate briefing -- the same briefing to them
13   individually or together.
14        Q     Who gave those briefings?
15        A     It was usually a lieutenant.
16        MS. WANG:    (Sneezes.)
17        A     Or a captain who was assigned to the command
18   post.
19        MR. RINGEL:  Bless you.
20        MS. WANG:  Thank you.
21        Q     Now, who's in your command post?
22        A     Several -- several agencies were in the
23   command post.  We have an -- have an executive
24   assistant, which is Lieutenant Wyckoff.  We have -- our
25   command post also has capabilities.  The HALO operators,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   two HALO operators, are usually there.

2           And a representative from the fire department

3   is there, because in these -- when these marches happen,

4   we have to divert them.  They're usually on emergency

5   runs trying to save people's lives, and sometimes we

6   have to divert them because the protesters are blocking

7   access for them.  So we have to have a representative

8   from the fire department there.

9           Same way with the paramedics.  We have to

10  divert paramedics quite a bit.  If they're going on a

11  heart attack, I actually have to divert them around the

12  crowd.  It takes some time, so we want to make sure we

13  have a representative there.

14          Also RTD, same problem.  RTD, you know,

15  because they have buses on the mall and there's bus

16  traffic, we have to divert them.  So they're there.

17  There's a representative from other -- other agencies.

18          So all of the agencies that came to assist us

19  with mutual aid usually had a command officer in the

20  command post.

21      Q    Who -- so at any given time, all those

22  individuals are in the command post with you?

23      A    Yes, usually.  It changed.  People would come

24  in and out, but basically that was who it was.

25      Q    Okay.  And what was the response -- you had an

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

44

1    operations chief for each day, correct?

2          Was that a "yes"?

3    A    Yes.

4    Q    Okay.  And what was the responsibility of the

5    operations chief?

6    A    Oh, I -- I developed the plan.  His -- his job

7    is to help implement that plan.

8    Q    Do you remember any specific comments that the

9    chief of police gave you on your operations plan, or

10   plans?

11   A    I -- I don't recall.

12   Q    Do you recall the chief of police making any

13   substantial changes to your operations plans?

14   A    No.

15   Q    Were there outside agencies present in the

16   command post?

17   A    Yes.

18   Q    And who were they?

19   A    Well, there were command officers from the

20   agencies that assist us with mutual aid.

21   Q    Okay.  So there would be command officers from

22   each of the outside agencies who were there that day?

23   A    Yes, I believe.  Usually there was a command

24   officer represented there.

25   Q    And when you say "command officer," do you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

                                                                    45

```
 1   mean lieutenant and above?

 2        A    Correct.

 3        Q    And what role did they play in your -- you

 4   know, in the command post?

 5        A    Well, they -- they were able to observe the

 6   operation.  And if I needed some specific questions, I

 7   could ask them for questioning to make sure if they were

 8   having trouble with any type of radio communication,

 9   they also had communication with their officers on the

10   streets.  They're able to assist with communication with

11   their officers and make sure that they understood what

12   the -- what the operation plan was and what we're asking

13   them to do.  If we deploy them to another area, just

14   make sure communication was there and they were clear on

15   the operation.

16        Q    How did you make sure that the information in

17   the operations plan was communicated to all your

18   officers and the mutual aid agencies?

19        A    Well, we do a briefing with everybody prior to

20   any operation.  We have lieutenant supervisors, some

21   corporals who attend, and also some officers may attend.

22   So we brief them.  We give them a copy of the operations

23   plan.  They take notes.  They ask questions.  And

24   they're told to make sure that they get that information

25   to their individual units and officers.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

46

```
 1        Q     Was the operations plan given out at the
 2   supervisor briefings?
 3        A     Yes.
 4        Q     Were there any other documents given out at
 5   those briefings?
 6        A     There could have been, but nothing --
 7   sometimes there's maps we include with that.
 8        Q     Was a copy of the DPD use of force policy
 9   given out at the briefings?
10        A     No.
11        Q     Was a copy of the DPD crowd management manual
12   given out at the --
13        A     There's part --
14        Q     -- supervisor briefings?
15        A     There's parts of that I think we do sometimes
16   include with that.  The first few days was pretty -- the
17   ops plan was pretty skinny.
18        Q     Okay.  So let's focus on the first five days
19   of the protests.
20              Do you recall -- you had briefings every
21   single day, right?
22        A     Yes.
23        Q     And during those briefings, the -- there would
24   be command staff from DPD present as well as command
25   staff from the outside agencies who were providing
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  assistance, right?

 2      A    And supervisors.  Sergeants --

 3      Q    And supervisors?

 4      A    Sergeants were also there, yes, and corporals.

 5      Q    DPD sergeant corporals, or were they outside

 6  agency sergeants?

 7      A    They -- they were all {INAUDIBLE} in there. If

 8  they brought -- if they brought some sergeants and

 9  corporals, they would be in that briefing also.

10      Q    Okay.  And what was the purpose of these

11  briefings?

12      A    To make sure we knew what the operation plan

13  was, we knew what the deployment was.

14      Q    Okay.  And was the DPD crowd management manual

15  given out at this -- these briefings?

16      A    No.  The DPD crowd management is about 60

17  pages long.  No, it wouldn't be given out.

18           COURT REPORTER:  I'm sorry.  Your video and

19      audio went out, Commander.  No.  The DPD crowd

20      management...

21           THE WITNESS:  I'm sorry.  No, it's not given

22      out.  Some -- some sections are copied that are

23      relevant to the operations, but the whole crowd

24      management policy is -- obviously is not given out.

25  BY MS. WANG:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1      Q    Okay.  So there were sections of the DPD crowd

2  management manual that were copied and given out at

3  those briefings?

4      A   I believe at some of them, yes.  They're --

5  they're part of the -- the ones that are part of the

6  operations plan.  You would see it in the operations

7  plan.  Wouldn't be given out separately.

8      Q    Okay.  So I'm -- I've seen the operations

9  plans, and so you're saying whatever portions of the --

10  strike that.  You're saying if there were portions of

11  the DPD crowd management manual that were provided

12  during these supervisor briefings, they would have been

13  copied into and part of the operations plan?

14      A   After the injunction, we had to insert several

15  things into the ops plan that were read verbatim to the

16  officers.

17      Q   I'm talking about the first five days, okay?

18  So before --

19      A   There probably wouldn't be anything, no.

20      Q   Just let me get the question out --

21      A   Okay.

22      Q   -- so that the record is clear, okay?  So I

23  just want to make sure I understand you.

24         What I was trying to understand is:  Is there

25  some page, or pages, of the DPD crowd management manual

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

49

1    that were copied and given out at those briefings?

2        A    It's hard to say.  It depends on the

3    operation.  All operations plans are a little bit

4    different.  I would have to look, review the operations

5    plans that you're referring to.

6        Q    So I'm conceding of the -- we have the

7    operations plans, okay, and I -- we can show you to them

8    -- we can show you them later.

9            But the operations plan is a document, right?

10       A    Yes.

11       Q    Okay.  So what I'm talking about is, there's

12   also the DPD crowd management manual, which is a very

13   lengthy document, right?

14       A    Correct.

15       Q    Were there pages of that that were copied and

16   given out to officers during the supervisor briefings?

17       A    No.

18       Q    Okay.  So you're saying -- your recollection

19   is that there were portions of the crowd management --

20   DPD crowd management manual that were incorporated into

21   the operations plans?

22       A    What I'm saying, depending on the operations,

23   after doing hundreds of these operations, on occasion,

24   certain events involved certain copies of the crowd

25   control manual, our use of force manual, inside the ops



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    plan.  I don't think it was done in this -- the first
2    five days.
3         Q    Okay.  Was there any discussion of the
4    appropriate uses of force on protesters during these
5    supervisor briefings?
6              MR. RINGEL:  Object to the form.
7         A    Officers know the use of force policy, so, no.
8    We only use, use of force when necessary and
9    appropriate.
10        Q    Okay.  So, no, there was no discussion of the
11   use of force policies during these meetings?
12        A    I believe after the first five days, I would
13   say, no.
14        Q    I'm sorry.  During the first five days, no?
15        A    Well, it could have been discussion.  We had
16   discussions question and answered after every briefing,
17   so it could have been discussed.  If there was a
18   question to it, about it, we did address that question.
19   I don't recall.
20        Q    You don't know one way or another whether or
21   not there was discussion of use of force policies during
22   these briefings, right?
23        A    Well, I think there was discussions as far as
24   the deployment of chemical agent.  So that -- they were
25   -- they're authorized to use -- to use chemical agent if

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   necessary.

 2        Q    Okay.  And tell me what discussion there was

 3   about the -- when chemical agents were authorized to be

 4   used.

 5        A    Well, under rules of engagement, we talk about

 6   what we're going to do, and that starts with, obviously,

 7   we're going to do it based on this -- their -- this

 8   demonstration and -- and -- against the police.  We talk

 9   about low profile, low visibility.  Try to stay out of

10   sight and out of mind.

11             So we don't want any confrontation.  We do

12   want to let them take the street.  We want to provide

13   them with whatever we can provide them with to make sure

14   they have a safe march, if they are marching.  We want

15   to make sure it's safe for the motoring public and

16   pedestrians.

17             So we use a traffic plan to make sure we block

18   all the intersections so they could pass through those

19   intersections without getting hit by -- by -- by people

20   trying to get to and from work, or wherever they're

21   trying to get to.  We talk about if -- if they -- we

22   were in any confrontation, if we will or if we won't let

23   them get on the highway.

24             One of the main things they like to do is get

25   on the highway and cars going 80 miles an hour.  We

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

52

1    don't want them -- to see them get injured, or we don't

2    want some poor mother driving to work, have to confront

3    people on the highway.  So we make sure they don't get

4    on the highway.

5         They're told not to let people take -- not to

6    let people commit any type of crimes as far as criminal

7    mischief, looting.  They were told we're not going to

8    let them take over district station -- police station.

9         We're not going to let them -- as you saw,

10   like, on January 6th, we're not going to let them get

11   into the state capital.  So those are -- and to use the

12   use of force necessary to prevent that.  So that could

13   be the use of chemical agent.

14   **Q    Protesters protesting in the street is not,**

15   **alone, enough reason to deploy chemical weapons, right?**

16   A    Based on pepper ball, you probably could --

17   could deploy pepper ball based on that, if they don't

18   comply, because causing a public safety issue based on

19   policy, if they're in the street, you could use chemical

20   agent pepper ball to -- to an area of saturation to move

21   them out of the intersection so the motoring public can

22   safely get through.

23   **Q    Your earlier answer said that you want to try**

24   **to have your officers stay -- keep a low profile, and**

25   **you said that you would let the protesters -- let them**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

53

1    take the street.

2        A    Right.

3        Q    What do you mean by that?

4        A    Oh, I think what they have, when we get a

5    large -- large amount of people, they like to make a

6    statement, so they like to take over the street, which

7    blocks all sorts of traffic.  So we let them do that. So

8    we're trying to, you know, help -- help the situation

9    still.  They want to march, we'll assist them in

10   marching.

11       Q    Okay.  And the First Amendment protects

12   spontaneous protests in public forum like the street,

13   right?

14       A    Right, but they actually need a permit to take

15   the street.  Technically, you need a permit in the city

16   and county of Denver to take the street.  We waived that

17   for them, because we don't want any confrontation.

18       Q    Right.

19       A    We've done this hundreds of times without a

20   confrontation.  That's our main thing, let them exercise

21   their First Amendment rights, right to form a -- a

22   peaceful march.  Everybody goes home.  That's our --

23   what we like to see.

24       Q    And if protesters in a large group are in the

25   street marching, or in the street protesting, that alone

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

54

1  is not reason enough to use chemical weapons on them,

2  right?

3      A    I'm saying by policy, you could use pepper

4  ball.

5      Q    What I'm saying is, your policy during the

6  protests was to not use chemical weapons on them if they

7  were just in the street.

8      A    I told officers during rules of engagement,

9  "We're going to let them take the street."  The only

10  reason we would respond is some sort of crime.  There's

11  several cars that were surrounded, and then people

12  called dispatch and were scared to death.  And so we had

13  to respond to those locations to rescue those people.

14          Or they were damaging or looting buildings, or

15  they were surrounding and damaging police cars.  So we

16  did have to -- it was our responsibility to respond to

17  those.

18      Q    Right.  And I'm not talking about people who

19  were damaging property or threatening the safety of

20  other people.  I'm talking about protesters who were

21  simply in the street, chanting, with signs, or marching.

22          Your policy during the protest was to allow

23  them to exercise those First Amendment rights in the

24  street?

25      A    As long as they're peaceful and not committing



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   crime, we've done it a hundred times, yes.

2        Q    Okay.  And officers were not permitted to use

3   chemical weapons on -- and let me be specific, because

4   you said officers were not permitted to use tear gas on

5   protesters who were peacefully demonstrating in the

6   street.

7        A    No.  If somebody's peacefully demonstrating,

8   there is no need for any confrontation, any -- any use

9   of chemical agent, because they're peacefully

10  protesting.

11       Q    What -- when you were in the command post,

12  what information did you have?  You know, I mean, did

13  you have any video that you were looking at?

14       A    Yes.  We used HALO cameras.  We were able to

15  observe, especially downtown.  There's about -- there's

16  cameras downtown.  We're able to observe that.  We're

17  also getting information from social media.  We're also

18  getting information from dispatch.  We're also getting

19  information from Air One, which is our helicopter.

20       Q    Were you actually able to view the Air One

21  helicopter video, or you had to contact Air One and ask

22  them to tell you what they were looking at?

23       A    Usually we have a link.  We didn't have a

24  link.  We're trying to develop a link.  But,

25  nonetheless, they would tell us what was going on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

56

1   usually.

2   Q    Okay.  So you did not have contemporaneous

3   video stream of Air One footage, right?

4   A    Correct.

5   Q    Okay.  And the HALO cameras, did you have

6   access to any HALO camera that you wanted to look at in

7   the command post?

8   A    We -- we have access to all of the HALO

9   cameras and some traffic cameras.

10   Q    Okay.  The traffic cameras are separate from

11   the HALO cameras?

12   A    Yes, ma'am.

13   Q    So you could review either of those?

14   A    Yes.

15   Q    Did you have access to Colorado State Patrol

16   video or any other agency's video?

17   A    No.

18   Q    Was there just one radio channel that you were

19   communicating with your officers on?

20   A    We initially had three radio channels.  But

21   based on probably the new radio system -- we had what's

22   called Bonking -- it's hard to communicate with the

23   area, so -- but based on input from the area commanders,

24   it was -- they rather to stay on one channel for

25   information, so nothing -- no -- so information wasn't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

```
 1   lost.  We made some changes or deployments that wasn't

 2   lost on the other area command.

 3          So initially, we had three different radio

 4   channels, but we were more successful as far as

 5   information with one radio channel.

 6       Q    So when you say "initially" you had three

 7   radio channels, what do you mean, "initially"?

 8       A    When we first started the operation.  The

 9   first day.  First night.

10       Q    The first -- the first day?

11       A    Yeah.  Tach 6 and then probably -- well, one

12   tach to another tach.  Two other tach channels, I would

13   imagine.

14       Q    Okay.  And then after the first day, did you

15   only use tach 6?

16       A    Yes.

17       Q    And was that the same radio channel that

18   outside agencies would communicate with you on?

19       A    Yes, if they had -- outside jurisdictions,

20   some outside jurisdictions have our radio channels, some

21   don't.  Another reason we had the command officers from

22   different jurisdictions inside the command post.  In

23   addition, these outside jurisdictions were assigned a

24   sergeant from -- from DPD, which had a radio.

25       Q    Okay.  The traffic cameras that you mentioned,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

58

1   are there traffic cameras around the capital, like at

2   Lincoln and Colfax?

3        A    I believe so.  There's also HALO cameras

4   there.

5        Q    Do the traffic cameras operate on the same

6   system, the same camera system, as the HALO cameras?

7        A    No.  The traffic cameras are operated by the

8   traffic management, TMC, center.  They're controlled by

9   them.  We can override those in the command post if we

10  need.  We can access those cameras, if that answers your

11  question.

12       Q    Okay.  Do you know where that footage is kept?

13            MR. RINGEL:  Object to the form and the

14       foundation.

15       A    HALO -- HALO keeps that.  They're recorded.

16  HALO keeps that information.

17       Q    What about the traffic cameras video?

18       A    I don't believe they're recorded.  So what

19  information -- so there is -- I think a few of them

20  might be recorded, but I'm not really -- it's not my

21  expertise.  It's with -- it's actually with DOTI,

22  Department of Transportation and Infrastructure, is who

23  has the traffic cameras.

24       Q    Okay.  So you -- you're not aware -- you don't

25  know one way or another whether or not the traffic

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

59

1    camera footage is recorded and saved?

2        A    I don't believe it is.  There might be a few.

3    I think there's about -- going -- there's about 400

4    traffic cameras.  I think maybe 20 of them might be

5    recorded.  I -- I can't answer that question.

6        Q    Okay.  Are you aware of any Denver police

7    officer being disciplined for inappropriate use of force

8    during the protests?

9        A    No, I'm not aware.  There's some cases.  If

10   anybody's been disciplined, I -- I'm not aware of that.

11       Q    Okay.  What standards or policies does the DPD

12   have that govern the use of force in crowd management

13   situations outside of the DPD crowd management manual?

14       A    It would be the use of force policy.

15       Q    Okay.  Anything else?

16       A    No.

17       Q    No?

18       A    No.

19       Q    Okay.  And is it your understanding that the

20   DPD use of force policy applies the same in crowd and

21   management or protest situations as in normal patrol?

22       A    There's different -- different levels that

23   would probably be -- it would be different in crowd

24   management than it would be in just regular use of

25   force, as far as chemical agent.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q     How?

 2        A     Well, deployment.  Chemical agent.  Deployment

 3   of impact weapons.  Using that in typical use of force.

 4        Q     So I just want to try to understand what

 5   you're saying.

 6              You're saying just in normal patrol, officers

 7   don't usually use chemical agents, is that what you're

 8   saying?

 9        A     They'll use handheld chemical agent.

10        Q     Right.  Like a --

11        A     They'll use -- they'll {inaudible} weapons on

12   a lot of mentally -- you know, try suicide by cop.  It's

13   become a very valuable tool to use a less lethal

14   projectile.  That's -- that way we don't have to use --

15   use lethal weapon against someone with a mental illness.

16   So it's -- it's worked very well on things like that.

17   Additionally, on barricaded suspects that are -- with

18   some mental issues.  It's a -- it's -- it's -- it's a

19   better option than using lethal weapon.

20        Q     Sure.  But let's focus on the use of tear gas.

21              So does the use of force policy -- does the

22   DPD use of force policy on the use of tear gas differ in

23   a protest situation as opposed to regular patrol?

24        A     No.

25        Q     Does the DPD use of force policy with respect
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

61

1    to the use of pepper balls differ in a protest situation

2    from normal patrol?

3         A    No.

4         Q    Does the DPD use of force policy with respect

5    to the use of 40-millimeter launchers differ with

6    respect to the use -- with respect to protest situations

7    as opposed to patrol?

8         A    In protest situations with the pepper ball,

9    any impact weapon, it's based on defensive resistance or

10   active aggression.  So that -- that could be different

11   from a patrol application.  You would have to be

12   specific in each application, what the situation is,

13   what the circumstances are with -- with that situation.

14   And it's based on the whole circumstances, total

15   circumstances.

16        Q    So defensive resistance could be somebody who

17   does not obey an order to move back or get out of the

18   street, right?

19        A    Correct, correct.

20        Q    Okay.  DPD policy allowed the use of pepper

21   ball -- balls directly on that person if they did not

22   obey, right?

23        A    Directly on that person, or area of saturation

24   would probably be a better application.

25        Q    But it also allowed shooting somebody with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

62

1  pepper balls directly?

2     A    If it allows that deployment of that chemical

3  agent to that person, yes.

4     Q    If you had a large number of protesters who

5  were peaceful, gathered and chanting or protesting, and

6  then there were a small number of people in the crowd of

7  protesters who may have been throwing rocks or throwing

8  other things at the officers, what does DPD policy

9  require with respect to how to respond to that

10  situation?

11           MR. RINGEL:  Object to the form.

12     A    The response would be determined by,

13  obviously, the area command there who's supervising that

14  -- that situation.  But based on that information,

15  that's why we use pepper balls.  Pretty accurate.  So

16  the first line, I imagine, would be to deploy area

17  saturation so people would get back, so they weren't

18  able to injure officers by throwing rocks and bottles

19  and explosives at them.

20           So you want to get that crowd back.  The best

21  application could be area saturation for the main crowd,

22  and then probably direct fire at the agitators, if

23  possible.

24     Q    Okay.  So if you saturated an area with pepper

25  balls, that would expose peaceful and non-peaceful

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

63

1   protesters to the OC and the pepper balls, right?

2        A    It's possible, yes.

3        Q    Okay.  And that was permitted by DPD policy,

4   right?

5        A    If they're under attack.  It depends on the

6   circumstances.  So if officers are being attacked and we

7   -- obviously, I don't think we want to see officers

8   injured, although we had 80 officers injured in this --

9   the situation -- would -- I -- I would expect that the

10  area commander would make sure that we deploy chemical

11  agent.  Make sure that that crowd gets back a safe

12  distance and are not able to harm officers.

13       Q    Okay.  So DPD policy -- strike that.  If there

14  was a large crowd of protesters, most of whom were

15  peaceful, but there were a few individuals in the crowd

16  who were acting aggressively by throwing objects, say,

17  at the officers, DPD policy allowed for area saturation

18  to push everybody back, right?

19       A    If -- if officers were under attack by a

20  crowd, okay, then area saturation would be allowed.

21       Q    Well, I'm trying to understand what you mean

22  by "under attack by a crowd."  Because the example that

23  I'm giving you -- let me -- the example that I'm giving

24  you involves a vast majority of people who are peaceful

25  with a few people in the crowd who are acting

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   **aggressively.**

2       A    Okay.  So let me give you this situation.  If

3   they're acting aggressively, throwing rocks, slingshots,

4   using lacrosse sticks to throw rocks about the size of

5   your fist at officers, throwing explosives at them, then

6   it's -- it would be necessary, it would prudent, it

7   would be essential that officers deploy a chemical agent

8   to get that crowd back, because, obviously, these

9   individuals who are doing this are using a crowd as

10  cover to do that. So it's for the safety of the

11  officers, so nobody gets killed or hurt, to be prudent,

12  you would have to move that crowd back.  And, yes, you

13  could use area of saturation to get that crowd back, or

14  even chemical agent if you thought -- depending on the

15  situation, depending who was there, you would have to

16  make that decision to deploy that.  And it would be a

17  smart decision to get that crowd back, yes.

18      **Q    And that's even if the vast majority of people**

19  **in the crowd are peaceful?**

20      A    You're -- what is the situation?  You can't

21  give me -- you have to tell me exactly what the

22  situation is.

23      **Q    I'm giving you the example.**

24      A    Example, but, you know, how many people are --

25  how many people -- how big is the crowd?  How many

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

65

1   people are throwing?  What are they throwing?  Is it

2   lethal?  Are they throwing bottles?  Are they throwing

3   urine?  Which they did.  What -- what are they throwing?

4   I -- you would have to say for the safety of the

5   officers there, we cannot have officers standing on a

6   skirmish line being attacked by anyone, lethally or with

7   whatever weapons.  It cannot happen.

8            So, yes, the responsible thing to do is to

9   make sure that crowd gets back by deploying area

10  saturation or direct fire at those individuals.

11       Q    And you carried that out, what you described,

12  the policy that you described. You carried that out

13  during the protests, correct?

14       A    Area saturation was deployed several times,

15  I'm sure.  So it was direct fire, yes.

16       Q    There is no need to isolate the individuals in

17  the crowd who are acting -- who may be throwing things

18  at the officers, right?

19       A    Right.  We try to isolate that.  We try to

20  make arrests on that, if possible, if circumstances

21  allow.  We would try to do -- we do try to isolate them.

22  That's why we have direct fire.

23       Q    Are you aware of any instance during the

24  protests when officers attempted to isolate people in

25  the crowd who were throwing bottles or rocks at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

66

```
 1   officers?
 2        A    I'm sure there was.
 3        Q    Are you aware of any examples?
 4        A    Examples of officer --
 5        Q    Oh.  Are you aware of any examples of officers
 6   attempting to isolate people in the crowd who may have
 7   been throwing bottles?
 8        A    Yes, yes, yes.
 9        Q    You are?
10        A    I'm sure they did.
11        Q    Well, I mean, you're assuming that they did,
12   right?
13        A    Yes, I'm assuming that they did.  I don't like
14   to assume, but I'm sure based on the information in the
15   briefing they were getting, we like to -- our policy, as
16   far as the crowd management, we like to isolate.  We
17   don't want to just arrest.  We don't -- we arrest people
18   that are responsible for their actions.  That's our --
19   that's what we try to determine.
20        Q    Can you tell me -- can you tell me a single
21   instance, a day, time, or location, during the protests
22   when you know that officers attempted to isolate
23   somebody in a crowd who may have been throwing something
24   at the officers?
25        A    I heard several occasions during the first
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

67

```
 1    five days on the radio where officers identified someone

 2    that's throwing rocks or -- or projectiles at officers,

 3    and they were going to try to deploy with {inaudible},

 4    yes.

 5         Q    There were occasions when officers called --

 6    lieutenants called in to you and said, "We're taking

 7    rocks.  We're taking bottles," and you authorized the

 8    use of tear gas, right?

 9         A    Yes.

10         Q    Okay.  You didn't tell them -- I'm sorry?

11         A    You would have to repeat that question.  That

12    they called in asking for?  What was your question?

13         Q    There were occasions during the first five

14    days of the protests when a lieutenant would call you

15    and say, "We're taking rocks or bottles," and then you

16    would say -- you would authorize the use of chemical

17    weapons?

18         A    In -- in specific situations, I'm sure I did.

19         Q    You never said over the radio, "Try to isolate

20    the people in the crowd who were doing it," or asking

21    any questions about that, right?

22         A    No.  If they were under attack, the last thing

23    I want to do is injure an officer.  So if they're -- if

24    they're under attack and taking rocks and bottles,

25    urine, whatever they're throwing at officers, yeah,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

68

1  there's no -- there's no time, time and circumstances,

2  to say, "Hey, try to isolate somebody.  In the meantime,

3  hopefully no one gets hurt or killed."  No.

4      Q    Right.  And you didn't need to know how many

5  peaceful people there were in the crowd, right, before

6  authoring the use of chemical weapons?

7      A    They're -- they're giving me the information.

8  I'm receiving information from those -- {inaudble} the

9  command.  If they're under attack, I believe they're

10  under attack.

11      Q    Pursuant to DPD policy, under what

12  circumstances can tear gas be used?

13      A    Well, tear gas can be used the same as --

14  under policy, can be used the same as any chemical agent

15  as far as defensive resistance.

16      Q    Okay.  So if an officer does not -- oh, I'm

17  sorry.  If a crowd does not obey commands, right?

18      A    Uh-huh.

19      Q    Is that a "yes"?

20      A    Is that just one -- ask your question.  I'm

21  sorry.

22      Q    You said defensive resistance is a

23  circumstance under which tear gas may be used, right?

24      A    Can be.

25      Q    Okay.  And defensive resistance could include



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

69

1    a crowd not obeying a command to move, right?

2        A    It -- it could.

3        Q    Okay.  And so in order for a crowd to know

4    what to do and what the officers want them to do, they

5    would need to be given warnings or orders, right?

6            MR. RINGEL:  Object to the form.

7        A    If time and circumstances allowed.  I don't

8    know what the circumstances are.  If they're being

9    attacked, you know, and officers are in jeopardy, then

10   they would need to deploy chemical agent forthwith, not

11   --

12       Q    If officers are being attacked, that's

13   aggressive -- active aggression, right?

14       A    That -- it could be active aggression.  Could

15   be assault of a police officer.  I mean, are you talking

16   about what is the charge or what is the -- what is the

17   use of force?

18       Q    Let's focus on defensive resistance, okay?

19       A    Uh-huh.

20       Q    Defensive resistance does not include people

21   throwing things at officers, right?

22       A    Yeah.

23       Q    Okay.  So in order to defensively resist, you

24   have to be disobeying an order given to you by an

25   officer, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    Or it could be throwing stuff at officers,

2  too.

3      **Q    All right.  So is throwing stuff at an officer**

4  **defensive resistance or active aggression?**

5      A    Depends what they're throwing, what the

6  circumstances are, how close they are, what they're

7  using.  Are they using a weapon like a slingshot, or are

8  they using a hockey stick?  Are they using lacrosse

9  sticks?  All depends.  I mean, you can't just -- there's

10  not one thing that covers everything, so...

11      **Q    Okay.  So there are circumstances under which**

12  **the throwing of an object could be considered defensive**

13  **resistance as opposed to active aggression depending on**

14  **the object, is that your testimony?**

15      A    Well, it depends on the situation.  You're not

16  -- I can't say in every situation, this is it. There's

17  no every time.

18      **Q    You would agree that before officers deploy**

19  **tear gas on protesters, to move them, the protesters**

20  **should be given a warning, right?**

21      A    Are we talking protesters or rioters here? I'm

22  not clear.  If we're talking about people that are

23  rioting, there's a little bit difference between people

24  who are out of control rioting and the protesters.

25  Protesters I consider being done peacefully.  They're

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

71

```
 1    not -- officers aren't under attack.

 2         Q    Can you answer my question?

 3         A    I think I just did.

 4         Q    Do you agree or not that before officers use

 5    tear gas on protesters, they need to be -- the

 6    protesters need to be given a dispersal order or a

 7    warning?

 8         A    It all depends on the situation, the time and

 9    situation.

10         Q    Okay.  What documentation have you seen of

11    dispersal orders that were given by Denver police

12    officers during the protests last summer?

13         A    What documentation?  I've heard them giving

14    orders over the radio.

15         Q    Have you seen any documentation of any

16    dispersal orders that were given by Denver police

17    officers before the use of chemical weapons on

18    protesters?

19         A    I just heard it over the radio, that they were

20    going to give announcements and then deploy chemical

21    agent.

22         Q    Okay.  And so you have not seen any written

23    documentation; is that correct?

24         A    I haven't been able to review all of the use

25    of force records, so I don't know if there is -- I
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

72

```
 1   haven't seen documentation.

 2       Q    Okay.  And you would expect that if officers

 3   had given a dispersal order to the protesters before the

 4   use of a chemical weapon, that that would be documented,

 5   right?

 6       A    It could be in the use of force policy.  So

 7   what -- what happens, when you're talking about

 8   deployment of chemical agent, we're talking about

 9   deployment -- we're talking about announcements that are

10   given to some of its staff.  If there's an intersection,

11   and everybody sitting in the intersection, it's all

12   controlled.  We're able to control that crowd.

13            We're able to give announcements.  Give them

14   five minutes to disperse or not disperse.  We tell them

15   which way to go and when to leave the area.  And if they

16   don't comply with that, then chemical agent could be

17   used.  That's a situation there.

18            If you have a situation where officers are

19   under attack, there -- there's no need.  It wouldn't be

20   prudent to give announcements.  We have to make sure

21   that that behavior stops.

22            Their behavior dictates our response.  That's

23   what the bottom line is.  Their behavior -- if there's a

24   peaceful protest, it's a peaceful protest.  Their

25   behavior dictates police response.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

73

```
 1        Q    What do you mean by "under attack"?

 2        A    People throwing -- throwing things at

 3   officers.  Under --

 4        Q    You would agree --

 5        A    Smacking somebody with -- you've seen it --

 6   you've seen with -- like I mentioned before, throwing

 7   urine, throwing bricks, throwing rocks the size of your

 8   fists from down at RTD.  Launching -- launching

 9   explosives at officers.  Throwing rocks with lacrosse

10   sticks at a high velocity.

11             That's attack.  Something could hurt you or

12   kill you.  I'd -- I'd say it was probably -- 80 officers

13   were attacked.  Eighty officers were injured. Twenty-

14   five weapons.  Twenty-five, actually, weapons were

15   taken, 52 weapons.  Twenty-five, I think, were -- were

16   actually guns.  I guess that would be under attack.

17        Q    Okay.  Let me -- you were Adam nine on the

18   radio, correct?

19        A    Correct.

20        Q    Do you have an independent recollection of

21   what you were ordering your officers to do on the

22   evening of May 31st at around 9:30 p.m.?

23        A    No.

24        Q    All right.  I'm going to share -- I'm going to

25   share some radio communications, and then we'll listen
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

74

1    to it and ask you some questions, okay?

2        A    Okay.

3        Q    And I'm playing for you radio communications

4    from the evening of May 31, 2020, starting at 213633?

5                    (AUDIO PLAYS)

6        Q    Adam nine to 100 is you to Lieutenant

7    Williams, correct?

8        A    Whoever 100 is.  It could be Lieutenant

9    Williams.  Could be another lieutenant from district

10   one.  I'm -- I think it was Williams, but...

11       Q    Okay.  Let's continue playing it.

12                   (AUDIO PLAYS)

13       Q    Okay.  Does that refresh your recollection at

14   all as to the instructions that you were giving to your

15   teams between 9:36 p.m. and 9:40 p.m. on May 31st?

16       A    I gave instructions every day, so that doesn't

17   specifically recollect really anything other than there

18   was a situation almost every day.  So I'm sure I was

19   trying to deploy resources where they were needed,

20   sounds like.

21       Q    Okay.  You have no recollection of what you

22   were instructing your teams to do at that time, correct?

23       A    Well, I -- from what I heard, you know, we

24   were bringing resources to the location for whatever

25   reason.  I don't know if we were moving people or trying

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

75

1    to defend district six.  From that short -- you know,

2    that doesn't really say too much.

3         Q    Okay.  And so you -- you had -- you were

4    communicating with an Aurora officer who was coming from

5    the west -- coming from the east, pushing west on

6    Colfax, and then you were communicating with Lieutenant

7    Williams and another DPD team pushing the other way,

8    right?

9         A    Could be.  That -- I have -- I'm probably

10   looking at HALO at the time, and I'm trying to

11   coordinate response to whatever is going on.

12        Q    Okay.  So you wanted the two teams of officers

13   to push in the -- in -- push one from the east and one

14   from the west, and you were going to make arrests of

15   protesters that were there, right?

16        A    I don't know.  You're speculating that.  What

17   I'm doing is sending resources to the location.  What

18   I'm going to do, try to make some  -- under a lot of --

19   people are throwing stuff at the cops.  Looks like

20   they're scattered.

21        Q    Okay.  We're going to take a look at Denver

22   HALO footage from May 31st at Colfax and Logan starting

23   at 9:36:51 p.m.  I'm going to play it at a faster speed,

24   and then we'll ask you some questions.

25                    (VIDEO PLAYS)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

76

```
 1        Q     Do you have any -- does this refresh your
 2   recollection at all?
 3        A     A little bit.  I mean, it was an everyday
 4   thing, several times a day.
 5        Q     Okay.  Was the use of force, as depicted in
 6   this video, consistent with DPD policy?
 7              MR. RINGEL:  Object to the form and
 8        foundation.
 9        A     Yeah, I'd have to -- I don't know -- I don't
10   know -- even have enough information to make that
11   determination.  I'm sure it was.
12        Q     You're sure it probably was?
13        A     Uh-huh.
14        Q     Was that a "yes"?
15        A     Yes, I -- I don't have enough information. I'm
16   looking at a short clip here.  It looks like we have
17   somebody walking up towards district six.  We have a
18   skirmish line.  It looks like then the crowd attacks
19   towards the skirmish line, and they have to deploy
20   chemical agent to stop that behavior.  That's what it
21   looks like to me.
22              MS. WANG:  Okay.  Let's go off the record for
23        a minute.
24              VIDEOGRAPHER:  Absolutely.  We will go off the
25        record.  The time is 10:27 a.m.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              (OFF THE RECORD)
 2         VIDEOGRAPHER:  The time is 10:41 a.m. Back on
 3     the record.
 4         MS. WANG:  Okay.  Just for the record, the
 5     previous -- the radio communications that I played
 6     was Bates-stamped number Denver 5146 from 213633
 7     through
 8  214000.
 9         MR. RINGEL:  Thank you very much.
10  BY MS. WANG:
11     Q    Okay.  Commander Phelan, I'm going to show you
12  another video.  We're going to watch it for a little
13  bit, and then I'll ask you some questions, okay?
14         Can you see my screen?
15     A    Yes, ma'am.
16     Q    Okay.  Do you see this person here standing on
17  the sidewalk with their hands up in shorts that I'm
18  circling with my mouse?
19     A    Yes.
20     Q    Okay.  Just to orient you, this is at the
21  intersection of Lincoln and Colfax on May 30, 2020, at
22  7:08 p.m.  And I'll play it for a bit, and then ask you
23  some questions, okay?  I want you to keep your eye on
24  this person with their hands up.
25              (VIDEO PLAYS)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MS. WANG:  Oh, and for the record, I'm playing

2     it from -- the time stamp is 1:08:37, which is

3     Greenwich Mean Time.

4              (VIDEO PLAYS)

5    Q     I've stopped it at the time stamp 1:08:59.

6          Was the use of force on that protester,

7  standing on the sidewalk there, consistent with DPD

8  policy?

9          MR. RINGEL:  Object to the form and the

10     foundation.

11    A     I -- I would actually have to see more tape. I

12  don't know if he was given orders to get back to remove

13  himself from the sidewalk.  I -- I don't know. Based on

14  that --

15    Q     Well --

16    A     -- I can't tell you if it is or isn't.

17    Q     I'm sorry.  I can't hear you.

18          Can you say that again?

19    A     Yeah.  Based -- based on this -- the amount of

20  the -- the footage, the short -- very short footage, I

21  can't tell you if he was ordered to back through there,

22  get out of that area.  I can't make that determination

23  one way or the other with just that short video.

24    Q     Let's assume that he was not given any orders

25  to move.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

79

```
 1            Was that use of force on that protester
 2    consistent with DPD policy?
 3            MR. RINGEL:  Object to the form and the
 4        foundation.
 5        A    I'm not going to assume anything.  I -- I
 6    don't know.  I can't comment on that.
 7        Q    Okay.  So if he was not given any orders to
 8    move and they shot him, it's your view that that would
 9    have been the use of force that was consistent with DPD
10    policy, correct?
11        A    No, I didn't say that.  I can't make a
12    determination is what I'm saying to you.
13        Q    So if I tell you -- based on your 40 years of
14    experience with the Denver Police Department and your
15    understanding as commander of the special operations
16    section, which has special control over protests -- how
17    many protests have you presided over in the 40 years
18    that you were with the department?
19        A    Presided over but I was incident commander?
20    Hundreds.
21        Q    Hundreds?  Okay.
22            So if I tell you that that protester was not
23    given any orders to disperse or to move from where they
24    were standing and then they were shot with pepper balls,
25    as shown in this video, you can't tell me -- that is not
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021
80

1    enough information for you to tell me whether that was a

2    use of force that was consistent with DPD policy,

3    correct?

4        A    Based on --

5             MR. RINGEL:  Object to the form and

6        foundation.

7        A    Based on my 40-years' experience, I would not

8    make a determination based on a short -- short clip like

9    that.

10       Q    Okay.  Is there a reason that they could not

11   be standing there on the sidewalk with their hands up?

12       A    I don't know what the circumstances were at

13   that time and place.

14            MR. RINGEL:  Just for the record, that was DEN

15       5017, correct?

16            MS. WANG:  Correct.

17            MR. RINGEL:  Thank you.

18   BY MS. WANG:

19       Q    Okay.  We're going to pull up another video.

20            Okay.  Can you see my screen?

21       A    Yes, ma'am.

22       Q    All right.  I'm showing you COABLM294, which

23   is also from the intersection of Lincoln and Colfax on

24   May 30, 2020, at about 7:00 p.m.  We will play this from

25   190854, which is military time, and then I'll ask you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

81

```
 1   some questions.
 2                   (VIDEO PLAYS)
 3        Q    All right.  I'm going to pause it right here
 4   at 190904.
 5             Do you see this SWAT officer right here,
 6   Commander?
 7        A    Yes, ma'am.
 8        Q    Okay.  They're about to throw something, and I
 9   want you to watch that, and then I'll ask you some
10   questions.
11                   (VIDEO PLAYS)
12        Q    Okay.  They threw a cannister that was either
13   tear gas or smoke, right?
14        A    Yes.
15        Q    Was that consistent with DPD policy?
16        A    It could be.  A short -- short video.  I don't
17   know what's happened before it or after it.  I can't
18   really make a determination there.
19        Q    Okay.  Let's continue --
20        A    All I could --
21        Q    I'm sorry?
22        A    All I could ascertain from there is a canister
23   of smoke or chemical agent was deployed.  That's all I
24   could tell.
25        Q    Did you see anything in the video that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN     , taken on May 25, 2021

82

1   indicated that there was a need to deploy that canister?

2       A    Well, I think they were confronted with the

3   crowd there, so I don't know what the total situation is

4   based on the time and circumstance right there.  I don't

5   know what -- what has -- what has transpired.

6       Q    You can't say that that was justified,

7   correct?

8       A    It could be justified if they had given

9   orders.  If they told them to move and they didn't move,

10  then they could deploy chemical agent there.

11      Q    And if they didn't give any orders --

12      A    What --

13      Q    -- telling the crowd to move, would deployment

14  of tear gas at that moment have been justified?

15          MR. RINGEL:  Object to the form and

16      foundation.

17          MS. WANG:  Okay.  You got to wait.  You got to

18      wait for your attorney to make an objection, wait

19      for me to finish my question, okay?

20          MS. WANG:  What's the objection, Andrew?

21          MR. RINGEL:  Form and foundation.

22  BY MS. WANG:

23      Q    Commander.

24      A    I -- I can't make a determination what

25  happened there.  If they gave orders, they could deploy

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

83

```
 1  chemical agent.  If they're under attack, they could

 2  have deployed chemical agent, so...

 3      Q    Okay.  So if they were under attack or if they

 4  gave them orders to move and they didn't, they could

 5  deploy the chemical weapon, right?

 6      A    Once -- once again, there's not enough

 7  information I'm looking at to make a determination what

 8  the situation was prior to that or after that.  I can't

 9  make that determination.  All I -- the only

10  determination I can make is chemical agent or smoke was

11  deployed at that point in time.

12      Q    Okay.  We're going to watch it from 190910,

13  and then I'll ask you some questions.

14                  (VIDEO PLAYS)

15      Q    Okay.  I'm stopping at 190920.

16           Did you see that other SWAT officer throw a

17  tear gas canister?

18      A    Yes, ma'am.

19      Q    Okay.  Was that consistent with DPD policy?

20      A    Could be.  I don't know what happened prior to

21  that.  I -- I can't make that determination from looking

22  at this video.

23      Q    Did you hear any warnings given?

24      A    Warnings would be given prior to that, some

25  point in time.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

84

```
 1        Q    Okay.  If there were no warnings given, would
 2   that have been consistent with DPD policy?
 3        A    Yeah, if they were taking --
 4             MR. RINGEL:  Object to the form and the
 5        foundation.
 6        Q    I'm sorry?
 7        A    Are you ready for an answer?
 8        Q    Yes.
 9        A    If they were being -- if they were being under
10   attack, if they were taking rocks and bottles, they
11   could have deployed chemical agent at the time.
12        Q    So --
13        A    Resistance.
14        Q    If -- when you say "under attack," you would
15   agree that there was -- there may be hundreds of
16   protesters in the street at this time, right?
17        A    Yeah, looks like there's several protesters in
18   the street.
19        Q    Okay.  And let's assume that not all of them
20   were throwing things at the officers, but a small
21   handful.  Let's say fewer than five, okay?
22        A    You could assume that.
23        Q    Hundreds of protesters in the street
24   protesting peacefully, and let's say five protesters
25   maybe throwing something at the officers.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

85

```
1            Would that, in your opinion, have been under
2   attack?
3            MR. RINGEL:  Object to the form and the
4       foundation.
5       A    What you're asking me is, I -- I don't see it.
6   I don't know who's under attack, who's throwing what,
7   timing, I don't know.  So depending on the situation, is
8   it appropriate?  Yes, it would be appropriate to deploy
9   chemical agent.
10      Q    I'm going to show you DEN3871, which is a HALO
11  camera from Colfax and Washington on 5-31-2020.
12           Can you see my screen?
13      A    Yes.
14      Q    Okay.  So this is the intersection of Colfax
15  and Washington.  The camera is facing north with a view
16  of officers behind this tear gas.
17           Do you see that?
18      A    Yes.
19      Q    Okay.  We're going to play it for a few
20  seconds.  I'll play it at an enhanced speed, and then
21  I'll ask you some questions.
22           Wait.  Let me go back.  All right.  We'll play
23  it from 8:30:24 p.m.
24                (VIDEO PLAYS)
25      Q    Okay.  Do you see this protester right here
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   (indicating)?

 2       A    Uh-huh.

 3       Q    In the middle?

 4       A    Yes.

 5       Q    Okay.  With the hard hat?

 6       A    I can't tell what he has on.  It looks like he

 7   has something on his head, but...

 8       Q    Okay.  Just watch him for a moment, and I'll

 9   ask you a question.

10                  (VIDEO PLAYS)

11       Q    Okay.  If that protester -- did you see that

12   protester?

13       A    The one picking up the canister?

14       Q    The one who is in the hat.  Not this one right

15   now, but the one who is -- this -- the one who is now

16   down here.

17       A    Yes.

18       Q    Okay.  He was in the -- he was in the middle

19   of the intersection.

20            You saw him?

21       A    Yes.

22       Q    Okay.  If that protester was hit with three

23   separate tear gas canisters at that time, was that use

24   of force within DPD policy?

25                  MR. RINGEL:  Object to the form and the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

87

 1      foundation.

 2      A    I -- I have no clue what was going on there as

 3  far as what -- obviously, I see some people with some --

 4  some -- looks like some shields.  It looks like people

 5  are throwing stuff at the police.  Looks like they

 6  deployed some chemical agent.  They have cones in there,

 7  which they usually capture the canisters and throw them

 8  back.  I see the cones.  Other than that, I can't tell

 9  you much more than that.

10      **Q    Okay.  I mean, this protester down here did**

11  **not have a cone, right?**

12      A    At that time you're showing me, I don't know.

13  If you want to back --

14      **Q    If he had a cone at some other time and used**

15  **it to cover a tear gas canister, then it would have been**

16  **okay and within policy for DPD officers to shoot tear**

17  **gas canisters at his head; is that right?**

18          MR. RINGEL:  Object to the form and the

19      foundation.

20      A    I don't know -- we don't shoot tear gas

21  canisters, so I don't know what you're speaking about.

22      **Q    Or throw tear gas canisters at his head?**

23          MR. RINGEL:  Object to the form and the

24      foundation.

25      A    They would be -- they would be deploying

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

88

```
 1    chemical agent down the street.  They wouldn't be
 2    throwing it at his head.  It's just...
 3         Q    Okay.  So it's not within policy to throw a
 4    tear gas canister at somebody's head?
 5         A    It would be against policy to target somebody
 6    and throw a canister at somebody's head, just like
 7    throwing it back at the police wouldn't be appropriate
 8    either.
 9         Q    Okay.  Let me show you a document.  I'm
10    showing you Denver DEN6501 through 6503.
11              Do you see this document on your screen?
12         A    Yes.
13         Q    Okay.  So this is your email, correct,
14    Patrick.Phelan@DenverGov.org?
15         A    Correct.
16         Q    Okay.  And do you recall this email chain
17    regarding an immediate inquiry about what was told to
18    other agencies about what less lethal force they could
19    use?
20         A    Do I recall it?
21         Q    Yes.
22         A    Not really, but it's in front of me.  I don't
23    recall specifically that.  I'd have to read -- it's the
24    first time I've seen it, so -- in, you know, eight
25    months or whatever.  Where do you want me to look at?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q    This is an email chain that you were a part
 2  of, correct?
 3        A    It appears to be, yes.
 4        Q    Okay.  And there was an inquiry from the media
 5  about -- to the DPD public information officer.
 6             That's what this email addresses, right, DPD
 7  PIO?
 8        A    Correct.
 9        Q    There was a Fox 31 media request asking what
10  outside agencies were allowed to use in terms of their
11  less lethal weapons, correct?
12        A    I haven't even read it.  It's going up and
13  down.  Is there a specific thing you want me to look at
14  and read?  I --
15        Q    Just answer my question, okay?
16        A    I didn't even get your question.  I just -- I
17  -- I -- you keep going up and down.
18        Q    My question is:  There was a question from a
19  member of the media, Fox 31, to the Denver Police
20  Department public information officer about what kind of
21  less lethal weapons outside agencies were allowed to
22  use, correct?
23        A    Oh, if I could read it.  I'm not -- I'm going
24  to say correct.  Could I read it?  If you want to send
25  me a copy of it, I'll read it, or if you'll keep it
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    still, I'll read it.  But I -- it appears there -- if

2    you would keep it -- if you keep it still, I'll read it.

3    If I could refresh my memory by reading the -- the

4    document, I would appreciate that.

5        Q    You understand that the Denver Police

6    Department is being sued, the city is being sued, by the

7    Plaintiffs in this case for allegations of excessive

8    force during the protests, right?

9        A    Yes.

10       Q    Okay.  And the allegations are not just that

11   the protesters -- that the police used excessive force,

12   but that the police suppressed the First Amendment

13   rights of the protesters during the George Floyd protest

14   last summer, correct?

15           MR. RINGEL:  Object to the form.

16       A    That's alleged.

17       Q    Okay.  You have an understanding of what the

18   allegations are in this case, right?

19       A    Yes.

20       Q    Okay.  Do you care one way or another whether

21   or not Denver police officers used excessive force on

22   protesters last summer?

23       A    Do I care if they used excessive force?

24       Q    Yeah.

25       A    Of course.  I just want to make sure they were

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

91

```
 1    -- my concern is, that they weren't injured and they

 2    used the force necessary based on the circumstances.

 3         Q    Okay.  As the incident commander, you would

 4    agree that you had operational control over the

 5    protests, right?

 6         A    Yes.

 7         Q    You were in a position of great responsibility

 8    with respect to how the police responded to the

 9    protests, right?

10         A    Correct.

11         Q    Did you care to prepare yourself for this

12    deposition by reviewing any of the video or any of the

13    documentation that was relevant to the allegations of

14    excessive force in this case?

15         A    I don't have access to that.  I'm retired.

16    I've been retired for six months.  I'm done with the

17    Denver Police Department.

18         Q    Did you ask to review any video or any

19    documentation so that you may be prepared to answer

20    questions today --

21              MR. RINGEL:  Object to that.

22         Q    -- about use of excessive force?

23              MR. RINGEL:  Object to that question to the

24         extent that it calls the witness to reveal

25         attorney-client privilege information.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MS. WANG:  No.  No, it doesn't.

2          MR. RINGEL:  I'm instructing the witness not

3     to answer a question based on any conversation he

4     had with me or any other attorney for the City and

5     County of Denver or the Defendants.

6          MS. WANG:  That was not the question.  The

7     question is:  Did you ask to review any video or

8     documents to prepare yourself for this deposition

9     today which alleges that the Denver police officers

10    used excessive force and suppressed First Amendment

11    rights of protesters?

12         MR. RINGEL:  I'm instructing the witness not

13    to answer to the extent it requires him to reveal

14    communications with any attorney for himself or the

15    City and County of Denver or the other Defendants

16    in this case.

17         To the extent the question can be answered

18    without revealing those communications, you may

19    answer.

20  BY MS. WANG:

21    Q    Can you answer that question without revealing

22  communications that you had with your attorneys?

23    A    Based on my advice from my attorney, I'm not

24  going to answer that question.

25    Q    You cannot answer that question without

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    revealing communications that you had with your

2    attorneys?

3         A    Based on advice from my attorney, I'm not

4    going to answer that question.

5         Q    Okay.  So did you ask your attorneys to show

6    you some video and documents and they didn't give it to

7    you?

8              MR. RINGEL:  I'm instructing the witness not

9         to answer that question.  That question asks for

10        direct communication between the witness and

11        attorneys.  That's not appropriate to be inquired

12        into.  That's attorney-client privilege

13        information.

14   BY MS. WANG:

15        Q    Are you going to -- are you going to take your

16   attorney's advice and not answer that question?

17        A    Yes.

18        Q    In this email, at page DEN 6502, from Alex

19   Rose to the Denver public information officer, it says,

20   "Hey, Jay.  Thanks for this.  I've heard from a couple

21   of PIOs that Denver police gave other agencies

22   directives on what they could bring for crowd control,

23   and DPD put policies in place for other agencies to

24   follow.  Just hoping you guys can confirm this.  I'm

25   trying to give the public a better understanding of how

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

94

 1    this was organized between agencies."

 2          Do you see that?

 3    A    Yes.

 4    Q    Okay.  And then DPD technician Jay Casillas,

 5    who's that?

 6    A    He's -- he's a member of the PIOs.  He's a

 7    police officer that's with the PIO.

 8    Q    Okay.  He emailed Lieutenant Wheaton with this

 9    request, right, asking the lieutenant, "Did we tell

10    other agencies what kind of less lethal they could

11    bring?  What was their policy related to using their

12    less lethal?"

13          Do you see that?

14    A    Yes.

15    Q    Okay.  That's on page Denver 6501.  And then

16    this was referred to you, correct?  Lieutenant Wheaton

17    copied you, Silvia Sich, Paul Berdahl, and DPD

18    technician Jeremy Casillas, right?

19    A    Correct.

20    Q    And Lieutenant Berdahl, tell me what his

21    position is.

22    A    He's a lieutenant.  He's an aide to the

23    division chief of patrol.

24    Q    Okay.  He wrote back, "Commander Phelan should

25    verify, but we did not tell the TRO tell the responding



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

95

```
 1   agencies what types of LL weapons they could or could

 2   not bring.  They were briefed to operate in coordination

 3   with DPD but deploy their own policy and procedures

 4   under their own command."

 5           Do you see that?

 6   A     Yes.

 7   Q     That was correct, right?

 8   A     Correct.

 9   Q     Okay.  And you confirmed that, right?

10   A     Yes.

11   Q     So was your policy to allow Denver -- to allow

12   outside agencies to use their own policies and

13   procedures with respect to the use of less lethal

14   weapons, right?

15   A     Yeah.  It's prudent and only makes sense that

16   they follow their -- their own procedures and policies.

17   Q     Okay.  I'm showing you Denver 6495.

18           Do you see this?

19   A     Yes.

20   Q     Okay.  The subject line is, "Protest Use of

21   Force Meeting."  The date is June 9, 2020, 3:22 p.m.

22           Who's Arthur -- who's Scott Arthur?

23   A     He's executive assistant in my -- in my

24   office.  Basically, the secretary executive assistant.

25   Q     Okay.  Who's -- he's -- who is he the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  assistant for?

2      A    Myself and people in my office.

3      Q    Okay.  So he sent an e-mail to you, Robert

4  Wyckoff, Mark Beveridge, Silvia Sich, Paul Berdahl,

5  Elisa DiTrolio regarding a meeting, right?

6      A    Correct.

7      Q    This was a meeting to discuss protest use of

8  force at protests, right?

9      A    Yes, ma'am.

10     Q    Did you attend that meeting?

11     A    I -- most likely.

12     Q    What was the meeting about?

13     A    We discussed protest use of force at protests.

14 I believe that was -- that's what it says there.

15     Q    What was discussed at the meeting?

16     A    Obviously, use of force protests.  I think

17 probably use of force reports that needed to be gathered

18 for the protests.

19     Q    This meeting was about the use of force

20 reports to be gathered?

21     A    Right.  We wanted to put a comprehensive

22 report together to know what -- what chemical agents

23 were used, what use of force was done, what was

24 documented.  So that's what that meeting was for.

25     Q    Why did you have a meeting to -- wait.  You

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

97

1    had a meeting to discuss the officers filling out use of

2    force statements or to document what chemical weapons

3    were used?

4         A    We wanted -- we wanted to have a comprehensive

5    report on what took place.  Looking at who's on the

6    list, we have Beveridge, who is from the -- from the

7    HALO division.  We have Lisa from management analysts

8    who are trying to pull, obviously, reports from the

9    district reports, from HALO reports, from body cams,

10   wherever we needed to pull the reports for, so we have a

11   comprehensive report.

12        Q    A report of what?

13        A    Use of force.  Things that were done, chemical

14   agent, use of force.

15        Q    Who was going to write the report?

16        A    Timeline.

17        Q    Okay.  So this was about the chemical agent

18   timeline that Sylvia Sich put together, correct?

19        A    Correct.

20        Q    Okay.  And what was the purpose of that

21   timeline?

22        A    So we could capture that information.

23        Q    Why?

24        A    We could use it for after action.  We could

25   use it for training, could use it for if we need to give



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

98

```
1    it to the media, give it to whoever needs it.  It's --
2    it's public access.
3        Q    Did you have any discussion at this meeting of
4    the temporary restraining order that was put in place on
5    June 6th?
6        A    Don't recall.
7        Q    Did you have any discussion at this meeting
8    about whether or not officers used appropriate use of
9    force during the protests?
10       A    Don't recall.  I doubt it.  This was, like, in
11   the report together, who is what -- based on who was at
12   this meeting, what their responsibilities were, what
13   they needed to gather, they had opportunity to get that
14   information, collect it, and put it together by Sylvia
15   Sich.
16       Q    Do you see my screen?  Can you see my screen?
17       A    Yes.
18       Q    Okay.  I'm showing you an e-mail that's Bates-
19   stamped -- e-mail chain that's Bates-stamped DEN 11380
20   to 11384.
21            Who's Commander Sanchez?
22       A    He is the commander of District Six station.
23       Q    Okay.  And at some point, there was a
24   discussion about how officers needed to complete use of
25   force statements, correct?  Right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

99

 1       A    I'm reading it right now.  Give me a minute,

 2  please.

 3            Okay.  Thank you.

 4       Q    Okay.  So there was a discussion amongst

 5  command-level staff on or about June 9th of 2020 about

 6  having officers complete use of force statements, right?

 7       A    Correct.

 8       Q    Okay.  Do you recall -- have an independent

 9  recollection of those discussions?

10       A    No.

11       Q    Okay.  The people on this e-mail that I'm

12  showing you, Denver 11383, these are all command-level

13  staff, correct?

14       A    Right.  I don't see where I'm copied on that.

15       Q    I'm sorry?

16       A    That looks like it's from the district

17  commanders and their admin lieutenants.  I wouldn't be -

18  - I'm not copied on that.

19       Q    Right.  I get that.  Just pay attention to the

20  question that I'm asking you.

21            These are command-level staff, correct?

22       A    Correct.

23       Q    Okay.  And the e-mail from Lieutenant Berdahl

24  informs the district commanders and admin lieutenants --

25  he forwards an e-mail from Lieutenant Wyckoff, which

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  describes the information that needs to be in the use of

2  force reports, correct?

3       A    Well, I'll have to read that, if you give me a

4  minute.  Turn the page up for me, please.  That's good.

5            Okay.  Thank you.

6       Q    So it's fair to say that there's an e-mail

7  from Lieutenant Wyckoff to Lieutenant Panino (phonetic),

8  Lieutenant Pine, and Lieutenant Berdahl saying, "Chief

9  Archer and Chief Thomas have tasked Paul Berdahl and I

10  with gathering loads of data from overall ARUOF report."

11  And then that e-mail was forwarded from Berdahl to

12  district commanders and admin lieutenants, right?

13       A    Yes.

14       Q    Okay.  And so it's fair to say that the

15  officers did not have an expectation that they would

16  have to complete use of force statements during the

17  protests, right?

18            MR. RINGEL:  Object to the form and the

19       foundation.

20       A    No.  They are expected to -- at the completion

21  of duty, they're supposed to complete an after action

22  report -- excuse me, a use of force report.

23       Q    Did you communicate that to anybody at your

24  supervisor briefings?

25       A    It was later.  Unfortunately, based on the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

101

1   time, the shifts that they were working, there really

2   wasn't time to do that.  So it was determined by the

3   basis of one overall use of force report, which this

4   wasn't being done.

5        **Q    Okay.  So after the first five days of the**

6   **protests, then there was discussion of completion of use**

7   **of force reports, right?**

8        A    Well, we wanted to make sure that it was

9   captured, yes.

10        Q    Well --

11        A    By policy, they're supposed to be done after

12   that, after the deployment, but based on the officers

13   working 12-hour shifts, having to come back, it was

14   difficult for them to complete.  It was -- it would have

15   been -- it would have been better if they would have

16   completed it in that manner.

17        **Q    It would have been better if the officers had**

18   **completed contemporaneous use of force reports, right,**

19   **at the end of each shift, right?**

20        A    Yeah, if -- if possible, if possible, based on

21   it wasn't practical in this situation.

22        **Q    What is the reason why you want officers, as a**

23   **general matter of policy, to complete use of force**

24   **statements at the end of each shift?**

25        A    While that information is fresh in their -- in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  their mind, or should be.

2      Q    What is the reason to require officers to

3  complete a use of force statement at all?

4      A    Because it's policy.

5      Q    But why?

6      A    Because it's policy.  You have to complete use

7  of force statement.

8      Q    Why is there a policy to complete a use of

9  force report or a use of force statement?

10      A    So we have a record of it.

11      Q    Why is it important to have a record of it?

12      A    So we could look at it and determine if it was

13  -- if -- if it was -- deployment was necessary or not.

14      Q    You want to make sure that officers are

15  accountable for their uses of force, right?

16      A    Yeah.  That's one reason, yes.

17      Q    Okay.  Are there any other reasons?

18      A    Well, after action, a record of it.

19      Q    Okay.  So that if an officer had an

20  inappropriate use of force, you could take appropriate

21  disciplinary action, right?

22      A    It's a possibility.

23      Q    And in order to make sure that officers are

24  accountable for their uses of force and to take

25  appropriate disciplinary action, it's important to have

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

103

```
 1   them documented as close in time to the use of force as

 2   possible so that they can be accurate in what they

 3   described, right?

 4          MR. RINGEL:  Object to the form.

 5   A    If practical.  This situation, probably not.

 6   Q    Okay.  Were officers told ahead of time that

 7   it would not be practical for them to complete a use of

 8   force report for each day at the end of each shift?

 9   A    No.  They're -- they're supposed to follow

10   policy.  Unfortunately, with these circumstances and

11   riotous conditions, and officers not getting -- working

12   12-hour shifts and not getting much time in between, it

13   was probably overlooked.

14   Q    Lieutenant Berdahl's e-mail says, in this

15   yellow highlighted section, "It will be critical for all

16   completing statements to review our use of force policy

17   and training materials for less lethal deployments.  I

18   want to ensure that officers are using correct terms to

19   avoid inconsistency and problematic language."

20          Do you see that?

21   A    Yes.

22   Q    What do you understand that to mean?

23   A    Just what it says.

24   Q    It's -- it was important for officers, before

25   writing their officer -- their use of force reports, to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

104

1    review the use of force policy and training materials to

2    make sure that what they said in their use of force

3    statements were consistent with policy, right?

4        A    It says what he says.  "I want to ensure that

5    officers are using correct terms to avoid

6    inconsistencies [sic] and problematic language."

7        Q    Why would officers need to look at the use of

8    force policy and training materials before writing their

9    use of force statements?

10        A    I think he wanted to make sure that their --

11    it's consistent with the language that they used,

12    whether they're talking about less lethal, whether

13    they're talking about pepper ball, whether they're

14    talking about -- whether they're talking about active

15    aggression, or if they're talking about defensive

16    resistance.

17        Q    He wants to make sure that what the officers

18    document is consistent with policy and training, right?

19        A    Well, I think the language is consistent.  I

20    don't -- I don't...

21        Q    So it was important for officers to look at --

22    you would agree that it was important for officers to

23    look at the use of force policy and training materials

24    while writing their use of force reports, right?

25                MR. RINGEL:  Object to the form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A    I think some officers may want to look at it

2  and some don't.  I mean, if they need to look at --

3      Q    Well, Lieutenant Berdahl says, "It will be

4  critical," right?  That's the language he uses, right?

5      A    That's the language he uses, correct.

6      Q    Okay.  Did you -- do you agree that it would

7  be critical for them to look at the use of force policy

8  and training materials before they write their use of

9  force statements?

10      A    If they need to.

11      Q    Okay.  So in case they needed to refresh their

12  recollection as to what policy and training provided as

13  to when use of force would be appropriate, right?

14           MR. RINGEL:  Object to the form and the

15      foundation.

16      A    I think they're talking about -- he's talking

17  about -- about the way I look at this, he's talking

18  about the language so the consistency -- so people that

19  read it understand what -- what they're talking about.

20      Q    You didn't make any effort to give the use of

21  force policy or training materials to officers before

22  the protests began, right?

23      A    Officers know their policy, should know the

24  policy.  Just like every day on the street, we don't

25  give them a copy of crowd control or use of force.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

106

```
 1        Q     This e-mail from Lieutenant Berdahl is sent
 2   around to other people, including these people on page
 3   Denver 11381, correct?  Do you see this list of people
 4   here?
 5        A     Yes, ma'am.
 6        Q     Okay.  This includes Commander Sanchez, right?
 7        A     Yes, it does.
 8        Q     Okay.  And then Commander Sanchez responds to
 9   this e-mail chain with, "This is of utmost importance to
10   protect you and your troops.  Thank you."  This is on
11   page Denver 11380.
12              Do you see that?
13        A     Uh-huh.
14        Q     Okay.  What do you understand that to mean?
15              MR. RINGEL:  Object to the form.
16        A     I think it's meant to protect them against
17   probably new lawsuits or accusations that aren't
18   correct, or to make sure they have a written report.
19              MS. WANG:  All right.  Let's go off the record
20         for a moment.  Just two minutes.
21              VIDEOGRAPHER:  All right.  We will go off the
22         record.  The time is 11:16 a.m.
23                   (OFF THE RECORD)
24              MS. WANG:  I have no further questions at this
25         time.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1              VIDEOGRAPHER:  Go ahead.  Sorry.  We're back
 2         on the record at 11:20 a.m.
 3              MS. WANG:  Whoops.  Okay.  I have no further
 4         questions at this time.  I turn it over to Mr.
 5         Reidy.
 6                        EXAMINATION
 7    BY MR. REIDY:
 8         Q    All right.  Good afternoon, or I guess still
 9    good morning to you, Commander Phelan.  My name is
10    Patrick Reidy.  I'm an attorney for Plaintiffs in this
11    case.  And I'm going to ask you a few questions today
12    about the protests.  Might cover some of the same ground
13    that Ms. Wang covered to some extent, so I would just
14    ask for your patience in that regard.
15              THE WITNESS:  I want to ask one question.  I
16         mean, is there a timeline here as far as lunch and
17         everything we're doing?  I mean...
18              MR. REIDY:  I don't -- we weren't planning on
19         taking a lunch, a lunch break.  If --
20              THE WITNESS:  Why's that?
21              MR. REIDY:  Why don't we go off the record and
22         we can talk about that briefly?  That's okay with
23         me.
24              THE WITNESS:  Yeah, just --
25              MR. REIDY:  Can we go off the record just
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

108

1    briefly to talk about that?

2         VIDEOGRAPHER:  Sure.  The time is 11:21. We'll

3    go off the record.

4              (OFF THE RECORD)

5         VIDEOGRAPHER:  We'll go back on the record.

6    The time is 11:22 a.m.

7    BY MR. REIDY:

8    Q    Okay.  Commander Phelan, when was the first

9    time that you learned about the possibility of the

10   George Floyd protests occurring in Denver?

11   A    You know, we -- obviously, like everyone else,

12   we were kind of monitoring the situation up in

13   Minneapolis, and, you know, we were concerned.  Weren't

14   sure if it was going to go -- the way it did go

15   nationwide.  So we're always looking at it and looking

16   at social media and getting any information we can.  So

17   probably a day before, maybe a day-and-a-half before,

18   possibly thinking we might start having some issues in

19   Denver.

20   Q    Is it fair to say that by the morning of May

21   27, 2020, you had learned about the possibility of the

22   George Floyd protests occurring in Denver?

23   A    Yeah, we -- you know, we frequently have

24   protests.  The size of the protest is probably what we

25   weren't expecting that way, because we have a -- you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

109

```
 1   know, any time a -- if there's an officer-involved

 2   shooting or somewhere, for whatever protest there is,

 3   you know, we -- we -- we prepare for that protest.  It's

 4   just the size of this protest I think we weren't ready

 5   for.

 6       Q    Okay.  So by the morning of May 27th, you were

 7   aware of the possibility of --

 8       A    We were looking --

 9       Q    -- a protest of some size occurring in Denver?

10       A    We didn't know the size.  It's hard to say

11   what the size is.  We try to monitor that and try to

12   determine what the size might be, but it's -- sometimes

13   it's difficult.  We're going to need cooperation from

14   anybody that's trying to arrange a protest.  It's

15   difficult if you don't have cooperation.  But that day,

16   probably that afternoon, you know, we were concerned

17   about it and started looking at planning something just

18   in case we did have a -- a protest.

19       Q    How did you learn about it personally?

20       A    I was probably advised of it either by social

21   media, that or it was posted somewhere.  Sometimes -- I

22   mean, this type of situation, you know, they don't

23   really -- although they're -- they like them to require

24   a permit to be on the capital grounds or whatever.  You

25   monitor that, if somebody does or if they get
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    information from the state patrol, if we get information

2    from social media, I get information from operational

3    support, investigative support on what's going on.

4             Or the media.  Sometimes it's just the media,

5    you know, reporting that they -- there's -- there would

6    be a planned protest or something, gathering at the

7    state capitol.  Different -- we get -- we get

8    information from anywhere we could gather information.

9         Q    Do you have a specific recollection of how you

10   learned about the possibility of the George Floyd

11   protests happening in Denver?

12        A    Not -- not specifically.  I imagine it was

13   through social media, through our investigative support

14   bureau said, "Hey, it looks like we might have a

15   gathering there.

16        Q    Prior to the afternoon of May 28th, did the

17   city do anything to prepare for the George Floyd

18   protests in Denver?

19        A    Other than us doing some preparation as far as

20   getting assets together for the protests.  I don't think

21   the -- when you say "the city," I mean, other than the

22   police department?

23        Q    Yeah.  Did the police department, did the

24   Denver Police Department, do anything to prepare for the

25   George Floyd protests in Denver prior to the afternoon

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

111

1    of May 28th?

2        A    Yeah, during that time, planning was -- and

3    preparation was being made for the protests.

4        **Q    And what steps were taken by the Denver Police**

5    **Department to prepare for the protests on the afternoon**

6    **of May 28th?**

7        A    Well, based on historic data, where protests

8    usually occur in the City and County of Denver, it's

9    usually at the state capital.  They like to go down to

10   16 street mall and like to be in Civic Center Park.  So

11   based on that information, we would get resources

12   together in order to cover that area in case protests --

13   like I said, traffic.

14            We would get together with the traffic

15   operations plan so we could divert traffic if necessary.

16   We get together with -- would notify RTD.  We'll notify

17   the fire department.  We'll notify paramedics of

18   possible protests and invite them to be in the crime

19   lab.  And then the operation plan is -- is put together

20   with the information we have at that time.

21       **Q    Who participated in planning for the George**

22   **Floyd protests in Denver from the Denver Police**

23   **Department?**

24       A    On that -- on that night or -- the first few

25   nights, it would be myself.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

112

1    Q    So prior to the afternoon of May 28th, when

2  the protests began, who was involved in preparing for

3  the protests?

4    A    It would be myself, it would be Lieutenant Bob

5  Wyckoff, who was -- who was substituting for my

6  executive assistant.  It would be the traffic commander.

7  It would be people from investigative support.  It would

8  be HALO.  So it would be -- but the majority of planning

9  was through my office, through me.

10    Q    Did you have meetings?

11    A    We'll -- we'll have meetings, yes, or phone

12  conversations.

13    Q    Did you communicate by e-mail about preparing

14  for the protests before the afternoon of May 28th?

15    A    Probably not on that timeframe, because we

16  were -- time was compressed.  We wanted to get things

17  done.  So I'm sure it was either meetings in person or

18  via phone calls.

19    Q    There weren't any agendas prepared for those

20  meetings?

21    A    No.  I doubt.  Like I said, we're time

22  compressed.  We call -- would have a meeting, have

23  people come down to my office, and get the -- get the

24  information that we needed.

25    Q    Okay.  Were there minutes or were there any

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   documents at all that might reflect the substance of

2   those meetings?

3        A    Nothing other than the ops plan that came of

4   -- came of it.

5        Q    **Did you remind or prime police officers about**

6   **protesters' First Amendment rights prior to the**

7   **afternoon of May 28, 2020?**

8        A    Well, you know, that's one of our SOPs as far

9   as, you know, that's part of our responsibility.  So

10  they're -- they're -- they're advised that at -- at the

11  briefing.  They -- they know it, because they have a lot

12  of experience doing it, special officers in the special

13  operations division, but they know it, and we remind

14  them of that.

15       Q    **So you said, "That's one of our SOPs."**

16       **Can you --**

17       A    Well, we always talk about, you know, the

18  right to demonstrate.  I mean, we take some pride that

19  we've had hundreds of demonstrations, and we take pride

20  in handling those demonstrations without any

21  consequence, without any injuries the best that we can.

22  And I think, you know, we take a little pride in that.

23            So -- so the standard operating procedure, we

24  tell them exactly, "Hey, they are allowed First

25  Amendment rights.  They're allowed to protest.  They're

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK ~~PHELAN~~ , taken on May 25, 2021

114

1    allowed -- they don't need a permit.  They're -- they're

2    allowed to assemble."  They -- they know that.  We do

3    several demonstrations a year.  Numerous.

4        **Q    So did you personally remind or prime any**

5    **police officers about protesters' First Amendment rights**

6    **prior to the afternoon of May 28th?**

7        A    Are you talking about prior to the briefing?

8    Just so I'm clear, Patrick, are you talking about prior

9    to the briefing or -- at the briefing, they would be --

10   they're apprised of that, yes, every briefing.

11       **Q    Okay.  So at the briefings, you were to remind**

12   **police officers about protesters' First Amendment**

13   **rights?**

14       A    Yes.

15       **Q    And were all police officers attending the**

16   **briefings?**

17       A    No, sir.  It would be just the command

18   officers, sergeants, some corporals, and some officers

19   did show up.  But they would be then briefed by those

20   supervisors.

21       **Q    So the other police officers who were not at**

22   **the briefings, do you know one way or another whether**

23   **they were reminded about protesters' First Amendment**

24   **rights?**

25       A    That -- that's what I assumed happened, and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
115

1   that's based on previously been dealing with protesters.

2   I'm -- I'm sure it was -- pretty confident it was done

3   that way.

4        Q    Did you specifically instruct any of the

5   officers who attended the briefings to remind the

6   nonattending police officers about protesters' First

7   Amendment rights?

8        A    Well, they're -- they're told to brief their

9   officers on the operation plan in the meeting we just

10  had.

11       Q    So is the answer to my question no?

12       A    No, the answer would be yes, they should brief

13  them.  I anticipate.  I expect them to brief them.

14  That's the reason we have the briefings, so that

15  information gets to all officers involved in that

16  situation.

17       Q    Did you remind or prime police officers about

18  the city's policies, practices, and customs regarding

19  the appropriate use of less lethal force?

20            MR. RINGEL:  Object to the form.

21       A    Supervisors know the policy, so

22       Q    Is the answer to my question no?

23       A    You would have to repeat your question.  The

24  answer is:  They -- they have -- they have knowledge of

25  the use of force policy, and they should be briefed by

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021
116

```
 1   their supervisors, you know, if there's any questions
 2   that they have about it.
 3        Q    So prior to the afternoon of May 28, 2020, did
 4   you prime or remind any police officers about the city's
 5   policies, practices, and customs regarding the
 6   appropriate use of less lethal force?
 7        A    At the briefing, we talked about the use of
 8   less lethal force.
 9        Q    Can you answer my question?  Yes or no?
10             MR. RINGEL:  Object to the form and the
11        foundation.
12        A    If -- I thought I answered it.  Yes, we --
13   they were briefed.
14        Q    Okay.  So at the briefings, you told the
15   commanding officers or any officers who were at the
16   briefings, you informed them about the city's policies,
17   practices, and customs regarding the appropriate use of
18   less lethal force?
19             MR. RINGEL:  Object to the form.
20        A    At the briefing, we do rules of engagement,
21   like I spoke prior.  We'll talk -- we'll brief them on
22   certain things.  Number one, you know, they have --
23   we're going to let them go into the street.  We're going
24   to let them -- we're going to assist them by blocking
25   traffic.  We're -- we're going to respond to any crimes
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

117

1    as far as looting, criminal mischief, setting fires.

2            We're going to -- we're not going to allow

3    them onto the I-25 thoroughfare where people are -- 80

4    miles an hour.  We'll not let them take over a district

5    station.  We're not going to let them take over the city

6    and county building.  We're not going to let them -- I

7    think whatever else we needed to talk about that

8    particular day and that the use of chemical weapon will

9    be permitted to -- to achieve that goal.

10           MR. REIDY:  Move to strike as nonresponsive.

11           MR. RINGEL:  Objection.

12      Q    At the briefings, did you prime or remind

13   officers regarding the training on less lethal weapons?

14      A    Yes.

15      Q    How did you do that?

16      A    They're allowed to use their less lethal

17   weapons.  Remember that pepper ball is defensive

18   resistance.  Reporting on meter is an act of aggression.

19      Q    Did you do anything else to remind or prime

20   officers about their training regarding the use of less

21   lethal weapons?

22      A    Well, officers that deploy less lethal weapons

23   are trained, so I'm not sure if I understand your

24   question.

25      Q    Did you do anything else to remind or prime

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

118

```
 1   officers about their training regarding the use of less

 2   lethal weapons?

 3        A    No more than I just responded to.

 4        Q    Did you remind or prime police officers, prior

 5   to the afternoon of May 28th, regarding their duty to

 6   intervene in the event of witnessing an inappropriate

 7   use of less lethal weapons?

 8             MR. RINGEL:  Object to the form and the

 9        foundation.

10        A    I don't recall.  It's policy.

11        Q    So you do not have a recollection of reminding

12   or priming police officers, prior to the afternoon of

13   May 28th, regarding their duty to intervene in the event

14   of witnessing an inappropriate use of less lethal

15   weapons?

16             MR. RINGEL:  Object to the form.

17        A    It's in policy.  They know it.

18        Q    Are you able to answer my question yes or no?

19             MR. RINGEL:  Object to the form.

20        A    It's in policy.  They -- they know the policy

21   on it.  They know the policy, and it's up to the

22   individual officer supervisors to know all of the

23   policies.  I -- I don't have -- and there's policies as

24   far as making arrests.  There's policies as far as -- I

25   can't remind everybody of every policy.  I would be
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

119

```
 1    there for two days.  So they know.  They're expected to

 2    know policy.

 3         Q    So in the afternoon of May 28th, when police

 4    officers began responding to the protests, would you

 5    have expected that any of them had reviewed the use of

 6    force policy -- Denver's use of force -- sorry -- strike

 7    that.  On the afternoon of May 28th, when police

 8    officers began working the protests, did you instruct

 9    any of them to review Denver's DPD written use of force

10    policy?

11         A    I don't recall, no.

12         Q    On the afternoon of May 28th, when police

13    officers began responding to the protests, did you

14    instruct any of them to review DPD's crowd management

15    manual?

16         A    I don't -- I didn't -- I didn't instruct them

17    to review policy issues.  They -- I could have had them

18    review arrest procedures.  I could -- anything.  I mean,

19    they know policy.  They're expected to know the

20    supervisor.  They're expected to know policy.

21         Q    You conducted daily briefings each day May

22    28th, 29th, 30th, 31st, June 1st, and June 2nd, right?

23         A    Yes.

24         Q    Did any of the daily briefings between May

25    28th and June 2nd include a discussion of the complaints
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    received by the city about the use of excessive force by

2    police officers?

3         A     I don't recall.  If -- if I had knowledge of

4    that, we probably would have discussed it, but I can't

5    recall.

6         Q     Did the briefings between May 28th and June

7    2nd include any discussions about errors made on the

8    previous day?

9         A     I don't recall.  If there was some, if it was

10   brought to my attention, we would discuss it, some

11   tactics or anything like that.  It's been a year, but

12   I'm sure we would have -- if someone brought it up to my

13   attention, we -- we do discuss that at briefings.

14        Q     So on May 29th, what did the city do to

15   correct or address complaints of excessive force by

16   police officers that occurred on May 28th?

17             MR. RINGEL:  Object to the form and the

18        foundation.

19        A     Every day we made adjustments to the operation

20   plan based on the information we had and what we

21   experienced the day before on the after action.  So to

22   answer your question, any problems that came up, we

23   would address, not only deployment problems, any other

24   type of complaints or -- if we had that information, we

25   would address that information.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

121

```
 1        Q    So any adjustments that were made in response
 2   to complaints about the use of excessive force by police
 3   officers would have been reflected in the daily
 4   operations plans?
 5        A    No.  On a daily operations plan it's more of a
 6   template.  There were some slight adjustments to that,
 7   but mainly the adjustments were made at the briefing by
 8   me as far as deployment and changes.
 9        Q    Okay.  So on May 29th, for example, was the --
10   were you aware of complaints made to the city about
11   excessive force by police officers on May 28th?
12             MR. RINGEL:  Object to the form and the
13        foundation.
14        A    I don't recall.  We would address them if
15   there was complaints.
16        Q    So you don't recall one way or the other if
17   you addressed them?
18        A    I recall that I would address them if I --
19   they were brought to my attention.
20        Q    Okay.  Are there any documents that you think
21   might reflect that you addressed those concerns during
22   the daily briefings?
23        A    No.  I can make some notes.  I might have made
24   some notes at the -- at that point in time.  When I
25   address -- have a briefing, I'll make myself some notes
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  and usually write that down on the ops plan so I could

2  address the -- the entire briefing, but...

3      Q      Where would you keep the notes?

4      A      Keep the notes would have been on the ops

5  plan, on the ops plans for that day.

6      Q      Do you mean, like, handwriting notes on the --

7  on your copy of the ops plan?

8      A      Yes, sir.

9      Q      Do you still have your copy of the ops plan?

10     A      No, sir.

11     Q      What did you do with it?

12     A      I'm sure we shredded it.

13     Q      When was it shredded?

14     A      We usually shred them sometime after the -- we

15  want to make sure that the -- you know, there's sec ops,

16  security of operations, so probably sometime that next

17  day, day before -- excuse me, day after.  I'm sorry.

18     Q      So your copy of the ops plan gets shredded the

19  day after its use?

20     A      Usually, yeah.

21     Q      Are there any other documents that might

22  reflect the substance of your daily briefings?

23     A      No.  They're the daily briefings and, no, I

24  don't think there's anything else.  Notes that maybe

25  officers took on their -- everyone is given a copy of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1    the ops plan.  They're able to make notes for themselves

 2    on those ops plan.  They're given to those officers.

 3    Supervisors have them in that relation.

 4         **Q    Is it DPD policy for everybody to shred their**

 5    **ops plans?**

 6         A    We would like to collect the ops plans for

 7    security operations.  We don't want the ops plans

 8    getting to the media or anyone else.  So we usually take

 9    -- we usually collect them, if we can, and dispose of

10    them.

11         **Q    Who specifically collects them?**

12         A    Usually we collect them in the command post,

13    whoever is -- does it.  It could be my executive

14    assistant, whoever collects those.  We take them back to

15    the office.

16         **Q    Sitting here today, are you able to recall any**

17    **changes that DPD made between May 28th and June 2nd to**

18    **address complaints received by the city about excessive**

19    **use of force by police officers?**

20              MR. RINGEL:  Object to the form and the

21         foundation.

22         A    As I stated before, if we had some information

23    about complaints, we would address that.  Whether it was

24    chemical agent or use of force, whatever the situation

25    is, we would address that in a timely manner that day.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

124

```
 1        Q    Okay.  So what I hear you saying is that you
 2   don't recall any specific changes that were made?
 3        A    I recall --
 4        Q    You would have?  You're saying you would have
 5   if you would have received complaints?
 6        A    I don't know.  Any information -- we got tons
 7   of information.  This was a 24-7 operation for five
 8   days.  Any information we had, we addressed that
 9   information.  So it's very possible we got information
10   about use of force complaints, which is very common to
11   get use of force complaints.  So we would address that
12   situation.
13        Q    Okay.  Sitting here today, are you able to
14   recall any specific ways that DPD addressed those
15   complaints between May 28th and June 2nd?
16             MR. RINGEL:  Object to the form and the
17        foundation.
18        A    I recall the ops plan always referencing use
19   of force deployment.  So some -- I must have had some
20   information.
21        Q    Okay.  So if it's not reflected in the ops
22   plan, then it wasn't done?
23             MR. RINGEL:  Object to the form.
24        A    No.  Ops plan is a guide we use.  We just --
25   here's -- we -- then we talked about deployment, who's
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

125

1  going where.  We talked about other issues.  Like if I

2  make adjustments on a daily basis to the ops plan, it

3  might not reflect in the ops plan, but I'm giving that

4  information at the briefing to the supervisors.

5      Q    Okay.  So if DPD made any changes to its

6  approach to crowd management between May 28th and June

7  2nd, it would either have been reflected in the daily

8  ops plan or orally communicated by you at the briefings,

9  right?

10     A    Correct.  For instance, we had to surround

11 District Six with fencing.  We had to surround

12 headquarters with fencing.  We had to put people inside

13 the state courthouses, because they were destroying the

14 windows there.  So we -- we made different preparations,

15 different changes based on the information that we had

16 from the day prior, the day before that prior.  So

17 they're made usually orally by me, yes.

18     Q    So if DPD provided different instructions to

19 its officers about the use of less lethal weapons

20 between May 28th and June 2nd, those changes would have

21 been reflected in the ops plan or communicated orally by

22 you at the briefings, right?

23     A    Correct, orally -- orally by me at the

24 briefings.

25     Q    Okay.  And as far as you know, there's no

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  documents that reflect where you said orally at the

2  briefings, right?

3       A    Not that I know of.

4       Q    What crowd management strategies did the city

5  employ between May 28th and June 2nd to minimize the

6  harm done to protesters who were not engaging in

7  violence?

8       A    We -- we went by the guidelines in the policy.

9       Q    So if DPD received complaints on May 29th that

10  on May 28th, several nonviolent protesters were

11  subjected to less lethal munitions inappropriately, what

12  changes did DPD make, if any, to its strategy to

13  minimize the occurrence of that?

14       A    Well --

15            MR. RINGEL:   Object to the form and the

16       foundation.

17       A    Like I said, we responded to the actions and

18  behavior of the crowd.  That's our policy.  So our

19  response is based on -- on their actions.  So if there

20  was no actions as far as protesters, as far as attacking

21  the police, destroying property, looting, then there

22  wouldn't be a -- there wouldn't be a change and there

23  wouldn't be any response from the police.  There would

24  be no confrontation.

25       Q    So on May 29th, May 30th, May 31st, do you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

127

1   ever recall having a conversation at the briefings like,

2   "Hey, guys, we're getting a lot of complaints, getting a

3   lot of complaints about the use of less lethal munitions

4   during these protests.  We all need to remember and

5   refresh ourselves on the city's use of force policy and

6   crowd management policies"?

7        A    I'm sure we had conversations if we got -- I

8   don't know where you're getting information on how many

9   reports we -- I don't know where you're getting that

10  information.  But we always talked about deployment, the

11  responsibility for -- the officers are responsible for

12  deployment.  The supervisors are responsible for

13  deployment.

14            So that was always a reminder.  Like I said,

15  standard operating procedures.  Here's what we -- we go

16  over, you know.  Protect life and safety -- protect life

17  and protect property, you know.  Ensure that protesters,

18  you know, are -- are safe.  Take law enforcement action

19  when appropriate.  So these are things we did every

20  time.

21       Q    So do you recall on any day May 28th through

22  June 2nd, any special attention devoted to revising or -

23  - strike that.  Other than reminding police officers

24  about what the use of force policy says, what the crowd

25  management manual says, did you take any extra steps to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

128

```
 1    ensure that police officers were using less lethal
 2    weapons during the protests in an appropriate manner?
 3              MR. RINGEL:  Object to the form.
 4        A    As I previously stated, we always talked about
 5    that.  If there's any questions about it, they were
 6    always addressed.  Officer is responsible for deploying
 7    chemical agent.  Officer is responsible for deploying
 8    exact impact or pepper ball weapons.
 9        Q    So is the answer to my question no?
10              MR. RINGEL:  Object to the form.
11        A    No.  The answer to your question is what I
12    just stated.  You know, I'm sure on a daily basis, we
13    addressed any concerns.  Whether it's use of force,
14    deployment of chemical agent, we -- we address those.
15        Q    Okay.  So on any day May 28th through June
16    2nd, did it ever come up at the briefings, "Hey, we're
17    using a lot of less lethal munitions, and we need to
18    maybe reevaluate how much of it we're using"?
19        A    Yeah, I'm sure it did.  I'm sure it did.  If
20    we were using a lot of chemical agent, we were putting
21    out chem -- we have an inventory of chemical agents, and
22    we're -- we deploy them, and we make sure they were used
23    properly.
24        Q    So you say you're sure it did?
25        A    I'm sure we had conversations about that, yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

129

```
 1        Q    Do you have a specific recollection, or are
 2   you assuming?
 3        A    Yes, I have a -- sorry.  Didn't mean to
 4   interrupt you.
 5        Q    My question was, do you have a specific
 6   recollection, or are you assuming?
 7        A    No, I have a recollection because of the
 8   situation.  We ran out of chemical agent, so we wanted
 9   to make sure that was used in an appropriate manner. We
10   -- we're limited on amount of chemical agent we had. It
11   was necessary to deploy that chemical agent for the
12   safety of the officers, so we sure didn't want to run
13   out.
14        Q    So on May 29th, do you have a specific
15   recollection of receiving complaints from citizens about
16   the use of less lethal munitions by police officers that
17   occurred on May 28th?
18        A    No.  I wouldn't -- I wouldn't receive those
19   complaints specifically.
20        Q    So you would not become aware that the city
21   had received complaints about the use of less lethal
22   force during the protests?
23        A    No, I -- I could become aware.  I don't take
24   those complaints.  They don't come to me.  They would
25   come to internal affairs, or they would come to, you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

1   know, the police department in general, and then I would

2   be made aware of those complaints if that was the

3   situation.

4        Q    Okay.  I'm just trying to figure out.

5             On May 29th, sitting here today, do you have a

6   specific recollection of becoming aware that citizens

7   were complaining about the use of less lethal force on

8   protesters on May 28th?

9        A    I don't recall at that point in time if I did

10  or didn't.

11       Q    What about on May 30th?

12       A    That's over a year ago, or about a year ago.

13  So best of my recollection, I -- I don't recall.  We had

14  to address any type of information we had, though.

15  That's all I can tell you.

16       Q    What about on May 31st?

17       A    That would be the same answer.

18       Q    So on any day between May 28th and June 2nd,

19  do you have a specific recollection of having become

20  aware of complaints by citizens about the use of less

21  lethal force by police officers during the protests?

22       A    You know, over a year ago, if I -- if I

23  recall, if I did receive information on either type of

24  that, we would have addressed that at a briefing.

25       Q    Did you speak to the Office of the Independent

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

131

```
 1    Monitor regarding the George Floyd protests?

 2         A    Yes, I did.

 3         Q    How many times?

 4         A    Twice.

 5         Q    Did you talk to anyone at the OIM about the

 6    George Floyd -- strike that.  The two times that you

 7    spoke to the Office of the Independent Monitor about the

 8    George Floyd protests, were those the interviews that

 9    you had in connection with the independent monitor's

10    investigation into the George Floyd protests and the

11    police response to it?

12         A    Yes, sir.

13         Q    Who was present at your interviews with the

14    Office of the Independent Monitor?

15         A    Nick Mitchell, independent monitor, and then

16    you had, I think, a second party there.  I don't know if

17    it was the same party for both entities or not.  I don't

18    recall.

19         Q    Anybody else other than representatives from

20    the Office of the Independent Monitor?

21         A    No, sir.

22         Q    Have you talked to anybody other than the

23    Office of the Independent Monitor about the substance of

24    your interviews with the Office of the Independent

25    Monitor?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1       A    No.

 2       Q    If I say "OIM," will you understand that I'm

 3  referring to the Office of the Independent Monitor?

 4       A    Right, right.  He's the director of the Office

 5  of the Independent Monitor.

 6       Q    Were you aware of any documents that summarize

 7  your interviews with the Office of the Independent

 8  Monitor?

 9       A    I received a document, which is heavily

10  redacted, which I guess is my interview.  Just saw that

11  for the first time a few days ago.

12       Q    Did you just receive the one document, or is

13  it multiple documents?

14       A    Might have been two -- it's one document.  I

15  guess it's heavily redacted.  But it was -- I think it's

16  a -- it's a -- I got it right here.  So I think it's

17  just the -- it's dated August 12th, confidential

18  Internet internal draft of the interview.  So you can

19  see it's heavily redacted.  It's probably the same one

20  you have, I imagine.

21       Q    Did you -- so you do not have the second

22  document reflecting your second interview with the

23  Office of the Independent Monitor?

24       A    Counselor, I -- I don't know if there is a

25  second document.  I -- I printed up whatever I was sent.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

133

1    So I don't know if there's two different ones or if --

2    if he made -- if the monitor differentiated between the

3    two interviews or not.  I don't know.  It's his

4    document.

5         Q    Do you remember what you told the OIM

6    regarding the George Floyd protests?

7         A    I remember I interviewed.  He asked me several

8    questions, and I answered those questions.

9         Q    Do you have any specific recollections of

10   anything that you told to the OIM about the George Floyd

11   protests?

12        A    I -- I looked at -- I looked at it, so we had

13   a conversation.  So, yes.

14        Q    So having reviewed the document that you got

15   there in front of you, you have a specific recollection

16   of things that you told the independent monitor?

17        A    Basically.  I looked at it briefly.

18        Q    Did you talk to the Office of the Independent

19   Monitor about DPD's general approach to crowd

20   management?

21        A    Possibly, yes.  I answered every question he

22   put to me.  If that was one of the questions, I'm sure I

23   answered it.

24        Q    Okay.  What did you tell the OIM about DPD's

25   general approach to crowd management?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

134

```
 1        A    Without looking -- without looking at it -- if
 2   you have a specific page or something.  I -- I can't --
 3   what I told him, I could just verbatim tell you if you
 4   would show me what page that's on.
 5        Q    Okay.  So without reviewing the document,
 6   however, you're unable to tell me what you told the OIM
 7   about DPD's general approach to crowd management?
 8        A    I mean, crowd management, what we try to do
 9   is, you know, help all these -- we do hundreds of
10   protests, special events, parades.  We try to facilitate
11   them in any way we can, if they have a successful event,
12   parade, or protest, or whatever it is.  That's our
13   general approach to that.
14             We do that by -- like I talked about, several
15   things.  Meeting with the organizer, if they'll meet
16   with us.  Deploy -- getting a traffic plan ready so we
17   could help them with their march.  So then -- and the
18   goal is to, like I said, have a successful operation and
19   no confrontation with the police and no arrests, if we
20   can help it, and go home.
21        Q    Is that what you told the Office of the
22   Independent Monitor?
23        A    Let me refer to it.
24        Q    I'm sorry.  Commander Phelan, I think you
25   broke up, at least on my end.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

135

```
 1        A    I'm sorry.  If you have a page, I could refer
 2   to what I said.  I mean, I can probably look at it.
 3        Q    That's okay.  We might look at the document
 4   later, but I just want to explore what you can recall
 5   without having to look at the document.
 6        A    I don't recall.
 7        Q    I'm just -- if the answer is no, the answer is
 8   no.  That's fine.  I'm just trying to get a sense for
 9   what you remember.
10        A    I mean, it's always -- I mean, it's -- doesn't
11   really change.  It's --
12        Q    Okay.
13        A    -- honest success was -- any we can.  That's
14   kind of our reputation to do.  We've got -- had hundreds
15   of successful protests and without any kind of
16   confrontation with the police or assault on the police.
17        Q    Okay.  So if the Office of the Independent
18   Monitor asked you that question, you would have given
19   him -- or you would have given the OIM the same answer
20   that you've just given me, or something along those
21   lines, right?
22        A    Without looking, I can't say, but I imagine
23   so.
24        Q    Did you talk to the OIM about where DPD sets
25   forth its general approach to crowd management?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

136

1      A      I'm sorry, Mr. Reidy.  I didn't hear that

2   question.

3      Q      Did you talk to the OIM about where DPD's

4   general approach to crowd management is articulated?

5      A      Well, it would be articulated in the crowd

6   management manual.  If he asked that, where -- where

7   does that come from?

8      Q      So my question is, do you recall talking to

9   the OIM about where DPD's general approach to crowd

10  management is articulated?

11     A      We talked about it.  I recollect talking to

12  Nick several -- twice and asked me numerous questions

13  about a lot of different subjects, as far as it

14  pertained to the protests.

15     Q      Okay.  So if the OIM asked you where DPD's

16  general approach to crowd management is articulated,

17  would you have told him simply that it's in the crowd

18  management manual?

19     A      Possibly, part of it, you know.

20     Q      Where else is DPD's approach to crowd

21  management?

22     A      The operations manual has some information on

23  crowd management also.

24     Q      Anywhere else?

25     A      That's all I can think of right now.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q    Did you talk to the OIM about what trainings

2  DPD offers regarding crowd management?

3      A    Possibly, yes.

4      Q    What did you tell the OIM about what trainings

5  DPD offers regarding crowd management?

6      A    Depending on what his question was would

7  determine what my answer would be without looking at the

8  document.

9      Q    Okay.  So what trainings does DPD offer --

10     A    Well, DPD --

11     Q    -- in crowd management?

12     A    As far as in the academy, I believe they

13  received a week or two of crowd management training.

14  Supervisors receive additional training.  I believe in

15  probably October or November, when we -- of '19, I

16  believe there was a crowd management crowd control class

17  field force for supervisors.

18          I also believe -- and this is just my

19  recollection -- I -- I believe also there was a -- we

20  put out what's called Sevens, which are video training

21  for -- for officers at the district, so everybody gets

22  that information refresher.

23     Q    Did you ask to see an unredacted version of

24  this summary of your interview with OIM?

25     A    Did I --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

138

1            MR. RINGEL:  Hold on a second, Commander.  To

2       the extent that that answer requires you to reveal

3       communications with any of the attorneys that

4       represent you or the city or the Defendants in this

5       case, I instruct you not to answer it.  To the

6       extent that you can answer the question without

7       revealing such communications, you may answer.

8            THE WITNESS:  I won't answer it, based on your

9       advice.

10 BY MR. REIDY:

11      Q    Without seeing your -- the summary of your

12 interview with OIM, do you have any specific

13 recollection of anything you told to OIM about the

14 George Floyd protests?

15      A    I have a recollection we talked about several

16 different topics based on the protests.  So he asked me

17 numerous questions, and I'm sure he has those questions,

18 but

19      Q    Okay.  So sitting here today, is there

20 anything specific that you can say, "I told the OIM X,

21 Y, or Z"?

22      A    Well, I can look at the -- the statement here

23 that's redacted, and I can tell you it looks like we

24 talked about command posts.  Looks like we talked about

25 training.  We just talked about there's something that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

139

1   is redacted, supervisors redacted.  We talked about DPD

2   buildings, radio communication, less lethal weapons.

3   Redacted.  Munitions.

4       Q     So --

5       A     Curfew arrests, here in chief participation,

6   city hall.  So I'm just going through it, Counselor.

7   And outside agencies.  You asked me -- these are just

8   some of the questions.  Those were the questions I could

9   see, or the topics I could see, on -- on the report

10  here.

11      **Q     So if it's redacted in the summary document**

12  **that you have in front of you, are you able to recall**

13  **anything which you said to the OIM?**

14      A     No.  Wouldn't be -- wouldn't be -- I couldn't

15  recall what I said to him if it's redacted.  The only

16  copy I have is the redacted copy, if that answers your

17  question.

18      **Q     Did you talk to DPD about -- sorry -- strike**

19  **that.  Did you talk to the OIM about whether DPD**

20  **provides any in-service trainings?**

21      A     I think what I just answered is based on

22  training.  I answered something here.  If I could read

23  this, sir, training.  It says, "When asked to explain

24  the training that DPD officers receive to prepare for

25  them crowd control situations, Commander Phelan

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

140

1  explained that officers received 18 -- 16 hours of

2  training on crowd control and field force training in

3  the academy.  A refresher course was offered in 2019,"

4  which I recollect, "but he was uncertain about the

5  details and suggests we should speak with academy staff

6  who does the training," so...

7      Q    Did you talk to the OIM about protests, crowd

8  behavior during the George Floyd protests?

9      A    I have to look at this again.  It's possible

10 one of these -- some of these answers might have

11 included something on crowd control.

12     Q    My question was about George Floyd protest

13 crowd behavior.

14          Did you talk to the OIM about the crowd's

15 behavior during the George Floyd protests?

16     A    I imagine I did.

17     Q    What did you tell the OIM about the crowd

18 behavior at the George Floyd protests?

19     A    Without being informed, I imagine we talked

20 about the violent nature of the crowd, the rioters,

21 towards the police that I hadn't experienced prior.

22     Q    Okay.  So you're assuming that's what you told

23 the OIM?

24     A    Let me -- let me silence that.

25     Q    Was that Bad to the Bone, Commander Phelan?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

141

```
 1        A    It is maybe.  Come on, whatever it is.  It's
 2   nothing I found.  It just came with it.
 3        Q    How did the George Floyd protests -- sorry.
 4   Strike that.  How did the crowd at the George Floyd
 5   protests compare to the crowds at the Democratic
 6   National Convention?
 7        A    The crowds at the Democratic National
 8   Convention were peaceful.  We didn't have really any
 9   confrontation.  I was the chair of the location at -- at
10   the Pepsi Center at the time.  We had several protests
11   come by there and through there.  But they were peaceful
12   marchers, and there was no confrontation with the
13   police.
14        Q    Did you talk to the OIM about how many arrests
15   were made during the George Floyd protests?
16        A    It looked like there's -- there's some
17   conversation about curfew.  I -- I talked about -- we
18   probably referred to some communication about arrests,
19   yes.  It says "curfew" --
20        Q    Do you recall --
21        A    It says "curfew arrests" here on his report,
22   but it's all redacted.  So I imagine we talked about
23   that.
24        Q    Do you have an understanding of why it's
25   redacted?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

1       A    Probably for information that doesn't need to

2   be shared based on open records.  I'm sure there's

3   protocols for opens records, what can be shared and

4   can't be shared.  I'm sure it's based on that.

5       Q    Did you talk to the OIM about officers' use of

6   body-worn camera during the protests?

7       A    Let me look here.  Looks like we had some

8   conversation on body-worn cameras.

9       Q    Commander Phelan, for the record, can you --

10   the document that you're looking at, on the first page

11   of it --

12       A    Yes.

13       Q    -- is there a number on the lower right-hand

14   corner that starts with "DEN"?

15       A    Yes, there is.  DEN 011751.

16       Q    And can you read me what the number is on the

17   last page of the document you have in front of you?

18       A    DEN -- DEN -- DEN 011753.

19       Q    Do you agree that many officers did not use

20   their body-worn camera during the protests?

21       A    I think there was a significant number of

22   officers that didn't use their body cams, yes.

23       Q    When did you first learn that a significant

24   number of officers did not use their body cams during

25   the protests?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
143

```
 1        A    I think it was after the protests.  Definitely
 2   after the five days.  Probably sometime in June, I
 3   guess, we determined that they didn't -- weren't using
 4   their body cams, or maybe not initially.  I didn't know
 5   it for a few days.
 6        Q    Do you agree that that's a problem?
 7             MR. RINGEL:  Object to the form and the
 8        foundation.
 9        A    Well, by policy, they're supposed to be using
10   body-worn cameras, activating body-worn cameras.
11        Q    So it's a problem that officers were not using
12   body-worn camera during the protests, right?
13             MR. RINGEL:  Object to the form.
14        A    It's by policy.  I would like to see officers
15   use body-worn camera.  It protects the officers.  It's
16   been a great addition to the police department against
17   false accusations.
18        Q    What changes are -- do you think are necessary
19   to ensure that more police officers use their body-worn
20   camera during similar incidents in the future?
21             MR. RINGEL:  Object to the form.
22        A    They -- they should use it.  It's by policy.
23   It's important to use them.  They -- they should all be
24   activated when appropriate in any situation.  And I
25   think, you know, as far as that technology goes, you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

144

```
 1   know, it shows how important it is to have it.
 2        Q    Between May 28th and June 2nd, did you ask
 3   anybody about whether the officers were -- strike that.
 4   Between May 28th and June 2nd, did you make any attempt
 5   to find out whether police officers were using their
 6   body-worn camera?
 7        A    I -- I assume they were using their body-worn
 8   camera.  It's policy.
 9        Q    So you assumed that officers were using their
10   body-worn camera, but you didn't independently confirm,
11   right?
12        A    No.  It's by policy.
13        Q    Do you know why many police officers didn't
14   use their body-worn camera while working the protests?
15             MR. RINGEL:  Object to the foundation.
16        A    I -- I don't know.
17        Q    Did you try to find out why police officers
18   weren't using their body-worn camera during the
19   protests?
20             MR. RINGEL:  Object to the form.
21        A    They were -- they were reminded to always have
22   their body cam on once we realized the situation.
23        Q    But you didn't realize the situation until
24   after the protests; is that right?
25        A    I want to say, I think the best of my
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   recollection is, when that injunction that we got, it
 2   was that.  It was mentioned in there that I think I
 3   became aware around that time.
 4        Q    What lessons did you learn from the George
 5   Floyd protests?
 6             MR. RINGEL:  Object to the form.
 7        A    Well, after every protest, after every
 8   operation, we try to learn whatever, you know, we could
 9   do better.  And in every situation, you do something
10   better.  I think there were some gaps that we could have
11   done better, as far as having rosters and that type of
12   issue.  Unfortunately, you know, the person who usually
13   does the rosters was -- was on vacation.
14             So there were some things we could have done
15   better, obviously.  Communication, I would like to have
16   better communication.  Radios, there were new radios,
17   and there was some difficulty with that, difficulty with
18   officers hearing communication some -- with earplugs. So
19   things like that.
20        Q    If the OIM, during your interviews, had asked
21   what lessons you learned from the protests, would you
22   have given him the same answer that you just gave me?
23        A    Possibly.  I'm sure whatever I was thinking at
24   the time.  It was done in August, so maybe.  Looks like
25   it's redacted.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    During the George Floyd protests, DPD sought

2    the assistance from -- sought the support of mutual aid

3    agencies, right?

4    A    Correct.

5    Q    Who made that decision to seek the support of

6    mutual aid agencies for the protests?

7    A    I think it was obvious that we needed more

8    personnel to be successful, and our operation -- I think

9    that decision was probably made with deputy chief of

10   police -- I don't -- I don't know whether that was above

11   my head where they -- where the contact was made, made

12   the determination to reach out to what jurisdictions.

13   Q    Okay.  So you don't know who specifically made

14   the decision to talk to mutual aid agencies?

15   A    Not specifically, no, I don't.

16   Q    Did you have any input into the decision to

17   reach out to mutual aid agencies?

18   A    I had some input as far as we needed

19   additional personnel.

20   Q    Who did you tell that you needed additional

21   personnel?

22   A    I'm sure I discussed it with probably a -- one

23   of the division chiefs.  Probably the deputy chief.

24   Maybe the chief was there also.

25   Q    Do you have a specific recollection of that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

147

1   conversation?

2       A   I -- not specific.  I remember having a

3   conversation as far as needing resources, additional

4   resources, based on the behavior of the crowd, but I --

5   I couldn't tell you who I had that with.  I imagine it

6   was the deputy chief.  Specifically, I do remember

7   talking to Deputy Chief Archer.

8       Q   **At the time of the protests, did you know the**

9   **policies, practices, and customs of the mutual aid**

10  **agencies with respect to the use of force?**

11          MR. RINGEL:  Object to the form.

12      A   As far as mutual aid, we just had the mutual

13  aid agreement with jurisdictions that could provide a

14  service in the exigent circumstances.

15      Q   **The Aurora Police Department was one of the**

16  **mutual aid agencies that DPD sought the support of,**

17  **right?**

18      A   Yes, sir.

19      Q   **At the time of the protests, did you know the**

20  **policies, practices, and customs of the Aurora Police**

21  **Department with respect to the use of force?**

22          MR. RINGEL:  Object to the form.

23      A   No, I did not.

24      Q   **What about any other mutual aid agencies?**

25      A   I'm sorry, Counselor.  I missed the first part

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

148

```
 1   of that.
 2       Q    The question was, what about -- what -- sorry.
 3   My question was, what about any of the other mutual aid
 4   agencies that DPD called?
 5       A    Do I know their policies as far as use of
 6   force?  Is that the question?
 7       Q    That's right.
 8       A    Use of force is based on state statute.  I'm
 9   sure it was similar to our policy.
10       Q    But you don't know specifically what their
11   policies, practices, and customs were with respect to
12   the use of force, right?
13           MR. RINGEL:  Object to the form.
14           COURT REPORTER:  Commander, what was your
15       answer?
16           THE WITNESS:  Oh, I'm sorry.  It's, correct.
17           MR. RINGEL:  You and I spoke at the same time,
18       Commander.
19           THE WITNESS:  Yes was my -- affirmative
20       answer.
21   BY MR. REIDY:
22       Q    For the record, but you don't know
23   specifically what their policies, practices, and customs
24   were with respect to the use of force, right?
25           MR. RINGEL:  Object to the form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

149

```
 1        A     I anticipate that their policy reflects the
 2   state statutes as far as use of force, and I believe
 3   it's probably similar to ours.
 4        Q     Have you ever read Aurora Police Department's
 5   use of force policy?
 6        A     No.
 7        Q     Do you know if it has a written use of force
 8   policy?
 9        A     I imagine its police department has a use of
10   force policy.
11        Q     Do you know for certain whether the Aurora
12   Police Department has a written use of force policy?
13        A     No, sir.
14        Q     What about with respect to any of the other
15   mutual aid agencies?
16              MR. RINGEL:  Object to the form.
17        A     I -- I believe probably every police
18   department has a use of force policy, but I can't
19   testify for sure to that.
20        Q     Prior to the George Floyd protests, has DPD
21   ever before called on mutual aid agencies for support
22   during a crowd management event?
23        A     We had mutual support for a couple -- yes, a
24   couple times we have.
25        Q     Can you describe those incidents for me?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

150

1       A    One was the -- obviously, the DNC.  We used

2    several agencies throughout the state for support.

3    Another one possibly, and I'm not sure -- we also had

4    the Democratic debates here at DU.  And additionally, we

5    called upon them for -- we had a large rally at the

6    convention center for President Trump, and I believe we

7    -- we used outside agencies for that, for personnel

8    issues.

9       Q    So you said you called on -- or DPD called on

10   mutual agencies for the Democratic National Convention

11   in 2008, right?

12      A    Correct.

13      Q    And for -- you said you also called on the

14   mutual aid agencies for the Democratic debates at Denver

15   University?

16      A    Yeah, I believe we had some -- some units as

17   far as explosive detections, explosive canine.  We used

18   outside agencies and federal agencies to assist us with

19   that.

20      Q    Okay.  Was the Democratic debates event at

21   Denver university, was that a crowd management protest

22   situation or something else?

23      A    Potentially.  Potentially could be.  We

24   prepared for that.

25      Q    And do you recall when that was?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

151

```
 1        A    You know, I -- let's see.  So probably -- I
 2   think it was -- I'm -- I'm thinking around 2008 or is it
 3   --
 4        Q    Okay.  So --
 5        A    You know, four years after the -- President
 6   Obama was elected, in the -- the next debates there.  I
 7   remember President Obama and whoever the Republican
 8   candidate was at that point in time, Senator from Utah.
 9   His name escapes me.  I'm sorry.
10        Q    Sure.  Mitt Romney, does that ring a bell?
11        A    Thank you.  That's exactly who it was.
12        Q    Okay.  You mentioned a large rally at the
13   convention center for President Trump?
14        A    Uh-huh.
15        Q    And was that another situation where you
16   called on mutual aid agencies for crowd management
17   support?
18        A    Yes.
19        Q    Do you recall when that was?
20        A    I think that was probably, you know, when he
21   was elected.  So I believe that was during a campaign.
22   I'm -- I don't think he was -- I -- I can't -- I don't
23   recall if he was president or not.  I believe he was. So
24   a few years back.  I can't give you the -- I apologize.
25   I would have to refresh my memory to look -- look back
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    at the dates, but...

2        Q    Has DPD ever conducted joint training with any

3    of the mutual aid agencies related to crowd management?

4        A    We did during DNC.

5        Q    And since --

6        A    And training -- and training, obviously, for

7    specific units.  I know the bomb squads trained together

8    frequently.

9        Q    Okay.  Since the DNC in 2008, has DPD done any

10   joint training with any of the mutual aid agencies

11   regarding crowd management?

12       A    Not that I recall.

13           MR. REIDY:  Okay.  Can we go off the record?

14       Let's take a five-minute break.

15           VIDEOGRAPHER:  Sure.  We will go off the

16       record.  The time is 12:28 p.m.

17                  (OFF THE RECORD)

18           VIDEOGRAPHER:  The time is 12:40 p.m. We're

19       back on the record.

20   BY MR. REIDY:

21       Q    All right.  Commander Phelan, I'm going to

22   show you some video in just a minute, but real briefly,

23   again, about your discussions with the OIM.

24           Is it fair to say that if the information is

25   redacted from the summary document that you have in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN    , taken on May 25, 2021

153

1  front of you, you don't have a specific recollection of

2  what you told the OIM?

3      A    If he asked a question about it, I -- I'm sure

4  I answered his question.  What specifically I said, I --

5  I couldn't say, but it's redacted.

6      Q    All right.  I'm going to show you a video from

7  Air One.  The Bates number for this video is DEN 003840.

8           Can you see that, Commander Phelan?

9      A    Yes, sir.

10     Q    Okay.  What was the role of the Air One

11 helicopter during the protests?

12     A    Basically, to give information on directions

13 and crowd control and identifying suspects, if need be,

14 kind of if they're -- if they were available.

15     Q    Okay.  So I'm going to start this video from

16 about five minutes and -- you know, five minutes in. The

17 time stamp is May 28, 2020, at 202728, which I

18 understand is 8:27 p.m. Mountain Time.

19           What I would like you to do is watch the

20 video, but I'm particularly interested in the radio

21 chatter that you can hear on the video, okay?

22                    (VIDEO PLAYS)

23     Q    Okay.  Were you able to hear the radio chatter

24 on that video?

25     A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

154

1      Q      We stopped it at 202801.

2             Do you have a specific recollection of having

3      to manage a crowd at Colfax and Washington on the night

4      of May 28th?

5      A      Yeah.  I could hear myself on the radio.

6      Q      Were you talking to Metro Two on the radio?

7      A      Yeah, it sounded like I was talking to metro

8      two, Lieutenant Pine.

9      Q      I'm not sure that I heard you.

10            Lieutenant Pine, is that Metro Two?

11     A      Yeah.  Metro Two, yes.

12     Q      Okay.  And Lieutenant Pine, with Metro Two,

13     said he was at 14th and Sherman, right?

14     A      Correct.

15     Q      And I'm just going to try to paraphrase the

16     radio chatter there, and you can feel free to disagree

17     with me, but my understanding is you were trying to move

18     resources up to District Six for support. You're in the

19     process of trying to do that; is that fair?

20     A      Yeah.  It looks like cars are -- are trapped

21     in that crowd, and it looks like the main crowd is

22     around District Six.  We were trying to get some

23     resources probably up to that location, yes, sir.

24     Q      Okay.  And Lieutenant Pine, with Metro Two,

25     was telling you that his unit was stuck at 14th and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

155

1   Sherman, and you suggested that they could deploy gas in

2   order to move from 14th and Sherman up to District Six

3   if necessary, right?

4        A    Yeah.  It sounds like he's trapped in there,

5   surrounded or something, so -- but he -- to get out of

6   that location, he'll need to deploy some chemical agent,

7   yes.

8        Q    Okay.  We're going to keep watching for a

9   little bit.

10                     (VIDEO PLAYS)

11        Q    Okay.  So in that portion of the clip, you

12   were specifically authorizing use of pepper ball to move

13   protesters around the intersection of Colfax and

14   Washington, right?

15        A    Correct.

16        Q    On the portion of the clip that we just heard,

17   did you instruct the officers to issue any warnings

18   prior to deploying pepper ball?

19        A    We got, looks like, the defensive resistance.

20   It looks like any time we would use defensive

21   resistance.  Then doing area saturation there to make

22   sure we could rescue those vehicles from that location.

23        Q    But you did not tell the officers to issue any

24   warnings before deploying pepper balls?

25        A    I think the circumstances of that location at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1    that time didn't warrant any announcement.  We got

2    people trapped in there.  Exigent circumstances.

3                   (VIDEO PLAYS)

4         Q    Okay.  Officer came on the radio and said that

5    he's got gas that they can deploy if you provide the

6    okay, right?

7         A    I'm waiting for resources.  I don't -- what I

8    see here, I don't have resources out there, so we -- we

9    can't deploy at that point in time yet.

10        Q    But he was asking you, or telling you, that he

11   could deploy it, but he needed your okay?

12        A    Before I -- at that point in time, I -- I told

13   him to stand by.

14        Q    Yeah.  And that's consistent with how tear gas

15   was supposed to be deployed?

16        A    I don't know if we're doing tear gas.  Like I

17   say, looks like a situation -- that guy mentioned pepper

18   ball.  I'm seeing the big picture here, too, and he

19   doesn't have -- I don't know who that was on there, but

20   he doesn't have the big picture where we're exposed,

21   where we need to be, and the resources necessary.

22        Q    Yeah.  My point is that he was telling you

23   he's got it --

24        A    Yes.

25        Q    -- but that he wasn't going to deploy it
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

157

```
 1    unless you gave him the go-ahead.
 2              MR. RINGEL:  Object to the form and the
 3         foundation.
 4         A    If I recall, he was trying to get up there.  I
 5    don't even think he was up there.  He might be telling
 6    me, "I have chemical agent if we need it."  That doesn't
 7    really describe where he is.  I thought he -- the
 8    earlier transmission, I thought he says he could make
 9    their way up there.
10         Q    So we're going to keep watching.
11         A    Okay.
12                   (VIDEO PLAYS)
13         Q    Okay.  That was you on the radio saying that
14    you wanted to move the protesters using gas, if
15    necessary, right?
16         A    Yeah.  They're blocking the -- they're
17    blocking the street there at the intersection.  They
18    have cars trapped in there.  We're going to try to -- if
19    I recall here, I'm trying to shut off vehicle traffic to
20    that location to make it safe so no motorist gets stuck
21    in there.  You can see there's vehicles there, so we've
22    got to make some preparation for that and want to make
23    sure they get out of there.
24         Q    Okay.  Was there any discussion on the radio
25    about ensuring that protesters who weren't blocking the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

158

1   street were not going to be effected by the tear gas?

2              MR. RINGEL:  Object to the form.

3       A    My concern there is getting -- rescuing those

4   people out of that location before they're assaulted.

5   There's a lot of situations where the protesters, if you

6   want to call rioters, you know, attack those vehicles to

7   damage the vehicles.  So our -- my responsibility there

8   is, we've got to get some resources out there to help

9   those people that are trapped.

10      Q    Did you talk about issuing any warnings before

11  deploying tear gas?

12      A    I could have on the phone, or I could have on

13  the radio later.  I'm not sure.  Depending on what we

14  deploy there.  There's kind of exigent circumstances

15  here.  We want to get resources up there.

16      Q    So you were talking about moving the

17  protesters with gas, and there wasn't any concern at

18  this point about officers being attacked, right?

19              MR. RINGEL:  Object to the form.

20      A    Yeah.  I'm concerned about people stuck inside

21  there and bringing resources there.  We're -- you can

22  see there's not any police there right now.  I'm trying

23  to get resources up there.

24      Q    You said you were concerned about people

25  trapped where?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

159

```
 1      A    You see it in the vehicles.

 2      Q    In the vehicles?  You're concerned about these

 3 people here trapped in the vehicles?

 4      A    Trapped.  Yes, because they -- they've

 5 assaulted people inside vehicles.  They assaulted --

 6 they damaged the vehicles.  They're not letting traffic

 7 through.  It's our responsibility to make a safe

 8 environment for people.

 9      Q    Okay.  And so to keep the passengers in these

10 vehicles safe, your plan was to deploy tear gas into the

11 intersection?

12      A    If need be.  If need be.  If we can't get in

13 there, we end up deploying.  If we have to do chemical

14 agent, we'll do chemical agent.  If we have to do pepper

15 ball, we'll do pepper ball.  Their safety is my concern

16 right now.

17      Q    Okay.  Fair to say that you issued the order

18 to deploy tear gas at the intersection of Colfax and

19 Washington?

20      A    I don't -- it hasn't been deployed yet.  So if

21 they need it -- if they need it, they could deploy it.

22 Like I said, they had the opportunity to deploy if

23 necessary based on the circumstances at that scene.

24      Q    Okay.  I'm going to skip ahead a few minutes

25 in this video.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

160

1       All right.  So we're now at 14 minutes seven

2  seconds in the video.  The time stamp is 203635.  Still

3  on May 28, 2020.

4                  (VIDEO PLAYS)

5       Q    At this point in the video, my understanding

6  is that you ordered the deployment of tear gas to Colfax

7  and Washington, and the officers are now backing up to

8  the north side of Colfax; is that fair?

9       A    Yeah, and they reported they're taking rocks

10  at that point in time.  They're under attack.

11      Q    Okay.  But just to be clear, it was you who

12  ordered deploying tear gas at Colfax and Washington,

13  right?

14      A    Deploy.  Deploy chemical agent.

15      Q    Do you know if the people at this intersection

16  were given any warnings prior to the deployment of tear

17  gas?

18      A    I -- I don't know.  I can't tell from this --

19  this vantage point here.  At every briefing, we told

20  them to make sure we give announcements prior to. Unless

21  there's emergency situation, to give -- give

22  announcements.

23      Q    I'm going to skip ahead a little bit to later

24  in the evening.

25      A    I'm -- I'm sorry, Counselor.  I'm having a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

161

```
 1   hard time hearing you.

 2        Q    Sorry.  I'm going to skip ahead in the video a

 3   little bit to later in the evening.

 4        A    Okay.

 5        Q    Okay.  We're now at 3616, 36 minutes 16

 6   seconds into the video.  Time stamp is 205844.

 7                    (VIDEO PLAYS)

 8        Q    Okay.  In that clip here, there, we heard

 9   Lieutenant Pine, from metro two, telling you that they

10   were making announcements at 14th and Sherman to move

11   people out of the intersection, right?

12        A    It sounds like that, yes, sir.

13        Q    Okay.  We're skipping ahead to 47 minutes and

14   21 seconds into the video.  The time is now 210949.

15                    (VIDEO PLAYS)

16        Q    Okay.  In that portion of the clip that we

17   just watched, is it fair to say that you ordered the

18   deployment of tear gas on protesters at 14th and Sherman

19   on May 28th at approximately 9:10 p.m.?

20        A    Yeah.  It sounds like Brad {?} -- Lieutenant

21   Pine was -- he's trapped in there.  We're trying to get

22   metro three down there to assist him.  They're taking

23   rocks and bottles.  He said he made announcements

24   already at that location, so I'm telling him to go ahead

25   and deploy.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

162

1     Q    How long before DPD deploys tear gas is it

2  necessary to issue warnings?

3     A    Well, it's not always necessary to issue

4  warnings, but we -- in a perfect world, where people are

5  stationary, not assaulting the police, we usually give

6  them five minutes.  We'll make announcements, three

7  announcements, within five minutes, and give them an

8  area, which way to exit, and give announcements.  If

9  they don't, then we could deploy chemical agent.

10    Q    Okay.  We're going to listen to some radio. We

11  don't have Air One footage after a certain point in the

12  evening on May 28th.

13         Do you have a specific recollection of why

14  that might be?  Do you recall if Air One, for example,

15  had to, you know, shut down at around 9:30 p.m. on May

16  28th?

17    A    No recollection.  They -- they do have to

18  refuel, though, sometimes depending on the shift, once

19  or twice on the shift.  I imagine they were probably

20  down for fuel, but that's just speculation.

21    Q    Okay.  All right.  So I'm going to play some

22  audio from the radio.  The Bates number we have for it

23  is DEN 5143.  I'm starting at 214658.

24                  (AUDIO PLAYS)

25    Q    Can you hear that okay?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

163

```
 1        A    I think I just heard metro -- was it metro

 2   nine to 1200?  A little bit.  You might turn it up.  Or

 3   I'll try turning it up here a little bit.

 4        Q    Okay.  Yeah.  I just wanted to make sure. It's

 5   a little quieter than the other one.

 6        A    I gotcha, yeah.

 7        Q    Okay.

 8                   (AUDIO PLAYS)

 9        Q    Okay.  So we stopped it at 214731.

10             In that clip there, we heard metro two talking

11   about coming up to the 1400 block of Lincoln, right?

12        A    Sounds like he was talking -- I thought I

13   heard 1200.

14        Q    Okay.  Who is 1200; do you know?

15        A    1200 would be a district one command officer

16   supervisor.  Could be -- I'm not sure who that is.  I --

17   I didn't really hear the voice very well.

18        Q    Okay.  But he said 1400 block of Lincoln,

19   right?

20        A    Yes.

21        Q    Is the 1400 block of Lincoln approximately

22   Colfax and Lincoln?

23        A    Well, it's the 1400 block of Lincoln.

24        Q    Yeah.  So is it -- I'm trying to think. That's

25   in between 14th street and Colfax, right, on Lincoln?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A     Correct.

2      Q     Okay.  And you said as soon as you get there,

3  launch.

4            Throw smoke first, then chemical right after,

5  right?

6      A     Uh-huh.  Sounds like that.  I didn't hear it

7  all, but it sounds -- I'm sure.

8      Q     Okay.  You didn't instruct the officers to

9  give any warnings before deploying smoke and a chemical

10 right after, right?

11     A     Before what happened on this tape, I have -- I

12 have no clue.  It's a short little snippet you gave me,

13 and I would imagine or recall that 1200 is under attack

14 and surrounded there, and they're trying to make their

15 way there to stop that behavior.  So I'm sure as soon as

16 they got there, we wanted them to deploy smoke.  And --

17 and after we deploy smoke, deploy chemical agent.

18           Has he made announcements?  I don't know.  I

19 anticipate he probably already made announcements, or is

20 making announcements.

21     Q     Okay.

22     A     If he had the time.  Like I said, we don't

23 want guys standing -- there's a -- there's a lot of

24 rocks down there at that location.  They've been taking

25 rocks from the RTD station down there, putting them in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    backpacks, and taking off -- and using those rocks

 2    against us.  So we had to kind of keep an eye on that

 3    location.

 4         Q    Okay.  But you were the one who specifically

 5    ordered the deployment of smoke and then tear gas --

 6         A    Based on information --

 7         Q    -- at that location, right?

 8         A    One more time, Counselor.  I'm sorry.

 9         Q    Yeah, sure.  We can listen to it again.

10         A    No.  I mean, what your question was.

11         Q    Oh.  Whether you specifically ordered the

12    deployment --

13         A    Yeah.  That was me on the radio doing it, yes,

14    based on information I'm sure I had about what 1200 was

15    doing, why they were calling for assistance down there.

16         Q    Okay.  And so I'm just going to ask the

17    question again, but only for the purposes of a clear

18    record, okay?

19              So on May 28th, at the 1400 block of Lincoln,

20    you ordered the deployment of smoke and then tear gas

21    right after, right?

22         A    According to the tape, that's correct, yes.

23         Q    Okay.  All right.  We're going to watch

24    another video.

25              Can you see this video, Commander Phelan?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1        A      Yes, sir.

2        Q      Okay.  So for the record, this is video

3   produced at BLM underscore 00001019.  We're starting

4   at the two minute -- start it at the two minute and

5   five-second mark in the video.

6                       (VIDEO PLAYS)

7        Q      Okay.  I'm going to pause it real quick.  I

8   want to orient you.

9               Right now the camera is facing east down 14th

10  street.  In a moment, the camera's going to flip to

11  point west down 14th street.  I'm just giving you a

12  preview so you have a sense for what you're going to

13  see.

14              And then the camera is going to point north

15  across 14th street to the capital lawn.  You're going to

16  see a line of police officers.

17       A      14th Avenue.

18       Q      14th Avenue, that's right.

19                      (VIDEO PLAYS)

20       Q      Okay.  Do you recognize that as 14th Avenue

21  and the capital grounds across the street on the north

22  side?

23       A      Yeah, that's between Lincoln and Sherman.

24       Q      Right.

25                      (VIDEO PLAYS)

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

```
 1        Q    I want you to take a moment and focus on this

 2   officer who just dropped to his knee.  We'll back up for

 3   a second in the video, but I want you to focus on this

 4   officer (indicating).  I want to back up to the two

 5   minute and 51 second in the video.

 6                    (VIDEO PLAYS)

 7        Q    Did you hear that?  The person taking the

 8   video, her name is Plaintiff Elisabeth Epps, and she

 9   said that somebody just shot her, right?  Did you hear

10   that?

11        A    Yes.

12        Q    Okay.

13                    (VIDEO PLAYS)

14        Q    Now, Ms. Epps is identifying the person who is

15   on his knees as the person who shot her, right?

16        A    Yeah.  That's -- that's what she's saying,

17   yes.

18        Q    Yeah.  There's an officer who approaches this

19   officer on his knees, taps him on the shoulder, and then

20   he stands up to leave.  I just want you to confirm that

21   you see that in the video.

22        A    I seen an officer that was on his knees, and I

23   seen another officer coming up to him and helping him up

24   right there (indicating).

25        Q    Okay.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

168

```
 1              (VIDEO PLAYS)

 2       Q    Okay.  So based on that video that we just

 3   watched, is there anything that you saw that would have

 4   justified shooting pepper ball at Plaintiff Epps?

 5              MR. RINGEL:  Object to the form and the

 6         foundation.

 7       A    Based on the -- the short clip I have there,

 8              I -- I -- all I could tell you is this:  I

 9   don't know if he deployed or not.  I saw him go down on

10   a knee, and then the other officer came and helped him

11   up.  Whether he deployed or not, I -- I -- I -- I can't

12   confirm that.

13       Q    If he had shot Plaintiff Epps in that

14   circumstance, is there anything in this video that you

15   saw that would have justified the use of pepper ball on

16   Plaintiff Epps?

17       A    Yeah, there's not --

18              MR. RINGEL:  Object to the form and the

19         foundation.

20       A    Yeah, there's not enough information there to

21   make that determination.

22       Q    Okay.  What other information would you need?

23       A    If I could see if he deployed.

24       Q    Okay.

25       A    It doesn't look like he did, but...
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

169

1     Q    Okay.  Anything else that you would need?

2     A    A clearer picture of what happened there, what

3  the circumstances is around that whole situation.

4  There's a lot of things.  I...

5     Q    Okay.  Anything else?

6     A    That's all I can think of now.  I don't think

7  anybody could make a determination of what happened on a

8  short clip, whether he did fire or not.  I -- I didn't

9  see her make any type of outcry like, "Ow, I'm hit," or

10  anything like that.  So I -- I don't...

11     Q    You didn't hear her say, "He just shot me"?

12     A    I heard, "He just shot me."  I didn't hear her

13  -- the impact.  I didn't hear her whine or scream or do

14  anything.  I just -- like, he -- "This guy is shooting

15  at me.  He shot me."  I don't know who -- who she's

16  talking to.  I don't know if it's for the benefit of the

17  camera.  I don't know if it's for -- what the situation

18  -- what her situation is, so...

19     Q    Okay.

20     A    Based on the information I have in front of

21  me, Counselor, I -- I can't really make any

22  determination.

23     Q    Okay.  Can you see the video on the screen?

24     A    Yes, sir.

25     Q    Okay.  This is a video that's produced at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

170

```
 1   Denver -- or I'm sorry, DEN 004180.  It's body-worn
 2   camera for Officer Christian.  They're starting the
 3   video at -- time stamp is 2020530, 30415.
 4                    (VIDEO PLAYS)
 5        Q    I want you to notice that in a moment, this
 6   officer is going to drop to his knee.
 7                    (VIDEO PLAYS)
 8        Q    And pausing it at 30437.
 9             Did you see that this officer just dropped to
10   his knee?
11        A    Yes, sir.
12        Q    Do you recognize this as the same location as
13   the video that we just watched with Plaintiff Epps?
14        A    It could be, yes.  It looks like it is.
15        Q    Okay.
16                    (VIDEO PLAYS)
17        Q    Was that clicking sound the sound of Officer
18   Christian deploying his pepper ball gun?
19        A    Yes, it was.
20             MR. RINGEL:  Object to the form and the
21        foundation.
22             COURT REPORTER:  What was your answer,
23        Commander?
24             THE WITNESS:  Yes.  Yes, ma'am, it was.  Sorry.
25   BY MR. REIDY:
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

171

```
 1        Q     Did Officer Christian issue any warnings prior
 2   to deploying his pepper ball?
 3        A     Not that I heard.  There was some radio
 4   traffic going on.  It sounded like communications
 5   somewhere on the radio with that unit there.  You could
 6   hear it on the -- on the tape.  So I don't know what --
 7   what transpired there, but either he's getting
 8   instruction or there's some communication.  If you would
 9   back it up, you can hear it.  I don't know what they're
10   talking about, though.
11        Q     Was Officer Christian's use of less lethal
12   force in that moment consistent with DPD's policies,
13   practices, and customs?
14             MR. RINGEL:  Object to the form and the
15        foundation.
16        A     Based on the information he had or what the
17   situation was, I don't know, I couldn't answer whether
18   it was or not.  With that length of tape, I don't know
19   what was going on there.  Was she told to get out of the
20   street?  Because we could use, you know, defensive
21   resistance to move her if she didn't.  So I don't know.
22        Q     Okay.
23        A     Could be within policy, or it could be out of
24   policy.  Without the full -- I don't know without having
25   the full story.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

172

1        Q    We're going to keep watching for another

2   couple of seconds.

3                    (VIDEO PLAYS)

4        Q    So you hear him say "Get out of the street"

5   after he fires pepper ball, right?

6        A    Correct.

7        Q    Okay.

8                    (VIDEO PLAYS)

9        Q    Did you hear the officer who came over to talk

10  to Officer Christian and he said, "Sarge said, 'Don't

11  hit her'"?

12       A    Yes, I heard that.

13       Q    So it sounds like a sergeant told Officer

14  Christian not to hit Plaintiff Epps, right?

15            MR. RINGEL:  Object to the form and the

16       foundation.

17       A    That's what it sounds like, yes.

18       Q    Have you done anything to hold Officer

19  Christian accountable for the conduct that we see in

20  this video?

21            MR. RINGEL:  Object to the form and the

22       foundation.

23       A    That -- that would not be anything that I'm

24  privy to.  If there was a complaint made by Mrs. Epps,

25  if she made a complaint to the Denver Police Department

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-4   filed 06/09/21   USDC Colorado   pg 174 of 213
The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
173

1    through internal affairs, they would handle that

2    investigation.

3        Q    **Having watched the videos that we just**

4    **watched, would you submit a complaint to internal**

5    **affairs?**

6            MR. RINGEL:  Object to the form and the

7        foundation.

8        A    No.

9            MR. REIDY:  Okay.  I would like to go off the

10       record for a minute.

11           VIDEOGRAPHER:  Absolutely.  The time is 2:15

12       p.m.  We will go off the record.  I'm sorry. 1:15

13       p.m.

14               (OFF THE RECORD)

15           VIDEOGRAPHER:  All right.  The time is

16       actually 1:24 p.m.  I think I said two when we went

17       off the record.  We are back on the record.

18           MR. REIDY:  Okay.  Commander Phelan, thank you

19       for your time today.  I don't have any more

20       questions for you.  I'm not sure if counsel for the

21       other Plaintiffs do, but I don't have any more at

22       this time.

23           MR. MCNULTY:  This is Andy McNulty.  I don't

24       have any questions for Commander Phelan.

25           MS. WANG:  I have a couple follow-up

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

174

```
 1      questions.
 2                  REDIRECT EXAMINATION
 3   BY MS. WANG:
 4       Q     Commander Phelan, can you see my screen?
 5       A     Yes, ma'am.
 6       Q     I'm showing you the document that's been
 7   Bates-stamped Denver 7004 to 7005.  It is -- it starts
 8   with an email from Murphy Robinson, executive director
 9   of the Department of Public Safety, to this email
10   address, DPDBadged@DenverGov.org on Saturday, June 6,
11   2020.
12             Do you see that?
13       A     Yes, ma'am.
14       Q     What's this email address, DPD Badged?
15       A     That goes to all sworn officers in the Denver
16   Police Department.
17       Q     Okay.  And you were included in this list,
18   correct?
19       A     Yeah, I would have received that probably.
20       Q     Do you recall receiving this email?
21       A     No, but I'm -- I'm sure it was sent to my
22   address.
23       Q     Do you recall reading it at the time?
24       A     It was June 6th.  I'm -- I'm sure I -- I'm
25   sure I probably read it at some point in time.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

175

 1        Q    Okay.  So I'm going to give you a moment to

 2   read this.  Let me know when you need to scroll down or

 3   scroll up.

 4        A    Okay.  Scroll up.  I'm good.  I've read it,

 5   then, unless there's more.

 6        Q    No, that's it.

 7             Then there was a response from -- or Murphy

 8   Robinson forwarded this email that he sent to the entire

 9   Denver Police Department to Mayor Hancock and other

10   individuals.

11             Do you see that here?

12        A    Yes, ma'am.

13        Q    And then Mayor Hancock responded, "Well said,

14   Director Robinson.  Good job."

15             Do you see that?

16        A    Yes, ma'am.

17        Q    Do you agree with what Murphy Robinson said in

18   this email dated June 6, 2020?

19        A    Well, it said "thank you."  Looks like it said

20   "thank you" to all of the officers for the time and

21   dedication and danger they were -- had to face during

22   these -- those last several days.  So, yeah, I agree

23   with that.

24        Q    You agree with the substance of his email,

25   correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

176

```
 1      A    Yes.

 2      Q    Okay.  And specifically his email says -- it's

 3  about the temporary restraining order that the judge

 4  issued, correct?

 5      A    Yes, he mentions that there.

 6      Q    Okay.  And then he says, "However, you should

 7  know that the language of the order is not reflective of

 8  the dedicated service that I have witnessed from our

 9  officers on the front line."

10           Do you see that?

11      A    Uh-huh.

12      Q    Is that a "yes"?

13      A    Yes.  I'm sorry.  Yes.

14      Q    Okay.  You agree with that sentiment as well,

15  right?

16      A    Well, I agree with what he -- he's thanking

17  the officers.  What he's saying there, that the language

18  of the order is not reflective of the dedication service

19  -- I'm not really sure what he's exactly saying there.

20  You would have to ask him what he's saying.

21      Q    Did you read the order granting the temporary

22  restraining order against the police department?

23      A    Yes, I was involved in that.  So, "However,

24  you should know that the language of the order is not

25  reflective of the" dedication -- "dedicated service that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  I have witnessed from our officers on the front line." I

2  don't know if he disagrees with the restraining order or

3  what he's exactly saying.

4      Q    Well, let me just ask you this:  Did you agree

5  with the language in the temporary restraining order

6  describing how the officers behaved during the protests?

7      A    I would have to review that.  From -- if you

8  want me to review it, I'll review it.

9      Q    Okay.  Did you think it was appropriate for

10 Murphy Robinson to send this email to the entire Denver

11 Police Department in the wake of the TRO?

12     A    It's not my job to determine what the manager

13 of safety should or shouldn't do.

14     Q    The manager of -- the executive director of

15 the Department of Public Safety is a final policy maker

16 for the police department, correct?

17           MR. RINGEL:  Object to the form and the

18      foundation.

19     A    It's my understanding he would -- he would

20 approve, correct.

21     Q    Okay.  He sets the tone from the top, right?

22     A    The manager of safety is part of the mayor's

23 cabinet.  The -- the leader of the Denver Police

24 Department should be looked at as the chief of police.

25 The chief of police reports to the director of safety.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

178

1      Q    Okay.

2           COURT REPORTER:  The chief of police reports?

3      Sorry.  The audio went out.  The chief of police

4      reports to the?

5           THE WITNESS:  Director of safety.  I'm sorry.

6  BY MS. WANG:

7      Q    Okay.  So there may be several individuals

8  who've set a tone for a police department from the

9  command staff, right?

10     A    Uh-huh.

11     Q    Is that a "yes"?

12     A    Yes.  He's putting out a letter thanking

13 officers for what they've gone through.  That's what I'm

14 getting out of there.  Whether he agrees or disagrees

15 with the language is -- that's his decision.

16     Q    He approved of the officers' conduct during

17 the protests, right?  He was thanking them for their

18 service?

19     A    Yes.

20     Q    Okay.  Would you agree that Murphy Robinson is

21 one of the people that sets the tone for the Denver

22 Police Department?

23     A    Yes, one of the people that do.

24     Q    The chief of police may also be one of the

25 people that sets the tone for the police department,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

179

1  correct?

2      A    Or the division chiefs, commanders, sergeants,

3  lieutenants.

4      Q    Sure.  And so the people who might set the

5  tone for the police department and how they're supposed

6  to behave may include the chief of police, right?

7      A    Correct.

8      Q    It would include the mayor as well, right?

9      A    Yes.  The mayor is the head of the city. He --

10     Q    Right, right.  Are you aware of a press

11 conference that the mayor and the chief of police gave

12 on May 29, 2020, during the middle of the day, to

13 address some concerns that people had expressed about

14 the behavior of police officers during the protests?

15     A    If there was a press conference, you know, I'm

16 sure there was.  I'm -- I'm not aware of it.  I -- I

17 didn't hear or see it.

18     Q    Do you recall one way or another what comments

19 the mayor and the chief of police made about the

20 behavior of the Denver police officers during the

21 protests at that press conference?

22     A    No.  I don't recall the press conference.  I'm

23 sure there was a press conference.  I don't recall what

24 it was for.  I was -- had other -- other business to

25 take care of.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

180

1      Q    Okay.  On page Denver 7004, it says, in Murphy
2   Robinson's email, "Please be assured that there are
3   things that all of us will learn from this deployment,
4   things we will hope to improve upon during future
5   responses."
6           Do you see that?
7      A    Yes, ma'am.
8      Q    Are you aware of any changes that DPD has made
9   that weren't ordered by the court?
10          MR. RINGEL:  Object to the form.
11     A    I think there was -- I think there were
12  changes made prior to the orders of the court, I think
13  with body cams and some other issues.  But always -- we
14  always learn from every situation.  As I stated earlier,
15  we'll look at the {inaudible 3:51:00} after action
16  report, and we'll look at things we could have improved
17  on.  There's always things that you can improve on after
18  protests or a situation like this.
19     Q    All right.  So when you say that there were
20  things that were -- changes that were discussed before
21  the court's order on June 6th of 2020, are you talking
22  about sometime between May 28th and June 6th?
23     A    I -- I think -- I'm not sure the whole thing.
24  We're already talking about body cameras that we already
25  instituted that were being used.  So that was -- and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

181

1  that was -- that was included in that injunction, so I

2  think -- or temporary restraining order.  So that was

3  already being done.  There was things in motion that

4  were already being done.

5      Q    Your purpose in talking to the OIM was to give

6  them factual information about the questions that they

7  had about how the protests were conducted, correct?

8           MR. RINGEL:  Object to the form and

9      foundation.

10     A    OIM asked me on my own volition and, you know,

11 I didn't -- I wasn't required to talk to them, but I

12 wanted to talk to them, as far as transparency between

13 the Denver Police Department and the OIM.

14     Q    And you answered the questions that they had

15 for you about how the protests were conducted, right?

16          MR. RINGEL:  Object to the form.

17     A    I believe I answered every question he asked

18 me.

19     Q    Okay.

20     A    Are you waiting for a response?  I'm sorry.

21     Q    No, no.  Go ahead.

22          Did you give -- did you give anybody from OIM

23 any -- did you discuss with anybody from OIM any policy

24 proposals or policy changes that you thought should be

25 made?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

182

1          MR. RINGEL:  Object to the form and the

2     foundation.

3     A    I -- I don't recall.  I recall I met with him

4     twice, myself and Nick Mitchell, and I answered all of

5     his questions that he had, whatever the questions were.

6     Q    Okay.  And you have no memory of any questions

7     where they were asking you about what you thought could

8     be done differently in the future, correct?

9          MR. RINGEL:  Object to the form and

10    foundation.

11    A    I -- I think there was something that he asked

12    me that's redacted, but I -- I don't recall exactly what

13    it was, obviously.

14    Q    Did you expect that the substance of your

15    conversation with the office of independent monitor

16    would be confidential?

17    A    No.  I don't know if it was confidential with

18    OIM.  I didn't have a problem with -- with it, giving my

19    statement.

20    Q    Do you have any information one way or another

21    as to how the OIM used the information they gave you to

22    make any decisions about what they would write in their

23    report about the protests?

24    A    Well, I'm sure he used the information I gave

25    him.  He made -- he had some suggestions as far as

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

183

1  changes that he presented to city counsel and I think to

2  the police department.  So I'm sure he used some of my

3  answers possibly.  I don't know.  You would have to ask

4  him.

5       Q    If the substance of your interview with the

6  OIM became public, would that cause you to not cooperate

7  in future investigations by the OIM?

8            MR. RINGEL:  Object to the form and the

9       foundation.

10      A    I -- I answered all of his questions.  I have

11  issues -- I don't have any issues.

12      Q    Right.  So you were happy to answer the

13  questions from the OIM, and you would not fear talking

14  to OIM in the future if the information in the interview

15  became public, right?

16           MR. RINGEL:  Object to the form and the

17      foundation.

18      A    I'll go with whatever the city recommends.

19  Obviously, if it needs to be redacted, then it needs to

20  be redacted.  So I don't have a problem with this

21  statement, if they -- so to redact, I'll -- I'll go with

22  whatever the city recommends on that.

23      Q    Well, it's not about what the city recommends.

24  It's about how you feel about your interviews with OIM.

25           What was your purpose in speaking to OIM?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

184

1              MR. RINGEL:  Object to the form and the

2         foundation.

3         A    First of all, I'll go with advice of my

4    attorney if I need to clarify that.  Second of all, I

5    talked to him because he asked me to talk to him.  And

6    so we have a type of relationship where I feel

7    comfortable talking to him.  So there's -- it's all

8    about transparency, and I think Nick -- Nick recognized

9    that.  That's why he asked to talk to me.

10        **Q    And do you think it would further the cause of**

11   **transparency for your -- the information that you gave**

12   **to OIM to become public?**

13             MR. RINGEL:  Object to the form and the

14        foundation.

15        A    It's not my decision if it becomes public or

16   not.

17             COURT REPORTER:  I'm sorry.  What -- wait a

18        minute.  I didn't get that.  You talked over each

19        other. What was the answer, Commander?

20             THE WITNESS:  The last thing is said is, it's

21        not my decision if it becomes public or not.

22   BY MS. WANG:

23        **Q    Whose decision is it?**

24        A    It's the city's.

25        **Q    If the information that you gave to OIM during**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

185

```
 1   your interviews were covered by protective order in this
 2   case such that only the attorneys could review it, would
 3   you have any problem with that?
 4          MR. RINGEL:  Object to the form and the
 5      foundation.
 6      A    When I made the statement, I was commanded
 7   with the Denver Police Department, so under the
 8   guidelines.  And so I depend on the city attorney's
 9   office to advise me on what should or shouldn't be done.
10   So if they wanted me to release that, that's fine.  If
11   they didn't, I would go with the advice of the city
12   attorney.
13          MR. RINGEL:  How much time have they used?  I
14      calculate that we're done.
15          COURT REPORTER:  Three hours 53 minutes.
16          MR. RINGEL:  Okay.
17   BY MS. WANG:
18      Q    If the substance of your interview with the
19   OIM were produced to the attorneys in this case, that
20   they were marked confidential and not disclosed to the
21   public, would that cause you to cease cooperating in
22   future investigations by OIM?
23          MR. RINGEL:  Object to the form and the
24      foundation.
25      A    Once again, it's based -- I think I answered
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

186

```
 1   that.  It's based on what the city attorney's advice to

 2   me is.  And if things were -- you know, I -- I would be

 3   suspicious if things could remain confidential.

 4        Q    Can you think of any reason why your interview

 5   memo with the OIM should be confidential?

 6             MR. RINGEL:  Object to the form and the

 7        foundation.

 8        A    I -- I just -- I just answered that.  The

 9   statement I made was, I was the commander, it belongs to

10   the City and County of Denver, and they determine what

11   should be released and not released.

12        Q    No.  I'm asking you for your understanding,

13   okay?

14        A    And I just --

15        Q    I'm not asking you what your attorneys say or

16   don't say.

17             What I'm asking you is:  As you sit here

18   today, as the person who gave an interview to the OIM on

19   two occasions and answered their questions, is there any

20   reason that you can think of why that interview memo

21   should not be made public?

22             MR. RINGEL:  Object to the form and the

23        foundation.

24        A    The reason would be if my attorney advised me

25   not to.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

187

1      Q    Okay.  You can't think of any other reason

2  other than your attorney told you so?

3      A    I think that's --

4           MR. RINGEL:  Object to the form and the

5      foundation.

6           COURT REPORTER:  Commander, I didn't get your

7      answer.

8           THE WITNESS:  That's the best advice, to go on

9      the advice of my attorney.  That's...

10          MS. WANG:  Okay.  I have no further questions.

11          MR. RINGEL:  None from me.  I'll take care of

12     review and signature.

13          MR. REIDY:  No further questions.

14          VIDEOGRAPHER:  If there's no further business,

15     we will go off the record.  The time is 1:40 p.m.

16               (DEPOSITION CONCLUDED AT 1:40 P.M. MT)

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

188

```
 1              CERTIFICATE OF REPORTER

 2                 STATE OF COLORADO

 3

 4    I do hereby certify that the witness in the foregoing

 5    transcript was taken on the date, and at the time and

 6    place set out on the Stipulation page hereof by me after

 7    first being duly sworn to testify the truth, the whole

 8    truth, and nothing but the truth; and that the said

 9    matter was recorded by me and then reduced to

10    typewritten form under my direction, and constitutes a

11    true record of the transcript as taken, all to the best

12    of my skills and ability. I certify that I am not a

13    relative or employee of either counsel, and that I am in

14    no way interested financially, directly or indirectly,

15    in this action.

16

17

18

19

20

21

22    LINDSEY N. JOHNSON,

23    COURT REPORTER / NOTARY

24    COMMISSION EXPIRES ON: 08/05/2024

25    SUBMITTED ON:  06/09/2021
```

LINDSEY NICOLE JOHNSON
Notary Public
State of Colorado
Notary ID # 20204026817
My Commission Expires 08-05-2024

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-4   filed 06/09/21   USDC Colorado   pg 190 of 213
The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

189

**0**

**00001019** 166:3

**003840** 153:7

**004180** 170:1

**011751** 142:15

**011753** 142:18

**1**

**100** 74:6,8

**10:27** 76:25

**10:41** 77:2

**11** 16:1

**11380** 98:19 106:11

**11381** 106:3

**11383** 99:12

**11384** 98:20

**11:16** 106:22

**11:20** 107:2

**11:21** 108:2

**11:22** 108:6

**12-hour** 101:13 103:12

**1200** 163:2,13, 14,15 164:13 165:14

**12:28** 152:16

**12:40** 152:18

**12th** 132:17

**14** 160:1

**1400** 163:11, 18,21,23 165:19

**14th** 154:13,25 155:2 161:10, 18 163:25 166:9,11,15,17, 18,20

**16** 111:10 140:1 161:5

**18** 140:1

**18th** 14:19

**19** 137:15

**190854** 80:25

**190904** 81:4

**190910** 83:12

**190920** 83:15

**1980** 11:19,21

**1983** 10:23

**1:08:37** 78:2

**1:08:59** 78:5

**1:15** 173:12

**1:20-CV-01878-RBJ** 7:14

**1:20-CV-01922-RBJ-MEH** 7:15

**1:24** 173:16

**1:40** 187:15,16

**1st** 119:22

**2**

**20** 59:4

**2008** 150:11 151:2 152:9

**2019** 140:3

**2020** 10:9 11:21,24 12:14 16:1 17:21 18:5,21 19:9 22:21 25:14 26:15 74:4 77:21 80:24 95:21 99:5 108:21 113:7 116:3 153:17 160:3 174:11 175:18 179:12 180:21

**2020530** 170:3

**2021** 7:6

**202728** 153:17

**202801** 154:1

**203635** 160:2

**205844** 161:6

**20th** 14:18,19

**21** 161:14

**210949** 161:14

**213633** 74:4 77:6

**214000** 77:8

**214658** 162:23

**214731** 163:9

**23rd** 10:8,9 12:10 18:21

**24-7** 124:7

**25th** 7:6

**27** 108:21

**27th** 109:6

**28** 26:14 113:7 116:3 153:17 160:3

**28th** 26:15 41:15 110:16 111:1,6 112:1, 14 114:6 118:5, 13 119:3,7,12, 22,25 120:6,16 121:11 123:17 124:15 125:6, 20 126:5,10 127:21 128:15 129:17 130:8, 18 144:2,4 154:4 161:19 162:12,16 165:19 180:22

**29** 179:12

**29th** 119:22 120:14 121:9 126:9,25 129:14 130:5

**2:15** 173:11

**2020530** 170:3

**2nd** 119:22,25 120:7 123:17 124:15 125:7, 20 126:5 127:22 128:16 130:18 144:2,4

**3**

**30** 77:21 80:24

**30415** 170:3

**30437** 170:8

**30th** 119:22 126:25 130:11

**31** 74:4 89:9,19

**31st** 73:22 74:15 75:22 119:22 126:25 130:16

**36** 161:5

**3616** 161:5

**3:22** 95:21

**3:51:00** 180:15

**4**

**40** 79:13,17

**40-millimeter** 61:5

**40-years'** 80:7

**400** 59:3

**47** 161:13

**5**

**5-31-2020** 85:11

**5017** 80:15

**51** 167:5

**5143** 162:23

**5146** 77:6

**52** 73:15

**5280** 7:10,24

**9:9**

**53** 185:15

**6**

**6** 57:11,15 174:10 175:18

**60** 47:16

**6495** 95:17

**6501** 94:15

**6502** 93:18

**6503** 88:10

**6th** 52:10 98:5 174:24 180:21, 22

**7**

**7004** 174:7 180:1

**7005** 174:7

**7:00** 80:24

**7:08** 77:22

**8**

**80** 51:25 63:8 73:12 117:3

**84** 10:23

**8:27** 153:18

**8:30:24** 85:23

**9**

**9** 95:21

**9:03** 7:7

**9:10** 161:19

**9:30** 73:22 162:15

**9:36** 74:15

**9:36:51** 75:23

**9:40** 74:15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**9th** 99:5

---

**A**

**a.m.** 7:7 76:25
77:2 106:22
107:2 108:6

**Abay** 15:13
21:21

**ability** 37:20

**Absolutely**
76:24 173:11

**academy**
137:12 140:3,5

**access** 43:7
56:6,8,15 58:10
91:15 98:2

**accomplish**
23:9,10,23

**accountable**
102:15,24
172:19

**accurate** 62:15
103:2

**accusations**
106:17 143:17

**achieve** 117:9

**Acker** 8:2 9:11

**act** 40:6 117:18

**acted** 25:13,15,
17

**acting** 63:16,
25 64:3 65:17

**action** 7:13
97:24 100:21
102:18,21,25
120:21 127:18
180:15

**actions** 66:18
126:17,19,20

**activated**
143:24

**activating**
143:10

**active** 61:10

**69th** 13,14 70:4,
13 104:14

**Adam** 7:4
73:17 74:6

**addition** 57:23
143:16

**additional**
137:14 146:19,
20 147:3

**additionally**
31:14 60:17
150:4

**address** 26:24
50:18 120:15,
23,25 121:14,
18,25 122:2
123:18,23,25
124:11 128:14
130:14 174:10,
14,22 179:13

**addressed**
121:17,21
124:8,14 128:6,
13 130:24

**addresses**
89:6

**adjust** 14:6

**adjustments**
120:19 121:1,6,
7 125:2

**admin** 99:17,
24 100:12

**advance** 28:8

**advice** 92:23
93:3,16 138:9
184:3 185:11
186:1 187:8,9

**advise** 29:19
185:9

**advised** 29:17
109:20 113:10
186:24

**affairs** 129:25
173:1,5

**affirm** 9:17

**affirmative**
148:19

**afternoon**
107:8 109:16
110:16,25
111:5 112:1,14
113:7 114:6
116:3 118:5,12
119:3,7,12

**agencies**
41:10,21 42:4,
22 43:17,18
44:15,20,22
45:18 46:25
57:18 88:18
89:10,21 93:21,
23 94:1,10
95:1,12 139:7
146:3,6,14,17
147:10,16,24
148:4 149:15,
21 150:2,7,10,
14,18 151:16
152:3,10

**agency** 41:24
47:6

**agency's**
56:16

**agendas**
112:19

**agent** 35:2,8,9
39:1 50:24,25
52:13,20 55:9
59:25 60:2,9
62:3 63:11
64:7,14 68:14
69:10 71:21
72:8,16 76:20
81:23 82:10
83:1,2,10 84:11
85:9 87:6 88:1
97:14,17
123:24 128:7,
14,20 129:8,10,
11 155:6 157:6
159:14 160:14
162:9 164:17

**agents** 51:3
60:7 96:22
128:21

**aggression**
61:10 69:13,14
70:4,13 104:15
117:18

**aggressive**
69:13

**aggressively**
63:16 64:1,3

**agitators**
62:22

**agree** 9:5 32:7
70:18 71:4 73:4
84:15 91:4
104:22 105:6
142:19 143:6
175:17,22,24
176:14,16
177:4 178:20

**agreement**
147:13

**agrees** 178:14

**ahead** 13:25
18:12 19:5
23:12,13 28:7
103:6 107:1
159:24 160:23
161:2,13,24
181:21

**aid** 41:21 43:19
44:20 45:18
146:2,6,14,17
147:9,12,13,16,
24 148:3
149:15,21
150:14 151:16
152:3,10

**aide** 94:22

**air** 30:18 55:19,
20,21 56:3
153:7,10
162:11,14

**Alex** 93:18

**allegation** 11:4

**allegations**
90:7,10,18
91:13

**alleged** 90:16

**alleges** 92:9

**alleging** 11:1,6

**allowed** 35:9
38:15 61:20,25

**aggressive**
63:17,20 69:7
89:10,21
113:24,25
114:1,2 117:16

**Amendment**
53:11,21 54:23
90:12 92:10
113:6,25 114:5,
12,23 115:7

**amount** 34:15
53:5 78:19
129:10

**analysts** 97:7

**Andrew** 8:4
14:8 82:20

**Andy** 8:1
173:23

**announcement** 156:1

**announcements** 71:20 72:9,
13,20 160:20,
22 161:10,23
162:6,7,8
164:18,19,20

**answers** 17:10
58:10 139:16
140:10 183:3

**anticipate**
115:13 149:1
164:19

**anticipated**
23:15

**anybody's**
59:10

**apologize** 9:1,
2 151:24

**appearances**
7:17

**appeared**
23:25

**appears** 89:3
90:1

**application**
23:3,5,23 24:24
61:11,12,24
62:21



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

applies 59:20

apprise 18:5

apprised 114:10

approach 125:6 133:19, 25 134:7,13 135:25 136:4,9, 16,20

approaches 167:18

appropriately 25:13

approval 32:22 33:11

approve 33:9 177:20

approved 178:16

approximately 15:5 161:19 163:21

Archer 100:9 147:7

area 29:12 35:7,11,15 45:13 52:20 56:23 57:2 61:23 62:13,16, 21,24 63:10,17, 20 64:13 65:9, 14 72:15 78:22 111:12 155:21 162:8

areas 29:12

arm's 12:25

Arnold 7:24

arrange 109:14

arrest 66:17 119:18

arrests 31:16, 17 65:20 75:14 118:24 134:19 139:5 141:14, 18,21

Arthur 95:22

articulated 136:4,5,10,16

ARUOF 100:10

ascertain 81:22

asks 93:9

assault 69:15 135:16

assaulted 158:4 159:5

assaulting 162:5

assemble 114:2

assets 29:8 110:20

assigned 30:5 42:17 57:23

assist 43:18 44:20 45:10 53:9 116:24 150:18 161:22

assistance 39:24 47:1 146:2 165:15

assistant 42:24 95:23,24 96:1 112:6 123:14

assisted 41:11

assisting 42:5

assume 13:16 66:14 78:24 79:5 84:19,22 144:7

assumed 114:25 144:9

assuming 66:11,13 129:2, 6 140:22

assured 180:2

atmosphere 31:12

attack 35:25 38:15 43:11 63:5,19,22 67:22,24 68:9, 10 71:1 72:19 73:1,11,16 83:1,3 84:10,14 85:2,6 158:6 160:10 164:13

attacked 20:18 63:6 65:6 69:9, 12 73:13 158:18

attacking 126:20

attacks 76:18

attempt 144:4

attempted 65:24 66:22

attempting 66:6

attend 42:11 45:21 96:10

attended 29:21 36:22 42:10 115:5

attending 7:17,18 114:15

attention 99:19 120:10, 13 121:19 127:22

attorney 8:11 82:18 92:4,14, 23 93:3 107:10 184:4 185:12 186:24 187:2,9

attorney's 14:9 93:16 185:8 186:1

attorney-client 91:25 93:12

attorneys 13:21 14:3,7,23 15:15,24 16:10, 18,21 92:22 93:2,5,11 138:3 185:2,19

186:15

audio 12:3 47:19 74:5,12 162:22,24 163:8 178:3

August 16:1 132:17 145:24

Aurora 75:4 147:15,20 149:4,11

authoring 68:6

authority 32:15 35:11,14, 16,17 37:23

authorization 38:5

authorize 34:24 37:15 67:16

authorized 27:15 35:1,2,22 38:17 50:25 51:3 67:7

authorizing 155:12

Avenue 166:17,18,20

avoid 103:19 104:5

aware 19:7 26:2,7 32:6,19 58:24 59:6,9,10 65:23 66:3,5 109:7 121:10 129:20,23 130:2,6,20 132:6 145:3 179:10,16 180:8

_____

B

_____

back 9:2 61:17 62:17,20 63:11, 18 64:8,12,13, 17 65:9 77:2 78:12,21 85:22 87:8,13 88:7 94:24 101:13

107:1 108:5 123:14 151:24, 25 152:19 167:2,4 171:9 173:17

backing 160:7

backpacks 165:1

Bad 140:25

Badged 174:14

ball 23:7,21 52:16,17,20 54:4 61:8,21 104:13 117:17 128:8 155:12, 18 156:18 159:15 168:4, 15 170:18 171:2 172:5

balls 23:19 61:1,21 62:1, 15,25 63:1 79:24 155:24

barricaded 60:17

based 11:25 17:25 18:14 19:18 25:15 26:20 29:7 30:5 34:11 35:4,9,17 38:10,13,16,25 51:7 52:16,17, 18 56:21,23 61:9,14 62:14 66:14 78:13,19 79:13 80:4,7,8 82:4 91:2 92:3, 23 93:3 98:11 100:25 101:12, 20 111:7,11 115:1 120:20 125:15 126:19 138:8,16 139:21 142:2,4 147:4 148:8 159:23 165:6, 14 168:2,7 169:20 171:16 185:25 186:1

basically 39:17,19 43:24

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-4   filed 06/09/21   USDC Colorado   pg 193 of 213
The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021
192

95:24 133:17
153:12

**basis** 101:3
125:2 128:12

**Bates** 153:7
162:22

**Bates-** 98:18

**Bates-
stamped** 77:6
98:19 174:7

**beat** 30:24

**beats** 28:15,17

**began** 26:14
27:25 105:22
112:2 119:4,8,
13

**begin** 11:18
17:10

**beginning**
22:4 41:11

**behalf** 7:24
8:1,5,7 9:13

**behave** 179:6

**behaved** 177:6

**behavior**
34:11 72:21,22,
23,25 76:20
126:18 140:8,
13,15,18 147:4
164:15 179:14,
20

**bell** 151:10

**belongs** 186:9

**benefit** 169:16

**Berdahl** 94:17,
20 96:4 99:23
100:8,9,11
105:3 106:1

**Berdahl's**
103:14

**Beveridge**
96:4 97:6

**big** 64:25
156:18,20

**bigger** 38:23

**bit** 17:8 43:10
49:3 70:23 76:3
77:13,22 155:9
160:23 161:3
163:2,3

**Black** 7:9

**Bless** 42:19

**BLM** 7:24 9:9
166:3

**block** 51:17
163:11,18,21,
23 165:19

**blocking** 43:6
116:24 157:16,
17,25

**blocks** 53:7

**Bob** 112:4

**body** 21:15
97:9 142:22,24
143:4 144:22
180:13,24

**body-** 21:10

**body-worn**
19:22 21:13
142:6,8,20
143:10,12,15,
19 144:6,7,10,
14,18 170:1

**bomb** 30:18
31:18,23,24
152:7

**Bone** 140:25

**Bonking** 56:22

**bottles** 62:18
65:2,25 66:7
67:7,15,24
84:10 161:23

**bottom** 72:23

**Boulder** 7:21,
22

**Brad** 161:20

**break** 13:3
107:19 152:14

**bricks** 73:7

**briefed** 95:2
114:19 115:25
116:13

**briefing** 29:21
33:16 35:1
36:22,23 38:12
42:11,12 45:19
47:9 50:16
66:15 113:11
114:7,9,10
116:7,20 121:7,
25 122:2 125:4
130:24 160:19

**briefings** 42:8,
10,14 46:2,5,9,
14,20,23 47:11,
15 48:3,12
49:1,16 50:5,22
100:24 114:11,
16,22 115:5,14
116:14,16
117:12 119:21,
24 120:6,13
121:22 122:22,
23 125:8,22,24
126:2 127:1
128:16

**briefly** 107:22
108:1 133:17
152:22

**bring** 93:22
94:11 95:2

**bringing** 74:24
158:21

**broke** 134:25

**brought** 47:8
120:10,12
121:19

**building** 117:6

**buildings**
54:14 139:2

**bureau** 30:12,
13 110:14

**burn** 18:14

**bus** 43:15

**buses** 43:15

**business**
179:24 187:14

---

**C**

**cabinet** 177:23

**calculate**
185:14

**calendar** 14:20

**call** 13:22
67:14 112:22
158:6

**called** 12:1,4,6
30:13 54:12
56:22 67:5,6,12
137:20 148:4
149:21 150:5,9,
13 151:16

**calling** 165:15

**calls** 91:24
112:18

**cam** 21:15
144:22

**camera** 19:22
21:11,13 56:6
58:6 59:1
85:11,15 142:6,
20 143:12,15,
20 144:6,8,10,
14,18 166:9,14
169:17 170:2

**camera's**
166:10

**cameras** 30:24
55:14,16 56:5,
9,10,11 57:25
58:1,3,5,6,7,10,
17,23 59:4
142:8 143:10
180:24

**campaign**
151:21

**cams** 97:9
142:22,24
143:4 180:13

**candidate**
151:8

**canine** 30:19
150:17

**canines** 30:21
31:19,22,23

**canister** 81:22
82:1 83:17
86:13 87:15
88:4,6

**canisters**
35:19,22 36:8,
24 86:23 87:7,
17,21,22

**cannister**
81:12

**capabilities**
42:25

**capital** 52:11
58:1 109:24
111:9 166:15,
21

**capitol** 110:7

**captain** 40:18
42:17

**capture** 87:7
97:22

**captured**
101:9

**care** 90:20,23
91:11 179:25
187:11

**carried** 65:11,
12

**cars** 51:25
54:11,15
154:20 157:18

**case** 7:13
10:22,24 11:1
15:13 16:23
21:21 31:15
90:7,18 91:14
92:16 105:11
107:11 109:18
111:12 138:5
185:2,19

**cases** 10:17,19
59:9

**Casillas** 94:4,
18

**causing** 52:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

cease 185:21

cell 12:21

center 58:8
111:10 141:10
150:6 151:13

chain 39:6,8
40:3,4,8,12,15,
25 88:16 89:1
98:19 106:9

chair 141:9

change 126:22
135:11

changed 43:23

channel 56:18,
24 57:5,17

channels
56:20 57:4,7,
12,20

chanting 54:21
62:5

charge 19:4
26:22 29:23
39:19 41:17
69:16

chart 39:19

chatter 153:21,
23 154:16

check 14:20

chem 128:21

chemical 35:2,
8,9 38:16 39:1
50:24,25 51:3
52:13,15,19
54:1,6 55:3,9
59:25 60:2,7,9
62:2 63:10
64:7,14 67:16
68:6,14 69:10
71:17,20 72:4,
8,16 76:20
81:23 82:10
83:1,2,5,10
84:11 85:9 87:6
88:1 96:22
97:2,13,17
117:8 123:24
128:7,14,20,21
129:8,10,11

155:6 157:6
159:13,14
160:14 162:9
164:4,9,17

Chicago 7:25
8:12

chief 27:25
29:15,19 32:7,
13,19,20 33:2,
12,18,24 44:1,
5,9,12 94:23
100:8,9 139:5
146:9,23,24
147:6,7 177:24,
25 178:2,3,24
179:6,11,19

chiefs 146:23
179:2

Christian
170:2,18 171:1
172:10,14,19

Christian's
171:11

circling 77:18

circumstance
68:23 82:4
168:14

circumstance
s 25:16 35:10,
17 38:14 61:13,
14,15 63:6
65:20 68:1,12
69:7,8 70:6,11
80:12 91:2
103:10 147:14
155:25 156:2
158:14 159:23
169:3

citizens
129:15 130:6,
20

city 7:10 14:8
29:12 53:15
90:6 92:4,15
110:17,21
111:8 117:5
120:1,14
121:10 123:18
126:4 129:20
138:4 139:6

179:9 183:1,18,
22,23 185:8,11
186:1,10

city's 115:18
116:4,16 127:5
184:24

Civic 111:10

civil 7:13 11:2,
5,9

clarify 13:14
184:4

class 137:16

clear 14:5
17:11 45:14
48:22 70:22
114:8 160:11
165:17

clearer 169:2

clicking
170:17

clip 76:16 80:8
155:11,16
161:8,16
163:10 168:7
169:8

close 70:6
103:1

clue 87:2
164:12

COABLM294
80:22

Colfax 58:2
75:6,22 77:21
80:23 85:11,14
154:3 155:13
159:18 160:6,8,
12 163:22,25

collect 98:14
123:6,9,12

collects
123:11,14

Colorado 7:12,
21 56:15

comfortable
184:7

command

30:8,11 35:7,8,
20,23 36:3,5,9,
11,22,25 38:18,
20 39:5,7,9,12,
18 40:3,4,9,12,
25 41:23,25
42:17,21,23,25
43:19,20,22
44:16,19,21,23,
25 45:4 46:24
55:11 56:7
57:2,21,22 58:9
62:13 68:9 69:1
95:4 114:17
123:12 138:24
163:15 178:9

command-
level 99:5,12,
21

commanded
185:6

commander
7:8 8:18 9:3,6,
15 20:3 26:9,
18,19 27:12,20,
22 28:1,2,8,14
29:2,3,6 30:2,3,
7 32:3,4,14,21
35:4 37:4,12,17
40:18 41:17
47:19 63:10
77:11 79:15,19
81:6 82:23 91:3
94:24 98:21,22
106:6,8 107:9
108:8 112:6
134:24 138:1
139:25 140:25
142:9 148:14,
18 152:21
153:8 165:25
170:23 173:18,
24 174:4
184:19 186:9
187:6

commanders
29:11 35:12,15
56:23 99:17,24
100:12 179:2

commanding
116:15

commands

68:17

comment 79:6

comments
33:19 44:8
179:18

commit 52:6

committing
54:25

common
124:10

communicate
56:22 57:18
100:23 112:13

communicate
d 45:17 125:8,
21

communicatin
g 56:19 75:4,6

communicatio
n 45:8,9,10,14
93:10 139:2
141:18 145:15,
16,18 171:8

communicatio
ns 73:25 74:3
77:5 92:14,18,
22 93:1 138:3,7
171:4

compare
141:5

complaining
130:7

complaint
24:16 26:1
172:24,25
173:4

complaints
119:25 120:15,
24 121:2,10,15
123:18,23
124:5,10,11,15
126:9 127:2,3
129:15,19,21,
24 130:2,20

complete
98:24 99:6
100:16,21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

101:14,23
102:3,6,8 103:7

**completed**
101:16,18

**completing**
103:16

**completion**
100:20 101:6

**comply** 52:18
72:16

**comprehensiv**
**e** 96:21 97:4,11

**compressed**
112:16,22

**conceding**
49:6

**concern** 31:5
91:1 158:3,17
159:15

**concerned**
31:5 108:13
109:16 158:20,
24 159:2

**concerns**
121:21 128:13
179:13

**CONCLUDED**
187:16

**conditions**
103:11

**conduct** 25:22
172:19 178:16

**conducted**
119:21 152:2
181:7,15

**cone** 87:11,14

**cones** 87:6,8

**conference**
7:8 179:11,15,
21,22,23

**confident**
115:2

**confidential**
132:17 182:16,
17 185:20
186:3,5

**confirm** 93:24
144:10 167:20
168:12

**confirmed**
95:9

**confront** 52:2

**confrontation**
31:6 51:11,22
53:17,20 55:8
126:24 134:19
135:16 141:9,
12

**confronted**
25:16 35:18
82:2

**confronting**
35:10

**confusion**
41:3,4

**connection**
131:9

**consequence**
113:21

**considered**
70:12

**consistency**
105:18

**consistent**
76:6 78:7 79:2,
9 80:2 81:15
83:19 84:2
104:3,11,18,19
156:14 171:12

**consistently**
25:18

**consolidated**
7:14

**constantly**
18:18

**constrained**
37:7,10,19

**contact** 55:21
146:11

**contemporane**
**ous** 56:2
101:18

**continue** 74:11
81:19

**continuously**
11:20

**control** 17:24
18:3 27:16 38:2
40:13,14,16
49:25 70:24
72:12 79:16
91:4 93:22
105:25 137:16
139:25 140:2,
11 153:13

**controlled**
58:8 72:12

**convened** 7:7

**convention**
141:6,8 150:6,
10 151:13

**conversation**
28:19 92:3
127:1 133:13
141:17 142:8
147:1,3 182:15

**conversations**
112:12 127:7
128:25

**Conversely**
13:15

**cooperate**
183:6

**cooperating**
185:21

**cooperation**
109:13,15

**coordinate**
41:20 75:11

**coordinating**
26:22

**coordination**
29:14 95:2

**cop** 60:12

**copied** 47:22
48:2,13 49:1,15
94:17 99:14,18

**copies** 49:24

**cops** 75:19

**copy** 15:10,12,
23 16:4 45:22
46:8,11 89:25
105:25 122:7,9,
18,25 139:16

**corner** 142:14

**corporals**
45:21 47:4,5,9
114:18

**correct** 11:10,
11 12:14 14:5,
24,25 17:2,3,5
19:11 21:9,21,
22,24 22:15
24:3,4,9,14,21
25:14,18 26:15,
24 27:3,14,19
30:20 32:17,18,
25 33:13 34:10,
22 35:23 36:9
37:17 39:10,13,
14 41:19 44:1
45:2 49:14 56:4
61:19 65:13
71:23 73:18,19
74:7,22 79:10
80:3,15,16 82:7
88:13,15 89:2,
8,11,22,24
90:14 91:10
94:16,19 95:7,8
96:6 97:18,19
98:25 99:7,13,
21,22 100:2
103:18 104:5
105:5 106:3,18
120:15 125:10,
23 146:4
148:16 150:12
154:14 155:15
164:1 165:22
172:6 174:18
175:25 176:4
177:16,20
179:1,7 181:7
182:8

**counsel** 7:10,
16,19 173:20
183:1

**Counselor**
132:24 139:6
147:25 160:25

165:8 169:21

**county** 53:16
92:5,15 111:8
117:6 186:10

**couple** 13:22
14:18 93:20
149:23,24
172:2 173:25

**court** 7:5,12
8:18,23 9:3,15,
21 12:3 13:9
15:13 18:1
22:11 37:3
47:18 148:14
170:22 178:2
180:9,12
184:17 185:15
187:6

**court's** 180:21

**courthouses**
125:13

**cover** 64:10
87:15 107:12
111:12

**covered**
107:13 185:1

**covers** 70:10

**create** 31:12

**created** 33:21

**crime** 54:10
55:1 111:18

**crimes** 52:6
116:25

**criminal** 52:6
117:1

**critical** 103:15
105:4,7

**cross** 31:10

**crowd** 17:16,
20,24 18:2
19:6,8 43:12
46:11 47:14,16,
19,23 48:1,11,
25 49:12,19,20,
24 59:12,13,20,
23 62:6,20,21
63:11,14,15,20,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

195

22,25 64:8,9,
12,13,17,19,25
65:9,17,25
66:6,16,23
67:20 68:5,17
69:1,3 72:12
76:18 82:3,13
93:22 105:25
119:14 125:6
126:4,18 127:6,
24 133:19,25
134:7,8 135:25
136:4,5,9,16,
17,20,23 137:2,
5,11,13,16
139:25 140:2,7,
11,13,17,20
141:4 147:4
149:22 150:21
151:16 152:3,
11 153:13
154:3,21

**crowd's**
140:14

**crowds** 141:5,
7

**CS** 35:19,21,22
36:8,24

**curfew** 139:5
141:17,19,21

**current** 17:22

**customs**
115:18 116:5,
17 147:9,20
148:11,23
171:13

**D**

**daily** 119:21,24
121:3,5,22
122:22,23
125:2,7 128:12

**damage** 158:7

**damaged**
159:6

**damaging**
54:14,15,19

**danger** 175:21

**data** 100:10
111:7

**date** 7:6 11:25
12:9 15:25
95:21

**dated** 132:17
175:18

**dates** 14:16,17
152:1

**Davis** 8:7 9:13
14:9

**day** 41:11,14
44:1,22 46:21
57:9,10,14
66:21 74:16,18
76:4 103:8
105:24 108:17
109:15 117:8
119:21 120:8,
19,21 122:5,17,
19 123:25
125:16 127:21
128:15 130:18
179:12

**day-and-a-half**
108:17

**day-to-day**
33:10 37:7,16,
20

**days** 14:18
18:17 46:16,18
48:17 50:2,12,
14 67:1,14
101:5 119:1
124:8 132:11
143:2,5 175:22

**dealing** 115:1

**death** 54:12

**debates** 150:4,
14,20 151:6

**decide** 11:23

**decision** 34:12
37:8 38:16 39:4
64:16,17 146:5,
9,14,16 178:15
184:15,21,23

**decisions**
27:2,5,10,12,16

37:16,21,24
182:22

**declaration**
15:13

**dedicated**
176:8,25

**dedication**
175:21 176:18,
25

**deemed** 37:24

**defend** 75:1

**defendant**
10:16 11:13

**Defendants**
8:5 9:12 92:5,
15 138:4

**defensive**
61:9,16 68:15,
22,25 69:18,20
70:4,12 104:15
117:17 155:19,
20 171:20

**defensively**
69:23

**defer** 33:24
34:3

**delegate** 35:11

**delegated**
35:7,14

**deliberate**
28:21

**Democratic**
141:5,7 150:4,
10,14,20

**demonstrate**
113:18

**demonstrating**
55:5,7

**demonstration**
51:8

**demonstration
s** 31:2 113:19,
20 114:3

**DEN** 80:14
93:18 98:19
142:14,15,18

153:7 162:23
170:1

**DEN3871**
85:10

**DEN6501**
88:10

**Denver** 7:11
8:3,6,8 11:15
17:23 20:13
21:10 24:5,12,
13 25:12 26:14
27:25 32:9
53:16 59:6
71:11,16 75:21
77:6 79:14
88:10 89:19
90:5,21 91:17
92:5,9,15
93:19,21 94:15
95:11,17 99:12
106:3,11
108:10,19,22
109:9 110:11,
18,24,25 111:4,
8,22 150:14,21
170:1 172:25
174:7,15 175:9
177:10,23
178:21 179:20
180:1 181:13
185:7 186:10

**Denver's**
119:6,9

**department**
11:16 24:13
25:13 32:9 33:7
43:2,8 58:22
79:14,18 89:20
90:6 91:17
110:22,23,24
111:5,17,23
130:1 143:16
147:15,21
149:9,12,18
172:25 174:9,
16 175:9
176:22 177:11,
15,16,24 178:8,
22,25 179:5
181:13 183:2
185:7

**Department's**
149:4

**depend** 185:8

**depending**
31:7 35:24
49:22 64:14,15
70:13 85:7
137:6 158:13
162:18

**depends** 49:2
63:5 70:5,9,15
71:8

**depicted** 76:5

**deploy** 34:13,
17,22 37:8 39:4
45:13 52:15,17
62:16 63:10
64:7,16 67:3
69:10 70:18
71:20 74:19
76:19 82:1,10,
25 83:5 85:8
95:3 117:22
128:22 129:11
134:16 155:1,6
156:5,9,11,25
158:14 159:10,
18,21,22
160:14 161:25
162:9 164:16,
17

**deployed**
20:19 23:1
29:13,16,18
36:1 65:14
81:23 83:2,11
84:11 87:6
156:15 159:20
168:9,11,23

**deploying**
23:20 29:10,11
65:9 87:25
128:6,7 155:18,
24 158:11
159:13 160:12
164:9 170:18
171:2

**deployment**
26:20 29:22
47:13 50:24
60:2 62:2 72:8,
9 82:13 101:12
102:13 120:23
121:8 124:19,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

196

25 127:10,12,
13 128:14
160:6,16
161:18 165:5,
12,20 180:3

**deployments**
57:1 103:17

**deploys** 162:1

**deponent** 8:8
9:14

**deposed** 10:11

**deposition** 7:8
13:20 16:18
17:2,5,14 91:12
92:8 187:16

**deputy** 146:9,
23 147:6,7

**describe**
149:25 157:7

**describes**
100:1

**describing**
177:6

**designate**
32:14,20

**designated**
27:20,21

**designee**
35:24

**destroying**
125:13 126:21

**details** 140:5

**detection**
30:19

**detections**
150:17

**determination**
12:8,9 38:24
76:11 78:22
79:12 80:8
81:18 82:24
83:7,9,10,21
146:12 168:21
169:7,22

**determine**
12:7 34:17

66:19 102:12
109:12 137:7
177:12 186:10

**determined**
12:2,12 29:13
34:7,21 35:3,4,
6 62:12 101:2
143:3

**develop** 26:19
29:9 31:4,8
55:24

**developed**
33:14 44:6

**device** 31:25

**devoted**
127:22

**dictates** 72:22,
25

**differ** 60:22
61:1,5

**difference**
70:23

**differentiated**
133:2

**differently**
182:8

**difficult** 101:14
109:13,15

**difficulty**
145:17

**direct** 9:22
62:22 65:10,15,
22 93:10

**direction** 42:3

**directions**
153:12

**directives**
93:22

**directly** 61:21,
23 62:1

**director** 32:12,
24 33:6 132:4
174:8 175:14
177:14,25
178:5

**disagree**
154:16

**disagrees**
177:2 178:14

**disciplinary**
102:21,25

**disciplined**
11:10 24:13,20
25:22 26:4
59:7,10

**disclosed**
185:20

**discuss** 96:7
97:1 120:10,13
181:23

**discussed**
50:17 96:13,15
120:4 146:22
180:20

**discussion**
50:3,10,15,21
51:2 98:3,7,24
99:4 101:6
119:25 157:24

**discussions**
50:16,23 99:9
120:7 152:23

**disobeying**
69:24

**dispatch** 54:12
55:18

**dispersal** 71:6,
11,16 72:3

**disperse** 72:14
79:23

**dispose** 123:9

**distance** 63:12

**district** 7:12
52:8 74:9 75:1
76:17 97:9
98:22 99:16,24
100:12 117:4
125:11 137:21
154:18,22
155:2 163:15

**districts** 29:8

**Ditrolio** 96:5

**divert** 43:4,6,
10,11,16
111:15

**division** 29:9
30:14,15,16,17
94:23 97:7
113:13 146:23
179:2

**DNC** 150:1
152:4,9

**document**
25:2 32:2 49:9,
13 88:9,11 90:4
97:2 104:18
132:9,12,14,22,
25 133:4,14
134:5 135:3,5
137:8 139:11
142:10,17
152:25 174:6

**documentatio
n** 20:11 25:8
71:10,13,15,23
72:1 91:13,19

**documented**
72:4 96:24
103:1

**documents**
14:1 15:8,10,14
16:14,22 19:23
46:4 92:8 93:6
113:1 121:20
122:21 126:1
132:6,13

**DOTI** 58:21

**doubt** 98:10
112:21

**downtown**
55:15,16

**DPD** 11:20
17:1,4,16,19
18:6,23 19:8,25
20:14,24 22:23
39:11 41:11
42:4,5 46:8,11,
24 47:5,14,16,
19 48:1,11,25
49:12,20 57:24
59:11,13,20

60:22,25 61:4,
20 62:8 63:3,
13,17 68:11
75:7 76:6 78:7
79:2,9 80:2
81:15 83:19
84:2 86:24
87:16 89:5,6
93:23 94:4,17
95:3 119:9
123:4,17
124:14 125:5,
18 126:9,12
135:24 137:2,5,
9,10 139:1,18,
19,24 146:1
147:16 148:4
149:20 150:9
152:2,9 162:1
174:14 180:8

**DPD's** 119:14
133:19,24
134:7 136:3,9,
15,20 171:12

**DPDBADGED
@
DENVERGOV.
ORG** 174:10

**draft** 132:18

**driving** 52:2

**drop** 12:1,5,6
170:6

**dropped** 167:2
170:9

**DU** 150:4

**duty** 100:21
118:5,13

_____

**E**

**e-mail** 96:3
98:18,19 99:11,
23,25 100:6,11
103:14 106:1,9
112:13

**earlier** 52:23
157:8 180:14

**earplugs**
145:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-4   filed 06/09/21   USDC Colorado   pg 198 of 213
The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021
197

**east** 75:5,13
166:9

**easy** 39:23

**effect** 18:9

**effected** 158:1

**effort** 105:20

**Eighty** 73:13

**elected** 151:6,
21

**Elisa** 96:5

**Elisabeth**
167:8

**Elizabeth** 7:20

**email** 88:13,16
89:1,6 93:18
174:8,9,14,20
175:8,18,24
176:2 177:10
180:2

**emailed** 94:8

**emergency**
35:24 38:20
40:5 43:4
160:21

**emerging**
26:24

**employ** 126:5

**encompasses**
36:4

**end** 101:19,24
103:8 134:25
159:13

**enforcement**
30:23 127:18

**engagement**
38:12 42:3 51:5
54:8 116:20

**engaging**
126:6

**enhanced**
85:20

**ensure** 103:18
104:4 127:17
128:1 143:19

**ensuring**
157:25

**entire** 38:3
122:2 175:8
177:10

**entities** 131:17

**environment**
31:20 159:8

**Epps** 167:8,14
168:4,13,16
170:13 172:14,
24

**errors** 120:7

**escapes** 151:9

**essential** 64:7

**et al** 7:10,11

**Evans** 8:4

**evening** 73:22
74:4 160:24
161:3 162:12

**event** 118:6,13
134:11 149:22
150:20

**events** 13:2
30:10 49:24
134:10

**everyday** 76:3

**evidence** 26:2

**exact** 14:16
128:8

**EXAMINATIO
N** 9:22 107:6
174:2

**examples**
66:3,4,5

**excessive**
25:10 90:7,11,
21,23 91:14,22
92:10 120:1,15
121:2,11
123:18

**excuse** 7:13
27:22 100:22
122:17

**executive**

42:23 95:23,24
112:6 123:13
174:8 177:14

**exercise** 53:20
54:23

**exigent** 147:14
156:2 158:14

**existed** 16:5

**exit** 162:8

**expect** 24:19
25:20 26:3
36:12,18 63:9
72:2 115:13
182:14

**expectation**
100:15

**expected**
24:11 42:1
100:20 119:1,5,
19,20

**expecting**
108:25

**experience**
19:19 38:25
79:14 80:7
113:12

**experienced**
120:21 140:21

**expertise**
58:21

**explain** 139:23

**explained**
140:1

**explore** 135:4

**explosive**
30:19,21 31:21,
22 150:17

**explosives**
62:19 64:5 73:9

**expose** 62:25

**exposed**
156:20

**expressed**
179:13

**extent** 91:24

92:13,17
107:13 138:2,6

**extra** 127:25

**eye** 77:23
165:2

———————

**F**

———————

**face** 12:25
175:21

**facilitate**
134:10

**facing** 40:23
85:15 166:9

**fact** 9:5

**factual** 181:6

**fair** 13:5,11,12,
17 17:11 34:6,
14 100:6,14
108:20 152:24
154:19 159:17
160:8 161:17

**falls** 28:8

**false** 36:13,19
143:17

**faster** 75:23

**fear** 183:13

**February**
11:19,21

**federal** 18:1
22:10 150:18

**feel** 154:16
183:24 184:6

**female** 11:7

**fencing**
125:11,12

**fewer** 84:21

**field** 26:23
34:22 35:5
137:17 140:2

**fields** 34:16

**figure** 130:4

**filling** 97:1

**final** 27:15
32:8,11 177:15

**find** 144:5,17

**fine** 135:8
185:10

**finish** 17:10
82:19

**finished** 28:16

**fire** 43:2,8
62:22 65:10,15,
22 111:17
169:8

**fires** 117:1
172:5

**firm** 7:23

**fist** 64:5

**fists** 73:8

**Fitouri** 7:20
8:13 9:7

**five-minute**
152:14

**five-second**
166:5

**Fleisher** 7:4

**flip** 166:10

**Floyd** 19:24
25:14,21 26:13
90:13 108:10,
22 110:10,17,
25 111:22
131:1,6,8,10
133:6,10
138:14 140:8,
12,15,18 141:3,
4,15 145:5
146:1 149:20

**focus** 46:18
60:20 69:18
167:1,3

**follow** 40:2,4,8
93:24 95:16
103:9

**follow-up**
173:25

**footage** 56:3
58:12 59:1



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

75:22 78:20
162:11

**force** 11:8
17:23 18:2,24
19:2,23 20:12,
22 22:22 24:2,
12,14,24 25:3,9
26:6,8 38:11
46:8 49:25
50:4,7,8,11,21
52:12 59:7,12,
14,20,25 60:3,
21,22,25 61:4
69:17 71:25
72:6 76:5 78:6
79:1,9 80:2
86:24 88:18
90:8,11,21,23
91:2,14,22
92:10 95:21
96:8,13,16,17,
19,23 97:2,13,
14 98:9,25 99:6
100:2,16,22
101:3,7,18,23
102:3,7,9,15,
20,24 103:1,8,
16,25 104:1,2,
8,9,23,24
105:7,9,13,21,
25 115:19,25
116:6,8,18
119:6,9 120:1,
15 121:2,11
123:19,24
124:10,11,19
127:5,24
128:13 129:22
130:7,21
137:17 140:2
147:10,21
148:6,8,12,24
149:2,5,7,10,
12,18 171:12

**form** 20:1,15,
25 22:24 24:7
25:6 27:4,18
32:10 34:1
36:15 37:2 50:6
53:21 58:13
62:11 69:6 76:7
78:9 79:3 80:5
82:15,21 84:4
85:3 86:25
87:18,23 90:15

100:18 103:4
104:25 105:14
106:15 115:20
116:10,19
118:8,16,19
120:17 121:12
123:20 124:16,
23 126:15
128:3,10 143:7,
13,21 144:20
145:6 147:11,
22 148:13,25
149:16 157:2
158:2,19 168:5,
18 170:20
171:14 172:15,
21 173:6
177:17 180:10
181:8,16 182:1,
9 183:8,16
184:1,13 185:4,
23 186:6,22
187:4

**forthwith**
69:10

**Forty** 11:17

**forum** 53:12

**forwarded**
100:11 175:8

**forwards**
99:25

**found** 141:2

**foundation**
20:2,16 22:25
24:8 36:16
58:14 76:8
78:10 79:4 80:6
82:16,21 84:5
85:4 87:1,19,24
100:19 105:15
116:11 118:9
120:18 121:13
123:21 124:17
126:16 143:8
144:15 157:3
168:6,19
170:21 171:15
172:16,22
173:7 177:18
181:9 182:2,10
183:9,17 184:2,
14 185:5,24

186:7,23 187:5

**Fox** 89:9,19

**free** 154:16

**frequent** 34:15

**frequently**
30:9 108:23
152:8

**fresh** 101:25

**front** 12:21
88:22 133:15
139:12 142:17
153:1 169:20
176:9 177:1

**fuel** 162:20

**full** 171:24,25

**future** 143:20
180:4 182:8
183:7,14
185:22

———

**G**

**gain** 18:5

**gaps** 145:10

**gas** 34:22,25
35:6,12 37:15
38:6,8,10,17
39:4 55:4
60:20,22 67:8
68:12,13,23
70:19 71:5
81:13 82:14
83:17 85:16
86:23 87:15,17,
20,22 88:4
155:1 156:5,14,
16 157:14
158:1,11,17
159:10,18
160:6,12,17
161:18 162:1
165:5,20

**gather** 98:13
110:8

**gathered** 62:5
96:17,20

**gathering**
100:10 110:6,

15

**gave** 16:21
33:18 42:2,14
44:9 74:16
82:25 83:4
93:21 145:22
157:1 164:12
179:11 182:21,
24 184:11,25
186:18

**general** 101:23
130:1 133:19,
25 134:7,13
135:25 136:4,9,
16

**George** 19:24
25:13,21 26:13
90:13 108:10,
22 110:10,17,
25 111:21
131:1,6,8,10
133:6,10
138:14 140:8,
12,15,18 141:3,
4,15 145:4
146:1 149:20

**give** 9:18 40:22
45:22 64:2,21
71:20 72:13,20
82:11 93:6,25
97:25 98:1 99:1
100:3 105:20,
25 151:24
153:12 160:20,
21 162:5,7,8
164:9 175:1
181:5,22

**giving** 42:2
63:23 64:23
68:7 71:13
74:14 125:3
166:11 182:18

**gleaned** 24:1

**go-ahead**
157:1

**goal** 117:9
134:18

**good** 100:4
107:8,9 175:4,
14

**gotcha** 163:6

**govern** 59:12

**grab** 8:21,22

**granting**
176:21

**great** 91:7
143:16

**Greenwich**
78:3

**ground** 107:12

**grounds**
109:24 166:21

**group** 7:24
40:23 41:25
53:24

**groups** 30:8,9

**guess** 73:16
107:8 132:10,
15 143:3

**guidance** 42:3,
7

**guide** 124:24

**guidelines**
126:8 185:8

**gun** 170:18

**guns** 73:16

**guy** 156:17
169:14

**guys** 8:23
93:24 127:2
164:23

———

**H**

**half** 15:2,3

**hall** 8:4 139:6

**HALO** 42:25
43:1 55:14
56:5,6,8,11
58:3,6,15,16
75:10,22 85:10
97:7,9 112:8

**Hancock**
175:9,13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hand 9:16

handful 84:21

handheld 60:9

handle 173:1

handling 113:20

hands 77:17, 24 80:11

handwriting 122:6

happen 24:15 43:3 65:7

happened 81:17 82:25 83:20 114:25 164:11 169:2,7

happening 28:22 110:11

happy 13:14 183:12

hard 49:2 56:22 86:5 109:10 161:1

harm 63:12 126:6

hat 86:5,14

he'll 155:6

head 13:8 28:13 86:7 87:17,22 88:2, 4,6 146:11 179:9

headquarters 125:12

hear 78:17 83:23 124:1 136:1 153:21, 23 154:5 162:25 163:17 164:6 167:7,9 169:11,12,13 171:6,9 172:4,9 179:17

heard 66:25 71:13,19 74:23 93:20 154:9

155:16 161:8 163:1,10,13 169:12 171:3 172:12

hearing 20:17 21:19,20 22:4, 5,10,13,21 24:23 28:11 145:18 161:1

heart 43:11

heavily 132:9, 15,19

hectic 41:4

helicopter 55:19,21 153:11

helped 168:10

helping 167:23

her' 172:11

Hey 68:2 93:20 110:14 113:24 127:2 128:16

hierarchy 39:18

high 73:10

highlighted 103:15

highway 51:23,25 52:3,4

historic 111:7

hit 23:6 51:19 86:22 169:9 172:11,14

hockey 70:8

hold 8:22 138:1 172:18

Hollie 14:8

home 53:22 134:20

honest 135:13

hope 180:4

hoping 93:24

hour 15:2,3 51:25 117:4

hours 13:22 15:2,4 140:1 185:15

hundred 55:1

hundreds 49:23 53:19 79:20,21 84:15, 23 113:19 134:9 135:14

hurt 64:11 68:3 73:11

_____

I

I-25 117:3

ICS 39:14

ID 8:19

idea 31:21

identified 31:24 67:1

identify 39:23

identifying 153:13 167:14

illness 60:15

imagine 57:13 62:16 110:12 132:20 135:22 140:16,19 141:22 147:5 149:9 162:19 164:13

impact 60:3 61:9 128:8 169:13

implement 44:7

importance 106:9

important 40:2,4,8,24 102:11,25 103:24 104:21, 22 143:23 144:1

improve 180:4, 17

improved 180:16

in-service 139:20

inappropriate 59:7 102:20 118:6,14

inappropriately 25:4 126:11

inaudble 68:8

inaudible 47:7 60:11 67:3 180:15

incident 26:9, 17,19 27:12,20 28:2 29:3 30:3, 7 32:4,14,21 35:3 37:12,17 39:12,16 41:17 79:19 91:3

incidents 143:20 149:25

include 29:10 46:7,16 68:25 69:20 119:25 120:7 179:6,8

included 140:11 174:17 181:1

includes 30:17 31:8 106:6

including 106:2

inconsistencies 104:6

inconsistency 103:19

inconsistent 19:25 20:14,23 22:23

incorporated 49:20

independent 15:11 16:2 73:20 99:8 130:25 131:7,9, 14,15,20,23,24

132:3,5,7,23 133:16,18 134:22 135:17 182:15

independently 40:6 144:10

indicating 86:1 167:4,24

individual 23:19 45:25 118:22

individually 42:13

individuals 23:6 43:22 63:15 64:9 65:10,16 175:10 178:7

information 26:21 34:16 35:4 45:16,24 55:12,17,18,19 56:25 57:5 58:16,19 62:14 66:14 68:7,8 76:10,15 80:1 83:7 89:5,20 91:25 93:13,19 97:22 98:14 100:1 101:25 108:16 110:1,2, 8 111:11,20 112:24 115:15 120:20,24,25 123:22 124:6,7, 8,9,20 125:4,15 127:8,10 130:14,23 136:22 137:22 142:1 152:24 153:12 165:6, 14 168:20,22 169:20 171:16 181:6 182:20, 21,24 183:14 184:11,25

informed 116:16 140:19

informs 99:24

Infrastructure 58:22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

initially 56:20
57:3,6,7 143:4

injunction
18:1 21:20
22:5,20 24:23
48:14 145:1
181:1

injure 62:18
67:23

injured 52:1
63:8 73:13 91:1

injuries 113:21

Innocent 10:25

input 19:15,18
33:18 56:23
146:16,18

inquired 93:11

inquiry 88:17
89:4

insert 48:14

inside 49:25
57:22 125:12
158:20 159:5

insight 19:18

instance 65:23
66:21 125:10

instituted
180:25

instruct 20:5
115:4 119:8,14,
16 138:5
155:17 164:8

instructing
74:22 92:2,12
93:8

instruction
171:8

instructions
74:14,16
125:18

interested
153:20

internal 129:25
132:18 173:1,4

Internet 132:18

interrupt 28:10
129:4

intersection
52:21 72:10,11
77:21 80:23
85:14 86:19
155:13 157:17
159:11,18
160:15 161:11

intersections
51:18,19

intervene
118:6,13

interview
15:19 16:1
132:10,18,22
137:24 138:12
183:5,14
185:18 186:4,
18,20

interviewed
133:7

interviews
131:8,13,24
132:7 133:3
145:20 183:24
185:1

inventory
128:21

investigated
24:17

investigation
131:10 173:2

investigations
183:7 185:22

investigative
110:3,13 112:7

investigators
30:22

invite 111:18

involved 20:18
49:24 112:2
115:15 176:23

involvement
31:1

involves 63:24

isolate 65:16,
19,21,24 66:6,
16,22 67:19
68:2

issue 36:2
52:18 145:12
155:17,23
162:2,3 171:1

issued 159:17
176:4

issues 26:24
34:4 60:18
108:18 119:17
125:1 150:8
180:13 183:11

issuing 158:10

___

**J**

January 52:10

Jay 93:20 94:4

JD 36:7,20

jeopardy 69:9

Jeremy 94:18

job 29:5 30:2
44:6 175:14
177:12

John 8:7 14:9

Johnson 7:6

joint 152:2,10

judge 176:3

June 22:4,21
25:14 26:14
95:21 98:5 99:5
119:22,25
120:6 123:17
124:15 125:6,
20 126:5
127:22 128:15
130:18 143:2
144:2,4 174:10,
24 175:18
180:21,22

jurisdictions
42:10 57:19,20,
22,23 146:12
147:13

justified 82:6,
8,14 168:4,15

justify 38:8,10

___

**K**

kill 73:12

killed 64:11
68:3

kind 29:14
39:18 89:20
94:10 108:12
135:14,15
153:14 158:14
165:2

knee 167:2
168:10 170:6,
10

knees 167:15,
19,22

knew 18:25
19:2 26:21
47:12,13

knowledge
17:22 18:5,11,
22 19:1,10
25:19,25 26:5
115:24 120:3

___

**L**

lab 111:19

lacrosse 64:4
70:8 73:9

language
103:19 104:6,
11,19 105:4,5,
18 176:7,17,24
177:5 178:15

large 40:23
53:5,24 62:4
63:14 150:5
151:12

launch 164:3

launchers
61:5

launching

73:8

law 7:23 127:18

lawn 166:15

lawsuit 11:13
13:2

lawsuits
106:17

leader 177:23

learn 109:19
142:23 145:4,8
180:3,14

learned 29:22
108:9,21
110:10 145:21

leave 18:15
72:15 167:20

length 171:18

lengthy 49:13

lessons 145:4,
21

lethal 20:19
23:1 60:13,15,
19 65:2 88:18
89:11,21 94:10,
12 95:13
103:17 104:12
115:19 116:6,8,
18 117:13,16,
21,22 118:2,7,
14 125:19
126:11 127:3
128:1,17
129:16,21
130:7,21 139:2
171:11

lethally 65:6

letter 178:12

letting 159:6

levels 59:22

lieutenant
36:5,7,20 40:16
42:15,24 45:1,
20 67:14 74:6,
8,9 75:6 94:8,9,
16,20,22 99:23,
25 100:7,8
103:14 105:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

201

106:1 112:4
154:8,10,12,24
161:9,20

**lieutenants**
34:16 38:5
40:19 41:21
67:6 99:17,24
100:12 179:3

**life** 127:16

**light** 30:24

**limited** 21:6,7
129:10

**Lincoln** 58:2
77:21 80:23
163:11,18,21,
22,23,25
165:19 166:23

**Lindsey** 7:5
8:15,16 28:12

**lines** 135:21

**link** 55:23,24

**Lisa** 97:7

**list** 97:6 106:3
174:17

**listen** 73:25
162:10 165:9

**lives** 7:9 43:5

**LL** 95:1

**loads** 100:10

**located** 7:21

**location** 7:18
37:14 38:15
66:21 74:24
75:17 141:9
154:23 155:6,
22,25 157:20
158:4 161:24
164:24 165:3,7
170:12

**locations**
54:13

**Logan** 75:22

**long** 10:21
11:15 15:1 17:8
47:17 54:25
162:1

**looked** 17:19
23:2,20 133:12,
17 141:16
177:24

**looting** 52:7
54:14 117:1
126:21

**lost** 57:1,2

**lot** 23:2 60:12
75:18 113:11
127:2,3 128:17,
20 136:13
158:5 164:23
169:4

**low** 51:9 52:24

**lower** 142:13

**lunch** 107:16,
19

_____

**M**

**made** 12:9
17:25 18:2,6,8,
23 19:8 24:16
26:1 31:16
33:19 57:1
111:3 120:7,19
121:1,7,10,23
123:17 124:2
125:5,14,17
130:2 133:2
141:15 146:5,9,
11,13 161:23
164:18,19
172:24,25
179:19 180:8,
12 181:25
182:25 185:6
186:9,21

**main** 31:5
51:24 53:20
62:21 154:21

**maintained**
38:2

**majority** 63:24
64:18 112:8

**make** 12:7,24
13:7 17:7,9
27:2,9,12,15
28:16,18 30:6

31:9,19,22
34:12 37:20,24
38:24 39:3
43:12 45:7,11,
14,16,24 47:12
48:23 51:13,15,
17 52:3 53:5
63:10,11 64:16
65:9,20 72:20
75:14,18 76:10
78:22 79:11
80:8 81:18
82:18,24 83:7,
9,10,21 90:25
101:8 102:14,
23 104:2,10,17
105:20 106:18
121:23,25
122:15 123:1
125:2 126:12
128:22 129:9
144:4 155:21
157:8,20,22
159:7 160:20
162:6 163:4
164:14 168:21
169:7,9,21
182:22

**Makeba** 8:11

**maker** 32:8
177:15

**makes** 18:18
30:6 95:15

**making** 18:25
19:2 27:5,6
31:17 33:6 37:8
44:12 118:24
161:10 164:20

**mall** 43:15
111:10

**manage** 154:3

**management**
17:16,20 19:6,8
39:12,17 46:11
47:14,16,20,24
48:2,11,25
49:12,19,20
58:8 59:12,13,
21,24 66:16
97:7 119:14
125:6 126:4
127:6,25

133:20,25
134:7,8 135:25
136:4,6,10,16,
18,21,23 137:2,
5,11,13,16
149:22 150:21
151:16 152:3,
11

**manager**
177:12,14,22

**manner** 19:24
20:13,23 25:10
101:16 123:25
128:2 129:9

**manual** 17:17,
20 18:3 19:3,6,
8 32:2 46:11
47:14 48:2,11,
25 49:12,20,25
59:13 119:15
127:25 136:6,
18,22

**maps** 46:7

**march** 51:14
53:9,22 134:17

**marchers**
141:12

**marches** 43:3

**marching**
51:14 53:10,25
54:21

**mark** 96:4
166:5

**marked** 185:20

**materials**
103:17 104:1,8,
23 105:8,21

**matter** 7:9
101:23

**mayor** 175:9,
13 179:8,9,11,
19

**mayor's**
177:22

**Mcnulty** 8:1
9:10 173:23

**meant** 106:16

**meantime** 68:2

**media** 21:15
55:17 89:4,9,19
98:1 108:16
109:21 110:2,4,
13 123:8

**meet** 14:7,13
134:15

**meeting** 15:3
95:21 96:5,7,
10,12,15,19,24,
25 97:1 98:3,7,
12 112:22
115:9 134:15

**meetings**
14:11,22 15:1,
9,15 16:10,21
50:11 112:10,
11,17,20 113:2

**member** 89:19
94:6

**memo** 16:4
186:5,20

**memory** 90:3
151:25 182:6

**memos** 15:19

**mental** 60:15,
18

**mentally** 60:12

**mentioned**
57:25 73:6
145:2 151:12
156:17

**mentions**
176:5

**met** 13:21 14:3
182:3

**meter** 117:18

**metro** 30:18
31:14 154:6,7,
10,11,12,24
161:9,22 163:1,
10

**Michael** 8:2
9:11

**middle** 86:3,18
179:12



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

miles 51:25
117:4

military 80:25

mind 51:10
102:1

minimize
126:5,13

Minneapolis
108:13

minute 76:23
99:1 100:4
152:22 166:4
167:5 173:10
184:18

minutes 72:14
106:20 112:25
153:16 159:24
160:1 161:5,13
162:6,7 185:15

mischief 52:7
117:1

missed 147:25

Mitchell
131:15 182:4

Mitchell's
15:11

Mitt 151:10

moment 82:14
86:8 106:20
166:10 167:1
170:5 171:12
175:1

monitor 15:12
16:2 109:11,25
131:1,7,14,15,
20,23,25 132:3,
5,8,23 133:2,
16,19 134:22
135:18 182:15

monitor's
131:9

monitoring
108:12

months 16:24
88:25 91:16

morning 107:9
108:20 109:6

mother 52:2

motion 181:3

motoring
51:15 52:21

motorist
157:20

Mountain
153:18

mouse 77:18

move 52:20
61:17 64:12
69:1 70:19
78:25 79:8,23
82:9,13 83:4
117:10 154:17
155:2,12
157:14 161:10
171:21

moving 26:23
74:25 158:16

MT 187:16

multiple 23:19
132:13

munitions
20:19 38:16
126:11 127:3
128:17 129:16
139:3

Murphy 32:22,
24 174:8 175:7,
17 177:10
178:20 180:1

mutual 41:21
43:19 44:20
45:18 146:2,6,
14,17 147:9,12,
16,24 148:3
149:15,21,23
150:10,14
151:16 152:3,
10

_____

N
_____

named 10:16
11:13

National
39:11,16 141:6,

7 150:10

nationwide
108:15

nature 140:20

necessarily
21:12

needed 34:12
45:6 74:19
96:17 97:10
98:13,24
105:11 112:24
117:7 146:7,18,
20 156:11

needing 147:3

Nick 131:15
136:12 182:4
184:8

night 57:9
111:24 154:3

nights 111:25

NIMS 39:16

nodding 28:13

non-peaceful
62:25

nonattending
115:6

nonetheless
55:25

nonresponsiv
e 117:10

nonviolent
126:10

normal 40:7
59:21 60:6 61:2

north 85:15
160:8 166:14,
21

notes 45:23
121:23,24,25
122:3,4,6,24
123:1

notice 170:5

notify 111:16,
17

November
137:15

number 7:13
40:21,22 62:4,6
77:6 116:22
142:13,16,21,
24 153:7
162:22

numerous
114:3 136:12
138:17

_____

O
_____

Obama 151:6,7

obey 40:24
61:17,22 68:17

obeying 69:1

object 20:1,3,
15,25 22:24
24:7 25:6 27:4,
18 32:10 34:1
36:15 37:2 50:6
58:13 62:11
69:6 70:12,14
76:7 78:9 79:3
80:5 82:15 84:4
85:3 86:25
87:18,23 90:15
91:21,23
100:18 103:4
104:25 105:14
106:15 115:20
116:10,19
118:8,16,19
120:17 121:12
123:20 124:16,
23 126:15
128:3,10 143:7,
13,21 144:15,
20 145:6
147:11,22
148:13,25
149:16 157:2
158:2,19 168:5,
18 170:20
171:14 172:15,
21 173:6
177:17 180:10
181:8,16 182:1,
9 183:8,16
184:1,13 185:4,

23 186:6,22
187:4

objecting 20:6

objection
82:18,20
117:11

objective 41:7

objects 63:16

observe 45:5
55:15,16

obvious 146:7

OC 63:1

occasion
49:23

occasions
10:13 33:17
34:20 66:25
67:5,13 186:19

occur 111:8

occurred
120:16 129:17

occurrence
126:13

occurring
108:10,22
109:9

October
137:15

offer 19:18
137:9

offered 140:3

offers 137:2,5

office 8:11
14:9 15:11
95:24 96:2
112:9,23
123:15 130:25
131:7,14,20,23,
24 132:3,4,7,23
133:18 134:21
135:17 182:15
185:9

officer 23:18,
24 24:12,20
35:20,23 36:4,
5,9,11,25 38:13

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

39:3,5 41:23,25
43:19 44:24,25
59:7 66:4 67:23
68:16 69:15,25
70:3 75:4 81:5
83:16 89:5,20
93:19 94:7
102:19 103:25
118:22 128:6,7
156:4 163:15
167:2,4,18,19,
22,23 168:10
170:2,6,9,17
171:1,11 172:9,
10,13,18

**officer's** 24:19
36:8,13,21

**officer-
involved** 109:1

**officers** 19:23
20:12,18 22:22
24:6 25:2,8,12,
15,17,21 26:23
33:13 34:8,22
35:5 37:14
40:2,8,14,15,
21,23 41:6,18,
25 42:4 44:19,
21 45:9,11,18,
21,25 48:16
49:16 50:7
52:24 54:8
55:2,4 56:19
57:21 60:6
62:8,18 63:6,7,
8,12,17,19
64:5,7,11 65:5,
18,24 66:1,5,
22,24 67:1,2,5,
25 69:4,9,12,21
70:1,18 71:1,4,
12,17 72:2,18
73:3,9,12,13,21
75:12 84:20,25
85:16 87:16
90:21 92:9 97:1
98:8,24 99:6
100:15 101:12,
17,22 102:2,14,
23 103:6,11,18,
24 104:5,7,17,
21,22 105:1,21,
23 113:5,12
114:5,12,15,18,

21 115:5,6,9,
15,17 116:4,15
117:13,20,22
118:1,4,12
119:4,8,13
120:2,16 121:3,
11 122:25
123:2,19
125:19 127:11,
23 128:1
129:12,16
130:21 137:21
139:24 140:1
142:19,22,24
143:11,14,15,
19 144:3,5,9,
13,17 145:18
155:17,23
158:18 160:7
164:8 166:16
174:15 175:20
176:9,17 177:1,
6 178:13
179:14,20

**officers'** 142:5
178:16

**OIM** 15:19
131:5 132:2
133:5,10,24
134:6 135:19,
24 136:3,9,15
137:1,4,24
138:12,13,20
139:13,19
140:7,14,17,23
141:14 142:5
145:20 152:23
153:2 181:5,10,
13,22,23
182:18,21
183:6,7,13,14,
24,25 184:12,
25 185:19,22
186:5,18

**on-the-ground**
37:20

**open** 142:2

**opens** 142:3

**operate** 58:5
95:2

**operated** 58:7

**operating**
113:23 127:15

**operation**
33:10 34:4
45:6,12,15,20
47:12 49:3 57:8
111:19 115:9
120:19 124:7
134:18 145:8
146:8

**operational**
38:2 91:4 110:2

**operations**
27:22 28:9
29:2,6,9 30:2,8,
9,12,13,14,17,
18,22 32:4
33:14,15,16,18,
21,25 44:1,5,9,
13 45:17,22
46:1 47:23
48:6,8,13 49:3,
4,7,9,21,22,23
79:15 111:15
113:13 121:4,5
122:16 123:7
136:22

**operators**
42:25 43:1

**opinion** 85:1

**opportunity**
98:13 159:22

**opposed** 60:23
61:7 70:13

**ops** 46:17
48:15 49:25
113:3 122:1,4,
5,7,9,15,18
123:1,2,5,6,7
124:18,21,24
125:2,3,8,21

**option** 60:19

**orally** 125:8,
17,21,23 126:1

**order** 21:19
34:15 61:17
69:3,23,24 71:6
72:3 98:4
102:23 111:12
155:2 159:17

176:3,7,18,21,
22,24 177:2,5
180:21 181:2
185:1

**ordered** 35:19
36:9,25 78:21
160:6,12
161:17 165:5,
11,20 180:9

**ordering** 73:21

**orders** 42:1
69:5 71:11,14,
16 78:12,24
79:7,23 82:9,
11,25 83:4
180:12

**organization**
39:6

**organizational**
39:24

**organized**
94:1

**organizer**
134:15

**orient** 77:20
166:8

**outcry** 169:9

**overlooked**
103:13

**override** 58:9

**Ow** 169:9

---

**P**

**P-H-E-L-A-N**
10:1

**p.m.** 73:22
74:15 75:23
77:22 80:24
85:23 95:21
152:16,18
153:18 161:19
162:15 173:12,
13,16 187:15,
16

**pages** 47:17
48:25 49:15

**Panino** 100:7

**parade** 31:20
134:12

**parades** 30:10
134:10

**paramedics**
43:9,10 111:17

**paraphrase**
154:15

**Park** 111:10

**part** 12:6 26:25
27:22,23 28:3
29:1 30:1,4
39:16 46:13
48:5,13 89:1
113:9 136:19
147:25 177:22

**participated**
111:21

**participating**
7:25 8:2,5,13

**participation**
139:5

**parties** 9:4

**parts** 46:15

**party** 131:16,
17

**pass** 51:18

**passengers**
159:9

**patience**
107:14

**Patrick** 7:9,23
9:6 10:1 107:10
114:8

**Patrick.
phelan@
denvergov.org**
88:14

**patrol** 27:2
56:15 59:21
60:6,23 61:2,7,
11 94:23 110:1

**Paul** 94:17 96:4
100:9



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

pause 28:20
81:3 166:7

pausing 170:8

pay 99:19

peaceful 53:22
54:25 62:5,25
63:15,24 64:19
68:5 72:24
141:8,11

peacefully
55:5,7,9 70:25
84:24

pedestrians
31:10 51:16

pending 7:11
13:4

people 31:9
39:25 43:23
51:19 52:3,5,6
53:5 54:11,13,
18,20 62:6,17
63:24,25 64:18,
24,25 65:1,24
66:6,17 67:20
68:5 69:20
70:22,23 73:2
74:25 75:19
87:3,4 96:2
99:11 105:18
106:2,3 112:7,
23 117:3
125:12 156:2
158:4,9,20,24
159:3,5,8
160:15 161:11
162:4 178:21,
23,25 179:4,13

people's 43:5

pepper 23:7,
19,20 52:16,17,
20 54:3 61:1,8,
20 62:1,15,24
63:1 79:24
104:13 117:17
128:8 155:12,
18,24 156:17
159:14,15
168:4,15
170:18 171:2
172:5

Pepsi 141:10

perfect 162:4

permit 53:14,
15 109:24
114:1

permitted
55:2,4 63:3
117:9

person 61:21,
23 62:3 77:16,
24 112:17
145:12 167:7,
14,15 186:18

personal
17:22 18:11,22
19:1,10

personally
109:19 114:4

personnel
17:1 29:8
146:8,19,21
150:7

pertained
136:14

Phelan 7:9
8:18 9:3,6,15
10:1 20:3 28:2
77:11 94:24
107:9 108:8
134:24 139:25
140:25 142:9
152:21 153:8
165:25 173:18,
24 174:4

phone 12:21
21:15 112:11,
18 158:12

phonetic 100:7

photo 8:19

picking 86:13

picture 8:20
38:23 156:18,
20 169:2

Pine 100:8
154:8,10,12,24
161:9,21

PIO 89:7 94:7

PIOS 93:21
94:6

place 27:9
31:13 80:13
93:23 97:5 98:4

plaintiff 8:2
9:10 11:1 167:8
168:4,13,16
170:13 172:14

Plaintiffs 7:21,
25 8:13 9:8,9
90:7 107:10
173:21

Plaintiffs' 7:19

plan 26:20 29:9
31:4,8,13
33:14,15,16,18,
21,25 34:4
44:6,7,9 45:12,
17,23 46:1,17
47:12 48:6,7,
13,15 49:9 50:1
51:17 111:15,
19 113:3 115:9
120:20 121:5
122:1,5,7,9,18
123:1,2 124:18,
22,24 125:2,3,
8,21 134:16
159:10

planned 110:6

planning
107:18 109:17
111:2,21 112:8

plans 44:10,13
48:9 49:3,5,7,
21 121:4 122:5
123:5,6,7

play 45:3 75:23
77:22 80:24
85:19,20,22
162:21

played 77:5

playing 74:3,
11 78:1

PLAYS 74:5,12
75:25 77:25
78:4 81:2,11
83:14 85:24

86:10 153:22
155:10 156:3
157:12 160:4
161:7,15
162:24 163:8
166:6,19,25
167:6,13 168:1
170:4,7,16
172:3,8

point 27:24
83:11,25 98:23
121:24 130:9
151:8 156:9,12,
22 158:18
160:5,10,19
162:11 166:11,
14 174:25

police 11:15
17:23 21:10
22:22 23:18
24:5,12,13
25:13 27:13,17,
25 29:15,20
31:7 32:8,9,13,
20 33:2,7,12,
18,24 44:9,12
51:8 52:8 54:15
59:6 69:15
71:11,16 72:25
79:14 87:5 88:7
89:19 90:5,11,
12,21 91:8,17
92:9 93:21 94:7
110:22,23,24
111:4,22 113:5
114:5,12,15,21
115:6,17 116:4
118:4,12 119:3,
7,12 120:2,16
121:2,11
123:19 126:21,
23 127:23
128:1 129:16
130:1,21
131:11 134:19
135:16 140:21
141:13 143:16,
19 144:5,13,17
146:10 147:15,
20 149:4,9,12,
17 158:22
162:5 166:16
172:25 174:16
175:9 176:22
177:11,16,23,

24,25 178:2,3,
8,22,24,25
179:5,6,11,14,
19,20 181:13
183:2 185:7

policed 25:21

policies 17:13
18:23 27:7,9
32:8 33:6
50:11,21 59:11
93:23 95:12,16
115:18 116:5,
16 118:23,24
127:6 147:9,20
148:5,11,23
171:12

policing 31:1
40:7

policy 17:23
18:7 19:25
20:14,24 22:23
23:3,16 24:3,
10,18 25:15,23
26:3,6,8 27:2,5,
10 32:8 33:9
38:11,19,21
46:8 47:24 50:7
52:19 54:3,5,22
59:14,20 60:21,
22,25 61:4,20
62:8 63:3,13,17
65:12 66:15
68:11,14 72:6
76:6 78:8 79:2,
10 80:2 81:15
83:19 84:2
86:24 87:16
88:3,5 94:11
95:3,11 101:11,
23 102:4,6,8
103:10,16
104:1,3,8,18,23
105:7,12,21,23,
24 115:21,25
118:10,17,20,
21,25 119:2,6,
10,17,19,20
123:4 126:8,18
127:5,24 143:9,
14,22 144:8,12
148:9 149:1,5,
8,10,12,18
171:23,24
177:15 181:23,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

24

poor 52:2

Porter 7:24

portion 155:11,16 161:16

portions 48:9, 10 49:19

position 27:21, 23 91:7 94:21

possibility 102:22 108:9, 21 109:7 110:10

possibly 108:18 133:21 136:19 137:3 145:23 150:3 183:3

post 42:18,21, 23,25 43:20,22 44:16 45:4 55:11 56:7 57:22 58:9 123:12

posted 109:21

posts 138:24

Potentially 150:23

practical 101:21 103:5,7

practices 115:18 116:5, 17 147:9,20 148:11,23 171:13

preliminary 21:20 22:5,20 24:23

preparation 16:17 17:1,5,14 110:19 111:3 157:22

preparations 125:14

prepare 13:20 91:11 92:8

109:3 110:17, 24 111:5 139:24

prepared 91:19 112:19 150:24

preparing 112:2,13

present 9:5 41:14 44:15 46:24 131:13

presented 21:14,18,25 22:11,14,20 183:1

presided 79:17,19

president 150:6 151:5,7, 13,23

press 179:10, 15,21,22,23

pretty 46:16,17 62:15 115:2

prevent 52:12

preview 166:12

previous 77:5 120:8

previously 115:1 128:4

pride 113:18, 19,22

prime 113:5 114:4 115:17 116:4 117:12, 19,25 118:4

priming 118:12

printed 132:25

prior 12:2,10 18:8,10 45:19 83:8,20,24 110:16,25 112:1 113:6 114:6,7,8 116:3,21 118:4, 12 125:16

140:21 149:20 155:18 160:16, 20 171:1 180:12

privilege 91:25 93:12

privy 172:24

problem 43:14 143:6,11 182:18 183:20 185:3

problematic 103:19 104:6

problems 120:22,23

procedure 113:23

procedures 95:3,13,16 119:18 127:15

PROCEEDINGS 7:1

process 154:19

produced 166:3 169:25 185:19

profile 51:9 52:24

program 12:1, 4,7

projectile 60:14

projectiles 67:2

properly 128:23

property 54:19 126:21 127:17

proposals 181:24

prostitute 11:7

protect 106:10, 16 127:16,17

protective

185:1

protects 53:11 143:15

protest 18:24 25:21 29:7 31:1,7,20 32:5 40:3 54:22 59:21 60:23 61:1,6,8 72:24 90:13 95:20 96:7,13 108:24 109:2,3,4,9,14, 18 110:6 113:25 134:12 140:12 145:7 150:21

protester 19:22 78:6 79:1,22 85:25 86:11,12,22 87:10

protesters 19:24 20:12,19, 20 21:8 25:3,9 27:13 31:6,12 34:11 40:24 43:6 50:4 52:14,25 53:24 54:20 55:5 62:4,7 63:1,14 70:19,21,24,25 71:5,6,18 72:3 75:15 84:16,17, 23,24 90:11,13, 22 92:11 115:1 126:6,10,20 127:17 130:8 155:13 157:14, 25 158:5,17 161:18

protesters' 31:15 113:6 114:5,12,23 115:6

protesting 52:14 53:25 55:10 62:5 84:24

protests 19:19,24 20:11, 13,22 21:11 25:3,9,14,22

26:10,12,14,21 27:3,16,25 29:3,10,16 30:3,9 31:4 33:11 34:7,9, 21,25 35:20 37:9,16,25 38:3 39:9,22 40:7 41:12 46:19 53:12 54:6 59:8 65:13,24 66:21 67:14 71:12 79:16,17 90:8 91:5,9 96:8,13, 16,18 98:9 100:17 101:6 105:22 107:12 108:10,22,24 110:11,18,20, 25 111:3,5,7, 12,18,22 112:2, 3,14 119:4,8,13 127:4 128:2 129:22 130:21 131:1,8,10 133:6,11 134:10 135:15 136:14 138:14, 16 140:7,8,15, 18 141:3,5,10, 15 142:6,20,25 143:1,12 144:14,19,24 145:5,21 146:1, 6 147:8,19 149:20 153:11 177:6 178:17 179:14,21 180:18 181:7, 15 182:23

protocols 142:3

provide 51:12, 13 147:13 156:5

provided 16:15 48:11 105:12 125:18

providing 46:25

prudent 64:6, 11 72:20 95:15

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**public** 32:24 33:6 51:15 52:18,21 53:12 89:5,20 93:19, 25 98:2 174:9 177:15 183:6, 15 184:12,15, 21 185:21 186:21

**pull** 80:19 97:8, 10

**purpose** 47:10 97:20 181:5 183:25

**purposes** 165:17

**Pursuant** 68:11

**purview** 24:16

**push** 63:18 75:13

**pushing** 75:5,7

**put** 12:24 30:11 31:13 36:12,18, 21 93:23 96:21 97:18 98:4,14 111:19 125:12 133:22 137:20

**putting** 128:20 164:25 178:12

—————

**Q**

—————

**quasi-military** 39:6

**question** 13:4, 13,15 17:10 20:8 23:15 28:15,17,19,20 30:1 37:11 48:20 50:16,18 58:11 59:5 67:11,12 68:20 71:2 82:19 86:9 89:15,16,18 91:23 92:3,6,7, 17,21,24,25 93:4,9,16 99:20 107:15 115:11, 22,23 116:9

117:24 118:18 120:22 128:9, 11 129:5 133:21 135:18 136:2,8 137:6 138:6 139:17 140:12 148:2,3, 6 153:3,4 165:10,17 181:17

**questioning** 45:7

**questions** 13:1 17:8 20:4 45:6,23 67:21 74:1 75:24 77:13,23 81:1, 10 83:13 85:21 91:20 106:24 107:4,11 116:1 128:5 133:8,22 136:12 138:17 139:8 173:20, 24 174:1 181:6, 14 182:5,6 183:10,13 186:19 187:10, 13

**quick** 166:7

**quickly** 17:9

**quieter** 163:5

—————

**R**

—————

**radio** 34:15 45:8 56:18,20, 21 57:3,5,7,17, 20,24 67:1,19 71:14,19 73:18, 25 74:3 77:5 139:2 153:20, 23 154:5,6,16 156:4 157:13, 24 158:13 162:10,22 165:13 171:3,5

**radios** 145:16

**raise** 9:16

**rally** 150:5 151:12

**ran** 129:8

**rank** 36:5

**reach** 12:25 146:12,17

**read** 48:15 88:23 89:12,14, 23,24,25 90:1,2 100:3 105:19 139:22 142:16 149:4 174:25 175:2,4 176:21

**reading** 90:3 99:1 174:23

**ready** 19:20 84:7 109:4 134:16

**real** 14:5 152:22 166:7

**realize** 144:23

**realized** 144:22

**reason** 52:15 54:1,10 57:21 74:25 80:10 101:22 102:2, 16 115:14 186:4,20,24 187:1

**reasons** 102:17

**recall** 11:8 21:2,12 22:8, 12,18 24:25 34:24 44:11,12 46:20 50:19 88:16,20,23 98:6,10 99:8 118:10 119:11 120:3,5,9 121:14,16,18 123:16 124:2,3, 14,18 127:1,21 130:9,13,23 131:18 135:4,6 136:8 139:12, 15 141:20 150:25 151:19, 23 152:12 157:4,19 162:14 164:13

174:20,23 179:18,22,23 182:3,12

**receive** 129:18 130:23 132:12 137:14 139:24

**received** 15:23 120:1 123:18 124:5 126:9 129:21 132:9 137:13 140:1 174:19

**receiving** 68:8 129:15 174:20

**recognize** 166:20 170:12

**recognized** 184:8

**recollect** 74:17 136:11 140:4

**recollection** 49:18 73:20 74:13,21 76:2 99:9 105:12 110:9 118:11 129:1,6,7,15 130:6,13,19 133:15 137:19 138:13,15 145:1 146:25 153:1 154:2 162:13,17

**recollections** 133:9

**recommends** 183:18,22,23

**record** 7:4 8:24 9:25 17:11 20:6 48:22 76:22,25 77:1,3,4 78:1 80:14 102:10, 11,18 106:19, 22,23 107:2,21, 25 108:3,4,5 142:9 148:22 152:13,16,17, 19 165:18 166:2 173:10, 12,14,17 187:15

**recorded** 58:15,18,20 59:1,5

**records** 71:25 142:2,3

**red** 30:24

**redact** 183:21

**redacted** 15:10,12,23 132:10,15,19 138:23 139:1,3, 11,15,16 141:22,25 145:25 152:25 153:5 182:12 183:19,20

**REDIRECT** 174:2

**reevaluate** 128:18

**refer** 134:23 135:1

**referencing** 124:18

**referred** 94:16 141:18

**referring** 26:12,13 49:5 132:3

**reflect** 113:1 121:21 122:22 125:3 126:1

**reflected** 121:3 124:21 125:7,21

**reflecting** 132:22

**reflective** 176:7,18,25

**reflects** 149:1

**refresh** 74:13 76:1 90:3 105:11 127:5 151:25

**refresher** 137:22 140:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**refuel** 162:18

**regard** 107:14

**regular** 59:24
60:23

**Reidy** 7:23 9:9
107:5,7,10,18,
21,25 108:7
117:10 136:1
138:10 148:21
152:13,20
170:25 173:9,
18 187:13

**related** 94:11
152:3

**relating** 16:22
18:23 20:11,22

**relation** 13:2
123:3

**relationship**
184:6

**release** 185:10

**released**
186:11

**relevant** 47:23
91:13

**remain** 186:3

**remember**
44:8 117:17
127:4 133:5,7
135:9 147:2,6
151:7

**remind** 113:5,
13 114:4,11
115:5,17 116:4
117:12,19,25
118:4,25

**reminded**
114:23 144:21

**reminder**
127:14

**reminding**
118:11 127:23

**remove** 78:12

**repeat** 20:8
67:11 115:23

**report** 15:12
33:2 40:1 96:22
97:5,11,12,15
98:11 100:10,
22 101:3 102:9
103:8 106:18
139:9 141:21
180:16 182:23

**reported** 160:9

**reporter** 7:5
8:18,23 9:3,15,
21 12:3 13:9
37:3 47:18
148:14 170:22
178:2 184:17
185:15 187:6

**reporting**
40:12 110:5
117:18

**reports** 96:17,
20 97:8,9,10
100:2 101:7,18
103:25 104:24
127:9 177:25
178:2,4

**represent**
138:4

**representative**
43:2,7,13,17

**representative
s** 131:19

**represented**
44:24

**Republican**
151:7

**reputation**
135:14

**request** 89:9
94:9

**require** 62:9
102:2 109:23

**required** 33:11
181:11

**requires** 92:13
138:2

**rescue** 54:13
155:22

**rescuing**
158:3

**resist** 69:23

**resistance**
61:9,16 68:15,
22,25 69:18,20
70:4,13 84:13
104:16 117:18
155:19,21
171:21

**resolve** 10:24

**resources**
26:20,23 34:13,
17 37:8 74:19,
24 75:17
111:11 147:3,4
154:18,23
156:7,8,21
158:8,15,21,23

**respect** 17:23
29:15 34:6
60:25 61:4,6
62:9 91:8 95:13
147:10,21
148:11,24
149:14

**respond** 27:13
28:15 33:13
34:9,18 54:10,
13,16 62:9
116:25

**responded**
91:8 118:3
126:17 175:13

**responding**
94:25 119:4,13

**responds**
106:8

**response**
27:17 29:9 34:9
43:25 62:12
72:22,25 75:11
121:1 126:19,
23 131:11
175:7 181:20

**responses**
180:5

**responsibilitie
s** 40:13 98:12

**responsibility**
26:25 27:1,11,
23 28:4 29:1,7
30:4 37:24 44:4
54:16 91:7
113:9 127:11
158:7 159:7

**responsible**
65:8 66:18
127:11,12
128:6,7

**restraining**
21:19 98:4
176:3,22 177:2,
5 181:2

**retire** 10:7
11:23 12:9
19:20

**retired** 10:2,3,
5,9 16:24 18:4,
21 19:9 91:15,
16

**retirement**
12:1,6,8 18:14

**retiring** 18:10

**reveal** 91:24
92:13 138:2

**revealing**
92:18,21 93:1
138:7

**review** 15:8,19,
20 16:3,9,12,
14,20,21,22
17:13,16 49:4
56:13 71:24
91:18 92:7
103:16 104:1
119:9,14,17,18
177:7,8 185:2
187:12

**reviewed** 14:2
15:14 20:17,22
36:17 119:5
133:14

**reviewing**
91:12 134:5

**revising**
127:22

**right-hand**
142:13

**rights** 11:2,5,9
53:21 54:23
90:13 92:11
113:6,25 114:5,
13,24 115:7

**ring** 151:10

**Ringel** 8:4 9:12
14:8 20:1,15,25
22:24 24:7 25:6
27:4,18 28:10
32:10 34:1
36:15 37:2
42:19 50:6
58:13 62:11
69:6 76:7 77:9
78:9 79:3 80:5,
14,17 82:15,21
84:4 85:3 86:25
87:18,23 90:15
91:21,23 92:2,
12 93:8 100:18
103:4 104:25
105:14 106:15
115:20 116:10,
19 117:11
118:8,16,19
120:17 121:12
123:20 124:16,
23 126:15
128:3,10 138:1
143:7,13,21
144:15,20
145:6 147:11,
22 148:13,17,
25 149:16
157:2 158:2,19
168:5,18
170:20 171:14
172:15,21
173:6 177:17
180:10 181:8,
16 182:1,9
183:8,16 184:1,
13 185:4,13,16,
23 186:6,22
187:4,11

**rioters** 34:12
70:21 140:20
158:6

**rioting** 70:23,
24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

riotous 103:11

Robert 96:3

Robinson 32:22,24 174:8 175:8,14,17 177:10 178:20

Robinson's 180:2

rocks 62:7,18 64:3,4 65:25 67:2,7,15,24 73:7,9 84:10 160:9 161:23 164:24,25 165:1

role 26:17,19 33:5 45:3 153:10

Romney 151:10

room 12:19

Rose 93:19

rosters 145:11, 13

route 31:21

RTD 43:14 73:8 111:16 164:25

rules 38:12 42:3 51:5 54:8 116:20

run 129:12

runs 43:5

Rutahindurwa 8:12

**S**

safe 31:12,19 51:14,15 63:13 127:18 157:20 159:7,10

safely 52:22

safety 31:5 32:12,25 33:6 36:2 38:14 52:18 54:19

64:10 65:4 127:16 129:12 159:15 174:9 177:13,15,22, 25 178:5

Sanchez 98:21 106:6,8

Sarge 172:10

saturated 62:24

saturation 52:20 61:23 62:17,21 63:17, 20 64:13 65:10, 14 155:21

Saturday 174:10

save 43:5

saved 59:1

scared 54:12

scattered 75:20

scene 159:23

Scott 95:22

scream 169:13

screen 77:14 80:20 85:12 88:11 98:16 169:23 174:4

scroll 175:2,3, 4

sec 122:15

seconds 85:20 160:2 161:6,14 172:2

secretary 95:24

section 29:2,6 30:2,18 32:4 79:16 103:15

sections 47:22 48:1

security 122:16 123:7

seek 33:11 146:5

selected 11:25

Senator 151:8

send 31:21 41:24 89:24 177:10

sending 75:17

sense 18:19 30:6 95:15 135:8 166:12

sentiment 176:14

separate 42:12 56:10 86:23

separately 48:7

September 10:8,9 11:21,23 12:10,14 18:4, 21 19:9

sergeant 40:15 47:5 57:24 172:13

sergeants 40:17 41:22 47:2,4,6,8 114:18 179:2

service 147:14 176:8,18,25 178:18

set 178:8 179:4

sets 32:3 135:24 177:21 178:21,25

setting 117:1

Sevens 137:20

shaking 13:8

share 73:24,25

shared 142:2, 3,4

she'll 28:17

Sherman 154:13 155:1,2 161:10,18

166:23

shields 87:4

shift 101:19,24 103:8 162:18, 19

shifts 101:1,13 103:12

shoot 87:16,20

shooting 23:18 61:25 109:2 168:4 169:14

short 24:1 75:1 76:16 78:20,23 80:8 81:16 164:12 168:7 169:8

shorts 77:17

shot 79:8,24 167:9,15 168:13 169:11, 12,15

shoulder 167:19

show 49:7,8 77:11 85:10 88:9 93:5 114:19 134:4 152:22 153:6

showing 80:22 87:12 88:10 95:17 98:18 99:12 174:6

shown 24:22 79:25

shows 39:17 144:1

shred 122:14 123:4

shredded 122:12,13,18

shut 157:19 162:15

sic 7:10 104:6

Sich 94:17 96:4 97:18 98:15

sick 18:15

side 160:8 166:22

sidewalk 77:17 78:7,13 80:11

sight 51:10

signature 187:12

significant 142:21,23

signs 54:21

silence 140:24

silly 29:25

Silvia 94:17 96:4

similar 143:20 148:9 149:3

simply 54:21 136:17

single 46:21 66:20

sir 8:19 12:4 114:17 122:8, 10 131:12,21 139:23 147:18 149:13 153:9 154:23 161:12 166:1 169:24 170:11

sit 186:17

sitting 72:11 123:16 124:13 130:5 138:19

situation 18:24 35:25 36:1 38:20,23,24 40:5 53:8 60:23 61:1,12,13 62:10,14 63:9 64:2,15,20,22 70:15,16 71:8,9 72:17,18 74:18 82:3 83:8 85:7 101:21 103:5 108:12 109:22 115:16 123:24



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

124:12 129:8
130:3 143:24
144:22,23
145:9 150:22
151:15 156:17
160:21 169:3,
17,18 171:17
180:14,18

**situations**
59:13,21 61:6,8
67:18 139:25
158:5

**size** 64:4 73:7
108:24 109:4,9,
10,11,12

**skinny** 46:17

**skip** 159:24
160:23 161:2

**skipping**
161:13

**skirmish** 39:3
40:21,23 41:6
65:6 76:18,19

**slight** 121:6

**slingshot** 70:7

**slingshots**
64:3

**Smacking**
73:5

**small** 62:6
84:20

**smart** 64:17

**smoke** 81:13,
23 83:10 164:4,
9,16,17 165:5,
20

**Sneezes** 42:16

**snippet** 164:12

**social** 21:15
55:17 108:16
109:20 110:2,
13

**somebody's**
55:7 88:4,6

**SOPS** 113:8,15

**sort** 32:2 54:10

**sorts** 37:15
53:7

**sought** 146:1,2
147:16

**sound** 170:17

**sounded** 154:7
171:4

**sounds** 74:20
155:4 161:12,
20 163:12
164:6,7 172:13,
17

**span** 40:13,16

**speak** 16:17
130:25 140:5

**speaking**
87:21 183:25

**special** 27:21
28:9 29:2,6,9
30:2,7,8,10,12,
13,17 32:3
79:15,16
113:12 127:22
134:10

**specific** 32:6
44:8 45:6 55:3
61:12 67:18
89:13 110:9
124:2,14 129:1,
5,14 130:6,19
133:9,15 134:2
138:12,20
146:25 147:2
152:7 153:1
154:2 162:13

**specifically**
74:17 88:23
110:12 115:4
123:11 129:19
146:13,15
147:6 148:10,
23 153:4
155:12 165:4,
11 176:2

**speculating**
75:16

**speculation**
162:20

**speed** 30:22,23
75:23 85:20

**spell** 9:24

**spoke** 116:21
131:7 148:17

**spontaneous**
53:12

**squad** 31:18

**squads** 152:7

**staff** 38:18,20
46:24,25 72:10
99:5,13,21
140:5 178:9

**stamp** 78:2,5
153:17 160:2
161:6 170:3

**stamped** 98:19

**stand** 156:13

**standard**
113:23 127:15

**standards**
59:11

**standing** 39:3
65:5 77:16 78:7
79:24 80:11
164:23

**stands** 167:20

**start** 108:18
153:15 166:4

**started** 57:8
109:17

**starting** 7:18
74:4 75:22
162:23 166:3
170:2

**starts** 51:6
142:14 174:7

**state** 7:16 9:24
52:11 56:15
110:1,7 111:9
125:13 148:8
149:2 150:2

**stated** 123:22
128:4,12
180:14

**statement**
15:12 36:8,13,
17,21 53:6
102:3,7,9
138:22 182:19
183:21 185:6
186:9

**statements**
97:2 98:25 99:6
100:16 101:24
103:16 104:3,9
105:9

**States** 7:11

**station** 52:8
98:22 117:5
164:25

**stationary**
162:5

**statute** 148:8

**statutes** 149:2

**stay** 51:9 52:24
56:24

**steps** 111:4
127:25

**stick** 70:8

**sticks** 64:4
70:9 73:10

**Stipulated** 9:7,
10,12,13

**stop** 31:10,11
76:20 164:15

**stopped** 78:5
154:1 163:9

**stopping**
83:15

**stops** 72:21

**story** 171:25

**strategies**
126:4

**strategy**
126:12

**stream** 56:3

**street** 31:9
51:12 52:14,19
53:1,6,12,15,

16,25 54:7,9,
21,24 55:6
61:18 84:16,18,
23 88:1 105:24
111:10 116:23
157:17 158:1
163:25 166:10,
11,15,21
171:20 172:4

**streets** 45:10

**strike** 21:18
41:9,10 48:10
63:13 117:10
119:6 127:23
131:6 139:18
141:4 144:3

**stuck** 154:25
157:20 158:20

**stuff** 70:1,3
75:19 87:5

**subject** 95:20

**subjected**
126:11

**subjects**
136:13

**submit** 173:4

**substance**
113:1 122:22
131:23 175:24
182:14 183:5
185:18

**substantial**
44:13

**substituting**
112:5

**success**
135:13

**successful**
57:4 134:11,18
135:15 146:8

**sued** 90:6

**suggested**
155:1

**suggestions**
182:25

**suggests**
140:5



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

suicide 60:12

summarize 132:6

summary 137:24 138:11 139:11 152:25

summer 17:21 18:17,18 20:13 71:12 90:14,22

supervise 40:14

supervising 62:13

supervisor 36:1,22 40:13 42:7,9 46:2,14 48:12 49:16 50:5 100:24 119:20 163:16

supervisors 29:11 39:25 45:20 47:2,3 114:20 115:21 116:1 118:22 123:3 125:4 127:12 137:14, 17 139:1

support 30:19 110:3,13 112:7 146:2,5 147:16 149:21,23 150:2 151:17 154:18

supposed 100:21 101:11 103:9 143:9 156:15 179:5

suppressed 90:12 92:10

surround 125:10,11

surrounded 54:11 155:5 164:14

surrounding 54:15

suspects 60:17 153:13

suspicious 31:25 186:3

SWAT 30:18 31:14 81:5 83:16

swear 8:15,16 9:17

sweep 31:18

sworn 174:15

Sylvia 97:18 98:14

system 39:12, 13,17,21 56:21 58:6

——— T ———

tach 57:11,12, 15

tactical 31:15

tactics 120:11

takes 43:12

taking 67:6,7, 15,24 84:3,10 107:19 160:9 161:22 164:24 165:1 167:7

talk 16:25 17:4 51:5,8,21 107:22 108:1 113:17 116:21 117:7 131:5 133:18 135:24 136:3 137:1 139:18,19 140:7,14 141:14 142:5 146:14 158:10 172:9 181:11, 12 184:5,9

talked 116:7 124:25 125:1 127:10 128:4 131:22 134:14 136:11 138:15, 24,25 139:1 140:19 141:17, 22 184:5,18

talking 28:12 48:17 49:11 54:18,20 69:15 70:21,22 72:7, 8,9 104:12,13, 14,15 105:16, 17,19 114:7,8 136:8,11 147:7 154:6,7 158:16 163:10,12 169:16 171:10 180:21,24 181:5 183:13 184:7

tape 78:11 164:11 165:22 171:6,18

taps 167:19

target 88:5

tasked 100:9

team 31:15 75:7

teams 74:15,22 75:12

tear 34:22,25 35:6,12 37:15 38:6,8,10,17 39:4 55:4 60:20,22 67:8 68:12,13,23 70:19 71:5 81:13 82:14 83:17 85:16 86:23 87:15,16, 20,22 88:4 156:14,16 158:1,11 159:10,18 160:6,12,16 161:18 162:1 165:5,20

Technically 53:15

technician 94:4,18

technology 143:25

telling 82:13 154:25 156:10, 22 157:5 161:9,

24

template 121:6

temporary 21:19 98:4 176:3,21 177:5 181:2

terms 41:20 89:10 103:18 104:5

testified 21:23 22:5,6

testify 22:3 149:19

testimony 9:17 70:14

thanking 176:16 178:12, 17

thing 28:13 53:20 65:8 67:22 70:10 76:4 89:13 180:23 184:20

things 33:20 48:15 51:24 60:16 62:8 65:17 69:21 73:2 84:20 97:13 112:16 116:22 127:19 133:16 134:15 145:14,19 169:4 180:3,4, 16,17,20 181:3 186:2,3

thinking 108:18 145:23 151:2

Thomas 100:9

thoroughfare 117:3

thought 23:22 24:24 25:8,12 64:14 116:12 157:7,8 163:12 181:24 182:7

threatening 54:19

threw 81:12

throw 64:4 81:8 83:16 87:7,22 88:3,6 164:4

throwing 62:7, 18 63:16 64:3,5 65:1,2,3,17,25 66:7,23 67:2,25 69:21 70:1,3,5, 12 73:2,6,7,9 75:19 84:20,25 85:6 87:5 88:2, 7

time 7:7 13:3 16:7 17:19 18:7,14,16 25:16 32:1 38:3,15 43:12, 21 66:21 68:1 69:7 70:17 71:8 74:22 75:10 76:25 77:2 78:2,3,5 80:13, 25 82:4 83:11, 25 84:11,16 86:23 87:12,14 88:24 101:1,2 103:1,6,12 106:22,25 107:4 108:2,6,9 109:1 111:2,20 112:16,21 121:24 127:20 130:9 132:11 141:10 145:3, 24 147:8,19 148:17 151:8 152:16,18 153:17,18 155:20 156:1,9, 12 160:2,10 161:1,6,14 164:22 165:8 170:3 173:11, 15,19,22 174:23,25 175:20 185:13 187:15

timeframe 112:15

timeline 97:16, 18,21 107:16



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN , taken on May 25, 2021

211

timely 123:25

times 11:12
14:13 18:13
23:6,19 33:19
53:19 55:1
65:14 76:4
131:3,6 149:24

timing 85:7

tired 10:3

TMC 58:8

today 20:4
91:20 92:9
107:11 123:16
124:13 130:5
138:19 173:19
186:18

Today's 7:6

told 38:12
45:24 52:5,7
54:8 82:9 88:17
103:6 115:8
116:14 133:5,
10,16 134:3,6,
21 136:17
138:13,20
140:22 153:2
156:12 160:19
171:19 172:13
187:2

tone 177:21
178:8,21,25
179:5

tons 124:6

tool 60:13

top 15:25 39:8
177:21

topics 138:16
139:9

total 61:14 82:3

traffic 30:18,
21,22 31:3,8,
10,11,13 43:16
51:17 53:7
56:9,10 57:25
58:1,5,7,8,17,
23,25 59:4
111:13,14,15
112:6 116:25

134:16 157:19
159:6 171:4

trained 24:6
117:23 152:7

training 16:25
17:1 19:25
20:14,24 22:23
24:19 25:18,24
38:25 97:25
103:17 104:1,8,
18,23 105:8,12,
21 117:13,20
118:1 137:13,
14,20 138:25
139:22,23,24
140:2,6 152:2,
6,10

trainings
137:1,4,9
139:20

transmission
157:8

transparency
181:12 184:8,
11

transpired
82:5 171:7

Transportatio
n 58:22

trapped 154:20
155:4 156:2
157:18 158:9,
25 159:3,4
161:21

TRO 22:3 94:25
177:11

troops 106:10

trouble 28:11
45:8

true 36:25 37:1,
5

Trump 150:6
151:13

truth 9:18,19

turn 12:25
100:4 107:4
163:2

turning 163:3

Twenty- 73:13

Twenty-five
73:14,15

type 45:8 52:6
109:22 120:24
130:14,23
145:11 169:9
184:6

types 95:1

typical 60:3

___

U

uh-huh 12:15
13:9 68:18
69:19 76:13
86:2 106:13
151:14 164:6
176:11 178:10

uh-uh 13:8

unable 134:6

uncertain
140:4

underlying
13:2

underscore
166:3

understand
13:13 26:13
28:21 33:16
37:10 48:23,24
60:4 63:21 90:5
103:22 105:19
106:14 117:23
132:2 153:18

understanding
36:3,24 59:19
79:15 90:17
93:25 141:24
154:17 160:5
177:19 186:12

understood
13:16 45:11

unit 30:10,18,
19 36:1 154:25
171:5

United 7:11

units 29:12,15
30:5,25 34:7
45:25 150:16
152:7

university
150:15,21

unorganized
41:5

unredacted
16:4 137:23

urine 65:3
67:25 73:7

Utah 151:8

utmost 106:9

___

V

vacation 18:15
145:13

valuable 60:13

vantage
160:19

vast 63:24
64:18

vehicle 31:11
157:19

vehicles
155:22 157:21
158:6,7 159:1,
2,3,5,6,10

velocity 73:10

verbally 13:7

verbatim
48:15 134:3

verify 94:25

version 137:23

versus 7:10

video 7:7 13:22
15:6 16:9,12,22
19:22 20:11,18,
20,21 21:6,7,
11,13,16,17,25
22:6,7,8,9,11,
14,16,19 23:17

24:1,12 25:2,8
30:23 47:18
55:13,21 56:3,
16 58:17 75:25
76:6 77:12,25
78:4,23 79:25
80:19 81:2,11,
16,25 83:14,22
85:24 86:10
91:12,18 92:7
93:6 137:20
152:22 153:6,7,
15,20,21,22,24
155:10 156:3
157:12 159:25
160:2,4,5
161:2,6,7,14,15
165:24,25
166:2,5,6,19,25
167:3,5,6,8,13,
21 168:1,2,14
169:23,25
170:3,4,7,13,16
172:3,8,20

videos 24:22
173:3

view 38:22
55:20 79:8
85:15

violated 11:2
26:3

violation 11:5,
9

violence 126:7

violent 140:20

visibility 51:9

voice 163:17

volition 181:10

___

W

wait 28:14,17
82:17,18 85:22
96:25 184:17

waiting 156:7
181:20

waived 53:16

wake 177:11

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK ~~PHELAN~~   , taken on May 25, 2021

212

walking 76:17

Wang 7:20
8:10,16 9:7,21,
23 12:11 20:9
28:23,25 37:6
42:16,20 47:25
76:22 77:4,10
78:1 80:16,18
82:17,20,22
92:1,6,20 93:14
106:19,24
107:3,13
173:25 174:3
178:6 184:22
185:17 187:10

Wang's 28:15

wanted 23:9,
24 32:13,20
56:6 75:12
96:21 97:4
101:8 104:10
112:16 129:8
157:14 163:4
164:16 181:12
185:10

warning 70:20
71:7

warnings 69:5
83:23,24 84:1
155:17,24
158:10 160:16
162:2,4 164:9
171:1

warrant 156:1

Washington
85:11,15 154:3
155:14 159:19
160:7,12

watch 77:12
81:9 83:12 86:8
153:19 165:23

watched
21:10,14
161:17 168:3
170:13 173:3,4

watching
155:8 157:10
172:1

ways 124:14

weapon 23:23
60:15,19 61:9
70:7 72:4 83:5
117:8

weapons
52:15 54:1,6
55:3 60:3,11
65:7 67:17 68:6
71:17 73:14,15
89:11,21 95:1,
14 97:2 117:13,
17,21,22 118:2,
7,15 125:19
128:2,8 139:2

week 14:16,23
137:13

west 75:5,14
166:11

whatsoever
17:5

Wheaton 94:8,
16

whine 169:13

who've 178:8

Whoops 107:3

Why's 107:20

Williams 36:7,
20 74:7,9,10
75:7

windows
125:14

witnessed
176:8 177:1

witnessing
118:6,14

words 30:23

work 11:20
51:20 52:2

worked 60:16

working 11:18
101:1,13
103:11 119:8
144:14

world 162:4

worn 21:11

write 97:15
105:8 122:1
182:22

writing 103:25
104:8,24

written 71:22
106:18 119:9
149:7,12

wrote 36:7
94:24

Wyckoff 42:24
96:4 99:25
100:7 112:5

---

Y

year 24:23
114:3 120:11
130:12,22

years 10:14
11:17 12:2,8,
10,13,14 79:13,
17 151:5,24

yellow 103:15



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com