

LOUISVILLE LEXINGTON LONDON FLORENCE CINCINNATI INDIANAPOLIS ORLANDO JACKSONVILLE TAMPA

**KENTUCKIANA**

— **COURT REPORTERS** —

## CIVIL ACTION NO. 1:20-CV-01878-RBJ

## (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

## BLACK LIVES MATTER 5280, ET AL.

## V.

## CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## SERGEANT DAVID ABEYTA

## DATE:

## MAY 21, 2021

EXHIBIT 111



a courtroom **powerhouse**

✉ schedule@kentuckianareporters.com
☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1               IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3              CIVIL ACTION NO. 1:20-CV-01878-RBJ

4          (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

5

6

7             BLACK LIVES MATTER 5280, ET AL.,

8                         Plaintiffs

9

10                            V.

11

12             CITY AND COUNTY OF DENVER, ET AL.,

13                        Defendants

14

15

16

17

18

19

20

21

22

23    DEPONENT:  SERGEANT DAVID ABEYTA

24    DATE:      MAY 21, 2021

25    REPORTER:  LINDSEY N. JOHNSON

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

2

```
 1              APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFF, FITOURI:

 4   Elizabeth Wang

 5   Loevy & Loevy

 6   2060 Broadway Street

 7   Suite 460

 8   Boulder, Colorado 80302

 9   Telephone No.: (720) 328-5642

10   E-mail: Elizabethw@loevy.com

11   (Appeared Via Videoconference)

12

13

14   ON BEHALF OF THE PLAINTIFF, BLACK LIVES MATTER 5280:

15   Michael J. Sebba

16   Arnold & Porter Kaye Scholer, LLP

17   250 West 55th Street

18   New York, New York 10019

19   Telephone No.: (212) 836-7529

20   Facsimile No.: (212) 836-8689

21   E-mail: Michael.sebba@arnoldporter.com

22   (Appeared Via Videoconference)

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              APPEARANCES (CONTINUED)

 2

 3    Patrick Reidy

 4    Arnold & Porter Kaye Scholer, LLP

 5    70 West Madison Street

 6    Suite 4200

 7    Chicago, Illinois 60602

 8    Telephone No.: (312) 583-2424

 9    Facsimile No.: (312) 583-2360

10    E-mail: Patrick.reidy@arnoldporter.com

11    (Appeared Via Videoconference)

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

4

```
 1                    APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE PLAINTIFF, MICHAEL ACKER:

 4   Andrew McNulty

 5   Darold Killmer, Esq.

 6   Reid Allison, Esq.

 7   Killmer, Lane & Newman, LLP

 8   The Odd Fellows Hall

 9   1543 Champa Street

10   Suite 400

11   Denver, Colorado 80202

12   Telephone No.: (303) 571-1000

13   Facsimile No.: (303) 571-1001

14   E-mail: Amcnulty@kln-law.com

15           Dkillmer@kln-law.com

16           Rallison@kln-law.com

17   (Appeared Via Videoconference)

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1               APPEARANCES (CONTINUED)

2

3   ON BEHALF OF THE DEFENDANTS, CITY AND COUNTY OF DENVER,

4   ET AL.:

5   Andrew D. Ringel

6   Hall & Evans, LLC

7   1001 17th Street

8   Suite 300

9   Denver, Colorado 80202

10  Telephone No.: (303) 628-3453

11  Facsimile No.: (303) 628-3368

12  E-mail: Ringela@hallevans.com

13  (Appeared Via Videoconference)

14

15

16  ALSO PRESENT:

17  Ryan Adkins, Videographer/videoconference host

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                          INDEX

 2                                              Page

 3    PROCEEDINGS                                 8

 4    DIRECT EXAMINATION BY MR. MCNULTY          10

 5    EXAMINATION BY MS. WANG                   135

 6    EXAMINATION BY MR. SEBBA                  197

 7    REDIRECT EXAMINATION BY MR. MCNULTY       222

 8


 9                        EXHIBITS

10    Exhibit                                    Page

11    Beta 1    Calabrese Body Worn Camera Footage    93

12    Beta 2    Duran Body Worn Camera Footage       122

13    Beta 3    McDermott Body Worn Camera Footage   135

14    Beta 4    E-mail from Felkins to Abeyta        135

15    Beta 5    Denver Police Department Statement   138

16    Beta 6    E-mail String in Regards to Floyd

17              Protest UOF Information             236

18    Beta 101 Abeyta Body Worn Camera Footage     201

19    Beta 102 Horton Body Worn Camera Footage     203

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



Kentuckiana
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        STIPULATION

 2

 3    The video deposition of SERGEANT DAVID ABEYTA was taken

 4    at the office of Loevy & Loevy, located at 2060

 5    Broadway Street, Suite 460, Boulder, Colorado 80302, via

 6    videoconference in which all participants attended

 7    remotely, on FRIDAY, the 21st day of MAY, 2021 at 9:12

 8    a.m. MST; said deposition was taken pursuant to the

 9    Federal Rules of Civil Procedure.  The oath in this

10    matter was sworn remotely pursuant to FRCP 30.

11

12    It is agreed that Lindsey N. Johnson, being a Notary

13    Public and Court Reporter for the State of Colorado, may

14    swear the witness and that the reading and signing of

15    the completed transcript by the witness is not waived.

16

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              PROCEEDINGS

 2

 3        VIDEOGRAPHER:  My name is Ryan Adkins, I'm the

 4   video technician today.  Lindsey Johnson is the

 5   court reporter.  Today is Friday, May 21, 2021, the

 6   time is 11:12 a.m. Eastern time.  We are convened

 7   by video conference to take the deposition of

 8   Sergeant David Abeyta in the matter of Black Lives

 9   Matter 5280 et al., versus City and County

10   of Denver, et al, pending in the U.S. District

11   Court for the District of Colorado, Civil Action

12   number 120-CV-01878-RBJ consolidated with

13   120-CV-01922-RBJMEH.  Will counsel please identify

14   themselves for the record?

15        MR. MCNULTY:  This is Andy McNulty.  I'm

16   counsel for plaintiff Michael Acker.

17        MR. SEBBA:  This is Michael Sebba on behalf of

18   the BLM plaintiffs.  Patrick Reidy is also here on

19   behalf of the BLM plaintiffs.

20        MS WANG:  This is Elizabeth Wang on behalf of

21   the Eitouri plaintiffs.

22        MR. RINGEL:  Andrew Ringel on behalf of the

23   defendants.

24        VIDEOGRAPHER:  Will the court reporter please

25   swear the witness?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

9

1        COURT REPORTER:  Sergeant Abeyta, will you

2   please hold your photo ID up to the camera and wait

3   until it is focused?

4        THE WITNESS:  Okay.

5        COURT REPORTER:  Pretty good.  Do all parties

6   present agree that the witness is, in fact,

7   Sergeant David Abeyta?

8        MR. MCNULTY: yes.

9        MR. SEBBA:  Yes.

10        MS WANG:  Stipulated for the Eitouri

11   plaintiffs.

12        Ms. Court reporter, can we just make sure that

13   Sergeant Abeyta's video is pinned?

14        COURT REPORTER:  Oh, yes.  Ryan, could you

15   please pin -- pin the witness, please?

16        VIDEOGRAPHER:  It's pinned on the video, yes.

17        And I stipulate this is Sergeant Abeyta as

18   well.

19        COURT REPORTER:  Sergeant, will you please

20   raise your right hand?  Do you swear or affirm that

21   the testimony you are about to give is the truth,

22   the whole truth, and nothing but the truth?

23        THE WITNESS:  Yes.

24        COURT REPORTER:  Thank you, sir.

25                DIRECT EXAMINATION

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

 1    BY MR. MCNULTY:
 2         Q.    Good morning, Sergeant Abeyta.  My name is
 3    Andrew McNulty, and I'll be starting off today taking
 4    your deposition?
 5         A.    Okay.  Good morning.
 6         Q.    Sergeant Abeyta, before we get started, have
 7    you ever been deposed before?
 8         A.    No.
 9         Q.    Okay.  Have you ever testified in court?
10         A.    Yes.
11         Q.    Okay.  So this is similar to testimony you
12    would give in court.  Everything you said, you just took
13    an oath, you swore to tell the truth, the whole truth,
14    and nothing but the truth, and so everything you say
15    today will be taken down by the court reporter and
16    should be the truth.  Do you understand that?
17         A.    Yes, I do.
18         Q.    Okay.  The only little difference about
19    depositions is that you can take a break if you want to.
20              Just let me know if you want to take a break
21    at any time, you just have to answer the question that's
22    pending, but then we can take a break, okay?
23         A.    Okay.  Thanks.
24         Q.    Great.  Thanks, Sergeant.  What did you do to
25    prepare for today's deposition?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   Basically, just went over the statements that

2   I was made available -- some statements were made that

3   I -- sorry, it's a little early, I'm a swing-shift

4   person. So I went over my statements for my involvement

5   in the protests last year, and then we had some prep

6   with the attorneys on, you know, the deposition.

7     Q.   So --

8     A.   And I'm in an office that's not mine.  I'm

9   kind of borrowing, I'm in a new district now.  I don't

10  know what the interruptions will be, but I'll try to

11  keep it to a minimum.

12    Q.   Okay.  You said you reviewed some statements.

13  Did you review any other documents?

14    A.   No, I didn't.  I didn't.  Just the statements,

15  yeah.

16    Q.   Okay.  You said those were the statements that

17  you made after the protests; is that right?

18    A.   Yeah.

19    Q.   Okay.  Did you talk to anyone else about this

20  deposition other than your lawyers?

21    A.   I think just, you know, I'm in new assignment,

22  so I had to notify the lieutenant and, you know, what

23  not, that I would be out for the time during this

24  deposition.  So yeah.

25    Q.   Have you communicated with any other officers

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 13 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

12

1    other than your new lieutenant?

2        A.   No, I think just the fellow sergeants that I

3    don't even know, saying this is why I will be away from

4    my assignments, so in that respect, yeah.

5        Q.   **Have you ever communicated with anyone else**

6    **who was policing the protests about the protests?**

7        A.   Yeah, I mean, we talk about it, you know, we

8    were all involved in it.

9        Q.   **Can you tell me who you have spoken with?**

10       A.   I would say the old -- I used to be the

11   sergeant for the Impact Team and probably at least a

12   couple of the members of the Impact Team.

13       Q.   **Okay.  What are their names?**

14       A.   Let's see, I would say Adam Hoffecker, Max

15   McDermott (phonetic), and John Russell, and Adam Van

16   Volkinburg.

17       Q.   **Okay.  What did you talk about?**

18       A.   That's pretty much the team.  Well, I mean,

19   just -- they were pretty much at the same locations at

20   all times that I was during the whole thing, so, you

21   know, you talk about what goes on, what you think, you

22   know, we shared the same experience, so -- and that's

23   not recently, by the way, I haven't talked to them

24   recently, so

25       Q.   **Okay.  That's a good follow-up question for**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

13

1   me.  When was the last time you talked to them about it?

2       A.   It's been months, so -- yeah, I've been

3   away -- let's see, March.  I think early March I've been

4   away from that assignment, so

5       Q.   All right.  And what were their thoughts on

6   the protests?

7           MR. RINGEL:  Object to the form.  You can

8       answer, Sergeant.

9           THE WITNESS:  Okay.

10          MR. RINGEL:  I may periodically object today,

11      but unless I instruct you not to answer, feel free

12      to answer any of Mr. McNulty's questions.

13          THE WITNESS:  Okay.  Thanks.  Their thoughts

14      on it?

15          I can't -- I can't really say.  I mean, when

16      you ask, did we talk about the protests, it's more

17      of we're sharing the same experience, you know, did

18      you ever see anything so bad, that was the main

19      subject of it, that -- that the city looked like a

20      war zone, especially along East Colfax, so yeah,

21      you talk about those things.

22          How many were involved, how many people were

23      destroying property, throwing rocks at officers,

24      things like that, yeah, we did talk about things

25      like that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

14

```
 1   BY MR. MCNULTY:
 2       Q.   Did you ever text with those folks about it?
 3       A.   I don't think so.  I'm not a big texter on
 4   work related things.  But, I mean, there's no way I
 5   texted anything that said, "Hey, did you see this or
 6   that?"  There's no way I did that.  I just don't do
 7   that. But we did text and communicate, you know,
 8   during -- all the time.  I mean, that's the way of
 9   communication anymore, so
10       Q.   Yeah, and so would those texts have been on
11   your personal phone or on your work phone?
12       A.   Probably the personal phone, so
13       Q.   Okay.  Do you carry your personal phone when
14   you are out policing?
15       A.   Yeah, I do.
16       Q.   Do you ever use it?
17       A.   Do I use my phone?  Yes, I do.
18       Q.   Did you ever e-mail anyone about the protests?
19       A.   No, and, you know, when you ask about the
20   protests, that's kind of a -- I mean, I don't understand
21   exactly what you are asking, just in any way, shape, or
22   form or actions we took?  No, I don't believe so.
23       Q.   Sure, I can clarify.  And that's another thing
24   about depositions is, if a question is unclear, ask me
25   to clarify, and I'll ask a better question, hopefully?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    Okay.

 2        Q.    Yeah, when I'm talking about the protests, I'm

 3   talking about the George Floyd protests.  Specifically

 4   then when I say, "the protests" throughout this

 5   deposition, you can assume that I'm referring to those

 6   days in May and June --

 7        A.    Right.

 8        Q.    -- where there were protests in response to

 9   the murder of George Floyd.  So my question is, did you

10   e-mail with anyone about those protests?

11        A.    Well, there's no way I'm going to say, no,

12   I've never done that, but that's not -- that's not

13   really the practice unless it was duty-related, you

14   know, like tomorrow be ready because we have to come in

15   at 9:00 now instead of 10:00 a.m., you know, things like

16   that.  Yeah, I would say that's highly possible that I

17   did that.  But as far as like, discussing things, I

18   don't believe so.

19        Q.    Did you ever e-mail from your personal e-mail,

20   about the protests?

21        A.    No, no.

22        Q.    Okay.  I'm going to ask you some questions

23   about your background, Sergeant, how long have you been

24   employed by Denver?

25        A.    The City of Denver for 29 years.  I was a
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

16

```
 1   Denver Deputy Sheriff from '92 to '99, seven years, and
 2   then -- almost eight.  And then from '99 until the
 3   present day, close to 22 years.  Getting close to 30.
 4        Q.   All right.  And then so '99 to present, that
 5   would be your employment with the Denver Police
 6   Department?
 7        A.   Yeah, I'm sorry, yeah, with the Denver Police
 8   Department.
 9        Q.   And you are currently a sergeant?
10        A.   Yes, I am.
11        Q.   Okay.  And how long have you been a sergeant
12   for?
13        A.   I was promoted, well, four years, March of
14   2017.
15        Q.   Okay.  And at the time the protests were
16   happening what was your assignment?
17        A.   I was assigned as the Impact Team Sergeant.
18        Q.   Okay.  How many people were on your team?
19        A.   That -- that varies.  We were so short-
20   staffed, I mean, I think officially it was four of us,
21   at the most, five.
22        Q.   Okay.  At the time of the George Floyd
23   protests, were the members of your team the four folks
24   you talked about before?
25        A.   They were members, yeah, not all of them were
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

17

1    there.  One was on vacation, I believe.

2        Q.    Okay.  Were there any other members that were,

3    there that you didn't mention before?

4        A.    I don't believe as far as the Impact Team,

5    from what I remember right now.  Like I said, it changes

6    depending on how short you are, you know, you may not

7    have a full team, if you will.  But -- and then there

8    were other people who I don't exactly remember right

9    now, but they would be temporarily assigned, you know,

10   to go down to the protests with us, so -- and that's the

11   regular detail.  So Impact Team, just so -- just so you

12   understand, is kind of a special team that doesn't,

13   like, respond to calls, domestics, accidents, things

14   like that.  So they would use people from the details

15   who do respond to calls and things like that, as extra

16   officers to compliment the Impact Team on situations

17   like that?

18       Q.    That's the logical next question, then.  What

19   does the Impact Team do if it doesn't respond to calls

20   and all that stuff?

21       A.    Right.  Yeah, and it varies from district to

22   district.  I'm in a new district now, and they do things

23   completely different than with what we did, but

24   generally they are a proactive team.  So you'll have,

25   like, a weekly meeting with the command of your

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

18

1   district. In that case it was District 1, northwest

2   Denver there. And, you know, say that they're talking

3   about auto thefts in the area a hotel or something like

4   that. Well, it gets passed down a lot of the times to

5   the Impact Team, so your job is to go down there and be

6   proactive, hopefully prevent auto thefts or catch people

7   stealing cars, that kind of thing.  The other thing is

8   you're -- because you are not answering calls and doing

9   things like that, you're -- you're available for -- with

10  COVID, a lot of that had stopped, but we were at a lot

11  of community events.  You know, schools, churches, and

12  things like that when they needed officers to go and

13  show support, represent the department.  We would do

14  that, too.  And then, of course, protests, disturbances,

15  things like that, impact teams are supposed to come

16  together at, you know, downtown events, for instance,

17  like the George Floyd protests and things like that.  So

18  really just things like that.

19      **Q.   Sure, and you used to be assigned to the, was**

20  **it the District 6 Impact Team; is that right?**

21      A.   No, I was never assigned to District 6 Impact,

22  but I was in District 6 as a corporal, before.

23      **Q.   Okay.  Where was the Impact Team assignment?**

24  **Because you said you are in a different Impact Team now.**

25  **Is that right?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1        A.   Well, no, I'm a regular -- I say regular, a

 2   detail sergeant now in District 3.  So I've been -- I

 3   requested a transfer actually, to southeast Denver now,

 4   so --

 5        Q.   **Does the Impact Team operate within a district**

 6   **or is it its own separate thing?**

 7        A.   That's a good question.  So each district has

 8   its own Impact Team that usually stays in its own

 9   boundaries of the district.  There are two citywide

10   impact teams now, though, and they are citywide, so they

11   are Metro, they don't stay in one district.

12        Q.   **When you were assigned during the protests,**

13   **where was your Impact Team assigned to?**

14        A.   We were downtown.  You know, we basically

15   posted up at headquarters and responded in a vehicle

16   like an RDV where you hang on the rails of the big

17   trucks, you know.  That's -- that's what we were

18   assigned pretty much the whole time.

19        Q.   **I guess my question wasn't great.  You said**

20   **that there's citywide impact teams, and there's one**

21   **assigned within the district.  At the time of the George**

22   **Floyd protests, was your Impact Team within a district,**

23   **or was it one of the citywide ones?**

24        A.   Oh yeah, and I'll clarify, I'm sorry.  We're a

25   District 1 Impact, but during protests and things like

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   that, they use the extra, you know, manpower to go

2   create kind of like a force, if you will, a field force

3   for things like that.  So you'll get District 1 who's

4   only -- only responsible to District 1, District 2,

5   same, District 3, but they'll come together and go

6   downtown because they're -- they're not out answering

7   calls and things like that, they're kind of, you know,

8   they're only proactive.  But now it's not time to be

9   proactive, it's time to go help with this function

10  downtown, you know, so

11       Q.   Sergeant, is there anyone in the room with you

12  today?

13       A.   No, no, I just keep looking because I think

14  maintenance was trying to get in.  When we go on a break

15  I'll put a sign in a -- in a meeting or something like

16  that.

17       Q.   Do you have your phone in front of you today?

18       A.   I have it near me.

19       Q.   Okay.  Have you been looking at it at all

20  during this deposition?

21       A.   Yeah, just because, you know, getting messages

22  or whatever trying to make sure -- because somebody was

23  like, getting ready to come in the room, so I was making

24  sure no one was trying to alert me to something.

25       Q.   Sergeant, if you wouldn't mind flipping the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

21

```
 1   phone over and not looking at it for the rest of the
 2   deposition, that would be --
 3        A.   Okay.
 4        Q.   Thank you.
 5        A.   Yeah.
 6        Q.   Sergeant, have you ever been sued before?
 7        A.   No.
 8        Q.   Have you ever testified in a lawsuit about
 9   police misconduct?
10        A.   No.
11        Q.   Have you ever had a complaint filed against
12   you?
13        A.   I have.
14        Q.   Tell me a little bit about that.  How many
15   complaints -- I guess I'll start with how many
16   complaints have you had filed against you?
17        A.   I wouldn't know for sure.  But, I mean, I
18   couldn't give you a number.  I don't get complained on
19   much, but occasionally, you know, something -- I'm
20   trying to remember the last complaint that I had.  I
21   don't get complained on by the citizens, I've been
22   complained on by a sergeant when I was a corporal, and I
23   believe -- I'm trying to think, I mean, I don't want to
24   answer definite things when I'm not 100 percent
25   positive, but I think that was the last one in 2013.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

22

1        Q.    What was the subject of that complaint?

2        A.    That was an insubordination complaint.

3        Q.    What did he complain that you did?

4        A.    The sergeant -- it was basically -- it wasn't

5  a refusal to, you know, carry out an order or anything

6  like that, it was mainly just an attitude.

7        Q.    And what type of attitude did he say that you

8  had?

9        A.    You know, a -- a disrespectful attitude.

10       Q.    Towards him or towards others?

11       A.    Towards the sergeant, yeah.

12       Q.    Have you ever had a complaint filed against

13  from a citizen?

14       A.    I have.

15       Q.    Tell me about that.

16       A.    I don't remember the last complaint that I've

17  had filed against me by a citizen.  And let's see here,

18  it could have been 2014, maybe, the end of 2014.  And

19  that was on a failure to act, if you will, arrest a --

20  two people involved in an accident.  I investigated the

21  accident, and the outcome was, you know, no ticket or

22  anything like that.  HALO cameras weren't working, and

23  it was I ran the red light -- no, he ran the red light,

24  or, you know, he said/she said, so I couldn't prove it.

25  So I did the report, but no accident he -- one of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

23

1 parties filed a complaint that I didn't investigate the

2 other party for like, being under the influence of drugs

3 and I had no cause to do that, so the complaint was

4 either declined or I was exonerated, it was one of

5 those, so

6     Q.    Any other complaints filed against you?

7     A.    There's been a couple.  Like I said, I -- I

8 don't get complained on often, so -- but I mean, you're

9 talking maybe -- wow, 13, 12, 11, ten -- I mean, I don't

10 remember a complaint.  I remember my early years, you

11 know, things like unnecessary force, things like that.

12 Like I said, very few.  And that's -- that's on my

13 record, you know, so

14    Q.    The unnecessary force complaints on your

15 record?

16    A.    Well, I'm just saying the complaints that have

17 come out, but I've never been, you know, convicted of

18 those charges or those complaints, so

19    Q.    Was there ever an IA investigation launched in

20 connection with those complaints?

21    A.    I believe so, yes.

22    Q.    Do you remember around what year that

23 excessive force complaint was lodged?

24    A.    That was an unnecessary force not an excessive

25 force, but, I mean, you're talking, like, 2003, maybe,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

24

1   or something like that.  I wouldn't -- I would say maybe

2   2003.

3        Q.    And you were exonerated by Denver?

4        A.    Yes.

5        Q.    Okay.  Any other complaints other than that

6   one in 2003 and that one in 2013?

7        A.    No, not a complaint, no, nothing like that,

8   not a citizen complaint.  And like I said, there may be

9   something that I'm forgetting.  It just doesn't happen

10  that often.  So those are the, you know, those are the

11  ones that I recall.  The early years, you know, a couple

12  of complaints like that.

13       Q.    Can we talk a little bit about your training?

14  Have you been trained on the parameters of the First

15  Amendment?

16       A.    Yes, I have.

17       Q.    Can you tell me a little bit about what the

18  First Amendment protects in the protest context?

19       A.    Yeah, I believe it protects, you know, the

20  freedom of speech, the -- the right to assemble, to

21  peacefully assemble, and related to protests, that's

22  pretty much my understanding of it, that people have the

23  right to peacefully protest.  They have a right to

24  gather.  They have a right to demonstrate, you know,

25  their -- their First Amendment rights to do so.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

25

1      Q.    Have you been trained in using force against

2   crowds in a crowd control context?

3      A.    Yes, I have.

4      Q.    Can you tell me a little bit about that

5   training?

6      A.    Well, we have -- we have training throughout

7   the years on, you know, what's called field force, and

8   it -- it varies from training period to training period.

9   Generally, what we're trained to do is how to form, you

10   know, how to create a formation, how to create the line,

11   how to -- what the goal is in general on -- on

12   disturbances, you know, riots, if you will.  There are -

13   - I'm trying to think now of the latest one.  Kind of

14   deployment and response, what you do when you get on the

15   scene, that kind of thing.  Communication, that's

16   another thing, you know, giving people -- communicating

17   with them what you want done.  Trying to find a leader,

18   if there's one available that you can talk to, things

19   like that.

20      Q.    So it sounds like you've been trained in crowd

21   control tactics during demonstrations; is that right?

22      A.    Right.

23      Q.    Have you also been trained in use of less

24   lethal munitions?

25      A.    I have -- I have not, not related to protests.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    I've had -- because you say munitions, you know, I have

 2    a Taser, but I've not been trained in pepper ball, or

 3    40, or anything like that.

 4         Q.   Okay.  So you have no training in those areas;

 5    is that right?

 6         A.   Right, not in actually being allowed to

 7    operate those -- those munitions, right.

 8         Q.   Okay.  Do you know generally, about the

 9    principles related to the use of those weapons?

10         A.   Yes, I do.

11         Q.   Okay.  I imagine you've been trained in these

12    things because it's routine for an officer to have

13    engage in crowd control; is that right?

14              MR. RINGEL:  Object to the form and the

15         foundation.

16         Q.   You can answer?

17              MR. RINGEL:  Go ahead, Sergeant.  I'm sorry.

18         I'm just objecting into the record, and unless I

19         tell you don't answer the question, go ahead and

20         answer it.

21              THE WITNESS:  Okay.  Yeah, I just don't want

22         to, you know, I just want to cooperate here.  So --

23         and I'm sorry, could you repeat the question now?

24    BY MR. MCNULTY:

25         Q.   Yeah?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

27

1      A.   I got --

2      Q.   You've been trained in topics like crowd

3   control, and less lethal munitions, and the use of force

4   against crowds because those are things that it's

5   routine for an officer to have to do; is that right?

6           MR. RINGEL:  Object to the form and the

7      foundation.

8      A.   Okay.  So yeah, routine, I don't believe it's

9   routine, but I have been -- you know, it's kind of like

10  you are trained in the academy on how to deal with these

11  types of things.  And then DNC, for instance, in 2008

12  when they came here, there was training because they

13  expected a lot of demonstrates and things like that.

14  But it's not -- I wouldn't call it routine at all.  I

15  would say today, for impact teams that could be true,

16  but that's not in general true for people -- just for

17  police officers in general.  So it wouldn't be --

18     Q.   Right.  You remember you are a member of the

19  Impact Team, right?

20     A.   Yeah, not anymore, right.

21     Q.   But at that time you were, correct?

22     A.   Right.

23     Q.   Yeah, and so that's a situation that a member

24  of the Impact Team could be expected to encounter,

25  right, a crowd-control situation?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

28

```
 1        A.   Yeah, that's true.

 2        Q.   And it's something that as a member of the

 3   Impact Team, you had encountered in the past before the

 4   George Floyd protests; is that right?

 5        A.   With the Impact Team, I don't believe I was

 6   involved in that.  I was Impact for two-and-a-half years

 7   total.  I don't believe we went down on anything like

 8   that from

 9        Q.   You've been involved in policing protests

10   before that, though, right?

11        A.   No, actually.  In 2008, during the DNC, I was

12   a field training officer.  So I actually missed all of

13   that, and I stayed in the district, training.

14        Q.   Okay.  But if you hadn't been a training

15   officer and if you had been on the force, you would have

16   encountered a protest situation at that point, right?

17        A.   Right, yeah.

18        Q.   All right.  And -- so as part of your field

19   force training, you get training, I imagine, about, when

20   it's appropriate to deploy pepper balls; is that right?

21        A.   Yes.

22        Q.   And there's a whole -- there's a whole manual

23   on policing protests within the Denver Police

24   Department; is that right?

25        A.   There is, yes.  There is a manual.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

29

1    Q.   Okay.  And also, you get training through that

2  manual and otherwise about when it's appropriate, within

3  a crowd control setting, to deploy 40-millimeter rounds,

4  right?

5    A.   Yes.

6    Q.   And the reason you get trained on that is

7  because Denver expects that you will have to either make

8  a decision to deploy or not to deploy those sort of

9  weapons during a crowd control situation, correct?

10         MR. RINGEL:  Object to the form.

11    A.   That's correct, yeah.

12    Q.   And you are trained on that, I imagine,

13  because Denver knows its officers are going to have to

14  respond to protesters at some point, right?

15         MR. RINGEL:  Object to the form and the

16         foundation.

17    A.   I -- I believe, you know, the police

18  department is trained on a wide variety of things ,and I

19  think it's best to be prepared for any of the things

20  that you may have to encounter.

21    Q.   Sure, and one of those things that you might

22  have to encounter, because it's a part of modern

23  policing, is responding to protests, right?

24    A.   You may have to respond to protests, yes.

25    Q.   Okay.  So what training have you received

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

30

1    about when it's appropriate to use force in a crowd-

2    control setting?

3         A.   Prior to that -- several things that have

4    changed since last year of May 28th on, we are trained

5    in use of force procedures; what we can and can't do in

6    general, and that covers a lot of different things.  You

7    know, in all honesty, related specifically to crowd

8    control and things like that, my understanding was that

9    the use of force policy just applies at that time, you

10   know, just period.  There wasn't -- there wasn't

11   anything to differentiate the use of force you are using

12   just because it's a protest versus, you know, any other

13   time that you might have to use force.  I don't know if

14   that makes sense.

15        Q.   It does.  It does.  So the general use of

16   force policy and guidelines applied even in the protest

17   setting; is that what you are telling me?

18        A.   Right, yeah.

19        Q.   Did you receive any specific training about

20   how those policies might interact with a crowd-control

21   setting?

22        A.   Let's see, I want to answer that just right.

23   So I'm sorry, can you say it one more time for me?

24        Q.   Sure.  You talked a little bit a second ago,

25   about how the general use of force policy applies even

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

31

1    in a protest setting?

2         A.   Okay.

3         Q.   But did you receive any specific training

4    about how that use of force policy interacts with a

5    crowd-control setting and how it should be applied in

6    that setting?

7         A.   I -- I think in the beginning, like I said, we

8    all know the use of force policy and you can only use

9    force during certain times, situations, things like that

10   whatever, you know, in response to something.  I don't

11   remember anything specific about a crowd-control

12   situation.  You know, you are trained on when you can

13   and cannot use force.  It -- it was later -- I don't

14   know if you want me to keep rambling on, but it was

15   later that I remember, you know, after there was, like a

16   Judge's order and things like that.  Where they're like

17   now, you know, you have to this, that, or the other, and

18   you can't do this, that, or the other.

19        Q.   Okay.  So the Judge's order you are talking

20   about, I think is the Abay case; is that right?

21        A.   Yeah.

22        Q.   Okay.  And so prior to that, you didn't really

23   have any training about specifically using force in a

24   crowd-control setting.  But after that, Denver provided

25   you some training about what that order said and how it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

32

```
 1   applied in a crowd-control setting; is that right?

 2        A.   Right.

 3             MR. RINGEL:  Object to the form and the

 4        foundation.

 5        Q.   Okay.  So prior to May 2020, or I guess well

 6   that Abay order -- scratch that question.  Sorry, I am

 7   going to start over.  The Abay order came in June of

 8   2020.  Prior to that you had not received any training

 9   about using force specifically in a crowd control

10   setting; is that right?

11             MR. RINGEL:  Object to the form.

12        A.   Yeah.  I don't, you know, and I could be off

13   on it, but my understanding about use of force, you

14   know, you can't use force in certain situations and I

15   have an understanding of when you can use force and

16   that's what -- that's the tools I take with me every day

17   to work, you know.  And so the protest setting itself,

18   to me didn't change that.  I didn't have, you know,

19   anything specific that came up about a crowd, you know,

20   other than the use of force policy that we have.  You

21   know, you can't use force under certain circumstances,

22   and there are -- there's times when we are allowed to

23   use force.  It -- it's the actions of the party you are

24   going to use force on that dictate how you are going to

25   respond and use force, if that makes sense.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 34 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

33

1        Q.   Sure.  Yeah.  And you've been trained on

2   general use of force principals, I understand that; is

3   that right?

4        A.   Right.

5        Q.   But you hadn't, prior to June of 2020, been

6   trained specifically, on use of force principals in a

7   crowd-control setting, correct?

8        A.   Yeah, I -- I don't -- I don't think it was

9   different.  Does that make sense?  Like from the force

10  training that we've already all had and know.  I don't

11  think it was different, you know, like I'm trying to

12  think of a good example here.  Well, you know, I have to

13  clarify something, because something just came to mind.

14  So gas, for instance.  Right?  We don't -- gas is like

15  above our -- even like a sergeant's pay grade, that's

16  like a lieutenant's job to order gas, for instance.  And

17  that's a crowd -- a crowd situation where you would use

18  force.  So we -- we -- there were rules, actually, for

19  things like that.  But I guess what I'm -- I guess what

20  I'm doing in all honesty, is I'm kind of trying to

21  picture the type of force you are talking about, you

22  know.  So if -- if it's gas, that's related to crowd

23  control.  We do -- we did have specific orders on things

24  like gas.  You can't just gas a crowd without a higher

25  authority authorizing that.  So in that respect, yes,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you know, I have to kind of clarify that.  That just

2  came to mind.

3       **Q.   Okay.**

4       A.   But I'm kind of trying to think about.  So

5  this is what I'm thinking about.  Like a guy charges --

6  charges at you or gets too close, you know, in a normal

7  setting on the street, you know, somebody gets too close

8  to you, you can justify grabbing that person, you know

9  what I'm saying, and -- and detaining him or whatever,

10  making it safe.  But in a crowd situation, you know, you

11  put up with a lot more of that kind of thing because,

12  you know, we're back to First Amendment rights.  Now

13  it's a protest and as long as they don't come and touch

14  you, you know what I'm saying?  So there are, I guess,

15  there is a difference and my understanding in that --

16  that was there prior to the protest.  But I guess I'm

17  just trying to -- protests are different, obviously, but

18  gas is one thing.  There's an understanding you can't

19  just -- you can't just use that force to disperse a

20  crowd in a crowd situation so

21       **Q.   Right.  That's understandable and I think my**

22  **question is a little bit different.  You don't remember**

23  **a specific training about using force in a crowd control**

24  **setting prior to June of 2020, right?**

25       A.   Nothing that would -- and I guess it's the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   type of force.  If you could clarify that?  Just in

2   general, you know.

3         Q.   Well, I'm talking about every type of force.

4   I'm talking -- I'm saying, was there any training that

5   you were provided prior to June of 2020 about using

6   force when you are in a crowd-control setting?

7         A.   I would say, yes, because of the gas that I

8   remember.  That's a use of force.  Smoke, things like

9   that.  So, yeah, that was understood.  But it was

10   different in a crowd-control setting.  Yeah, yeah.

11        Q.   Other than the smoke and gas training that you

12   remember, you don't remember any other training that you

13   were specifically given, about the use of force in a

14   crowd-control setting; is that correct?

15        A.   Right.

16        Q.   All right.  Do you know -- do you know if

17   Denver had a specific policies about using force in a

18   crowd-control setting?

19        A.   You mean like right -- right this moment or

20   what are we talking here?

21        Q.   At the time of the incident, in May of -- May

22   and June of 2020, do you remember if you were aware that

23   Denver had policies specifically relating to using force

24   in a crowd-control setting?

25        A.   Like I said, the one thing that comes -- it's



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

36

1    the type of force that I'm just -- the gas, things like

2    that.  There are differences with things like that.  The

3    pepper ball, for instance, is another one.  That's been

4    changed recently because of 2020.  But, I mean, yeah,

5    I'm aware that there are policies regarding use of force

6    during the protests, yes.

7        Q.   All right.  Are you aware of any sort of

8    specific policies that you were trained on about using

9    force in a crowd-control setting that you can tell me

10   about?

11       A.   And you are talking about before the protests,

12   or after, or during?

13       Q.   Yeah, at the moment of their inception?

14       A.   Okay.  You know, I -- I guess it is -- it is

15   different.  I do recall in the early stages of these

16   protests it was May 28th, I believe, right?

17       Q.   Correct?

18       A.   We went to briefing, you know, they ordered

19   certain people, certain groups to have, you know, pepper

20   ball, things like that.  I mean, there are -- there were

21   policies and orders, if you will, to -- related to using

22   force with -- with crowd control.  I mean, there is.  We

23   follow the use of force policy, you know, and I guess

24   I'm just trying to understand what -- what types of use

25   of force, though, that's the only thing I'm not clear on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABBYTA, taken on MAY 21, 2021

37

 1   -- on what you're -- what you're asking.

 2        Q.   Sure, and we know we have already established

 3   that the general use of force guidelines apply in the

 4   protest setting, right?  That's what you have been

 5   trained on?

 6        A.   Right, right.

 7        Q.   And I guess the question that I have is, you

 8   talked a little bit about how the Abay order changed

 9   things --

10        A.   Right.

11        Q.   -- that you were trained on, so can you tell

12   me a little bit about the change that happened, and what

13   you learned was different after that order?

14            MR. RINGEL:  Object to the form.

15        A.   Well, pepper ball, for instance, that comes to

16   mind.  So pepper ball was -- you know, and well -- let's

17   see, even the -- even the 40s, for instance.  You know,

18   you had to have a command approval for like a 40

19   munition, right, after the order was given.  Where

20   before, it was -- it was the use of force policy, you

21   know, an act of -- an act of aggression.  And so that

22   part comes to mind that changed.  Pepper ball, you --

23   you now had to have that act of aggression.  Instead of

24   just, you know, people refusing to get off a fence, you

25   know, and so they modified that, you know, and -- and it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    was all clearly understood once that order was given.

2         Q.    Okay.

3         A.    I'm not even sure if people carried 40s after

4    that.  They had them in the vehicle, but they didn't

5    carry them anymore, so

6         Q.    I just want to break that out a little bit.

7    You are saying after the Abay order, the first thing you

8    said to change was you needed commander approval before

9    you could use a 40-milliliter round; is that right?

10        A.    Yeah.  Yeah.

11        Q.    And before that, you could use it without

12   commander approval if you had active aggression; is that

13   correct?

14        A.    Right, right.

15        Q.    And then the other thing that changed was that

16   before the Abay order, you could use pepper balls with

17   levels of aggression lower then active aggression, for

18   example, someone sitting on a fence and refusing to

19   move; is that correct?

20        A.    Climbing a fence, things like that, yeah,

21   yeah, to disperse.

22        Q.    And then after Abay, you had to have active

23   aggression before you could use pepper balls; is that

24   right?

25        A.    Yeah, that changed over -- over some time

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

39

 1   there, so

 2       Q.   Any other things that you saw that changed in

 3   the way that you were instructed by your superiors in

 4   how to use force in protests, because of the Abay order?

 5       A.   Gas.  Gas was always -- someone said that, you

 6   know, you needed supervisor approval.  My understanding

 7   was you always needed command approval for that, but

 8   that was clarified after the Abay and that -- that's --

 9           I think that even went to the command post,

10   like the commander can say, or only can say throw --

11   throw gas, you know.  We'd have a lieutenant with us who

12   is a command officer.  And I think if he's on -- he or

13   she is on scene, he can order that and justify that as a

14   command officer.  But that was to come from way up top

15   after that, my experience, so

16       Q.   So can you kind of break down a little bit

17   what it was before and then after for me?  So what was

18   it before that you could with gas?

19       A.   I always -- I wanted that to be in the hands

20   of a lieutenant, anyway, you know, command, gas.

21   Especially numerous people, that kind of thing.  I -- I

22   -- my understanding is that they took that even --

23   command is a lieutenant, right?  He can do it in, like,

24   an emergency situation because he's there on the street.

25           And if command doesn't see it on camera or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

40

1    HALO, but that became a command thing and that was --

2    that was repeated to us over and over again at every

3    roll call from the time of, what?  June, whatever the

4    Abay came out.  Early June.  So that was a big change

5    because that was like, this is what you will do now, you

6    know.  So yeah.

7         Q.   And did anything change with the Abay order

8    about who you could use gas against, versus before?

9         A.   Like I said, that -- oh, I thought somebody

10   was going to say something.  So that wasn't in our hands

11   anyway, so that was to wait for the order for gas.

12        Because even after the Abay they would use

13   smoke first, you know, just to kind of -- well, for two

14   things: To see which way the wind is blowing, but also

15   kind of a warning, you know, to get people going.  So

16   there was a real -- you had to be really careful to use

17   gas and we weren't going to make that decision.  So that

18   was going to come from command, you know, them -- them

19   either getting information from the people on the ground

20   or watching it themselves on HALO.  Because it was -- it

21   happened, I believe, but it was very rare after that,

22   you know, command would be like, "Yeah, you're going to

23   have to throw gas over there, you know, or pepper ball,"

24   or whatever.

25        Q.   So before Abay, could a sergeant give the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

41

1  order to throw gas?

2      A.   I -- I wanted that to be in the hands of a

3  lieutenant.  That was my understanding, to be honest

4  with you.  I -- I have heard a couple of different

5  things, and I kind of like the way a lieutenant can do

6  it now, when he's on scene.  My understanding was that

7  you had to have command approval of lieutenant or above

8  for gas.  That was my understanding.

9      Q.   **That was your understanding before Abay or**

10 **after?**

11     A.   Right.  I didn't -- I -- I, as a sergeant,

12 would clarify that over the radio to be -- to be sure.

13     Q.   **I understand that you would, but generally**

14 **speaking, was your understanding that sergeants were**

15 **allowed to use gas if -- if they thought it was**

16 **necessary under the circumstances prior to Abay?**

17     A.   That was my understanding that you needed a

18 lieutenant.  So and that's safer than sorry.  So if I'm

19 wrong in that in the time before then, you know, that's

20 why I would have gotten approval, so

21     Q.   **So nothing changed then, because you are**

22 **saying after Abay, you still had to get command staff**

23 **approval, right?**

24     A.   Yeah, but my understanding with that is that

25 has to come from headquarters, you know, them either

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

42

1    watching by HALO or getting information from a

2    lieutenant whose technically command.  You know, which

3    is -- it was like -- it -- a lieutenant on scene that

4    did that, had to justify that with his command and say

5    we had to deploy gas because of this or that.  But

6    before, my understanding was that you needed a

7    lieutenant for gas.  Not pepper ball, but gas, yeah.

8         Q.   Okay.  And who could authorize pepper balls

9    and 40-millimeter rounds?

10         A.   Now are you talking about only in a protest

11    situation or in general, because this is where we go

12    back to what we were talking about?  That's up to the

13    individual officers on using force.  Now, in a crowd,

14    you know, you -- you trust your officers to use force

15    and know the policy, but in a crowd it is different.  I

16    mean, you might not -- I would say after like that --

17    that terrible first couple of days, it became more in

18    the control of command.  You know, where they are like

19    hit that area over there by District 6 where they are

20    climbing the fence because they're not getting back, hit

21    it with pepper ball, you know.  And so in a -- in a

22    crowd situation, it started changing, you know, to where

23    it was more controlled by command on when to use those

24    things.  But prior to that, I mean, like I said, we went

25    to these protests knowing the use of force policy when

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

43

1   we can use them, period.  You know, and so I think that

2   after the order and things like that, you learn maybe we

3   need to wait a little a while, we need to disperse and

4   we need to, you know, do what we can to disperse the

5   crowd when they are not listening, then you give the

6   command to give it, so -- give the orders to do things

7   like that.  The officers are in charge of using those

8   less lethal weapons.  They're in charge of knowing when

9   to use the force, so

10      Q.   I'm sorry.  I didn't mean to talk over you

11  there?

12      A.   No, you are good.  Someone's knocking again.

13  When do we get a break?  I'm going to make a sign.

14      Q.   Sure, we can take a quick break right now?

15      A.   Yeah.

16      Q.   If you want to make a sign?

17      A.   Okay.  Do I have to pause or anything or leave

18  it here?

19           MR. MCNULTY:  Yeah, we'll go off the record.

20                (OFF THE RECORD)

21           VIDEOGRAPHER:  We're back on the record.

22  BY MR. MCNULTY:

23      Q.   All right.  Sergeant, thanks for coming back.

24  Did you speak with anyone during the break there?

25      A.   No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  I have a question for you.  You said
 2   things changed after the first couple days of protests
 3   with regard to pepper balls and the use of 40-
 4   millimeter, less lethal options.  And in the early days
 5   of the protests, you said that the use of those two
 6   munitions was not -- there was not a requirement that
 7   you get supervisor approval before you use them; is that
 8   right?
 9        MR. RINGEL:  Object to the form.
10        A.   And also, before we start with that, I have to
11   clarify something.  So when you said, did I speak to
12   someone, I'm assuming you mean like other cops in the
13   building.  I went to the restroom, but I did talk to the
14   attorney, so I'm sorry about that, but I wasn't -- I was
15   thinking like you meant with other cops or something.
16        Q.   Sure, I appreciate the clarification.  That's
17   fine.  I don't want to know what you talk about with
18   your attorney?
19        A.   Right, yeah.
20        Q.   So you said during the first -- this will let
21   me ask a better question this time.  Sergeant, you said
22   during the first couple of days of the protests, that
23   the rules for using pepper balls and 40 milliliters were
24   a little different than later on in the protests; is
25   that right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABBYTA, taken on MAY 21, 2021

45

```
 1        A.    I -- I believe so, yeah.
 2        Q.    And during the first couple days of the
 3   protests, the use of the 40-millimeter and the pepper
 4   balls did not require supervisor approval, right?
 5        A.    Right.
 6        Q.    And then after -- at least the first couple of
 7   days, but likely after the Abay order, you were required
 8   to get supervisor approval before using those munitions,
 9   right?
10        A.    Yes, in general, yes.
11        Q.    Okay.  And can you tell me why does -- why
12   does-- we talked a little bit about gas, too.  And why
13   does gas have to be approved by a command officer?
14        A.    I believe because that's a -- I'm here to be
15   honest.  I got gassed during that -- let's see, the
16   first night by the capital, later that night.  And that
17   is a horrible experience, okay, to go through.  I --
18   different people react in different ways to gas.  I did
19   not react well when, you know, my mask's not on.  And so
20   that gave me a clearer understanding of why it's that
21   way.  And I'll tell you, it's a horrible thing ,and you
22   don't know if somebody is going to pass out, or fall,
23   or, you know, so it's -- it's a serious use of force.
24   It's not like, you know, putting somebody in a twist
25   lock to handcuff them, or even a pepper ball, you know,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

46

1   hitting the ground and then going up.  It irritates a

2   little bit, but that gas can be bad.  And so I see it --

3   my understanding, especially after experiencing that, is

4   this is a -- a serious use of force, you know, that --

5   that can -- say somebody has a medical condition or

6   something, you know, it could be bad.  So it's a higher

7   level of force, I believe, that has to be approved from

8   the upper command.

9        **Q.   And then you said that even when a lieutenant**

10   **had authorized gas to be used, they had to justify that**

11   **use after the fact to a command officer above them; is**

12   **that correct?**

13        A.   Yeah, that was my understanding that the

14   lieutenant who is a command officer, is supposed to

15   wait, okay, for the upper command to give that, but it's

16   like a lot of other things with the use of force, if

17   it's exigent, if it has to be done, he can justify that,

18   you know, that type of thing.

19        **Q.   Why would he have to justify it?**

20        A.   Because of the order that they want it, you

21   know, the -- the serious level of use of force.  The

22   commander of, I forget what his -- maybe operations --

23   of the operation, Commander Phelan, for instance,

24   they're -- they're in control of all of this and they're

25   dispatching people and they're -- they're seeing the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   level of, you know, resistance or aggression by the

 2   crowds and so they give that order and it comes down

 3   from them.  You know, there's always -- the buck stops

 4   up there, you know, and so it's an order to things, I

 5   believe, so

 6        Q.   That makes sense to me.  You've been trained,

 7   generally on when it's appropriate to use pepper balls

 8   in a crowd-control setting.  We talked about that

 9   earlier, right?

10        A.   Yes.

11        Q.   And also, you've been trained about when,

12   generally, it's appropriate to use a 40-millimeter, less

13   lethal in a crowd-control setting, right?

14        A.   Right.

15        Q.   And under that training, let's take that in a

16   crowd or an individual is dispersing, an officer would

17   not be justified in using either a 40-milliliter round

18   or a pepper ball against an individual in that crowd or

19   the crowd itself, correct?

20             MR. RINGEL:  Object to the form and the

21        foundation.

22        A.   Okay.  If they're dispersing, just to clarify?

23        Q.   Yes?

24        A.   Like they're leaving?

25        Q.   Yeah?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

48

1       A.   Right.  You are right.  Under that

2  circumstance, you know, somebody running away.

3       **Q.   Even if they're backing up, correct?**

4       MR. RINGEL:  Object to the form and the

5       foundation.

6       A.   I can't -- I can't answer that in every

7  instance, but in general, you know, like I said, it's

8  still part of the use of force policy regardless,

9  whether it's a crowd control thing or not.  But in every

10 circumstance I can't answer that.  If, for instance,

11 there was active aggression or, you know, somebody's

12 using -- somebody's being actively aggressive and then

13 stop, and then they're being actively -- so I can't

14 answer in every situation.  But in general, if

15 somebody's dispersing and running away or, you know, not

16 being a threat, then, yes, you have to follow the use of

17 force policy and generally, you can't do that, but every

18 circumstance can be different, though.

19      **Q.   Sure, we've used the term, I think, "Active**

20 **Aggression," a couple of times now.**

21      A.   Right.

22      **Q.   Can you define that for me?**

23      A.   Well, I take active aggression, and that's

24 kind of the difference when we went into crowd control

25 versus on the street.  So on the street, if you are



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   full-uniformed officer and somebody comes at you, you

2   know, like with their fists or something like that,

3   that's -- that's actively aggressive in my eyes.  You

4   know, it just kind of -- anymore you have to even be

5   more careful, how close are they to you, that sort of

6   thing.  But in a protest, everybody's -- you know, well,

7   a lot of people are cussing at you, waiving their fist

8   at you, kind of walking forward and hopefully most of

9   the time they stop, you know, at a distance, that's

10  something that's different in a crowd control, you

11  wouldn't necessarily go grab that person, you know,

12  because it's a protest and they're not coming close,

13  whatever.  So definitely active aggression is, in a

14  protesting especially is throwing something at you.  You

15  know, on the street, police officer coming out of a 7-

16  Eleven and someone throws -- this actually happened to

17  me so, years ago, a battery, like a D cell battery at

18  you, you know what I mean?  And it hits the window

19  behind you at a 7-Eleven, that's -- that's aggression,

20  you know, I mean, who knows what that could do to

21  somebody, a battery.  So basically, someone who is

22  attacking or appears that they are going to be

23  attacking, the officer.  That's active aggression in my

24  eyes, the way I understand the policy.

25       Q.   So let me just kind of distill it down a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    little, it was a long answer?

2         A.    I know.  I'm just trying to, you know.

3         Q.    It's fine.  I just want to get a clear record

4    here.  So active aggression is basically someone who is

5    attacking or preparing to be attacking an officer; is

6    that right?

7         A.    That's better, yes.  That's better.

8         Q.    You said that.  I was just repeating what you

9    said.  So one of the examples you used is someone who is

10   actively throwing something at an officer; is that

11   right?

12        A.    Yes.

13        Q.    Okay.  So let's say that someone actively

14   throws something at an officer but then backs away and

15   20 seconds have passed.  Is that person still considered

16   actively aggressive, based on your training?

17             MR. RINGEL:  Object to the form and the

18        foundation.

19        A.    Yeah, I believe that -- I believe that it can

20   be.  You know, I don't know about, you know, 20 seconds

21   or, you know, a time frame.  I think it's kind of -- you

22   have to be on the scene, you know.  Sort of -- the

23   conditions that are going on, you know, things that are

24   happening.  We went -- there I go again with the long

25   answer.  We went through a recent use of force training

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  on use of force, in general.  And there's -- there's a

2  part of this training where somebody, you know, reaches

3  out to the officer, you know, like actively aggressive

4  and then turns, gets in a truck, and then gets tased in

5  that truck, and there's a time period that's passed.

6          Now that's part of our training, the last use

7  of force training I went to a couple of years ago.  On

8  use of force in general, not necessarily crowd control.

9  And that the -- the teaching there was that the

10  aggression didn't end, you know, he -- he had literally

11  like was going to fight the cop, and turns around and

12  goes away, and gets in the vehicle.  And the cop tases

13  him, and we were instructed that that was good -- that

14  was a good tasing because of the act of aggression was

15  still there when he -- so I wouldn't say in every

16  situation, to answer your question.  Somebody use -- no,

17  throws something at somebody and then how much time

18  before it runs out, you know, is he not actively

19  aggressive anymore, you know, or is he -- is he running

20  away like at full speed from you?  You know what I mean?

21  So there's -- it's not in every circumstance.

22      Q.   Let's say someone threw an object at an

23  officer and then just stood there for 20 seconds with

24  his hands in the air.  Would that still be considered

25  active aggression 20 seconds later?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1           MR. RINGEL:  Object to the form and the

2      foundation.

3           A.   Yeah, no, I understand what you are saying.  I

4      don't know about, you know, 20 seconds.  I get what you

5      are saying, does it run out, that active aggression, and

6      I have to answer you based on that training where it

7      kind of boils down to, would one officer do this or

8      would another, you know, officers may disagree on that,

9      but the way we were trained is that, it's not like a

10     free-for-all where he did this, so now we get to do this

11     to him, you know.  I'll answer you that way flat out.

12     But without being there, I wouldn't say in every

13     situation, or in the example that you are giving,

14     especially in these crowd situations, I could consider

15     that person still actively aggressive because he's

16     already -- you know, who knows what would have happened

17     if -- who knows if he did hit an officer, you know, the

18     first time, so And if he's not given instructions, and

19     he's not leaving, you know, that kind of thing, you

20     believe he may still be aggressive with you, so

21          **Q.   So it would make sense in that situation,**

22     **based on your training, to give that person instructions**

23     **to see if he would comply with that, correct?**

24          MR. RINGEL:  Object to the form and the

25      foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

53

1     A.   I mean, every -- I believe that you should,

2  yes.  I believe you should.  If it's -- if it's

3  possible, you know.  The time frame, the 20 seconds,

4  that's the question you are giving me, 20 seconds.

5     **Q.   Well, I guess I can ask it a different way.  I**

6  **can ask you, you know, let's say someone throws a bottle**

7  **at you in a crowd.  At what point after that person**

8  **throws a bottle and they haven't done anything else, do**

9  **they transition from being actively aggressive to**

10  **something lower than that?**

11          MR. RINGEL:  Object to the form and the

12      foundation.

13     A.   I -- I see -- I see what you are saying.  And

14  just based on my understanding of use of force policy,

15  that example I gave, the guy motions as if he going to

16  hurt the cop, but then turns and leaves, I don't know

17  how many seconds it was, but it was a little bit of

18  time. And they clarified some things during that

19  training that his --  the active aggression doesn't,

20  like, run out.  So I would say, you know, a guy throws

21  something and then say, you order him, and he goes, "All

22  right, I'm leaving, I'm leaving," you know, and he's

23  leaving, that would be inappropriate.  But in the -- in

24  the heat of the -- of what's going on, he throws

25  something, I wouldn't know why the response wasn't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

54

```
 1   quicker than a -- than a certain time frame.  There
 2   could be a number of reasons; maybe other people are
 3   there, they don't want to hit someone else.  But you
 4   would use -- I don't believe it necessarily expires
 5   because he's throwing, like a deadly weapon, you know,
 6   at the police.
 7        Q.   Do you believe that a bottle is a deadly
 8   weapon?
 9        A.   I do, actually.  I do believe that.
10        Q.   Is that what you are trained by Denver?
11        A.   Yes, because it can cause serious bodily
12   injury or death, so
13        Q.   And how would it cause serious bodily injury
14   or death?  Are you talking, like, a blow to the head or
15   what?
16        A.   Right.  I mean, you get hit -- you get hit
17   with a bottle, you know, in the head, or in the eyes,
18   or, you know, it can -- it can kill you.  It can cause
19   serious bodily injury for sure, so
20        Q.   Yeah, and that's true of a 40-millimeter round
21   too, correct?
22        A.   Yeah, that's true.
23        Q.   Shooting someone in the head with it would be
24   deadly force, right?
25             MR. RINGEL:  Object to the form and the
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1       foundation.

 2       A.    It can cause serious bodily injury, yes.

 3       Q.    **And potentially death, too, right?**

 4       A.    I believe it can.

 5       Q.    **So I'm still trying to kind of nail down when,**

 6  **based on your training, active aggression would end.  If**

 7  **someone engages in some action that might be considered**

 8  **active aggression, when does the period end when you can**

 9  **use that level of force to respond to it and when does**

10  **it jump down to, you know, just passive resistance or**

11  **maybe even no resistance at all?**

12       A.    These are great questions.  I understand.  I

13  don't think there's a clear-cut answer, like if you want

14  me to say, you know, 20 seconds or 25 seconds.  And I'm

15  not being smart or anything, I'm just trying to -- I

16  think each situation could be different.  My thing, what

17  comes to mind is say that you do give -- say someone

18  throws a deadly weapon at you, you know, a hard rock,

19  and it whizzes right by your ear, and you get covered,

20  time's ticking, like the seconds ticking, you come back

21  up and you are like, "You threw that rock at me.  Get

22  down on the ground.  You're under arrest."  You know,

23  and he's like, "All right, all right, I'm sorry."  You

24  know --  and that happens sometimes, people, you know,

25  they -- they surrender, they retreat, they, you know,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   sometimes that happens.  You can't use your use of force

2   on him at that point because of the circumstance.  You

3   know, you are now taking him into custody and he's

4   willing to do it.  You know, say he keeps his fists

5   clenched and, you know, he doesn't do what you are

6   saying if you did give him those order or if it was time

7   to give him those orders, I don't believe it expires,

8   you know, a certain time level.  I mean, if you are

9   there, you know, five minutes or something, I think that

10  becomes unreasonable, you know, let's say you have cover

11  and things like that, you, yourself can't retreat, you

12  know, that much time passing.  But I understand what you

13  are saying, I mean, when does it expire?  It just

14  depends on the situation.  Those are some examples of

15  when I would say, no, you can't hit him now, you can't

16  do anything now because he's given up.

17       **Q.   Yeah.  So I think that you raised some**

18  **interesting points there about the first response to**

19  **active aggression and it sounds like one of the things**

20  **you could do, to attempt to deescalate the situation,**

21  **would be to give verbal commands before you use force**

22  **against that person, right?**

23            MR. RINGEL:  Object to the form, foundation.

24       A.   So you are right.  And could I explain a

25  little on that?  I kind of -- most of my experience,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  like I said, I've only -- I've only been to one series

2  of -- I've been to lot of protests during 2020, but in

3  my career, my whole career has been patrol-oriented, you

4  know, my experience is based on patrol.  And when you

5  are on patrol, it's easier to communicate, too.  So with

6  these protests, aside from that first, first night, on

7  the 28th, we weren't necessarily wearing our equipment.

8          It is very hard to communicate with anybody,

9  you know, without a bullhorn or something like that, you

10  know.

11          But -- but you are right, I mean, the ultimate

12  goal would be to use verbal stop, drop what you have,

13  leave, disperse, you are absolutely right.

14      **Q.   So another thing that you brought up, I think,**

15  **too, is that how you respond to active aggression is**

16  **determined by the ability of an officer to potentially**

17  **retreat; is that right?**

18          MR. RINGEL:  Object to the form and the

19      foundation.

20      A.   That is, again, understand if you would,

21  please, I'm -- I'm thinking of patrol-type function; are

22  you able to retreat, are you able to find better cover,

23  that kind of thing.  That's always an option that's in

24  my mind, it's -- it's part of what I call, you know, I

25  have a tool bag, you know, and that's part of it now.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

58

```
 1    You know, I'm not one to use force when I don't have to.

 2    So

 3        Q.   Yeah, so I guess I'll ask it a little more

 4    simply and to use terminology that I have heard other

 5    officers use before, one way that you could respond to

 6    an active aggression situation that could potentially

 7    deescalate it and remediate any need to use force is to

 8    use time and space before you use force, right?

 9             MR. RINGEL:  Object to the form and the

10        foundation.

11        A.   Yeah, I've heard that term and I get it.  And

12    that's -- that's -- that's a good tool.  That's a good

13    tactic, if you -- if you have it available.  You know, I

14    see these force situations -- not with this necessarily,

15    but on, you know, Police1.com and things that happen.

16    And I - sometimes, these things look bad and I tend to

17    not to judge because I wasn't there.  But you do have to

18    consider how would I react to that?  And time, and

19    space, and distance, all these things do come to mind,

20    so you are right.  And I just say when it's -- when it's

21    available, you know.

22        Q.   So when it's available, using time, and space,

23    and distance could be a way to deescalate a situation

24    with someone who's displaying active aggression to

25    prevent the need to use force; is that right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

59

1           MR. RINGEL:  Object to the form and the

2      foundation.

3      A.    Again, you know, and I'm just trying to be --

4 it depends on the situation, but, yeah, I think that's a

5 good tool to have, a tactic.

6      **Q.    What other tools are in your, that you are**

7 **trained, are in your tool belt to help deal with a**

8 **situation where you are encountered with active**

9 **aggression during a protest?**

10          MR. RINGEL:  Object to the form and the

11     foundation.

12     A.    Now that I know what I know and I've

13 experienced what I've experienced?  It's -- it -- like I

14 said, I haven't been in many.  And so a lot different, I

15 can tell you that.  We're going to need a lot more

16 communication.  And, because you've got to understand on

17 these protest things, even the sergeant, you know, he's

18 there to make sure the officers are doing -- they're in

19 line or whatever.  But you are getting instructions from

20 the lieutenant now, who's getting instructions from

21 downtown, and so a lot of that has been taken away from

22 is, you know, it's -- it's form a line, it's do this and

23 that, the instructions are clear on when you can and

24 cannot use force.  So today, you know, the -- the tools

25 on my tool belt today are -- they're -- they're a lot

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 61 of
266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
60

1    different because you're waiting primarily on

2    instruction and you want a lot of communication now.

3    And that comes from up top and it's got to be the

4    sergeant, in my opinion, once the lieutenant gives it,

5    to make sure the troops, the cops understand this.  You

6    know, so I don't know -- I don't know about tools.  I

7    guess we -- if you are talking about tools,

8    specifically, we need to get -- we need to have access

9    to more shields, for instance, that would protect us

10   from bottles, and rocks, and things like that.  And have

11   that readily available, that would be a big tool for me.

12   Because you are basically just in a line, you know, and

13   you are just hoping that the people will disperse, or

14   not come past the line, or storm a building, or, you

15   know, whatever.  And so that's one of the tools that I

16   would like to see implemented is kind of a shield.  You

17   know, because there's not a lot of independent thinking,

18   independent tactics on these things, you are just

19   following orders, basically.

20       Q.   So Sergeant, you talked a little bit about how

21   it's kind of shifted to now versus to the first of the

22   protests --

23       A.   Right.

24       Q.   -- with regard to the sergeant's authority

25   over the officers on the scene.  You know, on the first

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   day of the protests and the first couple of days of the

2   protests, you were the person on the scene basically

3   giving commands to folks who were there, right?

4        A.   Sort of, I mean, not necessarily commands.

5             You're getting instructions, kind of like what

6   I just said.  Nothing's really changed on that part of

7   it. Lieutenants are saying, "Here's what we're going to

8   do. We're not," you know, "the highway, I-25, we're not

9   -- we can't let them get on the highway.  So you've got

10  to form a line."  So yeah, then I'm passing those

11  instructions on.  And then, I guess it just became more

12  formal, you know, that even the lieutenants are waiting

13  for instructions now after the protests, yeah.

14       Q.   When did that happen?  Did it happen during

15  the protests --

16       A.   Yeah, pretty much.  The Judge's -- the Judge's

17  rule, you know, once he -- the Abay, is that what you

18  are referring to it as?

19       Q.   Uh-huh?

20       A.   Once that happened, you started seeing that.

21  And so.  I mean, it was a -- it was instantly, so

22       Q.   All right.  So I have a couple of questions

23  for you about your training by Denver.  Are you trained

24  by Denver, that you're not allowed to shoot someone in

25  the chest with a 40-milliliter round?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

62

1      A.    That -- that you are not allowed to shoot

2  someone in the chest?

3      **Q.    Correct.**

4      A.    I believe it's the -- the abdomen is the --

5  any of the soft parts, you know, but not -- like, not

6  the heart and things like that, right.  I think the --

7  the target location -- and I wasn't trained in this, you

8  know, but you still have an understanding of the use of

9  force policy.  My understanding was it was like the

10 abdomen, you know, below the chest kind of thing.

11     **Q.    So you are supposed to shoot bullets below the**

12 **chest, correct?**

13     A.    My understanding is the softer parts, right,

14 of -- of the body.  Kind of like similar to the baton,

15 you know, what you are allowed to hit on the -- with the

16 baton, the legs, things like that.

17     **Q.    And when are you allowed to use a 40-**

18 **millimeter in a crowd-control setting?**

19     A.    That's active aggression.

20     **Q.    Do you know if it's -- if it's deadly force to**

21 **shoot someone in the chest with a 40-milliliter round?**

22          MR. RINGEL:  Object to the form, to the

23     foundation.

24     A.    To be totally honest, I don't know.  You

25 brought that question up and it has me thinking if

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  there's a specific clause in there about the chest.  I

2  don't -- I don't know if that's deadly force, to be

3  honest with you.  But my understanding was always kind

4  of the abdomen area was the target.  In a perfect world,

5  you know, it would be the -- the abdomen.  And, again, I

6  was not trained in that weapon or the pepper ball.

7      Q.    You are not authorized to carry and use a 40-

8  millimeter, right?

9      A.    Correct, I'm not.

10     Q.    Or pepper balls, correct?

11     A.    That's true.

12     Q.    You have been trained in report writing,

13 though, correct?

14     A.    Yes.

15     Q.    And you've been trained to put everything in

16 your reports that could indicate criminal activity,

17 right?

18     A.    Yes.

19     Q.    You're trained to put everything in your

20 report that includes uses of force, right?

21     A.    Correct.

22     Q.    So if you saw someone, for example, get shot

23 with a 40-millimeter round, you should put that in your

24 report, right?

25     A.    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

64

1      Q.  And you are also trained on body-worn camera,

2  correct?

3      A.  Yes.

4      Q.  And when to turn those on; is that right?

5      A.  Yes.

6      Q.  And when are you supposed to turn those on?

7      A.  And we're talking about currently?

8      Q.  At the time of the protests?

9      A.  Okay.  That has also changed during the course

10  of the -- the order and everything given.  Prior --

11  well, at that time, it was, my understanding was that it

12  was, you know, anything that could be -- just in

13  general, things that could be confrontational, for

14  instance, you know.  Or you are going to have to affect

15  a physical arrest, or use force.  Okay.  Certain calls

16  for service that you respond to, shootings, serious

17  crimes, things like that were always -- you were always

18  supposed to activate that, you know, the body cam, you

19  know, while on scene or as soon as possible.  Anyway,

20  does that give you a picture, or?

21      Q.  Yeah, it does.  What about in a crowd-control

22  setting, when were you supposed to turn on your body-

23  worn camera?

24      A.  See that, my understanding was again, it just

25  fell in -- it's kind of like our use of force policy,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

65

 1   you know, what -- what was the use of force policy when

 2   we went into these protests.  It was just the body cam

 3   policy what I have just -- what I just described was my

 4   understanding.  You know, if things started getting

 5   confrontational, there was going to be physical force,

 6   and things like that.

 7       Q.   So if members of a crowd were throwing things

 8   at officers, would that be an impetus to turn on your

 9   body-worn camera, under the policy?

10       A.   Yeah, I believe so.

11       Q.   And that's something officers should have done

12   under the policy?

13            MR. RINGEL:  Object to the form and the

14       foundation.

15            COURT REPORTER:  Sergeant, I didn't get your

16       answer.

17       A.   Yes.  Yes.  I said yes.

18       Q.   And if an officer was going to use force on

19   protesters, whether that pepper balls, or 40-millimeter

20   rounds, or gas, they should turn on their body-worn

21   camera, correct?

22       A.   I would -- I would believe so.  I believe that

23   falls that under that.

24       Q.   All right.  So on May 28, 2020, the first day

25   of the protests, just to orient you, did you attend a



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    briefing that day about the protests?

2        A.   You know, I -- I didn't remember whether I did

3    or not, but I -- I found a statement of mine that we

4    were asked to write later on all of the events, and I

5    documented that I did.  So I attended a lot of them, I

6    wasn't sure about that date.  But I did, according to

7    this statement.

8        Q.   Can you tell me what you were told during that

9    briefly?

10       A.   Like I said, I didn't even remember that we

11   had one at that time.  And I'll explain why.  I was

12   wearing, it seems off the subject, but it's not.  I was

13   wearing bicycle shorts.  You know, as part of the Impact

14   Team, we ride bikes.  I forgot to tell you that.

15           Community type of stuff.  You don't go to a

16   protest wearing bicycle shorts, so this was a sudden

17   thing, you know, where they said everybody, and I had

18   documented this, I had to check it because I just don't

19   remember going down there very well -- very much.  But

20   respond to headquarters, we have a roll call, we have a

21   briefing.

22           And so I barely remember that much less the

23   actual, you know, what was said at the briefing, just to

24   be honest with you.  But the fact that I was in shorts

25   shows you this was not a -- this was a sudden thing,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Impact Team's to respond downtown for a briefing.  So I

2  go down there,

3  I'm not in riot gear, I'm in my shorts and polo shirt.

4           And to remember specifics about that briefing,

5  I -- I really can't other than -- what I can tell you

6  what most of these briefings are, is, you know, this is

7  what's happening, the George Floyd protesters have come

8  to Denver, we expect, you know, this, we don't want them

9  going to the highway.  For some reason I remember --

10  well, I remember the day them going to the highway and

11  things like that.  And we were going to monitor, follow,

12  that kind of thing.  I don't remember it being a big --

13  there was no plan because all of a sudden, this thing

14  happened and that's kind of why I bring up the shorts is

15  because, you know, this -- had I -- had we known that

16  this was going to happen, we were going to have a

17  briefing, I would have been in, you know, riot gear, you

18  know, so

19      Q.   Sure, I get that.  I think my question is more

20  so, did they tell you anything about when force would be

21  authorized against protesters, and what your objectives

22  were that day, and things like that?

23      A.   Like I said, I can't -- I don't remember that

24  meeting.  I just know that in the early stages, you

25  know, kind of the norm of -- of the briefings was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

68

```
 1  basically, this is what we have.  We have a group that's
 2  forming at the capital, that kind of thing.  You know
 3  what I mean?  But in answer to your question about force
 4  and everything, I can't imagine that the DPD wouldn't
 5  tell you, you know, that they wouldn't raise the issue
 6  of force.  But again, I -- I looked at it more as we
 7  were there, we know the policies when to use force and
 8  not to use force.  You know, what I mean?  But I would
 9  be, you know, guessing if I tried to say, yeah, they
10  told us, but, you know, I just don't really remember
11  that briefing for some reason.
12       Q.   Okay.  And it makes sense that you were in
13  bike shorts because there was no necessarily, warning
14  that you were given, right?
15       A.   Yeah.
16       Q.   It was also the first day of the protests, so
17  there was no indication that anyone in the crowd would
18  be violent, right?
19       A.   I don't -- yeah, I just -- I -- I thought
20  myself this was going to be a protest, people were going
21  to speak their minds, and things like that and, you
22  know, we would be there and we would be dismissed, you
23  know, what I'm saying?  I didn't have any information
24  that was violence, necessarily, so
25       Q.   There was no information conveyed to you that
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   there was going to be property destruction or anything

2   like that, right?

3        A.   I wouldn't say that because nothing had

4   happened up until that point.  So, you know.  Like I

5   said --

6        Q.   It was the first day --  sorry, I didn't mean

7   to cut you off.

8        A.   No, no, I'm sorry.  I was just saying, like

9   the following days when there was property destruction

10  and things like that, then that was -- I remember that.

11  You know, the following days saying, you know, we had

12  this broken, windows are broken, this and that, so

13  anyway, go ahead.

14       Q.   So you went into that day thinking, oh, this

15  is going to be a peaceful protest, people are going to

16  speak their mind about George Floyd, and then we're

17  going to be there to make sure that the peace is kept,

18  right?

19       A.   Right, that was my thought.

20       Q.   Okay.  Do you remember if they told you

21  anything about giving dispersal orders?

22       A.   I don't remember that.

23       Q.   Were you given any guidance as to when to turn

24  on your body-worn cameras?

25       A.   I don't remember that, either.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

70

1        Q.    I just want to circle back a little bit, just

2    one more, just - just a couple more questions about your

3    training.  Are you trained, when you deploy pepper balls

4    and 40-millimeter rounds, that you are supposed to give

5    a warning before doing so?

6              MR. RINGEL:  Object to the form and the

7         foundation.

8        A.    I would say that -- that -- am I trained to do

9    that?  I don't -- I don't believe that in every

10   circumstance, no, that we're trained you always have to

11   do this.  Like I said, something can happen, you know,

12   there could be exigency or things like that where you

13   have to deploy those -- those munitions, you know what I

14   mean?  So I wouldn't say every time.  That doesn't, you

15   know, strike as true of me that every single time, but I

16   think ideally, you should.

17       Q.    Yeah, would be consistent to say when it's

18   reasonably possible that you should do so?

19             MR. RINGEL:  Object to the form and

20        foundation.

21       A.    I would agree, yeah.

22       Q.    Okay.  All right.  Going back to May 28th, you

23   were deployed to the protests on that day, correct?

24       A.    Yes.

25       Q.    And when you were initially deployed, where

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    did you go?

2         A.   I'm thinking.  Let's see.  So the briefing

3    which I documented in my statement and read, I don't

4    remember a lot about that date on that part.

5              Eventually, where did I end up?  I can

6    remember clearly at 20th Street and Chestnut, at that

7    intersection there.

8              That was like the first time that we, you

9    know, interacted with the protesters, so

10        Q.   And what happened during that interaction?

11        A.   That was -- that was peaceful.  There were a

12   couple of like, water bottles thrown, but the majority

13   of the protesters like, yelled at whoever did it and

14   said, "We're not doing that.  Stop it.  Stop it."  And

15   that stopped.  There were -- I'm not good with numbers,

16   and on crowds, I'm always way off, but I thought there

17   were like 300 people there, you know, blocking the

18   intersection.  But they did -- we had a line, you know,

19   the officers in a line, and there were a lot of

20   officers, with different assignments.  Didn't know all

21   of them, but they stayed behind that line and it was for

22   quite some time.  And I do believe that I have body

23   camera of that because when the water bottles were

24   thrown, nothing -- it was -- it was peaceful, you know,

25   for the most part other than, you know, blocking the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

72

1 traffic and things like that. But we held out for some

2 quite some time. I can't tell you how long, but it

3 seemed like at least an hour. And then they dispersed

4 and I'm not sure what -- what direction they went now.

5 I think toward downtown, which they call inbound. Maybe

6 westbound, or something. So that's what happened at

7 that scene.

8      Q.   You said you had your body-worn camera turned

9 on at 20th and Chestnut; is that right?

10      A.   I thought so, yeah, I thought that I did.

11      Q.   Did any of your officers use force at that

12 intersection?

13      A.   I don't -- I don't think so. I really don't.

14 I don't remember anything like that.

15      Q.   And when I say, "Your officers," maybe I

16 should clear that up a little better. Did any officers

17 use force at that intersection?

18      A.   Right. No, I get what you mean. And I just

19 don't remember any force being used there. I remember

20 that being kind of what I thought the whole thing was

21 going to be, you know, they were going to demonstrate

22 and march and, you know.

23      Q.   The officers didn't use force, despite the

24 fact that some folks had thrown water bottles at them,

25 correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

73

1          A.    Yeah, it was coming -- somebody -- there was

2    two water bottles, I believe, thrown from way, like in

3    the back.  And literally, I mean, it was loud, you know,

4    all in one chord, they were like, "Stop that.  We're not

5    doing that.  We're not doing --"  that was the

6    protesters yelling that out.  And they kind of drowned

7    it out and they didn't do it anymore.  And, you know, it

8    was -- it was from way in the back of like 300 people,

9    so I -- I can imagine somebody trying to, you know, use

10   force in that situation, you know, especially when the

11   crowd took care of it.

12        Q.    All right.  And then so after this interaction

13   at 20th and Chestnut, where did you go -- where were you

14   deployed to next?

15        A.    And, you know, it's a little hazy because I --

16   I just realized it's May of 2021 now.  So please

17   understand that.  But eventually, briefly, we ended up

18   at -- and I hate District 6 streets because I always

19   confuse them, but 20th area, maybe 15th or so.  15th to

20   20th Street, on Little Raven.  There -- they were -- the

21   fear was, and what we were being told over the radio

22   through command, that they were going to go westbound

23   towards I25.  And so they -- they were actually coming

24   westbound a lot, and I say they, you know, some

25   protesters.  And I don't remember anything significant

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

74

1   at 20th and Little Raven, it was more of a presence, you

2   know, and then information was coming that yeah, no,

3   there are some that are making their way west that got

4   through, and they're going towards the highway.  So I'll

5   stop there.

6       Q.   You eventually respond to I25 and the

7   intersection of 16th?  The bridge, the Highlands?

8       A.   Yeah, that area there.  15th Street Bridge, I

9   think is there, right, yeah.  So eventually I end up

10  there on the highway.

11      Q.   You were on the highway, yourself?

12      A.   I was, at that time, yes.

13      Q.   Did you turn on your camera at that point?

14      A.   I believe that I did because I assisted in

15  taking a subject into custody on the highway.

16      Q.   Okay.  And let me go back a little bit, too.

17           Did you have your phone with you on you that

18  day?

19      A.   No -- You know, I almost always have my phone,

20  but that may have been in the car at that time,

21  actually.

22      Q.   Do you remember using your phone at all on

23  May 28, 2020?

24      A.   I don't.  I don't.

25      Q.   Did you record anything on your phone on that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

75

1   day?

2        A.   Definitely not.

3        Q.   **Did you text anyone during that day?**

4        A.   I don't know if I texted anyone during that

5   day, but I don't -- I don't use -- I don't send

6   information or things like that by text, for work-

7   related stuff, that's, you know, related to like

8   protests or anything like that.

9        Q.   **Did you e-mail anyone that day from the**

10  **protests?**

11       A.   I can't say no or yes.  You know, I don't

12  know.

13       Q.   **Okay.  All right.  So you're on the highway**

14  **and then -- all right.  Walk me through where you go**

15  **next?**

16       A.   I assisted in taking one subject into custody,

17  just -- just as cover, if you will, help -- help

18  handcuff him.  He was escorted -- he -- I remember he

19  was carrying a large knife.  He was very cooperative

20  once he realized he was under arrest, and he told us he

21  had a large knife on him.  That stands out in my memory.

22  handcuffed him.  You know, sergeants, for the most part,

23  don't, you know, get -- have to take someone to jail.

24            That's the officers that do that.  I placed

25  him in a car.  I can't tell you whose car or anything, a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

76

1  patrol car.  And I remember telling him thanks for being

2  cooperative, you know, this and that, it was kind of a

3  non -- yeah, it was just simply taking him into custody,

4  he told us he had a knife, and the officers recovered

5  the knife, and no one was hurt or anything.  And at that

6  time, there's still people trying to come on to the

7  highway, so

8      Q.   Did you or any other officer use force at that

9  point?

10     A.   Well, if you consider, you know, handcuffing

11 somebody using force, then, yeah, but nothing -- you

12 know what I'm saying, not like a take-down or anything

13 like that, no.

14     Q.   Did you see any officers use less lethal

15 munitions at that point?

16     A.   That's -- that's kind of faint in my mind, but

17 I do -- so when you are on I25 near that 15th Street

18 bridge, probably to the north of it, there was, like, a

19 lot of people now coming over, like, a fence to the east

20 of us and then they would come on to the highway, which

21 would be northbound first, and I made the arrest on

22 southbound I25.  And I remember like -- I think the SWAT

23 Team was either on that bridge or something, and I

24 remember seeing pepper balls flying eastbound towards

25 that crowd which was trying to come on to the highway.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   So yeah, I do remember pepper balls.  And I don't know

2   if 40s were fired or anything, but I do remember pepper

3   balls.

4       **Q.   Was it your understanding that the officers**

5   **were firing the pepper balls to stop people from coming**

6   **on to the highway?**

7       A.   That was my understanding.

8       **Q.   Did you see any protester throw anything at an**

9   **officer at that point?**

10      A.   They -- there were people throwing things at

11  that point.  And I think primarily at the -- I remember

12  I thought Officer SWAT maybe was on that bridge, but I'm

13  not sure.  But there were officers also kind of right at

14  the, you know, what would be the shoulder, maybe, of

15  northbound I25.  And so I do remember seeing items being

16  hurled at the police, though, yes.

17      **Q.   All right.  Where did you go next after this**

18  **person was arrested and you spoke with him and then he**

19  **was taken away by another officer?  What did you do?**

20      A.   I believe there was an emergency, like call-

21  out over the air to respond to 16th and Platte

22  Street where they were holding -- they were trying to

23  keep people from crossing over westbound to get over

24  that fence to get to the highway.  So I responded to

25  16th and Platte Street.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

78

1     Q.    How did you get there?  Did you drive

2  around, or how did you get there?

3     A.    Yeah, and I want to make sure -- I was in

4  my -- my patrol car.  And I don't remember the route I

5  took.  I mean, we're stuck on the highway with traffic

6  backed up.  Somehow, I got off the highway ended up at

7  16th and Platte.

8     Q.    Okay.  And when you said that there was an

9  emergency call-out over the radio, you said that the

10  call-out to respond to that location was based on a need

11  to prevent people from getting back on to the highway;

12  is that right?

13     A.    Yeah, that was my understanding.  We need

14  help.  We need help.  16th and Platte, something to that

15  effect.  I can't remember verbatim or anything, but I

16  had no idea what was going on at 16th and Platte, but I

17  was alerted by the radio, so, yeah.

18     Q.    It wasn't we have protesters who are

19  assaulting police officers or anything like that, it was

20  come over here to prevent people from getting on the

21  highway, right?

22     A.    Yeah, I don't remember specific like

23  assaulting, but I remember it being exigent, like we

24  need people here now, so, yeah.

25     Q.    But there was no indication over the radio



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   That -- the protesters were doing anything that would

2   have been assaultive towards the police officers; is

3   that right?

4        A.   Well, I can't say for sure because when --

5   and I'll give you an example, but when -- when officers

6   call for help like that, I mean, they may or may not

7   give -- you know, you don't have time over the radio to

8   give a full, you know, description of what's going on,

9   but it doesn't sound -- it sounded exigent to me.  If

10  I'm not mistaken, I may have went lights and sirens to

11  that, because it sounded as if they were under, you

12  know, under stress.  So -- but specifically, it's not

13  uncommon during this whole thing to hear we're taking

14  bottles, rocks, we need more cops.  But I don't want to

15  say that's exactly what was called out because I don't

16  remember.  But I do know it was exigent, like,

17  emergency.

18        So

19       Q.   Okay.  So you have no memory of them calling

20  out rocks and bottles, you need to come here, correct?

21       A.   Not specifically.

22       Q.   All right.  Actually, I need to use the

23  restroom.

24       A.   No worries.  I'll go, too.  I'm 51, so I have

25  to use it, too.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

80

```
 1              VIDEOGRAPHER:  We're off the record.

 2                   (OFF THE RECORD)

 3              VIDEOGRAPHER:  Back on the record.

 4    BY MR. MCNULTY:

 5         Q.   All right.  Sergeant, we're at 16th and Platte

 6    now.  And tell me what happens when you arrive?

 7         A.   I'm trying to get my thoughts together.  This

 8    is a long time ago.  So basically, what I remember is

 9    arriving, getting out, the officers are on a line on the

10    west side of Platte Street and there's a fairly large

11    group of protesters.  I don't -- I don't know about

12    numbers on this one, it's kind of faint in my memory,

13    but on the east side of Platte Street.  So they're

14    basically -- I remember eventually, they ended up in the

15    street closer to the officers on the line and there's

16    just a lot of Let's see, so I remember the motorcycle

17    units from District 6 were there, and I don't know who,

18    exactly, but there were a lot of motorcycles there.  And

19    a lot of officers who I didn't know, so that's not

20    uncommon in a big police department, you know.  I

21    remember Lieutenant Rebeterano there.  He's a District 6

22    lieutenant.  And this thing, this protest operation,

23    whatnot, started in District 6 so that would make sense

24    that he was there.  That current district, we're at 16th

25    and Platte, is District 1, but this was kind of, you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

81

1   know, sort of their operation because it started in

2   District 6, but it moved westbound.  A lot of cussing,

3   things like that, and I don't remember at what point it

4   all, started, but things started being -- objects

5   started being thrown, you know, at the officers at one

6   point --

7        Q.   So I kind of want to get a sense of where you

8   are oriented.  You said that there's a police line on

9   the west side of Platte Street.  Is that on the sidewalk

10  they were standing?

11       A.   The protesters or the officers?  I'm sorry.

12       Q.   The officers on the west side of Platte, were

13  they standing --

14       A.   They -- they I remember them being on the --

15  within the sidewalk boundary, you know, like, so on the

16  other side of the sidewalk, yes.

17       Q.   And the protesters are on the east side of

18  Platte and then maybe some of them are in the street as

19  well; is that right?

20       A.   Yeah, I remember them getting a lot closer

21  during the course of this, you know, incident, so

22       Q.   All right.  And then where along that line on

23  the west side of Platte, are you standing?

24       A.   I am behind the line most of the time.

25       Q.   Okay.  If you are looking at the protesters,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

82

1  are you on the right side of the line or the left side

2  of the line?

3      A.   If I'm looking at the protesters, most -- I

4  moved around a lot, but I stayed in the center or to the

5  right --

6      Q.   Okay.

7      A.   -- is what I recall.

8      Q.   Do you remember what officers you were

9  standing next to?

10     A.   I don't.  So the way it usually works is

11  sergeants aren't on the line, so I'm not really standing

12  next to someone.  But I don't -- I don't remember who I

13  was standing next to.  I was moving around a lot, so I

14  don't think I was standing next to anyone.

15     Q.   Were you standing next to Corporal Daniel

16  Felkins at any point?

17     A.   Oh, I'm -- at one point I was near Dan

18  Felkins, yeah.

19     Q.   And you call him Dan.  Is that what you would

20  call him?

21     A.   I'll call him Corporal Felkins.

22     Q.   Okay.  But if you were on, like let's say you

23  were out on the streets policing the protests, would you

24  say like, "Hey, Dan," is that something you would say,

25  or would you say, "Hey, Corporal Felkins," or what would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

83

1  you say?

2      A.   So I, for one, I don't really work with him,

3  but I've known him, you know, a while and -- probably

4  Dan.

5      Q.   And you say you've known him a while.  How

6  long have you known him for?

7      A.   Well, I haven't worked with him the whole time

8  that I've known him, but he's a 990, early 90s badge

9  number.  He came on in the early 90a, and I was a 99, so

10  I was assigned to District 1 my rookie year, and that's

11  when I met him.  So I would say, you know, the whole

12  time, basically.

13      Q.   Was he your superior at that point?

14      A.   What point?  I'm sorry.  When I met him?

15      Q.   Yeah?

16      A.   By seniority only, so yeah.

17      Q.   You were still an officer rank, though?

18      A.   Yeah, yeah.  He was an officer.

19      Q.   And as of now you are actually higher rank

20  than he is, right?

21      A.   I am.

22      Q.   And you were at that time, too, correct?

23      A.   Yeah.

24      Q.   All right.  So you're the supervisor on scene

25  behind the line of the protests at that point, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

84

1      A.   I'm one of them, yes.

2      **Q.   Who are the other ones?**

3      A.   Like I said, it was Lieutenant Rebeterano was

4   there.  There was Lieutenant -- I'm sorry, Sergeant

5   Saunders.  And he -- I believe he's a motorcycle unit

6   sergeant, I'm not positive on that, at that time where

7   he was, but -- and -- because it's easier to pinpoint

8   the supervisors than the officers because, you know, I

9   was standing where the supervisors stand.  Sergeant

10  Gardner (phonetic) was there from District 6.  Sanders

11  is from

12  District 6.  Lieutenant Rebeterano from District 6.  So

13  I remember them there.

14     **Q.   And then, of course, Felkins?**

15     A.   Right.

16     **Q.   Do you remember an Officer Calabrese?**

17     A.   I don't know who that is.

18     **Q.   Do you know an Officer Ha?**

19     A.   I do know who he is.  I know who he is.

20     **Q.   Was he there?**

21     A.   I'm not 100 percent on that, but he's a

22  District 6 officer, so

23     **Q.   And you said earlier that Officer McDermott**

24  **was there, right?**

25     A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
—— COURT REPORTERS ——

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

85

```
 1        Q.   He's one of the officers who's under your
 2   command, correct?
 3        A.   At the time, yeah.
 4        Q.   Okay.  Okay.  So you were giving directions to
 5   the officers while you were at that location, correct?
 6        A.   As I received them, yes.
 7        Q.   Okay.  And that included directions about when
 8   to deploy less lethal weapons, right?
 9        A.   In so many -- yeah, in so many words.  I
10   received direction from a lieutenant at that time, I
11   remember that.
12        Q.   And you passed that along to officers,
13   correct?
14        A.   Yes.
15        Q.   And you were supervising officers who were
16   using less than lethal weapons at that intersection,
17   correct?
18        A.   Yes.
19        Q.   And that included Corporal Felkins, right?
20        A.   Yeah, he's not a member of the Impact Team,
21   but he responded to the emergency call that I did, so
22        Q.   And you were a ranking officer over him,
23   correct?
24        A.   Right.
25        Q.   All right.  So while you were at 16th and
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

86

1    Platte, you don't remember a dispersal order ever being

2    given, correct?

3         A.   I can't say.  I can't say.  I would -- I would

4    believe, but I can't say this for sure or not.  I --

5    when they started coming closer, I could see a dispersal

6    order to be given at that time, you know, to get out of

7    the street, for instance.  You can't stop them from

8    protesting or lining up, but you can tell them to get

9    out of the street.

10        Q.   And I think there's a difference between

11   telling folks to get out of the street and maybe a

12   formal dispersal order, unless I'm incorrect; is that

13   your understanding --

14        A.   Yeah.

15        Q.   -- that there's a difference between an order

16   and move out of the street?

17        A.   Right.  You wouldn't want to tell them to

18   disperse for protesting in a -- in a lawful means, but

19   in the street, that's -- that's unlawful, you know,

20   blocking the street, so

21           MR. RINGEL:  Sergeant -- sorry to interrupt,

22        Andy. Sergeant, can you wait until Mr. McNulty

23        finishes his question and pause because the two of

24        you are talking over each other a little bit.  So

25        have a -- have a healthy pause to make sure that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

87

```
 1        he's done before you start answering.
 2              THE WITNESS:  Yes.  I'm sorry.  I will.
 3   BY MR. MCNULTY:
 4        Q.   We're fine, Sergeant.  I appreciate --
 5   appreciate your helping me out here.
 6              So I guess a better question is, did anyone
 7   declare the protest at 16th and Platte an unlawful
 8   assembly at any point?
 9        A.   I don't remember that.  Yeah, I don't remember
10   that.
11        Q.   And no one ever warned the protesters at that
12   intersection that pepper balls were going to be
13   deployed, right?
14        A.   I can't -- I can't say that for sure either
15   way.
16        Q.   No one ever warned the protesters at the
17   intersection that 40-millimeter launchers would be
18   deployed, correct?
19        A.   Golly, I couldn't say.
20        Q.   Okay.  I'm going to show you a video right
21   now.
22        A.   Okay.
23        Q.   And we're going to watch it together.  I'm
24   going to ask you some questions about it, so if you
25   wouldn't mind just paying attention to it?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ~~ABEYTA~~, taken on MAY 21, 2021

88

```
 1      A.    Okay.
 2      Q.    Share my screen.  All right.  Officer, do you
 3  see that video?
 4      A.    Yes.
 5           MR. RINGEL:  Andy, can you articulate what
 6      this is and when it is so we have clarity for the
 7      record?
 8           MR. MCNULTY:  Sure.  I was just about to do
 9      that.
10           MR. RINGEL:  All right.  I'm sorry.
11           MR. MCNULTY:  I just wanted to make sure I got
12      the tech down first, you know.
13           MR. RINGEL:  I do.
14           MR. MCNULTY:  So Officer, this is a video
15      that's marked Denver 4130.  It's shot at the
16      location of 16th and Platte and it's starting at
17      1:20, which is GMT time so I believe this is 7:20
18      Mountain Standard Time.  And the officer whose body
19      camera this is, is Officer Calabrese.
20           COURT REPORTER:  I'm sorry, Mr. McNulty.  The
21      audio messed up.  Thank you.
22           MR. MCNULTY: Calabrese.  And so I want you to
23      watch this video and tell me if you think it was a
24      fair and accurate depiction of what happened at
25      that intersection at that time, okay?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

89

1               THE WITNESS:  Okay.

2               MR. RINGEL:  Object to the form.

3                    (VIDEO PLAYS)

4  BY MR. MCNULTY:

5      Q.   And just before it gets going, we don't need

6  to transcribe anything that happens in the video, but I

7  might have some questions afterwards, so

8                    (VIDEO PLAYS)

9               MR SEBBA:  Andy, we aren't hearing this.  I

10      don't know if there's any sound.

11             MR. MCNULTY:  There's no sound yet.  It's a

12      30-second delay for the body cams.

13             MR. SEBBA:  Okay.

14  BY MR. MCNULTY:

15      Q.   All right.  Did everyone just hear the sound

16  turn on?

17             MR. RINGEL:  Uh-huh.

18             MR. MCNULTY:  Great.

19                   (VIDEO PLAYS)

20  BY MR. MCNULTY:

21      Q.   All right.  Officer, I'm sorry.  Sergeant, I

22  want to ask you a question?

23      A.   Uh-huh.

24      Q.   With regards to this line that now that you

25  see it, were you stationed to the right of that that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

90

```
 1   police car behind the line?
 2        A.   I wasn't stationed anywhere.  But, I mean, at
 3   one time or another I probably walked, you know, the
 4   other side and then walked back or whatever, but
 5   primarily I did stay to the center and to the right, you
 6   know, which would be south, yeah.
 7        Q.   Is this a good depiction of what it, basically
 8   the entire line looked like on the 28th at 7:22 p.m. at
 9   16th and Platte?
10        A.   That looks like what I remember, yeah.
11        Q.   Okay.
12                  (VIDEO PLAYS)
13        Q.   Sergeant, you just heard a bunch of pepper
14   balls be deployed, correct?
15        A.   I -- I don't know, to be honest with you.  I
16   didn't -- I was listening to screaming.
17        Q.   Okay.  I can back it up here a second.  And I
18   want you to listen in and we're at 7:22 and 6 seconds?
19        A.   Okay.
20        Q.   And I'll play it again?
21                  (VIDEO PLAYS)
22        Q.   Now we're at 7:22 and 23 seconds.  Did you
23   just hear some pepper balls being deployed?
24        A.   I -- I can't hear pepper balls being deployed,
25   no.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

91

1      Q.   Okay.  Did you hear anyone give a warning at

2  this point before 7:22:23 pepper balls being --

3      A.   No.

4      Q.   -- deployed?

5      A.   I hear what it sounds like a female voice

6  yelling is what I'm hearing, so

7      Q.   Okay.

8              (VIDEO PLAYS)

9      Q.   Do you see the pepper ball smoke there?

10     A.   Yeah, that's what I was going to say, I can

11  see that, right.

12     Q.   And did you hear anyone yell a warning or

13  declare an unlawful assembly, before they deployed

14  pepper balls?

15     A.   No, I didn't hear that.

16            (VIDEO PLAYS)

17     Q.   All right.  We're going to stop it here at

18  7:23 and 21 seconds.  Do you agree this is a fair and

19  accurate depiction what it looked like behind the police

20  line at this point in the protests?

21        MR. RINGEL:  Object to the form and the

22      foundation.

23     A.   Yeah, at that point it does.  I don't know how

24  long we were there, before this point, but, yeah, I

25  remember that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

92

1      Q.   Did you see anyone throw any rocks in that
2  video?

3      A.   I didn't at that time, no.

4      Q.   Did you see anyone throw anything in that
5  video?

6      A.   I did not.

7      Q.   All right.  I'm going to pull up a different
8  video now and stop sharing my screen.  And actually,
9  before I do that, I'm going to enter that into the
10  record here.  Do you know what Exhibit number we are on?

11         MS. WANG:  I mean, you could say this is a
12      Beta 1 because
13  I've lost track of what they were.  We've just been
14  giving Bates numbers and not formally designating
15  videos, but I have no objection to saying it's a Beta
16  deposition Exhibit 1.

17         MR. MCNULTY:  Beta deposition 1 is Denver
18      4130, which is a Calabrese body-worn camera video.

19         MR. RINGEL:  I have no objection to it being
20      designated as a Beta Exhibit 1, either, that's
21      fine.

22         MR. SEBBA:  Nor do I.

23         MR. MCNULTY:  That's helpful.

24         MR. RINGEL:  And yet I assume you'll provide
25      this to either the host or to the court reporter,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        so that we can have an accurate representation of

2        the partial body-worn camera video that you

3        provided?

4              MR. MCNULTY:  Correct.  Correct.  I'm going to

5        provide the entire body-worn camera video, but I've

6        indicated in the record where we were watching it

7        at.

8              MR. RINGEL:  No, I understand that.  But you

9        would agree it's part of the video, that there may

10       be other video of this officer that's recorded on

11       the same day, and this is one video of February

12       28th of 2020 or May 28th of 2020, that's all.  But

13       as long as we have clarity that it's the same thing

14       you were showing, that's fine.

15       (EXHIBIT BETA 1 MARKED FOR IDENTIFICATION)

16             MR. MCNULTY:  All right.  I'm going to show

17       you another video, Sergeant, and I'm going to kind

18       of orient you to it.  It's at the same location at

19       around the same time.  And you'll see the time in

20       the upper right-hand corner of the body-worn

21       camera.  Do you see that on your screen now.

22             THE WITNESS:  Yes.

23  BY MR. MCNULTY:

24       Q.    Okay.  And this is Denver 3897.  And this is

25  the Burkin (phonetic) body-worn camera.  Do you know who

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

94

1    Officer Burkin is?

2        A.   I do.

3            MR. RINGEL:  So are you Mr. McNulty when you

4        showed it, it looked like it said Duran.

5            MR. MCNULTY:  You are right.  Sorry.  This is

6        a -- it's the Duran body-worn camera.  I apologize.

7        And it's 3904, Denver 3904.  Do you know who

8        Officer Duran is?

9            THE WITNESS:  I know Corporal Duran.

10   BY MR. MCNULTY:

11       Q.   Corporal?

12       A.   Only, not to be so formal, but that's -- that

13   could be -- there could two Durans, but I know Corporal

14   Duran.

15       Q.   What's Corporal Duran's first name?

16       A.   I believe it's John.

17       Q.   Thank you.  All right.  I'm going to play this

18   And -- you'll see where we're at here real quick and

19   then I'll start it right around -- all right.  It's

20   starting at 7:19 and 58 seconds on May 28th.

21               (VIDEO PLAYS)

22       Q.   Sergeant, do you see yourself in that video?

23       A.   I do, in the shorts.

24       Q.   And that's generally the position you were

25   describing earlier that you were at.  Right, you were --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

95

```
 1        A.    Yeah.

 2        Q.    -- of the -- just to the right of the stop

 3   Sign, behind the police line, and to the right of the

 4   patrol vehicle that's parked at that intersection,

 5   correct?

 6        A.    Yeah, right, most of the time I was there.  I

 7   ended up there.

 8        Q.    I stopped the video here at 7:20 and 4

 9   seconds.  So just to orient everyone.  And I'm going to

10   play it here for a couple of seconds?

11                    (VIDEO PLAYS)

12        Q.    I'm going to back it up here a second or two.

13   Sergeant, we're now at 7:20 and 27 seconds.  Do you see

14   yourself holding a cellphone in that video?

15        A.    No, I don't.

16        Q.    Do you see yourself holding an object in your

17   left hand?

18        A.    I don't.  Am a holding a radio or

19        Q.    We'll continue to play it and you can --

20        A.    Okay.

21        Q.    -- just pay attention to your hands.

22                    (VIDEO PLAYS)

23        Q.    Sir, do you see yourself pull your cell phone

24   out of your pocket?

25        A.    No, that -- that appears to be a police radio.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   I don't have a shoulder mic, so there's no reason for me

 2   to have a cell phone in my hand at that time.

 3        Q.   Okay.  At this point, so far in what we have

 4   seen in the body-worn camera, you haven't seen any

 5   protesters throw any rocks at the police, correct?

 6        A.   Not on this video, right.

 7        Q.   And they're just standing.  They are chanting,

 8   "I can't breathe," at this point, correct?

 9             MR. RINGEL:  Object to the form and the

10        foundation.

11        A.   Yes, they are.

12        Q.   And that's 7:21 in the video, just for the

13   record?

14                  (VIDEO PLAYS)

15        Q.   Did you just see yourself again walk past?

16        A.   Yeah.

17        Q.   It looks like pepper ball residue in your eye,

18   maybe?

19        A.   I just saw myself.  I didn't see that.

20        Q.   Let me play it again real quick.  And we're at

21   7:23:03, right?  And so then, we're going to play it and

22   you'll see yourself coming through the footage and I'll

23   ask you some questions?

24                  (VIDEO PLAYS)

25        Q.   Did you hear the officer whose body-worn

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

    1   camera this is, Duran, ask you if you are good?

    2       A.   Yeah, I heard that.

    3       Q.   And then he said get out, right?

    4       A.   Yeah, I guess.  I couldn't tell what he said.

    5       Q.   Okay.  And you walked past him and towards the

    6   right side of the line, correct?

    7       A.   Yeah.

    8       Q.   And this is at 7:23:07, right?  Sergeant?

    9       A.   I don't see, the camera is blocking the time

   10   up here, but yeah.

   11       Q.   Camera?

   12       A.   My camera for the computer here.

   13       Q.   Okay.

   14       A.    Is that what you are looking at?  It's

   15   covered, so

   16       Q.   The top right, okay.  I'll represent for the

   17   record it's 7:23:07 when this happens.  We'll continue

   18   watching this real quick?

   19                   (VIDEO PLAYS)

   20       Q.   All right.  Sergeant, is that you right there

   21   pointing at someone?

   22       A.   Yeah, it is.

   23       Q.   And who are you pointing at?

   24       A.   I don't know.

   25       Q.   Do you know why you are pointing at that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

98

```
 1   person?

 2       A.   I don't, not at this point from what you have

 3   shown me.  I don't know.

 4       Q.   Let's watch that back for a second real quick?

 5            (VIDEO PLAYS)

 6       Q.   Did you hear yourself say that the guy threw a

 7   fucking bottle?

 8       A.   Yeah, I remember that I observed things being

 9   thrown at the police, so probably pointing at whoever

10   did that.

11       Q.   You said that guy threw a fucking bottle,

12   right?

13       A.   Yeah.

14       Q.   All right.  I'm going to play this back and

15   want you to listen closely again to yourself, listen for

16   your own voice, okay?

17            (VIDEO PLAYS)

18       Q.   Did you hear Commander or -- yeah, Daniel

19   Felkins say to you, "The guy in the face mask"?  And

20   then you responded, "Yeah, he threw a fucking bottle"?

21       A.   Yeah, yeah.

22            (VIDEO PLAYS)

23       Q.   In that video anywhere, did you see anyone

24   throw a bottle?

25       A.   Not in that video.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

1      Q.   Did you see anyone throw a rock?

2      A.   I didn't see that in that video.

3      Q.   All right.  We're going to watch another body-

4  worn camera here real quick.  And this one is from an

5  officer you do know.  It's Officer McDermott, and you

6  know that that person was there with you that day,

7  correct?

8      A.   That's correct.

9      Q.   And what's Officer McDermott's first name?

10     A.   Max.

11     Q.   Max McDermott?

12     A.   Yeah.

13     Q.   All right.  And he was part of the folks under

14 your command that day, correct?

15     A.   Yes.

16     Q.   Okay.  We're going to start watching at the

17 point he gets over to the line, which is at 7:17 and 32

18 seconds.  Okay.

19     A.   Okay.

20               (VIDEO PLAYS)

21     Q.   Is that an accurate depiction of what the line

22 looked like, on that day?

23     A.   Yeah, it is.

24     Q.   Okay.  We're going to fast-forward it a little

25 bit here.  Or actually, I'm going to play it through.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

100

```
 1              (VIDEO PLAYS)

 2       Q.    You hear some folks yelling at the police

 3  front line, right, but generally speaking, all of the

 4  protesters are out in the middle of the street; is that

 5  right?

 6       A.    Yeah, the yellow line's there, yeah.

 7       Q.    I'm going to fast-forward a little bit here.

 8  All right.  We're now at 7:20:59 about 7:21 p.m. and I'm

 9  going to play it?

10              (VIDEO PLAYS)

11       Q.    Did you hear yourself say, "The Lieutenant's

12  given the order that if something comes over at us, send

13  something back"?

14       A.    Yes.

15       Q.    Who was the Lieutenant that gave that order?

16       A.    That was Lieutenant Aaron Rebeterano.

17       Q.    Okay.  And you see in that video that you are

18  wearing a body-worn camera, correct?

19       A.    Correct.

20       Q.    And you never activated your body-worn camera

21  at that intersection, correct?

22       A.    It didn't activate.  I hit it twice, though,

23  to activate it, it didn't -- it didn't activate.

24       Q.    But your body-worn camera was not on at that

25  intersection at all, correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

101

```
 1        A.    That's correct.

 2        Q.    So you were standing next to Officer McDermott

 3    during -- at this point, correct?

 4        A.    I don't know exactly.  I mean, he's -- it's

 5    his video, right?

 6        Q.    That's his video, correct, so --

 7        A.    Right.  So.

 8        Q.    Your --

 9        A.    I don't remember that, but that's where I'm

10    at.  That's me, so

11        Q.    And you have a similar perspective to Officer

12    McDermott, correct?

13        A.    Right.

14                  (VIDEO PLAYS)

15        Q.    I'm going to fast forward a little bit and

16    we're going to stop at -- right at 7:21:50.  Okay?

17        A.    Okay.

18                  (VIDEO PLAYS)

19        Q.    I'm going to stop it right here.  You see

20    straight in front of you, you see that individual in the

21    gas mask and red shirt?

22        A.    Hold on a minute.  Yeah.

23        Q.    Okay.

24        A.    I do.

25        Q.    I'd like you to follow him throughout the rest
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      of the video, okay?

 2           A.    Okay.

 3           Q.    Pay attention to what he's doing, okay?

 4                 (VIDEO PLAYS)

 5           Q.    I'm going to stop it here at 7:22:06.  That

 6      individual was standing in the middle of the street with

 7      his one fist in the air and the other hand just holding

 8      a water bottle, correct?

 9           A.    Yeah, that's what it looks like.

10                 (VIDEO PLAYS)

11           Q.    All right.  Do you still see the individual

12      with the --

13           A.    Yeah, yeah.

14           Q.    And he's still continuing to stand there with

15      his hand in the air and the water bottle in his left

16      hand, correct?

17           A.    I see the water bottle, yeah.

18                 (VIDEO PLAYS)

19           Q.    All right.  At that point you saw someone

20      behind the individual in the gas mask throw a water

21      bottle, correct?

22           A.    Could you re--- could you replay that or --

23           Q.    Sure, happy to.

24                 (VIDEO PLAYS)

25           Q.    Let me go back a little bit further.  Do you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

103

```
 1    see that?
 2        A.   It's a white masked person is that --
 3        Q.   That's the person who we're focusing on, yes?
 4        A.   I mean, the one who threw something, though?
 5                  (VIDEO PLAYS)
 6        A.   Yeah.
 7        Q.   You see it's a woman behind that white masked
 8    person who threw the water bottle, correct?
 9        A.   Okay.  Yeah.
10        Q.   The person with the gas mask continues to
11    stand there with his one fist in the air and his other
12    hand holding a water bottle?
13        A.   Now I can see the -- well, now I can't see the
14    water bottle, but I see his hand, yeah.
15        Q.   And this is at 7:22:34, right?
16        A.   Okay.
17                  (VIDEO PLAYS)
18        Q.   Now that the individual has turned around, you
19    can see that the individual in the gas mask is
20    continuing to hold the water bottle, and has his other
21    fist in the air, right?
22        A.   Okay.
23        Q.   So that individual never threw that water
24    bottle at the police, right?
25                  MR. RINGEL:  Object to the form and the
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   foundation.

2        A.   Well, at that -- the way the video is playing

3   right now, I don't see him throw anything.

4        Q.   Okay.  And right now we're at 7:22:41.  And

5   the officers in the line have shot pepper balls at the

6   crowd, correct?

7        A.   Yes.

8        Q.   And the crowd has turned to leave, right?

9        A.   Yes.

10        Q.   The crowd is dispersing, correct?

11        MR. RINGEL:  Object to the form and the

12   foundation.

13        A.   They -- they started going eastbound, yes.

14             (VIDEO PLAYS)

15        Q.   All right.  This is 7:22:43.  And, again, the

16   crowd is moving away eastbound as you said, right?

17        A.   Correct.

18             (VIDEO PLAYS)

19        Q.   Okay.  And now we're at 7:22:48, and the crowd

20   continues to move away, correct?

21        A.   Yes.

22        Q.   And the individual in the gas mask is walking

23   backwards with his one fist in the air, and his other

24   hand holding a water bottle over his crotch, right?

25        A.   Yeah, that's true.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

105

```
1            MR. RINGEL:  Object to the form and
2        foundation.
3        Q.   Did you see yes, that's what it looks like?
4        A.   That's what it looks like on here, yeah.
5                 (VIDEO PLAYS)
6        Q.   The individual in the gas mask is continuing
7    to stand there, not moving forwards the officers in any
8    way at 7:22:56, correct?
9        A.   Yes.
10       Q.   There's no indication at that point that he's
11   going to throw anything at the officers, right?
12       A.   Well, can I explain that there was something
13   just thrown by someone in what looked like a white mask
14   just now, did you see that?  I'm just clarifying.
15       Q.   Can you tell me where you see someone --
16       A.   Yeah.
17       Q.   -- throw something?
18       A.   Yeah, just go just a little.  There we go.
19                (VIDEO PLAYS)
20       A.   So right there.  So black shirt and he's got a
21   white mask.  He throws something.
22       Q.   Which guy?
23       A.   I think it was a rock.  If you play it back
24   one more time.  He's wearing a black shirt and he has a
25   white mask on.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

106

```
 1                    (VIDEO PLAYS)
 2        A.   He's behind the subject that we're talking
 3   about right now.  So you clearly see --
 4        Q.   That person, to the right of the man in the
 5   gas mask?
 6        A.   Yes, yeah.
 7        Q.   The man in the gas mask never threw anything
 8   in the officers, right?
 9        A.   I didn't see that on this video, no.
10        Q.   There was never any indication he was going to
11   throw anything at the officers, right?
12             MR. RINGEL:  Object to the form and
13        foundation.
14        A.   On this video what you have shown me, no.
15        Q.   And there was no indication that he was going
16   to destroy any property, right?
17             MR. RINGEL:  Object to the form and the
18        foundation.
19        A.   And I just answered, sorry, on what you just
20   showed me, no, you're correct.
21        Q.   There's no indication that he was going to be
22   violent towards anyone or cause an imminent injury,
23   right?
24             MR. RINGEL:  Object to the form and
25        foundation.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

107

```
 1        A.   And again, not on this video, no.

 2        Q.   Okay.  And we're going to keep watching.

 3                  (VIDEO PLAYS)

 4        Q.   Did you see the man in the gas mask just get

 5   shot in the face with a 40-millimeter round?

 6        A.   I see him turn around and react to something

 7   so, yes.

 8        Q.   And at that point, again, the man in the gas

 9   mask was not actively throwing anything at officers, was

10   not the being violent, was not engaged in any property

11   destruction, correct?

12             MR. RINGEL:  Object to the form and the

13        foundation.

14        A.   At that time on the video footage you showed

15   me, no.

16        Q.   There's no indication that he was fleeing

17   arrest, right?

18             MR. RINGEL:  Object to the form and the

19        foundation.

20        A.   No.

21        Q.   And at the point he was shot, the crowd had

22   pretty much dispersed, correct?

23        A.   Yes, they had.

24        Q.   Okay.  I want to go back a little bit.

25                  (VIDEO PLAYS)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

108

1    Q.   And I want you to listen for your voice here,
2    okay?

3    A.   Okay.

4              (VIDEO PLAYS)

5    Q.   You said, "Motherfucker, that's what you get.
6         Fuck you."  Right?

7    A.   No, I can't say that -- that that's me.  I
8    heard something like that, but I don't remember saying
9    that.

10   Q.   Who said that?

11   A.   I don't know.  I mean, could it be me?  It's
12   possible, in the heat of that, but I don't remember
13   saying that.

14   Q.   Whoever said that, whether it was you or
15   someone else, said it immediately after the man in the
16   gas mask got shot in the face, correct?

17   A.   That's what it sounded like, yeah.

18   Q.   So you are telling me, sitting right here,
19   this is going to be played for a jury, and they have
20   heard your voice earlier in this video, and at this
21   point, you're telling me that voice doesn't sound like
22   your voice?

23   A.   No, I'm telling you that I don't remember
24   saying that.  Could you play it again or?

25   Q.   I can.  And we can play a little bit more from

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

109

1  the beginning so you can listen to your voice tell

2  Officer

3  Felkins to shoot the man in the mask?

4          MR. RINGEL:  I object to the form and the

5      foundation.

6                  (VIDEO PLAYS)

7      Q.  All right.  I want you to listen to it closely

8  because you say the man in the gas mask.  Listen very

9  closely?

10     A.  Uh-huh.

11                 (VIDEO PLAYS)

12     A.  Right there.  That's the guy I'm talking

13  about, the guy who threw that.  Right.

14     Q.  Okay.  And you hear your voice, right, you

15  heard your voice say to Dan, "Yeah, the guy in the

16  mask."  Right?

17     A.  Right, and he just threw it.

18     Q.  Okay.  Now, continue to listen to the voice

19  that says, "Motherfucker, that's what you get.  Fuck

20  you."  Okay.

21                 MR. RINGEL:  Object to the form and the

22      foundation.

23                 (VIDEO PLAYS)

24     Q.  Wait.  Sorry, we missed a little part there.

25                 Did you hear yourself say, "The guy in the gas

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

110

1    mask"?

2        A.   Yeah, I remember alerting, after reading my

3    statement, that I alerted him who I saw throw objects,

4    yes.

5        Q.   And you said the guy in the gas mask?

6        A.   I don't know if I said gas mask, but, I mean,

7    this is a year ago, but it's white mask.

8        Q.   We're going to listen it to again because you

9    can hear it in the video.

10       A.   I mean I may have, I just don't remember

11   saying it.

12                 (VIDEO PLAYS)

13       Q.   Did you hear the guy in the gas mask, did you

14   hear yourself say that?

15            MR. RINGEL:  Object to the form.

16       A.   I don't -- I don't hear it, but I did document

17   that I alerted Felkins to the guys wearing masks, so if

18   I said gas mask, I just don't remember saying it.

19       Q.   Okay.

20       A.   And actually.

21       Q.   Let's continue to listen, and tell me if your

22   voice is the voice that says, "Motherfucker, that's what

23   you get.  Fuck you."

24                 (VIDEO PLAYS)

25       Q.   Did you just say, "Yeah, now what?"

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   I don't know.  I don't know if that's me or
 2   not.  I mean --
 3        Q.   Does it sound like you?
 4        A.   It could be me.  I just, you know what I mean?
 5             I don't remember saying any of that.  So
 6        Q.   Sitting here today, do you know your own
 7   voice?
 8        A.   I do know my own voice, yes, I should.
 9        Q.   That voice sounds like you, right?
10        A.   I don't know.  I would have to hear it again.
11             I just don't remember saying that.  So I'm,
12   you know, questioning that.  That's all.
13        Q.   I'm not asking if you remember saying it, I'm
14   asking you if this video sounds like your voice?
15        A.   Yeah, go ahead and play it again and we'll get
16   it.
17                  (VIDEO PLAYS)
18        Q.   You heard, "Yeah, now what?"  That was you,
19   right?
20        A.   Yeah, that sounds like me.
21                  (VIDEO PLAYS)
22        A.   No.  Okay.  So can I explain this or not?
23        Q.   Is that your voice?  I'm asking you a
24   question?
25        A.   Yeah, that's my voice.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

112

1        Q.   And you said, "Motherfucker, that's what you

2    get.  Fuck you," after the man in the gas mask got shot

3    in the face with a 40-millimeter round, correct?

4        A.   I didn't know he got shot in the face, so

5    that's incorrect.

6        Q.   You said, "Motherfucker, that's what you get.

7             Fuck you"?

8        A.   Yeah, so can I explain that now based on my

9    Memory?  Or do you just want me to say, yes or no?

10        Q.   So did you believe shooting that individual

11    with the 40-millimeter round was appropriate?

12             MR. RINGEL:  Object to the form and the

13             foundation.

14        A.   So I believed at the time that a black female

15    and two men wearing white masks, were throwing objects

16    at officers.  That's what I remember.  So

17        Q.   You wanted Felkins to shoot the man in the gas

18    mask with a 40-millimeter round at that point, when you

19    pointed him out, correct?

20             MR. RINGEL:  Object to the form.

21        A.   I wouldn't say that, no.  I was -- Dan asked

22    me -- he said he got hit with a rock.  Who's throwing

23    rocks?  And I alerted him that I recalled seeing white -

24    - or I'm sorry, men wearing white masks throwing

25    objects.  That's what I recall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

113

1       Q.   Well, do you think now, sitting here today, do

2   you think that was an appropriate use of force?

3           MR. RINGEL:  Object to the form and the

4       foundation.

5       A.   Well -- and, I mean, I'm, you know, going to

6   be cooperative, and I told the lawyers here, you know --

7           MR. RINGEL:  Wait a minute, wait a minute.

8       Don't tell Mr. McNulty anything you may have told

9       me.

10          THE WITNESS:  Okay.

11          MR. RINGEL:  Just answer his question, okay?

12          THE WITNESS:  Okay.  Well, just to answer the

13      question, based on what's shown here, you know, in

14      this limited, you playing things back and all of

15      that, pointing out, you know, Mr. Acker, am I

16      pronouncing that right?  Who we now know who that

17      is.  Based on everything that you are showing me in

18      the scope of things, you know, the limited -- the

19      view that I have watching this.  And I don't know

20      when it all started, the other parts of this

21      incident or if that's on video.

22          But I see the other gentleman who flees in the

23      white mask throwing objects, and in the course of

24      everything, you know, and I'm not -- I'll just

25      answer your question.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

114

```
 1            Based on what you have shown me in this
 2       limited view that
 3  I have, it doesn't -- it doesn't, based on that, it
 4  doesn't seem as if it was appropriate, right.
 5  BY MR. MCNULTY:
 6       Q.   Yeah, that was excessive force under the
 7  circumstances, correct?
 8            MR. RINGEL:  Object to the form and
 9       foundation.
10       A.   Well, I can't say that based on everything,
11  once you are there live and these things are happening
12  fast and everything, but you showing piece by piece,
13  narrowing in on the gentleman, it -- it just doesn't
14  appear to be as clear-cut, as I remember it.
15       Q.   And that's because that use of force was
16  excessive, correct?
17            MR. RINGEL:  Object to the form foundation.
18       A.   I wouldn't say such things, no.
19       Q.   Was it appropriate for you to yell, "Mother
20  fucker, that's what you get.  Fuck you," after shooting
21  someone with a 40-millimeter round?
22            MR. RINGEL:  Object to the form and the
23       foundation.
24       A.   The question is it appropriate to yell that
25  out.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 116 of 266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
115

1    Q.    Correct.

2    A.    There's -- you try to be as professional as

3    you can, but under circumstances like this, that's been

4    known to happen.  You know, in a perfect world I would

5    say you shouldn't do that, but I didn't explain that's

6    not why I yelled that out.  What I recall is that I

7    thought he fell.

8    **Q.    Do you think it's appropriate to yell even if**

9    **he just fell?**

10   A.    Like I said, in a perfect world, you know, out

11   on patrol, things like that, you try not to do that, but

12   with adrenalin and rocks and bottles coming at you, that

13   does happen.  And I've been involved in other things

14   where I was like, wow, I don't remember saying that.

15         You get -- you get amped up, so

16   **Q.    So you wanted him to fall down, that's what**

17   **your testimony is today, that's why you said that?**

18         MR. RINGEL:  Object to the form and

19         foundation.

20   A.    No, I didn't want him to fall down.  If I got

21   amped up in doing that, then that's not -- that's not

22   the normal me when I'm in a -- in a calm situation where

23   things aren't a threat to me like rocks, and bottles,

24   and things like that.

25   **Q.    You were standing next to Felkins when he**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

116

1  fired that shot, right?

2      A.   I don't remember if I was exactly next to him.

3          It doesn't sound right to me.  But I was near

4  him, obviously.

5      Q.   You were watching him fire those rounds,

6  correct?

7      A.   I was not.  I did not watch him fire the

8  rounds, no.

9      Q.   It was your job to supervise him while he

10  fired those rounds, right?

11     A.   Well, it could be.  But like I said in the

12  beginning, they responded knowing the policies and the

13  use of force policies and procedures that we have.  They

14  -- they carry those and they are responsible for

15  deploying them.  But under the circumstances, I believed

16  that Mr. Acker, and a black female, and another male

17  wearing a white mask were throwing objects at officers.

18          I did believe that at that time.

19     Q.   And you told Officer Felkins to shoot

20  Mr. Acker?

21          MR. RINGEL:  Object to the form.

22     A.   I don't remember doing that.

23     Q.   You don't remember it, but after watching this

24  video and refresh your recollection that's true, right?

25          MR. RINGEL:  Object to the form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ~~ABEYTA~~, taken on MAY 21, 2021

117

```
 1        A.    That doesn't sound -- that -- it sounds -- you

 2   are playing certain things and hearing me say certain

 3   things, but it just, it doesn't -- it doesn't fit with

 4   what I believe happened, with what I remember happening.

 5             So I don't know if there's more that's not

 6   heard or what, but just the things that you are playing

 7   doesn't sit with me in my memory.  So

 8        Q.    And let's assume for a second that that person

 9   had thrown a rock, okay, at the time you said that he

10   did?

11        A.    Uh-huh.

12        Q.    All right.  We're assuming that.  At the time

13   Felkins shot him, he was not actively throwing a rock,

14   right?

15             MR. RINGEL:  Object to the form and the

16        foundation.

17        A.    That -- that's right.

18        Q.    The crowd had retreated at that point, right,

19   and was dispersing, correct?

20        A.    Correct.

21        Q.    The situation at that point was no longer

22   tense and rapidly resolving, right?

23             MR. RINGEL:  Object to the form and

24        foundation.

25             THE WITNESS:  I would disagree with that.  The
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

118

```
 1        -- the person that -- I don't know if you didn't

 2        catch it before, but the one wearing the white mask

 3        that did throw something, that happened right

 4        before this, so

 5   BY MR. MCNULTY:

 6        Q.   But that wasn't --

 7        A.   No, no.

 8        Q.   So I'm talking about this person?

 9        A.   I agree.  I hear what you are saying.  I'm

10   just saying that it was still a, you know, what we call

11   a hot situation.

12        Q.   There was no threat that the person in the gas

13   mask at point he was shot, was going to destroy any

14   property, right?

15        A.   I don't know that.

16        Q.   Well, was he standing near any property and

17   trying to destroy it?

18        A.   Well, I guess I keep going back to the

19   situation when the crowd was there that it was still,

20   you know, what I say is hot.  Where it's still dangerous

21   --

22        Q.   I'm --

23        A.   -- when answering your question, right at that

24   moment he was just standing there, correct.

25        Q.   Yeah, at the moment he was shot, he was just
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

119

```
1   standing there, he wasn't threatening to destroy any
2   property, or hurt anyone, or anything like that, right?
3       A.   Yeah, I didn't see that on this -- on this
4   footage, yes.
5       Q.   In fact, he was taking steps backwards,
6   correct?
7       A.   That I didn't --
8            MR. RINGEL:  Object to the form.
9            COURT REPORTER:  Sergeant, I didn't get your
10      answer?  "In fact, he was taking a step backwards,
11      correct?"  And what's your answer, sir?
12      A.   I didn't see that just now.
13  BY MR. MCNULTY:
14      Q.   He hadn't committed any crime, right?
15      A.   Based on what you've show me just now and my
16  memory, I believed that he threw objects at the time.  I
17  believed that white masked parties were throwing objects
18  at officers, so
19      Q.   Well, you know that that individual
20  surrendered himself to the police, right?
21           MR. RINGEL:  Object to the form.
22      A.   I'm sorry.  What -- what?  He surrendered
23  himself.
24      Q.   Yeah, he came to the police line and asked for
25  medical care, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

120

1    A.   Right, I did find out about that.

2    Q.   **Yeah, and so you didn't arrest him at that**

3    **point, right, even though you claim now that he was**

4    **throwing bottles.  That's a crime, why didn't you arrest**

5    **him then?**

6         MR. RINGEL:  Object to the form and the

7         foundation.

8    A.   Yeah, I'm not -- I'm not totally aware of

9    where I was when he did, as you say, surrendered

10   himself.  I was aware that he received medical treatment

11   later.

12   Q.   **Well, you knew that he received medical**

13   **treatment, right?**

14   A.   Yeah, that's correct.  I found out later.

15   Q.   **You knew that officers and EMS had taken down**

16   **his personal information, correct?**

17   A.   Yes.

18   Q.   **So you knew where to find him, right?**

19   A.   Yeah, that's true.

20   Q.   **And, you know --**

21   A.   I could find that out.  I could find that out.

22   Q.   **Yeah.  And if he had actually -- if you**

23   **actually had thought that he had thrown rocks at police**

24   **officers, you would have found his information and went**

25   **and arrested him, right?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

121

1        A.   No --

2             MR. RINGEL:  Object to the form and the

3        foundation.

4        A.   -- that's not true under these types of

5   circumstances.  You can't tie yourself up on lengthy

6   arrests.  Incidentally, the highway arrests took two of

7   the Impact Team members out of service.  They couldn't

8   respond to this.

9        Q.   I'm not talking about in the moment.  I'm

10  talking about days later.  If you had actually thought

11  that he had thrown rocks, you could have gone to his

12  house and arrested him, right?

13            MR. RINGEL:  Object to the form and the

14       foundation.

15       A.   Not necessarily.  If somebody was hit, that

16  would have been more -- we would have been more inclined

17  to do that.

18       Q.   You know that Officer Felkins wrote a report

19  in this case saying that he was hit by that rock, right?

20            MR. RINGEL:  Objection to the form and

21       foundation.

22       A.   My understanding was he got hit in the helmet

23  with a rock, yes.

24       Q.   Correct.  He says that that rock was thrown by

25  Mr. Acker, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

122

```
 1          MR. RINGEL:  Object to the form and the
 2      foundation.
 3      A.    I don't know if he said that or not.
 4      Q.    I'm going to pull up something.  It's an e-
 5  mail to you from Officer Felkins.  I'm going to share my
 6  screen.  And before we do that, I'm going to put that
 7  last body-worn camera into the record.  It's a McDermott
 8  body-worn camera and the Bates number on it is DEN4136.
 9  I just have a few more questions for you, Officer?
10      A.    No worries.  Thank you.
11      Q.    Thank you.
12                  (EXHIBIT BETA 2 MARKED FOR
13                  IDENTIFICATION)
14          MR. RINGEL:  Are you going to mark that video
15      as Exhibit 2?
16          MR. MCNULTY:  Correct.  That's Beta 2.
17  BY MR. MCNULTY:
18      Q.    Do you remember getting this e-mail from
19  officer Felkins on May 28, 2020?
20      A.    I don't.  At this point I didn't know he e-
21  mailed me, but are you going to show it to me?
22      Q.    I thought I just shared the screen.  Do you
23  not see it?
24          MR. RINGEL:  We see the screen.  It's your
25      index, it's not.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1              MR. MCNULTY:  All right.  All right.

2              MR. RINGEL:  Not an e-mail.  It's a pretty

3         screen saver.

4              MR. MCNULTY:  Is this better?  Do you see it

5         now?

6              THE WITNESS:  Yeah, I can see it, yeah.

7              MR. MCNULTY:  Okay.  Thank you.  Sorry for

8         showing you my extremely messy desktop.

9              THE WITNESS:  No, no.

10   BY MR. MCNULTY:

11        Q.   So do you remember receiving this e-mail from

12   Felkins?

13        A.   I -- I don't.  But it's there so

14        Q.   And do you see in this e-mail that Felkins

15   said that he was hit in the head with a rock, the rock

16   struck his helmet, and he was not injured, but he asked

17   if any officers saw who threw the rock and you said,

18   "The guy in the gas mask is throwing rocks."  Do you see

19   that?

20        A.   Yes.

21        Q.   Okay.  And do you disagree with that?

22             MR. RINGEL:  Object to the form.

23        A.   I -- I re -- I thought I told him, and I

24   documented that I told him, that were guys in white

25   masks throwing rocks.  To my memory, I -- I believed
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    that two -- two people were throwing rocks wearing white

2    masks.

3        Q.   Well, speaking of documenting, you didn't

4    write about this incident in your officer statement,

5    right?

6        A.   I did, actually.

7        Q.   You wrote about Officer Felkins shooting a man

8    in the gas mask in the face?

9        A.   I did write a statement, yes.

10       Q.   Okay.  So.  But we were talking about earlier,

11   you said, "If an officer had been hit by a rock and we

12   knew who threw that rock, we would arrest that person,"

13   right?

14       A.   I would say for that, yes.

15       Q.   And so -- if what you are saying is true

16   today, that you thought at that time that the man in the

17   gas mask threw a rock and it hit Officer Felkins, you

18   should have found his information, gone to his house,

19   and arrested him, correct?

20            MR. RINGEL:  Object to the form and the

21       foundation.

22       A.   No, I didn't -- I don't -- I read this

23   statement before and I don't take that to mean that he

24   was pointing out, you know, Mr. Acker, you know what I

25   mean?  He's just saying a rock struck him in the head

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   and I said there were two people -- well, three, a black
 2   female and two men wearing white masks throwing objects
 3   and rocks, you know.  So I don't know which one he's
 4   talking about.  But I get what you are saying, you know,
 5   if somebody throws it, wouldn't you investigate it
 6   further and everything.  If no one's injured at this
 7   time -- I got hit with rocks multiple times during the
 8   protests, you know what I mean?  I don't believe he's
 9   saying Mr. Acker threw that rock and hit him in the
10   head.  He's asking who's throwing rocks, is what I
11   remember.
12         Q.   Well, you don't know who threw those rocks at
13   you during those protests, right --
14         A.   Right.
15         Q.   -- you don't have a record?
16         A.   No, that's right.  Yeah.
17         Q.   In this instance, you have an actual record,
18   you have a record of supposedly the person in the gas
19   mask who's throwing rocks at officers, and you don't
20   take any actions to arrest him.  Wouldn't you find that
21   suspicious if you were sitting on a jury and hearing you
22   say that today that you didn't --
23            MR. RINGEL:  Object to the form and the
24            foundation.
25         Q.   Go ahead?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 127 of 266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
126

1          MR. RINGEL:  You can answer it if you know

2     how.

3     A.   The best I can say is as far as how these

4 arrests go, okay, during these procedures, I didn't even

5 want to arrest the guy on the highway.  I'll give you an

6 example, but when he said he had a large knife, and it

7 was, you know, my understanding, my recollection it was

8 a big bladed -- a large belated knife, I'm like, you

9 know, my thing is to just get these people out of here.

10          With two people -- two males wearing white

11 masks, in my memory, throwing objects at the officers,

12 and the female throwing an object, that's already kind

13 of, you know, do I want to write a statement saying, you

14 know, since this one turned himself in, it's him?  You

15 know, what I'm saying like?  With no injuries or

16 anything, I mean, had Dan been injured, that would have

17 been different.  I would called a detective and said

18 this is what we have, we've got to review body camera,

19 we've got to do this. How do you want to proceed?  It's

20 not an automatic arrest, so just to answer your

21 question.

22     **Q.   So assault on a peace officer is not an**

23 **automatic arrest in your book; is that right?**

24          MR. RINGEL:  Object to the form and the

25     foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

127

1      A.   And I get -- I get what you are asking, but

2   that's the best way I can explain it is with -- with

3   what I observed, what I believed to be -- to have

4   happened, was three people throwing things, which one of

5   those three actually hit Dan.  Does that make sense?

6      **Q.   I'm asking a different question.  Is an**

7   **assault on peace officer an automatically arrestable**

8   **offense in your book?**

9            MR. RINGEL:  Object to the form and

10          foundation.

11     A.   I -- I'll tell you now, no.  We've had people

12  kick us when we're getting then out of the police car.

13  And lady who's drunk and, you know, we're not going to

14  waste time charging her with that.  So no, in answer to

15  your question.

16     **Q.   Okay.  So you are telling me that actually,**

17  **you don't know whether the guy in the gas mask, at that**

18  **time you didn't know whether the guy in the gas mask**

19  **threw a rock that hit an officer, right?**

20     A.   No, I'll clarify.  At that -- with -- okay.

21  So in Dan's statement you are -- you are asking me to

22  read it as if it was clear that Acker, Mr. Acker was the

23  one that hit Dan with the rock in the helmet, right?

24  And I'm saying, I don't see that in this statement.

25  What I see is that three separate people were throwing

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  things.  He's asking who's throwing them, and what comes

2  to mind is to tell him what I saw, you know, what I

3  believed at the time was that the white masked people

4  were throwing these objects, so which one hit him?  I'm

5  alerting him to that.  You know, he's still got to --

6       **Q.   We talked about --**

7       A.   That's hazy for an arrest, I would say.

8       **Q.   We talked about this earlier, but you stated**

9  **earlier that throwing a water bottle at an officer and**

10 **hitting them in the head could be deadly force, right?**

11      A.   No, I did not say that.  I said a bottle, a

12 glass bottle.

13      **Q.   Okay.  What about a rock, throwing a rock is**

14 **about the same as a glass bottle.  That would be deadly**

15 **force, right?**

16      A.   Yes.

17      **Q.   So you are telling me that you knew that**

18 **someone threw a rock at a police officer, they used**

19 **potentially deadly force, and you decided not to arrest**

20 **them; is that what you are telling me?**

21           MR. RINGEL:  Object to the form.

22      A.   Well, I tried to explain it as best I could.

23           I don't know if you want me to re-state what I

24 already did, but it wasn't that clear-cut to me.  I

25 don't believe that I was saying necessarily that the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

129

```
 1  rock, out of the three people, that that rock was from

 2  Mr. Acker.

 3       Q.   I'm just saying you didn't think it warranted

 4  an investigative follow-up, right?

 5            MR. RINGEL:  Object to the form and the

 6       foundation.

 7       A.   I think without injuries we were -- we were

 8  thinking -- you know, I didn't decide that anyway, he

 9  turned himself in later, correct?

10       Q.   He turned himself in pretty much right away.

11       A.   I don't remember that happening.

12       Q.   Well, I'm just asking you, you have an officer

13  who tells you that a rock was thrown at him and hit him

14  in the head, you have multiple officers with body-worn

15  cameras on at the time, you have probably 15, 20

16  officers there standing, watching, you have --

17       A.   Yeah.

18       Q.   -- pointing at the man in the gas mask saying

19  he threw a rock that might have hit Felkins in the head,

20  and you didn't even follow up to investigate; is that

21  what you are telling me?

22            MR. RINGEL:  Object to form and the

23       foundation.

24       A.   And the example of like, bringing someone out

25  of the car, they'd kick you in the knee or something,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

130

1  you know, that's not a mandatory -- that's up to the

2  officer and Felkins never, you know, made that known

3  that he would like to jail someone or, you know, further

4  or clarify that.  You know, who exactly hit him in the

5  head with the rock.  It was an alert.  White mask

6  throwing rocks, so

7      Q.   All right.  No matter what, shooting that

8  individual in the face with a 40-millimeter round was

9  excessive force, right?

10          MR. RINGEL:  Object to the form.

11          THE WITNESS:  No, I said I was going to be

12      truthful here.  I don't like the fact -- in fact, I

13      hate the fact that it hit him in the face.  And I

14      can't speak for Dan, because he fired that 40.  I

15      don't know exactly what else he's written or spoke

16      about, but, yeah, we don't want to hit people in

17      the aye -- it disappeared -- we don't want to hit

18      someone in the eye with a 40, you know, there's no

19      way.

20  BY MR. MCNULTY:

21      Q.   Right?

22      A.   It's the question kind of puts me in a

23  Position, where did he do wrong?  You know, and I can't

24  really say that.  What I'm saying is I didn't like that,

25  not one bit.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

131

1      Q.   I'm talking about objectively, objectively

2  under the circumstance, shooting that person in the face

3  with the 40-millimeter round was excessive force, right?

4           MR. RINGEL:  Object to the form and the

5       foundation.

6      A.   I -- I'm just here to answer you, right?  I

7  believe that if it was intentional, yes, absolutely.

8      Q.   Even if wasn't intentional if he got shot in

9  the face, just effectively taking intent of the officer

10  and intent of everyone else out of it, based on what you

11  knew at the time, shooting that person in the face with

12  a 40-millimeter round was excessive force, right?

13           MR. RINGEL:  Object to the form and the

14       foundation.

15      A.   See, I -- I disagree.  I view excessive force

16  as, you know, the officer's aware of what he's doing.

17           You know, what I'm saying?  It's kind of like

18  -- it's kind of like an accident.  If you are in a

19  vehicle and you step on a gas towards a pedestrian or

20  something, you know what I mean, and you hurt him,

21  that's intentional. But if you are driving and he runs

22  in front of you, and you hit him, you know, what I mean?

23  It's an accident, I guess, is what I'm trying to say.  I

24  -- I don't --

25      Q.   You are not trained by Denver that excessive

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    force is governed by objective reasonableness?

2             MR. RINGEL:  Object to the form and the

3         foundation.

4         A.    Like I said, if you intend on pulling that

5    trigger and hitting someone in the eye, right?  That's -

6    - that's excessive force, right.  That's the best way I

7    can answer that.

8         Q.    I'm saying --

9         A.    But if you --

10        Q.    My question is different, though.  Does Denver

11   train you that whether force is excessive is governed by

12   objective reasonableness?

13            MR. RINGEL:  Object to the form and the

14        foundation.

15        A.    Yeah, I can't answer that with the terms that

16   you are using, to be honest with you.

17        Q.    So you never heard that term before?

18        A.    I -- I've heard it, but I -- I'm -- there's a

19   difference, though.  And surely in the law, right, if

20   you intend on doing something.  And I can't speak for

21   Dan.  He's got to answer for why that hit him in the

22   eye. You know what I'm saying?  You are asking me do I

23   think it was excessive and if I found out that he

24   intended on hitting that gentleman in the eye, I would

25   say, yes. But other than that, I can't agree with you,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

133

```
 1   no.

 2        Q.    What if he intended on hitting him in the

 3   chest, would that be excessive?

 4             MR. RINGEL:  Object to the form and

 5        foundation.

 6        A.    I think that, you know, the term center of

 7   mass is something that is a guide that's there to

 8   prevent you from hitting them in the groin or the head,

 9   you know.  I could be wrong because I wasn't trained in

10   that weapon as I stated before, but I would feel better

11   somebody shooting lower than the chest.  You know, like

12   the -- the abdomen, the upper abdomen.

13        Q.    So you are saying that shooting someone,

14   aiming for the chest and hitting someone in the face

15   would be excessive force, under the circumstances?

16             MR. RINGEL:  Object to the form and the

17        foundation.

18        A.    The chest, to be honest with you, I can't make

19   a definite -- for some reason it's just not here right

20   now with the chest thing.  A weapon like that, I -- I

21   wouldn't believe that you should, you know, hit the

22   heart.  There's a danger there with that, I believe.  So

23   when they say chest, not being trained in it, they use

24   it as a guide because it's center, center of mass, you

25   know, so I can't say 100 percent.  I just can't answer
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

134

1   you on that one, on the chest.  The eye is easy, and the

2   head is easy, though.  I can answer that.

3       **Q.   Do you believe that Officer Felkins**

4   **accidentally shot the man in the gas mask?**

5           MR. RINGEL:  Object to the form and

6       foundation.

7       A.   I can't -- I can't say for sure, you know,

8   what he does when he fires that.  But I -- I hope with

9   everything in me that the eye was an accident, yes.

10      **Q.   But he purposely shot the man in the gas mask**

11  **because you pointed him out, right?**

12          MR. RINGEL:  Object to the form foundation.

13      A.   I alerted him to who I believed was throwing

14  objects at the officers.

15      **Q.   And then Officer Felkins shot that man, right?**

16          MR. RINGEL:  Object to the form and

17      foundation.

18      A.   He did.  He did.

19      **Q.   I think I might be done.  Can we take a quick**

20  **break?**

21          THE WITNESS:  Sure.  I need one as well.

22          VIDEOGRAPHER:  We're off the record.

23              (OFF THE RECORD)

24          VIDEOGRAPHER:  We're back on the record.

25  BY MR. MCNULTY:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

135

```
 1        Q.    So I don't have any more questions, but I just
 2   want to clean some things up, real quick.  I'm going to
 3   mark Calabrese body-worn camera which is Denver 4130 as
 4   Exhibit 1.  Duran's, which is Bates number 3904, that's
 5   Exhibit 2.  McDermott's, which is 4136, that's
 6   Exhibit 3.  And then the e-mail that we were just
 7   discussing, that's Denver 11366 and that's Exhibit 4.
 8   Those are all going to be Beta 1, 2, 3, 4, and I'll get
 9   those to the court reporter.  But that's all of the
10   questions I have.  Thank you, Sergeant, for your time
11   today.  I appreciate it.  I think my other colleagues
12   have sone questions for you, so you are not off the hot
13   seat yet.  Thanks for being candid and answering my
14   questions.
15        A.    No, I appreciate it.  Thank you.
16           (EXHIBIT BETA 3 MARKED FOR IDENTIFICATION)
17           (EXHIBIT BETA 4 MARKED FOR IDENTIFICATION)
18                  EXAMINATION
19   BY MS. WANG:
20        Q.    Good afternoon.  Was there something wrong
21   with your body-worn camera during the protests?
22        A.    No.
23        Q.    Okay.  Can you tell us why you don't have any
24   body-worn camera for May 31st?
25        A.    What was going on May 31st, if you don't mind?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

136

1      Q.   That was a Sunday.

2      A.   Okay.  I -- I don't know.  I can't answer that

3  from May 21st, you know what I mean?  Was there an

4  incident or something or just in general, my body cam

5  wasn't on?

6      Q.   Was there something wrongNo.  Strike that.  Is

7  there a reason why you didn't have any body-worn camera

8  for video for Saturday, May 30th?

9      A.   Nothing was wrong with my body cam.  And I --I

10 don't recall, you know, where we were or anything.  I

11 wrote a statement about, you know, like three weeks

12 late.  Ordered to do so.  And I documented some events,

13 I mean, I guess it would have be, was there a cause for

14 me to turn it on.

15     Q.   Okay.

16     A.   Nothing was wrong with my body camera.  You

17 know what I mean?

18     Q.   Right.  So a reason why you would turn it on

19 is if you were about to use force on protesters, right?

20     A.   Yeah, yeah, something like that.

21     Q.   That includes tear gassing them?

22     A.   Yeah.

23     Q.   That includes pepper balling them, right?

24     A.   Right.

25     Q.   And that includes not just you doing those

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

137

1    things, but officers who were on your team who you were

2    with at the time, right?

3        A.   Correct.

4        Q.   You were at 14th and Sherman on May 28th at

5    9:10 p.m., correct?

6        A.   I -- I can't say for sure, but -- is it -- can

7    I refer to like a written statement or something?  I

8    have a statement.

9        Q.   Well, let me ask you this.  Let me just limit

10   my question to this right now?

11       A.   Okay.

12       Q.   On May 28th, the first day of the protests,

13   there was nothing wrong with your body camera on that

14   day either, correct?

15       A.   Right, right.

16       Q.   And whatever body camera footage you recorded,

17   you uploaded to Evidence.com?

18       A.   Correct.

19       Q.   Okay.  You didn't delete any of your body-worn

20   camera footage, correct?

21       A.   No, no.

22       Q.   Okay.

23       A.   I don't believe you can.

24       Q.   You don't have any reason to believe that

25   anybody from the city deleted your body-worn camera

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

138

```
 1  forage, correct?

 2      A.    No.

 3      Q.    So if we don't have any body-worn camera

 4  footage for you for certain days, it means you didn't

 5  record it, right?

 6      A.    Correct.

 7      Q.    Okay.  I'm going to show you a document.  Can

 8  you see my screen?

 9      A.    Yes.

10      Q.    Okay.  You see the statement?

11      A.    Yes, I do.

12      Q.    So we'll mark this as a Beta Dep Exhibit 5.

13  It is a documented Bates stamp Denver 3235 through 3239.

14          I'm just going to scroll through it and just

15  have you look at whether this is a statement that you

16  wrote, okay?  We'll focus on specific portions of it,

17  but for now, I just want you to take a look and confirm

18  that this is your statement?

19      (EXHIBIT BETA 5 MARKED FOR IDENTIFICATION)

20      A.    It is.  I recognize it.

21      Q.    Okay.  And just so you know, these highlights

22  on it are highlights that I made which we'll go through?

23          Okay.

24      A.    Okay.

25      Q.    This is your signature, correct?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

139

1      A.    Yes.

2      Q.    And I'm showing you the first page which is

3   the Bates-stamped Denver 3235.  This is dated 6-15-20 at

4   22:00, correct?

5      A.    Yes.

6      Q.    That's the time that you completed this

7   statement?

8      A.    Right.

9      Q.    Did you write it all in one sitting?

10      A.    Yes.

11      Q.    Okay.  You state at the beginning here, "I was

12   ordered to complete a written statement documenting my

13   involvement during a series of major protests that began

14   May 28, 2020."  Do you see that?

15      A.    Yes.

16      Q.    Okay.  Who ordered you complete a statement?

17      A.    Lieutenant Williams, my boss.

18      Q.    Okay.  And what did he say to you about that?

19      A.    I don't remember exactly what he said, but the

20   general memory that I have, you know, he's like,

21   everyone who was involved in the protests or any

22   activity related to the protests, he used May 28th

23   through the 31st, they want us to best as you can

24   remember, use CAF notes, use rosters, and things like

25   that, you know, in so many words, it's going to be

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

140

```
 1   difficult because you've got to remember this now.  What
 2   date was that again?  June something.
 3        Q.   The date on the statement is June 15th?
 4        A.   Yeah, so, you know, a couple or three weeks
 5   later, I guess.  And he said that they want it and we've
 6   got to it, just try to remember the best you can.  You
 7   know, dig up where your assignments were and try to
 8   recall the things that we were involved in so that's
 9   what he -- something like that.  Something to it effect.
10        Q.   Okay.  When did you have this conversation
11   with Lieutenant Williams?
12        A.   I would say I started working on it right when
13   he told me that, so somewhere around that time.
14        Q.   Okay.  So within a day or two --
15        A.   Yeah.
16        Q.   Can you just -- I know it's hard because in
17   normal conversation people talk over each other, but
18   just for the record, just let me finish answering my
19   question before you answer, okay?
20        A.   All right.  Let me try to keep quiet.  I'm
21   sorry, I keep doing that.
22        Q.   So within a day or two, it would be fair to
23   say, of June 15, 2020 is when Lieutenant Williams asked
24   you to write a statement, right?
25        A.   That's correct.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

141

1      Q.   Okay.  And you said that he said that they

2   want it.  Who's they?

3      A.   Some of the command.

4      Q.   Okay.  Did he say who, exactly?

5      A.   No.

6      Q.   Okay.  And you were not intending on writing a

7   written statement documenting your involvement in the

8   process prior to Lieutenant Williams telling you to,

9   correct?

10     A.   Partially and I can explain if you want, but

11  we -- we didn't write statements unless there was a, you

12  know, significant incident or something like that.

13     Q.   Okay.  So at the time that you were assigned -

14  - during the first five days of the protests?

15     A.   Uh-huh.

16     Q.   Your understanding was, that you were not

17  going to have to write a statement about your

18  involvement in the protests, correct?

19     A.   Yes.

20     Q.   Okay.  And your belief was that, that that was

21  your belief that you didn't have to write a statement

22  about your involvement in the protests until Lieutenant

23  Williams asked you to, within a day or two of June 15,

24  2010, right?

25          MR. RINGEL:  Object to the form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.    Correct, and I can explain if you would like

2  but --

3     Q.    **Okay.**

4     A.    -- that's true.

5     Q.    **So what was your understanding at the time of**

6  **the protests, and when I'm saying the protests, I'm**

7  **really just referring to the first five days, okay?**

8     A.    Okay.

9     Q.    **At the time of the protests, why was it your**

10 **belief that you didn't have to write a statement unless**

11 **there was significant incidents?**

12    A.    Okay.  So my understanding was that because

13 the command post, consisting of Commander Phelan at the

14 time, and, you know, whatever Lieutenant, they stay up

15 there and they observe on HALO, they manage this whole

16 thing, they conduct the briefings, there we go, the

17 screen got big.  There's a thing called, you know, a

18 blanket report and what that -- I don't think it's

19 anything formal, I think they just use that.  Unless you

20 have something significant such as the Mr. Acker

21 situation at Platte, command knows everything that's

22 going on.  So if command's saying, give the order to

23 disperse, for instance, they're not moving, throw the

24 gas, they know that and they know the time they are

25 saying that.  But an after-action report is completed

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

143

1  and that was my understanding at the time.  Unless

2  something, you know, I mean, significant occurs, so if

3  that makes sense.

4      Q.   Sure, so and this is consistent with what you

5  said before, that with respect to the use of gas during

6  the protests, those were authorized by command, correct?

7      A.   Correct.

8      Q.   And by command, during the protests that was

9  the command post, correct?

10     A.   Right.

11     Q.   Ultimately, the buck stopped with Commander

12  Phelan, right?

13     A.   Yeah, or whoever was running it at the time,

14  yeah.

15     Q.   Okay.  So whoever the incident commander was

16  for a particular day would approve the use of gas during

17  the protests, correct?

18          MR. RINGEL:  Object to the foundation.

19     Q.   Is that correct?

20          MR. RINGEL:  Object to the foundation.

21     A.   Correct.

22     Q.   I know you got an objection, but he was saying

23  his answer at the same time, so just so the record is

24  clear.  What is your answer, Sergeant Abeyta?

25     A.   Correct.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

144

1      Q.   Okay.  Now and so -- because command knew what

2  was going on with respect to the use of gas, they did

3  not need officers to document what they were doing

4  during the protests unless it was a significant incident

5  like the one with Mr. Acker, correct?

6          MR. RINGEL:  Object the foundation.

7      A.   That's -- that's my understanding.

8      Q.   Okay.  And so your understanding was that the

9  command staff were going to document everything in an

10  after-action report afterwards, right?

11     A.   Yes.

12     Q.   Okay.  And did you communicate during the

13  protests, during the first five days of the protests,

14  did you communicate to the officers on your team, your

15  understanding of what the situation was with whether or

16  not they had to write statements?

17     A.   I don't remember specifically, to be honest

18  with you.  That's my answer.  I just don't remember

19  that.  I think it's, you know, everybody, command and

20  some sort at the end would say, everybody's got to

21  document their own after-action, you know, and we didn't

22  hear that, so I would communicated that had I known.  My

23  understanding was that blanket, you know, unless

24  something significant happened, so

25     Q.   So when you were referring to a blanket

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    report, are you referring to the after-action report, by

2    the command staff?

3         A.   I am, yeah.

4         Q.   Okay.

5         A.   I don't -- I think it was later, you know,

6    they were -- it's really -- I can't believe this has

7    been a year already.  There was no, like at briefing,

8    "Okay.  You will have to document this, that, and the

9    Other," because then I would have appointed a scribe on

10   my team.  You know what I am saying?  I would have had

11   somebody -- hey, they just put -- we just put pepper

12   ball down, document the time.  You know what I mean?

13   There wasn't any of that, so I didn't talk to them about

14   what we're going, you know, the documentation part.

15   So

16        Q.   Okay.  So did you believe that the officers on

17   your team had the same understanding that during the

18   protests, that they didn't have to write a statement?

19        A.   For general protests, yeah.

20        Q.   Okay.  And that's what your officers

21   understood at the time of the protests, correct?

22             MR. RINGEL:  Object to the foundation.

23        A.   I -- I believe so.  I don't remember really

24   discussing too much about what we had to write.  It was

25   kind of understood.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

146

1    Q.   Okay.  And how do you know that it was
2  understood?
3    A.   Well, back to, like, the Mr. Acker thing, you
4  know, a specific, hey, we arrested this guy, his, you
5  know, just an example, his knuckles are bloody from when
6  we went on the ground.  You know, that's -- that's going
7  to be a statement, you know what I'm saying?  So
8    Q.   So what qualified, what did you believe
9  qualified as a significant incident that would have to
10  be separately documented?
11    A.   Just like that.  Like the use of force.  There
12  was -- I know you brought up the gas and everything.
13  That is -- that is force, but that's a type of force --
14  and I'm going, I'm rambling and I'm sorry.  But anything
15  where I would say where you have a subject who's either
16  going to jail or who's injured.  Let's put it that way.
17    Q.   Okay.
18    A.   Or property damage, you know, something like
19  that.
20    Q.   Sure?
21    A.   Like we damage property, you know, something
22  to that effect.
23    Q.   Sure.  So if an officer was shooting pepper
24  balls at protesters for something that the protesters
25  were doing, but there was no evidence of injury or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

147

1   significant injury to the protesters, then that would

2   not be counted as a significant incident, correct?

3            MR. RINGEL:  Object to the form.

4       A.   Well -- I'm sorry, I should have paused.

5            MR. RINGEL:  I'm done.  Go ahead.

6            THE WITNESS:  Sorry, sir.

7       A.   So again, this -- this blanket, you know, use

8   of force or after-action, I've read some of those before

9   and it just said -- it has times, and dates, and it's

10  stamped pepper ball deployed at Colfax and Washington.

11  You know what I mean?  And maybe a brief synopsis of

12  why.  You know, even aside from protests, like when out

13  crowds were here, when the bars were open and

14  everything, and people wouldn't move whatever, and

15  pepper ball was deployed, it's a mass general report

16  that's documentation, you know what I'm saying?  So it

17  would have to be something like a person in custody

18  where there was a use of force, they're injured, or,

19  say, an officer deploys a 40 and hits a citizen's car

20  window, yeah, you got to report that, you know, so civil

21  liability, stuff like that.

22      Q.   Did you have any discussion with Lieutenant

23  Williams about the Abay case?

24      A.   About the what?  I'm sorry.

25      Q.   About the Abay case?  The case --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

148

```
 1        A.    Um --

 2        Q.    The case where the Judge ordered the

 3   injunction, the temporary restraining order, in early

 4   June of 2020?

 5        A.    Oh, yes, yeah, I mean, I don't know so much

 6   about a discussion, but like our own little briefing

 7   before we even -- well, we have a briefing with command

 8   right at headquarters and then the lieutenant would take

 9   me and the team and go over that again.  So yeah, in

10   that sense we did.

11        Q.    Okay.  And so when did you, just to orient

12   you, the Judge in the Abay case issued the temporary

13   restraining order on June 6, 2020.

14        A.    Okay.

15        Q.    This briefing that you described, is that

16   something you had with Lieutenant Williams after?

17        A.    Yes, I mean, they -- pretty much all the time

18   when we were deployed downtown, there was a briefing

19   first.  And I went to most of them.  And if I didn't go,

20   but say Lieutenant Williams went and I didn't go, we

21   would meet up with the team and he would read per the

22   order, verbatim, what was expected and, you know, what

23   we could and couldn't do, things like that.

24        Q.    Okay.

25        A.    Based on that, the Abay, right.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

149

1      Q.   During your conversation with Lieutenant

2   Williams when he was ordering you to complete your

3   written statement, documenting your involvement in the

4   protests, did you have a conversation with him about

5   Abay at that time?

6      A.   I don't recall that.

7      Q.   Did Denver Police policy, as you understood

8   it, require you to complete a written statement

9   documenting your involvement in the protests?

10     A.   Let's see here.  I don't want to lose you.  So

11  can you kind of clarify that question?  I'm sorry, I

12  don't know where to go with it.

13     Q.   Well, so what I'm trying to understand is, you

14  understood that for this protests, you didn't have to

15  write a written statement until Lieutenant Williams told

16  you that you needed to until a few weeks afterwards,

17  right?

18     A.   Yes.

19     Q.   And so, did existing Denver Police policy not

20  already require you to complete a written statement

21  documenting your involvement in the protests?

22     A.   I believe -- I've never read anything to be

23  honest with you specifically related to a protest and

24  documentation.  It was around during the DNC and I

25  didn't get involved with the protests, but -- having

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 151 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
150

1  been around, you know, on the department and hearing of

2  other people involved, it's that blanket thing that I

3  was telling you, unless specifically happens, so I -- I

4  don't know exactly if policy says that pertains to

5  specifically protests, so I can't really say.

6      **Q.   Okay.  But your understanding of Denver Police**

7  **policy at the time, was that for protests, you and your**

8  **officers wouldn't have to write a statement?**

9      A.   Unless something significant occurred, yeah.

10     **Q.   Right?**

11     A.   Correct.

12     **Q.   Okay.  I'm showing you again, Deposition**

13 **Exhibit 5, your statement.  So I'm going to scroll down**

14 **-- well, let me first ask you, what did you consult in**

15 **order to write this statement?**

16     A.   That's a good question.  I'm trying to

17 remember now.  I may have looked up -- do you know what

18 the CAD is?

19     **Q.   Yes.**

20     A.   Okay.  I may have looked up -- well, it says

21 right there, CAD notes.  Let's see.  I remember looking

22 at notes and things like that from the CAD, trying to

23 figure out where were we on these dates that they're

24 asking me to, you know, write a statement two or three

25 weeks later which is not easy to do.  That's why I tried

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 152 of 266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
151

1  to write a little disclaimer that I'm trying to

2  remember, you know, everything.  But I think CAD notes

3  and maybe some of the possibly -- whatever documentation

4  I could find like a detail, something like that.  I

5  mean, it was very difficult to write this.

6      Q.   Okay.

7      A.   A lot of it from memory, so

8      Q.   And so the two sources of information that

9  would allow you to, or two major sources of information

10 that would allow you to remember what you had done would

11 be your body-worn camera, that's one, right?

12     A.   Yes.

13     Q.   And if you had contemporaneously documented

14 what you did during the protests, it would have been

15 fresher in your name, correct?

16     A.   Right.

17     Q.   But you had neither of those things available

18 to you at the time that you were writing this statement

19 on June 15th, right?

20     A.   Yeah, I think I had some body-worn camera

21 footage, but, you know, that was difficult -- so --

22     Q.   You didn't have any from May 30th or 31st,

23 right?

24     A.   I don't know that.  I thought I had some,

25 but --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

152

```
 1        Q.   Okay.  Let's take a look at Denver, page
 2   Denver 3237.  Actually, let's look at 3236.  So you
 3   described the events you were involved in by day.  On
 4   page Denver 3236 you talk about Friday May 29th.  Here
 5   on page 3237 you list officers that you were with.  Do
 6   you see this in yellow?
 7        A.   Yes.
 8        Q.   Okay.  So these officers listed here;
 9   Williams, yourself, McDermott, Van Volkinburg, Connors,
10   and Hoffecker, were the officers on your team on Friday
11   May 29th, correct?
12        A.   Yes.
13        Q.   Okay.  And you-all traveled together?
14        A.   We did.
15        Q.   In the same RDV?
16        A.   Yes.
17        Q.   Okay.  And then going to Denver 3238,
18   Saturday, May 30th, you also list the officers that were
19   on your team that day, correct?
20        A.   I did.
21        Q.   Okay.  So that would be Williams, yourself,
22   McDermott, Van Volkinburg, Connors, and Moser, right?
23        A.   Yes.
24        Q.   For Sunday, May 31st, which is at the bottom
25   of Denver 3238, you don't list the people you were with,
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

153

1    you see?

2         A.   Right.

3         Q.   Okay.  Do you recall who you were with that

4    day?

5         A.   I -- I don't, but the general members of

6    District 1 Impact Team are -- are the same up above

7    here.

8         Q.   Right?

9         A.   With the exception of Moser.

10        Q.   What's the deal with Moser?

11        A.   Moser is from the details like regular patrol,

12   but they sent him to our team to assist because we're --

13   we had one on vacation who missed all of this, so

14        Q.   Right.  Was John Russell the one on vacation?

15        A.   Yes, yes.

16        Q.   Okay.  So the regular members of your team who

17   were Hoffecker, McDermott, Van Volkinburg, and Connors?

18        A.   Yes.

19        Q.   Okay.  And so do you believe that those were

20   the people who were on your team on May 31st?

21        A.   Yeah, I mean, unless something happened that I

22   didn't remember.  I --  Van Volkinburg wasn't present on

23   part of this.  I think it may have been, you know,

24   medical related, and I don't know what I can say or

25   can't say about his -- you know what I mean?  But I



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  remember something to do with Adam Van Volkinburg,

2  though, so

3  I can't be for sure that he was there.

4        Q.   You can't be sure that Van Volkinburg was

5  there on Sunday May 31st?

6        A.   Right, there was a time when it was a medical

7  situation and he wasn't, you know, on duty.  That's --

8  that's what's coming to me now, a year later.  I just

9  can't remember.

10        Q.   Okay.  Do you recall having Moser on your team

11  more than one day?

12        A.   I don't remember that at all.

13        Q.   Do you think he was only with you on one day?

14        A.   I don't know.

15        Q.   Okay.  Lieutenant Williams was your boss on

16  all these days, correct?

17        A.   Yes.

18        Q.   Okay.  And all these days refers to the days

19  that you documented in your report, which is from

20  May 28th through Sunday May 31st, correct?

21        A.   Correct.

22        Q.   Okay.  On page 5 of your report, which is

23  Bates-stamped Denver 3239, you state, "I did not observe

24  any of my 180 team utilize any unauthorized force with

25  less lethal munitions or otherwise."  Do you see that?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

155

1    A.    Yes.

2    Q.    That's true, correct?

3    A.    Yes.

4    Q.    And then you state, "During all of these

5  incidents that I'm able to recall, I did not observe any

6  unauthorized use of force by any Denver police officer."

7          Do you see that?

8    A.    Yes.

9    Q.    And is that true?

10    A.    It is.

11    Q.    Okay.  All of the actions that you took during

12  the first five days of the protests were consistent with

13  Denver police policy, correct?

14    A.    Yes.

15    Q.    And all of actions that you observed other

16  officers take during the first five days of the

17  protesters were consistent with Denver Police policy,

18  correct?

19    A.    That's correct.

20    Q.    All of the actions that you took during the

21  first five days of the protests were consistent with

22  your training by the Denver Police Department, correct?

23    A.    Yes.

24    Q.    And all of the actions that you observed other

25  officers take during the first five days of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 157 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
156

1  protests, were consistent with Denver Police training,

2  correct?

3      A.   Yes.

4      Q.   And you would not have expected to be

5  disciplined for any of the actions that you took during

6  the protests, right?

7      A.   Correct.

8      Q.   You would not have expected any officer that

9  you observed conduct themselves during the protests to

10 have been disciplined for anything they did during the

11 protests, right?

12     A.   Yes.

13     Q.   Did you review this report before your

14 deposition?

15     A.   This -- this statement here?

16     Q.   Yes.

17     A.   I did two days ago.

18     Q.   Okay.  Did you review any of the video that

19 Mr. McNulty showed you before your deposition?

20     A.   I don't remember, specifically, those videos.

21 But I reviewed some video, and I don't know whose video.

22     Q.   Do you know --

23     A.   This was a long time ago, you know.

24     Q.   Sure, what do you mean by a long time ago?

25     A.   Well, it had to be, you know, like a year ago.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ  Document 117-5  filed 06/09/21  USDC Colorado  pg 158 of 266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
157

1  So

2      Q.    I'm saying in preparation for your deposition?

3      A.    Oh, no.

4      Q.    Okay.  So just to be clear, you did not review

5  any video prior to your -- like in preparation for your

6  deposition?

7      A.    No.

8      Q.    Okay.  On page 3 of your report, which is

9  Bates-stamped Denver 3237, you state, "Impact deployed

10 on this date at 10:00 hours, and I did attend a

11 supervisor briefing at HQ at this time."  Do you see

12 that?

13     A.    Yes.

14     Q.    Okay.  You attended a supervisor briefing on

15 each day of the protests that you documented in your

16 report, correct?

17     A.    Yeah.

18     Q.    Okay.  Do you recall anything-- You testified

19 earlier about what you recalled about the supervisor

20 briefing on May 28th.  Do you recall anything that was

21 discussed at the supervisor briefings for the subsequent

22 days?

23     A.    I -- I don't.  It was all similar, so I'm not

24 sure.

25     Q.    And so for any of the days that you attend the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

158

```
1   supervisor briefings, did you recall any discussion of
2   what kind of less lethal weapons were authorized for use
3   on protesters?
4       A.   Yeah, I mean, what day was this one again, the
5   30?
6       Q.   This one -- this paragraph is about the 29th,
7   Friday the 29 --
8       A.   Okay.
9       Q.   -- the second day.
10      A.   This stuff is hazy, you know, I don't remember
11  exactly what was said.  But I do know that the
12  munitions, 40, pepper ball, that was authorized, but it
13  was still, you know, based by the use of force policies,
14  so there had to be aggression, and active aggression,
15  and whatnot, so
16      Q.   Okay.  Do you recall there being any
17  discussion of -- during any of the supervisor briefings,
18  of when crowds would be ordered to disperse?
19      A.   Not -- not really.  I don't -- in all honest,
20  I don't remember exactly what was said.  They were all
21  very similar and just kind of a brief on what was going
22  on, what they expected might happen, and this is before
23  the Judge's order, right, is what we're talking about --
24      Q.   Right?
25      A.   -- so like I tried to articulate earlier, I
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

159

1  don't know if I did it properly, but we brought our

2  knowledge of the use of force policy with our -- just

3  like there were firearms on, we have less lethal, that's

4  what we brought to these protests, to the field.  You

5  know, we had to stay within the policy of when you could

6  use force, so --

7      Q.   Okay.

8      A.   But I mean -- it-- it was all -- the gas and

9  everything, I do remember that, because that was kind of

10  an issue.  You know, command will tell you when you need

11  to put gas or, you know, that kind of thing, deploy gas.

12      Q.   Okay.  So as far as what your experience was,

13  all uses of the gas were off -- during the protests,

14  were authorized by command staff?

15      A.   That's my understanding.

16      Q.   Okay.  Now on page 4 of your report for

17  Saturday, May 30th, you state here, "I at no time

18  observed any Impact officer utilize less lethal

19  implements in an improper manner or against policy."  Do

20  you see that?

21      A.   Yes.

22      Q.   That's true, right?

23      A.   Yes.

24      Q.   Okay.  Do you recall where you were deployed

25  to on Saturday, May 30th?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

160

1        A.    No, is it going off of that?  It says Colfax

2   and Broadway, correct?

3        Q.    Well, it says 183, conducted patrols along --

4        A.    Oh.

5        Q.    -- East Colfax and Broadway area?

6        A.    Okay.

7        Q.    So I'm not sure what you meant by that.  Do

8   you know what you meant by that?

9        A.    Yeah, I mean, just understanding my own

10  writing, it's -- so when we were not based at

11  headquarters, we would conduct patrols in two separate,

12  they call them RDVs, the big trucks where you ride the

13  rails and then hang on; the riot trucks, if you will.

14         We would do general patrols, kind of outside

15  of where things were going on, just to make --  just to

16  get a visual on it in case we responded.  That's --

17  that's what it sounds like there, Colfax and Broadway.

18        Q.    So when you say along the Colfax and Broadway

19  area, what did you mean by that?

20        A.    I think that was just general because --

21  because there was a lot of gathering, you know, at Civic

22  Center Park and at the state Capital.  Colfax and

23  Broadway is right there, so that whole area, basically.

24        Q.    All right.  Can you see my screen?

25        A.    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

161

1      Q.   All right.  I'm pulling up a Google map of the

2    Colfax and Broadway area by the State Capital.  So when

3    you are saying you were on May 30th, you were patrolling

4    the Colfax and Broadway area, where is that?  How far

5    east and how far west are you talking about?

6      A.   Well, without being too specific, when I

7    documented that Colfax and Broadway area, I remember

8    going like 16th Street, you know, Mall.  I'm trying to

9    think of the streets that are downtown, to 15th Street,

10   around to Bannock, and back up toward Broadway, maybe on

11   14th, if it was clear, to Lincoln Street and then north

12   from -- on Lincoln Street back to Colfax.  Kind of that

13   area is what I remember.

14     Q.   Okay.  Great.  That's helpful.  Now do you

15   recall being -- so on Saturday, May 30th, if -- you were

16   with Lieutenant Williams during your shift, right?

17     A.   You know, specifically on that day, who knows.

18          But under normal circumstances we were.  I

19   mean, you know, this is a year ago and I don't want to

20   say something --

21     Q.   Well, you documented in your report that on

22   Saturday, May 30th during your shift --

23     A.   Right, okay.

24     Q.   Just let me finish the question, please?

25     A.   Based on that, yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

162

1    Q.   During your shift, in your report, you state

2    "Saturday, May 30, 2020, shift 1000 hours to 0200."  Do

3    you see that?

4    A.   I do.

5    Q.   That's to 2:00 a.m. right?  On the 31st,

6    right?

7    A.   Yes.

8    Q.   Correct?  Okay.  So you were with Lieutenant

9    Williams on that day during this time, right?

10   A.   Yes.

11   Q.   Okay.  Do you recall being at the intersection

12   of Lincoln and Colfax between 5:30 and 8:00 p.m. on

13   Saturday, May 30th?

14   A.   I don't recall.

15   Q.   You've got to wait until I finish my question,

16   and sometimes it takes me a second to get it all out, so

17   the court reporter can get it all down, okay?  Do you

18   recall being at the intersection of Lincoln and Colfax

19   between 5:30 and 8:00 p.m.?

20   A.   No, I do not.

21   Q.   Okay.  Do you recall being at the intersection

22   of Colfax and Broadway between -- at any time between

23   5:30 and 8:00 p.m. on Saturday, May 30th?

24   A.   No, I do not recall.

25   Q.   Okay.  You were with Cole Connors that day,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

163

```
 1   correct?

 2        A.    Yes, I was.

 3        Q.    Okay.  So give me a second.  I've got to --

 4              I've got to pull something up.  All right.  Do

 5   you see this video which is paused right now?

 6        A.    Yes.

 7        Q.    Okay.  I'm showing you, for the record, I'm

 8   showing you a video that's from Cole Connors body-worn

 9   camera, Bates-stamped Denver 5014.  I'm going to play it

10   for a few seconds and then I'll ask you a question,

11   okay?  So this is, just to orient you, this is from

12   Saturday, May 30th.  The time stamp on it says 23:28,

13   but that's Greenwich mean time.  So this is actually six

14   hours back, so this is 5:28 p.m. I'm going to play for a

15   few seconds and then just observe and I'll ask you a

16   question.  I'm going to play it from the beginning?

17                    (VIDEO PLAYS)

18        Q.    Okay.  I'm going to pause it at 32 seconds

19   into the video.  Does this refresh your recollection at

20   all -- were on this RDV with Cole Connors?

21        A.    I -- I should be.  I don't remember, but I

22   should be if everything was normal that day, yeah.

23        Q.    Okay.  Do you recall riding on the RDV and

24   archive at about 5:30 p.m. on Saturday, May 30th at this

25   bus station, Civic Center?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

164

```
 1        A.   I can't say exactly, but that setting looks

 2   familiar, you know, with all those days look the same to

 3   me, so

 4        Q.   Okay.  We're going to move forward a bit.  Do

 5   you recall being at Civic Center Station at about 5:30

 6   to 6:00 on Saturday, May 30th and then be given orders

 7   to the command staff to push protesters south of Colfax?

 8        A.   I recall being in that area on one of the days

 9   and -- and at an unknown time to me.  But the setting

10   and scene looked familiar, yes.

11        Q.   Do you recall having any conversations with

12   Lieutenant Williams on Saturday, May 30th?

13        A.   No.

14        Q.   Did you have any less lethal weapons on you

15   that day?

16        A.   I had a Taser.

17        Q.   You did not have a pepper ball gun or a 40?

18        A.   No, I'm not trained in those.

19        Q.   Okay.  Did you have any tear gas cannisters?

20        A.   I don't know for sure on that.  It's not

21   normal for me to have those.  They would usually be on

22   the truck, but I am not going to say, no, definitely

23   not.

24        Q.   Do you recall deploying any tear gas on

25   Saturday, May 30th?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

165

```
 1        A.    I don't.

 2        Q.    Did you give anybody any orders to deploy any

 3   tear gas?

 4        A.    I do not.  I don't remember that.

 5        Q.    Do you recall Lieutenant Williams giving

 6   anybody any orders to deploy tear gas?

 7        A.    And, you know, just to clarify, you are asking

 8   on certain dates and times.  I don't know on that date

 9   or that time.

10        Q.    Okay.

11        A.    But I do recall -- go ahead.

12        Q.    No go ahead.  Go ahead?

13        A.    I do recall Lieutenant Williams possibly

14   giving that order during the ordeal of those four, or

15   five days, or so.

16        Q.    I'm just focused on Saturday, May 30th right

17   now?

18        A.    Yeah.

19        Q.    Do you remember specifically for Saturday,

20   May 30th?

21        A.    I don't remember.

22        Q.    I'm going to share with you that same video

23   again from Cole Connors that is the Bates-stamped Denver

24   5014.  So we're at the end of the video now and -- well,

25   let's see.  Okay.  So we're at the end of the video now
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ  Document 117-5  filed 06/09/21  USDC Colorado  pg 167 of 266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
166

1    and the time stamp on it, it says 5-31-2020 0000, which

2    means it's 6:00 p.m. on May 30th.  His video ends here.

3    Do you have any recollection of what you and your team

4    members were doing after 6:00 p.m. on May 30th?

5        A.    None.

6        Q.    Did you tell him to turn off his body-worn

7    camera at that time?

8        A.    No.

9        Q.    Okay.  Did you hear any officer tell him to

10   turn his body-worn camera off at that time?

11       A.    No.

12       Q.    And if you were still interacting with

13   protesters and using, officers were using tear gas or

14   pepper balls on them, there would have been no reason to

15   turn off the body-worn camera at that time, right?

16            MR. RINGEL:  Object to the form and the

17            foundation.

18       A.    You know, a lot of those things at that time

19   depended on what was going on, but if you are using

20   force, things like that, yeah, your camera should be on.

21       Q.    Okay.  So I'm going to show you another video.

22   It's Bates-stamped Denver 5016.  It's also Cole Connors'

23   body-worn camera footage and can you see my screen?

24       A.    Yes.

25       Q.    So this one starts at -- the time stamp on it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ~~ABEYTA~~, taken on MAY 21, 2021

167

1   says 5-31-2020.  It says 021936, which means that it's

2   8:19 p.m. on Saturday, May 30th.  Do you have any idea

3   why we don't have body-worn camera footage from Cole

4   Connors from 6:00 p.m. until 8:19 p.m. on May 30?

5       A.   No, I do not.

6       Q.   You didn't tell him to turn off his camera,

7   right?

8       A.   No.

9       Q.   Do you know what was happening at the location

10  of Lincoln and Colfax in front of the State Capital

11  between 6:00 and 8:00 p.m. on Saturday, May 30th?

12          MR. RINGEL:  Object to the form and the

13      foundation.

14      A.   No, I do not.

15      Q.   Okay.  I'm going to play this for a few

16  seconds and ask if you recall being present with Officer

17  Connors, at this location at this time?

18      A.   Okay.

19              (VIDEO PLAYS)

20      Q.   All right.  I've played the first minute of

21  the video.  Does this refresh your recollection at all

22  as to whether or not you were at the intersection of

23  14th and Broadway on May 30, 2020, at about 8:20 p.m.?

24      A.    Not at all.  I mean, all these scenes, they

25  look the same to me.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

168

1      Q.    Okay.  Was the use of force that you saw in

2   the first minute of this video consistent with your

3   understanding of the DPD policy and training?

4           MR. RINGEL:  Object to the form and

5      foundation.

6      A.    I didn't see a use of force.  Did I miss

7   something?

8      Q.    You want me to play it again?  I'm going to

9   play it from 45 seconds into the video.

10               (VIDEO PLAYS)

11     Q.    Okay.  I'm pausing at 56 seconds into the

12  video.  This officer standing to the left of Officer

13  Connors, threw something which sparked, did you see

14  that?

15     A.    I saw something, yeah.

16     Q.    Do you have any idea what that was?

17     A.    I don't.

18     Q.    The crowd is retreating at this point, right?

19          MR. RINGEL:  Object to the form foundation.

20     A.    I don't know if they are retreating or not.  I

21  saw something coming at us, at the officer as well, on

22  the video.

23     Q.    All right.  Somebody threw a water bottle

24  which hit the street several feet in front of this

25  officer, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

169

1          MR. RINGEL:  Object to the form and

2     foundation.

3     A.   I don't know what it was.  I saw some objects

4     thrown.  And --

5     Q.   **Did you hear any dispersal orders?**

6     A.   I don't remember.

7     Q.   **You have no memory of whether you were at this**

8     **intersection at this time?**

9     A.   I don't.

10    Q.   **If Officer Connors was there, does that mean**

11    **you were likely there as well?**

12    A.   It's possible, yes.  I mean, all these scenes

13    and everything, they look identical to me now, a year

14    later.  Nothing really rings a bell with that one

15    though.

16    Q.   **I'm showing you again Deposition Exhibit 5**

17    **which is your statement.  Does looking at this report,**

18    **I'm showing you again the paragraph for Saturday,**

19    **May 30, 2020, does it refresh your recollection at all**

20    **as to what you were doing and where you were that day?**

21    A.   Let's see.  It doesn't give a specific time is

22    the issue, right, on this thing here?

23    Q.   **Is there anything in this report, in this**

24    **paragraph here under Saturday, May 30th, that refreshes**

25    **your recollection as to where you were between 6:00 and**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   8:00 p.m. on Saturday, May 30th?

2        A.   No.  So that incident you are showing me,

3   is --- is in -- it's daylight, correct?

4        Q.   Well, it's getting dark.  It was at 8:20 p.m.?

5        A.   Is -- most of this that I'm documenting here

6   is at night and I remember that.  I do remember that.

7        Q.   Okay.  So and that's helpful thank you.  So

8   most of what you are documenting here in this paragraph

9   on page 4 of your report is, after it was dark?

10       A.   Yes.

11       Q.   Okay.  Do you recall what you were doing

12  before it was dark?

13       A.   Gosh, I don't.

14       Q.   Is there any reason you have to believe

15  Officer Connors was not with you during your entire

16  shift?

17       A.   No, he should have been.

18       Q.   Okay.  Did you ever tell -- I'm sorry, go

19  ahead.

20       A.   Just that I document how our vehicle

21  windshield was broken.  That was definitely at night.

22       Q.   Okay.  Did the other officers on your team on

23  May 30th, Max McDermott, Adam Van Volkinburg, and Ryan

24  Moser have their body cameras with them?

25       A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    Q.   Did you ever tell them to turn them off?

2    A.   No.

3    Q.   Do you know why we don't have anybody cam for

4  them?

5    A.   I don't.

6    Q.   Did any other officer, a superior officer to

7  you, ever tell your officers to turn their body-worn

8  camera off?

9    A.   No.

10    Q.   Did any of your officers ever tell you, hey,

11  Sergeant, I have a problem with my body cam, it won't

12  work, or it won't turn on, or the battery's off?

13    A.   I have to think about that one.  I don't-- I

14  don't believe so.

15    Q.   No one alerted you that anybody had any

16  problem with their body-worn camera, correct?

17    A.   Correct.

18    Q.   Okay.  Do you know which weapons the different

19  members of your team had on that day, on Saturday,

20  May 30th?

21    A.   I can't say for sure.  Max McDermott was the

22  driver of the RDV, so he -- he didn't.  I believe Adam

23  Van Volkinburg, if -- well, I have it documented he was

24  there.  It was one of the days that he had to leave or

25  something, but he was pepper ball trained, Cole Connors

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 173 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

172

1  was pepper ball trained.  I don't know about Moser, he's

2  not on my team, so that doesn't ring a bell, any less

3  lethal for him.

4      Q.   Okay.  Now let's take a look at your report

5  for Sunday, May 31st.  You were on duty from 10:00 a.m.

6          to 2:00 a.m. on June 1st, correct?

7      A.   May 31st.

8      Q.   Correct?

9      A.   Yes.

10     Q.   Okay.  And your report on page four states,

11 "The 180/380 teams were on duty patrolling the downtown

12 area due to large crowds blocking intersections and in

13 violation of the mayor's curfew order.  The teams were

14 instructed by the command post to enforce curfew by

15 arresting violators."  Do you see that?

16     A.   Yes.

17     Q.   Okay.  How did you learn that the teams were

18 instructed by the command post to enforce curfew by

19 arresting violators?

20     A.   That's given over the police radio, the

21 channel we're monitoring.

22     Q.   Okay.

23     A.   And it's passed -- filters through to the

24 lieutenant who then gives us those instructions.

25     Q.   Okay.  So I want to understand.  Was it your

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Lieutenant Williams who was on the radio communicating

2    with the command post?

3         A.   I believe so.  Most of the time it would

4    command looking for the command officer of each unit and

5    the command officer of 180/380 was Lieutenant Williams.

6              It would be something like the mayor's curfew

7    is in effect, you know, and whatever else the orders

8    were.

9         Q.   Did you have a radio with you?

10        A.   Yes.

11        Q.   Okay.  And could you hear whatever radio

12   charter there was?

13        A.   I can, but in those circumstance, we're

14   advised, unless we're command, to stay off the radio.

15        Q.   Okay.

16        A.   Because of all of the chaos there.

17        Q.   So you just have one person from your team,

18   your lieutenant, communicating with the command post on

19   the radio?

20        A.   Right.  Correct, most of the time.

21        Q.   So you could hear what was going on the radio,

22   but you were not one from your team getting on the radio

23   to communicate with the command post, right?

24        A.   Yes.

25        Q.   Okay.  What did Lieutenant Williams



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

174

1    communicate to you about your instructions in terms of

2    enforcing curfew by arresting violators?

3         A.    Basically, that it is what it is.  The mayor

4    gave the order and I don't even remember the time now,

5    was it 20:00 hours or I don't remember.  And that they -

6    - they wanted people arrested for violating curfew.

7    They were serious about it.

8         Q.    Okay.  And how were you instructed to go about

9    arresting people for violating curfew?

10        A.    Well, I could tell you that -- I'm trying to

11   think of the right way to say it without chattering so

12   much.  But you see people on the street who aren't

13   leaving when the order was given.  That was on a major

14   loudspeaker, I remember that, saying, "Attention, this

15   is the Denver" -- you know, it was a recording if I'm

16   not mistaken.  And so when the police showed up, it was

17   anybody in the street that's not, you know, getting to

18   their car or getting out of there is to be arrested.  So

19   we would -- we would jump off the truck and arrest them

20   for curfew, call the sheriffs, usually, who would

21   respond with a van and they would be charged with a

22   curfew violation.

23        Q.    Were the people you were arresting for curfew

24   violations, did they appear to be protesters to you?

25        A.    That's -- I mean, to say every single time,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  you know, do they -- are they -- it's -- it's kind of

2  like when you are in the middle -- most of the people we

3  contacted were say, in the middle of the street still --

4  some of them maybe didn't think it was real or, you

5  know, because if -- if you were going to avoid arrest

6  for curfew, you would think you would be on the sidewalk

7  or something, and, you know, walking away or something,

8  so, yeah, I mean, for the most part they did look like

9  protesters in that respect, that they were in the

10  street, walking backwards, you know, cursing at

11  officers, things like that, right.

12      Q.   Were there any people who you encountered on

13  the street out in public after curfew who didn't appear

14  to be protesters to you, but maybe were on their way

15  somewhere and maybe didn't arrest?

16      A.   No, not our -- not our team.  I don't believe

17  so.

18      Q.   You didn't encounter any of those people?

19           MR. RINGEL:  Object to the foundation.

20      A.   Sorry.

21      Q.   Were there people who appeared to you to be,

22  they were clearly out after curfew, but who appeared to

23  be going somewhere or just maybe didn't realize that

24  there was a curfew, who you didn't arrest?

25      A.   No, not in my -- not in our case.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

176

1      Q.   Okay.  Now I want to put up your report again

2    for -- that's Deposition Exhibit 5.  The paragraph that

3    you write under Sunday, May 31st does not indicate what

4    time you were at the couple of locations that you

5    indicated here, correct?

6      A.   Right, yeah.

7      Q.   So actually, you only indicate one location

8    that you were at that day.  At the end of page 4 to the

9    beginning of the page 5, you say, "Impact assisted in

10   patrolling the 1200 block of Broadway and subjects were

11   contacted for curfew violations."  Do you see that?

12     A.   Yes.

13     Q.   Do you know what time that was?

14     A.   No, but I could tell you that it was -- it was

15   very dark at that time and I have a memory of that one,

16   because of the fireman situation.

17     Q.   Okay.  So that was the same location where

18   there was the arrest involved, there was somebody with a

19   fireman?

20     A.   Yes.

21     Q.   Okay.  Do you recall being at the intersection

22   of Logan and Colfax on -- at about 9:30 p.m. on Sunday,

23   May 31st?

24     A.   I -- I don't.

25     Q.   Do you know the church on Colfax between



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Colfax -- I'm sorry, the Basilica, the Catholic church,

2   between Logan and Pennsylvania on Colfax?

3        A.   I know of it, yeah, I know the location.

4        Q.   Okay.  So can you see my screen?

5        A.   Yes.

6        Q.   All right.  So there's a Basilica here called

7   the Cathedral Basilica of the Immaculate Conception on

8   Colfax between Logan and Pennsylvania.  Do you see that

9   map?

10       A.   Yes.

11       Q.   Okay.  We're going to take you to street view.

12            So this is the church.  Do you recognize this?

13       A.   Yes.

14       Q.   Okay.  I'm going to go down the street a

15  little bit to the east.  So this view is -- this is

16  Pennsylvania right here where this McDonald's is?

17       A.   Okay.

18       Q.   And Colfax.  From this view looking west, the

19  Cathedral is on the right and then going down a bit, if

20  we go on the other side of the Cathedral, this is Logan

21  okay?  Logan and Colfax.  Do you recall being at this

22  location at about 9:30 p.m. on Sunday, May 31st?

23       A.   No, but I -- I was probably at that location

24  sometime, but I don't recall the date or time.

25       Q.   Okay.  Do you see this fence here?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

178

1      A.   Yes.

2      Q.   Let me try to get a better view.  Okay.  Do

3  you see this fence?

4      A.   Yes.

5      Q.   That fence was there at the time on May 31,

6  2020, correct?

7      A.   I don't know.

8      Q.   Okay.  Do you remember making any arrests of

9  anybody in this alley, right here?

10     A.   I don't offhand.  I really don't.

11     Q.   Do you remember going with Lieutenant Williams

12 and your team from Colfax and Grant, which is west of

13 this location of the basilica, and pushing east on

14 Colfax at about 9:30 p.m. on Sunday, May 31st?

15     A.   I don't remember, again, the dates and times,

16 there's no way I'm going to remember that because they

17 all look the same to me, the dates and times.

18     Q.   Okay.

19     A.   But I do remember pushing people east on

20 Colfax at some time.

21     Q.   What do you remember about that?

22     A.   I remember that it looked like a war zone.

23          There were fires or dumpsters in the street.

24 There were -- it was just total chaos, I couldn't

25 believe it, that's the main thing I remember about that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

179

```
 1   That's when I realized, we have a problem here.  So --
 2   and that, that happened more than one day, I believe.
 3   So, but basically, just -- people are swarmed over
 4   Colfax blocking the street and that's what the push
 5   means, you know, trying to walk forward in some kind of
 6   formation getting people out of area.  That's what I
 7   remember.
 8        Q.   Do you remember if this occurred on May 31st?
 9        A.   I don't.  I don't.
10        Q.   I'm showing you what's been Bates-stamped as
11   Denver 5105, the body-worn camera of Cole Connors for
12   Sunday, May 31st.  The time stamp on it is June 1, 2020,
13   at 3:58 a.m., but the actual time here is six hours
14   behind.  So I want to play -- actually let's start it --
15   we're going to start it at 47 seconds into the video and
16   we'll play it for a little bit, and then I'll ask you
17   some questions, okay?
18                  (VIDEO PLAYS)
19        Q.   Okay.  So Officer Connors is at the location
20   the basilica, right?  This is the basilica right here
21   that we just played?  I stopped it at 104 minutes into
22   the video.
23        A.   Okay.
24        Q.   Do you recognize this?
25        A.   Not really, no.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

180

1      Q.    Okay.  We're at 58 seconds into the video.  Do

2  you see this church right here?

3      A.    Yes.

4      Q.    Okay.  Do you recognize that as the basilica

5  on Colfax?

6      A.    Yes.

7      Q.    Okay.

8      A.    Yes.

9      Q.    You were with Officer Connors at this location

10 at this time, correct?

11     A.    I can't say for sure.

12     Q.    Does this refresh your recollection as to

13 whether or not you were at this location at this time?

14     A.    It does not.

15     Q.    You can't explain why you don't have any body-

16 worn camera for May 31st, correct?

17     A.    Correct.

18     Q.    And if we did have some body-worn camera for

19 you for May 31st, we would know what you were doing that

20 day, right?

21     A.    I suppose if the camera was called for, yes.

22     Q.    Did you have it with you?

23     A.    I always have it, yes.

24     Q.    So you had your body-worn camera with you on

25 May 31st, right?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

181

```
 1        A.    Yes.

 2        Q.    You had it with you on May 30th, right?

 3        A.    Yes.

 4        Q.    You had it with you May 28th, right?

 5        A.    Yes.

 6        Q.    Do you see these officers?  We're still

 7   looking at the shot at 58 seconds into the video.  Do

 8   you see these officers lined up here?

 9        A.    I do.

10        Q.    Do you know if those are your officers on your

11   team?

12        A.    I do not.

13        Q.    Okay.  Do you have any recollection of where

14   you were at 9:59 p.m. on May 31st?

15        A.    I do not.

16        Q.    Okay.  Now let me ask you this.  You never

17   told Cole Connors to turn off his body camera at any

18   time during the protesters, right?

19        A.    Right.

20        Q.    And you didn't do that on May 31st either,

21   right?

22        A.    No.

23        Q.    So, if there were actions involving

24   protestors -- No, I am going to strike that.  Let's pull

25   up Cole Connors' video again.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1           We're looking at Denver 5105.  This particular

2    video begins at -- the time stamp in the corn is

3    6/1/2020, 3:58 a.m.  This is where it starts.  So 3:58

4    p.m. is 9:59, almost 10:00 p.m., correct?  If it's six

5    hours ahead?  I'm at the end of this video.  Do you

6    recognize any of these people?  It's at minute 2:36?

7        A.   Let me see here.  I don't.  It looks like

8    sheriffs there.

9        Q.   Okay.  Do you mind if I ask you how tall you

10   are?

11       A.   I like to say 5'7".

12       Q.   Okay.  And what's your weight at the time?

13       A.   Probably 215.

14       Q.   Okay.  Now if there was action, use of force

15   on protesters before that video began at 10:00 p.m. on

16   May 31st, you would have expected Cole Connors to have

17   his body-worn camera on, right?

18           MR. RINGEL:  Object to the form and the

19       foundation.

20       A.   You are supposed to turn your body cam on

21   during those situations, yes.

22       Q.   Right, now we're going to take a look at

23   another video.  Okay.  Can you see my screen?

24       A.   Yes.

25       Q.   You can see the video?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

183

1     A.   I can.

2     Q.   Okay.  I'm going to play for you a HALO camera

3   video that was produced by the City of Denver from

4   Colfax and Logan on May 31st.  We're going to start at

5   9:36:45 p.m. and we're going to play it for a few

6   minutes and then I'm going to ask you to pay attention

7   to what's going on in the video and ask you if it

8   refreshes your recollection, okay?

9              (VIDEO PLAYS)

10    Q.   I'm actually going to play it at four times

11  speed just so we can get through it.

12            (VIDEO PLAYS)

13    Q.   Okay.  Let me pause it at 9:41:52.  This is

14  tear gas, correct?

15      MR. RINGEL:  Object to the form and

16     foundation.

17    A.   I don't know that.  It could be smoke.

18    Q.   What are the circumstances under which smoke

19  is used, as opposed to tear gas?

20    A.   I believe that it's a couple of things.

21  Number one, it's to get crowds to clear out as if it was

22  gas and also kind of as a sort of a warning.  It works a

23  lot of the times, but the second thing is to see which

24  way the wind is blowing in case you do have to use gas,

25  so

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

184

```
 1        Q.   And so the dispersal, the use of smoke for
 2   purposes to see the wind is blowing is usually followed
 3   by the use of tear gas, correct?
 4        A.   It can be.  Not always, though.
 5        Q.   I'm going to keep playing it, and then I'll
 6   pause it and you a question.
 7                  (VIDEO PLAYS)
 8        Q.   Okay.  I'm pausing it at nine minutes and 43
 9   seconds.  Does this refresh your recollection as to
10   whether you were present at this location at this time?
11        A.   Again, it doesn't.
12        Q.   You have no recollection of this incident?
13        A.   They, honestly, all look the same to me, these
14   incidents.  I'm looking for myself if I see my stripes,
15   but I don't, not yet.
16        Q.   Are these your officers right here?  We're at
17   9:43:26 p.m. in the video?
18        A.   I don't know.  I don't know who they are.
19        Q.   Is this your RDV, do you know?
20        A.   It's an RDV.  I don't know if it's my RDV.
21        Q.   Okay.  There was force used on protesters
22   during the minutes of the video that we just watched,
23   correct?
24              MR. RINGEL:  Object to the form and
25         foundation.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

185

1        A.    I don't know.  I don't know if that's gas or

2    not.  I don't believe smoke is force.

3        Q.    Let's assume that it is tear gas, okay?  If

4    that is tear gas that was used on the protesters and you

5    would agree that this a lot of tear gas that's being

6    depict here in the section that we watched, right?

7              MR. RINGEL:  Object to the form and

8         foundation.

9        A.    I don't agree it's tear gas.  I don't know.

10       Q.    I'm asking you to assume that it is tear gas,

11   okay?  If we assume that is tear gas that is being

12   displayed in this section of video from 9:36 to 9:42

13   p.m., would you agree that that is a significant

14   quantity of tear gas being used at the protesters in

15   front of the basilica between Logan and Pennsylvania?

16             MR. RINGEL:  Object to the form and

17        foundation.

18       A.    Assuming that it's tear gas, I don't know what

19   a lot of tear gas is as opposed to a little bit of tear

20   gas.

21       Q.    Would you have wanted to be in this crowd at

22   this time?

23             MR. RINGEL:  Object to the form and the

24        foundation.

25       A.    I do not like tear gas, so no.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

186

1      Q.    If there were people who were trying to climb

2  a fence over here to escape the tear gas, and officers

3  shot at them at pepper balls, would that have been an

4  appropriate use of force?

5           MR. RINGEL:  Object to the form and the

6      foundation.

7      A.    I -- I don't even really know how to answer

8  that.  That's up to the individual that's using that

9  force.  He may see something that I don't see on the

10  video, you know what I'm saying?  That's -- that doesn't

11  seem -- I can't answer that yes or no.

12     Q.    So okay.  Let's take a look at one more video.

13           All right.  I'm showing you Denver 5085.  It's

14  Sergeant Beall's body-worn camera.  You were with

15  Sergeant Beall on May 31st, correct?

16     A.    Our teams were attached most of the time, yes.

17     Q.    Right.  I'm going to forward this particular

18  spot in the video.  We're going to play it from 30

19  seconds into the video.

20               (VIDEO PLAYS)

21     Q.    Okay.  I want you to pay attention.  I've

22  paused it at one minute and 16 seconds into the video.

23           There's there two officers here that appear to

24  be three chevrons on their sleeve.  Three chevrons means

25  sergeant, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

187

```
 1        A.    Correct.
 2        Q.    Okay.  So I want you to pay attention to these
 3   two figures.  This one with the red cannister and this
 4   taller one right here, okay?  And let me know if you
 5   recognize them or recognize yourself?
 6              (VIDEO PLAYS)
 7        Q.    Were you one of those?
 8        A.    I -- can you rewind it again?
 9        Q.    Sure?
10        A.    Just to be definite, I mean, I don't know.
11        Q.    We're going to play it again from one minute
12   15 seconds into the video.
13        A.    So are you talking about the one to the left,
14   right there.
15        Q.    The taller one?
16        A.    Yeah, are you talking about --
17        Q.    There's --
18        A.    I mean --
19        Q.    Yeah?  Is that you?
20        A.    I'm not -- I'm not denying I was there, I just
21   don't know, to be definite.  It -- it looks like me.
22              It's just at first, I thought I saw tattoos
23   and I don't have tattoos, so I'm trying to look at
24   the -- let me shut the window back here real quick.  The
25   glare is really -- okay.  Now I can see better.  One
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   more time, please?

2       Q.   Okay.

3       A.   I just want to see what the

4               (VIDEO PLAYS)

5       A.   I'm just not usually the taller one, I think

6   is the problem.  I was looking at the shorter one.

7       Q.   Well, let me ask you this.  Does watching this

8   refresh your recollection at all as to whether you were

9   present at this location, at this time?

10      A.   It -- it looks familiar.  But like I said, all

11  these scenes along Colfax look familiar.  We were there

12  so much.  There's got to be --

13      Q.   Well?

14      A.   -- something on here a little bit I can't tell

15  if it's me or not.

16      Q.   The incident with the protesters in front of

17  the basilica took place at about 9:30 p.m.  What were

18  you doing -- were you, and Sergeant Beall, and

19  Lieutenant Williams, and your teams doing just before

20  the incident at the basilica?

21      A.   I don't know.

22      Q.   You can't say -- you don't know whether you

23  and your team used force against the protesters in front

24  of the basilica; is that correct?

25      A.   Well, used force?  What type of force are you

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 190 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
189

1    talking about?  I mean, it could have been pepper ball

2    or something to that effect.  I don't know.  I don't --

3            I don't remember specifically where I was on

4    these days that you are showing me.

5        Q.   Okay.  Let me just focus you on this day and

6    this less than ten-minute period.  Okay?  Between 9:36

7    and 9:42 p.m. on Sunday, May 31st.  We watched the HALO

8    camera footage.  You said it does not refresh your

9    recollection, correct?

10       A.   Correct.

11       Q.   Okay.  So you do not know if you threw tear

12   gas at any protesters in front of the basilica, between

13   9:30 and 9:45 p.m., right?

14       A.   That's not correct.  I know I didn't throw

15   tear gas.

16       Q.   Did you observe anybody else throw tear gas?

17       A.   I don't remember that.

18       Q.   If there had been tear gas used on protesters

19   between 9:30 and 9:45 p.m. on May 31st in front of the

20   basilica, it would have been authorized by Lieutenant

21   Williams, correct?

22       A.   Or by command, yes.

23       Q.   Right.  And Lieutenant Williams, in fact,

24   would have had to get authorization for that from

25   Commander Phelan, right?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

190

1          MR. RINGEL:  Object to form and the

2     foundation.

3     A.    Specifically for our teams only, 180 and 380,

4 not -- not what someone else may have done, so, like

5 SWAT or something like that.

6     Q.    Right.  Lieutenant Williams, if Lieutenant

7 Williams and the people under his command, which were

8 your teams, your team and Sergeant Abeyta's team.  If

9 Lieutenant Williams wanted anybody under his command,

10 meaning Team 180 and Team 380 --

11    A.    Right.

12    Q.    -- to throw tear gas, he would have had to get

13 authorization from Commander Phelan, right?

14         MR. RINGEL:  Object to form and the

15    foundation.

16    A.    My understanding was that a lieutenant could

17 make that decision, but he had to communicate that and

18 justify it because he's on the ground.  But later as

19 things progressed, it became command, you know, that was

20 the order that they were going to follow from the

21 command center.  That was my understanding of it.

22    Q.    Okay.  So if there was tear gas that was used

23 on the protesters between 9:30 and 9:45 p.m. on May 31st

24 and that tear gas came from Lieutenant William's team,

25 he would have had to justify that with command, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

191

1        A.    Yes.

2        Q.    Okay.  So when you say he would have had to

3    justify that from command, he would have had to get

4    prior authorization to use tear gas on the protesters,

5    or he would have just had to explain it later, after

6    using it?

7        A.    My understanding is that command, and only

8    command, can authorize gas, the actual gas, not smoke.

9    And that -- that a lieutenant on the ground could still

10   do it, he could still authorize it, but it had to be for

11   some type of exigent circumstances.  That's what I'm

12   saying.  And as this progressed and the order came down,

13   it was, command will tell you when.  And then my

14   understanding is even then, lieutenants, because they

15   are command, could still do what I just explained.

16       Q.    Okay.  Now you cannot say what the protesters

17   were doing in front of the basilica between 9:30 and

18   9:45 p.m., correct?

19            MR. RINGEL:  Object to the form and the

20       foundation.

21       A.    No, I cannot.

22       Q.    You have no memory of that, right?

23       A.    I don't know what was going on there at that

24   time.

25       Q.    You don't know if anybody was throwing rocks,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  right?

2        A.    I don't.

3        Q.    You don't know if anybody was throwing

4  anything else, right?

5        A.    Right.

6        Q.    You don't know if there was a riot situation

7  there, right?

8        A.    The Colfax I remember it appeared to be a riot

9  situation with the fires, and the dumpsters turned over,

10  and all of that, so I'd say yes.

11        Q.    I'm talking about between 9:30 and 9:45 p.m.

12              in front of the basilica on Colfax, between

13  Logan and

14  Pennsylvania on Sunday, May 31st.  Do you remember if

15  there was a riot situation going on there at the time?

16        A.    You would have to define riot situation, then.

17        Q.    What do you recall?  You have said -- I've

18  shown you some videos, so my question is, the video does

19  not refresh your recollection, right?

20        A.    Right.

21        Q.    You didn't document anything in your report

22  about it, right?

23        A.    Right.

24        Q.    Okay.  And is there anything else that would

25  refresh your recollection as to what was happening and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

193

1   what the protesters were doing between 9:30 and 9:45 in

2   front of the basilica on the Sunday, May 31st?

3           MR. RINGEL:  Object to the form and the

4       foundation.

5       A.   I'm just saying that, when you show me that

6   video, I don't remember specifics about it, especially

7   the date and time from a year ago.  I'm not doubting

8   that I was there.  As far as was there a riot going on

9   you mentioned?  I would say yes, definitely.

10      Q.   Okay.  So what -- you either you recall what

11  was happening there at that time or you don't.  So tell

12  me about what you recall about what you describe as riot

13  situation in front of the basilica, between 9:30 and

14  9:45 p.m. on Sunday, May 31st?

15      A.   So not necessarily the basilica, I'm more or

16  less talking about Colfax.

17      Q.   Okay.  Let me focus you just on 9:30 --

18          MR. RINGEL:  Counsel, excuse me.  Counsel, let

19      him finish his answer.  He has the right to finish

20      his answer just like you have the right to the

21      finish his question.  I understand that you want to

22      focus on what's happening at a particular time and

23      a particular location and that's fine.  But if he

24      wants to answer a question in whatever way he wants

25      to answer it, after you ask the question, it's not

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      appropriate for you to interrupt him.

2           MS. WANG:  What's appropriate is for him to

3      answer the question that I've asked.

4           MR. RINGEL:  He's asked.  He's answered it,

5      you don't like the answer, and he gets to answer

6      the questions in any way he wants to --

7           MS. WANG:  Can you stop?  Are you done with

8      your objection?  Are you done?

9           MR. RINGEL:  Are you done badgering the

10     witness?

11   BY MS. WANG:

12     **Q.   Sergeant Abeyta, do you have a recollection of**

13   **what the protesters in front of the basilica were doing**

14   **on May 31st, between 9:30 and 9:45 p.m.**

15     A.   I do not.

16     **Q.   Is there anything that would refresh your**

17   **recollection?**

18          MR. RINGEL:  Object to the form.

19     A.   I -- I don't know.  And what I was trying to

20   explain is just simply that at night, especially, Colfax

21   Avenue, it all looks the same to me.  And in my memory,

22   unless something specific happened like an arrest or,

23   you know, a firearm located which strikes my memory on

24   another deal, I just don't.  You know, unless there's

25   something specific you want me to remember.  And that's

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

195

1    what were the protesters doing.  I don't remember that,

2    in front of the basilica.

3         Q.    Would it be appropriate for a team of officers

4    to push in on protesters on one side, fire tear gas on

5    them, and for another team of officers to push in on

6    them from another side, and fire tear gas on them,

7    trapping the protesters in the middle --

8              MR. RINGEL:  Object to the form.

9         Q.    -- would that be an appropriate use of force?

10             MR. RINGEL:  Object to the form and the

11        foundation.

12        A.    It -- it sounds to me like something that

13   isn't the, you know, isn't the norm because it sounds

14   like you are describing sort of a crossfire, right,

15   where officers are like literally facing each other on

16   each of the crowd.  That doesn't sound like great

17   tactics to me, but not -- it's -- it's nothing that's

18   within our training or anything like that, I guess is

19   what I'm trying to say.

20        Q.    Is it authorized by DPD policy?

21             MR. RINGEL:  Object to the form and the

22        foundation.

23        A.    I don't -- I don't think there is a policy on

24   that.  Not at that time, anyway.  And if something's in

25   the works or whatever, but, no.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

196

```
 1      Q.   Whatever Lieutenant Williams was ordering you

 2   and your team to do at that time was authorized by

 3   Commander Phelan, correct?

 4           MR. RINGEL:  Object to the form and

 5      foundation.

 6      A.   I don't recall anything that I felt, you know,

 7   was out of policy.  I'll answer it that way.

 8      Q.   Great.  Let's take a short break.  Let's go

 9   off the record?

10           VIDEOGRAPHER:  We're off the record.

11               (OFF THE RECORD)

12           VIDEOGRAPHER:  Back on the record.

13   BY MS. WANG:

14      Q.   Just one last question.  Do you have any

15   recollection of anything that you did on May 29th other

16   than what's written in your report?

17      A.   May 29th would be Friday or

18      Q.   Friday, the second day of the protests?

19      A.   Not unless something specific, you know --

20      Q.   I'm sorry?

21      A.   Something specific happened or something?  I

22   don't know exactly you mean.  For Friday, the 29th.

23      Q.   Is there anything that you recall doing on

24   Friday May 29th with respect to the protests other than

25   what is documented in your report which you reviewed
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

197

 1    prior to your deposition?

 2         A.   No, not right now, no.

 3         Q.   Okay.  I have no further questions.  Mr. Sebba

 4    may have some questions for you.

 5                        EXAMINATION

 6    BY MR. SEBBA:

 7         Q.   Hi, Sergeant Abeyta.  Just to introduced

 8    myself, my name is Mike Sebba.  I'm working for the BLM

 9    plaintiffs in this case.  Thanks for being here today.

10         A.   Thank you.

11         Q.   So first I just want to clarify, you were

12    at -- excuse me.  You were working at the George Floyd

13    protests, every day between May 28th and June 3rd; is

14    that correct?

15         A.   I would say May 28th through the 31st for

16    sure.  I just don't want to answer something that's

17    inaccurate.  But there was a day off somewhere in there,

18    but I -- I worked most of it, yes --

19         Q.   Okay.

20         A.   -- without looking at my schedule, you know

21    what I mean?

22         Q.   Sure, so then let's discuss May 28th through

23    May 31st?

24         A.   Okay.

25         Q.   On those dates, do you know who was the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

198

1  operations chief for the DPD?

2      A.   It would -- it would be Commander Phelan,

3  unless he had a day off or something, but when he's

4  there, it would be him.

5      Q.   Do you know who was the incident commander for

6  May 28th through May 31st?

7      A.   I think that's -- I believe that's the same

8  person, Commander Phelan.  He has a lieutenant, and I,

9  for some reason, forget who that is, who was assigned up

10 there with him.  And I'm sorry I can't remember who that

11 is because it changed over.  Maybe they retired or

12 something, I don't know.

13     Q.   Okay.

14     A.   Definitely Commander Phelan, though.

15     Q.   Do you know who your division supervisor was?

16     A.   The Division Chief of Police or Chief Thomas?

17     Q.   Well, if I said, what Division were you a part

18 of, let's start there?

19     A.   Okay.  Yeah, Patrol.  And that would be

20 Division Chief Thomas.

21     Q.   Okay.  And pretty soon I'm going to show you

22 some video, but before we get to that, I want to know,

23 in response -- after the -- let me start over there.

24          A few months after-- Are you familiar with the

25 Denver City Office of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Independent Monitor?

2        A.    I am to some extent.

3        Q.    Are you aware they investigated police conduct

4    during the George Floyd protests?

5        A.    I am aware of that, yes.

6        Q.    Were you interviewed by the OIM's office in

7    relation to that investigation?

8        A.    No, I wasn't.

9        Q.    Did you speak to anyone from the OIM's office

10   in relation to that investigation at all?

11       A.    No.

12       Q.    Have you ever spoken with anyone at the OIM's

13   office?

14       A.    In the past, like, by phone.

15       Q.    What was the context of that?

16       A.    We're talking like, wow, ten years-plus ago

17   and the context was trying to meet a -- having a

18   mediation meeting with someone who had a complaint.  And

19   then the complainant didn't follow-up, so the monitor

20   was telling me, don't worry about it.  They're not going

21   to do the mediation, something like that.

22       Q.    Understood.  Okay.  Thank you.  All right.  In

23   that case I would like to discuss the events that

24   occurred on 14th and Sherman on the night of May 28th.

25            So first, do you recall being at 14th and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 201 of
266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
200

1   Sherman, on the night of May 28th?

2        A.   I do.

3        Q.   Okay.  And were you there around 9:10 p.m.?

4        A.   I'm not sure of the specific time, sir, but

5   definitely at night.  I remember that one.  I remember.

6        Q.   Okay.  Why do you remember that one,

7   specifically?

8        A.   That was the first night (cough) excuse me.

9             That was the first night of protests, May

10  28th, right?

11            And after all the Platte Street stuff that

12  happened, we responded there, crowds were gathering.  I

13  just -- I mean, in all honesty, I'll tell you, and I

14  documented, I believe, but the -- there was gas deployed

15  at that one and I got the gas, without a gas mask.  So

16  I'll never forget that, so

17       Q.   Okay.  Why did you not have your gas mask?

18       A.   So that was -- that was the first night and

19  like I said earlier, I was wearing shorts, you know, to

20  ride the bicycle.  And so my gear was in the vehicle,

21  but it wasn't -- we weren't like suited up, if you will,

22  and ready for that type of thing, because this was the

23  first night and it was a response.  And I think it was

24  SWAT that deployed that gas.  But that's how I'll never

25  forget that.  So when you say Sherman, I immediately

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    think of that.

2         Q.    Okay.  And when you say SWAT, you mean Metro

3    SWAT?

4         A.    Right, I'm sorry.  Yeah.

5         Q.    Okay.  All right.  I'm going to show you a

6    video now.  Let me share my screen.  All right.  I would

7    like to introduce -- I've lost track of what number

8    we're on, so I'm going to start over at 101.  I'm going

9    to introduce a Beta Exhibit 101.  This is DEN004026 and

10   Sergeant Abeyta, this is your body-worn camera.

11        A.    All right.

12                    (EXHIBIT BETA 101 MARKED FOR

13                    IDENTIFICATION)

14        Q.    I'm going to start the video at 8:44 and 17

15   seconds.

16                    (VIDEO PLAYS)

17        Q.    All right.  I'm pausing the video at 8:45 and

18   six seconds.  Sergeant Abeyta, that was you speaking on

19   that video, correct?

20        A.    It was.

21        Q.    And you spoke with two different officers?

22        A.    I recognized Officer Max McDermott just now.

23              I don't know who I spoke to before, though.

24        Q.    Okay.  There was a --

25        A.    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

202

```
 1        Q.    Okay.  And you are discussing needing a gas

 2   mask, correct?

 3        A.    Correct.

 4        Q.    Because you were aware that Metro SWAT was

 5   going to deploy gas; is that correct?

 6        A.    That's what it sounded like, yeah, I had the

 7   radio in my hand, so that must have come over the radio.

 8        Q.    Okay.  All right.  And then I'm just going to

 9   share my screen again and jump to the end of this video.

10              So now I'm just going to show the last about

11   nine or ten seconds of this video which start at 8:48

12   and 51 seconds?

13                    (VIDEO PLAYS)

14        Q.    Okay.  That is the last of the body-worn

15   camera we have from you.  Do you know why you turned

16   your body-worn camera off?

17        A.    I do not.  However.  I did go back to what I

18   was going to do and talking to Officer McDermott was go

19   get our masks.  And so I'm going to my personal

20   belongings in my patrol car.  That's the only thing I

21   can think of if I grabbed the mask at that time.  And I

22   don't remember exactly, but I know that I inhaled the

23   gas before my mask was on and I had to put the mask on

24   just to make it through.  It affected me really badly so

25        Q.    Okay.  But whether or not you have a mask on
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

203

1  is unrelated to whether your body-worn camera is on,

2  correct?

3       A.   Right.  I'm thinking if I turned it off if I

4  had retrieved the mask because I was going to my vehicle

5  and my personal belonging, I wouldn't want that on the

6  body camera.

7       Q.   Okay.  I'm going to share my screen again.

8            One moment while I get it.  Okay.  So now I

9  will introduce as Exhibit Beta 102, the video bearing

10  the Bates stamp DEN004030.  This is the body camera of

11  Sergeant Horton and I'm going to start playing.  First,

12  do you know Sergeant Horton?

13       A.   I do.

14       (EXHIBIT BETA 102 MARKED FOR IDENTIFICATION)

15       Q.   Okay.  I'm going to start playing it here at

16  9:05:05.  And you are just going to watch for about 30

17  seconds.

18                  (VIDEO PLAYS)

19       Q.   All right.  I'm pausing that at 9:05 and 39

20  seconds.  So first, Sergeant Abeyta did you see yourself

21  in that video?

22       A.   I did.

23       Q.   Okay.  And you were huddled up with a few

24  different people wearing uniforms, correct?

25       A.   Correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

204

1    Q.    Did you recognize any of those other - any of

2  those other people?

3    A.    Only -- only the voice of the person giving

4  the orders there.

5    Q.    And who was that?

6    A.    That was my boss, Lieutenant Williams.

7    Q.    Okay.  And do you remember any of the other

8  people who were in the huddle?

9    A.    I don't.  I remember Horton being there,

10  though.

11    Q.    Okay.  So this is at -- around 9:05 p.m.

12         Lieutenant Williams is telling you that

13  there's a good chance gas is going to be shot, correct?

14    A.    Right.

15    Q.    So this is pre-meditated, you are aware that

16  gas is coming?

17         MR. RINGEL:  Object to the form and the

18    foundation.

19    A.    That's what the Lieutenant told us, yes.

20    Q.    And that's the type of incident that where

21  having body-worn camera footage would be useful,

22  correct?

23         MR. RINGEL:  Object to the form and the

24    foundation.

25    A.    Yeah -- oh, I thought I lost you.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     Q.    No, I turned off the screen share?

2     A.    Okay.  Yes.  Like I said, it's a use of force.

3           He -- Williams was saying if we push back and

4     they, you know, push back, and don't do what we say,

5     then Metro is going to do that.  But any time there's

6     going to be a use of force your camera should be on.

7     Q.    And would pushing the crowd be considered a

8     use of force?

9     A.    I would say so.

10    Q.    So --

11    A.    Not a use of force necessarily, but that's

12    time when something can happen, something can go wrong,

13    so

14    Q.    So this is a time where body-worn camera

15    should be on, correct?

16    A.    I would -- I would say so.

17    Q.    And you didn't turn yours on -- oh, you can

18    finish?

19    A.    Yeah.  If I can finish, sorry.  You've got to

20    understand that at the time it's more -- when we say use

21    of force, that's that word to blanket, the term blanket

22    use of force, again.  It's -- it's when things, I would

23    say, start getting thrown at you, stuff like that.

24          Later this was clarified, after the order and

25    everything.  But I remember hitting my camera and it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  must have just been the footage you have.  But yeah, in

2  answer to your question, I would say that it's wise to

3  turn the camera on at that time.

4      **Q.   Okay.  But you did not turn the camera on,**

5  **after you huddled up with Lieutenant Williams and heard**

6  **these orders?**

7      A.   Well, evidently not.

8      **Q.   Okay.  And why is that?**

9      A.   I -- I don't know.  I really don't.  I might

10  have to see it again to see if my mask was on, if I had

11  a mask at that time.  Because I know I turned it off to

12  go through my personal belongings and I always do that

13  while I'm on patrol.  So why I didn't turn it back on

14  when I came back, I don't know.  I think I was aware

15  that my camera was on, and I was aware enough to turn it

16  off so my personal belonging weren't on a permanent

17  record.  And if they didn't hit it, I just failed to do

18  it.

19      **Q.   After you received these orders from**

20  **Lieutenant Williams, did you instruct your team to turn**

21  **their body-worn camera off?**

22      A.   No.  That's kind of up to them at that point.

23  Later, like I said, then it was an everybody's cameras

24  on, you know, that kind of thing.  We were following the

25  policy prior to that order given at this time.  You

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

207

1  know, that can kind of be -- kind of be discretionary on

2  certain things because there's no policy on protests

3  with the body camera at that time.  It was more, you

4  know when you should turn this thing on, you know,

5  that's like cans, bottles, whatever, rocks coming at

6  you, now you've got to use force, that kind of thing. A

7  lot of us, probably, I mean, speaking for me, were still

8  were thinking with that blanket use of force, you know.

9  Everyone knows what we're doing here, it's not like an

10  individual use of force.

11    **Q.  So to clarify -- to clarify, you are saying on**

12  **the evening of May 28th, there was no DPD policy about**

13  **using body-worn camera during a protest; is that**

14  **correct?**

15    A.  I don't recall anything about specifically

16  like a protest, right, correct.

17    **Q.  Your understanding is that it was**

18  **discretionary whether officers should turn their body-**

19  **worn camera on; is that correct?**

20    A.  And if I could just explain a little.  Sort of

21  when you did have my body camera on, that was a moment

22  that I was getting tense.  It was getting louder and

23  people, you know what I mean?  That's why it was on at

24  that time.  And I've already told you that I didn't turn

25  it on probably when I came back and I don't know why,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

208

 1   I'm not going to make something up.  I just don't know.

 2   I didn't turn it back on, but it was on.

 3       Q.   Understood.  But I think my question is a

 4   little different.  Whatever your reasoning is, I

 5   understand you don't remember that --

 6       A.   Right.

 7       Q.   -- but I'm asking your understanding of the

 8   policy regarding body-worn camera at this point in time.

 9            You are saying that the policy was, it was

10   discretionary and there was no requirement for officers

11   to have it on; is that accurate?

12       A.   And I apologize for the word "discretionary."

13            What I -- what I guess I'm saying is, so at

14   the time before that order, and this was brought up when

15   the Judge made that order regarding batteries, for

16   instance. He said something to the effect of the Judge,

17   I'm sure that DPD can afford to get a bunch of batteries

18   if their batteries die.  So while this is going on, we

19   haven't really been involved in protests with body cams.

20   I haven't.  It was something like I'm turning it on when

21   I know I need to for sure, you know, like a

22   confrontation, a force situation.  To just the way it is

23   now, when you are involved in a -- in a situation like

24   that, your camera is on.  You know, and there -- it's

25   different now.  So not so much discretionary, but I had

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

209

1  it on in the first place.  Things were getting tense or

2  whatever.  And so I don't want to say discretionary, but

3  I want to say that it's not as strict as it is now,

4  though.  It's clear now, protest specific, your camera

5  goes on.

6      Q.   Okay.

7      A.   And it wasn't like that back then.  Sorry.

8      Q.   **And your understanding that pushing a crowd,**

9  **as Lieutenant Williams indicated was going to happen,**

10 **did not require activating a body-worn camera?**

11     A.   Well, if I can explain that.  Pushing the

12 crowd doesn't mean physically pushing.  We all

13 understood that to mean, you know, we're in a line and

14 walking forward, that's pushing.  But, you know, the

15 potential for -- and I guess I'm kind of judging this by

16 what I know now, you know, want we do now.  You would

17 want that camera on.  So all I can tell you is I didn't

18 turn it back on when I got the gas mask.  And then I

19 don't know at what point I was gassed.  It's kind of

20 hazy to me.  But anyway.

21     Q.   **Again, you are not quite answering my**

22 **question.  Whether or not you turned yours on, I'm**

23 **asking your understanding of the policy?**

24     A.   Okay.

25     Q.   **Is it your understanding of the policy that,**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

210

```
 1   if the police force push, using the definition of push

 2   that you just used, that would not be a situation that

 3   would require activating a body-worn camera?

 4       A.   I think that without saying the word

 5   discretionary, that may have been an unclear or grey

 6   area.  I've never seen that writing.  Definitely not for

 7   a protest situation.

 8       Q.   Okay.  And I'm sorry.  Before we continue, I

 9   just have a quick question.  Just to step back a moment.

10   Did you talk to your attorney during the last break?

11       A.   I did.

12       Q.   Okay.  Okay.  I would like to go back to the

13   video.  All right.  I'm jumping ahead to the time --

14   this is Officer Horton's body-worn camera again,

15   DEN004030, and I'm jumping ahead to 9:09 and 43 seconds,

16   and I'm going to play about a minute now?

17                   (VIDEO PLAYS)

18       Q.   Okay.  I'm pausing this at 9:10 and 51

19   seconds.  Sergeant Abeyta, in that video we saw a pan of

20   the crowd, correct?

21       A.   Yes.

22       Q.   And a number of DPD officers standing there?

23       A.   Yes.

24       Q.   Can you identify any of those officers?

25       A.   I was looking at the crowd to be honest with
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   you.

2        Q.   Okay.  Let's re-watch just part of that.  Oh,

3   I've got to share my screen.  Let me know if you can

4   identify any of these officers?

5                  (VIDEO PLAYS)

6        A.   I can identify myself, that's it, because I

7   have the shorts on.

8        Q.   Okay.  Did you see anything shot at the

9   officers?

10            MR. RINGEL:  Object to the form and the

11       foundation.

12       A.   I'm sorry.  Are you talking about live that

13   day, or just now on video?

14       Q.   Let's start with on this video, did you see

15   anything shot or thrown at these officers?

16       A.   I didn't.

17       Q.   Did you see any violence instigated against

18   these officers?

19            MR. RINGEL:  Object to the form and the

20       foundation.

21       A.   Not on that -- not on that clip.

22       Q.   Do you remember anything shot or thrown at the

23   officers at the corner of Sherman and 14th?

24            MR. RINGEL:  Object to the form and the

25       foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

212

1      A.    I don't right now.  I don't remember that.

2      Q.    **And so did you see anything on this video that**

3   **would require fire and gas?**

4          MR. RINGEL:  Object to the form and the

5          foundation.

6      A.    At the time, my understanding was that, you

7   know, blocking the roadways, things like that, and then

8   with orders given for people to disperse, that would be

9   the only thing that I could think of.

10     Q.    **So it's your understanding that if people were**

11  **blocking roadways who were then ordered to disperse and**

12  **they did not disperse, that that would justify the**

13  **firing of tear gas; is that correct?**

14         MR. RINGEL:  Object to the form and the

15         foundation.

16     A.    Yeah, and to be honest with you, that is above

17  my pay grade.  I don't remember at this time and I

18  didn't see anything on your footage there related to,

19  you know, aggression or anything like that.  And I

20  definitely didn't make that decision, so But that would

21  be -- at that time, that -- that's what was understood

22  in my memory, anyway.

23     Q.    **And when you say that's what was understood,**

24  **you are saying that was DPD policy?**

25         MR. RINGEL:  Object to the form and the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

213

1        foundation.

2        A.    Kind of in the lines of -- like I said, that

3    decision I have no -- I did not make that decision.  But

4    if my experience and everything, it falls along the

5    lines of like an unlawful assembly, blocking the

6    roadway, that kind of thing.

7        Q.    So you are saying tear gas can be used to

8    disperse an unlawful assembly?

9        A.    Well, I'm not necessarily saying that.  And to

10   be honest with you, not having my mask, I don't know

11   what triggered that, why there was gas thrown at that

12   time.  I'm just basing it on, you know, because you

13   brought up is that DPD policy.  Because I'm not aware

14   of anything else that happened, that's the only thing I

15   can think of, but I didn't make that decision, so I

16   probably --

17       Q.    Do you know who did make that decision?

18       A.    Actually, I don't.

19       Q.    All right.  Let's pick this video back up.

20   I'm going to jump ahead to where I left off the first

21   time.  Or just a little before.  So I'm going to restart

22   this at 9:10 and 30 seconds and we're going to watch a

23   little less than a minute?

24             MR. RINGEL:  You need to share your screen.

25             MR. SEBBA:  I apologize.  Thank you.  All



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        right. I'm restarting this, in that case, 9:10 and
 2        34 seconds.
 3                      (VIDEO PLAYS)
 4   BY MR. SEBBA:
 5        Q.   Okay.  There we saw Sergeant Horton say to a
 6   number of officers, "Here it comes," or "Here comes the
 7   gas," correct?
 8        A.   I couldn't tell who that was, but I did hear
 9   that, yeah, something to that effect.
10        Q.   We heard the persons whose body-worn camera
11   this is saying that, correct?
12             MR. RINGEL:  Object to the form and the
13        foundation.
14        A.   I don't know.  I didn't recognize their voice.
15        Q.   Okay.  But you heard someone saying, here it
16   comes, here comes the gas, to a number of officers; is
17   that correct?
18        A.   Correct.
19        Q.   Okay.  And, again, on this video, did you see
20   anything that would require a deployment of tear gas?
21             MR. RINGEL:  Object to the form and the
22        foundation.
23        A.   I've got to tell you, just in the scope of
24   what you are showing me, I don't see the whole picture
25   and, you know, do I see rocks or things coming to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

215

```
 1   officers, I don't.  Just to answer your question.
 2        Q.    And you don't remember any rocks or bottles
 3   being thrown at officers?
 4        A.    I don't remember.
 5        Q.    Okay.  Or anything else that would require
 6   deployment of tear gas?
 7             MR. RINGEL:  Object to the form and the
 8        foundation.
 9        A.    Correct.
10        Q.    All right.  I'm going to show this video again
11   and now we're going to watch about 40 more seconds.  I'm
12   restarting it at 9:11 and nine seconds.
13                  (VIDEO PLAYS)
14        Q.    All right.  I'm pausing this at 9:11 and 49
15   seconds.  Sergeant Abeyta, in that portion of the video
16   we saw a number of people fire pepper ball or 40-
17   millimeter, correct?
18        A.    I thought it was pepper ball but, yeah.
19        Q.    Okay.  And did you see any behavior from the
20   crowd that would justify the use of pepper ball?
21             MR. RINGEL:  Object to the form and the
22        foundation.
23        A.    I -- I did actually see something being thrown
24   towards the officers.
25        Q.    What did you see being thrown?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

216

1    A.    I don't know what it was.  It looked like a

2   white object or something.  I saw it and then another

3   officer or sergeant, someone, I don't recognize who they

4   are, said watch and pointed -- and watch to the right,

5   or something like that.  And that's where that object

6   came from.

7    Q.    **And is that where all of the pepper ball was**

8   **being shot?**

9         MR. RINGEL:  Object to the form and the

10        foundation.

11   A.    I -- I don't know exactly.  I just -- I could

12  tell pepper balls were being fired because the street

13  had the markings.

14   Q.    **Okay.  All right.  One moment.  So, I'm sorry.**

15        **Just to be clear, it's your understanding that**

16  **that incident at 14th and Sherman, there was tear gas**

17  **fired by Metro SWAT; is that correct?**

18   A.    I don't know for sure it was Metro SWAT, but I

19  assumed that that night.

20   Q.    **Okay.  Do you know what that assumption is**

21  **based on?**

22   A.    Because Metro SWAT was there.  And that's in

23  my limited experience with protests and things like

24  that, that's who would be throwing it first because

25  they're -- they're, you know, they have a different

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   level of training and whatnot.  They train for this

 2   stuff all the time, so

 3       Q.   Were there any mutual -- DPD mutual aid

 4   partners at that corner?

 5       A.   And I'm sorry.  Can you define mutual aid?

 6       Q.   Sure, fair.  Let me step back.  Are you

 7   familiar with the term mutual aid partner?

 8       A.   Not really.

 9       Q.   Okay.  So during the protests at certain

10   points, DPD had aid from other law enforcement

11   organizations, for example, Aurora PD, correct?

12       A.   Correct.

13       Q.   All right.  I'm going to refer to those other

14   law enforcement departments as mutual aid departments?

15       A.   Okay.

16       Q.   Is that okay?

17       A.   Yes.

18       Q.   So on the night of May 28th, were there any

19   mutual aid departments working with DPD at the corner of

20   Sherman and 14th?

21       A.   And I answer that with caution because the

22   days that -- that you give, and I understand what you

23   are doing, you are trying to get, you know, to the truth

24   what happened.  But when you say a specific date, it

25   doesn't make me go yeah, May 28th, I remember that



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

218

```
 1   incident because of the gas.  But I thought the mutual
 2   aid departments came in after the first day, so I can't
 3   say for sure they were there that day because we weren't
 4   prepared.  But they may have sent somebody that I'm not
 5   aware of, but definitely during the following days there
 6   was mutual aid agencies, yeah.
 7        Q.   Okay.  So in your memory is that there were no
 8   mutual aid departments on that first day, May 28th?
 9        A.   I don't think there were.
10        Q.   Okay.
11        A.   Possibly.
12        Q.   And so that would indicate that the -- any
13   tear gas shot in that, on 14th and Sherman on May 28th,
14   would have been done by either DPD or Metro SWAT; is
15   that correct?
16             MR. RINGEL:  Object to the form and the
17        foundation.
18        A.   I would -- I would agree with you other than
19   only one little factor and that's that we're right
20   basically, on the State Patrols.  I don't want to really
21   say jurisdiction, but that -- that belongs to the State
22   Patrol, so it's also possible that.  But more than
23   likely DPD, yes.
24        Q.   Okay.  All right.  In that case, I'm going to
25   jump to a different event.  Were you at Logan and Colfax
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

219

1    on the evening of May 28th?

2          A.    I mean, on that specific day I can't say yes

3    or no, but I was on Lincoln and Colfax at some time

4    during this whole protest event that took place.  I

5    think, in continuing, I actually may have parked on

6    Lincoln, but at 14th, on the incident that you were

7    talking about, so

8          Q.    Okay.  How long have you worked for DPD?

9          A.    Since November of 1999.  So 22 years, this

10   year.

11         Q.    All right.  In all that time have you ever

12   seen a DPD officer use less lethal munitions improperly?

13         A.    Improperly, no.

14         Q.    So every -- how often have you seen DPD

15   officers use less lethal munitions?

16         A.    And are you talking specifically pepper ball

17   or 40s, sir?

18         Q.    Let's start with pepper ball.  How often have

19   you seen DPD officers use pepper ball?

20         A.    Honestly, not very often.  I would say that

21   I've, I mean, I'm not giving an exact number, but I

22   remember being downtown years ago, out crowd bar fights,

23   that kind of thing, that was the first time I ever saw

24   it used.  You're talking May 28th, the first part of

25   this?  Maybe three, three or so times.  Just not a real

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

220

1  common weapon for patrol to use for normal calls for

2  service, that kind of thing.

3      Q.   Okay.  How often have you seen 40-millimeter

4  rounds used?

5      A.   That's -- that's got to be even less.  And

6  part of that may be because I'm a sergeant, you know,

7  but I'm not sure I ever saw the 40 used.

8      Q.   Okay.  How often have you seen an OC fogger

9  used?

10      A.   I've seen that a few more times than the

11  pepper ball.  Out crowd at bars and things like that.  I

12  say back in the day, that means ten years ago or more.

13      Q.   And any other less lethal munitions?

14      A.   I'm trying to just remember here.  No, never

15  witnessed it, but I had heard of -- we used to have a

16  less lethal shotgun.  We don't have that anymore, but

17  that was fairly new, I believe, and I had heard that it

18  had just happened, so

19      Q.   And every use of these munitions that you have

20  Seen, was proper?

21          MR. RINGEL:  Object to the form.

22      A.   That I witnessed, yes.

23      Q.   That is at the protests and in other contexts?

24      A.   Yes.

25      Q.   That includes the use of the 40-millimeter

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

221

1  against the gentleman in the gas mask, that we were

2  discussing with Mr. McNulty earlier today?

3       A.   The what I'm sorry can you say that again.

4       Q.   The -- that includes the use of the 40-

5  milliliter against the gentleman in the gas mask you

6  were discussing with Mr. McNulty earlier today?

7       A.   I would say, yes, however the unfortunate part

8  that it hit his eye, I told that openly I did not like

9  that.  I am hoping with everything I have that that's an

10  accident, so -- but as far as it being deployed, based

11  on what was happening at the time being there, yes, but

12  not the eye strike.

13       Q.   In your 22 years as a police officer, have you

14  ever reported a fellow officer for misconduct of any

15  sort?

16       A.   I'm trying to think here.  I have.  I have.

17       Q.   How many times?

18       A.   I would say -- and when you say report, we're

19  talking, you know, this is formal or informal, you know,

20  what I'm saying?  So there was a use of force, wow,

21  probably 2003 or '04, that I told the officer you need

22  to tell the sergeant this.  You know, we kind of, he's

23  like, okay, you know what I mean, and we did it

24  together.  So yes, I have.

25       Q.   So one time in 22 years?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

222

1      A.   No, that's -- actually as a sergeant, I

2 formally reported an officer.  I was thinking as my

3 patrol days, you know, being a officer myself.  I

4 reported an officer for the possible, you know, let the

5 powers decide that, but inappropriate use of force at an

6 RTD station.  So that was a formal thing.

7      Q.   So twice in your 22 years you've seen a police

8 officer use force inappropriately?

9      A.   Yeah.

10      Q.   And none of them occurred during the George

11 Floyd protest; is that correct?

12      A.   Correct.

13      Q.   All right.  Let's go off the record for two

14 minutes.  Just a quick break?

15           VIDEOGRAPHER:  We're off the record.

16                (OFF THE RECORD)

17           VIDEOGRAPHER:  Back on the record.

18           MR. SEBBA:  Thank you, Sergeant Abeyta.

19      Thanks for your time.  I don't have any more

20      questions, but I think

21 Mr. McNulty wants to follow-up on a couple more things.

22           THE WITNESS:  Okay.

23                REDIRECT EXAMINATION

24 BY MR. MCNULTY:

25      Q.   That is correct.  All right. Lindsey, how much

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

223

```
 1    time do we have left?
 2            COURT REPORTER:  I don't know what time we
 3        have left, I don't know what that means, but we've
 4        been going five hours and one minute.
 5    BY MR. MCNULTY:
 6        Q    --Sergeant Abeyta, you get another dose of me.
 7    Lucky you, huh?  Ms. Wang asked you a number of
 8    questions about the report that you wrote after these
 9    protests, right?
10        A.   Uh-huh.
11        Q.   Do you remember that report?
12        A.   Yeah, I looked at it a couple of days ago.
13        Q.   Yeah.  And do you remember writing that
14    report?
15        A.   I do.
16        Q.   Do you remember if you consulted anything when
17    you were writing that report?
18        A.   Yeah, like I said, I looked at CAD notes, I
19    believe, and maybe, I don't know, some rosters possibly,
20    of officers and who responded, and that kind of thing,
21    who was assigned to the -- team, probably.
22        Q.   Do you remember being prompted to write that
23    report by an e-mail that was sent to you?
24        A.   I don't, but that -- that's possible.  I know
25    Williams, Lieutenant Williams talked to me about it.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

224

1    Q.   Okay.  I'm going to share a document right now

2    if you wouldn't mind looking at it?

3    A.   Yeah.

4    Q.   Do you see that?

5    A.   It's from Camp?

6    Q.   Yeah, from Jesse Camp, yeah?

7    A.   Let's see.  Yeah, that was not sent to me.

8    Q.   Is it sent to a different David Abeyta?

9    A.   Yeah, it's sent to my son who is also a

10   sergeant.  That's not me.

11   Q.   Let me see -- are you Abeyta1 or Abeyta2,

12   what's your e-mail?

13   A.   He's Abeyta2.

14   Q.   Okay.

15   A.   I'm David.Abeyta@Denvergov.org and he's -- I

16   think he has a 2 in his e-mail or something, yeah.

17   Q.   Are you David M. Abeyta?

18   A.   We both are.

19   Q.   All right.  Do you see your e-mail in the top

20   of this e-mail, or no?

21   A.   No, I'm not in that.  I don't remember that e-

22   mail.

23   Q.   All right.

24        MR. RINGEL:  So Andy, not to hide the ball to

25        help you.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

225

```
 1              MR. MCNULTY:  Yeah.
 2              MR. RINGEL:  My understanding is, Sergeant
 3        Abeyta, that you are talking to here has Senior in
 4        his e-mail address, and his son has Junior in his
 5        e-mail address or in his name when it comes off on
 6        these e-mails, do you see on the top line of that
 7        e-mail?
 8              MR. MCNULTY:  I see Junior now, yeah.
 9        Apparently, I missed it the first time.
10              MR. RINGEL:  And you might not have known that
11        Sergeant Abeyta had a son, so that makes sense.
12              MR. MCNULTY:  Yeah, that's helpful.  I just
13        want to make sure that he's not on these other
14        previous e-mails in this thread.
15              THE WITNESS:  And if I may say, sir, they
16        haven't -- my name is not Senior, necessarily.
17        They've been using it to differentiate because
18        we're confused often on everything you can imagine.
19        Courts, subpoenas, I mean, everything and it's, you
20        know, you name a kid after me.  But mine is just
21        David.Abeyta@Denvergov and his has the 2.  And he
22        is legally Junior, so
23  BY MR. MCNULTY:
24        Q.   Got you.  All right.  Sergeant Abeyta, I'm
25  going to ask you a couple of questions about this e-mail
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

226

1    string anyway.  I know that it wasn't sent to you, but

2    I'm going to just ask you some questions about it, okay?

3         A.    Okay.

4         Q.    All right.  So do you remember getting any

5    instructions about how to fill out your reports after

6    the protests?

7         A.    You mean, the one that was like two-and-a-half

8    to three weeks later that I wrote?

9         Q.    Correct.

10        A.    No.  Just -- just an informal conversation

11   with Lieutenant Williams is what I remember.

12        Q.    Okay.  If you look at this e-mail from

13   Lieutenant Berdahl (phonetic), do you know who

14   lieutenant Berdahl is?

15        A.    Berdahl, yeah.

16        Q.    Berdahl?

17        A.    I know of him, right.

18        Q.    Okay.  Is he a higher-ranking official than

19   you are?

20        A.    Yes.

21        Q.    Who does he oversee?

22        A.    I don't know exactly.  He's like special --

23   some type of special ops downtown, so I really don't

24   know any more.  Once we had a new chief, he changed

25   everything and I lost track.  Special operations, I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

227

```
 1   would say.
 2        Q.   Is he --
 3        A.   He's in charge -- go ahead.
 4        Q.   Sorry.  When you said like -- you've referred
 5   to, I think, throughout this deposition about officers
 6   downtown, and is he one of those officers?
 7        A.   Yes.
 8        Q.   Okay.
 9        A.   Kind of admin.
10        Q.   Yeah, he's a higher up within the department;
11   is that right?
12        A.   Correct.
13        Q.   Okay.  You see in Lieutenant Berdahl's e-mail
14   here, in the first paragraph he talks about writing a
15   use of force report for each date from Thursday,
16   May 28th to Sunday, May 31st and that these statements
17   are to cover each and every less-lethal deployment that
18   occurred, right?
19        A.   Okay.  I'm reading it.  Yeah.
20        Q.   Okay.  And in the second paragraph, he says
21   that it's critical to complete these statements, but to
22   review the use of force policy and training materials
23   before doing so, right?
24        A.   Okay.
25        Q.   Do you see that?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

228

1        A.    Right.

2        Q.    And he says in there he wants to ensure that

3   officers are using correct terms to avoid inconsistency

4   and problematic language.  Do you see that?

5        A.    Yes.

6        Q.    Do you know what he means by problematic

7   language?

8              MR. RINGEL:  Object to the form and the

9        foundation.

10       A.    I don't, actually.

11       Q.    Okay.

12       A.    I really don't.

13       Q.    Could it be that he is making sure that none

14  of the reports read like they are excessive force?

15             MR. RINGEL:  Object to the form and the

16       foundation.

17       A.    Had I ever seen that e-mail I would have

18  called him and asked him because I wouldn't want to list

19  any of that, whatever he's talking about, but I don't

20  know.

21       Q.    Okay.  Now higher up in the string, this was

22  an e-mail that was forwarded around to a bunch of

23  different people, that e-mail below.  And this is the

24  top line of the string.  This is from a Commander Aaron

25  Sanchez.  Do you know who that is?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    I know him.

2      Q.    Okay.  And who does Commander Sanchez oversee?

3      A.    He is the commander and head of District 6

4  downtown.

5      Q.    Is that where you were at the time?

6      A.    Was I assigned there or can you clarify?

7      Q.    Correct.  At the time of the protests, were

8  you within District 6?

9      A.    Yeah, I was assigned to District 1, but

10  because of Impact Team we helped out District 6, yes.

11      Q.    Okay.  And so there were District 6 officers

12  there on May 28th as well, right?

13      A.    Yes.

14      Q.    Including a number of the people who are

15  listed in this, the two lines in this e-mail, right?

16      A.    I couldn't say.  I see Sergeant Sanders there.

17           I know he was down there.

18      Q.    Okay.  And in that e-mail, Commander Sanchez

19  forwarded the below e-mail about making sure that

20  there's no problematic language and said that this is of

21  upmost importance to protect you and your troops, right?

22      A.    That's what it says, yes.

23      Q.    And do you understand him to be conveying that

24  the thing that it's important to protect you from, is

25  legal liability?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. RINGEL:  Object to the form and the

2      foundation.

3      A.    I assume that.

4      Q.    **That would make sense reading that e-mail,**

5  **right?**

6      A.    Right.

7      Q.    **Okay.  So it was important if you-all to fill**

8  **out your reports after the protests to protect**

9  **yourselves from legal liability, correct?**

10         MR. RINGEL:  Object to the form and the

11     foundation.

12     A.    That's what he wrote on there, yes.

13     Q.    **All right.  I have a couple more questions for**

14  **you.**

15     A.    Okay.

16     Q.    **Were you ever formally disciplined in**

17  **connection with the use of force by Felkins on May 28th,**

18  **that we discussed earlier today?**

19     A.    No.

20     Q.    **Do you know if anyone was disciplined?**

21     A.    On that particular -- for that particular

22  incident?

23     Q.    **Correct?**

24     A.    I don't -- I don't know.

25     Q.    **Has anyone ever even discussed it with you?**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 232 of 266
The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
231

1      A.   Yes.

2      Q.   Who?

3      A.   Internal Affairs.  Denver Police Internal

4  Affairs did.

5      Q.   When did they talk to you about it?

6      A.   I don't remember exactly.  I want to say

7  either early March or late February.

8      Q.   Did you have an interview with them?

9      A.   I did.

10      Q.   And did you discuss this particular incident

11  where Mr. Acker was shot with a 40-millimeter?

12      A.   Yes.

13      Q.   Do you know if that interview was recorded?

14      A.   I don't remember if it was recorded.  It may

15  have been recorded.

16      Q.   Is that IA investigation still open?

17      A.   I do not know.

18      Q.   Have you been informed one way or the other

19  whether you have been exonerated, or whether they found

20  a violation of policy?

21          MR. RINGEL:  Object to the form and the

22      foundation.

23      A.   No, my understanding is that I was listed as a

24  Witness, not the subject officer.

25      Q.   Okay.  And was your understanding that Felkins



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   was the subject officer?

2        A.    That was -- that is, yeah, my understanding.

3        Q.    Do you know if Felkins was interviewed, as

4   part of that investigation?

5        A.    I do not know that.

6        Q.    Who interviewed you?

7        A.    I'm trying to remember his name.  Sergeant

8   Dixon.  I don't know his first name.

9        Q.    Was there anyone else present for that

10  interview?

11       A.    Not in the interview room.

12       Q.    Do you know if the Internal Monitor was

13  involved in it, at all?

14       A.    I don't know.

15       Q.    Have you had any other communications with

16  anyone in Internal Affairs since that interview?

17       A.    No.

18       Q.    Do you know if Felkins has been disciplined?

19       A.    I don't know that.

20       Q.    Have you received any additional training as a

21  result of the incident that happened with Michael Acker

22  on May 28, 2020?

23            MR. RINGEL:  Object to the form.

24       A.    Not -- not specifically for, you know, Michael

25  Acker, but as I stated before, you know, as the -- as

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

233

1  the protests progressed and time went on, there was

2  clarification, especially with regards to 40s.  We

3  didn't even carry 40s after that.

4      Q.   What did Sergeant Dixon ask you during your IA

5  interview?

6      A.   He asked about the incident, you know, what

7  happened from beginning to end, basically.

8      Q.   Did he ask you if you thought the use of force

9  was appropriate?

10     A.   He didn't ask me that.

11     Q.   What did you tell him about what happened from

12 beginning to end?

13     A.   I just -- I basically used my written

14 statement from memory and kind of just -- tried to tell

15 him what happened from the time I got there, until the

16 time the incident happened, until the time we left and

17 he had specific questions that he had to ask, too, so

18     Q.   Did he ask you if you had pointed out the man

19 in the gas mask as someone who had thrown rocks?

20     A.   I think that was discussed.  I'm not sure if

21 it was a direct question.

22     Q.   Did he ask if you had yelled, "Motherfucker,"

23 or "Fuck you"?

24     A.   I don't remember that.

25     Q.   Did he show you any body camera videos during

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

234

1   that questioning?

2       A.    I believe he did and I'm not sure which ones,

3   but I believe he showed some.

4       Q.    Are you under investigation for that incident

5   or were you just testifying as a witness?

6       A.    Well, my understanding is based on that

7   interview, I signed a Garrity (phonetic) form advisement

8   that they have to tell you whether you are a subject or

9   a witness.  I was listed as a witness and I have no

10  knowledge of anything that's transpired since that

11  interview.

12      Q.    Do you know if anyone else was interviewed, in

13  connection with the IA investigation?

14      A.    I don't know.

15      Q.    Okay.  Have you ever been disciplined in any

16  way for violating the body-worn camera policy, for your

17  actions on May 28, 2020?

18          MR. RINGEL:  Object to the form and the

19      foundation.

20          COURT REPORTER:  Wait a minute, hold on.

21      Sorry, I didn't get the answer, Sergeant.

22      A.    No.  Have I -- I'm sorry.  The question,

23  again?

24  BY MR. MCNULTY:

25      Q.    Have you ever been disciplined in any way for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

235

1    violating the body-worn camera policy on May 28, 2020,

2    at the intersection of Platte and 16th?

3              MR. RINGEL:  Object to the form and the

4         foundation.

5              COURT REPORETER:  Still didn't get that,

6         Sergeant.

7         A.   No, I have not.

8         Q.   Do you believe you violated the policy on that

9    day and at that location?

10        A.   No, I don't.

11        Q.   You admit that you did not turn your body-worn

12   camera on that date, though, right?

13        A.   That's incorrect.

14        Q.   Your body-worn camera was not activated on

15   that date, right, at that time?

16        A.   That is correct.

17        Q.   All right.  Sergeant, I don't have any further

18   questions.  Thank you for your time?

19        A.   Okay.

20             MR. SEBBA:  Nothing further here.

21             MS. WANG:  I have no further questions.

22             MR. RINGEL:  I have no questions for Sergeant

23        Abeyta today.  I will take care of review and

24        signature.

25             VIDEOGRAPHER:  This concludes the deposition

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

236

1   we're going off the record at 5:04 Eastern time.

2   (EXHIBIT BETA 6 MARKED FOR IDENTIFICATION)

3   (DEPOSITION CONCLUDED AT 3:04 P.M. MST)

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

237

1                     CERTIFICATE OF REPORTER

2                       STATE OF COLORADO

3

4    I do hereby certify that the witness in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Stipulation page hereof by me after

7    first being duly sworn to testify the truth, the whole

8    truth, and nothing but the truth; and that the said

9    matter was recorded by me and then reduced to

10   typewritten form under my direction, and constitutes a

11   true record of the transcript as taken, all to the best

12   of my skills and ability. I certify that I am not a

13   relative or employee of either counsel, and that I am in

14   no way interested financially, directly or indirectly,

15   in this action.

16

17

18              

19

20

21

22   LINDSEY N. JOHNSON,

23   COURT REPORTER / NOTARY

24   COMMISSION EXPIRES ON: 08/05/2024

25   SUBMITTED ON: 06/02/2021

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of   SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

238

**Exhibits**

**Beta Exhibit 4
_Abeyta** 135:7

**Beta Exhibit 5
_Abeyta**
138:12 150:13
169:16 176:2

**Beta Exhibit 6
_Abeyta**

**-**

**--l** 136:9

**--sergeant**
223:6

**0**

**0000** 166:1

**0200** 162:2

**021936** 167:1

**04** 221:21

**1**

**1** 18:1 19:25
20:3,4 80:25
83:10 92:12,16,
17,20 93:15
135:4,8 153:6
179:12 229:9

**100** 21:24
84:21 133:25

**1000** 162:2

**101** 201:8,9,12

**102** 203:9,14

**104** 179:21

**10:00** 15:15
157:10 172:5
182:4,15

**11** 23:9

**11366** 135:7

**11:12** 8:6

**12** 23:9

**120-CV-01878-
RBJ** 8:12

**120-CV-01922-
RBJMEH** 8:13

**1200** 176:10

**13** 23:9

**14th** 137:4
161:11 167:23
199:24,25
211:23 216:16
217:20 218:13
219:6

**15** 129:15
140:23 141:23
187:12

**15th** 73:19 74:8
76:17 140:3
151:19 161:9

**16** 186:22

**16th** 74:7
77:21,25 78:7,
14,16 80:5,24
85:25 87:7
88:16 90:9
161:8 235:2

**17** 201:14

**180** 154:24
190:3,10

**180/380** 172:11
173:5

**183** 160:3

**1999** 219:9

**1:20** 88:17

**1st** 172:6

**2**

**2** 20:4 122:12,
15,16 135:5,8
224:16 225:21

**20** 50:15,20
51:23,25 52:4
53:3,4 55:14
129:15

**2003** 23:25
24:2,6 221:21

**2008** 27:11
28:11

**2010** 141:24

**2013** 21:25
24:6

**2014** 22:18

**2017** 16:14

**2020** 32:5,8
33:5 34:24
35:5,22 36:4
57:2 65:24
74:23 93:12
122:19 139:14
140:23 148:4,
13 162:2
167:23 169:19
178:6 179:12
232:22 234:17
235:1

**2021** 8:5 73:16

**20:00** 174:5

**20th** 71:6 72:9
73:13,19,20
74:1

**21** 8:5 91:18

**215** 182:13

**21st** 136:3

**22** 16:3 219:9
221:13,25
222:7

**22:00** 139:4

**23** 90:22

**23:28** 163:12

**25** 55:14

**27** 95:13

**28** 65:24 74:23
122:19 139:14
232:22 234:17
235:1

**28th** 30:4 36:16
57:7 70:22 90:8
93:12 94:20
137:4,12

**139:22 154:20
157:20 181:4
197:13,15,22
198:6 199:24
200:1,10
207:12 217:18,
25 218:8,13
219:1,24
227:16 229:12
230:17**

**29** 15:25 158:7

**29th** 152:4,11
158:6 196:15,
17,22,24

**2:00** 162:5
172:6

**2:36** 182:6

**3**

**3** 19:2 20:5
135:6,8,16
157:8

**30** 16:3 158:5
162:2 167:4,23
169:19 186:18
203:16 213:22

**30-second**
89:12

**300** 71:17 73:8

**30th** 136:8
151:22 152:18
159:17,25
161:3,15,22
162:13,23
163:12,24
164:6,12,25
165:16,20
166:2,4 167:2,
11 169:24
170:1,23
171:20 181:2

**31** 178:5

**31st** 135:24,25
139:23 151:22
152:24 153:20
154:5,20 162:5
172:5,7 176:3,
23 177:22
178:14 179:8,

**12** 180:16,19,
25 181:14,20
182:16 183:4
186:15 189:7,
19 190:23
192:14 193:2,
14 194:14
197:15,23
198:6 227:16

**32** 99:17 163:18

**3235** 138:13
139:3

**3236** 152:2,4

**3237** 152:2,5
157:9

**3238** 152:17,25

**3239** 138:13
154:23

**34** 214:2

**380** 190:3,10

**3897** 93:24

**39** 203:19

**3904** 94:7
135:4

**3:04** 236:3

**3:58** 179:13
182:3

**3rd** 197:13

**4**

**4** 95:8 135:7,8,
17 159:16
170:9 176:8

**40** 26:3 37:18
44:23 130:14,
18 147:19
158:12 164:17
215:11 220:7

**40-** 44:3 62:17
63:7 215:16
221:4

**40-milliliter**
38:9 47:17
61:25 62:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

239

**40-millimeter** 29:3 42:9 45:3 47:12 54:20 63:23 65:19 70:4 87:17 107:5 112:3,11, 18 114:21 130:8 131:3,12 220:3,25 231:11

**40s** 37:17 38:3 77:2 219:17 233:2,3

**4130** 88:15 92:18 135:3

**4136** 135:5

**43** 184:8 210:15

**45** 168:9

**47** 179:15

**49** 215:14

---

**5**

**5** 138:12,19 150:13 154:22 169:16 176:2,9

**5'7"** 182:11

**5-31-2020** 166:1 167:1

**5014** 163:9 165:24

**5016** 166:22

**5085** 186:13

**51** 79:24 202:12 210:18

**5105** 179:11 182:1

**5280** 8:9

**56** 168:11

**58** 94:20 180:1 181:7

**5:04** 236:1

**5:28** 163:14

**5:30** 162:12,19,

**23** 163:24 164:5

---

**6**

**6** 18:20,21,22 42:19 73:18 80:17,21,23 81:2 84:10,12, 22 90:18 148:13 229:3,8, 10,11 236:2

**6-15-20** 139:3

**6/1/2020** 182:3

**6:00** 164:6 166:2,4 167:4, 11 169:25

---

**7**

**7-** 49:15

**7-eleven** 49:19

**7:17** 99:17

**7:19** 94:20

**7:20** 88:17 95:8,13

**7:20:59** 100:8

**7:21** 96:12 100:8

**7:21:50** 101:16

**7:22** 90:8,18,22

**7:22:06** 102:5

**7:22:23** 91:2

**7:22:34** 103:15

**7:22:41** 104:4

**7:22:43** 104:15

**7:22:48** 104:19

**7:22:56** 105:8

**7:23** 91:18

**7:23:03** 96:21

**7:23:07** 97:8, 17

---

**8**

**8:00** 162:12,19, 23 167:11 170:1

**8:19** 167:2,4

**8:20** 167:23 170:4

**8:44** 201:14

**8:45** 201:17

**8:48** 202:11

---

**9**

**90a** 83:9

**90s** 83:8

**92** 16:1

**99** 16:1,2,4 83:9

**990** 83:8

**9:00** 15:15

**9:05** 203:19 204:11

**9:05:05** 203:16

**9:09** 210:15

**9:10** 137:5 200:3 210:18 213:22 214:1

**9:11** 215:12,14

**9:30** 176:22 177:22 178:14 188:17 189:13, 19 190:23 191:17 192:11 193:1,13,17 194:14

**9:36** 185:12 189:6

**9:36:45** 183:5

**9:41:52** 183:13

**9:42** 185:12 189:7

**9:43:26** 184:17

**9:45** 189:13,19 190:23 191:18 192:11 193:1, 14 194:14

**9:59** 181:14 182:4

---

**A**

**a.m.** 8:6 15:15 162:5 172:5,6 179:13 182:3

**Aaron** 100:16 228:24

**Abay** 31:20 32:6,7 37:8 38:7,16,22 39:4,8 40:4,7, 12,25 41:9,16, 22 45:7 61:17 147:23,25 148:12,25 149:5

**abdomen** 62:4,10 63:4,5 133:12

**Abeyta** 8:8 9:1, 7,17 10:2,6 143:24 194:12 197:7 201:10, 18 203:20 210:19 215:15 222:18 223:6 224:8,17 225:3, 11,24 235:23

**Abeyta's** 9:13 190:8

**Abeyta1** 224:11

**Abeyta2** 224:11,13

**ability** 57:16

**absolutely** 57:13 131:7

**academy** 27:10

**access** 60:8

**accident**

**22:20,21,25** 131:18,23 134:9 221:10

**accidentally** 134:4

**accidents** 17:13

**accurate** 88:24 91:19 93:1 99:21 208:11

**Acker** 8:16 113:15 116:16, 20 121:25 124:24 125:9 127:22 129:2 142:20 144:5 146:3 231:11 232:21,25

**act** 22:19 37:21,23 51:14

**action** 8:11 55:7 182:14

**actions** 14:22 32:23 125:20 155:11,15,20, 24 156:5 181:23 234:17

**activate** 64:18 100:22,23

**activated** 100:20 235:14

**activating** 209:10 210:3

**active** 38:12, 17,22 48:11,19, 23 49:13,23 50:4 51:25 52:5 53:19 55:6,8 56:19 57:15 58:6,24 59:8 62:19 158:14

**actively** 48:12, 13 49:3 50:10, 13,16 51:3,18 52:15 53:9 107:9 117:13

**activity** 63:16 139:22

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**actual** 66:23
125:17 179:13
191:8

**Adam** 12:14,15
154:1 170:23
171:22

**additional**
232:20

**address** 225:4,
5

**Adkins** 8:3

**admin** 227:9

**admit** 235:11

**adrenalin**
115:12

**advised**
173:14

**advisement**
234:7

**Affairs** 231:3,4
232:16

**affect** 64:14

**affected**
202:24

**affirm** 9:20

**afford** 208:17

**after--** 198:24

**after-action**
142:25 144:10,
21 145:1 147:8

**afternoon**
135:20

**agencies**
218:6

**aggression**
37:21,23 38:12,
17,23 47:1
48:11,20,23
49:13,19,23
50:4 51:10,14,
25 52:5 53:19
55:6,8 56:19
57:15 58:6,24
59:9 62:19
158:14 212:19

**aggressive**
48:12 49:3
50:16 51:3,19
52:15,20 53:9

**agree** 9:6
70:21 91:18
93:9 118:9
132:25 185:5,9,
13 218:18

**ahead** 26:17,19
69:13 111:15
125:25 147:5
165:11,12
170:19 182:5
210:13,15
213:20 227:3

**aid** 217:3,5,7,
10,14,19 218:2,
6,8

**aiming** 133:14

**air** 51:24 77:21
102:7,15
103:11,21
104:23

**alert** 20:24
130:5

**alerted** 78:17
110:3,17
112:23 134:13
171:15

**alerting** 110:2
128:5

**alley** 178:9

**allowed** 26:6
32:22 41:15
61:24 62:1,15,
17

**Amendment**
24:15,18,25
34:12

**amped** 115:15,
21

**Andrew** 8:22
10:3

**Andy** 8:15
86:22 88:5 89:9
224:24

**answering**
18:8 20:6 87:1
118:23 135:13
140:18 209:21

**anymore** 14:9
27:20 38:5 49:4
51:19 73:7
220:16

**anything--**
157:18

**apologize** 94:6
208:12 213:25

**Apparently**
225:9

**appeared**
175:21,22
192:8

**appears** 49:22
95:25

**applied** 30:16
31:5 32:1

**applies** 30:9,
25

**apply** 37:3

**appointed**
145:9

**approval**
37:18 38:8,12
39:6,7 41:7,20,
23 44:7 45:4,8

**approve**
143:16

**approved**
45:13 46:7

**archive** 163:24

**area** 18:3 42:19
63:4 73:19 74:8
160:5,19,23
161:2,4,7,13
164:8 172:12
179:6 210:6

**areas** 26:4

**arrest** 22:19
55:22 64:15
75:20 76:21
107:17 120:2,4
124:12 125:20

126:5,20,23
128:7,19
174:19 175:5,
15,24 176:18
194:22

**arrestable**
127:7

**arrested** 77:18
120:25 121:12
124:19 146:4
174:6,18

**arresting**
172:15,19
174:2,9,23

**arrests** 121:6
126:4 178:8

**arrive** 80:6

**arriving** 80:9

**articulate** 88:5
158:25

**assault** 126:22
127:7

**assaulting**
78:19,23

**assaultive**
79:2

**assemble**
24:20,21

**assembly** 87:8
91:13 213:5,8

**assigned**
16:17 17:9
18:19,21 19:12,
13,18,21 83:10
141:13 198:9
223:21 229:6,9

**assignment**
11:21 13:4
16:16 18:23

**assignments**
12:4 71:20
140:7

**assist** 153:12

**assisted** 74:14
75:16 176:9

**assume** 15:5

92:24 117:8
185:3,10,11
230:3

**assumed**
216:19

**assuming**
44:12 117:12
185:18

**assumption**
216:20

**attached**
186:16

**attacking**
49:22,23 50:5

**attempt** 56:20

**attend** 65:25
157:10,25

**attended** 66:5
157:14

**attention**
87:25 95:21
102:3 174:14
183:6 186:21
187:2

**attitude** 22:6,7,
9

**attorney**
44:14,18
210:10

**attorneys** 11:6

**audio** 88:21

**Aurora** 217:11

**authority**
33:25 60:24

**authorization**
189:24 190:13
191:4

**authorize** 42:8
191:8,10

**authorized**
46:10 63:7
67:21 143:6
158:2,12
159:14 189:20
195:20 196:2

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**authorizing** 33:25

**auto** 18:3,6

**automatic** 126:20,23

**automatically** 127:7

**Avenue** 194:21

**avoid** 175:5 228:3

**aware** 35:22 36:5,7 120:8,10 131:16 199:3,5 202:4 204:15 206:14,15 213:13 218:5

**aye** 130:17

_____

**B**

_____

**back** 34:12 42:12,20 43:21, 23 55:20 70:1, 22 73:3,8 74:16 78:11 80:3 90:4,17 95:12 98:4,14 100:13 102:25 105:23 107:24 113:14 118:18 134:24 146:3 161:10, 12 163:14 187:24 196:12 202:17 205:3,4 206:13,14 207:25 208:2 209:7,18 210:9, 12 213:19 217:6 220:12 222:17

**backed** 78:6

**background** 15:23

**backing** 48:3

**backs** 50:14

**backwards** 104:23 119:5, 10 175:10

**bad** 13:18 46:2, 6 58:16

**badge** 83:8

**badgering** 194:9

**badly** 202:24

**bag** 57:25

**ball** 26:2 36:3, 20 37:15,16,22 40:23 42:7,21 45:25 47:18 63:6 91:9 96:17 145:12 147:10, 15 158:12 164:17 171:25 172:1 189:1 215:16,18,20 216:7 219:16, 18,19 220:11 224:24

**balling** 136:23

**balls** 28:20 38:16,23 42:8 44:3,23 45:4 47:7 63:10 65:19 70:3 76:24 77:1,3,5 87:12 90:14,23, 24 91:2,14 104:5 146:24 166:14 186:3 216:12

**Bannock** 161:10

**bar** 219:22

**barely** 66:22

**bars** 147:13 220:11

**based** 50:16 52:6,22 53:14 55:6 57:4 78:10 112:8 113:13, 17 114:1,3,10 119:15 131:10 148:25 158:13 160:10 161:25 216:21 221:10 234:6

**basically** 11:1 19:14 22:4 49:21 50:4 60:12,19 61:2 68:1 80:8,14 83:12 90:7 160:23 174:3 179:3 218:20 233:7,13

**basilica** 177:1, 6,7 178:13 179:20 180:4 185:15 188:17, 20,24 189:12, 20 191:17 192:12 193:2, 13,15 194:13 195:2

**basing** 213:12

**Bates** 92:14 122:8 135:4 138:13 203:10

**Bates-stamped** 139:3 154:23 157:9 163:9 165:23 166:22 179:10

**baton** 62:14,16

**batteries** 208:15,17,18

**battery** 49:17, 21

**battery's** 171:12

**Beall** 186:15 188:18

**Beall's** 186:14

**bearing** 203:9

**began** 139:13 182:15

**beginning** 31:7 109:1 116:12 139:11 163:16 176:9 233:7,12

**begins** 182:2

**behalf** 8:17,19, 20,22

**behavior** 215:19

**belated** 126:8

**belief** 141:20, 21 142:10

**believed** 112:14 116:15 119:16,17 123:25 127:3 128:3 134:13

**bell** 169:14 172:2

**belonging** 203:5 206:16

**belongings** 202:20 206:12

**belongs** 218:21

**belt** 59:7,25

**Berdahl** 226:13,14,15, 16

**Berdahl's** 227:13

**Beta** 92:12,15, 17,20 93:15 122:12,16 135:8,16,17 138:12,19 201:9,12 203:9, 14 236:2

**bicycle** 66:13, 16 200:20

**big** 14:3 19:16 40:4 60:11 67:12 80:20 126:8 142:17 160:12

**bike** 68:13

**bikes** 66:14

**bit** 21:14 24:13, 17 25:4 30:24 34:22 37:8,12 38:6 39:16 45:12 46:2 53:17 60:20 70:1 74:16

**behavior** 215:19

**86:24 99:25 100:7 101:15 102:25 107:24 108:25 130:25 164:4 177:15, 19 179:16 185:19 188:14

**black** 8:8 105:20,24 112:14 116:16 125:1

**bladed** 126:8

**blanket** 142:18 144:23,25 147:7 150:2 205:21 207:8

**BLM** 8:18,19 197:8

**block** 176:10

**blocking** 71:17,25 86:20 97:9 172:12 179:4 212:7,11 213:5

**bloody** 146:5

**blow** 54:14

**blowing** 40:14 183:24 184:2

**bodily** 54:11, 13,19 55:2

**body** 62:14 64:18 65:2 71:22 88:18 89:12 126:18 136:4,9,16 137:13,16 170:24 171:11 181:17 182:20 203:6,10 207:3, 21 208:19 233:25

**body-** 64:22 99:3 180:15 207:18

**body-worn** 64:1 65:9,20 69:24 72:8 92:18 93:2,5, 20,25 94:6



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

96:4,25 100:18,
20,24 122:7,8
129:14 135:3,
21,24 136:7
137:19,25
138:3 151:11,
20 163:8 166:6,
10,15,23 167:3
171:7,16
179:11 180:18,
24 182:17
186:14 201:10
202:14,16
203:1 204:21
205:14 206:21
207:13 208:8
209:10 210:3,
14 214:10
234:16 235:1,
11,14

**boils** 52:7

**book** 126:23
127:8

**borrowing**
11:9

**boss** 139:17
154:15 204:6

**bottle** 53:6,8
54:7,17 98:7,
11,20,24 102:8,
15,17,21 103:8,
12,14,20,24
104:24 128:9,
11,12,14
168:23

**bottles** 60:10
71:12,23 72:24
73:2 79:14,20
115:12,23
120:4 207:5
215:2

**bottom** 152:24

**boundaries**
19:9

**boundary**
81:15

**break** 10:19,
20,22 20:14
38:6 39:16
43:13,14,24

134:20 196:8
210:10 222:14

**breathe** 96:8

**bridge** 74:7,8
76:18,23 77:12

**briefing** 36:18
66:1,21,23
67:1,4,17 68:11
71:2 145:7
148:6,7,15,18
157:11,14,20

**briefings** 67:6,
25 142:16
157:21 158:1,
17

**briefly** 66:9
73:17

**bring** 67:14

**bringing**
129:24

**Broadway**
160:2,5,17,18,
23 161:2,4,7,10
162:22 167:23
176:10

**broken** 69:12
170:21

**brought** 57:14
62:25 146:12
159:1,4 208:14
213:13

**buck** 47:3
143:11

**building** 44:13
60:14

**bullets** 62:11

**bullhorn** 57:9

**bunch** 90:13
208:17 228:22

**Burkin** 93:25
94:1

**bus** 163:25

————————

————————

    **C**

**CAD** 150:18,21,

22 151:2
223:18

**CAF** 139:24

**Calabrese**
84:16 88:19,22
92:18 135:3

**call** 27:14 40:3
57:24 66:20
72:5 79:6
82:19,20,21
85:21 118:10
160:12 174:20

**call-** 77:20

**call-out** 78:9,
10

**called** 25:7
79:15 126:17
142:17 177:6
180:21 228:18

**calling** 79:19

**calls** 17:13,15,
19 18:8 20:7
64:15 220:1

**calm** 115:22

**cam** 64:18 65:2
136:4,9 171:3,
11 182:20

**camera** 9:2
39:25 64:1,23
65:9,21 71:23
72:8 74:13
88:19 92:18
93:2,5,21,25
94:6 96:4 97:1,
9,11,12 99:4
100:18,20,24
122:7,8 126:18
135:3,21,24
136:7,16
137:13,16,20,
25 138:3
151:11,20
163:9 166:7,10,
15,20,23 167:3,
6 171:8,16
179:11 180:16,
18,21,24
181:17 182:17
183:2 186:14
189:8 201:10

202:15,16
203:1,6,10
204:21 205:6,
14,25 206:3,4,
15,21 207:3,13,
19,21 208:8,24
209:4,10,17
210:3,14
214:10 233:25
234:16 235:1,
12,14

**cameras** 22:22
69:24 129:15
170:24 206:23

**Camp** 224:5,6

**cams** 89:12
208:19

**candid** 135:13

**cannister**
187:3

**cannisters**
164:19

**cans** 207:5

**capital** 45:16
68:2 160:22
161:2 167:10

**car** 74:20 75:25
76:1 78:4 90:1
127:12 129:25
147:19 174:18
202:20

**care** 73:11
119:25 235:23

**career** 57:3

**careful** 40:16
49:5

**carried** 38:3

**carry** 14:13
22:5 38:5 63:7
116:14 233:3

**carrying** 75:19

**cars** 18:7

**case** 18:1
31:20 121:19
147:23,25
148:2,12
160:16 175:25

183:24 197:9
199:23 214:1
218:24

**catch** 18:6
118:2

**Cathedral**
177:7,19,20

**Catholic** 177:1

**caution** 217:21

**cell** 49:17
95:23 96:2

**cellphone**
95:14

**center** 82:4
90:5 133:6,24
160:22 163:25
164:5 190:21

**chance** 204:13

**change** 32:18
37:12 38:8
40:4,7

**changed** 30:4
36:4 37:8,22
38:15,25 39:2
41:21 44:2 61:6
64:9 198:11
226:24

**changing**
42:22

**channel**
172:21

**chanting** 96:7

**chaos** 173:16
178:24

**charge** 43:7,8
227:3

**charged**
174:21

**charges** 23:18
34:5,6

**charging**
127:14

**charter** 173:12

**chattering**
174:11



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

check 66:18

chest 61:25
62:2,10,12,21
63:1 133:3,11,
14,18,20,23
134:1

Chestnut 71:6
72:9 73:13

chevrons
186:24

chief 198:1,16,
20 226:24

chord 73:4

church 176:25
177:1,12 180:2

churches
18:11

circle 70:1

circumstance
48:2,10,18
51:21 56:2
70:10 131:2
173:13

circumstance
s 32:21 41:16
114:7 115:3
116:15 121:5
133:15 161:18
183:18 191:11

citizen 22:13,
17 24:8

citizen's
147:19

citizens 21:21

city 8:9 13:19
15:25 137:25
183:3 198:25

citywide 19:9,
10,20,23

Civic 160:21
163:25 164:5

civil 8:11
147:20

claim 120:3

clarification
44:16 233:2

clarified 39:8
53:18 205:24

clarify 14:23,
25 19:24 33:13
34:1 35:1 41:12
44:11 47:22
127:20 130:4
149:11 165:7
197:11 207:11
229:6

clarifying
105:14

clarity 88:6
93:13

clause 63:1

clean 135:2

clear 36:25
50:3 59:23
72:16 127:22
143:24 157:4
161:11 183:21
209:4 216:15

clear-cut
55:13 114:14
128:24

clearer 45:20

clenched 56:5

climb 186:1

climbing 38:20
42:20

clip 211:21

close 16:3
34:6,7 49:5,12

closely 98:15
109:7,9

closer 80:15
81:20 86:5

Cole 162:25
163:8,20
165:23 166:22
167:3 171:25
179:11 181:17,
25 182:16

Colfax 13:20
147:10 160:1,5,
17,18,22 161:2,
4,7,12 162:12,

18,22 164:7
167:10 176:22,
25 177:1,2,8,
18,21 178:12,
14,20 179:4
180:5 183:4
188:11 192:8,
12 193:16
194:20 218:25
219:3

colleagues
135:11

Colorado 8:11

command
17:25 37:18
39:7,9,12,14,
20,23,25 40:1,
18,22 41:7,22
42:2,4,18,23
43:6 45:13
46:8,11,14,15
73:22 85:2
99:14 141:3
142:13,21
143:6,8,9
144:1,9,19
145:2 148:7
159:10,14
164:7 172:14,
18 173:2,4,5,
14,18,23
189:22 190:7,9,
19,21,25 191:3,
7,8,13,15

command's
142:22

commander
38:8,12 39:10
46:22,23 98:18
142:13 143:11,
15 189:25
190:13 196:3
198:2,5,8,14
228:24 229:2,3,
18

commands
56:21 61:3,4

committed
119:14

common 220:1

communicate

14:7 57:5,8
144:12,14
173:23 174:1
190:17

communicate
d 11:25 12:5
144:22

communicatin
g 25:16 173:1,
18

communicatio
n 14:9 25:15
59:16 60:2

communicatio
ns 232:15

community
18:11 66:15

complain 22:3

complainant
199:19

complained
21:18,21,22
23:8

complaint
21:11,20 22:1,
2,12,16 23:1,3,
10,23 24:7,8
199:18

complaints
21:15,16 23:6,
14,16,18,20
24:5,12

complete
139:12,16
149:2,8,20
227:21

completed
139:6 142:25

completely
17:23

compliment
17:16

comply 52:23

computer
97:12

Conception

177:7

CONCLUDED
236:3

concludes
235:25

condition 46:5

conditions
50:23

conduct
142:16 156:9
160:11 199:3

conducted
160:3

conference
8:7

confirm 138:17

confrontation
208:22

confrontation
al 64:13 65:5

confuse 73:19

confused
225:18

connection
23:20 230:17
234:13

Connors
152:9,22
153:17 162:25
163:8,20
165:23 167:4,
17 168:13
169:10 170:15
171:25 179:11,
19 180:9
181:17 182:16

Connors'
166:22 181:25

considered
50:15 51:24
55:7 205:7

consistent
70:17 143:4
155:12,17,21
156:1 168:2

consisting



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

244

142:13

**consolidated**
8:12

**consult** 150:14

**consulted**
223:16

**contacted**
175:3 176:11

**contemporane ously** 151:13

**context** 24:18
25:2 199:15,17

**contexts**
220:23

**continue** 95:19
97:17 109:18
110:21 210:8

**continues**
103:10 104:20

**continuing**
102:14 103:20
105:6 219:5

**control** 25:2,21
26:13 27:3
29:3,9 30:2,8
32:9 33:23
34:23 36:22
42:18 46:24
48:9,24 49:10
51:8

**controlled**
42:23

**convened** 8:6

**conversation**
140:10,17
149:1,4 226:10

**conversations**
164:11

**conveyed**
68:25

**conveying**
229:23

**convicted**
23:17

**cooperate**
26:22

**cooperative**
75:19 76:2
113:6

**cop** 51:11,12
53:16

**cops** 44:12,15
60:5 79:14

**corn** 182:2

**corner** 93:20
211:23 217:4,
19

**corporal** 18:22
21:22 82:15,21,
25 85:19 94:9,
11,13,15

**correct** 27:21
29:9,11 33:7
35:14 36:17
38:13,19 46:12
47:19 48:3
52:23 54:21
62:3,12 63:9,
10,13,21 64:2
65:21 70:23
72:25 79:20
83:22 85:2,5,
13,17,23 86:2
87:18 90:14
93:4 95:5 96:5,
8 97:6 99:7,8,
14 100:18,19,
21,25 101:1,3,
6,12 102:8,16,
21 103:8 104:6,
10,17,20 105:8
106:20 107:11,
22 108:16
112:3,19 114:7,
16 115:1 116:6
117:19,20
118:24 119:6,
11 120:14,16
121:24 122:16
124:19 129:9
137:3,5,14,18,
20 138:1,6,25
139:4 140:25
141:9,18 142:1
143:6,7,9,17,
19,21,25 144:5
145:21 147:2
150:11 151:15
152:11,19

**cooperative**
154:16,20,21
155:2,13,18,19,
22 156:2,7
157:16 160:2
162:8 163:1
168:25 170:3
171:16,17
172:6,8 173:20
176:5 178:6
180:10,16,17
182:4 183:14
184:3,23
186:15,25
187:1 188:24
189:9,10,14,21
191:18 196:3
197:14 201:19
202:2,3,5
203:2,24,25
204:13,22
205:15 207:14,
16,19 210:20
212:13 214:7,
11,17,18 215:9,
17 216:17
217:11,12
218:15 222:11,
12,25 226:9
227:12 228:3
229:7 230:9,23
235:16

**cough** 200:8

**counsel** 8:13,
16 193:18

**counted** 147:2

**County** 8:9

**couple** 12:12
23:7 24:11 41:4
42:17 44:2,22
45:2,6 48:20
51:7 61:1,22
70:2 71:12
95:10 140:4
176:4 183:20
222:21 223:12
225:25 230:13

**court** 8:5,11,24
9:1,5,12,14,19,
24 10:9,12,15
65:15 88:20
92:25 119:9
135:9 162:17
223:2 234:20

235:5

**Courts** 225:19

**cover** 56:10
57:22 75:17
227:17

**covered** 55:19
97:15

**covers** 30:6

**COVID** 18:10

**create** 20:2
25:10

**crime** 119:14
120:4

**crimes** 64:17

**criminal** 63:16

**critical** 227:21

**crossfire**
195:14

**crossing**
77:23

**crotch** 104:24

**crowd** 25:2,20
26:13 27:2
29:3,9 30:7
32:9,19 33:17,
22,24 34:10,20,
23 36:22 42:13,
15,22 43:5
47:16,18,19
48:9,24 49:10
51:8 52:14 53:7
65:7 68:17
73:11 76:25
104:6,8,10,16,
19 107:21
117:18 118:19
168:18 185:21
195:16 205:7
209:8,12
210:20,25
215:20 219:22
220:11

**crowd-** 30:1

**crowd-control**
27:25 30:20
31:5,11,24 32:1
33:7 35:6,10,

14,18,24 36:9
47:8,13 62:18
64:21

**crowds** 25:2
27:4 47:2 71:16
147:13 158:18
172:12 183:21
200:12

**curfew** 172:13,
14,18 173:6
174:2,6,9,20,
22,23 175:6,13,
22,24 176:11

**current** 80:24

**cursing** 175:10

**cussing** 49:7
81:2

**custody** 56:3
74:15 75:16
76:3 147:17

**cut** 69:7

---
**D**
---

**damage**
146:18,21

**Dan** 82:17,19,
24 83:4 109:15
112:21 126:16
127:5,23
130:14 132:21

**Dan's** 127:21

**danger** 133:22

**dangerous**
118:20

**Daniel** 82:15
98:18

**dark** 170:4,9,12
176:15

**date** 66:6 71:4
140:2,3 157:10
165:8 177:24
193:7 217:24
227:15 235:12,
15

**dated** 139:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**dates** 147:9 150:23 165:8 178:15,17 197:25

**David** 8:8 9:7 224:8,17

**David.abeyta@denvergov** 225:21

**David.abeyta@denvergov.org** 224:15

**day** 16:3 32:16 61:1 65:24 66:1 67:10,22 68:16 69:6,14 70:23 74:18 75:1,3,5, 9 93:11 99:6, 14,22 137:12, 14 140:14,22 141:23 143:16 152:3,19 153:4 154:11,13 157:15 158:4,9 161:17 162:9, 25 163:22 164:15 169:20 171:19 176:8 179:2 180:20 189:5 196:18 197:13,17 198:3 211:13 218:2,3,8 219:2 220:12 235:9

**daylight** 170:3

**days** 15:6 42:17 44:2,4,22 45:2,7 61:1 69:9,11 121:10 138:4 141:14 142:7 144:13 154:16,18 155:12,16,21, 25 156:17 157:22,25 164:2,8 165:15 171:24 189:4 217:22 218:5 222:3 223:12

**deadly** 54:5,7, 24 55:18 62:20 63:2 128:10,14, 19

**deal** 27:10 59:7 153:10 194:24

**death** 54:12,14 55:3

**decide** 129:8 222:5

**decided** 128:19

**decision** 29:8 40:17 190:17 212:20 213:3, 15,17

**declare** 87:7 91:13

**declined** 23:4

**deescalate** 56:20 58:7,23

**defendants** 8:23

**define** 48:22 192:16 217:5

**definite** 21:24 133:19 187:10, 21

**definition** 210:1

**delay** 89:12

**delete** 137:19

**deleted** 137:25

**demonstrate** 24:24 72:21

**demonstrates** 27:13

**demonstrations** 25:21

**DEN004026** 201:9

**DEN004030** 203:10 210:15

**DEN4136** 122:8

**Denver** 8:10 15:24,25 16:1, 5,7 18:2 19:3 24:3 28:23 29:7,13 31:24 35:17,23 54:10 61:23,24 67:8 88:15 92:17 93:24 94:7 131:25 132:10 135:3,7 138:13 139:3 149:7,19 150:6 152:1,2, 4,17,25 154:22 155:6,13,17,22 156:1 157:9 163:9 165:23 166:22 174:15 179:11 182:1 183:3 186:13 198:25 231:3

**denying** 187:20

**Dep** 138:12

**department** 16:6,8 18:13 28:24 29:18 80:20 150:1 155:22 227:10

**departments** 217:14,19 218:2,8

**depended** 166:19

**depending** 17:6

**depends** 56:14 59:4

**depict** 185:6

**depiction** 88:24 90:7 91:19 99:21

**deploy** 28:20 29:3,8 42:5 70:3,13 85:8 159:11 165:2,6 202:5

**deployed** 70:23,25 73:14 87:13,18 90:14,

23,24 91:4,13 147:10,15 148:18 157:9 159:24 200:14, 24 221:10

**deploying** 116:15 164:24

**deployment** 25:14 214:20 215:6 227:17

**deploys** 147:19

**deposed** 10:7

**deposition** 8:7 10:4,25 11:6, 20,24 15:5 20:20 21:2 92:16,17 150:12 156:14, 19 157:2,6 169:16 176:2 197:1 227:5 235:25 236:3

**depositions** 10:19 14:24

**Deputy** 16:1

**describe** 193:12

**describing** 94:25 195:14

**description** 79:8

**designated** 92:20

**designating** 92:14

**desktop** 123:8

**destroy** 106:16 118:13,17 119:1

**destroying** 13:23

**destruction** 69:1,9 107:11

**detail** 17:11 19:2 151:4

**details** 17:14 153:11

**detaining** 34:9

**detective** 126:17

**determined** 57:16

**dictate** 32:24

**die** 208:18

**difference** 10:18 34:15 48:24 86:10,15 132:19

**differences** 36:2

**differentiate** 30:11 225:17

**difficult** 140:1 151:5,21

**dig** 140:7

**direct** 9:25 233:21

**direction** 72:4 85:10

**directions** 85:4,7

**disagree** 52:8 117:25 123:21 131:15

**disappeared** 130:17

**disciplined** 156:5,10 230:16,20 232:18 234:15, 25

**disclaimer** 151:1

**discretionary** 207:1,18 208:10,12,25 209:2 210:5

**discuss** 197:22 199:23 231:10



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

discussed 157:21 230:18, 25 233:20

discussing 15:17 135:7 145:24 202:1 221:2,6

discussion 147:22 148:6 158:1,17

dismissed 68:22

dispatching 46:25

dispersal 69:21 86:1,5,12 169:5 184:1

disperse 34:19 38:21 43:3,4 57:13 60:13 86:18 142:23 158:18 212:8, 11,12 213:8

dispersed 72:3 107:22

dispersing 47:16,22 48:15 104:10 117:19

displayed 185:12

displaying 58:24

disrespectful 22:9

distance 49:9 58:19,23

distill 49:25

district 8:10,11 11:9 17:21,22 18:1,20,21,22 19:2,5,7,9,11, 21,22,25 20:3, 4,5 28:13 42:19 73:18 80:17,21, 23,24,25 81:2 83:10 84:10,12, 22 153:6 229:3, 8,9,10,11

disturbances 18:14 25:12

division 198:15,16,17, 20

Dixon 232:8 233:4

DNC 27:11 28:11 149:24

document 110:16 138:7 144:3,9,21 145:8,12 170:20 192:21 224:1

documentation 145:14 147:16 149:24 151:3

documented 66:5,18 71:3 123:24 136:12 138:13 146:10 151:13 154:19 157:15 161:7, 21 171:23 196:25 200:14

documenting 124:3 139:12 141:7 149:3,9, 21 170:5,8

documents 11:13

does-- 45:12

domestics 17:13

don't-- 171:13

dose 223:6

doubting 193:7

downtown 18:16 19:14 20:6,10 59:21 67:1 72:5 148:18 161:9 172:11 219:22 226:23 227:6 229:4

DPD 68:4 168:3 195:20 198:1 207:12 208:17 210:22 212:24 213:13 217:3, 10,19 218:14, 23 219:8,12,14, 19

drive 78:1

driver 171:22

driving 131:21

drop 57:12

drowned 73:6

drugs 23:2

drunk 127:13

due 172:12

dumpsters 178:23 192:9

Duran 94:4,6,8, 9,14 97:1

Duran's 94:15 135:4

Durans 94:13

duty 154:7 172:5,11

duty-related 15:13

___ E ___

e- 122:4,20 224:21

e-mail 14:18 15:10,19 75:9 122:18 123:2, 11,14 135:6 223:23 224:12, 16,19,20 225:4, 5,7,25 226:12 227:13 228:17, 22,23 229:15, 18,19 230:4

e-mails 225:6, 14

ear 55:19

earlier 47:9 84:23 94:25 108:20 124:10 128:8,9 157:19 158:25 200:19 221:2,6 230:18

early 11:3 13:3 23:10 24:11 36:15 40:4 44:4 67:24 83:8,9 148:3 231:7

easier 57:5 84:7

east 13:20 76:19 80:13 81:17 160:5 161:5 177:15 178:13,19

eastbound 76:24 104:13, 16

Eastern 8:6 236:1

easy 134:1,2 150:25

effect 78:15 140:9 146:22 173:7 189:2 208:16 214:9

effectively 131:9

Eitouri 8:21 9:10

Eleven 49:16

Elizabeth 8:20

emergency 39:24 77:20 78:9 79:17 85:21

employed 15:24

employment 16:5

EMS 120:15

encounter 27:24 29:20,22 175:18

encountered 28:3,16 59:8 175:12

end 22:18 51:10 55:6,8 71:5 74:9 144:20 165:24, 25 176:8 182:5 202:9 233:7,12

ended 73:17 78:6 80:14 95:7

ends 166:2

enforce 172:14,18

enforcement 217:10,14

enforcing 174:2

engage 26:13

engaged 107:10

engages 55:7

ensure 228:2

enter 92:9

entire 90:8 93:5 170:15

equipment 57:7

escape 186:2

escorted 75:18

established 37:2

et al 8:9,10

evening 207:12 219:1

event 218:25 219:4

events 18:11, 16 66:4 136:12 152:3 199:23

eventually 71:5 73:17 74:6,9 80:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

everybody's 49:6 144:20 206:23

evidence 146:25

Evidence.com 137:17

evidently 206:7

exact 219:21

EXAMINATIO N 9:25 135:18 197:5 222:23

examples 50:9 56:14

exception 153:9

excessive 23:23,24 114:6, 16 130:9 131:3, 12,15,25 132:6, 11,23 133:3,15 228:14

excuse 193:18 197:12 200:8

exhibit 92:10, 16,20 93:15 122:12,15 135:4,5,6,7,16, 17 138:12,19 150:13 169:16 176:2 201:9,12 203:9,14 236:2

exigency 70:12

exigent 46:17 78:23 79:9,16 191:11

existing 149:19

exonerated 23:4 24:3 231:19

expect 67:8

expected 27:13,24 148:22 156:4,8

158:22 182:16

expects 29:7

experience 12:22 13:17 39:15 45:17 56:25 57:4 159:12 213:4 216:23

experienced 59:13

experiencing 46:3

expire 56:13

expires 54:4 56:7

explain 56:24 66:11 105:12 111:22 112:8 115:5 127:2 128:22 141:10 142:1 180:15 191:5 194:20 207:20 209:11

explained 191:15

extent 199:2

extra 17:15 20:1

extremely 123:8

eye 96:17 130:18 132:5, 22,24 134:1,9 221:8,12

eyes 49:3,24 54:17

————————

F

face 98:19 107:5 108:16 112:3,4 124:8 130:8,13 131:2, 9,11 133:14

facing 195:15

fact 9:6 46:11 66:24 72:24

119:5,10 130:12,13 189:23

factor 218:19

failed 206:17

failure 22:19

faint 76:16 80:12

fair 88:24 91:18 140:22 217:6

fairly 80:10 220:17

fall 45:22 115:16,20

falls 65:23 213:4

familiar 164:2, 10 188:10,11 198:24 217:7

fast 101:15 114:12

fast-forward 99:24 100:7

fear 73:21

February 93:11 231:7

feel 13:11 133:10

feet 168:24

Felkins 82:16, 18,21,25 84:14 85:19 98:19 109:3 110:17 112:17 115:25 116:19 117:13 121:18 122:5, 19 123:12,14 124:7,17 129:19 130:2 134:3,15 230:17 231:25 232:3,18

fell 64:25 115:7,9

fellow 12:2 221:14

felt 196:6

female 91:5 112:14 116:16 125:2 126:12

fence 37:24 38:18,20 42:20 76:19 77:24 177:25 178:3,5 186:2

field 20:2 25:7 28:12,18 159:4

fight 51:11

fights 219:22

figure 150:23

figures 187:3

filed 21:11,16 22:12,17 23:1,6

fill 226:5 230:7

filters 172:23

find 25:17 57:22 120:1,18, 21 125:20 151:4

fine 44:17 50:3 87:4 92:21 93:14 193:23

finish 140:18 161:24 162:15 193:19,21 205:18,19

finishes 86:23

fire 116:5,7 195:4,6 212:3 215:16

firearm 194:23

firearms 159:3

fired 77:2 116:1,10 130:14 216:12, 17

fireman 176:16,19

fires 134:8 178:23 192:9

firing 77:5 212:13

fist 49:7 102:7 103:11,21 104:23

fists 49:2 56:4

fit 117:3

flat 52:11

fleeing 107:16

flees 113:22

flipping 20:25

Floyd 15:3,9 16:22 18:17 19:22 28:4 67:7 69:16 197:12 199:4 222:11

flying 76:24

focus 138:16 189:5 193:17, 22

focused 9:3 165:16

focusing 103:3

fogger 220:8

folks 14:2 16:23 61:3 72:24 86:11 99:13 100:2

follow 36:23 48:16 67:11 101:25 129:20 190:20

follow-up 12:25 129:4 199:19 222:21

footage 96:22 107:14 119:4 137:16,20 138:4 151:21 166:23 167:3 189:8 204:21 206:1 212:18

forage 138:1

force 20:2 23:11,14,23,24, 25 25:1,7 27:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

28:15,19 30:1,
5,9,11,13,16,25
31:4,8,9,13,23
32:9,13,14,15,
20,21,23,24,25
33:2,6,9,18,21
34:19,23 35:1,
3,6,8,13,17,23
36:1,5,9,22,23,
25 37:3,20 39:4
42:13,14,25
43:9 45:23
46:4,7,16,21
48:8,17 50:25
51:1,7,8 53:14
54:24 55:9
56:1,21 58:1,7,
8,14,25 59:24
62:9,20 63:2,20
64:15,25 65:1,
5,18 67:20
68:3,6,7,8
72:11,17,19,23
73:10 76:8,11
113:2 114:6,15
116:13 128:10,
15,19 130:9
131:3,12,15
132:1,6,11
133:15 136:19
146:11,13
147:8,18
154:24 155:6
158:13 159:2,6
166:20 168:1,6
182:14 184:21
185:2 186:4,9
188:23,25
195:9 205:2,6,
8,11,21,22
207:6,8,10
208:22 210:1
221:20 222:5,8
227:15,22
228:14 230:17
233:8

**forget** 46:22
198:9 200:16,
25

**forgetting** 24:9

**forgot** 66:14

**form** 13:7
14:22 25:9
26:14 27:6

29:10,15 32:3,
11 37:14 44:9
47:20 48:4
50:17 52:1,24
53:11 54:25
56:23 57:18
58:9 59:1,10,22
61:10 62:22
65:13 70:6,19
89:2 91:21 96:9
103:25 104:11
105:1 106:12,
17,24 107:12,
18 109:4,21
110:15 112:12,
20 113:3 114:8,
17,22 115:18
116:21,25
117:15,23
119:8,21 120:6
121:2,13,20
122:1 123:22
124:20 125:23
126:24 127:9
128:21 129:5,
22 130:10
131:4,13 132:2,
13 133:4,16
134:5,12,16
141:25 147:3
166:16 167:12
168:4,19 169:1
182:18 183:15
184:24 185:7,
16,23 186:5
190:1,14
191:19 193:3
194:18 195:8,
10,21 196:4
204:17,23
211:10,19,24
212:4,14,25
214:12,21
215:7,21 216:9
218:16 220:21
228:8,15 230:1,
10 231:21
232:23 234:7,
18 235:3

**formal** 61:12
86:12 94:12
142:19 221:19
222:6

**formally** 92:14
222:2 230:16

**formation**
25:10 179:6

**forming** 68:2

**forward** 49:8
101:15 164:4
179:5 186:17
209:14

**forwarded**
228:22 229:19

**forwards**
105:7

**found** 66:3
120:14,24
124:18 132:23
231:19

**foundation**
26:15 27:7
29:16 32:4
47:21 48:5
50:18 52:2,25
53:12 55:1
56:23 57:19
58:10 59:2,11
62:23 65:14
70:7,20 91:22
96:10 104:1,12
105:2 106:13,
18,25 107:13,
19 109:5,22
112:13 113:4
114:9,17,23
115:19 117:16,
24 120:7 121:3,
14,21 122:2
124:21 125:24
126:25 127:10
129:6,23 131:5,
14 132:3,14
133:5,17 134:6,
12,17 143:18,
20 144:6
145:22 166:17
167:13 168:5,
19 169:2
175:19 182:19
183:16 184:25
185:8,17,24
186:6 190:2,15
191:20 193:4
195:11,22
196:5 204:18,
24 211:11,20,
25 212:5,15

213:1 214:13,
22 215:8,22
216:10 218:17
228:9,16 230:2,
11 231:22
234:19 235:4

**frame** 50:21
53:3 54:1

**free** 13:11

**free-for-all**
52:10

**freedom** 24:20

**fresher** 151:15

**Friday** 8:5
152:4,10 158:7
196:17,18,22,
24

**front** 20:17
100:3 101:20
131:22 167:10
168:24 185:15
188:16,23
189:12,19
191:17 192:12
193:2,13
194:13 195:2

**Fuck** 108:6
109:19 110:23
112:2,7 114:20
233:23

**fucker** 114:20

**fucking** 98:7,
11,20

**full** 17:7 51:20
79:8

**full-uniformed**
49:1

**function** 20:9
57:21

―――――――――

**G**

**Gardner** 84:10

**Garrity** 234:7

**gas** 33:14,16,
22,24 34:18
35:7,11 36:1

39:5,11,18,20
40:8,11,17,23
41:1,8,15 42:5,
7 45:12,13,18
46:2,10 65:20
101:21 102:20
103:10,19
104:22 105:6
106:5,7 107:4,8
108:16 109:8,
25 110:5,6,13,
18 112:2,17
118:12 123:18
124:8,17
125:18 127:17,
18 129:18
131:19 134:4,
10 142:24
143:5,16 144:2
146:12 159:8,
11,13 164:19,
24 165:3,6
166:13 183:14,
19,22,24 184:3
185:1,3,4,5,9,
10,11,14,18,19,
20,25 186:2
189:12,15,16,
18 190:12,22,
24 191:4,8
195:4,6 200:14,
15,17,24 202:1,
5,23 204:13,16
209:18 212:3,
13 213:7,11
214:7,16,20
215:6 216:16
218:1,13 221:1,
5 233:19

**gassed** 45:15
209:19

**gassing**
136:21

**gather** 24:24

**gathering**
160:21 200:12

**gave** 45:20
53:15 100:15
174:4

**gear** 67:3,17
200:20

**general** 25:11



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

249

27:16,17 30:6,
15,25 33:2 35:2
37:3 42:11
45:10 48:7,14
51:1,8 64:13
136:4 139:20
145:19 147:15
153:5 160:14,
20

**generally**
17:24 25:9 26:8
41:13 47:7,12
48:17 94:24
100:3

**gentleman**
113:22 114:13
132:24 221:1,5

**George**  15:3,9
16:22 18:17
19:21 28:4 67:7
69:16 197:12
199:4 222:10

**give**  9:21 10:12
21:18 40:25
43:5,6 46:15
47:2 52:22
55:17 56:6,7,21
64:20 70:4
79:5,7,8 91:1
126:5 142:22
163:3 165:2
169:21 217:22

**giving**  25:16
52:13 53:4 61:3
69:21 85:4
92:14 165:5,14
204:3 219:21

**glare**  187:25

**glass**  128:12,
14

**GMT**  88:17

**goal**  25:11
57:12

**Golly**  87:19

**good**  9:5 10:2,
5 12:25 19:7
33:12 43:12
51:13,14 58:12
59:5 71:15 90:7
97:1 135:20

150:16 204:13

**Google**  161:1

**Gosh**  170:13

**governed**
132:1,11

**grab**  49:11

**grabbed**
202:21

**grabbing**  34:8

**grade**  33:15
212:17

**Grant**  178:12

**great**  10:24
19:19 55:12
89:18 161:14
195:16 196:8

**Greenwich**
163:13

**grey**  210:5

**groin**  133:8

**ground**  40:19
46:1 55:22
146:6 190:18
191:9

**group**  68:1
80:11

**groups**  36:19

**guess**  19:19
21:15 32:5
33:19 34:14,16,
25 36:14,23
37:7 53:5 58:3
60:7 61:11 87:6
97:4 118:18
131:23 136:13
140:5 195:18
208:13 209:15

**guessing**  68:9

**guidance**
69:23

**guide**  133:7,24

**guidelines**
30:16 37:3

**gun**  164:17

**guy**  34:5 53:15,
20 98:6,11,19
105:22 109:12,
13,15,25 110:5,
13 123:18
126:5 127:17,
18 146:4

**guys**  110:17
123:24

———

**H**

**Ha**  84:18

**HALO**  22:22
40:1,20 42:1
142:15 183:2
189:7

**hand**  9:20
95:17 96:2
102:7,15,16
103:12,14
104:24 202:7

**handcuff**
45:25 75:18

**handcuffed**
75:22

**handcuffing**
76:10

**hands**  39:19
40:10 41:2
51:24 95:21

**hang**  19:16
160:13

**happen**  24:9
58:15 61:14
67:16 70:11
115:4,13
158:22 205:12
209:9

**happened**
37:12 40:21
49:16 52:16
61:20 67:14
69:4 71:10 72:6
88:24 117:4
118:3 127:4
144:24 153:21
179:2 194:22
196:21 200:12
213:14 217:24

220:18 232:21
233:7,11,15,16

**happening**
16:16 50:24
67:7 114:11
117:4 129:11
167:9 192:25
193:11,22
221:11

**happy**  102:23

**hard**  55:18
57:8 140:16

**hate**  73:18
130:13

**hazy**  73:15
128:7 158:10
209:20

**head**  54:14,17,
23 123:15
124:25 125:10
128:10 129:14,
19 130:5 133:8
134:2 229:3

**headquarters**
19:15 41:25
66:20 148:8
160:11

**healthy**  86:25

**hear**  79:13
89:15 90:23,24
91:1,5,12,15
96:25 98:6,18
100:2,11
109:14,25
110:9,13,14,16
111:10 118:9
144:22 166:9
169:5 173:11,
21 214:8

**heard**  41:4
58:4,11 90:13
97:2 108:8,20
109:15 111:18
117:6 132:17,
18 206:5
214:10,15
220:15,17

**hearing**  89:9
91:6 117:2
125:21 150:1

**heart**  62:6
133:22

**heat**  53:24
108:12

**held**  72:1

**helmet**  121:22
123:16 127:23

**helped**  229:10

**helpful**  92:23
161:14 170:7
225:12

**helping**  87:5

**hey**  14:5 82:24,
25 145:11
146:4 171:10

**hide**  224:24

**higher**  33:24
46:6 83:19
227:10 228:21

**higher-**
**ranking**  226:18

**Highlands**
74:7

**highlights**
138:21,22

**highly**  15:16

**highway**  61:8,
9 67:9,10 74:4,
10,11,15 75:13
76:7,20,25
77:6,24 78:5,6,
11,21 121:6
126:5

**hit**  42:19,20
52:17 54:3,16
56:15 62:15
100:22 112:22
121:15,19,22
123:15 124:11,
17 125:7,9
127:5,19,23
128:4 129:13,
19 130:4,13,16,
17 131:22
132:21 133:21
168:24 206:17
221:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**hits** 49:18 147:19

**hitting** 46:1 128:10 132:5, 24 133:2,8,14 205:25

**Hoffecker** 12:14 152:10 153:17

**hold** 9:2 101:22 103:20 234:20

**holding** 77:22 95:14,16,18 102:7 103:12 104:24

**honest** 41:3 45:15 62:24 63:3 66:24 90:15 132:16 133:18 144:17 149:23 158:19 210:25 212:16 213:10

**honestly** 184:13 219:20

**honesty** 30:7 33:20 200:13

**hope** 134:8

**hoping** 60:13 221:9

**horrible** 45:17, 21

**Horton** 203:11, 12 204:9 214:5

**Horton's** 210:14

**host** 92:25

**hot** 118:11,20 135:12

**hotel** 18:3

**hour** 72:3

**hours** 157:10 162:2 163:14 174:5 179:13 182:5 223:4

**house** 121:12

124:18

**HQ** 157:11

**huddle** 204:8

**huddled** 203:23 206:5

**hurled** 77:16

**hurt** 53:16 76:5 119:2 131:20

—— I ——

**I-25** 61:8

**I25** 73:23 74:6 76:17,22 77:15

**IA** 23:19 231:16 233:4 234:13

**ID** 9:2

**idea** 78:16 167:2 168:16

**ideally** 70:16

**identical** 169:13

**IDENTIFICATI ON** 93:15 122:13 135:16, 17 138:19 201:13 203:14 236:2

**identify** 8:13 210:24 211:4,6

**imagine** 26:11 28:19 29:12 68:4 73:9 225:18

**Immaculate** 177:7

**immediately** 108:15 200:25

**imminent** 106:22

**impact** 12:11, 12 16:17 17:4, 11,16,19 18:5, 15,20,21,23,24 19:5,8,10,13,

20,22,25 27:15, 19,24 28:3,5,6 66:13 67:1 85:20 121:7 153:6 157:9 159:18 176:9 229:10

**impetus** 65:8

**implemented** 60:16

**implements** 159:19

**importance** 229:21

**important** 229:24 230:7

**improper** 159:19

**improperly** 219:12,13

**inaccurate** 197:17

**inappropriate** 53:23 222:5

**inappropriatel y** 222:8

**inbound** 72:5

**inception** 36:13

**incident** 35:21 81:21 113:21 124:4 136:4 141:12 143:15 144:4 146:9 147:2 170:2 184:12 188:16, 20 198:5 204:20 216:16 218:1 219:6 230:22 231:10 232:21 233:6, 16 234:4

**Incidentally** 121:6

**incidents** 142:11 155:5 184:14

**inclined** 121:16

**included** 85:7, 19

**includes** 63:20 136:21,23,25 220:25 221:4

**Including** 229:14

**inconsistency** 228:3

**incorrect** 86:12 112:5 235:13

**independent** 60:17,18 199:1

**index** 122:25

**indication** 68:17 78:25 105:10 106:10, 15,21 107:16

**individual** 42:13 47:16,18 101:20 102:6, 11,20 103:18, 19,23 104:22 105:6 112:10 119:19 130:8 186:8 207:10

**influence** 23:2

**informal** 221:19 226:10

**information** 40:19 42:1 68:23,25 74:2 75:6 120:16,24 124:18 151:8,9

**informed** 231:18

**inhaled** 202:22

**initially** 70:25

**injunction** 148:3

**injured** 123:16 125:6 126:16 146:16 147:18

**injuries** 126:15 129:7

**injury** 54:12, 13,19 55:2 106:22 146:25 147:1

**instance** 18:16 27:11 33:14,16 36:3 37:15,17 46:23 48:7,10 60:9 64:14 86:7 125:17 142:23 208:16

**instantly** 61:21

**instigated** 211:17

**instruct** 13:11 206:20

**instructed** 39:3 51:13 172:14,18 174:8

**instruction** 60:2

**instructions** 52:18,22 59:19, 20,23 61:5,11, 13 172:24 174:1 226:5

**insubordinatio n** 22:2

**intend** 132:4, 20

**intended** 132:24 133:2

**intending** 141:6

**intent** 131:9,10

**intentional** 131:7,8,21

**interact** 30:20

**interacted** 71:9

**interacting** 166:12

**interaction**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

71:10 73:12

interacts 31:4

interesting 56:18

Internal 231:3 232:12,16

interrupt 86:21 194:1

interruptions 11:10

intersection 71:7,18 72:12, 17 74:7 85:16 87:12,17 88:25 95:4 100:21,25 162:11,18,21 167:22 169:8 176:21 235:2

intersections 172:12

interview 231:8,13 232:10,11,16 233:5 234:7,11

interviewed 199:6 232:3,6 234:12

introduce 201:7,9 203:9

introduced 197:7

investigate 23:1 125:5 129:20

investigated 22:20 199:3

investigation 23:19 199:7,10 231:16 232:4 234:4,13

investigative 129:4

involved 12:8 13:22 22:20 28:6,9 115:13 139:21 140:8 149:25 150:2

152:3 176:18 208:19,23 232:13

involvement 11:4 139:13 141:7,18,22 149:3,9,21

involving 181:23

irritates 46:1

issue 68:5 159:10 169:22

issued 148:12

it-- 159:8

items 77:15

___

J

jail 75:23 130:3 146:16

Jesse 224:6

job 18:5 33:16 116:9

John 12:15 94:16 153:14

Johnson 8:4

judge 58:17 148:2,12 208:15,16

Judge's 31:16, 19 61:16 158:23

judging 209:15

jump 55:10 174:19 202:9 213:20 218:25

jumping 210:13,15

June 15:6 32:7 33:5 34:24 35:5,22 40:3,4 140:2,3,23 141:23 148:4, 13 151:19 172:6 179:12 197:13

Junior 225:4,8, 22

jurisdiction 218:21

jury 108:19 125:21

justified 47:17

justify 34:8 39:13 42:4 46:10,17,19 190:18,25 191:3 212:12 215:20

___

K

kick 127:12 129:25

kid 225:20

kill 54:18

kind 11:9 14:20 17:12 18:7 20:2,7 25:13,15 27:9 33:20 34:1,4,11 39:16,21 40:13, 15 41:5 48:24 49:4,8,25 50:21 52:7,19 55:5 56:25 57:23 60:16,21 61:5 62:10,14 63:3 64:25 67:12,14, 25 68:2 72:20 73:6 76:2,16 77:13 80:12,25 81:7 93:17 126:12 130:22 131:17,18 145:25 149:11 158:2,21 159:9, 11 160:14 161:12 175:1 179:5 183:22 206:22,24 207:1,6 209:15, 19 213:2,6 219:23 220:2 221:22 223:20 227:9 233:14

knee 129:25

knew 120:12, 15,18 124:12 128:17 131:11 144:1

knife 75:19,21 76:4,5 126:6,8

knocking 43:12

knowing 42:25 43:8 116:12

knowledge 159:2 234:10

knuckles 146:5

___

L

lady 127:13

language 228:4,7 229:20

large 75:19,21 80:10 126:6,8 172:12

late 136:12 231:7

latest 25:13

launched 23:19

launchers 87:17

law 132:19 217:10,14

lawful 86:18

lawsuit 21:8

lawyers 11:20 113:6

leader 25:17

learn 43:2 172:17

learned 37:13

leave 43:17 57:13 104:8 171:24

leaves 53:16

leaving 47:24 52:19 53:22,23 174:13

left 82:1 95:17 102:15 168:12 187:13 213:20 223:1,3 233:16

legal 229:25 230:9

legally 225:22

legs 62:16

lengthy 121:5

less-lethal 227:17

lethal 25:24 27:3 43:8 44:4 47:13 76:14 85:8,16 154:25 158:2 159:3,18 164:14 172:3 219:12,15 220:13,16

level 46:7,21 47:1 55:9 56:8 217:1

levels 38:17

liability 147:21 229:25 230:9

lieutenant 11:22 12:1 39:11,20,23 41:3,5,7,18 42:2,3,7 46:9, 14 59:20 60:4 80:21,22 84:3, 4,12 85:10 100:15,16 139:17 140:11, 23 141:8,22 142:14 147:22 148:8,16,20 149:1,15 154:15 161:16 162:8 164:12 165:5,13 172:24 173:1,5, 18,25 178:11 188:19 189:20,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

23 190:6,9,16,
24 191:9 196:1
198:8 204:6,12,
19 206:5,20
209:9 223:25
226:11,13,14
227:13

**lieutenant's**
33:16 100:11

**lieutenants**
61:7,12 191:14

**light** 22:23

**lights** 79:10

**limit** 137:9

**limited** 113:14,
18 114:2
216:23

**Lincoln**
161:11,12
162:12,18
167:10 219:3,6

**Lindsey** 8:4
222:25

**line's** 100:6

**lined** 181:8

**lines** 213:2,5
229:15

**lining** 86:8

**list** 152:5,18,25
228:18

**listed** 152:8
229:15 231:23
234:9

**listen** 90:18
98:15 108:1
109:1,7,8,18
110:8,21

**listening** 43:5
90:16

**literally** 51:10
73:3 195:15

**live** 114:11
211:12

**Lives** 8:8

**located** 194:23

**location** 62:7
78:10 85:5
88:16 93:18
167:9,17 176:7,
17 177:3,22,23
178:13 179:19
180:9,13
184:10 188:9
193:23 235:9

**locations**
12:19 176:4

**lock** 45:25

**lodged** 23:23

**Logan** 176:22
177:2,8,20,21
183:4 185:15
192:13 218:25

**logical** 17:18

**long** 15:23
16:11 34:13
50:1,24 72:2
80:8 83:6 91:24
93:13 156:23,
24 219:8

**longer** 117:21

**looked** 13:19
68:6 90:8 91:19
94:4 99:22
105:13 150:17,
20 164:10
178:22 216:1
223:12,18

**lose** 149:10

**lost** 92:13
201:7 204:25
226:25

**lot** 18:4,10
27:13 30:6
34:11 46:16
49:7 57:2
59:14,15,21,25
60:2,17 66:5
71:4,19 73:24
76:19 80:16,18,
19 81:2,20
82:4,13 151:7
160:21 166:18
183:23 185:5,
19 207:7

**loud** 73:3

**louder** 207:22

**loudspeaker**
174:14

**lower** 38:17
53:10 133:11

**Lucky** 223:7

—— M ——

**made** 11:2,17
76:21 130:2
138:22 208:15

**mail** 122:5
224:22

**mailed** 122:21

**main** 13:18
178:25

**maintenance**
20:14

**major** 139:13
151:9 174:13

**majority** 71:12

**make** 9:12
20:22 29:7 33:9
40:17 43:13,16
52:21 59:18
60:5 69:17 78:3
80:23 86:25
88:11 127:5
133:18 160:15
190:17 202:24
208:1 212:20
213:3,15,17
217:25 225:13
230:4

**makes** 30:14
32:25 47:6
68:12 143:3
225:11

**making** 20:23
34:10 74:3
178:8 228:13
229:19

**male** 116:16

**males** 126:10

**Mall** 161:8

**man** 106:4,7
107:4,8 108:15
109:3,8 112:2,
17 124:7,16
129:18 134:4,
10,15 233:18

**manage**
142:15

**mandatory**
130:1

**manner** 159:19

**manpower**
20:1

**manual** 28:22,
25 29:2

**map** 161:1
177:9

**march** 13:3
16:13 72:22
231:7

**mark** 122:14
135:3 138:12

**marked** 88:15
93:15 122:12
135:16,17
138:19 201:12
203:14 236:2

**markings**
216:13

**mask** 98:19
101:21 102:20
103:10,19
104:22 105:6,
13,21,25 106:5,
7 107:4,9
108:16 109:3,8,
16 110:1,5,6,7,
13,18 112:2,18
113:23 116:17
118:2,13
123:18 124:8,
17 125:19
127:17,18
129:18 130:5
134:4,10
200:15,17
202:2,21,23,25
203:4 206:10,

11 209:18
213:10 221:1,5
233:19

**mask's** 45:19

**masked** 103:2,
7 119:17 128:3

**masks** 110:17
112:15,24
123:25 124:2
125:2 126:11
202:19

**mass** 133:7,24
147:15

**materials**
227:22

**matter** 8:8,9
130:7

**Max** 12:14
99:10,11
170:23 171:21
201:22

**mayor** 174:3

**mayor's**
172:13 173:6

**Mcdermott**
12:15 84:23
99:5,11 101:2,
12 122:7 152:9,
22 153:17
170:23 171:21
201:22 202:18

**Mcdermott's**
99:9 135:5

**Mcdonald's**
177:16

**Mcnulty** 8:15
9:8 10:1,3 14:1
26:24 43:19,22
80:4 86:22 87:3
88:8,11,14,20,
22 89:4,11,14,
18,20 92:17,23
93:4,16,23
94:3,5,10 113:8
114:5 118:5
119:13 122:16,
17 123:1,4,7,10
130:20 134:25
156:19 221:2,6



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-5   filed 06/09/21   USDC Colorado   pg 254 of 266
The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021
253

222:21,24
223:5 225:1,8,
12,23 234:24

**Mcnulty's**
13:12

**meaning**
190:10

**means** 86:18
138:4 166:2
167:1 179:5
186:24 220:12
223:3 228:6

**meant** 44:15
160:7,8

**mediation**
199:18,21

**medical** 46:5
119:25 120:10,
12 153:24
154:6

**meet** 148:21
199:17

**meeting** 17:25
20:15 67:24
199:18

**member** 27:18,
23 28:2 85:20

**members**
12:12 16:23,25
17:2 65:7 121:7
153:5,16 166:4
171:19

**memory** 75:21
79:19 80:12
112:9 117:7
119:16 123:25
126:11 139:20
151:7 169:7
176:15 191:22
194:21,23
212:22 218:7
233:14

**men** 112:15,24
125:2

**mention** 17:3

**mentioned**
193:9

**messages**
20:21

**messed** 88:21

**messy** 123:8

**met** 83:11,14

**Metro** 19:11
201:2 202:4
205:5 216:17,
18,22 218:14

**mic** 96:1

**Michael** 8:16,
17 232:21,24

**middle** 100:4
102:6 175:2,3
195:7

**Mike** 197:8

**milliliter** 221:5

**milliliters**
44:23

**millimeter**
44:4 62:18 63:8
215:17

**mind** 20:25
33:13 34:2
37:16,22 55:17
57:24 58:19
69:16 76:16
87:25 128:2
135:25 182:9
224:2

**minds** 68:21

**mine** 11:8 66:3
225:20

**minimum**
11:11

**minute** 101:22
113:7 167:20
168:2 182:6
186:22 187:11
210:16 213:23
223:4 234:20

**minutes** 56:9
179:21 183:6
184:8,22
222:14

**misconduct**

21:9 221:14

**missed** 28:12
109:24 153:13
225:9

**mistaken**
79:10 174:16

**modern** 29:22

**modified** 37:25

**moment** 35:19
36:13 118:24,
25 121:9 203:8
207:21 210:9
216:14

**monitor** 67:11
199:1,19
232:12

**monitoring**
172:21

**months** 13:2
198:24

**morning** 10:2,
5

**Moser** 152:22
153:9,10,11
154:10 170:24
172:1

**Mother** 114:19

**Motherfucker**
108:5 109:19
110:22 112:1,6
233:22

**motions** 53:15

**motorcycle**
80:16 84:5

**motorcycles**
80:18

**Mountain**
88:18

**move** 38:19
86:16 104:20
147:14 164:4

**moved** 81:2
82:4

**moving** 82:13
104:16 105:7
142:23

**MST** 236:3

**multiple** 125:7
129:14

**munition**
37:19

**munitions**
25:24 26:1,7
27:3 44:6 45:8
70:13 76:15
154:25 158:12
219:12,15
220:13,19

**murder** 15:9

**mutual** 217:3,
5,7,14,19
218:1,6,8

---

**N**

**nail** 55:5

**names** 12:13

**narrowing**
114:13

**necessarily**
49:11 51:8 54:4
57:7 58:14 61:4
68:13,24
121:15 128:25
193:15 205:11
213:9 225:16

**needed** 18:12
38:8 39:6,7
41:17 42:6
149:16

**needing** 202:1

**night** 45:16
57:6 170:6,21
194:20 199:24
200:1,5,8,9,18,
23 216:19
217:18

**norm** 67:25
195:13

**normal** 34:6
115:22 140:17
161:18 163:22
164:21 220:1

**north** 76:18
161:11

**northbound**
76:21 77:15

**northwest**
18:1

**notes** 139:24
150:21,22
151:2 223:18

**Nothing's** 61:6

**notify** 11:22

**November**
219:9

**number** 8:12
21:18 54:2 83:9
92:10 122:8
135:4 183:21
201:7 210:22
214:6,16
215:16 219:21
223:7 229:14

**numbers**
71:15 80:12
92:14

**numerous**
39:21

---

**O**

**oath** 10:13

**object** 13:7,10
26:14 27:6
29:10,15 32:3,
11 37:14 44:9
47:20 48:4
50:17 51:22
52:1,24 53:11
54:25 56:23
57:18 58:9
59:1,10 62:22
65:13 70:6,19
89:2 91:21
95:16 96:9
103:25 104:11
105:1 106:12,
17,24 107:12,
18 109:4,21
110:15 112:12,
20 113:3 114:8,
17,22 115:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

116:21,25
117:15,23
119:8,21 120:6
121:2,13 122:1
123:22 124:20
125:23 126:12,
24 127:9
128:21 129:5,
22 130:10
131:4,13 132:2,
13 133:4,16
134:5,12,16
141:25 143:18,
20 144:6
145:22 147:3
166:16 167:12
168:4,19 169:1
175:19 182:18
183:15 184:24
185:7,16,23
186:5 190:1,14
191:19 193:3
194:18 195:8,
10,21 196:4
204:17,23
211:10,19,24
212:4,14,25
214:12,21
215:7,21 216:2,
5,9 218:16
220:21 228:8,
15 230:1,10
231:21 232:23
234:18 235:3

**objecting**
26:18

**objection**
92:15,19
121:20 143:22
194:8

**objective**
132:1,12

**objectively**
131:1

**objectives**
67:21

**objects** 81:4
110:3 112:15,
25 113:23
116:17 119:16,
17 125:2
126:11 128:4
134:14 169:3

**observe**
142:15 154:23
155:5 163:15
189:16

**observed** 98:8
127:3 155:15,
24 156:9
159:18

**OC** 220:8

**occasionally**
21:19

**occurred**
150:9 179:8
199:24 222:10
227:18

**occurs** 143:2

**offense** 127:8

**offhand** 178:10

**office** 11:8
198:25 199:6,9,
13

**officer** 26:12
27:5 28:12,15
39:12,14 45:13
46:11,14 47:16
49:1,15,23
50:5,10,14
51:3,23 52:7,17
57:16 65:18
76:8 77:9,12,19
83:17,18 84:16,
18,22,23 85:22
88:2,14,18,19
89:21 93:10
94:1,8 96:25
99:5,9 101:2,11
109:2 116:19
121:18 122:5,9,
19 124:4,7,11,
17 126:22
127:7,19 128:9,
18 129:12
130:2 131:9
134:3,15
146:23 147:19
155:6 156:8
159:18 166:9
167:16 168:12,
21,25 169:10
170:15 171:6
173:4,5 179:19

180:9 201:22
202:18 210:14
216:3 219:12
221:13,14,21
222:2,3,4,8
231:24 232:1

**officer's**
131:16

**officers** 11:25
13:23 17:16
18:12 27:17
29:13 42:13,14
43:7 52:8 58:5
59:18 60:25
65:8,11 71:19,
20 72:11,15,16,
23 75:24 76:4,
14 77:4,13
78:19 79:2,5
80:9,15,19
81:5,11,12 82:8
84:8 85:1,5,12,
15 104:5 105:7,
11 106:8,11
107:9 112:16
116:17 119:18
120:15,24
123:17 125:19
126:11 129:14,
16 134:14
137:1 144:3,14
145:16,20
150:8 152:5,8,
10,18 155:16,
25 166:13
170:22 171:7,
10 175:11
181:6,8,10
184:16 186:2,
23 195:3,5,15
201:21 207:18
208:10 210:22,
24 211:4,9,15,
18,23 214:6,16
215:1,3,24
219:15,19
223:20 227:5,6
228:3 229:11

**official** 226:18

**officially** 16:20

**oflet's** 80:16

**OIM's** 199:6,9,
12

**one's** 125:6

**open** 147:13
231:16

**openly** 221:8

**operate** 19:5
26:7

**operation**
46:23 80:22
81:1

**operations**
46:22 198:1
226:25

**opinion** 60:4

**opposed**
183:19 185:19

**ops** 226:23

**option** 57:23

**options** 44:4

**ordeal** 165:14

**order** 22:5
31:16,19,25
32:6,7 33:16
37:8,13,19
38:1,7,16 39:4,
13 40:7,11 41:1
43:2 45:7 46:20
47:2,4 53:21
56:6 64:10
86:1,6,12,15
100:12,15
142:22 148:3,
13,22 150:15
158:23 165:14
172:13 174:4,
13 190:20
191:12 205:24
206:25 208:14,
15

**ordered** 36:18
136:12 139:12,
16 148:2
158:18 212:11

**ordering** 149:2
196:1

**orders** 33:23
36:21 43:6 56:7
60:19 69:21
164:6 165:2,6

169:5 173:7
204:4 206:6,19
212:8

**organizations**
217:11

**orient** 65:25
93:18 95:9
148:11 163:11

**oriented** 81:8

**outcome** 22:21

**oversee**
226:21 229:2

___

**P**

**p.m.** 90:8 100:8
137:5 162:12,
19,23 163:14,
24 166:2,4
167:2,4,11,23
170:1,4 176:22
177:22 178:14
181:14 182:4,
15 183:5
184:17 185:13
188:17 189:7,
13,19 190:23
191:18 192:11
193:14 194:14
200:3 204:11
236:3

**pan** 210:19

**paragraph**
158:6 169:18,
24 170:8 176:2
227:14,20

**parameters**
24:14

**Park** 160:22

**parked** 95:4
219:5

**part** 28:18
29:22 37:22
48:8 51:2,6
57:24,25 61:6
66:13 71:4,25
75:22 93:9
99:13 109:24
145:14 153:23

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

255

175:8 198:17
211:2 219:24
220:6 221:7
232:4

**partial** 93:2

**Partially**
141:10

**parties** 9:5
23:1 119:17

**partner** 217:7

**partners** 217:4

**parts** 62:5,13
113:20

**party** 23:2
32:23

**pass** 45:22

**passed** 18:4
50:15 51:5
85:12 172:23

**passing** 56:12
61:10

**passive** 55:10

**past** 28:3 60:14
96:15 97:5
199:14

**Patrick** 8:18

**patrol** 57:4,5
76:1 78:4 95:4
115:11 153:11
198:19 202:20
206:13 218:22
220:1 222:3

**patrol-
oriented** 57:3

**patrol-type**
57:21

**patrolling**
161:3 172:11
176:10

**patrols** 160:3,
11,14 218:20

**pause** 43:17
86:23,25
163:18 183:13
184:6

**paused** 147:4
163:5 186:22

**pausing**
168:11 184:8
201:17 203:19
210:18 215:14

**pay** 33:15
95:21 102:3
183:6 186:21
187:2 212:17

**paying** 87:25

**PD** 217:11

**peace** 69:17
126:22 127:7

**peaceful** 69:15
71:11,24

**peacefully**
24:21,23

**pedestrian**
131:19

**pending** 8:10
10:22

**Pennsylvania**
177:2,8,16
185:15 192:14

**people** 13:22
16:18 17:8,14
18:6 22:20
24:22 25:16
27:16 36:19
37:24 38:3
39:21 40:15,19
45:18 46:25
49:7 54:2 55:24
60:13 68:20
69:15 71:17
73:8 76:6,19
77:5,10,23
78:11,20,24
124:1 125:1
126:9,10 127:4,
11,25 128:3
129:1 130:16
140:17 147:14
150:2 152:25
153:20 174:6,9,
12,23 175:2,12,
18,21 178:19
179:3,6 182:6
186:1 190:7

203:24 204:2,8
207:23 212:8,
10 215:16
228:23 229:14

**pepper** 26:2
28:20 36:3,19
37:15,16,22
38:16,23 40:23
42:7,8,21 44:3,
23 45:3,25
47:7,18 63:6,10
65:19 70:3
76:24 77:1,2,5
87:12 90:13,23,
24 91:2,9,14
96:17 104:5
136:23 145:11
146:23 147:10,
15 158:12
164:17 166:14
171:25 172:1
186:3 189:1
215:16,18,20
216:7,12
219:16,18,19
220:11

**percent** 21:24
84:21 133:25

**perfect** 63:4
115:4,10

**period** 25:8
30:10 43:1 51:5
55:8 189:6

**periodically**
13:10

**permanent**
206:16

**person** 11:4
34:8 49:11
50:15 52:15,22
53:7 56:22 61:2
77:18 98:1 99:6
103:2,3,8,10
106:4 117:8
118:1,8,12
124:12 125:18
131:2,11
147:17 173:17
198:8 204:3

**personal**
14:11,12,13
15:19 120:16

202:19 203:5
206:12,16

**persons**
214:10

**perspective**
101:11

**pertains** 150:4

**Phelan** 46:23
142:13 143:12
189:25 190:13
196:3 198:2,8,
14

**phone** 14:11,
12,13,17 20:17
21:1 74:17,19,
22,25 95:23
96:2 199:14

**phonetic** 12:15
84:10 93:25
226:13 234:7

**photo** 9:2

**physical** 64:15
65:5

**physically**
209:12

**pick** 213:19

**picture** 33:21
64:20 214:24

**piece** 114:12

**pin** 9:15

**pinned** 9:13,16

**pinpoint** 84:7

**place** 188:17
209:1 219:4

**plaintiff** 8:16

**plaintiffs** 8:18,
19,21 9:11
197:9

**plan** 67:13

**Platte** 77:21,25
78:7,14,16
80:5,10,13,25
81:9,12,18,23
86:1 87:7 88:16
90:9 142:21

200:11 235:2

**play** 90:20
94:17 95:10,19
96:20,21 98:14
99:25 100:9
105:23 108:24,
25 111:15
163:9,14,16
167:15 168:8,9
179:14,16
183:2,5,10
186:18 187:11
210:16

**played** 108:19
167:20 179:21

**playing** 104:2
113:14 117:2,6
184:5 203:11,
15

**PLAYS** 89:3,8,
19 90:12,21
91:8,16 94:21
95:11,22 96:14,
24 97:19 98:5,
17,22 99:20
100:1,10
101:14,18
102:4,10,18,24
103:5,17
104:14,18
105:5,19 106:1
107:3,25 108:4
109:6,11,23
110:12,24
111:17,21
163:17 167:19
168:10 179:18
183:9,12 184:7
186:20 187:6
188:4 201:16
202:13 203:18
210:17 211:5
214:3 215:13

**pocket** 95:24

**point** 28:16
29:14 53:7 56:2
69:4 74:13
76:9,15 77:9,11
81:3,6 82:16,17
83:13,14,25
87:8 91:2,20,
23,24 96:3,8
98:2 99:17

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of   SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

256

101:3 102:19
105:10 107:8,
21 108:21
112:18 117:18,
21 118:13
120:3 122:20
168:18 206:22
208:8 209:19

**pointed** 112:19
134:11 216:4
233:18

**pointing**
97:21,23,25
98:9 113:15
124:24 129:18

**points** 56:18
217:10

**police** 16:5,7
21:9 27:17
28:23 29:17
49:15 54:6
77:16 78:19
79:2 80:20 81:8
90:1 91:19
95:3,25 96:5
98:9 100:2
103:24 119:20,
24 120:23
127:12 128:18
149:7,19 150:6
155:6,13,17,22
156:1 172:20
174:16 198:16
199:3 210:1
221:13 222:7
231:3

**Police1.com**
58:15

**policies** 30:20
35:17,23 36:5,
8,21 68:7
116:12,13
158:13

**policing** 12:6
14:14 28:9,23
29:23 82:23

**policy** 30:9,16,
25 31:4,8 32:20
36:23 37:20
42:15,25 48:8,
17 49:24 53:14
62:9 64:25

65:1,3,9,12
149:7,19 150:4,
7 155:13,17
159:2,5,19
168:3 195:20,
23 196:7
206:25 207:2,
12 208:8,9
209:23,25
212:24 213:13
227:22 231:20
234:16 235:1,8

**polo** 67:3

**portion** 215:15

**portions**
138:16

**position** 94:24
130:23

**positive** 21:25
84:6

**possibly** 151:3
165:13 218:11
223:19

**post** 39:9
142:13 143:9
172:14,18
173:2,18,23

**posted** 19:15

**potential**
209:15

**potentially**
55:3 57:16 58:6
128:19

**powers** 222:5

**practice** 15:13

**pre-meditated**
204:15

**prep** 11:5

**preparation**
157:2,5

**prepare** 10:25

**prepared**
29:19 218:4

**preparing** 50:5

**presence** 74:1

**present** 9:6
16:3,4 153:22
167:16 184:10
188:9 232:9

**pretty** 9:5
12:18,19 19:18
24:22 61:16
107:22 123:2
129:10 148:17
198:21

**prevent** 18:6
58:25 78:11,20
133:8

**previous**
225:14

**primarily** 60:1
77:11 90:5

**principals**
33:2,6

**principles**
26:9

**prior** 30:3
31:22 32:5,8
33:5 34:16,24
35:5 41:16
42:24 64:10
141:8 157:5
191:4 197:1
206:25

**proactive**
17:24 18:6
20:8,9

**problem**
171:11,16
179:1 188:6

**problematic**
228:4,6 229:20

**procedures**
30:5 116:13
126:4

**proceed**
126:19

**PROCEEDING
S** 8:1

**process** 141:8

**produced**
183:3

**professional**
115:2

**progressed**
190:19 191:12
233:1

**promoted**
16:13

**prompted**
223:22

**pronouncing**
113:16

**proper** 220:20

**properly** 159:1

**property** 13:23
69:1,9 106:16
107:10 118:14,
16 119:2
146:18,21

**protect** 60:9
229:21,24
230:8

**protects**
24:18,19

**protest** 24:18,
23 28:16 30:12,
16 31:1 32:17
34:13,16 37:4
42:10 49:6,12
59:9,17 66:16
68:20 69:15
80:22 87:7
149:23 207:13,
16 209:4 210:7
219:4 222:11

**protester** 77:8

**protesters**
29:14 65:19
67:7,21 71:9,13
73:6,25 78:18
79:1 80:11
81:11,17,25
82:3 87:11,16
96:5 100:4
136:19 146:24
147:1 155:17
158:3 164:7
166:13 174:24
175:9,14
181:18 182:15

184:21 185:4,
14 188:16,23
189:12,18
190:23 191:4,
16 193:1
194:13 195:1,4,
7

**protesting**
49:14 86:8,18

**protestors**
181:24

**protests** 11:5,
17 12:6 13:6,16
14:18,20 15:2,
3,4,8,10,20
16:15,23 17:10
18:14,17 19:12,
22,25 24:21
25:25 28:4,9,23
29:23,24 34:17
36:6,11,16 39:4
42:25 44:2,5,
22,24 45:3
57:2,6 60:22
61:1,2,13,15
64:8 65:2,25
66:1 68:16
70:23 75:8,10
82:23 83:25
91:20 125:8,13
135:21 137:12
139:13,21,22
141:14,18,22
142:6,9 143:6,
8,17 144:4,13
145:18,19,21
147:12 149:4,9,
14,21,25 150:5,
7 151:14
155:12,21
156:1,6,9,11
157:15 159:4,
13 196:18,24
197:13 199:4
200:9 207:2
208:19 216:23
217:9 220:23
223:9 226:6
229:7 230:8
233:1

**prove** 22:24

**provide** 92:24
93:5

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

provided
31:24 35:5 93:3

public 175:13

pull 92:7 95:23
122:4 163:4
181:24

pulling 132:4
161:1

purposely
134:10

purposes
184:2

push 164:7
179:4 195:4,5
205:3,4 210:1

pushing
178:13,19
205:7 209:8,11,
12,14

put 20:15 34:11
63:15,19,23
122:6 145:11
146:16 159:11
176:1 202:23

puts 130:22

putting 45:24

_____

Q

qualified
146:8,9

quantity
185:14

question 10:21
12:25 14:24,25
15:9 17:18
19:7,19 26:19,
23 32:6 34:22
37:7 44:1,21
51:16 53:4
62:25 67:19
68:3 86:23 87:6
89:22 111:24
113:11,13,25
114:24 118:23
126:21 127:6,
15 130:22
132:10 137:10
140:19 149:11

150:16 161:24
162:15 163:10,
16 184:6
192:18 193:21,
24,25 194:3
196:14 206:2
208:3 209:22
210:9 215:1
233:21 234:22

questioning
111:12 234:1

questions
13:12 15:22
55:12 61:22
70:2 87:24 89:7
96:23 122:9
135:1,10,12,14
179:17 194:6
197:3,4 222:20
223:8 225:25
226:2 230:13
233:17 235:18,
21,22

quick 43:14
94:18 96:20
97:18 98:4 99:4
134:19 135:2
187:24 210:9
222:14

quicker 54:1

quiet 140:20

_____

R

radio 41:12
73:21 78:9,17,
25 79:7 95:18,
25 172:20
173:1,9,11,14,
19,21,22 202:7

rails 19:16
160:13

raise 9:20 68:5

raised 56:17

rambling
31:14 146:14

ran 22:23

rank 83:17,19

ranking 85:22

rapidly 117:22

rare 40:21

Raven 73:20
74:1

RDV 19:16
152:15 163:20,
23 171:22
184:19,20

RDVS 160:12

re--- 102:22

re-state 128:23

re-watch 211:2

reaches 51:2

react 45:18,19
58:18 107:6

read 71:3
124:22 127:22
147:8 148:21
149:22 228:14

readily 60:11

reading 110:2
227:19 230:4

ready 15:14
20:23 200:22

real 40:16
94:18 96:20
97:18 98:4 99:4
135:2 175:4
187:24 219:25

realize 175:23

realized 73:16
75:20 179:1

reason 29:6
67:9 68:11 96:1
133:19 136:7,
18 137:24
166:14 170:14
198:9

reasonablene
ss 132:1,12

reasoning
208:4

reasons 54:2

Rebeterano
80:21 84:3,12
100:16

recall 24:11
36:15 82:7
112:25 115:6
136:10 140:8
149:6 153:3
154:10 155:5
157:18,20
158:1,16
159:24 161:15
162:11,14,18,
21,24 163:23
164:5,8,11,24
165:5,11,13
167:16 170:11
176:21 177:21,
24 192:17
193:10,12
196:6,23
199:25 207:15

recalled
112:23 157:19

receive 30:19
31:3

received 29:25
32:8 85:6,10
120:10,12
206:19 232:20

receiving
123:11

recent 50:25

recently 12:23,
24 36:4

recognize
138:20 177:12
179:24 180:4
182:6 187:5
204:1 214:14
216:3

recognized
201:22

recollection
116:24 126:7
163:19 166:3
167:21 169:19,
25 180:12
181:13 183:8
184:9,12 188:8

189:9 192:19,
25 194:12,17
196:15

record 8:14
23:13,15 26:18
43:19,20,21
50:3 74:25
80:1,2,3 88:7
92:10 93:6
96:13 97:17
122:7 125:15,
17,18 134:22,
23,24 138:5
140:18 143:23
163:7 196:9,10,
11,12 206:17
222:13,15,16,
17 236:1

recorded
93:10 137:16
231:13,14,15

recording
174:15

recovered
76:4

red 22:23
101:21 187:3

REDIRECT
222:23

refer 137:7
217:13

referred 227:4

referring 15:5
61:18 142:7
144:25 145:1

refers 154:18

refresh 116:24
163:19 167:21
169:19 180:12
184:9 188:8
189:8 192:19,
25 194:16

refreshes
169:24 183:8

refusal 22:5

refusing 37:24
38:18



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

regard 44:3
60:24

regular 17:11
19:1 153:11,16

Reidy 8:18

related 14:4
24:21 25:25
26:9 30:7 33:22
36:21 75:7
139:22 149:23
153:24 212:18

relating 35:23

relation 199:7,
10

remediate
58:7

remember
17:5,8 21:20
22:16 23:10,22
27:18 31:11,15
34:22 35:8,12,
22 66:2,10,19,
22 67:4,9,10,
12,23 68:10
69:10,20,22,25
71:4,6 72:14,19
73:25 74:22
75:18 76:1,22,
24 77:1,2,11,15
78:4,15,22,23
79:16 80:8,14,
16,21 81:3,14,
20 82:8,12
84:13,16 85:11
86:1 87:9 90:10
91:25 98:8
101:9 108:8,12,
23 110:2,10,18
111:5,11,13
112:16 114:14
115:14 116:2,
22,23 117:4
122:18 123:11
125:11 129:11
139:19,24
140:1,6 144:17,
18 145:23
150:17,21
151:2,10
153:22 154:1,9,
12 156:20
158:10,20

159:9 161:7,13
163:21 165:4,
19,21 169:6
170:6 174:4,5,
14 178:8,11,15,
16,19,21,22,25
179:7,8 189:3,
17 192:8,14
193:6 194:25
195:1 198:10
200:5,6 202:22
204:7,9 205:25
208:5 211:22
212:1,17 215:2,
4 217:25
219:22 220:14
223:11,13,16,
22 224:21
226:4,11 231:6,
14 232:7
233:24

repeat 26:23

repeated 40:2

repeating 50:8

replay 102:22

REPORETER
235:5

report 22:25
63:12,20,24
121:18 142:18,
25 144:10
145:1 147:15,
20 154:19,22
156:13 157:8,
16 159:16
161:21 162:1
169:17,23
170:9 172:4,10
176:1 192:21
196:16,25
221:18 223:8,
11,14,17,23
227:15

reported
221:14 222:2,4

reporter 8:5,24
9:1,5,12,14,19,
24 10:15 65:15
88:20 92:25
119:9 135:9
162:17 223:2
234:20

reports 63:16
226:5 228:14
230:8

represent
18:13 97:16

representation
93:1

requested
19:3

require 45:4
149:8,20
209:10 210:3
212:3 214:20
215:5

required 45:7

requirement
44:6 208:10

residue 96:17

resistance
47:1 55:10,11

resolving
117:22

respect 12:4
33:25 143:5
144:2 175:9
196:24

respond
17:13,15,19
29:14,24 32:25
55:9 57:15 58:5
64:16 66:20
67:1 74:6 77:21
78:10 121:8
174:21

responded
19:15 77:24
85:21 98:20
116:12 160:16
200:12 223:20

responding
29:23

response 15:8
25:14 31:10
53:25 56:18
198:23 200:23

responsible
20:4 116:14

rest 21:1
101:25

restart 213:21

restarting
214:1 215:12

restraining
148:3,13

restroom
44:13 79:23

result 232:21

retired 198:11

retreat 55:25
56:11 57:17,22

retreated
117:18

retreating
168:18,20

retrieved
203:4

review 11:13
126:18 156:13,
18 157:4
227:22 235:23

reviewed
11:12 156:21
196:25

rewind 187:8

ride 66:14
160:12 200:20

riding 163:23

right-hand
93:20

rights 24:25
34:12

ring 172:2

Ringel 8:22
13:7,10 26:14,
17 27:6 29:10,
15 32:3,11
37:14 44:9
47:20 48:4
50:17 52:1,24
53:11 54:25
56:23 57:18
58:9 59:1,10
62:22 65:13

70:6,19 86:21
88:5,10,13
89:2,17 91:21
92:19,24 93:8
94:3 96:9
103:25 104:11
105:1 106:12,
17,24 107:12,
18 109:4,21
110:15 112:12,
20 113:3,7,11
114:8,17,22
115:18 116:21,
25 117:15,23
119:8,21 120:6
121:2,13,20
122:1,14,24
123:2,22
124:20 125:23
126:1,24 127:9
128:21 129:5,
22 130:10
131:4,13 132:2,
13 133:4,16
134:5,12,16
141:25 143:18,
20 144:6
145:22 147:3,5
166:16 167:12
168:4,19 169:1
175:19 182:18
183:15 184:24
185:7,16,23
186:5 190:1,14
191:19 193:3,
18 194:4,9,18
195:8,10,21
196:4 204:17,
23 211:10,19,
24 212:4,14,25
213:24 214:12,
21 215:7,21
216:9 218:16
220:21 224:24
225:2,10 228:8,
15 230:1,10
231:21 232:23
234:18 235:3,
22

rings 169:14

riot 67:3,17
160:13 192:6,8,
15,16 193:8,12

riots 25:12

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

roadway 213:6

roadways
212:7,11

rock 55:18,21
99:1 105:23
112:22 117:9,
13 121:19,23,
24 123:15,17
124:11,12,17,
25 125:9
127:19,23
128:13,18
129:1,13,19
130:5

rocks 13:23
60:10 79:14,20
92:1 96:5
112:23 115:12,
23 120:23
121:11 123:18,
25 124:1 125:3,
7,10,12,19
130:6 191:25
207:5 214:25
215:2 233:19

roll 40:3 66:20

rookie 83:10

room 20:11,23
232:11

rosters 139:24
223:19

round 38:9
47:17 54:20
61:25 62:21
63:23 107:5
112:3,11,18
114:21 130:8
131:3,12

rounds 29:3
42:9 65:20 70:4
116:5,8,10
220:4

route 78:4

routine 26:12
27:5,8,9,14

RTD 222:6

rule 61:17

rules 33:18

44:23

run 52:5 53:20

running 48:2,
15 51:19
143:13

runs 51:18
131:21

Russell 12:15
153:14

Ryan 8:3 9:14
170:23

———

S

safe 34:10

safer 41:18

said/she 22:24

Sanchez
228:25 229:2,
18

Sanders 84:10
229:16

Saturday
136:8 152:18
159:17,25
161:15,22
162:2,13,23
163:12,24
164:6,12,25
165:16,19
167:2,11
169:18,24
170:1 171:19

Saunders 84:5

saver 123:3

scene 25:15
39:13 41:6 42:3
50:22 60:25
61:2 64:19 72:7
83:24 164:10

scenes 167:24
169:12 188:11

schedule
197:20

schools 18:11

scope 113:18

214:23

scratch 32:6

screaming
90:16

screen 88:2
92:8 93:21
122:6,22,24
123:3 138:8
142:17 160:24
166:23 177:4
182:23 201:6
202:9 203:7
205:1 211:3
213:24

scribe 145:9

scroll 138:14
150:13

seat 135:13

Sebba 8:17 9:9
89:9,13 92:22
197:3,6,8
213:25 214:4
222:18 235:20

seconds
50:15,20 51:23,
25 52:4 53:3,4,
17 55:14,20
90:18,22 91:18
94:20 95:9,10,
13 99:18
163:10,15,18
167:16 168:9,
11 179:15
180:1 181:7
184:9 186:19,
22 187:12
201:15,18
202:11,12
203:17,20
210:15,19
213:22 214:2
215:11,12,15

section 185:6,
12

send 75:5
100:12

Senior 225:3,
16

seniority

83:16

sense 30:14
32:25 33:9 47:6
52:21 68:12
80:23 81:7
127:5 143:3
148:10 225:11
230:4

separate 19:6
127:25 160:11

separately
146:10

sergeant 8:8
9:1,7,13,17,19
10:2,6,24 12:11
13:8 15:23
16:9,11,17 19:2
20:11,25 21:6,
22 22:4,11
26:17 40:25
41:11 43:23
44:21 59:17
60:4,20 65:15
80:5 84:4,6,9
86:21,22 87:4
89:21 90:13
93:17 94:22
95:13 97:8,20
119:9 135:10
143:24 171:11
186:14,15,25
188:18 190:8
194:12 197:7
201:10,18
203:11,12,20
210:19 214:5
215:15 216:3
220:6 221:22
222:1,18
224:10 225:2,
11,24 229:16
232:7 233:4
234:21 235:6,
17,22

sergeant's
33:15 60:24

sergeants
12:2 41:14
75:22 82:11

series 57:1
139:13

service 64:16
121:7 220:2

setting 29:3
30:2,17,21
31:1,5,6,24
32:1,10,17 33:7
34:7,24 35:6,
10,14,18,24
36:9 37:4 47:8,
13 62:18 64:22
164:1,9

shape 14:21

share 88:2
122:5 165:22
201:6 202:9
203:7 205:1
211:3 213:24
224:1

shared 12:22
122:22

sharing 13:17
92:8

Sheriff 16:1

sheriffs 174:20
182:8

Sherman
137:4 199:24
200:1,25
211:23 216:16
217:20 218:13

shield 60:16

shields 60:9

shift 161:16,22
162:1,2 170:16

shifted 60:21

shirt 67:3
101:21 105:20,
24

shoot 61:24
62:1,11,21
109:3 112:17
116:19

shooting
54:23 112:10
114:20 124:7
130:7 131:2,11
133:11,13
146:23



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**shootings**
64:16

**short** 17:6
196:8

**short-** 16:19

**shorter** 188:6

**shorts** 66:13,
16,24 67:3,14
68:13 94:23
200:19 211:7

**shot** 63:22
88:15 104:5
107:5,21
108:16 112:2,4
116:1 117:13
118:13,25
131:8 134:4,10,
15 181:7 186:3
204:13 211:8,
15,22 216:8
218:13 231:11

**shotgun**
220:16

**shoulder**
77:14 96:1

**show** 18:13
87:20 93:16
119:15 122:21
138:7 166:21
193:5 198:21
201:5 202:10
215:10 233:25

**showed** 94:4
106:20 107:14
156:19 174:16
234:3

**showing** 93:14
113:17 114:12
123:8 139:2
150:12 163:7,8
169:16,18
170:2 179:10
186:13 189:4
214:24

**shown** 98:3
106:14 113:13
114:1 192:18

**shows** 66:25

**shut** 187:24

**side** 80:10,13
81:9,12,16,17,
23 82:1 90:4
97:6 177:20
195:4,6

**sidewalk** 81:9,
15,16 175:6

**sign** 20:15
43:13,16 95:3

**signature**
138:25 235:24

**signed** 234:7

**significant**
73:25 141:12
142:11,20
143:2 144:4,24
146:9 147:1,2
150:9 185:13

**similar** 10:11
62:14 101:11
157:23 158:21

**simply** 58:4
76:3 194:20

**single** 70:15
174:25

**sir** 9:24 95:23
119:11 147:6
200:4 219:17
225:15

**sirens** 79:10

**sit** 117:7

**sitting** 38:18
108:18 111:6
113:1 125:21
139:9

**situation**
27:23,25 28:16
29:9 31:12
33:17 34:10,20
39:24 42:11,22
48:14 51:16
52:13,21 55:16
56:14,20 58:6,
23 59:4,8 73:10
115:22 117:21
118:11,19
142:21 144:15

154:7 176:16
192:6,9,15,16
193:13 208:22,
23 210:2,7

**situations**
17:16 31:9
32:14 52:14
58:14 182:21

**sleeve** 186:24

**smart** 55:15

**smoke** 35:8,11
40:13 91:9
183:17,18
184:1 185:2
191:8

**soft** 62:5

**softer** 62:13

**somebody's**
48:11,12,15

**Someone's**
43:12

**something's**
195:24

**son** 224:9
225:4,11

**sone** 135:12

**sort** 29:8 36:7
49:5 50:22 61:4
81:1 144:20
183:22 195:14
207:20 221:15

**sound** 79:9
89:10,11,15
108:21 111:3
116:3 117:1
195:16

**sounded** 79:9,
11 108:17
202:6

**sounds** 25:20
56:19 91:5
111:9,14,20
117:1 160:17
195:12,13

**sources** 151:8,
9

**south** 90:6
164:7

**southbound**
76:22

**southeast**
19:3

**space** 58:8,19,
22

**sparked**
168:13

**speak** 43:24
44:11 68:21
69:16 130:14
132:20 199:9

**speaking**
41:14 100:3
124:3 201:18
207:7

**special** 17:12
226:22,23,25

**specific** 30:19
31:3,11 32:19
33:23 34:23
35:17 36:8 63:1
78:22 138:16
146:4 161:6
169:21 194:22,
25 196:19,21
200:4 209:4
217:24 219:2
233:17

**specifically**
15:3 30:7 31:23
32:9 33:6
35:13,23 60:8
79:12,21
144:17 149:23
150:3,5 156:20
161:17 165:19
189:3 190:3
200:7 207:15
219:16 232:24

**specifics** 67:4
193:6

**speech** 24:20

**speed** 51:20
183:11

**spoke** 77:18
130:15 201:21,

23

**spoken** 12:9
199:12

**spot** 186:18

**staff** 41:22
144:9 145:2
159:14 164:7

**staffed** 16:20

**stages** 36:15
67:24

**stamp** 138:13
163:12 166:1,
25 179:12
182:2 203:10

**stamped**
147:10

**stand** 84:9
102:14 103:11
105:7

**Standard**
88:18

**standing**
81:10,13,23
82:9,11,13,14,
15 84:9 96:7
101:2 102:6
115:25 118:16,
24 119:1
129:16 168:12
210:22

**stands** 75:21

**start** 21:15
32:7 44:10 87:1
94:19 99:16
179:14,15
183:4 198:18,
23 201:8,14
202:11 203:11,
15 205:23
211:14 219:18

**started** 10:6
42:22 61:20
65:4 80:23
81:1,4,5 86:5
104:13 113:20
140:12

**starting** 10:3
88:16 94:20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**starts** 166:25
182:3

**state** 139:11
154:23 155:4
157:9 159:17
160:22 161:2
162:1 167:10
218:20,21

**stated** 128:8
133:10 232:25

**statement**
66:3,7 71:3
110:3 124:4,9,
23 126:13
127:21,24
136:11 137:7,8
138:10,15,18
139:7,12,16
140:3,24 141:7,
17,21 142:10
145:18 146:7
149:3,8,15,20
150:8,13,15,24
151:18 156:15
169:17 233:14

**statements**
11:1,2,4,12,14,
16 141:11
144:16 227:16,
21

**states** 172:10

**station** 163:25
164:5 222:6

**stationed**
89:25 90:2

**stay** 19:11 90:5
142:14 159:5
173:14

**stayed** 28:13
71:21 82:4

**stays** 19:8

**stealing** 18:7

**step** 119:10
131:19 210:9
217:6

**steps** 119:5

**stipulate** 9:17

**Stipulated**
9:10

**stood** 51:23

**stop** 48:13 49:9
57:12 71:14
73:4 74:5 77:5
86:7 91:17 92:8
95:2 101:16,19
102:5 194:7

**stopped** 18:10
71:15 95:8
143:11 179:21

**stops** 47:3

**storm** 60:14

**straight** 101:20

**street** 34:7
39:24 48:25
49:15 71:6
73:20 74:8
76:17 77:22,25
80:10,13,15
81:9,18 86:7,9,
11,16,19,20
100:4 102:6
161:8,9,11,12
168:24 174:12,
17 175:3,10,13
177:11,14
178:23 179:4
200:11 216:12

**streets** 73:18
82:23 161:9

**stress** 79:12

**strict** 209:3

**strike** 70:15
136:6 181:24
221:12

**strikes** 194:23

**string** 226:1
228:21,24

**stripes** 184:14

**struck** 123:16
124:25

**stuck** 78:5

**stuff** 17:20
66:15 75:7
147:21 158:10

200:11 205:23
217:2

**subject** 13:19
22:1 66:12
74:15 75:16
106:2 146:15
231:24 232:1
234:8

**subjects**
176:10

**subpoenas**
225:19

**subsequent**
157:21

**sudden** 66:16,
25 67:13

**sued** 21:6

**suited** 200:21

**Sunday** 136:1
152:24 154:5,
20 172:5 176:3,
22 177:22
178:14 179:12
189:7 192:14
193:2,14
227:16

**superior** 83:13
171:6

**superiors** 39:3

**supervise**
116:9

**supervising**
85:15

**supervisor**
39:6 44:7 45:4,
8 83:24 157:11,
14,19,21 158:1,
17 198:15

**supervisors**
84:8,9

**support** 18:13

**suppose**
180:21

**supposed**
18:15 46:14
62:11 64:6,18,
22 70:4 182:20

**supposedly**
125:18

**surely** 132:19

**surrender**
55:25

**surrendered**
119:20,22
120:9

**suspicious**
125:21

**swarmed**
179:3

**SWAT** 76:22
77:12 190:5
200:24 201:2,3
202:4 216:17,
18,22 218:14

**swear** 8:25
9:20

**swing-shift**
11:3

**swore** 10:13

**synopsis**
147:11

_____

T

**tactic** 58:13
59:5

**tactics** 25:21
60:18 195:17

**take-down**
76:12

**takes** 162:16

**taking** 10:3
56:3 74:15
75:16 76:3
79:13 119:5,10
131:9

**talk** 11:19 12:7,
17,21 13:16,21,
24 24:13 25:18
43:10 44:13,17
140:17 145:13
152:4 210:10
231:5

**talked** 12:23
13:1 16:24
30:24 37:8
45:12 47:8
60:20 128:6,8
223:25

**talking** 15:2,3
18:2 23:9,25
31:19 33:21
35:3,4,20 36:11
42:10,12 54:14
60:7 64:7 86:24
106:2 109:12
118:8 121:9,10
124:10 125:4
131:1 158:23
161:5 187:13,
16 189:1
192:11 193:16
199:16 202:18
211:12 219:7,
16,24 221:19
225:3 228:19

**talks** 227:14

**tall** 182:9

**taller** 187:4,15
188:5

**target** 62:7
63:4

**tased** 51:4

**Taser** 26:2
164:16

**tases** 51:12

**tasing** 51:14

**tattoos** 187:22,
23

**teaching** 51:9

**team** 12:11,12,
18 16:17,18,23
17:4,7,11,12,
16,19,24 18:5,
20,23,24 19:5,
8,13,22 27:19,
24 28:3,5 66:14
76:23 85:20
121:7 137:1
144:14 145:10,
17 148:9,21
152:10,19

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of  SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

262

153:6,12,16,20
154:10,24
166:3 170:22
171:19 172:2
173:17,22
175:16 178:12
181:11 188:23
190:8,10,24
195:3,5 196:2
206:20 223:21
229:10

**Team's** 67:1

**teams** 18:15
19:10,20 27:15
172:11,13,17
186:16 188:19
190:3,8

**tear** 136:21
164:19,24
165:3,6 166:13
183:14,19
184:3 185:3,4,
5,9,10,11,14,
18,19,25 186:2
189:11,15,16,
18 190:12,22,
24 191:4 195:4,
6 212:13 213:7
214:20 215:6
216:16 218:13

**tech** 88:12

**technically**
42:2

**technician** 8:4

**telling** 30:17
76:1 86:11
108:18,21,23
127:16 128:17,
20 129:21
141:8 150:3
199:20 204:12

**tells** 129:13

**temporarily**
17:9

**temporary**
148:3,12

**ten** 23:9 199:16
202:11 220:12

**ten-minute**

189:6

**tend** 58:16

**tense** 117:22
207:22 209:1

**term** 48:19
58:11 132:17
133:6 205:21
217:7

**terminology**
58:4

**terms** 132:15
174:1 228:3

**terrible** 42:17

**testified** 10:9
21:8 157:18

**testifying**
234:5

**testimony**
9:21 10:11
115:17

**text** 14:2,7
75:3,6

**texted** 14:5
75:4

**texter** 14:3

**texts** 14:10

**thefts** 18:3,6

**thing** 12:20
14:23 18:7 19:6
25:15,16 34:11,
18 35:25 36:25
38:7,15 39:21
40:1 45:21
46:18 48:9 49:6
52:19 55:16
57:14,23 62:10
66:17,25 67:12,
13 68:2 72:20
79:13 80:22
93:13 126:9
133:20 142:16,
17 146:3 150:2
159:11 169:22
178:25 183:23
200:22 202:20
206:24 207:4,6
212:9 213:6,14
219:23 220:2

222:6 223:20
229:24

**things** 13:21,
24 14:4 15:15,
17 17:13,15,22
18:9,12,15,17,
18 19:25 20:3,7
21:24 23:11
25:18 26:12
27:4,11,13
29:18,19,21
30:3,6,8 31:9,
16 33:19,23
35:8 36:1,2,20
37:9 38:20 39:2
40:14 41:5
42:24 43:2,6
44:2 46:16 47:4
50:23 53:18
56:11,19 58:15,
16,19 59:17
60:10,18 62:6,
16 64:13,17
65:4,6,7 67:11,
22 68:21 69:10
70:12 72:1 75:6
77:10 81:3,4
98:8 113:14,18
114:11,18
115:11,13,23,
24 117:2,3,6
127:4 128:1
135:2 137:1
139:24 140:8
148:23 150:22
151:17 160:15
166:18,20
175:11 183:20
190:19 205:22
207:2 209:1
212:7 214:25
216:23 220:11
222:21

**thinking** 34:5
44:15 57:21
60:17 62:25
69:14 71:2
129:8 203:3
207:8 222:2

**Thomas**
198:16,20

**thought** 40:9
41:15 68:19
69:19 71:16

72:10,20 77:12
115:7 120:23
121:10 122:22
123:23 124:16
151:24 187:22
204:25 215:18
218:1 233:8

**thoughts** 13:5,
13 80:7

**thread** 225:14

**threat** 48:16
115:23 118:12

**threatening**
119:1

**threw** 51:22
55:21 98:6,11,
20 103:4,8,23
106:7 109:13,
17 119:16
123:17 124:12,
17 125:9,12
127:19 128:18
129:19 168:13,
23 189:11

**throw** 39:10,11
40:23 41:1 77:8
92:1,4 96:5
98:24 99:1
102:20 104:3
105:11,17
106:11 110:3
118:3 142:23
189:14,16
190:12

**throwing**
13:23 49:14
50:10 54:5 65:7
77:10 107:9
112:15,22,24
113:23 116:17
117:13 119:17
120:4 123:18,
25 124:1 125:2,
10,19 126:11,
12 127:4,25
128:1,4,9,13
130:6 134:13
191:25 192:3
216:24

**thrown** 71:12,
24 72:24 73:2
81:5 98:9

105:13 117:9
120:23 121:11,
24 129:13
169:4 205:23
211:15,22
213:11 215:3,
23,25 233:19

**throws** 49:16
50:14 51:17
53:6,8,20,24
55:18 105:21
125:5

**Thursday**
227:15

**ticket** 22:21

**ticking** 55:20

**tie** 121:5

**time** 8:6 10:21
11:23 13:1 14:8
16:15,22 19:18,
21 20:8,9 27:21
30:9,13,23
35:21 38:25
40:3 41:19
44:21 49:9
50:21 51:5,17
52:18 53:3,18
54:1 56:6,8,12
58:8,18,22
64:8,11 66:11
70:14,15 71:8,
22 72:2 74:12,
20 76:6 79:7
80:8 81:24
83:7,12,22 84:6
85:3,10 86:6
88:17,18,25
90:3 92:3 93:19
95:6 96:2 97:9
105:24 107:14
112:14 116:18
117:9,12
119:16 124:16
125:7 127:14,
18 128:3
129:15 131:11
135:10 137:2
139:6 140:13
141:13 142:5,9,
14,24 143:1,13,
23 145:12,21
148:17 149:5
150:7 151:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of   SERGEANT DAVID ABEYTA, taken on MAY 21, 2021

263

154:6 156:23,
24 157:11
159:17 162:9,
22 163:12,13
164:9 165:9
166:1,7,10,15,
18,25 167:17
169:8,21 173:3,
20 174:4,25
176:4,13,15
177:24 178:5,
20 179:12,13
180:10,13
181:18 182:2,
12 184:10
185:22 186:16
188:1,9 191:24
192:15 193:7,
11,22 195:24
196:2 200:4
202:21 205:5,
12,14,20 206:3,
11,25 207:3,24
208:8,14
210:13 212:6,
17,21 213:12,
21 217:2 219:3,
11,23 221:11,
25 222:19
223:1,2 225:9
229:5,7 233:1,
15,16 235:15,
18 236:1

**time's** 55:20

**times** 12:20
18:4 31:9 32:22
48:20 125:7
147:9 165:8
178:15,17
183:10,23
219:25 220:10
221:17

**today** 8:4,5
10:3,15 13:10
20:12,17 27:15
59:24,25 111:6
113:1 115:17
124:16 125:22
135:11 197:9
221:2,6 230:18
235:23

**today's** 10:25

**told** 66:8 68:10

69:20 73:21
75:20 76:4
113:6,8 116:19
123:23,24
140:13 149:15
181:17 204:19
207:24 221:8,
21

**tomorrow**
15:14

**tool** 57:25
58:12 59:5,7,25
60:11

**tools** 32:16
59:6,24 60:6,7,
15

**top** 39:14 60:3
97:16 224:19
225:6 228:24

**topics** 27:2

**total** 28:7
178:24

**totally** 62:24
120:8

**touch** 34:13

**track** 92:13
201:7 226:25

**traffic** 72:1
78:5

**train** 132:11
217:1

**trained** 24:14
25:1,9,20,23
26:2,11 27:2,10
29:6,12,18 30:4
31:12 33:1,6
36:8 37:5,11
47:6,11 52:9
54:10 59:7
61:23 62:7
63:6,12,15,19
64:1 70:3,8,10
131:25 133:9,
23 164:18
171:25 172:1

**training** 24:13
25:5,6,8 26:4
27:12 28:12,13,
14,19 29:1,25

30:19 31:3,23,
25 32:8 33:10
34:23 35:4,11,
12 47:15 50:16,
25 51:2,6,7
52:6,22 53:19
55:6 61:23 70:3
155:22 156:1
168:3 195:18
217:1 227:22
232:20

**transcribe**
89:6

**transfer** 19:3

**transition** 53:9

**transpired**
234:10

**trapping** 195:7

**traveled**
152:13

**treatment**
120:10,13

**trigger** 132:5

**triggered**
213:11

**troops** 60:5
229:21

**truck** 51:4,5
164:22 174:19

**trucks** 19:17
160:12,13

**true** 27:15,16
28:1 54:20,22
63:11 70:15
104:25 116:24
120:19 121:4
124:15 142:4
155:2,9 159:22

**trust** 42:14

**truth** 9:21,22
10:13,14,16
217:23

**truthful** 130:12

**turn** 64:4,6,22
65:8,20 69:23
74:13 89:16
107:6 136:14,

18 166:6,10,15
167:6 171:1,7,
12 181:17
182:20 205:17
206:3,4,13,15,
20 207:4,18,24
208:2 209:18
235:11

**turned** 72:8
103:18 104:8
126:14 129:9,
10 192:9
202:15 203:3
205:1 206:11
209:22

**turning** 208:20

**turns** 51:4,11
53:16

**twist** 45:24

**two-and-a-half**
28:6 226:7

**type** 22:7 33:21
35:1,3 36:1
46:18 66:15
146:13 188:25
191:11 200:22
204:20 226:23

**types** 27:11
36:24 121:4

——— U ———

**U.S.** 8:10

**Uh-huh** 61:19
89:17,23
109:10 117:11
141:15 223:10

**ultimate** 57:11

**Ultimately**
143:11

**unauthorized**
154:24 155:6

**unclear** 14:24
210:5

**uncommon**
79:13 80:20

**understand**
10:16 14:20

17:12 33:2
36:24 41:13
49:24 52:3
55:12 56:12
57:20 59:16
60:5 73:17 93:8
149:13 172:25
193:21 205:20
208:5 217:22
229:23

**understandabl
e** 34:21

**understanding**
24:22 30:8
32:13,15 34:15,
18 39:6,22
41:3,6,8,9,14,
17,24 42:6
45:20 46:3,13
53:14 62:8,9,13
63:3 64:11,24
65:4 77:4,7
78:13 86:13
121:22 126:7
141:16 142:5,
12 143:1 144:7,
8,15,23 145:17
150:6 159:15
160:9 168:3
190:16,21
191:7,14
207:17 208:7
209:8,23,25
212:6,10
216:15 225:2
231:23,25
232:2 234:6

**understood**
35:9 38:1
145:21,25
146:2 149:7,14
199:22 208:3
209:13 212:21,
23

**unfortunate**
221:7

**uniforms**
203:24

**unit** 84:5 173:4

**units** 80:17

**unknown**



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

164:9

**unlawful** 86:19
87:7 91:13
213:5,8

**unnecessary**
23:11,14,24

**unreasonable**
56:10

**unrelated**
203:1

**uploaded**
137:17

**upmost** 229:21

**upper** 46:8,15
93:20 133:12

**utilize** 154:24
159:18

——————

**V**

**vacation** 17:1
153:13,14

**van** 12:15
152:9,22
153:17,22
154:1,4 170:23
171:23 174:21

**varies** 16:19
17:21 25:8

**variety** 29:18

**vehicle** 19:15
38:4 51:12 95:4
131:19 170:20
200:20 203:4

**verbal** 56:21
57:12

**verbatim**
78:15 148:22

**versus** 8:9
30:12 40:8
48:25 60:21

**video** 8:4,7
9:13,16 87:20
88:3,14,23
89:3,6,8,19
90:12,21 91:8,
16 92:2,5,8,18

93:2,5,9,10,11,
17 94:21,22
95:8,11,14,22
96:6,12,14,24
97:19 98:5,17,
22,23,25 99:2,
20 100:1,10,17
101:5,6,14,18
102:1,4,10,18,
24 103:5,17
104:2,14,18
105:5,19 106:1,
9,14 107:1,3,
14,25 108:4,20
109:6,11,23
110:9,12,24
111:14,17,21
113:21 116:24
122:14 136:8
156:18,21
157:5 163:5,8,
17,19 165:22,
24,25 166:2,21
167:19,21
168:2,9,10,12,
22 179:15,18,
22 180:1 181:7,
25 182:2,5,15,
23,25 183:3,7,
9,12 184:7,17,
22 185:12
186:10,12,18,
19,20,22 187:6,
12 188:4
192:18 193:6
198:22 201:6,
14,16,17,19
202:9,11,13
203:9,18,21
210:13,17,19
211:5,13,14
212:2 213:19
214:3,19
215:10,13,15

**videos** 92:15
156:20 192:18
233:25

**view** 113:19
114:2 131:15
177:11,15,18
178:2

**violated** 235:8

**violating**
174:6,9 234:16

235:1

**violation**
172:13 174:22
231:20

**violations**
174:24 176:11

**violators**
172:15,19
174:2

**violence** 68:24
211:17

**violent** 68:18
106:22 107:10

**visual** 160:16

**voice** 91:5
98:16 108:1,20,
21,22 109:1,14,
15,18 110:22
111:7,8,9,14,
23,25 204:3
214:14

**Volkinburg**
12:16 152:9,22
153:17,22
154:1,4 170:23
171:23

——————

**W**

**wait** 9:2 40:11
43:3 46:15
86:22 109:24
113:7 162:15
234:20

**waiting** 60:1
61:12

**waiving** 49:7

**walk** 75:14
96:15 179:5

**walked** 90:3,4
97:5

**walking** 49:8
104:22 175:7,
10 209:14

**Wang** 8:20
9:10 92:11
135:19 194:2,7,
11 196:13

223:7 235:21

**wanted** 39:19
41:2 88:11
112:17 115:16
174:6 185:21
190:9

**war** 13:20
178:22

**warned** 87:11,
16

**warning** 40:15
68:13 70:5
91:1,12 183:22

**warranted**
129:3

**Washington**
147:10

**waste** 127:14

**watch** 87:23
88:23 98:4 99:3
116:7 203:16
213:22 215:11
216:4

**watched**
184:22 185:6
189:7

**watching**
40:20 42:1 93:6
97:18 99:16
107:2 113:19
116:5,23
129:16 188:7

**water** 71:12,23
72:24 73:2
102:8,15,17,20
103:8,12,14,20,
23 104:24
128:9 168:23

**ways** 45:18

**weapon** 54:5,8
55:18 63:6
133:10,20
220:1

**weapons** 26:9
29:9 43:8 85:8,
16 158:2
164:14 171:18

**wearing** 57:7
66:12,13,16
100:18 105:24
110:17 112:15,
24 116:17
118:2 124:1
125:2 126:10
200:19 203:24

**weekly** 17:25

**weeks** 136:11
140:4 149:16
150:25 226:8

**weight** 182:12

**west** 74:3
80:10 81:9,12,
23 161:5
177:18 178:12

**westbound**
72:6 73:22,24
77:23 81:2

**whatnot** 80:23
158:15 217:1

**white** 103:2,7
105:13,21,25
110:7 112:15,
23,24 113:23
116:17 118:2
119:17 123:24
124:1 125:2
126:10 128:3
130:5 216:2

**whizzes** 55:19

**wide** 29:18

**William's**
190:24

**Williams**
139:17 140:11,
23 141:8,23
147:23 148:16,
20 149:2,15
152:9,21
154:15 161:16
162:9 164:12
165:5,13 173:1,
5,25 178:11
188:19 189:21,
23 190:6,7,9
196:1 204:6,12
205:3 206:5,20
209:9 223:25



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

226:11

**wind** 40:14
183:24 184:2

**window** 49:18
147:20 187:24

**windows**
69:12

**windshield**
170:21

**wise** 206:2

**witnessed**
220:15,22

**woman** 103:7

**word** 205:21
208:12 210:4

**words** 85:9
139:25

**work** 14:4,11
32:17 83:2
171:12

**work-** 75:6

**worked** 83:7
197:18 219:8

**working** 22:22
140:12 197:8,
12 217:19

**works** 82:10
183:22 195:25

**world** 63:4
115:4,10

**worn** 64:23
99:4 180:16
207:19

**worries** 79:24
122:10

**worry** 199:20

**wow** 23:9
115:14 199:16
221:20

**write** 66:4
124:4,9 126:13
139:9 140:24
141:11,17,21
142:10 144:16
145:18,24

149:15 150:8,
15,24 151:1,5
176:3 223:22

**writing** 63:12
141:6 151:18
160:10 210:6
223:13,17
227:14

**written** 130:15
137:7 139:12
141:7 149:3,8,
15,20 196:16
233:13

**wrong** 41:19
130:23 133:9
135:20 136:9,
16 137:13
205:12

**wrongno**
136:6

**wrote** 121:18
124:7 136:11
138:16 223:8
226:8 230:12

---

**Y**

---

**year** 11:5 23:22
30:4 83:10
110:7 145:7
154:8 156:25
161:19 169:13
193:7 219:10

**years** 15:25
16:1,3,13 23:10
24:11 25:7 28:6
49:17 51:7
219:9,22
220:12 221:13,
25 222:7

**years-plus**
199:16

**yell** 91:12
114:19,24
115:8

**yelled** 71:13
115:6 233:22

**yelling** 73:6
91:6 100:2

**yellow** 100:6
152:6

**you-all** 152:13
230:7

---

**Z**

---

**zone** 13:20
178:22



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS