IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*,   )
Plaintiffs                            )
v.                                    )
CITY AND COUNTY OF DENVER, *et al*., )
Defendants                            )

# Exhibit 112

## (Attached to Fitouri Plaintiffs' Reply in Support of Motion for Class Certification)

## Radio Communications, 5/28

## From 2020-05-28_20.27.53 thru 2020-05-28_21.15.24

## (Conventionally submitted)