LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## — COURT REPORTERS —

## CIVIL ACTION NO. 1:20-cv-01878-RBJ

## BLACK LIVES MATTER 5280 , ET AL.,

## V.

## CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## OFFICER JOHN SAMPSON

## DATE:

## April 23, 2021

EXHIBIT 113

a courtroom
**powerhouse**

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

1          IN THE UNITED STATES DISTRICT COURT

2          FOR THE DISTRICT OF COLORADO

3          CIVIL ACTION NO. 1:20-cv-01878-RBJ

4       (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

5

6          BLACK LIVES MATTER 5280, ET AL.,

7               Plaintiffs

8

9                  V.

10

11        CITY AND COUNTY OF DENVER, ET AL.,

12            Defendants

13

14

15

16

17

18

19

20

21

22

23  DEPONENT:  OFFICER JOHN SAMPSON

24  DATE:      APRIL 23, 2021

25  REPORTER:  LEAH SHARP



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

2

```
 1                        APPEARANCES

 2

 3   ON BEHALF OF THE PLAINTIFFS, BLACK LIVES MATTER 5280, ET

 4   AL.:

 5   Elizabeth Wang

 6   Loevy & Loevy

 7   2060 Broadway

 8   Suite 460

 9   Boulder, Colorado 80302

10   Telephone No.: (720) 328-5642

11   Facsimile No.: (312) 243-5902

12   E-mail: elizabethw@loevy.com

13   (Appeared via videoconference)

14

15   ON BEHALF OF THE PLAINTIFFS, BLACK LIVES MATTER 5280, ET

16   AL.:

17   Patrick Reidy

18   Arnold & Porter

19   70 West Madison Street

20   Suite 4200

21   Chicago, Illinois 60602

22   Telephone No.: (312) 583-2300

23   Facsimile No.: (312) 583-2360

24   E-mail: patrick.reidy@arnoldporter.com

25   (Appeared via videoconference)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

3

```
 1              APPEARANCES (CONTINUED)

 2

 3  ON BEHALF OF THE DEFENDANTS, CITY AND COUNTY OF DENVER,

 4  ET AL:

 5  Hollie Birkholz

 6  Senior Assistant City Attorney

 7  201 West Colfax

 8  Dept 108

 9  Denver, Colorado 80202

10  Telephone No.: (720) 913-1311

11  E-mail: holli.birkholz@denvergov.org

12  (Appeared via videoconference)

13

14  ON BEHALF OF THE DEFENDANTS, CITY AND COUNTY OF DENVER,

15  ET AL:

16  Andrew McNulty

17  Killmer, Lane & Newman, LLP

18  The Odd Fellows Hall

19  1543 Champa Street

20  Suite 400

21  Denver, Colorado 80202

22  Telephone No.: (303) 571-1000

23  E-mail: amcnulty@kln-law.com

24  (Appeared via videoconference)

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

4

```
1                              INDEX

2                                          Page

3    PROCEEDINGS                            6

4    DIRECT EXAMINATION BY MS. WANG         8

5    EXAMINATION BY MR. REIDY               107

6    REDIRECT EXAMINATION: BY MS. WANG      155

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

5

```
 1                     STIPULATION

 2

 3   The VIDEO deposition of OFFICER JOHN SAMPSON was taken

 4   at KENTUCKIANA REPORTERS, LLC, 730 WEST MAIN STREET

 5   SUITE 101, LOUISVILLE, KENTUCKY 40202, via

 6   videoconference in which all participants attended

 7   remotely, on FRIDAY the 23RD day of APRIL 2021 at

 8   approximately 1:01 p.m.; said VIDEO deposition was taken

 9   pursuant to the FEDERAL Rules of Civil Procedure. The

10   oath in this matter was sworn remotely pursuant to FRCP

11   30.

12

13   It is agreed that LEAH SHARP, being a Notary Public and

14   Court Reporter for the State of COLORADO, may swear the

15   witness and that the reading and signing of the

16   completed transcript by the witness is not waived.

17

18

19

20

21

22

23

24

25
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

6

1            PROCEEDINGS

2

3        COURT REPORTER:  We are now on the record.  My

4    name is Leah Sharp.  I'm the video technician and

5    court reporter today.  Today is the 23rd day of

6    April, 2021. The time is 1:02 p.m. We are convened

7    by videoconference to take the deposition of off

8    -- or Corporal John Sampson in the matter of Black

9    Lives Matter 5280, et al.

10       pending in - or versus City and County of

11   Denver, et al.

12       pending in the United States District Court

13   for the District of Colorado, Civil Action number

14   120-cv-01-922- RBJ.  Will counsel please state your

15   appearance, how you're attending, and the location

16   you are attending from starting with the

17   plaintiff's counsel?

18       MS. WANG:  Elizabeth Wang for the Fitouri

19   plaintiffs in Boulder, Colorado.

20       MR. REIDY:  Patrick Reidy from Arnold & Porter

21   in Chicago for the Black Lives Matter 5280, et al.

22       MR. MCNULTY:  Andy McNulty for Plaintiff

23   Michael Acker out here in Denver, Colorado.

24       MS. BIRKHOLZ:  And Hollie Birkholz for the

25   defendants. Also in Denver, Colorado.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

7

1    COURT REPORTER:  All right.  And, Corporal

2  Sampson, will you please state your full name for

3  the record, and then hold up your driver's license

4  to the camera for me?

5    THE WITNESS:  Sure.  It's John Sampson. Here's

6  my ID.  Can you see it?

7    COURT REPORTER:  Yes.  Thank you.  Do all

8  parties present agree that the witness is, in fact,

9  Mr. John Sampson?

10    MR. REIDY:  Yes.

11    MS. WANG:  Stipulated.

12    MR. MCNULTY:  Yes.

13    COURT REPORTER:  All right.  And, Corporal

14  Sampson, whenever you're ready, will you please

15  raise your right hand for me?

16    THE WITNESS:  Sure.

17    COURT REPORTER:  Do you solemnly swear or

18  affirm that the testimony you are about to give

19  will be the truth, the whole truth, and nothing but

20  the truth?

21    THE WITNESS:  I do.

22    COURT REPORTER:  Thank you.

23    MS. WANG:  We are -- is Corporal Sampson's

24  video clear?

25    COURT REPORTER:  Yes.  It is.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

8

```
 1                  DIRECT EXAMINATION
 2   BY MS. WANG:
 3        Q     Okay.  Corporal Sampson, could you please
 4   state your name and spell it for the record?
 5        A     Yes.  It's John Sampson,
 6   J-O-H-N S-A-M-P-S-O-N.
 7        Q     What is your current position with the Denver
 8   Police Department?
 9        A     I am a Corporal out of the Denver
10   International Airport.
11        Q     Okay.  Is there -- where are you located right
12   now?
13        A     I'm at the airport in one of the offices.
14        Q     Okay.  Is there anybody else in the room with
15   you?
16        A     No.  It's just me.
17        Q     Have you been deposed before?
18        A     I don't -- I'm not sure, honestly.  I've had
19   several things -- legal proceedings over the years.  I
20   don't remember if I have or haven't, honestly.
21        Q     Have you been sued before?
22        A     I've been involved in lawsuits with the
23   department. Yes.
24        Q     Have you been sued as a defendant?
25        A     I don't -- you'd have to look it up.  I don't
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

9

```
 1   -- I don't remember.  I don't know.  Those were years
 2   ago, so I -- I can't honestly say.  I don't recall if I
 3   was or not.  I know it was part of the department stuff,
 4   but I don't know I was personally sued, I guess, is my
 5   best answer.
 6        Q    You don't know if somebody filed a lawsuit
 7   against you accusing you of misconduct?
 8        A    I do not.  I do not.
 9        Q    How many times have you been in -- when you
10   say you've been involved in lawsuits with the
11   department, what do you mean by that?
12        A    Just that.  I've been involved -- I can't
13   remember if I was the specific plaintiff or just as a
14   group lawsuit.  I don't have that information.  I'm sure
15   the department does, but I -- at this point, I can't
16   give you a direct answer as far as when that was -- time
17   -- how many times. I just know I have been.
18        Q    So are you saying that you have been
19   questioned under oath about your involvement in certain
20   police matters, you just don't know whether you were a
21   witness or defendant?
22        A    Yes.  I've been -- I've been to my internal
23   affairs department and questioned over matters.  Yes.
24        Q    Okay.  Have you been in a deposition before?
25        A    I explained to you, I don't recall if I have
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

10

```
 1   or haven't.  You would have to go through the
 2   department.  Look that up.
 3        Q    Do you know what a deposition is?
 4        A    Yes.  I do.
 5        Q    Okay.  So currently, we are having your
 6   deposition remotely via Zoom.
 7        A    Yes.  Yes.
 8        Q    Before the pandemic, depositions were
 9   generally conducted in person, in an office or court
10   reporter's office, usually in a conference room where
11   your lawyer was present, and the lawyers who is
12   questioning you or several lawyers questioning you were
13   present.  Do you understand that's what a deposition is,
14   and a court reporter's there taking down what you say
15   under oath, correct?
16        A    Correct.  I -- I do understand what you're
17   saying.  That doesn't help my recollection.  I don't
18   -- I don't remember if I've been deposed or not.  You
19   would have to look that up through the department.  I
20   can't say whether I have or haven't been, and I'm not
21   going to -- to say I have when I don't remember, so I
22   don't know. I can't remember, unfortunately, if I have
23   or haven't. It would've been years ago, and I don't
24   recall.  That's -- that's the problem.
25        Q    When you say, "years ago," how many years ago?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

11

1          A    I don't recall.  It's been years.  I -- I

2     don't know if that's five years, if it's 10 years.  I

3     don't know.  I've been a cop for 20 years.  I've been

4     involved in a lot of traumatic stuff.  I don't hold onto

5     that stuff.  I -- I don't know.  You would have to look

6     it up through the department.

7          Q    **What traumatic stuff have you been involved**

8     **in?**

9          A    Just these past riots where I was hit with

10    IEDs, rocks, bricks, bottles.  It was very traumatic. So

11    I -- I don't remember large parts of it.  I do remember

12    certain things of it.  Before that, I've been assaulted,

13    been in a few car wrecks, been to numerous critical

14    incidents, shootings, stabbings.  All that stuff takes a

15    toll.  Me, personally, you know what I mean -- mentally

16    and physically, I mean.  I don't know how you're wired,

17    but me personally, it takes a toll.

18         Q    **How long have you been with the Denver Police**

19    **Department?**

20         A    20 years.

21         Q    **And can you just walk me through all the**

22    **position you held in the Denver Police Department?**

23         A    Sure.  I started in District 4 as a patrolman.

24    I spent, I think, it's roughly 12 or 13 years there.  I

25    then transferred to District 3 as a patrolman.  I -- I'm

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

12

1    guessing around two years I was there.  I'm not

2    positive.  I'd have to look it up.  I got promoted to

3    corporal.  I took the corporal test.  Got promoted to

4    corporal.  Went back to District 4 for, I think, it was

5    two -- two years, maybe a little longer than that, and

6    then went from there to the Gang Unit, which is now the

7    SORT team, and I spent about two-and-a-half years there,

8    and then I came to the airport.  I think I've been here,

9    I guess, it's been around six months, I think. Somewhere

10   in that time frame.

11        Q    Okay.  There's some inexplicable construction

12   going on in the office building right now.  So when I'm

13   not asking a question, I will mute myself.  I don't know

14   if you can hear that, but -- so what is your position

15   currently at the airport?

16        A    I'm a Corporal at the airport.

17        Q    Okay.  And so what do you do?

18        A    Basically, I just do patrol functions, answer

19   radio calls, and then anybody who comes out here that's

20   new to the airport, then I would train them on airport

21   policies and procedures.

22        Q    Okay.  I -- and you're wearing your normal

23   uniform right now?

24        A    Yes.  Uh-huh.  This is my normal uniform but -

25   -

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

13

1    Q    You have two stripe -- two arrows on your
2 shoulder?
3    A    Yes.  That's for --
4    Q    Is that -- what does that indic --
5    A    That's the corporal -- that's the corporal
6 insignia.  Three would be a sergeant.
7    Q    Okay.  Okay.  So can you tell me what years
8 you were with the Gang Unit?
9    A    I don't remember the exact -- again, I don't -
10 - I don't remember the exact day.  It's been about -- it
11 was about two-and-a-half years from six months ago.  So
12 I was there two -- roughly two-and-a-half years.  I
13 don't remember the exact date  Sorry.
14    Q    Okay.  And you were a corporal there the whole
15 time?
16    A    Yes.  Uh-huh.
17    Q    And so what were your responsibilities and
18 duties, just generally, in the Gang Unit as a corporal?
19    A    Just to basically get orders from the
20 sergeant, pass them down to the officers in the Gang
21 Unit, function as a quasi-supervisor on the street when
22 the sergeant wasn't available at that time.  Sometimes
23 be the acting sergeant if I had to, and just basically
24 patrol.
25    Q    And do you recall what day you po -- you had

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

14

1    policed the protests last summer?

2        A    I don't.  I know I was there, but I don't -- I

3    can't give you specific days.  I -- I don't have that.

4        Q    Okay.  So -- and I realize I didn't explain

5    the sort of ground rules of the deposition at the

6    beginning, which I'll do now.  So as you can tell, I'll

7    be asking you some questions relating to the protests

8    that occurred last summer and your involvement in

9    policing them.  If you don't understand, or you can't

10   hear a question I ask, please ask me to rephrase or

11   repeat it, and I'll be happy to do so; is that fair?

12       A    Yes.

13       Q    Do you have a radio on or something?  Like,

14   your -- there's, like, some background noise.  I don't

15   know if it's coming from you or somebody else.  Sounds

16   like a radio, like a police radio.

17       A    I don't think it's from me because it's --

18   it's quiet in here.  I don't know.  There's no police

19   radios.  I'm in a room with the door shut.  It -- at

20   -- so I don't know what you would be hearing.

21           MR. REIDY:  Sorry.  I didn't mean to

22       interrupt, but I can hear it too.  It's a little

23       odd. I'm not sure what it is.

24           MS. WANG:  It sounds like either -- I mean,

25       either some sort of feedback.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

15

```
 1            MR. REIDY:  All right.
 2            THE WITNESS:  I don't know if I can try to put
 3       in the ear buds, see if that would work.  Maybe
 4       that'll mute it out.  I don't --
 5  BY MS. WANG:
 6       Q    I don't think it's from you though.  Okay.
 7  Let's continue, and then if -- we'll try to -- we'll
 8  -- maybe we'll try something else if it's --
 9       A    Okay.
10       Q    Okay.  So if I ask you a question, and you
11  answer it, I will assume that you understood my
12  question; is that fair?
13       A    Sure.
14       Q    Okay.  You're free to take a break at any time
15  except when a question is pending; is that fair?
16       A    Yeah.
17       Q    Okay.  Now, what did you review in preparation
18  for your deposition here today?
19       A    I looked at my videos -- or the videos that I
20  had.
21       Q    How many?
22       A    I think there -- I don't know.  I think there
23  was four.  I don't -- I didn't memorize everything.  I
24  just briefly glanced at everything, so I -- I don't know
25  for sure.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

16

```
 1        Q     Did you review your reports, your officer
 2   statements?
 3        A     I think I reviewed one.  I -- I don't know if
 4   I reviewed both.  I did review one, briefly.
 5        Q     Do you remember --
 6        A     Unfortunately, I -- I -- I -- no.  I don't.
 7   There's a lot of things going on right now here at the
 8   airport too, so I've been very busy trying to juggle
 9   looking at all my stuff, preparing for this, and then
10   doing the other thing that I'm tasked to do here, so I
11   don't remember what day it was.  I'd say a couple --
12   maybe a couple of days ago.
13        Q     Okay.  Did you have any meetings with anybody
14   in preparation for your deposition?  Your video froze.
15   Could you repeat that?
16             MS. WANG:  Is the video frozen for anybody
17        else?
18             MS. BIRKHOLZ:  It is.
19             THE WITNESS:  Let me see.  Did that -- hold
20        on.
21             MS. WANG:  Corporal Sampson, do you want to
22        maybe try to log out and log back in, and maybe
23        that will help?  I don't know if that might help
24        some of the technology problems we have here.
25             THE WITNESS:  Did that -- did that work or no?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

17

```
 1              MS. WANG:   Yeah.  You're back on.  Can you
 2      hear me?
 3              THE WITNESS:  Yeah.  I can hear you.
 4              MS. WANG:  Okay.  Your video still seems slow.
 5      Do you want to try logging in --
 6              THE WITNESS:  Can you hear me?
 7              MS. WANG:  I can hear you, but it's, like,
 8      delayed.  Your audio and video --
 9              THE WITNESS:  I don't know what else I can do.
10      This is the only laptop we have.
11              MS. WANG:      Could you maybe --
12              THE WITNESS:  It has this -- I don't know.
13              MS. WANG:      Is it connected to Wi-Fi, or do
14      you have the ability to connect your laptop into an
15      ethernet port?  Can we go off the record for a
16      second, Leah, please?
17              COURT REPORTER:  Yes.  We are off the record.
18                  (OFF THE RECORD)
19              COURT REPORTER:  We are back on the record at
20      1:18.
21      BY MS. WANG:
22          Q    All right.  Now -- okay.  So you had mentioned
23      you had looked at some of your -- you had looked at one
24      of your officer's statements?
25          A    Yes.  I -- I don't recall if I looked at both.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

18

```
 1    I know I looked at one, briefly.
 2         Q    Okay.  Do you recall what day was?  Not the
 3    day you looked at it, but the day the officer statement
 4    -- was it a report?
 5         A    I -- I don't.  I would have to -- you would
 6    have to show it to me because I don't remember,
 7    unfortunately.  I'm sorry.
 8         Q    Okay.  So when -- have you ever received field
 9    force training?
10         A    I -- I know I have.  Unfortunately, I don't
11    know specific dates or times for you.  It's -- I don't
12    have any of that, but I know I have received field force
13    training.
14         Q    Was it part of your recruit training?
15         A    That was a long time ago.  I don't -- I don't
16    know if we did field force training in the academy or
17    not, to tell you the truth.  I don't remember that.  I
18    know I -- whether I did or didn't then, I know I have
19    since then.
20         Q    Okay.  And when I say field force training,
21    what do you understand me to mean?
22         A    Just that.  Field force as far as dealing with
23    large crowds, protests, riots, that type of thing.
24         Q    Was the field force training something -- do
25    you recall about when was the last time you received
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

19

```
 1   field force training?

 2       A    We went over it in the Gang Unit -- last

 3   protest.

 4       Q    I'm sorry.  You said you went over it in the

 5   Gang Unit?

 6       A    Yeah.  Briefly before the last protest, we

 7   went over our field force training there, just as a

 8   unit.

 9       Q    Okay.  Like -- like, right before last

10   protest, or what do you mean?

11       A    No.  It -- it was -- it was sometime last

12   year, I guess, is my best -- best answer to that.  I

13   don't -- I don't remember the specific month or day.  I

14   just know we did it.

15       Q    Okay.  Who was your sergeant during the

16   protests last summer?

17       A    We had several, so I don't know if I could say

18   I had specifically one.  On the shift that I worked, Ed

19   Arnold was my immediate supervisor, but for the

20   protests, all the supervisors were down there, so I

21   don't know if I had one specific one because it would

22   change.

23       Q    And who were the supervisors in the Gang Unit?

24       A    Besides Ed Arnold, it was Scott Hughes, Tony

25   Tack (phonetic), and Vince Lombardi.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

20

1      Q     Okay.  And the specific sergeant you had on a

2   particular day varied during the protests?

3      A     Yes.  A little bit because we were on -- we

4   were on different trucks, so sometimes it would get

5   -- we would have a different supervisor down there based

6   on staffing.

7      Q     So just to orient you, the protests began on

8   Thursday, May 28, 2020.  Do you recall if you were

9   assigned to police the protest on the first day?

10     A     Do you know what time that -- that was that

11   they -- they started?  Was it in the daytime or the

12   nighttime?

13     Q     It began around 5:00 p.m. on the very first

14   day.

15     A     So that day, I would have probably just been

16   getting off of work.  So that day, I don't believe I

17   -- I was there.

18     Q     What do you recall about the first day that

19   you were -- that you policed the protests then?

20     A     I remember coming in -- I -- I don't remember

21   what time we came in, but I remember coming in and then

22   going immediately downtown to where the protests were.

23   And then I believe, standing on a skirmish line and

24   -- and other than that, I don't -- besides standing

25   there and having stuff thrown at me, I don't remember,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

21

1    like, what time that was.  I just remember that was my

2    general overall memory of that day is standing on the

3    skirmish line, blocking the protesters, and then I don't

4    recall how long I was there.

5        Q    Okay.  Do you have recollection of receiving

6    any sort briefing or debriefing before you were sent out

7    to stand in the skirmish line on the first day?

8        A    I'm sure we did.  But I can't recall what --

9    who gave it or what was specifically said.  The problem

10   is, is that it -- like I said, for me personally, it was

11   very traumatic and I was up for long hours, so I blocked

12   a lot of that out, I think, because I honestly don't

13   recall those specifics.  So I'll -- I'll do the best I

14   can, but I don't remember every detail.  Sorry.

15       Q    Do you recall receiving any kind of

16   instruction from your supervisors or anybody else about

17   the circumstances under which you could use the lethal

18   weapons on protesters?

19       A    I'm sure we had -- I'm sure they told us, even

20   though we would know based on our operations manual and

21   stuff, when to use force and not.  As far as pepper ball

22   40s, I'm sure somebody did.  I'm just saying I don't

23   remember who said that or what -- when it was given or

24   when -- when those -- that was said.  But I'm sure it

25   was.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

22

1        Q     During the days that you were -- attended the

2   protests, was your use of force on protesters consistent

3   with DPD policy?

4             MS. BIRKHOLZ:  Objection.  Form, foundation.

5        You can answer.

6        A     Sorry.  What was the question again?

7        Q     During the days that you policed to the

8   protests, was your use of force consistent with DPD

9   policy?

10            MS. BIRKHOLZ:  Objection.  Form, foundation.

11       You can answer.

12       A     What use of force are you talking about,

13  specifically?  Are you talking at general or I don't

14  -- restate the question.

15       Q     On two of the days you were assigned the

16  40-millimeter launcher, correct?

17       A     Probably.  I know I shot the 40-millimeter.  I

18  don't know what days or how many days I had that.

19       Q     On one of the days you had a PepperBall gun,

20  correct?

21       A     I -- I -- again, if you have some information

22  you can show me to -- I know I had the PepperBall.  I

23  don't remember how many days or on which day.

24       Q     Okay.  You -- let me ask you: You had a

25  40-millimeter launcher, you recall that, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

23

```
 1        A    Yes.  Correct.  I did.
 2        Q    You used it on occasion on protesters,
 3   correct?
 4             MS. BIRKHOLZ:  Objection. Form, foundation.
 5        A    Not -- not on protesters.  I -- when I used
 6   the 40 in the -- when I could recall, I don't recall
 7   ever hitting anyone specifically with the 40-millimeter.
 8   Did I shoot at a protester throwing something at me?
 9   Yes.  I did.  Did I hit him?  I don't know.
10        Q    Okay.  You fired -- you had a PepperBall gun
11   on May 30, 2020, correct?
12        A    If -- if that's what you say.  I don't know
13   the date, but yes, I did shoot a PepperBall gun.  Yes. I
14   had a PepperBall gun.
15        Q    And was your use of the PepperBall gun on the
16   days that you had it, consistent --
17        A    Yes.
18        Q    -- with DPD policy?
19        A    Yes.
20        Q    Was your use of the 40-millimeter launcher
21   during the protests consistent with DPD policy?
22        A    Yes.
23        Q    Okay.  Did you witness any use of force by any
24   police officer during these protests that you considered
25   to be inconsistent with DPD policy?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

24

```
 1        A     No.  I didn't.
 2        Q     And so the force that you witnessed by other
 3   Denver police officers during the protests was
 4   consistent with your understanding of DPD policy?
 5        A     The -- the thing is that, I was so busy just
 6   trying to keep myself safe.  I wasn't looking around at
 7   other -- other officers.  I don't know what they did.  I
 8   can't speak for them.  All I can speak for is the
 9   foresight.  I don't know what was happening to the sides
10   of me.  I was focused on trying not to get hit with
11   bricks and -- and IEDs.  So my focus was mainly forward
12   and who was throwing that at me and trying to get them
13   to stop.  So I can't -- I can't speak for other
14   officers, so I don't know what's my best answer to that.
15        Q     Were you hit with any object during the
16   protest?
17        A     Numerous objects.  Yes.
18        Q     What objects?
19        A     I got hit with IEDs, which I'll explain that
20   it was large mortars that -- fireworks that they launch
21   into the air.  They would tape them together, put a
22   small fuse on it and throw it at you directly, so by the
23   time it got to you, you had no time to react except to
24   turn your face.  Sometimes they would put shrapnel in
25   there to cut, you know, try to cut your eyes, that type
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  of thing.  And the concoction was so loud that it would

2  disorient you.  So that's one of them.  I got hit with

3  rocks.  I got hit with concrete and I got hit with water

4  bottles.  They were -- they were shooting something from

5  wrist rockets.  I don't know if there were steel ball

6  bearings or what, but there was numerous objects being

7  thrown at me, specifically.

8      Q      What days -- on what days did this happen?

9      A      I think it was every day from my recollection.

10  I don't remember a day that I didn't get hit with

11  something.

12      Q      Did you document being hit with an IED in any

13  of your officer's statements?

14      A      I reported it to my sergeant, who reported it

15  to the OUCH Line.  Yes.

16      Q      Did you document being hit with an IED --

17      A      I would have to look at my statement.

18      Q      -- in any of your officer's statements?

19      A      I don't know.  I would have to -- you'd have

20  to show me my statement if I did or didn't.  I can't

21  speak to that unless you let -- let me see my -- I don't

22  remember if I did or didn't.

23      Q      Did you document in any of your officer's

24  statements being hit with anything else?

25      A      I don't recall.  You would have to show me my

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

26

1   statements for me to remember that.  Like I said, I

2   don't -- I blocked a lot -- a lot of that out.  So I

3   can't speak for my statement unless I see it again

4   because I don't know what I wrote on either day or which

5   days that you have statements for.

6        **Q    You'd agree that if you had an IED thrown at**

7   **you, it would be important to document that, correct?**

8             MS. BIRKHOLZ:  Objection. Form, foundation.

9        You can answer.  Answer.

10       A    Not necessarily because the -- the incident

11  we're talking about was different than anything we've

12  ever had to deal with as a department, and it was that -

13  - the level of force and trauma that was being put onto

14  the police and the hours we were working, things didn't

15  run like they would usually because it was an extra

16  -- extraordinary circumstances so I can't say that that

17  would've been documented there.  No.

18       **Q    You clearly recall having an IED thrown at**

19  **you, right?**

20       A    Yes.  I do.

21       **Q    It exploded near your person?**

22       A    Yeah.  It sure did.  Several of them.

23       **Q    Okay.  So it's not something that you forgot?**

24       A    No.  I didn't forget it.  If I didn't put it

25  in my statement, then I didn't put it in my statement.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 28 of
181
The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021
27

1  That doesn't mean it didn't happen.

2      Q    Can you give me any explanation for why you

3  wouldn't have put such an important offense into your

4  statement?

5      A    Yes, ma'am.  I just did.  It was a very -- I

6  know you weren't there, but it's very traumatic,

7  emotionally and physically.  So if I forgot to put stuff

8  in my statement, if that's hard for you to understand,

9  all I can say is, if you were there and you experienced

10  that type of trauma, then maybe you would understand

11  where I'm coming from, but I'm not -- if I didn't put it

12  in there, it wasn't intentional to leave it out, but it

13  was a very traumatic event, the whole thing, so...

14      Q    You would agree that -- why don't you tell me

15  the circumstances under which it is justifiable to shoot

16  your PepperBall gun at somebody?

17          MS. BIRKHOLZ:  Objection. Form.  You can

18      answer.

19      A    When it is justifiable to use my PepperBall

20  gun against somebody at the time, it was when they were

21  throwing whatever it was at us, rocks, bricks, whatever,

22  to try and push that vacuum and shoot -- try shoot at

23  their feet to try and put the PepperBall dust up in the

24  air to get them -- to irritate their -- their passages

25  to get them to back away.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

28

```
 1        Q    So you never shot a PepperBall gun at
 2   somebody's body?
 3        A    Not to my recollection. No.
 4        Q    The only time that you shot your PepperBall
 5   gun during the protest last summer was at protesters'
 6   feet to get them to move back?
 7        A    When they started throwing things and hitting
 8   us with things, me specifically, I can't speak if other
 9   officers got hit, I know I got hit with things.  When
10   they -- when they started throwing objects, that's when
11   I started firing at their feet, at the people who were
12   throwing the things to try and get them to stop and
13   disperse.  Yes.
14        Q    Did you take any actions against protesters or
15   use any force against protesters during the protests
16   last summer that you believed could get you disciplined?
17        A    Not -- not to my recollection.  No.
18        Q    Did you have briefings or debriefings on each
19   day of the protest?
20        A    Again, that's where it gets fuzzy.  I don't
21   -- I don't recall if we did or didn't.  We worked very
22   long hours, so I don't know -- I can't -- I can't recall
23   whether we did or didn't every specific day.  I don't
24   know.
25        Q    What is your recollection of what your -- what
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    your job was during the protest?  What you were supposed

 2    to be doing when interacting with protesters?

 3         A    It was to maintain the peace.  Let them -- let

 4    them peacefully protest as long as it was peaceful and

 5    they were just protesting, that was great.  And we had

 6    no problems with that.  It was when the protest weren't

 7    peaceful and it started to become violent, that's where

 8    we had to -- we were tasked to try and stop those people

 9    who were being violent within the crowd.

10         Q    I'm going to -- I'm going to pull up a

11    document.  Just give me a second.

12         A    Okay.

13         Q    Okay.  Can you see this document?

14         A    A little bit.  I can see mainly the -- is

15    there any way to push it up?  I can only see, like, me -

16    - yeah.  Right now, all I have is the top where your

17    -- like, pertinent info.  Okay.  So I can see the first

18    paragraph -- okay.  There you go.

19         Q    Okay.  Can you see that?

20         A    Part of it.  I can see the first paragraph and

21    part of the second, but not all of it.

22         Q    Right.  And I just -- I don't want -- is this

23    one too small if I zoom out like that?

24         A    Yeah.  Probably for my old eyes, I can't see.

25         Q    Okay.  So well I -- I'll scroll down, all



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

30

1    right?

2         A    Okay.  Sounds good.

3         Q    But this is your name, John Sampson, correct?

4         A    Correct.

5         Q    I'm showing you -- for the record, I'm showing

6    you your report that's dated -- documenting the events

7    of May 29, 2020.  This document is not Bates stamped

8    because it was only produced to us this week.

9         A    Okay.

10        Q    Could she -- I'll scroll down the narrative

11   section and just take a look at it and then let me know

12   if you've seen this before, all right?

13        A    Okay.

14        Q    Just let me know when you're done reading it.

15        A    Yes.  Okay.  Sorry.  I'm done.

16        Q    Okay.  Did you ever review this statement

17   before your deposition?

18        A    I don't know if I reviewed this one.  I know I

19   reviewed one.  I -- I don't know if it was this one.  I

20   don't recall this one, specifically.

21        Q    Does reading this report refresh your

22   recollection at all as to what you were doing on this

23   particular day of the protests?

24        A    Yes.  It -- I remember some of this.  Yes.

25        Q    Okay.  So what do you recall about being

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 32 of
181
The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021
31

1     **assigned to the corner of Colfax and Lincoln on 5-29 at**

2     **approximately 20:26 hours?**

3        A    There was a large group of protesters in that

4     area, and they were starting to become violent and throw

5     things, rocks and bricks, and other things.

6        MS. BIRKHOLZ: Hey Liz. Can we go off the

7       record for just a quick second?

8        MS. WANG: Yeah.

9          (OFF THE RECORD)

10        COURT REPORTER: We are back on the record at

11    1:42.

12   BY MS. WANG:

13      **Q    Okay. So do you recall what sergeant was with**

14     **you on 5-29, when you were at the intersection of Colfax**

15     **and Lincoln?**

16        A    I -- I believe there was a couple but I'm not

17    positive.

18      **Q    Do you recall what you were -- you know, what**

19     **you were doing there -- what you and your -- the other**

20     **officers in your unit were trying to do at that**

21     **intersection at that time?**

22        A    It was to try and maintain order and peace as

23    they peacefully protested and try and deal with -- and

24    again, stop the people who were throwing things at us,

25    and other people trying to push them out so that they

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

32

```
 1    could peacefully protest.
 2        Q    Okay.  Your report states that you deployed
 3    40-millimeter -- the less-lethal 40-millimeter -- says,
 4    "I fired several 40-mm rounds at the individuals that
 5    were throwing rocks."
 6        A    Yes.  Yes.  I do.
 7        Q    Did you -- do you know if you hit those
 8    individuals?
 9        A    I don-t -- I -- I'm not sure if my -- on that
10    day, if I have any body cam footage of that one.  But
11    they were -- they were a distance away.  And so I don't
12    recall if I hit them or not with the 40-millimeter. They
13    were -- it was -- they were under, like, a -- they were
14    under a tree or some trees there so it was hard to see
15    it happen.  I think that's why they were standing there
16    because they were throwing the rocks from the hill that
17    were hitting us.  And so I don't know if I hit them
18    specifically or not.
19        Q    Okay.  What training -- what was your training
20    on the circumstances under which you could use
21    40-millimeter?
22        A    During active aggression.
23        Q    Okay.  And so what's active aggression?
24        A    That's if they're actively trying to harm me
25    or someone else.  Whether throwing rock -- a rock, a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

33

1  brick, whatever it is, or if they're physically trying

2  to attack me or someone else.

3       Q    Let me pull up another document here.

4       A    Okay.

5       Q    All right.  I'm going to zoom out a little so

6  you can see the document then -- and then we'll zoom in

7  to see because the print is kind of small.  I'm showing

8  you -- for the record, I'm showing you DEN 10106 to

9  10107, and it appears to be your training records from

10 2016 to the present.

11      A    Okay.  Yeah.  I can't -- okay.

12      Q    Can you read this now?

13      A    Barely.  I can -- I see my name.  Says

14 "passed," and then the lawyer.

15      Q    I highlighted in yellow here.  It says --

16 there are two things I highlighted here, so this has

17 your name, John Sampson.

18      A    Right.  I see that.

19      Q    All right.  And then you've got PepperBall

20 course here.  It says "Passed 2-12-2020."

21      A    Okay.

22      Q    Three credits.

23      A    Okay.

24      Q    And then 40-millimeter operator passed

25 2-12-2020, three credits.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

34

```
 1      A    Okay.
 2      Q    Does 2-12 to mean -- reflects the date that
 3  you received that training?
 4      A    I would assume so.  I would assume --
 5      Q    Do you --
 6      A    -- that.
 7      Q    -- recall that?
 8      A    I -- unfortunately, I don't.  Like I said, we
 9  get training all the time.  So if that's what it says
10  -- that date -- that was probably the date that I
11  received it.
12      Q    Do you recall who your trainer was for those
13  courses?
14      A    I don't.  I don't -- I'm trying to remember
15  that year and month, specifically.  I don't know if that
16  was at the Gang Unit or not.  I know there was officers
17  at the Gang Unit that were certified to train us.  And
18  so I don't know if I received the training there or
19  somewhere else.
20      Q    Okay.  So did all officers in the Gang Unit
21  receive PepperBall and 40-millimeter training?
22      A    As far as I know, they did.
23      Q    Okay.  And do you know --
24      A    I -- I wasn't in charge of keeping track of
25  their records.  I don't know.  As far as I know, they
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

35

1    should have been, I thought.

2         Q    Sure.  And if you had received field force

3    training or crowd management training, is that something

4    that would appear on your training records?

5         A    I don't know about that, to tell you the

6    truth.  I don't know if that -- I don't know if that's

7    part of our -- like, our CEP stuff and they track that.

8    I don't know for sure.  That was -- that's something I'd

9    have to check with the aca -- or, like, the academy or

10   somebody.  I don't know, I guess, is my best answer for

11   that one.  I don't know if they track it like that.

12        Q    Okay.  I'm showing you a document that's been

13   Bates stamped DEN 10108 through 10110.  Can you see

14   this?

15        A    Yeah.  Yeah.  I can see it pretty good.

16        Q    Okay.  So this is a record that the city

17   provided to us to -- of your DPD continuing education

18   hours for --

19        A    Okay.

20        Q    -- you.

21        A    Uh-huh.

22        Q    And so this -- the dates on this start in

23   2003.  Is that when you joined the department?

24        A    No.  I started in July of 2000.  I was in the

25   academy, of course for -- for six months or so.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

36

```
1        Q     Okay.  So this would be the continuing
2    education training that you received outside of recruit
3    training?
4        A     Yes.
5        Q     Okay.  And so here we -- I've highlighted a
6    few things in yellow.  You -- there is a PepperBall IARD
7    training listed here from 2009.  Do you see that?
8        A     I do.
9        Q     What's IARD?
10       A     That's immediate action rapid deployment.
11       Q     What does that mean?
12       A     I'll try and sum it up, briefly.  Basically,
13   it -- it means a lot of things.  But it's, like, let's
14   say, in -- in -- for an active shooter, the immediate
15   action rapid response stuff is where we would deploy of
16   group of officers who went through training in some,
17   like, realistic scenarios based on something like that
18   to learn what tactics and what -- what things to do to
19   help try and minimize people getting hurt, and to try
20   and get a hold of the suspect as quickly as possible, I
21   guess, is the brief answer.  It -- it has mul --
22   multiple things but --
23       Q     So let me ask you about your PepperBall
24   training: Were you specifically trained -- when you
25   received PepperBall training from the DPD, was it for
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

37

1    use of PepperBall -- of the PepperBall guidance,

2    specific contexts to, like, the one you just described,

3    or maybe, like, a hostage situation or something like

4    that?

5        A    Yeah.  And --

6        Q    Like --

7        A    -- that would be -- I'm sorry.  That --

8        Q    Well, okay --

9        A    -- would be -- that wouldn't be practical

10   because you -- you're talking about it -- like, for a

11   situation, we would never bring a PepperBall to an

12   encounter like that.

13       Q    Okay.  So I guess --

14       A    An active shooter, or -- or a hostage, where,

15   you know, at that point, that's where Metro SWAT is

16   going to take over.

17       Q    Okay.  So what I want to understand is, like,

18   what are the circumstances, when you were trained to use

19   the PepperBall gun, what were the sorts of circumstances

20   in which you were trained to use the PepperBall gun?

21       A    Just like the -- the riots and protests.

22   That's one specific area where if you have people who

23   are throwing objects or trying to harm people, again we

24   shoot the PepperBall in front of them to try and

25   disperse that PepperBall dust to get them -- get their

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

38

1   mucus stuff to be irritated so they stop doing it.

2   Hopefully, they will leave.  But if they don't leave,

3   hopefully, get them to at least stop throwing objects so

4   that's one specific reason.  We can use it for other

5   things, if -- if the situation allows -- if time allows

6   it.  Say, someone with a knife, right?  Maybe he just

7   has a knife.  Maybe, it's a suicidal party, right?  Then

8   maybe, depending on the circumstances, you could use the

9   PepperBall again, just like that to try and mess with

10  his eyes -- get that chemical up into his face, so then

11  that way he starts -- his eyes start to water and he

12  loses focus on his knife.  Maybe he drops it.  Maybe it

13  gives you enough time to grab ahold of him without

14  having to use lethal force.  So it's -- it's things like

15  that if -- if the situation will allow that -- and will

16  allow.

17       **Q    Okay.  And so were you ever trained that you**

18  **could shoot a person in the body with a PepperBall gun?**

19       A    I don't recall whether we were taught to shoot

20  someone in the body.  I -- I know the primary focus was

21  to try and shoot at their feet because that's what works

22  best at dispersing the chemical.  I don't -- I don't

23  recall whether they said specifically whether we shot

24  them in the body or not.  I would have to refer back to

25  my stuff but --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

```
 1        Q     And the PepperBall gun is not to be used
 2   indiscriminately, right?  Like, you're supposed to
 3   target a specific person as opposed to shooting on a
 4   crowd?
 5        A     Yes.  You're supposed to target people who are
 6   throwing stuff or doing something that justifies you in
 7   using the PepperBall.  Yes.
 8        Q     And were you -- what were you trained with
 9   respect to giving warning to people before using the
10   PepperBall gun on them?
11        A     Well, that's the thing.  If -- if you -- if
12   feasible, again, if they can hear you, if they are close
13   enough and you can -- you can give the orders.  They may
14   not hear it based on, let's use the riots, for example
15   and the protesters.  It was so loud there.  Sometimes if
16   they were close, it might have been said, sometimes it
17   wasn't due to the exigency.  So there's not a, like,
18   you're supposed to, if you can, give some commands.  But
19   it's not always feasible, given the situation and the
20   circumstances.
21        Q     All right.  I'm showing you again DEN 10108.
22   I'm going to scroll down, so this appears to be in
23   chronological order.  We have here on number -- on page
24   DEN 10109, it says, "PepperBall
25   certification/re-certification 2015," do you see that?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

40

1      A    I do.

2      Q    And so what is that?

3      A    That would mean that we went through a course

4  just to keep our certification as far as being able to

5  use the PepperBall should we need to.

6      Q    Okay.  And then on page DEN 10110, there's a

7  portion, it says, "Body-worn camera refresher," do you

8  see that?

9      A    I do.

10     Q    It's dated 1-1-2017.  What was that for?

11     A    Kind of the same thing.  You know, we have a

12 lot of equipment, a lot of tools.  And so to keep up to

13 date and current with the current trainings that there -

14 - these companies who provide those tools, we go back

15 through refresher training.  So it would've been

16 basically going over how to use the body-worn camera

17 again, if there had been any changes in software,

18 updates, that type of thing.

19     Q    Okay.  If you had received any field force

20 training or crowd management training, would that be

21 reflected on here?

22     A    That -- again, that's what I'm not clear on.  I

23 don't -- I don't know if it would or wouldn't be.   I

24 don't know if they put it on this training record or

25 not.  That's something I don't know.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

41

1      Q      Okay.  You're --

2      A      And then --

3      Q      -- go ahead.

4      A      Because I just know I -- I've had it.  I just

5   know I've had training.  I don't know -- I don't know if

6   they put it on that training record or not.  That's

7   where you would have -- you'd have to ask the academy if

8   they do that, because obviously it's not on there, so I

9   don't know why it isn't.

10     Q      Okay.  And so --

11     A      If it --

12     Q      -- go ahead.

13     A      -- you know, if it was supposed to be, that's

14   what I'm saying.  I don't know if they put it on there

15   or not.

16     Q      So -- and just so I'm clear, the field force

17   training that you received, was that training that you

18   received after you went through academy?

19     A      Yes.  It would have been after.  I don't know

20   if I got any in the academy.  I probably did, I would

21   assume, but I don't -- I don't remember everything we

22   did in the academy.  We did lots of stuff.  It was 20

23   years ago.  But I know since then we have had, kind of

24   like that, just refresher field force stuff that I have

25   been through.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

42

```
 1        Q    Okay.  So I am showing you now, DEN 10111
 2   through 10132.  This appears to be your academy training
 3   spreadsheet.
 4        A    Okay.
 5        Q    Okay.  I am going to just scroll down to page
 6   10116.  So here we have a field force training.  It says
 7   "11-10-00."
 8        A    Okay.
 9        Q    And so if -- that would have been during the
10   time that you were in academy?
11        A    Yes.  It -- right.  I -- I don't remember when
12   we graduated.  That was close to our graduation, but I -
13   - I believe and I -- I'm not sure, because I don't
14   remember my graduation date, but that was probably while
15   I was still in the academy.
16        Q    Okay.  What do you recall about that field
17   force training?
18        A    I don't.  It was 20 years ago, sorry.  I -- I
19   don't rec -- if -- like I said, I didn't remember --
20   like -- like I said, I didn't remember if I had it or
21   not.  You showing it to me it says I had it, but it
22   doesn't -- I don't remember it.
23        Q    Okay.  So these were the three pieces of
24   training that we received -- training documentation that
25   we received for you.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

43

 1        A    Okay.

 2        Q    And I have shown you all three now.  And the

 3   only document on which field force training appears is

 4   this academy training.

 5        A    Okay.

 6        Q    Do you have any explanation for why any field

 7   force training that you may have received does not

 8   appear anywhere?

 9        A    I do not.  That's the thing.  Like I said, I

10   don't -- I don't know if they don't track it and put it

11   on -- like, it's not part of CEP, so I don't have an

12   answer for you.  I don't know why it's not on there.

13   It's not, like, it's a big secret, so I don't know why

14   it wouldn't be listed.  Unfortunately, I -- that's my

15   best answer.  I don't know why.

16        Q    Okay.  So let me show you a video.  Just a

17   moment.

18        A    Okay.

19        Q    I got to figure out why it's not pulling up,

20   so just give me a moment.

21        A    Okay.

22        Q    Okay.  Can you see this video?

23        A    I can see.  It's not -- it's not playing.  I

24   can see the picture.

25        Q    Right.  I have it paused right now.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

44

1      A    Okay.  Yeah.  Yeah.  I can see it.

2      Q    Okay.  It's -- this is -- for the record, this

3   is DEN 4216.  So this is one of your body-worn camera

4   videos that was produced to us for the day of May 29th.

5      A    Okay.

6      Q    I will show you a clip and then ask you some

7   questions.

8      A    Okay.

9      Q    Okay.  I'm going to play it starting from

10  8:03.

11                  (VIDEO PLAYING)

12     Q    So I'm going to pause it for a second at 8:29.

13  So this is at the northeast corner of Lincoln and

14  Colfax.  There's the RTD station over here, and I'm

15  pointing --

16     A    Uh-huh.

17     Q    -- it to you with my cursor.

18     A    Yes.

19     Q    You and other officers are in this parking lot

20  behind this fence.

21     A    Yes.

22     Q    There's a whole bunch of tear gas going off

23  over here.  Do you recall why that was used?

24     A    I don't even know if that's tear gas, ma'am. I

25  don't -- I can't -- I don't -- I can't say what that is.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

45

```
 1   There is obviously smoke.  It could be a smoke canister.
 2   I don't know what that is, honestly.
 3        Q    Okay.  I'll keep playing it and then we'll ask
 4   -- I'll ask you another question.
 5        A    Okay.
 6                  (VIDEO PLAYING)
 7        Q    Pausing at 9:17.  So there's PepperBall -- I
 8   saw PepperBall guns that were being fired by these
 9   officers, and then there's tear gas that's going off.
10   Does this refresh your recollection at all as to why
11   that -- those weapons were used at this time?
12        A    Yes.  The officers there where I was standing,
13   we were firing across into the park because they were
14   throwing large rocks and other objects at us from there,
15   and they were hitting our vehicle there and hitting us.
16   You can see on the street or the parking lot where some
17   of them had hit and bounced off.  So we were taking
18   rocks from there.  And from the side there where you
19   were showing me earlier, they were throwing rocks from
20   over there.  So from two side, we were getting large
21   rocks thrown at us and -- and other objects, like,
22   pieces of concrete.  Some of them had bottles.
23        Q    Okay.  So there's -- let me rewind to a little
24   bit -- when it was a little bit lighter out and you
25   could see the crowd a little bit better.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

46

1      A     Okay.

2      Q     All right.  I'm going to play it at 4:40.

3                  (VIDEO PLAYING)

4      Q     All right.  I've paused it at 4:43.  So here,

5    you're facing south from behind this fence and then

6    there's --

7      A     Yes.

8      Q     -- you've got these protesters across the

9    street on the grass, right?

10     A     Yes.

11     Q     Okay.  So you're saying, there were people in

12   this crowd across the street who were throwing rocks and

13   other objects at the officers, right?

14     A     Absolutely.

15     Q     Okay.  And so that's what these officers are

16   firing at now, see?

17     A     If you see -- I know it's hard to see, and

18   you're only getting a little snapshot from my camera.

19   But up in these trees and to the -- the left there

20   especially, there was people with large rocks, and they

21   were throwing them.  And they purposely stood where it

22   was harder to see them.  You can see their, like, from

23   about their waist down, but they were throwing the

24   rocks.  You could see them coming from those trees, and

25   they were hitting us and hitting our vehicles.  And so

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

47

```
1   that's why we were firing the PepperBall that way to try
2   and get them to stop doing it.  There was also some --
3   just where we're looking, there were some in that crowd
4   as well, throwing the rocks too.  It's just, you -- I
5   understand from this small little window, it's hard to
6   see that, but that's what was happening.
7       Q    Okay.  So it's fair to say there's a large
8   number of protesters across the street on the Capitol
9   lawn, right, and in the park, correct?
10      A    Yes.
11      Q    Okay.
12           MS. BIRKHOLZ:  Objection.  Form.
13      A    Correct.
14      Q    Probably hundreds of people.
15      A    I don't -- I don't know how many there were.
16  There was a lot of people.
17      Q    Okay.  Some people were throwing things at the
18  officers, correct?
19      A    There were people, yes.  Throwing objects at
20  us.
21      Q    Not all of the people who were protesting in
22  the park and on the Capitol grounds were throwing things
23  at the officers, correct?
24      A    I can't -- I can't speak to each -- each
25  person could have thrown something at a -- at -- at a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

48

1    different time.  So at -- at certain times, yes.  Not

2    everyone at the same time was throwing rocks at us. Yes.

3    That's fair to say.

4         Q    Okay.  So if everybody -- if you -- if it's

5    your belief that everybody at some point threw something

6    at the officers, everybody who is across the street on

7    the grass and in the park, why didn't you-all clear them

8    out?

9              MS. BIRKHOLZ:  Objection.  Form, foundation.

10        You can answer.

11        A    Why did we clear them out?

12        Q    Why didn't you -- if everybody is throwing

13   rocks and everybody is doing something unlawful, why did

14   you stand there shooting at them and not go and clear

15   them out?

16             MS. BIRKHOLZ:  Objection.  Form, foundation.

17        A    Well, I guess that -- my point is that maybe -

18   - I'm not saying, every time, that they were all

19   throwing rocks.  There were some people that weren't

20   throwing rocks, obviously.  So the point of why we

21   didn't push through there is one, we didn't have enough

22   officers to do that.  There -- like you said, there's a

23   large group of people.  I don't know how many, but we

24   didn't have, at that time -- just to go push everybody

25   off -- you have to coordinate with other -- with other

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

49

```
1    officers to make that happen as safely as possible.  And
2    it's still not safe, but you have to pick specific time
3    when you can do that to be safer and hopefully, take
4    less action against people.  That's why.
5         Q    Okay.  Would you agree, though, that -- so
6    when you were -- did you shoot your 40-millimeter
7    launcher at this time, like, during this incident?
8         A    I think I did, but I don't recall if I did.  I
9    believe this is what I wrote my statement about.  I -- I
10   think -- if I remember correctly, I think it was to the
11   right of this area -- to the left, maybe, over on the
12   hill where these people were throwing the rocks.  I
13   think that's where I shot my 40 at trying to hit them.
14   And then on this, like -- what is that the -- would be
15   the -- the other courtroom.  If you had to face the
16   other way, there was people -- I don't know if I fired
17   my 40 in that direction or not.  I can't remember that.
18   But I could have fired my 40 that way because there was
19   several individuals throwing rocks at our backs.  So I'd
20   have to let the whole video play out to remember
21   specifically, but that's my best recollection.
22        Q    The officers who were shooting PepperBalls at
23   the protesters across the street --
24        A    Yes.
25        Q    -- were they shooting at specific people or
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

50

```
 1   they were shooting at the crowd?

 2        A    Well, they were shooting at the people

 3   specifically, who were throwing whatever -- with, rocks,

 4   pieces of cement, bottles.  They weren't just randomly

 5   shooting.  We were targeting specific people.  There was

 6   just a lot of them.

 7        Q    All right.  I'm going to play another clip and

 8   then ask you a question.  I'm playing it --

 9        A    Okay.

10        Q    -- starting at 15:00.  All right.  15:07.

11                  (VIDEO PLAYING)

12        Q    All right.  Let me pause it.  Did you see that

13   big bang that went off?

14        A    I saw several bangs go off over there.

15        Q    What were those?  Do you know what kind of

16   weapon that was?

17        A    I don't know if that was ours or theirs,

18   because that's what the IEDs look like, as well, that

19   they would throw at us.  So I don't know if that was a

20   department one or if that was from a protester.  A

21   couple --

22        Q    Are --

23        A    -- of theirs would go off intermittently

24   because they had such a short fuse.  They said it could

25   of, right -- they couldn't even throw it.  So some of
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

51

1    their own stuff went off near them.  So for me to say

2    specifically that was, like, something from -- nothing I

3    had.  If that was, like, from some other agency or

4    something.  Could have been, but I don't know

5    specifically, like, what that was -- I guess, is my best

6    answer.

7         **Q    Were there any other agencies with you at this**

8    **intersection at this time?**

9         A    I couldn't tell you.  Like I said, I was

10   focused on me and trying to keep myself and fellow

11   officers safe.  I don't know who was to the peripheries.

12   I couldn't --

13        **Q    So who -- was it other Gang Unit officers**

14   **behind this fence at this parking lot at this time?**

15        A    Yes.  Yes.

16        **Q    Okay.**

17        A    This was the Gang Unit.  For -- as far as I

18   remember, I think it was only the Gang Unit behind the

19   fence.

20        **Q    Okay.  And were there officers from DPD -- do**

21   **you recall if there were officers from DPD who were in**

22   **the parking lot across the street, like, closer to the**

23   **RTD station?**

24        A    I know there was officers there.  I don't know

25   who they were.  Because I -- like I said, I was focused

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

52

```
 1   on our group, so I don't know who was over there.  I
 2   know there were officers over there, somewhere.
 3        Q    Okay.  So the clip that I just played that had
 4   that bang go off and then there -- there's tear gas here
 5   -- you'd agree that tear gas is an indiscriminate
 6   weapon, correct?
 7        A    No.  Not necessarily.  Because I -- you're
 8   -- you're assuming that's tear gas.  I -- I can't say
 9   that that's tear gas, and I'm not going to say it's tear
10   gas because I don't know.  If I saw it on camera,
11   there's cans of tear gas and they got thrown, then I
12   would agree with you.  But I don't know if that's smoke.
13   I don't know what -- what they -- it could be an --
14   there's various things it could be.  So I don't know
15   what was -- all right, I know you're calling it tear
16   gas, but I'm -- I couldn't agree with that.
17        Q    Why don't you tell me what are all the
18   possibilities of what that smoke could be?
19             MS. BIRKHOLZ:  Objection.
20             THE WITNESS:  It could be --
21             MS. BIRKHOLZ:  Form, foundation.  You can
22        answer.
23        A    It could be smoke, just smoke.  It could have
24   been tear gas, as you're calling it, as far as CS gas,
25   or it could have been pepper spray gas, where it's not
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

53

1   really gas, it's smoke with pepper -- pepper dust --

2   PepperBall dust inside of it, so that when it disperses,

3   it's just like if you were to shoot the PepperBall.  It

4   just makes a big cloud of PepperBall dust to help try

5   and irritate the mucus membranes to get people to

6   disperse.

7   BY MS. WANG:

8       Q    Okay.  So you're saying it could be PepperBall

9   dust -- smoke?

10      A    It's called CN, yes.  CN, CS -- CN, CS, or

11  smoke.

12      Q    CN, CS, or smoke.  Was --

13      A    Or -- or -- or something from the protesters.

14  Those four things.

15      Q    But what things from the protesters could that

16  smoke be?

17      A    I don't -- they had all kinds of stuff that

18  -- some of it did smoke.  I don't know what it was.  I -

19  - I wasn't over in their camp, and we didn't recover any

20  of it, me, personally.  So I don't know what it was.

21  They had lots of things, so I don't -- I can't speak to

22  what exactly it was.

23      Q    Why would the protesters set off gas or smoke

24  bomb or whatever it was right where they were?

25           MS. BIRKHOLZ:  Objection.  Form.  You can --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

54

```
 1        A     You're asking --

 2              MS. BIRKHOLZ:  -- answer.

 3        A     Sorry.  You were asking me -- you're asking me

 4   to speculate.  But if I were speculating, it would be to

 5   disguise them from us so they could continue to throw

 6   rocks and we couldn't see them specifically, so we

 7   couldn't fire PepperBalls in their direction.  It would

 8   help mask them.  That's what -- that's what we use smoke

 9   for, is to help mask where we're standing so it makes us

10   less of a target.

11        Q     Let's assume that this is a chemical irritant

12   that was released --

13        A     Could be.

14        Q     -- by police at the protesters --

15        A     Okay.

16        Q     -- across the street on the Capitol grounds,

17   okay?

18        A     Okay.

19        Q     Can you --

20        A     Sure.

21        Q     -- tell me what was the reason that was used

22   at that time?

23              MS. BIRKHOLZ:  Objection.  Form, foundation.

24        You can answer.

25        A     It would've been used because of -- like I've
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 56 of
181
The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021
55

1  explained, there was a large group of people, and there

2  was a lot of people throwing rocks and other objects. So

3  it would be used to help disperse them and get them

4  hopefully to leave the area.

5      Q    Were there any warnings or orders given to

6  protesters before tear gas was used?

7      A    I don't know because I didn't use tear gas.

8  That's if -- like, again, if we're -- this is all

9  speculation.  You're saying that somebody over there

10  from a department, whether it's our department or

11  whoever, is throwing tear gas.  I don't know if they

12  issued orders or not.  They -- I know for us,

13  specifically, yes.  We should give -- we should try to

14  give orders when exigent circumstances are present

15  before we launch gas at people.  So I don't know about

16  in this instance because I don't know who launched that

17  or if that is gas or if that's from the protesters.

18  That's my point.

19      Q    Did you recall, during this incident on 5-29 -

20  -

21      A    Uh-huh.

22      Q    -- between 8:00 and 9:00 p.m., do you recall

23  hearing any orders or warnings given to the people

24  across the street before they were shot and had gas

25  released on them?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

56

```
 1            MS. BIRKHOLZ:  Objection. Form --
 2       A   I --
 3            MS. BIRKHOLZ:  Foundation.  You can answer.
 4       A   I don't recall.  That's my best answer.  I
 5  don't recall.
 6       Q   Have you ever reviewed any body cam video of
 7  yourself or anybody else where you could hear any such
 8  words?
 9       A   I haven't reviewed anyone else's body camera.
10  That's not -- that would be for -- not -- that's above
11  my pay grade.  My own, I don't recall.  I'd have to
12  watch my videos again.  I don't remember if I gave any
13  orders or not.  But I will tell you -- let's -- I could
14  tell you either/or, that -- if I did, then I did.  If I
15  didn't give them any kind of command, it was due to the
16  exigency that I was under at that time, would be my
17  answer.  Because typically, yes.  You try and give an
18  order to disperse for -- or at least you let them know
19  you're going to throw gas or you're going to do a
20  PepperBall or whatever, before you do it.  But in that
21  circumstance down there, there was a lot of
22  extraordinary events down there taking place.  There was
23  a lot of people throwing very large rocks and other
24  objects that were doing real damage, so...
25       Q   When you reviewed your body cam footage, did
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

57

```
 1    you hear anybody give any orders to the protesters there
 2    before using weapons on them?
 3         A    I don't recall.  I'd have to watch all my body
 4    cam video again to -- I wasn't paying attention to that,
 5    honestly.  I was just trying to see what I was doing in
 6    those specific instances so I could try and answer those
 7    questions.  I'd have to go back through and watch them
 8    again.
 9         Q    All right.  I'm going to pull up another
10    video.
11         A    Okay.
12         Q    Can you see this?  Do you see my screen?
13         A    Yeah.
14         Q    Okay.  So this is -- I'm showing you DEN 46,
15    which is one of your body cam videos from May 30, 2020.
16    The timestamp in the upper right-hand corner is six
17    hours ahead, so it's -- this starts at 7:14 p.m. on May
18    30th.
19         A    Okay.
20         Q    We'll just play -- I'll play you a clip and
21    then I'll ask you some questions.  We're starting at six
22    seconds.
23         A    You said it was May 30th?
24         Q    Yes.
25         A    Because the -- the date says the 31st, unless
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

58

```
 1    I

 2    --

 3         Q    I did.  But it's six hours ahead.

 4         A    Okay.  All right.

 5         Q    The date is six hours ahead.  So this is at

 6    the --

 7         A    Got that.

 8         Q    -- intersection of Lincoln and Colfax on

 9    Saturday --

10         A    Okay.

11         Q    -- May 30th at 7:14 p.m.

12         A    Okay.

13              (VIDEO PLAYING)

14         Q    So 30 seconds into the video, there's a beep

15    and then the sound comes on, did you hear that?

16         A    Yes.

17         Q    What does that mean?

18         A    That's my camera coming on.

19         Q    Okay.  You've been standing --

20         A    30-second delay -- there's a --

21         Q    Right.

22         A    -- 30-second delay.  So that's why there's no

23    audio.  The camera was on, it -- the audio takes 30

24    seconds.  So it was on, just the audio doesn't kick in.

25         Q    Okay.  So you've been standing in this line
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

59

1   before you turned the camera on, right?

2       A    I don't recall.  I mean, you're showing me

3   from -- from where you're showing me, I had my camera

4   on.  I don't know how long I had been standing there.

5   Unfortunately, we moved around a lot and I don't -- I

6   don't have a clear recollection of this incident so I

7   can't tell you how long I had been there.

8       Q    And you can't tell me that because we don't

9   have any body cam video from you before you decided to

10  turn your camera on, right?

11          MS. BIRKHOLZ:  Objection.  Form, foundation.

12      You can answer.

13      A    I -- I don't know what you're asking me.  I

14  -- our cameras -- the batteries only last so long.  So

15  if you're -- if you're saying I left it off purposely

16  -- I turn my camera on at different times when I thought

17  there was going to be an adverse type of thing or I may

18  have to use -- whether I'm going to be hit with

19  something or if I had a PepperBall or I had a 40.  I

20  don't even know what I had this day.  I can't see if I

21  have anything.  I may have just been standing there, but

22  I didn't have my camera on the entire incident because

23  my battery wouldn't have lasted, and there was no way to

24  recharge them at that time.

25      Q    How long does a battery last?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

60

1          A     Well, that depends on who you ask.  If you ask

2    the company, they'll probably going to tell you hours,

3    but that's not true and we all know that.  And so that's

4    why we try to use it sparingly so we could get where we

5    did have to take action or use force on camera.  So we

6    try to spare our batteries and only turn it on when we

7    thought there was going to be real problems. Because

8    some of it -- there were peaceful protest, you know, for

9    a little bit where they didn't do anything, and they

10   just peacefully protest.  So it -- it just depended on -

11   - on the day, on the time.  I don't know why, but that's

12   why.  If you're asking me why my camera wasn't on the

13   whole time, that's why.

14       **Q    What were you doing before you turned the**

15   **camera on, on this day?**

16       A    I don't recall because I don't know how long

17   I'd been there.  I could've just gotten off the truck. I

18   don't know.  That's -- I have no recollection of what I

19   was doing.  We did so many things and moved around so

20   much, I couldn't tell you specifically what I was doing.

21       **Q    Well, you don't recall what time -- do you**

22   **recall what time you started your shift?**

23       A    I would have - no, honestly.  And we worked

24   very long hours.  If you want to show me a log sheet or

25   something that documents the time, then I could testify

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

61

1    to that, but I don't -- I don't remember.  I just know

2    we worked very long hours.  I think we started in the

3    afternoon is my best guess.  I don't know what time we

4    started, specifically, because it changed.  It seemed

5    like we were there forever.  I -- I remember getting off

6    in the middle of the night or in the mornings most --

7    most days, but I can't tell you the exact hour that I

8    was finally released or exactly when I started.  I think

9    -- I don't know if that -- I don't remember if we came

10   in at the same time every day, honestly.  I would have

11   to -- you would have to show me something to show when I

12   started because I don't recall.

13       Q    Why did you decide to turn on your camera on

14   at this time?

15       A    The only thing I can speak to you, I don't

16   remember why, but I would say because I was anticipating

17   based on whether that was knowledge or intel from

18   somebody telling me or something I was observing, that

19   there was going to be problems. So I turned on my

20   camera, but at this specific moment, I don't -- I don't

21   know why.  That's -- just knowing me and how I explained

22   that -- how I was using my camera, that's when I

23   would've turned it on.

24       Q    All right.  We're going to -- I'll continue

25   playing it and then I'll ask you some questions.  We're

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

62

```
 1   playing it starting at --

 2        A    Okay.

 3        Q    -- starting from 31 seconds into the video.

 4                  (VIDEO PLAYING)

 5        Q    Okay.  So this officer who was in front of you

 6   -- we watched it to the end?

 7        A    Yes.

 8        Q    And the officer who was in front of you told

 9   you, turn your camera off, correct?

10        A    I thought he said turn your camera off, we're

11   backing out.  And I don't know if that's what he said.

12   That's -- that's what it sounded like to me.  So if

13   that's the case, we were getting ready to leave and get

14   back on our truck because they needed us somewhere else.

15   So I don't -- that -- that was my recollection if that's

16   what was said, I don't know.  I know he said turn your

17   camera off.  But he said something else.

18        Q    And then you did turn your camera off, right?

19        A    I did.  Yes.  I did.

20        Q    Who was that officer?

21        A    I don't know.  We're all packed up.  I can't

22   tell you who that is.  I can't see his face.  I don't

23   -- I don't know who that is specifically.

24        Q    Did you get on your truck and go somewhere

25   else?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

63

```
 1        A    We did lots of times.  That's the thing.  As
 2   far as this specific instance, I can't say for sure.  I
 3   would assume -- was it, you know, I don't -- if he said
 4   that, that's typically what would happen because we
 5   would be -- we were very -- it's very fluid.  And so
 6   since there -- it didn't appear in that clip that
 7   anything was happening, there may have been some other
 8   stuff happening somewhere else.  And a lot of times that
 9   would happen, where we would get on a truck and then
10   move.  So that would be the only reason that I would
11   think that they would ask us to shut our cameras off
12   because we were moving.
13        Q    Okay.  So why did you shut your camera off
14   based on that officer telling you to?
15        A    I just explained that.  Because we were
16   getting ready to move, probably, and we were -- we were
17   going to get back on the truck.  And we didn't -- again,
18   we didn't keep our cameras on the whole time because the
19   battery would've went dead.  And there's no reason to
20   have it on the truck when you're just driving to another
21   location.
22             MS. WANG:  Okay.  Let's take a quick
23        five-minute break.  I got to go get another video.
24             THE WITNESS:  Okay.
25             COURT REPORTER:  We are off the record at
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

64

```
 1    2:27.
 2                    (OFF THE RECORD)
 3              COURT REPORTER:  We are back on the record at
 4    2:30.
 5    BY MS. WANG:
 6        Q    All right.  I'm going to show you another
 7    video.  Can you see this?
 8        A    Yes.  I can.
 9        Q    Okay.  So this is a video that was produced by
10    the Colorado State Patrol for May 30, 2020, and there's
11    a time stamp up here in the corner, 7:13 p.m., okay?
12        A    Okay.
13        Q    It's the same intersection that we were just
14    watching at Lincoln and Colfax and --
15        A    Okay.
16        Q    -- the other clip that we watched from your
17    body cam was at 7:14.  So we'll play this for a minute
18    and then I'll ask you some questions.
19        A    Okay.
20                    (VIDEO PLAYING)
21        Q    I want to play it at little bit faster speed,
22    actually.
23        A    Okay.
24        Q    Okay.  So let me pause it.  I've pause it at
25    7:15:28.  You would agree that based on where you were
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

65

1   in your body cam for this intersection at this time, you

2   are one of these officers standing here, correct?

3       A    I --

4           MS. BIRKHOLZ:  You can answer.  Sorry.  Go

5       ahead.

6       A    I can't say that for sure.  I mean, I don't

7   -- I would assume so but I can't -- I could barely -- I

8   mean, I can see a group of officers there, but I -- I

9   can't tell who anybody is from this angle.  This camera

10  -- it's too far away.  I don't know.  I would assume I'm

11  down there, but I can't say for sure.

12      Q    We're going to continue playing it and then

13  --

14      A    Okay.

15      Q    -- I'll ask some other questions.

16           (VIDEO PLAYING)

17      Q    Okay.  I'm pausing it at 7:16 or seven -- at

18  7:16 p.m. -- 7:16:19 p.m. So just a second ago, there

19  was some action which -- something caused the officers

20  to begin tear gas -- or not tear gassing -- spraying

21  pepper spray and PepperBalls into the crowd.  Did you

22  see that?

23      A    I did.

24      Q    Okay.  Let's assume that you were one of these

25  officers.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

66

```
 1      A    Okay.

 2      Q    We're going to watch it for a little bit

 3  longer, and we'll see if you stay at this intersection

 4  or if you leave.

 5      A    Okay.

 6               (VIDEO PLAYING)

 7      Q    Okay.  So the camera turns away at about 7:17

 8  p.m. Right after, there was some tear gas and

 9  PepperBalling in the crowd.  Do you agree?

10      A    I -- I -- I wasn't paying attention to the

11  time.  If that's what you say the time was, then that's

12  what the time was.

13      Q    Okay.  From what we see from this camera --

14  I'm going to pause it here at 7:17:24 p.m., you're not

15  taking any action to leave, correct?

16          MS. BIRKHOLZ:  Objection.  Form, foundation.

17      You can answer.

18      A    If I'm over here, I can't tell from this. When

19  you pan back, there's still people there.  If I'm still

20  there -- if that's me over there, then, obviously, I

21  didn't leave, but I don't know if that's me or not. It

22  could be, but I can't say, specifically.  I can't point

23  myself out and be, like, yeah, I'm standing right there.

24  I didn't leave.  I don't know for sure.

25      Q    You have no recollection of leaving that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

67

```
 1   intersection after you were told to turn your camera
 2   off, do you?
 3        A    Here's the thing.  I've explained it to you.
 4   It was a traumatic event.  I'm -- I'm telling you
 5   everything that I recall.  I'm being as honest as I can.
 6   I don't know if I left, that -- that's the thing.  I
 7   don't recall.  If you can show me and -- and point me
 8   out, great, then I'll -- I'll agree that yes, I never
 9   left.  I don't know.
10        Q    You have -- let's assume that you stayed at
11   that intersection, and that there was less-lethal
12   weapons used on protesters after you turned your camera
13   on, okay?
14        A    Okay.  Okay.
15        Q    That would be contrary to what you're supposed
16   to do when you have your body cams, right?  You're
17   supposed to record your citizen interactions,
18   particularly use of force, correct?
19        A    The problem is that -- it's all speculation.  I
20   don't -- I don't feel comfortable in -- in answering
21   questions on speculation.  If you -- if you can show
22   where I used force and had my camera off, that's
23   different, and I'll comment on that, but just making
24   fake statements and saying in general and
25   hypothetically, that's -- that's not okay.  So I'm not
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

68

1   going to -- I'm not going to respond and agree --

2        Q    Okay.

3        A    -- with you on that.

4        Q    So if you decide to turn your camera off,

5   you're not going to agree, even if there's other cameras

6   that show you and another officers using force.  If I

7   can't show you on your camera, which you decided to turn

8   off, then you won't agree that you used force, correct?

9             MS. BIRKHOLZ:  Objection.  Form, foundation.

10        You can answer.

11        A    Yes.  I am not going to -- I'm not going to

12   say I used force when maybe, I didn't.  I don't -- you

13   ha -- you have to show me where I'm using force and I'm

14   -- I'm not trying to hide anything.  If I used force,

15   I'll admit it.  I was -- I was in defense of my life

16   from numerous people in this event.  So if you're going

17   to show it to me -- but I'm not going to speculate

18   because you want me to.  If you have a video that shows

19   me using force, I will comment on it.  All you're

20   showing me is a vague video of a group of officers

21   standing there in full tac gear, and you want me to say

22   that's me, and that I used force.  I'm not going to do

23   that.

24        Q    Okay.  I'm showing you DEN, D-E-N 5047.  The

25   time stamp on it is 5-31-2020 at 1:06 a.m., which is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

69

```
 1   seven hours ahead.  So this is actually 5-30-2020 at
 2   7:06 p.m. We'll play a clip from it and then I'll ask
 3   you some questions, okay?
 4       A    Okay.
 5                 (VIDEO PLAYING)
 6       Q    All right.  So I'm going to start it at 41
 7   seconds and -- let's go back a little bit further. We'll
 8   just start it at the beginning.  At times, you can see
 9   and at times your hand is blocking the camera, but
10   you're standing on the skirmish line at Lincoln and
11   Colfax.  Do you recall standing on the skirmish line at
12   Lincoln and Colfax?
13       A    Yes.  I did stand on the skirmish line there.
14       Q    Okay.  We'll play it from the beginning. Okay.
15   I'm pausing it at 42 seconds.  Officers began
16   PepperBalling the crowd, including you, correct?
17       A    Yes.  I was firing my PepperBall at specific
18   people, not the crowd.
19       Q    Okay.  What were you firing at?
20       A    People who were throwing large rocks at my
21   face and at my body.
22       Q    Do we see any of that?
23       A    I don't think you're going to see it from this
24   little camera, but it doesn't mean it didn't happen.
25       Q    There was tear gas thrown at the crowd,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

70

1   correct?

2       A    I don't know.  Again, you're asking me to

3   speculate, and I'm not going to do that.

4       Q    Okay.  So this gas back here -- that you see

5   back here, you don't know whether that's --

6       A    It could have been from protesters -- could

7   have been from the protesters.  Could have been from the

8   police.  I don't know.

9       Q    Okay.  This person over here standing up with

10  his hands up -- with their hands up.

11      A    Okay.

12      Q    The person in shorts, with their hands up, are

13  they doing anything --

14      A    I can't even see the shorts, I just -- I just

15  see all black.  That's all I can see.

16      Q    Next to the cone.  Do you see --

17      A    Okay.

18      Q    -- the person standing next to this cone?

19      A    I see someone there.  Yes.  I can't tell if he

20  has shorts on.  That's what I'm saying.  I see a person

21  there.  I don't see it as clearly as you do.  You know

22  what I mean?  If you want to do -- zoom in.  But yes, I

23  see somebody with their hands up.  Yes.  I do see that.

24      Q    Are they doing anything unlawful?

25      A    At that moment, it doesn't appear -- at that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

71

```
 1   moment, they're doing anything.
 2      Q    Okay.  Let's keep our eyes on that guy, okay?
 3   And you tell me if you ever see this person with their
 4   hands up doing anything unlawful.
 5      A    Okay.
 6      Q    We're going to continue playing the video.
 7      A    All right.
 8      Q    Okay.  I'm going to pause it at 2:32.  Do you
 9   see this person that I identified earlier, standing on
10   the sidewalk?
11      A    Uh-huh.  Yes.
12      Q    Okay.  Up to this point, have you seen that
13   person do anything unlawful?
14      A    I -- he was out of my view because of my hand
15   blocking the camera, so I can't say that he didn't do
16   anything unlawful in some of that.  For the times that I
17   saw him, it didn't appear that he was doing anything.
18      Q    Do you recall from your recollection of being
19   there at this time, do you recall this person --
20      A    No.
21      Q    -- doing anything unlawful?
22      A    I -- I -- there's no way to recall that.  There
23   was hundreds -- I mean, look at all the people.  I can't
24   -- I wasn't staring at him, specifically.  I don't even
25   remember him until you're showing me this video.  I
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

72

```
 1    -- I can't recall any -- any specifics like that.
 2         Q    What are you shooting at, at this moment?
 3         A    People throwing rocks at me, bottles, all
 4    kinds of stuff, in the crowd.  They were throwing them
 5    and when they throw them, then we would pepper spray in
 6    front of them -- pepper spray -- PepperBall in front of
 7    them.  Some people had foggers, same thing.  Push them
 8    back to get them to stop throwing the projectiles at us.
 9         Q    All right.  We'll continue playing the video
10    and I want you to keep your eye on this person on the
11    sidewalk.
12         A    Okay.  Okay.
13         Q    Okay.  I've paused it at 3:03 into the video,
14    and I want you to keep your eye on this person with
15    their hands up, okay?
16         A    Okay.
17         Q    You just shot them right there, correct?
18         A    I disagree.  No.  I disagree.  I -- I didn't
19    shoot them.  You're saying I shot him because you can
20    see an air canister.  That -- I'm not even aiming at
21    him.  You could say that, but that's not true.  No.  I
22    didn't shoot him.  There's other people with PepperBall
23    guns, maybe they shot that man.  I did not shoot him.  I
24    wasn't aiming at him and I didn't shoot him so if that's
25    what you're trying to say, that's incorrect.  I -- my
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

73

```
 1    -- the muzzle on my weapon is over here.  I wasn't

 2    shooting him nor did I shoot him.

 3         Q    The muzzle of your weapon is directly above

 4    this thing.

 5         A    You can say what you want, but I didn't shoot

 6    him.  I have recollection of that.  I didn't shoot that

 7    person that was standing there with his hands up.  And

 8    if you're trying to say that that's inaccurate, and I'm

 9    not going to agree with that.

10         Q    You don't want to admit that you shot them

11    because you --

12         A    No.

13         Q    -- know that that would be unlawful, correct?

14              MS. BIRKHOLZ:  Objection to form.

15         A    No.  I --

16         Q    Go ahead.

17         A    -- I -- I disagree.  The -- the problem is,

18    you're trying to say that I did things that I didn't do.

19    If I did that, I would say I did it, ma'am.  I -- I

20    don't -- I don't appreciate you calling me a liar, and

21    say I'm trying to hide something.  I'm not.  I didn't

22    shoot that man and I'm telling you that, verbatim. There

23    are other people in this line with PepperBall guns.

24    They were shooting all along here, just like me, at

25    specific people.  And that's why I know I didn't shoot
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

74

1  that man because I didn't target him specifically,

2  because he wasn't throwing rocks.  I targeted the people

3  that were throwing rocks at me.  That's who I shot at.

4       Q    Who was standing directly to your left?

5       A    I don't know.  Another officer, but I can't

6  tell you who it was.  I know they had PepperBalls just

7  like me.  You could see it in the video.  Can I tell you

8  who that was?  No.  I cannot.  I don't know.  We all had

9  tac gear.

10      Q    You were standing in a line of Denver police

11 officers, correct?

12      A    I assume so.  Like I said, there were other

13 agencies there.  I don't know if they were there this

14 day.  I don't know.  We were joined with other units, so

15 my best recollection is that I was there with Gang Unit

16 officers and it looked like when the pan -- the camera

17 panned, there was also district officers there.  As well

18 as man -- might have been other agencies, but I can't

19 say for sure, because everyone is wearing tac gear.

20      Q    The person who is standing there with their

21 hands up, there is no lawful justification for shooting

22 that person with PepperBall, correct?

23      A    I'm not going to comment on that because I

24 don't --

25           MS. BIRKHOLZ:  You can answer.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICIER JOHN SAMSON, taken on April 23, 2021

75

1        A    I'm not going to comment.  I already made my

2    comment.  I don't know what happened there.  I can't

3    say.  Maybe somebody else saw something different than I

4    did.  You would have to speak to the officer who shot

5    him.  I didn't shoot him.  I didn't aim at him.  You can

6    -- you can think what you want, but I'm telling you, I

7    did not shoot that man, okay?  If I did, I would -- I

8    would admit it.  Yeah.  Oh, I messed up.  I shot at him.

9    I didn't do that.  I wasn't aiming at him.  I was aiming

10   at people throwing rocks at my face.  Not that man so

11   we're going to agree to disagree.  I didn't shoot at him

12   nor did I shoot him.

13        **Q    I'm asking you to answer the question that I**

14   **asked which is: If this person is standing here, on the**

15   **sidewalk with their hands up --**

16        A    Are you talking hypothetically?

17        **Q    -- if this protester was standing here on the**

18   **sidewalk, you'd agree they're standing there on the**

19   **sidewalk, right?**

20        A    Yes.  They're standing on the sidewalk.  I

21   agree with you.

22        **Q    They have their hands up, right?**

23        A    At this point, I don't know what he's doing,

24   right?  You're saying I --

25        **Q    Can -- I'm showing you minute three -- 3:08.**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

76

```
 1        A    Okay.  So it was first -- I could see he's got
 2   at least one hand up, maybe two hands up.  Yes.  Go
 3   ahead.
 4        Q    Okay.  So this is not both of his hands up
 5   right now?
 6        A    It could be.  Yes.  Like I said, I don't have
 7   my cheaters on.  If you want to zoom it in, we can agree
 8   if you say he has both his hands up, great.  Then he has
 9   both his hands up.
10        Q    If this person has both their hands up and
11   they're standing on the sidewalk and they didn't do
12   anything --
13        A    Yes.
14        Q    -- there's no reason --
15        A    Yes.
16        Q    -- to shoot PepperBalls at them, correct?
17        A    Right.  Correct.  If he's just standing there
18   and he has his hands up, no.  Then you shouldn't shoot
19   him.
20        Q    Okay.  The front -- he was shot, though, with
21   PepperBall?
22        A    Obviously.  Obviously, somebody shot him with
23   the PepperBall.  But I'm telling you, it wasn't me who
24   shot him with the PepperBall.
25        Q    Who were you shooting at, if not him?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

77

1       A    Back here in the trees, which you can't see,

2   of course, because of the little camera.  There was all

3   kinds of people throwing rocks and bottles.  Whether you

4   can see it being done or not, I don't care.  It

5   happened.  I know it happened.  I took the rocks.  I was

6   injured by the rocks.  That's who I was firing at and I

7   did fire at, and I'll admit that all day long because I

8   did.

9       Q    We're going to play it for another little bit

10  and then I'll ask you another question.  We're at minute

11  -- 3:08 into the video.  Did you see that bang that just

12  went off that was thrown?

13      A    I heard a bang.  I didn't see it.

14      Q    This one at 3:12.  This object right here that

15  I'm circling with my cursor.

16      A    Okay.

17      Q    Do you see that?

18      A    What about it?  Yeah.  I see a canister or

19  something there.

20      Q    What is it?

21          MS. BIRKHOLZ:  Objection.  Speculation.  You

22      can answer.

23      A    How -- how am I going to know what that is?  I

24  -- you can't even -- it's some kind of object that's

25  smoking on the ground.  How can I tell what it is? It's,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

78

```
 1    like, 15- 20' away.  I have no idea what that is.
 2         Q    Let's assume that it's some kind of weapon
 3    that was thrown by a police officer at these two
 4    protesters right here.  Was there any -- could you see
 5    any reason for throwing that at that time?
 6              MS. BIRKHOLZ:  Objection.  Foundation.  You
 7         can answer.
 8         A    If that was thrown by the police, and there
 9    was -- they weren't doing anything, then no.  I don't
10    know why it was thrown there if they weren't doing
11    anything.
12         Q    Well, did you see them doing anything?  We've
13    been watching this video for several minutes now.  Did
14    you see them doing anything?
15         A    Not -- not in the -- not in that clip that you
16    showed me.  I did not see them do anything, at that
17    point.  No.  I did not.
18         Q    All right.  We're going to continue playing
19    it.  We're at 3:12 into the video.
20              (VIDEO PLAYING)
21         Q    Okay.  All right.  I've paused the video at
22    2:53.  Do you have any idea who this officer standing to
23    your left is?
24         A    I do not.
25         Q    Okay.  You mentioned before that you thought
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

79

1  there were gang officers at the scene and district

2  officers?

3      A    Yes.

4      Q    And how do you tell them apart?

5      A    Unfortunately, sometimes you can't.  I mean,

6  in this profile here, you can't.  Most people were

7  wearing BDUs that day because of the protests, so it's -

8  - it's hard to identify them.  You can -- if you have a

9  full-on view, sometimes they'll have their badge number

10  on the front of their shirt, but this is a side profile,

11  so I can't tell who that is.  My -- part of the

12  PepperBall gun is covering their head.  I can see their

13  shoulder and their body and that's it.  And they're

14  dressed in all black, so I don't know who that is,

15  specifically.

16      Q    The officers in green fatigues -- you saw

17  officers in green fatigues at the scene, correct, on

18  this day?

19      A    Yes.

20      Q    Those were from Metro SWAT, correct?

21      A    Typically.  I don't know, like I said, there

22  were some other agencies involved.  I don't know if any

23  of them had green on or not.  I do know our guys wear

24  green.

25      Q    You don't specifically recall other agencies

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

80

1  who were wearing green on this day at this intersection,

2  do you?

3      A    I don't remember, because I -- like I said,

4  there was multiple people there.  They could have been.

5  I wasn't paying attention to them.  That's why I don't

6  want to say there wasn't because there could have been.

7  There was probably two -- I know -- I think Aurora and

8  then maybe, Adams County.  I don't know if they were

9  there that day, but I know they assisted us and maybe,

10  some other ones.  I don't know.

11      Q    Okay.  I'm going to play a different video for

12  you, just a moment.

13      A    Okay.

14      Q    Can you see this?  It's paused right now, but

15  can you see this video?

16      A    Yes.

17      Q    Okay.  I'm showing you Denver 4976, which is

18  the body-worn camera of Officer Altman.  Do you know

19  Officer Altman?

20      A    Yes.  In the Gang Unit, or he was in the Gang

21  Unit.  I don't know if he's still over there, but I

22  believe he's in the Gang Unit.  He was --

23      Q    Okay.  Do you know -- sorry.  Go ahead.

24      A    No.  I was just saying, he was there when I

25  was there.  I don't know if he's still there, but he was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

81

```
 1    when I was there.
 2         Q    You mean in the unit?
 3         A    Yes.  He was in the unit when I was there.
 4         Q    Okay.  I've forwarded the video here of
 5    Officer Altman to minute 22:28.  Do you see this officer
 6    in front with the hair --
 7         A    Yes.
 8         Q    -- pulled into a ponytail?
 9         A    Uh-huh.
10         Q    Is that Officer Cunningham?
11         A    It could be.  I don't -- I don't know.  I
12    mean, it could be.
13         Q    Do you know Officer Tana Cunningham?
14         A    I knew her, and she was -- she was new to our
15    -- our unit.  She came over -- she was fairly new.  Do I
16    know if that's her, specifically?  No.  I'm saying it
17    could be.  I don't know if that's her though, but I --
18    it could be her.  I don't know.  There's nothing on her
19    -- on this thing that says Cunningham, so I don't -- it
20    could be another officer.  To me, and maybe, based on
21    our dress code, obviously it's a female because none of
22    us have long hair, right?  So I -- I understand that.
23    It's definitely a female officer.  Is it Tana
24    Cunningham?  I don't know for sure.
25         Q    Were there any other female officers in your
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

82

```
 1   unit at the time?

 2        A    Yes.  We had Heather Jossi -- was in our unit

 3   and I'm trying to think if we had any other females. I'd

 4   have to look.  I know those two specifically, and one

 5   other one.  I don't -- I don't remember.  I know those

 6   two.

 7        Q    Did Heather Jossi look like this?

 8        A    From what I recall, she doesn't have long

 9   hair.  But I don't think she had -- I don't think she

10   had long hair then, but I don't remember.

11        Q    Okay.

12        A    I think her hair was short.

13        Q    Do you know why this officer has red tape on

14   their helmet and their vest?

15        A    To help identify them.

16        Q    Okay.  And what's on the red tape?  It's hard

17   to see in the video.

18        A    What's on the red tape?

19        Q    What do you mean on help -- what do you mean,

20   "To help identify them"?

21        A    Sometimes it's used to help identify groups,

22   like, the group.  So let's say these officers to the

23   right of that officer have -- I don't know if that's

24   reflective tape or if that's just what that is, right?

25   But it's to help identify what group you're with, like,
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

83

```
 1   maybe, you're with District 4, maybe you're with Aurora,
 2   maybe you're with Metro.  It could be used for those
 3   specific instances.
 4        Q    Did you have tape?  Okay.  Sorry, go ahead.
 5        A    Yes.  Yes.  Yes.  We did have.
 6        Q    Okay.  You had red tape on your helmet?
 7        A    Yes.  I did.
 8        Q    Was there something written on the red tape?
 9        A    Not that I recall.  No.  It was just a piece
10   of red tape.
11        Q    And so what did the red tape signify?
12        A    That that was part of the Gang Unit.
13        Q    Okay.  So you had red tape on the back of your
14   helmet and your vest?
15        A    Yes.
16        Q    And if there's an officer with red tape on the
17   back of their helmet and their vest, they're with the
18   DPD Gang Unit?
19             MS. BIRKHOLZ:  Objection.  Form, foundation.
20        You can answer though.
21        A    I'm -- I'm not positive on that because I
22   think Aurora had red tape on their helmets.  I'm not
23   positive.
24        Q    Well, I can tell you that these officers over
25   here, and I can show you a lot of Aurora videos if you
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021
84

1  want me to.  These officers over here to the right side

2  of the line are Aurora and they don't have red tape.

3      A    Okay.  Well, I didn't even know that was

4  Aurora PD there.  So that's fine.  But I'm telling you

5  we did have red tape.  I saw other red tape, but we did

6  have red tape.

7      Q    Okay.  I stopped at 22:53.  Do you see this

8  officer right here?

9      A    I do.  Yeah.  I do.

10     Q    E. Eros (phonetic), who's that?

11     A    I don't know because I -- he doesn't have any

12  red tape on him.  I don't even know if he's with the

13  Gang Unit.  He doesn't have any red tape at all.  So he

14  could be from Aurora.  I don't know.  I see the one next

15  to him that I said could be the Gang Unit officer, but

16  that guy didn't have any tape at all, so I don't know

17  who that is.  It could have been one of these guys that

18  stepped over and across.

19     Q    You're, like, speculating right now.  Are you

20  not?

21     A    No.  I'm telling you the truth.  All of us, as

22  far as I know, we had red tape on her helmets and our

23  vests and I -- I told you that.

24     Q    Okay.

25     A    And you could video -- so he doesn't have



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

85

```
 1  anything, so I'm assuming he's not with us.  That's my
 2  point.  That's why we wore the tape so we could identify
 3  each other and rescue ourselves if something happened.
 4       Q    The three stripes signifies a sergeant,
 5  correct?
 6       A    Yes.  That's correct.
 7       Q    All right.  I'm going to play it for a second
 8  and ask another question.
 9       A    Okay.
10              (VIDEO PLAYING)
11       Q    Did you -- well, let's back it up for a sec.
12       A    Okay.
13       Q    I want you to pay attention to the officer
14  with the three stripes, the sergeant.
15       A    Where -- where is he at?
16       Q    He's going to be coming in from the left side
17  of the screen.
18       A    Okay.
19       Q    Okay.  Did you see the flash of his arm with
20  the three arrows and the red tape on his back?
21       A    Yes.  He has red tape.
22       Q    Okay.  So it's a Gang Unit sergeant, correct?
23       A    That one appears to be.  Yes.  He has a red
24  tape and he has the stripes on his arm, so I would
25  assume he's probably with the Gang Unit.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

86

```
 1        Q      Was it Lombardi?

 2        A      I don't know who it is.

 3        Q      Do you recall what sergeant you had on that

 4   day?

 5        A      I told you they -- I think all the sergeants

 6   were there.  I think Lombardi and Tack and Arnold, I

 7   think, were all down there.  But I'm not, specifically,

 8   sure because it varied.  You'd have to check the detail

 9   to see who was actually working that day.  But there

10   -- we had more than one sergeant based on the -- the

11   -- the huge incident, so I don't know which one that is.

12        Q      Okay.

13        A      Whose camera is this?

14        Q      This is Altman's camera.

15        A      Okay.

16        Q      Okay.  Is Altman a supervisor of some kind?

17        A      No.  He wasn't.  No.

18        Q      Okay.  I'm going to play it from 35:04 and

19   then ask you a couple of more questions.

20        A      Okay.

21               (VIDEO PLAYING)

22        Q      I'm going to stop it right here.  We've

23   stopped at 35:12.  So we have -- do you see this figure,

24   the person we were talking about earlier?  The person on

25   the sidewalk with their hands up.  See that person?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

```
 1        A     Yes.

 2        Q     We have this officer who's in the Gang Unit

 3   with the long hair, correct?

 4        A     I can't see the hair, but if you say she's got

 5   long hair, then she has long hair.

 6        Q     Okay.  But she's got the red tape, which means

 7   she's --

 8        A     Right.  Has the red tape.

 9        Q     Okay.

10        A     Typically, yes.  We have red tape.

11        Q     This officer right here in green fatigues, is

12   that a Metro SWAT officer?

13        A     I can't -- I don't know.  Like I said, could

14   be.  They wear fatigues, but there was other agencies

15   there, so I -- I can't say for sure it is, but I know

16   our Metro SWAT does wear green fatigues.  I don't know

17   if any other agency wore green fatigues or not, to tell

18   you the truth.

19        Q     Okay.  Let me pull up a different video.

20        A     Okay.

21        Q     Okay.  Where -- I'm showing you Denver 4984,

22   which is the body-worn camera of Officer Arnold.  Do you

23   know Officer Arnold?

24        A     Are you talking Sergeant Arnold?  We have an

25   officer, but if you -- if it's with the Gang Unit, we
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    only have Sergeant Arnold.

2        Q    Sergeant Arnold -- what's Sergeant Arnold's

3    first name?

4        A    Ed.

5        Q    Okay.

6        A    Ed Arnold.

7        Q    Do you know if he was wearing a body cam?

8        A    I don't.  I would assume he was, but I don't

9    know if he was.

10       Q    Did you have an officer in the Gang Unit named

11   Arnold?

12       A    I don't know.  I'd have to look at the -- the

13   roster of -- of back then.  I don't -- I don't recall if

14   we did or not.  I remember a sergeant, but --

15       Q    Okay.  I'm showing you at minute -- 1:13,

16   there's this officer here, with the three arrows, the

17   three stripes.  I'll play it for a second and ask if you

18   can identify that person.

19                    (VIDEO PLAYING)

20       Q    So it was very brief, but they appear to have

21   red tape on their back.

22       A    The thing is that it's on the front of their -

23   - is that red on the front of their face, or am I just

24   seeing a glare?  Like, on the front by -- under their

25   face mask.  It looks like there's red there.  We don't

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

89

 1   have that so that wouldn't be one of us.  I don't know

 2   what that is, or what kind of mask that is, but if it is

 3   actually red, there's nobody that has that, that I know.

 4        **Q    What about the fact that he has a G on the**

 5   **back of his helmet.**

 6        A    That means nothing.  We didn't have Gs on the

 7   back of our helmets.  So that's what I'm saying, there's

 8   other agencies there.  To me, that's another agency.  We

 9   don't -- we didn't have G for Gang Unit, if that's what

10   you're implying.  We had nothing like that on our

11   helmet.  We had a red patch on our helmet, a tape, like

12   I -- I explained to you.  So we did have that there is

13   no G that I know of on anybody's helmet.  And that's why

14   we used the red tape.  I'm just curious because if you

15   could pull that picture up better, it looks like there's

16   red all over his face or mask.

17        **Q    So here's another shot at 1:52.  It's got red**

18   **tape on the back of their vest and a G and then some**

19   **other tape.**

20        A    That's what I'm saying.  That's not consistent

21   with our -- with any of our officers.  Nobody had a G,

22   and nobody had another piece of tape on top of there.  So

23   I -- like I said, if you can zoom in, maybe I can help

24   you identify who that is.  But to me looking at that,

25   it's not a Gang Unit person because that doesn't - - it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021
90

```
 1   -- it doesn't match up with what we wore.

 2        Q    I'm going to pull up another video.

 3        A    Okay.

 4        Q    I'm showing you Denver 4988, the body-worn

 5   camera of Bishop.  Is this on Officer Bishop?

 6        A    Yes.

 7        Q    Are they with the Gang Unit?

 8        A    I don't know if they are, they -- he was at

 9   that time.

10        Q    All right.  I'm going to play starting from

11   2:27 and then we'll ask you some questions.

12        A    Okay.

13                    (VIDEO PLAYING)

14        Q    Actually, let me try to brighten my screen. Is

15   it brighter now?

16        A    No.  Let me try and -- let me try and turn off

17   the cameras that are -- that -- through and see if I can

18   see it better.  Hold on just a second.  Let me see if

19   that will help at all.  I don't know.  Okay.  Go ahead.

20                    (VIDEO PLAYING)

21        Q    I stopped it at 2:37.  Do you see Officer

22   Bishop spray this guy in the face?

23        A    Can you rewind it?

24        Q    Sure.  We'll play it from 2:17.

25                    (VIDEO PLAYING)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

91

1        Q     I paused it at 2:37.  Did you see Officer

2   Bishop spray him in the face?

3        A     Yes.

4        Q     Was that consistent with DPD policy?

5        A     Yes.

6              MS. BIRKHOLZ:  Objection.  Foundation.  You

7        can answer.

8        Q     Okay.  Why was it consistent with DPD policy?

9        A     Because he was ordered to stay back.  That's

10  an officer safety issue.  He was obviously agitated.  He

11  was told to stay back.  He continued to advance towards

12  the officers after numerous commands to stay back in an

13  aggressive manner.  So yes, that is within policy to

14  pepper spray him.  If he wanted to talk, he could've

15  talked from the corner.  He didn't have to continue to

16  advance towards the officer after he was ordered not to.

17  He was obviously agitated.  So yes, that's within our

18  policy.

19       Q     And you would expect that Officer Bishop

20  should not be disciplined for that, correct?

21       A     Correct.

22             MS. BIRKHOLZ:  Objection.  Foundation.  You

23       can answer.

24       Q     Okay.  We're going to play it starting --

25  starting from 16:06.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

92

1                    (VIDEO PLAYING)

2        Q    Okay.  I want you to watch this sergeant right

3    here.  He -- it says, Gang Unit.  I don't know if he

4    swarms at all, but I'll go back a little bit.  And then,

5    I'm going to ask if you can identify this sergeant.

6        A    Okay.

7                    (VIDEO PLAYING)

8        Q    You can hear the officer but it's the

9    sergeant's response -- but do you know who this sergeant

10   is?

11       A    If you can rewind, then I'll look again at

12   --

13       Q    Okay.

14                    (VIDEO PLAYING)

15       A    He's got his -- he's got all of his gear on.  I

16   don't know for sure who that is.

17       Q    I paused it right there.  Can --

18       A    No.  I don't know --

19       Q    See he's Denver police, correct?

20       A    Yeah.  He's --

21       Q    Looks like --

22       A    -- he's -- yeah.  Right.  He's a -- he's a

23   Denver sergeant.  I can see that.  I just don't know who

24   that is specifically.  No.

25       Q    Okay.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

93

```
 1        A    So I don't --
 2        Q    This officer right here at 16:12 in the green
 3   fatigues is also Denver police, correct?
 4        A    Yes.  That would probably -- based on his
 5   badge, would probably be a Metro SWAT guy.  Let me turn
 6   back on my camera now that it's brighter or my lights so
 7   you can see my face.  Anyway, yeah.  So that would be a
 8   met -- should be a Metro SWAT guy.
 9        Q    Okay.  And his name is right here on his
10   uniform, correct?
11        A    I can't read it.  Can you read it?
12        Q    Everhart.
13        A    Everhart?  Okay.  All right.
14        Q    Okay.  So you don't know who that Gang Unit
15   sergeant was?
16        A    No.  Not specifically.
17        Q    Okay.  Let me share a different video.  I'm
18   showing you Denver 5022, body-worn camera of Officer
19   Espinoza.  Do you know Espinoza?
20        A    There -- there was a Espinoza in the Gang
21   Unit.  Yes, at that time.  I don't know if he's still
22   there, but there was one.
23        Q    Right.  Okay.  All right.  I'm going to play
24   it for a second and then ask you a question.
25        A    Okay.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMSON, taken on April 23, 2021

```
 1                    (VIDEO PLAYING)
 2        Q    Okay.  I paused it at 54 seconds.  Do you see
 3   this officer here with the red tape --
 4        A    Yes.
 5        Q    -- on their back and the G on their helmet,
 6   and red tape and green tape?
 7        A    Yes.
 8        Q    Okay.  Was that somebody with the Gang Unit?
 9        A    Again, I would say, no.  I don't know who that
10   is because we -- none of us had green tape and none of
11   us had Gs on our helmets.  So I don't know -- unless
12   somebody switched their helmet and I didn't see it.
13   That's not -- that's not what we had on our -- any of us
14   had.  So I don't -- to me, no.  That isn't a Gang Unit
15   officer.  I don't know why he would have a G in green
16   tape because none of us had green tape.  We had red
17   tape, and that was it, so we could identify each other.
18   So I don't -- I don't know.  I can't speak to that.  All
19   I would say is no.  To me, that isn't a Gang Unit
20   officer.
21        Q    Okay.  They also have -- they also have red
22   tape.
23        A    I -- that doesn't matter.  We don't -- he has
24   red tape and he has green tape, and he's got a G.  That
25   is not consistent with what we wore the entire thing. We
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

95

```
 1   -- none of us -- nobody that I know that was on a Gang
 2   Unit had a G on the back of their helmet.  Like I said,
 3   if they had a different helmet that I didn't see and
 4   they put that on, okay.  But from what I know, when I
 5   was there and what we did, is we had a patch of red
 6   tape, and we had the red tape on our vest, and that was
 7   it.  So I don't know if that's a Gang Unit officer or
 8   not.  Me personally -- well, I would say no because it's
 9   not consistent with what our uniform was.
10        Q    I'm playing it from 1:35.  Okay.  Is this you
11   right here?
12                   (VIDEO PLAYING)
13        A    I don't even know that.  It could be.
14        Q    1:36.  Is --
15        A    I -- I don't know.
16        Q    There's --
17        A    I understand that, but it -- I don't know if
18   that's me.
19        Q    There are two stripes here.
20        A    Right.
21        Q    This indicates a corporal, correct?
22        A    We have two corporals, me, and Ethan Antonson.
23   So it could be Ethan, or it could be me.  I don't know.
24        Q    Ethan who?
25        A    Antonson.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

96

```
 1        Q     Was he out there that day?

 2        A     I don't recall if he was or not.  You'd have

 3   to check the -- the stuff -- the sheets to see if he was

 4   working.  I don't recall.

 5        Q     Well, you know what, there are no sheets.

 6   There are no sheets.  Well, unless you're telling me

 7   that there are sheets that we haven't received.  Are

 8   there sheets --

 9        A     No.  But I'm saying there's --

10        Q     -- that show who -- which officers were out

11   there?

12        A     I'm saying, we -- in the Gang Unit, we worked.

13   So there should be a record of our hours, I guess.  I

14   don't know.  I -- I don't know on that.  You're asking

15   me something that I don't know.  That's above --

16        Q     Okay.  There should be a record of your hours,

17   though?

18        A     I would think.

19        Q     How were your hours kept at the city?

20        A     Through -- I think -- or that's -- yeah.  I

21   think it's through TeleStaff.

22        Q     I'm going to play this for a few seconds to

23   see if you think this is you.  This guy with the two

24   stripes.

25        A     Okay.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    (VIDEO PLAYING)
 2        Q    Okay.  I paused at 3:02.  Did you see this
 3   figure get shot with PepperBalls?
 4        A    Yes.
 5        Q    Do you see any reason for it?
 6        A    No.  Think that's the same video you showed me
 7   earlier, right?
 8        Q    No.  Because this one is Espinoza's body cam.
 9        A    It's the same person, right?  That you were
10   saying --
11        Q    Right.  Is -- it is the same person.  Yes.
12        A    Right.  Okay.
13        Q    Were you standing next to Espinoza?
14        A    I don't know who I was standing next to.
15   That's the thing.
16        Q    Do you know if you were standing next to
17   Cunningham on your other side?
18        A    I don't.  It was -- it was a chaotic event.  I
19   know we were all there.  I don't know where,
20   specifically, on even -- any given time where -- who was
21   standing next to me.  I know I had people standing next
22   to me, and I was standing next to other Gang Unit
23   officers, but I can't tell you who, specifically, was on
24   my right or on my left because I was focused on trying
25   not to get hit with bottles and rocks.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

98

```
 1        Q    I'm going to pull up a different video for a
 2   different day.
 3        A    Okay.
 4        Q    All right.  I'm showing you Denver 5116.  It's
 5   your body-worn camera for May 31, 2020.  Okay.  So do
 6   you recall being at the intersection of Colfax and
 7   Clarkson on May 31st?
 8                   (VIDEO PLAYING)
 9        A    Yes.
10        Q    Okay.  Do you recall what you were assigned to
11   do there?
12        A    We were -- initially, we were -- District 6 is
13   to the right of this camera.  They were trying to burn
14   down District 6.  So our job was to keep them from
15   trying to take over District 6, which they did nightly.
16   At some point, they tried to come, storm District 6, and
17   destroy it.  So we were there keeping them -- pushing
18   them back to keep them from destroying District 6.
19        Q    Who -- who are you referring to when you say
20   "they"?
21        A    Those people in front of you --
22        Q    All of them?
23        A    -- on the camera.
24        Q    All of them?
25        A    A lot of them.  I don't -- I can't point them
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

99

1    out, specifically, but a lot of those people -- yes,

2    were trying to storm the gate and -- and destroy

3    District 6.

4         Q    Did you witness that?

5         A    Yeah.  I witnessed them trying to do that, and

6    that's where we stopped them, or they would've done it.

7    They were trying to push --

8         Q    This crowd that's depicted on this camera?

9         A    No.  Not right now.  Because it's a different

10   angle, and we pushed them back.  But at -- at points

11   during this event, yes.  They were pushing forward and

12   trying to surround District 6.  So in this camera view,

13   no, they're at Colfax and Clarkson, which is the camera

14   angle we're seeing now.

15        Q    So earlier than this, you had pushed the pro -

16   - there were protesters who were trying to storm --

17        A    Could've been earlier or later.  I'm just

18   saying --

19        Q    I'm sorry.  You're going to have to let me ask

20   the question, okay?

21        A    Okay.  Sorry.  Sorry.  Go ahead.

22        Q    Earlier than this, you're saying on this day,

23   May 31st, this group of protesters was trying to storm

24   District 6 and burn it down.  Is that what you're

25   saying?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

100

```
 1        A    I don't want to -- I -- I'm not going to say,
 2   specifically, because I don't recall.  I just know it
 3   happened almost, nightly.  What time it was -- was it
 4   before this or after this, I don't know for sure.  But
 5   it happened, nightly.  You can review the records of how
 6   we were dispatched because District 6 was calling for
 7   help because people were surrounding it trying to get
 8   into and destroy District 6.  Yes.
 9        Q    Did you take -- did you record any of this on
10   your body cam?
11        A    You have my body cam video.
12        Q    Yeah.
13        A    I don't know if --
14        Q    We don't have it.  So --
15        A    Okay.  I'm sorry.  Sorry.  You don't have it.
16   But I didn't turn my camera on all the time because it
17   was very fluid.  It was like a war zone down there.  So
18   I did the best I could.  Unfortunately, I didn't capture
19   everything.  No. But it doesn't mean it didn't happen.
20        Q    So when the protesters -- these protesters
21   that we see on this camera right now were trying to --
22        A    Yes.
23        Q    -- storm District 6 on May 31st and burn it
24   down, you did not have your body cam on?
25        A    Again --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

101

```
 1            MS. BIRKHOLZ:  Objection to form.  You can

 2       answer.

 3       A    I'm not say -- I don't know if they did it

 4  before or after this video, but they tried to -- yes,

 5  damage District 6.  Not all those protesters, of course.

 6  Some of them are probably peaceful, but a lot of them

 7  weren't, so I didn't have my body cam on the whole time,

 8  no.

 9       Q    Well, whether it happened before or after the

10  events depicted in this video clip, we don't have --

11       A    Right.

12       Q    -- any video of you pushing back protesters

13  who were trying to breach District 6.  So I'm asking you

14  why we don't have that body cam video.

15       A    And I've explained that to you because our

16  cameras don't last very long, so I had to pick and

17  choose.  And obviously, you don't agree with my choices,

18  and I'm sorry for that, but I did the best I could, and

19  I turned it on when I thought that I needed to have it

20  on.  And sometimes, it -- the -- the circumstances were

21  so exigent, I forgot to turn it on.  I didn't turn it

22  on.  That's the truth.  I'm --

23       Q    So you would agree that if there were

24  protesters trying to storm District 6, that would be a -

25  - in -- and in this incident, that you'd want to capture
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

102

```
 1   on body cam, right?

 2        A    Yeah.  I should've.  Right.

 3        Q    Okay.  You were with other Gang Unit officers

 4   at this location on this day, May 31st, correct?

 5        A    Yes.

 6        Q    You were with other Gang Unit officers when,

 7   according to you, there were protesters who were trying

 8   to enter District 6 and burn it down on May 31st, right?

 9        A    Yes.

10        Q    Okay.  Those other officers should've had body

11   cam as well, right?

12        A    Again, yes.  They should've.  Whether they

13   turned it on, I don't know.

14        Q    And if we didn't get any of that body cam, do

15   you have an explanation for why?

16        A    I don't.  Like I said, it was -- it was so

17   crazy down there, sometimes.  I'll admit, maybe I forgot

18   to turn it on.  I don't know.  Most of the time, I

19   didn't turn it on because I didn't want to wear down the

20   battery.  And there were so many different crazy,

21   exigent circumstances that, yeah.  I -- I didn't want to

22   ruin my battery, so I left it, and I chose what I

23   thought were the worst things.  Maybe I, you know what I

24   mean, that's all I can tell you.  So I don't know -- I

25   don't have another explanation for you as -- in regards
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

103

1    to that.

2        Q    All right.  We're going to play it for a few

3    seconds, and then I'll ask you some questions.

4        A    Okay.

5        Q    I'm playing it from 2:53.

6                    (VIDEO PLAYING)

7        Q    Okay.  I paused it at 3:08.  Do you know why

8    the officers began PepperBalling and tear gassing the

9    crowd at this time?

10       A    I don't know if the tear gassed the crowd.  I

11   do -- I did hear PepperBall.  But right here, this

12   awning to the left there or whatever that is -- you can

13   see it.  They were throwing rocks from the corner over

14   that roof -- whatever you want to call that there

15   because they knew we couldn't see them throwing the

16   rocks, but they were throwing rocks over that and

17   hitting us with them.  If you heard on the video, I said

18   rock because they would start throwing rocks.  There was

19   also some people in the middle of the intersection

20   throwing rocks at us, and they were hitting us and all

21   around us.  If you listen to the video, you can hear

22   them bouncing off of stuff.  So that's why the

23   PepperBall was fired.

24       Q    Do you know why tear gas was thrown?

25       A    I don't know if tear gas was thrown.  You keep

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

104

1  saying that, but I don't know if --

2     Q    Well, let's -- we can watch the video, and you

3  can tell me if you see tear gas.

4              (VIDEO PLAYING)

5     Q    Okay.  I've paused it at 3:32.  Is that tear

6  gas?

7     A    It could be.  It could be smoke.  I don't know

8  what it is.  I don't know who threw it.  I -- it didn't

9  -- I didn't see anybody from our line throw that.  We

10  didn't have that, so I don't know who threw it.  I'm not

11  saying it couldn't be.  I just don't know what it is.

12  It's obviously smoke of some sort.

13     Q    Have you testified in court before?

14     A    Yes.  I have.

15     Q    In criminal cases?

16     A    Yes.

17     Q    What were you investigated for by internal

18  affairs?

19     A    I believe one of them was for excessive force,

20  I think.  You'd have to --

21     Q    When was that?

22     A    I don't recall.  That's what I'm saying.  It's

23  all in my training record.  I don't have those records

24  in front of me, so you can look them up and see.  I

25  don't know.  I can't give you a specific date.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

105

```
 1        Q    What was the claim against you?

 2        A    I don't remember.  It's been years ago, so I

 3   don't know.

 4        Q    Okay.

 5        A    There's a lot -- the -- the amount of trauma

 6   that happens all the time, I can't give you specifics.

 7   I'm sorry about that, but it is in my training record,

 8   so you can look it up.  It's not, like, it's a secret.

 9        Q    Were you disciplined?

10        A    No.

11        Q    So a citizen accused you of using excessive

12   force on them, and you were not disciplined by the

13   department?

14        A    Correct.

15        Q    Okay.  Did you shoot your gun at that person,

16   or was it -- what was the nature of excessive force?

17        A    I don't know.  I -- I know I didn't shoot my

18   gun because I've never shot anyone or at anyone.  So I

19   know it wasn't involving my firearm.  Other than that, I

20   don't know what the specifics are.  Like I said, it's

21   been too long ago.  I don't recall.

22        Q    Was it five years ago?

23        A    Ma'am, you're asking me stuff that I -- I've

24   already answered.  I don't know.  I -- I really don't

25   know when it was.  That's the thing.  You would have to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

106

1   check my record to see when it was.  And then if you

2   want to ask me questions about it, great.  I have no

3   -- I have nothing to hide.  I just don't remember.  You

4   can ask me all you want, but I don't remember the dates.

5   I don't remember how long ago it was.  I don't remember

6   the specifics.

7        Q    Did you --

8        A    Too many things happen on this job -- too many

9   things happen on this job to keep all that in there.

10  That's not important to me.  I was -- I was cleared of

11  it, obviously.  I can't remember ever having a sustained

12  complaint against me, so...

13       Q    Is it unimportant to you when a citizen

14  complains that you've used excessive force on them?

15       A    No.  But the problem is, is that, again, this

16  job has a lot of traumatic events daily.  To keep all

17  that in my brain, isn't going to happen.  That's the

18  problem.  Once it's done, I move on.  I document as best

19  I can.  I do my job, and I move onto the next event.  So

20  to -- to ask me when, specifically, it happened and all

21  the specifics, for me it's not realistic because I don't

22  hold on to that stuff.  Like I said, it -- there's a

23  record somewhere of it.  It's not a secret.  I just

24  don't have it in my brain right now to give it to you.

25            MS. WANG:  Let's take a five-minute break.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

107

```
 1            COURT REPORTER:  We are off the record at
 2    3:31.
 3                  (OFF THE RECORD)
 4            COURT REPORTER:  We are back on the record at
 5    3:36.
 6            MS. WANG:  I have no further questions at this
 7      time.
 8                  EXAMINATION
 9    BY MR. REIDY:
10      Q    Okay.  Officer Sampson, I've got a few
11    questions that I'd like to follow-up on.
12      A    Sure.
13      Q    I apologize in advance if I'm going to retread
14    some of those same videos that we looked at earlier. The
15    first thing I'm going to do is pull up the body cam
16    video.  Can you see that?  This is the video produced to
17    us.
18      A    Yes.  I can see it.
19      Q    Okay.  Great.  It's numbered DEN 5056.  And
20    this is your body cam footage, right?
21      A    Okay.
22      Q    Well, I'm asking, do you know for sure if this
23    is your body cam footage?
24      A    Did -- is it from my camera?  Is that what
25    it's saying?  Is that what they gave you, and if it is -
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

108

```
1   -
2        Q    Yes.
3        A    -- I mean, I have no way of identifying on
4   this site.  But if you say it's mine, then it is mine.
5        Q    Okay.  So you don't have any independent
6   recollection?
7        A    I remember being there.  Yes.
8        Q    Okay.  If you remember being there, I'm --
9        A    Yes.
10       Q    -- representing to you that this is -- this
11  was produced to us with your name on it, and you don't
12  have --
13       A    Sure.
14       Q    -- any reason to believe that it's not,
15  correct?
16       A    Yeah.  No.  That's fine.
17       Q    Okay.  So earlier you were trying to identify
18  the officer who's standing right in front of you, okay?
19  And do you -- and I understand the testimony earlier was
20  that you don't know who this person is?
21       A    No.
22       Q    Do you have -- what do you know about this
23  person, if anything?  Is there anything that --
24       A    The only thing is, I can see that he -- it
25  looks like they have a piece of tape right on their vest
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    that's red.  So he's -- he should be, probably, one of
2    the -- the Gang Unit officers, probably.  But other than
3    that, I can't -- the -- his -- I don't know.  His
4    uniform looks weird to me from this angle.  Like, his
5    back, like -- that looks like that might be turtle gear
6    that he's wearing.  And we weren't wearing turtle gear,
7    that I know of.  We all had -- we all have the Shield
8    616 package, the ballistic vest.  Most of us have that.
9    So I don't -- I don't know.  If someone was wearing
10   their turtle gear, then I guess I wasn't paying
11   attention to that, but it looks like he's got one of
12   those turtle gear vests on.
13       Q    Okay.  So I'm going to see if we can't figure
14   this out through looking at a couple of different
15   videos.
16       A    Okay.
17       Q    So what I'm going to do, we're going to watch
18   your video, again.  We're going to skip to closer
19   towards the end.  For the record, I'm a 1:14 into the
20   video.  The time stamp at the top is 10:25:31, 1:15:34.
21                 (VIDEO PLAYING)
22       A    You know, I think that is a tac vest.  Yeah.  I
23   think that is a tac vest.  At -- looking at the other
24   angle, it doesn't -- I don't think that's turtle gear.  I
25   thought it was at first, but I think that is a tac vest

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

110

```
 1   -- a ballistic vest, should I say.
 2       Q    Okay.  All right.  Let me back up for just a
 3   second.
 4       A    Okay.
 5       Q    So we are now at video counter 1:25.  Timestamp
 6   is 20:25:31 at 1:15:45.  I want you to notice that the
 7   person in front of you is moving over to his right,
 8   receiving some communication from the person to his
 9   right.  Do you see that?
10       A    Yes.
11                    (VIDEO PLAYING)
12       Q    Okay.  Okay.  Now, he's taking a couple of
13   steps backwards.  He's opening up to his left, where he
14   is going to say something to you.
15       Q    Okay.  Earlier, I believe you testified that
16   you could hear him say that he wants your cameras off;
17   is that right?
18       A    Yes.  Yes.
19       Q    Okay.  But what he says following that was a
20   little unclear to you; is that right?
21       A    Yeah.  I thought he said we're -- we're
22   getting -- we're getting off or we're going to back off
23   or something like that.  I don't know what it was after
24   that.  I did hear him say, shut your camera off,
25   clearly, though.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

111

```
 1        Q    Okay.  So just a minute and we'll pull up

 2   another video.  Okay.  Can you see this video?

 3        A    Yes.

 4        Q    Okay.  This is the video stamped or numbered

 5   DEN 5063.  I will represent to you that this is body

 6   camera footage for a Mr. Valentine.  Do you know any

 7   officers with the last name Valentine?

 8        A    Yes.  There was one at the Gang Unit when I

 9   was there named Valen -- with the last name of

10   Valentine.

11        Q    Okay.  What was Mr. Valentine's full name?

12        A    I believe his first name was Keith Valentine.

13        Q    How familiar are you with Keith Valentine?

14        A    Not super familiar.  I mean, we've -- he

15   wasn't my partner at the Gang Unit, but he worked there

16   with us.  He worked on -- I think he worked on night

17   shift.  I worked on the day shift for most of my time

18   there.

19        Q    Okay.  So is it fair to say that you did not

20   work with Valentine very often?

21        A    Yes.  That -- that's fair to say.

22        Q    Okay.  All right.  So we're watching your DEN

23   5063 with the video counter 11:17.  The time stamp reads

24   20:25:31 1:14:03.

25                    (VIDEO PLAYING)
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

112

```
 1        Q    Okay.  So I want you to listen carefully from
 2   here.
 3        A    Okay.
 4        Q    Did you hear over Officer Valentine's body cam
 5   footage, somebody told him to turn off his camera?
 6        A    I heard something about camera.  It was
 7   muffled and a lot more muffled than the other one.
 8        Q    Okay.  Let me play another video.  Okay.  So
 9   this is another one we looked at a little bit earlier.
10   Do you see the video here?
11        A    No.  There's -- I don't know -- something got
12   messed up there.
13        Q    How about now?
14        A    Yes.
15        Q    Okay.  So I'm going to zoom in a little bit.
16   What's next here is being produced by the Colorado State
17   Patrol.  The number that's been produced is 05/30/2020,
18   View 93.  Do you recall looking at this video earlier?
19        A    I do.
20        Q    Okay.  So in a moment, we're going to see the
21   officer that was standing in front of you turn to his
22   left, take a couple of steps back, and say something to
23   you.
24        A    Can you point him out with your cursor?  That
25   would help.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

113

```
 1        Q     Yeah.  I will.  Yeah.  Sorry.
 2        A     It's okay.
 3        Q     So following here -- my cursor -- this is the
 4   individual in front of you.
 5        A     Okay.
 6        Q     See how he is taking a couple of steps
 7   backwards like we just saw in the previous footage.
 8        A     Yes.
 9        Q     He says something to you.
10        A     Okay.
11        Q     You lift up your hand.  You're turning off
12   your body cam footage now, right?
13        A     Yes.
14                   (VIDEO PLAYING)
15        Q     Now watch this video a while longer.  But it's
16   fair to say that you didn't actually leave.  You weren't
17   directed --
18        A     No.
19        Q     -- to go?
20        A     No.  Knowing that -- seeing that video and
21   then you showing me that, that makes sense, and I can
22   identify that then -- it should be me.  So that -- that
23   correlates with you.
24        Q     Okay.
25        A     So obviously -- yeah.  Obviously.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

114

1    Q    Okay.  Now, as soon as you realized that you

2    weren't packing up to go, shouldn't you have turned your

3    body camera footage back on?

4         MS. BIRKHOLZ:  Objection.  Foundation.  You

5         can answer.

6    A    Depending on -- like, right there, that

7    snippet, it didn't appear anything was happening.  But

8    once something starts to happen, yes.  I should have

9    turned my camera on.

10   Q    You mentioned earlier that you had concerns

11   about the battery life for your camera?

12   A    Yes.

13   Q    How -- are you able to quantify the amount of

14   battery life that you expect to get as your body camera?

15   A    Usually, at least with my body camera, it's

16   the same one I have on now, when I would leave it on

17   -- when I left it on running for most, you know,

18   full-time, I would say maybe three to four hours tops

19   that I would get out of it before it would die, and

20   that's continuous use.

21   Q    Three to four hours continuous use?

22   A    At least with mine.  I don't -- other officers

23   may have different, you know -- they're all different

24   batteries, but mine, that's what I would say.  Leaving

25   it on a lot, it died pretty quickly, even though I think

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

115

1    -- I don't know what the actual time they say they last.

2    The problem is back then, and we didn't -- we didn't

3    have any way to dock them or -- or to recharge them

4    because it's one piece, and we don't have any extra

5    cameras to be able to switch them out.

6        Q    Okay.  You said back then.  Everything's

7    changed since the George Floyd protests with respect to

8    the cameras?

9        A    Things are in the works, I guess, is what I'll

10   say.  I don't -- we're kind of on an island out here at

11   DIA, but I know in the districts, they're working on

12   going to new cameras that are supposed to be better in

13   some ways, and I think that's one of the ways, but I'm

14   not positive because I haven't been to that training

15   yet.

16       Q    Do you know why DPD decided to make -- have

17   -- get new cameras?

18       A    That I don't know.  I don't -- I don't know

19   what -- what the reasoning was behind it.

20       Q    Do you know who makes that decision to get new

21   cameras?

22       A    That's a good question.  I -- I don't know if

23   that has to go all the way to the chief or if that's

24   someone else.  I -- unfortunately, I don't know who

25   -- who has the final say on -- as far as equipment and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

116

1  that kind of thing.

2      Q    Okay.  So having looked at Officer Valentine's

3  body camera footage and your body camera footage,

4  knowing that Officer Valentine is a SWAT -- I'm sorry

5  not a SWAT, but a Gang Unit member or Gang Unit member

6  with you at the same time?

7      A    Yes.

8      Q    Excuse me.  Were you more -- does that refresh

9  your recollection as to who the individual was who told

10  you to turn off your camera?

11      A    No.  I mean, you're saying it was him.  I

12  don't -- you know what I mean, if -- if that's -- but I

13  don't recall him saying that to me.  All I recall is the

14  video you're showing me of someone telling me, and

15  you're saying that was Valentine's camera.  So if you're

16  saying it was Valentine's camera, then I would have to

17  assume that was him.  But can I pick him out and say

18  that's Officer Valentine?  No.  I can't.

19      Q    Okay.  Under what circumstances are officers

20  supposed to turn off their body cameras?

21      A    When there's -- when there's no more

22  adversarial actions being taken.

23      Q    Okay.  Under any circumstances, is it

24  appropriate to turn off your body camera footage just

25  because you're told to?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 118 of
181
The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021
117

```
 1        A    I don't -- as far as if there's adversarial
 2   stuff going on, no.  You're not supposed to shut off
 3   your camera.  If they're telling you to shut it off
 4   because we're leaving or something like that, then yes.
 5   You can do that and that's okay.  But if it's an adver -
 6   - adversarial situation and they tell you to shut it
 7   off, then --
 8        Q    So it was counter to DPD policy that for you
 9   to have failed to reactivate your body camera footage as
10   soon as you realized that you weren't exiting?
11             MS. BIRKHOLZ:  Objection.  Form, foundation.
12        You can answer.
13        A    For me personally, I -- like I said, I -- when
14   we shut them off, nothing was happening, and obviously,
15   like you said, we didn't leave and then things happened.
16   So should I have probably turned my camera back on later
17   when things started to happen?  Yes.  I probably should
18   have turned it on, but I did not.
19        Q    Did you ask the officer why are we shutting
20   off our cameras?
21        A    No.  The -- the problem is, sir, at that
22   moment -- you know what I mean?  This is just a little
23   snippet, but I get it, things weren't chaotic then.  But
24   so much things had been happening, I -- that didn't even
25   enter my mind at that point.  Maybe it should have, but
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   at the time, I was just trying to survive and get

 2   through the day.  So I don't -- I don't -- I still don't

 3   know, just based on the snippet -- I don't know what,

 4   specifically, that was for, or any of that -- if we

 5   didn't --

 6        Q    Do you have any specific recollection of

 7   anybody communicating to officers like yourself for

 8   policies about using body-worn camera while working the

 9   George Floyd protests?

10        A    I'm sure it was covered.  I know that it would

11   have had to been covered at some point, I just don't

12   -- I don't recall a specific time or date that I can

13   give you or who -- who's -- I -- I'm sure it was covered

14   at some point.

15        Q    Okay.  So -- but you don't -- sitting here

16   now, you don't recall anybody ever saying, hey, you know

17   the body cameras have limited battery life, feel free to

18   use your discretion to turn them on and off as you deem

19   necessary while you're working the George Floyd

20   protests?

21             MS. BIRKHOLZ:  Objection.  Foundation.  You

22        can answer.

23        A    That I don't recall.  If anybo -- if anybody

24   said that to me, I don't recall that.

25        Q    Did you ever seek clarification from any
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  officers about how you're supposed to activate or

2  deactivate -- or rather, when you're supposed to

3  activate and deactivate your body camera footage during

4  the George Floyd protests?

5      A    Let me think.  No. Not that I recall.  Not

6  that I recall.

7      Q    Did you talk to any other officers about --

8  strike that.  Did any other officers express confusion

9  about when they were supposed to activate or deactivate

10  their body cameras during the George Floyd protests?

11     A    That I don't recall either.  I don't recall

12  any -- at least expressing that to me, no.  I don't

13  recall that.

14     Q    Do you recall receiving any training

15  whatsoever on the proper use of the body-worn camera

16  during mass protests events?

17     A    I don't know if it was, specifically, towards

18  mass protests events, but I do know we did receive

19  training.  Just like the other attorney pointed out in

20  my training records, that we did receive training on the

21  body-worn cameras, and then we've had up -- updates

22  through police one.  How we do, like, video training.

23  We've had some things on there as far as, you know, the

24  policy and stuff as far as the activation, deactivation,

25  and reset the camera within our ops manual, so...

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

120

1    Q    Is it contrary to DPD policy to fire a
2  PepperBall gun without having your body camera footage
3  activated?
4         MS. BIRKHOLZ:  Objection.  Form.  Foundation.
5    A    No.
6         MS. BIRKHOLZ:  Sorry, sir.  Go ahead.
7    A    Sorry.  No.  Because like I -- I stated
8  earlier, unfortunately, sometimes there's exigent
9  circumstances and so there are -- there is discretion
10  that they give you in certain circumstances, and that
11  was back then.  Things have changed or in -- or are for
12  -- for -- are changing now, but back then that's --
13  that's the way it was.
14    Q    What is changing now?
15    A    I think they're going to change some of that
16  as far as when you can and can't use your PepperBall gun
17  and that type of thing so...
18    Q    Can you be any more specific?
19    A    I --
20    Q    What you're thinking of?
21    A    Well, I don't know for sure.  That's why I
22  don't want to say it because I don't know specifically
23  what -- what's going to be, you know, put in there or
24  -- or finalized.  But I know they are making changes and
25  we're -- like I said, we are supposed to get new cameras

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

121

1  at some point.  I just don't know if the districts have

2  gotten -- I think they've changed the -- I think it's

3  -- I think they've changed it from defensive resistance

4  to active resistance.  I think that's only changed that

5  I -- I know they have stipulated as far as the use of

6  the PepperBall.

7      Q    Earlier there were some questions about the

8  use of the PepperBall gun at mass protests events like

9  the George Floyd protests.  And do you recall testifying

10  that you said you did some training about how to

11  properly use a PepperBall gun at protest events?

12      A    I don't know if I -- I don't know what I said

13  specifically, but we do get training reference using the

14  PepperBall gun in multiple, you know -- for multiple

15  scenarios, I guess.

16      Q    Okay.  Do you have a specific recollection of

17  receiving training on use of a PepperBall gun against an

18  individual in a very crowded space such as the mass

19  protests -- the George Floyd protests?

20      A    No.  I don't -- I don't recall very specific

21  training.  We -- we cover a lot of things.  That's part

22  of -- that, you know, crowds or like I said -- stated

23  earlier in specific scenarios where that may be feasible

24  to use.  But as far as, like, specific, no.  Like, just

25  one day -- just that's it, and that's all we do, no.  I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

122

1    don't recall ever being trained like that.

2        Q    When firing your PepperBall gun, is it

3    important to be aware of your surrounding environment?

4        A    Absolutely.

5        Q    Is it important to make sure that the

6    PepperBall gun is aimed such that you only -- or that

7    you don't hit individuals other than the target that

8    you're aiming for?

9        A    Yes.

10       Q    What's the operative range of a PepperBall?

11       A    I don't remember the -- I would say 20, 30'

12   maybe.  I -- I would have to look it up.  I don't

13   remember, specifically, what the range is.  I think it's

14   somewhere within that range.

15       Q    Okay.  We saw some video earlier of officers

16   shooting at protesters across Colfax.  Do you recall

17   that?

18       A    Right.  I do.

19       Q    You know, sometimes in watching these videos,

20   I think there's no way you're accurately aiming at any

21   individual, let alone any particular part of any

22   particular individual.  So I'm curious, did you receive

23   training?  Like, what -- how can an officer from, you

24   know, sometimes it seems like 20, 30, 40 yards away, be

25   confident that they're, you know, not hitting or would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

123

1   know that they're hitting the intended target instead of

2   something else?

3           MS. BIRKHOLZ:  Objection.  Form.  Foundation.

4       You can answer.

5       A    The -- the only thing I can speak to -- there

6   is, especially, with that specific instance, I would say

7   when they were firing, even though it's at a distance,

8   those PepperBalls, if you fire them at the ground in

9   front of them even if it's -- let's say they're hitting

10  10' even 15' in front of them, that gas -- that -- that

11  fine powder is so fine, it's going to carry into them.

12  And so you can shoot your PepperBall in front of it at

13  the ground and they're going to -- they're going to

14  explode and then that -- that dust is going to go up and

15  carry towards them as long as the wind is either in --

16  in -- headed their direction or even if it's neutral,

17  it's still use -- it carries that way.  So that's

18  something I could speak to on that is, yes.  It seems

19  far and it is far, but it still has an effect.  I don't

20  know if you're saying they were shooting people,

21  specifically.  I don't know if they were trying to hit

22  people, specifically, or not at that range, but that

23  would have worked.  It does work to help move crowds

24  back.

25      Q    What's the operative range of a 40-millimeter?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

124

```
1        A    You know, off the top of my head, I don't
2   -- I don't remember.  I'd have to look it up.
3        Q    In the ordinary course, you're -- officers are
4   supposed to prepare a use of force report anytime they
5   deploy the less-lethal munitions, right?
6        A    That's right.  It's changed a little bit since
7   then.  But at the time, we -- as far as using force, if
8   you were aware that you hit someone, let's say with
9   -- let's say you hit somebody with the PepperBall or you
10  hit someone with the 40 and you know you hit them, then
11  yes.  You're supposed to prepare a use of force report.
12  If, you know -- as part of our training, then you're
13  supposed to arrest them.  The problem with this chaotic
14  situation was we couldn't get our hands on them because
15  there was too many people, and it was too dangerous to
16  go into the crowd to arrest them.  And that's where it
17  posed a lot of problems and difficulties in -- in doing
18  an actual use of force report because you have to have a
19  suspect that you arrest and identify.  And that was the
20  hard part there, and that was where I think some of the
21  confusion lies.
22        Q    Why didn't you, personally, prepare a
23  statement or a use of force report during the protests?
24        A    I -- I don't know when my statements were
25  dated, but I thought the protests were still ongoing
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

125

1    then.

2        Q    Okay.  So let me clarify my question.  You

3    were at the protest on May 29th.  I think we've

4    established that.

5        A    Yes, sir.

6        Q    And you fired your 40-millimeter on May 29th?

7        A    Yes.

8        Q    But you did not prepare a use of force report

9    or any officer statement describing the reasons or the

10   basis for firing a 40-millimeter on the 29th or even the

11   30th, right?

12       A    Right.

13       Q    Why not?

14       A    I think, again, due to the -- due to the

15   circumstances and the -- the hours we worked, I -- and

16   the injuries we sustained, I think that it wasn't -- it

17   was not the normal circumstance.  Usually, in -- in a

18   use of force, it's one -- one or two people.  You can

19   identify them, you can grab them, and you can put them

20   in jail.  This was a whole different case.  And so based

21   on the chaotic nature of stuff, unfortunately, we didn't

22   have specific people that we could identify and I don't

23   know who made that decision, you know, at what level to

24   not -- based on that, not do a use of -- try and somehow

25   take a time out to do those reports because it was so

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

126

1   fluid and ongoing, we were, you know -- we were on from

2   -- like, I want to say 18 hours at some point and your

3   brain doesn't, you know -- to try to write a statement

4   after that, after being injured, it just doesn't work.

5   So, you know, it's an -- it's an explanation.  It's not

6   an excuse, but that's -- that's the way it was handled

7   during that event.  I know there's things in the works

8   now to change that and to handle that, differently.  But

9   I -- I think, me, personally, being on 20 years, that's

10  the first time I've seen that level of violence from

11  protesters in my career.  So I think it took a lot of

12  people off guard.

13      **Q    Did you ask anybody if you were supposed to**

14  **prepare a use of force report?**

15      A    I did not.  I -- you know, I -- I followed the

16  -- the lead of my superiors and figured they would tell

17  me what they needed me to do at that point.

18      **Q    Okay.**

19      A    I don't remember asking anybody, specifically,

20  hey, should I do a use of force?  I don't -- I don't

21  remember saying -- asking that of anybody.

22      **Q    Okay.  Do you have a specific recollection of**

23  **anybody telling you, don't worry about preparing a use**

24  **of force report?**

25      A    No.  I don't -- I don't have a recollection of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

127

1  anybody specifically saying that.  No.

2      Q    So when you say you were following the example

3  of your superiors, what do you mean?

4      A    I'm just -- I'm saying that, at the time --

5  again, it was so chaotic.  It wasn't talked about at

6  that moment.  We were just focused on trying to survive

7  and get through the day.  I don't know -- that's my

8  point is that it never -- I don't think in my

9  recollection and maybe I'm wrong, but it never came up.

10  We just were going from place to place to place to place

11  trying to, you know, restore order.  And that was for

12  hours upon hours, so that -- that's what I'm saying.

13      Q    So it's a matter of written DPD policy?

14      A    Yes.

15      Q    To prepare a use of force report after you

16  deploy less-lethal munitions such as a 40-millimeter

17  PepperBall gun?

18      A    Yes.  If you could identify the --

19      Q    For the --

20      A    -- right when you --

21      Q    -- purposes of the George Floyd protests,

22  however, that policy was ignored, right?

23      A    I don't know if it was ignored.  I think that,

24  again, like I explained, normally, you can grab the

25  person that you -- that if you knew you hit with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

128

1   anything, you can put your hands on that person and then

2   charge them because that's the whole point is -

3   obviously, they're breaking the law.  You're having to

4   take force against them, and so that's the point, you

5   want to put those people in jail.  It's just,

6   unfortunately, in this circumstance, it was so chaotic

7   and there were so many people, it wasn't feasible to try

8   and go into the crowd to grab that person because then

9   you would be injured.  And so I think that's what's

10  changed here.  I don't -- I don't think the policy was

11  ignored.  I just think that this was an extraordinary

12  circumstance.

13       Q    The policy wasn't ignored.  It's just that

14  nobody followed it, right?

15            MS. BIRKHOLZ:  Objection to form.  You can

16       answer.

17       A    So I -- I don't -- I don't know.  That's my

18  -- that's my point.  I -- I don't know how -

19  unfortunately, we're, you know, the -- the upper command

20  staff is trying to make some changes and implement

21  things to try and address that.  But at the time, like I

22  said, we had never dealt with something like that in my

23  career and I think that it just -- unfortunately, we

24  didn't -- there were certain things that you -- that

25  just got missed.  I don't think it was intentional or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

129

1  that we were trying to not follow policy.  I think that

2  in that instance, I think that it wasn't clear because

3  you can't -- it's different.  Like I said, you can't put

4  your hands on that person, so how can you do a use of

5  force -- just a generic use of force report against

6  somebody you don't even know their name because you

7  couldn't get a hold of them.  But you had to take force

8  just to pro -- to protect ourselves and other people.

9  And so that's -- that's what I'm saying.  I -- I don't

10  know.  That's the best answer I can give you.  I don't

11  feel like they were doing it, purposefully.  I just feel

12  like this was an extreme incidence.  They're trying to

13  fix it now, but I don't know how.

14      **Q    Today -- to a lot of questions today, you've**

15  **said, I don't know, I cannot remember, it's very**

16  **chaotic, and we were moving around a lot.  Do you think**

17  **if you had prepared the use of force report, some kind**

18  **of officer statement more, contemporaneously, with it**

19  **-- with your work at the protests, you would be in a**

20  **better position now to explain what happened?**

21          MS. BIRKHOLZ:  Objection to form.  You can

22      answer.

23      A    I think that -- that's a hard one.  Maybe

24  -- maybe, in some ways, but let's use an example.  Let's

25  say that I shot somebody with my 40, all right --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

130

1   whatever -- with a PepperBall.  I used force, right?  I
2   couldn't identify that person.  So my -- my use of force
3   report would be so vague that it's really not -- I don't
4   feel like it would help my recollection any better than
5   this because it's -- it's the same thing.  There was a
6   huge group of people.  Lots of them were trying to --
7   they were throwing things and trying to hurt people.  So
8   I mean, I don't know if that would really change and
9   help my recollection because, unfortunately, I didn't,
10  you know -- it's different in a typical one, where you
11  arrest that person.  Then that helps because you have
12  all that dialogue.  You can identify them exactly --
13  what they had on them at the time, but there's so many
14  people throwing things, you know, trying to give
15  specifics in a -- in a statement, it wouldn't be there
16  anyway.  So that's -- I don't know if it would help, I
17  guess, is my answer there.
18       Q    I'm going to show you a document --
19       A    Okay.
20            MR. REIDY:  But it's taking a moment to load,
21       so just a moment.  I am having technical
22       difficulties. Do you mind if we go off the record
23       for just a minute while I get this figured out.
24            COURT REPORTER:  We are off the record at
25  4:16.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

131

```
 1              (OFF THE RECORD)
 2              COURT REPORTER:  We are back on the record at
 3    4:19.
 4    BY MR. REIDY:
 5       Q    Okay.  Corporal Sampson, do you see the
 6    document that I'm sharing with you?
 7       A    Yeah.  I do.  The operations manual?
 8       Q    Yes.  And for the record, in the lower
 9    right-hand corner, there's the number DEN 000950.  And
10    are you able to confirm that this is the current -- or
11    what was the current or operative operations manual
12    during the George Floyd protests?
13       A    Is -- on the bottom right there, is that the
14    date?  I can't see it but is the date on the very bottom
15    corner down there and -- or anywhere on there?
16       Q    So I don't know that there's a date -- that
17    -- in the bottom right corner that's a --
18       A    On the pages themselves, if there's not a
19    date, usually, like, here where you're pointing at,
20    usually, on the pages, it'll have, like, if you go to
21    the use of force, if that's what we're talking about or
22    the PepperBall, usually on that page it'll say last time
23    it was amended.  So as long as it says before 21, you
24    know, then it should be, yeah.  Like that right there.
25    So yeah.  So that's -- yeah.  That was around that time,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

132

```
 1  right.
 2      Q    Okay.  When was the last time you looked at
 3  the operations manual?
 4      A    Probably it's been -- there's little updates
 5  here and there but it actually, like, reread through the
 6  operations manual, not in a while.  I mean, I look at
 7  certain sections when we get updates as far as like
 8  that, the use of force and that type of thing.
 9      Q    When the manual is updated, how do you get
10  notified about that?
11      A    Usually, it's through e-mail through -- we
12  have what's called PowerDMS. I don't know if you're
13  familiar with that, but it goes through an e-mail, and
14  then you'll go to this other website.  It's called
15  PowerDMS, and then they put on training bulletins and
16  other things for us and updates.  They also put in ops
17  manual sections that they've updated and they will have
18  you read through that.
19      Q    Okay.  So what I want to do is go to section
20  105.  Do you see that?
21      A    You may have to bump it up just a little bit.
22  I got old man eyes so -- I don't have my cheaters so
23  -- okay.  Yeah.  I see it.
24      Q    And do you recognize this as the section
25  corresponding to the DPD's use of force policy?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

133

```
 1        A    Yes.

 2        Q    Okay.  And that's for the record on DPM

 3   0091199.  And what I want to do is go to page marked DEN

 4   001127.  You see that?  This graphic?

 5        A    A little bit.  It's -- it's kind of fuzzy.  You

 6   may have to read some of that off.  I don't -- okay.

 7   There you go.  Yeah.  I can see it.

 8        Q    So do you recognize these terms, psychological

 9   intimidation, verbal non-compliance, passive resistance?

10        A    Yes.

11        Q    What are those terms?

12        A    Just different types of resistance as far as

13   when it comes to using force and what you should -- what

14   level of force should be used.

15        Q    Okay.  Do you recognize this graphic,

16   generally?

17        A    Yes.

18        Q    Okay.  And it looks to me like the first level

19   of resistance or first type of resistance to which an

20   officer can respond with less-lethal munitions is -- oh,

21   shoot, I lost my page -- is defensive resistance; is

22   that right?

23        A    Yes.  Yes.

24        Q    It's your recollection, as well?

25        A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

134

1      Q     Okay.  So if the protester was not

2  demonstrating physical actions that attempt to prevent

3  an officer's control, including flight or an attempt to

4  flee, it would be counter to DPD policy to deploy

5  less-lethal munitions on that protester?

6          MS. BIRKHOLZ:  Objection.  Form, foundation.

7      You can answer.

8      A     So I guess I'm not understanding your

9  question.  I mean, they -- are you -- are you speaking

10 just in general, or what happened down at the -- at the

11 riot and the protests?  Like, what are you asking me

12 specifically, I guess?

13     Q     Yeah.  I'm just saying in general.

14     A     If someone's attempting -- if they're not

15 attempting to flee, is that what you're saying?

16     Q     Yeah.  I'm trying to understand when -- if I

17 see a video and I see an officer deploy a PepperBall,

18 40-millimeter, or pepper spray, or tear gas on an

19 individual, and I'm trying to figure out, okay, was that

20 use of less-lethal force permitted under DPD policy or

21 was it counter to DPD policy?

22     A     Okay.

23     Q     This is the standard I'm trying to use, right?

24     A     I got you.

25     Q     Was the protester making physical actions that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021
135

1   attempt to prevent an officer's control, including

2   flight or an attempt to flee.  If the protester was

3   doing that, and the use of less-lethal munitions would

4   be within DPD policy and if they weren't, it would be

5   outside of DPD policy.

6            MS. BIRKHOLZ:  Objection.  Form and

7       foundation.  Sorry.  Go ahead.

8       A    Sorry.  I think I -- I -- I hear what you're

9   saying, but I think there are -- in any of these,

10  there's some gray area where it's not real clear.

11  Because based on defensive resistance, there was more

12  than just that -- those specific things that are listed.

13  I mean, there's a lot more to it than just those flight

14  or whatever.  So I mean, there's a lot of other things

15  that could be occurring where it is -- that would

16  justify that, even though it's not listed, specifically,

17  on there, I guess, if that makes sense.  Does that make

18  sense?

19      Q    Okay.  Let's see if -- I think there is a

20  definition of the different levels here.  Maybe that can

21  clarify things for us.

22      A    Okay.

23      Q    So you see this on page 3 of 9, section 105,

24  do you see this --

25      A    Yes.  I do see it.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

136

```
 1        Q     -- definition?

 2        A     Yes.

 3        Q     So defensive resistance -- I think that

 4   matches what's in the graphic.  So we're not talking

 5   about -- we're not talking about any active aggression

 6   or any attempts to harm --

 7        A     Right.

 8        Q     -- or anything that might rise to, you know,

 9   an attempt to flee or, you know, prevent an officer's

10   control over the individual that --

11        A     Got it.

12        Q     -- clear it up for you -- that might justify

13   less-lethal force.

14        A     Yes.

15        Q     Active aggression is another one, right?

16        A     Right.

17        Q     Overt acts of threat or assault?

18        A     Yes.

19        Q     Okay.  Outside of these situations, if a

20   protester was not acting in defensive resistance or

21   active aggression --

22        A     Can you give me a -- no.

23        Q     -- then it would be inappropriate to use

24   less-lethal force on that protester, right?

25              MS. BIRKHOLZ: Objection.  Foundation.  Object
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

137

1        to form.

2        A    Like, I think that -- again, it's pretty --

3    pretty vague.  I understand what it says, but there's a

4    lot of gray area in that because if we're talking about

5    someone who's just standing there and doing nothing and

6    hasn't thrown anything, hasn't broken the law, that's

7    different than -- and I would agree with that.  But in

8    these instances when it -- you know what I mean?  I

9    think it just depends on the specific -- if you're

10   talking about a specific instance, but if it's just

11   defensive resistance based on what it -- it says here,

12   if someone isn't breaking the law, isn't doing anything

13   to justify whether it's PepperBall or being arrested for

14   something else, then yes.  I would agree with you.  If

15   they're not breaking the law and they're just standing

16   there doing nothing.

**17       Q    Okay.  So the written policy in your view has**

**18   a lot of gray area?**

19       A    I feel like there's -- it's left -- some of it

20   is left open to interpretation based on some of the

21   situations that happened.  Specifically, during this

22   protest and the riot.  I think that -- and who am I, but

23   I mean, maybe there's some clarifications?  I don't

24   know.  Maybe there's some other wording?  I don't know.

25   That's -- I think that's what's -- some of it is being

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

138

1  changed, I think, within the department just to try -- I

2  don't know, I -- I don't know.  But I'm -- I don't write

3  the -- I don't write the ops manual.  I just feel like

4  that based on the definition you're asking me about,

5  that I would agree that if they're not doing those

6  actions, right, then, yes.  Then there's no reason if

7  they're just standing there.  But my point is, there's

8  lots of things that people do and did down there that

9  fall within both of these, within the middle or

10  somewhere in there, but they're not, specifically,

11  listed, and that's what I'm talking about, like a gray

12  area, I guess.

13      Q    Do you know of any officers that worked the

14  George Floyd protests that have been disciplined by DPD

15  arising out of their conduct during the George Floyd

16  protests?

17      A    You're talking about DPD, specifically, sir,

18  or any officers in general in this state?

19      Q    I'm talking about any DPD officers.  So let me

20  just -- I'll just clarify my question.

21      A    Okay.

22      Q    Are you aware of any DPD officers ever

23  disciplined for their conduct while working the George

24  Floyd protests?

25      A    That I wouldn't know of, because I -- I don't



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  work in internal affairs and I don't -- I'm out at the

2  airport, so I'm kind of, like, in a bubble.  I don't

3  talk to the patrolmen out there.  We're on -- we're like

4  our little city out here.  So I don't know of any.

5  Whether they have or haven't been or who that would be

6  or not be.  I don't have -- have any information on any

7  of it, actually.

8       Q     Did you -- have you ever heard about DPD

9  investigating any DPD officers regarding their conduct

10  during the George Floyd protests?

11            MS. BIRKHOLZ:  Objection.  Form, foundation.

12       You can answer.

13       A     Yeah.  But again, I -- you hear rumors of

14  people being investigated, but I don't know if anybody

15  was investigated.  I don't know if anybody was

16  disciplined.  I don't know their circumstances.  Because

17  to me, I -- I don't want to be involved in that.  That's

18  not -- that's above my pay grade.  It's not up to me,

19  and I don't want to be part of that, you know -- the

20  little hearsay stuff and spreading rumors.  I don't

21  know.  And it's -- it's not my job to know.  So I -- I

22  just try and -- and do my job and worry about myself and

23  other officers out here.  So I -- I don't know.  Like, I

24  can't say for sure whether anybody has or hasn't.

25       Q     So who have you heard as a matter of rumor?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

140

1        A    I -- I didn't even -- they didn't even give me

2    the name because I stopped them.  I don't want to hear

3    it because I don't -- I don't want to be part of that.  I

4    don't need to be roped into stuff of the rumor mill or

5    whatever.  I don't have time for that.  And I encourage

6    other officers out here not to do that just for this

7    reason, because I don't want -- I don't know.  I haven't

8    heard anybody.  I don't have a name.  So that's my

9    point, is that I stay out of that stuff because it's not

10   my business.

11       Q    Do you know what desk duty is?

12       A    Yeah.  Definitely.

13       Q    Do you know what they call desk duty?

14       A    Yeah.  I've been on desk duty before when I

15   was injured several times back, way back when, when I

16   first started.  I was injured a few times,

17   significantly, and so, yeah.  I spent quite a bit of

18   time on the desk.

19       Q    Do you know of any DPD officers that were put

20   on desk duty because of their conduct during the George

21   Floyd protests?

22       A    I do not.  Again, I'm out here so it's a

23   little different.  If I was in a district, I might hear

24   some things or know of somebody, but out here there's no

25   desk duty at the airport.  It's a -- we are our own

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  little entity.  So I'm -- I'm pretty much cut off from

2  all of that and that's my point.  So I have no -- I

3  don't know if anyone has been placed on any of that type

4  of stuff.

5      Q    When did you move out to the airport again?

6      A    I think it was about -- I'd have to look at

7  the actual date because I didn't pay attention, but I

8  think it's been about six months or so is my guess.

9      Q    Have you heard any messaging from DPD about

10  -- related to the use of force at the George Floyd

11  protests?

12      A    Can you -- I guess -- what do you mean as far

13  as messaging, are you saying from a --

14      Q    Yeah.  I know.  Yeah.  I know.  It was kind of

15  a vague and unfair question.  Sorry.  So have -- for

16  example, have you heard the police chief make any

17  comments to police officers about inappropriate use of

18  force at the George Floyd protests?

19      A    Not that I've heard.  He -- he is -- he

20  doesn't come out here much.  And I -- I don't think he -

21  - when I'm working, I don't think he's been out here

22  since I've been out here, so no.  I haven't heard

23  anything like that.

24      Q    Okay.  During the George Floyd protests, while

25  you were working -- and I'm thinking, specifically

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

142

```
 1   around that time frame, May 28th through June 2nd --

 2        A    Uh-huh.

 3        Q    -- or June 3rd -- but did anybody, the chief,

 4   the incident commander, anybody in the leadership

 5   positions, communicate to officers that they needed to

 6   exercise a little bit more restraint in the use of

 7   less-lethal munitions on the protesters?

 8        A    I don't recall that.  I don't -- I don't

 9   recall anybody saying that, specifically.  I -- I don't

10   recall, like, that saying we -- we needed more restraint

11   or anything in that nature.  Me, personally, I don't

12   recall anybody saying that to me or hearing that, I

13   guess.

14        Q    So you're qualifying it, you -- nobody said

15   that to you.  But --

16        A    As far as I can remember --

17        Q    Sorry.  Say that again.

18        A    I said, as far as I can recall, I don't

19   remember hearing that.  Doesn't mean it wasn't said,

20   maybe I don't -- but as far as my recollection, I don't

21   remember that being said.

22        Q    And not just to you.  If it wasn't said -- as

23   far as you know, it wasn't said --

24        A    As far --

25        Q    -- to anybody anywhere.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

143

1      A    Say that -- with my rec -- from my
2  recollection, I didn't hear, you know.  While I was
3  standing with my group of Gang Unit officers, I never
4  heard that.  If -- if it was said, then I didn't hear
5  it, because I don't recall it -- that being said to me
6  or anybody else.
7      Q    Okay.  And just to be clear, I'm not talking
8  just, like, while you're out there working, I'm talking
9  about, like, --
10     A    Just in general, walking by --
11     Q    -- a briefing -- at a morning briefing, for
12  example, maybe the incident commander or lieutenants are
13  saying hey, you know, we understand that some of the
14  protesters are throwing objects, rocks, what have you,
15  but we need to be more mindful of the fact that many
16  protesters are not throwing rocks and other objects.  If
17  we saw them so -- when you're out there and you're
18  deploying PepperBall or you're deploying gas, smoke,
19  what have you, let's be more mindful that many
20  protesters are not throwing rocks or objects.  Was that
21  message to your recollection ever conveyed to DPD
22  officers?
23          MS. BIRKHOLZ:  Objection.  Form.
24     A    I -- I don't think so.  Like I said, I -- I
25  don't recall that.  I -- I think I -- I -- I hear what

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

144

1  you're saying, but I think that, that's just common

2  practice or should be common practice.  You're only

3  going to or should be, only, targeting the people that

4  are, actually, throwing things at you or trying to harm

5  you or someone else.  So I think that's just common

6  sense or it should be.  And so I don't think that had to

7  be reiterated is why I probably didn't hear it, because

8  I don't think they probably said that, but I don't know.

9  I never heard it myself from my superiors or from the

10 chief or anybody.  So I never heard that.  Have no

11 recollection of that.

12      Q    Okay.  I'm going to show you another video

13 here.

14      A    Okay.

15      Q    Do you see this?

16      A    I do.

17      Q    Okay.  So this is a video number DEN 5009.

18 It's a body-worn camera for an Officer Carmody?

19      A    Okay.

20      Q    Do you know Officer Carmody?

21      A    He did work in the Gang Unit when I was there.

22      Q    Okay.  What's Officer Carmody's first name?

23      A    That's a good question.  Give me a minute here

24 to think about it.

25      Q    That's okay.  It's not that important.  What

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

145

```
 1    were you --

 2        A    Sorry I -- think I don't remember his name.

 3        Q    It's all right.  I can find it.  All right. So

 4    we're starting this video from the beginning.  This is a

 5    clip from that video.  It's not the whole video.

 6        A    Okay.

 7                  (VIDEO PLAYING)

 8        Q    Okay.  I'm going to pause it here at the

 9    11-second mark.

10        A    Okay.

11        Q    The timestamp is 20:25:31 at 00:48:33.  And I

12    want you to focus on this guy standing in the

13    intersection that I'm circling with my cursor.  Do you

14    see?

15        A    Yes.

16        Q    Okay.

17        A    He's black, right?

18        Q    Yeah.  He's wearing a black jacket, a black

19    shirt, and black pants.

20        A    Okay.

21        Q    Okay?

22        A    Uh-huh.

23        Q    Did you see that he was just shot in the

24    chest?

25        A    Yes.  I saw that.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

146

1    Q    Is that an appropriate use of force on that

2   individual?

3    A    Based on that snippet it -- it doesn't -- I

4   didn't see him do anything at that moment.

5    Q    Okay.

6    A    I didn't see him do anything at that moment. I

7   can't tell.

8    Q    Okay.  So that use of force in that moment of

9   time at least, was contrary to DPD policy, right?

10   A    It could be if he didn't -- like I said -- but

11  maybe we could back it up and see but I --

12   Q    Yeah.  We can watch it again.  We can watch

13  it.

14              (VIDEO PLAYING)

15   Q    There.  There he is.  Yeah.  So based on that

16  clip, would you agree with me that that use of force was

17  contrary to policy?

18           MS. BIRKHOLZ:  Objection.

19   A    It could be.  It could be -- I -- even -- at

20  the time -- at that moment, he wasn't doing anything.  I

21  -- whoever's hand that was, was in front of the camera

22  initially, so I can't say that he didn't -- that while

23  that was covered, but in that snippet where he was

24  standing there, It didn't appear to be.  I don't --

25  that's the best I could give you.  I don't know for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  sure.

2       Q    Okay.  So I'm going to show you another short

3  video.  So this is a clip from Denver or DEN 4988.  We

4  watched this portion of video earlier as well.  This is

5  --

6       A    Uh-huh.

7       Q    -- similar footage from Mr. Bishop.  Do you

8  see that?

9       A    Yes.  I see the -- I see the --

10      Q    Footage?

11      A    Yeah.  Uh-huh.

12      Q    Do you recognize this individual sitting on

13  the curb here as the individual who was shot in the last

14  video we watched?  We can back it up.

15                  (VIDEO PLAYING)

16           MS. BIRKHOLZ:  Objection. Foundation.

17      A    You can't tell who it is but --

18      Q    Do you recognize this as the same individual

19  who was shot in the body camera --

20           MS. BIRKHOLZ:  Objection. Foundation.

21      A    Not nece -- not necessarily.  Sorry.  Can

22  -- can I answer it?  No.

23      Q    Yeah.  Here.  Let me -- we'll do it this way.

24  We have to shut the light off.  Okay.  So I've got on my

25  screen the video from Officer Carmody's body-worn

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

148

1    camera.

2        A    Okay.

3        Q    Denver 5009 at the 10-second video counter

4    mark, timestamp 48:32.  See this individual, he's

5    standing with his hands up, or one of his hands at

6    least, and he gets shot with the PepperBall.  Okay.  Did

7    you have a good look at him?

8            MS. BIRKHOLZ:  Objection. Form, foundation.

9        You can answer.

10       A    Yeah.  I mean, I can see -- and somebody

11   wearing all black.  Yes.  I can see that.

12       Q    Okay.  Then I'll show you the picture,

13   body-worn camera view.  Is this the same individual or

14   is it not the same individual, or do you think it could

15   still be somebody else?

16           MS. BIRKHOLZ:  Objection  Form, foundation.

17       Q    He's wearing the same pants.  He's wearing the

18   same coat --

19       A    I think --

20       Q    -- the same shirt and a male, maybe 6'4",

21   6'3".

22       A    It's - it's possible.  I don't know.  He

23   doesn't have -- I thought the other guy had a helmet on

24   or something else.  I don't -- I don't know for sure, I

25   guess, is my answer.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMSON, taken on April 23, 2021

149

```
 1        Q    Okay.  All right.
 2                    (VIDEO PLAYING)
 3        Q    Well -- so he's asking the officers, which one
 4   of you-all shot me, right?  Did you hear that?
 5        A    I did hear that.
 6        Q    Okay.  He's trying to figure out who just shot
 7   him from the last video, wasn't he?
 8        A    I don't know if it's from the last video, but
 9   he's try -- he is asking who shot him.
10        Q    Right.  So Officer Bishop is -- sprays him in
11   the face when he refused to sit back down, correct?
12        A    No.  He -- he was telling him to back up.  He
13   didn't tell him to sit down.  He told him to stop
14   advancing towards him because it's an officer's safety -
15   - if you're an -- I think that irregardless, let's say
16   that he was shot, right, by somebody, that -- you still
17   don't -- that doesn't give you the right to ignore
18   officers' commands and get into a place where it's an
19   officer safety issue.  And that's the thing is that he
20   can be frustrated, he can want to speak to a sergeant or
21   anybody else, but that doesn't give him the right
22   especially in those strict -- in those circumstances, to
23   come towards us in an aggressive manner.  He told him
24   several times to back up.  He refused.  He kept
25   advancing, and I -- like I said, I don't -- I can't
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

150

1  speak to the other stuff, whether you're angry that you

2  feel like you were shot unnecessarily with the

3  PepperBall, I get that if that's the case, but you still

4  have to follow commands.  Because we're still trying to

5  keep ourselves safe and the people who are peacefully

6  protesting safe, so you can't ignore that because you're

7  upset, in my opinion.

8       Q    So would you characterize that man's behavior

9  in the video as act of aggression, an overt act or

10  threat of assault, coupled with the present ability to

11  carry out the action, which reasonably indicates that an

12  assault or injury to a person is likely?

13       A    I would --

14            MS. BIRKHOLZ:  Objection.  Form, foundation.

15       A    Do you want me to answer it?  Okay.  Yes.  So

16  I would category -- based on him, he's already upset.

17  He's not listening to commands, and he's closing the

18  distance on that officer, so yes.  Is it -- do I feel

19  like that's an -- an acceptable use of pepper spray?

20  Absolutely, because if you let him continue to advance,

21  you can speculate what's going to happen.  He could

22  punch you in the face.  He could pull out a weapon.  Who

23  knows what.  And so, especially, in those -- in that

24  environment right there, that is not acceptable to allow

25  him to come any closer.  I wouldn't let him come closer

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

1   to me.  If that was me, I would've done the same thing.

2   He's not going to get closer to me when I've issued an

3   order to him to back off.  He can sit on the curb.  He

4   can stand by that corner and yell at me all day long and

5   ask to speak to a supervisor because he feels like he

6   got shot.  Great, but when he advances and I tell him

7   not to do that and to back off, but he continues, yes.

8   He's going to get pepper sprayed.  Because I'm not going

9   to put my safety at risk, especially, with what was

10  going on down there in the -- in the chaos.

11      **Q    Did Officer Bishop give that man a warning**

12  **that he was about to deploy pepper spray on him?**

13          MS. BIRKHOLZ:  Objection.  Form --

14      A    He gave him a warning by his -- I'm sorry.  He

15  gave him a warning by saying back off.  He told him

16  several times to back off and stop, and he ignored those

17  commands.  So in my -- in my mind, that is a warning. He

18  told him to stop and to back off.  That is a warning. If

19  a police officer told me that on the street, guess what,

20  obviously he wants me to back off.  I'm not going to

21  continue to proceed because I know something's going to

22  happen.  He's going to take action against me because

23  he's feeling threatened.  That's why he's telling me,

24  back off.  So that's what I would do.  I'd back off and

25  then I would try to explain or plead my case of why I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

152

1   was upset or why I felt I was wronged.  But to ignore

2   that and to press that officer, especially, in that

3   environment, is unacceptable.

4       **Q    Does DPD train it's officers that a command to**

5   **back up is a warning --**

6           MS. BIRKHOLZ:  Objection.

7       **Q    -- that the officer's about to use less-lethal**

8   **munitions on him?**

9           MS. BIRKHOLZ:  Objection.  Foundation.

10      A    I don't know if they train that, specifically.

11  They -- you know, you're supposed to issue commands like

12  stay back, back up, you know -- pepper spray, whatever,

13  you know -- there's -- there's lots of different things

14  that can be said but telling someone to back up or to

15  stay back is a warning.  Yes.  It is a warning.  I've

16  -- I've told people to back up, to stay back, you know

17  what I mean?  Followed by a backup again, regarding.

18  There's -- it just depends on the -- the circumstance.

19  So in this circumstance, specifically, like I said, I

20  -- if I wasn't an officer, if somebody -- a police

21  officer in any situation told me to back up several

22  times and I ignored him and I kept pressing towards him,

23  I can only assume, common sense tells me something bad

24  is going to happen because he's feeling threatened and

25  I'm ignoring that just because I'm upset.  So yes, I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

153

1  don't -- I don't know.  I'm not saying it's policy, but

2  we do use that, and I think common sense says that's a

3  warning, not to keep doing the behavior you're doing.

4      Q    So you've said a couple of times that you feel

5  like the individual was advancing towards the officers

6  in a threatening manner.  I just want to show you a

7  different angle.

8      A    Okay.

9      Q    So you can see up here where Colfax and

10  Lincoln -- so this is a helicopter video produced --

11      A    Okay.

12      Q    -- through 9News.

13      A    Okay.

14              (VIDEO PLAYING)

15      Q    At this point, would you recognize this

16  situation as being the same situation that we've been

17  watching in these videos?  You have an individual --

18      A    It appears to be -- yeah.  It appears to be

19  the guy that was sitting on the corner.

20      Q    Yeah.  This is the exact -- he's asking --

21      A    Did you see what I'm talking about?  I mean,

22  it's very clearly, he's -- he didn't have to get off the

23  corner.  He didn't have to keep advancing, but you can

24  see very clearly just by his body language, he is upset,

25  and he continues to advance towards the officer, which

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021
154

1   is a clear officer safety issue.  Like, he could've

2   stood right there at the corner and talked to him all

3   day long or talked to me all day long.  And give his

4   opinion or cuss me out or whatever he wanted to do at

5   that point, but the problem is, is that he didn't do

6   that.  He continues to close the distance on that

7   officer.  You don't -- no one's patted him down.  He

8   could pull out a knife.  I don't know the statistics,

9   but if they're within 21 feet of you, you're not going

10  to be able to get your gun out to defend yourself if

11  someone has a knife and intends to stab you.  So he's

12  already well within that range.  He's -- he's already

13  putting the officers in danger.  I don't -- I don't know

14  that man.  I don't know what his mindset is.  I know

15  he's upset because he feels like he was shot

16  inappropriately, but to -- for him to close the distance

17  on that officer or me or anybody else isn't going to

18  happen.  There's going to be a reaction from me because

19  that is an officer safety issue.

20       Q    Let me just finish playing this video.

21       A    Okay.

22                 (VIDEO PLAYING)

23       A    He's still walking forward.  You see that?

24       Q    What is Officer Bishop doing?

25       A    He stepped forward and that's -- yeah.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021
155

1      Q     Yeah.  So my only point here is, is that you
2  keep saying that he was aggressively - or closing the
3  distance between him and the officers --
4      A     Right.
5      Q     -- and what I'm saying is that this video
6  doesn't seem to show that at all.  He's not stepping
7  forward.  It's Officer Bishop who's stepping forward and
8  sprayed him in the face.
9      A     Okay.
10         MS. BIRKHOLZ:  Objection.  Form.
11         MR. REIDY:  So I don't have any further
12     questions.  Yeah.  I don't have any further
13     questions.
14         MS. WANG:  I have one question.
15         REDIRECT EXAMINATION:
16 BY MS. WANG:
17     Q     Corporal, do you remember the videos that we
18  watched of the person who was standing on the sidewalk
19  with his hands up, who was shot in the chest and in the
20  face with the PepperBall?
21     A     Are you talking about on the southwest corner?
22  Is that what you're saying --
23     Q     Correct.
24     A     -- on that inter --
25     Q     The one that you denied was you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

156

```
 1      A    Yes.

 2      Q    You denied that you shot that person?

 3      A    Yes.

 4      Q    Okay.  You agree that the shooting of that

 5   person with PepperBalls at that time was inappropriate,

 6   correct?

 7           MS. BIRKHOLZ:  Objection.  Foundation.  You

 8      can answer.

 9      A    Given the video there.  Yes.  It didn't appear

10   that he was throwing anything.

11      Q    Did you report that inappropriate use of force

12   by your fellow officers?

13      A    Well, here's the thing, is that the funny part

14   is, we're looking at a video, now where I can actually

15   see.  At the time that's just recording here, my eyes

16   aren't looking there.  My eyes are looking at all the

17   people throwing rocks at me, so I didn't even see that,

18   like I testified earlier.  I didn't know that man was

19   shot.  That's the thing, it's happening so quickly.

20   There's rocks coming in, there's bottles, and we're

21   trying to target those people and shoot them, in front

22   of them to -- to push them off.  And so I didn't even

23   know that man got shot until you're showing me that

24   video, so I can't say anything about that.  I didn't see

25   it.  If I would've seen it specifically, sure.  I would
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

157

1    have said, hey, you know, what -- what happened there,

2    but that's the -- in the chaotic stuff, I wasn't even

3    looking right there.  At the time, I was focused on the

4    people throwing rocks at me and that's who I was firing

5    at.  If that makes any --

6        Q    You ever had any discussions with any of your

7    fellow officers about how to dispute what you can

8    plainly see on video?

9             MS. BIRKHOLZ:  Objection.  Foundation.  You

10            can answer the question.

11       Q    Have you ever had any discussions ever -- when

12   did the Denver Police Department get body cams?

13       A    I don't -- we've had them for several years.  I

14   don't know -- remember the date.

15       Q    After the time -- after the time that the

16   Denver Police Department got body cams, have you ever

17   had any discussions with any of your fellow officers

18   about how to talk about what is on video?

19       A    No.

20       Q    You've never had those discussions?

21       A    No.  I don't -- you're asking like -- talked

22   about what?  Talk about how thing -- like, what's on

23   video?  What am I going to say?  What -- what I -- I

24   don't know what you're asking me.  It doesn't make

25   sense.  Are you saying --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021
158

1       Q    What I'm asking -- what I'm asking you is that
2  you're asking us to believe something other than what is
3  seen on video.  So you're saying the video does not
4  capture everything.  The video --
5       A    Yeah.  I am saying that.  No.  I'm not saying
6  that.
7       Q    The video doesn't capture everything, right?
8  That's what --
9       A    It doesn't.  Yeah.  It doesn't.
10      Q    And the video showing that Youssef Amghar was
11 shot directly in front of your face.  You didn't see
12 that, even though it was right there on camera, right?
13      A    There was nobody directly in front of my face.
14 If you're talking about that man we were just talking
15 about, he was over 20 feet away and obviously, I would
16 encourage you to put yourself in a position where I was
17 and see if you recognize -- see if you are paying
18 attention to him.  I guarantee you, ma'am, you would not
19 because there's too many big objects coming at your
20 face.  You're focused on those people, not this man,
21 because the man with his hands up, isn't a threat to me.
22 And I -- if I glance and I see somebody with their hands
23 up, I'm not -- I'm not focused on them.  I'm focused on
24 this guy who is throwing a rock at me.  So that's my
25 point, is that I wasn't focusing on the peaceful

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

159

1  protesters.  I was focusing on the people trying to hurt

2  me, and so would've you if you would've been in that

3  position.  That's my point.

4          MS. WANG:  I don't have any further questions.

5          MS. BIRKHOLZ:  Andy, did you have anything?

6          MR. MCNULTY:  I don't.  I don't have any

7      questions.  Thank you.

8          COURT REPORTER:  All right.

9          MS. BIRKHOLZ:  Well, I do not have any

10     question, so --

11         COURT REPORTER:  So what kind of copy of the

12     transcript would you like, Ms. Wang?

13         MS. WANG:  Just the -- I don't know --

14     electronic version.

15         COURT REPORTER:  All right.  And would you

16     like a copy of the video?

17         MS. WANG:  Yeah.  And does that come with a

18     transcript?

19         COURT REPORTER:  Yes.  It was noticed as a

20     video deposition so you'll get the original of

21     both.

22         MS. WANG:  Yes.

23         COURT REPORTER:  Okay.  And then, Mr. Reidy,

24     would you like a copy?

25         MR. REIDY:  Yeah.  Same thing, please.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

160

1          COURT REPORTER:  All right.  And then, Ms.

2     Birkholz?

3          MS. BIRKHOLZ:  Yes.  We would like a copy,

4     e-Tran is great.

5          COURT REPORTER:  Okay.  And would you like a

6     copy of the video?

7          MS. BIRKHOLZ:  No.  That's okay.

8          COURT REPORTER:  Okay.  And then, Mr. McNulty?

9          MR. MCNULTY:  Just the e-Tran would be great.

10    Thank you.

11         COURT REPORTER:  All right.  And then, Officer

12    Sampson, you do have a right to read and sign this

13    deposition transcript if you would like to, or you

14    can waive it.

15         MS. BIRKHOLZ:  Yeah.  We'll read.

16         THE WITNESS:  I'll just --

17         COURT REPORTER:  You'll read?  Okay.  And we

18    are off the record at 4:50.

19              (DEPOSITION CONCLUDED AT 4:59 P.M.)

20

21

22

23

24

25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

161

```
1                    CERTIFICATE OF REPORTER

2                       STATE OF COLORADO

3

4    I do hereby certify that the witness in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Title page here of by me after

7    first being duly sworn to testify the truth, the whole

8    truth, and nothing but the truth; and that the said

9    matter was recorded stenographically and mechanically by

10   me and then reduced to typewritten form under my

11   direction, and constitutes a true record of the

12   transcript as taken, all to the best of my skill and

13   ability.  I certify that I am not a relative or employee

14   of either counsel, and that I am in no way interested

15   financially, directly or indirectly, in this action.

16

17

18

19

20

21

22   LEAH SHARP,

23   COURT REPORTER/NOTARY

24   COMMISSION EXPIRES:  11/24/2024

25   SUBMITTED ON:  05/18/2021
```



LEAH KATHERINE SHARP
Notary Public
State of Colorado
Notary ID # 20204041310
My Commission Expires 11-24-2024

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**0**

000950 131:9

001127 133:4

0091199 133:3

00:48:33 145:11

05/30/2020 112:17

**1**

1-1-2017 40:10

10 11:2

10' 123:10

10-second 148:3

10106 33:8

10107 33:9

10108 35:13 39:21

10109 39:24

10110 35:13 40:6

10111 42:1

10116 42:6

10132 42:2

105 132:20 135:23

10:25:31 109:20

11-10-00 42:7

11-second 145:9

11:17 111:23

12 11:24

120-cv-01-922- 6:14

13 11:24

15' 123:10

15- 78:1

15:00 50:10

15:07 50:10

16:06 91:25

16:12 93:2

18 126:2

1:02 6:6

1:06 68:25

1:13 88:15

1:14 109:19

1:14:03 111:24

1:15:34 109:20

1:15:45 110:6

1:18 17:20

1:25 110:5

1:35 95:10

1:36 95:14

1:42 31:11

1:52 89:17

**2**

2-12 34:2

2-12-2020 33:20,25

20 11:3,20 41:22 42:18 122:11,24 126:9 158:15

20' 78:1

2000 35:24

2003 35:23

2009 36:7

2015 39:25

2016 33:10

2020 20:8 23:11 30:7 57:15 64:10 98:5

2021 6:6

20:25:31 110:6 111:24 145:11

20:26 31:2

21 131:23 154:9

22:28 81:5

22:53 84:7

23rd 6:5

28 20:8

28th 142:1

29 30:7

29th 44:4 125:3,6,10

2:17 90:24

2:27 64:1 90:11

2:30 64:4

2:32 71:8

2:37 90:21 91:1

2:53 78:22 103:5

2nd 142:1

**3**

3 11:25 135:23

30 23:11 57:15 58:14,23 64:10 122:24

30' 122:11

30-second 58:20,22

30th 57:18,23 58:11 125:11

31 62:3 98:5

31st 57:25 98:7 99:23 100:23 102:4,8

35:04 86:18

35:12 86:23

3:02 97:2

3:03 72:13

3:08 75:25 77:11 103:7

3:12 77:14 78:19

3:31 107:2

3:32 104:5

3:36 107:5

3rd 142:3

**4**

4 11:23 12:4 83:1

40 23:6 49:13, 17,18 59:19 122:24 124:10 129:25

40-millimeter 22:16,17,25 23:7,20 32:3, 12,21 33:24 34:21 49:6 123:25 125:6, 10 127:16 134:18

40-mm 32:4

40s 21:22

41 69:6

42 69:15

4216 44:3

46 57:14

48:32 148:4

4976 80:17

4984 87:21

4988 90:4 147:3

4:16 130:25

4:19 131:3

4:40 46:2

4:43 46:4

4:50 160:18

4:59 160:19

**5**

5-29 31:1,14 55:19

5-30-2020 69:1

5-31-2020 68:25

5009 144:17 148:3

5022 93:18

5047 68:24

5056 107:19

5063 111:5,23

5116 98:4

5280 6:9,21

54 94:2

5:00 20:13

**6**

6 98:12,14,15, 16,18 99:3,12, 24 100:6,8,23 101:5,13,24 102:8

6'3" 148:21

6'4" 148:20

616 109:8

**7**

7:06 69:2

7:13 64:11

7:14 57:17 58:11 64:17

7:15:28 64:25

7:16 65:17,18

7:16:19 65:18

7:17 66:7

7:17:24 66:14



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

163

---

**8**

**8:00** 55:22

**8:03** 44:10

**8:29** 44:12

---

**9**

**9** 135:23

**93** 112:18

**9:00** 55:22

**9:17** 45:7

**9news** 153:12

---

**A**

**a.m.** 68:25

**ability** 17:14 150:10

**Absolutely** 46:14 122:4 150:20

**aca** 35:9

**academy** 18:16 35:9,25 41:7,18,20,22 42:2,10,15 43:4

**acceptable** 150:19,24

**accurately** 122:20

**accused** 105:11

**accusing** 9:7

**Acker** 6:23

**act** 150:9

**acting** 13:23 136:20

**action** 6:13 36:10,15 49:4 60:5 65:19 66:15 150:11 151:22

**actions** 28:14 116:22 134:2, 25 138:6

**activate** 119:1, 3,9

**activated** 120:3

**activation** 119:24

**active** 32:22,23 36:14 37:14 121:4 136:5,15, 21

**actively** 32:24

**acts** 136:17

**actual** 115:1 124:18 141:7

**Adams** 80:8

**address** 128:21

**admit** 68:15 73:10 75:8 77:7 102:17

**advance** 91:11,16 107:13 150:20 153:25

**advances** 151:6

**advancing** 149:14,25 153:5,23

**adver** 117:5

**adversarial** 116:22 117:1,6

**adverse** 59:17

**affairs** 9:23 104:18 139:1

**affirm** 7:18

**afternoon** 61:3

**agencies** 51:7 74:13,18 79:22, 25 87:14 89:8

**agency** 51:3 87:17 89:8

**aggression** 32:22,23 136:5, 15,21 150:9

**aggressive** 91:13 149:23

**aggressively** 155:2

**agitated** 91:10, 17

**agree** 7:8 26:6 27:14 49:5 52:5,12,16 64:25 66:9 67:8 68:1,5,8 73:9 75:11,18,21 76:7 101:17,23 137:7,14 138:5 146:16 156:4

**ahead** 41:3,12 57:17 58:3,5 65:5 69:1 73:16 76:3 80:23 83:4 90:19 99:21 120:6 135:7

**ahold** 38:13

**aim** 75:5

**aimed** 122:6

**aiming** 72:20, 24 75:9 122:8, 20

**air** 24:21 27:24 72:20

**airport** 8:10,13 12:8,15,16,20 16:8 139:2 140:25 141:5

**Altman** 80:18, 19 81:5 86:16

**Altman's** 86:14

**amended** 131:23

**Amghar** 158:10

**amount** 105:5 114:13

**Andy** 6:22 159:5

**angle** 65:9 99:10,14 109:4, 24 153:7

**angry** 150:1

**answering** 67:20

**anticipating** 61:16

**Antonson** 95:22,25

**anybo** 118:23

**anybody's** 89:13

**anytime** 124:4

**apologize** 107:13

**appearance** 6:15

**appears** 33:9 39:22 42:2 43:3 85:23 153:18

**approximately** 31:2

**April** 6:6

**area** 31:4 37:22 49:11 55:4 135:10 137:4, 18 138:12

**arising** 138:15

**arm** 85:19,24

**Arnold** 6:20 19:19,24 86:6 87:22,23,24 88:1,2,6,11

**Arnold's** 88:2

**arrest** 124:13, 16,19 130:11

**arrested** 137:13

**arrows** 13:1 85:20 88:16

**assault** 136:17

150:10,12

**assaulted** 11:12

**assigned** 20:9 22:15 31:1 98:10

**assisted** 80:9

**assume** 15:11 34:4 41:21 54:11 63:3 65:7,10,24 67:10 74:12 78:2 85:25 88:8 116:17 152:23

**assuming** 52:8 85:1

**attack** 33:2

**attempt** 134:2, 3 135:1,2 136:9

**attempting** 134:14,15

**attempts** 136:6

**attended** 22:1

**attending** 6:15,16

**attention** 57:4 66:10 80:5 85:13 109:11 141:7 158:18

**attorney** 119:19

**audio** 17:8 58:23,24

**Aurora** 80:7 83:1,22,25 84:2,4,14

**aware** 122:3 124:8 138:22

**awning** 103:12

---

**B**

**back** 12:4 16:22 17:1,19 27:25 28:6 31:10 38:24

---



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 165 of
181
The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021
164

40:14 57:7
62:14 63:17
64:3 66:19 69:7
70:4,5 72:8
77:1 83:13,17
85:11,20 88:13,
21 89:5,7,18
91:9,11,12 92:4
93:6 94:5 95:2
98:18 99:10
101:12 107:4
109:5 110:2,22
112:22 114:3
115:2,6 117:16
120:11,12
123:24 131:2
140:15 146:11
147:14 149:11,
12,24 151:3,7,
15,16,18,20,24
152:5,12,14,15,
16,21

**background**
14:14

**backing** 62:11

**backs** 49:19

**backup** 152:17

**backwards**
110:13 113:7

**bad** 152:23

**badge** 79:9
93:5

**ball** 21:21 25:5

**ballistic** 109:8
110:1

**bang** 50:13
52:4 77:11,13

**bangs** 50:14

**barely** 33:13
65:7

**based** 20:5
21:20 36:17
39:14 61:17
63:14 64:25
81:20 86:10
93:4 118:3
125:20,24
135:11 137:11,
20 138:4 146:3,

15 150:16

**basically**
12:18 13:19,23
36:12 40:16

**basis** 125:10

**Bates** 30:7
35:13

**batteries**
59:14 60:6
114:24

**battery** 59:23,
25 63:19
102:20,22
114:11,14
118:17

**BDUS** 79:7

**bearings** 25:6

**beep** 58:14

**began** 20:7,13
69:15 103:8

**begin** 65:20

**beginning**
14:6 69:8,14
145:4

**behavior**
150:8 153:3

**belief** 48:5

**believed** 28:16

**big** 43:13 50:13
53:4 158:19

**Birkholz** 6:24
16:18 22:4,10
23:4 26:8 27:17
31:6 47:12
48:9,16 52:19,
21 53:25 54:2,
23 56:1,3 59:11
65:4 66:16 68:9
73:14 74:25
77:21 78:6
83:19 91:6,22
101:1 114:4
117:11 118:21
120:4,6 123:3
128:15 129:21
134:6 135:6
136:25 139:11

143:23 146:18
147:16,20
148:8,16
150:14 151:13
152:6,9 155:10
156:7 157:9
159:5,9 160:2,
3,7,15

**Bishop** 90:5,22
91:2,19 147:7
149:10 151:11
154:24 155:7

**bit** 20:3 29:14
45:24,25 60:9
64:21 66:2 69:7
77:9 92:4
112:9,15 124:6
132:21 133:5
140:17 142:6

**black** 6:8,21
70:15 79:14
145:17,18,19
148:11

**blocked** 21:11
26:2

**blocking** 21:3
69:9 71:15

**body** 28:2
32:10 38:18,20,
24 56:6,9,25
57:3,15 59:9
64:17 65:1
67:16 69:21
79:13 88:7 97:8
100:10,11,24
101:7,14 102:1,
10,14 107:15,
20,23 111:5
112:4 113:12
114:3,14,15
116:3,20,24
117:9 118:17
119:3,10 120:2
147:19 153:24
157:12,16

**body-worn**
40:7,16 44:3
80:18 87:22
90:4 93:18 98:5
118:8 119:15,
21 144:18
147:25 148:13

**bomb** 53:24

**bottles** 11:10
25:4 45:22 50:4
72:3 77:3 97:25
156:20

**bottom** 131:13,
14,17

**Boulder** 6:19

**bounced** 45:17

**bouncing**
103:22

**brain** 106:17,
24 126:3

**breach** 101:13

**break** 15:14
63:23 106:25

**breaking**
128:3 137:12,
15

**brick** 33:1

**bricks** 11:10
24:11 27:21
31:5

**briefing** 21:6
143:11

**briefings**
28:18

**briefly** 15:24
16:4 18:1 19:6
36:12

**brighten** 90:14

**brighter** 90:15
93:6

**bring** 37:11

**broken** 137:6

**bubble** 139:2

**buds** 15:3

**building** 12:12

**bulletins**
132:15

**bump** 132:21

**bunch** 44:22

**burn** 98:13
99:24 100:23
102:8

**business**
140:10

**busy** 16:8 24:5

—————

C

—————

**call** 103:14
140:13

**called** 53:10
132:12,14

**calling** 52:15,
24 73:20 100:6

**calls** 12:19

**cam** 32:10
56:6,25 57:4,15
59:9 64:17 65:1
88:7 97:8
100:10,11,24
101:7,14 102:1,
11,14 107:15,
20,23 112:4
113:12

**camera** 7:4
40:7,16 44:3
46:18 52:10
56:9 58:18,23
59:1,3,10,16,22
60:5,12,15
61:13,20,22
62:9,10,17,18
63:13 65:9
66:7,13 67:1,
12,22 68:4,7
69:9,24 71:15
74:16 77:2
80:18 86:13,14
87:22 90:5
93:6,18 98:5,
13,23 99:8,12,
13 100:16,21
107:24 110:24
111:6 112:5,6
114:3,9,11,14,
15 116:3,10,15,
16,24 117:3,9,
16 118:8 119:3,
15,25 120:2
144:18 146:21

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 166 of
181
The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021
165

147:19 148:1,
13 158:12

cameras 59:14
63:11,18 68:5
90:17 101:16
110:16 115:5,8,
12,17,21
116:20 117:20
118:17 119:10,
21 120:25

camp 53:19

cams 67:16
157:12,16

canister 45:1
72:20 77:18

cans 52:11

Capitol 47:8,22
54:16

capture 100:18
101:25 158:4,7

car 11:13

care 77:4

career 126:11
128:23

carefully 112:1

Carmody
144:18,20

Carmody's
144:22 147:25

carries 123:17

carry 123:11,
15 150:11

case 62:13
125:20 150:3
151:25

cases 104:15

category
150:16

caused 65:19

cement 50:4

CEP 35:7 43:11

certification
40:4

certification/
re-certification
39:25

certified 34:17

change 19:22
120:15 126:8
130:8

changed 61:4
115:7 120:11
121:2,3,4 124:6
128:10 138:1

changing
120:12,14

chaos 151:10

chaotic 97:18
117:23 124:13
125:21 127:5
128:6 129:16
157:2

characterize
150:8

charge 34:24
128:2

cheaters 76:7
132:22

check 35:9
86:8 96:3 106:1

chemical
38:10,22 54:11

chest 145:24
155:19

Chicago 6:21

chief 115:23
141:16 142:3
144:10

choices
101:17

choose 101:17

chose 102:22

chronological
39:23

circling 77:15
145:13

circumstance
56:21 125:17

128:6,12
152:18,19

circumstance
s 21:17 26:16
27:15 32:20
37:18,19 38:8
39:20 55:14
101:20 102:21
116:19,23
120:9,10
125:15 139:16
149:22

citizen 67:17
105:11 106:13

city 6:10 35:16
96:19 139:4

Civil 6:13

claim 105:1

clarification
118:25

clarifications
137:23

clarify 125:2
135:21 138:20

Clarkson 98:7
99:13

clear 7:24
40:22 41:16
48:7,11,14 59:6
129:2 135:10
136:12 143:7
154:1

cleared 106:10

clip 44:6 50:7
52:3 57:20 63:6
64:16 69:2
78:15 101:10
145:5 146:16
147:3

close 39:12,16
42:12 154:6,16

closer 51:22
109:18 150:25
151:2

closing 150:17
155:2

cloud 53:4

CN 53:10,12

coat 148:18

code 81:21

Colfax 31:1,14
44:14 58:8
64:14 69:11,12
98:6 99:13
122:16 153:9

Colorado 6:13,
19,23,25 64:10
112:16

comfortable
67:20

command
56:15 128:19
152:4

commander
142:4 143:12

commands
39:18 91:12
149:18 150:4,
17 151:17
152:11

comment
67:23 68:19
74:23 75:1,2

comments
141:17

common
144:1,2,5
152:23 153:2

communicate
142:5

communicatin
g 118:7

communicatio
n 110:8

companies
40:14

company 60:2

complains
106:14

complaint
106:12

concerns
114:10

CONCLUDED
160:19

concoction
25:1

concrete 25:3
45:22

conduct
138:15,23
139:9 140:20

conducted
10:9

cone 70:16,18

conference
10:10

confident
122:25

confirm 131:10

confusion
119:8 124:21

connect 17:14

connected
17:13

considered
23:24

consistent
22:2,8 23:16,21
24:4 89:20
91:4,8 94:25
95:9

construction
12:11

contemporane
ously 129:18

contexts 37:2

continue 15:7
54:5 61:24
65:12 71:6 72:9
78:18 91:15
150:20 151:21

continued
91:11

continues
151:7 153:25
154:6

continuing

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

35:17 36:1

**continuous**
114:20,21

**contrary** 67:15
120:1 146:9,17

**control** 134:3
135:1 136:10

**convened** 6:6

**conveyed**
143:21

**coordinate**
48:25

**cop** 11:3

**copy** 159:11,
16,24 160:3,6

**corner** 31:1
44:13 57:16
64:11 91:15
103:13 131:9,
15,17 151:4
153:19,23
154:2 155:21

**corporal** 6:8
7:1,13,23 8:3,9
12:3,4,16 13:5,
14,18 16:21
95:21 131:5
155:17

**corporals**
95:22

**correct** 10:15,
16 22:16,20,25
23:1,3,11 26:7
30:3,4 47:9,13,
18,23 52:6 62:9
65:2 66:15
67:18 68:8
69:16 70:1
72:17 73:13
74:11,22 76:16,
17 79:17,20
85:5,6,22 87:3
91:20,21 92:19
93:3,10 95:21
102:4 105:14
108:15 149:11
155:23 156:6

**correctly**
49:10

**correlates**
113:23

**could've** 60:17
91:14 99:17
154:1

**counsel** 6:14,
17

**counter** 110:5
111:23 117:8
134:4,21 148:3

**County** 6:10
80:8

**couple** 16:11,
12 31:16 50:21
86:19 109:14
110:12 112:22
113:6 153:4

**coupled**
150:10

**courses** 34:13

**court** 6:3,5,12
7:1,7,13,17,22,
25 10:9,14
17:17,19 31:10
63:25 64:3
104:13 107:1,4
130:24 131:2
159:8,11,15,19,
23 160:1,5,8,
11,17

**courtroom**
49:15

**cover** 121:21

**covered**
118:10,11,13
146:23

**covering**
79:12

**crazy** 102:17,
20

**credits** 33:22,
25

**criminal**
104:15

**critical** 11:13

**crowd** 29:9
35:3 39:4 40:20

45:25 46:12
47:3 50:1 65:21
66:9 69:16,18,
25 72:4 99:8
103:9,10
124:16 128:8

**crowded**
121:18

**crowds** 18:23
121:22 123:23

**CS** 52:24 53:10,
12

**Cunningham**
81:10,13,19,24
97:17

**curb** 147:13
151:3

**curious** 89:14
122:22

**current** 8:7
40:13 131:10,
11

**cursor** 44:17
77:15 112:24
113:3 145:13

**cuss** 154:4

**cut** 24:25 141:1

-------

**D**

**D-E-N** 68:24

**daily** 106:16

**damage** 56:24
101:5

**danger** 154:13

**dangerous**
124:15

**date** 13:13
23:13 34:2,10
40:13 42:14
57:25 58:5
104:25 118:12
131:14,16,19
141:7 157:14

**dated** 30:6
40:10 124:25

**dates** 18:11
35:22 106:4

**day** 6:5 13:10,
25 16:11 18:2,3
19:13 20:2,9,
14,15,16,18
21:2,7 22:23
25:9,10 26:4
28:19,23 30:23
32:10 44:4
59:20 60:11,15
61:10 74:14
77:7 79:7,18
80:1,9 86:4,9
96:1 98:2 99:22
102:4 111:17
118:2 121:25
127:7 151:4
154:3

**daytime** 20:11

**days** 14:3
16:12 22:1,7,
15,18,19,23
23:16 25:8 26:5
61:7

**deactivate**
119:2,3,9

**deactivation**
119:24

**dead** 63:19

**deal** 26:12
31:23

**dealing** 18:22

**dealt** 128:22

**debriefing**
21:6

**debriefings**
28:18

**decide** 61:13
68:4

**decided** 59:9
68:7 115:16

**decision**
115:20 125:23

**deem** 118:18

**defend** 154:10

**defendant**
8:24 9:21

**defendants**
6:25

**defense** 68:15

**defensive**
121:3 133:21
135:11 136:3,
20 137:11

**definition**
135:20 136:1
138:4

**delay** 58:20,22

**delayed** 17:8

**demonstrating**
134:2

**DEN** 33:8 35:13
39:21,24 40:6
42:1 44:3 57:14
68:24 107:19
111:5,22 131:9
133:3 144:17
147:3

**denied** 155:25
156:2

**Denver** 6:11,
23,25 8:7,9
11:18,22 24:3
74:10 80:17
87:21 90:4
92:19,23 93:3,
18 98:4 147:3
148:3 157:12,
16

**department**
8:8,23 9:3,11,
15,23 10:2,19
11:6,19,22
26:12 35:23
50:20 55:10
105:13 138:1
157:12,16

**depended**
60:10

**depending**
38:8 114:6

**depends** 60:1
137:9 152:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**depicted** 99:8 101:10

**deploy** 36:15 124:5 127:16 134:4,17 151:12

**deployed** 32:2

**deploying** 143:18

**deployment** 36:10

**deposed** 8:17 10:18

**deposition** 6:7 9:24 10:3,6,13 14:5 15:18 16:14 30:17 159:20 160:13, 19

**depositions** 10:8

**describing** 125:9

**desk** 140:11, 13,14,18,20,25

**destroy** 98:17 99:2 100:8

**destroying** 98:18

**detail** 21:14 86:8

**DIA** 115:11

**dialogue** 130:12

**die** 114:19

**died** 114:25

**differently** 126:8

**difficulties** 124:17 130:22

**direct** 8:1 9:16

**directed** 113:17

**direction** 49:17 54:7

123:16

**directly** 24:22 73:3 74:4 158:11,13

**disagree** 72:18 73:17 75:11

**disciplined** 28:16 91:20 105:9,12 138:14,23 139:16

**discretion** 118:18 120:9

**discussions** 157:6,11,17,20

**disguise** 54:5

**disorient** 25:2

**dispatched** 100:6

**disperse** 28:13 37:25 53:6 55:3 56:18

**disperses** 53:2

**dispersing** 38:22

**dispute** 157:7

**distance** 32:11 123:7 150:18 154:6,16 155:3

**district** 6:12,13 11:23,25 12:4 74:17 79:1 83:1 98:12,14,15,16, 18 99:3,12,24 100:6,8,23 101:5,13,24 102:8 140:23

**districts** 115:11 121:1

**dock** 115:3

**document** 25:12,16,23 26:7 29:11,13 30:7 33:3,6 35:12 43:3 106:18 130:18

131:6

**documentatio n** 42:24

**documented** 26:17

**documenting** 30:6

**documents** 60:25

**don-t** 32:9

**door** 14:19

**downtown** 20:22

**DPD** 22:3,8 23:18,21,25 24:4 35:17 36:25 51:20,21 83:18 91:4,8 115:16 117:8 120:1 127:13 134:4,20,21 135:4,5 138:14, 17,19,22 139:8, 9 140:19 141:9 143:21 146:9 152:4

**DPD's** 132:25

**DPM** 133:2

**dress** 81:21

**dressed** 79:14

**driver's** 7:3

**driving** 63:20

**drops** 38:12

**due** 39:17 56:15 125:14

**dust** 27:23 37:25 53:1,2,4, 9 123:14

**duties** 13:18

**duty** 140:11,13, 14,20,25

―――――
**E**
―――――

**e-mail** 132:11,

13

**e-tran** 160:4,9

**ear** 15:3

**earlier** 45:19 71:9 86:24 97:7 99:15,17,22 107:14 108:17, 19 110:15 112:9,18 114:10 120:8 121:7,23 122:15 147:4 156:18

**Ed** 19:18,24 88:4,6

**education** 35:17 36:2

**effect** 123:19

**either/or** 56:14

**electronic** 159:14

**Elizabeth** 6:18

**else's** 56:9

**emotionally** 27:7

**encounter** 37:12

**encourage** 140:5 158:16

**end** 62:6 109:19

**enter** 102:8 117:25

**entire** 59:22 94:25

**entity** 141:1

**environment** 122:3 150:24 152:3

**equipment** 40:12 115:25

**Eros** 84:10

**Espinoza** 93:19,20 97:13

**Espinoza's** 97:8

**established** 125:4

**et al** 6:9,11,21

**Ethan** 95:22, 23,24

**ethernet** 17:15

**event** 27:13 67:4 68:16 97:18 99:11 106:19 126:7

**events** 30:6 56:22 101:10 106:16 119:16, 18 121:8,11

**Everhart** 93:12,13

**Everything's** 115:6

**exact** 13:9,10, 13 61:7 153:20

**EXAMINATIO N** 8:1 107:8 155:15

**excessive** 104:19 105:11, 16 106:14

**excuse** 116:8 126:6

**exercise** 142:6

**exigency** 39:17 56:16

**exigent** 55:14 101:21 102:21 120:8

**exiting** 117:10

**expect** 91:19 114:14

**experienced** 27:9

**explain** 14:4 24:19 129:20 151:25

**explained** 9:25

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 117-7   filed 06/09/21   USDC Colorado   pg 169 of
181
The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021
168

55:1 61:21
63:15 67:3
89:12 101:15
127:24

**explanation**
27:2 43:6
102:15,25
126:5

**explode**
123:14

**exploded**
26:21

**express** 119:8

**expressing**
119:12

**extra** 26:15
115:4

**extraordinary**
26:16 56:22
128:11

**extreme**
129:12

**eye** 72:10,14

**eyes** 24:25
29:24 38:10,11
71:2 132:22
156:15,16

_____

F

**face** 24:24
38:10 49:15
62:22 69:21
75:10 88:23,25
89:16 90:22
91:2 93:7
149:11 150:22
155:8,20
158:11,13,20

**facing** 46:5

**fact** 7:8 89:4
143:15

**failed** 117:9

**fair** 14:11
15:12,15 47:7
48:3 111:19,21
113:16

**fairly** 81:15

**fake** 67:24

**fall** 138:9

**familiar**
111:13,14
132:13

**faster** 64:21

**fatigues** 79:16,
17 87:11,14,16,
17 93:3

**feasible** 39:12,
19 121:23
128:7

**feedback**
14:25

**feel** 67:20
118:17 129:11
130:4 137:19
138:3 150:2,18
153:4

**feeling** 151:23
152:24

**feels** 151:5
154:15

**feet** 27:23 28:6,
11 38:21 154:9
158:15

**fellow** 51:10
156:12 157:7,
17

**felt** 152:1

**female** 81:21,
23,25

**females** 82:3

**fence** 44:20
46:5 51:14,19

**field** 18:8,12,
16,20,22,24
19:1,7 35:2
40:19 41:16,24
42:6,16 43:3,6

**figure** 43:19
86:23 97:3
109:13 134:19
149:6

**figured** 126:16
130:23

**filed** 9:6

**final** 115:25

**finalized**
120:24

**finally** 61:8

**find** 145:3

**fine** 84:4
108:16 123:11

**finish** 154:20

**fire** 54:7 77:7
120:1 123:8

**firearm** 105:19

**fired** 23:10
32:4 45:8
49:16,18
103:23 125:6

**fireworks**
24:20

**firing** 28:11
45:13 46:16
47:1 69:17,19
77:6 122:2
123:7 125:10
157:4

**Fitouri** 6:18

**five-minute**
63:23 106:25

**fix** 129:13

**flash** 85:19

**flee** 134:4,15
135:2 136:9

**flight** 134:3
135:2,13

**Floyd** 115:7
118:9,19 119:4,
10 121:9,19
127:21 131:12
138:14,15,24
139:10 140:21
141:10,18,24

**fluid** 63:5
100:17 126:1

**focus** 24:11
38:12,20
145:12

**focused** 24:10
51:10,25 97:24
127:6 157:3
158:20,23

**focusing**
158:25 159:1

**foggers** 72:7

**follow** 129:1
150:4

**follow-up**
107:11

**footage** 32:10
56:25 107:20,
23 111:6 112:5
113:7,12 114:3
116:3,24 117:9
119:3 120:2
147:7,10

**force** 18:9,12,
16,20,22,24
19:1,7 21:21
22:2,8,12 23:23
24:2 26:13
28:15 35:2
38:14 40:19
41:16,24 42:6,
17 43:3,7 60:5
67:18,22 68:6,
8,12,13,14,19,
22 104:19
105:12,16
106:14 124:4,7,
11,18,23 125:8,
18 126:14,20,
24 127:15
128:4 129:5,7,
17 130:1,2
131:21 132:8,
25 133:13,14
134:20 136:13,
24 141:10,18
146:1,8,16
156:11

**foresight** 24:9

**forever** 61:5

**forget** 26:24

**forgot** 26:23
27:7 101:21
102:17

**form** 22:4,10
23:4 26:8 27:17
47:12 48:9,16
52:21 53:25
54:23 56:1
59:11 66:16
68:9 73:14
83:19 101:1
117:11 120:4
123:3 128:15
129:21 134:6
135:6 137:1
139:11 143:23
148:8,16
150:14 151:13
155:10

**forward** 24:11
99:11 154:23,
25 155:7

**forwarded**
81:4

**foundation**
22:4,10 23:4
26:8 48:9,16
52:21 54:23
56:3 59:11
66:16 68:9 78:6
83:19 91:6,22
114:4 117:11
118:21 120:4
123:3 134:6
135:7 136:25
139:11 147:16,
20 148:8,16
150:14 152:9
156:7 157:9

**frame** 12:10
142:1

**free** 15:14
118:17

**front** 37:24
62:5,8 72:6
76:20 79:10
81:6 88:22,23,
24 98:21
104:24 108:18
110:7 112:21
113:4 123:9,10,
12 146:21



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

169

156:21 158:11,
13

**froze** 16:14

**frozen** 16:16

**frustrated**
149:20

**full** 7:2 68:21
111:11

**full-on** 79:9

**full-time**
114:18

**function** 13:21

**functions**
12:18

**funny** 156:13

**fuse** 24:22
50:24

**fuzzy** 28:20
133:5

——— G ———

**gang** 12:6 13:8,
18,20 19:2,5,23
34:16,17,20
51:13,17,18
74:15 79:1
80:20,22 83:12,
18 84:13,15
85:22,25 87:2,
25 88:10 89:9,
25 90:7 92:3
93:14,20 94:8,
14,19 95:1,7
96:12 97:22
102:3,6 109:2
111:8,15 116:5
143:3 144:21

**gas** 44:22,24
45:9 52:4,5,8,9,
10,11,16,24,25
53:1,23 55:6,7,
11,15,17,24
56:19 65:20
66:8 69:25 70:4
103:24,25
104:3,6 123:10
134:18 143:18

**gassed** 103:10

**gassing** 65:20
103:8

**gate** 99:2

**gave** 21:9
56:12 107:25
151:14,15

**gear** 68:21
74:9,19 92:15
109:5,6,10,12,
24

**general** 21:2
22:13 67:24
134:10,13
138:18 143:10

**generally** 10:9
13:18 133:16

**generic** 129:5

**George** 115:7
118:9,19 119:4,
10 121:9,19
127:21 131:12
138:14,15,23
139:10 140:20
141:10,18,24

**give** 7:18 9:16
14:3 27:2 29:11
39:13,18 43:20
55:13,14 56:15,
17 57:1 104:25
105:6 106:24
118:13 120:10
129:10 130:14
136:22 140:1
144:23 146:25
149:17,21
151:11 154:3

**giving** 39:9

**glance** 158:22

**glanced** 15:24

**glare** 88:24

**good** 30:2
35:15 115:22
144:23 148:7

**grab** 38:13
125:19 127:24
128:8

**grade** 56:11
139:18

**graduated**
42:12

**graduation**
42:12,14

**graphic** 133:4,
15 136:4

**grass** 46:9
48:7

**gray** 135:10
137:4,18
138:11

**great** 29:5 67:8
76:8 106:2
107:19 151:6
160:4,9

**green** 79:16,
17,23,24 80:1
87:11,16,17
93:2 94:6,10,
15,16,24

**ground** 14:5
77:25 123:8,13

**grounds** 47:22
54:16

**group** 9:14
31:3 36:16
48:23 52:1 55:1
65:8 68:20
82:22,25 99:23
130:6 143:3

**groups** 82:21

**Gs** 89:6 94:11

**guarantee**
158:18

**guard** 126:12

**guess** 9:4 12:9
19:12 35:10
36:21 37:13
48:17 51:5 61:3
96:13 109:10
115:9 121:15
130:17 134:8,
12 135:17
138:12 141:8,
12 142:13
148:25 151:19

**guessing** 12:1

**guidance** 37:1

**gun** 22:19
23:10,13,14,15
27:16,20 28:1,5
37:19,20 38:18
39:1,10 79:12
105:15,18
120:2,16 121:8,
11,14,17 122:2,
6 127:17
154:10

**guns** 45:8
72:23 73:23

**guy** 71:2 84:16
90:22 93:5,8
96:23 145:12
148:23 153:19
158:24

**guys** 79:23
84:17

——— H ———

**ha** 68:13

**hair** 81:6,22
82:9,10,12
87:3,4,5

**hand** 7:15 69:9
71:14 76:2
113:11 146:21

**handle** 126:8

**handled** 126:6

**hands** 70:10,
12,23 71:4
72:15 73:7
74:21 75:15,22
76:2,4,8,9,10,
18 86:25
124:14 128:1
129:4 148:5
155:19 158:21,
22

**happen** 25:8
27:1 32:15 49:1
63:4,9 69:24
100:19 106:8,9,
17 114:8
117:17 150:21

**guessing** 12:1

**guidance** 37:1

151:22 152:24
154:18

**happened**
75:2 77:5 85:3
100:3,5 101:9
106:20 117:15
129:20 134:10
137:21 157:1

**happening**
24:9 47:6 63:7,
8 114:7 117:14,
24 156:19

**happy** 14:11

**hard** 27:8
32:14 46:17
47:5 79:8 82:16
124:20 129:23

**harder** 46:22

**harm** 32:24
37:23 136:6
144:4

**head** 79:12
124:1

**headed** 123:16

**hear** 12:14
14:10,22 17:2,
3,6,7 39:12,14
56:7 57:1 58:15
92:8 103:11,21
110:16,24
112:4 135:8
139:13 140:2,
23 143:2,4,25
144:7 149:4,5

**heard** 77:13
103:17 112:6
139:8,25 140:8
141:9,16,19,22
143:4 144:9,10

**hearing** 14:20
55:23 142:12,
19

**hearsay**
139:20

**Heather** 82:2,7

**held** 11:22

**helicopter**
153:10

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

helmet 82:14
83:6,14,17
89:5,11,13
94:5,12 95:2,3
148:23

helmets 83:22
84:22 89:7
94:11

helps 130:11

hey 31:6
118:16 126:20
143:13 157:1

hide 68:14
73:21 106:3

highlighted
33:15,16 36:5

hill 32:16 49:12

hit 11:9 23:9
24:10,15,19
25:2,3,10,12,
16,24 28:9
32:7,12,17
45:17 49:13
59:18 97:25
122:7 123:21
124:8,9,10
127:25

hitting 23:7
28:7 32:17
45:15 46:25
103:17,20
122:25 123:1,9

hold 7:3 11:4
16:19 36:20
90:18 106:22
129:7

Hollie 6:24

honest 67:5

honestly 8:18,
20 9:2 21:12
45:2 57:5 60:23
61:10

hostage 37:3,
14

hour 61:7

hours 21:11
26:14 28:22
31:2 35:18

57:17 58:3,5
60:2,24 61:2
69:1 96:13,16,
19 114:18,21
125:15 126:2
127:12

huge 86:11
130:6

Hughes 19:24

hundreds
47:14 71:23

hurt 36:19
130:7 159:1

hypothetically
67:25 75:16

___

**I**

IARD 36:6,9

ID 7:6

idea 78:1,22

identified 71:9

identify 79:8
82:15,20,21,25
85:2 88:18
89:24 92:5
94:17 108:17
113:22 124:19
125:19,22
127:18 130:2,
12

identifying
108:3

IED 25:12,16
26:6,18

IEDS 11:10
24:11,19 50:18

ignore 149:17
150:6 152:1

ignoring
152:25

immediately
20:22

implement
128:20

implying 89:10

important 26:7
27:3 106:10
122:3,5 144:25

inaccurate
73:8

inappropriate
136:23 141:17
156:5,11

inappropriately
154:16

incidence
129:12

incident 26:10
49:7 55:19
59:6,22 86:11
101:25 142:4
143:12

incidents
11:14

including
69:16 134:3
135:1

inconsistent
23:25

incorrect
72:25

independent
108:5

indic 13:4

indiscriminate
52:5

indiscriminately
39:2

individual
113:4 116:9
121:18 122:21,
22 134:19
136:10 146:2
147:12,13,18
148:4,13,14
153:5,17

individuals
32:4,8 49:19
122:7

inexplicable
12:11

info 29:17

information
9:14 22:21
139:6

initially 98:12
146:22

injured 77:6
126:4 128:9
140:15,16

injuries 125:16

injury 150:12

inside 53:2

insignia 13:6

instance 55:16
63:2 123:6
129:2 137:10

instances 57:6
83:3 137:8

instruction
21:16

intel 61:17

intended 123:1

intends 154:11

intentional
27:12 128:25

inter 155:24

interacting
29:2

interactions
67:17

intermittently
50:23

internal 9:22
104:17 139:1

International
8:10

interpretation
137:20

interrupt 14:22

intersection
31:14,21 51:8
58:8 64:13 65:1
66:3 67:1,11
80:1 98:6

103:19 145:13

intimidation
133:9

investigated
104:17 139:14,
15

investigating
139:9

involved 8:22
9:10,12 11:4,7
79:22 139:17

involvement
9:19 14:8

involving
105:19

irregardless
149:15

irritant 54:11

irritate 27:24
53:5

irritated 38:1

island 115:10

issue 91:10
149:19 152:11
154:1,19

issued 55:12
151:2

___

**J**

J-O-H-N 8:6

jacket 145:18

jail 125:20
128:5

job 29:1 98:14
106:8,9,16,19
139:21,22

John 6:8 7:5,9
8:5 30:3 33:17

joined 35:23
74:14

Jossi 82:2,7

juggle 16:8

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

July 35:24

June 142:1,3

justifiable 27:15,19

justification 74:21

justifies 39:6

justify 135:16 136:12 137:13

_____

**K**

keeping 34:24 98:17

Keith 111:12, 13

kick 58:24

kind 21:15 33:7 40:11 41:23 50:15 56:15 77:24 78:2 86:16 89:2 115:10 116:1 129:17 133:5 139:2 141:14 159:11

kinds 53:17 72:4 77:3

knew 81:14 103:15 127:25

knife 38:6,7,12 154:8,11

knowing 61:21 113:20 116:4

knowledge 61:17

_____

**L**

language 153:24

laptop 17:10, 14

large 11:11 18:23 24:20 31:3 45:14,20

46:20 47:7 48:23 55:1 56:23 69:20

lasted 59:23

launch 24:20 55:15

launched 55:16

launcher 22:16,25 23:20 49:7

law 128:3 137:6,12,15

lawful 74:21

lawn 47:9

lawsuit 9:6,14

lawsuits 8:22 9:10

lawyer 10:11 33:14

lawyers 10:11, 12

lead 126:16

leadership 142:4

Leah 6:4 17:16

learn 36:18

leave 27:12 38:2 55:4 62:13 66:4,15,21,24 113:16 114:16 117:15

leaving 66:25 114:24 117:4

left 46:19 49:11 59:15 67:6,9 74:4 78:23 85:16 97:24 102:22 103:12 110:13 112:22 114:17 137:19, 20

legal 8:19

less-lethal 32:3 67:11

124:5 127:16 133:20 134:5, 20 135:3 136:13,24 142:7 152:7

let alone 122:21

lethal 21:17 38:14

level 26:13 125:23 126:10 133:14,18

levels 135:20

liar 73:20

license 7:3

lies 124:21

lieutenants 143:12

life 68:15 114:11,14 118:17

lift 113:11

light 147:24

lighter 45:24

lights 93:6

limited 118:17

Lincoln 31:1, 15 44:13 58:8 64:14 69:10,12 153:10

listed 36:7 43:14 135:12, 16 138:11

listen 103:21 112:1

listening 150:17

Lives 6:9,21

Liz 31:6

load 130:20

located 8:11

location 6:15 63:21 102:4

log 16:22 60:24

logging 17:5

Lombardi 19:25 86:1,6

long 11:18 18:15 21:4,11 28:22 29:4 59:4,7,14,25 60:16,24 61:2 77:7 81:22 82:8,10 87:3,5 101:16 105:21 106:5 123:15 131:23 151:4 154:3

longer 12:5 66:3 113:15

looked 15:19 17:23,25 18:1,3 74:16 107:14 112:9 116:2 132:2

loses 38:12

lost 133:21

lot 11:4 16:7 21:12 26:2 36:13 40:12 44:19 45:16 47:16 50:6 51:14,22 55:2 56:21,23 59:5 63:8 83:25 98:25 99:1 101:6 105:5 106:16 112:7 114:25 121:21 124:17 126:11 129:14,16 135:13,14 137:4,18

lots 41:22 53:21 63:1 130:6 138:8 152:13

loud 25:1 39:15

lower 131:8

_____

**M**

made 75:1 125:23

maintain 29:3 31:22

make 49:1 115:16 122:5 128:20 135:17 141:16 157:24

makes 53:4 54:9 113:21 115:20 135:17 157:5

making 67:23 120:24 134:25

male 148:20

man 72:23 73:22 74:1,18 75:7,10 132:22 151:11 154:14 156:18,23 158:14,20,21

man's 150:8

management 35:3 40:20

manner 91:13 149:23 153:6

manual 21:20 119:25 131:7, 11 132:3,6,9,17 138:3

mark 145:9 148:4

marked 133:3

mask 54:8,9 88:25 89:2,16

mass 119:16, 18 121:8,18

match 90:1

matches 136:4

matter 6:8,9,21 94:23 127:13 139:25

matters 9:20,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

23

**Mcnulty** 6:22
7:12 159:6
160:8,9

**means** 36:13
87:6 89:6

**meetings**
16:13

**member** 116:5

**membranes**
53:5

**memorize**
15:23

**memory** 21:2

**mentally** 11:15

**mentioned**
17:22 78:25
114:10

**mess** 38:9

**message**
143:21

**messaging**
141:9,13

**messed** 75:8
112:12

**met** 93:8

**Metro** 37:15
79:20 83:2
87:12,16 93:5,8

**Michael** 6:23

**middle** 61:6
103:19 138:9

**mill** 140:4

**mind** 117:25
130:22 151:17

**mindful**
143:15,19

**mindset**
154:14

**mine** 108:4
114:22,24

**minimize**
36:19

**minute** 64:17
75:25 77:10
81:5 88:15
111:1 130:23
144:23

**minutes** 78:13

**misconduct**
9:7

**missed** 128:25

**moment** 43:17,
20 61:20 70:25
71:1 72:2 80:12
112:20 117:22
127:6 130:20,
21 146:4,6,8,20

**month** 19:13
34:15

**months** 12:9
13:11 35:25
141:8

**morning**
143:11

**mornings** 61:6

**mortars** 24:20

**move** 28:6
63:10,16
106:18,19
123:23 141:5

**moved** 59:5
60:19

**moving** 63:12
110:7 129:16

**mucus** 38:1
53:5

**muffled** 112:7

**mul** 36:21

**multiple** 36:22
80:4 121:14

**munitions**
124:5 127:16
133:20 134:5
135:3 142:7
152:8

**mute** 12:13
15:4

**muzzle** 73:1,3

**N**

**named** 88:10
111:9

**narrative**
30:10

**nature** 105:16
125:21 142:11

**nece** 147:21

**necessarily**
26:10 52:7
147:21

**needed** 62:14
101:19 126:17
142:5,10

**neutral** 123:16

**night** 61:6
111:16

**nightly** 98:15
100:3,5

**nighttime**
20:12

**noise** 14:14

**non-
compliance**
133:9

**normal** 12:22,
24 125:17

**northeast**
44:13

**notice** 110:6

**noticed** 159:19

**notified** 132:10

**number** 6:13
39:23 47:8 79:9
112:17 131:9
144:17

**numbered**
107:19 111:4

**numerous**
11:13 24:17
25:6 68:16
91:12

**O**

**oath** 9:19 10:15

**object** 24:15
77:14,24
136:25

**Objection**
22:4,10 23:4
26:8 27:17
47:12 48:9,16
52:19 53:25
54:23 56:1
59:11 66:16
68:9 73:14
77:21 78:6
83:19 91:6,22
101:1 114:4
117:11 118:21
120:4 123:3
128:15 129:21
134:6 135:6
136:25 139:11
143:23 146:18
147:16,20
148:8,16
150:14 151:13
152:6,9 155:10
156:7 157:9

**objects** 24:17,
18 25:6 28:10
37:23 38:3
45:14,21 46:13
47:19 55:2
56:24 143:14,
16,20 158:19

**observing**
61:18

**occasion** 23:2

**occurred** 14:8

**occurring**
135:15

**odd** 14:23

**offense** 27:3

**office** 10:9,10
12:12

**officer** 16:1
18:3 23:24
62:5,8,20 63:14
74:5 75:4 78:3,

22 80:18,19
81:5,10,13,20,
23 82:13,23
83:16 84:8,15
85:13 87:2,11,
12,22,23,25
88:10,16 90:5,
21 91:1,10,16,
19 92:8 93:2,18
94:3,15,20 95:7
107:10 108:18
112:4,21 116:2,
4,18 117:19
122:23 125:9
129:18 133:20
134:17 144:18,
20,22 147:25
149:10,19
150:18 151:11,
19 152:2,20,21
153:25 154:1,7,
17,19,24 155:7
160:11

**officer's** 17:24
25:13,18,23
134:3 135:1
136:9 149:14
152:7

**officers** 13:20
24:3,7,14 28:9
31:20 34:16,20
36:16 44:19
45:9,12 46:13,
15 47:18,23
48:6,22 49:1,22
51:11,13,20,21,
24 52:2 65:2,8,
19,25 68:6,20
69:15 74:11,16,
17 79:1,2,16,17
81:25 82:22
83:24 84:1
89:21 91:12
96:10 97:23
102:3,6,10
103:8 109:2
111:7 114:22
116:19 118:7
119:1,7,8
122:15 124:3
138:13,18,19,
22 139:9,23
140:6,19
141:17 142:5
143:3,22 149:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021

173

152:4 153:5
154:13 155:3
156:12 157:7,
17

**officers'**
149:18

**offices** 8:13

**one's** 154:7

**ongoing**
124:25 126:1

**open** 137:20

**opening**
110:13

**operations**
21:20 131:7,11
132:3,6

**operative**
122:10 123:25
131:11

**operator** 33:24

**opinion** 150:7
154:4

**opposed** 39:3

**ops** 119:25
132:16 138:3

**order** 31:22
39:23 56:18
127:11 151:3

**ordered** 91:9,
16

**orders** 13:19
39:13 55:5,12,
14,23 56:13
57:1

**ordinary** 124:3

**orient** 20:7

**original** 159:20

**OUCH** 25:15

**overt** 136:17
150:9

—————

**P**

—————

**p.m.** 6:6 20:13

55:22 57:17
58:11 64:11
65:18 66:8,14
69:2 160:19

**package** 109:8

**packed** 62:21

**packing** 114:2

**pages** 131:18,
20

**pan** 66:19
74:16

**pandemic** 10:8

**panned** 74:17

**pants** 145:19
148:17

**paragraph**
29:18,20

**park** 45:13
47:9,22 48:7

**parking** 44:19
45:16 51:14,22

**part** 9:3 18:14
29:20,21 35:7
43:11 79:11
83:12 121:21
122:21 124:12,
20 139:19
140:3 156:13

**parties** 7:8

**partner** 111:15

**parts** 11:11

**party** 38:7

**pass** 13:20

**passages**
27:24

**passed** 33:14,
20,24

**passive** 133:9

**past** 11:9

**patch** 89:11
95:5

**Patrick** 6:20

**patrol** 12:18

13:24 64:10
112:17

**patrolman**
11:23,25

**patrolmen**
139:3

**patted** 154:7

**pause** 44:12
50:12 64:24
66:14 71:8
145:8

**paused** 43:25
46:4 72:13
78:21 80:14
91:1 92:17 94:2
97:2 103:7
104:5

**pausing** 45:7
65:17 69:15

**pay** 56:11
85:13 139:18
141:7

**paying** 57:4
66:10 80:5
109:10 158:17

**PD** 84:4

**peace** 29:3
31:22

**peaceful** 29:4,
7 60:8 101:6
158:25

**peacefully**
29:4 31:23 32:1
60:10 150:5

**pending** 6:10,
12 15:15

**people** 28:11
29:8 31:24,25
36:19 37:22,23
39:5,9 46:11,20
47:14,16,17,19,
21 48:19,23
49:4,12,16,25
50:2,5 53:5
55:1,2,15,23
56:23 66:19
68:16 69:18,20
71:23 72:3,7,22

73:23,25 74:2
75:10 77:3 79:6
80:4 97:21
98:21 99:1
100:7 103:19
123:20,22
124:15 125:18,
22 126:12
128:5,7 129:8
130:6,7,14
138:8 139:14
144:3 150:5
152:16 156:17,
21 157:4
158:20 159:1

**pepper** 21:21
52:25 53:1
65:21 72:5,6
91:14 134:18
150:19 151:8,
12 152:12

**Pepperball**
22:19,22 23:10,
13,14,15 27:16,
19,23 28:1,4
33:19 34:21
36:6,23,25
37:1,11,19,20,
24,25 38:9,18
39:1,7,10,24
40:5 45:7,8
47:1 53:2,3,4,8
56:20 59:19
69:17 72:6,22
73:23 74:22
76:21,23,24
79:12 103:11,
23 120:2,16
121:6,8,11,14,
17 122:2,6,10
123:12 124:9
127:17 130:1
131:22 134:17
137:13 143:18
148:6 150:3
155:20

**Pepperballing**
66:9 69:16
103:8

**Pepperballs**
49:22 54:7
65:21 74:6
76:16 97:3
123:8 156:5

**peripheries**
51:11

**permitted**
134:20

**person** 10:9
26:21 38:18
39:3 47:25
70:9,12,18,20
71:3,9,13,19
72:10,14 73:7
74:20,22 75:14
76:10 86:24,25
88:18 89:25
97:9,11 105:15
108:20,23
110:7,8 127:25
128:1,8 129:4
130:2,11
150:12 155:18
156:2,5

**personally** 9:4
11:15,17 21:10
53:20 95:8
117:13 124:22
126:9 142:11

**pertinent**
29:17

**phonetic** 19:25
84:10

**physical**
134:2,25

**physically**
11:16 27:7 33:1

**pick** 49:2
101:16 116:17

**picture** 43:24
89:15 148:12

**piece** 83:9
89:22 108:25
115:4

**pieces** 42:23
45:22 50:4

**place** 56:22
127:10 149:18

**plainly** 157:8

**plaintiff** 6:22
9:13



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

plaintiff's 6:17

plaintiffs 6:19

play 44:9 46:2
49:20 50:7
57:20 64:17,21
69:2,14 77:9
80:11 85:7
86:18 88:17
90:10,24 91:24
93:23 96:22
103:2 112:8

played 52:3

playing 43:23
44:11 45:3,6
46:3 50:8,11
58:13 61:25
62:1,4 64:20
65:12,16 66:6
69:5 71:6 72:9
78:18,20 85:10
86:21 88:19
90:13,20,25
92:1,7,14 94:1
95:10,12 97:1
98:8 103:5,6
104:4 109:21
110:11 111:25
113:14 145:7
146:14 147:15
149:2 153:14
154:20,22

plead 151:25

po 13:25

point 9:15
37:15 48:5,17,
20 55:18 66:22
67:7 71:12
75:23 78:17
85:2 98:16,25
112:24 117:25
118:11,14
121:1 126:2,17
127:8 128:2,4,
18 138:7 140:9
141:2 153:15
154:5 155:1
158:25 159:3

pointed 119:19

pointing 44:15
131:19

points 99:10

police 8:8 9:20
11:18,22 14:16,
18 20:9 23:24
24:3 26:14
54:14 70:8
74:10 78:3,8
92:19 93:3
119:22 141:16,
17 151:19
152:20 157:12,
16

policed 14:1
20:19 22:7

policies 12:21
118:8

policing 14:9

policy 22:3,9
23:18,21,25
24:4 91:4,8,13,
18 117:8
119:24 120:1
127:13,22
128:10,13
129:1 132:25
134:4,20,21
135:4,5 137:17
146:9,17 153:1

ponytail 81:8

port 17:15

Porter 6:20

portion 40:7
147:4

posed 124:17

position 8:7
11:22 12:14
129:20 158:16
159:3

positions
142:5

positive 12:2
31:17 83:21,23
115:14

possibilities
52:18

powder 123:11

Powerdms

132:12,15

practical 37:9

practice 144:2

preparation
15:17 16:14

prepare 124:4,
11,22 125:8
126:14 127:15

prepared
129:17

preparing 16:9
126:23

present 7:8
10:11,13 33:10
55:14 150:10

press 152:2

pressing
152:22

pretty 35:15
114:25 137:2,3
141:1

prevent 134:2
135:1 136:9

previous
113:7

primary 38:20

print 33:7

pro 99:15 129:8

problem 10:24
21:9 67:19
73:17 106:15,
18 115:2
117:21 124:13
154:5

problems
16:24 29:6 60:7
61:19 124:17

procedures
12:21

proceed
151:21

proceedings
6:1 8:19

produced 30:8
44:4 64:9

107:16 108:11
112:16,17
153:10

profile 79:6,10

projectiles
72:8

promoted
12:2,3

proper 119:15

properly
121:11

protect 129:8

protest 19:3,6,
10 20:9 24:16
28:5,19 29:1,4,
6 32:1 60:8,10
121:11 125:3
137:22

protested
31:23

protester 23:8
50:20 75:17
134:1,5,25
135:2 136:20,
24

protesters
21:3,18 22:2
23:2,5 28:14,15
29:2 31:3 39:15
46:8 47:8 49:23
53:13,15,23
54:14 55:6,17
57:1 67:12
70:6,7 78:4
99:16,23
100:20 101:5,
12,24 102:7
122:16 126:11
142:7 143:14,
16,20 159:1

protesters'
28:5

protesting
29:5 47:21
150:6

protests 14:1,
7 18:23 19:16,
20 20:2,7,19,22
22:2,8 23:21,24

24:3 28:15
30:23 37:21
79:7 115:7
118:9,20 119:4,
10,16,18 121:8,
9,19 124:23,25
127:21 129:19
131:12 134:11
138:14,16,24
139:10 140:21
141:11,18,24

provide 40:14

provided
35:17

psychological
133:8

pull 29:10 33:3
57:9 87:19
89:15 90:2 98:1
107:15 111:1
150:22 154:8

pulled 81:8

pulling 43:19

punch 150:22

purposefully
129:11

purposely
46:21 59:15

purposes
127:21

push 27:22
29:15 31:25
48:21,24 72:7
99:7 156:22

pushed 99:10,
15

pushing 98:17
99:11 101:12

put 15:2 24:21,
24 26:13,24,25
27:3,7,11,23
40:24 41:6,14
43:10 95:4
120:23 125:19
128:1,5 129:3
132:15,16
140:19 151:9
158:16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

putting 154:13

## Q

qualifying
142:14

quantify
114:13

quasi-
supervisor
13:21

question 12:13
14:10 15:10,12,
15 22:6,14 45:4
50:8 75:13
77:10 85:8
93:24 99:20
115:22 125:2
134:9 138:20
141:15 144:23
155:14 157:10
159:10

questioned
9:19,23

questioning
10:12

questions
14:7 44:7 57:7,
21 61:25 64:18
65:15 67:21
69:3 86:19
90:11 103:3
106:2 107:6,11
121:7 129:14
155:12,13
159:4,7

quick 31:7
63:22

quickly 36:20
114:25 156:19

quiet 14:18

## R

radio 12:19
14:13,16

radios 14:19

raise 7:15

randomly 50:4

range 122:10,
13,14 123:22,
25 154:12

rapid 36:10,15

RBJ 6:14

react 24:23

reaction
154:18

reactivate
117:9

read 33:12
93:11 132:18
133:6 160:12,
15,17

reading 30:14,
21

reads 111:23

ready 7:14
62:13 63:16

real 56:24 60:7
135:10

realistic 36:17
106:21

realize 14:4

realized 114:1
117:10

reason 38:4
54:21 63:10,19
76:14 78:5 97:5
108:14 138:6
140:7

reasoning
115:19

reasons 125:9

rec 42:19 143:1

recall 9:2,25
10:24 11:1
13:25 17:25
18:2,25 20:8,18
21:4,8,13,15
22:25 23:6
25:25 26:18
28:21,22 30:20,
25 31:13,18
32:12 34:7,12

38:19,23 42:16
44:23 49:8
51:21 55:19,22
56:4,5,11 57:3
59:2 60:16,21,
22 61:12 67:5,7
69:11 71:18,19,
22 72:1 79:25
82:8 83:9 86:3
88:13 96:2,4
98:6,10 100:2
104:22 105:21
112:18 116:13
118:12,16,23,
24 119:5,6,11,
13,14 121:9,20
122:1,16 142:8,
9,10,12,18
143:5,25

receive 34:21
119:18,20
122:22

received 18:8,
12,25 34:3,11,
18 35:2 36:2,25
40:19 41:17,18
42:24,25 43:7
96:7

receiving 21:5,
15 110:8
119:14 121:17

recharge
59:24 115:3

recognize
132:24 133:8,
15 147:12,18
153:15 158:17

recollection
10:17 21:5 25:9
28:3,17,25
30:22 45:10
49:21 59:6
60:18 62:15
66:25 71:18
73:6 74:15
108:6 116:9
118:6 121:16
126:22,25
127:9 130:4,9
133:24 142:20
143:2,21
144:11

record 6:3 7:3
8:4 17:15,17,
18,19 30:5
31:7,9,10 33:8
35:16 40:24
41:6 44:2 63:25
64:2,3 67:17
96:13,16 100:9
104:23 105:7
106:1,23 107:1,
3,4 109:19
130:22,24
131:1,2,8 133:2
160:18

recording
156:15

records 33:9
34:25 35:4
100:5 104:23
119:20

recover 53:19

recruit 18:14
36:2

red 82:13,16,18
83:6,8,10,11,
13,16,22 84:2,
5,6,12,13,22
85:20,21,23
87:6,8,10
88:21,23,25
89:3,11,14,16,
17 94:3,6,16,
21,24 95:5,6
109:1

REDIRECT
155:15

refer 38:24

reference
121:13

referring 98:19

reflected
40:21

reflective
82:24

reflects 34:2

refresh 30:21
45:10 116:8

refresher 40:7,

15 41:24

refused
149:11,24

Reidy 6:20
7:10 14:21 15:1
107:9 130:20
131:4 155:11
159:23,25

reiterated
144:7

related 141:10

relating 14:7

released 54:12
55:25 61:8

remember
8:20 9:1,13
10:18,21,22
11:11 13:9,10,
13 16:5,11
18:6,17 19:13
20:20,21,25
21:1,14,23
22:23 25:10,22
26:1 30:24
34:14 41:21
42:11,14,19,20,
22 49:10,17,20
51:18 56:12
61:1,5,9,16
71:25 80:3
82:5,10 88:14
105:2 106:3,4,
5,11 108:7,8
122:11,13
124:2 126:19,
21 129:15
142:16,19,21
145:2 155:17
157:14

remotely 10:6

repeat 14:11
16:15

rephrase
14:10

report 18:4
30:6,21 32:2
124:4,11,18,23
125:8 126:14,
24 127:15
129:5,17 130:3

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

176

156:11

**reported** 25:14

**reporter** 6:3,5
7:1,7,13,17,22,
25 17:17,19
31:10 63:25
64:3 107:1,4
130:24 131:2
159:8,11,15,19,
23 160:1,5,8,
11,17

**reporter's**
10:10,14

**reports** 16:1
125:25

**represent**
111:5

**representing**
108:10

**reread** 132:5

**rescue** 85:3

**reset** 119:25

**resistance**
121:3,4 133:9,
12,19,21
135:11 136:3,
20 137:11

**respect** 39:9
115:7

**respond** 68:1
133:20

**response**
36:15 92:9

**responsibilitie
s** 13:17

**restate** 22:14

**restore** 127:11

**restraint**
142:6,10

**retread** 107:13

**review** 15:17
16:1,4 30:16
100:5

**reviewed** 16:3,
4 30:18,19

56:6,9,25

**rewind** 45:23
90:23 92:11

**right-hand**
57:16 131:9

**riot** 134:11
137:22

**riots** 11:9
18:23 37:21
39:14

**rise** 136:8

**risk** 151:9

**rock** 32:25
103:18 158:24

**rockets** 25:5

**rocks** 11:10
25:3 27:21 31:5
32:5,16 45:14,
18,19,21 46:12,
20,24 47:4
48:2,13,19,20
49:12,19 50:3
54:6 55:2 56:23
69:20 72:3
74:2,3 75:10
77:3,5,6 97:25
103:13,16,18,
20 143:14,16,
20 156:17,20
157:4

**roof** 103:14

**room** 8:14
10:10 14:19

**roped** 140:4

**roster** 88:13

**roughly** 11:24
13:12

**rounds** 32:4

**RTD** 44:14
51:23

**ruin** 102:22

**rules** 14:5

**rumor** 139:25
140:4

**rumors**

139:13,20

**run** 26:15

**running**
114:17

———————

**S**

———————

**S-A-M-P-S-O-
N** 8:6

**safe** 24:6 49:2
51:11 150:5,6

**safely** 49:1

**safer** 49:3

**safety** 91:10
149:14,19
151:9 154:1,19

**Sampson** 6:8
7:2,5,9,14 8:3,5
16:21 30:3
33:17 107:10
131:5 160:12

**Sampson's**
7:23

**Saturday** 58:9

**scenarios**
36:17 121:15,
23

**scene** 79:1,17

**Scott** 19:24

**screen** 57:12
85:17 90:14
147:25

**scroll** 29:25
30:10 39:22
42:5

**sec** 85:11

**seconds** 57:22
58:14,24 62:3
69:7,15 94:2
96:22 103:3

**secret** 43:13
105:8 106:23

**section** 30:11
132:19,24
135:23

**sections**
132:7,17

**seek** 118:25

**sense** 113:21
135:17,18
144:6 152:23
153:2 157:25

**sergeant** 13:6,
20,22,23 19:15
20:1 25:14
31:13 85:4,14,
22 86:3,10
87:24 88:1,2,14
92:2,5,9,23
93:15 149:20

**sergeant's**
92:9

**sergeants**
86:5

**set** 53:23

**share** 93:17

**sharing** 131:6

**Sharp** 6:4

**sheet** 60:24

**sheets** 96:3,5,
6,7,8

**Shield** 109:7

**shift** 19:18
60:22 111:17

**shirt** 79:10
145:19 148:20

**shoot** 23:8,13
27:15,22 37:24
38:18,19,21
49:6 53:3
72:19,22,23,24
73:2,5,6,22,25
75:5,7,11,12
76:16,18
105:15,17
123:12 133:21
156:21

**shooter** 36:14
37:14

**shooting** 25:4
39:3 48:14
49:22,25 50:1,

2,5 72:2 73:2,
24 74:21 76:25
122:16 123:20
156:4

**shootings**
11:14

**short** 50:24
82:12 147:2

**shorts** 70:12,
14,20

**shot** 22:17
28:1,4 38:23
49:13 55:24
72:17,19,23
73:10 74:3
75:4,8 76:20,
22,24 89:17
97:3 105:18
129:25 145:23
147:13,19
148:6 149:4,6,
9,16 150:2
151:6 154:15
155:19 156:2,
19,23 158:11

**should've**
102:2,10,12

**shoulder** 13:2
79:13

**show** 18:6
22:22 25:20,25
43:16 44:6
60:24 61:11
64:6 67:7,21
68:6,7,13,17
83:25 96:10
130:18 144:12
147:2 148:12
153:6 155:6

**showed** 78:16
97:6

**showing** 30:5
33:7,8 35:12
39:21 42:1,21
45:19 57:14
59:2,3 68:20,24
71:25 75:25
80:17 87:21
88:15 90:4
93:18 98:4
113:21 116:14

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

156:23 158:10

**shown** 43:2

**shows** 68:18

**shrapnel** 24:24

**shut** 14:19 63:11,13 110:24 117:2,3, 6,14 147:24

**shutting** 117:19

**side** 45:18,20 79:10 84:1 85:16 97:17

**sides** 24:9

**sidewalk** 71:10 72:11 75:15,18,19,20 76:11 86:25 155:18

**sign** 160:12

**significantly** 140:17

**signifies** 85:4

**signify** 83:11

**similar** 147:7

**sir** 117:21 120:6 125:5 138:17

**sit** 149:11,13 151:3

**site** 108:4

**sitting** 118:15 147:12 153:19

**situation** 37:3, 11 38:5,15 39:19 117:6 124:14 152:21 153:16

**situations** 136:19 137:21

**skip** 109:18

**skirmish** 20:23 21:3,7 69:10, 11,13

**slow** 17:4

**small** 24:22 29:23 33:7 47:5

**smoke** 45:1 52:12,18,23 53:1,9,11,12, 16,18,23 54:8 104:7,12 143:18

**smoking** 77:25

**snapshot** 46:18

**snippet** 114:7 117:23 118:3 146:3,23

**software** 40:17

**solemnly** 7:17

**somebody's** 28:2

**someone's** 134:14

**something's** 151:21

**sort** 12:7 14:5, 25 21:6 104:12

**sorts** 37:19

**sound** 58:15

**sounded** 62:12

**sounds** 14:15, 24 30:2

**south** 46:5

**southwest** 155:21

**space** 121:18

**spare** 60:6

**sparingly** 60:4

**speak** 24:8,13 25:21 26:3 28:8 47:24 53:21 61:15 75:4 94:18 123:5,18 149:20 150:1 151:5

**speaking**

134:9

**specific** 9:13 14:3 18:11 19:13,21 20:1 28:23 37:2,22 38:4 39:3 49:2, 25 50:5 57:6 61:20 63:2 69:17 73:25 83:3 104:25 118:6,12 120:18 121:16, 20,23,24 123:6 125:22 126:22 135:12 137:9, 10

**specifically** 19:18 21:9 22:13 23:7 25:7 28:8 30:20 32:18 34:15 36:24 38:23 49:21 50:3 51:2,5 54:6 55:13 60:20 61:4 62:23 66:22 71:24 74:1 79:15,25 81:16 82:4 86:7 92:24 93:16 97:20,23 99:1 100:2 106:20 118:4 119:17 120:22 121:13 122:13 123:21, 22 126:19 127:1 134:12 135:16 137:21 138:10,17 141:25 142:9 152:10,19 156:25

**specifics** 21:13 72:1 105:6,20 106:6, 21 130:15

**speculate** 54:4 68:17 70:3 150:21

**speculating** 54:4 84:19

**speculation** 55:9 67:19,21

77:21

**speed** 64:21

**spell** 8:4

**spent** 11:24 12:7 140:17

**spray** 52:25 65:21 72:5,6 90:22 91:2,14 134:18 150:19 151:12 152:12

**sprayed** 151:8 155:8

**spraying** 65:20

**sprays** 149:10

**spreading** 139:20

**spreadsheet** 42:3

**stab** 154:11

**stabbings** 11:14

**staff** 128:20

**staffing** 20:6

**stamp** 64:11 68:25 109:20 111:23

**stamped** 30:7 35:13 111:4

**stand** 21:7 48:14 69:13 151:4

**standard** 134:23

**standing** 20:23,24 21:2 32:15 45:12 54:9 58:19,25 59:4,21 65:2 66:23 68:21 69:10,11 70:9, 18 71:9 73:7 74:4,10,20 75:14,17,18,20 76:11,17 78:22 97:13,14,16,21,

22 108:18 112:21 137:5, 15 138:7 143:3 145:12 146:24 148:5 155:18

**staring** 71:24

**start** 35:22 38:11 69:6,8 103:18

**started** 11:23 20:11 28:7,10, 11 29:7 35:24 60:22 61:2,4,8, 12 117:17 140:16

**starting** 6:16 31:4 44:9 50:10 57:21 62:1,3 90:10 91:24,25 145:4

**starts** 38:11 57:17 114:8

**state** 6:14 7:2 8:4 64:10 112:16 138:18

**stated** 120:7 121:22

**statement** 18:3 25:17,20 26:3,25 27:4,8 30:16 49:9 124:23 125:9 126:3 129:18 130:15

**statements** 16:2 17:24 25:13,18,24 26:1,5 67:24 124:24

**states** 6:12 32:2

**station** 44:14 51:23

**statistics** 154:8

**stay** 66:3 91:9, 11,12 140:9 152:12,15,16

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

stayed 67:10

steel 25:5

stepped 84:18
154:25

stepping
155:6,7

steps 110:13
112:22 113:6

stipulated
7:11 121:5

stood 46:21
154:2

stop 24:13
28:12 29:8
31:24 38:1,3
47:2 72:8 86:22
149:13 151:16,
18

stopped 84:7
86:23 90:21
99:6 140:2

storm 98:16
99:2,16,23
100:23 101:24

street 13:21
45:16 46:9,12
47:8 48:6 49:23
51:22 54:16
55:24 151:19

strict 149:22

strike 119:8

stripe 13:1

stripes 85:4,
14,24 88:17
95:19 96:24

stuff 9:3 11:4,5,
7,14 16:9 20:25
21:21 27:7 35:7
36:15 38:1,25
39:6 41:22,24
51:1 53:17 63:8
72:4 96:3
103:22 105:23
106:22 117:2
119:24 125:21
139:20 140:4,9
141:4 150:1
157:2

sued 8:21,24
9:4

suicidal 38:7

sum 36:12

summer 14:1,8
19:16 28:5,16

super 111:14

superiors
126:16 127:3
144:9

supervisor
19:19 20:5
86:16 151:5

supervisors
19:20,23 21:16

supposed
29:1 39:2,5,18
41:13 67:15,17
115:12 116:20
117:2 119:1,2,9
120:25 124:4,
11,13 126:13
152:11

surround
99:12

surrounding
100:7 122:3

survive 118:1
127:6

suspect 36:20
124:19

sustained
106:11 125:16

swarms 92:4

SWAT 37:15
79:20 87:12,16
93:5,8 116:4,5

swear 7:17

switch 115:5

switched
94:12

———————

T

tac 68:21 74:9,
19 109:22,23,

25

Tack 19:25
86:6

tactics 36:18

takes 11:14,17
58:23

taking 10:14
45:17 56:22
66:15 110:12
113:6 130:20

talk 91:14
119:7 139:3
157:18,22

talked 91:15
127:5 154:2,3
157:21

talking 22:12,
13 26:11 37:10
75:16 86:24
87:24 131:21
136:4,5 137:4,
10 138:11,17,
19 143:7,8
153:21 155:21
158:14

Tana 81:13,23

tape 24:21
82:13,16,18,24
83:4,6,8,10,11,
13,16,22 84:2,
5,6,12,13,16,22
85:2,20,21,24
87:6,8,10 88:21
89:11,14,18,19,
22 94:3,6,10,
16,17,22,24
95:6 108:25

target 39:3,5
54:10 74:1
122:7 123:1
156:21

targeted 74:2

targeting 50:5
144:3

tasked 16:10
29:8

taught 38:19

team 12:7

tear 44:22,24
45:9 52:4,5,8,9,
11,15,24 55:6,
7,11 65:20 66:8
69:25 103:8,10,
24,25 104:3,5
134:18

technical
130:21

technician 6:4

technology
16:24

Telestaff 96:21

telling 61:18
63:14 67:4
73:22 75:6
76:23 84:4,21
96:6 116:14
117:3 126:23
149:12 151:23
152:14

tells 152:23

terms 133:8,11

test 12:3

testified
104:13 110:15
156:18

testify 60:25

testifying
121:9

testimony
7:18 108:19

that'll 15:4

thing 16:10
18:23 24:5 25:1
27:13 39:11
40:11,18 43:9
59:17 61:15
63:1 67:3,6
72:7 73:4 81:19
88:22 94:25
97:15 105:25
107:15 108:24
116:1 120:17
123:5 130:5
132:8 149:19
151:1 156:13,

19 157:22
159:25

things 8:19
11:12 16:7
26:14 28:7,8,9,
12 31:5,24
33:16 36:6,13,
18,22 38:5,14
47:17,22 52:14
53:14,15,21
60:19 73:18
102:23 106:8,9
115:9 117:15,
17,23,24
119:23 120:11
121:21 126:7
128:21,24
130:7,14
132:16 135:12,
14,21 138:8
140:24 144:4
152:13

thinking
120:20 141:25

thought 35:1
59:16 60:7
62:10 78:25
101:19 102:23
109:25 110:21
124:25 148:23

threat 136:17
150:10 158:21

threatened
151:23 152:24

threatening
153:6

threw 48:5
104:8,10

throw 24:22
31:4 50:19,25
54:5 56:19 72:5
104:9

throwing 23:8
24:12 27:21
28:7,10,12
31:24 32:5,16,
25 37:23 38:3
39:6 45:14,19
46:12,21,23
47:4,17,19,22
48:2,12,19,20

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

49:12,19 50:3
55:2,11 56:23
69:20 72:3,4,8
74:2,3 75:10
77:3 78:5
103:13,15,16,
18,20 130:7,14
143:14,16,20
144:4 156:10,
17 157:4
158:24

**thrown** 20:25
25:7 26:6,18
45:21 47:25
52:11 69:25
77:12 78:3,8,10
103:24,25
137:6

**Thursday** 20:8

**time** 6:6 9:16
12:10 13:15,22
15:14 18:15,25
20:10,21 21:1
24:23 27:20
28:4 31:21 34:9
38:5,13 42:10
45:11 48:1,2,
18,24 49:2,7
51:8,14 54:22
56:16 59:24
60:11,13,21,22,
25 61:3,10,14
63:18 64:11
65:1 66:11,12
68:25 71:19
78:5 82:1 90:9
93:21 97:20
100:3,16 101:7
102:18 103:9
105:6 107:7
109:20 111:17,
23 115:1 116:6
118:1,12 124:7
125:25 126:10
127:4 128:21
130:13 131:22,
25 132:2 140:5,
18 142:1 146:9,
20 156:5,15
157:3,15

**times** 9:9,17
18:11 48:1
59:16 63:1,8
69:8,9 71:16

140:15,16
149:24 151:16
152:22 153:4

**timestamp**
57:16 110:5
145:11 148:4

**today** 6:5
15:18 129:14

**told** 21:19 62:8
67:1 84:23 86:5
91:11 112:5
116:9,25
149:13,23
151:15,18,19
152:16,21

**toll** 11:15,17

**Tony** 19:24

**tools** 40:12,14

**top** 29:16 89:22
109:20 124:1

**tops** 114:18

**track** 34:24
35:7,11 43:10

**train** 12:20
34:17 152:4,10

**trained** 36:24
37:18,20 38:17
39:8 122:1

**trainer** 34:12

**training** 18:9,
13,14,16,20,24
19:1,7 32:19
33:9 34:3,9,18,
21 35:3,4 36:2,
3,7,16,24,25
40:15,20,24
41:5,6,17 42:2,
6,17,24 43:3,4,
7 104:23 105:7
115:14 119:14,
19,20,22
121:10,13,17,
21 122:23
124:12 132:15

**trainings**
40:13

**transcript**
159:12,18

160:13

**transferred**
11:25

**trauma** 26:13
27:10 105:5

**traumatic**
11:4,7,10 21:11
27:6,13 67:4
106:16

**tree** 32:14

**trees** 32:14
46:19,24 77:1

**truck** 60:17
62:14,24 63:9,
17,20

**trucks** 20:4

**true** 60:3 72:21

**truth** 7:19,20
18:17 35:6
84:21 87:18
101:22

**turn** 24:24
59:10,16 60:6
61:13 62:9,10,
16,18 67:1
68:4,7 90:16
93:5 100:16
101:21 102:18,
19 112:5,21
116:10,20,24
118:18

**turned** 59:1
60:14 61:19,23
67:12 101:19
102:13 114:2,9
117:16,18

**turning** 113:11

**turns** 66:7

**turtle** 109:5,6,
10,12,24

**two-and-a-half**
12:7 13:11,12

**type** 18:23
24:25 27:10
40:18 59:17
120:17 132:8
133:19 141:3

**types** 133:12

**typical** 130:10

**typically** 56:17
63:4 79:21
87:10

---

**U**

**Uh-huh** 12:24
13:16 35:21
44:16 55:21
71:11 81:9
142:2 145:22
147:6,11

**unacceptable**
152:3

**unclear** 110:20

**understand**
10:13,16 14:9
18:21 27:8,10
37:17 47:5
81:22 95:17
108:19 134:16
137:3 143:13

**understanding**
24:4 134:8

**understood**
15:11

**unfair** 141:15

**uniform** 12:23,
24 93:10 95:9
109:4

**unimportant**
106:13

**unit** 12:6 13:8,
18,21 19:2,5,8,
23 31:20 34:16,
17,20 51:13,17,
18 74:15 80:20,
21,22 81:2,3,15
82:1,2 83:12,18
84:13,15 85:22,
25 87:2,25
88:10 89:9,25
90:7 92:3
93:14,21 94:8,
14,19 95:2,7
96:12 97:22
102:3,6 109:2

111:8,15 116:5
143:3 144:21

**United** 6:12

**units** 74:14

**unlawful** 48:13
70:24 71:4,13,
16,21 73:13

**unnecessarily**
150:2

**updated** 132:9,
17

**updates** 40:18
119:21 132:4,7,
16

**upper** 57:16
128:19

**upset** 150:7,16
152:1,25
153:24 154:15

---

**V**

**vacuum** 27:22

**vague** 68:20
130:3 137:3
141:15

**Valen** 111:9

**Valentine**
111:6,7,10,12,
13,20 116:4,18

**Valentine's**
111:11 112:4
116:2,15,16

**varied** 20:2
86:8

**vehicle** 45:15

**vehicles** 46:25

**verbal** 133:9

**verbatim**
73:22

**version** 159:14

**versus** 6:10

**vest** 82:14
83:14,17 89:18

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of OFFICER JOHN SAMPSON, taken on April 23, 2021

180

95:6 108:25
109:8,22,23,25
110:1

**vests** 84:23
109:12

**video** 6:4 7:24
16:14,16 17:4,8
43:16,22 44:11
45:6 46:3 49:20
50:11 56:6
57:4,10 58:13,
14 59:9 62:3,4
63:23 64:7,9,20
65:16 66:6
68:18,20 69:5
71:6,25 72:9,13
74:7 77:11
78:13,19,20,21
80:11,15 81:4
82:17 84:25
85:10 86:21
87:19 88:19
90:2,13,20,25
92:1,7,14 93:17
94:1 95:12
97:1,6 98:1,8
100:11 101:4,
10,12,14 103:6,
17,21 104:2,4
107:16 109:18,
20,21 110:5,11
111:2,4,23,25
112:8,10,18
113:14,15,20
116:14 119:22
122:15 134:17
144:12,17
145:4,5,7
146:14 147:3,4,
14,15,25 148:3
149:2,7,8 150:9
153:10,14
154:20,22
155:5 156:9,14,
24 157:8,18,23
158:3,4,7,10
159:16,20
160:6

**videoconferen
ce** 6:7

**videos** 15:19
44:4 56:12
57:15 83:25
107:14 109:15

122:19 153:17
155:17

**view** 71:14
79:9 99:12
112:18 137:17
148:13

**Vince** 19:25

**violence**
126:10

**violent** 29:7,9
31:4

_____

**W**

**waist** 46:23

**waive** 160:14

**walk** 11:21

**walking**
143:10 154:23

**Wang** 6:18
7:11,23 8:2
14:24 15:5
16:16,21 17:1,
4,7,11,13,21
31:8,12 53:7
63:22 64:5
106:25 107:6
155:14,16
159:4,12,13,17,
22

**wanted** 91:14
154:4

**war** 100:17

**warning** 39:9
151:11,14,15,
17,18 152:5,15
153:3

**warnings** 55:5,
23

**watch** 56:12
57:3,7 66:2
92:2 104:2
109:17 113:15
146:12

**watched** 62:6
64:16 147:4,14
155:18

**watching**
64:14 78:13
111:22 122:19
153:17

**water** 25:3
38:11

**ways** 115:13
129:24

**weapon** 50:16
52:6 73:1,3
78:2 150:22

**weapons**
21:18 45:11
57:2 67:12

**wear** 79:23
87:14,16
102:19

**wearing** 12:22
74:19 79:7 80:1
88:7 109:6,9
145:18 148:11,
17

**website**
132:14

**week** 30:8

**weird** 109:4

**whatsoever**
119:15

**whoever's**
146:21

**Wi-fi** 17:13

**wind** 123:15

**window** 47:5

**wired** 11:16

**witnessed**
24:2 99:5

**wording**
137:24

**words** 56:8

**wore** 85:2
87:17 90:1
94:25

**work** 15:3
16:25 20:16
111:20 123:23

126:4 129:19
139:1 144:21

**worked** 19:18
28:21 60:23
61:2 96:12
111:15,16,17
123:23 125:15
138:13

**working** 26:14
86:9 96:4
115:11 118:8,
19 138:23
141:21,25
143:8

**works** 38:21
115:9 126:7

**worry** 126:23
139:22

**worst** 102:23

**would've**
10:23 26:17
40:15 54:25
61:23 63:19
99:6 151:1
156:25 159:2

**wrecks** 11:13

**wrist** 25:5

**write** 126:3
138:2,3

**written** 83:8
127:13 137:17

**wrong** 127:9

**wronged** 152:1

**wrote** 26:4
49:9

_____

**Y**

**yards** 122:24

**year** 19:12
34:15

**years** 8:19 9:1
10:23,25 11:1,
2,3,20,24 12:1,
5,7 13:7,11,12
41:23 42:18
105:2,22 126:9

157:13

**yell** 151:4

**yellow** 33:15
36:6

**you-all** 48:7
149:4

**Youssef**
158:10

_____

**Z**

**zone** 100:17

**zoom** 10:6
29:23 33:5,6
70:22 76:7
89:23 112:15



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS