

**From:** +▓▓▓▓▓▓▓▓
**To:** vince.porter@denvergov.org Vince Porter (owner)
**To:** +▓▓▓▓▓▓▓ Ron Thomas
**To:** +▓▓▓▓▓▓▓ Andy Clarry
**To:** +▓▓▓▓▓▓▓ Kim Lovato
**To:** +▓▓▓▓▓▓▓ Kathy Banckroft

FYI. We are assisting intel. We are set up on a car in 1400 Grant/Logan alley. Possible weapons in car. 2 suspects.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| vince.porter@denvergov.org Vince Porter | | 5/29/2020 11:47:04 PM(UTC-6) | |
| +▓▓▓▓▓▓▓ Ron Thomas | | | |
| +▓▓▓▓▓▓▓ Andy Clarry | | | |
| +▓▓▓▓▓▓▓ Kim Lovato | | | |
| +▓▓▓▓▓▓▓ Kathy Banckroft | | | |

**Status:** Read

5/29/2020 11:03:01 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x626389 (Table: message, handle, chat, Size: 14635008 bytes)



**From:** +▓▓▓▓▓▓▓ Kathy Banckroft
**To:** vince.porter@denvergov.org Vince Porter (owner)
**To:** +▓▓▓▓▓▓▓ Ron Thomas
**To:** +▓▓▓▓▓▓▓ Andy Clarry
**To:** +▓▓▓▓▓▓▓ Kim Lovato
**To:** +▓▓▓▓▓▓▓

From DC Thomas

All, couple things:
1. We are working with the City Attorney to extend the curfew order later into the week. Make sure your troops understand this charge is only to be used in relation to protest activity either downtown or elsewhere in the City. 2. Please advise officers to avoid posing comments, photos, etc. on social media. The frustration is understandable, but the way these expressions are being characterized is not helpful to say the least. Though officers may be off-duty in some of these, they can still be held accountable for the impact and image cast on the dept.
Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| vince.porter@denvergov.org Vince Porter | | 6/1/2020 12:16:17 PM(UTC-6) | |
| +▓▓▓▓▓▓▓ Ron Thomas | | | |
| +▓▓▓▓▓▓▓ Andy Clarry | | | |
| +▓▓▓▓▓▓▓ Kim Lovato | | | |
| +▓▓▓▓▓▓▓ | | | |

**Status:** Read

6/1/2020 12:13:59 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x639FAA (Table: message, handle, chat, Size: 14635008 bytes)

EXHIBIT 115                         CONFIDENTIAL
                                    Subject to Protective Order                    DEN013035        10



From: +[redacted] Kim Lovato
To: vince.porter@denvergov.org Vince Porter (owner)
To: +[redacted] Ron Thomas
To: +[redacted] Andy Clarry
To: +[redacted]
To: +[redacted] Kathy Banckroft

Got it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| vince.porter@denvergov.org Vince Porter | | 6/1/2020 12:16:17 PM(UTC-6) | |
| +[redacted] Ron Thomas | | | |
| +[redacted] Andy Clarry | | | |
| +[redacted] | | | |
| +[redacted] Kathy Banckroft | | | |

**Status:** Read

6/1/2020 12:14:54 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x639626 (Table: message, handle, chat, Size: 14635008 bytes)

From: +[redacted]
To: vince.porter@denvergov.org Vince Porter (owner)
To: +[redacted] Ron Thomas
To: +[redacted] Andy Clarry
To: +[redacted] Kim Lovato
To: +[redacted] Kathy Banckroft

Ok.

| Participant | Delivered | Read | Played |
|---|---|---|---|
| vince.porter@denvergov.org Vince Porter | | 6/1/2020 12:16:17 PM(UTC-6) | |
| +[redacted] Ron Thomas | | | |
| +[redacted] Andy Clarry | | | |
| +[redacted] Kim Lovato | | | |
| +[redacted] Kathy Banckroft | | | |

**Status:** Read

6/1/2020 12:15:20 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x639226 (Table: message, handle, chat, Size: 14635008 bytes)





From: +[redacted] Andy Clarry
To: vince.porter@denvergov.org Vince Porter (owner)
To: +[redacted] Ron Thomas
To: +[redacted] Kim Lovato
To: +[redacted]
To: +[redacted] Kathy Banckroft

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| vince.porter@denvergov.org Vince Porter | | 6/1/2020 12:16:17 PM(UTC-6) | |
| +[redacted] Ron Thomas | | | |
| +[redacted] Kim Lovato | | | |
| +[redacted] | | | |
| +[redacted] Kathy Banckroft | | | |

**Status:** Read

6/1/2020 12:15:38 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x63AFAA (Table: message, handle, chat, Size: 14635008 bytes)

From: vince.porter@denvergov.org Vince Porter (owner)
To: +[redacted] Ron Thomas
To: +[redacted] Andy Clarry
To: +[redacted] Kim Lovato
To: +[redacted]
To: +[redacted] Kathy Banckroft

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Ron Thomas | | | |
| +[redacted] Andy Clarry | | | |
| +[redacted] Kim Lovato | | | |
| +[redacted] | | | |
| +[redacted] Kathy Banckroft | | | |

**Status:** Sent

6/1/2020 12:16:57 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x63A9C0 (Table: message, chat, handle, Size: 14635008 bytes)

From: +▮▮▮▮▮ Kathy Banckroft
To: +▮▮▮▮▮ Voicemail (owner)
To: +▮▮▮▮▮ Ron Thomas
To: +▮▮▮▮▮ Andy Clarry
To: +▮▮▮▮▮ Kim Lovato
To: +▮▮▮▮▮
To: vince.porter@denvergov.org Vince Porter (owner)

From DC Thomas:

All, just to reiterate; the city curfew in effect this week begins at 2100. As has occurred previously, everyone will receive an emergency announcement on their cellphone at 2045 as a notification. Please advise all your officers that this curfew ordinance is to be used only for enforcing protest-related behavior regardless of location in the city. Do not let officers cite for curfew just for being out after 2100. Unless they are actively engaged in protest activity, some other charge of justification must be used.
Thanks

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮▮ Voicemail | | 6/2/2020 1:50:03 PM(UTC-6) | |
| +▮▮▮▮▮ Ron Thomas | | | |
| +▮▮▮▮▮ Andy Clarry | | | |
| +▮▮▮▮▮ Kim Lovato | | | |
| +▮▮▮▮▮ vince.porter@denvergov.org Vince Porter | | | |

**Status:** Read

6/2/2020 1:49:42 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x652F77 (Table: message, handle, chat, Size: 14635008 bytes)

From: +▮▮▮▮▮ Kim Lovato
To: +▮▮▮▮▮ Voicemail (owner)
To: +▮▮▮▮▮ Ron Thomas
To: +▮▮▮▮▮ Andy Clarry
To: +▮▮▮▮▮
To: +▮▮▮▮▮ Kathy Banckroft
To: vince.porter@denvergov.org Vince Porter (owner)

Got it

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +▮▮▮▮▮ Voicemail | | 6/2/2020 1:52:28 PM(UTC-6) | |
| +▮▮▮▮▮ Ron Thomas | | | |
| +▮▮▮▮▮ Andy Clarry | | | |
| +▮▮▮▮▮ Kathy Banckroft | | | |
| vince.porter@denvergov.org Vince Porter | | | |

**Status:** Read

6/2/2020 1:52:17 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6524F5 (Table: message, handle, chat, Size: 14635008 bytes)

From: +[redacted]
To: +[redacted] Voicemail (owner)
To: +[redacted] Ron Thomas
To: +[redacted] Andy Clarry
To: +[redacted] Kim Lovato
To: +[redacted] Kathy Banckroft
To: vince.porter@denvergov.org Vince Porter (owner)

Ok

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Voicemail | | 6/2/2020 1:53:20 PM(UTC-6) | |
| +[redacted] Ron Thomas | | | |
| +[redacted] Andy Clarry | | | |
| +[redacted] Kim Lovato | | | |
| +[redacted] Kathy Banckroft | | | |
| vince.porter@denvergov.org Vince Porter | | | |

**Status:** Read

6/2/2020 1:53:10 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x6522D3 (Table: message, handle, chat, Size: 14635008 bytes)

From: +[redacted] Andy Clarry
To: +[redacted] Voicemail (owner)
To: +[redacted] Ron Thomas
To: +[redacted] Kim Lovato
To: +[redacted]
To: +[redacted] Kathy Banckroft
To: vince.porter@denvergov.org Vince Porter (owner)

Roger Wilco over and out

| Participant | Delivered | Read | Played |
|---|---|---|---|
| +[redacted] Voicemail | | 6/2/2020 1:55:50 PM(UTC-6) | |
| +[redacted] Ron Thomas | | | |
| +[redacted] Kim Lovato | | | |
| +[redacted] | | | |
| +[redacted] Kathy Banckroft | | | |
| vince.porter@denvergov.org Vince Porter | | | |

**Status:** Read

6/2/2020 1:55:42 PM(UTC-6)

Source Info:
iPhone/mobile/Library/SMS/sms.db : 0x653F77 (Table: message, handle, chat, Size: 14635008 bytes)



