IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: *June 25, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| BLACK LIVES MATTER 5280 et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br>**Defendants** | *Makeba Rutahindurwa*<br>*Elizabeth Wang*<br>*Andrew McNulty*<br><br><br><br>*Lindsay Jordan* |

**AMENDED COURTROOM MINUTES**

**MOTION HEARING VIA VIDEO TELECONFERENCE**

Court in Session: 9:02 a.m.

Appearance of counsel – all participants appear via video conference.

Argument given on [91] Motion to Certify Class.

**ORDERED:   [91] Motion to Certify Class is TAKEN UNDER ADVISEMENT, written order to issue.**

Court in Recess:  9:47 a.m.          Hearing concluded.          Total time in Court:  00:45