aIN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

### JOINT MOTION FOR EXTENSION OF TIME TO
### DISCLOSE EXPERT REPORTS AND EXTEND DISCOVERY CUT-OFF

---

Now come the Plaintiffs and Defendants, through their respective counsel, and hereby jointly move for an extension of time to disclose their expert reports and extend the discovery cut-off deadline. This proposal would not change the current dispositive motion deadline of November 15, 2021 or affect the March 2022 trial date. In support of their motion, the parties state as follows:

1. The current discovery deadlines are: Plaintiffs' experts due July 12, 2021; Defendants' experts due August 12, 2021; Plaintiffs' rebuttal experts (if any) due September 2, 2021; fact discovery deadline of September 2, 2021; expert discovery deadline of October 3, 2021. Dkt. 102.

2. The parties are still in the process of exchanging written discovery and taking depositions of important fact witnesses. In the last couple weeks, Plaintiffs took the depositions of Chief of Police Paul Pazen, and three lieutenants (Thomas Pine, J.D. Williams, and Vince Porter), all of whom had significant roles in the DPD response to the protests. The deposition transcripts were ordered but not all of them have been received yet. In addition, the City

1

continues to produce documents and videos responsive to Plaintiffs' requests on a rolling basis. For instance, on June 18, the City produced over 1,600 pages of officer statements, and during the last two weeks, the City produced 77 new BWC (body-worn camera) videos and other videos.

3. The parties' experts have been diligently reviewing material produced to date, but they have not yet had an opportunity to consider the recently produced material, which is not merely duplicative of what was produced earlier.

4. Accordingly, the parties respectfully request a 21-day extension of time to disclose their experts and expert reports, so that the expert discovery schedule is adjusted as follows:

- Plaintiffs' experts due August 2, 2021
- Defendants' experts due September 2, 2021
- Plaintiffs' rebuttal experts (if any) due September 23, 2021
- Expert discovery closure on October 22, 2021

5. In addition, the parties request that the current fact discovery deadline of September 2, 2021 be extended to October 4, 2021. The parties have been diligent about pursuing discovery, including both written discovery and scheduling and taking depositions. To date, Plaintiffs have taken 17 depositions (not including one defendant in the *Acker* case), several more depositions have been scheduled, and the Defendants have scheduled or are in the process of scheduling Plaintiffs' depositions.

6. Granting this extension will not cause undue delay or affect the trial date in this case (March 7, 2022). Nor would it affect the dispositive motion deadline, which is November 15, 2021.

WHEREFORE, the parties respectfully request that this Court grant their joint motion and extend the deadlines for expert and fact discovery as set forth above.

Respectfully submitted,

By: s/ Elizabeth Wang
*Counsel for Fitouri Plaintiffs*

| | |
|---|---|
| Makeba Rutahindurwa<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Fl.<br>Chicago, IL 60607<br>O: 312.243.5900<br>makeba@loevy.com<br>*Counsel for Fitouri Plaintiffs* | Elizabeth Wang<br>LOEVY & LOEVY<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>O: 720.328.5642<br>elizabethw@loevy.com |

s/ Lindsay M. Jordan      s/ Patrick C. Reidy
*Counsel for Defendants*     *Counsel for Epps Plaintiffs*

Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
O: (720) 913-3100
lindsay.jordan@denvergov.org

ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Patrick.Reidy@arnoldporter.com

Andrew D. Ringel, Esq.
Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
O: (303) 628-3453
ringela@hallevans.com
*Counsel for the City and County of Denver*
*And the individually named Denver Police Department Officers*

Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
Mollie DiBrell
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100

Denver, Colorado 80202
Telephone: (303) 863-1000
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com
Mollie.DiBrell@arnoldporter.com

Gerardo Mijares-Shafai
Leslie C. Bailey
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Gerardo.Mijares-Shafai@arnoldporter.com
Leslie.Bailey@arnoldporter.com


Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Michael.Sebba@arnoldporter.com
    *Admitted only in New York; not admitted to the practice of law in California.

In cooperation with the American Civil
Liberties Union Foundation of Colorado

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org
*Counsel for Epps Plaintiffs*

4

## Certificate of Service

      I, Elizabeth Wang, an attorney, hereby certify that on July 7, 2021, I served via CM/ECF the foregoing Joint Motion, on all counsel of record.

                                                        s/ Elizabeth Wang
                                                        Counsel for Fitouri Plaintiffs