IN THE UNITED STATES DISTRBETH EPPSICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

_____

## NOTICE OF ENTRY OF APPEARANCE
_____

Kathrine N. Hoffman, Esq., of Hall & Evans, L.L.C., enters her appearance on behalf of Defendants City and County of Denver, Daniel Felkins, David Abeyta, Anthony E. Tak, Paul Pazen, and John Brinkers[1].

Dated and respectfully submitted this 15th day of July 2021.

          *s/ Katherine N. Hoffmanl*       .
          Katherine N. Hoffman, Esq.
          of Hall & Evans, L.L.C.
          1001 17th Street, Suite 300
          Denver, CO 80202
          Phone:  303-628-3300; Fax:  303-628-3368
          hoffmank@hallevans.com

          **ATTORNEYS FOR DEFENDANTS**
          **CITY AND COUNTY OF DENVER, DANIEL**
          **FELKINS, DAVID ABEYTA, ANTHONY E.**
          **TAK, PAUL PAZEN, AND JOHN BRINKERS**

---

[1] Upon information and belief, the Defendant designated "J. LNU" is intended to reference Detective John Brinkers.

**CERTIFICATE OF SERVICE (CM/ECF)**

I HEREBY CERTIFY that on this 15th day of July, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to all parties of record:

*s/Marlene Wilson*, Legal Assistant to
of Hall & Evans, L.L.C.
**ATTORNEYS FOR DEFENDANTS
CITY AND COUNTY OF DENVER,
DANIEL FELKINS, DAVID ABEYTA, ANTHONY
E. TAK, PAUL PAZEN, AND JOHN BRINKERS**