IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge R. Brooke Jackson

Civil Action No. 1:20-cv-01878-RBJ and Consolidated Action No. 1:19-cv-01922-RBJ

ELISABETH EPPS, et al

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al

    Defendants.

## MINUTE ORDER

Entered by Judge R. Brooke Jackson

The Court approves of the parties' proposed joint notice to class members.  See attached.

    Dated this 22nd day of July, 2021