## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

ELISABETH EPPS, *et al.*
Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,
Defendants.

_____

### PLAINTIFFS' UNOPPOSED MOTION TO AMEND CASE CAPTION
_____

Since the date Plaintiffs filed this action, Plaintiff Rothlein legally changed her name to Maya Rothlein. Plaintiffs therefore seek to amend the case caption to reflect this change as shown below:

> Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
>
> ELISABETH EPPS,
> ASHLEE WEDGEWORTH,
> AMANDA BLASINGAME,
> MAYA ROTHLEIN,
> ZACH PACKARD,
> HOLLIS LYMAN,
> CIDNEY FISK, and
> STANFORD SMITH,
> Plaintiffs,
>
> v.
>
> CITY AND COUNTY OF DENVER, *et al.*,
> Defendants.

This motion is unopposed.

Dated: July 22, 2021                           Respectfully submitted,

By: /s/ *Timothy R. Macdonald*
   Attorney for Epps
   Plaintiffs

Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
Mollie DiBrell
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com
Mollie.DiBrell@arnoldporter.com

Gerardo Mijares-Shafai
Leslie C. Bailey
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555
Gerardo.Mijares-Shafai@arnoldporter.com
Leslie.Bailey@arnoldporter.com

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602

Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

Mindy Gorin
ARNOLD & PORTER KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-7832
Mindy.Gorin@arnoldporter.com

In cooperation with the American Civil Liberties Union Foundation of Colorado

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

Counsel for Epps Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2021, the foregoing **PLAINTIFFS' UNOPPOSED MOTION TO AMEND CASE CAPTION** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Daniel Moore Twettendan
Elizabeth C. Wang
Tara Elizabeth Thompson
Makeba Rutahindurwa
**Loevy & Lovey**
dan@loevy.com
elizabethw@loevy.com
tara@loevy.com
makeba@loevy.com

*Attorneys for Consolidated Plaintiffs Sara Fituori, Jacquelyn Parkins, Kelsey Taylor, Youssef Amghar, Andy Sannier, Francesca Lawrence, Joe Deras, and Johnathen Duran*

Sarah B. Peasley
Robert Huss
Katherine Field
Emily Dreiling
Hollie Birkholz
Lindsay Jorday
**Denver City Attorney's Office**
Sarah.Peasley@denvergov.org
Robert.Huss@denvergov.org
Kate.Field@denvergov.org
Emily.Dreiling@denvergov.org
Hollie.Birkholz@denvergov.org
Lindsay.Jordan@denvergov.org

Andrew David Ringel
Kathrine Hoffman
**Hall & Evans LLC**
ringela@hallevans.com
hoffmank@hallevans.com

*Attorneys for Defendant City and County of Denver and Consolidated Defendants Jacqueline A. Velasquez, M. Davis, Andrew Nielsen, Zachary Moldenhauer, Jacob Vaporis, Kevin Beasley, Chelsea Novotny, Christopher Cochran, Paul Hogan, Heather R. Jossi, Anthony E. Tak, and J. Lnu*

*/s/ Tanya D. Huffaker*
Tanya D. Huffaker