IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' MOTION TO RECONSIDER DISCOVERY ORDER**

---

    Defendants, City and County of Denver, Chief of Police Paul Pazen, Daniel Felkins and David Abeyta, through their undersigned counsel, hereby respectfully submit this Unopposed Motion for Extension of Time to Respond to Plaintiffs' Motion to Reconsider Discovery Order, as follows:

    1.    Pursuant to D.C.Colo.LCiv.R. 7.1(a), the undersigned counsel conferred with counsel for the Plaintiffs prior to filing the instant Motion. Counsel for the Epps Plaintiffs, Patrick Reidy, Esq. and counsel for the Fitorui Plaintiffs, Elizabeth Wang, Esq. both indicated they did not oppose this Motion and the extension of time requested.

    2.    Plaintiffs filed their Motion to Reconsider Discovery Order on July 27, 2021. (ECF 135). Defendants' Response to the Plaintiffs' Motion is due on August 17, 2021. Defendants respectfully request an extension of seven (7) days until and including August

24, 2021, to provide their Response.

     3.    The undersigned counsel has the primary responsibility for drafting the Defendants' Response to the Plaintiffs' Motion.  In addition to the responsibility to do so in this case, the undersigned counsel also has had and has the primary responsibility for a variety of other different tasks including the following:  (1) an Opening Brief in Case No. 21-1107 before the United States Court of Appeals in <u>Lawrence Montoya v. City and County of Denver et. al.,</u> filed on July 26 2021; (2) an Opening Brief in Case No. 2021CA833 before the Colorado Court of Appeals in <u>The City of Fort Collins, Colorado v. Board of County Commissioners of Larimer County, Colorado and StreetMediaGroup, LLC,</u> filed on August 16, 2021; (3) a total of nine (9) depositions and associated preparation meetings or preparation as counsel between June 15, 2021, and August 5, 2021; (4) a total of three (3) witness interviews conducted by federal investigators; (5) a total of twelve (12) witness interviews for various matters; (6) a Reply Brief and a Final Pretrial Order filed on July 15, 2021, and August 2, 2021, in Civil Action No. 20-cv-1835-WJM-STV before the United States District Court for the District of Colorado in <u>Jennifer Scheffler v. St. Mary's Hospital and Medical Center, Inc.,</u> et. al.; (7) discovery responses in three (3) different matters; (8) three (3) all day mediations as well as the associated preparation for them; and (9) a variety of other daily tasks including active discovery and motions practice occurring in a variety of different matters the undersigned counsel is engaged in and is supervising.  As a result of these other commitments, as well as the amount of time and effort needed to research and draft the Defendants' Response, the undersigned counsel requires an extension of time to complete the Response to Plaintiffs'

Motion to Reconsider Discovery Order.

3. No party will be prejudiced by this brief extension and the schedule before this Court will not be unduly disrupted.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(c), the undersigned counsel has served his client representative with a copy of this Motion.

WHERERFORE, for all the foregoing reasons, Defendants respectfully request this Court enter an Order granting them an extension of time until and including August 24, 2021, to respond to the Plaintiffs' Motion to Reconsider Discovery Order, and all other and further relief as this Court deems just and appropriate.

DATED this 16th day of August, 2021.

Respectfully submitted,

By: *s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 16th day of August, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
Andreas.moffett@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy

elizabethw@loevy.com
makeba@loevy.com

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
amcnulty@kln-law.com
ralison@kln-law.com
*Counsel for Plaintiffs*

Andrew D. Ringel
Hall and Evans
ringela@hallevans.com
*Counsel for Defendants*


and sent the foregoing via email to the following non CM/ECF participant via email:

Mary J. Dulacki
Chief Deputy Executive Director
Department of Public Safety
City and County of Denver




*s/Nicole Marion, Legal Assistant*
Nicole Marion
Hall & Evans, L.L.C.

5