IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## PLAINTIFFS' NOTICE OF DEPOSITION

TO: All Counsel of Record

PLEASE TAKE NOTICE that the depositions of the following individuals will be taken pursuant to Federal Rule of Civil Procedure 30 before a Notary Public on the following dates and times listed below. The depositions will be conducted and recorded remotely via Zoom videoconferencing services by the Notary. As to counsel of record for the Deponent, this is a demand upon you to produce said Deponent.

| Name | Date | Time | Location |
| --- | --- | --- | --- |
| Lt. Michael O'Donnell | 8/4/2021 | 1:30 pm | Via Zoom Videoconference |

RESPECTFULLY SUBMITTED,

Dated: August 2, 2021

By:   s/ Elizabeth Wang
Attorney for Plaintiffs

LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
F: 312.243.5902
elizabethw@loevy.com

**CERTIFICATE OF SERVICE**

Exhibit 2

I, Elizabeth Wang, an attorney, herby certify that on August 2, 2021, I served the forgoing Notice of Video Deposition by electronic mail to all counsel of record.

/s/ Elizabeth Wang
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## PLAINTIFFS' NOTICE OF DEPOSITIONs

TO: All Counsel of Record

PLEASE TAKE NOTICE that the depositions of the following individuals will be taken before a Court Reporter on the following date and times listed below. The depositions will be conducted remotely via Zoom videoconferencing services and recorded by stenography. As to counsel of record for the Deponent, this is a demand upon you to produce said Deponent.

| Name | Date | Time | Location |
| --- | --- | --- | --- |
| Lt. Kevin Carroll | 7/27/2021 | 9:00 am MT | Via Zoom Videoconference |
| Officer Ronald M. Espinosa | 7/27/2021 | 1:30 pm MT | Via Zoom Videoconference |

RESPECTFULLY SUBMITTED,

Dated: July 20, 2021         By:   s/ Elizabeth Wang
                                   Attorney for Plaintiffs

                                   LOEVY & LOEVY
                                   2060 Broadway, Ste. 460
                                   Boulder, CO 80302
                                   O: 720.328.5642
                                   F: 312.243.5902
                                   elizabethw@loevy.com

## CERTIFICATE OF SERVICE

      I, Elizabeth Wang, an attorney, herby certify that on July 20, 2021, I served the forgoing Notice of Video Deposition by electronic mail to all counsel of record.

      /s/ Elizabeth Wang
      Attorney for Plainitffs



# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT JAMES D. WILLIAMS

# DATE:

# June 24, 2021





# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

## vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT THOMAS PINE

# DATE:

# June 22, 2021





# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT VINCE PORTER

# DATE:

# June 22, 2021





# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# CHIEF OF POLICE PAUL PAZEN

# DATE:
# June 17, 2021






# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# COMMANDER PATRICK PHELAN

# DATE:

# MAY 25, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com



# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# SERGEANT DAVID ABEYTA

# DATE:
# MAY 21, 2021



```
                  UNITED STATES DISTRICT COURT

                      DISTRICT OF COLORADO

    ---------------------------------------------------------

    Black Lives Matter 5280 et al.,



              Plaintiffs,


         vs.                    Case Number 1:2020cv01878

                                Cons w/ 1:2020cv01922



    City and County of Denver et al.,



              Defendants.

    ---------------------------------------------------------

                    Deposition of Matthew Canino

                             Thursday

                        April 28th, 2021



                               -at-



                      Zoom Remote Deposition
```

Exhibit 5, LLC