

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

## vs

# CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:
## LIEUTENANT VINCE PORTER

## DATE:
## June 22, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 3

```
 1        Q.   When did you have to go to internal affairs?
 2        A.   A few months ago.
 3        Q.   And what kinds of questions did you have to
 4   ask -- answer there?
 5        A.   They were asking if that was -- they showed me
 6   a picture of a scene somewhere and asked if that was my
 7   team.
 8        Q.   What day did that concern?
 9        A.   I don't recall.
10        Q.   I'm showing you a HALO camera footage video
11   from Colfax and Washington on May 31, 2020, at --
12   starting at 8:20 p.m.  First of all, do you recall
13   whether you were on the east side or the west side of
14   District 6?
15        A.   I was on the east side.
16        Q.   You were on the east side?
17        A.   Yes.
18        Q.   But your team was split between the east side
19   and the west side?
20        A.   Most of my team was with me, but some of them
21   went to the west side.
22        Q.   Do you recall which members of your team were
23   on the west side?
24        A.   I do not.
25        Q.   Were they commanded by a sergeant or other
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   supervisor on the west side?
2       A.   Yes.  I know Sergeant Jason Simmons was over
3   there with them.
4       Q.   Jason Simmons?
5       A.   Yes.
6       Q.   And he's not listed on your report as being a
7   member of your team.  Was he with another team?
8       A.   He was with another team.
9       Q.   What team was he with?
10      A.   Citywide Impact Team.
11      Q.   Okay.  And -- is he with the Citywide Impact
12  Team?
13      A.   He was at that time.
14      Q.   Okay.  Do you know whether there were any
15  outside agencies with the officers on the west side of
16  the station at 8:30 p.m. on May 31st?
17      A.   I don't know if there was or not.  There could
18  have been.
19      Q.   Do you know how many members of Jason
20  Simmons's team there were with him?
21      A.   I do not.
22      Q.   Do you know if there was a lieutenant, a
23  Denver lieutenant on the west side of the station?
24      A.   I don't know if there was or not.
25      Q.   Okay.  We're going play you a bit from the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   HALO camera on the Colfax and Washington on May 31st at
2   8:28 p.m.  This starts at 8:28:16 p.m., and we'll play
3   it, and then I'll ask you some questions.  To orient
4   you, this is the camera at Colfax and Washington, and
5   the camera is oriented facing west right now on
6   Colfax. We're going to play it at a faster speed.
7   That's too fast.  Let me go back.  We're starting at
8   8:28:04.
9               (VIDEO PLAYS)
10      Q.   Okay.  I'm going to pause it at 8:29:04 4:00
11  p.m.  Did you see how the crowd is much marching east
12  and then they sort of stopped and started backing up?
13      A.   Yes.
14      Q.   Okay.  And now the camera has turned to the
15  intersection of Colfax and Washington facing north.
16  This is District 6 up in the corner; correct?
17      A.   Yes.
18      Q.   Okay.  So there's a -- what appears to be
19  smoke and/or tear gas in this intersection; correct?
20      A.   Yes.
21      Q.   Okay.  And there's this team of officers.
22  We'll play it a little bit more, so you can see it a
23  little bit more clearly.  I'm going to pause it the
24  8:29:11.  There's a team of officers here just to north
25  of Colfax on Washington; correct?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A.   There's people up there. I don't know who it
2  is.
3   Q.   Okay. Let's assume that we have statements
4  from witnesses who were there who say these were police
5  officers.
6        Okay? Is this -- what I was asking you
7  earlier about Sergeant Jason Simmons, is this the west
8  side of the station that you were referring to?
9   A.   I don't know where he took the team on the
10 west side.
11       I was on the east side focused on what we were
12 doing there.
13  Q.   Okay. So you were on Clarkson; is that right?
14  A.   Yes.
15  Q.   Okay. And you don't recall which members of
16 your team were on the west side of the station?
17  A.   No.
18  Q.   But there were some on the west side station;
19 right?
20  A.   Yes.
21  Q.   And if you wanted to find out which members of
22 your team were on the west side of the station, what
23 would you do?
24  A.   I would either ask them or review their
25 statements.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com