

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# OFFICER TANA CUNNINGHAM

# DATE:

# April 30, 2021



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 5

1    A.    Yes.
2    Q.    Did you yourself give any warnings prior to
3    deploying your pepper-ball gun?
4    A.    No.
5    Q.    And why not?
6    A.    I mean, for a couple of reasons.  As -- you
7    know, I understand the policy, our -- us yelling,
8    "Pepper, pepper, pepper," which they would like for us
9    to do is more so for the other officers on scene with
10   you, so that they don't think, "Oh, my partner is in a
11   shooting," and escalate a situation that doesn't need to
12   be escalated, so for us, yelling, "Hey, pepper, pepper,
13   pepper" is to let the people around you know, "I am not
14   in a shooting.  I am shooting my pepper-ball gun," so
15   things don't get unnecessarily escalated to a level that
16   they don't need to be, and during the whole experience,
17   it was just sort of understood; right, that your partner
18   next to you could be looking and dealing with something
19   that you have no -- you can't see, so we were just all
20   sort of trained on our area of responsibility, and you
21   took care of what you saw in front of you, and that was
22   your responsibility, and what was happening around you.
23   They were kind of responsible for themselves, if that
24   makes sense, so I did not warn any of the people next to
25   me that I was going to be utilizing my pepper-ball, no.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Q.  Okay.  And did you warn any of the protesters
2   that you were going to be shooting the pepper-ball?
3   A.  No.
4   Q.  Okay.  Did you give any orders to move back
5   prior to deploying your pepper-ball?
6   A.  Yes.
7   Q.  You did -- can you please explain what orders
8   you gave to the protesters prior to deploying your
9   pepper-ball?
10  A.  There were multiple incidents while we were
11  pushing protesters through the park past curfew where I
12  said, "You've got to go.  Back up.  Keep -- keep
13  moving," and things like that, yes.
14  Q.  Okay.  From this line of questioning is going
15  to be just prior to curfew, so all of the actions that
16  you took before 8:00 p.m.  Okay?
17  A.  Okay.
18  Q.  So before 8:00 p.m., did you ever provide any
19  warnings to the protesters that you were going to be
20  using your less lethal weapon?
21  A.  No.
22  Q.  Okay.  And why not?
23  A.  Because we don't need to, and because it
24  probably wouldn't have much, you know, much of a
25  difference.  I have a gas mask on.  It would be hard for

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   It appears I am scanning the crowd with my gun
 2   up --
 3        Q.   Okay.
 4        A.   -- my pepper-ball gun, I should say, not my
 5   gun.
 6        Q.   Let's watch one more time just to confirm.
 7             (VIDEO PLAYS)
 8   BY MS. RUTAHINDURWA:
 9        Q.   Okay.  So we're going to start at -- apologies
10   for watching that, but this player isn't giving me the
11   right time, so starting at 16:03, and we're going to
12   play until after the two people with their hands up on
13   the corner are shot by pepper-balls.  Okay?
14             (VIDEO PLAYS)
15   BY MS. RUTAHINDURWA:
16        Q.   That entire clip that I just showed, is it
17   your testimony that you never fired your pepper-ball
18   gun?
19        A.   No.
20        Q.   So you did fire your pepper-ball gun?
21        A.   Yes.
22        Q.   Okay.  And you fired your pepper-ball gun at
23   the protester standing at the corner; correct?
24        A.   No.
25        Q.   Okay.  Where did you fire your pepper-ball
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 140-5   filed 08/17/21   USDC Colorado   pg 5 of 6
The Deposition of OFFICER TANA CUNNINGHAM, taken on April 30, 2021
104

1  gun?
2      A.   When you started the video, I believe I heard
3  and observed me fire my pepper-ball four times, but it
4  was down toward -- going southbound into the park, sort
5  of, like, the 1400 block of Lincoln.
6      Q.   Right before we paused the video, you did not
7  fire your pepper-ball gun at the protester who was
8  screaming, "I'm a goddamn U.S. Marine"?
9      A.   I'm sorry.  I think you are -- you cut out a
10 little bit there.  If you could repeat that one more
11 time.
12     Q.   Yeah.  In the clip of the video, you did not
13 fire your pepper-ball gun at the protester standing on
14 the corner with his hands up saying, "I'm a goddamn U.S.
15 Marine," that's your testimony?
16     A.   That's correct.
17     Q.   And did you see little white puffs come out of
18 your pepper-ball gun in the video when it was deployed?
19     A.   I would have to have you replay it for me
20 again.  Like I said, I can hear the click and see the
21 specific jolting of my gun when it is being fired.
22     Q.   Okay.  Let's play it one more time.  Starting
23 at 16:20.
24                (VIDEO PLAYS)
25 BY MS. RUTAHINDURWA:

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   You heard clicking sounds; correct?
 2        A.   No.
 3        Q.   You didn't hear clicking sound?
 4        A.   Not from my gun.  Like I said, if you go back
 5   to the part where I am firing, you can hear the specific
 6   click that it makes when I'm firing.
 7        Q.   Did you see that protester get shot in the
 8   face?
 9        A.   I observed white puffs of what I believe would
10   be a pepper-ball striking that protester, yes.
11        Q.   And the white puff, which you believe to be
12   pepper-balls, was in his face area; correct?
13        A.   It was -- yes.  I would say upper torso.
14        Q.   And did you see who shot that protester in the
15   face?
16        A.   No, I did not.
17        Q.   Do you know how many people from your unit had
18   a pepper-ball gun with them?
19        A.   I don't know.
20        Q.   And there's no record of who utilized what
21   weapon on May 30 that you are aware of; correct?
22        A.   Well, I mean, in our officer statements, we
23   would describe what we -- what we utilized that day, but
24   other than that, I don't know.
25        Q.   Do you recall Officer Sampson being next to
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com