

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# BLACK LIVES MATTER 5280 , ET AL.,

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# OFFICIER JOHN SAMPSON

# DATE:

# April 23, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 6

1    correct?
2        A    I don't know.  Again, you're asking me to
3    speculate, and I'm not going to do that.
4        Q    Okay.  So this gas back here -- that you see
5    back here, you don't know whether that's --
6        A    It could have been from protesters -- could
7    have been from the protesters.  Could have been from the
8    police.  I don't know.
9        Q    Okay.  This person over here standing up with
10   his hands up -- with their hands up.
11       A    Okay.
12       Q    The person in shorts, with their hands up, are
13   they doing anything --
14       A    I can't even see the shorts, I just -- I just
15   see all black.  That's all I can see.
16       Q    Next to the cone.  Do you see --
17       A    Okay.
18       Q    -- the person standing next to this cone?
19       A    I see someone there.  Yes.  I can't tell if he
20   has shorts on.  That's what I'm saying.  I see a person
21   there.  I don't see it as clearly as you do.  You know
22   what I mean?  If you want to do -- zoom in.  But yes, I
23   see somebody with their hands up.  Yes.  I do see that.
24       Q    Are they doing anything unlawful?
25       A    At that moment, it doesn't appear -- at that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  moment, they're doing anything.
2      Q   Okay.  Let's keep our eyes on that guy, okay?
3  And you tell me if you ever see this person with their
4  hands up doing anything unlawful.
5      A   Okay.
6      Q   We're going to continue playing the video.
7      A   All right.
8      Q   Okay.  I'm going to pause it at 2:32.  Do you
9  see this person that I identified earlier, standing on
10 the sidewalk?
11     A   Uh-huh.  Yes.
12     Q   Okay.  Up to this point, have you seen that
13 person do anything unlawful?
14     A   I -- he was out of my view because of my hand
15 blocking the camera, so I can't say that he didn't do
16 anything unlawful in some of that.  For the times that I
17 saw him, it didn't appear that he was doing anything.
18     Q   Do you recall from your recollection of being
19 there at this time, do you recall this person --
20     A   No.
21     Q   -- doing anything unlawful?
22     A   I -- I -- there's no way to recall that. There
23 was hundreds -- I mean, look at all the people.  I can't
24 -- I wasn't staring at him, specifically.  I don't even
25 remember him until you're showing me this video.  I

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   -- I can't recall any -- any specifics like that.
 2        Q    What are you shooting at, at this moment?
 3        A    People throwing rocks at me, bottles, all
 4   kinds of stuff, in the crowd.  They were throwing them
 5   and when they throw them, then we would pepper spray in
 6   front of them -- pepper spray -- PepperBall in front of
 7   them.  Some people had foggers, same thing.  Push them
 8   back to get them to stop throwing the projectiles at us.
 9        Q    All right.  We'll continue playing the video
10   and I want you to keep your eye on this person on the
11   sidewalk.
12        A    Okay.  Okay.
13        Q    Okay.  I've paused it at 3:03 into the video,
14   and I want you to keep your eye on this person with
15   their hands up, okay?
16        A    Okay.
17        Q    You just shot them right there, correct?
18        A    I disagree. No.  I disagree.  I -- I didn't
19   shoot them.  You're saying I shot him because you can
20   see an air canister.  That -- I'm not even aiming at
21   him.  You could say that, but that's not true.  No.  I
22   didn't shoot him.  There's other people with PepperBall
23   guns, maybe they shot that man.  I did not shoot him.  I
24   wasn't aiming at him and I didn't shoot him so if that's
25   what you're trying to say, that's incorrect.  I -- my
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   -- the muzzle on my weapon is over here.  I wasn't
 2   shooting him nor did I shoot him.
 3        Q    The muzzle of your weapon is directly above
 4   this thing.
 5        A    You can say what you want, but I didn't shoot
 6   him.  I have recollection of that.  I didn't shoot that
 7   person that was standing there with his hands up.  And
 8   if you're trying to say that that's inaccurate, and I'm
 9   not going to agree with that.
10        Q    You don't want to admit that you shot them
11   because you --
12        A    No.
13        Q    -- know that that would be unlawful, correct?
14             MS. BIRKHOLZ:  Objection to form.
15        A    No.  I --
16        Q    Go ahead.
17        A    -- I -- I disagree.  The -- the problem is,
18   you're trying to say that I did things that I didn't do.
19   If I did that, I would say I did it, ma'am.  I -- I
20   don't -- I don't appreciate you calling me a liar, and
21   say I'm trying to hide something.  I'm not.  I didn't
22   shoot that man and I'm telling you that, verbatim. There
23   are other people in this line with PepperBall guns.
24   They were shooting all along here, just like me, at
25   specific people.  And that's why I know I didn't shoot
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that man because I didn't target him specifically,
2  because he wasn't throwing rocks.  I targeted the people
3  that were throwing rocks at me.  That's who I shot at.
4      Q    Who was standing directly to your left?
5      A    I don't know.  Another officer, but I can't
6  tell you who it was.  I know they had PepperBalls just
7  like me.  You could see it in the video.  Can I tell you
8  who that was?  No.  I cannot.  I don't know.  We all had
9  tac gear.
10     Q    You were standing in a line of Denver police
11 officers, correct?
12     A    I assume so.  Like I said, there were other
13 agencies there.  I don't know if they were there this
14 day.  I don't know.  We were joined with other units, so
15 my best recollection is that I was there with Gang Unit
16 officers and it looked like when the pan -- the camera
17 panned, there was also district officers there.  As well
18 as man -- might have been other agencies, but I can't
19 say for sure, because everyone is wearing tac gear.
20     Q    The person who is standing there with their
21 hands up, there is no lawful justification for shooting
22 that person with PepperBall, correct?
23     A    I'm not going to comment on that because I
24 don't --
25          MS. BIRKHOLZ:  You can answer.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case No. 1:20-cv-01878-RBJ   Document 140-6   filed 08/17/21   USDC Colorado   pg 7 of 9
The Deposition of OFFICIER JOHN SAMPSON, taken on April 23, 2021
155

1   Q   Yeah.  So my only point here is, is that you
2   keep saying that he was aggressively - or closing the
3   distance between him and the officers --
4   A   Right.
5   Q   -- and what I'm saying is that this video
6   doesn't seem to show that at all.  He's not stepping
7   forward.  It's Officer Bishop who's stepping forward and
8   sprayed him in the face.
9   A   Okay.
10       MS. BIRKHOLZ:  Objection.  Form.
11       MR. REIDY:  So I don't have any further
12   questions.  Yeah.  I don't have any further
13   questions.
14       MS. WANG:  I have one question.
15       REDIRECT EXAMINATION:
16  BY MS. WANG:
17   Q   Corporal, do you remember the videos that we
18  watched of the person who was standing on the sidewalk
19  with his hands up, who was shot in the chest and in the
20  face with the PepperBall?
21   A   Are you talking about on the southwest corner?
22  Is that what you're saying --
23   Q   Correct.
24   A   -- on that inter --
25   Q   The one that you denied was you?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A   Yes.

2   Q   You denied that you shot that person?

3   A   Yes.

4   Q   Okay. You agree that the shooting of that
5   person with PepperBalls at that time was inappropriate,
6   correct?

7           MS. BIRKHOLZ: Objection. Foundation. You
8       can answer.

9   A   Given the video there. Yes. It didn't appear
10  that he was throwing anything.

11  Q   Did you report that inappropriate use of force
12  by your fellow officers?

13  A   Well, here's the thing, is that the funny part
14  is, we're looking at a video, now where I can actually
15  see. At the time that's just recording here, my eyes
16  aren't looking there. My eyes are looking at all the
17  people throwing rocks at me, so I didn't even see that,
18  like I testified earlier. I didn't know that man was
19  shot. That's the thing, it's happening so quickly.
20  There's rocks coming in, there's bottles, and we're
21  trying to target those people and shoot them, in front
22  of them to -- to push them off. And so I didn't even
23  know that man got shot until you're showing me that
24  video, so I can't say anything about that. I didn't see
25  it. If I would've seen it specifically, sure. I would

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   have said, hey, you know, what -- what happened there,
 2   but that's the -- in the chaotic stuff, I wasn't even
 3   looking right there.  At the time, I was focused on the
 4   people throwing rocks at me and that's who I was firing
 5   at.  If that makes any --
 6        Q    You ever had any discussions with any of your
 7   fellow officers about how to dispute what you can
 8   plainly see on video?
 9             MS. BIRKHOLZ:  Objection.  Foundation.  You
10        can answer the question.
11        Q    Have you ever had any discussions ever -- when
12   did the Denver Police Department get body cams?
13        A    I don't -- we've had them for several years. I
14   don't know -- remember the date.
15        Q    After the time -- after the time that the
16   Denver Police Department got body cams, have you ever
17   had any discussions with any of your fellow officers
18   about how to talk about what is on video?
19        A    No.
20        Q    You've never had those discussions?
21        A    No.  I don't -- you're asking like -- talked
22   about what?  Talk about how thing -- like, what's on
23   video?  What am I going to say?  What -- what I -- I
24   don't know what you're asking me.  It doesn't make
25   sense.  Are you saying --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS