

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# KENTUCKIANA
## COURT REPORTERS

**CIVIL ACTION NO. 1:20-cv-01878-RBJ**

**(CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)**

**BLACK LIVES MATTER 5280, ET AL.**

vs

**CITY AND COUNTY OF DENVER, ET AL.**

**DEPONENT:**

**LIEUTENANT THOMAS PINE**

**DATE:**

**June 22, 2021**



a courtroom powerhouse

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 9

1   intersection in the video that I was just showing you --
2   so, you know, this is a body-worn camera video from an
3   Aurora police officer. So there were Aurora police
4   officers there. Do you recall being near other -- being
5   near Aurora police officers?
6       A.   Not at that location, no, I don't.
7       Q.   Okay. Did your team members have flash bangs?
8       A.   Yes.
9       Q.   Were there specific officers on your team who
10  were authorized to use flash bangs?
11      A.   Everybody on my team is authorized.
12      Q.   Okay. Did they all have flash bangs?
13      A.   Yes.
14      Q.   Do you know if any of them deployed them on
15  May 30th?
16      A.   I do not know.
17      Q.   One of the officers on your team, Ben
18  Longoria, his officer statement stated that he was at
19  Colfax and Broadway on
20  May 30th. Let me just pull up his report. Can you see
21  this?
22      A.   Yes.
23      Q.   Okay. So this is Bates stamp Denver3365.
24  This is a report by Ben Longoria for May 30th, and he
25  says here in the second paragraph, "At one point, we


Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS