IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

*consolidated with*

AMBROSE CRUZ, *et al.*,

 Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

 Defendants.

---

### FITOURI PLAINTIFFS' FIRST SET OF INTERROGATORIES
### TO DEFENDANT CITY AND COUNTY OF DENVER
---

 Now come Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Youssef Amghar, Andy Sannier, Kelsey Taylor, Francesca Lawrence, and Johnathen De La Vaca, by and through their attorneys, Loevy & Loevy, and hereby respectfully submit these Interrogatories to Defendant City and County of Denver, pursuant to Federal Rule of Civil Procedure 33:

### Definitions and Instructions

 Plaintiffs incorporate by reference the Definitions and Instructions in the Plaintiffs' Joint Requests for Production to the Defendant City and County of Denver (Nos. 2-16).

### Interrogatories

1

Exhibit 1

1. Under oath, please identify by name and address all Persons who, to the best of your understanding, have knowledge of facts that relate to any of the claims or defenses in these actions, including but not limited to all Persons who are not listed by name in the parties' Rule 26(a)(1) initial disclosures. For each Person with knowledge responsive to this Interrogatory, please describe with particularity any categories of facts known by each such Person relating to the claims and defenses in this action, including all categories of facts about which the Person may be competent to testify at trial.

If this Interrogatory is answered by incorporating Documents, please provide the identities of any additional Persons who are not listed in the Documents that you reference, as well as any categories of facts known to any witness relating to the claims or defense in this action that are not reflected in the Documents that you reference; in the event that you fail to do so, Plaintiffs will assume the witnesses and the substance of their testimony is strictly limited to what is contained in the Documents that you reference.

2. Please identify any and all criminal convictions of any party or witness with knowledge relating to any of the claims or defenses of this action. For each such responsive conviction, identify: (a) the Person who has been convicted and the nature of the conviction, and (b) the complete factual basis as to why the conviction qualifies as admissible under Federal Rule of Evidence 609. Please be advised that your duty to supplement your answer to this Interrogatory remains ongoing as discovery progresses, and that Plaintiff intends to move *in limine* to bar any references to convictions not identified in the manner requested.

3. Is it your position that any Plaintiff committed any unlawful act or an act that warranted the use of force on them during the Protests, including but not limited to the uses of force described in the operative Complaint? If so, please describe each alleged unlawful act or acts warranting the use of force that you contend was committed by that Plaintiff, and provide the complete factual basis for your contention, including identifying any witnesses, or physical, documentary, or testimonial evidence supporting your contention.

4. Please state whether any of the Defendant Officers or Denver police officers assigned to the Protests from May 28, 2020 through June 2, 2020 acted inconsistently with any of the policies, customs, or practices of the City and County of Denver and/or the DPD at any time during the events described in Plaintiff's Complaint. If the answer is yes, please: (a) identify any particular policy, custom, or practice which, to your knowledge was violated; (b) describe the circumstances and manner in which said policy, custom, or practice was violated; and (c) state whether any discipline resulted from that violation.

5. For any Document (which includes any body-worn camera footage,

HALO camera footage, or other video or audio recording) requested in Plaintiff's discovery requests that has been lost, discarded or destroyed, please identify each such document as completely as possible and state the approximate date it was lost, discarded or destroyed; the circumstances and manner in which it was lost, discarded or destroyed, including the identities of all persons involved; the reasons for disposing of the Document; the identity of any persons with knowledge of its content; and the identity of the last person known to have seen it.

6. Do you contend that the City and County of Denver or the DPD had in place between 2010 and the present any written policies, procedures, or training relating to crowd control, management of protests, or use of Less-Lethal Weapons? If so, please identify each of the written policies, procedures, or training by Bates number and how Denver police officers and any officers from outside law enforcement agencies providing assistance during the Protests were made aware of it prior to May 28, 2020. In addition, please identify each and every policymaker who was responsible for or who had final policymaking authority for those policies or procedures between 2010 and the present. To be perfectly clear, this Interrogatory seeks the identities of any and all such policymakers with final or delegated policymaking authority whose knowledge or actions the Defendants will allege at summary judgment or trial is relevant to Plaintiff's claims regarding the City and County of Denver's liability under *Monell*.

7. Please identify and describe every instance (if any) between 2010 and the present in which the policymaker(s) identified in Interrogatory No. 6, above, undertook to review, investigate, analyze, uncover, prevent or determine the prevalence of any misconduct, deficiency, shortcoming, or other problem relating to any of the policies, procedures, or training identified in Interrogatory No. 6, above. Please include what steps, if any, were taken in response to the information obtained through any such inquiry, investigation, review, or analysis, as well as the date such steps were taken.

8. Please identify, by department, name, and badge number, all of the law enforcement officers who were present at or near the intersection of Logan and Colfax, the intersection of Pennsylvania and Colfax, or on Colfax between Logan and Pennsylvania, on May 31, 2020 between 9:00 p.m. and 10:00 p.m., including but not limited to those who are depicted in this 9News video from the evening of May 31, 2020: https://www.youtube.com/watch?v=xAWGehxZlMk, at 1:37:17 to 1:38:45 minutes. This interrogatory includes a request for the identity of all supervising or commanding officers who were assigned to that location at that date and time or were responsible for the actions of the officers at that location at that date and time.

9. Please identify, by department, name, and badge number, all of the law enforcement officers who were present at or near the intersection of Lincoln and Colfax (at the NW corner of the Capitol building) between 6:00 p.m. and 8:00 p.m. on

3

May 30, 2020, including but not limited to those who are depicted in this (News video from May 30, 2020: https://www.youtube.com/watch?v=c_oFD7l718A from approximately 56:00:00 to 3:17:00 minutes. This interrogatory includes a request for the identity of all supervising or commanding officers who were assigned to that location at that date and time or were responsible for the actions of the officers at that location at that date and time.

                                    Respectfully submitted,

                                    By: s/ Elizabeth Wang
                                    Attorney for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff*

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on September 25, 2020, I served via email the foregoing Fitouri Plaintiffs' First Set of Interrogatories to Defendant City and County of Denver, on counsel of record for the Defendants.

                                    s/ Elizabeth Wang
                                    Attorney for Plaintiff