

Elizabeth Wang <elizabethw@loevy.com>

## BLM 5280 - discovery response extension

**Cooperstein, David C. - CAO Asst City Attorney - Sr** <David.Cooperstein@denvergov.org>   Tue, Oct 20, 2020 at 9:49 AM
To: "Peasley, Sarah B. - CAO Paralegal II" <Sarah.Peasley@denvergov.org>, "Aro, Ed" <Ed.Aro@arnoldporter.com>, "Douglas, Matthew J." <Matthew.Douglas@arnoldporter.com>, "Anderson, Reeves" <Reeves.Anderson@arnoldporter.com>, "Macdonald, Timothy R." <Timothy.Macdonald@arnoldporter.com>, "aherzberg@aclu-co.org" <aherzberg@aclu-co.org>, "Msilverstein@aclu-co.org" <Msilverstein@aclu-co.org>, "Sneel@aclu-co.org" <Sneel@aclu-co.org>, Tara Thompson <Tara@loevy.com>, "Huss, Robert - CAO CL0355 Assistant City Attorney Associate" <Robert.Huss@denvergov.org>, Makeba Rutahindurwa <makeba@loevy.com>, Brian Swift <brians@loevy.com>, Elizabeth Wang <elizabethw@loevy.com>, "Dreiling, Emily - CAO CL0356 Assistant City Attorney Entry" <Emily.Dreiling@denvergov.org>

Good morning all,

We're working through the various RFPs and interrogatories and will need some more time to gather documents and draft responses. As you are aware, the requests are extensive. Would you consent to a 21-day extension as to each of the 3 pending sets of requests?

Thank you,

David



**David C. Cooperstein | Assistant City Attorney**

City Attorney's Office — Civil Litigation Section | City and County of Denver

720.913.8414     Phone

PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT. This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

Exhibit 2