IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

*consolidated with*

SARA FITOURI, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

### FITOURI PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF DENVER

---

    Now come Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Youssef Amghar, Andy Sannier, Kelsey Taylor, and Johnathen De La Vaca, by and through their attorneys, Loevy & Loevy, and hereby respectfully submit these Interrogatories to Defendant City and County of Denver, pursuant to Federal Rule of Civil Procedure 33:

### Definitions and Instructions

    Plaintiffs incorporate by reference the Definitions and Instructions in the Plaintiffs' Joint Requests for Production to the Defendant City and County of Denver (Nos. 2-16).

1

Exhibit 4

## Interrogatories

10.     Please identify, by department, name, and badge number, all of the law enforcement officers who were present at or near the intersection of 14th Avenue and Sherman Street (south side of the Capitol building) between 8:45 p.m. and 9:15 p.m. on May 28, 2020, including but not limited to those who are depicted in these videos: videos from Colorado State Patrol named "05282020 v29.ave" and "05282020 v63.ave" between 8:45-9:15 p.m. This interrogatory includes a request for the identity of all supervising or commanding officers who were assigned to that location at that date and time or were responsible for the actions of the officers at that location at that date and time and includes the identities of the officers involved in the use of force on the protestors that occurs at approximately 9:10 p.m.

                                      Respectfully submitted,

                                      By: s/ Elizabeth Wang
                                      Attorney for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff*

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on October 23, 2020, I served via email the foregoing Fitouri Plaintiffs' Second Set of Interrogatories to Defendant City and County of Denver, on counsel of record for the Defendants.

                                      s/ Elizabeth Wang
                                      Attorney for Plaintiff