IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

*consolidated with*

SARA FITOURI, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

### FITOURI PLAINTIFFS' THIRD SET OF INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF DENVER

---

    Now come Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Youssef Amghar, Andy Sannier, Kelsey Taylor, and Johnathen De La Vaca, by and through their attorneys, Loevy & Loevy, and hereby respectfully submit these Interrogatories to Defendant City and County of Denver, pursuant to Federal Rule of Civil Procedure 33:

### Definitions and Instructions

    Plaintiffs incorporate by reference the Definitions and Instructions in the Plaintiffs' Joint Requests for Production to the Defendant City and County of Denver (Nos. 2-16). Plaintiff provides states:

    Media which depict the incidents referenced below are listed in Plaintiffs' Responses to Defendant City's Interrogatory No. 2.

Exhibit 5

## Interrogatories

11.  Please identify, by department, name, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiffs, who were on the pedestrian bridge over I-25 in Denver, Colorado, on May 28, 2020 between approximately 7:00-7:30 p.m., and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

12.  Please identify, by department, name, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiffs, who were at or near 15th Street or 16th Street and Platte Street in Denver, Colorado at or around 7:30 p.m. on May 28, 2020, and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

13.  Please identify, by department, name, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiffs Fitouri, Parkins, and Sannier, on May 29, 2020 between approximately 8:00-8:45 p.m. at West Colfax Avenue near North Broadway and Lincoln Street, in Denver, Colorado, and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

14.  Please identify, by department, name, and badge number, the law enforcement officer(s) who shot Plaintiff Andy Sannier with a pepperball on May 29, 2020 at or about 9:47 p.m. while he was standing on a sidewalk filming the officers on the 16th Street Mall at North Broadway and Cleveland Place, in Denver, Colorado, and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

15.  Please identify, by department, name, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiff Andy Sannier, on May 30, 2020 at approximately 4:48 p.m. at or near the 16th Street Mall between California Street and Welton Street, in Denver, Colorado, and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

16.  Please identify, by department, name, and badge number, the law enforcement officer(s) who shot Plaintiff Johnathen De La Vaca Duran with pepperballs on May 30, 2020 between approximately 5:40-6:00 p.m. while he was standing in Liberty Park just south of West Colfax Avenue across from Civic Center

station, in Denver, Colorado, and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

17. Please identify, by department, name, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on Plaintiffs Joe Deras, Sara Fitouri, and Andy Sannier at the intersection of Lincoln Street and West Colfax Avenue in Denver, Colorado, on May 30, 2020 between approximately 6:00-8:00 p.m., and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any. This interrogatory includes the identification of any officers who used tear gas, as well as the officer(s) who threw a flashbang grenade that landed at Plaintiff Fitouri's foot and exploded near Plaintiff Deras's ear (between approximately 6:30-6:50 p.m.); the officer(s) who shot Plaintiff Deras with pepper balls and/or another kind of Kinetic Impact Projectile (KIP) (between approximately 6:30-6:50 p.m.); and the officer(s) who threw a flashbang grenade that exploded near Plaintiff Sannier (between 6:00-8:00 p.m.).

18. Please identify, by department, name, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on Plaintiff Youssef Amghar at the intersection of Lincoln Street and West Colfax Avenue in Denver, Colorado, on May 30, 2020 at or about 7:09 p.m., and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any. This interrogatory includes the identification of the officer(s) who shot pepperball gun(s) at Plaintiff Amghar and/or threw tear gas or smoke canister(s) at or towards them.

19. Please identify, by department, name, and badge number, the law enforcement officer(s) who threw the tear gas or smoke canisters that hit Plaintiff Joe Deras on May 31, 2020 at or about 8:30 p.m. at or near the intersection of East Colfax Avenue and North Washington Street in Denver, Colorado, and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

20. Please identify, by department, name, and badge number, the law enforcement officer(s) who shot Plaintiff Johnathen De La Vaca Duran with a foam baton (depicted in Fitouri 228 at 22:18) on May 31, 2020 at approximately 9:30 p.m. at or about the intersection of East Colfax Avenue and Pearl Street, in Denver, Colorado and identify (by department, name, and badge number) the commanding or supervising officer(s) who authorized the use of force, if any.

Respectfully submitted,

By: s/ Elizabeth Wang
Attorney for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff*

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on October 29, 2020, I served via email the foregoing Fitouri Plaintiffs' Third Set of Interrogatories to Defendant City and County of Denver, on counsel of record for the Defendants.

s/ Elizabeth Wang
Attorney for Plaintiff

4