

Elizabeth Wang <elizabethw@loevy.com>

## BLM 5280 & Fitouri v. City, et al - discovery letter

**Elizabeth Wang** <elizabethw@loevy.com>						Fri, Nov 20, 2020 at 3:51 PM
To: "Cooperstein, David C. - CAO Asst City Attorney - Sr" <David.Cooperstein@denvergov.org>
Cc: "Peasley, Sarah B. - CAO Paralegal II" <Sarah.Peasley@denvergov.org>, "Huss, Robert - CAO CL0355 Assistant City Attorney Associate" <Robert.Huss@denvergov.org>, "Shea, Wendy J. - CAO CL1742 Assistant City Attorney Division Di" <Wendy.Shea@denvergov.org>, "Reidy, Patrick C." <patrick.reidy@arnoldporter.com>, "Havriliak, Anya" <Anya.Havriliak@arnoldporter.com>, "Aro, Ed" <Ed.Aro@arnoldporter.com>, "Douglas, Matthew J." <Matthew.Douglas@arnoldporter.com>, Tara Thompson <Tara@loevy.com>, "Macdonald, Timothy R." <Timothy.Macdonald@arnoldporter.com>, Brian Swift <brians@loevy.com>, "Abebe, Omomah" <omomah.abebe@arnoldporter.com>, "DiBrell, Mollie" <Mollie.DiBrell@arnoldporter.com>, Makeba Rutahindurwa <makeba@loevy.com>, Mark Silverstein <msilverstein@aclu-co.org>, Sara Neel <sneel@aclu-co.org>, Arielle Herzberg <Aherzberg@aclu-co.org>

Fine.
We will confer further about the time frame for the bodycams; seeing the police helicopter and HALO camera video first may also be helpful on that.

Elizabeth Wang
Loevy & Loevy
2060 Broadway | Ste. 460
Boulder | CO 80302
T 720.328.5642
F 312.243.5902
www.loevy.com
Pronouns: she, her

On Fri, Nov 20, 2020 at 3:28 PM Cooperstein, David C. - CAO Asst City Attorney - Sr <David.Cooperstein@denvergov.org> wrote:

> I can commit to producing all relevant bodycam by 1/22, but the sticking point is your language "all of the body camera video that we have requested." I believe that I told you that I will see what's encompassed by my proposed limitation (20 mins before each incident and 10 minutes after) versus yours on a sample and if the difference is very substantial, that we will have to confer regarding proportionality/relevance. On the other hand, if your request parameters don't radically expand the number of hits, I'll just produce everything that falls within them.
>
> Is this acceptable?
>
> 
>
> **David C. Cooperstein | Assistant City Attorney**
> City Attorney's Office — Civil Litigation Section | City and County of Denver
> 720.913.8414      Phone
>
> PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT. This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please

Exhibit 7

immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

**From:** Elizabeth Wang <elizabethw@loevy.com>
**Sent:** Friday, November 20, 2020 3:13 PM
**To:** Cooperstein, David C. - CAO Asst City Attorney - Sr <David.Cooperstein@denvergov.org>
**Cc:** Peasley, Sarah B. - CAO Paralegal II <Sarah.Peasley@denvergov.org>; Huss, Robert - CAO CL0355 Assistant City Attorney Associate <Robert.Huss@denvergov.org>; Shea, Wendy J. - CAO CL1742 Assistant City Attorney Division Di <Wendy.Shea@denvergov.org>; Reidy, Patrick C. <patrick.reidy@arnoldporter.com>; Havriliak, Anya <Anya.Havriliak@arnoldporter.com>; Aro, Ed <Ed.Aro@arnoldporter.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; Tara Thompson <Tara@loevy.com>; Macdonald, Timothy R. <Timothy.Macdonald@arnoldporter.com>; Brian Swift <brians@loevy.com>; Abebe, Omomah <omomah.abebe@arnoldporter.com>; DiBrell, Mollie <Mollie.DiBrell@arnoldporter.com>; Makeba Rutahindurwa <makeba@loevy.com>; Mark Silverstein <msilverstein@aclu-co.org>; Sara Neel <sneel@aclu-co.org>; Arielle Herzberg <Aherzberg@aclu-co.org>
**Subject:** Re: [EXTERNAL] BLM 5280 & Fitouri v. City, et al - discovery letter

Please confirm that you will provide all of the body camera video that we have requested by January 22, 2021 (we will give you an additional week beyond what I proposed in my letter this morning), along with the other items in the bulleted list by the dates you confirm below, and I will withdraw the interrogatories at this time. Based on the schedule for the production of the other items, this should be sufficient time for production of material that we initially requested in September.

Elizabeth Wang

Loevy & Loevy

2060 Broadway | Ste. 460

Boulder | CO 80302

T 720.328.5642

F 312.243.5902

www.loevy.com

Pronouns: she, her

On Fri, Nov 20, 2020 at 2:45 PM Cooperstein, David C. - CAO Asst City Attorney - Sr <David.Cooperstein@denvergov.org> wrote:

> Liz,
>
> In regard to the timeline in your letter described in the last full para on p. 2 I have the following responses:
>
> - "the combined/overlapping requests of the BLM 5280 and Fitouri Plaintiffs for HALO camera footage (assuming that the BLM 5280 Plaintiffs provide their letter within a day or two, we anticipate that you will be able to provide the responsive footage by December 4, 2020)" – this is fine so long as we get the narrowed BLM request quickly
> - "officer statements for May 28-June 2, 2020 by December 4, 2020" - yes
> - Aerial helicopter footage in December 2020 - yes
> - radio transmissions after the New Year (e.g., by January 8, 2021) – yes, if not earlier
> - Bodycam footage in December – No. What I told you about bodycam is that after we get these other items out of the way, hopefully all in December, we will turn to bodycam and after reviewing/producing a day's worth I

will be able to give you a realistic estimate of when we can push it all out to you. I can't commit to getting it to you in December in light of all of the other items on the list.

As to your proposal that you will withdraw the outstanding interrogatories and reassert them such that responses will be due 1/29, I can't commit to being able to provide substantive responses by that date until I know how time consuming the bodycam, email, and Internal Affairs productions will be. I'd like to think that we can do it, but I just don't know for sure yet. You're of course free to reassert your interrogatories whenever you want, I just won't commit to being able to offer substantive responses by that date. Also, you have until the end of March to file your class certification motion, which leaves plenty of time to complete those responses to the extent that they are relevant to that motion (though it is unclear to me how the identity of the officers is germane to the issue of class certification).

As to your request about Youssef Amghar, responding to interrogatory 18 within a week is contrary to what I thought we were attempting to achieve through our conferral—namely, to allow my team to focus entirely on pushing out as much media as possible over the course of the next month. The same is true of the various requests contained in your letter that certain items be provided within 2 weeks—those efforts may make it impossible to comply with the media production schedule described above and will certainly delay the bodycam production. I thought that we were in agreement that we should focus on the media for the next month and then move on to these smaller items.

Please let me know if my proposed schedule described herein is acceptable and, if so, confirm in writing that you will be withdrawing the outstanding interrogatories without prejudice. If they remain outstanding, we intend to seek an extension from the Court on Monday.

Thank you,

David



**David C. Cooperstein | Assistant City Attorney**
City Attorney's Office — Civil Litigation Section | City and County of Denver
720.913.8414     Phone

PRIVILEGED/CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION; ATTORNEY WORK PRODUCT. This email transmission and any documents, files or previous email messages attached to it may contain information that is confidential or legally privileged. If you are not the intended recipient, or a person responsible for delivering it to the intended recipient, you are hereby notified that you must not disclose, copy, print, or distribute or make any use of the information contained in or attached to this transmission. If you have received this transmission is error, please immediately notify the sender by return email and delete the original transmission and its attachments without saving it in any manner. Thank you.

**From:** Elizabeth Wang <elizabethw@loevy.com>
**Sent:** Friday, November 20, 2020 1:11 PM
**To:** Cooperstein, David C. - CAO Asst City Attorney - Sr <David.Cooperstein@denvergov.org>; Peasley, Sarah B. - CAO Paralegal II <Sarah.Peasley@denvergov.org>; Huss, Robert - CAO CL0355 Assistant City Attorney Associate <Robert.Huss@denvergov.org>; Shea, Wendy J. - CAO CL1742 Assistant City Attorney Division Di <Wendy.Shea@denvergov.org>
**Cc:** Reidy, Patrick C. <patrick.reidy@arnoldporter.com>; Havriliak, Anya <Anya.Havriliak@arnoldporter.com>; Aro, Ed <Ed.Aro@arnoldporter.com>; Douglas, Matthew J. <Matthew.Douglas@arnoldporter.com>; Tara Thompson <Tara@loevy.com>; Macdonald, Timothy R. <Timothy.Macdonald@arnoldporter.com>; Brian Swift <brians@loevy.com>; Abebe, Omomah <omomah.abebe@arnoldporter.com>; DiBrell, Mollie

<Mollie.DiBrell@arnoldporter.com>; Makeba Rutahindurwa <makeba@loevy.com>
**Subject:** [EXTERNAL] BLM 5280 & Fitouri v. City, et al - discovery letter

Dear David,

Please see attached.

Elizabeth Wang

Loevy & Loevy

2060 Broadway | Ste. 460

Boulder | CO 80302

T 720.328.5642

F 312.243.5902

www.loevy.com

Pronouns: she, her