## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-
MEH  and 1:20-cv-03155-KLM)

BLACK LIVES MATTER 5280, *et al*.,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

     Defendants.

_____

### DEFENDANTS' TWENTY-SEVENTH SUPPLEMENTAL DISCLOSURES
_____

Defendants, by and through undersigned counsel, hereby submit their Twenty-

Seventh Supplemental Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) as follows:

B.     **DOCUMENTS,DATA COMPILATIONS AND TANGIBLE THINGS THAT
DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES**

The documents and evidence described below are maintained in the Denver City

Attorney's Office and are being produced via email from SharePoint concurrently with these

Disclosures.

1.  Officer Statements [Bates Nos. DEN13089-14761]

2.  Body Worn Camera Videos [Bates Nos. DEN14762-14801].

Exhibit 8

DATED this 18th day of June, 2021.

Respectfully submitted,

By: _s/ Hollie R. Birkholz_
Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 18th day of June, 2021, the foregoing **DEFENDANTS' TWENTY-SEVENTH SUPPLEMENTAL DISCLOSURES** was served via email to the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
andreas.moffett@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

Andrew McNulty
Reid Allison
Killmer, Lane & Newman, LLP
amcnulty@kln-law.com
rallison@kln-law.com
*Counsel for Plaintiffs*

Andrew D. Ringel
Hall and Evans
ringela@hallevans.com
*Counsel for Defendants*

*s/ Sarah Peasley*
Denver City Attorney's Office