IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

_____

### FITOURI PLAINTIFFS' SECOND SET OF INTERROGATORIES TO DEFENDANT CITY AND COUNTY OF DENVER
_____

Now come Plaintiffs Fitouri, Parkins, Deras, Amghar, Sannier, Taylor, and Duran, by and through their attorneys, Loevy & Loevy, and hereby respectfully submit these Interrogatories to Defendant City and County of Denver, pursuant to Federal Rule of Civil Procedure 33:

### Definitions and Instructions

Plaintiffs incorporate by reference the Definitions and Instructions in the Plaintiffs' Joint Requests for Production to the Defendant City and County of Denver (Nos. 2-16).

### Interrogatories

10. Please identify, by department, name, unit, and badge number, all the law enforcement officers who were present at the intersection of 14th Avenue and Sherman Street (south side of the Capitol building) between 9:00 p.m. and 9:15 p.m. on May 28, 2020, including but not limited to those who are depicted in these videos: videos from Colorado State Patrol named "05282020 v29.ave" and "05282020 v63.ave" between 9:00-9:15 p.m. This interrogatory includes the identities of the officers who used "less lethal" weapons on the protestors, including Plaintiff Taylor, that occurs at approximately 9:10 p.m. and the identity of all supervising or commanding officers who authorized the use of force.

11. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiffs, who were on the Highland Bridge over I-25 in Denver, Colorado, on May 28, 2020 between approximately 7:03-7:10 p.m., including the identity of the

1

Exhibit 9

commanding or supervising officer(s) who authorized the use of force.

12. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiffs Fitouri, Parkins, and Sannier, who were on the south side of Colfax, on May 29, 2020 between approximately 8:00-8:45 p.m. at West Colfax Avenue between North Broadway and Lincoln Street, in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force. This includes the officers depicted in DEN 3852.

13. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who shot Plaintiff Sannier with a pepperball on May 29, 2020 at or about 9:47 p.m. while she was standing on a sidewalk filming the officers on the 16th Street Mall at North Broadway and Cleveland Place, in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force.

14. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiff Sannier, on May 30, 2020 at approximately 4:48 p.m. at the 16th Street Mall between California Street and Welton Street, in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force.

15. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who shot Plaintiff Duran with pepperballs on May 30, 2020 between approximately 5:40-6:00 p.m. while he was standing in Liberty Park just south of West Colfax Avenue across from Civic Center station (between Broadway and Lincoln), in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force.

16. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on protestors, including Plaintiffs Deras, Fitouri, and Sannier, at the intersection of Lincoln Street and West Colfax Avenue in Denver, Colorado, on May 30, 2020 between approximately 6:00-8:00 p.m., and identify the commanding or supervising officer(s) who authorized the use of force. This interrogatory includes the identification of any officers who used tear gas, as well as the officer(s) who threw a flashbang grenade that landed at Plaintiff Fitouri's foot and exploded near Plaintiff Deras's ear (between approximately 6:30-6:50 p.m.); the officer(s) who shot Plaintiff Deras with pepper balls and/or another kind of Kinetic Impact Projectile (KIP) (between approximately 6:30-6:50 p.m.); and the officer(s) who threw a flashbang grenade that exploded near Plaintiff Sannier (between 6:00-8:00 p.m.).

17. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used less lethal weapon(s) on Plaintiff Amghar at the

intersection of Lincoln Street and West Colfax Avenue in Denver, Colorado, on May 30, 2020 at 7:09 p.m., and identify the commanding or supervising officer(s) who authorized the use of force. This interrogatory includes the identification of the officer(s) who shot pepperball gun(s) at Plaintiff Amghar and/or threw tear gas or smoke canister(s) at or towards them. This includes the officers depicted in these photos, which are screenshots from COABLM 294:





4

18. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who threw the tear gas or smoke canisters at protestors, including Plaintiffs Fitouri, Deras, and Parkins, at approximately 8:30 p.m. at the intersection of East Colfax Avenue and North Washington Street in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force. This includes the officers depicted in this photo, which is a screenshot from DEN 3871 at 8:30:37 p.m.:



19. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who shot Plaintiff Johnathen De La Vaca Duran with a foam baton (depicted in Fitouri 228 at 22:18) on May 31, 2020 at approximately 9:30 p.m. at or about the intersection of East Colfax Avenue and Pearl Street, in Denver, Colorado and identify the commanding or supervising officer(s) who authorized the use of force.

20. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used "less lethal" weapons on protestors on May 31, 2020 between approximately 9:35-9:45 p.m. between Pennsylvania Avenue and Logan Street on East Colfax Avenue, in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force. This incident is depicted in DEN 3873 and DEN 3874. This request includes a request to identify the commanding or supervising officer(s) at the Denver Police Department who served as the liaison(s) with or coordinated the actions of the Aurora police officers depicted in DEN 3874.

21. Please identify, by department, name, unit, and badge number, the law enforcement officer(s) who used "less lethal" weapons on protestors on May 30, 2020 at approximately 3:50-4:00 p.m., at or about the intersection of East Colfax Avenue and North Washington Street, in Denver, Colorado, and identify the commanding or supervising officer(s) who authorized the use of force. This includes the officers depicted in these photos, which is a screenshot from DEN 3865 at 3:53 p.m. and 4:01 p.m.:





Respectfully submitted,

By: s/ Elizabeth Wang
Attorney for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Counsel for Plaintiff*

Tara Thompson
Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
O: 312.243.5900
tara@loevy.com
makeba@loevy.com

**Certificate of Service**

I, Elizabeth Wang, an attorney, hereby certify that on February 4, 2021, I served via email the foregoing Fitouri Plaintiffs' Second Set of Interrogatories to Defendant City and County of Denver, on counsel of record for the Defendants.

s/ Elizabeth Wang
Attorney for Plaintiff

7