

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

## (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

## BLACK LIVES MATTER 5280, ET AL.

### vs

## CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## LIEUTENANT VINCE PORTER

## DATE:

### June 22, 2021



a courtroom **powerhouse**

✉ schedule@kentuckianareporters.com
☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 13

1       Q.    When did you have to go to internal affairs?

2       A.    A few months ago.

3       Q.    And what kinds of questions did you have to

4 ask -- answer there?

5       A.    They were asking if that was -- they showed me

6 a picture of a scene somewhere and asked if that was my

7 team.

8       Q.    What day did that concern?

9       A.    I don't recall.

10      Q.    I'm showing you a HALO camera footage video

11 from Colfax and Washington on May 31, 2020, at --

12 starting at 8:20 p.m.  First of all, do you recall

13 whether you were on the east side or the west side of

14 District 6?

15      A.    I was on the east side.

16      Q.    You were on the east side?

17      A.    Yes.

18      Q.    But your team was split between the east side

19 and the west side?

20      A.    Most of my team was with me, but some of them

21 went to the west side.

22      Q.    Do you recall which members of your team were

23 on the west side?

24      A.    I do not.

25      Q.    Were they commanded by a sergeant or other

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  supervisor on the west side?

2      A.   Yes.   I know Sergeant Jason Simmons was over

3  there with them.

4      Q.   Jason Simmons?

5      A.   Yes.

6      Q.   And he's not listed on your report as being a

7  member of your team.  Was he with another team?

8      A.   He was with another team.

9      Q.   What team was he with?

10     A.   Citywide Impact Team.

11     Q.   Okay.  And -- is he with the Citywide Impact

12  Team?

13     A.   He was at that time.

14     Q.   Okay.  Do you know whether there were any

15  outside agencies with the officers on the west side of

16  the station at 8:30 p.m. on May 31st?

17     A.   I don't know if there was or not.  There could

18  have been.

19     Q.   Do you know how many members of Jason

20  Simmons's team there were with him?

21     A.   I do not.

22     Q.   Do you know if there was a lieutenant, a

23  Denver lieutenant on the west side of the station?

24     A.   I don't know if there was or not.

25     Q.   Okay.  We're going play you a bit from the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    HALO camera on the Colfax and Washington on May 31st at

 2    8:28 p.m.  This starts at 8:28:16 p.m., and we'll play

 3    it, and then I'll ask you some questions.  To orient

 4    you, this is the camera at Colfax and Washington, and

 5    the camera is oriented facing west right now on

 6    Colfax. We're going to play it at a faster speed.

 7    That's too fast.  Let me go back.  We're starting at

 8    8:28:04.

 9                     (VIDEO PLAYS)

10        Q.   Okay.  I'm going to pause it at 8:29:04 4:00

11    p.m.  Did you see how the crowd is much marching east

12    and then they sort of stopped and started backing up?

13        A.   Yes.

14        Q.   Okay.  And now the camera has turned to the

15    intersection of Colfax and Washington facing north.

16    This is District 6 up in the corner; correct?

17        A.   Yes.

18        Q.   Okay.  So there's a -- what appears to be

19    smoke and/or tear gas in this intersection; correct?

20        A.   Yes.

21        Q.   Okay.  And there's this team of officers.

22    We'll play it a little bit more, so you can see it a

23    little bit more clearly.  I'm going to pause it the

24    8:29:11.  There's a team of officers here just to north

25    of Colfax on Washington; correct?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    There's people up there.  I don't know who it

 2   is.

 3        Q.    Okay.  Let's assume that we have statements

 4   from witnesses who were there who say these were police

 5   officers.

 6              Okay?  Is this -- what I was asking you

 7   earlier about Sergeant Jason Simmons, is this the west

 8   side of the station that you were referring to?

 9        A.    I don't know where he took the team on the

10   west side.

11              I was on the east side focused on what we were

12   doing there.

13        Q.    Okay.  So you were on Clarkson; is that right?

14        A.    Yes.

15        Q.    Okay.  And you don't recall which members of

16   your team were on the west side of the station?

17        A.    No.

18        Q.    But there were some on the west side station;

19   right?

20        A.    Yes.

21        Q.    And if you wanted to find out which members of

22   your team were on the west side of the station, what

23   would you do?

24        A.    I would either ask them or review their

25   statements.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS