UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

------------------------------------------------------------

Black Lives Matter 5280 et al.,


        Plaintiffs,


    vs.                        Case Number 1:2020cv01878

                               Cons w/ 1:2020cv01922


City and County of Denver et al.,


        Defendants.

------------------------------------------------------------

Deposition of Patrick Shaker

Friday

March 12th, 2021


-at-


Zoom Remote Deposition


Exhibit 5, LLC


Exhibit 14

```
 1  other portion would have been the kinetic impact or KIP

 2  portion of it.

 3      Q.   Okay.  And can you tell me exactly what kind

 4  of -- what kind of weapons?  And -- and what I'm

 5  interested in knowing is just, you know, did the Aurora

 6  officers have PepperBall guns, you know, OC canisters,

 7  40mm launchers, you know, that kind of thing?

 8      A.   For Aurora, for our chemical munitions, it's

 9  primarily divided up -- everything that we have for

10  crowd management is hand-thrown munitions,

11  chemical-wise for gas canisters.  We don't -- we don't

12  deploy any launchable munitions, and we haven't -- or

13  haven't at -- since I have been on our emergency

14  response team, ever deployed launchable ones, which

15  means they are fire -- launchable chemical munitions

16  from any of our devices.  They are all hand-thrown

17  canisters, or they are the pepper foggers or pepper --

18  pepper spray canisters that we use, so we use either

19  those that are hand-thrown, gas canister munitions or

20  the chemical pepper sprays that you would see in a

21  bottle normally.  The other types of munitions, the

22  kinetic impact projectiles that we use -- we only use

23  two systems in -- in Aurora, we use the 40 millimeter

24  less lethal launchable system and we use the 12 gauge

25  less lethal sock round munition bean -- or bean bag as
```

Exhibit 5, LLC

Page 19

```
 1  it's sometimes called.

 2      Q.   Okay.  Did Aurora have any flash-bangs?

 3      A.   Initially, no.                          0:21:51

 4      Q.   Okay.  And when you say, "Initially, no," do

 5  you recall -- what -- what do you mean by that?

 6      A.   Initially for, I believe, it was at least the

 7  first -- it was for the -- at least the first day, and

 8  I don't believe until late evening Sunday or possibly

 9  Monday -- and I -- again, I couldn't tell you the exact

10  date, we didn't have any because we never bought any.

11      Q.   Okay.  And so just to orient you to the days,

12  the first day of the protest in Denver began on -- it

13  was on Thursday, May 28th, Friday was the 29th,

14  Saturday was the 30th, so was the 30th -- was Saturday

15  the 30th the first day that Aurora went to the Denver

16  protests?

17      A.   Yes.

18      Q.   Okay.  And on Saturday, May 30th, Aurora

19  officers did not have any flash-bangs?

20      A.   No, they did not.                        0:22:49

21      Q.   Okay.  Did -- on Saturday, May 30th, did

22  Aurora officers have PepperBall guns?

23      A.   No, they did not.

24      Q.   Okay.  On Sunday, May 31st, did Aurora

25  officers have any PepperBall guns?
```

Exhibit 5, LLC