

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

## vs

# CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## LIEUTENANT THOMAS PINE

## DATE:

## June 22, 2021



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 17

1   intersection in the video that I was just showing you --

2   so, you know,  this is a body-worn camera video from an

3   Aurora police officer.  So there were Aurora police

4   officers there.  Do you recall being near other -- being

5   near Aurora police officers?

6        A.    Not at that location, no, I don't.

7        Q.    Okay.  Did your team members have flash bangs?

8        A.    Yes.

9        Q.    Were there specific officers on your team who

10   were authorized to use flash bangs?

11        A.    Everybody on my team is authorized.

12        Q.    Okay.  Did they all have flash bangs?

13        A.    Yes.

14        Q.    Do you know if any of them deployed them on

15   May 30th?

16        A.    I do not know.

17        Q.    One of the officers on your team, Ben

18   Longoria, his officer statement stated that he was at

19   Colfax and Broadway on

20   May 30th.  Let me just pull up his report.  Can you see

21   this?

22        A.    Yes.

23        Q.    Okay.  So this is Bates stamp Denver3365.

24   This is a report by Ben Longoria for May 30th, and he

25   says here in the second paragraph, "At one point, we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com