Page 1

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-CV-01922-RBJ-MEH
& 1l20-cv-03155-KLM (consolidated)

―――――――――――――――――――――――――――――――――――――――――――――――――

ELISABETH EPPS, et al.,
     Plaintiffs,
vs.
CITY AND COUNTY OF DENVER, et al.,
     Defendants.

―――――――――――――――――――――――――――――――――――――――――――――――――

VIDEO VIDEOCONFERENCED DEPOSITION OF PATRICIO SERRANT
July 16, 2021

―――――――――――――――――――――――――――――――――――――――――――――――――

VIDEOCONFERENCED APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:
     PATRICK C. REIDY, ESQ.
     Arnold & Porter Kaye Scholer LLP
     70 West Madison Street, Suite 4200
     Chicago, Illinois  60602
     Phone:  312-583-2424
     Email:  patrick.reidy@arnoldporter.com

ON BEHALF OF THE PLAINTIFFS:
     ELIZABETH WANG, ESQ.
     Loevy & Loevy
     312 North May Street, Suite 100
     Chicago, Illinois  60607
     Phone:  312-243-5900
     Email:  elizabethW@loevy.com

Page 82

1  2:43 p.m.
2      Q.  (By Mr. Reidy)  Sir, under Aurora Police
3  Department policy, when is it permissible to use a weapon
4  that can cause serious bodily injury or death?
5      A.  What -- what deadly force?  When the -- to
6  defend myself -- I have to look at the policy.  It is to
7  defend myself when there's a -- there's a lethal assault
8  or defend others, the protection of others from lethal.
9      Q.  Okay.  So is it fair to say that it's only
10 permissible to use a weapon that can cause serious bodily
11 injury or death when you, yourself, are threatened by that
12 individual with serious bodily injury or death?
13     A.  To use a lethal weapon, yes.
14     Q.  Now, going back to the intersection of
15 Colfax and Washington on the night of May 31st at around
16 9:12 p.m.  You were standing on one side of Colfax, on the
17 side with the police station, right?
18         Are you trying to remember?  Did you hear
19 my question?
20     A.  No.  Was that a question?
21     Q.  Yes.  Sorry.
22     A.  If I was there?  Yes, I was there.
23     Q.  Okay.  So you were standing -- are you able
24 to say or confirm that you were standing on the north side
25 of Colfax at Colfax and Washington on the evening of

Page 83

1  May 31st around 9:12 p.m.?
2      A.  Yes.
3      Q.  Somebody that was to kick a canister of CS
4  gas or smoke on the south side of Colfax -- in other
5  words, across the street from you -- does not pose a
6  likely threat of serious bodily injury or death to you or
7  your team, right?
8          MS. PLATT:  Form and foundation.
9      A.  If they're standing way across the other
10 side of Colfax, I don't -- I don't know.  I don't think
11 so.
12     Q.  (By Mr. Reidy)  Okay.  So I'm going to
13 reask the question just for the record.  I don't mean to
14 badger you.  I'm just reasking you.  Okay?
15         So if -- we've established that you were
16 standing on the north side of Colfax at Colfax and
17 Washington.  And if somebody on the south side of Colfax
18 at that intersection kicked a canister of CS gas or smoke,
19 that individual would not pose a threat of serious bodily
20 harm or death to you or your team, right?
21     A.  I don't think so.
22         MS. PLATT:  Form --
23     A.  Yeah, I don't think so.
24         THE REPORTER:  I'm sorry.  The objection?
25         MS. PLATT:  I'm sorry, Ms. Tubbs.  What

Page 84

1  was that?
2          THE REPORTER:  What was the objection?
3          MS. PLATT:  It was form and foundation.  I
4  was just renewing the same objection since the question
5  was essentially asked again.
6      Q.  (By Mr. Reidy)  So in that circumstance, it
7  would be unreasonable to use a weapon that can cause
8  serious bodily injury or death to that person, right?
9          MS. PLATT:  Form and foundation.
10     A.  I -- I would think so.  It would be
11 unreasonable, yes.
12         MR. REIDY:  Okay.  I have no further
13 questions.
14         THE VIDEOGRAPHER:  Anyone else?
15              EXAMINATION
16 BY MS. WANG:
17     Q.  Hi, Sergeant.  I have a few questions.
18         So were you -- on May 31st of 2020, at this
19 intersection of Colfax and Washington, when you arrived at
20 that -- when you and your team arrived at that
21 intersection, there was another agency that was already
22 there, correct?
23     A.  Yes, ma'am.
24     Q.  Okay.  Was that Jefferson County S.W.A.T.
25 team?

Page 85

1      A.  I don't know if -- I do not know if they
2  were the S.W.A.T. team, but I know that either city was
3  there, Jefferson or Adams.  And I do believe it was
4  probably Jefferson County.  But I don't know if it was
5  their S.W.A.T. team or not.
6      Q.  Okay.  So if there are Jefferson County
7  Sheriff's Office reports that say that Jefferson County
8  Regional S.W.A.T. team was at the intersection of Colfax
9  and Washington at about 8:30 or earlier on May 31st, and
10 that Aurora police MFF arrived to assist us, then it would
11 be fair to say that that -- it was Jefferson County
12 S.W.A.T. team, correct?
13     A.  Yes, ma'am, it would.
14     Q.  Okay.  And do you know what MFF -- their
15 reports describe you as Aurora Police MFF.
16         Do you know what that means?
17     A.  I've never heard of that term.
18     Q.  Okay.  All right.  Do you know if there
19 were -- there was more than one outside agency, or it was
20 just Jefferson County S.W.A.T.?
21     A.  I think it was just the Jefferson County.
22     Q.  Okay.  And then later on in that evening,
23 your team and Jefferson County S.W.A.T. officers moved
24 west -- or I'm sorry -- yes, moved west on Colfax,
25 towards -- towards the capitol, right?

22 (Pages 82 - 85)

Page 86

1   A.  Yeah.  I -- you know what?  I don't know.
2   I believe that they actually left, because I don't
3   remember them being -- being with us as we walk -- as we
4   were moving west on Colfax.  Yeah.
5   Q.  Okay.  Were there -- do you remember any
6   other agencies being present with you and your team as
7   you-all moved west?
8   A.  At that particular time, no.
9   Q.  Okay.  Now, your body-worn camera -- I'm
10  trying to determine what time exactly you got -- you and
11  your team got to that intersection.  Okay?  So I'm going
12  to pull up your body-worn camera and show it to you again
13  and then ask you some more questions about it.
14         Okay.  So can you see this?
15  A.  I can.
16  Q.  All right.  Again, it's crooked.  But let's
17  just play it for a few seconds, and then I'll ask you some
18  questions.
19  A.  Yes, ma'am.
20  Q.  So this is COABLM508.  And this
21  starts -- this is 5/31/2020.  It starts at 8:20 -- 39:20.
22         (Video playing.)
23  Q.  Okay.  I'm going to pause it at
24  20:39:51 -- 20:39:51.
25         Now, is it fair to say that it appears that

Page 87

1   you and your team are walking towards the intersection of
2   Colfax and Washington at this time, right?
3   A.  Yes.
4   Q.  So when this -- when you turned your video
5   on, had you and your team just arrived?
6   A.  I don't remember, but I think so.
7   Q.  Okay.  And so did you -- do you
8   know -- remember where you parked your vehicles?  Like,
9   did you park it north of Colfax somewhere?
10  A.  We actually -- yeah, we were on -- so
11  Washington and -- I think we dismounted at 15th -- 14th,
12  which is -- you know, which is -- if you walk from 14th
13  up.  You know, we had -- we had the two vehicles that we
14  had, you know, that were driven by officers, so they just
15  dropped us off and they stayed there -- I think it was
16  that intersection -- that corner.
17         So the corner of 14th and -- not the
18  corner, but just -- just a little bit south, between the
19  corner of 14th on Washington.  I do remember that.
20  Q.  Okay.  So what I'm trying to determine is
21  if you and your team or any Aurora officers were present
22  at the intersection of Colfax and Washington at
23  8:00 -- between 8:00 -- like earlier than 8:30.
24  A.  No.
25  Q.  Okay.  And -- and -- and how do you -- how

Page 88

1   do you know that?
2   A.  Well, I do remember this instance.  I
3   remember we were down -- we -- we were down in another
4   location when it came over the radio that there was
5   assistance needed at the Washington address.  So we
6   were -- I remember, you know, taking -- you know, having
7   my driver -- because I was in the front -- or -- you
8   know, the driver of our vehicle to go ahead to start
9   heading towards 14th.
10         So I remember driving specifically from
11  another location onto 14th and Washington, turning onto
12  Washington from 14th, letting us off and then walking
13  from there to the corner.
14  Q.  Okay.  So let me just -- I'll just pull up
15  a map, a Google map.
16         All right.  Can you see this --
17  A.  Yes, ma'am.
18  Q.  -- map?  I'm showing you Google Maps.
19         This is the intersection of Colfax and
20  Washington right here [indicating].
21  A.  Yeah.
22  Q.  Okay.  So --
23  A.  16th -- 16th, so, yeah.  I -- I messed up.
24  So, yeah, it goes -- it goes -- so north it goes up.
25  South goes down.  So 16th would be the next intersection.

Page 89

1   Yeah.  So --
2   Q.  Okay.  So 16th is the intersection -- is
3   the street just north of Colfax.
4   A.  Yes.  And that's -- that's what I -- I got
5   confused.  I thought it was 14th.  14th is south.  Yes.
6   The north street, so it would have been 16th.
7   Q.  Sure.  Okay.
8         So that's why you're -- so you're saying
9   you got dropped off at the intersection of 16th and
10  Washington.  That's why your camera shows you-all walking
11  down --
12  A.  Yeah.  No, not on the intersection.
13         So if you look -- if you move the
14  mouse -- move it from the corner.  If you just put it
15  back in the corner where you had your mouse back on 16th
16  and Washington, if you could move your mouse there now.
17  And then if you go down -- go down on the street, and
18  right there.  So if you stop right there.
19         So we got turned, both vehicles, and we
20  got stopped on the left side of the road -- right -- left
21  side?  Yeah, on the left side of the road, facing Colfax,
22  and that's where we got dropped off.  So not quite at the
23  corner, but right -- just south of the intersection.
24  Q.  Okay.  Just south of --
25  A.  Yeah, so right there.

23 (Pages 86 - 89)

Page 90

1 Do you see where that vehicle is at? This
2 is a one-way going north -- or I'm sorry. Going south.
3 So right here.
4 So you see where that entrance to the
5 parking lot to the police station.
6  Q. Right.
7  A. Yeah. Right there is where we -- both our
8 vans -- because we have two vans -- we parked right there
9 and that's where we got out.
10  Q. Okay. So that's why your video's --
11  A. Show us walking.
12  Q. -- like somewhere around here and you're
13 walking south?
14  A. Yes. Yes, ma'am.
15  Q. Okay. So there was not a significant
16 number of minutes where you were doing something and then
17 you turned your cameras on. In other words -- let me ask
18 you this way.
19 Your -- your camera -- and that -- and I'll
20 represent to you that other Aurora officers who were at
21 this intersection on this day, none of them really start
22 until after 8:30. Okay. And some of them, it's just a
23 few minutes after 8:30; it's like 8:39, 8:40, but none of
24 them start really earlier than that.
25 And so is that an indication that you did

Page 91

1 not arrive at this intersection until after 8:30?
2  A. It could be. But, you know,
3 until -- until we -- so let me explain. So we could have
4 gotten dropped off there and just kind of, you know, did
5 like a little quick -- you know, maybe a quick -- you
6 know, a quick plan to try to figure out what we're going
7 to do. You know, we usually -- we actually marched. So
8 it was like, you know, we were in two -- two separate
9 rows, columns.
10 So we could have, you know, gotten
11 off -- getting the columns ready before we started
12 walking, and that's when we activated the video, as we
13 were walking over.
14  Q. Okay. But -- well, let me just -- let me
15 just not beat around the bush. And I'll show you a
16 particular video.
17  A. Okay.
18  Q. So -- sorry. It's just going to take me a
19 second to pull it up.
20 Okay. Can you see this video?
21  A. Yes, ma'am.
22  Q. This is video from Denver, Bates stamped
23 Denver 3871. It's a Halo camera from Colfax and
24 Washington dated May 31st, 2020. Mr. Reidy was showing
25 you a little bit later after 9:00, but this -- this is

Page 92

1 back at 8:28, and I just want to play it for a few minutes
2 and ask you questions.
3 But just to orient you, this camera is at
4 the intersection of Colfax and Washington. But right now,
5 it's sort of facing west, and this is Washington right
6 here [indicating].
7  A. Yes.
8  Q. I'm sorry. This is Colfax right here, and
9 this is Washington like this way [indicating].
10  A. Yes. I can tell.
11  Q. Okay. All right. So let's just play it
12 for a couple of minutes, and then I'll ask you some
13 questions.
14 (Video playing.)
15  Q. I've got to start a little bit earlier.
16 Okay. We'll start at 8:28:17 p.m.
17 (Video playing.)
18  Q. Okay. So let me pause it -- actually --
19 yeah, let me pause it. I'm pausing it at 8:28:38. So do
20 you see how there is a large group of marchers marching
21 east -- or -- yeah, marching east?
22  A. Yes.
23  Q. Okay. Were you and your officers there at
24 the time that there was a large crowd marching east?
25  A. No.

Page 93

1  Q. Okay. By the time you and your officers
2 got there, what -- at the intersection of Colfax and
3 Washington on May 31st, what did you see in the
4 intersection?
5  A. There was groups of people. It wasn't a
6 large -- I mean, there was some crowds, but it wasn't
7 like this. No.
8  Q. Okay. All right. And I'll represent to
9 you, you know, a little bit earlier on, you'll see that
10 for -- for a good period of time, there's basically just a
11 large crowd marching --
12  A. Yes.
13  Q. -- east.
14 Okay. So let me go forward a little bit.
15 We'll play it from 8:28:23.
16 (Video playing.)
17  Q. Okay. Do you see how the crowd is moving
18 back?
19  A. Yes.
20  Q. And then there's a flash?
21  A. Yes.
22  Q. Okay. So now -- now the camera has moved
23 to the intersection -- I'm going to pause it at 8:29:06.
24 The camera has now moved to the intersection of Colfax and
25 Washington, and it's facing north on Washington, and

24 (Pages 90 - 93)

Page 94

1  there's smoke or gas on the street.
2       Do you see that?
3    A.  Yes.
4    Q.  Okay.  So at this time, it's 8:29:06 p.m.
5  And we'll play it for another little bit, and then I'll
6  ask you some questions.  But try to focus on these
7  officers that are standing just north of this street.
8    A.  Yes.
9       (Video playing.)
10   Q.  I'm going to pause it.  It's 8:29:35.
11      Do you see these officers standing right
12  here next to the station, just north of Colfax on
13  Washington?
14   A.  Yes.
15   Q.  Are those your officers?
16   A.  No.
17   Q.  Okay.  Do you know if that's Jefferson
18  County S.W.A.T. team?
19   A.  I think they -- I think it is, yes.
20   Q.  Okay.  Do you see this vehicle back here
21  with its lights on?
22   A.  Yes.
23   Q.  Do you recognize that as an Aurora vehicle?
24   A.  I -- I cannot tell.
25   Q.  Oops.  That's a little bit too close.

Page 95

1  Okay.
2    A.  That's a good camera.
3    Q.  Yeah.  This is actually pretty great.
4    A.  Mm-hmm.
5    Q.  So I zoomed in quite a bit.  We're still at
6  8:29:35, and we have maybe a little bit better view of the
7  officers.  But looking at this zoomed-in view, can you --
8  can you confirm that this is not Aurora?
9    A.  Yeah, that's -- that's not ours.
10      Jeffco -- Jeffco had -- they had like a
11  green -- olive-green uniform.
12   Q.  Okay.
13   A.  So -- and that's -- that's -- I see -- I
14  see a lot of green in there.  Yeah.
15   Q.  Okay.  So you think this is Jeffco?
16   A.  I do believe so, yes.
17   Q.  Great.
18      Do you know who was in charge of the Jeffco
19  team when your team showed up?
20   A.  I do not.
21   Q.  Do you know if there was -- how about by
22  rank?  Do you know if there was a sergeant or a
23  lieutenant or, you know --
24   A.  I can't tell you.  You know, we had
25  Lieutenant -- Lieutenant McClellan was there.  So he

Page 96

1  might have made contact with them.  But I -- I did not
2  make contact with any of their leadership, whether it be
3  a sergeant or a lieutenant.
4    Q.  Okay.  So if someone on your team from
5  your -- from Aurora made contact with the Jeffco people,
6  it would be Lieutenant McClellan?
7    A.  It would have been.  It could have been
8  Sergeant -- Sergeant Chamberland, who was also there.
9  So -- but I don't know.  I personally did not make
10  contact with -- I mean, who I thought -- they were
11  wearing masks anyways.  It was really hard to tell.
12   Q.  Right.  Okay.
13      Do you know what kind of weapons Jefferson
14  County S.W.A.T. team had with them?
15   A.  That is a mystery to me.
16   Q.  Okay.  I'm going to play this for a little
17  bit more, and then I'll ask you some questions.
18      (Video playing.)
19   Q.  Okay.  I'm going to pause it right here.
20  This is at 8:30:36 p.m.
21   A.  Okay.
22   Q.  Do you see this individual in the
23  intersection right here --
24   A.  I do.
25   Q.  -- the white helmet?  Okay.

Page 97

1    A.  Yeah.
2    Q.  Just keep your eye on them for a moment,
3  and then I'll ask you some questions about him.
4    A.  Okay.
5    Q.  Okay.  That was kind of fast.  Let me try
6  to slow this down.  I'll rewind this a little bit.
7       (Video playing.)
8    Q.  I'm playing it again from 8:30:21.
9       (Video playing.)
10   Q.  He -- he's going to run up into the
11  intersection from here.
12      (Video playing.)
13   Q.  Okay.  There he is.
14   A.  Yes.
15   Q.  Okay.  Do you see how he was kicking a tear
16  gas canister?
17   A.  Yes.
18   Q.  Okay.  And then he turns.
19      Based on your understanding of the -- based
20  on the use-of-force guidelines that you were provided
21  during the protests, would it have been appropriate or
22  reasonable to shoot him with a less-lethal weapon based on
23  what he was doing?
24   A.  On a less lethal --
25      MS. PLATT:  Form and foundation.

25 (Pages 94 - 97)

Page 98

1  A. Yeah. I don't know. I really don't know.
2  I can't -- I can't tell what Jeffco saw that would make
3  them -- if they shot. I don't know, did they -- did he
4  get shot?
5  Q. (By Ms. Wang) Yes. He was shot three
6  times.
7  A. Okay. Yeah, I -- I don't know. I don't
8  know what Jeffco saw that made them think it was
9  necessary for them to do that.
10  Q. Well, let me ask you this. If you were
11  there and these were your officers at this intersection,
12  and you saw this individual kicking a tear gas canister
13  from this distance, this -- whatever this distance is
14  between where these officers are right here, north of the
15  intersection and where the individual is, which is in the
16  middle of the intersection, do you think that this
17  individual kicking a tear gas canister at that time would
18  have posed a threat of serious bodily injury or death?
19       MS. PLATT: Form and foundation.
20  A. Again, I'm trying to -- I don't -- I
21  wasn't there. I wasn't in that group, and you said -- I
22  don't know.
23  Q. (By Ms. Wang) Okay. I'm going to try to
24  zoom in a little bit.
25       So I want to see if you can help me

Page 99

1  identify the object that hit him. It's going to be a
2  little bit difficult, but we're going to just -- you know,
3  because you're an officer and you're familiar with these
4  weapons --
5  A. Yes, ma'am.
6  Q. -- perhaps you may be able to provide some
7  information about that. But I'm going to -- I'm going to
8  play it again from 8:30:26 in a zoomed-in view.
9       (Video playing.)
10  Q. Okay. There he is.
11       Okay. I'm going to pause it right here at
12  8:30:39.
13       So do you see this white -- do you see this
14  white object right here I have my cursor on?
15  A. Yes.
16  Q. Okay. So it -- to me, it appears that this
17  object hit this individual and then bounced off to the
18  ground. And then this black object over here also hit him
19  and bounced to the ground. But let me replay that a
20  little bit. And then my question to you will be: Do you
21  know if the white object is a beanbag round?
22       (Video playing.)
23  Q. So I'm playing it again. There he is.
24  A. Okay.
25  Q. I stopped it at 8:30:40.

Page 100

1       Do you see this white object again?
2  A. I do.
3  Q. Based on your familiarity with these
4  weapons, do you think that's a beanbag round?
5  A. It could be.
6  Q. Do you have any idea what else it might be?
7  A. I don't know about weapons Jeffco has,
8  whether they have -- I don't know -- pepperballs that
9  didn't go off or -- I mean, I don't know. But, yeah, it
10  appears it's a bag -- a little bag or some sort of light
11  object.
12       You know, pepperballs -- or not
13  pepperballs, but beanbags or sock rounds are white like
14  that, yes.
15  Q. Okay. And then what about the little black
16  object?
17       I'll play it again. This is from 8:30:24.
18       (Video playing.)
19  Q. Did you see that black object bounce?
20  A. Yeah, I saw that. And that's why I'm
21  unfamiliar, because I -- I don't know that a sock round
22  would deliver the sock and something black.
23  Q. Right.
24       Well, if it was two different officers who
25  shot him at about the same time.

Page 101

1  A. It could be, but I don't know what the
2  black part would be, because I -- I wouldn't have weapons
3  like that.
4  Q. Did that look like a foam baton to you?
5  A. Foam round.
6  Q. Foam round, yeah.
7  A. Yeah. That's what we call those. We call
8  them foam rounds. And that's what comes out of this 40.
9  It's just a -- it could be. Again, it's all speculation
10  because I really don't know what happened. I mean, I can
11  tell you knowing what I know.
12       If it would have been my officers, I could
13  probably, you know, make a better assessment of what it
14  is.
15  Q. Okay. Now, what -- what happened when
16  you and -- well, actually, wait. Let me go back.
17       So when you were at the -- when your
18  officers showed up at the intersection of Colfax and
19  Washington on May 31st to assist Jeffco, were there any
20  Denver officers there?
21  A. I don't think so. I think the Denver
22  officers were across the street.
23  Q. Oh. Do you know what -- what team of
24  Denver officers was across the street?
25  A. I don't know.

26 (Pages 98 - 101)