IN THE UNITED STATES DISTRBETH EPPSICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

_____

**DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF EXPERT DISCLOSURE DEADLINES, EXPERT DISCOVERY CUT-OFF, AND DISPOSITIVE MOTION DEADLINES**
_____

Defendants, City and County of Denver, Chief of Police Paul Pazen, Daniel Felkins and David Abeyta, through their undersigned counsel, hereby respectfully submit this Unopposed Motion for Extension of Time, as follows:

1. Pursuant to D.C.Colo.LCiv.R. 7.1(a), the undersigned counsel conferred with counsel for the Plaintiffs prior to filing the instant Motion. Counsel for the Fitouri Plaintiffs, Elizabeth Wang, Esq., indicated both Fitouri Plaintiffs and Epps Plaintiffs did not oppose this Motion and the extension of time requested.

2. In accordance with this Court's Order dated July 9, 2021 [ECF 130-31], the current expert discovery deadlines are: Defendants' expert disclosure deadline is September 2, 2021; Plaintiffs' rebuttal expert disclosure deadline is September 23, 2021; and the expert discovery cut-off is October 22, 2021. Additionally, the dispositive motion deadline is November 15, 2021.

3. Notwithstanding the exercise of due diligence, the parties are still in the process of exchanging written discovery and taking depositions of important fact witnesses. The parties have conducted a large number of depositions in this case; however, because of scheduling issues several depositions still remain to be taken, which are being scheduled in the early and middle weeks of September 2021.

4. Additional time is needed to allow the depositions to occur and to give the Defendants' experts sufficient time to obtain and review deposition transcripts to prepare their expert reports. The Defendants' experts have been diligently reviewing material produced to date, but they have not yet had an opportunity to consider recently produced material, which is not merely duplicative of previously provided discovery.

5. Accordingly, Defendants respectfully request a 36-day extension of time to disclose their experts and expert reports, so that the expert discovery and dispositive motion schedule is adjusted as follows:

- Defendants' experts due October 8, 2021
- Plaintiffs' rebuttal experts due November 8, 2021
- Expert discovery closes December 8, 2021
- Dispositive motion deadline December 29, 2021

6. The requested extension will not cause undue delay or affect the trial date in this case (March 7, 2022).

WHEREFORE, for all the foregoing reasons, Defendants respectfully request this Court grant an extension of the Defendants' expert disclosure deadline to October 8, 2021, Plaintiffs' rebuttal expert deadline to November 8, 2021, the expert discovery cut-

off to December 8, 2021, the dispositive motion deadline to December 29, 2021, and for all other and further relief as this Court deems just and appropriate.

Dated and respectfully submitted this 30th day of August 2021.

*s/ Katherine N. Hoffman*
Katherine N. Hoffman, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3300; Fax:  303-628-3368
hoffmank@hallevans.com

**ATTORNEYS FOR DEFENDANTS CITY AND COUNTY OF DENVER, DANIEL FELKINS, DAVID ABEYTA, ANTHONY E. TAK, PAUL PAZEN, AND JOHN BRINKERS**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 30th day of August, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to all parties of record:

*s/Marlene Wilson*, Legal Assistant to
of Hall & Evans, L.L.C.
**ATTORNEYS FOR DEFENDANTS**
**CITY AND COUNTY OF DENVER,**
**DANIEL FELKINS, DAVID ABEYTA, ANTHONY**
**E. TAK, PAUL PAZEN, AND JOHN BRINKERS**