LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

EXHIBIT A



# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:
## COMMANDER PATRICK PHELAN

## DATE:
## MAY 25, 2021



schedule@kentuckianareporters.com
877.808.5856  |  502.589.2273
www.kentuckianareporters.com

```
                    UNITED STATES DISTRICT COURT

                       DISTRICT OF COLORADO

     ----------------------------------------------------------

     Black Lives Matter 5280 et al.,



              Plaintiffs,


         vs.                    Case Number 1:2020cv01878

                                Cons w/ 1:2020cv01922



     City and County of Denver et al.,



              Defendants.

     ----------------------------------------------------------

                    Deposition of Matthew Canino

                              Thursday

                         April 28th, 2021



                                -at-



                       Zoom Remote Deposition
```

Exhibit 5, LLC



LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT JAMES D. WILLIAMS

# DATE:

# June 24, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com



# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT VINCE PORTER

# DATE:

# June 22, 2021





# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT THOMAS PINE

# DATE:

# June 22, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com



# KENTUCKIANA
## COURT REPORTERS

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

**CIVIL ACTION NO. 1:20-CV-01878-RBJ**

**ELISABETH EPPS, ET AL.**

**vs**

**CITY AND COUNTY OF DENVER, ET AL.**

**DEPONENT:**

**COMMANDER MICHAEL O'DONNELL**

**DATE:**

**August 04, 2021**



a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com



# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT KEVIN CARROLL

# DATE:

# July 27, 2021





# Transcript of Sergeant Rick Beall

**Date:** April 1, 2021
**Case:** Black Lives Matter 5280, et al. -v- City and County of Denver, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
www.planetdepos.com



# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# SERGEANT DAVID ABEYTA

# DATE:
# MAY 21, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com



# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# CORPORAL RICHARD EBERHARTER

# DATE:
# August 24, 2021

