IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

### STATUS REPORT REGARDING CLASS CERTIFICATION NOTICE

---

Now come Plaintiffs Claire Sannier and Kelsey Taylor, Class Representatives for the Arrest Class, through their counsel, Class Counsel, and hereby provide this Status Report to the Court on the notice that was mailed to potential class members and the status of opt-outs. Plaintiffs report as follows:

1. On June 28, 2021, the Court certified the Arrest Class. Dkt. 127.

2. On July 22, 2021, the Court approved the parties' proposed joint notice to class members of the certification of the Arrest Class. Dkts. 133, 133-1.

3. The list of 313 potential class members is attached as Exhibit A (List of Class Members) hereto.

4. On July 31, 2021, Class Counsel mailed via first class U.S. Mail the approved notice to class members of the certification of the Arrest Class. Notice was mailed to all the class members except for the two Class Representatives (Plaintiffs Kelsey Taylor and Claire Sannier), who are aware of this lawsuit and the class certification order. *See* Exhibit B (Swift Decl.) ¶ 4. A copy of the notice that was mailed is attached as Exhibit C. *Id.*

5.  Addresses for class members were obtained from a combination of sources, including the arrest paperwork produced by the Defendant City and County of Denver and public databases including Westlaw and LocatePlus. Exhibit B ¶ 5.

6.  For class members who had more than one potential current address, Class Counsel mailed notices to each address. *See* Exhibit B ¶ 6.

7.  As of September 24, 2021, notices to 15 class members have been returned as undeliverable, and no other potential address has been found for those class members. Exhibit B ¶ 7; *see also* Exhibit A.

8.  The other class members received notice.

9.  The notice mailed to class members indicated that their opt-out or exclusion requests must be postmarked by September 13, 2021. Exhibit C at 1, 6.

10. To date, no opt-outs or exclusion request forms have been received. *See* Exhibit B ¶ 9.

Respectfully submitted,

/s/ Elizabeth Wang

| | |
|---|---|
| Elizabeth Wang | Makeba Rutahindurwa |
| LOEVY & LOEVY | LOEVY & LOEVY |
| 2060 Broadway, Suite 460 | 311 N. Aberdeen St. |
| Boulder, CO 80302 | Chicago, IL 60607 |
| O: 720.328.5642 | O: 312.243.5900 |
| elizabethw@loevy.com | makeba@loevy.com |
| *Counsel for Plaintiffs* | |

### Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on September 24, 2021, I served via CM/ECF the foregoing Status Report, on all counsel of record.

/s/ Elizabeth Wang
One of Plaintiffs' Attorneys