|    | A | B | C | D | E |
|----|---|---|---|---|---|
| 1  | **Arrest Class** | | | | |
| 2  | | | | | |
| 3  | Last | First | Middle | Date of Arrest | Notice(s) returned as undeliverable; no other address(es) available |
| 4  | Abdelrahman | Alrwily | | 6/3 | |
| 5  | Adebonojo | Geoff | | 5/31 | |
| 6  | Aguilar | Brisa | | 6/2 | |
| 7  | Ali | Mohamed | | 6/4 | |
| 8  | Allen | Otto | Dane | 5/30 | |
| 9  | Altman | Maggie | | 5/31 | |
| 10 | Amezcua | Jezamara | | 5/30 | |
| 11 | Andrade | David | Armando | 5/30 | |
| 12 | Arcuri | Ciara | Cheyenne | 5/31 | |
| 13 | Ayala | Ethaniel | | 5/31 | |
| 14 | Badillo | Enrique | Robert | 5/31 | |
| 15 | Balderrama-Catano | Tania | | 6/1 | |
| 16 | Banuelos Loya | Esteban | | 5/31 | |
| 17 | Barbour | Steven | Darnell | 5/30 | |
| 18 | Battie | Sydnie | Marie | 6/1 | |
| 19 | Bell | Peter | | 5/31 | |
| 20 | Berrios | Andrea | | 6/1 | |
| 21 | Bialy | Benjamin | Kala | 5/31 | |
| 22 | Blocker | Broderick | | 5/31 | |
| 23 | Bolden | Napoleon | D | 6/2 | |
| 24 | Booneel | Anthony | | 5/31 | |
| 25 | Boria Robles | Edgardo | A | 5/31 | x |
| 26 | Boughter | Daniel | | 5/31 | |
| 27 | Boulden (Bolden) | Reginald | B | 6/2 | x |
| 28 | Bowerman | Lucas | Alexander | 5/30 | |
| 29 | Brading | Jacob | Michael | 6/2 | x |
| 30 | Braveheart | Nathan | | | |
| 31 | Bressem | Tristian | Thomas | 5/31 | |
| 32 | Briggs | Asa | | 5/31 | |
| 33 | Brison | Nathzelleous | | 5/31 | |
| 34 | Bristol | Dennis | | 6/4 | |
| 35 | Broszkiewicz | Dylan | | 5/30 | |
| 36 | Brower | Jason | F | 5/31 | |
| 37 | Brown | Aaron | | 5/31 | |
| 38 | Bryce | Gabriel | | 6/1 | x |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 39 | Buell | Christopher | | 5/31 | |
| 40 | Bunch | Tyler | | 5/30 | |
| 41 | Burgess | Bethany | | 5/31 | |
| 42 | Burgin | Jon | | 6/1 | |
| 43 | Burns | Andrew | | 6/1 | |
| 44 | Butler | Shane | Ryley | 5/31 | |
| 45 | Cameron | John | M | 6/4 | |
| 46 | Cardoza | Leila | | 5/31 | |
| 47 | Caycho | Jonathan | | 6/4 | |
| 48 | Celestine | Cameron | Dangelo | 6/1 | |
| 49 | Chairez | Saul | | 6/1 | |
| 50 | Chapman | Alexander | | 6/1 | |
| 51 | Chaquan | Chameek | | 5/31 | |
| 52 | Chiapete | Anthony | | 5/31 | |
| 53 | Choumphimmasen | Johnny | | 5/31 | |
| 54 | Clement | Dyami | | 5/30 | |
| 55 | Collins | Chad | M | 5/31 | |
| 56 | Collins | Dirae | | 5/31 | |
| 57 | Collins | Jacob | | 5/31 | |
| 58 | Collins | Sean | Thomas | 6/1 | |
| 59 | Conradson | Lindsey | | 6/2 | |
| 60 | Cook | Steven | Elliot | 6/2 | |
| 61 | Cordova | Kenneth | Gregory | 6/3 | |
| 62 | Cowie | Aliya | Kayln | 5/30 | |
| 63 | Cruz | Ambrose | | 6/2 | |
| 64 | Culter | Alexandra | | 5/30 | |
| 65 | Czarnecki | Nevaeh | | 6/1 | |
| 66 | Davalos | Hector | S | 6/2 | |
| 67 | Davis | Paul | E | 6/3 | |
| 68 | Delany | Daniel | Michael | 5/31 | |
| 69 | Demarest | Brittany | Lynn | 5/30 | |
| 70 | Demarest | Kristina | | 5/30 | |
| 71 | Denard | Clara | L | 5/31 | |
| 72 | Denning | Keshawn | | 5/31 | x |
| 73 | Dennis | Samuel | | 5/31 | |
| 74 | Derzay | Stefan | Allen | 5/31 | |
| 75 | Desantos | Chaz | Andrew | 5/31 | |
| 76 | Dickerson | Sayge | | 5/31 | |
| 77 | Dietz | Madison | | 6/2 | |
| 78 | Donlan | Wesley | James | 6/3 | |
| 79 | Dougherty | River | | 5/31 | |
| 80 | Drake | Ashton | | 6/1 | |
| 81 | Duran | Aaron | | 5/31 | x |
| 82 | Dye | Joel | Dominic | 6/1 | x |

| | A | B | C | D | E |
|---|---|---|---|---|---|
| 83 | Eagleburger | Samuel | Barnes | 6/2 | |
| 84 | Edwards | Eric | | 5/31 | |
| 85 | Ellenberger | Chase | Andrew | 5/31 | |
| 86 | Elmendorf | Ryan | David | 6/3 | |
| 87 | Elya | Gregory | L | 6/1 | |
| 88 | Emerson | Jeremiah | Matthew | 6/2 | |
| 89 | Epperson | Joseph | Taylor | 5/31 | |
| 90 | Escobedo | Ava | Raye | 6/4 | |
| 91 | Estrada | Giselle | Loya | 6/2 | |
| 92 | Eub | Michael | | 6/1 | x |
| 93 | Ewen | Sean | Doc | 6/2 | |
| 94 | Farney | Katie | | 5/30 | |
| 95 | Farnsworth | Isaiah | | 5/30 | |
| 96 | Farrell | Delaney | | 6/1 | |
| 97 | Fernandez | Danaya | | 5/31 | |
| 98 | Ferrari | Brittney | Rose | 5/31 | |
| 99 | Ferrer | Vincent | | 5/31 | |
| 100 | Fields | Casey | | 5/31 | |
| 101 | Fields | Damon | Antonio | 5/30 | |
| 102 | Fitzgerald | Jonathan | | 6/1 | |
| 103 | Fong-Garcia | Carlos | Arturo | 6/3 | |
| 104 | Francis | Eugene | | 6/1 | |
| 105 | Friedman | Riley | | 5/31 | |
| 106 | Fuentes | Jose | | 5/31 | x |
| 107 | Galaviz | Monica | | 5/31 | |
| 108 | Garey | Laroy | | 5/31 | |
| 109 | Gaulthier | Ryan | C | 6/1 | |
| 110 | Gaynes | Samuel | Donald | 5/30 | |
| 111 | Getachew | Emmanuel | | 6/1 | |
| 112 | Gibbs | Jayce | | 6/2 | |
| 113 | Gill | Michael | Douglas | 5/31 | |
| 114 | Gindro | Christopher | | 6/2 | |
| 115 | Godbee | Duane | Everett | 5/31 | |
| 116 | Gomez-Cruz | Edwin | | 6/1 | |
| 117 | Gonzales | Alexander | | 6/2 | |
| 118 | Gonzalez | Francisco | | 6/1 | x |
| 119 | Gonzalez | Sacramento | Luis-Jake | 5/31 | |
| 120 | Goodwin | Kathryn | | 5/31 | |
| 121 | Grant | Erin | | 5/30 | |
| 122 | Gray | Kevin | | 6/2 | x |
| 123 | Grissom | Wesley | R | 6/2 | |
| 124 | Gualthier | Ryan | C | 5/31 | |
| 125 | Guardado | Jimmy | | 5/31 | |
| 126 | Guerrero | Leandre | | 6/1 | |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 127 | Guitierrez | Cindy |  | 5/30 |  |
| 128 | Haffey | Christian |  | 6/2 |  |
| 129 | Halton | Rachel |  | 6/2 |  |
| 130 | Hargrav | Elizabeth | Ann | 5/30 |  |
| 131 | Harrison | Asa |  | 6/2 |  |
| 132 | Harrison | Roderick | Riley | 6/3 |  |
| 133 | Harshaw | Keenan | Dionne | 6/2 |  |
| 134 | Hartzman | David | Jordan | 5/31 |  |
| 135 | Havens | Ailyn |  | 5/30 |  |
| 136 | Hayes | Aurdey | Louise | 5/31 |  |
| 137 | Helton | Brian |  | 5/31 |  |
| 138 | Hermes | Dylan |  | 6/2 |  |
| 139 | Hilliard | Jesse |  | 6/2 |  |
| 140 | Hogan-Kusler | Jordan | Marie | 5/30 |  |
| 141 | Hollingsworth | Jared | Rio | 6/1 |  |
| 142 | Holy Elkface | Lionel |  | 6/2 |  |
| 143 | Holy Elkface (Stoneroad) | Melissa | Maude | 6/2 |  |
| 144 | Hough | Michael |  | 6/1 |  |
| 145 | House | Alianna |  | 6/2 |  |
| 146 | Hutton | Bryan |  | 5/30 |  |
| 147 | Hutton | Daniel |  | 5/31 |  |
| 148 | Jackson | Devin |  | 5/31 |  |
| 149 | Jackson | Quaivaughn |  | 5/30 |  |
| 150 | Jaramillo | Huitziloxochitl (Lala) |  | 5/31 |  |
| 151 | Jiron | Joseph |  | 5/31 |  |
| 152 | Johnson | Kelsey |  | 6/2 |  |
| 153 | Johnson | Malcom | Xavier | 5/30 |  |
| 154 | Johnson | Michael |  | 5/31 |  |
| 155 | Jones | Alfred | Charles | 5/31 |  |
| 156 | Jones | David |  | 6/2 |  |
| 157 | Kahsay | Ermias |  | 5/31 |  |
| 158 | Kassir | Yasser |  | 6/2 |  |
| 159 | Kilgore | Magdalena |  | 5/31 |  |
| 160 | King | Izaiah |  | 6/1 |  |
| 161 | Kinney | Phillip | Newton | 5/31 |  |
| 162 | Knowles | Lily (August) |  | 6/1 |  |
| 163 | Lagos | Brian |  | 5/31 |  |
| 164 | Larson | Ethan | Michael | 6/1 |  |
| 165 | Larsson | Lukas |  | 5/31 |  |
| 166 | Lawrence | Francesca |  | 5/31 |  |
| 167 | Lee | Bryce |  | 6/2 |  |
| 168 | Lopez | Jasmine | N | 6/2 |  |
| 169 | Lozano-Rios | Victor |  | 6/1 |  |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 170 | Luevano-Garces | Sergio |  | 5/31 |  |
| 171 | Mader | Hans | R | 6/3 |  |
| 172 | Madison | Chris |  | 6/2 |  |
| 173 | Magee | Andre |  | 6/2 |  |
| 174 | Marquez | Oscar | E | 6/4 |  |
| 175 | Marquez | Valorie | Yvette | 5/30 |  |
| 176 | Marroquin | Joseph |  | 5/31 |  |
| 177 | Martin | Jessica |  | 6/1 |  |
| 178 | Martinez | Jason |  | 5/31 | x |
| 179 | Martinez | Rafael |  | 5/31 |  |
| 180 | Martinez | Zacharee |  | 6/3 |  |
| 181 | Mascarenas | Zachary |  | 5/31 |  |
| 182 | Maskell | Maegan | M | 5/30 |  |
| 183 | Mason | Andrew |  | 6/2 |  |
| 184 | Maxfield | Brooke |  | 5/31 |  |
| 185 | Mayo | Daqwann |  | 5/31 |  |
| 186 | McClendon | Tejuan | Donnell | 6/2 |  |
| 187 | McKinney | Ryan |  | 5/31 |  |
| 188 | McLaughlin | Christopher |  | 5/31 |  |
| 189 | Medina | Arrieanna |  | 6/2 |  |
| 190 | Medina | Cassandra |  | 5/31 |  |
| 191 | Medina | Kayla | Ann | 5/31 |  |
| 192 | Miranda | Moriah | Delane | 6/4 |  |
| 193 | Mohamed | Ali | Adnan | 6/4 |  |
| 194 | Montoya | Rosalinda |  | 6/4 |  |
| 195 | Mora | Demetrius |  | 5/31 |  |
| 196 | Moran | Haley |  | 6/1 |  |
| 197 | Morejon | Juliette | A | 5/30 |  |
| 198 | Moreno | Henry | Elijah | 5/30 |  |
| 199 | Mortl | Eric |  | 6/1 |  |
| 200 | Moss | Jake | Russell | 6/1 |  |
| 201 | Mullin | Arthur | Elliot | 6/1 |  |
| 202 | Natichioni | Mario | Louis | 6/3 |  |
| 203 | Nibbs | Jamaal | Rondale | 5/31 |  |
| 204 | Niles | Graham | Robinson | 6/2 |  |
| 205 | O'Connor-Eccles | Shane | D | 5/31 |  |
| 206 | Offerdahl | Amanda |  | 6/2 |  |
| 207 | Ogboi | Chima |  | 5/31 |  |
| 208 | Oliver | Nicholaus | J | 5/31 |  |
| 209 | Oregan | Jeffrey | Thomas | 5/30 |  |
| 210 | Oropeza | Sergio | Francisco | 5/31 |  |
| 211 | O'Rourke | Alexandra | Joyce | 5/30 |  |
| 212 | Ortiz | Ulyses |  | 6/1 |  |
| 213 | Ott | Corey | Phillip | 5/31 |  |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 214 | Pace | Logan | | 5/31 | |
| 215 | Padan | Harrison | Lynn | 5/30 | |
| 216 | Paisner | Oren | I | 6/4 | |
| 217 | Paproski | Michael | Jonathan | 6/4 | |
| 218 | Parneros | Megan | Christina | 5/31 | |
| 219 | Peterson | Connor | Stevens | 5/31 | |
| 220 | Peterson | Marcus | Jay | 5/30 | |
| 221 | Pflanzer | Ryan | J | 5/31 | |
| 222 | Pineda | Cesar | | 5/31 | |
| 223 | Plowe | Zachary | Lee | 6/4 | |
| 224 | Poole | Danielle | M | 6/1 | |
| 225 | Powell | Rock | G | 5/31 | |
| 226 | Pryor | Selina | | 6/2 | |
| 227 | Pryor | Torien | Jerrell | 5/30 | |
| 228 | Redondo-Berrios | Patricia | Maria | 6/1 | |
| 229 | Reese | Nicholas | | 6/1 | |
| 230 | Regalado | Gabrielle | | 6/1 | |
| 231 | Rice | Erick | M | 6/1 | |
| 232 | Rice | Isabelle | T | 5/31 | |
| 233 | Riley | Tristin | Michael | 5/31 | |
| 234 | Rios | Brett | Edward | 6/2 | |
| 235 | Rivera-Oyler | William | | 5/30 | |
| 236 | Robinson | Lelan | Luther | 5/30 | |
| 237 | Rodriguez | Edward | B | 5/31 | |
| 238 | Rodriguez-Favela | Isabel | | 6/2 | |
| 239 | Rosas | Maria | D | 5/30 | |
| 240 | Ruseler | Jeffrey | Paul Michael | 5/31 | |
| 241 | Salas | Orlando | | 5/31 | |
| 242 | San Miguel | Emilio | R | 6/2 | |
| 243 | Sanchez | Alyisia | A | 6/1 | |
| 244 | Sannier | Claire | | 6/2 | |
| 245 | Santistevan | Anthony | Pepe | 5/30 | |
| 246 | Sauceda-Lindsey | Nicole | R | 6/2 | |
| 247 | Schmitt | Cody | Donald | 5/31 | |
| 248 | Schneider | Amy | | 6/2 | |
| 249 | Scott | Eden | Mitchell | 5/30 | |
| 250 | Seaver | David | Ovid | 6/3 | |
| 251 | Sera | Fabiola | | 5/31 | |
| 252 | Sera | Paola | Bennett | 5/31 | |
| 253 | Sharp | Sheldon | Blake | 5/31 | |
| 254 | Shirk | Gregory | | 5/31 | |
| 255 | Sims | Kristine | Gail | 6/4 | |
| 256 | Smith | Jay | | 5/30 | |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 257 | Smith | Ronald | G | 6/1 | |
| 258 | Smith | Stacy | | 6/2 | |
| 259 | Smith | Trevor | | 5/31 | |
| 260 | Sodaro | Caryn | M | 6/1 | |
| 261 | Spader | Brent | | 5/31 | |
| 262 | Spotswood | Sable | | 6/1 | |
| 263 | Staley | David | W | 6/1 | |
| 264 | Stapleton | Ryan | Patrick | 5/31 | |
| 265 | Stavish | Rook | | 5/31 | |
| 266 | Stephens | Owen | D | 5/31 | |
| 267 | Stier | Paul | K | 5/30 | |
| 268 | Stockton | Alexander | Thomas | 5/31 | |
| 269 | Stoltenberg | Zachary | | 6/1 | |
| 270 | Stowe | Ryan | A | 5/30 | |
| 271 | Stowe | Sandibel | | 5/30 | |
| 272 | Sweetman | James | | 5/31 | |
| 273 | Sylla | Nfanly | | 5/30 | |
| 274 | Taylor | Kelsey (Elle) | | 5/30 | |
| 275 | Thomas | Travis | Wayne | 6/1 | |
| 276 | Thompson | Tyrell | Alexander | 6/2 | |
| 277 | Tozer | Megan | Marie | 6/1 | |
| 278 | Travis | Juwan | D | 5/31 | x |
| 279 | Trickell | Gregory | Colin | 6/3 | |
| 280 | Trimarco | Victoria | | 5/31 | |
| 281 | Ulam | Brittany | | 5/31 | |
| 282 | Usman | Sarim | | 5/30 | |
| 283 | Valverde | Maya | Evonne | 6/4 | |
| 284 | Vargas | Mario | Alejandro | 6/1 | |
| 285 | Vialpando | Trent | Michael | 5/31 | |
| 286 | Victor | Jordyn | Renee | 5/30 | |
| 287 | Villanueva | Franklin | | 6/1 | |
| 288 | Villareal | David | Jose | 5/31 | |
| 289 | Virden | Christopher | James | 6/3 | |
| 290 | Vowell | Travis | Ryan | 5/31 | |
| 291 | Wall | Amanda | Rae | 5/31 | |
| 292 | Wallin | William | Edward | 5/31 | |
| 293 | Walsh | Nathan | P | 5/31 | x |
| 294 | Ward | Makashshi | | 6/2 | |
| 295 | Watson | Jemia | Deangela | 5/31 | |
| 296 | Waugh | Dale | | 6/4 | |
| 297 | Wesbrock | Elijah | Tyrell | 6/2 | |
| 298 | Whalen | Andrew | J | 6/1 | |
| 299 | White | Melik | Lonnell | 5/31 | |
| 300 | Wilken | Kirk | S | 6/2 | |

|     | A | B | C | D | E |
|-----|---|---|---|---|---|
| 301 | Williams | Justin | | 5/31 | |
| 302 | Wilson | Maurice | Lynn | 6/1 | |
| 303 | Wines | Desiree | | 6/2 | |
| 304 | Wittnam | Hunter | | 5/31 | x |
| 305 | Wittnam | Tyler | | 5/31 | |
| 306 | Wood | David | Kendrick | 6/1 | |
| 307 | Wooden-Wright | Devine | I | 5/31 | |
| 308 | Woodwell | Joseph | Matthew | 5/30 | |
| 309 | Yates | Ryan | C | 5/31 | |
| 310 | Yocum | Christopher | Alexander | 5/31 | |
| 311 | Zamorano | Xenia | | 5/30 | |
| 312 | Zenisek | Maxx | | 6/1 | |
| 313 | Zentz | Ryan | | 6/1 | |
| 314 | Ziegler | Jonathan | | 5/31 | |
| 315 | Zurwell | Kristopher | W | 6/1 | |
| 316 | Zwart | Christopher | McMullen | 5/30 | |