IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

## DECLARATION OF BRIAN SWIFT
---

Pursuant to the penalty of perjury provided under 28 U.S.C. § 1746, I, Brian Swift, declare and state the following is true and accurate to the best of my knowledge:

1. I am at least 18 years old and competent to make this declaration.

2. I am employed as a paralegal at the Boulder, Colorado office of Loevy & Loevy.

3. I am supervised by Class Counsel, attorney Elizabeth Wang.

4. On July 31, 2021, I mailed via first class U.S. Mail the approved notice of class certification to all the class members listed in Exhibit A attached to the Status Report, except for the two Class Representatives, Plaintiffs Taylor and Sannier. A copy of the notice mailed is attached as Exhibit C to the Status Report.

5. I obtained addresses for class members from a combination of sources, including the arrest paperwork produced by the Defendant City and County of Denver and public databases including Westlaw and LocatePlus.

6. For class members who had more than one potential current address, I mailed notices to each address.

1

Exhibit B

7. As of September 24, 2021, only 15 of the notices were returned as undeliverable, and no other potential address was found for those class members.

8. The notice mailed to class members indicated that their opt-out or exclusion requests must be postmarked by September 13, 2021.

9. To date, no opt-outs or exclusion request forms have been received at the address to which class members were directed to send their opt-outs or exclusion request forms (Loevy & Loevy, 2060 Broadway, Suite 460, Boulder, CO 80302).

9/24/2021                                                         *[signature: Bri Suit]*