IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

SARA FITOURI, et al.,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, et al.,

      Defendants.
_____

**DENVER DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME
TO RESPOND TO FITOURI PLAINTIFFS' SECOND AMENDED
COMPLAINT [ECF 153]**
_____

      Defendants, City and County of Denver and Sergeant Anthony E. Tak ("Original Denver Defendants"), through their undersigned counsel, hereby submit this Unopposed Motion for Extension of Time to Respond to Fitouri Plaintiffs' Second Amended Complaint [ECF 153], and respectfully seek a extension of time to do so until and including November 22, 2021, which is the date the newly added Denver Defendants' responses to Plaintiffs' Second Amended Complaint are due. In support thereof, the Original Denver Defendants state as follows:

      **D.C.COLO.LCivR 7.1:** Undersigned counsel conferred with counsel for the Fitouri Plaintiffs prior to filing the instant Motion. Counsel for the Fitouri Plaintiffs, Elizabeth Wang, Esq., indicated the Fitouri Plaintiffs did not oppose this Motion and the extension of time requested.

## I. <u>DISCUSSION</u>

1. On September 15, 2021, Fitouri Plaintiffs filed a Second Amended Complaint in this matter. [ECF 153].

2. Fitouri Plaintiffs' Second Amended Complaint brings claims against the Original Denver Defendants, who were previously named in Fitouri Plaintiffs' First Amended Complaint. [ECF 16; 153]. Additionally, Fitouri Plaintiffs bring claims against fourteen new, previously unnamed Denver Defendants. [ECF 153].

3. The current deadline for Original Denver Defendants to respond to Plaintiffs' Second Amended Complaint is September 29, 2021. [*See generally* Docket].

4. The current deadline for the newly added Denver Defendants to respond to Plaintiffs' Second Amended Complaint is November 22, 2021.

5. For both ease of preparing responses and this Court's management of the Docket, the Original Denver Defendants request an extension to respond to Plaintiffs' Second Amended Complaint to November 22, 2021, the same date the newly added Denver Defendants' responses are due.

6. Fed.R.Civ.P. 6(b) provides if a party moves for an extension of time to complete an act before the expiration of the period to complete that act, the court possesses the discretion to grant the sought-after extension of time.

7. Significantly, counsel is confronted with a voluminous, 85-page, 476-paragraph Complaint implicating 16 different Denver Defendants, most of which are new to this lawsuit. Undersigned counsel is still gathering information and perspectives necessary to respond to Plaintiff's Second Amended Complaint from these 16 different perspectives.

8. As further reason therefore, in addition to undersigned counsel's other commitments in this case, counsel has a number of preexisting commitments in other

cases. Specifically, counsel must prepare for and attend six interviews in a Charge of Discrimination filed with the Civil Rights Division between September 27, 2021 and October 5, 2021; counsel must prepare a responsive pleading to a 66-page Complaint filed in *Perry v. State of Colorado et al.* by October 8, 2021; and counsel must prepare a Reply in support of a Motion to Dismiss in *Galinkin v. University of Colorado* by October 11, 2021. As such, additional time is needed to prepare responsive pleadings on behalf of Original Denver Defendants.

9.   Moreover, no party will be prejudiced by this request. 14 of the 16 Denver Defendants are new to this lawsuit. These individuals have waived service of the Plaintiff's Second Amended Complaint, and their responsive pleadings are not due until November 22, 2021.[1] Extending the deadline for Original Denver Defendants to this same date is in the interest of efficiency and coordination for all parties and the Court.

10. This is Original Denver Defendants' first request for an extension of time respecting the deadline to prepare and file their responsive pleadings to Plaintiffs' Second Amended Complaint.

11.   This Motion is made in good faith and not for purposes of delay.

12.   None of the Parties nor the Court will be prejudiced by granting this relief.

13.   Defendants also file this Motion in advance of the presumptive deadline pursuant to Fed.R.Civ.P. 6(b)(1)(A), which authorizes the Court to grant a motion for extension of time made before the expiration of the original period of time.

14.   Hence, good cause exists for the Court to grant the requested relief.

---

[1] As of today's date, 13 of 14 newly added Denver Defendants have waived service of Plaintiffs' Second Amended Complaint. Undersigned counsel has not heard back from 1 newly added Denver Defendant regarding waiver as this individual is out of the office until later this week.

15. Finally, pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies this Motion is being served herewith on authorized representatives of Defendants.

Dated and respectfully submitted this 28th day of September 2021.

s/ Katherine N. Hoffman
Katherine N. Hoffman, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3300; Fax:  303-628-3368
hoffmank@hallevans.com

**ATTORNEYS FOR DENVER DEFENDANTS**

## CERTIFICATE OF SERVICE (CM/ECF)

I HEREBY CERTIFY that on this 28th day of September, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to all parties of record:

s/Marlene Wilson, Legal Assistant to
of Hall & Evans, L.L.C.
**ATTORNEYS FOR DENVER DEFENDANTS**