IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## DENVER DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES

Defendants City and County of Denver, Chief of Police Paul Pazen and Sergeant Anthony E. Tak ("Denver Defendants")[1], through their undersigned counsel, submit this Unopposed Motion for Extension of Time for Expert Disclosures, as follows:

1. <u>D.C.Colo.LCiv.R. 7.1:</u>  Counsel for the Denver Defendants conferred with counsel for the Plaintiffs prior to filing the instant Motion.  Counsel for the Plaintiffs indicate the Plaintiffs do not oppose this Motion and the requested extension of time.

2. Pursuant to this Court's Order dated August 31, 2021, the current deadline for the Defendants' affirmative expert disclosure is October 8, 2021, and the current

---

[1] This Motion is filed on behalf of the Denver Defendants who have been served and who have appeared in this matter.  The new Denver Defendants added by the Fitouri Plaintiffs' Second Amended Complaint are in the process of waiving service and have not yet appeared before this Court.

deadline for the Plaintiffs' rebuttal expert disclosure is November 8, 2021. The expert for the Denver Defendants has been working diligently on this matter but due to the volume of materials to review and the number of Plaintiffs' claims to assess needs some additional time to complete his expert report. As a result, Denver Defendants require an extension of their affirmative expert disclosure deadline. Denver Defendants request an extension of fourteen (14) days until and including October 22, 2021. A corresponding extension of the Plaintiffs' rebuttal expert deadline is also therefore appropriate. In the conferral with counsel for the Plaintiffs, counsel requested an extension of fifteen (15) days or until and including November 23, 2021. Denver Defendants have no objection to this extension.

3. No party will be prejudiced by these brief extensions of time and the schedule before this Court will not be disrupted.

4. Pursuant to D.C.Colo.LCiv.R. 6.1(c), counsel for Denver Defendants hereby certify a copy of this Motion is being served on an authorized representative of Denver Defendants.

WHEREFORE, for the foregoing reasons, Denver Defendants respectfully request this Court extend the deadline for the Defendants' affirmative expert disclosures until October 22, 2021, and the deadline for the Plaintiffs' rebuttal experts to November 23, 2021, and for all other and further relief as this Court deems just and appropriate.

Dated this 4th day of October, 2021.

Respectfully submitted,

By: *s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 4th day of October, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
Andreas.moffett@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

and also served it on the following non-ECF/CM participant via email:
Mary Dulaki

*s/Nicole Marion, Legal Assistant*
Nicole Marion
Hall & Evans, L.L.C.