**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

SARA FITOURI, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    Isabelle Sabra Evans hereby enters her appearance as counsel for Defendant Officer Cory Budaj, in his official capacity, and the City of Aurora.

    Respectfully submitted this 5th day of October, 2021.

OFFICE OF THE CITY ATTORNEY

s/ *Isabelle Sabra Evans*
Isabelle Sabra Evans
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
E-mail: ievans@auroragov.org
*Attorney for Defendant Officer Budaj in his official capacity, and Defendant City of Aurora*

## CERTIFICATE OF SERVICE BY CM/ECF

      I hereby certify that on October 5, 2021 I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Elizabeth Wang, Esq. [elizabethw@loevy.com]
*Attorney for Plaintiff*

Makeba Rutahindurwa, Esq. [makeba@loevy.com]
*Attorney for Plaintiff*

                                          *s/ Joanne Flaherty*
                                          Joanne Flaherty
                                          Legal Secretary