**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

SARA FITOURI, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE

    Peter Ruben Morales hereby enters his appearance as counsel for Defendant Officer Cory Budaj, in his official capacity, and the City of Aurora.

    Respectfully submitted this 5th day of October, 2021.

                                OFFICE OF THE CITY ATTORNEY

                                s/ *Peter Ruben Morales*
                                Peter Ruben Morales
                                Office of the City Attorney
                                Aurora Municipal Center, Suite 5300
                                15151 East Alameda Parkway
                                Aurora, Colorado 80012
                                Telephone: (303) 739-7030
                                Facsimile: (303) 739-7042
                                E-mail: pmorales@auroragov.org
                                *Attorney for Defendant Officer Budaj in his official capacity, and Defendant City of Aurora*

## CERTIFICATE OF SERVICE BY CM/ECF

I hereby certify that on October 5, 2021 I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Elizabeth Wang, Esq. [elizabethw@loevy.com]
*Attorney for Plaintiff*

Makeba Rutahindurwa, Esq. [makeba@loevy.com]
*Attorney for Plaintiff*

*s/ Joanne Flaherty*
Joanne Flaherty
Legal Secretary