# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## NOTICE OF ENTRY OF APPEARANCE

Rebecca Klymkowsky, Assistant County Attorney with the Jefferson County Attorney's Office and a member in good standing of the bar of this court, hereby enters her appearance on behalf of Defendants Board of County Commissioners for Jefferson County Colorado and Jeff Shrader.

Dated: October 7, 2021.   JEFFERSON COUNTY ATTORNEY'S OFFICE

By: */s/ Rebecca Klymkowsky*
Rebecca Klymkowsky, #41673
Rachel Bender, #46228
Assistant County Attorneys
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Phone: 303.271.8932
Fax: 303.271.8901
rklymkow@jeffco.us
rbender@jeffco.us
*Attorneys for Defendants Jefferson County and Shrader*

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2021, I filed the foregoing NOTICE OF ENTRY OF APPEARANCE via CM/ECF which will serve a true and correct copy upon the following:

Andreas E. Moffett, andreas.moffett@arnoldporter.com
Anya Amalia Havriliak, anya.havriliak@arnoldporter.com
Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Ferardo Mijares-Shafai, Gerardo.mijares-shafai@arnoldporter.com
Leslie Claire Bailey, Leslie.bailey@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Mollie DiBrell, mollie.dibrell@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER
*Attorneys for Plaintiffs Fitouri, Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO
*Attorney for Plaintiff Fitouri Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Andrew Joseph McNulty, amcnulty@kln-law.com
Reid Robertson Allison, rallison@kln-law.com
KILLMER LANE & NEWMAN LLP
*Attorneys for Plaintiff Acker*

Andrew David Ringel, ringela@hallevans.com

Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora and Budaj*

                                                     */s/ Briana McCarten*