# LOEVY & LOEVY

Elizabeth Wang
elizabethw@loevy.com

2060 Broadway, Suite 460, Boulder, Colorado 80302

direct 720.328.5642

October 12, 2021

*Via CM/ECF*
The Honorable R. Brooke Jackson
Alfrad A. Arraj United States Courthouse A938/Courtroom A902
901 19th Street
Denver, CO 80294

      Re: *BLM 5280 v. City and County of Denver, et al.*, 20-CV-1878-RBJ (consolidated)

Dear Judge Jackson:

      We write in advance of the telephonic discovery dispute hearing on Thursday, October 14, 2021 at 3:00 p.m., to provide the Court a summary of the discovery dispute in this matter:

      Whether the Defendant City and County of Denver should produce a Rule 30(b)(6) witness to testify about whether the police officer conduct against Plaintiffs shown in specific videos at specific times is consistent with DPD policies, practices, and customs. Plaintiffs narrowed their request to eight (8) specific incidents of use of force on Plaintiffs that is clearly shown in multiple videos.

      After a meet-and-confer, the City refused to produce a witness, on the ground that determining whether a specific use of force is consistent with DPD policies, practices, and customs would be unduly burdensome because it would require a full Internal Affairs investigation to determine the answer.

      After a further conferral, Plaintiffs then offered a compromise request: that the City present a witness to testify that, following a reasonable investigation, the City was unable to discern whether the conduct at issue in each incident was consistent with DPD policy or not. The City refused this request as well.

      Plaintiffs' position is that the issue of whether or not officers' use of force during the protests against Plaintiffs was consistent with DPD policies, practices, and customs is highly relevant to Plaintiffs' *Monell* claim against the City.

      Sincerely,

s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs

s/ Patrick Reidy
Counsel for Epps Plaintiffs