IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: October 14, 2021 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Julie Thomas |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *Elizabeth Wang* |
| | *Timothy Macdonald* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Andrew Ringel* |
| **Defendants** | |

**COURTROOM MINUTES**

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 3:01 p.m.

Appearance of counsel – all participants appear via telephone.

Discussion held on discovery disputes.

**ORDERED:** Defendant is to produce a 30(b)(6) witness or enter a stipulation, as outlined on the record.

Court in Recess:  3:15 p.m.         Hearing concluded.         Total time in Court:  00:14