IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

---

**DEFENDANT'S NOTICE OF INTENT TO RESPOND TO PLAINTIFFS' REQUEST FOR *IN CAMERA* REVIEW OF OIM MEMOS PURSUANT TO THE COURT'S ORDER GRANTING PLAINTIFFS' MOTION TO RECONSIDER**

---

Defendant City and County of Denver ("Denver"), through its undersigned counsel, respectfully submits this Notice of Intent to Respond to Plaintiffs' Request for *In Camera* Review of OIM Memos Pursuant to the Court's Order Granting Plaintiffs' Motion to Reconsider, as follows:

1. Plaintiffs filed their Request for *In Camera* Review of OIM Memos Pursuant to the Court's Order Granting Plaintiffs' Motion to Reconsider on October 15, 2021. [ECF 176]. Defendant Denver hereby notifies this Court of its intent to respond to the Plaintiffs' Request. The undersigned counsel has the responsibility for responding and will provide an appropriate Response as soon as possible.

Dated this 18th day of October 2021.

Respectfully submitted,

By: *s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 18th day of October, 2021, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
Andreas.moffett@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

Rachel Jane Marilyn Bender
Rebecca Philana Klymkowsky
Jefferson County Attorney's Office
rbender@jeffco.us
rklymkow@jeffco.us

Isabelle Sabra Evans
Peter Ruben Morales
Aurora City Attorney's Office
ievans@auroragov.org
pmorales@auroragov.org

                                  *s/Nicole Marion, Legal Assistant*
                                  Nicole Marion
                                  Hall & Evans, L.L.C.