IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civ. Act. No. 1:20-CV-1878-RBJ
(consolidated with 1:20-CV-01922-RBJ-MEH)

ELISABETH EPPS, et al.

    Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

    Defendants.

### DENVER DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLSOURES

Defendants City and County of Denver and Sergeant Anthony E. Tak, along with recently added Denver Defendants who have not yet formally answered, including Commander Patrick Phelan, Lieutenant Matthew Canino, Lieutenant James D. Williams, Lieutenant Thomas Pine, Lieutenant Vincent Porter, Lieutenant Michael O'Donnell, Lieutenant Kevin Carroll, Sergeant Rick Beall, Sergeant David Abeyta, Sergeant Marco Martinez, Sergeant Justin Dodge, Corporal Richard D. Eberharter, Officer Tana Cunningham, Officer John Sampson, Officer Johnathan Christian and Officer Keith Valentine (collectively the "Denver Defendants), by and through Denver's City Attorney's Office and Hall and Evans, LLC, hereby submit this Motion for Extension of Time for Expert Disclosures, as follows:

#### Conferral Pursuant to D.C.Colo.LCiv.R. 7.1

Counsel for the Denver Defendants conferred with counsel for the Plaintiffs prior to filing the instant Motion. Counsel for the Plaintiffs indicated that they would take "no position" on the

1

Motion if Defendants agreed to a litany of seven conditions.[1] Defendants are unable to agree to these conditions, so represent that the Motion herein is opposed.

1. Pursuant to this Court's Order dated August 31, 2021, the current deadline for the Defendants' affirmative expert disclosure is October 22, 2021, and the current deadline for the Plaintiffs' rebuttal expert disclosure is November 23, 2021. [Doc. #163].

2. On the morning of October 20, 2021, counsel for Denver Defendants received notification from their only retained expert, Steven Ijames, that a mitral valve leak in his heart was just discovered which requires immediate surgical correction. As documentation for this unexpected development, Mr. Ijames submitted correspondence from his physician, which undersigned counsel shared with Plaintiffs' counsel in conferring. Despite diligently working on

---

[1] As provided via email in response to Denver Defendants' conferral, these include:

(a) any new schedule cannot affect the trial date or the ability of Plaintiffs to adequately prepare pretrial filings in advance of the February 4, 2022 Trial Preparation Conference;

(b) any new schedule must provide the Court with sufficient time to consider any pretrial matters, including motions *in limine* or Rule 702 motions;

(c) any new schedule must permit Plaintiffs sufficient time to produce their rebuttal reports, esp. since extending the existing schedule 30 days is going to put the Plaintiffs in the position of preparing rebuttal reports over Thanksgiving and the December holidays;

(d) Defendants agree to produce Ijames for a deposition within 30 days of producing his report on November 22; and

(e) Defendants produce a letter from a physician confirming the date of Ijames' surgery once it is scheduled.

With respect to (1)(a) and (1)(b), the Court's practice standards provide that any pretrial motions must be filed in sufficient time before the Trial Preparation Conference that the parties have time to file responses before the conference, and must provide sufficient time for the Court to consider the briefing before that conference. If responses to motions are filed one week before the Feb. 4 conference, and there are two weeks for responses, then pretrial motions would be due Jan. 14.

(2) Plaintiffs oppose any extension for the disclosure of any of the Denver Defendants' other experts (retained or non-retained). Please produce those expert disclosures tomorrow, 10/22. We also expect you to make those experts available for their depositions (should Plaintiffs determine depositions are necessary) within 30 days.

2

his opinions in this case, he had not yet completed his report before receipt of his diagnosis. As a result, he advised undersigned counsel he will not be able to provide his opinions by the Oct. 22, 2021, deadline, and respectfully requested an additional 30 days to complete his opinions. Mr. Ijames personally requested 30 days to submit his report, which includes what he anticipates will be suitable time from surgical recovery, and sufficient time to complete his report, which requires review of a tremendous amount of material.

3. As a result, Denver Defendants require an extension of their affirmative expert disclosure deadline. Defendants request this extension for both retained and non-retained expert disclosures, as Mr. Ijames opinions may have a bearing on who, if anyone, the Denver Defendants will disclose as non-retained liability experts. Denver Defendants request an extension for their affirmative expert reports of thirty-one (31) days until and including Monday, November 22, 2021. A corresponding extension of the Plaintiffs' rebuttal expert deadline is also therefore appropriate.

4. If this extension is not permitted, the Denver Defendants would be severely prejudiced, as this is Denver Defendants' only retained expert. It would be fundamentally unfair and prejudicial not to permit the Denver Defendants a retained liability expert to defend the claims against them due to an unexpected serious medical condition. The requested extension will not prejudice the Plaintiffs because their recent addition of new agencies has prompted the need for additional discovery and time for the newly added agencies' expert disclosures. Although Plaintiffs' counsel contends that the addition of outside agencies and officers will not affect the present trial date, the parties, including the new agencies, are engaged in conferral with respect to concerns about the trial date. Denver Defendants anticipate a Motion stating these concerns, along with other modifications to the Scheduling Order will be filed in short order.

5. Pursuant to D.C.Colo.LCiv.R. 6.1(c), counsel for Denver Defendants hereby certify a copy of this Motion is being served on an authorized representative of Denver Defendants.

WHEREFORE, for the foregoing reasons, Denver Defendants respectfully request this Court extend the deadline for the Defendants' affirmative expert disclosures until November 22, 2021, and the deadline for the Plaintiffs' rebuttal experts to December 22, 2021, and for all other and further relief as this Court deems just and appropriate.

Dated this 21st day of October, 2021.

Respectfully submitted,

By: *s/ Hollie Birkholz*
Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

# CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of October, 2021, the foregoing **DENVER DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLSOURES** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
Mindy Gorin
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
andreas.moffett@arnoldporter.com
mindy.gorin@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

Office of the Aurora City Attorney
Isabelle Sabra Evans
Peter Ruben Morales
ievans@auroragov.org
pmorales@auroragov.org
*Counsel for Defendant City of Aurora and Officer Cory Budaj in his official capacity*

Jefferson County Attorney's Office
Rachel Bender
Rebecca Klymkowsky
rbender@jeffco.us
rklymkow@jeffco.us
*Counsel for Defendants Board of Commissioners of Jefferson County, Sheriff Jeff Shrader*

Andrew D. Ringel
Hall and Evans
ringela@hallevans.com
*Counsel for Defendants City and County of Denver and the individually named Denver Police Officers*

Mary Dulacki
Mary.Dulacki@denvergov.org

*s/ Sarah Peasley*
Denver City Attorney's Office

5