IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

Defendants

---

## PLAINTIFFS' OPPOSITION TO DENVER DEFENDANTS'
## THIRD MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES

---

The Fitouri Plaintiffs, by and through their counsel, submit the following response in opposition to the Denver Defendants' Third Motion for Extension of Time for Expert Disclosures:

### Discussion

The Denver Defendants have had 81 days from the date Plaintiffs' experts were disclosed on August 2, 2021, to disclose their experts in this case. Plaintiffs previously agreed to two extensions. Dkts. 143, 144, 162, 163. Defendants are now asking for another 30 days, which would bring the total to **111 days (or 16 weeks)** after Plaintiffs' disclosure of experts to produce their own reports. Defendants have received and are asking for an extraordinary amount of time, despite the fact that Ijames has been retained by Denver since at least April 2021.

Plaintiffs' concern is maintenance of the March 7, 2022 trial date. Related to that is having an orderly pretrial process where the parties have sufficient time to file pretrial motions (including *Daubert* motions) and the Court has sufficient time to review pretrial motions before the February 4, 2022 Trial Preparation Conference.

1

When Defendants asked Plaintiffs yesterday if they had any objection to another 30 days on the ground that their retained expert, Steve Ijames, needed "immediate surgery," Plaintiffs requested confirmation on when he was getting surgery (answer: not anytime between today and tomorrow's deadline),[1] and then reiterated that they would be willing to work with the Defendants, as long as the March trial date remains in place and parties and the Court have sufficient time to prepare and review pretrial motions in advance of the February 7, 2022 Trial Preparation Conference. In addition, because the ostensible reason for Defendants' request for 30 more days is a medical issue with Ijames, Plaintiffs objected to any extension for Defendants' other experts, who would be disclosed under Rule 26(a)(2)(C), without a report.

In sum, Plaintiffs' requests are reasonable: (1) preserve the trial date, (2) provide sufficient time for pretrial filings and Court consideration of those filings, and (3) disclose the other experts (who have no medical issue) on time. Defendants refused to agree to these requests. At the same time that they sought this extension, they informed Plaintiffs that they intend to file a motion to continue the trial date. (If and when they file that motion, Plaintiffs will file a response explaining why that motion should be denied.) Defendants also refuse to disclose their other experts by tomorrow's deadline. Such disclosure would allow the Plaintiffs to take those experts' depositions (if necessary), in a timely manner.

## Conclusion

If the Court is inclined to grant Defendants 30 more days (bringing the total to 111 days from Plaintiffs' disclosure) to disclose a report from Ijames, then Plaintiffs request that the

---

[1] *See* letter from Ijames's primary care physician, who says nothing about Ijames's medical condition that would affect his ability to complete an expert report by tomorrow and says nothing about Ijames being scheduled for surgery, much less "immediate surgery," contrary to Defendants' representation otherwise. Ex. A.

Court: (1) maintain the trial date and the Trial Preparation Conference date; (2) require Defendants to disclose their other experts by tomorrow's deadline; (3) order Defendants to produce Ijames for a deposition within 30 days of producing his report on November 22, so that we can get that transcript in sufficient time for any pretrial motions that may need to be filed in January, in advance of the February 4, 2022 Trial Preparation Conference.

Respectfully submitted,

/s/ Elizabeth Wang

| | |
|---|---|
| Elizabeth Wang | Makeba Rutahindurwa |
| LOEVY & LOEVY | LOEVY & LOEVY |
| 2060 Broadway, Suite 460 | 311 N. Aberdeen St. |
| Boulder, CO 80302 | Chicago, IL 60607 |
| O: 720.328.5642 | O: 312.243.5900 |
| elizabethw@loevy.com | makeba@loevy.com |
| *Counsel for Plaintiffs* | |

### Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on October 21, 2021, I served via CM/ECF the foregoing Response, on all counsel of record.

/s/ Elizabeth Wang
One of Plaintiffs' Attorneys