

**ASCENT**
*Direct Primary Care, LLC*

Ascent Direct Primary Care
413 N. McCroskey, Ste 2
Nixa, MO 65714
417-595-0956
Fax: 417-595-0959
www.ascentdpc.com

10/20/2021

Stephen Ijames

Please note that Stephen Ijames has a new diagnosis of valvular heart disease with severe mitral valve prolapse and severe mitral regurgitation. We are urgently coordinating his care and treatment plan and expect this will involve additional testing, likely some travel and surgical intervention. Thank you for your consideration in this matter.

Sincerely,

Matthew Green, DO

EXHIBIT A