IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civ. Act. No. 1:20-CV-1878-RBJ
(consolidated with 1:20-CV-01922-RBJ-MEH)

ELISABETH EPPS, et al.

     Plaintiffs

v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

     Defendants.

---

**REPLY IN SUPPORT OF DENVER DEFENDANTS'
MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLSOURES**

---

The Denver Defendants, by and through counsel, hereby submit their Reply in support of their Motion for Extension of Time for Expert Disclosures, as follows:

1. Denver Defendants are aware that, as a result of Plaintiffs' recent addition of Aurora, Jefferson County, along with individually-named defendants employed by those agencies, a request will be forthcoming by those agencies to modify the current trial setting, so that the newly added parties can conduct meaningful, limited discovery and retain experts. The Denver Defendants are in agreement with the newly added Defendants' positions and respect their need for time to conduct discovery and retain experts. Denver Defendants intend to propose that fact discovery remain closed with respect to Denver and its employees and will propose the current trial date remain for the arrest class action. Defendants are in the process of conferring with Plaintiffs' counsel on those matters and anticipate the request to modify the scheduling order and vacate the trial date for all but the arrest class will be filed next week. Therefore, while Plaintiffs

have expressed the interest in keeping the current trial date, the Denver Defendants are aware that a request to vacate that date for all but the arrest class is forthcoming.

2. Denver Defendants further reiterate that this request was an unexpected request due to Mr. Ijames' medical emergency. While undersigned counsel has attempted to reach Mr. Ijames since filing its initial Motion for Extension, counsel has been unable to reach him, and voice messages have not been returned. Considering the cumulative circumstances herein, justice requires granting Defendants request for an extension to disclose their affirmative expert reports for thirty-one (31) days until and including Monday, November 22, 2021.

3. Without knowing the substance and extent of Mr. Ijames' opinion, Denver Defendants are not in a position to disclose all potential non-retained experts and would be disadvantaged by having to do so in light of Mr. Ijames' medical emergency. Therefore, Denver Defendants request this extension apply to their deadline for non-retained experts as well.

WHEREFORE, for the foregoing reasons, Denver Defendants respectfully request this Court extend the deadline for the Defendants' affirmative expert disclosures until November 22, 2021, and the deadline for the Plaintiffs' rebuttal experts to December 22, 2021, and for all other and further relief as this Court deems just and appropriate.

Dated this 22nd day of October, 2021.

Respectfully submitted,

By: *s/ Hollie Birkholz*
Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155

E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2021, the foregoing **REPLY IN SUPPORT OF DENVER DEFENDANTS' MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLSOURES** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
Mindy Gorin
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
andreas.moffett@arnoldporter.com
mindy.gorin@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

Office of the Aurora City Attorney
Isabelle Sabra Evans
Peter Ruben Morales
ievans@auroragov.org
pmorales@auroragov.org
*Counsel for Defendant City of Aurora and Officer Cory Budaj in his official capacity*

Jefferson County Attorney's Office
Rachel Bender
Rebecca Klymkowsky
rbender@jeffco.us
rklymkow@jeffco.us
*Counsel for Defendants Board of Commissioners of Jefferson County, Sheriff Jeff Shrader*

Andrew D. Ringel
Hall and Evans
ringela@hallevans.com
*Counsel for Defendants City and County of Denver and the individually named Denver Police Officers*

Mary Dulacki
Mary.Dulacki@denvergov.org


*s/ Sarah Peasley*
Denver City Attorney's Office