**IN THE UNITED STATES DISTRICT COURT**
**OF THE DISTRICT COURT OF COLORADO**

ELISABETH EPPS, *et al.*,
        Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,
        Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

**EPPS PLAINTIFFS' STATEMENT REGARDING DENVER DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES**

      The Epps Plaintiffs ("Plaintiffs") submit the following response to the Denver Defendants' Third Motion for Extension of Time for Expert Disclosures.  Plaintiffs indicated to the Defendants that they would be willing to work with the Defendants regarding a third extension for their retained expert, Mr. Ijames, due to his health issue, but that Plaintiffs did not want a third extension to jeopardize the March trial date or a fair and efficient pretrial process. Plaintiffs also did not believe that this health-based extension for Mr. Ijames, 2 days before the extended expert deadline, should apply to the non-retained experts for whom Defendants have had 3 months to prepare disclosures.  Given the timing of the extension request, Defendants have already done the work for their other experts, and withholding those disclosures simply serves to prevent Plaintiffs from having a full opportunity to consider rebuttal experts or rebuttal opinions in an orderly fashion.

      The Defendants could not agree to these points and instead informed Plaintiffs that they intended to file another motion in short order asking the Court to vacate the current trial date with respect to all claims of the Epps Plaintiffs and all but the arrest class claims of the Fitouri Plaintiffs (and they provided a draft of said motion).  If the Court is inclined to grant Defendants additional

time to disclose a report from Mr. Ijames, Plaintiffs respectfully request that the Court do so in a manner that does not jeopardize the March trial date or the pretrial process that the Court believes is necessary and appropriate for this case.  Plaintiffs also respectfully request that the extension only apply to Mr. Ijames and that the reports of Defendants' other non-retained and retained experts be disclosed today, the twice-extended deadline.

Dated: October 22, 2021

Mark Silverstein
ACLU FOUNDATION OF COLORADO
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org

Respectfully submitted,

By:/s/ Timothy R. Macdonald
Timothy R. Macdonald
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com

## CERTIFICATE OF SERVICE

   I hereby certify that on October 22, 2021, the foregoing **EPPS PLAINTIFFS' STATEMENT REGARDING DENVER DEFENDANTS' THIRD MOTION FOR EXTENSION OF TIME FOR EXPERT DISCLOSURES** was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record.

              */s/ Noemi Sanchez*
              Noemi Sanchez