**IN THE UNITED STATE DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ

ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
MAYA ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK,
STANFORD SMITH,
SARA FITOURI,
JACQUELYN PARKINS,
KELSEY TAYLOR,
YOUSSEF AMGHAR,
JOE DERAS,
JOHNATHEN DURAN,
MICHAEL ACKER
CLAIRE SANNIER
Plaintiffs,
v.

CITY AND COUNTY OF DENVER,
DANIEL FELKINS,
DAVID ABEYTA,
CITY OF AURORA,
CORY BUDAJ,
BOARD OF COUNTY COMMISSIONERS FOR JEFFERSON COUNTY, COLORADO,
JONATHAN CHRISTIAN,
KEITH VALENTINE,
DAVID MCNAMEE,
PATRICIO SERRANT,
MATTHEW BRUKBACHER,
ANTHONY TAK,
J. LNU,
PAUL PAZEN,
JOHN AND JANE DOES 1–100,
and JOHN AND JANE DOES 1–50,
Defendants.

---

**ENTRY OF APPEARANCE**

---

I hereby certify that I am a member in good standing of the bar of this Court, and I appear in this case as counsel for above-named Defendants Officers Cory Budaj, Patricio Serrant, Matthew Brukbacher, and David McNamee, in their individual capacities.

Dated this 22nd day of October, 2021.

*s/ David M. Goddard*
David M. Goddard
Michael T. Lowe
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO 80202
Telephone: (303) 831-1099
Facsimile: (303) 831-1088
dgoddard@brunolawyers.com;
mlowe@brunolawyers.com
*Counsel for Defendants Budaj, McNamee, Serrant, and Brukbacher, in their individual capacities*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 22nd day of October, 2021 a true and correct copy of the foregoing **ENTRY OF APPEARANCE** was filed via CM/ECF which will electronically serve the following:

Attorneys for Plaintiffs:

Andreas E. Moffett, andreas.moffett@arnoldporter.com
Anya Amalia Havriliak, anya.havriliak@arnoldporter.com
Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Gerardo Mijares-Shafai, Gerardo.mijares-shafai@arnoldporter.com
Leslie Claire Bailey, Leslie.bailey@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Mollie DiBrell, mollie.dibrell@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER

Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO

Andrew Joseph McNulty, amcnulty@kln-law.com
Reid Robertson Allison, rallison@kln-law.com
KILLMER LANE & NEWMAN LLP

Attorneys for Defendants:

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora and Budaj*

Rebecca Klymkowsky rklymkow@jeffco.us
Rachel Bender rbender@jeffco.us
JEFFERSON COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Jefferson County and Shrader*

*s/ Julie Bozeman*
Julie Bozeman, Paralegal