**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No: 20-cv-01878 RBJ

ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
MAYA ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK,
STANFORD SMITH,
SARA FITOURI,
JACQUELYN PARKINS,
KELSEY TAYLOR,
YOUSSEF AMGHAR,
JOE DERAS,
JOHNATHEN DURAN,
MICHAEL ACKER
CLAIRE SANNIER
    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
DANIEL FELKINS,
DAVID ABEYTA,
CITY OF AURORA,
CORY BUDAJ,
BOARD OF COUNTY COMMISSIONERS FOR JEFFERSON COUNTY, COLORADO,
JONATHAN CHRISTIAN,
KEITH VALENTINE,
DAVID MCNAMEE,
PATRICIO SERRANT,
MATTHEW BRUKBACHER,
ANTHONY TAK,
J. LNU,
PAUL PAZEN,
JOHN AND JANE DOES 1–100, and
JOHN AND JANE DOES 1–50
    Defendants.

---

**ENTRY OF APPEARANCE**

Isabelle S. Evans hereby enters her appearance as counsel for Defendant Officers' Patricio Serrant, Matthew Brukbacher, and David McNamee, in their official capacities, and the City of Aurora.

Respectfully submitted this __ day of October, 2021.

                                OFFICE OF THE CITY ATTORNEY

                                s/ *Isabelle S. Evans*
                                Isabelle S. Evans
                                Office of the City Attorney
                                Aurora Municipal Center, Suite 5300
                                15151 East Alameda Parkway
                                Aurora, Colorado 80012
                                Telephone: (303) 739-7030
                                Facsimile: (303) 739-7042
                                E-mail: ievans@auroragov.org

                                *Attorney for Defendants Brukbacher, Serrant, and McNamee in their official capacities, and Defendant City of Aurora*

# CERTIFICATE OF SERVICE BY CM/ECF

I hereby certify that on October ___, 2021, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Attorneys for Plaintiffs:

Andreas E. Moffett, andreas.moffett@arnoldporter.com
Anya Amalia Havriliak, anya.havriliak@arnoldporter.com
Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Gerardo Mijares-Shafai, Gerardo.mijares-shafai@arnoldporter.com
Leslie Claire Bailey, Leslie.bailey@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Mollie DiBrell, mollie.dibrell@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER


Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER


Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER


Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO


Andrew Joseph McNulty, amcnulty@kln-law.com
Reid Robertson Allison, rallison@kln-law.com
KILLMER LANE & NEWMAN LLP

Attorneys for Defendants:

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*


Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

David M. Goddard, dgoddard@brunolawyers.com
Michael T. Lowe, mlowe@brunolawyers.com
BRUNO, COLIN AND LOWE, P.C.
*Attorneys for Defendants Aurora, Budaj, Serrant, McNamee, and Brukbacher*

Rebecca Klymkowsky, rklymkow@jeffco.us
Rachel Bender, rbender@jeffco.us
JEFFERSON COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Jefferson County and Shrader*


              *s/ Joanne Flaherty*
              Joanne Flaherty
              Sr. Legal Secretary