# EXHIBIT 2

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

---

### JOINT PLAINTIFFS' REQUEST FOR PRODUCTION NO. 20
### TO DEFENDANT CITY AND COUNTY OF DENVER

---

Now comes the BLM 5280 and Fitouri Plaintiffs, by and through their attorneys, and hereby respectfully submits these Requests for Production to Defendant City and County of Denver, pursuant to Federal Rule of Civil Procedure 34:

### Definitions and Instructions

Plaintiffs incorporate by reference the Definitions and Instructions in the Plaintiffs' Joint Requests for Production to Defendant City and County of Denver (Nos. 2-16).

1. "OIM Interviews" means the interviews conducted by the Office of the Independent Monitor generally described on pages 9-10 of the OIM Report titled, "The Police Response to the 2020 George Floyd Protests in Denver, an Independent Review" and throughout the Report on pages 18, 23, 31, 33, 35, 43, 45, 50, 51.

### Requests for Production

20. All documents created by the Office of the Independent Monitor reflecting any and all OIM Interviews.

1

By: s/ *Elizabeth Wang*
   Attorney for Plaintiffs

Elizabeth Wang
**LOEVY & LOEVY**
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com

Tara Thompson
Makeba Rutahindurwa
**LOEVY & LOEVY**
311 N. Aberdeen St.
Chicago, IL 60607
O: (312) 243-5900

*Counsel for Fitouri Plaintiffs*

By: s/ *Patrick Reidy*
   Attorney for Black Lives Matter 5280 Plaintiffs

Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
**ARNOLD & PORTER KAYE SCHOLER LLP**
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com

Patrick C. Reidy
**ARNOLD & PORTER KAYE SCHOLER LLP**
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Telephone: (312) 583-2424
Patrick.Reidy@arnoldporter.com

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
**American Civil Liberties Union Foundation of Colorado**
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773

>Msilverstein@aclu-co.org
>Sneel@aclu-co.org
>Aherzberg@aclu-co.org
>
>*Counsel for Black Lives Matter 5280 Plaintiffs*

## Certificate of Service

I, Patrick Reidy, an attorney, hereby certify that on April 1, 2020, I served via email the foregoing Joint Plaintiffs' Request for Production No. 20 to Defendant City and County of Denver, on all counsel of record.

>s/ *Patrick Reidy*
>Attorney for BLM 5280 Plaintiffs

3