# EXHIBIT 5

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consol.)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

___

**DECLARATION OF TIMOTHY MACDONALD**
___

    Pursuant to 28 U.S.C. § 1746, Timothy Macdonald declares as follows:

    1.    I am over 18 years old and competent to make this declaration.

    2.    I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and represent the Epps Plaintiffs in this case.

    3.    I have had several conversations with Nicholas Mitchell, the former Independent Monitor, with respect to the public report he issued regarding DPD's response to the George Floyd Protests.

    4.    On April 22, 2021, I participated in a video conference with Nicholas Mitchell.

    5.    At no time before, during, or after the video conference did Mr. Mitchell state that he was represented by the City's counsel or any other counsel.

    6.    At no time before, during, or after the April 22 video conference did I or any other counsel for the *Epps* Plaintiffs show any documents to Mr. Mitchell, including any OIM memos, other than at his deposition.

    7.    After the City produced the heavily redacted OIM memos on May 10, 2021, I had conversations with Mr. Mitchell on the telephone to inform him of the parties' discovery dispute

1

and to discuss the scheduling of his deposition.

8. I have never had any *ex parte* communication with Mr. Mitchell concerning any information that is covered by attorney-client privilege.

9. I have never had any *ex parte* communication with Mr. Mitchell about communications that Mr. Mitchell has had with any counsel for the City or any counsel that may represent him in this litigation.

10. I have never had any *ex parte* communication with Mr. Mitchell in which I have shown him the redacted OIM memos or asked him to identify any content redacted by the City pursuant to the deliberative process privilege.

11. I have never had any *ex parte* communication with Mr. Mitchell in which I asked him to disclose to me information that is covered by the deliberative-process privilege, or in which Mr. Mitchell did so.

12. Before June 4, 2021, I had no knowledge or reason to believe that Mr. Mitchell was represented by any counsel, including any counsel for the City, with respect to this matter.

13. The letter dated June 4, 2021, emailed to Plaintiffs' counsel by the City's counsel, Hollie Birkholz, was the first and only time that the City ever represented that "the City Attorney's Office will similarly be representing Mr. Mitchell."

14. Since I received the City's June 4, 2021 letter, I have had no *ex parte* contact with Mr. Mitchell.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 27, 2021.

Timothy Macdonald

2