IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civ. Act. No. 1:20-CV-1878-RBJ
(consolidated with 1:20-CV-01922-RBJ-MEH)

ELISABETH EPPS, et al.

Plaintiffs

    v.

CITY AND COUNTY OF DENVER, COLORADO, et al.,

Defendants.

_____

**DEFENDANT DENVER'S MOTION FOR EXTENSION OF TIME TO RESPOND TO EPPS PLAINTIFFS' FIRST AMENDED COMPLAINT [ECF 178]**
_____

Defendant, City and County of Denver, ("Denver") through its undersigned counsel, hereby submits this Motion for Extension of Time to Respond to Epps Plaintiffs' First Amended Complaint [ECF 178], and respectfully seeks an extension of time to do so until and including December 26, 2021, which is the date the two newly added Denver Defendants' responses to Epps Plaintiffs' First Amended Complaint are due. In support thereof, Denver states as follows:

**D.C.COLO.LCivR 7.1:** Undersigned counsel attempted to confer with counsel for the Epps Plaintiffs prior to filing the instant Motion. Specifically, undersigned counsel emailed counsel for the Epps Plaintiffs on Tuesday, October 26, 2021 at 9:30am and Thursday, October 28, 2021 at 10:13am to attempt to confer regarding this Motion. As of today's date, undersigned counsel has not received a response to either communication.

## I. DISCUSSION

1. On October 19, 2021, Epps Plaintiffs filed a First Amended Complaint in this matter. [ECF 178].

2. Epps Plaintiffs' First Amended Complaint brings claims against Denver, who was previously named in Epps Plaintiffs' initial Complaint. [ECF 1]. Additionally, Epps Plaintiffs bring claims against two new, previously unnamed Denver Defendants—Denver Police Department ("DPD") Officers Jonathan Christian and Keith Valentine. [ECF 178].

3. The current deadline for Denver to respond to Epps Plaintiffs' First Amended Complaint is November 2, 2021. [*See generally* Docket].

4. The current deadline for the two newly added Denver Defendants to respond to Epps Plaintiffs' First Amended Complaint is as follows: DPD Officer Keith Valentine's Answer is due on December 25, 2021 [ECF 197] and DPD Officer Jonathan Christian's Answer is due on December 26, 2021 [ECF 198].

5. For both ease of preparing responses and this Court's management of the Docket, Denver requests an extension to respond to Epps Plaintiffs' First Amended Complaint to December 26, 2021, the same date the newly added Denver Defendants' responses are due.[1]

---

[1] Recently when the Fitouri Plaintiffs filed a Second Amended Complaint, the parties agreed to extend the original Denver Defendants' deadline to respond to the Second Amended Complaint to the 60-day waiver deadline for several newly added Denver Defendants. [ECF 160]. The Court granted this request on September 29, 2021. [ECF 161]. The is the same situation, and an extension of Denver's deadline to respond to Epps Plaintiffs' First Amended Complaint similarly makes sense here.

2

6. Fed.R.Civ.P. 6(b) provides if a party moves for an extension of time to complete an act before the expiration of the period to complete that act, the court possesses the discretion to grant the sought-after extension of time.

7. Significantly, counsel is confronted with a voluminous, 59-page, 207-paragraph Complaint asserting many new allegations and implicating 2 additional Denver Defendants. Undersigned counsel is still gathering information necessary to respond to Epps Plaintiffs' First Amended Complaint from these different perspectives.

8. Moreover, no party will be prejudiced by this request. 2 of the 3 Denver Defendants are new to this lawsuit. The new Denver Defendants have waived service of the Epps Plaintiffs' First Amended Complaint, and their responsive pleadings are not due until December 26, 2021. Extending the deadline for Denver to this same date is in the interest of efficiency and coordination for all parties and the Court.

9. This is Denver's first request for an extension of time respecting the deadline to prepare and file its responsive pleading to Epps Plaintiffs' First Amended Complaint.

10. This Motion is made in good faith and not for purposes of delay.

11. None of the Parties nor the Court will be prejudiced by granting this relief.

12. Defendants also file this Motion in advance of the presumptive deadline pursuant to Fed.R.Civ.P. 6(b)(1)(A), which authorizes the Court to grant a motion for extension of time made before the expiration of the original period of time.

13. Hence, good cause exists for the Court to grant the requested relief.

3

14. Finally, pursuant to D.C.COLO.LCivR 6.1(c), undersigned counsel certifies this Motion is being served herewith on authorized representatives of Defendants.

Dated and respectfully submitted this 29th day of October 2021.

<div style="margin-left: 40%;">

*s/ Katherine N. Hoffman*
Katherine N. Hoffman, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3300; Fax:  303-628-3368
ringela@hallevans.com
hoffmank@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

**ATTORNEYS FOR DENVER DEFENDANTS**

</div>

**CERTIFICATE OF SERVICE (CM/ECF)**

      I HEREBY CERTIFY that on this 29th day of October 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court via CM/ECF which will send notification of such filing to all parties of record:

*s/Marlene Wilson*, Legal Assistant to
Katherine N. Hoffman, Esq.
Andrew D. Ringel, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone:  303-628-3300
Fax:  303-628-3368
ringela@hallevans.com
hoffmank@hallevans.com

**ATTORNEYS FOR DENVER DEFENDANTS**

5