# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

**CITY AND COUNTY OF DENVER'S AMENDED FIFTH PRIVILEGE LOG**

Defendant, City and County of Denver, through undersigned counsel, submits the following Amended Fifth Privilege Log for its Responses to Plaintiffs' Joint Request for Production No. 20, as follows:

**INTRODUCTION**

On May 10, 2021, Defendant City and County of Denver ("Denver") served its Fifth Privilege Log. Included in the Fifth Privilege Log were the privilege designations for the Confidential Memos created by the Office of the Independent Monitor ("OIM" and "OIM Memos"). On September 15, 2021, the District Court issued an Order granting the Plaintiffs' Motion to Reconsider Discovery Order directing counsel for Denver to reexamine the OIM Memos "to be sure that factual information was not redacted, i.e., that only thoughts and mental impressions from the interviews were redacted." [ECF 150].

In compliance with the District Court's Order, counsel for Denver reexamined the OIM

Memos. Revised OIM Memos are being produced along with this Amended Fifth Privilege Log. The Amended Fifth Privilege Log contains the assertions of privilege made by Denver based on the revised redactions. For purposes of clarity and tracking, new bates numbers have been included on the newly produced OIM Memos. The same bates numbers that were previously used are again being used with a new designation "R" on the new OIM Memos. This will allow comparison between the previously produced redacted OIM Memos and the newly produced redacted OIM Memos.

## EXPLANATION OF REVISED REDACTIONS

Denver has previously articulated its position concerning the applicability of the deliberative process privilege to the OIM Memos during the discovery hearing before the United States District Court and in the Defendants' Response to Plaintiffs' Motion to Reconsider Discovery Order. [ECF 141]. Denver maintains the deliberative process privilege was appropriately asserted and the redactions previously made to the OIM Memos were also appropriate. Denver provides the revised redactions in the OIM Memos not because it believes the earlier redactions were inappropriate, but to comply with counsel's understanding of both the letter and the spirit of the District Court's Order. Specifically, many of the redactions made in the OIM Memos originally concerned factual information inextricably intertwined with opinion, recommendation and deliberation information. Redactions on this basis are consistent with the deliberative process privilege. *City of Colorado Springs v. White,* 967 P.2d 1042, 1051 (Colo. 1998); *EPA v. Mink,* 410 U.S. 73, 89 (1973); *In re Sealed Case,* 121 F.3d 729, 737 (D.C. Cir. 1997); *Wolfe v. Dept. of Health & Human Servs.,* 839 F.2d 768, 773 (D.C. Cir. 1997).

In re-reviewing the redactions made to the OIM Memos, counsel for Denver approached the task by attempting to provide the factual information contained in the OIM Memos and eliminated redactions even when there was some opinion, recommendation and deliberation information contained in the same sentence or paragraph as the factual information. When the opinion and factual information could not be separated and remined intertwined, so long as the factual information was the primary component of the inexplicably intertwined information, counsel for Denver eliminated the redaction. Counsel for Denver spent considerable time and effort in making the revised redactions to the OIM Memos having taken the directions contained in the District Court's Order seriously in an effort to provide factual information on an unredacted basis but still maintaining Denver's deliberative process privilege for the opinion, recommendation, and deliberation information contained in the OIM Memos.

Denver's assertion of the deliberative process privilege for the particular redactions in each of the OIM Memos must be understood in the above context and explanation of the revised redactions.

| Bates Range | Description | Privilege / Authority |
|---|---|---|
| DEN R 11695-11697 | Confidential Memo created by Office of the Independent Monitor ("OIM") regarding interview with Deputy Chief Barb Archer conducted on September 3, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Deputy Chief Barb Archer addressing "Crowd Engagement," and "Lessons Learned and | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
| | Takeaways" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11698-11704 | Confidential Memo created by OIM regarding interview with Metro SWAT Lt. Matt Canino conducted on September 2, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. Canino addressing " Initial Lessons Learned," "Officer Fatigue/Welfare," "GFP Briefings," "Use of Pepperballs," "Arrests," "Flash-Bangs and Other Concussion Devices," "Sting-ball Grenades," "Current Radio Issues" and "Final Thoughts" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c) |
| DEN R 11670 and 11672 | Confidential Memo created by OIM regarding interview with Lt. Canino conducted on September 2, 2020 – redactions of "GFP Briefings," "Flash-Bangs and Other Concussion Devices" | Law Enforcement Privilege: In re City of New York, 607 F.3d 923 (2d Cir. 2010); U.S v. Winner, 641 F.2d 825 (10th Cir. 1981). |

4

| Bates Range | Description | Privilege / Authority |
|---|---|---|
| | and "Sting Ball Grenades" as it relates to law enforcement techniques and procedures. | |
| DEN R 11705-11709 | Confidential Memo created by OIM regarding interview with Lt. Ken Chavez conducted on September 4, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Deputy Lt. Chavez addressing "Command Post," "GFP Crowd Behavior," "Radio Communication,"  "General Protest management – Assessments and Critiques," and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997);  *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11705 | Confidential Memo created by OIM regarding interview with Lt. Chavez conducted on September 4, 2020 – redactions of "Command Post" as it relates to law enforcement techniques and procedures. | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |
| DEN R 11710-11713 | Confidential Memo created by OIM regarding interview with Lt. Mike Cody conducted on September 2, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | Mitchell and Lt. Cody addressing "Lieutenant Responsibilities" "GFP Briefings," "GFP Crowd Behavior," "Less Lethal Weapons and Munitions," "Outside Agencies," "General Protest Management," and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11710 | Confidential Memo created by OIM regarding interview with Lt. Cody conducted on September 2, 2020 – redactions of "Command Post" as it relates to law enforcement techniques and procedures. | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |
| DEN R 11714-11717 | Confidential Memo created by OIM regarding interview with Lt. John Coppedge conducted on September 9, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. Coppedge addressing "Introduction," "Leadership Failure," "Change in Emphasis on Training," "Less Lethal, Crowd management, and Field Force Training" and "Training Academy Role in GFP," that were considered in forming final decisions and | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11718-11721 | Confidential Memo created by OIM regarding interview with Technician Ryan Grothe conducted on September 2, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Technician Grothe addressing "Less Lethal Training." "Less Lethal Equipment and Munitions," "Protest Distribution Logistics," "Munition Shortage and Purchases," and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11722-11725 | Confidential Memo created by OIM regarding interview with Sgt. Brian Kimberly conducted on September 17, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Sgt. Kimberly addressing "Dougco SWAT role at GFP," "Crowd Behavior," and "Lessons Learned" that were | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re* |

7

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | *Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11726-11729 | Confidential Memo created by OIM regarding interview with Sgt. Erik Knutson conducted on September 10, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Sgt. Knutson addressing "Crowd Control/Field Force Training," "Unit Types and Size," "Non-Verbal Communication With Crowds," "Proper Tactics/Techniques," and "What Sgt. Knutson Saw While Watching the GFP" and "Recent Crowd Control/Field Force Training" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11727-11728 | Confidential Memo created by OIM regarding interview with Sgt. Knutson conducted on September 10, 2020 – redactions of "Unit Types and Sizes," "Proper Tactics/Techniques" as it | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |

8

| Bates Range | Description | Privilege / Authority |
|---|---|---|
| | relates to law enforcement techniques and procedures. | |
| DEN R 11730-11733 | Confidential Memo created by OIM regarding interview with Lt. Kim Lovato conducted on September 2, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. Lovato addressing "Team Briefings," "GFP Crowd Behavior," "Less Lethal Weapons and Munitions," "Preparedness and General Protest Management," and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11734-11736 | Confidential Memo created by OIM regarding interview with Lt. JD Williams conducted on September 11, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. Williams addressing "Radio Communication," and "Lessons Learned," that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | Protests in Denver, and Independent Review. | (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11737-11738 | Confidential Memo created by OIM regarding interview with Office of Emergency Management Exec. Director Matthew Mueller conducted on September 11, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. Williams addressing "Perceptions of Incident Management," that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11739-11742 | Confidential Memo created by OIM regarding interview with Gang Lt. Mike O'Donnell conducted on September 11, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. O'Donnell addressing "First Night of GFP," and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | to the 2020 George Floyd Protests in Denver, and Independent Review. | (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11740 | Confidential Memo created by OIM regarding interview with Lt. O'Donnell conducted on September 11, 2020 – redactions of "First Night of GFP" as it relates to law enforcement techniques and procedures. | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |
| DEN R 11743-11747 | Confidential Memo created by OIM regarding interview with Sgt. Michael O'Neill conducted on September 3, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Sgt. O'Neill addressing "Second Through Fifth Days," "Comparisons to Other Events," "Officer Experience and Wellness," and "Lessons Learned that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c) |
| DEN R 11748-11750 | Confidential Memo created by OIM regarding interview with Denver Technology Services Director of Agency Services Gary Pasicznyk conducted on September 3, 2020 – redactions of pre-decisional and deliberative communications and | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); |

11

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | deliberations between Nick Mitchell and Mr. Pasicznyk addressing "Other Jurisdictions," "Potential Radio Issues," "Potential Solutions," and "Follow-Up Requests" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11748-11749 | Confidential Memo created by OIM regarding interview with Mr. Pasicznyk conducted on September 21, 2020 – redactions of "General Radio System Description" "Other Jurisdictions" and "Potential Radio Issues" detailing the specific equipment, maintenance of the radio system used by Denver Police Department. | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |
| DEN R 11751-11757 | Confidential Memo created by OIM regarding interview with Commander Patrick Phelan conducted on August 11, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Commander Phelan addressing "GFP Planning," "Skirmish Lines and Officer Fatigue," "Disengaging," "Supervisors," "Radio Communications," "DPD Buildings," "Less Lethal | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health &* |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
| | Weapons," "Munitions," "Mayor and Chief Participation," "Curfew Arrests," "Outside Agencies" "Lessons Learned," and "Additional Interviews" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | *Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11752-11753; DEN R 11755-11756 | Confidential Memo created by OIM regarding interview with Commander Phelan conducted on August 11, 2020 – redactions of "Command Post," "Skirmish Lines and Officer Fatigue," "Radio Communication," and "Mayor and Chief Participation" as it relates to law enforcement techniques, security protocol and procedures. | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |
| DEN R 11758-11762 | Confidential Memo created by OIM regarding interview with Commander Patrick Phelan conducted on September 9, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Commander Phelan addressing "National Incident Management System," "Use of Force," "Dispersal Orders," "Resources," "Body Worn Cameras," "Partner | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health &* |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | Agencies" and "Communication" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | *Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11752-11753; DEN R 11755-11756 | Confidential Memo created by OIM regarding interview with Commander Phelan conducted on September 9, 2020 – redactions of "National Incident Management System," "Resources," and "Body Worn Cameras" as it relates to law enforcement techniques, security protocol and procedures. | Law Enforcement Privilege: *In re City of New York*, 607 F.3d 923 (2d Cir. 2010); *U.S v. Winner*, 641 F.2d 825 (10th Cir. 1981). |
| DEN R 11763-11767 | Confidential Memo created by OIM regarding interview with Sgt. Eranda Piyasena conducted on September 17, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Sgt. Piyasena addressing "Second Day of Protests (Saturday Night)," "Commentary on Participants" "Reassignment to Protect Denver Fire," "The Arrival of Darkness," "Sunday," "Monday Night at District 6," "Briefings" "Radio/Communication Issues" and "Take Aways" that were considered in forming final decisions and | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. |  |
| DEN R 11768-11771 | Confidential Memo created by OIM regarding interview with Officer Joseph Stadler conducted on September 2, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Officer Stadler addressing "Less Lethal Weapons and Munitions," "General Protest Management," "Radio Communication" and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11772-11775 | Confidential Memo created by OIM regarding interview with Captain Sylvia Sich conducted on September 17, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Capt. Sich addressing "Introductions" "Command Post Challenges," "Training Inadequacies," "Outside Agency Coordination," "OIM Document Request," and | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe* |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
|  | "Temporary Restraining Order," that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | v. Department of Health & Human Servs., 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11776-11783 | Confidential draft Memo created by OIM regarding interview with Lt. Robert Wykoff conducted on September 3, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Lt. Wykoff addressing "Chief and Commander Participation," "Use of Force ("UOF") and UOF Reporting," and "Lessons Learned" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |
| DEN R 11784-11787 | Confidential Memo created by OIM regarding interview with Officer Division Chief Ron Thomas conducted on September 3, 2020 – redactions of pre-decisional and deliberative communications and deliberations between Nick Mitchell and Division Chief Ron Thomas addressing "Division Chief Thomas's | Deliberative process: *Dept. of Interior v. Klamath Water Users Protective Assn*, 532 U.S. 1 (2001); *Casad v. U.S. Dept. of Health & Human Svcs.*, 301 F.3d 1247 (10th Cir. 2002); *City of Colorado Springs v. White*, 967 P.2d 1042 (Colo. 1998); *NLRB v. Sears, Roebuck & Co.*, 421 U.S. 132, 150 (1975); *EPA v. Mink*, 410 |

| Bates Range | Description | Privilege / Authority |
|---|---|---|
| | Role," "Lessons Learned," "Command Structure," and "Use of Force and Reporting" that were considered in forming final decisions and recommendations stated in OIM's The Police Response to the 2020 George Floyd Protests in Denver, and Independent Review. | U.S. 73, 89 (1973); *In re Sealed Case*, 121 F.3d 729, 737 (D.C.Cir. 1997); *Wolfe v. Department of Health & Human Servs.*, 839 F.2d 763 (D.C.Cir. 1988), Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376(c). |

17

DATED this 1st day of October, 2021.

Respectfully submitted,

By: *s/ Andrew D. Ringel*
Andrew D. Ringel, Esq.
Katherine M. Hoffman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
Email: ringela@hallevans.com
       hoffmank@hallevans.com

*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

and

Hollie R. Birkholz, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Robert Huss, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
E-mail: lindsay.jordan@denvergov.org
E-mail: robert.huss@denvergov.org
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2021, the foregoing **CITY AND COUNTY OF DENVER'S AMENDED FIFTH PRIVILEGE LOG** was served on the following via email:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
Andreas.moffett@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com

                   *s/Nicole Marion, Legal Assistant*
                   Nicole Marion
                   Hall & Evans, L.L.C.