# EXHIBIT B

| | |
|---|---|
| **From:** | Ringel, Andrew D. |
| **To:** | Macdonald, Timothy R.; Jordan, Lindsay M. - CAO Assistant City Attorney Senior; Reidy, Patrick C.; Hoffman, Katherine N.; Birkholz, Hollie R. - CAO Asst City Attorney - Sr; Huss, Robert - CAO CL0355 Assistant City Attorney Associate |
| **Cc:** | Makeba Rutahindurwa; ACLU-BLM Protest; Peasley, Sarah B. - CAO Paralegal II; Brian Swift; Elizabeth Wang; Ringel, Andrew D. |
| **Subject:** | RE: OIM memos |
| **Date:** | Thursday, October 14, 2021 1:40:20 PM |
| **Attachments:** | image001.png<br>HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Tim:

I am working on the issue of confidentiality of the OIM Memos and will respond on that issue and on the in camera review issue as soon as possible.

Thanks.

Andrew


**Andrew D. Ringel** | Member
ringela@hallevans.com
Tel: 303-628-3453

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING

website | bio | LinkedIn

**From:** Macdonald, Timothy R. <Timothy.Macdonald@arnoldporter.com>
**Sent:** Thursday, October 14, 2021 1:31 PM
**To:** Jordan, Lindsay M. - CAO Assistant City Attorney Senior <Lindsay.Jordan@denvergov.org>; Reidy, Patrick C. <Patrick.Reidy@arnoldporter.com>; Hoffman, Katherine N. <hoffmank@hallevans.com>; Birkholz, Hollie R. - CAO Asst City Attorney - Sr <Hollie.Birkholz@denvergov.org>; Ringel, Andrew D. <ringela@hallevans.com>; Huss, Robert - CAO CL0355 Assistant City Attorney Associate <Robert.Huss@denvergov.org>
**Cc:** Makeba Rutahindurwa <makeba@loevy.com>; ACLU-BLM Protest <ACLU-BLMProtest@arnoldporter.com>; Peasley, Sarah B. - CAO Paralegal II <Sarah.Peasley@denvergov.org>; Brian Swift <brians@loevy.com>; Elizabeth Wang <elizabethw@loevy.com>
**Subject:** OIM memos

***CAUTION: This email originated outside H&E. Please scrutinize all links and***

***attachments.*****

Lindsay,

We are going to request that the Court order the City to provide unredacted copies of the OIM memos to the Court for in camera review, consistent with the process in the Court's order granting our Motion for Reconsideration.

Please let us know the City's position on this request.

Also, as indicated in our prior emails, we do not think that the redacted OIM memos should be marked as confidential under the Protective Order.  Please let us know if the City believes we should file them under seal.

Thanks,
Tim


_____

Timothy Macdonald

Partner (he, him, his)

Arnold & Porter

1144 Fifteenth Street | Suite 3100

Denver, CO 80202-2569

T: +1 303.863.2334

Timothy.Macdonald@arnoldporter.com | www.arnoldporter.com