

**EXHIBIT C**

Andrew Ringel
ringela@hallevans.com
303-628-3453

File No. 14781-37

October 19, 2021

*Via Electronic Mail*

| | |
|---|---|
| Elizabeth Wang, Esq. | Patrick Reidy, Esq. |
| Makeba Rutahindurwa, Esq. | Leslie Bailey, Esq. |
| Loevy & Loevy | Gerardo Mihares-Shafai, Esq. |
| Elizabethw@loevy.com | Andreas Moffett, Esq. |
| makeba@loevy.com | Timothy R. McDonald, Esq. |
| | Ed Aro, Esq. |
| Mark Silverstein, Esq. | Colin M. O'Brien, Esq. |
| Sara Neel, Esq. | Michael J. Sebba, Esq. |
| Arielle Herzberg, Esq. | Arnold & Porter Kaye Scholer LLP |
| American Civil Liberties Union Foundation of Colorado | Patrick.reidy@arnoldporter.com |
| | leslie.bailey@arnoldporter.com |
| msilverstein@aclu-co.org | Gerardo.mihares-shafai@arnoldporter.com |
| sneel@aclu-co.org | andreas.moffett@arnoldporter.com |
| aherzberg@aclu-co.org | timothy.mcdonald@arnoldporter.com |
| | matthew.douglas@arnoldporter.com |
| | ed.aro@arnoldporter.com |
| | colin.obrien@arnoldporter.com |
| | michael@sebba@arnoldporter.com |

Re: ***Elisabeth Epps et. al. v. City and County of Denver et. al.,*** United States District Court for the District of Colorado, Civil Action No. 20-cv-01878-RBJ (Consolidated with Civil Action No. 20-cv-01922-RBJ-MEH)

Dear Counsel:

    This letter responds to the emails of Ms. Wang and Mr. McDonald regarding the City and County of Denver's ("Denver") confidentiality designations of the Office of Independent Monitor ("OIM") Memos ("OIM Memos").

    The Stipulation and Protective Order entered by the District Court on September 3, 2020 (ECF 41) governs the designation of Confidential Information. Paragraph 3 defines "Confidential Information" for purposes of the Protective Order. The operative part of the definition is as follows: "Confidential information may include, but is not necessarily limited to, medical records,

1001 Seventeenth Street    P 303-628-3300
Suite 300    F 303-628-3368
Denver, CO 80202    www.hallevans.com

October 19, 2021
Page 2

Social Security numbers, residential addresses, criminal histories, employment/personnel records that pertain to any party or third-party. Confidential information may also include information about police practices if public disclosure of the information would reveal non-public law enforcement techniques and procedures, endanger law enforcement personnel or the public, or is otherwise contrary to the public interest. Information or documents that are available to the public may not be designated as Confidential Information." (ECF 41, ¶ 3).

Denver designated the OIM Memos as Confidential Information under the Stipulation and Protective Order because Denver concludes the OIM Memos fall within this definition. Initially, each of the OIM Memos on the top include the following designation: "Confidential Internal Draft—Do Not Distribute." We have confirmed with OIM the OIM Memos are maintained as confidential by OIM, are not to be publicly disseminated, and would not be publicly disclosed pursuant to any open records request. Further, the information contained in the OIM Memos is confidential. The OIM Memos contain information concerning police practices including non-public law enforcement techniques. The OIM Memos also contain information protected by the law enforcement privilege and the deliberative process privilege. The operating documents for the OIM specifically state the monitor, its staff, the board and all consultants and experts hired by the monitor shall treat all documents and information regarding specific investigations or officers as confidential except to the extent needed to carry out their duties. *See* Denver Revised Municipal Code Chapter 2, Article XVIII, Sec. 2-376, citing, Ord. No. 730-04, §1, 10-4-04; Ord. No. 29-19, §4, 2-19-19.

Moreover, as explained in the City and County of Denver's Amended Fifth Privilege Log dated October 1, 2021, counsel for Denver maintains the deliberate process privilege was appropriately asserted and the redactions previously made to the OIM Memos were also appropriate. Thus, the revised redactions do not adequately protect Denver's confidentiality interests in the OIM Memos. The mere fact some privileged information remains redacted does not nullify the confidentiality of the remaining information contained in the document.

Based on the above considerations, Denver maintains the OIM Memos are appropriately designated as Confidential within the meaning of the Stipulation and Protective Order entered by the District Court. To the extent you continue to maintain the Confidential designations are inappropriate please provide the specific basis for your position and any supporting precedent you rely on or before close of business **October 21, 2021**.

If you are unable to agree Denver's Confidential designations for the OIM Memos are appropriate we will send an email to Chambers of the District Court to schedule a telephone discovery hearing for the District Court to address this issue.

October 19, 2021
Page 3

      Thank you for your attention.  We look forward to your response.

      Very truly yours,

      */s/ Andrew D. Ringel*

      Andrew D. Ringel, Esq.
      of HALL & EVANS, L.L.C.


cc:    Hollie Birkholz, Esq. (via email)
       Lindsay Jordan, Esq. (via email)
       Katherine Hoffman, Esq. (via email)
       Peter R. Morales, Esq. (via email)
       Isabelle S. Evans, Esq. (via email)
       Rebecca P. Klymkowsky, Esq. (via email)
       Rachel J. Bender, Esq. (via email)