# LOEVY & LOEVY

Elizabeth Wang
elizabethw@loevy.com

2060 Broadway, Suite 460, Boulder, Colorado 80302         direct 720.328.5642

October 21, 2021

*Via Email*
Andrew Ringel
Hollie Birkholz
Lindsay Jordan

    Re: *BLM 5280 v. City and County of Denver, et al.*, 20-CV-1878-RBJ & 20-CV-1922-RBJ-MEH (consolidated)

Dear Andrew:

    The Epps and Fitouri Plaintiffs have conferred. We write in response to your letter dated October 19, 2021 concerning the City's designation of the redacted OIM interview memos as confidential.

    It is our position that the City's designation of the redacted memos as confidential is erroneous. The City's mere assertion that the memos fall within the definition of confidential information in the protective order does not make it so. There is nothing in the unredacted portions of the memos that "reveal[s] non-public law enforcement techniques and procedures, endanger[s] law enforcement personnel or the public, or is otherwise contrary to the public interest." Dkt. 41 ¶ 3. To the contrary, the public has a great interest in understanding the nature of DPD's response to the GFP.

    Regardless, we are not going to pursue having the confidential designation removed at this time.

    However, we intend to file a motion seeking to file publicly redacted versions of the Plaintiffs' motion to reconsider, reply in support of motion to reconsider, and the request for *in camera* review. The majority of that briefing is not confidential and does not need to be sealed from the public. We propose to file public versions of that briefing which redacts the portions of the briefs that quote directly from the OIM memos. Please let us know if you have an objection to this.

                                Sincerely,

                                Elizabeth Wang

Cc: Counsel of Record