# EXHIBIT E

| | |
|---|---|
| **From:** | Hoffman, Katherine N. |
| **To:** | Elizabeth Wang; Birkholz, Hollie R. - CAO Asst City Attorney - Sr; Jordan, Lindsay M. - CAO Assistant City Attorney Senior; Ringel, Andrew D.; Marion, Nicole |
| **Cc:** | Reidy, Patrick C.; Mijares-Shafai, Gerardo; Bailey, Leslie C.; Sara Neel; Mark Silverstein; Rebecca Klymkowsky; Macdonald, Timothy R.; Rachel Bender; Morales, Peter; Moffett, Andreas; Aro, Ed; Arielle Herzberg; Sebba, Michael; Evans, Isabelle; Douglas, Matthew J.; O"Brien, Colin M.; Makeba Rutahindurwa; Brian Swift; Goss, Teresa Teri |
| **Subject:** | RE: Elisabeth Epps et. al. v. City and County of Denver et. al., - attached letter |
| **Date:** | Friday, October 22, 2021 1:07:50 PM |
| **Attachments:** | HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

Hi Liz,

We have reviewed your 10/21/21 letter responding to the City's letter about OIM confidentiality designations. We understand that you contest the City's confidentiality designation but are not going to pursue having the designation removed.

Regarding your request, the City agrees that you can publicly file Plaintiffs' motion to reconsider, reply in support of motion to reconsider, and request for in camera review with any quotes from the OIM memos redacted (as you have suggested), provided that:

1. You do not include any exhibits to the aforementioned documents that include any quotes or notes from OIM memos or interview questions with your public filings (these exhibits would be left as restricted), and
2. The City has an opportunity to review and approve your proposed filings and redactions before anything is publicly filed with the Court.

Please let us know if you have an objection to this.

Thank you,
Kate

**Katherine N. Hoffman** | Associate
hoffmank@hallevans.com
Tel: 303-293-3220

**Hall & Evans, LLC**
1001 Seventeenth Street, Suite 300
Denver, CO 80202



COLORADO | MISSOURI | MONTANA | NEW MEXICO | UTAH | WYOMING
website | bio | LinkedIn