IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## STIPULATION BETWEEN FITOURI PLAINTIFFS AND DEFENDANTS JEFFERSON COUNTY SHERIFF JEFF SHRADER AND BOARD OF COUNTY COMMISSIONERS FOR JEFFERSON COUNTY, COLORADO

Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, and Kelsey Taylor (the "Fitouri Plaintiffs") and Defendant Board of County Commissioners for Jefferson County, Colorado, and Defendant Jefferson County Sheriff Jeff Shrader, by and through their respective counsel, stipulate to the following:

Sheriff Jeff Shrader is solely responsible for overseeing and managing Jefferson County deputy sheriffs, including establishing policies, procedures, and training for deputy sheriffs' actions in the field, including their actions as members of the Jefferson County Regional SWAT Team. Sheriff Shrader is the final policymaker for the Jefferson County Sheriff's Office and is the proper Defendant for Fitouri Plaintiffs' claims premised on the actions of Jefferson County deputy sheriffs pursuant to *Monell v. Dep't of Social Servs.*, 426 U.S. 658 (1978).

Dated: November 16, 2021.

| | |
|---|---|
| LOEVY & LOEVY | JEFFERSON COUNTY ATTORNEY'S OFFICE |
| s/ Elizabeth Wang | By: s/ Rebecca P. Klymkowsky |
| Elizabeth Wang | Rebecca Klymkowsky, #41673 |
| 2060 Broadway, Suite 460 | Rachel Bender, #46228 |
| Boulder, CO 80302 | Assistant County Attorneys |
| O: 720.328.5642 | 100 Jefferson County Parkway, Suite 5500 |
| elizabethw@loevy.com | Golden, Colorado 80419 |
| *Attorney for Fitouri Plaintiffs* | Telephone: 303.271.8932 |
| | Facsimile: 303.271.8901 |
| | rklymkow@jeffco.us |
| | rbender@jeffco.us |
| | *Attorneys for Jefferson County Defendants* |

**CERTIFICATE OF SERVICE**

I, Elizabeth Wang, an attorney, hereby certify that on November 16, 2021, I filed the foregoing Stipulation via CM/ECF, thereby serving an electronic copy on all counsel of record on this date.

s/ Elizabeth Wang