IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

### FITOURI PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL OF CLAIMS AGAINST DEFENDANT BOARD OF COUNTY COMMISSIONERS OF JEFFERSON COUNTY, COLORADO, PURSUANT TO RULE 41(a)(1)(A)(i)

Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Youssef Amghar, Johnathen Duran, Claire Sannier, and Kelsey Taylor, through their attorneys, hereby file this notice of voluntary dismissal of their claims without prejudice against Defendant Board of County Commissioners for Jefferson County, Colorado, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Respectfully submitted,

s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Counsel for Fitouri Plaintiffs*

2

**Certificate of Service**

    I, Elizabeth Wang, an attorney, hereby certify that on November 16, 2021, I served via CM/ECF the foregoing document on counsel of record for all parties.

                                    s/ Elizabeth Wang
                                    Counsel for Fitouri Plaintiffs