**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT
BETWEEN FITOURI PLAINTIFFS AND
DEFENDANT JEFFERSON COUNTY SHERIFF JEFF SHRADER**

---

Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, and Kelsey Taylor (the "Fitouri Plaintiffs") and Defendant Jefferson County Sheriff Jeff Shrader (the "Sheriff"), by and through their respective counsel, stipulate to a 21-day extension of time to respond to the Second Amended Class Action Complaint and Jury Demand [ECF No. 153] (the "SAC") and in support state as follows:

1. The Fitouri Plaintiffs served the Sheriff with the SAC via a request to waive service on September 21, 2021.

2. Pursuant to FED. R. CIV. P. 4(d)(2), the Sheriff's response to the SAC is due Monday, November 22, 2021.

3. In accordance with this Court's Practice Standards at pages 1-2, counsel for the Parties conferred about the correctable defects in the SAC. As the result of the conferral, Fitouri Plaintiffs' counsel intends to amend the SAC.

4. Rather than spend resources responding to a pleading that will be amended, the Parties have agreed to the 21-day extension of time allowed by D.C.COLO.LCIvR 6.1. The Sheriff's response will be filed on or before December 13, 2021.

5. The Sheriff has not requested nor received any other extensions in this case.

6. As required in D.C.COLO.LCIvR 6.1, a copy of this Stipulation will be served contemporaneously on the undersigned's clients.

Dated: November 18, 2021.

| | |
|---|---|
| LOEVY & LOEVY | JEFFERSON COUNTY ATTORNEY'S OFFICE |
| */s/ Elizabeth Wang* | By: */s/ Rebecca P. Klymkowsky* |
| Elizabeth Wang | Rebecca Klymkowsky, #41673 |
| 2060 Broadway, Suite 460 | Rachel Bender, #46228 |
| Boulder, CO 80302 | Assistant County Attorneys |
| O: 720.328.5642 | 100 Jefferson County Parkway, Suite 5500 |
| elizabethw@loevy.com | Golden, Colorado 80419 |
| *Attorney for Fitouri Plaintiffs* | Telephone: 303.271.8932 |
| | Facsimile: 303.271.8901 |
| | rklymkow@jeffco.us |
| | rbender@jeffco.us |
| | *Attorneys for Defendants* |


2

4. Rather than spend resources responding to a pleading that will be amended, the Parties have agreed to the 21-day extension of time allowed by D.C.COLO.LCIvR 6.1. The Sheriff's response will be filed on or before December 13, 2021.

5. The Sheriff has not requested nor received any other extensions in this case.

6. As required in D.C.COLO.LCIvR 6.1, a copy of this Stipulation will be served contemporaneously on the undersigned's clients.

Dated: November 18, 2021.

| LOEVY & LOEVY | JEFFERSON COUNTY ATTORNEY'S OFFICE |
|---|---|
| */s/ Elizabeth Wang* | By: */s/ Rebecca P. Klymkowsky* |
| Elizabeth Wang | Rebecca Klymkowsky, #41673 |
| 2060 Broadway, Suite 460 | Rachel Bender, #46228 |
| Boulder, CO 80302 | Assistant County Attorneys |
| O: 720.328.5642 | 100 Jefferson County Parkway, Suite 5500 |
| elizabethw@loevy.com | Golden, Colorado 80419 |
| *Attorney for Fitouri Plaintiffs* | Telephone: 303.271.8932 |
| | Facsimile: 303.271.8901 |
| | rklymkow@jeffco.us |
| | rbender@jeffco.us |
| | *Attorneys for Defendants* |

**CERTIFICATE OF SERVICE**

I hereby certify that on November 18, 2021, I filed the foregoing STIPULATION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT BETWEEN FITOURI PLAINTIFFS AND DEFENDANT JEFFERSON COUNTY SHERIFF JEFF SHRADER via CM/ECF which will serve a true and correct copy upon the following:

Andreas E. Moffett, andreas.moffett@arnoldporter.com
Anya Amalia Havriliak, anya.havriliak@arnoldporter.com
Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Ferardo Mijares-Shafai, Gerardo.mijares-shafai@arnoldporter.com
Leslie Claire Bailey, Leslie.bailey@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Mollie DiBrell, mollie.dibrell@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER
*Attorneys for Plaintiffs Fitouri, Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO
*Attorney for Plaintiffs Fitouri Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Andrew Joseph McNulty, amcnulty@kln-law.com
Reid Robertson Allison, rallison@kln-law.com
KILLMER LANE & NEWMAN LLP
*Attorneys for Plaintiff Acker*

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora, Brukbacher, Serrant, and McNamee*

David M Goddard, dgoddard@brunolawyers.com
Michael T. Lowe, mlowe@brunolawyers.com
Bruno, Colin & Lowe, P.C.
*Attorneys for Defendants Budaj, McNamee, Serrant, and Brukbacher*

                                              */s/ Briana McCarten*