IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

No. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*

Plaintiffs,
v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

___

# FITOURI PLAINTIFFS' UNOPPOSED MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT
___

Now come the Fitouri Plaintiffs, by and through their attorneys, LOEVY & LOEVY, and hereby respectfully submit this Unopposed Motion for Leave to File Third Amended Complaint. In support, Plaintiffs state as follows:

1. In advance of the Defendant Jefferson County Sheriff Jeff Shrader's due date for filing a responsive pleading, the Fitouri Plaintiffs and Defendant Sheriff conferred about correctable defects in the Second Amended Complaint, and whether Plaintiffs could amend in lieu of Defendant Sheriff filing a motion to dismiss.

2. Pursuant to that conferral, the Fitouri Plaintiffs agreed to amend their complaint. The proposed Third Amended Complaint is attached here, as Exhibit A (clean version) and Exhibit B (redline version). The only amendments relate to the Jefferson County Defendants: (1) naming as defendants Deputy Sheriff Anthony

1

Hamilton and Deputy Sheriff Timothy Dreith, identified as the specific deputies who shot Plaintiff Joe Deras with kinetic impact projectiles on May 31, 2020; (2) removing the Jefferson County Defendants from Count III (Due Process and Equal Protection) and Count IV (Failure to Intervene); and (3) removing the Board of County Commissioners of Jefferson County, Colorado as a defendant (which Plaintiff had already done via notice of voluntary dismissal, filed on November 16, 2021). Dkt. 211. Defendant Sheriff consents to the filing of this Third Amended Complaint, pursuant to Rule 15(a)(2).

WHEREFORE, the parties request that the Court grant this unopposed motion for leave to file a Third Amended Complaint.

Respectfully submitted,

/s/ Elizabeth Wang

| | |
|---|---|
| Elizabeth Wang | Makeba Rutahindurwa |
| LOEVY & LOEVY | LOEVY & LOEVY |
| 2060 Broadway, Suite 460 | 311 N. Aberdeen St. |
| Boulder, CO 80302 | Chicago, IL 60607 |
| O: 720.328.5642 | O: 312.243.5900 |
| elizabethw@loevy.com | makeba@loevy.com |
| *Counsel for Plaintiffs* | |

### Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on November 22, 2021, I served via CM/ECF the foregoing Motion, on all counsel of record.

/s/ Elizabeth Wang
One of Plaintiffs' Attorneys

2