IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## STIPULATION ESTABLISHING EXPERT WITNESS DEADLINES FOR JEFFCO AND AURORA DEFENDANTS

Now come the Fitouri Plaintiffs, the Epps Plaintiffs; Defendants Sergeant Sheriff Anthony Hamilton and Deputy Sheriff Timothy Dreith (the "Jeffco Defendants"); and Defendants City of Aurora, Cory Budaj, David McNamee, Matthew Brukbacher, and Patricio Serrant (the "Aurora Defendants" and together with the Jeffco Defendants, the "Jeffco and Aurora Defendants"), by and through their respective counsel, hereby stipulate to the following expert witness deadlines, which is currently not part of the existing deadlines in this case (*see* Dkt. 217):

- December 17, 2021: disclosure of Aurora Defendants' two F.R.C.P. 26(a)(2)(C) experts

- December 30, 2021: disclosure of Plaintiffs' expert rebuttals to Aurora Defendants' F.R.C.P. 26(a)(2)(C) experts

- December 30, 2021: disclosure of Jeffco Defendants' one F.R.C.P. 26(a)(2)(C) expert

- Week of January 3 through January 7, 2022: deposition of Jeffco Defendants' F.R.C.P. 26(a)(2)(C) expert, to last no more than four hours

- Between January 3 through January 14, 2022: depositions of Aurora's two F.R.C.P. 26(a)(2)(C) experts, to last no more than four hours each

- January 21, 2022: disclosure of Jeffco Defendants' one F.R.C.P. 26(a)(2)(B) expert

- January 24, 25, or 26, 2022: deposition of the Jeffco Defendants' Rule 26(a)(2)(B) expert, to last no more than four hours

No parties will be prejudiced by the stipulated deadlines set forth herein as the parties agree on these deadlines. Good cause exists for establishing these expert witness deadlines because the Jeffco and Aurora Defendants did not become parties in this case until September 2021, and these deadlines will give the Jeffco and Aurora Defendants' experts time to review and opine on the relevant records in this case and will give the Plaintiffs time to depose these experts. The deadlines set forth herein provide sufficient time to permit the filing of any motions relating to experts (if necessary) prior to the Trial Preparation Conference on February 4, 2022.

Dated: December 14, 2021.

JEFFERSON COUNTY ATTORNEY'S OFFICE

By: /s/ Rachel Bender
Rebecca Klymkowsky, #41673
Rachel Bender, #46228
Assistant County Attorneys
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Telephone: 303.271.8932
Facsimile: 303.271.8901
rklymkow@jeffco.us
rbender@jeffco.us
*Attorneys for Jeffco Defendants*

/s/ Peter Ruben Morales
Isabelle Sabra Evans
Peter Ruben Morales
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, CO 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
ievans@auroragov.org

/s/ David M. Goddard
Michael T. Lowe
David M. Goddard
1999 Broadway, Suite 4300
Denver, CO 80202
Telephone: (303) 831-1099
Facsimile: (303) 831-1088
mlowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Defendant Budaj*

pmorales@auroragov.org
*Attorneys for the Aurora Defendants*

/s/ Elizabeth Wang
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Attorneys for Fitouri Plaintiffs*

Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St.
Chicago, IL 60607
O: 312.243.5900
makeba@loevy.com

/s/ Timothy R. MacDonald
Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
Mollie DiBrell
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com
Mollie.DiBrell@arnoldporter.com

Gerardo Mijares-Shafai
Leslie C. Bailey
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555
Gerardo.Mijares-Shafai@arnoldporter.com
Leslie.Bailey@arnoldporter.com

Patrick C. Reidy

ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

Mindy Gorin
ARNOLD & PORTER KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-7832
Mindy.Gorin@arnoldporter.com

In cooperation with the American Civil
Liberties Union Foundation of Colorado

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org
*Attorneys for the Epps Plaintiffs*

**Certificate of Service**

    I, Elizabeth Wang, an attorney, hereby certify that on December 14, 2021, I served via CM/ECF the foregoing Stipulation, on all counsel of record.

                                                            /s/ Elizabeth Wang  
                                                            Attorney for the Fitouri Plaintiffs