**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Rachel Bender respectfully moves to withdraw as counsel for Defendants Anthony Hamilton and Timothy Dreith ("Jeffco Defendants") in this matter. In support of this Motion, Ms. Bender states as follows:

1. Ms. Bender's last day of employment with the Jefferson County Attorney's Office is December 30, 2021.

2. Jeffco Defendants will continue to be represented by Rebecca Klymkowsky and Eric Butler of the Jefferson County Attorney's Office.

3. Pursuant to the requirements set forth in D.C.COLO.LAttyR 5, Jeffco Defendants have been served with a copy of this motion via email and advised that they will continue to be represented by Ms. Klymkowsky and Mr. Butler who will be responsible for complying with all court orders and time limitations established by applicable statutes and rules.

WHEREFORE, Rachel Bender respectfully requests this court grant her Motion to Withdraw as Counsel for the Jeffco Defendants in this matter and terminate her representation of

Defendants in the CM/ECF notification system.

Dated: December 30, 2021.                    JEFFERSON COUNTY ATTORNEY'S OFFICE

                                             By: */s/ Rachel Bender*
                                             Rebecca Klymkowsky, #41673
                                             Rachel Bender, #46228
                                             Eric Butler, #29997
                                             100 Jefferson County Parkway, Suite 5500
                                             Golden, Colorado 80419
                                             Telephone: 303.271.8932
                                             Facsimile: 303.271.8901
                                             rklymkow@jeffco.us
                                             rbender@jeffco.us
                                             ebutler@jeffco.us
                                             *Attorneys for Defendant Shrader*

## CERTIFICATE OF SERVICE

I hereby certify that on December 30, 2021, I filed the foregoing MOTION TO WITHDRAW AS COUNSEL via CM/ECF which will serve a true and correct copy upon the following:

Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Ferardo Mijares-Shafai, Gerardo.mijares-shafai@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
Reeves Anderson, reeves.anderson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER
*Attorneys for Plaintiffs Fitouri, Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO
*Attorney for Plaintiff Fitouri Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora, Brukbacher, Serrant, and McNamee*

David M Goddard, dgoddard@brunolawyers.com
Michael T. Lowe, mlowe@brunolawyers.com
BRUNO, COLIN & LOWE, P.C.
*Attorneys for Defendants Budaj, McNamee, Serrant, and Brukbacher*

*/s/ Briana McCarten*