# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*,

                Plaintiffs,

     v.

CITY AND COUNTY OF DENVER, *et al.*,

                Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Mollie DiBrell of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), as counsel[1] for Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith, moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

**Certificate of Conferral Pursuant to Local Civil Rule 7.1:** Because this motion is brought pursuant to D.C.Colo.LAttyR 5(b), conferral is not required.  *See* Local Civil Rule 7.1(b)(4).

---

[1] Admitted only in Colorado; practicing law in the District of Columbia during the pendency of her application for admission to the D.C. Bar and under the supervision of lawyers in the firm who are members in good standing of the D.C. Bar.

1.  My last day as an attorney at Arnold & Porter is January 19, 2022.  Therefore, I respectfully submit that good cause exists to allow me to withdraw as counsel in this matter pursuant to D.C.Colo.LAttyR 5(b).

2.  Timothy R. Macdonald, Matthew J. Douglas, Edwin P. Aro, R. Reeves Anderson, and Patrick C. Reidy have entered appearances for Plaintiffs in this action as counsel of record.

3.  Given that Plaintiffs will continue to be represented by Messrs. Macdonald, Douglas, Aro, Anderson, and Reidy, no parties will be prejudiced by the withdrawal of the undersigned, and there will be no delay in any upcoming deadlines.

4.  Advisement pursuant to D.C.Colo.LAttyR 5(b): Plaintiffs have been provided notice of this Motion, which includes advisement regarding their responsibility to comply with all court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, Mr. Macdonald, Mr. Douglas, Mr. Aro, Mr. Anderson, and Mr. Reidy, who will continue to comply with this responsibility on their behalf.

Dated: January 19, 2022              Respectfully submitted,

                                     By: */s/ Mollie DiBrell*
                                         Mollie DiBrell*
                                         ARNOLD & PORTER KAYE SCHOLER LLP
                                         601 Massachusetts Ave, NW
                                         Washington, DC 20001-3743
                                         Telephone: (202) 942-5000
                                         Facsimile: (202) 942-5999
                                         Email: mollie.dibrell@arnoldporter.com

                                         *Admitted only in Colorado; practicing law in the
                                         District of Columbia during the pendency of her
                                         application for admission to the D.C. Bar and under the
                                         supervision of lawyers in the firm who are members in
                                         good standing of the D.C. Bar.

-and-

Timothy R. Macdonald
Matthew J. Douglas
Edward Packard Aro
R. Reeves Anderson
ARNOLD & PORTER KAYE SCHOLER, LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 832-0428
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
-and-

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLER, LLP
70 West Madison Street, Suite 4200
Chicago, Illinois 60602-4321
Telephone: (312) 583-2424
Patrick.Reidy@arnoldporter.com

*In cooperation with the American Civil*
*Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation
of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Plaintiffs*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 19, 2022, I electronically filed the foregoing **MOTION TO WITHDRAW AS COUNSEL** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following e-mail addresses:

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER
*Attorneys for Plaintiffs Fitouri, Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO
*Attorney for Plaintiff Fitouri Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora, Brukbacher, Serrant, and McNamee*

David M Goddard, dgoddard@brunolawyers.com
Michael T. Lowe, mlowe@brunolawyers.com
BRUNO, COLIN & LOWE, P.C.
*Attorneys for Defendants Budaj, McNamee, Serrant, and Brukbacher*

Rebecca Klymkowsky, rklymkow@jeffco.us
Eric Butler, ebutler@jeffco.us
JEFFERSON COUNTY ATTORNEY'S OFFICE
*Attorneys for Defendants Hamilton, Dreith, and Shrader*

*/s/ Noemi Sanchez*