Exhibit 2

*Epps, et al. v. City and County of Denver, et al.*
Civil Action No.1:20-CV-1878-RBJ *consolidated with*

*Fitouri, et al. v. City and County of Denver, et al.*
Civil Action No. 1:20-CV-1911-RBJ-MEH

**LIST OF CASE MATERIALS**

1. *Black Lives Matter* Complaint;
2. *Cruz* Amended Complaint (consolidated into *Black Lives Matter*);
3. Office of the Independent Monitor report, "Police Response to the 2020 George Floyd Protests," December 8, 2020 (DEN000678-681), with 23 BWC files;
4. Use of Force Policy section in the DPD Operations Manual in effect in May 2020 (Bates DEN001119-1145);
5. DPD Chemical Agent Grenadier Course V10.20;
6. DPD 40mm operator course (DEN 336);
7. DPD Pepper ball operator course (DEN 584-696);
8. DPD Field Force training (DEN 432-583);
9. DPD Crowd Control Manual (DEN 68-111);
10. DPD Crowd Management Manual (DEN 1755-1798)
11. Defendants' responses to discovery through April 28, 2021;
12. Deposition transcript of Defendant Paul Pazen, dated June 17, 2021;
13. Deposition transcript of Defendant David Abeyta *with exhibits*, dated May 21, 2021;
14. Deposition transcript (Part 2)for Defendant Paul Pazen, dated July 21, 2021;
15. All Epps Plaintiffs' written discovery responses purported by Defendants;
16. All Fitouri Plaintiffs' written discovery responses purported by Defendants;
17. Plaintiffs' expert disclosures with attachments;
    - Edward R. Maguire's Expert Report;
    - Edward R. Maguire report materials;
    - Norman H. Stamper's Expert Report ;
    - Norman H. Stamper's report materials;
18. Deposition transcript of Youshef Amghar, with Exhibits A-C, dated August 5, 2021;
19. Records regarding Plaintiff Amghar's claims:
    a. DEN5021;
    b. DEN5022;
20. Deposition transcript of Plaintiff Amanda Blasingame with Exhibits A-F, dated July 20, 2021;
21. Link to YouTube video depicting an event Ms. Blasingame observed – BLM_00001033;
22. Deposition transcript of Plaintiff Joe Deras, with Exhibits A-G, dated August 11, 2021;
23. Records regarding Plaintiff Deras' claims;
    a. HALO video from 1450 Lincoln PTZ;

    b.  3 Colorado State Patrol videos May 30 v. 29 and v. 63 and v 211;
24. Deposition transcript of Plaintiff Johnathen De La Vaca Duran, dated August 3, 2021;
25. Records relevant to Plaintiff De La Vaca Duran's claim;
    a. Fitouri000199;
26. Deposition transcript of Plaintiff Sara Fitouri, dated August 3, 2021;
27. Deposition transcript of Plaintiff Jacquelyn Parkins, with Exhibits A – D, dated August 10, 2021;
28. Deposition transcript of Plaintiff Kelsey Taylor, with Exhibit 1, dated August 10, 2021
29. Deposition transcript of Plaintiff Cidney Fisk, with Exhibit 1 -2, dated September 14, 2021;
30. Deposition transcript of Plaintiff Katherine Hollis Lyman with Exhibits 1-3, dated July 22, 2021;
31. Records regarding Plaintiff Lyman's claim;
    a. Event 2: BLM_76-77, 1539, 1610, 1612;
    b. Event 3: BLM_26, 1542;
    c. Event 4: BLM_28, 1106, 1107, 1125, 1528-1530, 1546;
32. Deposition transcript of Plaintiff Zachary Packard with Exhibits 1-8, dated July 17, 2021;
33. Records regarding Plaintiff Packard's claims:
    a. BLM 38-42, BLM 1072;
    b. COABLM 416_Garcia, Richard_2020-05-31;
    c. COABLM 371_Brukbacher, Matthew_2020-05-31;
    d. COABLM 386_Campbell, Matthew_2020-5-31;
    e. COABLM 402_Chamberland, Darren_2020;
    f. DEN5084 Avedisian_Riot-4;
    g. DEN5087 Benavides_Axon_Body;
    h. DEN5110 HYATT_AXON_Body2_video;
    i. DEN5144 MCNABB;
    j. DEN5119 STACK_D-6_Protest_Riot;
34. Deposition transcript of Plaintiff Maya Rothlein with Exhibits 1-6, dated July 15, 2021;
35. Deposition transcript of Plaintiff Claire Sannier, dated August 5, 2021;
36. Records regarding the claims of Plaintiff Claire Sannier;
    a. Fitouri 17870;
37. Deposition Transcripts of Plaintiff Stanford Smith, with Exhibit 1, dated July 20, 2021;
38. Records relevant to the claims of Plaintiff Stanford Smith;
    a. DEN5044;
39. Records regarding to the May 28, 2020, incident where protesters got on the highway;
    a. BWC (DEN3886-3892)
    b. Fitouri 84-91, 102-104, 240
40. Deposition transcript for Officer Jonathan Christian, dated June 4, 2021;
        a. Exhibit 1 – DEN004045;

  b.  Exhibit 2 – DEN004052;
  c.  Exhibit 3 – BLM_00001019;
  d.  Exhibit 4 – DEN004180
  e.  Exhibit 5 – Statement of Officer Christian
  f.  Exhibit 6 – DEN004045;
  g.  Exhibit 7 – DEN004047.
41. Denver Police Department's Operations Manual (DEN950-1754)
42. Epps Plaintiffs' First Amended Complaint
43. Fitouri Plaintiffs' Second Amended Complaint
44. Chemical Agent Timeline – George Floyd Protest (DEN2763-2776)
45. BWC Officer Hastings (DEN004198)
46. Deposition Transcript of Plaintiff Elisabeth Epps, dated September 16, 2021;
47. Deposition Transcript of Plaintiff Ashlee Wedgeworth, dated September 7, 2021;
48. Deposition Transcript of Officer Keith Valentine with Exhibits, dated May 19, 2021;
  a.  Exhibit 1 – DEN003011;
  b.  Exhibit 2 – Valentine Gang Unit 5/29/20
  c.  Exhibit 3 – Valentine Gang Unit 5/30/20
  d.  Exhibit 4 – DEN03697;
  e.  Exhibit 5 – DEN011209;
  f.  Exhibit 6 – DEN11863;
  g.  Exhibit 7 – DEN000950;
  h.  Exhibit 8 – May 30, 2020 C 936789715;
  i.  Exhibit 9 – DEN5046;
  j.  Exhibit 10 – DEN5028;
  k.  Exhibit 11 – DEN5068;
  l.  Exhibit 12 – BLM_0001021;
49. Deposition Transcript of Lt. Thomas Pine, dated June 22, 2021;
50. Deposition Transcript of Lt. Vince Porter, dated June 22, 2021;
51. Deposition Transcript of Officer Tana Cunningham, dated April 30, 2021;
52. DPD Operations Plan – Justice for George Floyd Protest and Rally May 28, 2020 through June 5, 2020 (DEN1946-2027);
53. Officer Injury Materials (DEN32677-32678, DEN32670-32676);
54. Protest Expenses, Property Damages, and Crimes (DEN32679-32697, DEN32688-32669);
55. Denver's 37th Supplemental Disclosure and all attachments;
56. 911 Calls during curfew (DEN3266-32677);
57. Deposition transcript of Commander (Ret.) Patrick Phelan, dated May 35, 2021;
58. Deposition transcript of Chief Ron Thomas, dated August, 26, 2021;
59. Deposition transcript of Commander Michael O'Donnell, dated August 4, 2021;
60. Deposition transcript of Corporal John Sampson, dated April 23, 2021;
61. Deposition transcript of Officer Stephen Redfearn, Aurora police, dated March 12, 2021;
62. Deposition transcript of Lieutenant Patrick Shaker, Aurora police, dated March 12, 2021;

63. Deposition transcript of Officer Patricio Serrant, Aurora police, dated July 16, 2021;
    a. Exhibit 1 – DEN3925-4018;
    b. Exhibit 2 – COABLM508;
    c. Exhibit 3 – DEN3871;
    d. Exhibit 4 – COABLM 450;
    e. Exhibit 5 – COABLM416;
    f. Exhibit 6 – BLM_1072;
    g. Exhibit 7 – BLM_42
    h. Exhibit 8 – BLM_38;
    i. Exhibit 9 – BLM_40;
64. Deposition transcript of Sergeant Marco Martinez, dated August 22, 2021;
65. Deposition transcript of Sergeant Anthony Tak, with exhibits, dated February 19, 2021;
    a. Exhibit 4 – Video, B133;
    b. Exhibit 5 – 5/28/20, Officer Statement;
    c. Exhibit 6 – 5/31/20, Officer Statement;
    d. Exhibit 7 – Video, Denver4050;
    e. Exhibit 8 - Video, Denver 4047;
    f. Exhibit 9 – Good Map;
    g. Exhibit 10 – Unified Summons and Complaint;
    h. Exhibit 11 – Statement of Probable Cause/Affidavit for Arrest Warrant;
    i. Exhibit 12 – HALO video, Colfax and Clarkson;
    j. Exhibit 13 – Fitouri 18076;
66. Deposition transcript of Nicholas Mitchell (former independent monitor), with exhibits, dated June 25, 2021;
    a. Exhibit 1 – OIM Report;
    b. Exhibit 2 – Master Interview Guide dated July 16, 2020;
    c. Exhibit 3 – Interview of SWAT Lt. Canino;
    d. Exhibit 4 – Interview with Lt. Lovato;
    e. Exhibit 5 – Interview with Lt. Coppedge;
    f. Exhibit 6 – Interview with Deputy Chief Barb Archerl;
67. Deposition transcript of Lieutenant Matthew Canino, dated April 23, 2021;
68. Deposition transcript of Corporal Richard Eberharter, dated August 24, 2021;
69. Deposition transcript of Officer Ronald Espinosa, dated July 27, 2021
70. Deposition transcript of Detective Kimberly Hanson with exhibits, dated February 19, 2021;
    a. Exhibit 1 – Emergency Curfew;
    b. Exhibit 2 – Unified Summons and Complaint;
    c. Exhibit 3 – Statement of Probable Cause/Affidavit for Arrest Warrant;
71. Deposition transcript of Sergeant Rick Beall, dated April 1, 2021;
72. Deposition transcript of Officer Adam Bolton, dated April 1, 2021;
73. Deposition transcript of Lieutenant Kevin Carroll, dated July 27, 2021.