**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**JEFFERSON COUNTY DEPUTIES' EXPERT WITNESS DISCLOSURES**

---

Defendants Jefferson County Deputy Sheriffs Anthony Hamilton and Timothy Dreith ("Jefferson County Deputies"), by and through counsel, hereby submit their Fed. R. Civ. P. 26(a)(2)(C) Expert Witness Disclosure as follows:

**Fed. R. Civ. P. 26(a)(2)(C) Non-Retained Expert:**

1.  Sergeant Josh Garcia, c/o undersigned counsel. Sergeant Garcia's resume is attached to this disclosure as Exhibit A.

Sergeant Garcia will testify that Jefferson County Sheriff's Office ("JCSO") members of the Jefferson County Regional SWAT team deployed less than lethal impact munitions in accordance with training by the companies that produce such impact munitions utilized nation-wide. Sergeant Garcia will also testify that these officers utilized impact munitions in a manner consistent with maintaining the safety and security of the public and themselves. Sergeant Garcia will discuss the tactical considerations and contingencies in using impact munitions as well as the purpose of using impact munitions to deter aggressive behavior. Sergeant Garcia will also explain the need for immediate action with regard to those individuals who reasonably appear to pose a physical threat to SWAT officers on scene.

Sergeant Garcia will testify to the specifications of the impact munitions that were deployed on May 31, 2020, at about 8:30 p.m. at the intersection of Colfax and Washington in Denver, as well as intended target areas, and the potential for injury due to use of impact munitions. Sergeant Garcia will testify about the immediate safety risk to officers on-scene when chemical munitions were thrown and or kicked toward officers on this particular date. Sergeant Garcia will testify that it was reasonable for officers to use impact weapons on Mr. Deras in this particular

EXHIBIT 1

circumstance in an attempt to stop Mr. Deras from obscuring the vison of officers on scene or potentially injuring them.

The opinions and testimony Sergeant Garcia will provide are rendered to a reasonable degree of certainty and are based on his education, training, experience, work, background, and knowledge gained over his career in the law enforcement profession. Sergeant Garcia has had the opportunity to review the following documents and video in preparation of his findings and summary.

- Video footage of the Colfax and Washington intersection and Colfax and Pearl intersection in Denver on May 31, 2020, at approximately 8:30 p.m.
- JCSO Sergeant Timothy Stegink Deposition Transcript (10/21/2021)
- JCSO Sergeant Anthony Hamilton Deposition Transcript (12/09/2021)
- JCSO Deputy Timothy Dreith Deposition Transcript (11/09/2021)
- Joe Deras Deposition Transcript (08/11/2021) & (11/23/2021)
- JCSO SWAT after action review
- JCSO SWAT reports from the Denver protest ( Dreith, Hamilton, Stegink)

This disclosure is a summary of Sergeant Garcia's testimony. The Jefferson County Deputies reserve the right to supplement the opinions of Sergeant Garcia upon receipt of any additional discovery or supplemental disclosures from Plaintiff, and upon the completion of any discovery depositions, including the depositions of any expert witnesses endorsed by Plaintiffs.

Dated: December 29, 2021.   JEFFERSON COUNTY ATTORNEY'S OFFICE

By: */s/ Eric Butler*
Rebecca Klymkowsky, #41673
Rachel Bender, #46228
Eric Butler, #29997
Assistant County Attorneys
100 Jefferson County Parkway, Suite 5500
Golden, Colorado 80419
Telephone: 303.271.8932
Facsimile: 303.271.8901
rklymkow@jeffco.us
rbender@jeffco.us
ebutler@jeffco.us
*Attorneys for Defendant Shrader*

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 29, 2021, I filed the foregoing JEFFERSON COUNTY DEPUTIES' EXPERT WITNESS DISCLOSURES via CM/ECF which will serve a true and correct copy upon the following:

Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Gerardo Mijares-Shafai, Gerardo.mijares-shafai@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
Reeves Anderson, reeves.anderson@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER
*Attorneys for Plaintiffs Epps, Wedgeworth, Blasingame, Rothlein, Packard, Lyman, Fisk, and Smith*

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER
*Attorneys for Plaintiffs Fitouri, Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO
*Attorney for Plaintiff Fitouri Parkins, Taylor, Amghar, Sannier, Deras, and Duran*

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE

3

*Attorneys for Defendants Denver, Felkins, Abeyta, Tak, Lnu, and Pazen*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora, Brukbacher, Serrant, and McNamee*

David M Goddard, dgoddard@brunolawyers.com
Michael T. Lowe, mlowe@brunolawyers.com
BRUNO, COLIN & LOWE, P.C.
*Attorneys for Defendants Budaj, McNamee, Serrant, and Brukbacher*

                                                    */s/ Briana McCarten*