1   A.   I don't know.
2   Q.   Okay.  We're at 8:30:19 p.m.  I'm going to --
3   we're going to play it, and then I'll ask you a few
4   questions.
5              (VIDEO PLAYED)
6   Q.   Okay.  I've paused it at 8:30:36 p.m.  Did you
7   see this gentleman in the white helmet come up from the
8   bottom here?
9   A.   Yes.
10  Q.   Have you watched this video with particular
11  attention on this individual before?
12  A.   Yes.
13  Q.   Okay.  I'll play it for a few more seconds and
14  then ask you a question.
15             (VIDEO PLAYED)
16  Q.   Okay.  I paused it at 8:30:40 p.m.  Did you
17  shoot this individual with your bean bag shotgun?
18        MS. BENDER:  Objection.  Foundation.
19  A.   I don't recall.
20  Q.   Okay.  Do you recall -- I'm going to play it
21  again.  Do you recall this individual at all?
22  A.   I do not.
23  Q.   What does it look to you like he was doing in
24  this video?
25        MS. BENDER:  Objection.  Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT 2

1         A.    It appears that he was trying to kick
2    something on the ground.
3         Q.    Okay.  Let me point you to a particular
4    section.  Just a moment.  Well, we're paused at 8:30:31
5    p.m.  Do you see this tear gas canister down here?
6               MS. BENDER:  Objection.
7         A.    Yes.
8               MS. BENDER:  Foundation.
9         Q.    This is a tear gas canister, right?
10        A.    It appears to be behaving that way.  Without
11   looking at it closer, I couldn't tell.
12        Q.    I'm pausing it at 8:30:37 p.m.  This
13   individual in the white helmet came up from the south
14   side of the street through the intersection and appears
15   to kick a tear gas canister, right?
16        A.    That's what it appears as, yes.
17        Q.    It doesn't look like he goes very far, does
18   it?
19        A.    With -- with it paused, I don't...
20        Q.    All right.  Let's play it again.  From
21   8:30:09, and I can zoom in.
22              (VIDEO PLAYED)
23        Q.    All right.  8:30:33.  Here he comes.  I'm
24   pausing it at 8:30:40.  It barely went a few feet,
25   right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

Kentuckiana Court Reporters

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A.   Yes.
2       Q.   Okay.  It didn't even get past the crosswalk,
3  right?
4       A.   Yes.
5       Q.   How many feet back is your line -- you and the
6  other officers at this time, how many feet back from the
7  crosswalk?
8       A.   From my recollection and the video, I would
9  say maybe 20, 30 feet.
10      Q.   This tear gas canister that this individual in
11 the white helmet kicked came nowhere near you, right?
12      A.   It doesn't appear that way, no.
13      Q.   Okay.  And given what we saw about where the
14 marchers were before, this entire -- there were marchers
15 on the west side.  There were marchers that had crossed
16 already on the east, and there was marchers on the south
17 side of the street, right?
18      A.   Yes.
19      Q.   Okay.  There are marchers on the east, west,
20 and the south, right?
21      A.   From what I recall, yes.
22      Q.   And the marchers were -- by and large,
23 they -- they were not wearing gas masks or anything like
24 that, right?
25      A.   Some were, from what I recall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

| | |
|---|---|
| 1 | Q.   Okay.  But most of them weren't, right? |
| 2 | A.   I think that's fair to say. |
| 3 | Q.   Okay.  You and your team members were wearing |
| 4 | gas masks, though, right? |
| 5 | A.   Yes. |
| 6 | Q.   Okay.  And based on what you saw of this |
| 7 | individual in the white helmet kicking this tear gas |
| 8 | canister, did he pose a threat of serious bodily injury |
| 9 | to you? |
| 10 | A.   Yes. |
| 11 | Q.   Okay.  Why don't you tell me how? |
| 12 | A.   Well, in several instances, these certain |
| 13 | individuals were kicking these objects back at us, |
| 14 | either gas canisters.  We had received, like I had said, |
| 15 | airborne projectiles.  So the -- the fear was that if |
| 16 | someone were to kick that gas canister and it tumbled |
| 17 | towards us, it could cause some injury, especially if it |
| 18 | -- if it went end over end, popped up or hit someone in |
| 19 | the face or it could catch a shin or a knee.  That could |
| 20 | cause some -- some serious injuries to one of us. |
| 21 | Q.   Were you wearing shin guards? |
| 22 | A.   I don't -- I don't recall.  We did at some |
| 23 | point, but this night we were not wearing shin guards. |
| 24 |      We -- we wore shin guards from the fallout |
| 25 | from this. |

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              We learned that it would probably be better to
 2   protect ourself -- protect ourselves, so we had to
 3   actually go get shin guards.
 4         Q.   After Sunday, May 31st?
 5         A.   Yes.
 6         Q.   Okay.  What -- tell me what protective gear
 7   you were wearing on this evening.
 8         A.   My -- like I said, my external load-bearing
 9   vest and my helmet.
10         Q.   Did your helmet have a face shield?
11         A.   No.
12         Q.   Did you have goggles?
13         A.   By this time, we had a gas mask on.  So we
14   don't typically wear any other eyewear.
15         Q.   So the gas mask involves eye protection and
16   the mask covers your nose and mouth?
17         A.   I'm sorry.  It cut out.  Can you say that
18   again?
19         Q.   The -- tell me what the gas mask covers on
20   your face.
21         A.   It's -- it's a face shield and then it has a
22   filter, so it seals around the face and then it has a
23   filter that sticks out from the front.  But that's not
24   necessarily a protective piece.  The protective piece is
25   the seal around the face.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1       Q.   Okay.  So the tear gas doesn't get in your
 2   eyes, nose, or mouth?
 3       A.   Correct.
 4       Q.   Okay.  How heavy is a tear gas canister?
 5       A.   I don't know.  I don't know the specifics on
 6   how heavy it is.
 7       Q.   Did this person the white helmet, you have no
 8   independent recollection of him, actually?
 9       A.   Correct.
10       Q.   And you do not recall if you shot him with
11   your bean bag shotgun, right?
12       A.   Correct.
13       Q.   So you actually can't tell me whether or not
14   you have any memory of him posing a threat to you at
15   that time, right?
16       A.   Not him specifically, no.
17       Q.   You would agree that each use of force that an
18   officer uses has to be in response to something that
19   particular person is doing, right?
20       A.   Yes.
21       Q.   Okay.  I'm showing you JCRSO37, which is page
22   2 of your report.  There's a highlighted section here,
23   and I'll -- I'll just read it for the record.  It says,
24   "After recovering my line position on Washington just
25   north of Colfax and facing south, the aforementioned
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  approaching crowd arrived in the intersection.  The
2  crowd participants were chanting and yelling at us.  I
3  don't recall specifically what was said.  After several
4  moments, projectiles were thrown at JCRS officers -- or
5  operators to include bottles and rocks.  As the protest
6  became violent, JCRS operators began deploying gas to
7  disperse the crowd in an attempt to avoid injury to
8  operators or other officers.
9           With nearly every gas deployment, crowd
10 participants would attempt to throw or kick gas canister
11 back -- gas canisters back at us.  As the actions of
12 these crowd participants met the level of active
13 aggression, I began engaging these individuals with my
14 less-lethal shotgun utilizing 12-gauge super-sock
15 drag-stabilized impact munition.  During the tense,
16 unknown and rapidly evolving events, I recall engaging
17 and impacting three or four protestors under the active
18 aggression circumstances."  Do you see that?
19      A.   Yes.
20      Q.   Okay.  So that's true, right?
21      A.   Yes.
22      Q.   You shot three or four protesters with your
23 super-sock 12-gauge drag-stabilized impact munition at
24 people who were throwing or kicking gas canisters at
25 you, right?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com