Case No. 1:20-cv-01878-RBJ   Document 245-3   filed 01/19/22   USDC Colorado   pg 1 of 3
The Deposition of TIMOTHY DREITH, taken on November 09, 2021

56

```
 1      break.
 2           VIDEOGRAPHER:  The time is 4:14 [sic], and we
 3      are off the record.
 4              (OFF THE RECORD)
 5           VIDEOGRAPHER:  The time is 2:22, and we are
 6      back on the record.
 7   BY MS. WANG:
 8      Q.   I'm showing you again Denver 3871.  The
 9   timestamp is 8:30:30 p.m.  I want you to focus on this
10   canister in the middle of the intersection, and there's
11   a person in a white helmet who's going to run up to it.
12   I'll play it for a few seconds, and then I'll ask you
13   some questions, okay?
14      A.   Okay.
15              (VIDEO PLAYED)
16      Q.   I've paused it at 8:30:38 p.m.  Do you see
17   this person in the gray sweatshirt and white helmet?
18      A.   I do.
19      Q.   Okay.  Do you watch this portion of the video
20   before this deposition?
21      A.   I did.
22      Q.   Did you shoot at that person with your
23   less-lethal shotgun?
24      A.   I don't recall specifically.
25      Q.   Was he doing anything that warranted shooting
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT 3

```
 1   at him with a bean bag shotgun?
 2           MS. KLYMKOWSKY:  Object to form.  Foundation.
 3        A.   Yeah.  I don't know.  He was kicking the
 4   thing.  I couldn't tell exactly what he was doing from -
 5   - from here.
 6        Q.   So you're saying, based on viewing this video,
 7   you're not sure what he was doing?
 8        A.   I mean, it looks like he's kicking -- kicking
 9   the thing or trying to pick it up.  I'm not -- I'm not
10   sure.
11        Q.   Well, let's -- let's play it again, starting
12   at 8:30:28 p.m.
13              (VIDEO PLAYED)
14        Q.   Okay.  I've paused it at 8:30:36 p.m.  He's
15   kicking this canister, right?
16        A.   That's (audio distorts) --
17           MS. KLYMKOWSKY:  Object to the form.
18        A.   Yeah.
19        Q.   I'm sorry?
20           MS. KLYMKOWSKY:  Object to form.
21           MS. WANG:  Not you.  The witness went in and
22      out.
23           MS. KLYMKOWSKY:  Oh.
24        A.   Yeah.  That's what it looks like he's doing.
25   He looks like he's kicking it.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   BY MS. WANG:
 2       Q.   Okay.  Do you have a recollection of shooting
 3   at this person?
 4       A.   I --
 5            MS. KLYMKOWSKY:  Object to form.
 6       A.   I don't have --
 7       Q.   You're going to -- Mr. Dreith, you're just
 8   going to have to wait a second.  Let your attorney
 9   object, so that she can make the objection for the
10   record and then answer the question, okay?  So we don't
11   have crosstalk on the record.  Okay.  There was an
12   objection.  And then what was your answer?
13            MS. KLYMKOWSKY:  Object to form.  Go ahead,
14       Tim.
15       A.   No.  I don't recall shooting him.
16       Q.   Okay.  Was he doing something -- like kicking
17   that tear gas canister, was he doing something that
18   warranted shooting at him with a bean bag shotgun?
19            MS. KLYMKOWSKY:  Form.  Foundation.
20       A.   I -- I'm not sure.  I mean, there's more that
21   goes into it than just watch thing video from -- from a
22   pole camera.  At that date in time and from another
23   angle, I don't know.
24       Q.   Well, let's try to separate out a couple
25   things.  Okay.  So there's -- there's what you can see
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com