1    Q    Can you talk about obscuring the vision of
2  officers in the skirmish line when tear gas canisters
3  are kicked back at you?
4    A    Correct.
5    Q    Neither Hamilton nor Dreith nor -- no.  Maybe,
6  I guess I shouldn't use that one.  Strike that. Officers
7  Hamilton, Dreith, and Stagink were deposed in this
8  lawsuit; correct?
9    A    Yes.
10   Q    And in their depositions, none of them said
11 anything about, I utilized less lethal munitions on
12 people kicking or throwing tear gas canisters because it
13 would obscure my vision; right?
14        MR. BUTLER:  Object to the form.
15   A    I don't recall.
16   Q    Based on the materials that you reviewed, what
17 is your basis for stating that less lethal can be
18 utilized against persons because we don't want officers'
19 visions obscured by tear gas?
20   A    Based on all of the other items being thrown
21 at officers that causes the obscureness of the smoke
22 causes them to not be able to see those objects and be
23 able to move out of the way as they're coming at him.
24   Q    But did anyone state in their after-action
25 report that they couldn't see because of the tear gas?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

EXHIBIT 4

```
 1        A    No.  You simply asked for an example of when
 2   it would be appropriate.
 3        Q    Right.  I'm just -- yeah, I am asking you
 4   because in your report and that disclosure as well it
 5   says that "Sergeant Garcia will testify that less lethal
 6   was appropriate in circumstances where people kicked
 7   tear gas canisters because that could cause an
 8   obstruction of the vision."  And I just want to know
 9   where in the evidence or what facts presented in the
10   evidence formed the basis on that opinion, that specific
11   one?
12        A    I believe that is my opinion.
13        Q    And your opinion is based on the materials
14   that you reviewed; correct?
15        A    Yes, and my knowledge and skills, training.
16        Q    And so it would be fair to say that this
17   section where you state concern about obscuring vision
18   is based on your knowledge and skills and past
19   experience but not on any of the facts presented in
20   evidence or by any of the officers who have already
21   testified in this case --
22             MR. BUTLER:  Object to the form.
23        Q    -- of their experience?
24        A    I don't -- I don't recall if anybody did say
25   that particularly in their report.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com