*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF JOE CARLOS DERAS
August 11, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.
_____


     APPEARANCES:

          LOEVY & LOEVY
               By Elizabeth Wang, Esq.
                  2060 Broadway, Suite 460
                  Boulder, Colorado  80302
                     Appearing via Zoom on behalf of
                     Plaintiffs

          DENVER CITY ATTORNEY'S OFFICE
          CIVIL LITIGATION SECTION
               By Hollie R. Birkholz, Esq.
                  201 West Colfax Avenue, Dept. 1108
                  Denver, Colorado  80202
                     Appearing via Zoom on behalf of
                     Defendants
```

AB Litigation Services

```
 1   anymore.  The Colorado --  Or it's the American
 2   Friends Service Committee Organization, a
 3   Quaker-based organization, faith-based, and I did
 4   a lot of immigrant rights stuff, but I haven't
 5   attended meetings or events with them in a while.
 6             I have attended Padres & Jovenes Unidos
 7   meetings, which is a nonprofit of youth and
 8   parents and teachers and education, yeah, within
 9   the last five years, so 2015 or 2016.  And I don't
10   know if I can remember anything else right now.
11        Q    Okay.  Have you specifically attended
12   any meetings or had any involvement with BLM 5280?
13        A    No.
14        Q    Okay.  How about the ACLU?
15        A    No.
16        Q    Okay.  Am I correct, then, that since
17   you don't consider yourself an activist, that you
18   also don't consider yourself an activist when it
19   comes to the Black Lives Matter movement?
20        A    Yeah.
21        Q    All right.  Let's move on.  Have you
22   ever had any prior interactions with law
23   enforcement prior to the George Floyd protests?
24        A    In, like, what context?
25        Q    Let's start with arrests.  Have you
```

```
 1   ever been arrested prior to the George Floyd
 2   protests?
 3        A     In 20- --  In 2017.  I think it was
 4   2017 --
 5        Q     Okay.
 6        A     -- that I was at a protest outside of
 7   the Denver Hyatt Regency, and I helped them with a
 8   banner.  I was arrested then for -- yeah, for
 9   municipal trespassing, I believe, but that's been
10   sealed.
11        Q     Okay.  And that was, I think, the
12   Secretary of Education who was speaking during
13   that.  Is that the event that you're talking
14   about --
15        A     Yeah, that's right.
16        Q     -- school choice vouchers?
17              Okay.  Tell me a bit about that
18   experience.  Obviously, it's not a positive
19   experience, but do you feel like the law
20   enforcement officers that made your arrest were
21   fair to you?  Do you think --  You know, what --
22   What is your opinion of that arrest?
23              MS. WANG:  Objection, form.
24        A     What is my opinion of --
25        Q     (By Ms. Birkholz)  Yeah.  Tell me, do
```

```
 1   you think that it was a fair move on the part of
 2   the officers to make your arrest?  Were they
 3   polite to you?
 4             MS. WANG:  Which question are you
 5   asking?  Can you ask one question at a time,
 6   Holly?
 7             MS. BIRKHOLZ:  Yes.
 8        Q    (By Ms. Birkholz)  I'm asking you to
 9   describe your experience with that arrest.
10             MS. WANG:  Okay.  That's the question
11   that's pending, Joe.
12        A    I mean, it's not a good experience.
13   The police arrested us for holding a banner for,
14   like, showing a message.  To me, like, that was a
15   violation of my free speech.  And then
16   subsequently, we were held -- or I was held with
17   other folks that were arrested as well for over,
18   like, 40-something hours while we saw people
19   coming and going.  So it definitely seemed like it
20   was targeted and, like, the Denver Police had --
21   wanted to teach, like, activists a lesson, you
22   know.
23        Q    (By Ms. Birkholz)  Okay.  Did you have
24   a ticket to enter the event?
25        A    It was at the Denver Regency, so we
```

```
 1   were --  We did buy coffee that morning, so we had
 2   a right to be in the building as far as I can see.
 3        Q     Uh-huh.  My understanding of that
 4   charge, though, was that, you know, tickets were
 5   required to attend the event and to be present at
 6   the event.
 7              Was that your understanding?
 8        A     I wasn't inside of the -- the theater
 9   or wherever it was going to be held.  I was inside
10   of the lobby of the hotel.
11        Q     Okay.  And then how --  Now, you
12   mentioned you were held for a period of time that
13   you didn't agree with.  Was --  Do you understand
14   what the cause of the delay was?  Were you ever
15   told?
16        A     We were never given an answer.
17        Q     Okay.  How did you ultimately get
18   discharged from jail?  Did you have to go before a
19   judge?
20        A     Yes.
21        Q     Okay.  All right.  Any other arrests
22   that you can think of by law enforcement officers?
23              MS. WANG:  I'm going to object.  As I
24   stated previously in my e-mail, Holly, we are
25   objecting to any arrests that any of our clients
```

AB Litigation Services

1   have had before they turned the age of 18.
2           MS. BIRKHOLZ:  Okay.  That's fine.
3       Q   (By Ms. Birkholz)  So answer within
4   that period only.  Any other arrests that you can
5   think of?
6       A   No.
7       Q   Okay.  Any criminal charges within the
8   past five years?
9       A   No.
10      Q   Okay. All right.  Moving on to cell
11  phones and kind of social media discussions, did
12  you carry a cell phone with you during the George
13  Floyd protests?
14      A   I did.
15      Q   Okay.  Who was your cell phone
16  provider?
17      A   T-Mobile.
18      Q   And what kind of cell phone did you
19  have at the time of the George Floyd protests?
20      A   It was an iPhone.
21      Q   Okay.  Do you still have that iPhone
22  and service with T-Mobile?
23      A   I have an upgraded model, but I still
24  have the same service.
25      Q   Okay. Do you still maintain that