*AB Litigation Services*

**CONFIDENTIAL TRANSCRIPT**

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)
```
_____

**REMOTE DEPOSITION OF ZACHARY DANIEL PACKARD**
**July 16, 2021**

_____

**PLAINTIFFS:**

**ELISABETH EPPS, et al.**

**vs.**

**DEFENDANTS:**

**CITY AND COUNTY OF DENVER, et al.**

_____

*AB Litigation Services*

```
 1        A    No.
 2        Q    Prior to May 2020, had you ever had any
 3   personal interaction with the Denver police force?
 4        A    No.
 5        Q    Did you -- prior to 20 -- strike that.
 6   Let me start that over again.
 7             Prior to May 2020, had you ever had any
 8   personal interaction with any police force?
 9        A    Yes.
10        Q    Which police forces?
11        A    Golden Police Department.
12        Q    And how many interactions did you have
13   with the Golden Police Department?
14        A    Just one.
15        Q    And when was that interaction?
16        A    2011.
17        Q    About 10 years ago.  So your best
18   recollection, what was that encounter about?
19        A    It's kind of a long story.
20        Q    Give me the short version.
21        A    I got a -- I got a graffiti ticket when I
22   was in high school.  And I was in the process of
23   moving to California already with my family, so I
24   was not able to complete the community service that
25   I was required because the paperwork was
```

*Zachary Daniel Packard  - 07/16/2021*                    *18*

```
 1   inconsistent since I was in a different state.  So
 2   when I moved back to Colorado in 2011, I got picked
 3   up on a traffic stop, and they realized I had a
 4   warrant.
 5        Q    Did they take you into custody?
 6        A    Yes.
 7        Q    How long did you have to stay in custody?
 8        A    Six days, I think, waiting for my -- for
 9   my court date.
10        Q    And what happened with it?
11        A    They gave me a fine and let me go.
12        Q    Did you have to finish your community
13   service?
14        A    No.  I just paid a fine.
15        Q    I was just curious because that would
16   really -- that would not be cool.
17             And other than that -- the graffiti
18   ticket, and then the warrant in 2011, have you had
19   any other interactions personally with any police
20   forces?
21        A    No.
22        Q    So let's -- let's -- let's move forward a
23   little bit to the George Floyd protest.  When did
24   you learn that there was going to be protesting
25   going on in downtown Denver?
```