**\*\*\* CONFIDENTIAL \*\*\***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)

_____

DEPOSITION OF STANFORD SMITH
July 20, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:

    ARNOLD & PORTER KAYE SCHOLER, LLP
        By Andreas E. Moffett, Esq.
          601 Massachusetts Ave., NW
          Washington, DC 20001
          202.942.5934
          andreas.moffett@arnoldporter.com
          Appearing on behalf of Plaintiffs


    ARNOLD & PORTER KAYE SCHOLER, LLP
        By Mindy Gorin, Esq.
          250 West 55th Street
          New York, New York, 10019
          201.873.2119
          mindy.gorin@arnoldporter.com
          Appearing on behalf of Plaintiffs

*AB Litigation Services*

```
 1      A     I see patients for their dental care.
 2      Q     Do you have any hobbies, Mr. Smith?
 3      A     Yes.
 4      Q     Can you tell me a little bit more about
 5   those.
 6      A     I like hiking.  I like going to movies.
 7   Playing basketball.
 8      Q     And is that what you generally do in your
 9   free time?
10      A     Yes.  Go shopping.  I like to go to the
11   mall.
12      Q     Have you ever been a party to a civil
13   lawsuit?
14      A     No.
15      Q     Have you ever been arrested?
16      A     Yes.
17      Q     Can you tell me about -- well, when were
18   you arrested?
19            MR. MOFFETT:  Objection, relevance.  The
20   question is improper as it seeks to annoy, embarrass
21   or oppress Mr. Smith.
22            You can answer.
23      A     Okay.  Say the question again.
24      Q     (BY MS. HOFFMAN)  Sure.  Mr. Smith, when
25   were you arrested?
```

*AB Litigation Services*

```
 1             MR. MOFFETT:  Again, objection for
 2   relevance insofar as it seeks to annoy, oppress or
 3   embarrass Mr. Smith.
 4             You can answer.
 5       A     I was arrested in 2012, I think.
 6       Q     (BY MS. HOFFMAN)  And was that the only
 7   time you've been arrested?
 8       A     No.
 9       Q     How many times have you been arrested?
10       A     Two.
11       Q     When was the other time you were arrested?
12             MR. MOFFETT:  Objection, relevance, again,
13   insofar as it seeks to annoy, oppress or embarrass
14   Mr. Smith.
15             You can answer.
16       A     I think it was about 2015.
17       Q     (BY MS. HOFFMAN)  Regarding the 2012
18   arrest, can you tell me a little bit more about the
19   circumstances of that arrest.
20             MR. MOFFETT:  Objection, relevance insofar
21   as it seeks to embarrass, annoy or oppress Mr. Smith.
22             You can answer.
23       A     What exactly would you like to know about
24   the case?
25       Q     (BY MS. HOFFMAN)  Sure.  Regarding the
```

```
 1   2012 arrest, what were the charges?
 2              MR. MOFFETT:  Objection, relevance.
 3   Incorporate the previous objections.
 4        A    I got arrested for a seatbelt violation
 5   that I did not pay.  And later it became a warrant,
 6   and I was arrested in 2012, I think, about 2012, but
 7   it was a seatbelt ticket from 2007.
 8        Q    (BY MS. HOFFMAN)  So I just want to make
 9   sure that I understood that.  It was a seatbelt
10   violation in 2007 that you didn't pay.  It turns into
11   a warrant, and that's what you're arrested for in
12   2012.  Is that a fair summary?
13        A    Correct.
14        Q    And regarding the arrest in 2015, can you
15   tell me a little bit more about the charges there?
16              MR. MOFFETT:  Objection, insofar as it
17   seeks to annoy, embarrass or oppress Mr. Smith.  Also
18   relevance.
19              You can answer.
20        A    What would you like to know about the
21   case?
22        Q    (BY MS. HOFFMAN)  If you could just tell
23   me about the charges.
24              MR. MOFFETT:  Objection, relevance again.
25        A    It was domestic violence.
```

```
 1      Q    (BY MS. HOFFMAN)  And can you tell me
 2   about the allegations being made against you in that
 3   case?
 4           MR. MOFFETT:  Objection, relevance insofar
 5   as it seeks to annoy, embarrass or oppress Mr. Smith.
 6           You can answer.
 7      A    I'm sorry, can you ask that question one
 8   more time?
 9      Q    (BY MS. HOFFMAN)  The allegations being
10   made against you in that 2015 domestic violence case.
11           MR. MOFFETT:  Objection, relevance insofar
12   as it seeks to annoy, embarrass or oppress Mr. Smith.
13      A    Basically you're asking if -- what
14   happened?
15      Q    (BY MS. HOFFMAN)  Yes.  What were -- what
16   happened, yes.  If you could tell me what happened in
17   that case.
18      A    Okay.  I was arrested for domestic
19   violence.  It went to court.  We -- well, it didn't
20   go to court.  Before it went to court, the DA
21   dismissed the charges.
22      Q    So were you ever arraigned in that case?
23      A    I don't know what that means.
24      Q    Did you ever appear in court in that case?
25      A    No.
```

*AB Litigation Services*

```
 1              MR. MOFFETT:  Objection, relevance.
 2       Q      (BY MS. HOFFMAN)  Mr. Smith, if you could
 3   just tell me if you ever appeared in court in that
 4   case.
 5       A      No.
 6              MR. MOFFETT:  Objection, relevance.
 7              Sorry.
 8              THE DEPONENT:  Sorry.
 9       A      No, it never went to court.  It never went
10   to trial.  It was dismissed.
11       Q      (BY MS. HOFFMAN)  And did the 2012 case
12   ever go to court?
13              MR. MOFFETT:  Objection, relevance.
14       A      Did it go to court?  No.  I never appeared
15   in court.
16       Q      (BY MS. HOFFMAN)  If you could tell me
17   what happened in terms of a disposition for the 2012
18   case.
19              MR. MOFFETT:  Objection, relevance.
20       A      What do you mean, "disposition"?
21   Deposition?  What -- what is another word for that?
22       Q      (BY MS. HOFFMAN)  Sure.  How did the
23   criminal case end?  Did it end with charges?  Did it
24   end with being dismissed?  Did it end with you paying
25   a fine?  What happened?
```

*Stanford Smith  - 07/20/2021*                28

*AB Litigation Services*

```
 1      A     Dismissed.
 2      Q     Dismissed.
 3      A     Both cases were dismissed.
 4      Q     So both cases were dismissed, and both
 5   cases were dismissed without you ever appearing in
 6   court?
 7      A     Correct.
 8      Q     Were both of these cases in Texas, or were
 9   they in another jurisdiction?
10      A     Dallas, Texas.  Well, they were in Texas.
11   I'm not totally sure.  I'm not totally sure about the
12   districts and all that, but it was in Texas.  I
13   believe it would be Dallas, Texas for the 2015.  And
14   I think it might have been Garland -- Garland or
15   Mesquite for the 2011 -- I mean, for the seatbelt
16   ticket.  And I was arrested in Denton, Texas for the
17   seatbelt, and I was arrested in Dallas County in the
18   2015 incident.
19      Q     And regarding the 2012 seatbelt violation
20   incident, did you have involvement or -- sorry, I'm
21   forgetting all my words -- I guess involvement with
22   police in that case.
23            MR. MOFFETT:  Object to form and object to
24   relevance insofar as it seeks to oppress, annoy or
25   embarrass Mr. Smith.
```