*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF ASHLEE WEDGEWORTH
September 9, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:

     ARNOLD & PORTER KAYE SCHOLER, LLP
        By Gerardo Mijares-Shafai, Esq.
           601 Massachusetts Ave., NW
           Washington, DC 20001
           202.942.6114
           gerardo.mijares-shafai@arnoldporter.com
            Appearing on behalf of Plaintiffs


     DENVER CITY ATTORNEY'S OFFICE
        By Hollie R. Birkholz, Esq.
           201 West Colfax Avenue
           Department 1108
           Denver, Colorado 80202
           720.913.3100
           hollie.birkholz@denvergov.org
            Appearing on behalf of Defendants



     ALSO PRESENT:   Elisabeth Epps

   Pages 46-56; pages 58-119
```

*Ashlee Wedgeworth - 09/09/2021*                     *1*

*AB Litigation Services*

 1             And you can answer, Ashlee.
 2             THE DEPONENT:  Okay.
 3      A     I would say that this has been my entire
 4   life, you know.  I've always had a passion for
 5   helping people.  My educational background reflects
 6   that and the work that I do in the community.  So I
 7   don't think that I can put a year on it; however, we
 8   can say as early as high school.
 9      Q     (BY MS. BIRKHOLZ)  Great.  Thank you.
10             Have you had any personal prior
11   interactions with police officers or law enforcement?
12      A     What do you mean by . . .
13      Q     Have you been arrested before?
14      A     Yes.
15      Q     How long ago was that?
16      A     2007, 2009, 2014.
17      Q     And what was your experience with law
18   enforcement, you know, during the most recent event
19   that you've been arrested?
20      A     What do you mean by "experience"?
21             MR. MIJARES-SHAFAI:  Objection, foundation
22   and maybe relevance.  I'm not sure -- I mean, I think
23   we need to figure out if those were in connection
24   with protests.
25             But you can answer, Ashlee.

*Ashlee Wedgeworth - 09/09/2021*                          29

```
 1      A     I would like more clarification on what
 2   you mean by "experience."
 3      Q     (BY MS. BIRKHOLZ)  So during the most
 4   recent arrest, do you believe the police officer
 5   treated you fairly?  Do you -- you know, do you
 6   believe that you were treated unfairly?  Do you
 7   believe that you were targeted racially?  You know,
 8   what was your experience or impression with respect
 9   to that experience with law enforcement?
10            MR. MIJARES-SHAFAI:  Objection, multiple
11   questions.
12            And you can attempt to answer, Ashlee.
13      A     I would say I was treated unfairly in the
14   most recent arrest, yes.
15      Q     (BY MS. BIRKHOLZ)  Okay.  How so?
16      A     There was an altercation between me and
17   another person that I feel I reacted to but did not
18   start.  However, I was the only person arrested and
19   that person was not.
20      Q     Okay.  Was that person -- what race was
21   that person?
22      A     White.
23      Q     Okay.  And were any of the arrests that
24   you have encountered or experienced in relation to
25   protests?
```

AB Litigation Services

1     A     No.

2     Q     Okay.  You mentioned two other prior
3  arrests that were quite a long time ago, but I will
4  just ask the question.  Was your experience with law
5  enforcement during the middle arrest -- which you can
6  refresh my recollection as to when that was -- was
7  that a positive or negative experience?

8           MR. MIJARES-SHAFAI:  Objection.  Is the
9  question to either speak about the experience or to
10 refresh your recollection on the date?

11    Q     (BY MS. BIRKHOLZ)  Yeah.  If you can first
12 refresh my recollection as to the date, the year.

13    A     The year was 2009.  And I feel like the
14 experience was okay.  I don't have any concerns
15 regarding it.

16    Q     Okay.  And how about your experience with
17 law enforcement I believe it was in 2007?

18    A     2007, I would also say the experience was
19 fine.

20    Q     Any criminal charges in the past five
21 years?

22    A     No.

23    Q     So no convictions or guilty pleas within
24 the last five years; is that correct?

25    A     Correct.

```
1      Q      Okay.  And no misdemeanors involving
2   dishonesty; is that correct?
3      A      Correct.
4      Q      Okay.  Did you carry a cell phone during
5   your attendance at the George Floyd protests?
6      A      Yes.
7      Q      Okay.  Who was your cell phone provider at
8   that time?
9      A      Sprint.
10     Q      Do you still have Sprint as a cell phone
11  provider?
12     A      Yes.
13     Q      What kind of cell phone were you carrying
14  at the time of the George Floyd protests?
15     A      An iPhone.
16     Q      Do you still have the same phone that you
17  had during the George Floyd protests?
18     A      Yes.
19     Q      Does that iPhone sync with any sort of
20  cloud storage program, like iCloud I think it is?
21     A      Yes.
22     Q      Did the phone that you had during the
23  George Floyd protests also have a geolocation
24  tracking active on it?
25     A      I believe so, yes.
```