*AB Litigation Services*

Exhibit 8

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF YOUSSEF AMGHAR
August 5, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.
_____


APPEARANCES:

    LOEVY & LOEVY
        By Makeba Rutahindurwa, Esq.
           311 North Aberdeen Street, 3rd Floor
           Chicago, Illinois  60607
             Appearing via Zoom on behalf of
             Plaintiffs

    DENVER CITY ATTORNEY'S OFFICE
    CIVIL LITIGATION SECTION
        By Hollie R. Birkholz, Esq.
           201 West Colfax Avenue, Dept. 1108
           Denver, Colorado  80202
             Appearing via Zoom on behalf of
             Defendants
```

```
 1   or did you branch out from there?
 2        A    There was some -- a few months of
 3   training in North Carolina, a few months of
 4   training in Virginia, but then my unit was based
 5   out of Baltimore.
 6        Q    And I don't know much about the Marines
 7   but do they also have, like, ranks --
 8        A    Yes.
 9        Q    -- in the Marines?
10             Okay.  So what rank did you hold while
11   you were in the Marines?  What was the highest
12   rank that you --
13        A    Lance corporal.
14        Q    All right.  And were you honorably
15   discharged?
16        A    No.
17        Q    Okay.  What year did you leave the
18   Marines?
19        A    2012.
20        Q    Okay.  And what were the circumstances
21   regarding your departure from the Marines?
22        A    It was an other than honorable
23   discharge.
24        Q    What does that mean?
25        A    It means it's between honorable and
```

AB Litigation Services

1  dishonorable.
2       Q    Okay.  All right.  And then after the
3  Marines, what did you do?
4       A    I attended the University of Maryland
5  for a year.
6       Q    Okay.  Did you have a major or minor,
7  or was it really just like the freshman year where
8  you're getting your basic courses in?
9       A    I believe I declared a major of -- I
10 think they called it government and politics.
11      Q    Did you attend just one year at the
12 University of Maryland?
13      A    Correct.
14      Q    Okay.  What happened after that?
15      A    Well, I left for financial reasons.
16 And then from there, I just moved back to the
17 Baltimore area and worked -- and worked on music
18 for a while.
19      Q    So when did you leave the University of
20 Maryland?  Was it in 2013?
21      A    I believe so, yeah.
22      Q    Okay.  Any higher education aside from
23 your one year at the University of Baltimore
24 (sic)?
25      A    It was the University of Maryland,