Exhibit 9

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al*.,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

      Defendants.

---

**DEFENDANTS' THIRTY-SEVENTH SUPPLEMENTAL DISCLOSURES**

---

Defendants, by and through undersigned counsel, hereby submit their Thirty-Seventh Supplemental Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A) as follows:

**A.**     **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES**

    1.     Sergeant Mark Beveridge
            Denver Police Department
            1331 Cherokee St.
            Denver, CO 80204
            (720) 913-6010

Sergeant Mark Beveridge has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. Sgt. Beverage has knowledge and information regarding Denver's policies and procedures regarding the collection and preservation of BWC and HALO camera footage, and all related issues.

    2.     Sergeant Eric Knutson

Denver Police Department Academy
155 N. Akron Way
Denver, CO 80238
(720) 913-1350

Sergeant Eric Knutson has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. Sgt. Knutson has knowledge and information regarding Denver's policies, training and procedures regarding crowd management, crowd control, and field force tactical training, and all related issues.

3.       Technician Ryan Grothe
Denver Police Department Academy
155 N. Akron Way
Denver, CO 80238
(720) 913-1350

Technician Ryan Grothe has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. Tech Groethe has knowledge and information regarding Denver's training, policies, and procedures regarding less lethal weapons, including but not limited to pepperball launchers, 40 mm weapons, OC and CS gas cannisters, rubber ball grenades, noise flash diversionary devices, and other munitions utilized during the protests.

4.       Lieutenant Julie Wheaton (previously disclosed)
Denver Police Department
1331 Cherokee St.
Denver, CO 80204
(720) 913-6010

Lieutenant Julie Wheaton, previously disclosed, has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. Lt. Wheaton has knowledge and

2

information regarding Denver's training, policies, and procedures regarding less lethal weapons, including but not limited to pepperball launchers, 40 mm weapons, OC and CS gas cannisters, rubber ball grenades, noise flash diversionary devices, and other munitions utilized during the protests, and all related issues.

5.     Commander Hans Levens
       Denver Police Department
       1331 Cherokee St.
       Denver, CO 80204
       (720) 913-6010

Commander Hans Levens has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. Commander Levens has knowledge and information regarding Denver's training, policies, and procedures regarding conduct review, policies and procedures for evaluating officer conduct. He may offer testimony regarding the steps Denver took to investigate officer conduct during the protests, and may have factual details about completed investigations. He may have information specific to the closed internal affairs investigations of Plaintiffs Johnathen DeLaVaca Duran and Jackie Parkins. He may also offer testimony regarding the role of the Officer of Independent Monitor.

6.     Commander Michael O'Donnell  (Previously Disclosed)
       Denver Police Department
       1331 Cherokee St.
       Denver, CO 80204
       (720) 913-6010

In addition to the information previously disclosed, Commander Michael O'Donnell has knowledge and information regarding Denver's training, policies, and procedures regarding crowd management, crowd control training, and field force tactical training. He may have information

specific to the protests, including but not limited to documentation of the use of force during the protests, DPD's use of body worn cameras during the protests, the type and nature of force utilized during the protests.

> 7.    Commander Jeffrey Martinez
> Denver Police Department
> 1331 Cherokee St.
> Denver, CO 80204
> (720) 913-6010

Commander Jeffrey Martinez has knowledge and information regarding injuries to Denver Police Department officers during the protests between May 28 and June 2, 2020, including officers who were placed on limited duty due to their injuries during the protests. Commander Martinez has knowledge and information regarding Denver's policies, training and procedures regarding protocol for on duty injuries. He has knowledge and information about the types and seriousness of injuries officers sustained during the protests, which included broken bones caused by rocks, bricks, chunks of concrete, bottles and other objects thrown by protesters; partial hearing loss due to explosives thrown by protesters; lacerations from broken bottles and other; broken bones caused by falls during pursuits of suspects; and injuries that occurred when protesters intentionally struck officers with vehicles, and all related issues.

> 8.    Division Chief Ron Thomas
> Denver Police Department
> 1331 Cherokee St.
> Denver, CO 80204
> (720) 913-6010

Division Chief Ron Thomas has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He has knowledge and information regarding Denver's

policies, training and procedures regarding crowd control in the context of protests and riots, and use of less lethal force in crowd control situations. He may testify regarding the training and supervision he has provided during his employment with Denver, and may testify regarding DPD officer's conduct during the protests, including their compliance with DPD policy and procedure and officers' compliance with the First and Fourth Amendments. He may have knowledge of the results of disciplinary proceedings involving Denver officers relating to the protests.  He also has knowledge regarding the enforcement of the emergency curfew order issued by Mayor Hancock.

> 9. Officer Adam Bolton
> Denver Police Department
> 950 N. Josephine Street
> Denver, CO  80205
> (720) 913-2800

Officer Adam Bolton has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

> 10. Lieutenant Kevin Carroll
> Denver Police Department
> 1331 Cherokee St.
> Denver, CO 80204
> (720) 913-6010

Lieutenant Kevin Carroll has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests,

and all related issues.

    11.    Officer Jonathan Christian
                Denver Police Department
                1331 Cherokee St.
                Denver, CO 80204
                (720) 913-6010

Officer Jonathan Christian has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

    12.    Officer Tana Cunningham
                Denver Police Department
                950 N. Josephine Street
                Denver, CO 80206
                (720) 913-2800

Officer Tana Cunningham has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. She will offer testimony regarding her role in policing the protests, her observations, experiences, and the actions she took in response during the protests, and all related issues.

    13.    Detective Kimberly Hanson
                Denver Police Department
                1566 Washington Street
                Denver, CO  80203
                (720) 913-2800

Detective Kimberly Hanson has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during

protests between May 28 and June 2, 2020. She will offer testimony regarding her role in policing the protests, her observations, experiences, and the actions she took in response during the protests, and all related issues.

14.   Corporal Richard Eberharter
      Denver Police Department
      550 E. Illiff Ave
      Denver, CO  80210
      (720) 913-2800

Corporal Richard Eberharter has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

15.   Officer Ronald Espinosa
      Denver Police Department
      950 N. Josephine Street
      Denver, CO 80206
      (720) 913-2800

Officer Ronald Espinosa has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

16.   Corporal Daniel Felkins (retired)
      720-471-9489
      Dfelkins9316@msn.com

Corporal Daniel Felkins has knowledge and information regarding the allegations

contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

17.     Sergeant Marco Martinez
        Denver Police Department
        550 E. Illiff Ave
        Denver, CO 80210
        (720) 913-2800

Sergeant Marco Martinez has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

18.     Lieutenant Thomas Pine
        Denver Police Department
        1331 Cherokee St.
        Denver, CO 80204
        (720) 913-2800

Lieutenant Thomas Pine has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

19.     Lieutenant Vincent Porter
        Denver Police Department
        3921 Holly Street
        Denver, CO 80204

(720) 913-2800

Lieutenant Vincent Porter has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

20.     Corporal John Sampson
        Denver Police Department
        8500 Pena Blvd
        Denver, CO  80249
        (720) 913-7960

Corporal John Sampson has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

21.     Officer Keith Valentine (Retired)
        c/o Denver City Attorney's Office
        201 W. Colfax Ave, Dept. 1108
        Denver, CO 80202
        (720) 913-3100

Officer Keith Valentine has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

22.    Lieutenant James Williams
Denver Police Department
1331 Cherokee St.
Denver, CO 80204
(720) 913-2800

Lieutenant James Williams has knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He will offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests, and all related issues.

23.    Chief Paul Pazen (Previously Disclosed)
Denver Police Department
1331 Cherokee St.
Denver, CO 80204
(720) 913-2800

In addition to the information previously disclosed, Chief Pazen may offer testimony regarding the curfew implemented during the George Floyd protests beginning May 30, 2020. He may also offer testimony regarding final discipline decisions for officers who were determined to have acted outside of policy or procedure following a complete conduct review process.

24.    Commander Patrick Phelan (retired) (Previously Disclosed)
c/o Denver City Attorney's Office
201 W. Colfax Ave, Dept. 1108
Denver, CO 80202
(720) 913-3100

In addition to the information previously disclosed, Commander Phelan has knowledge and information regarding the daily briefings that were provided at the beginning of each day of the protests at Headquarters. He may also provide testimony regarding Denver's training, policies, and procedures regarding crowd management, crowd control training, and field force tactical

10

training, and all related issues.

      25.    Officer Cory Budaj
            c/o Aurora Police Department
            15001 E. Alameda Ave.
            Aurora, CO 80012
            (303) 739-6000

Officer Cory Budaj may have knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He may offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests. He may also have information or testimony regarding the direction Aurora Officers received while policing the protests, and what training he received from Aurora relating to policing protests and riots, and all related issues.

      26.    Officer David McNamee
            c/o Aurora Police Department
            15001 E. Alameda Ave.
            Aurora, CO 80012
            (303) 739-6000

Officer David McNamee may have knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He may offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests. He may also have information or testimony regarding the direction Aurora Officers received while policing the protests, and what training he received from Aurora relating to policing protests and riots, and all related issues.

      27.    Sergeant Patrico Serrant
            c/o Aurora Police Department

15001 E. Alameda Ave.
Aurora, CO 80012
(303) 739-6000

Sergeant Patrico Serrant may have knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He may offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests. He may also have information or testimony regarding the direction Aurora Officers received while policing the protests, and what training he received from Aurora relating to policing protests and riots, and all related issues.

28.    Commander Stephen Redfearn
       c/o Aurora Police Department
       15001 E. Alameda Ave.
       Aurora, CO 80012
       (303) 739-6000

Commander Stephen Redfearn may have knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He may offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests. He may also have information or testimony regarding the direction Aurora Officers received while policing the protests, and what training he received from Aurora relating to policing protests and riots, and all related issues.

29.    Lieutenant Patrick Shaker
       c/o Aurora Police Department
       15001 E. Alameda Ave.
       Aurora, CO 80012
       (303) 739-6000

Lieutenant Patrick Shaker may have knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He may offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests. He may also have information or testimony regarding the direction Aurora Officers received while policing the protests, and what training he received from Aurora relating to policing protests and riots, and all related issues.

      30.    Timothy Stegink
                c/o Jefferson County Sheriff's Office
                200 Jefferson County Parkway
                Golden, CO 80419
                (303) 271-0211

Timothy Stegink is a Sergeant for the Jefferson County Sheriff's Office may have knowledge and information regarding the allegations contained in Plaintiffs' Complaints including, but not limited to, incidents that occurred during protests between May 28 and June 2, 2020. He may offer testimony regarding his role in policing the protests, his observations, experiences, and the actions he took in response during the protests. He may also have information or testimony regarding the direction Jefferson County Officers received while policing the protests, and what training he received from Jefferson County relating to policing protests and riots, and all related issues.

      31.    Heather Hohnholz
                Denver Police Department
                1331 Cherokee St.
                Denver, CO 80204
                (720) 913-2800

Heather Hohnholz is Inventory Control Officer at Denver Police Department and has

knowledge of damages to DPD property. Damages include a window at Denver Crime Lab broken with a hatchet; a bubble camera at Police Administration Building destroyed; dozens of instances of graffiti to DPD buildings during the protests and for the 3 months afterward; chain link fencing that was cut by protesters at Denver Police Academy; accordion fencing at 13th and Delaware damaged by protesters; paint thrown onto property at the same location; an incendiary device thrown at the Gang Unit at 950 Josephine Street burning down a large section of shrubbery; and multiple patrol cars damaged or vandalized with graffiti, and all related issues.

32.     Beth Moyski
        Downtown Denver Business Improvement District
        1515 Arapahoe Street, #100
        Denver, CO 80202
        (303) 534-6161

Beth Moyski is Senior Vice President of Special Districts at the Downtown Denver Business Improvement District and has knowledge of damages to downtown property during the protests and information reported in the Summary of Protest Damages – June 1, 2020 which the organization created to document the damage, and all related issues. See DEN9737-9864.

33.     Richard Lee
        c/o Colorado Attorney General's Office
        1300 Broadway, 10th Floor
        Denver, CO 80203
        (720) 508-6000

Richard Lee is Division Director for the Capital Assets at the Department of Personnel and Administration. He has knowledge about damages to the State owned assets and overall damage to the City of Denver during the 2020 protests, cleanup and repairs, and the costs associated with the cleanup and repairs, and all related issues.

36.     Bradley Whitfield
        Denver City Attorney's Office

Litigation Section
200 W. Colfax Avenue - Department 1108
Denver, CO 80202
(720) 913-3100

Bradley Whitfield is an assistant city attorney in the Prosecution and Code Enforcement Section of the Denver City Attorney's Office. He has knowledge about the ultimate decision to drop the curfew charges against curfew violators during the protests, and all related issues.

37.     Any witness necessary to authenticate documents.

38.     Any person identified in any deposition, answer to interrogatory, response to request for production, response to request for admission, or document produced in this case by any party or any third-party responding to a subpoena.

39.     Any witness identified between now and the start of trial.

40.     Any witness, including experts, who may be required as rebuttal witnesses based on the testimony of Plaintiffs' witnesses.

41.     Any witness identified or disclosed by Plaintiffs.

42.     Any witness identified or disclosed by Co-Defendants.

B.     **DOCUMENTS, DATA COMPILATIONS AND TANGIBLE THINGS THAT DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES**

The documents and evidence described below are maintained in the Denver City Attorney's Office. The documents described will be produced via email link from Sharepoint.

1.  IA files (DEN31497-32301).

| Filename | Bates Number |
|---|---|
| IA file IC2020-0046 | DEN31497-31585 |
| IA file P2020-0174 | DEN31586-31649 |

| | |
|---|---|
| IA file P2020-0207 | DEN31650-31788 |
| IA file P2020-0249 | DEN31789-31815 |
| IA file P2020-0257 | DEN31816-31825 |
| IA file P2020-0308 | DEN31826-31833 |
| IA file SVC2020-0030 | DEN31834-32098 |
| IA file SVC2020-0036 | DEN32099-32125 |
| IA file SVC2020-0188 | DEN32126-32132 |
| IA file SVC2020-0214 | DEN32133-32144 |
| IA file SVC2020-0223 | DEN32145-32150 |
| IA file SVC2020-0224 | DEN32151-32170 |
| IA file SVC2020-0245 | DEN32171-32179 |
| IA file SVC2020-0251 | DEN32180-32298 |
| IA file SVC2020-0260 | DEN32299-32301 |

Denver will be disclosing 20 more closed IA files that it received October 1, 2021, following review of the same.

2.  Denver police injury photos (DEN32302-32312, 33439-33511);

3.  Photos showing damage to property during protests (DEN32313-32523);

4.  Plaintiff media files (DEN32524);

5.  Plaintiff information (DEN32525-32665);

6.  Injuries, other protest data (DEN32666-32697);

7.  List of DPD injured officers (DEN32698-32700);

8.  Summary Report for injuries during protest (DEN32701-32711);

9.  DPD protest glass body repair vehicle costs (DEN32712-32713);

10. GO Report 20-335686 (DEN32714-33438);

11. Any records marked, used or discussed in depositions;

12. Any document or record disclosed by any other party or third-party pursuant to a

subpoena.

13. Any documents obtained through discovery.

14. Any documents necessary for rebuttal, impeachment or to refresh recollection.

DATED this 4th day of October 2021.

> Respectfully submitted,
>
> By: *s/ Lindsay M. Jordan*
> Hollie R. Birkholz, Assistant City Attorney
> Robert Huss, Assistant City Attorney
> Lindsay M. Jordan, Assistant City Attorney
> Denver City Attorney's Office
> Civil Litigation Section
> 201 West Colfax Ave., Dept. 1108
> Denver, CO 80202
> Telephone: (720) 913-3100
> Facsimile: (720) 913-3155
> E-mail: hollie.birkholz@denvergov.org
> robert.huss@denvergov.org
> lindsay.jordan@denvergov.org
>
> Andrew D. Ringel, Esq.
> Hall & Evans, L.L.C.
> 1001 17th Street, Suite 300
> Denver, CO 80202
> Telephone: (303) 628-3453
> Facsimile: (303) 628-3368
> E-mail: ringela@hallevans.com
> *Counsel for the City and County of Denver and the*
> *individually named Denver Police Department*
> *Officers*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of October 2021, the foregoing **DEFENDANTS' THIRTY-SEVENTH SUPPLEMENTAL DISCLOSURES** was served via email on the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Gerardo Mihares-Shafai
Andreas Moffett
Mindy Gorin
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
andreas.moffett@arnoldporter.com
mindy.gorin@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com
*Counsel for Plaintiffs*

Andrew D. Ringel
Hall and Evans
ringela@hallevans.com
*Counsel for Defendants*


*s/ Sarah Peasley*
Denver City Attorney's Office

18