**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

_____

**STATUS REPORT**
_____

Per the Court's Order (D.I. 217), Plaintiffs report that they have participated in mediation with Defendants, and with one exception, the parties have not reached a resolution. Plaintiff Youssef Amghar and the City of Denver have reached an agreement in principle to resolve their claims against the City of Denver.

Dated: January 21, 2022

*/s/ Elizabeth Wang*
Elizabeth Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
Telephone: (720) 328-5642
elizabethw@loevy.com

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen St.
Chicago, IL 60607
Telephone: (312) 243-5900
makeba@loevy.com

*Counsel for Fitouri Plaintiffs*

Respectfully submitted,

*/s/ Timothy R. Macdonald*
Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
Robert Reeves Anderson
Colin M. O'Brien
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Reeves.Anderson@arnoldporter.com
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Colin.Obrien@arnoldporter.com

Leslie C. Bailey
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555
Leslie.Bailey@arnoldporter.com

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

In cooperation with the American Civil Liberties Union Foundation of Colorado

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Epps Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 21, 2022, I served via CM/ECF the foregoing **STATUS REPORT** on all counsel of record.

                                                  */s/ Tanya D. Huffaker*