**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

---

**AURORA DEFENDANTS' FED. R. CIV. P. 26(a)(2)(C) EXPERT DISCLOSURE**

---

    COMES NOW, Aurora Defendants by and through undersigned counsel of record and hereby submit Defendants' Fed. R. Civ. P. 26(a)(2)(C) Expert Disclosure, as follows:

    1.    Sergeant Marc Sears, Aurora Police Department, 15151 E. Alameda Parkway, Aurora, Colorado 80112; Telephone: 303-739-6000. Sergeant Sears has been with the Aurora Police Department since 2004. Prior to his service with the Aurora Police Department, between 1991 – 1998, Sergeant Sears was the USAF Security Services, and was assigned to deal with crowd control tactics related to student protests in and around USAF Air Bases in South Korea. Once with the Aurora Police Department, Sergeant Sears received additional trainings and certifications in Crowd Management and Crowd Control. Additionally, during the 2008 Democratic National Convention, Sergeant Sears was responsible for the tactical training of the crowd control resources used by the Denver Police Department and the Aurora Police in connection with that event. Sergeant Sears is an expert in police conduct and training in the areas of crowd control and crowd

Exhibit 1

management tactics. Please note that Sergeant Sears has reviewed the following but that in addition to these items, his review is on-going in light of the fact that discovery depositions continue to date:

- APD INCIDENT REPORT CASE SUMMARY UOF TIER2:2020-TIER-2-0109 Fitouri 18874 - 19334
- Bubna COABLM_000373 - COABLM 000378
- DEN 10190 Broadway – Colfax HALO 2
- DEN 10192 Colfax at Washington Halo
- DEN 10193 Colfax-Broadway Halo 1
- DEN 10194 Colfax-Broadway Halo
- DEN 11031 HALO 05-29-2020 2100 – 2200 hours
- DEN 4400_CONFIDENTIAL HALO—Colfax and Washington
- DEN 8073_HALO 5_31_2020 9_12_59 PM
- DEN15625 Colfax + Broadway HALO
- FEMA MCATI.pdf
- Fitouri 000228. Duran.Jonathen_shot_with rubber bullet DPD
- Fitouri 000229.Duran.Jonathan_shot_with rubber bullet DPD

and is anticipated to testify about the following:

    A.    That courses are taught at the Aurora Police Training Academy specifically covering crowd control and crowd management. Additionally, he will testify that Aurora Police Officers assigned to the Emergency Response Team receive additional specialized training in crowd control and crowd management. Aurora Police Officers, including the

individually-named Defendant Officer(s), receive training on officer safety practices to ensure that they are able to protect their own lives and the lives of citizens in instances where they confront unknown threats to their safety and are confronting violent crowds.

      B.     That these trainings are best practices in instruction on crowd control, crowd management, and officer safety practices for police encounters with violent crowds and they are also standard officer safety practices which prevent harm and loss of life for both the officer(s) and the citizenry where the outcome is uncertain.

      C.     Conduct by the crowds at the Denver protests created an officer safety concern.

      D.     Officers at the protests had a legal justification to utilize crowd control and crowd management techniques, consistent with their training.

      E.     Sergeant Sears will testify consistent with his expert summary stated above, including all supplements, attachments, and any deposition testimony he may provide in this matter.

      F.     Sergeant Sears' Resume and Certificates of Training regarding crowd control and crowd management are attached hereto as Exhibit A.

      2.     Officer Jason Petrucelli, Aurora Police Department, 15151 E. Alameda Parkway, Aurora, Colorado 80112; Telephone: 303-739-6000. Officer Petrucelli has been with the Aurora Police Department since 1991 and has dealt with and instructed on the use of Less Lethal Munitions in connected with his SWAT assignment for the fifteen years prior to 2017, when he left that assignment. During that assignment, Officer Petrucelli was one of the Less Lethal Technicians—there were two assigned to the team—a Gas Technician and a Less Lethal Munitions

Technician.  As well, Officer Petrucelli not only received additional trainings and certifications in Less Lethal Munitions but maintains them.  Officer Petrucelli is an expert in less lethal munitions, including training on the appropriate use of such munitions. Please note that Officer Petrucelli has reviewed the following but that in addition to these items, his review is on-going in light of the fact that discovery depositions continue to date:

- APD INCIDENT REPORT CASE SUMMARY UOF TIER2:2020-TIER-2-0109 Fitouri 18874 - 19334
- Bubna COABLM_000373-COABLM_000378
- DEN 10190 Broadway – Colfax HALO 2
- DEN 10192 Colfax at Washington Halo
- DEN 10193 Colfax-Broadway Halo 1
- DEN 10194 Colfax-Broadway Halo
- DEN 11031 HALO 05-29-2020 2100 – 2200 hours
- DEN 4400_CONFIDENTIAL HALO—Colfax and Washington
- DEN 8073_HALO 5_31_2020 9_12_59 PM
- DEN15625 Colfax + Broadway HALO
- FEMA MCATI.pdf
- Fitouri 000228. Duran.Jonathen_shot_with rubber bullet DPD
- Fitouri 000229.Duran.Jonathan_shot_with rubber bullet DPD

and is anticipated to testify about the following:

    A.    That courses are taught at the Aurora Police Training Academy specifically covering the less lethal weapons, including the 40 MM Launcher and Less Lethal Shotgun,

4

their appropriate uses and the risks associated with their use. Additionally, Aurora Police Officers assigned to the Emergency Response Team receive additional specialized training in less lethal munitions and their appropriate use in crowd control and crowd management situations.

      B.      That these classes are best practices in instruction on less lethal munitions and officer safety practices which prevent harm and loss of life for both the officer(s) and the citizenry where the outcome is uncertain.

      C.      Conduct by the crowd during the Denver protests created an officer safety concern.

      D.      Officers had a legal justification to deploy less lethal munitions during the course of the Denver protests because of the conduct of the crowd.

      E.      Officer Petrucelli will testify consistent with his expert summary stated above, including all supplements, attachments, and any deposition testimony he may provide in this matter.

      F.      Officer Petrucelli's Resume and Certificate of Training relating to Less Lethal Munitions are attached hereto as Exhibit B.

3.      Aurora Defendants reserve the right to call as an expert witness in this matter any expert witness listed or designated by Plaintiffs, even if such witness is later withdrawn.

4.      This disclosure of expert testimony is based on the information available to Aurora Defendants at this time. Aurora Defendants hereby reserve the right to amend and/or supplement this disclosure of expert testimony pursuant to Fed. R. Civ. P. 26(e) in the event that additional information pertinent to this expert disclosure is obtained in the future.

5

5.  Aurora Defendants reserves the right to call any expert necessary for impeachment or rebuttal.

Respectfully submitted this 17th day of December, 2021.

OFFICE OF THE CITY ATTORNEY

s/ *Peter Ruben Morales*
Peter Ruben Morales
Isabelle Sabra Evans
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
Email: ievans@auroragov.org
ievans@auroragov.org
*Attorneys for Defendant City of Aurora, and Aurora Defendant Officers Budaj, McNamee, Serrant and Brukbacher in their official capacities*

BRUNO, COLIN & LOWE, P.C.

s/ *Michael T. Lowe*
Michael T. Lowe
David M. Goddard
Heather Kuhlman
1999 Broadway, Suite 4300
Denver, Colorado 80202
Telephone: (303) 831-1099
Facsimile: (303) 831-1088
Email: mlowe@brunolawyers.com
dgoddard@brunolawyers.com
*Attorneys for Aurora Defendant Officers Budaj, McNamee, Serrant, and Brukbacher in their individual capacities*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 17th, 2021, I electronically served via email the foregoing **AURORA DEFENDANTS' FED. R. CIV. P. 26(a)(2)(C) EXPERT DISCLOSURE** via email at the following addresses:

| | |
|---|---|
| **Loevy & Loevy**<br>Elizabeth Wang elizabethw@loevy.com<br>Makeba Rutahindurwa makeba@loevy.com<br>*Attorneys for Fitouri Consolidated Plaintiffs*<br><br>**Arnold & Porter XXXXLLP**<br>Timothy R. Macdonald<br>timothy.macdonald@anroldporter.com<br>Matthew J. Douglas<br>matthew.douglas@arnoldporter.com<br>Ed Aro ed.aro@arnoldporter.com<br>Colin M. O'Brien colin.obrien@arnoldporter.com<br>Kathleen K. Custer<br>katie.custer@arnoldporter.com<br>Mollie DiBrell mollie.dibrell@arnoldporter.com<br>Gerardo Mijares-Shafai gerardo.mijares-shafai@arnoldporter.com<br>Patrick C. Reidy patrick.reidy@arnoldporter.com<br><br>**American Civil Liberties Union Foundation of Colorado**<br>Mark Silverstein msilverstein@aclu-co.org<br>Sara Neel sneel@aclu-co.org<br>Arielle Herzberg aherzberg@aclu-co.org<br>*Attorneys for Epps Consolidated Plaintiffs* | **Denver City Attorney's Office**<br>Robert Huss robert.huss@denvergov.org<br>Kate Field kate.field@denvergov.org<br>Emily Dreiling emily.dreiling@denvergov.org<br>Hollie Birkholz hollie.birkholz@denvergov.org<br>Lindsay Jordan lindsay.jordan@denvergov.org<br><br>**Hall & Evans LLC**<br>Andrew D. Ringel, Esq. ringela@hallevans.com<br>Katherine Hoffman, Esq.<br>hoffmank@hallevans.com<br>*Attorneys for Denver Consolidated Defendants*<br><br>**Jefferson County Attorney's Office**<br>Rebecca Klymkowsky<br><rklymkow@co.jefferson.co.us>;<br>Rachel Bender <rbender@co.jefferson.co.us>;<br>Eric Butler <ebutler@co.jefferson.co.us>; |

*s/ Joanne Flaherty*
Joanne Flaherty

7