

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

**KENTUCKIANA**
— COURT REPORTERS —

**CIVIL ACTION NO. 1:20-CV-01878-RBJ**


**ELISABETH EPPS, ET AL.**

**V.**

**CITY AND COUNTY OF DENVER, ET AL.**


**DEPONENT:**

**JASON  PETRUCELLI**


**DATE:**

**January 25, 2022**



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

**www.kentuckianareporters.com**

Exhibit 3

1    two weeks.

2         Q.   Okay.  So I'm just going to scroll to the

3    bottom of this document here.  You can see it's dated --

4    I'm on page 6 now -- can you see it's dated December 17,

5    2021?

6         A.   Yes.

7         Q.   So had you reviewed those documents by

8    December 17, 2021?

9         A.   I reviewed the depositions that I just listed

10   off, I reviewed those after that date.

11        Q.   Okay.  So to be clear, though, you have

12   reviewed the documents listed here in this disclosure,

13   as well as the four depositions -- or the depositions of

14   Mr. Garcia, Mr. Budaj, and portions of the depositions

15   of Mr. Serrant and Mr. Shaker; is that correct?

16        A.   Yes.

17        Q.   And is that the full list of documents that

18   you've reviewed in creating your opinion?

19        A.   Yes.

20        Q.   Okay.  So with that said, are you familiar

21   with an incident involving one of the plaintiffs named

22   Zach Packard?

23        A.   Yes.

24        Q.   On -- what is your opinion based on?

25             ?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.   I don't have an opinion on that.  I've gotten
 2  very little information on him.
 3      Q.   Thank you.  I skipped a question.  So let's
 4  start over.  Are you familiar with an incident involving
 5  one of the plaintiffs named Zach Packard?
 6      A.   Yes.
 7      Q.   Do you have an opinion on that incident?
 8      A.   No.
 9      Q.   Okay.  Are you familiar with an incident
10  involving one of the plaintiffs named Stanford Smith?
11      A.   Yes.
12      Q.   Do you have an opinion on that incident?
13      A.   No.
14      Q.   What are you aware of as it relates to
15  Mr. Smith?
16      A.   Well, I'm going to get Mr. Smith and
17  Mr. Packard confused.  I have a little bit of
18  information on what happened with them, but I don't
19  remember which one was which.
20      Q.   Okay.  So I guess let's start with one of
21  them.  Let's start with -- are you familiar with -- I'm
22  trying to think if I can describe -- are you familiar
23  with either of their appearances?
24      A.   No.
25      Q.   Okay.  So can you just describe the two



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  events that you're thinking of then?

2      A.    The two events that I'm thinking of?

3      Q.    Yeah.  As they relate to Mr. Smith and

4  Mr. Packard, you said these -- you're going to get them

5  confused, but it sounds like you have these two events

6  in your mind?

7      A.    I am familiar with one of the subjects being

8  pepper sprayed by someone, and then another one --

9  another one claiming they received injuries from impact

10  munitions.

11      Q.    Okay.  And that's the totality of your

12  understanding of the events involving Mr. Smith and

13  Mr. Packard; is that correct?

14      A.    Yeah.  And I have their names confused on

15  which one is which.

16      Q.    Understood.  Thank you.  Now, I still have

17  your expert disclosure up.  I'd like to -- I'm going to

18  scroll down a little bit here.  We're looking at the

19  bottom of page 4 through page 5, and you have six

20  opinions here, each letter listed under -- the letters

21  A through F; is that correct?

22      A.    Yes.

23      Q.    Okay.  And you formed these opinions based on

24  the documents and videos you reviewed that are listed

25  earlier in this report, correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        A.    Yes.

2        Q.    And you are offering those -- these opinions

3    based only on the information in documents and videos

4    you have reviewed, correct?

5        A.    Yes.

6            MR. SEBBA:   Okay.  If it's okay, I would like

7        to go off the record for a couple minutes.

8            VIDEOGRAPHER:   We are off the record.

9        The time is 1:47 p.m.

10               (OFF THE RECORD)

11           VIDEOGRAPHER:   We are back on the record for

12       the deposition of Officer Jason Petrucelli being

13       conducted by videoconference.  My name is Sydney

14       Little.  Today is January 25, 2022, and the time is

15       1:49 p.m.

16   BY MR. SEBBA:

17       Q.    Welcome back, Mr. Petrucelli.

18       A.    Thank you.

19       Q.    So I just have a couple questions regarding

20   the depositions you've reviewed since this report was

21   issued.  First, you said you reviewed excerpts from

22   Mr. Shaker's deposition, correct?

23       A.    Yes.

24       Q.    He was deposed twice in this case.  Do you

25   know which deposition you reviewed?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JASON  PETRUCELLI, taken on January 25, 2022

20

```
1         A.    I believe it was a -- 12-gauge sock rounds.
2         Q.    And do you recall approximately how many pages
3    of Mr. Shaker's deposition you reviewed?
4         A.    No, I do not.
5         Q.    Okay.  And to be clear, sometimes depositions
6    are -- depositions are always transcribed, and sometimes
7    they are video recorded, too, so let's go through these
8    one by one.  For Mr. Serrant, did you review a recording
9    or a transcript?
10        A.    It was written.  It was a written transcript.
11        Q.    Written transcript.  Was that the case with
12   all four of the depositions that you reviewed?
13        A.    Yes.
14             MR. SEBBA:  Okay.  All right.  Thank you.
15        I think -- I think that's just about all of the
16        questions I have for now, but there are some other
17        people on the call who probably you to want ask you
18        some questions.  Before I go, I just want to say
19        thank you for taking the time today.  I appreciate
20        it.
21             THE WITNESS:  Thank you.
22                            EXAMINATION
23   BY MS. WANG:
24        Q.    Did you rely on the depositions of Joshua
25   Garcia, Cory Budaj, Patrick Shaker, or Patricio Serrant
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    for any of the opinions in this case?

 2         A.   No.

 3         Q.   Are you familiar with the incidents involving

 4    Plaintiff Jonathen Duran being shot in the groin on

 5    May 31, 2020?

 6         A.   Yes.

 7         Q.   What materials did you review that pertain to

 8    that event?

 9         A.   I reviewed a cell phone video that was

10    recorded -- that says it was recorded by Mr. Duran.

11         Q.   In your -- I'm putting your disclosure back up

12    on the screen.  In your disclosure in the opinions that

13    you list A through F.  There's nothing in any of those

14    opinions about the event concerning plaintiff

15    Jonathen Duran, correct?

16         A.   Correct.

17         Q.   Did you review -- on page 4 of the disclosure,

18    the video Fitouri 228, that's the cell phone video that

19    was shot by Jonathen Duran, correct?

20         A.   I'm sorry.  What did you ask about that?

21         Q.   You reviewed the cell phone video shot by

22    Jonathen Duran that's Bates-stamped Fitouri 228;

23    correct?

24              MR. MORALES:  Objection.  Form.

25         A.   Yes.  Yes, I reviewed it.  I'm sorry.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    I didn't hear you say review.

 2         Q.    Did you review the entire video?

 3         A.    Yes.

 4         Q.    Did you see anything in that video that

 5    justified any uses of force on Jonathen Duran?

 6         A.    No.

 7         Q.    Did you see anything in that video that

 8    justified shooting Jonathen Duran in the groin with a

 9    40-millimeter launcher?

10         A.    I didn't see Mr. Duran get hit with anything.

11    I didn't see anything hit Mr. Duran in that video.

12         Q.    Let's assume that he was hit in the groin with

13    a 40-millimeter launcher.  You heard the thud, right?

14    Did you watch the video?

15         A.    Yes, I watched the video.

16         Q.    There was a thud, and he groaned at the moment

17    he was shot in the groin, right?

18         A.    I heard him groan and react to something.

19         Q.    Okay.  You didn't review his deposition

20    testimony, right?

21         A.    Whose?

22         Q.    Jonathen Duran's.

23         A.    No, I did not review his testimony.

24         Q.    Okay.  You didn't see any evidence that would

25    contradict his testimony that he was shot in the groin



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1       A.   On the use and training of less lethal

2   munitions, yes.

3       Q.   Okay.  Well, and apparently -- I mean, do your

4   opinions have any connection with the actual events

5   involving the plaintiffs in this case?

6           MR. MORALES:  Objection.  Form.

7       A.   My opinions are just what I stated.  I came in

8   to talk about the training and proper use of less lethal

9   munitions.

10      Q.   Okay.  You don't have an opinion one way or

11  other as to whether the use of munitions on Jonathen

12  Duran was appropriate, right?

13      A.   No.

14          MR. MORALES:  Objection.  Form.

15      Q.   Okay.  You have no opinion whatsoever as to

16  whether or not it was -- there was any justification for

17  shooting Jonathen Duran?

18          MR. MORALES:  Objection.  Form.

19      A.   I have no opinion.

20      Q.   You have no opinion with regard to the

21  incident of use of force alleged by Jonathen Duran,

22  right?

23          MR. MORALES:  Objection.  Form.

24      A.   I don't see Mr. Duran get hit with less lethal

25  munitions, and I don't have enough evidence or

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  information to form an opinion on that, so no, I do not

2  have an opinion.

3      Q.   Do you know who it is that sued Aurora in this

4  case?

5          MR. MORALES:  Objection.  Form and foundation.

6      A.   Not exactly.

7      Q.   Okay.  So you don't even know what -- who are

8  the plaintiffs who making allegations against Aurora or

9  Aurora officers in this case?

10          MR. MORALES:  Objection.  Form and foundation.

11      A.   I know of Mr. Duran and Mr. Packard and

12  Mr. Smith, and then someone by the name of Epps and

13  Fitouri, but I just know -- I know the names.

14      Q.   Okay.  And you don't have any opinions you've

15  said about any of the -- about Packard, Smith, or

16  Duran, right?

17          MR. MORALES:  Objection.  Form.

18      A.   Yes.  I have no opinion on those.

19      Q.   You would agree with me that in order for an

20  officer's use of a 40-millimeter launcher on a person to

21  be justified, he's got to have an explanation for why he

22  shot that launcher at that particular person; right?

23      A.   Yes.

24      Q.   An officer cannot shoot somebody with a

25  40-millimeter launcher just because some other people in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  the vicinity are doing something, right?

 2      A.   Are you saying specifically target someone?

 3  No.

 4      Q.   Right.  If an officer is going to target

 5  somebody and shoot at somebody with a 40-millimeter

 6  launcher, he's got to have a justification that concerns

 7  what that person is doing, not what people around that

 8  person are doing, right?

 9      A.   Yes.

10      Q.   Okay.  Was there anything that you saw in any

11  of the evidence, whether it be Mr. Duran's videos or any

12  of the other videos that you reviewed, that provide any

13  justification for an officer to shoot at Mr. Duran?

14          MR. MORALES:  Objection.  Form.

15      A.   No.

16      Q.   I'm putting your disclosure back up on the

17  screen.

18      A.   Okay.

19      Q.   What dates do these videos relate to, do you

20  know?

21      A.   Unless they have a date written next to them,

22  no.  One of them says May 29, 2020.

23      Q.   Okay.  So let's go through them.  This one

24  involving Bubna, his videos, do you know what date that

25  video relates to?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   So if one of those videos had to do with

2   events from, say, May 28, the first day of the protests,

3   what relationship does that have to the events where

4   Jonathen Duran was shot in the groin on the evening of

5   May 31, 2020, at the intersection of Colfax and Pearl at

6   9:30 p.m.?

7             MR. MORALES:   Objection.   Form and foundation.

8      A.   So you're asking what that video has to do

9   with the incident concerning Mr. Duran?   That's the

10   question?

11      Q.   Yeah.   Yeah.

12             MR. MORALES:   Same objections.

13      A.   Nothing.

14      Q.   Nothing.   Okay.   So anything in the videos

15   that pertain to other days have nothing to do with the

16   event involving Plaintiff Duran, right?

17             MR. MORALES:   Object to form and foundation.

18      A.   They do show the scope of the whole event and,

19   you know, how things were down there, how kind of

20   chaotic they were and how many people were there down

21   there.

22      Q.   Okay.   But you don't have an intention to get

23   on the stand and say that whatever officer shot

24   Jonathen Duran in the groin on May 31, 2020 at 9:30 p.m.

25   at the intersection of Colfax and Pearl was justified in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   doing so because you saw some video involving a

 2   different intersection three days before; right?

 3           MR. MORALES:  Objection to form.

 4       A.   I'm not aware that it's been established that

 5   Mr. Duran was hit by an officer with a less lethal

 6   projectile, but no.

 7       Q.   Right.  Like whatever happened on the first

 8   day of the protest has nothing to do with a use of force

 9   on a particular person two days afterwards, right?

10       A.   Well, it has to do with the scope of the whole

11   event that happened over those several days.

12       Q.   Okay.  So --

13       A.   In --

14       Q.   Let me ask you about -- I'm sorry.  Go ahead.

15       A.   I said, but in particular, no.

16       Q.   Okay.  Is this how you train Aurora officers?

17   You've had experience in training Aurora officers,

18   right?

19       A.   Yes.

20       Q.   Okay.  Do you train Aurora officers that if

21   they're faced with some, you know, let's say chaotic

22   circumstances on day one of a protest, they are free to

23   use force and shoot somebody in the groin three days

24   later?

25           MR. MORALES:  Objection.  Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JASON PETRUCELLI, taken on January 25, 2022

36

1      A.    I don't have any experience training for crowd

2  control and crowd control situations.

3      Q.    Oh, but you are experienced in training

4  officers on how to use less lethal weapons, right?

5      A.    Yes.

6      Q.    That includes pepper spray, does it?

7      A.    Yes.

8      Q.    That includes 40-millimeter launchers, right?

9      A.    Yes.

10      Q.    That include bean bag shotguns, right?

11      A.    Yes.

12      Q.    You don't train officers that if they are

13  faced with some chaotic circumstances on the first day

14  of the protests that they can just spray somebody in the

15  face for no reason two days later, right?

16          MR. MORALES:  Objection.  Form.

17      A.    All uses of force have to have justification

18  in their particular circumstances.

19      Q.    Right.  And the circumstances are not like

20  what was happening two days ago.  It's what was

21  happening right then, right?

22          MR. MORALES:  Objection.  Form.

23      A.    Yes.

24      Q.    Okay.  So just so we're clear, Aurora -- I

25  mean, is it true to say that Aurora does not train its



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of JASON PETRUCELLI, taken on January 25, 2022

37

1  officers -- let's say with respect to the use of pepper

2  spray, that they are allowed to spray a protester in the

3  face on a particular day, location, and time just

4  because there was something else that happened two days

5  before?

6          MR. MORALES:  Objection.  Form.

7     A.   You have to have particular justification for

8  each use of force.

9     Q.   Right.  And the circumstances that officer's

10  to consider concerns the circumstances he's faced with

11  at that time, right?

12          MR. MORALES:  Objection.  Form.

13     A.   Yes.

14     Q.   It's not about what happened two days ago;

15  right?

16          MR. MORALES:  Objection.  Form.

17     A.   No.  It's not about what happened two days

18  ago.

19          MS. WANG:  Let's go off the record.

20          VIDEOGRAPHER:  All right.  We are off record.

21     The time is 2:16 p.m.

22          (OFF THE RECORD)

23          VIDEOGRAPHER:  We're back on the record for the

24     deposition of Officer Jason Petrucelli being

25     conducted by video conference.  My name is Sydney

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Little.  Today is the January 25, 2022, and the time

 2      is 2:20 p.m.

 3  BY MS. WANG:

 4      Q.   I'm showing you your disclosure again.  The

 5  first one, "APD Incident Report Case Summary," what in

 6  that document did you rely on for your opinions?

 7      A.   As I was reading through it, I was looking for

 8  incidents where people were -- where officers had used

 9  justifiably less lethal munitions.

10      Q.   You didn't see anything in there relating to

11  Zach Packard, Sanford Smith, or Jonathen Duran, right?

12      A.   No.

13      Q.   Bubna COABLM 373 to 378, these videos from

14  Bubna's body-worn camera, what in there did you rely on

15  for your opinions?

16      A.   I was watching Officer Bubna deploy his

17  launcher on some different occasions and was just

18  watching the manner that was done and kind of the

19  situations that they were in.

20      Q.   That those had nothing -- did any of those

21  have anything -- did any of those have anything to do

22  with the plaintiffs?

23           MR. MORALES:  Objection --

24      A.   No.

25           MR. MORALES:  -- foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q.    Denver 10190, this HALO camera from Broadway

2   and Colfax, what did you rely on in there for your

3   opinions?

4        A.    That gave me a good idea of the overall scope

5   of the protests.

6        Q.    How many days did that HALO camera cover?

7        A.    I don't remember.

8        Q.    That HALO camera, that video Denver 10190 was

9   from May 28, right?

10       A.    I don't remember the date.

11       Q.    Do you recall if it showed the daytime?

12  Was it -- it wasn't even dark in that video, was it?

13       A.    On that particular video, I don't remember.

14       Q.    Was there any police use of force in that

15  video?

16       A.    I don't recall that, either.  I looked at a

17  lot of videos.

18       Q.    Okay.  So you can't tell me how that video,

19  Denver 10190, how that contributed to your opinions in

20  any way?

21       A.    Like I said before, it gave me an overall

22  perspective of the protests.  I wasn't down there, so

23  those helped give me an overall view of what was going

24  on.

25       Q.    That HALO camera covered one intersection;

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   right, Broadway and Colfax?

2       MR. MORALES:  Objection.  Foundation.

3       A.   Yes.

4       Q.   So it gave you a perspective on that

5   intersection for the time period covered in that video,

6   right?

7       A.   Yes.

8       Q.   Okay.  It couldn't possibly have given you any

9   perspective on different days and different

10  intersections that the video didn't cover, right?

11      A.   Yes.  If the camera didn't cover it, no.

12      Q.   Right.  Okay.  Denver 10192, Denver 10193,

13  and Denver 10194, how did those videos provide any basis

14  for your opinions?

15      A.   In the same way that the Broadway did.

16  It kind of gave me an overall scope of what was going

17  on.

18      Q.   Those videos covered one day, right, May 28?

19      A.   Again, I don't remember the date.  I don't

20  remember how many days they covered.

21      Q.   Okay.  But the video is a video, so we can

22  look at the video and tell the date they covered; right?

23      A.   If it's got the date stamped on it, yes.

24      Q.   Well, we can watch the video and tell what day

25  it covers, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MR. MORALES:  Objection.  Form.

2      A.   Again, if the date's stamped on it, yes, you

3  would know what date it covers.

4      Q.   Okay.  And those HALO cameras are fixed, so it

5  covers a particular intersection, right?

6      A.   Some of them were actually panning, so you

7  could see -- they would pan back and forth over two

8  different areas.

9      Q.   Okay.  But they stay at the intersection, and

10  the operator can pan them to look a little bit down the

11  street one way or the another, but basically they stay

12  affixed, right?  They are affixed to a pole at the

13  intersection, correct?

14      A.   I would assume, yes.

15      Q.   Okay.  You did not see the HALO camera videos

16  where it looks like what the officers' body-worn cameras

17  looked like where they were walking around and going all

18  sorts of places, right?

19      A.   Right.

20      Q.   Okay.  So whatever perspective those videos,

21  Denver 10192 through Denver 10193, we gave you is

22  whatever is covered in the video, right?

23      A.   Correct.

24      Q.   For those dates and those locations, right?

25      A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   And you can't even tell me whether those have

2  anything to do with the events involving our plaintiffs,

3  right?

4          MR. MORALES:  Objection.  Form and foundation.

5      A.   Correct.

6      Q.   Okay.  Denver 11031, HALO camera for

7  5-29-2020, 21:00 to 22:00.  Do you see that?

8      A.   Yes.

9      Q.   How did that video provide any basis for your

10  opinions?

11     A.   Again, it gave me an overall perspective of

12  what was happening down there during the protests.

13     Q.   At the location, right?  At the location

14  covered by that HALO camera, right?

15     A.   Yes.

16     Q.   And for the date and time, covered by that

17  HALO camera, which according to the name, is 5-29

18  between 2100 and 2200 hours, right?

19     A.   Yes.

20     Q.   The incident involving Duran did not occur on

21  5-29, right?

22          MR. MORALES:  Objection.  Form and foundation.

23     A.   I don't recall the date that his happened.

24     Q.   Okay.  And you can't tell me whether any of

25  the plaintiffs who were making allegations against the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Aurora defendants in this case are alleging anything

2  that happened on May 29, right?

3          MR. MORALES:  Objection.  Form and foundation.

4      A.   Again, I don't know what dates those occurred

5  on.

6      Q.   Okay.  Denver 44 -- 4400, HALO camera at

7  Colfax and Washington.  Tell me how that provided any --

8  any basis for your opinions.

9      A.   Again, it gave me an overall perspective of

10 the protests and what was going on.

11     Q.   It gave you an overall perspective of the

12 protests at the location of Colfax and Washington during

13 the timeframe covered by that video, right?

14     A.   Yes.

15     Q.   Whatever's not covered in the video, you have

16 no basis to opine on, right?

17     A.   Yes.

18     Q.   Denver 8073, the HALO camera for 5-31-2020, do

19 you even know what intersection that was for?

20     A.   I do not.

21     Q.   How did that video provide any basis for your

22 opinions?

23     A.   Again, it gave me an overall perspective of

24 what was going on in the protests.

25     Q.   Do you know if that video showed any of the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  plaintiffs?

2      A.   I do not.

3      Q.   **Can you see the disclosure again?**

4      A.   Yes, I can see it.

5      Q.   **Denver 15625, HALO camera at Colfax and**

6  **Broadway.  What date did that cover?**

7      A.   I don't recall.

8      Q.   **How did that video provide any basis for your**

9  **opinions?**

10     A.   Again, it gave me an overall perspective of

11  what was going on at the protests.

12     Q.   **At whatever location and time was covered by**

13  **the video, right?**

14     A.   Yes.

15     Q.   **You can't tell me whether that video covers**

16  **anything relating to any of the plaintiffs in this case,**

17  **can you?**

18     A.   No.

19     Q.   **Did you ask to review anything else other than**

20  **the items that were given to you in this list?**

21        MR. MORALES:  I'm going to object to -- I think

22     you are getting close to attorney-client privilege.

23     If he can answer it without encroaching on that, he

24     can do so.  I'm not sure he can, but I'll let him

25     think about that.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com