# MUTUAL AID - DENVER POLICE DEPARTMENT
## "MARCH IN HONOR OF GEORGE FLOYD PROTEST"
### MAY 29, 2020 TO JUNE 06, 2020

1. Jefferson County Regional SWAT team After Action Review
   a. Table of Contents
   b. Situation
   c. Timeline
   d. Summary
   e. May 29, 2020
   f. May 30, 2020
   g. May31, 2020
   h. June 01, 2020
   i. June 02-05, 2020
   j. June 06, 2020
   k. Injuries to Operators
   l. Damage to Vehicles
   m. Equipment Used
   n. Agency Policies
   o. Use of Force Continuum
   p. Lessons Learned
   q. Additional References

2. Denver Police Department Operations Plan (June 01, 2020)

3. Emergency Curfew Order, Mayor Hancock, May 30, 2020

4. Denver Police Department Policy, 105.00 Force Related Polices

5. Temporary Restraining Order, Civil Action No. 20-cv-01616-RBJ

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

# JEFFERSON COUNTY REGIONAL SWAT TEAM

## AFTER ACTION REVIEW

## MUTUAL AID - DENVER POLICE DEPARTMENT

## "MARCH IN HONOR OF GEORGE FLOYD PROTEST"

## MAY 29, 2020 TO JUNE 06, 2020

Commander A. Baros, Arvada PD.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

# Contents

| | | |
|---|---|---|
| I. | SITUATION | 4 |
| II. | TIMELINE | 4 |
| III. | SUMMARY | 5 |
| IV. | MAY 29, 2020 (FRIDAY) | 6 |
| A. | Possible Target Apprehension | 6 |
| B. | E. Colfax Ave and Logan St. | 6 |
| C. | 1300 block of N. Broadway | 8 |
| D. | Additional Deployments | 9 |
| V. | MAY 30, 2020 (SATURDAY) | 10 |
| VI. | MAY 31, 2020 (SUNDAY) | 11 |
| A. | Intelligence Updated Information | 11 |
| B. | JCRS Initial Deployments | 11 |
| C. | District 6 | 13 |
| D. | Cherokee St. and W 13th Av | 17 |
| E. | 1300 block of Sherman St. | 18 |
| VII. | JUNE 01, 2020 (MONDAY) | 20 |
| VIII. | JUNE 02, 2020 TO JUNE 05, 2020 | 21 |
| IX. | JUNE 06, 2020 (SATURDAY) | 21 |
| X. | INJURIES TO OPERATORS | 21 |
| 1. | Deputy Brown: | 21 |
| 2. | Deputy Spery: | 21 |
| 3. | Deputy Hamilton | 21 |
| 4. | Officer DiDominico: | 21 |
| 5. | Officer Vinnola: | 21 |
| 6. | Officer Beale: | 21 |
| 7. | Officer Moretti | 22 |
| 8. | Sgt. Vogel | 23 |
| 9. | Sgt. Donohue | 23 |
| 10. | Commander Baros: | 23 |
| 11. | Captain Williams: | 23 |
| XI. | DAMAGE TO VEHICLES | 24 |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

XII.    EQUIPMENT USED ..................................................................................................... 24

  A.    Chemical Agents: .................................................................................................... 24

  B.    Kinetic Energy Projectiles ....................................................................................... 25

  C.    Flash Sound Diversion Devices ............................................................................... 26

XIII.   POLICY REVIEW ........................................................................................................ 26

  A.    Arvada PD Policy Review Summary ......................................................................... 26

    1.    PM 300: Use of Force ......................................................................................... 26

    2.    PM 308: Control Devices and Techniques .......................................................... 26

    3.    PM 408: Jefferson County Regional SWAT Team ................................................ 26

  B.    Golden PD Policy Summary ..................................................................................... 26

    1.    Chapter 21: Use of Force ................................................................................... 26

    2.    Chapter 45 (Section B): Special Operations ....................................................... 26

    3.    Memorandum 14-126: Munitions approved by Chief of Police ........................ 26

  C.    Jefferson County SO Policy Review .......................................................................... 26

    1.    JCSO PP 230: Use of Force ................................................................................. 26

XIV.    USE OF FORCE CONTINUUM ...................................................................................... 27

  A.    Use of Force Continuum: Levels of Resistance and Levels of Control ..................... 27

    1.    Chart: Levels of Resistance Encountered and Levels of Control Used ................ 27

    2.    Levels of Resistance and Levels of Control Encountered During Event .............. 28

  B.    Criminal Activities by Subjects ................................................................................ 31

XV.     LESSONS LEARNED .................................................................................................... 31

  A.    Less Lethal Equipment ............................................................................................ 31

  B.    Shin Guards ............................................................................................................ 31

  C.    Med Evac ................................................................................................................ 31

  D.    "Safe Zone" from Skirmish Line .............................................................................. 32

  E.    Rapid Deployment on Vehicles ............................................................................... 32

  F.    Pepper Ball Munitions ............................................................................................ 32

  G.    MFF Training ........................................................................................................... 32

  H.    VIP/Dignitary Removal and Protection .................................................................... 32

  I.    Host Agency Navigator and Liaison ......................................................................... 33

  J.    Additional Drivers .................................................................................................. 33

  K.    K9 Use .................................................................................................................... 33

  L.    Adaptability and Flexibility ..................................................................................... 33

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

XVI.   ADDITIONAL REFERENCES ........................................................................... 34

   A.   Agency Reports ........................................................................................ 34

      1.   Jefferson County SO CR 20-10539 ...................................................... 34

      2.   Golden PD CR 20-1932 ....................................................................... 34

      3.   Arvada PD CR 20-9346 ....................................................................... 34

   B.   JCRS AAR 05/29/2020 .............................................................................. 34

   C.   JCRS AAR 05/31/2020 .............................................................................. 36

   D.   JCRS AAR 06/01/2020 .............................................................................. 38

   E.   EQUIPMENT SPECIFICATIONS PDF LINKS .................................................. 40

      1.   Chemical Agents ................................................................................. 40

      2.   Kinetic Projectiles .............................................................................. 40

      3.   Flash Sound Diversionary Devices ....................................................... 40

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## I.   SITUATION

On May 25, 2020 George Floyd died after he was arrested by police outside of Minneapolis, Minnesota.  Video footage showed an officer kneeling on Mr. Floyd's neck.  Mr. Floyd was heard saying, "I can't breathe."  Mr. Floyd was later transported to the hospital after he lost consciousness and was pronounced dead at the hospital.   On May 26, 2020, protests began in Minneapolis, Minnesota and spread to other cities on May 27, 2020.  The first protests in Denver began on May 28, 2020, which included protesters blocking major roads and I-25.  The events later turned into looting, damaging property, and attacks on police.  In response, DPD utilized "tear gas" and less lethal rounds to disperse the crowd.

Denver Police Department (DPD) requested mutual aid from the Jefferson County Regional SWAT Team (JCRS), who responded to assist for several days.  JCRS was utilized for crowd control, to provide security for Denver Fire Department and Mobile Field Forces, and to be on standby for any other incidents.

## II.   TIMELINE

On May 29, 2020 at approximately 2100 hours, Denver Police Department (DPD) requested mutual aid from the Jefferson County Regional SWAT Team (JCRS).  JCRS responded to the Incident Command Post (ICP) at DPD HQ and assisted with providing security for the fire department, DPD's Mobile Field Force (MFF), and assisted with crowd and traffic control.  According to mutual aid agreements, JCRS operated under agency Use of Force guidelines.

On May 30, 2020, JCRS staged at the Jefferson County Sherriff's office, but were not requested to assist DPD.  JCRS conducted internal Use of Force and Less Lethal training.

On May 31, 2020, DPD requested mutual aid from JCRS.  The team deployed and assisted various MFF's with crowd control, protection of life and property.  JCRS also assisted with arrests for curfew violations.  JCRS (CPT Williams) verified JCRS was still operating under Mutual Aid guidelines and confirmed JCRS use of force guidelines were in line with DPD's Use of Force Policy.  Additionally, JCRS (SGT Donohue) verified with DPD the use of JCRS kinetic projectiles and their platforms.

On June 01, 2020, JCRS assisted DPD in a manner similar to May 31; however, DPD allowed protesters to remain out past curfew as long as they were peaceful.  Additionally, JCRS was provided a copy of DPD's Operations Plan.

Between June 02, 2020 and June 05, 2020, JCRS was not deployed to assist DPD.

On June 06, 2020, JCRS was requested to assist DPD.  However, a TRO was issued requiring Law Enforcement to wear body cameras; JCRS did not have that capability and was released.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## III.   SUMMARY

On Friday and Sunday nights, protesters directly targeted law enforcement, and for this review, specifically JCRS.  Operators were met with hostility in a situation that was extremely volatile, evolving, and unpredictable.  Aggressive protesters severely outnumbered the response of JCRS Operators.  Multiple protesters specifically targeted and repeatedly assaulted, or attempted to assault, JCRS with projectiles and injuring operators.  Additionally, these projectiles caused damage to the vehicles.

Protesters were given several notices to vacate the area and notice of the curfew, via DPD's announcements and messages sent to cell phones, but the protesters refused to comply.  Large, hostile crowds remained, which, at times, severely outnumber JCRS.  Protesters throwing projectiles had a position of tactical advantage by hiding in the crowds with other citizens.  Also, based upon the size and hostility of the crowds, JCRS was not in a position to pursue or identify the subjects.

In any other scenario, should any citizen or law enforcement officer be hit with these types of projectiles, perpetrators would be subject to criminal charges.  Additionally, law enforcement would be authorized to use an increased level of control.  Fortunately, JCRS was equipped with protective body armor which minimized injuries to the chest area.  Also, helmets and gas masks prevented injuries to the face and head.  Based upon the environment, operators utilized the least amount of force necessary.  Aware of the backdrop of the subjects, initial attempts at de-escalation to disperse the crowd with chemical agents were unsuccessful.  When this failed and JCRS was still being assaulted, JCRS targeted specific aggressive individuals.  Operators deployed less lethal munitions at individuals who were throwing items or attempting to pick up the gas canisters.  Throughout the encounter, JCRS operators were in direct and imminent danger of bodily injury and serious bodily injury.  Based upon the seriousness of the offenses, the immediate threats of injury to citizens and officers, and subjects fleeing, hiding and use the crowds as protective shield, the overall actions of JCRS were reasonable.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## IV.   MAY 29, 2020 (FRIDAY)

On May 29, 2020 at approximately 2100 hours, Denver Police Department (DPD) requested mutual aid from the Jefferson County Regional SWAT Team (JCRS).  Upon arrival JCRS met with DPD Captain S. Sich and a DPD officer in plain clothes.  DPD provided a DPD Sergeant as a liaison and radios to JCRS.

### A.   Possible Target Apprehension

At approximately 2201 hours, a plain clothes officer, who was with CPT Sich, briefed JCRS of a possible target to apprehend.  DPD assigned JCRS to standby to apprehend the suspect and his associates if they were found to be armed by DPD plain clothes officers.  The suspect was near the State Capital and was associated with another individual who was known to make pipe bombs.  The suspect communicated with his associates from Castle Rock that he was at the State Capital and they stated they were on their way.  In addition, his associates stated they would be carrying firearms and body armor.  The suspects were not seen armed at the time and JCRS was reassigned to more pressing incidents.  However, DPD later contacted the occupants of the vehicle and located several rifles in the vehicle.

### B.   E. Colfax Ave and Logan St.

At approximately 2301 hours, DPD ICP dispatched JCRS to provide security for DFD who was putting out a fire.  While en-route, there were numerous protesters in the area.  DPD radio announced several "shots fired" calls in the vicinity of where JCRS was operating and traveling.  Most protesters along the streets yelled and gestured obscenities at the JCRS convoy. Protesters hit JCRS vehicles with numerous projectiles, which broke vehicle windows and caused several dents.  Projectiles thrown from the crowd shattered the passenger side window of one of the equipment trucks shattered and the driver's side window of the other equipment truck.  JCRS provided security for DFD near E. Colfax Ave and Logan St.  While dismounted at 14th and Logan St, operators and vehicles continued to be hit with projectiles thrown from the crowd, which seemed to be primarily rocks and bottles.  Protesters targeted JCRS with mortar fireworks, which landed near operators and exploded.  Because JCRS stopped in the road way, protesters surrounded operators.  When JCRS cleared, DPD ICP deployed JCRS to N. Broadway between E. Colfax Ave and W 14th St.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



**Protesters**



**Rock Bouncing Off Vehicle**



**Another rock bouncing off vehicle**



**Protesters near area where window was broken**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



Equipment truck window shattered by projectile



Sample of graffiti in area

### C.    1300 block of N. Broadway

At approximately 2320 hours, DPD ICP dispatched JCRS to assist DPD in the 1300 block of N. Broadway where protesters lighted fires and attempted to build a barricade to block N. Broadway.  DPD had MFF officers on scene; however, the number of protesters seemed to be overwhelming the small contingent of law enforcement on scene.  JCRS provided security for DFD and DPD MFF who removed the obstructions from the roadway and put out fires.  It appeared that there was an Denver Sherriff's Office (DSO) detachment also present.  Protesters constantly barraged JCRS with obscenities, both verbal and gestures.  Several protesters intentionally tried to agitate or incite a response from the operators.  Protesters threw numerous items at law enforcement.  A bottle hit the chest of a JCRS Operator (OP DiDomenico) and the crowd cheered loudly.  Subjects took advantage of the trees and the crowd to throw items and remain concealed.  When possible, operators engaged protesters who were observed throwing rocks and bottles at law enforcement with less lethal munitions.  Gas was also used in an attempt to disperse the crowd.  DPD was equipped with Pepper Ball guns, foggers, and gas canisters.  DPD and DSO did clear the park.  However, after DPD and DSO would leave the park, the protesters would once again return to the park.  After the barricade was cleared, civilian vehicles were allowed to travel on N. Broadway, which resulted in increased danger as the vehicles were filled with protesters who antagonized police.  The vehicles blocked JCRS field of observation to the park and limited JCRS' ability to identify and engage protesters who were throwing projectiles.  As a result, this traffic was stopped from traveling along N. Broadway.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## D.   Additional Deployments

DPD ICP dispatched JCRS to other locations to check on looting only to find broken windows, but no active looting.  Protesters were throwing projectiles from the crowd at law enforcement and DPD ICP dispatched JCRS to assist those officers.  JCRS would respond and initially be met with some resistance, but generally after a few moments the crowd with disperse without JCRS having to take any additional action.  It was a chaotic, hostile, and changing scene at each location JCRS was deployed to.  Throughout the night, projectiles hit several operators which caused pain, abrasions, and bruising.  In an effort to disperse the crowd and prevent protesters from throwing items at operators, JCRS utilized less lethal munitions and gas was deployed. JCRS had not equipped every operator with a less lethal platform to engage protesters; therefore, JCRS was limited in the ability to interdict and stop the aggressive acts.





Fox 31 News Video and 9 News Video

One of several arsons in area



Barricade that needed to be cleared

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



Roadway re-opened for a short time



Security for DFD while they put out fire.  Gas was deployed to disperse protesters.



Vandalism to DPD vehicles

## V.   MAY 30, 2020 (SATURDAY)

On May 30, 2020, JCRS prepared to be called out.  JCRS had collected additional Less Lethal options from participating team agencies.  JCRS staged at the Jefferson County Sheriff's office.  While staged, JCRS conducted training for operators.  JCRS conducted training on convoy procedures and less lethal deployment.  JCRS covered less lethal target impact zones, deployment methodology and authorized types of munitions used, such as handheld, launchable, and platforms relating to chemical and impact munitions.  Additionally, the appropriate use of force and agency specific policy and procedure were addressed to ensure operators had a proper understanding of the rules of engagement.  JCRS provided munitions and gas to DPD for distribution; however DPD did not request JCRS assistance.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

Denver Mayor Hancock issued an Emergency Curfew pursuant to DRMC Section 2-98.  Those who were in violation of this order were subject to arrest and charged with DRMC 1-13.

## VI.    MAY 31, 2020 (SUNDAY)

On Sunday, DPD requested mutual aid assistance from JCRS.  DPD Lt. J. Wykof who provided a briefing to JCRS.  DPD initially assigned JCRS to Lt J. D. Williams' reaction team.  DPD Sgt. R. Stack was the JCRS DPD Liaison.  Division Chief A. Simmons, JCSO, was present at the DPD ICP.

### A.    Intelligence Updated Information

Through experience, media/news, and DPD Intelligence, JCRS was aware of several additional factors.  Several firearms and other weapons had been seized during arrests.  Additionally, the protesters were increasing the velocity of their projectiles by utilizing slingshots and lacrosse sticks.  These items would be used to pick up gas canisters deployed by police and rocks to throw back at the police.  "Molotov Cocktails" and other incendiary devices, to include large fireworks, had been used against the police.  Also, several officers had been injured.

### B.    JCRS Initial Deployments

Initially, DPD ICP dispatched JCRS to several areas where large crowds had been gathering:  DPD Headquarters/Administrative Building at approximately 1748 hours and DPD District 6 Substation at approximately 1815 hours.  The protesters gathered in large numbers in those areas.  The protesters did not engage the officers, other than verbally, and were peaceful.



DPD HQ

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



DPD District 6



DPD District 6

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

### C.    District 6

At approximately 2010 hours, DPD ICP dispatched JCRS to DPD District 6 Substation for a large crowd that was approaching District 6.  Throughout the week, protesters had targeted DPD District 6 and vandalized the property.  JCRS parked facing southbound on Washington towards E. Colfax Ave.

Operators observed an active assault and intervened.  A black male was attacking a white male. The white male was on the ground and the black male was kicking the white male in the face. Operators deployed less lethal munitions to stop the attack.  The victim of the assault had significant injures and was transported to the hospital.  A Use of Force report was generated for this incident by each agency that had an operator involved (APD CR 20-9266, Jefferson County SO CR 20-10540, Golden PD CR 20-1932).

At approximately 2025 hours, the large crowed approached the JCRS position adjacent to District 6.  Protesters attacked JCRS with rocks, bottles and other projectiles from E. Colfax Ave. Gas was deployed by JCRS in an attempt to disperse the crowd, however many of the canisters were picked up and thrown back at JCRS in addition to other projectiles.  Protesters hit several operators with various projectiles.  Operators reported being hit in the gas mask with golf balls and gas canisters.  Many others reported being hit in the legs with large items, such as rocks.  A Captain from Aurora PD noted his team had located remnants of a possible "pipe bomb," which did not explode properly.  As a result, several other gas canisters were thrown at the crowd and operators attempted to hit protesters picking up the gas canisters with less lethal rounds.  The initial engagements mostly occurred from a distance of approximately twenty-seven meters (approximately eighty eight feet).  Protesters utilized street signs, umbrellas and other materials to be shielded from projectiles.  However, a large crowd remained on the south side of E. Colfax Ave.  JCRS held that position until Aurora PD MFF arrived to assist.

Aurora PD and JCRS then moved south along Washington to the building line on E. Colfax Ave. There were still protesters in the area and the skirmish line continued to be hit with projectiles. Attempts were made to disperse the crowds, but protesters would pick up and thrown the canisters back at law enforcement.  Less Lethal operators attempted to stop them from picking up the projectiles or throwing rocks.  Protesters threw projectiles at the law enforcement line from the east side of the Cheba Hut parking lot and the projectiles hit officers.  Protesters attempted to move large metal dumpsters in the roadway, but were addressed by other MFF's that were located to the west of JCRS.  Additionally, the MFF to the east began to move and push the reminder of the protesters to the west.  While on the line, JCRS formed an arrest team to take passive protesters into custody for violation of the curfew order that was put into place by the Denver Mayor.  As the MFF continued to clear west, JCRS joined them and continued west on E. Colfax Ave.  As JCRS pushed west, paintballs hit operators (OP Vinnola and OP Beale) and green lasers were being pointed in the operators' eyes.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

### INITIAL ENGAGEMENT





JCRS Targeting subjects who were throwing gas canisters and other projectiles at operators

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



Crowd remaining after gas deployments.  Operators still periodically targeted by projectiles.





Rocks, glass, liquids, and police gas canisters that were thrown at JCRS.  A vehicle appeared to have its front window broken by a projectile that targeted JCRS.  Officers reported being hit with gas canisters on the face mask and also with a hard ball, like a golf ball, on the gas  mask.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

LINE WITH MFF





***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

### D.    Cherokee St. and W 13th Av

At approximately 2209 hours, DPD ICP dispatched JCRS to assist with a large gathering that was approaching DPD HQ along W 13 Av.  JCRS was the first on scene and there was a large crowd of protesters in the area.  Protesters targeted JCRS with projectiles and large fireworks.  The crowd could have easily overwhelmed the relatively small JCRS contingent.  Protesters threw fireworks or other projectiles at JCRS.  JCRS attempted to disperse the crowd and targeted protesters with less lethal munitions who would attempt to thrown back the gas canisters.  Once a MFF arrived to assist, the protesters were pushed away from DPD HQ to go south on Cherokee St.





***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

### E.    1300 block of Sherman St.

At approximately 2255 hours, JCRS was deployed to the 1300 block of Sherman St. for a large crowd that was gathered at the State Capital.  JCRS was once again first on scene and parked approximately eighty five meters back from the large crowd to stay out of range of any projectiles, but still in a position to prevent the crowd from moving along Sherman St.  JCRS did not engage the protesters near the capital.  Another MFF pushed the crowed out from along W 14th St.  However, while in position, JCRS located several individuals hiding behind bike cages. Two of the persons were armed; one had several firearms in their backpack.  The protesters were arrested and released to deputies from DSO who transported the subjects.  Additionally, JCRS arrested other protesters for curfew violations, who were also turned over to DSO.



 

Graffiti in area

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



Weapons on subject 1 from arrest



Weapons on subject 2 from arrest

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

## VII.  JUNE 01, 2020 (MONDAY)

DPD informed JCRS of a leadership meeting prior to deployment on Monday. JCRS Commanders attended a DPD leadership briefing where DPD reviewed their Operations Plan. DPD provided JCRS an operations plan. DPD assigned DPD Liaison Cpl J. Albergotti to JCRS. Deputy Chief Brady, APD, and Division Chief Simmons, JCSO, were present for the briefing and remained at the DPD ICP.

Chief Pazen, DPD, later announced that as long as the protesters remained peaceful, law enforcement would not make any arrests for curfew violations. As a result, JCRS remained distanced from the protesters, as did most other agencies. JCRS was able to meet with some citizens as they walked by the staging area. JCRS spoke with families and took photos with them. Additionally, JCRS operators gave the children who stopped to talk to them their SWAT patches.

JCRS was staged in the area of Bannock St. and W 14th Ave. While staged, a vehicle began to drive directly towards operators. Operators stopped the vehicle with hand signals and a DPD marked unit immediately pulled in behind the vehicle with its overhead emergency lights activated. DPD determined that the driver was likely DUI and DPD took custody of the driver.

JCRS was deployed to District 6 and en-route, the DPD guide led JCRS vehicles in front of the State Capital where there were a large amount of protesters. The protesters immediately became agitated and began throwing rocks and other projectiles at the vehicles. Rather than engage the hostile acts, JCRS backed up the vehicles and took an alternate route to the assigned location. When protesters approached District 6, JCRS gave verbal commands from the loud speaker to disperse. JCRS did not engage the protesters.



Community relations

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## VIII.   JUNE 02, 2020 TO JUNE 05, 2020

JCRS was not requested between June 02, 2020 and June 05, 2020 to assist DPD.

## IX.   JUNE 06, 2020 (SATURDAY)

JCRS Commanders attended a DPD leadership briefing where DPD reviewed their Operations Plan.  DPD provided JCRS an operations plan.  However, a TRO was issued, stating that all Law Enforcement must have body worn cameras.  Since not everyone on JCRS is issued a body worn camera nor do they carry them on the tactical team, JCRS was released.  Deputy Chief Brady, APD, and Division Chief Simmons, JCSO, were present for the briefing and remained at the DPD ICP.

## X.   INJURIES TO OPERATORS

### 1.   Deputy Brown:

Hit by a large piece of metal on his right bicep, resulting in a golf ball size bruise

### 2.   Deputy Spery:

Vehicle was hit by a rock that came through the back window of the ambulance, which shattered the window, and struck the back of his left shoulder causing pain.  On another occasion, while acting as the team medic, Deputy Sperry was struck on the left calf by an unknown object causing pain and a bruise approximately two inches across.

### 3.   Deputy Hamilton

Struck on his left arm by a golf ball and sustained minor injuries.  Additionally, a rock hit his left shin.

### 4.   Officer DiDominico:

Hit by several different items.  Specifically, being struck by a larger rock at high velocity on the top of his foot, which is still causing pain to walk and is still red and swollen 11 days after he was hit.  Officer DiDominico was also hit with a glass bottle that shattered on his chest.

### 5.   Officer Vinnola:

Struck by multiple rocks (approximately 4) on both of his shins that caused him pain and left abrasions, minor cuts, and a bruise.

### 6.   Officer Beale:

Struck by a rock to right wrist, causing bruising, swelling, an abrasion, and some numbness on the outside of his hand.  Also, on another occasion, he was hit with a paintball in the upper left thigh/groin area.  Additionally, he observed someone aiming a green laser at operators from a vehicle, but was not sure if it was from a weapon.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

Officer Beale's injuries



### 7.    Officer Moretti

Struck by several items.  A river rock the size of a softball stuck the pavement, bounced up and struck his right arm just below his wrist.  It caused pain and still hurts as of 06/09/2020.  This left an abrasion and deep bruising.  Struck by a live gas canister that was thrown back from a protester, which hit the left side of his helmet and Peltor headset.  This caused pain to his head and neck, and burned his headset.  Because of the velocity it knocked off his gas mask.





***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

8.     Sgt. Vogel

Hit by large rock or brick that struck upper right shin below knee.  Still feeling pain after 9 days.  Hit by a bottle filled with an unknown liquid which saturated his legs.

9.     Sgt. Donohue

Struck by items on his lower right leg and his right knee.  The impact caused bruising, swelling and was still painful nine days later.  A golf ball and another unknown item hit and damaged the gas mask.






10.     Commander Baros:

Struck by at least one object on the chest and hit by an unknown item on the left upper leg causing pain, but no visible injury.

11.     Captain Williams:

Struck by golf ball on right shin, which caused pain, but did not leave a marking.  Additionally, Cdr. Williams dodged a glass bottle that was thrown at JCRS, which is illustrated in the photo on page 15.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## XI.  DAMAGE TO VEHICLES

There was significant damage to the JCRS vehicles, to include broken windows and several dents.  The armored vehicle was also hit several times.






## XII.  EQUIPMENT USED

### A.  Chemical Agents:

CS: CS is ortho-chlorobenzyl malononitrile, "tear gas," is a powder at room temperature, but becomes a cloud when agents are used to disperse it in the air.  The Riot Control CS canisters are used outdoor and have a high volume of continuous burn, which lasts approximately 20-40 seconds.  The effects can be a burning sensation in the eyes, heavy flow of tears, irritation or burning sensation in the nose, nasal discharge, stinging or burning sensations on moist skin areas, coughing, shortness of breath, or irritation in lungs.  Most discomfort dissipates after approximately 10-20 minutes.

OC:  OC, Capsaician or Capsicum spray, is an inflammatory agent.  OC inflames and irritates the mucous membranes in the eyes, nose, throat and lungs.  The average full effect of OC depends on the amount of exposure, but may last from 20-90 minutes.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

JCRS USE: CS and OC were used in response to violent actions taken against operators, such as projectiles being thrown at the operators.  The projectiles included large rocks, glass or contained unknown liquids, which presented an imminent threat of bodily to serious bodily injury to law enforcement.  Often, aggressors would blend in with the crowd making it difficult to identify a single subject.  As a result, chemical agents were used as a less lethal means of force in an attempt to disperse the crowd and create a separation between the operators and projectiles to limit the potential for injury to operators.

| EQUIPMENT | NUMBER USED |
|---|---|
| CTS 5230 large riot CS grenades | 20 |
| CTS 8230 small hot CS grenades | 9 |
| CTS 5430 flameless CS grenades | 13 |
| CTS 5440 flameless OC grenades | 5 |
| DefTech No. 98 small hot CS grenades | 30 |
| TOTAL | 77 |

\* See references section below for manufacture specifications

## B.   Kinetic Energy Projectiles

40mm Foam Baton Round:  The 40mm Foam Baton Round is deployed from a 40mm launcher. The projectile has a foam rubber nose and a plastic projectile body.  The 40mm is used as a less lethal means to temporality disable a target by using blunt kinetic force on the subject.  The CTS 4557 and CTS 4577 HV are both direct fire rounds.  The standard CTS 4557 has no standoff distance and is effective to a range of approximately 100 feet.   The CTS 4557 High Velocity (HV) round has a standoff distance of 20 meters and has an effective range of 200 feet.

Beanbags:  Beanbags were deployed from 870 Less Lethal shotguns.  Beanbags are woven bags that are filled with 40 grams of #9 shot, which are designed to transfer their kinetic energy to the target.  The CTS 2581 is a direct fire round with optimal ranges between fifteen and sixty feet.

Rubber Pellets:  Rubber pellets are kinetic impact munitions, which are designed to cause pain but not serious injury.

JCRS USE:  JCRS utilized their training to target specific individuals who were attempting to throw projectiles at the police, or throw the gas canisters back at law enforcement, or posed a threat of injury to law enforcement or others.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| EQUIPMENT | NUMBER USED |
|---|---|
| CTS 2581, Super Sock Bean Bag | 66 |
| CTS 4557 standard 40mm foam baton rounds | 55 |
| CTS 4557HV high velocity 40mm foam baton rounds | 28 |
| CTS 2552 and 2553 Rubber Pellets | 65 |
| 37mm Arwen rounds | 17 |
| 37mm Sting Ball Rubber | 8 |
| **TOTAL** | **239** |

\* See references section below for manufacture specifications

## C.    Flash Sound Diversion Devices

Mini bangs:  Flash Sound Diversion Devices (FSDD) create a bright light and loud noise to distract subjects, and/or deliver psychological and physiological effects on subjects.

JCRS USE:  FSDD'S are utilized to deliver a psychological and physiological effect on subjects.  JCRS would utilize the FSDD's to create and maintain the distance of the crowds, which were substantial enough that could have easily over taken the JCRS small contingent.  Also, creating distance lessened the effects and accuracy of the projectiles that were being thrown at law enforcement.

| EQUIPMENT | NUMBER USED |
|---|---|
| CTS 7290M mini-bangs | 5 |
| **TOTAL** | **5** |

\* See references section below for manufacture specifications

## XIII.   POLICY REVIEW

### A.    Arvada PD Policy Review Summary

1.    PM 300: Use of Force

2.    PM 308: Control Devices and Techniques

3.    PM 408: Jefferson County Regional SWAT Team

### B.    Golden PD Policy Summary

1.    Chapter 21: Use of Force

2.    Chapter 45 (Section B): Special Operations

3.    Memorandum 14-126: Munitions approved by Chief of Police

### C.    Jefferson County SO Policy Review

1.    JCSO PP 230: Use of Force

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## XIV.  USE OF FORCE CONTINUUM

### A.    Use of Force Continuum: Levels of Resistance and Levels of Control

This is an overall evolution of the use of force, not necessarily intended for each operator, to see if the force used was "objectively reasonable."[1]  The "One-Plus-One Theory," which is the most conservative use of force theory based upon response to resistance with proportional use of force, advocates that officers can use one level of force higher than that used by a subject.[2]  Therefore, officers respond to the type and level of resistance of the subjects.  As the subjects, resistance or aggressive actions increase the potential for injury to other citizens and officers also increases.[3]

### 1.    Chart: Levels of Resistance Encountered and Levels of Control Used

| Subjects: Levels of Resistance | Officers: Levels of Control[4] |
|---|---|
| ☒ Deadly Force Assault | ☐ Deadly Force |
| ☒ Active Aggression | ☒ Intermediate Weapons |
| ☐ Defensive Resistance | ☐ Hard Empty Hand Techniques |
| ☒ Passive Resistance | ☒ Soft Empty Hand Techniques |
| ☒ Verbal Non-Compliance | ☒ Verbal Direction |
| ☒ Psychological Intimidation | ☒ Officer Presence |

Injury Potential

---

[1] Graham V. Connor.
[2] HFRG, TRP Instructor Manual, Pg 4-3.
[3] HFRG, TRP Instructor Manual, Pg 4-4.
[4] HFRG, TRP Instructor Manual, Pg 4-3.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

2.    Levels of Resistance and Levels of Control Encountered During Event

| Levels of Resistance Encountered | Description |
|---|---|
| Psychological Intimidation | Frequently encountered subjects who demonstrated an appearance and physical readiness to physically assault officers.  Several non-verbal cues that indicate a potential to physically resist. (Clenching fists, stares, tightening of muscles, taunting). |
| **JCRS Level of Response** | **Description** |
| Officer Presence | JCRS showed a uniformed presence and observable identification that they were law enforcement. Those that were attempting to incite a physical altercation with operators who were standing in a line were not responded to. |
| Verbal Direction | DPD announced several times that a curfew was in place and possible repercussions. When feasible, subjects were given verbal warnings to leave the area. |

| Levels of Resistance Encountered | Description |
|---|---|
| Verbal Non-Compliance | Subjects frequently responded with an unwillingness to obey commands to stop their behavior or vacate the area.  Often subjects would yell, as a group and individuals, threating verbal statements directly at officers. Additional threatening messages were spray painted on buildings. |
| **JCRS Level of Response** | **Description** |
| Officer Presence | Same as above |
| Verbal Direction | Same as above |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| Levels of Resistance Encountered | Description |
|---|---|
| Passive Resistance | There were only a small number of subjects who were solely passively resistant.  Often, the individuals would sit in front of the MFF line. These individuals were generally allowed to remain where they were.  However, for their safety and the possibly of being struck by a projectile thrown at officers, there were some who were arrested for curfew violations.  These charges were later dropped by the Denver DA's office (News Article).[5] |
| **JCRS Level of Response** | **Description** |
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Soft Empty Hand Techniques | When it was necessary to affect an arrest, passive individuals were taken into custody. There were no reports of injuries for those arrested. |

| Levels of Resistance Encountered | Description |
|---|---|
| Defensive Resistance | JCRS did not encounter subjects attempting to prevent officers from gaining physical control of the subjects by pulling away.  However, subjects would often hide in crowds or remain at a distance where operators could not apprehend or identify them. |
| **JCRS Level of Response** | **Description** |
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Hard Empty Hand Techniques | NOT utilized by JCRS.  No strikes were reported to have been used. |

---

[5] https://www.denverpost.com/2020/06/10/denver-curfew-violations-charges-dropped-geroge-floyd-protests/

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| Levels of Resistance Encountered | Description |
|---|---|
| Active Aggression | There were numerous physical actions/assaults against JCRS with less than deadly force, which included the numerous projectiles thrown at law enforcement. |

| JCRS Level of Response | Description |
|---|---|
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Intermediate Weapons | Chemical agents and kinetic munitions were utilized.  Other forms of control had failed and empty hand controls were not an option, since subjects were often embedded with the crowd or would immediately flee.  Operators did not target head, neck, or throat areas. |

| Levels of Resistance Encountered | Description |
|---|---|
| Deadly Force Assaults | The throwing of glass and large rocks had the potential to cause great bodily harm, and possibly death, to law enforcement.  Additionally, utilizing items to enhance the velocity of the projectiles (sling shots, lacrosse sticks, etc) increased the likelihood of serious injury to law enforcement.  It was also likely that one pipe bomb type device was used, but failed to have desired effect.  There were several items filled with unknown fluids that hit operators.  The previous night Molotov Cocktails had been used, so it was not unreasonable to think these liquids may have been flammable at the time or were another type of biohazard, such as urine.  Furthermore, subjects who threw the gas canisters back targeted law enforcement personnel; this contradicts the training of proper use of the devices, which JCRS operators have received. |

| JCRS Level of Response | Description |
|---|---|
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Intermediate Weapons | Chemical agents and kinetic munitions were utilized.  Other forms of control had failed and empty hand controls were not an option, since subjects were often embedded with the crowd or would immediately flee.  Operators did not target head, neck, or throat areas. |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

B.  **Criminal Activities by Subjects**
Denver Revised Municipal Code:

38-31 – Interference with Policy Authority
38-31 – Resistance
38-39 – Duty of Citizens to Report Offenses
38-61 – Damaging, defacing or destruction of property
38-62 – Protection of Fire and Police Department Property
38-71 – Damaging, defacing or destruction of private Property
38-86 – Obstruction of Streets or Public Passage Ways
38-89 – Disturbing the Peace
38-89(a) – Disturbing the Peace, Fighting Words
38-92(a) – Threats to Injure Persons
38-93 – Assault (for missiles that hit individuals)
38-125 – Obstruction Equipment Prohibited
38-127 – Throwing Stones of Missiles

Colorado Revised Statues

18-3-202(e), Assault in the First Degree (Police Officer)
18-3-203 (c), Assault in the Second Degree (Police Officer)
18-4-102, First Degree Arson
18-4-103, Second Degree Arson
18-4-105, Fourth Degree Arson

## XV.  LESSONS LEARNED

A.  **Less Lethal Equipment**
JCRS was ill equipped to deal with the aggressiveness of the rioters and violent acts on the first night since many of the operators were only armed with lethal weapons.  This severely limited JCRS capabilities and actions.  However, the next day, through interagency cooperation, JCRS was able to obtain at least one less lethal option for a majority of the operators from their home agencies.  In future operations, it may be best to consider standardized equipment from each agency.

B.  **Shin Guards**
JCRS also did not have sufficient armor, specifically for below the knees where several projectiles injured officers.  Once again this obstacle was overcome with interagency cooperation and extra shin guards from the MFF's were distributed to the operators.

C.  **Med Evac**
JCRS initially left their medical vehicle behind.  However, after noticing the extreme delays for medical personnel to arrive, JCRS adapted and took the medical vehicle with

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

them in their convoy.  Also, JCRS was not prepared to address the flammable items that were being used against Law Enforcement.  As a result, each vehicle was equipped with at least two fire extinguishers and were deployed to the lines with officers.

D.   "Safe Zone" from Skirmish Line

Tactically, JCRS observed that the primary means of a traditional mobile field force of having a skirmish line and then pushing subjects back was ineffective against persons wanting to cause harm.  Many of the assaults officers sustained were from a distance and from persons embedded in the crowd.  This made it difficult to target those aggressors and apprehend them.  Additionally, JCRS needed to provide a "safe zone" which limited the distance objects could be thrown at police.  As a result, gas and less lethal munitions were employed to keep the protests a safe distance back.  This not only provided safety for the officers, but also for the citizens who were simply protesting, since officers were not being assaulted with projectiles, thus this decreasing the need for the use of gas and less lethal munitions.

E.   Rapid Deployment on Vehicles

The JCRS team was mobile and rapidly deployed to situations with increased tensions.  Often JCRS would arrive before any other supporting units and would be first to create a line to prevent the advance of large crowds.  This immediate response was effective and recognized by DPD.  However, the equipment trucks were not equipped with broad rails for adequate footing, and it was difficult for operators to remain on the trucks rails for extended periods of time.  JCSO has since looked into placing rail systems on the equipment trucks.

F.   Pepper Ball Munitions

Pepper ball guns were widely used by DPD and other agencies.  The pepper ball guns appeared to have been easier to transport and deliver less kinetic energy than the less lethal munitions that were being carried by operators.  However, there is some concern with accuracy when using pepper ball munitions as distance increases or with weather factors.  One solution is to increase the pressure, however that also increases the risk of injury to subject.  As a result, it may be best to have some pepper ball guns for use in the inventory for limited use.

G.   MFF Training

JCRS lacks joint training with MFF's.  With the formation of agency MFF's it would be beneficial to have a joint training so each group understands the others roles and capabilities.

H.   VIP/Dignitary Removal and Protection

Although able to provide dignitary protection at an event, such as at a public speech, JCRS needs increased training in Dignitary Protection and Removal when the individual is in a crowd, such as marching with the protesters.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

I.    Host Agency Navigator and Liaison

Liaisons familiarity and knowledge of the area is vital.  Sgt. Stack, DPD, was very knowledgeable and able to maneuver the convoy to appropriate locations quickly, and avoiding potential "hot spots."  Conversely, another DPD liaison had limited knowledge of the district; as a result, the liaison would direct JCRS the wrong way on one way streets and another time were nearly driven into a large hostile crowd.  Both incidents incited crowds.

J.    Additional Drivers

Having operators remain with vehicles decreased the number of operators JCRS could use on the line or for perimeters.  Also, as JCRS would move with the MFF, JCRS vehicles and their guards were often left behind, creating separation in the team.  JCRS later adjusted and had the vehicles follow the team as JCRS moved.  Additionally,  JCRS Command requested the K9 unit to assist as drivers on the last day.  It would be beneficial to have alternate drivers, who are not operators, to drive and remain with the vehicles.

K.    K9 Use

JCRS requested the K9 Teams on the first day, but due to the gas and projectiles they were not deployed.  JCRS could further examine their potential of their use or non-use for future MFF deployments.

L.    Adaptability and Flexibility

One of the greatest advantages of deploying a tactical team is their ability to adapt and be flexible to the mission.  JCRS showed great adaptability in being able to change from mission and environment with short notice and deal with whatever tactical dilemmas were presented.  A tactical team also provides skilled marksmen who frequently train and operate on less lethal platforms.  Additionally, operators were not deterred by large, overwhelming and agitated crowds, but showed courage under circumstances that could have easily caused at a minimum bodily harm.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## XVI.  ADDITIONAL REFERENCES

A.   Agency Reports

1.   Jefferson County SO CR 20-10539

2.   Golden PD CR 20-1932

3.   Arvada PD CR 20-9346

B.   JCRS AAR 05/29/2020

---

**CASE NBR: Unknown**                                               **TIME PAGED: 2105**
**CALL OUT NBR: 06**            **DATE: 05/29/2020**        **TIME ARRIVED: 2200**
**LOCATION: Denver**                                           **TIME CLEARED: 0230**

---

**TYPE OF DETAIL:**    **ARREST**     **SEARCH**     **PROTECTION**     **OTHER**     **AOA: Denver Riots**

**OFFENSE: Riots**

| **TEAM MEMBERS:** | **POSITION** | **EQUIPMENT** | **ARRIVAL TIME** |
|---|---|---|---|
| **1)** Donohue | Team Leader- BC | | |
| **2)** Vogel | Team Leader- BC | | |
| **3)** Stegink | Team Leader- Van | | |
| **4)** Moretti | Lethal- BC | | |
| **5)** Pitton | Lethal- BC | | |
| **6)** Neidig | Lethal- BC | | |
| **7)** Brown | Lethal- Blue Truck | | |
| **8)** Hamilton | Lethal- Blue Truck | | |
| **9)** Beale | LL- Blue Truck | | |
| **10)** Vinnola | LL- BC | | |
| **11)** Bybee | Lethal- Blue Truck | | |
| **12)** Dreith | BC Driver, LL | | |
| **13)** Clarke | Lethal Cover, Van | | |
| **14)** Griffin | Lethal Cover, BC | | |
| **15)** DiDominico | Lethal Cover, BC | | |
| **16)** Moody | LL- Blue Truck | | |
| **17)** Laas | At CP | | |
| **18)** Bingham | At CP | | |
| **19)** | | | |

**Medic 1)** Spery

---

**COMMANDERS:**                                    **TEAM LEADER: Sgts Donohue, Vogel, Stegink**

      **Cmdr. Anthony Baros**
      **Cmdr. Brad Ingermann**

**OPERATIONS COMMANDER:**
**DISPATCHER(S):**                                     **NEGOTIATORS:**

---

**POINT OF ENTRY:**          **METHOD OF ENTRY:**              **VEHICLES USED:**
FRONT DOOR                   ☐ AVON RDS. NBR USED _____       Bearcat, Blue Truck, Van

REAR DOOR
WINDOW                       ☐ PRY NEEDED

Page **34** of **40**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

☐ OTHER

| SPECIAL EQUIPMENT: | WEAPONS FOUND: | | LOADED: UNK |
|---|---|---|---|
| FSDD#1- | 1)TYPE: | CALIBER: | YES    NO |
| FSDD#2- | 2)TYPE: | CALIBER: | YES    NO ☐ |
| FSDD#3- | 3)TYPE: | CALIBER: | YES    NO ☐ |
| FSDD #4- | | | |
| BRAND: CTS | 4)TYPE:| | CALIBER: _____ | YES ☐ NO ☐ |

| OTHER EQUIPMENT USED: THESE ARE APPROXIMATIONS | | | TOTAL MAN HOURS: |
|---|---|---|---|
| GAS Barricade CS/OC | TYPE: | AMOUNT: 0 | NOTES: |
| GAS OC Vapor Hand Held | TYPE: Hot CS/OC | AMOUNT: 5 | _____ |
| ☐ SMOKE | ☐ TYPE: _____ | ☐ AMOUNT: _____ | _____ |
| ☒ TACTICAL VEST, TACTICAL HELMET, GAS MASK | | | |

**INCIDENT DESCRIPTION:** On 05/29/2020 the Jefferson County Regional SWAT Team (JCRS) was called to assist the Denver Police Department with protests in their city in reference to the death of George Floyd in Minnesota. A Denver Police Department Officer and Sergeant were assigned to our team to help with geography and the radio procedure in Denver. Our first assignment was to apprehend a suspect that was bringing long guns into the City of Denver. The UC Denver units would notify the Jefferson County Regional SWAT Team when the suspect was returning to his vehicle and we would apprehend the suspect in a pedestrian takedown. Other Denver Police Department resources became available and JCRS was assigned to other pressing matters.

We were assigned to assist Denver Fire at Colfax and Logan in putting out a dumpster fire. Our assignment was to provide security for Denver Fire. While en route to this location all operators were inside their vehicles. The equipment truck had several windows broken by rioters throwing objects at the windows.

JCRS was then assigned to the 1300 block of Broadway, in front of the Capitol where rioters had built a barricade in the roadway. Due to the location of our stopping point, there were rioters on either side of the convoy as well as traffic still on Broadway. Rioters began throwing glass bottles and rocks at operators. At least one rock and one glass bottle hit the same operator (DiDomenico). The rioters threw at least one mortar firework at operators. Only two operators had 40mm Penn Arms multilaunchers. Rioters who had just or were prepared to throw objects at operators or DPD officers were targeted. Operators deployed several CTS Riot CS smoke into the crowd in an attempt to disperse the crowd. Operators assisted Denver in a skirmish line to move the rioters out of Civic Center Park.

Once the majority of the crowd was dispersed, JCRS was assigned to check on the status of a looting that was taking place at a restaurant. Once we arrived on scene, it was observed windows were broken, but no one was inside the restaurant. DPD was notified.

JCRS then travelled back to the area of the Capitol and assisted Denver SWAT (Metro) with closing of an intersection. JCRS then assisted DPD with forming another skirmish line to clear out Civic Center Park. Once the park was cleared JCRS returned to DPD headquarters.

**CRITIQUE/RECOMMENDATION:**

JCRS was ill prepared for a riot engagement. Only 2 less lethal platforms were brought into Denver and the rules of engagement were learned as the riot progressed. 360 degree coverage had to be reminded to operators several times.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

With that being said, operators, TLs, and commanders learned as the night progressed and we adapted our tactics to our environment. Once the night was concluded a plan was in place to equip a majority of the team with less lethal platforms from home agencies. The equipment was staged and ready to deploy on the next activation.

| NAME (PRINT/SIGNATURE) | BADGE# | |
|---|---|---|
| Sergeant Vogel | 0902 | |

### C.   JCRS AAR 05/31/2020

**CASE NBR: Unknown**                                                                  **TIME PAGED: 1547**
**CALL OUT NBR: 07**            **DATE: 05/31/2020**            **TIME ARRIVED: 1630**
**LOCATION: Denver**                                                               **TIME CLEARED: 0100**

| TYPE OF DETAIL: | ARREST | SEARCH | PROTECTION | OTHER | AOA: Denver Riots |

**OFFENSE: Riots**

| TEAM MEMBERS: | POSITION | EQUIPMENT | ARRIVAL TIME |
|---|---|---|---|
| 1) Donohue | Team Leader- BC | | |
| 2) Vogel | Team Leader- BC | | |
| 3) Stegink | Team Leader- Van | | |
| 4) Moretti | LL- BC | | |
| 5) Pitton | LL- BC | | |
| 6) Neidig | LL- BC | | |
| 7) Brown | LL- Blue Truck | | |
| 8) Hamilton | LL- Blue Truck | | |
| 9) Beale | LL- Blue Truck | | |
| 10) Vinnola | LL- BC | | |
| 11) Bybee | LL- Blue Truck | | |
| 12) Dreith | BC Driver, LL | | |
| 13) Clarke | Lethal Cover, Van | | |
| 14) Griffin | Lethal Cover, BC | | |
| 15) DiDominico | Lethal Cover, Blue Truck | | |
| 16) Colley | LL- Blue Truck | | |
| 17) Moody | Driver Blue Truck | | |
| 18) | | | |
| 19) | | | |

**Medic 1)** Spery

**COMMANDERS: Capt. Drew Williams**                    **TEAM LEADER: Sgts Donohue, Vogel, Stegink**
                    **Cmdr. Anthony Baros**
                    **Cmdr. Brad Ingermann**
**OPERATIONS COMMANDER:**
**DISPATCHER(S):**                                        **NEGOTIATORS:**

| POINT OF ENTRY: | METHOD OF ENTRY: Suspect Opened Front Door | VEHICLES USED: |
|---|---|---|
| FRONT DOOR | ☐ AVON RDS. NBR USED _____ | Bearcat, Blue Truck, Van |
| REAR DOOR WINDOW | ☐ PRY NEEDED | |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

☐ OTHER

| SPECIAL EQUIPMENT: | WEAPONS FOUND: | | LOADED: UNK |
|---|---|---|---|
| FSDD#1- | 1)TYPE: Pistol | CALIBER: | YES X    NO |
| FSDD#2- | 2)TYPE: Pistol | CALIBER: | YES X    NO ☐ |
| FSDD#3- | 3)TYPE: Pistol | CALIBER: | YES  X    NO ☐ |
| FSDD #4- | | | |
| BRAND: CTS | 4)TYPE: Pistol | CALIBER: _____ | YES ☒  NO ☐ |

| OTHER EQUIPMENT USED: THESE ARE APPROXIMATIONS | | | TOTAL MAN HOURS: |
|---|---|---|---|
| GAS Barricade CS/OC | TYPE: | AMOUNT: 0 | NOTES: |
| GAS OC Vapor Hand Held | TYPE: Hot CS/OC | AMOUNT: 30 | _____ |
| ☐ SMOKE | ☐ TYPE: _____ | ☐ AMOUNT: _____ | _____ |
| ☒ TACTICAL VEST, TACTICAL HELMET | | | _____ |

**INCIDENT DESCRIPTION:**  On 05/31/2020 the Jefferson County Regional SWAT Team was called to assist the Denver Police Department with ongoing protests in their city in reference to the death of George Floyd in Minnesota.  This was the second time that JCSO Regional SWAT had been requested to assist with the protests, which had turned to riots on at least the prior 4 nights.  The team met with DPD Command in the 1400 block of Cherokee street, where we were assigned as a reactionary team to "hot spots" throughout the city.

Our first assignment was to block protesters as they demonstrated in our area of 1400 Cherokee.  This was peaceful.

Our second assignment was to protect District 6 Headquarters from approaching protesters.  This was peaceful, but protesters had a very negative energy.  They screamed at us, cursing and calling us names.  They did not instigate anything at this time, nor did we engage them.

Our third assignment later was again to protect District 6 as the curfew was being enforced and the protesters were marching down Colfax.  Prior to the crowd arriving, JCSO SWAT arrived and found an African American male beating a white male on the sidewalk across the street.  As Operators approached, the male began being kicked in the face and was completely defenseless.  Operators engaged the suspect with less lethal platforms, stopping the assault and protecting the victim.  Aid was immediately rendered by Medic Spery, and an ambulance was called to transport the victim to the hospital.

After this, Our team was assigned to the Washington St. side of District 6.  As the crowd approached the building, rocks began to be thrown from the crowd at the JCSO SWAT Team.  The rocks were being thrown directly at Operators.  In response to this, CS gas was deployed in an attempt to disperse the crowd before any Operators were injured.  Almost immediately after the gas was deployed, Operators began having glass bottles, rocks, golf balls, urine bottles, etc. thrown at them.  In response to this, Operators utilized less lethal platforms (40mm foam batons, 12ga beanbag rounds, 12 ga rubber ball rounds, 37mm rubber ball rounds, CS Gas, OC Gas) in order to protect themselves, as well as the building at District 6.  During this engagement numerous Operators sustained injuries.  Additional agencies also arrived to assist in controlling the crowd at this intersection.  Eventually, the crowd was driven back and away.  Operators assisted in driving the crowds back and enforcing the curfew.  Operators only engaged crowds or individuals who threw objects at Officers.

Shortly after this, Operators were dispatched to another area with a large crowd.  Several people were attempting to hide from Operators as we stepped off the rails.  In all, 8 people were arrested in this area for violating the curfew.  One of these people had a loaded firearm on him with two additional firearms in his backpack.  All were chambered with extra ammunition and magazines.  A female was also among the group arrested.  She was also carrying a loaded and chambered pistol and had brass knuckles.

Our final assignment was dispersing crowds in the area of 1300 Cherokee St.  As soon as Operators arrived on scene, they

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

began being struck with objects.  Less lethal munitions were once again used to disperse the crowd and protect the Officers.  This was successful, and the crowd was driven back and eventually dispersed.

**CRITIQUE/RECOMMENDATION:**

Convoy tactics have not been taught in the past.  This led to lag time in getting trucks mounted up, and finding drivers to stay with their trucks.  Operators don't know how to reverse using ground guides.  These driving techniques and convoy tactics will be covered and practiced for future Operations.

Overall the SWAT Team did an incredible job adapting to an extremely dynamic and hostile environment.  We were not equipped in riot control gear, so Operators sustained injuries to their extremities.  Even with their injuries they pushed on and continued to carry out their assignments.

| NAME (PRINT/SIGNATURE) | BADGE# | |
|---|---|---|
| Sergeant Mark Donohue | 12-2 | |

**D.    JCRS AAR 06/01/2020**

**CASE NBR:  20-10539 (JCSO)**                                    **TIME PAGED: 1400**
**CALL OUT NBR:**                    **DATE: 6/1/2020**           **TIME ARRIVED: 1500**
**LOCATION: 13th Avenue and Cherokee**                **TIME CLEARED: 0100**
**Street (Denver)**

| TYPE OF DETAIL: | ARREST | SEARCH | PROTECTION | OTHER | AOA: DPD Riots |
|---|---|---|---|---|---|

**OFFENSE:**

| TEAM MEMBERS: | POSITION | EQUIPMENT | ARRIVAL TIME |
|---|---|---|---|
| 1)  Donohue | Team Leader - BC | | |
| 2)  Vogel | Team Leader - BC | | |
| 3)  Stegink | Team Leader - Van | | |
| 4)  Moretti | LL - BC | | |
| 5)  Pitton | LL - BC | | |
| 6)  Neidig | LL - BC | | |
| 7)  Brown | LL - Blue Truck | | |
| 8)  Hamilton | LL - Blue Truck | | |
| 9)  Beale | LL - Blue Truck | | |
| 10) Vinnola | LL - BC | | |
| 11) Bybee | LL - Blue Truck | | |
| 12) Dreith | LL - BC Driver | | |
| 13) Clarke | Lethal Cover - Van | | |
| 14) Griffin | Lethal Cover - BC | | |
| 15) DiDominico | Lethal Cover - Blue Truck | | |
| 16) Colley | LL - Blue Truck | | |
| 17) Moody | Lethal Cover - Driver Blue Truck | | |
| 18) Novak | LL - BC | | |
| Medic 1) Spery | Medic - Ambulance | | |

**TACTICAL COMMANDER: Cmdr. Anthony Baros**        **TEAM LEADER: Sgts Donohue, Vogel, Stegink**

Page 38 of 40

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| SUPPORT COMMANDER: Cap. Drew Williams | | |
| OPERATIONS COMMANDER:  Cmdr. Brad Ingermann | K-9: Bingham, Dillman | |
| DISPATCHER(S): | NEGOTIATORS: | |

| POINT OF ENTRY: | METHOD OF ENTRY:<br>☐ AVON RDS. NBR USED _____<br><br><br>☐ PRY NEEDED N/A | VEHICLES USED:<br>Bearcat, Red Truck, Blue Truck, VAN, Medic Vehicle |

| SPECIAL EQUIPMENT:<br>FSDD#1-<br>FSDD#2-<br>FSDD#3-<br>BRAND: | WEAPONS FOUND:<br>1)TYPE:            CALIBER:<br>2)TYPE:            CALIBER:<br>3)TYPE:            CALIBER:<br>4)TYPE: _____  CALIBER: | LOADED:<br>YES        NO<br>YES        NO ☐<br>YES        NO ☐<br>YES ☐   NO ☐ |

| OTHER EQUIPMENT USED:<br>  GAS Barricade CS/OC        TYPE:            AMOUNT:<br>  GAS OC Vapor Hand Held   TYPE:            AMOUNT:<br>☐ SMOKE                            ☐ TYPE: _____  ☐ AMOUNT: _____<br>☒ TACTICAL VEST, TACTICAL<br>HELMET | TOTAL MAN HOURS:<br>NOTES:<br>  _____<br>  _____<br>  _____ |

**INCIDENT DESCRIPTION:** On June 1, 2020 at approximately 1400 hours, the Team met at Jefferson County Headquarters in reference to assisting the Denver Police Department with the continuing riots and demonstrations in their city regarding the death of George Floyd.  During the previous deployments, there were confrontations between the demonstrators and police and assaults between citizens.  During this deployment, the Team responded to various locations to provide security and to monitor the crowds.  During this deployment, the Team did not have any contact with the demonstrators and did not deploy any munitions.  The crowds were peaceful, and the demeanor of the crowds were calmer than on previous deployments.

When responding to District 6 later in the evening to provide security, we were directed by Denver Police to travel northbound on Broadway in front of the State Capital.  When turning on to Broadway, the Team encountered a very large crowd of protesters who were highly agitated, and became even more so when seeing us.  They began throwing rocks and bottles at Team members who were riding on the side of the Bear Cat and equipment trucks.  Several operators were struck by these projectiles.  The Team turned around and took a different route, but we did not engage the protesters with less lethal munitions or chemical munitions.

ARVADA:

GOLDEN: 20-1932

JCSO: 20-10539

**CRITIQUE/RECOMMENDATION:**

At one point during the night when traveling from 13th Avenue and Cherokee Street to the District 6 Station (Colfax Avenue and Washington Street), our convoy turned on to Broadway (at the direction of the Denver Police officer attached to our Team), and we ran into a large gathering of people in front of the State Capital.  There was difficulty in quickly

Page **39** of **40**

20-cv-1878-RBJ<br>Exhibit A<br>Page 41 of 42

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

turning the vehicles around.  This was noted at other times during our response to assist Denver Police and was discussed at the debriefings.  This is an area that will be address during training and practiced to avoid future conflicts.

| NAME (PRINT/SIGNATURE) | BADGE# | |
|---|---|---|
| Sergeant Tim Stegink | 1148 | |

E.    EQUIPMENT SPECIFICATIONS PDF LINKS

    1.    Chemical Agents

        a)    *CTS 5230 CS Baffled Canister Grenade*

        b)    *CTS 8230 CS Tactical Canister Grenade*

        c)    *CTS 5430 CS Flameless Expulsion Canister Grenade*

        d)    *CTS 5440 OC Flameless Expulsion Canister Grenade*

        e)    *Defense Technology – Pocket Tactical Grenade*

    2.    Kinetic Projectiles

        a)    *CTS 2581 Super Sock Bean Bag*

        b)    *CTS 4557 40mm Sponge, Smokeless, Spin Stabilized*

        c)    *CTS 4557HV*

        d)    *CTS 2552 12 GA, .31 Cal Sting Balls*

        e)    *CT 2553 12 GA, .31 Cal High Velocity Sting Balls*

    3.    Flash Sound Diversionary Devices

        a)    *CTS 3556 37mm .31 Cal Sting-Ball  (may have been 3559)*

        b)    *CTS 7290 Flash Bang, Mini Bang, Steel Body, Single Use*

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***