*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF JOE CARLOS DERAS
August 11, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.
_____



APPEARANCES:

     LOEVY & LOEVY
          By Elizabeth Wang, Esq.
             2060 Broadway, Suite 460
             Boulder, Colorado  80302
                Appearing via Zoom on behalf of
                Plaintiffs

     DENVER CITY ATTORNEY'S OFFICE
     CIVIL LITIGATION SECTION
          By Hollie R. Birkholz, Esq.
             201 West Colfax Avenue, Dept. 1108
             Denver, Colorado  80202
                Appearing via Zoom on behalf of
                Defendants
```

*Joe Carlos Deras - 08/11/2021*                                 1

**Exhibit B**

*AB Litigation Services*

```
 1    friend --  Or we have a mutual friend in common.
 2         Q     Okay.  Emma, how do you know her?
 3         A     I know Emma through work.  She's --
 4    She's worked on -- with different nonprofits in
 5    the Denver area.
 6         Q     Okay.  How did you get downtown this
 7    time?  Did you drive?
 8         A     I drove.
 9         Q     Did you park in the same parking lot?
10         A     I did.
11         Q     So at the Colorado Education
12    Association?
13         A     Yes.
14         Q     Okay.  So did you also meet your
15    friends there again around 7 o'clock?
16         A     Yes.
17         Q     Okay.  So when you arrive around
18    7 o'clock at the Colorado Education Association,
19    where do you go?
20         A     To the Capitol, to the west steps.
21         Q     What were you wearing on that day?
22         A     I was wearing a white hard hat --
23    construction hard hat, orange goggles, the bold --
24    the green -- the green-looking backpack.  I think
25    I was wearing a long-sleeved shirt, like a dark
```

*AB Litigation Services*

1   ==long-sleeved and dark pants.==

2       Q     Do you recall anything about what your
3   friends were wearing?
4       A     I think it was mostly, like, dark
5   clothes, maybe goggles and hard hats.
6       Q     Okay.  Were all of you wearing same the
7   color hard hat?
8       A     I think we were all wearing white hard
9   hats, yeah.
10      Q     And that was new on the 31st, right?
11      A     Yeah.  On the 29th, there was a woman
12  who was standing on the sidewalk who had gotten
13  shot by the police with a 40 -- I think it was,
14  like, with a 40 millimeter round or something, and
15  she had like lost an eye -- or she was losing an
16  eye at the time.  So I remember thinking how,
17  like, that could have -- that could have been any
18  one of us.  So I think a lot of us decided to wear
19  hard hats for protection that day.
20      Q     What day is it that you just described
21  that incident from?
22      A     The 29th is when she -- when the -- is
23  when the bystander was hit or the woman was hit.
24      Q     Okay.  Do you --  I apologize for
25  interrupting.  And you did not have a hard hat on

AB Litigation Services

1  remember, after a flash bang, there was a
2  canister, like, maybe 10 feet in front of me that
3  started to, like, spill out.  At this point,
4  because, like, you know, we had been in tear gas
5  and had been shot and had, like, experienced these
6  chemical weapons for the last couple days, we
7  felt --  I mean, we were wearing, like, protective
8  goggles, you know, like the ski goggles that I was
9  wearing that really filtered out the air, so my
10 eyes were fine.
11           At that point, like, I was also wearing
12 a mask -- an N95 mask with, I think, a bandana
13 over -- over it with apple cider vinegar so that,
14 like, the smoke that I was inhaling wasn't as bad
15 or I could handle it a little bit more.  So when
16 I --  So, you know, when I saw the gas, like,
17 coming into contact with, like, the people in
18 front of -- or in back and to the side of me, I
19 tried to, like, remove it to the -- to the only
20 side where there weren't any people.
21           And --  And then I think there was a
22 second tear gas canister as well.  I tried to move
23 that away from the people as well, and that's when
24 ==I felt the first impact of a projectile, which at==
25 ==the time I thought was a -- was a tear gas==

*AB Litigation Services*

1   canister, but I think after reviewing the video,
2   I'm not quite sure what it was.  I was --  Like,
3   it hit the top of my hard hat and I felt it, like,
4   falling, so I pulled it back up.  At that point,
5   then, a second shot was -- was fired, and it hit
6   the inside of my right hand on my palm.
7                At that point, I, like, turned around
8   and tried to leave the area.  I was hit again on
9   the back side of -- on the left side of my body
10  above, like -- or, like, right on the -- on the --
11  the waist area -- or right beneath the waist area.
12  And it felt like my thumb was, like --  It almost
13  felt like it was broken or seriously injured.
14  When I looked at it, I saw, like, a first degree
15  burn on the inside of the palm, and so I assumed
16  it was a tear gas canister.
17                Then I met up with Emma, who was right
18  behind me, and she was able to text for help.  So
19  we found people who were giving medical attention
20  at the -- at the protest, and they put it into a
21  makeshift splint so that I wouldn't damage it
22  further.  Then we walked -- were able to get back
23  to my car, after going down to, like, 13th Avenue,
24  I believe, or 14th, and then walking west back to
25  the -- to the CEA parking lot.  At that point,

*AB Litigation Services*

```
 1      Q     Okay.  So there's a police line here
 2   (indicating).  Is there a police line anywhere
 3   else in this location?
 4      A     Not that I can remember seeing.  I also
 5   couldn't see past, like --
 6      Q     Right.
 7      A     -- Sancho's Broken Arrow, because there
 8   was a lot of people there.
 9      Q     Okay.  And was there just -- basically,
10   just a whole bunch of people up and down Colfax
11   right there?
12      A     Yeah.  And then --  Yeah, going east,
13   as well as, then, going down south on Washington,
14   too.
15      Q     Okay.  Is there any reasonable way for
16   you to estimate how many people were in the area
17   at the time this happened?
18      A     Thousands.  I don't know.
19      Q     Okay.  And could you tell at all where
20   the officer or officers were when they utilized
21   whatever munition that impacted you?
22      A     No.  I mean, I remember knowing that
23   there was cops on 16th Street, like, lined up,
24   because we kept seeing them on the intersections
25   while we were walking eastbound on Colfax.  But
```

*Joe Carlos Deras  -  08/11/2021*                   151

**Exhibit B**

*AB Litigation Services*

```
 1      Q     Okay.  All right.  What did the flash
 2   bang look like?
 3      A     It was just, like, a loud bang.  And
 4   there was, like, some smoke and then, like, people
 5   ran away.  So it was, like, really startling.  It
 6   was just hard to see what -- who had thrown it and
 7   where it had landed.
 8      Q     Okay.  So there was a loud bang and
 9   smoke this time.  Was there also a flash?
10      A     Yeah, I saw light.
11      Q     Okay.  So light and just one bang?
12      A     Yeah.
13      Q     Okay.  So, then, after it was deployed,
14   you were then, shortly thereafter, hit, correct?
15      A     Yeah.
16      Q     Okay.  The first time on the head, the
17   second time in the hand, and then the third time
18   in kind of the left buttock area; is that correct?
19      A     That's correct.
20      Q     Okay.  And you don't have any idea what
21   those objects were?
22      A     No, I don't.
23      Q     Okay.  Do you think that whatever the
24   objects were, they were fired from a gun of some
25   sort?  Or do you believe they were thrown?
```

*Joe Carlos Deras - 08/11/2021*                                153

**Exhibit B**

AB Litigation Services

```
 1    STATE OF COLORADO)

 2                    )ss.    REPORTER'S CERTIFICATE

 3    COUNTY OF DENVER )

 4          I, Tracy L. Harris, do hereby certify that I

 5    am a Certified Realtime Reporter, Registered Merit

 6    Reporter, and Notary Public within the State of

 7    Colorado; that previous to the commencement of the

 8    examination, the deponent was duly sworn to

 9    testify to the truth.

10          I further certify that this deposition was

11    taken in shorthand by me at the time and place

12    herein set forth, that it was thereafter reduced

13    to typewritten form, and that the foregoing

14    constitutes a true and correct transcript.

15          I further certify that I am not related to,

16    employed by, nor of counsel for any of the parties

17    or attorneys herein, nor otherwise interested in

18    the result of the within action.

19          In witness whereof, I have affixed my

20    signature this 20th day of August, 2021.

21           My commission expires July 30, 2025.

22

23
                                _____
24                              Tracy L. Harris, CRR, RMR, RPR
                                216 - 16th Street, Suite 600
25                              Denver, Colorado 80202
```

Exhibit B