## DECLARATION OF AUTHENTICITY

I, Mary Dale, hereby declare and certify as follows:

1.      I am the custodian of records for the Golden Police Department. I have held this position for approximately 2 1/2 years.

2.      Submitted with this Declaration are true and correct copies of the following original documents in official custody:

- Golden Police Department Incident GN20001932 and its supplements authored by Golden Police Department employees (24 pages)

3.      The Records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

4.      The Records are kept in the course of the regularly conducted activities of the Golden Police Department.

5.      The Records are made during the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 25th day of January, 2022.

Printed Name: _Mary Dale_

Signature
Records Custodian



# Golden Police Department

## Incident: GN20001932



## Incident details:

| | |
|---|---|
| **Incident Type:** | ASSIST OTHER AGENCY |
| **Incident time:** | 05/29/2020 21:19 - 06/01/2020 23:59 |
| **Reported time:** | 05/29/2020 21:19 |
| **Incident location:** | |
| **Incident status:** | Closed |
| **Reporting officer:** | #12-2 DONOHUE, MARK |
| **Investigator:** | |
| **Summary:** | AOA to Denver |

## Involved Persons:

20-cv-1878-RBJ
Exhibit C
Page 2 of 25

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #12-2 DONOHUE, MARK | **Report time:** | 06/11/2020 14:51 |

**Narrative:**

This report will cover all of my participation regarding the protests in Denver in reference to the death of George Floyd.  This report is written to best of my recollection of events.


FRIDAY 05/29/2020

On Friday, May 29 2020 at approximately 2115 hours, the Denver Police Department requested the assistance of the Jefferson County Regional SWAT Team.  It was unknown to me at the time of the request what exactly our role would be.  I responded to the command post which had been established in the area of 14th St. and Cherokee St. in Denver, CO.  I was in my unmarked take home car and was dressed in my green SWAT uniform with tactical vest identified with "SHERIFF," ballistic helmet, radio with Peltor style hearing protection, and clear eye protection.  I had my gas mask with me, as well as two weapons systems.  I carried my Glock 34 9mm and my VLTOR .223 rifle.  This is the same style of uniform I wore with the same equipment for every subsequent deployment to Denver (except my VLTOR .223 rifle was stored in the Bearcat after this night).

I was briefed at the command post that our mission from DPD was to take down a vehicle that was supposed to be coming into the area with several guns.  I was told that this group had already been intercepted with pipe bombs as well, but that a white Mustang was coming into the area with instigators with long guns (rifles).  This was a time sensitive matter, as the vehicle was already in Denver.  Once our team was on scene and briefed, we stepped off and staged a few blocks away.  I was assigned as one of the Sergeants (team leaders) in the Bearcat.  Prior to taking down the target, we were informed that another team would handle the vehicle, and we were dispatched to the area of Colfax and Logan to assist with providing security for the Denver Fire Department as they put out a fire.

As the convoy approached the area, we encountered numerous people screaming obscenities at us and throwing objects at the Bearcat and other vehicles in our convoy.  When we dismounted we were continued to be engaged with bottles and rocks.  We mounted up again as soon as we learned the fire was out and were dispatched to the area of Broadway and Colfax.  We were told that protesters were lighting fires and attempting to build barricades to prevent the flow of any traffic on the roadway.

On our arrival we assisted some of the Mobile Field Force units from Denver who were on scene.  A dumpster was on fire near the capital and the crowds were extremely hostile.  Later, I photographed this dumpster and submitted the photo to records.

The Officers on scene were clearly outnumbered by protesters in the park near the Capitol building, who were throwing rocks and bottles at us as soon as we stepped out of our vehicles.  I was approached by a Denver LT who asked me if we had any pepper ball guns or sting balls. I told him that we only had 40mm sponge rounds and 12 gauge beanbags and some CS gas.

20-cv-1878-RBJ
Exhibit C
Page 3 of 25

The LT (I did not get his name) directed me to begin deploying gas into the crowd that had gathered in the park.  I could see several people starting fires in front of me.  I continued to have rocks and bottles thrown at me while the LT gave his directions.  During this engagement I did not have any less lethal platforms to engage rioters with to defend myself and the other Officers on scene.  I did however deploy CS gas on numerous occasions.  Every deployment was directed at portions of the crowd that were a threat to our safety.  They were throwing rocks, starting fires, etc.  I noted that officers from other jurisdictions had pepper ball guns, gas munitions, 40mm launchers, etc.  While we held our ground as directed by the command post, the protesters were throwing mortar style fireworks at us.  These would explode on impact and send hot embers exploding in all directions.  Had these embers landed on us, or the mortar exploded on us, we could have been severely burned.  I was informed while down in this area that Operator DiDominico had been struck in the chest by a glass bottle.  The bottle hit his vest and broke, but luckily did not cause any injuries to him.   At the beginning of this engagement I was armed with my rifle, but put it away so that I could better direct resources.  I also ordered Operators to locate any less lethal platforms that were available in our convoy.  Several 12 gauge less lethal shotguns and 40mm launchers were located and deployed by other operators.

While we were at this location, I was made aware of several calls to DPD for "shots fired" in the area. I was made aware at some point during all of this that one of these shootings had a victim that was in a local hospital.  It was difficult to tell through all of the noise what was gunshots around us and what was not.

We were dispatched to a few locations after this, but I do not remember all of them.  I remember one was a pizza place that had been broken into, but on our arrival it appeared that everybody was gone.  We did not even get out of our cars for this call at the direction of our DPD escorts.  We were eventually dispatched back to the area of Colfax and Broadway to assist Denver units that were being assaulted with rocks.

On our arrival we assisted with a show of force.  Several Operators engaged rioters who were throwing rocks.  Denver units also engaged several rioters and vehicles who parked in lanes of traffic and refused commands to move their cars.  I did not observe all of these interactions in their entirety, however I distinctly remember one of the males had got out of his car with what appeared to be a crowbar or similar instrument.  We assisted DPD in clearing out the park one final time.

Throughout the night we continued to be hit with objects (rocks, bottles, etc).  On this night, while I was struck by objects, I was not injured.  I did not deploy any lethal or less lethal impact munitions, only hot gas.  I also was shown several windows that were broken out of the Ambulance and our equipment trucks.  I was told that Operator DiDominico had suffered an injury, as did Operator Beale.  Our vehicles, in addition to the broken windows, suffered a number of dents from projectiles hitting them.


SATURDAY 05/30/2020

The next day was Saturday May 30, 2020.  The Jefferson County Regional SWAT Team staged at the Jefferson County Sheriff's Office in preparation for another deployment downtown.  Every Operator was given an assignment in the event we were requested (vehicle assignment and less lethal platform assignment).  We equipped everybody that was not assigned to carry their

firearm as lethal cover to a less lethal platform.  These were predominantly 40mm multi launchers or 12 gauge beanbags.  We also loaded our vehicles with some 12 gauge sting balls for the shotguns.  Additionally, we loaded up several OC foggers in case the crowd got too close as they had the night before.  I loaded up with a 37mm single launcher with sting balls and a 12 gauge shotgun with beanbag rounds.  While we waited for to be called out or stood down, the team discussed with our less lethal instructors a number of things.  These included the discussion on all of the different munitions that would be deployed to Denver if we were requested and what each of them did.  Also, we discussed the target zones for less lethal impact munitions and the need to aim for the "green" zones, as well as the dangers for aiming for the "red" zones.  Finally, we discussed our rules of engagement for using the less lethal platforms.  We watched live media coverage of the protests that had turned to riots.  I watched at least one occasion where a Molotov cocktail was thrown at Mobile Field Force units.  It turned out that our assistance was not needed that night so we cleared.


SUNDAY 05/31/2020

On Sunday, May 31 2020 at approximately 1547 hours, I was paged out again to assist DPD with the protests.  We were briefed again in the area of 14th St. and Cherokee St.  I learned several pieces of information that day.  I learned that the rioters were using lacrosse sticks to pick up gas canisters and throw them back at police.  I learned that they were using construction cones to put over the gas canisters and pour water on them to prevent them from gassing rioters.  I learned that they were now arming themselves with sling shots and slinging rocks and golf balls at the police, in addition to the Molotov cocktails and glass bottles that they continued to throw.  Additionally, the night prior several Officers had been injured when a vehicle rammed into the side of a police car with Officers riding on the rails.  During the initial briefing, DPD asked us to make our convoy smaller than two days ago and asked if we could ride on the rails of our vehicles for our deployments.  We obliged and had four Operators on the rails of Blue Truck and several Operators on the rails of Bearcat.  I was again assigned as a Sergeant (team leader) on Bearcat.  I was armed with my Glock 34 9mm handgun (holstered), and I brought the 37mm launcher with sting balls and the 12 gauge shotgun with beanbags.  My rifle was stored in the Bearcat and not deployed on this night.

Our first deployment was to the area of DPD headquarters building near our command post at 14th and Cherokee.  We were tasked with controlling Cherokee and not allowing protesters to continue southbound.  This group was peaceful, but the energy from many of the protesters was very negative.  They continued shouting at us very derogatory things.  A few of them made comments like "I'll see you tonight."  I took this to mean that they planned to riot later, and likely these people making the comments would be some of the instigators who might target us with weapons.

Our next assignment was to DPD District 6 substation in the area of Colfax and Washington.  A large group was protesting on the streets and moving towards the substation.  The day prior the substation had been surrounded and vandalized, and we were assigned to this intersection to prevent that from happening again.

This group was very large, and initially we only had our 21 Operators (with commanders and our medic) to hold the line until reinforcements arrived.  The group was marching down Colfax

and we were recessed on Washington away from Colfax so as not to be right on top of the protesters as they marched.  When the group saw us, many of them turned and began coming down Washington towards our location.  This turned the entire march towards us, and we were immediately outnumbered by several hundred protesters.  They screamed obscenities at us, carried signs that were extremely derogatory towards police, and chanted together.  For the most part they were peaceful, and did not engage Officers/Operators with any weapons.

I do not recall any deployments of note between the time we cleared the substation and when we were re-dispatched to the same location.

We were called to the same location at some time just after the 8pm curfew had gone into effect.  We were told that the large group was again moving down Colfax towards the substation, and we were tasked with protecting it.  On our arrival, I observed an active assault in progress across Colfax.  A black male was actively punching a white or Hispanic male on the sidewalk.  I began giving commands to stop, but the male continued to beat the other male.  At this point, the victim was on his knees and was being kicked in the face by the suspect.  The victim was completely defenseless at this point.  I was moving up with a team of Operators and gave the command to "hit him," meaning to engage the suspect with less lethal projectiles to stop the assault and save the male who was badly beaten.  Operators engaged the suspect while I provided cover and gave orders to the crowd around who had refused to intervene in the assault.

I got on the radio and called for our medic to come evaluate the victim, then I called for an emergent ambulance to transport the victim.  We were able to move the victim behind our line on Washington to await the ambulance and form a line for the approaching crowd.  At this time we were again faced with hundreds of protesters who began screaming and shouting at us.  There were no reinforcements in the area, and we still only had our 21 Operators.

I was positioned behind the main skirmish line to take control.  I heard a rock impact next to one of my Operators, then I heard another rock impact.  Someone shouted to me that "they are throwing rocks at us."  I could hear the crowd screaming obscenities at us during this, and they began forming a line in the front using umbrellas and signs as shields preparing for less lethal projectiles.  This line appeared to be forming as a means of protecting the instigators deeper in the crowd who were launching rocks at us.  I verified with several Operators on the line that we were being attacked with rocks, and everybody verified this to be the case.

At that time, I was afraid for the safety of my team.  We were very badly outnumbered, and I had seen firsthand two nights prior how violent the crowd could get with bottles and rocks.  I did not want to wait for one of my Operators to be seriously injured before we attempted to disperse the crowd.  I was carrying my 37mm sting ball rounds and some CS gas canisters.  I deployed a CS gas canister near the center of the crowd in an effort to get them to disperse and to stop throwing rocks at us.

Almost immediately, we began getting struck by bottles, rocks, golf balls, etc. from the crowd.  The crowd continued screaming at us while attacking us.  I observed protesters pick up the canisters to throw them back at us.  At one point I was struck in the face by a rock or golf ball.  Based on the velocity and damage to my gas mask, it was possibly fired from a slingshot.  The impact to my gas mask/face  took me a few steps back and down to a knee.  I was also struck with an open plastic bottle that sprayed an unknown yellow/brown liquid on me.  Based on the

20-cv-1878-RBJ
Exhibit C
Page 6 of 25

hostile actions of the crowd, their overwhelming numbers compared to ours, and the injuries that my team was sustaining, I engaged the crowd with less lethal munitions.  During this engagement I fired approximately 5 rounds of 37mm sting balls and three rounds of 12 gauge beanbags.  The beanbags were deployed on a male who was throwing rocks at us, and I specifically observed him picking them up and throwing them at us.  When I engaged him I aimed for his left thigh area.  The sting balls were used as a means to disperse the crowd.  I aimed low in an effort to strike the legs of the protesters.

There were several groups who were refusing to vacate the street, and had formed barriers with signs and umbrellas to stop the rounds from operators.  Some of the 37mm sting ball rounds I fired were intended to disperse the shield walls they were forming to allow us to see the people deeper in the crowd that were launching projectiles at us.  I also deployed CS gas into the crowd.  I do not remember how many rounds specifically of handheld CS gas I deployed during the engagement.  We held our ground and attempted to disperse the crowd until additional resources arrived from Aurora and Denver.  They assisted us during this confrontation in attempting to disperse the crowd in an effort to stop getting hit with objects. I noted that our reinforcements were armed with shotguns, 40mm launchers, sting balls, gas canisters, batons, OC spray, etc.  Many of these were the same or similar to the munitions that we also carried.

We were then tasked with moving up to Colfax and assisting in pushing the crowd west bound on Colfax.  I coordinated resources and directed coverages during this push.  I do not believe I used any less lethal projectiles during this, however, I did deploy additional handheld CS gas canisters when the convoy had stopped and the crowd had reformed.  I do not recall the intersection, but I do remember that we began getting hit with rocks and bottles again.

Once this crowd was fully dispersed, we were re-assigned to the area of 13th and Sherman St. for a large crowd that had gathered there.  We were again outnumbered and the only element there initially.  The crowd was hostile, but dispersed quickly without us using any force.  I was informed that other Operators had located individuals hiding in the area.  In all, I believe 8 people were arrested.  I was told that a black male that was arrested had a loaded handgun in his waistband and two more loaded handguns in his backpack.  Another black female had a loaded handgun on her and brass knuckles.  I photographed the firearms and submitted these photos to records.

Once all of the arrestees had been loaded into the trucks by Denver SO, we were sent to the area of 13th and Cherokee in reference to another large group that had gathered.  On our arrival we immediately began taking rocks from the crowd.  They had formed up in a parking lot cattycorner to our location, and were throwing rocks at us.  I fired approximately 2-3 rounds of the 37mm sting balls in an attempt to break up the crowd that had formed a shield in the parking lot to protect themselves while allowing others behind them to continue engaging us with rocks and bottles.  The crowd was dispersed and we pushed along Cherokee St. to ensure they did not form up again.   This was the last call of note for the night.  It should also be noted I am not positive if the call at 13th and Cherokee or on Sherman St. was our last call for the night, or in which order those two occurred.

At some point after we had left the District 6 headquarters I was on the rails of the Bearcat when we passed through an area near the capitol building where we were surrounded on both

20-cv-1878-RBJ
Exhibit C
Page 7 of 25

sides of the convoy and we were getting hit with bottles, rocks, etc.  During this confrontation, an unknown object struck me in my lower right leg and another in my right knee.  My knee has since began feeling better, but as I type this report I still have pain in my lower right leg.  There is bruising and swelling that has not gone down.  When I was hit by this object it caused severe pain.  I photographed my injuries and submitted the photos.  I also filed a workers compensation claim for the injuries.

MONDAY 06/01/2020

On Monday June 1st, 2020 JCRS was requested to respond back to Denver to continue assisting them with protests.  We were told that as long as the protesters remained peaceful, they would be allowed to protest past curfew and the curfew would not be enforced.  We were staged at several locations.  At one of them, several protesters came and laid flowers all around us in protest.   Others would yell at us and scream, but for the most part it was an area that was not densely occupied.

We were reassigned back to District 6 to protect it from an element of protesters marching down Colfax.  While en route, our navigator from Denver assigned to us (I did not get his name, he had two stripes on his uniform) told our driver to turn in front of the Capitol building.  I believe this was on Broadway, but it might have been Lincoln.  This led us right into an area where the road was barricaded, with protesters on three sides of our convoy.  I gave the immediate commands to back out of the area so that we did not instigate anything.  Protesters began throwing rocks at the convoy, but to my knowledge nobody was injured by them.  Operators did not engage during this, and we were able to back out of the street and get to our assigned objective via another route.

The crowd at District 6 passed by us more peacefully than the days prior.  While still shouting at us, they did not engage us with rocks or bottles and moved on their own.

SATURDAY 06/06/2020

On Saturday June 06, 2020 we were requested again to assist DPD.  We staged at the command post while commanders were briefed in the command post.  We were told that because of the protection order that was put in place the day prior, we could not assist Denver any longer because we could not comply with the provision of the order that mandated all officers to have body worn cameras at all times.  We do not have body worn cameras on the JCRS, so we were told that we were going home.  We cleared the command post and cleared the city of Denver.  This was the final time we were requested to assist Denver during this.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #17-7 MOODY, PARKER | **Report time:** | 06/11/2020 02:40 |
| **Entered by:** | #17-7 MOODY, PARKER | **Entered time:** | 06/11/2020 02:40 |

**Narrative:**

On 05/29/20, at approximately 2109 hours, The Jefferson County Regional SWAT Team was requested to assist the Denver Police Department with the current events in the City. I responded in an equipment truck to a parking lot at W. 14th Avenue and Cherokee Street. There, we were briefed about a vehicle in the area that was believed to have long guns in it. The bearcat was the lead vehicle and had a DPD representative in it to direct the convoy where to go.

On the 29th, I was the driver of "Red truck." The weapons I carried were a Glock 17 9mm, and a Colt Commando .223. We were near the back of the convoy. After leaving 14th Street and Cherokee, we staged, but were eventually called off for another mission.

We went to the area of N. Broadway and W. 14th Avenue. The atmosphere was tense. Smoke and car horns filled the air. As we turned right to go north onto N. Broadway, from W. 14th Avenue, rocks, water bottles and other unidentified objects began hitting both sides of the truck. Rocks hit off the passenger side front window right where the passenger's head was located. The window did not break, but it did leave marks.

Prior to exiting the vehicle, gas started coming into the cab so the air conditioning had to be turned off. As I was exiting, a large rock was thrown at the windshield. The rock caused the bottom left corner of the windshield to crack. We exited the vehicle and set up a 360 perimeter of the convoy. There were several protestors all around. Protesters were very hostile, shouted obscenities, and used hand gestures in an attempt to agitate officers.

Protestors continued to throw rocks and other objects in my direction. While I was putting my gas mask on, I was standing by the driver's door while another operator covered me. As I put my mask on, a large rock flew past my head and out of the corner of my eye, I saw it hit the corner of the driver's side front window. The window immediately shattered. I never saw who threw the rock.

I continued to maintain a perimeter while protestors walked past. Cars sporadically drove southbound. While I was trying to watch for incoming projectiles, protestors would commonly come up and shine bright flashlights in my direction so that I could not see any of the protestor's movements. Verbal commands were given with negative results.

Protestors continued to approach the convoy and refused to listen to commands. Small fires were set by protestors in the area. All I could hear was car horns, revving engines, and protestors yelling obscenities. I would occasionally see rocks and other objects thrown in our direction. Sometimes I would catch a glimpse of the person throwing the projectile, but most times the objects would just appear out of the darkness of the park.

I heard someone ask for gas to the north of me, so I brought two hot gas canisters to that location. Protestors were not listening to verbal commands. Another operator took one of canisters and deployed it right in front of us. The crowed still didn't disperse and I could see a

20-cv-1878-RBJ
Exhibit C
Page 9 of 25

protestor trying to pick up the hot gas to throw it back at us. I deployed a second hot gas to try and disperse the crowd at that location.

I went back to red truck to assist the operators there. The crowd had now come to the south, and was still not listening to commands. I deployed another hot gas at this location to disperse the crowd. There was a short pause in activity as the smoke drove the protestors away.

Vehicles continued driving past southbound. Many occupants in the vehicles would shout things like "Fuck the Police," "No Justice No Peace," "Hands up don't shoot" and other similar sayings. I never engaged in conversations.

When we loaded back up in the vehicles to go to the next "hot spot" it became very clear that I would not be able to see anything out of my window. I pushed the shattered window out of the door as we began to drive away.

After a brief drive up and down Colfax, I believe we stopped in the area of E. Colfax Avenue between Lincoln and Broadway. There, I remained by the rear vehicle in the convoy for protection. Other operators assisted DPD in the area. The park was cleared of occupants, and we relocated back to 14th and Cherokee before being dismissed for the evening.

On 05/30/20, The SWAT Team was once again called to the Jefferson County Sheriff's Office in anticipation of Denver requesting our assistance again. The previous evening, it was apparent that more, less lethal systems were needed for the event. Prior to reporting to the Sheriff's Office, I went to Golden Police Department and grabbed two less lethal shotguns and several drag stabilizer "Bean bag" rounds. Equipment was staged in the vehicles. It was decided that we need to have a smaller footprint, so we were not going to bring red truck if we went back down to Denver. Essential items were taken out of red truck and placed in blue truck.

While waiting for the request from Denver, target areas for the less lethal systems were discussed in a briefing. The primary, or green, target areas discussed were the thighs, stomach and buttocks. In addition to target areas, we discussed rules of engagement as a team. It was my understanding that if a protestor was throwing rocks, bottles, gas canisters or any other projectiles at law enforcement officers, they could be engaged with less lethal means. The team stayed at the Sheriff's Office until being released for the evening.

On 05/31/20, the Jefferson County Regional SWAT team was requested to assist Denver. I was assigned as the driver of "Blue Truck" as well as lethal cover for Blue Truck while other operators dealt with the situation presented. I do not remember all of the locations we were sent, but the most significant was N. Washington Street just north of E. Colfax, which is just to the west of DPD District 6.

Early in the evening, before curfew at 2000 hours, we staged there for quite some time to protect the station. While we were there, I stayed by Blue truck the entire time. Several residents in the neighborhood came out and voiced their displeasure at our presence. The area calmed down and we were relocated.

After curfew at 2000 hours, we were once again relocated to Washington and Colfax. There were no other law enforcement units there at the time. A large crowd of protestors were walking eastbound on Colfax from the Capital towards District 6. I was once again assigned as the lethal cover at Blue Truck. I could hear what sounded like a very large crowd behind me on

20-cv-1878-RBJ
Exhibit C
Page 10 of 25

Colfax. After several tense minutes. I could hear what sounded like less lethal rounds being shot off. I briefly turned and saw the street filling with smoke, and several items being thrown in the direction of the other operators. I was approximately 200 feet away from the main line.

The majority of the crowd eventually dispersed but there were still several in the area trying to incite more unrest. Two operators left with the vehicles and I went up to the line with a less lethal 870 Shotgun. There were still several non-compliant protestors. One male agitator was approximately 15- 20 yards away from me. The male attempted to throw something in the direction of officers. I aimed at the male's thigh area and fired two bean bag rounds at the male.

At the time, mobile field force was pushing protestors to the west on E. Colfax. I assisted and formed the line towards the sidewalk on the north side of the road. A large crowd had formed on the west side of Pearl Street on E. Colfax Avenue. Dumpsters had been moved into the streets by protestors and were being pushed towards the line. The line was formed on the E. Side of Pearl Street.

As I was walking towards the line, I saw a glass bottle flying through the air towards me. I could not see who threw the bottle because it came from behind the first wall of protestors. In addition, the protestors had created barricades in the street. Hot gas was deployed toward the crowd and the street began to fill with smoke. Rocks and other objects came flying through the smoke on both sides of me. A male protestor ran towards a hot gas canister at the front of the crowd. He bent over to pick it up and I aimed the 870 less lethal shotgun at his legs. I could see my first beanbag round go just to the left of the male, and impacted on the ground. My second beanbag round appeared to contact the male on the outside of his right thigh.

Other protestors were attempting to go down an alley between Pearl Street and Washington Street and flank officers to the south. Another operator and I held the alley so nobody could flank us. The trucks needed to be moved, so I was relieved by another operator and relocated Blue truck.

Another operator took over driving, and I rode on the rails when we were relocated to the area of the Capital where a large crowd had formed. We dismounted on the north side of Sherman Street and E. Colfax Avenue. There, officers were already attempting to disperse the large crowd. The mobile field force was the first line, and were able to push crowd south. We stayed in the area, and I heard that some of our other operators had arrested in total four protestors at the request of DPD. Four loaded firearms were found between the four protestors arrested. I provided security while we waited for a DSD scout car to pick up the individuals arrested.

After the arrestees were collected by Denver Sheriff's Department we were once again re-assigned and went to the area of 14th and Cherokee where there was another large crowd that had gathered and refusing to disperse. Gas was deployed in front of me, and a protestor was going to grab it. I fired one bean bag round at the protestors left thigh. The male was last seen heading running south towards 12th.

I deployed one handheld hot gas towards the crowd in an attempt to get them to disperse. The line kept pushing forward as unidentified objects were thrown towards officers. The objects were coming from behind the initial wall of protestors and I could not see who was throwing them. The line pushed all the way down to W. 12th Avenue. At which point I was called back to

20-cv-1878-RBJ
Exhibit C
Page 11 of 25

the truck to move it. I started to run back to the truck, but another operator was driving the truck.

We were once again reassigned to provide scene security for DPD at a 7-11. DPD had several males in custody, and needed security while they waited for DSD. After DSD no longer needed our assistance, we were released for the evening.

On 06/01/20, The Jefferson County Regional SWAT Team was once again requested to assist DPD. After curfew, we sent to W. 14Th Avenue, just to the east of Bannock Street. We directed protestors out of the area as they left the park. I provided security while other operators were in contact with a vehicle that had gone through a barricade behind me.

We were later reassigned to go back to Washington and Colfax. I was in the back of the SWAT van when I was in-formed we needed to dismount. When I got out of the van I very quickly realized we were surrounded on three sides, and I believed we were in the area of Lincoln Street just north of W. 14th Avenue. I immediately heard team leaders calling out for the convoy to reverse out and go a different way. I was later informed that the convoy took this route under the direction of our DPD liaison on the bearcat.

Once we were able to back up, we went a different route and were able to make it to Washington and Colfax incase protestors came to District 6 again. One large crowd of 100-200 protestors were walking west bound on Colfax towards Washington Street. When the crowd got to us, they briefly stopped, shouted obscenities, and shortly after continued on their way westbound towards Civic Center Park. I did not use any less lethal munitions on 06/01/20.

This concludes my involvement to the best of my recollection.

See other officers' reports for more information.

P. Moody 17-7

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #19-1 WILLIAMS, DREW | **Report time:** | 06/11/2020 12:26 |
| **Entered by:** | #19-1 WILLIAMS, DREW | **Entered time:** | 06/11/2020 12:26 |

**Narrative:**

On May 29, 2020 at about 2100 hours, the Denver Police Department requested mutual aid from the Jefferson County Regional SWAT (JCRS) in response to active protests occurring in the City of Denver as a result of the death of George Floyd in Minneapolis Minnesota. JCRS was official requested to assist throughout the weekend 05/29 through 06/01/2020. Officially, JCRS responded to Denver's request through providing SWAT support onsite 05/29, 05/30 (Staged at JCSO), 05/31, 06/01 and 06/06/2020. I (Captain Drew Williams) responded to requests specifically on 05/30, 05/31, 06/01, and 06/06/2020.

On 05/30/2020 at about 1900 hours, I responded to the Jefferson County Sheriffs Office with all designated SWAT operators from JCRS. Once at the Sheriff's office, my role was a Team Commander. Commander Baros and Commander Ingermann were also assigned as Team Commanders and each of us had been in contact with JCRS Executive Command as well as Denver Police Command in regard to our team's role for the night. It was determined we would stage and be ready to immediately respond to the City of Denver if needed. JCRS prepared all equipment and held a training specific briefing while staging. The training was specific to vehicular convoy operations, Less Lethal munitions, Chemical munitions, applicable target zones, authorized equipment and proper rules of engagement pertaining to policy and procedure. JCRS remained staged for about three hours before being notified Denver would not need the team's assistance. It should be noted, although the team was not utilized, several rounds of munitions were delivered to the Denver Police Department at their request.

On 05/31/2020 at about 1700 hours, JCRS was officially requested to assist Denver Police with crowd control in the city. JCRS responded to the area of 13th Street and Cherokee Street and attended an operational briefing. While standing outside the police building, the team met with DPD Captain Sich and DPD Lieutenant who provided a situational brief and established what our team's assignment would be for the night. During the briefing, we were told the team would be assigned to DPD Lt. JD Williams with DPD Sgt. Rob Stack as our DPD liaison. We were assigned as support team to Lt. Williams' response team and told we would be prepared to address crowd and potential riot control incidents. We were provided with DPD portable radios to ensure JCRS commanders had access to the assigned event radio channel. Additionally, information was provided that the protestors had been extremely violent toward police the nights prior and it was anticipated this violence could increase through the coming days. Information provided indicated protestors had been throwing large rocks, bricks, glass bottles, Molotov Cocktails, other incendiary devices, utilizing sling shots and La Crosse sticks to increase velocity and accuracy when throwing items at Police and DPD had located several strategic "cash" sites were protestors had stacked bricks, rocks, gasoline canisters and other harmful items to take action against the police.

During the briefing, I specifically ask the DPD Lieutenant if our expectation of force was consistent with what DPD Chief Pazen had addressed as "active aggression" in an earlier press conference I had watched while he addressed the media. The Lieutenant said I was correct and he verified that all of our team's less lethal platforms and munitions were authorized for this event should they be needed. The briefing concluded and JCRS walked across the street to a nearby parking lot where the team mobilized and responded to an empty parking lot in the area of 13th Street and Cherokee Street and staged with Lt. Williams' unit.

Shortly after getting set up and staged, at about 1748 hours, Lt. Williams' unit was requested to respond to assist with a large crowd of protestors who had taken over the intersection of 14th Street and Cherokee Street at Denver Police headquarters. JCRS responded in vehicle convoy along with Lt. Williams' unit and assisted with establishing skirmish lines addressing the crowd. The crowd completely dominated the intersection west to east for over one city block and north to south by about one-half block. The crowd was facing south and a large contingent about 100 or more protestors advanced about 50 feet south on Cherokee where the skirmish lines had been set facing north. During this time, Lt. Williams' unit had responded via DPD railed pickup trucks white in color and all DPD units were dressed in DPD blue uniforms equipped with necessary crowd control gear to include black colored body armor and helmets. It

20-cv-1878-RBJ
Exhibit C
Page 13 of 25

should be noted this was DPD's field units standard uniform for crowd control and the event. All JCRS operators wore standard green colored BDU uniforms with issued SWAT equipment to include green tactical vest, green helmets. As one of the team Commanders, I wore standard green colored uniform, with black colored tactical body armor and black helmet. Additionally, I carried my department issued Glock 17 9mm handgun, one hand held CTS (Combined Systems) baffled canister CN grenade- Riot CS Smoke and one First Defense OC/CS MK-46V Stream Aerosol. This was my standard deployment lay out throughout all my operations in Denver.

Once the skirmish lines were established, my role was to maintain operational oversight of JCRS and ensure team safety as well as ensuring JCRS operated within established protocols and policy and procedure. While holding the line at this location, the crowd quickly advanced to within feet of the skirmish lines and began yelling, screaming and challenging police officers. The repetitive common theme of statements in this encounter and through nearly all operations each day JCRS was deployed in Denver was, "Fuck the police", "Fuck you pigs", "Hands up don't shoot", "I can't breathe", "Shoot me", "Fuck Denver PD", "Fuck Jefferson County SWAT", "Black Lives Matter" etc. In this engagement, the crowd appeared to be all adults with ages 18 years old or older. The crowd also appeared to be predominantly Caucasian The crowd was extremely verbally abusive towards officers however, remained peaceful and did not attempt any harm. This encounter lasted for about 10-15 minutes before the crowd dispersed on their own and began marching east on 14th street toward the State Capital where essentially ground zero was located and would remain throughout the Denver operation. Once the crowd had fully dispersed we were requested to respond to the area of Denver Police District 6 substation.

JCRS arrived at the District 6 substation at about 1815 hours and was immediately confronted by a large crowd.  Specifically, JCRS established a skirmish line on N. Washington Street about 50 - 60 feet north of E. Colfax Ave. JCRS held the initial skirmish line for serval minutes until replaced by both DPD and Aurora police department crowd control units. Once those units were in place, JCRS created secondary support lines behind those agencies. The crowd faced north toward our skirmish line and the officers on the line faced south toward the crowd. This crowd was very similar to that of the prior crowd. The crowd was carrying anti-police, BLM and other political statement signs as well as riding on top of vehicles, on bicycles and skateboards. This particular crowd was extremely verbally abusive and aggressive towards officers. The crowd was again very large estimating several hundred people. From where I was standing, immediately north of the skirmish lines and in the middle of the roadway, I observed the crowd fill the street and sidewalk areas from each buildings outside structure wall (District 6 to Romantix) east to west with people. Additionally, from my view the crowd filled E. Colfax Ave and further south on N. Washington Street. During this encounter protestors again came within feet and sometimes inches of officers yelling and screaming in attempts to provoke or challenge. In this particular crowd there were a very small number approximately three to four whom I considered to be trying to peacefully talk and communicate to officers. JCRS remained in a support role at this location for about 45 minutes to an hour before moving back to staging at 13th Street and Cherokee Street. It should be noted, prior to leaving, there were no conflicts between the crowd and police.

Later, at about 2010 hours, JCRS was redeployed back at District 6 in the same position holding N. Washington Street south of E. Colfax Ave. This deployment was requested as incident command received information a very large crowd was headed specifically for the police substation. JCRS again arrived on scene and was the only unit present. JCRS operators immediately deployed establishing a skirmish line on N. Washington Street facing south toward E. Colfax Ave about 30 yards to the north. As the line was established I again was standing in the middle of the roadway directly behind the skirmish line by about six feet. I turned to face back north to ensure additional JCRS operators has all vehicles secured and a 360 perimeter establish shutting off all access to vehicle and pedestrian traffic to the area. While doing this, over my right shoulder, I heard the sound of shotgun less lethal and 40 mm less lethal munitions being deployed behind me. I immediately turned around to face E. Colfax Ave and observed several JCRS operators deploying less lethal munitions at a single, tall, skinny black male wearing a white colored shirt and dark colored pants. I also heard JCRS operators giving verbal commands, "Police" "Stop" "Get on the ground." The male did not comply and attempted to flee on foot while being struck by munitions from about 20 yards away. The male appeared not to be effected by the munitions, refused to comply with verbal orders and fled the area on foot southwest of E. Colfax Ave. Also, at this time I heard JCRS requesting via radio for a medic and observed as operators ran across E. Colfax Ave to the southeast curb line where a white male was laying on the ground. I was not certain but from what I could see from distance the male appeared to be injured. JCRS operators and JCRS medic immediately rendered medical aid to the male. The male was able to get up to his feet and walk to our

location near district 6 where Denver paramedics were requested to respond to assist. As the male approached my location, I observed him bleeding heavily from his head, face, and mouth and nose areas. His clothes disheveled and it was apparent he had been in a physical confrontation with the other male. Additionally, I then confirmed with JCRS operators that they had observed as they black male physically beat, punching, kicking and head stomping the white male while he was injured down on the ground. Upon observing this, JCRS operators gave verbal commands to stop and made the decision to deploy less lethal munitions ultimately ending the assault. All suspect information was given to DPD patrol officers in the area and it is unknown if the suspect was located.

The team remained in position and at about 2025 hours, a very large crowd of protestors approached our location. At this point, JCRS again was positioned about 30 yards south of E. Colfax Ave on N. Washington Street. It was getting dark and the crowd had grown in size and was increasingly agitated. It should be noted; the 8:00 p.m. curfew was also in effect. At this point, while standing behind the skirmish line, all I could see was the crowd. From east to west and from north to as far as I could see south was the crowd. It was the largest and most aggressive crowd JCRS has encountered on this date. This crowd was very different and appeared to have a targeted agenda toward the police. This crowd again had adults, predominately Caucasian, all wearing face coverings, dark colored masks, dark colored clothing, shorts, t- shirts, pants, tank tops, carrying signs and miscellaneous items in their hands. Due to the volume of yelling and screaming along with vehicle engines roaring, vehicle burnouts and by the physical posture and look in the protestors eyes of those I could personally see, I felt as though this crowd was looking to engage the police. As such, all JCRS operators were given the command to put gas masks on and to prepare for an encounter. JCRS held the skirmish lines, did not engage the crowd, did not engage when verbally provoked and stood ground to keep the crowd from advancing further north on Washington Street. Again, this crowd advanced toward officers, advancing north down the block to within feet and inches of officers. While holding the line, JCRS came under physical attack by the protestors.

Protestors threw rocks, glass bottles, golf balls and other items hitting officers. As a result, JCRS operators responded with CS riot gas launching by hand in an effort to disperse the crowd. While doing so, the team was still under attack with rocks, bottles etc. and protestors were observed picking up the CS gas canisters and throwing or kicking them back at the police. At this point, both gas and less lethal munitions were used to push the crowd back to E. Colfax Ave. The gas and less lethal munitions were relatively successful as the crowd moved back but largely took over the intersection of E. Colfax Ave and N. Washington Ave. In the initial encounter, officers reported being hit and physically hurt by rocks, glass bottles and other items hitting them. During the initial encounter additional police units arrived to assist and additional layers of skirmish lines were established. JCRS was again supported by DPD and Aurora crowd control units. As these units arrived and were put into position, the crowd did not let up with their assault. Protestors continued throwing rocks, glass bottles, bricks, at least one failed to ignite Molotov cocktail, marbles and golf balls. Again, officers from the front lines to those several feet back operating in command were hit and reported pain and injuries. I observed no less than four officers from the front line needing to be replaced due to suffering injuries to hands, shins, legs, chest and head after being hit. At one point, I observed JCRS Sgt. Donohue take a knee after he was struck directly in the eye area of his gas mask. (Later found to be hit directly with a golf ball) I too was injured as I was struck with a golf ball in the right lower shin and nearly struck by a glass bottle filled with chemicals. I ducked down as a glass bottle passed directly over my head and observed as the bottle struck the ground immediately behind me. I believed this to be a Molotov cocktail as when the glass broke I could smell and order of a strong gasoline like substance through my gas mask. Additionally, the fluid on the ground fizzled and left a clear marking on the asphalt which was later documented in scene photographs.

Eventually the crowd slowly moved back south and west on E. Colfax Ave. and officers were able to advance the skirmish line on N. Washington to the curb line at E. Colfax Ave. At that point, I observed additionally crowd control units on E. Colfax Ave east of our location holding a skirmish line in the street. The protestors continued to engage units at our location again throwing rocks, using La Crosse sticks to throw items and attempted to use large metal trash dumpsters and metal fencing to shield them as they attempted to advance and throw items. When this was observed, officers from the skirmish lines deployed chemical munitions to include handheld grenades, pepper ball, less lethal munitions 12 gauge bean bag and 40 mm impact rounds as well as loud repetitive verbal commands to leave the area and to stop throwing items at police. During this encounter, I had a DPD portable radio and I heard as DPD event units were airing several physical confrontations with crowds around the city, heard serval active calls for service being sent to patrol officers and heard the alert tones sound for "two officers down". As this aired, I could hear and see several Denver Fire and Denver Paramedic units running lights

and sirens attempting to get through the large crowd trying to get to needed locations. Additionally, an Aurora PD Captain reported finding remnants of a pipe bomb lying on the ground near officers. Eventually the crowd was pushed back and dispersed enough that DPD and Aurora PD crowd control officers no longer needed our assistance. As a result, JCRS was then sent back to the area of 13th Street and Cherokee Street to address a large crowd.

At about 2209 hours, JCRS was again the first unit to arrive on scene and address a large crowd of agitated protestors. Upon arrival, JCRS established a skirmish facing south on Cherokee Street about 50 feet north of 13th Street. Additionally, JCRS established a 360 degree perimeter to ensure team safety. Immediately upon arrival, JCRS came under verbal and eventually physical attack by the crowd. The crowd was given orders to disperse and immediately began throwing rocks and glass bottles at officers. JCRS operators and with the assistance of DPD Metro SWAT operators who had arrived on scene, then began utilizing pepper ball, hand held chemical CS riot canisters, 12 gauge bean bag and 40 mm rounds to disperse the crowd and address the agitators who were throwing objects at police. During this encounter, I threw one CS handheld riot canister, silver colored with blue lettering, from my position behind the skirmish line on Cherokee Street toward the crowd in the intersection of 13th street. The canister landed about five feet in front of the crowd and due to the roadway curve rolled to the northwest curb line gutter where it remained expelling smoke and CS gas near the crowd. This munition plus the others used by additional operators successfully pushed the crowd of protesters south on Cherokee Street through the 1200 and 1300 blocks where the crowd ultimatley dispersed. JCRS was then requested to respond to the area of 13th Street and Sherman Street to assist with a large crowd that had gathered at the State Capital.

At about 2255 hours, JCRS arrived in the 1300 block of Sherman Street as the first on scene response team. Immediately on scene, JCRS deployed a skirmish line on Sherman Street about midblock facing a large crowd to the south. The crowd filled the street ahead of the skirmish line sidewalk to sidewalk south up and onto the State Capital steps over one block away. JCRS held this position and did not engage the crowd as additional response teams in the area were pushing the crowd west along the State Capital and E. Colfax Ave. Also during this time, I could clearly hear via loud speaker from the area of the State Capital, a message to the crowd regarding the established curfew and the violation of Denver municipal code. The message included clear indication of Denver PD identifying themselves, the exact statement of the curfew violation and the order to disperse. This appeared to be a recorded message as the messaged repeated itself about every 2 to 5 minutes. With the crowd being pushed from the west, the protesters on Sherman Street also backed up from our location and began quickly moving to the west along E. Colfax Ave. Once Sherman Street appeared to be clear of protesters, JCRS completed a slow clearance of the roadway and sidewalk areas. During this clearance, JCRS operators located several individuals hiding in the area. Upon contact, at least two of this individuals were found to be armed with loaded handguns and one other had several firearms hidden in a backpack. These individuals were taken into custody and transferred to DPD arrest transport teams. JCRS then responded back to staging in the area of 13th Street and Cherokee Street where the team was released for the night without further incident.

It should be noted; during engagements at DPD District 6 substation and while on scene in the 1300 block of Sherman Street, I took limited photographs and video of both scenes in an effort to document what we had encountered. These items were later downloaded and booking into evidence.

On 06/01/2020, JCRS was requested to assist DPD again with the protest event. Team Commanders attended an incident command briefing around 1500 hours where the operations plan was given and specific assignment and responsibilities were made. On this date, JCRS was assigned to Lt. V. Porter's response unit and also assigned DPD Corporal as a liaison. JCRS was immediately assigned to staging in the area of 13th Street and Cherokee Street where the team remained for hours. During this staging we learned Denver Police Chief Pazen had decided to participate in the event and was marching with the crowd. As a result, JCRS was not given any specific direction and was not given a direct assignment to respond to any location to address concerns with the protest. After several hours of staging, JCRS was moved to the area of 11th Street and N. Broadway (Torchy's Tacos) parking lot where the team again staged away from the event for several hours. The curfew on this night was changed to 2100 hours and JCRS remained staged at this location past the curfew. Eventually, the DPD Corporal moved the team to mid-block 14th Street just west of Bannock Street to prepare for assistance with clearing Civic Center Park when requested by incident command. During this time, I again heard clear loud repetitive

20-cv-1878-RBJ
Exhibit C
Page 16 of 25

commands being delivered via public addressing system near the State Capital. Again, this order was from the Denver Police Department advising the crowd of the curfew and the order to disperse. On this date I noted incident command appeared to be taking a different enforcement approach then the nights prior. Throughout our assignments on this date, JCRS and other response units from DPD and other assisting agencies appeared to be maintaining significant distances from the crowds.  The radio channels were not as active with event units being assigned and or coming into contact with those in the crowd. As a result, we remained staged in this location until incident command noted a large group of protestors marching west on E. Colfax Ave, then turning south on to N. Broadway. This large group appeared to be marching south on N. Broadway toward 14th street. Upon hearing this, the DPD Corporal moved JCRS east on 14th Street to about 50 feet south of N. Broadway.

Once on scene at this location it was very apparent we were too close to the crowd and I felt as though this location was not specifically where incident command wanted the team to deploy. As such, I told the DPD Corporal to notify incident command of our location and at that point, incident command asked us to pull back and "give the crowd room". As a result, JCRS pulled back mid-block of 14th street out line of sight of the large crowd on N. Broadway and staged. While staged in this location, the public addressing system stayed on the loop of lawful advisements and several people were observed leaving the area well after curfew. They were cooperative and peaceful with officers. These individuals were not directly contacted and left the area in a slow stream like manner without any incident. Eventually, after approximately 2200 hours, JCRS was requested to respond to DPD District 6 to secure the location again as incident command had information a large crowd was headed to the area. JCRS immediately responded.

While en-route, the DPD Corporal as our assigned DPD liaison / navigator, took the JCRS convoy north on N. Broadway from 14th street turning the convoy head on with the mass crowd of protestors. Immediately upon entering this location, the convoy came under attack with rocks and bottles being thrown at operators and the convoy vehicles. At this point, the order was given to back up and immediately leave the area as the decision to take the convoy on N. Broadway was poor. The convoy with all operators immediately backed out of the area to the south and left the area east on 14th street. Despite falling under attack, all JCRS operators maintained discipline and did not engage the crowd in an effort not to cause significant conflict at the State Capital. Eventually JCRS arrived on scene on Washington Street and E. Colfax Ave (DPD District 6) establishing a skirmish line in anticipation of a large crowd marching. Again, JCRS set up about 30 yards north of E. Colfax Ave. on Washington Street to provided proper spacing from the crowd. The large crowd of protestors completed their march east and west on E. Colfax Ave and there were no incidents involving JCRS and the crowd. JCRS remained in this position until cleared for the night by incident command. While completing JCRS debriefing of the night's assignment, JCRS command was notified the team would be requested to return to assist DPD on 06/06/2020.

On 06/06/2020 at about 1000 hours, JCRS command attended the operational briefing at DPD headquarters where the operation plan for the day was addressed. During the briefing, DPD advised there was a current and active temporary restraining order (TRO) in place against the Denver Police Department specifically limiting there interactions with the protestors. Apart of the TRO mandated the use of body worn cameras by all officers active in the field. JCRS does not require and or use body worn cameras systems and as a result the team was released for the day and did not provide any assistance to DPD.

No further action taken. See additional reports for further details.

20-cv-1878-RBJ
Exhibit C
Page 17 of 25

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #19-1 WILLIAMS, DREW | **Report time:** | 06/15/2020 10:09 |
| **Entered by:** | #19-1 WILLIAMS, DREW | **Entered time:** | 06/15/2020 10:09 |

**Narrative:**

On 06/15/2020, I completed follow-up with DPD to determine names of involved indiviudals.

For the purposes of my orginal supplemental report, the DPD Lieutenant who provided inital briefing and liaison personnel was Lt. Robert Wykoff. The liaison Corporal assigned to JCRS on 06/01/2020 was Coropral John Albergotti.

No futher action taken.

**20-cv-1878-RBJ**
**Exhibit C**
**Page 18 of 25**

**Supplemental:**

| | | | |
|---|---|---|---|
| **Author:** | #15-4 NOVAK, TREVOR | **Report time:** | 07/01/2020 19:19 |
| **Entered by:** | #15-4 NOVAK, TREVOR | **Entered time:** | 07/01/2020 19:19 |

**Narrative:**

On Monday June 1st, 2020 I, Corporal Novak of the Golden Police Department, was assigned to the Jefferson County Regional SWAT Team (JCRS) and we were asked to assist the Denver Police Department with protests in response to the death of George Floyd. I had been out of town the previous few days but was given a brief description of events by other operators on their previous days in Denver.

I was assigned as lethal cover and deployed to Denver with my department issued VLTOR .223 rifle and holstered Glock 17 9mm handgun. We deployed to a few different locations throughout the evening and all remained peaceful. At one point I was told we were moving to Denver PD District 6 station. On our way we took a turn near the capital and came upon a very large group of protestors barricading the street. The order was given to back the convoy up and take an alternate route. As the convoy was backing up, we dismounted the vehicles. Once turned around, we left the area without engaging any protestors.

At District 6, a group of protestors walked passed. Some yelled at us but no one engaged physically. They kept walking down Colfax Ave.

At no point did I point either of my weapons at anyone.

On Saturday June 6th, 2020, JCRS was again requested to assist Denver PD. We responded to Denver mid-morning and staged near DPD headquarters. We were advised that we would no longer be needed and returned to our jurisdiction.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #07-5 BEALE, RYAN | **Report time:** | 06/16/2020 18:32 |
| **Entered by:** | #13639 DALE, MARY | **Entered time:** | 12/28/2021 11:49 |

**Narrative:**

 On May 29, 2020 at approximately 1400 hours, I, Detective Ryan Beale of the Golden Police Department was notified that the Jefferson County Regional SWAT team, of which I am assigned to, was being placed on call to respond to assist the Denver Police Department. This was in reference to large protest which had resulted in from the death of George Floyd.  It should be noted that I had knowledge of protest in other major cities in the United States some of which had turned violent. The most notable of these were the riots which broke out in Minneapolis where there was significant looting and arson. I also was aware of the protest in Denver on 05/28/2020 which had turned violent. This included shots being fired at protesters in the area of the Colorado State Capital, A vehicle being driven into a group of protestors, property damage, and items being thrown at police. I was aware that Denver Police used less lethal munitions to control the crowd.

At approximately 2109 hours, I responded to the Jefferson County Sheriff's Office located at 200 Jefferson County Pkwy after I was notified that the Denver Police Department requested assistance through mutual aid. After meeting other operators at the Sheriff's office, gathering gear and required vehicles, Operators responded to the command post in the area of 13th and Cherokee in Denver.

When we deployed at the Command post at approximately 2200 hours, Operators were advised that the SWAT team would be assisting with the apprehension of a male or males who were believed to be in possession of numerous firearms and pipe bombs.  I was assigned to be the vehicle leader of blue truck which is an unmarked black F350 with an equipment system attached which holds routine SWAT equipment. There were two other operators assigned to blue truck to include Commander Barros from the Arvada Police Department. I was seated in the front passenger seat of the vehicle. It should be noted that the blue equipment truck is not armored like the bearcat.  We deployed with the convoy of the vehicles to stage to assist with the apprehension of the vehicle. While we were staging in the area, we were informed that we were no longer needed for the apprehension and were directed to other priority incidents which were occurring. It should be noted that Commander Barros was in possession of a Denver Police Radio which radio traffic for Denver Police was aired on.

Over the next several hours we moved locations based on direction of the command post. We assisted Denver Firefighters with securing a location for them to put out a dumpster fire in an alleyway in the area of Colfax and Logan. It should be noted that while en route to the area there were numerous protestors who were yelling at us and displaying offensive gestures at us. At one point, a large object was thrown at the front passenger side window of the vehicle where I was sitting. The object shattered the window. There were several items being thrown at our vehicles. When we stopped at the location prior to dismounting, an unknown black male walked across the street toward our vehicle and up to the driver side window and used his finger in the motion of pointing a gun. Operators dismounted due to the danger of staying inside the un-armored vehicle. I assisted moving down the alleyway with a small group of operators to secure the scene for Denver Fire. When we were advised we were no longer needed we moved back to the vehicles which were being secured by other operators. There were hostile parties surrounding the convoy and operators had to secure areas in all direction.

Operators were directed to the area to the West of the State Capital on Broadway between 13th and Colfax. We assisted with securing the area. There were several make shift barricades that had been pulled across the street and there was a large dumpster on fire. It should be noted that while we were in the area for several hours there were several fires in the area at different times. When we first deployed I was armed with my assigned rifle due to our previous assignment for the vehicle take down. After we transitioned to crowd control, I switched to a 40 mm Penn arms less lethal launcher which was loaded with foam baton rounds. I physically unloaded the launcher and visually inspected the rounds to ensure they were less lethal. While assisting with providing security for the area along with mobile field force, we were taunted and threatened by several parties who were both to the east and west of our location. It should be noted that in addition to being surrounded by hostile parties who were either verbally aggressive or physically assaultive due to throwing items in our direction, there was a real concern about our safety due to radio traffic we had been hearing over the radios throughout the night. This includes but not limited to shots being fired in the area of the capital building and shots being fired at surrounding locations. There was a concern that parties within the groups were armed with firearms.

While I was standing security facing west, an unknown protester threw a cell phone sized rock or chunk of concrete at me striking me in my right wrist while I was holding the 40 mm launcher. This caused pain, swelling, an abrasion, and numbness on the outside of my hand. I observed the suspect who was wearing dark clothing attempt to conceal himself in the crowd and move south. I deployed 1 round of 40 mm sponge round at him, aiming for his lower extremities. I believe the round impacted him but was unsure as the male ran to the south. I continued to hold

20-cv-1878-RBJ
Exhibit C
Page 20 of 25

security while mobile field force and other operators deployed CS and OC gas to disperse the crowd who were throwing things at us. At one point I ended up on the south west side of the location where officers were holding security. I deployed a hand held gas canister toward the southern intersection along with other officers and operators to disperse the crowd. This was under the direction of Denver Mobile Field Force lieutenant. It should be noted that several projectiles were thrown at officers to include rocks, unknown liquids, and fireworks. It should be noted that commands to move back or stop were muffled due to operators wearing gas masks. Throughout the night I attempted to give several commands but they were likely hampered by the gas masks. The mobile field force deployed several volleys of pepper balls and less lethal munitions at violent protesters as well.

It should be noted that the gas pushed the crowd back effectively but once the gas dispersed the crowd would return and reengage the officers. I remained on security until we were directed elsewhere to assist with other incidents to include looting and areas where mobile field forces needed reinforcement.  At one point we were deployed in the area of 14th street and Colfax. While at that location, there were several protestors who were also throwing objects at officers. At one point at this location, a known white male became very verbal and indicated he wanted to fight someone. He began punching a metal pole and took off his shirt. There was a white female protester in his close proximity. He squared off towards her. Due to his very agitated state and his apparent intent to fight, I believed he was an imminent danger to the female protester who was a few feet away. I deployed a 40 mm sponge round at his lower extremities. It should be noted that another operator also deployed a 40 mm sponge round at the same party during this incident. The male ultimately fled after being hit by a projectile. The female was not targeted as she was not an aggressor.

We assisted mobile field force officers with clearing the park. At one point, a group of agitators who the mobile field force had engage previously with pepper balls continued to confront officers. A white male who was identified as a primary agitator in the group and was targeted by pepper balls with no effect continued to be aggressive. I deployed a 40 mm less lethal sponge round at his right buttocks/ right lower back area, away from the spine as to not cause permanent injury.  This had the desired effect and the confrontational male fled the area. I did not deploy any further munition as the male was fleeing and no longer identified as an imminent threat. Once the park was cleared, we returned to the vehicles and were directed to other locations.

It should be noted that due to extended time of the event, high stress, and the highly chaotic nature of the events, the aforementioned documentation is an overview of my activities during this event to the best of my recollection.  We eventually responded back to the initial staging area where were debriefed. We responded back to the Sheriff's Office where we completed checks of gear and preparations for further deployments.

On 05/30/2020 I responded to the Jefferson County Sheriff's Office as the Jefferson County Regional SWAT team was activated to be on standby for the protest that night. We prepared vehicles and gear for the deployment. We were on standby for several hours during which additional training and discussion of rules of engagement and up to date target zone and standoff distances for the munitions was discussed. We were briefed that the Denver Mayor had placed an 8pm curfew into effect.  Ultimately no request for assistance was made for the SWAT team and I cleared without incident.

On 05/31/2020 I responded to the Jefferson County Sheriff's Office at approximately 1541 hours for a SWAT activation to assist the Denver Police with the continuing protest and riots.  I was equipped with a 40 mm Penn Arms less lethal launcher with less lethal sponge rounds. We deployed to staging area at 13th and Cherokee in Denver. We were briefed by a Denver PD lieutenant of the situation. He confirmed that the munitions which were using were acceptable and that active aggression was the threshold for officers to respond with less lethal force and gas. We were also aware that three officers from a mobile field force had been intentionally hit with a vehicle causing serious injuries. This, along with the aforementioned Intel kept officer's level of alert as high.

I was again assigned to the blue truck along with additional operators who, in addition to riding inside the vehicle, also rode on the rails to provide better maneuverability and security when stopped. I rode on the front driver side rails of the vehicle.

We staged and ultimately deployed to a large group which marched south on Cherokee from Colfax. We assisted with holding a crowd control line with other mobile field forces. There was no force used at that time and the crowd eventually turned and left to another location.

We later deployed to the area of Denver Police District 6 where we encountered an assault in progress. This event was documented under Jefferson County Sheriff CR 20-10539. After this event, Operators remained in the area as mobile field force units began to show up. The protesters were several feet away, many of them yelling obscenities at us and using gestures at us. At one point one of the protest leaders spoke to different officers and was attempting to defuse the situation which was escalating. At one point that protest leader came to my location on the line which was

20-cv-1878-RBJ
Exhibit C
Page 21 of 25

near the east side of Washington Street. The male knelt and extended his hand and I shook it to attempt to further defuse the situation.

The group eventually left and we drove to the area of 20th and Colorado Boulevard and continued to drive until we again came back to the area of Dpd District 6 and Washington and Colfax. We dismounted our vehicles and moved to create a line across the street to encourage the large crowd which I estimated at several hundred to keep moving down Colfax and prevent them from moving into the neighborhood.

We did not have any mobile field force assistance at that time and we were greatly outnumbered by the crowd which was showing increasing levels of hostility. We stood our ground and did not engage the crowd until objects such as rocks were being thrown at us. A CS or OC canister gas round was deployed by a team Sgt. To protect operators by driving the crowd back and provide distance which would decrease the velocity of the items thrown. The crowd continued to throw objects at us. I was hit in the left lower leg by a rock which was thrown and skipped off the pavement. There were numerous items to include but not limited to fireworks, rocks, bottles with unknown liquids, and other objects thrown at us while we attempted to drive back the crowd with gas and target those who were throwing objects at us.

During this engagement I deployed multiple sponge rounds at several identified suspects who were throwing objects at officers. This included suspects who were attempting to pick up gas canisters and throw them back at offices. It should be noted that I only deployed munitions at parties who I observed were engaging in the assaultive behavior as previously mentioned. Furthermore, due to the distance the parties were throwing the objects from after being pushed back by gas, it was difficult to deploy the munitions on specific offenders because they would run back into the crowd or hide behind make shift shields. When a suspect ran back into the crowd and there was an increased risk of hitting non-violent protesters, I did not deploy a round. This happened several times where I identified a suspect throwing items at us but did not deploy the munition due to fears of hitting innocent civilians. I also did not deploy any munitions at parties who I though could be press. Due to the diminishing sunlight, this was difficult as I attempted to determine what parties had in their hands. If they appeared to be simply filming or taking photographs, they were not engaged.

This engagement lasted several minutes until we were reinforced mobile who assisted us with driving back the crowd to prevent injury to officers and further property damage. A mobile field force moved from the east of us and the crowd eventually moved eastbound on Colfax but continued to engage officers for several minutes with rocks, bottles, and fireworks. We continued to work with the additional mobile field force and tactical units to push the crowd east while continuing to take a barrage of objects. We moved to Colfax and Pearl where we eventually stopped our line and the group left and moved west.

Due to the duration and extremely high stress of this chaotic event, I am unsure how many rounds of foam baton rounds I deployed. I completed several tactical reloads where I reloaded 2 or 3 rounds. I rough estimate would be that I deployed approximately 10-15 rounds through the entire night. It should be noted that this is a rough approximate as the event was highly stressful and I was not counting rounds as I was focused on protecting other officers and innocent civilians.

Later, after the crowd moved west, we were called to assist with a large group in the area of 13th avenue. When we arrived, we were confronted with a large group who threw rocks, bottles and other objects at us. We deployed gas and less lethal to push back the crowd. Again, I only targeted those who I identified as throwing objects or attempting to throw objects or who was identified at a threat due to their aggressive actions. While the group moved south, we continued be hit with objects. I was hit in the high right thigh/groin area by a hard object causing pain and a subsequent welt. Upon further inspection, this was identified as a paintball which had been shot at me. This caused white paint in the area where the round impacted. At an intersection where the crowd began to move east, an unknown suspect in sedan type vehicle began to point a green laser at officer. I deployed a 40 mm foam baton round at the window of the vehicle where the laser was being pointed out of. This was due to fear that the party inside was aiming a weapon at us. The vehicle was approximately 50-75 feet away. The vehicle then sped off and I did not engage it further.

After this event, Operators were moved to the area of the capital where a large group had gathered. We staged an

20-cv-1878-RBJ
Exhibit C
Page 22 of 25

extended distance from the group to avoid being further targeted. While we were holding the line, several parties began running down the alleyway to our east. This caused concern that these parties would flank us or come up behind us. We held this area while other mobile field forces dealt with the group. While we were in the area, several parties were detained. Some were found to be in possession of firearms. I assisted with taking a white male into custody who was very intoxicated. He was detained with no use of force and released to a mobile arrest team.

After this event, we eventually returned to the command post and were released. We responded back to the Jefferson County Sheriff's Office where we prepped gear for additional deployments.

On 06/01/2020 at approximately 1400 hours I responded to the Jefferson County Sheriff's Office to deploy with the Jefferson County Regional SWAT team to assist the Denver Police with additional protest. We prepped gear and responded to stage at 13th and Cherokee. We staged for an extended period of time in that area before being moved to another staging location at 11th and Broadway. During this time, we were approached by several parties who yelled obscenities at us and made offensive gestures. We were also approached by several citizens who expressed appreciation for our work.

We later moved to the area of 14th between Bannock and Broadway at the direction of our Denver liaison. At this time we were holding security around our vehicles. I was holding security to the west down 14th. I observed a dark color sedan drive around a Denver PD vehicle with his overhead lights activated, who was parked blocking the street. There was also a physical barricade that the female drove around. The sedan began driving directly toward the stopped convoy. Due to concerns of a vehicle born attack, such as the one that occurred on 05/30/2020. I pointed my assigned 40 mm launcher at the vehicle and approached with several other operators. It should be noted that I had my gas mask on at the time. The vehicle was occupied by a lone female driver. She appeared to be intoxicated, by having bloodshot watery eyes. She confessed to consuming alcohol. She was removed from the vehicle. Initially she attempted to resist being removed from the vehicle and had a cell phone in her hand. Operator Brown and I removed her from the vehicle and her cell phone was removed from her hand. She was not taken to the ground but escorted over to a Denver PD vehicle which arrived on scene. I assisted with handcuffing her. I spoke with a Denver PD officer who asked for my badge information and informed me they would just be booking the female on curfew violation and driving around the barricade. We were requested to move locations quickly and I cleared the scene when Denver PD took custody of her and the scene. It is unknown what they did with the vehicle which was stopped in the number 1 lane of traffic. No physical force was used against the female other than controlling her arms and taking the cell phone out of her hand which allowed her to be escorted and handcuffed.

We then were relocated to the area of Denver District 6 at Washington Avenue and Colfax where a large group was marching in that area. We deployed in the same manor as previously and there was no engagement with the crowd as no items were thrown at us at that time. The crowd moved on with no use of force used by officers.

We remained at that location until we were relieved and responded back to the staging area at 13th and Cherokee. We later responded to the Jefferson County Sheriff's Officer where we staged gear for additional activations.

On 06/06/2020 I responded to the Jefferson County Sheriff's Office to deploy with SWAT to assist Denver PD with additional protest. We responded to the staging area and were ultimately told we would not be assisting due to us not having body cameras as required by a temporary restraining order that was implemented.

**20-cv-1878-RBJ**
**Exhibit C**
**Page 23 of 25**

20-cv-1878-RBJ
Exhibit C
Page 24 of 25

**Supplemental:**

| | | | |
|---|---|---|---|
| **Author:** | #07-5 BEALE, RYAN | **Report time:** | 12/28/2021 12:02 |
| **Entered by:** | #13639 DALE, MARY | **Entered time:** | 12/28/2021 12:02 |

**Narrative:**

On June 16th of 2020, I completed my report related to my involvement as a SWAT operator with the Jefferson County Regional SWAT team with the Agency Assist for Denver. It was later discovered that the original report had not been saved and uploaded into Niche as previously thought. It should be noted that the report was initially written and saved as a Word Document. The original file had been retained on my issued Laptop computer and shows the last modified date was 06/16/2020 at 1832 hours. The word document was forwarded to the Records Section of the Golden Police Department in the word format. No modification was made to the file to preserve the integrity of the report.