**20-10539**

Supplement No
ORIG

# Jefferson County Sheriff Office

Reported Date
**06/03/2020**

Nature of Call
**-SWAT**

Member#
**DREITH,TIMOTHY**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **Jefferson County Sheriff Office** | | **20-10539** | **ORIG** | **06/03/2020** | **15:51** |

| CAD Call No | Status | Nature of Call | | | |
|---|---|---|---|---|---|
| **201296974** | **CLOSED** | **SWAT** | | | |

| Location | | | | | From Date |
|---|---|---|---|---|---|
| **COLFAX AVE / WASHINGTON ST** | | | | | **05/31/2020** |

| From Time | To Date | To Time | Member# | | |
|---|---|---|---|---|---|
| **17:00** | **05/31/2020** | **21:00** | **1677/DREITH,TIMOTHY** | | |

| Assignment | Entered By | Assignment | RMS Transfer | Prop Trans Stat | Property? |
|---|---|---|---|---|---|
| **SWAT CALLOUTS ONLY** | **1677** | **SWAT CALLOUTS ONLY** | **Successful** | **Successful** | **None** |

| DV | Approving Officer | Approval Date | Approval Time |
|---|---|---|---|
| **No** | **1148** | **06/13/2020** | **11:43:43** |

| Report Officer | Printed At |
|---|---|
| **1677/DREITH,TIMOTHY** | **08/25/2020 17:39** |

Page 1 of 6

20-10539    Supplement No
ORIG

# Jefferson County Sheriff Office

## Modus Operandi

Crime Code(s)
**OTHER**

## Narrative

The following is a summary of my recollection of the events that took place between 05/29/2020 and 06/06/2020 during the deployment of the Jefferson County Regional SWAT team when the team was requested by the Denver Police Department to assist with crowd control during rioting that occurred during an organized protest of the killing of George Floyd by officers of the Minneapolis Police Department.

On 05/29/2020, at about 2109 hours, I received a text message on my department issued cell phone advising of an activation of the Jefferson County Regional SWAT team to assist Denver Police at the command post, located at, W 14th Ave and Cherokee St.

I responded to JCSO Headquarters (HQ) to gather vehicles and equipment. I drove the Lenco Bearcat to W 14th Ave and Cherokee St. During a briefing at the command post I learned that our team was to be used to apprehend an individual who was bringing rifles and pipe bombs to the protest. I was assigned a Denver Police liaison who would act as a navigator. I drove the Bearcat to an area near where the suspect's vehicle was parked. Before the suspect was located, the team was diverted to another assignment.

It was difficult for me to understand exactly what our assigned tasks were because they would be aired on the Denver Police radio and I could only hear bits and pieces of what was being said. Then the Denver Police navigator would tell me where to go. Due to the nature of the environment, I was not able to document the times when each event took place.

Denver Fire was putting out a dumpster fire on Colfax Ave that had been set by protesters. The team was dispatched to provide security to the firefighters. While en route, I could hear objects striking the Bearcat that were being thrown by protesters. There were protesters all around and I was afraid that someone would try to open the door of the Bearcat from the outside. The environment was chaotic because people were yelling, drivers were revving their engines and honking their horns. Most buildings had broken windows and words written in spray paint with anti-police sentiment. When we were finished protecting the firefighters, we were sent to the area of 14th Ave and Broadway.

There was some discrepancy of whether we were needed at 14th Ave and Broadway or Colfax Ave and Broadway. I had to drive around a portable chain link fence that protesters had set up across Broadway to block traffic. We ultimately stopped about 25 yards south of Colfax Ave on Broadway. I stepped out of the Bearcat to guard it. I saw numerous rocks coming in my direction from the northwest. I could not see exactly who was throwing the rocks. The rocks came within inches of my legs but I was not hit at that time. There was a dumpster fire on the east side of Broadway and there was a large group of people gathered on the sidewalk in Civic Center Park on the east side of Broadway. There were too many people to count but I estimate there were more than 200 people gathered. Once we were in place the crowd seemed to start slowly closing some distance between us with more people joining and the group becoming concentrated. People within the crowd continued to throw object towards us. Sgt Donohue requested handheld gas from the Bearcat inventory and I brought it to him. A Denver Police Lieutenant requested handheld gas be deployed to disperse the crowd because people were throwing rocks, bottles and fireworks at the team and members of the Denver Police Mobile Field Force (MFF). I deployed two Combined Tactical Systems (CTS) 5230 Riot Smoke 5230 Corson Stoughton (CS) grenades and one CTS 5430 Handheld CS grenade. I threw the canisters so they landed about four to five feet in front of the people throwing missiles, so the canisters would tumble and roll to their feet and then disperse the chemical agent. The CS powder in the air caused the crowd to disperse. I remained on a line with other operators along Broadway with the bags containing handheld gas inventory at my feet. When the air cleared of the CS powder a group of about 20 began to gather to the southeast in the park. They were screaming obscenities at the team and started throwing items. I deployed one CTS 5430 Handheld CS grenade in their direction in the same manner previously described, which caused them to disperse. I remained in a line with the team for a period of time while the park seemed to empty out.

We were relieved by the (MFF) and sent to check for looters at Capitol Pizza, located at, 329 E Colfax Ave. There was a report of broken windows there. When we arrived, the windows at the front of the restaurant were broken

| Report Officer | Printed At |
|---|---|
| 1677/DREITH,TIMOTHY | 08/25/2020 17:39 |
| Page 2 of 6 | |

20-cv-1878-RBJ
Exhibit D
Page 2 of 35
JCSO 000014

20-10539   Supplement No
ORIG

# Jefferson County Sheriff Office

<span style="background-color:maroon;color:white">**Narrative**</span>

but there was no looting taking place.

Our next assignment was to assist with crowd control at Colfax Ave and Broadway St. The officers there were taking rocks from a crowd on the north side of Colfax Ave on Broadway St. When we arrived the crowd dispersed simply because of our presence. We remained at this location until our next assignment which was to assist Denver Police Officers in clearing out Civic Center Park.

We crossed Colfax Ave and made a line of officers. We moved west along the north side of the park. I gave verbal commands for people in the park to move out. About 40-50 people were leaving the park because we were behind them giving commands to leave the park. They were walking backwards screaming obscenities at us. I do not recall exactly what they said but they were expressing their dissatisfaction with law enforcement. We moved through the park until we reached Bannock St. at which time we returned to Colfax Ave and Broadway. By this time most of the crowd had dispersed from the area of the State Capitol building and Civic Center Park.

We returned to W 14th Ave and Cherokee St and were released by Denver Police for the night.

On 05/30/2020, I was told to be prepared to be called to Denver to assist. I responded to JCSO HQ to gather equipment and prepare vehicles for deployment. Due to the conditions we faced on the previous night, the team gathered additional less lethal platforms. Having more operators armed with less lethal options would allow the opportunity to target and address specific individuals that were throwing objects and protect peaceful protesters. I was assigned as Bearcat driver and armed with a less lethal shotgun. Once the equipment and vehicles were ready, we moved to a classroom to wait. We were not requested to assist. Instead we used the time to debrief the night before. We discussed tactics for convoys, reviewed policy and procedure for using less lethal including a review of approved target zones.

On 05/31/2020, the team was activated to assist Denver Police with crowd control during a riot between about 1600 hours and 0100 on 06/01/2020.

I drove the Bearcat to the command post at W 14th Ave and Cherokee St. where I attended a briefing by Denver Police Lt Williams. We were assigned a Denver Police Sergeant to be our liaison/navigator. I learned that Denver Police recovered numerous full gasoline cans and piles of bricks that were staged throughout the city. Lt Williams explained that the 16th St mall had been heavily damaged and the majority of windows on the businesses had been shattered. Our mission would be to patrol the mall between other assignments and protect the businesses from looting and further damage. Finally, we were informed that Denver Mayor Hancock had issued an Emergency Curfew going into effect at 2000 hours pursuant to DRMC Section 2-98. Those who were in violation of this order were subject to arrest and charged with DRMC 1-13. After that briefing, I was assigned as Bearcat driver and armed with a less lethal shotgun.

We staged our convoy in the Time Park parking lot, located on the northeast corner of W 13th Ave and Cherokee St. At about 1748 hours, we were advised a large crowd was moving towards the Denver Police Administration building from the north. We were requested to form a line across Cherokee St and protect the building. The crowd arrived and stopped. They yelled and chanted but they were peaceful and I did not observe any items being thrown. They remained in the area for a short time before moving on.

Our next assignment was to parallel a large crowd of about 500 people that were walking east on Colfax Ave from the Capitol. Our navigator directed us to travel eastbound on E 17th Ave. We were directed to respond to go to the north side of Colfax Ave on Washington St and prevent the crowd from traveling north on Washington St. This was to prevent damage to the Denver Police District 6 Station. We arrived prior to the crowd and formed a line across Washington St. When the protesters arrived, some continued east on Colfax Ave and some stopped and turned toward us. They yelled and showed us their signs. They did not approach us and I did not observe them throw anything in our direction. Officers from Denver Police and Aurora Police arrived wearing protective riot gear and formed a line in front of us. Once the crowd passed Washington St the people who stopped moved on with the group which continued east on Colfax Ave.

Our team returned to our vehicles and resumed a parallel course on W 17th Ave with the protesters on Colfax Ave. The protesters turned around and headed west on Colfax Ave. We were directed to turn around and return to

| Report Officer | Printed At |
|---|---|
| 1677/DREITH,TIMOTHY | 08/25/2020 17:39 |
| Page 3 of 6 | |

20-cv-1878-RBJ
Exhibit D
Page 3 of 35
JCSO 000015

**20-10539**

Supplement No
ORIG

# Jefferson County Sheriff Office

the District 6 Station. We arrived and formed a line across Washington St. The crowd was approaching from the east on Colfax Ave but had not arrived.

I could hear what sounded like a disturbance around the corner of Washington St on Colfax Ave. A citizen who was standing on Colfax Ave said that an assault was taking place. I went with a group of operators to investigate. I saw a black male in a white shirt chasing a white male wearing a blue shirt south across Colfax Ave. The male in the white shirt was punching and kicking the male in the blue shirt who was now on the ground in front of Sliceworks Pizza, located at 700 E Colfax Ave. The male in the white shirt picked up his foot and brought it down with force on the other male's head. I ordered the male in the white shirt to stop. When he did not, I deployed 4 CTS model 2581R super-sock 12 gauge bean bag rounds using a less lethal shotgun striking him four times. While he was facing me, I was aiming two rounds for his lower abdomen which is a green target area. When he turned away, he was still in striking range of the victim and not complying with verbal commands. I aimed for his right buttock which is a green target zone with the other two rounds. The assailant ran away west on Colfax Ave. It appeared that all four rounds struck the male in the targeted areas that I was aiming for.

I approached the male in the blue shirt and assessed his injuries. He was bleeding from his right ear and had blood on his face. He said that he was in a great deal of pain. I called for the team medic to come and I walked with them back to the other side of Colfax Ave behind the line of remaining operators where he was loaded into an ambulance and transported to a hospital. The male in the white shirt was not identified or apprehended. Due to the rapidly evolving situation, I was not able to document the exact time of the incident but it happened after about 1730 hours and before it was dark. The sunset was at 2022 hours in Denver that day. I did not have time to identify the victim prior to his transport. I returned to my position in the line across Washington St and crowd arrived at Washington St within a few minutes.

As before when the crowd arrived, some people turned to face us on Washington St. At this time the line was solely comprised of the Jefferson County Regional SWAT team. I could not say for sure how many protesters there were but I could see people standing shoulder to shoulder covering Colfax Ave as far as I could see between the buildings on the corner of Washington St and spilling over into the parking lot of the Cheba Hut restaurant. The number of protesters vastly outnumbered our team. I was afraid that the crowd could easily overpower our contingent with their numbers. I could not see anything that would prevent the crowd from leaving the area to the south on Washington St or in either direction on Colfax Ave. The protesters began chanting and yelling at us as before but also began throwing rocks, bottles, and fireworks at us. Another operator deployed a handheld gas canister in an attempt to disperse the crowd but the canister was picked up and thrown back at us by one of the protesters. I began looking for specific individuals that were throwing items at us. Each time I observed an individual pick up an object and throw it, and I had a clear line of sight, I deployed a bean bag round from my less lethal shotgun. I aimed for an available green zone target area with each round. To my right and left I observed people come around the corner of the building just long enough to throw an object. People were using an umbrella, pieces of plywood, a tarp and a construction sign to protect and conceal themselves while throwing objects at us. I was struck with a rock on my right forearm which caused pain. It did not leave a mark. I was struck in the legs twice by unidentified objects that did not leave marks on my body. I was afraid that I would be injured by one of the missiles. There was a great deal of noise from people chanting and yelling and screaming profanities. I observed people using traffic cones and what appeared to be a helmet to cover gas canisters and reduce their effectiveness. I saw people repeatedly kicking and throwing gas canisters back at our team. Items were being thrown at us from deep in the crowd. There was a white cloud of CS powder in the air. This caused a large number of protesters to move away down Colfax Ave to the west. This encounter continued for about five minutes while the team held our ground. During this time, I fired approximately 15 bean bag rounds. I attempted to give verbal commands through the gas mask I was wearing and the over loud volume of so many protesters yelling all at once. The Aurora Police MFF arrived to assist us wearing protective riot gear. Our team moved behind their line and supported them. The crowd continued to thin out and by this time there were about 50 people remaining. Most of them were across Colfax Ave but people were still throwing rocks, bottles, gas canisters, fireworks and anything else they could find at us. The line was moved to the north edge of Colfax Ave. While Supporting the Aurora MFF, I deployed about five more bean bag rounds aimed at green target zones of specific individuals throwing items.

| Report Officer | Printed At |
|---|---|
| 1677/DREITH,TIMOTHY | 08/25/2020 17:39 |

20-cv-1878-RBJ
Exhibit D
Page 4 of 35
JCSO 000016

20-10539   Supplement No
ORIG

# Jefferson County Sheriff Office

## Narrative

I received an alert on my cell phone stating the emergency curfew was in effect. Another MFF was on Colfax Ave at Clarkson St in a line formation moving west. When they got to Washington St we joined them and moved west to Pearl St. I moved the Bearcat from Washington St to Colfax Ave on the east side of Pearl St and used it to help block vehicle and foot traffic from moving east on Colfax Ave. Once the crowd had dispersed, we were sent to W 13th Ave and Cherokee St where a crowd was gathering.

We arrived and formed a line across Cherokee St. Again the line was only our team. The crowd was about 100 to 200 people. They started throwing fireworks at us and other operators deployed gas canisters. Less lethal was deployed when subjects picked up the canisters. I did not deploy any bean bags during this encounter. A DPD MFF arrived and together, we moved forward which caused the crowd to move south and eventually dispersed.

Our DPD navigator directed us to the 16th St mall and we parked on 16th St Mall at Court St where a Denver Sheriff team was working. Next we relocated to the 1500 block of Sherman St. where eight individuals were arrested, four of which were armed. They were given to the custody of the Denver Sheriff's Department. I could hear announcements on a loudspeaker stating the emergency curfew order was in effect and directing people to leave all public areas immediately or they would be subject to arrest. By this time many of the protesters had left public areas. The team returned to the command post and we were released for the day.

On 06/01/2020, Denver Police requested the Jefferson County Regional SWAT team to assist with crowd control during a riot.

The team arrived at the command post at W 14th Ave and Cherokee St at about 1600 hours. We were assigned a DPD liaison/navigator. I was assigned as Bearcat driver and armed with a less lethal shotgun.

We staged our convoy in the Time Park parking lot, located on the northeast corner of W 13th Ave and Cherokee St. We waited there for an assignment. The protest that day was largely peaceful and we were not needed. We relocated to the parking lot of Torchy's Tacos, located at, 1085 Broadway St. Once it was dark, we moved our convoy to W 14th Ave between Cherokee St and Bannock St. A large crowd began moving south on Broadway St and we moved to the east of Bannock St to guide people south and prevent them from moving farther west towards the Denver Police Administration building. There were only a small number of people headed our direction and they were peaceful.

We were directed to respond to the District 6 Station because a group was moving east in that direction from the capitol on Colfax Ave. We began driving east on W 14th Ave. When we were approaching the intersection of W 14th Ave and Lincoln St our DPD navigator told me to turn left. When I did, I found the street was filled with protesters. The group immediately became agitated and began throwing rocks and other projectiles at our team members and vehicles. Rather than engage the hostile acts, we backed up our vehicles up and took an alternate route to our assigned location.

When we arrived at District 6 Station, we formed a line across Washington St. A group of protesters walked by on Colfax Ave headed west without incident. Then we returned to the command post for debriefing and were released by Denver.

On 06/06/2020 Denver Police Requested the Jefferson County Regional SWAT team to assist with crowd control during a riot.

The team arrived at the command post a W 14th Ave and Cherokee St at about 1000 hours and staged our convoy in the Time Park parking lot, located on the northeast corner of W 13th Ave and Cherokee St.

U.S. District Judge R. Brooke Jackson issued a temporary protection order stating that all Law Enforcement Officers deployed to the protest must use body worn cameras. Since not everyone on the team is issued a body worn camera nor do they carry them during SWAT operations, the team was released by Denver.

I deployed each day with my Glock 17mm handgun, my ballistic vest, clearly marked with the word Sheriff, my ballistic helmet, my gas mask and, my department issued .223 Colt Commando rifle. I deployed on 05/30/2020, 05/31/2020, 06/01/2020 and 06/06/2020 with an orange, designated less lethal, 12 gauge, Remington 870

| Report Officer | Printed At |
|---|---|
| 1677/DREITH,TIMOTHY | 08/25/2020 17:39 |

20-cv-1878-RBJ
Exhibit D
Page 5 of 35
JCSO 000017

20-10539

Supplement No
ORIG

# Jefferson County Sheriff Office

## Narrative

shotgun.

| Report Officer | Printed At |
|---|---|
| 1677/DREITH,TIMOTHY | 08/25/2020 17:39 |
| Page 6 of 6 | |

20-cv-1878-RBJ
Exhibit D
Page 6 of 35

JCSO 000018

**20-10539**

Supplement No
0001

# Jefferson County Sheriff Office

Reported Date
**06/05/2020**

Nature of Call

Member#
**STEGINK,TIMOTHY**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|
| **Jefferson County Sheriff Office** | | **20-10539** | **0001** | **06/05/2020** | | **13:32** |

| Member# | | Assignment | | Entered By |
|---|---|---|---|---|
| **1148/STEGINK,TIMOTHY** | | **SWAT CALLOUTS ONLY** | | **1148** |

| RMS Transfer | Prop Trans Stat | Property? | DV | Approving Officer |
|---|---|---|---|---|
| **Successful** | **Successful** | **None** | **No** | **2175** |

| Approval Date | Approval Time |
|---|---|
| **06/16/2020** | **11:49:22** |

## Narrative

**AOA to Denver Police Department concerning riots between May 29 and June 6, 2020:**

On May 29, 2020, the Denver Police Department requested assistance from the Jefferson County Regional SWAT Team in reference to growing crowds that were becoming riotous in response to the death of George Floyd. Cities across the country were marching and protesting law enforcement action against African American people, and Denver was among those cities. The previous night, Denver Police utilized CS gas in an attempt to minimize the crowds. In addition to these concerns, Denver Police received information that a male was going to bring AR-15 and AK-47 type rifles to the protest and asked the Jefferson County Regional SWAT Team to assist in apprehending the person.

Upon arrival at the command post, located at 14th Avenue and Cherokee Street, the Team was paired with a member of the Denver Police Department to serve as a guide and to relay radio traffic. Shortly after leaving the command post and traveling to various locations where the subject was last seen, the Team was informed another tactical team would handle the apprehension and asked that we assist in crowd control. Our main area of focus was between 14th Avenue and Colfax Avenue on Broadway, directly in front of the State Capital and Civic Center Park. There were large crowds gathering in both areas who were highly agitated. While staged in that area, vehicles driven by Operators were consistently hit with rocks, bottles, and other hard objects that caused damage to the vehicles (dents in doors, body panels, and broken windows). While in this area, the vehicle I was riding in (Blue Truck) had the driver's side window broken by an unknown hard object, and the passenger side widow, where I was seated, was hit at least three times with large rocks but did not break. Operators were also hit with these objects but did not sustain serious injuries. During this deployment, Operators deployed with gear suited for an apprehension of an armed subject and not crowd control. Because of this, we had limited less lethal munitions and various gas to disperse the crowds. Operators deployed some 40mm munitions specifically directed at those who posed a threat to Operators and other officers, and gas was deployed in a way to disperse the crowds. I deployed three large CS gas canisters into the area of Civic Center Park where crowds were advancing on officers positioned on Broadway. Once the crowds left the area, we assisted Denver Metropolitan SWAT with a secondary sweep of Civic Center Park and did not locate anyone there. This concluded our involvement for this activation. For this deployment, I wore my department issued green uniform, tactical vest and helmet, Colt Commando 5.56mm rifle, and my personal Sig Sauer P226 9mm SAO handgun.

On May 30, 2020, we were again requested to assist Denver Police but were placed on a stand by status. We were eventually called off and did not respond to the City of Denver. We discussed vehicle operations and rules of engagement when contacting violent crowds. We discussed the different less lethal munition platforms and the target areas for each platform. For this deployment, I wore my department issued green uniform, tactical vest and helmet, Colt Commando 5.56mm rifle, and my personal Sig Sauer P226 9mm SAO handgun.

On May 31, 2020, we responded to the Denver Police Command Post, located at 14th Avenue and Cherokee, to assist with the protests and growing, agitated crowds. We were again paired with a Denver Police Officer who served as our guide to specifically respond to agitated crowds. Before leaving the command post, we were told that a large group was coming to Denver Police Headquarters from the south, which was where the command post was located. The Team set up a line to prevent the crowd from moving any further than 13th Avenue. This

| Report Officer | Printed At |
|---|---|
| **1148/STEGINK,TIMOTHY** | **08/25/2020 17:39** |

20-cv-1878-RBJ
Exhibit D
Page 7 of 35
JCSO 000019

20-10539   Supplement No
0001

# Jefferson County Sheriff Office

crowd was peaceful and they eventually dispersed.

We then responded to District 6, located at Colfax Avenue and Washington Street, in reference to approaching protesters.  The crowd was peaceful, but they were highly agitated, screaming, cursing, and calling Operators names.  We left but later returned to provide security for the District 6 Precinct and to enforce a city wide curfew was in place.  We were also told a large crowd of protesters were walking down Colfax Avenue toward our location from the east.  Prior to the crowd arriving, Operators observed an African-American male physically assaulting a white male on the southeast corner of Colfax Avenue and Washington Street.  The African-American male was punching, kicking, and stomping on the white male's face and head.  The male was given verbal commands by Operators to stop his behavior but disregarded the commands.  Operators immediately engaged the subject male with less lethal munitions, stopping the assault.  The subject male fled west bound and was not apprehended.  The victim male was immediately given aid by Medic Spery and brought back to a safe location where he was transported to the hospital for further evaluation.

After the victim male was transported to the hospital, the Team took our original position at Colfax Avenue and Washington Street to protect the District 6 Station.  As the crowd approached us, they were highly agitated and began throwing rocks, hitting several Operators.  We did not deploy with any shields or riot type gear and were waiting for other agency mobile field force officers to respond.  In response to these attacks, Operators deployed CS gas in an attempt to disperse the crowd.  The crowd then began throwing glass bottles, golf balls, and other items.  Operators responded by using less lethal platforms (40mm foam batons, 12g beanbag rounds, 12g rubber ball rounds, 37mm rubber ball rounds, CS and OC gas) to protect themselves from being injured.  All deployed munitions were target specific and only deployed at subjects who were throwing items at officers.  During this confrontation, I fired approximately eight CTS 2581 Super Sock Bean Bag munitions from a department issued less lethal shotgun at persons who were throwing objects at officers or attempting to throw gas canisters back at us.  This shotgun is equipped with an orange stock and fore end.  Eventually, other agencies arrived and our Team took a position behind them providing assistance and the crowd was driven away, westbound on Colfax Avenue.  Operators sustained minor injuries during this confrontation.

We were then dispatched to another area directly north of the State Capital where a large crowd gathered.  While clearing this area, several people attempted to hide from us and were contacted and arrested.  There were eight people arrested, two of which had loaded firearms on their person or property with additional magazines.  After transferring our arrestees to the Denver Sheriff's Office, we assisted in clearing the area between 13th and Cherokee Street and 11th and Cherokee Street.  All officers assigned to clear this area had objects thrown at them and less lethal munitions were used to disperse the crowd and protect officers.  During this confrontation, I deployed approximately three small handheld CS munitions at groups of people who were actively throwing objects at officers.  During this activation, I wore my department issued green uniform, tactical vest and helmet, less lethal shotgun loaded with CTS 2581 Super Sock Bean Bag munitions, and my personal Sig Sauer P226 9mm SAO handgun.

On June 1, 2020, the Team responded to the command post at 13th Avenue and Cherokee Street to assist with protesters.  During this activation, we staged at various areas in the city (11th Avenue and Broadway and District 6).  The crowd's demeanor was drastically different and they were calm compared to the previous evening.  We were informed that if people were protesting peacefully, the curfew order would not be enforced.  Operators did not deploy any munitions during this activation.  During this activation, I wore my department issued green uniform, tactical vest and helmet, less lethal shotgun loaded with CTS 2581 Super Sock Bean Bag munitions, and my personal Colt Rail Gun .45 caliber handgun.

On June 6, 2020, the Team was activated again to assist with ongoing protested in Denver.  After collecting gear from headquarters, the Team traveled to the command post at 13th Avenue and Cherokee Street.  We were advised that an emergency protection order was filed requiring all law enforcement officers needed to be outfitted with body worn cameras.  Our Team does not have body worn cameras that we deploy with, and it was decided we would not assist on this day.  The Team cleared the command post and returned to headquarters to unload gear.

| Report Officer | Printed At |
|---|---|
| 1148/STEGINK,TIMOTHY | 08/25/2020 17:39 |
| Page 2 of 3 | |

20-cv-1878-RBJ
Exhibit D
Page 8 of 35
JCSO 000020

20-10539

# Jefferson County Sheriff Office

## Narrative

**Disposition:**

Closed.

20-cv-1878-RBJ
Exhibit D
Page 9 of 35

JCSO 000021

20-10539 Supplement No 0002

# Jefferson County Sheriff Office

Reported Date
06/07/2020
Member#
**PITTON,MICHAEL**

Nature of Call

## Administrative Information

| Agency | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|
| **Jefferson County Sheriff Office** | 20-10539 | 0002 | 06/07/2020 | 16:30 |

| Member# | Assignment | Entered By |
|---|---|---|
| **2223/PITTON,MICHAEL** | **SWAT CALLOUTS ONLY** | 2223 |

| Assignment | RMS Transfer | Prop Trans Stat | Property? | DV |
|---|---|---|---|---|
| **SWAT CALLOUTS ONLY** | Successful | Successful | None | No |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| 1148 | 06/17/2020 | 07:43:35 |

## Narrative

No BWC due to this being a SWAT activation.

On 05/29/2020 I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department. At this time there was protesting and riots going on in Denver for George Floyd but, no information was given on how we would be assisting Denver. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, with my department certified Sig Sauer 320 pistol, and department issued Colt Commando .223 cal.

I arrived at HQ and began helping other operators get ready. We then responded to the command post located at 14th and Cherokee. There we were briefed by command that we would be assigned to apprehending two suspects that were possibly armed. Later it was believed that they were not armed and we were reassigned. Later it was found that the two suspects were armed.

We were then reassigned to provide security for Denver Fire Department as they went to fires. We first responded to the area of Colfax Ave. and Logan St. where fires were being set. As we responded there were protesters along the streets yelling at us and giving us the middle finger. Some of the things being yelled were "Fuck 12", and "Fuck you". Once we arrived at Colfax Ave. and Logan St. the protesters began to throw rocks and glass bottles at us. I held security for Denver Fire and watched the crowd. Denver Fire then cleared.

Next we responded to the 1300 block of N. Broadway where fires were being set and the protesters were building a barricade to block N. Broadway. When we arrived on scene I held security for Denver Police Mobile Field Force and Denver Fire as they put the fire out and removed the barricade. As I was standing in the middle of N. Broadway there were protesters on both sides of N. Broadway throwing rocks and bottles at us and yelling profanities at us. Also there was a large dumpster fire behind us that Denver Fire was attempting to put out. I saw that Denver Mobile Field Force was deploying pepper balls, tear gas, and pepper foggers. I watched several times protesters running up and picking up the tear gas canister and throwing it back at us and Denver Mobile Field Force. During this time after watching this several times and seeing police being hit with the canisters, I watched a protester run up to a tear gas canister pick it up and at this time I deployed a Flash Sound Diversionary Device (FSDD) in the area of the protester. The FSDD was deployed in between the protester and myself and was approximately 20 feet away from him when it went off. I deployed the FSDD due to the protester trying to throw a canister at officers, and not having any other less lethal option available to me. After the FSDD went off the protester trying to throw the canister dropped it and ran away. But several minutes later another protester came and threw the canister at officers. I was unable to do anything at due to not having another FSDD on myself and no less lethal option.

We continued to hold security here and I went to another operator and asked if they had a hand held gas canister on their person. They did and I took control of the canister which was a mini OC vapor gas canister. As I held security a Denver Lieutenant (LT.) was asking what munitions we had. The Denver Lt was advised of our limited Less Lethal options. While speaking with him there was a crowd of protesters that outnumbered us that was walking toward us and appeared aggressive. There were items being thrown at us from this group and they were asked to leave several times by Denver. At this time the Denver Lt. asked for a gas canister to be thrown by a marble wall about five feet to the left of the group. I explained to the Lt. that I would deploy the gas canister that I

| Report Member | Printed At |
|---|---|
| **2223/PITTON,MICHAEL** | 08/25/2020 17:40 |

**Page 1 of 4**

20-cv-1878-RBJ
Exhibit D
Page 10 of 35
JCSO 000022

20-10539   Supplement No
0002

# Jefferson County Sheriff Office

had and did so. The canister landed on the ground right next to the marble wall and began expelling gas. The group then dispersed.

Then we were deployed to several other locations in the city for looting and fires. Each location we went to we were met with aggressive protesters throwing rocks, fireworks and other items at us. I was not equipped with any other less lethal munitions for the remainder of the night and did not deploy any other munition.

After being released by Denver Police Department I responded back to HQ to clean gear and inventory broken gear. At HQ most of our vehicles had at least one broken window and several operators reported being struck with rocks and glass bottles.

On 05/30/2020 I responded to JCSO HQ to stage again to assist Denver Police. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Arvada Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 320 pistol, and department issued Colt Commando .223 cal.

While staged at HQ we performed training. The training we covered were convoy procedures and less lethal munitions deployment. We discussed all less lethal platforms that were being used by us along with the platform I was using.

The Remington 870 less lethal shot gun that I would deploy with is orange and black in color to visually be identified as a less lethal only shot gun. The munitions I would deploy out of the shot gun were CTS 2581, Super Sock Bean Bag munitions. Per policy deputies are authorized to use less lethal force issued equipment to protect deputies or others from physical harm, to restrain or subdue a resistant individual, to bring an unlawful situation safely and effectively under control, to prevent escape, or protect property. We also spoke about the target areas. The "green" target areas are the abdomen, and large muscle groups.

During this time we were also advised that Denver Mayor Hancock issued an Emergency Curfew to DRMC Section 2-98. Any person in violation of this order were subject to arrest and charged with DRMC 1-13.

We were not called to assist Denver on this day and were then released.

On 05/31/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot between about 1600 hours and 0100 hours on 06/01/2020. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Arvada Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 320 pistol, and department issued Colt Commando .223 cal.

We were initially briefed of updates on the situation unfolding in Denver. We were told that several firearms and other weapons had been seized from protesters, and they were now using sling shots and lacrosse sticks to throw projectiles at Law Enforcement. Also we were told that several officers had been injured the prior night due to a vehicle crashing into them, as well as "Molotov cocktails", and other incendiary devices being thrown at police.

The team was given several assignments throughout the operational period. We began by assisting Denver Mobile Field Force with a large crowd in front of Denver Police Department's Headquarters building. Here we assisted Denver and the protesters were peaceful.

Next we responded to Denver's District 6 Substation. Here I stepped off the Bear Cat and along with other operators formed a line. We held the line here as protesters came toward us. A Mobile Field Force then arrived as well to assist us. The protesters at this time were peaceful.

We then went back to our vehicles and began patrolling the area. As we were patrolling the area we were told to go back to District 6 due to the protesters heading back toward that area.

We arrived back at District 6 located near, E. Colfax Ave and Washington St. Our mission was to prevent rioters from moving northbound on Washington St. The crowd was approaching from the east on Colfax Ave but had not yet arrived at Washington St. I could hear what sounded like a disturbance around the corner of Washington St on

20-cv-1878-RBJ
Exhibit D
Page 11 of 35
JCSO 000023

**20-10539**     Supplement No
0002

# Jefferson County Sheriff Office

## Narrative

Colfax Ave. Also a citizen who was standing on Colfax Ave said that an assault was taking place. I went with a group of operators to investigate. I saw a black male in a white shirt chasing a white male wearing a blue shirt south across Colfax Ave. The male in the white shirt was punching and kicking the male in the blue shirt who was now on the ground in front of Sliceworks Pizza, located at 700 E Colfax Ave. The male in the white shirt picked up his foot and brought it down with force on the other male's head. I ordered the male in the white shirt to stop, saying, "Police Stop". When he did not, I deployed 2 12 gauge bean bags from my less lethal shotgun. When I fired he was facing me, and I was aiming two rounds for his lower abdomen which is a green target area. After being struck the male turned and ran away west on Colfax Ave. It appeared the two rounds struck the male in the targeted area that I was aiming for.

The male that was assaulted was assisted by other operators, as other operators and I held cover due to the crowd closing in on us. After the victim was behind the line, I again fell into the crowd control line with other operators.

Due to the rapidly evolving situation, I was not able to document the exact time of the incident but it happened after about 1730 hours and before it was dark. The sunset was at 2022 hours in Denver that day. I did not have time to identify the victim prior to his transport or the suspect who ran off.

The protest crowd arrived at Washington St within a few minutes. As they came to Washington St. the protesters saw our line which at this time was only the Jefferson County SWAT team and began walking toward us. The protest crowd out numbered us significantly and could have overwhelmed our line. As the protesters began yelling at us, rocks and other objects began to be thrown at us from the crowd. At this time a gas canister was deployed in attempt to disperse the crowd but the canister was picked up and thrown back at us. At this time I deployed several bean bag rounds at protesters that were actively throwing rocks at us or attempting to pick up gas canisters and throw them back at us. I had to reload the 870 Less Lethal shot gun several times with Super Sock Bean Bag munitions. As I was reloading I was hit with a bottle in the left leg that was filled with some unknown liquid. The liquid soaked my pants and went onto my skin. Each time I fired the less lethal shot gun I was targeting active aggressors throwing items at us or attempting to pick up gas canisters to throw at us. Every individual that I targeted I aimed for the abdomen which is a green zone. During this time Aurora Mobile Field Force came to assist us due to the large crowd and the overwhelming amount of rocks and other objects being thrown at us. Their Mobile Field Force then took the front of the line and I went behind them to support them with the Less Lethal shot gun.

The line then moved toward Colfax Ave. on Washington St. There were still protesters on Colfax throwing rocks and other objects at us. The line moved to the building line near Colfax and held there. While we held there protesters were still throwing rocks, and other objects at us. During this time a large firework went off directly in front of the line in front of us. The objects I saw being thrown were coming from protesters in the area near Slice Work Pizza and the parking lot on the West side of Washington St. More gas canisters were deployed again to disperse the crowd. At this time I again only targeted protesters that were actively throwing rocks, gas canisters, or other objects at us. All of the people here I also only targeted the abdomen which is a green area. We held here until another Mobile Field Force came from the east pushing the protesters west on Colfax.

We joined them and moved west down Colfax. During this time I did not deploy any munitions. The protest crowd continued to be moved west and we held one block west of Washington St.

At this time we were then redeployed to the area of Cherokee St. and W. 13th Ave. When we arrived we were the only police presence there. Again the large protest crowd was agitated and throwing objects at us. Again on this incident I did not deploy any munitions. Again another Mobile Field Force came to assist us here and the protesters were pushed north on Cherokee St. We then loaded back up onto our assigned vehicle and responded to our next area.

We were then deployed to a large crowd near the area of the 1300 block of Sherman St. At this location we arrived first to the area and then were assisted by another Mobile Field Force. Here I again did not deploy any munitions.

| Report Officer | Printed At |
|---|---|
| 2223/PITTON,MICHAEL | 08/25/2020 17:40 |
| Page 3 of 4 | |

20-10539   Supplement No
0002

# Jefferson County Sheriff Office

## Narrative

After this incident we were released by Denver Police and we responded back to JCSO HQ were I assisted other operators in stowing and cleaning gear.

On 06/01/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Arvada Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 320 pistol, and department issued Colt Commando .223 cal.

During this assignment we spent most of our time in the staging area away from the protesters.

We were deployed to District 6 again. While en route we went in front of the Capitol. Here we began getting objects thrown at us but did not engage anyone. Instead we turned our vehicles around and went another route to District 6. I did not deploy any munitions on this day.

On 06/06/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Arvada Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 320 pistol, and department issued Colt Commando .223 cal.

We responded to our staging area. There we were briefed by our command that a TRO was issued stating that all law enforcement must have body worn cameras (BWC). Due to no one on the team having BWC's for our tactical vest we were released from Denver.

I then responded back to JCSO HQ to assist other operators in stowing gear.

Disposition: See original report.

| Report Officer | Printed At |
|---|---|
| 2223/PITTON,MICHAEL | 08/25/2020 17:40 |
| Page 4 of 4 | |

**20-10539**

Supplement No
0003

# Jefferson County Sheriff Office

Reported Date
06/10/2020

Nature of Call

Member#
**SPERY,BRIAN**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **Jefferson County Sheriff Office** | | **20-10539** | **0003** | **06/10/2020** | **20:59** |

| From Date | From Time | To Date | To Time | Member# |
|---|---|---|---|---|
| **05/29/2020** | **21:08** | **06/06/2020** | **11:00** | **1287/SPERY,BRIAN** |

| Assignment | Entered By | RMS Transfer | Prop Trans Stat | Property? | DV |
|---|---|---|---|---|---|
| **SWAT CALLOUTS ONLY** | **1287** | **Successful** | **Successful** | **None** | **No** |

| Approving Officer | Approval Date | Approval Time |
|---|---|---|
| **1148** | **06/12/2020** | **07:33:29** |

## Narrative

On 052920 at about 2108 hrs I responded to the Jefferson County Sheriff's Office Headquarters as a member of the Jefferson County Regional SWAT Team. I was advised that the team would be responding to Denver to assist the Denver Police Department (DPD) with a report of 2 males bringing body armor and rifles to the protests in the area of the Capital building. We were advised that we would be taking the parties into custody. I was to respond as the Tactical Paramedic for the duration of the operation.

I deployed in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on front and back, ballistic helmet, with my department certified Glock 19 (9mm) pistol, and department issued Colt AR-15 patrol (5.56 mm) rifle. I was assigned to the Department's tactical medical vehicle (Unit #1595).

After the team members arrived at JCSO Headquarters and our vehicles were loaded we responded as a convoy to our staging area at 14th Ave and Cherokee St. in Denver. We were briefed there by a representative from the Denver Police Department. We were given a DPD officer to ride in the BearCat and lead us to where we would wait until we received intelligence that the suspects were returning to the vehicle. I followed behind the BearCat. We staged on a side street south of Colfax Ave until we were reassigned by the Command Post.

We were assigned to provide cover for a Denver Fire Department crew who was attempting to extinguish a fire at Colfax Ave. and Logan St. While we were convoying to that location, we passed numerous protesters who were yelling, making gestures and throwing unknown items at our vehicles. The items broke windows on both equipment trucks and dented several vehicles.

We arrived at Colfax Ave and Logan St. where we met with Denver Fire. We dismounted our vehicles and provided cover for the Firefighters while they extinguished the fire. There were numerous protesters on all sides yelling obscenities at us. They were also throwing rocks and bottles at the exposed team members. We remained onsite until the Fire personnel finished their duties. We then remounted our vehicles when they had safely cleared the area.

We were then sent to the area of northbound Broadway Blvd between 13th Ave. and 14th Ave. We were advised that protestors were starting fires and building barricades on Broadway Blvd. DFD and the DPD Mobile Field Force (MFF) were in the area but were greatly outnumbered by aggressive protesters. Upon our arrival on the scene a rock was thrown through the drivers side back door window of the medical vehicle striking me on the left shoulder causing pain.

The team dismounted to provide security while the MFF moved the barricade out of the road and the DFD crew extinguished the fire that we were advised had been started by protesters. While this was being done we were surrounded on all sides by protesters who were yelling obscenities, making gestures and throwing rocks and bottles. Several team members were struck by the items. We remained at this location until DFD and the DPD MFF had completed their tasks and remounted their vehicles.

The team was sent to several other locations where protesters were getting aggressive with Denver personnel. Upon our arrival the protesters would scream and throw objects but would soon leave the area presumably due to our show of force. I was able to check on the team to see if any of the operators were injured during the evening.

| Report Officer | Printed At |
|---|---|
| **1287/SPERY,BRIAN** | **08/25/2020 17:40** |
| **Page 1 of 4** | |

20-10539  Supplement No
0003

# Jefferson County Sheriff Office

## Narrative

Officer Beale advised me that he was hit on the right wrist by a rock and was complaining of pain and numbness in his right arm. Officer Didominico was hit on the top of his foot causing pain through to his ankle. Neither officer wanted to be pulled from their duties so they were advised to ice their injuries overnight and take an anti inflammatory medication. If the pain persisted they were to contact a supervisor and do a "First Report of Injury".

The team returned to the Denver Command post where we performed a debrief before returning to the JCSO Headquarters and went end of watch.

On 053020 at about 1900 hrs I responded to the Jefferson County Sheriff's Office Headquarters in anticipation of being requested to assist the Denver Police Department. I deployed in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on front and back, ballistic helmet, with my department certified Glock 19 (9mm) pistol, and department issued Colt AR-15 (5.56 mm) patrol rifle.

The team had been able to acquire additional Less Lethal options from the JCSO Special Operations Response Team. The team staged at the Jefferson County Sheriffs's office. While we were staged we conducted training on convoy operations and less lethal deployment. We focused on less lethal target impact zones, deployment methodology and team authorized types of munitions used. We covered handheld and launchable platforms relating to chemical and impact munitions. Additionally, the appropriate use of force and agency specific policy and procedure were addressed to ensure operators had a proper understanding of the rules of engagement. The team was eventually released from staging without ever being requested.

On 053120 at 1547 hrs the team was again paged to assist the Denver Police Department with the protests in the City of Denver. I deployed in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on front and back, ballistic helmet, with my department certified Glock 19 (9mm) pistol, and department issued Colt AR-15 (5.56 mm) patrol rifle. I was assigned to the Department's tactical medical vehicle (Unit #1595).

The team again convoyed to 14th Ave and Cherokee St. where we were briefed. At the Command Post we were briefed by a DPD Lieutenant. He advised us that the during the rioting over the last evening the rioters had been using lacrosse sticks and large slingshots to propel objects at the MFF officers. They had also been using "Molotov cocktails" and large fireworks on the officers. We were then given a DPD liaison officer who would ride in the BearCat and direct our operations.

We were sent to several areas where we observed large groups of protesters who screamed obscenities and gestured at us but did not escalate. We were eventually sent to the area of Colfax Ave and Washington St. which is the DPD District 6th Sub Station. There was a large group of protesters at this location but they only yelled profanities and made obscene gestures at us. The protest remained peaceful. We were redeployed to several other areas without major incident.

Eventually at about 2025 hrs we were deployed to the District 6 Sub Station again. We parked on Washington St about a half block north of Colfax Ave. and moved to the intersection on foot. As we approached we were advised by several protesters that there was a fight in progress. They advised that 2 men were fighting and one was killing the other. We moved up to the intersection of Washington St. and Colfax Ave where we could see a black male standing over a body on the sidewalk on the southeast side of the intersection in front of a Pizza restaurant. The black male was kicking the man on the ground in the head.

Several members of the team began issuing verbal commands to the black male to move away from the man on the ground. The black male continued to assault the male on the ground and the team members engaged the black male with shotgun bean bags and 40 mm less lethal projectiles. The black male appeared to be struck by several of the munitions before he stopped assaulting the man on the ground and ran away to the west where I lost sight of him. We made no attempt to pursue him as it would be unsafe to chase him into an aggressive crowd who were still yelling profanities at us.

I moved forward with several SWAT members providing security for me so that I could render medical aid to the downed party. I contacted the white male who was confused. He advised me that he could not remember what started the fight or who the other man was. He advised that he had blurry vision, rigging in his ears and had difficulty remembering the events of the evening. I advised the SWAT command personnel that we needed to

| Report Officer | Printed At |
|---|---|
| 1287/SPERY,BRIAN | 08/25/2020 17:40 |
| Page 2 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 15 of 35
JCSO 000027

**20-10539**   Supplement No **0003**

# Jefferson County Sheriff Office

<div style="background:maroon;color:white">Narrative</div>

have a Denver Health (DH) Ambulance respond and transport the patient to the hospital.

I was able to walk the male to 16th Ave and Washington St. where we were met by a DH Ambulance which took over care of the male in order to transport him to a hospital. I then returned to teams location at Colfax Ave and Washington St. We remained at this location until a large group of protesters arrived. Initially they were peaceful. They yelled obscenities and gestured at us. DPD had loud speakers about a block to the east of us and were ordering the crowd to disperse.

At about 2025 hrs the crowd began throwing rocks, bottles, bricks and other items at us. Several team members were struck by these items. Initially the team attempted to move the crowd back using OC gas cannisters. Protesters would attempt to scoop up the cannisters and throw them back. One protester that I could see was trying to scoop the cannisters up with a lacrosse stick to throw them back. The team was returning aimed less lethal fire at the protesters who were throwing the debris. I was struck on the left calf by a hard object which caused pain. The volume of debris coming from the crowd was intensifying when we were joined by members of Aurora Police SWAT and Mobile Field Force. After we were reinforced the crowd moved away to the west.

Certain members of the protest refused to move off even after repetitive orders to move along and the back and forth fire between the lines. We formed arrest teams and pulled the protesters that refused to move along behind our lines where they were taken into custody for violation of the Denver curfew order. The arrestee's were turned over to DPD officers.  The crowd was pushed west by the DPD MFF that was approaching from the east. We followed them as the crowd moved away.

We were then dispatched to 13th Ave and Cherokee St where DPD Headquarters and the Command Post were located.  We encountered a large crowd that again began throwing fireworks and projectiles at us. The crowd was much larger than our group. We were able to stop them from overwhelming us using gas and less lethal munitions. The crowd eventually moved away.

We were then deployed to 13th Ave and Sherman St. for a large group of protesters who were in front of the Capital Building. We parked up the road from the crowd in order to keep the protestors from coming our direction. Another MFF drove the crowd off of the Capital to the south. We located several parties hiding off the side of the road beside our location. The parties were taken into custody for curfew violation. During a search incident to arrest multiple handguns were located on the parties.

The males were eventually turned over to the Denver Sheriff's Office "paddy wagon" for transport to the Denver jail. We returned to the staging area and were released for the night.

On 060120 at 1400 hrs the team was again paged to assist the Denver Police Department with the protests in the City of Denver. I deployed in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on front and back, ballistic helmet, with my department certified Glock 19 (9mm) pistol, and department issued Colt AR-15 (5.56 mm) patrol rifle. I was assigned to the Department's tactical medical vehicle (Unit #1595).

The team convoyed to 13th Ave and Cherokee St. again for a briefing from the Denver Police Command Staff. We were advised that it had been decided to not enforce the curfew if the protesters remained peaceful. The team was assigned to several areas during the evening but never encountered any physically violent protesters. We did not engage any protesters during that evening. We eventually returned to the Command Post and were released to return to Jefferson County.

On 060620 0830 hrs the team was again paged to assist the Denver Police Department with the protests in the City of Denver. I deployed in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on front and back, ballistic helmet, with my department certified Glock 19 (9mm) pistol, and department issued Colt AR-15 (5.56 mm) patrol rifle. I was assigned to the Department's tactical medical vehicle (Unit #1595).

We convoyed to the Denver Police Department Command Post where our Command Staff was briefed by DPD Commanders. After the briefing our Commanders advised us that there was a new Protection Order stating that all Peace Officers acting in the City of Denver needed to be wearing body cameras. As not all members of Jeffco SWAT are issued body cameras we were released by Denver Police to return to Jefferson County.

| Report Officer | Printed At |
|---|---|
| 1287/SPERY,BRIAN | 08/25/2020 17:40 |
| Page 3 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 16 of 35
JCSO 000028

**20-10539**

Supplement No
0003

# Jefferson County Sheriff Office

## Narrative

As the Tactical Paramedic for the team my responsiblity was to provide medical support to law enforcement personnel and civilians, therefore I did not deploy any gas or less lethal munitions during the course of the operations.

Nothing follows.

| Report Officer | Printed At |
|---|---|
| 1287/SPERY,BRIAN | 08/25/2020 17:40 |
| Page 4 of 4 | |

JCSO 000029

**20-10539**   Supplement No
**0004**

# Jefferson County Sheriff Office

Reported Date
**06/11/2020**            Nature of Call
Member#
**BYBEE,JORDAN M**

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|
| **Jefferson County Sheriff Office** | | **20-10539** | **0004** | **06/11/2020** | | **08:28** |

| Member# | | Assignment | | | Entered By | |
|---|---|---|---|---|---|---|
| **2264/BYBEE,JORDAN M** | | **SWAT CALLOUTS ONLY** | | | **2264** | |

| RMS Transfer | Prop Trans Stat | Property? | DV | | Approving Officer | |
|---|---|---|---|---|---|---|
| **Successful** | **Successful** | **None** | **No** | | **1148** | |

| Approval Date | Approval Time |
|---|---|
| **06/12/2020** | **11:29:41** |

## Narrative

Per Jefferson County Sheriff Office Policy, No Body Worn Camera used during this operation due to this being a SWAT activation.

**Assist Denver with the Protest and Riots**

On 05/25/2020, a male by the name George Floyd (DOB unknown) died in police custody in Minneapolis, Minnesota. Due to this situation, protests began across the country in major cities to include Denver, Colorado. The protests started out peaceful but then turned into violent riots, criminal arson, criminal mischief and destruction of public and private property, and criminal looting of businesses. The protests first turned violent in Denver on 05/28/2020. On 05/29/2020, Denver Police Department asked for Jefferson County Regional SWAT team to respond and assist them with handling the riots.

Throughout this report (which covers several days) there is commonly used police verbiage that is not known to the common reader. Those items are explained bellow:

"Molotov Cocktail"- is also known as a petrol bomb, gasoline bomb, bottle bomb, fire bomb, fire bottle or just Molotov, sometimes shortened as Molly, is a generic name used for a variety of bottle-based improvised incendiary weapons.

"Less Lethal Munition"- is non-deadly pain compliance blunt object that is fired from a non-lethal weapon platform. The munition is either a beanbag material or a hard rubber projectile that is fired from the weapon platform which is attended to gaining compliance through pain.

"The Line"- is terminology for crowd control. The line is a row of officers used to block the path of a protestor or rioter from gaining access to an area.

"FSDD device"- Flash and Sound Diversionary Devise used to disperse crowds or gain compliance.

"JCSO"- Jefferson County Sheriff Office

"JCRS"- Jefferson County Regional SWAT Team

"Mobile Field Force" - is a large element of police officers specially organized to support anti-riot operations through the use of maneuver tactics aimed at dispersing crowds during their embryonic phase or extracting agitators and leaders from larger groups.

"HQ"-Head Quarters

"DPD"- Denver Police Department

**On 05/29/2020**

On 05/29/2020 I responded to Jefferson County Headquarters (HQ) as a SWAT operator in reference to an assist to Denver Police Department with protesters and riots. At this time the peaceful protests had turned into riots. No information was given to us on how we would be assisting Denver. I responded in my SWAT issued green

| Report Officer | Printed At | |
|---|---|---|
| **2264/BYBEE,JORDAN M** | **08/25/2020 17:40** | **20-cv-1878-RBJ**<br>**Exhibit D** |
| **Page 1 of 6** | | **Page 18 of 35** |

JCSO 000030

**20-10539**   Supplement No **0004**

# Jefferson County Sheriff Office

<div style="background:maroon">Narrative</div>

uniform, tactical vest clearly marked "SHERIFF" on the front and back, ballistic helmet, gas mask, with my department certified Glock 17, 9mm, and department issued Colt Commando .223 cal.

When I arrived at JCSO Head Quarters I began to help other operators get equipment and vehicles ready. We then responded to the command post located at 14th and Cherokee. Once on scene of the command post, we were briefed by command that we would be assigned to apprehending two suspects that were armed with ballistic equipment and rifles. While waiting in the area to contact the suspects, Denver stated that they wanted to reassign us to a different assignment and that they would handle the two suspects who were armed.

We were reassigned to provide security for Denver Fire Department as they responded to fires that were being set by rioters throughout the city. We first responded to the area of Colfax Ave. and Logan St. where fires were being set. I was driving the south SWAT vehicle which is a blacked out Ford Explorer. As we responded to the above area, crowds were gathered along the streets yelling and screaming at us and giving us the middle finger. Some of the things being yelled were "Fuck 12", and "Fuck you".

While driving on Colfax Ave. the crowd started to throw rocks at our vehicles. The south SWAT vehicle was hit with rocks denting the front passenger fender, the middle of the driver's door, and the driver side rear passenger door. The dents are ranging from the size of a marble to golf ball. The south SWAT vehicle was also hit with a container containing an unknown brown liquid substance that hit the gas cap cover leaving a brown residue on the vehicle. Once we arrived at Colfax Ave. and Logan St. the rioters continued to throw rocks and glass bottles at us. I held security for Denver Fire and watched the crowd until the fire was extinguished. Denver Fire then cleared.

Next we responded to the 1300 block of N. Broadway where fires were being set and protesters were building a barricade to block N. Broadway. When we arrived on scene, I provided security for Denver Police Mobile Field Force and Denver Fire as they started to extinguish the fire and took down the barricade. As I was standing in the middle of N. Broadway there were protesters on both sides of N. Broadway throwing rocks and bottles at us and yelling profanities. The crowd was also throwing lit mortar fireworks at us which were exploding at our feet and in the air near us. The mortar fireworks were extremely loud and emit sparks covering a large area hitting operators and the Denver Mobile Field Force. I was wearing my gas mask which I observed several sparks bounce off the plastic shield protector which was covering my eyes. Also there was a large dumpster fire behind us that Denver Fire was attempting to put out. I saw that Denver Mobile Field Force was deploying pepper balls, tear gas, and pepper foggers. I watched rioters run up and pick up the tear gas canisters and throwing it back at the Denver Mobile Field Force and JCRS.

While still providing cover for Denver Fire, a crowd of protesters that outnumbered us started to walk towards us and appeared aggressive. There were items being thrown at us from this group and they were asked to leave several times by Denver Police using a PA system from a vehicle. At this time, I grabbed the less lethal 12 gauge shotgun out of the South Swat Vehicle. The munitions used in this shotgun is the CTS Super Sock 2581. I provided protection to the south west. The crowd approached our position from the west and east. Both sides of the crowd started throwing rocks and other objects at JSRS and DPD Mobile Field Force from every direction. While on scene, I heard several gun shots off in the distance and heard Denver Police say over the radio that they were receiving reports of a shooting to the north east of our location and we were to be on the lookout for a Silver Honda CRV. While dealing with the crowds and having objects thrown at us, we were also having to watch all the vehicles driving by us for a Silver Honda CRV who had just discharged a firearm.

Once the crowd was dispersed, we were sent to several other locations in the city for looting and fires. Each location we went to we were met with aggressive rioters throwing rocks, fireworks and other items at us. The last location we responded to was the intersection of N. Broadway and Colfax Ave to assist Denver Mobile Field Force with clearing out Civic Center Park of all rioters. We created a line and walked the park from east to west.

While walking the park near the intersection of Colfax Ave and 15th St, several rioters to the north dressed in all black started to throw glass bottles at JCRS members and DPD Mobile Field Force officers. One glass bottle hit the ground near me and broke near my legs. I was not injured due to my pants keeping my legs from getting cut from the glass pieces. I turned and observed a subject dressed in all black holding a bottle standing behind a light

| Report Officer | Printed At |
|---|---|
| 2264/BYBEE,JORDAN M | 08/25/2020 17:40 |
| Page 2 of 6 | |

20-10539   Supplement No
0004

# Jefferson County Sheriff Office

pole. The subject went to throw the bottle so I shot the less lethal shotgun beanbag munition at him. The first beanbag munition I shot bounced off of the light pole in front of the subject. I aimed at the subject's left thigh and shot another beanbag munition at him while he was moving forward. I watched the beanbag munition hit the subject in the abdomen which caused him to fold over at the waist, drop the bottle and then run off. Another subject ran up and picked up a gas canister to throw it back at us, so I shot him with a beanbag munition. I aimed for his abdomen and hit him in the lower abdomen causing him to fold over. The subject was able to throw the canister back at us prior to me being able to hit him with the beanbag munition. The canister did not hit anyone but bounced near the feet of a Denver Police Officer.

After that engagement, the park was cleared out and I did not deploy anymore less lethal beanbag munitions. We returned to our vehicles and then drove back to the Denver Police Department HQ to debrief the day. After debriefing, we responded back to JCSO HQ to clean gear and inventory broken gear. At HQ most of our vehicles had at least one broken window and several operators reported being struck with rocks and glass bottles.

During this operation, I deployed 3 total CTS Super Sock 2581 beanbag munitions.

**End of operation for 05/29/2020**

**Assist Denver 05/30/2020**

On 05/30/2020 I responded to JCSO HQ as a member of the JCSO SWAT team. The SWAT team was going to stage at JCSO HQ to be ready in case Denver Police reached out to us for assistance. I responded in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on the front and back, ballistic helmet, with my department certified Glock 17, 9mm, and department issued Colt Commando .223 cal.

While staged at JCSO HQ we performed training. The training we covered was convoy procedures in a hostile environment and less lethal munitions deployment. We discussed all less lethal platforms that were being used by us along with the platform I was using. We discussed, "green" target areas which includes, large muscle groups and the abdomen and went over "red" target areas which are targets to avoid hitting which was the head, groin, and spine.

Per policy, deputies are authorized to use less lethal force issued equipment to protect deputies or others from physical harm, to restrain or subdue a resistant individual, to bring an unlawful situation safely and effectively under control, to prevent escape, or protect property. We also spoke about the target areas.

During this time we were also advised that Denver Mayor Hancock issued an Emergency Curfew to DRMC Section 2-98. Any person in violation of this order were subject to arrest and charged with DRMC 1-13.

**We were not called to assist Denver on this day 05/30/2020 and were released.**

**Assist Denver on 05/31/2020**

On 05/31/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot between about 1600 hours and 0100 hours. I responded in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on the front and back, ballistic helmet, Less Lethal Arwen Multi Launcher (munition used is 37 mm AR-1 rubber baton projectile), with my department certified Glock 17 9mm, and department issued Colt Commando .223 cal.

We were initially briefed of updates on the situation unfolding in Denver. We were told that several firearms and other weapons had been seized from protesters, and they were now using sling shots and lacrosse sticks to throw projectiles at Law Enforcement. Also we were told that several officers had been injured the prior night due to a vehicle crashing into them, as well as "Molotov cocktails", and other incendiary devices being thrown at police. We were told that protesters were staging rocks, cinder blocks, and bricks in alleys and different areas to use as weapons against law enforcement.

The team was given several assignments throughout the operational period. We began by assisting Denver Mobile Field Force with a large crowd in front of DPD HQ building. There, we assisted Denver Mobile Field Force

| Report Officer | Printed At |
|---|---|
| 2264/BYBEE,JORDAN M | 08/25/2020 17:40 |
| Page 3 of 6 | |

**20-10539** Supplement No
**0004**

# Jefferson County Sheriff Office

## Narrative

with crowd control as protesters were yelling and chanting, however there was no property damage occurring at the time and no violence towards law enforcement.

Next we responded to Denver's District 6 Substation. Here I stepped off the SWAT "blue" truck along with other operators and formed a line. We held the line here as protesters came towards us. A Mobile Field Force then arrived as well to assist us. The protesters at this time were yelling and chanting but did not throw anything at officers or damage any property in the area.

We then left the area and began patrolling the area to show a presence of law enforcement to try and deter any criminal activity. As we were patrolling the area, we were told to go back to District 6 due to the protesters heading back toward that area.

We arrived back at District 6 located near, E. Colfax Ave and Washington St. Our mission was to prevent rioters from moving northbound on Washington St. The crowd was approaching from the east on Colfax Ave but had not yet arrived at Washington St. There I held the front line position until the protest crowd arrived.

As they came to Washington St. the protesters saw our line which at this time was only JCRS. The protesters started to walk towards us. The protest crowd out numbered us significantly and could have overwhelmed our line. As the protesters began yelling at us, rocks and other objects such as glass bottles began to be thrown at us from the crowd. The crowd was approximately 30 feet away from us. At this time a gas canister was deployed in attempt to disperse the crowd but the canister was picked up and thrown back at us. I deployed a single FSDD at the crowd which I observed land 10 feet in front of the crowd and then go off with no one near it. I then started to shoot Arwen less lethal rubber projectile munitions at rioters throwing rocks, glass bottles, and gas canisters at us. I only shot the less lethal rubber projectile munitions at rioters who were active aggressors throwing items at us or attempting to pick up gas canisters to throw at us. Every individual that I targeted, I aimed for the abdomen which is a green zone. I did have a malfunction with three rounds in the Arwen which went off inside the multi launcher and failed to discharge the rubber projectile munition. The protesters attempted to build barricades using umbrellas and pieces of wood which they would hide behind and throw rocks and fireworks from. I observed several subjects throwing rocks from behind an umbrella. I shot the Arwen less lethal munition several times at the umbrella to get the subjects to stop throwing rocks from behind the umbrella. During this time, Aurora Mobile Field Force came to assist us due to the large crowd and the overwhelming amount of rocks and other objects being thrown at us. Their Mobile Field Force then took the front of the line and I went behind them to support them. I was unable to check the welfare of the protesters that I hit with the less lethal rubber projectile munition for injuries due to them running off and disappearing into the crowd. An Aurora Police Department Commander stated that he found a PVC Pipe that looked like it was a pipe bomb that failed to go off correctly near where we were standing.

The line moved up to the entrance of Colfax Ave from Washington St. There were several protesters who came and sat down in front of the line and refused to leave despite being told by Law Enforcement multiple times to leave the area and go home due to the curfew. A plan was developed to take the subjects sitting down into custody. I was assigned to take one of the adult males into custody for violation of curfew and obstruction. I walked up to the adult male who was sitting on the ground with his legs crossed. I grabbed him by the right arm and told him to stand up. The adult male refused to stand up and was passively resisting arrest so I placed his right arm into a twist lock which is a Jefferson County Approved Arrest control technique. The adult male stood up and walked back behind the line where I had him lie down on his stomach and I placed him into custody. The adult male started to yell at me, "You going to put your knee on my neck?" I told him no and stood off to the side of him while I placed him into custody. The adult male started to say, "I can't breathe". Once the adult male was placed into plastic zip tie cuffs, I instantly rolled him onto his side into a recovery position, and sat him up, and had him sit on his bottom. I asked him if he was okay and if he needed medical. The adult male told me, "No", but I still had our JCRS Medic check on him, which the adult male was okay. I then had the adult male stand up and I walked him back to Denver Police who took custody of him. I did not get the subjects name or date of birth due to having to get back up to the line to assist with holding the line.

The line then moved toward Colfax Ave. on Washington St. There were still protesters on Colfax throwing rocks

| Report Officer | Printed At |
|---|---|
| 2264/BYBEE,JORDAN M | 08/25/2020 17:40 |
| Page 4 of 6 | |

20-cv-1878-RBJ
Exhibit D
Page 21 of 35
JCSO 000033

20-10539    Supplement No
0004

# Jefferson County Sheriff Office

## Narrative

and other objects at us. While we held there, protesters continued to throw rocks, and other objects at us. During this time a large firework went off directly in front of the line in front of us. The objects I saw being thrown were coming from protesters in the area near Slice Work Pizza and the parking lot on the West side of Washington St. Gas canisters were deployed again to disperse the crowd. We held here until another Mobile Field Force came from the east and moved the rioters to the west on Colfax Ave.

We joined the Mobile Field Force and moved west down Colfax Ave. During this time I did not deploy any munitions. The protest crowd continued to be moved west and we held one block west of Washington St.

At this time we were then redeployed to the area of Cherokee St. and W. 13th Ave. When we arrived we were the only police presence there besides a few Police Officers inside the fenced off area at Denver Police Department's HQ. Again the large protest crowd was agitated and throwing objects at us. I deployed another single FSDD at the rioters who were actively throwing rocks and other objects at us. The FSDD landed several feet in front of the crowd and went off causing most of the crowd to disperse. I then observed a white adult female party start running towards us and a CS gas canister going off on the ground in front of her. The female party had what appeared to be a rock in her right hand. The female party was approximately 150 feet away from us. The female party moved her right hand back in a throwing position. There were other Police Officers standing at the corner behind the fence at Denver's Police HQ about 50 feet from the female party. I engaged the female with the Arwen less lethal rubber projectile munition which I was aiming at her abdomen. Due to the distance she was at, the round landed in front of the female party on the ground and then skipped off the ground and hit the female party in the leg causing her to fall to the ground keeping her from throwing the rock at the other Police Officers. The female party was assisted back to her feet by other protesters and then they ran off before I could get to the female party to check her for injuries. Again another Mobile Field Force came to assist us here and the protesters were pushed north on Cherokee St. We then loaded back up on to our assigned vehicles and responded to our next area.

We were then deployed to a large crowd near the area of the N. Sherman St. on the north side of the Capital Building. We arrived into this area and held the line to the north of the Capital while another Mobile Field Force pushed the crowd West on Colfax Ave. While holding the line, a white adult male approached our line. We gave him several orders to turn around and walk the other way, but he refused to listen and continued to walk towards us. Another Operator and I started to scream instructions at the adult male to turn around and walk the other way. The adult male then laid down on the ground and put his hands behind his back. I walked up and placed him into custody using plastic zip tie to secure his hands. Once in handcuffs, I rolled him onto his side and sat him on his bottom in the recovery position. The adult male was taken into custody for violation of curfew order. I walked the adult male back to our vehicles to wait for Denver Police to arrive and take custody of the adult male. I did not get his information due to other operators contacting other subjects hiding behind power boxes to the west of our location approximately 20 feet away. The subjects contacted behind the power boxes had four loaded hand guns on them, along with knives and brass knuckles. All in custody parties were handed over to Denver Police. I did not deploy any less lethal rubber projectiles munitions during this incident.

After this incident we were released by Denver Police and we responded back to JCSO HQ were I assisted other operators in stowing and cleaning gear.

I used a total of 17, 37mm less lethal rubber projectile munitions during this operation with three of the rounds being inactive.

**End of Operation on 05/31/2020**

**Assist Denver Police on 06/01/2020.**

On 06/01/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during protests and riot. I responded in my SWAT issued green uniform, tactical vest clearly marked "SHERIFF" on the front and back, ballistic helmet, with my department certified Glock 17, and department issued Colt Commando .223 cal.

During this assignment we spent most of our time in the staging area away from the protesters.

| Report Officer | Printed At |
|---|---|
| 2264/BYBEE,JORDAN M | 08/25/2020 17:40 |
| Page 5 of 6 | |

**20-10539**   Supplement No
0004

# Jefferson County Sheriff Office

## Narrative

We were eventually asked to respond to the Denver Police District 6 substation. While enroute, the Denver Corporal who was our escort around the city for the night took us directly in front of the Capitol Building. The road was barricaded off by protesters and the crowd was extremely hostile. Here we began getting objects thrown at us, however we did not engage anyone. Instead we turned our convoy around and went another route that was not barricaded and as hostile to get to District 6. While at District 6, we were confronted with a large crowd people that outnumbered us greatly but the crowd did not throw anything or act in an aggressive manner towards JSCO SWAT. The crowd was screaming and yelling at us, to include taunting us to shoot them. Several protesters walked out from the group and started to yell and hit their chest with their own fists saying, "Fucking shoot me". The crowd was chanting, "Fuck the Police" and "I can't breathe" and other profanities. JCRS did not engage the protesters due to them not actively trying to hurt someone or destroy property. Due to the crowd not being hostile, no munitions or gas was deployed on the protesters and they moved on without any confrontation.

I did not deploy any munitions on this day.

**End of Operation on 06/01/2020**

**Disposition: See Original Report**

| Report Officer | | Printed At |
|---|---|---|
| 2264/BYBEE,JORDAN M | | 08/25/2020 17:40 |
| Page 6 of 6 | | |

20-10539    Supplement No
0005

# Jefferson County Sheriff Office

Reported Date
06/11/2020          Nature of Call

Member#
HAMILTON,ANTHONY A

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| Jefferson County Sheriff Office | | 20-10539 | 0005 | 06/11/2020 | 10:30 |

| Member# | Assignment | Entered By |
|---|---|---|
| 2324/HAMILTON,ANTHONY A | SWAT CALLOUTS ONLY | 2324 |

| RMS Transfer | Prop Trans Stat | Property? | DV | Approving Officer |
|---|---|---|---|---|
| Successful | Successful | None | No | 1148 |

| Approval Date | Approval Time |
|---|---|
| 06/18/2020 | 08:26:47 |

## Narrative

BWC not utilized; SWAT activation.

The following report is a synopsis of my participation in events that occurred during local factions of nationwide protesters and rioters in wake of George Floyd's death while in police custody in Minneapolis, MN. My participation was applicable to protests that occurred in Denver, CO, and was to mitigate riots, looting, arson and vandalism in addition to crowd and traffic control. My involvement in the City of Denver was in direct response to a request for mutual aid assistance from the Denver Police Department (DPD) over several days; this request was made via command staff of DPD directly to command staff of the Jefferson County Sheriff's Office, and the Arvada and Golden Police Departments as applicable to the Jefferson County Regional SWAT (JCRS) Team.

On all dates in question, I was activated as an Operator for the Jefferson County Regional SWAT Team. I deployed with my department-issued green SWAT uniform marked "SHERIFF" on the front, back, and sides, my green ballistic helmet, along with my department-issued Colt Commando M4 .223 rifle and my department-approved Sig Sauer P320 9mm service pistol. With the exception of May 29, 2020, I also deployed with a department-issued Remington 870 12ga shotgun designed, intended, and loaded with less lethal impact munitions; the shotgun was equipped with an orange stock marked "LESS-LETHAL" as well as an orange pump handle.

On May 29, 2020 at about 2100 hours, the JCRS was activated to assist DPD with crowds of protesters and rioters. The JCRS was originally tasked with a mission to locate and apprehend two individuals who were believed to be armed and demonstrated intent to open-carry firearms amongst the protest. The two individuals were also believed to have a third accomplice who had a propensity for the manufacture, possession, and use of pipe bombs. Undercover officers with DPD observed the males and determined they were not armed. As such, our team was reassigned to a different task.

DPD command re-tasked JCRS to provide security for the Denver Fire Department (DFD) as firefighters scurried around the State Capitol area putting out various fires. I was assigned to a SWAT equipment truck, and was the right rear-seat passenger. While we were in route to the State Capitol area, our convoy moved through Colfax Ave. and Logan St. when a barrage of projectiles were thrown at our vehicles. The truck I was in was struck by a hard object on the front passenger window, which shattered; the tint film on the window kept the glass from falling from the truck. I later learned that several other vehicles in our convoy were also struck by objects around the same time.

JCRS was assigned to provide stationary security on Broadway between Colfax Ave. and 14th St. I dismounted from the equipment truck at that location and contributed with other Operators to 360-degree security of our vehicles along with that of DPD's Mobile Field Force (MFF). During this time, several citizens in protest shouted obscenities at me, and gestured with middle fingers yelling, "Fuck you." Several unidentified individuals stood near us and used disparaging language and taunting in an effort to incite or provoke a violent response from me; no such response occurred. Shortly after, an unidentified female approached me to within about ten feet with her arms raised above her head.

She asked, "My hands are up, aren't you going to shoot me?" I made no response to her, and I maintained my

| Report Officer | Printed At |
|---|---|
| 2324/HAMILTON,ANTHONY A | 08/25/2020 17:40 |
| Page 1 of 4 | |

20-10539      Supplement No
              0005

# Jefferson County Sheriff Office

## Narrative

security position in the roadway.

During initial crowd control actions and by virtue of JCRS presence, several unidentified people threw eggs in our direction. It wasn't until later that I realized egg had splattered over much of the lower half of my uniform pants.

On May 30, 2020 at about 1800 hours, I responded to JCSO Headquarters as ordered by JCRS Commanders in anticipation of assisting DPD. While staged and awaiting DPD's request for assistance, Operator's, Team Leaders, and Commanders briefed on Use of Force and convoy tactics. I reviewed the application of less lethal force, and refreshed my training on target zones for impact munitions. We also briefed on our rules of engagement along with a review of the Emergency Curfew order issued by Denver Mayor Hancock requiring citizens to vacate public areas of the city after 2000 hours. DPD did not request JCRS assistance for the remainder of the night.

On May 31, 2020 at about 1541 hours, JCRS was activated to again assist DPD within Denver city limits. I responded to JCSO HQ to ready trucks and equipment. JCRS was initially tasked with responding to DPD Headquarters at 1331 Cherokee St. I was informed of a large crowd of protesters gathering at that location. Subsequently, JCRS was tasked with crowd control at DPD District 6, where yet another large crowd gathered. During both of the aforementioned deployments, the crowd remained relatively peaceful and did not engage JCRS or DPD MFF.

At about 2010 hours, JCRS was again deployed to DPD District 6 as a large crowd was approaching. The District 6 building was located at the intersection of N. Washington St. and E. Colfax Ave. I deployed from an equipment truck onto N. Washington and assisted other Operators forming a line perpendicular to the street, paralleling Colfax. In so doing, I observed several citizens on the northwest corner of the intersection pointing east. They were shouting but with multiple people yelling at the same time I was unable to make out most of what they were saying. After several moments I recalled one saying, "You guys want to help? That guy's getting beat up."

Several Operators ran to the intersection and around the corner. I followed and began ordering other Operators to stay with me to maintain the line of protection on Washington. I observed as the initial group of Operators ran across Colfax towards the southeast corner of the intersection. I observed an unidentified African-American male following an unidentified white or Hispanic male across the street ahead of the Operators. The African-American male was actively assaulting the other male. I saw the victim fall to the ground, and the assailant kicked him in the head with enough force to render the victim nearly unconscious.

I observed Operators engage the assailant with less lethal munitions. The suspect fled on foot westbound along Colfax after being struck with multiple impact munitions. As the suspect fled on foot and in an effort to maintain the priority of our mission, Operators did not pursue the suspect. Our Tactical Medic B. Spery attended to the victim for initial triage, and an ambulance was requested.

After reconvening my line position on Washington just north of Colfax and facing south, the aforementioned approaching crowd arrived in the intersection. The crowd participants were chanting and yelling at us; I don't recall specifically what was said. After several moments, projectiles were thrown at JCRS Operators to include bottles and rocks. As the protest became violent, JCRS Operators began deploying gas to disperse the crowd and attempt to avoid injury to Operators or other officers.

With nearly every gas deployment, crowd participants would attempt to throw or kick gas canisters back at us. As the actions of these crowd participants met the level of active aggression, I began engaging these individuals with my less lethal shotgun utilizing 12ga "Super Sock," a drag-stabilized impact munition. During the tense, unknown, and rapidly-evolving events, I recall engaging and impacting three or four protesters under the active aggression circumstances.

After several long minutes, the MFF from the Aurora Police Department arrived and assisted JCRS with taking the front line; these officers were equipped with full riot gear, to include helmets and face masks, and chest, torso, knee, and shin protection.

The crowd remained mostly in the area despite several attempts to disperse them. I was ordered to push forward

| Report Officer | Printed At |
|---|---|
| 2324/HAMILTON,ANTHONY A | 08/25/2020 17:40 |
| Page 2 of 4 | |

20-10539   Supplement No
0005

# Jefferson County Sheriff Office

## Narrative

along with other JCRS Operators and Aurora MFF to set the skirmish line forward to the south building line of District 6. Rioters continued engaging police from behind obstructions and the crowd. It was during that stand when I was struck with a golf ball in the top of my left forearm. The golf ball came from the southwest in the area of the alleyway between the Cheba Hut Sub Shop and the Office Depot building; a large portion of the crowd had gathered in that area. Shortly after being struck by the golf ball I was again hit by a projectile in my left shin. After being hit I realized the object was a rock that had landed several feet in front of the skirmish line and skipped on that pavement into my leg. Neither the golf ball nor the rock caused me to bleed, but both objects left slight discoloration to my skin and caused minor pain.

I deployed two gas canisters towards the crowd in the alley, one of which failed to operate. I was unable to identify specific targets for engagement relating to the objects thrown at me. As such, I did not discharge my less lethal shotgun any further.

I joined MFF officers along with my JCRS team in a skirmish line moving westbound on Colfax to continue pushing the crowd out of the area. At one point a large mortar-style firework was thrown in my direction from a protestor. The large firework landed underneath a vehicle parked on the side of the roadway and detonated, showering the area in sparks and debris. I was diverted from the main line to cover the north-south alley between Pearl St. and Pennsylvania St. as there were protesters gathered there. Two dumpsters had been moved into the alleyway creating a barricade, and I observed several protesters peaking around building corners at me. There were several instances where I was targeted with a red laser pointer that appeared to be coming from a second-floor window near or in the Biltmore Apartments. I was also flashed with light from a cell phone camera, presumably to be photographed or videoed. MFF officers relieved me at that position, and I rejoined the skirmish line moving westward along Colfax. JCRS vehicle operators moved up behind us, and after several blocks JCRS was ordered to reconvene at our vehicles for a new assignment.

At about 2200 hours, JCRS was tasked with addressing a large crowd forming along 13th Ave. near DPD HQ. We formed a line on Cherokee St. just north of the crowd where we were engaged by rioters with projectiles. Gas was deployed to disperse the crowd, and with MFF assistance we pushed the crowd south until they generally dispersed along 12th Ave. At Cherokee and 12th we were engaged with paintballs from the east. I was not able to specifically identify any shooters, and therefore did not engage anyone with force.

At about 2300 hours, JCRS assisted in the 1500 block of Sherman St. with another crowd that had yet again gathered on the north side of the State Capitol. I took up a position in the line on the west side of Sherman St. A male approached us on foot along the west sidewalk. I ordered him to turn back, but he did not respond as he continued walking towards me. I raised my less lethal shotgun and trained it on the male, sighting on the abdominal impact zone. I activated the weapon-mounted light as I again shouted to him to turn back. The male stopped, laid on the sidewalk in the prone position, and put his hands on the back of his head. Other Operators closed in on him and took him into custody where he was remanded to the Denver Sheriff's Dept. in violation of the curfew order.

MFF officers pushed toward the Capitol from the east and dispersed the crowd rather quickly. I was in a support position on the northwest corner of Sherman and Colfax when I was approached by a male from the west. The male appeared intoxicated as he was unsteady on his feet and his walking pattern was an arrhythmic stumble. Other Operators assisted me, and we challenged the man at gunpoint using our less lethal platforms after several commands for him to turn back. I ordered the man to the prone position where Operator Neidig and I took him into custody; I later learned the male along with several other individuals taken into custody by JCRS were armed with handguns.

On June 1, 2020 at about 1300 hours, I arrived at JCSO HQ in response to a request for assistance from DPD. I assisted with preparing vehicles and equipment, and JCRS responded to the 1300 block of Cherokee St. in Denver. This was a primary staging area for assisting agencies, and we remained mostly distant from any protest activities for the majority of the day.

JCRS was deployed to DPD District 6 to assist with security. I assisted other Operators in a skirmish line as protesters approached. The crowd stopped in the intersection at E. Colfax Ave. and N. Washington St. and

| Report Officer | Printed At |
| --- | --- |
| 2324/HAMILTON,ANTHONY A | 08/25/2020 17:40 |
| Page 3 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 26 of 35
JCSO 000038

20-10539

# Jefferson County Sheriff Office

## Narrative

verbally engaged law enforcement for a short period before marching on.

On June 6, 2020 at about 1000 hours, JCRS staged yet again near the 1300 block of Cherokee St. in Denver in preparation to assist DPD. However, a Temporary Restraining Order was placed on all law enforcement officers acting within the Denver city limits. As JCRS did not have necessary equipment to meet all requirements laid out in the TRO, we were dismissed from assistance.

Disposition:  See original report

| Report Officer | Printed At |
|---|---|
| 2324/HAMILTON,ANTHONY A | 08/25/2020 17:40 |

Page 4 of 4

20-cv-1878-RBJ
Exhibit D
Page 27 of 35
JCSO 000039

20-10539

Supplement No
0006

# Jefferson County Sheriff Office

Reported Date
06/14/2020

Nature of Call

Member#
COLLEY,RYAN J

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | | Reported Time |
|---|---|---|---|---|---|---|
| Jefferson County Sheriff Office | | 20-10539 | 0006 | 06/14/2020 | | 07:47 |
| Member# | | | Assignment | | Entered By | |
| 2151/COLLEY,RYAN J | | | SWAT CALLOUTS ONLY | | 2151 | |
| Assignment | RMS Transfer | Prop Trans Stat | | Property? | DV | |
| SWAT CALLOUTS ONLY | Successful | Successful | | None | No | |
| Approving Officer | Approval Date | | Approval Time | | | |
| 1148 | 06/18/2020 | | 08:18:56 | | | |

## Narrative

No BWC - SWAT activation, no BWC used by the team

For all of the following incidents, I deployed in my department issued green SWAT uniform, tactical vest clearly marked "Sheriff" on the front and back, ballistic helmet, department certified Glock 17 9mm handgun, and department issued Colt Commando M4 .223 caliber rifle. This equipment was not appropriate for a riot or crowd control situation however it is what I have been issued and all I had to use during these incidents. On 05/31/2020, I was given some old shin guards as additional protection. For all incidents except 05/29/2020, my rifle was stored in our vehicle and I deployed with a PennArms 40mm multi-launcher loaded with CTS 40mm foam baton rounds.

**May 29, 2020**
On 05/29/2020 at about 1017 hours, I received calls on my department issued cell phone from Sergeant Garcia and Commander Gompert asking me to respond to the Jefferson County Sheriff's Office headquarters to certify members of the Directed Operations Unit (DOU) in the use of Combine Tactical Systems (CTS) less-lethal impact and gas munitions. This was in response to protesting and rioting that had occurred over the past couple days in Denver over the death of George Floyd. Denver Police had to use tear gas to disperse hostile and violent crowds the night before and the Sheriff's Office was anticipating activating the Mobile Field Force to assist if the protests turned violent again. I responded and conducted the training.

At about 2109 hours, I received a text on my department issued cell phone advising that the Jefferson County Regional SWAT Team was being activated to assist the Denver Police Department and we were asked to respond to the command post located at West 14th Avenue and Cherokee Street. I later learned that the Denver Police Department had information that a male was allegedly bringing a vehicle full of rifles and explosive devices into Denver to arm the rioters. I finished the training course for the DOU members then responded to the command post in a marked patrol car at about 2234 hours. By the time I arrived at the command post, the team had already been deployed. Only K9 handlers Bingham and Laas were still there guarding the vehicles. Denver Police Officers would come and go but frequently the K9 handlers were the only ones still at the command post so I remained with them to protect our vehicles and the site.

Throughout the night large groups of people would run past us, yelling and screaming. Several fires were set in dumpsters a couple blocks away from us. On at least two separate occasions I heard what sounded like multiple gunshots within a couple blocks of our location. At one point, a vehicle drove quickly down an alley and then turned and drove directly towards us with its headlights turned off although it was well after dark. I raised my rifle to a ready position without directing it at the vehicle, and the driver quickly stopped and turned around. We were also advised by a tenant of the building to the north of the command post that someone had just thrown a rock through the window of the Denver court building on West 14th Avenue. K9 Handler Laas and I checked the area and saw fresh damage to the window but no one was around at that point. Among the people who walked by, I noticed a male who was clearly indexing something in his waistband. He was wearing athletic type shorts and a hoodie and kept his hand pressed tightly against his waistband while giving frequent looks in our direction. Based on my training and experience, I recognized this behavior as someone possibly holding a weapon or other object in their waistband to keep it from either falling or being noticed as he passed us. The male did not display anything or interact with us so I watched him until he was out of sight. During my time at the command post, I was listening

| Report Officer | Printed At |
|---|---|
| 2151/COLLEY,RYAN J | 08/25/2020 17:40 |
| Page 1 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 28 of 35
JCSO 000040

**20-10539**

Supplement No
**0006**

# Jefferson County Sheriff Office

<div style="background:#7a1515;color:white">Narrative</div>

to the radio and heard the SWAT team engage with hostile crowds multiple times and heard that several operators were hit with bottles and rocks and several windows on our vehicles were broken out. Information about multiple businesses being vandalized and reports of shots being fired were aired several times as well. Throughout the night I heard multiple loud booms and based on radio traffic, I learned that rioters were throwing fireworks and mortars at the police. I saw multiple police cars drive by with broken windows, graffiti, and other damage present.

**May 30, 2020**
On 05/30/2020 at about 1900 hours, I responded to the Jefferson County Sheriff's Office headquarters because the SWAT team was put on standby in case the Denver Police Department needed our assistance. As a team, we conducted training about the less-lethal munitions and gas that we use as well as appropriate less-lethal target areas using a chart from CTS that has been adopted by the Sheriff's Office. The chart shows green, yellow, and red target areas with the colors indicating how safe it is to use less-lethal force on that area. Green target areas are the lower abdomen, forearms, thighs, buttocks, shins, and calves and carry a low risk of injury. Yellow target areas are the knees, upper arms, and lat muscles and are still acceptable target areas if a green area is not available but these areas carry a higher risk of injury. Red target areas are shown as the head, neck, chest, groin, spine, kidney, and rectal area. These target areas carry a much higher risk of injury and should not be intentionally targeted except for a lethal force situation. We also discussed tactics and rules of engagement, including only targeting specific subjects who pose a danger to officers or others, not firing indiscriminately into the crowd, not targeting members of the media, and not engaging peaceful demonstrators. After the training was conducted, we watched the live feed of several news agenices reporting on the riots. Several times we saw rioters throw items at the police and at one point we saw a Molotov cocktail get thrown at one of the police lines. We were ultimately not needed and were released after a few hours.

**May 31, 2020**
On 05/31/2020 at about 1541 hours, I received a text on my department issued cell phone that the SWAT team was again being activated to assist the Denver Police Department. I responded to the Jefferson County Sheriff's Office headquarters then we responded to the staging area at West 13th Avenue and Cherokee Street. I was assigned to the Blue Truck as a less-lethal operator. Blue Truck was the last vehicle in the convoy and I spent most of the deployment riding on the running boards as we drove around.

At about 1748 hours, a group of protestors gathered in front of the Denver Police building at that intersection. We took a position on Cherokee Street but did not engage the crowd as they remained peaceful. At about 1815 hours, we were relocated to North Washington Street and West Colfax Avenue next to Denver Police Department District 6 headquarters. When the convoy stopped, I took a position as a vehicle guard at the back of the convoy. Several residents came out of the houses on the west side of the street and verbally heckled us but were otherwise peaceful. A short time later, an assault in progress near our location was aired over the radio. The subjects moved in front of the skirmish line and several operators deployed less-lethal force to stop the assault. I was too far away to assist and was not involved. We were eventually released from that location and drove around before being called back to District 6 at about 2010 hours. I again ended up as rear guard with the vehicles. The crowd became hostile with the operators on the line and began throwing rocks, bottles, and fireworks at them. Operators and officers from the Aurora Police Department's Mobile Field Force deployed gas and less-lethal munitions. Residents came out of the houses again and yelled at us but again remained peaceful. As the confrontation went on, I rotated from vehicle guard to the line. Several projectiles (fireworks, bottles, rocks) were thrown at us and gas canisters were kicked back at us. We engaged the specific individuals who did this. We moved across West Colfax Avenue and moved the crowd further south. We then moved west on West Colfax Avenue until the crowd stopped and again began throwing projectiles at us. A lit firework hit the ground a few feet in front of me and bounced past my left leg, exploding a few feet behind me. I fired several 40mm foam baton rounds at specific individuals who were throwing projectiles, targeting "green" target areas (thighs and lower abdomen). Other operators deployed gas canisters, some of which were kicked or thrown back at us. Throughout the confrontation, people in the crowd were yelling profanities at us and flipping us off.

The crowd was finally dispersed and we were relocated to West 13th Avenue and Cherokee street for a large crowd that had gathered at about 2209 hours. We lined up on the north side of the intersection and the crowd

| Report Officer | Printed At |
|---|---|
| 2151/COLLEY,RYAN J | 08/25/2020 17:40 |
| Page 2 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 29 of 35
JCSO 000041

20-10539   Supplement No
0006

# Jefferson County Sheriff Office

gathered on the south side. They were still yelling and cursing at us. We did not engage the crowd until they started throwing projectiles again. A lit firework landed about a foot away from my left foot and detonated causing debris and sparks to hit me. I was not injured by this. I again fired several 40mm foam baton rounds at specific individuals who were throwing projectiles, again targeting "green" target areas. We eventually were able to disperse the crowd and we moved south on Cherokee Street. At one point I saw a green laser being shined on several operators. I could not tell who in the crowd was shining a laser or if it was attached to a weapon or not. I also learned that a nearby team found the remnants of a pipe bomb that had been thrown at them.

At about 2255 hours, we were relocated to the 1300 block of Sherman Street. While en route, I was riding on the running board of Blue Truck and a subject on the side of the road threw a bottle at us. The bottle landed about ten feet away from me. We continued driving to our assigned location. Once there, other operators located several individuals hiding nearby and arrested them for curfew violations. During searches incident to arrest, multiple handguns were found in their possession. Denver Sheriff's Office deputies took custody of the arrestees. We then returned to the command post and were released.

This was the only night I used force during my time assisting the Denver Police Department. I fired approximately ten CTS 40mm foam baton rounds, all targeted at green target areas on specific individuals who were actively throwing items at us (which is a crime of assault). In every confrontation we were heavily outnumbered by a hostile crowd. Several of the rioters were also using slingshots and lacrosse sticks to launch projectiles from behind the crowd. I did not engage these subjects as there were other protestors between us who were not currently violent. I did not throw any gas, flashbangs, Stingballs, or use any other munition.

**June 1, 2020**
On 06/01/2020 at about 1400 hours, I again responded to the Jefferson County Sheriff's Office headquarters to assist the Denver Police Department. We were activated and responded to the staging area located at West 13th Avenue and Cherokee Street. I was again assigned to the Blue Truck as a less-lethal operator. For the first couple hours of the operation, we were staged at the command post. We were then deployed to the intersection of West 11th Avenue and Broadway where we continued to stage. We were flipped off and cursed at by multiple people without provocation at each staging area. We did not engage with anyone as they were otherwise peaceful. We were eventually relocated back to West 14th Avenue and Cherokee Street. As we were driving there, I was holding onto the rails of Blue Truck and standing on the running board. We drove by multiple people who flipped us off and cursed at us saying "fuck you," "fuck 12," "pigs," "kill yourself," "every day you don't kill yourself is a waste of a day," and similar statements. We were then deployed to the south side of Civic Center Park on West 14th Avenue as curfew was about to take effect and the protestors were cleared out of the park. A few minutes after we arrived, a small sedan drove around the Denver Police patrol car that had shut down West 14th Avenue behind us. Several officers had been injured on a previous night when they were intentionally struck by a vehicle. Several other operators and I approached the vehicle. I noticed that everyone was armed with less-lethal launchers so I drew my handgun to provide lethal cover if necessary. The vehicle had slowed to a stop by this point so I did not direct my handgun at the driver. The driver was the only occupant and appeared to be a Hispanic female. She was slow to respond to any commands and I could hear the operators who were closer to her commenting on her apparent intoxication. The female was removed from the vehicle by other operators and placed in handcuffs. The Denver Police officer then took custody of her. We maintained our scene security until being assigned to a new location. As we drove to the new location, the directions we were given took us straight into a group of protestors in front of the Capitol on Lincoln Street who immediately began throwing rocks and bottles at us. We did not engage but instead backed the convoy up and took a different route to our assignment at West Colfax Avenue and North Washington Street by District 6. We were advised that a large group of protestors was approaching our location, heading to the Capitol. The protestors passed in front of us and yelled profanities at us while flipping us off but were otherwise peaceful. We maintained our position once the protestors passed until being released. We returned to the command post then drove back to Sheriff's Office headquarters.

**June 6, 2020**
On 06/06/2020 at about 0830 hours, I again responded to the Jefferson County Sheriff's Office headquarters to assist the Denver Police Department. We responded to the staging area located at West 13th Avenue and Cherokee Street. Shortly after we arrived, we were released because a temporary protection order had been

| Report Officer | Printed At |
|---|---|
| 2151/COLLEY,RYAN J | 08/25/2020 17:40 |
| Page 3 of 4 | |

**20-10539**

Supplement No
0006

# Jefferson County Sheriff Office

## Narrative

issued against the Denver Police Department and all assisting agencies. Part of the order required all officers to wear body cameras. We do not use body cameras on our team so we were unable to stay to assist. We returned to Sheriff's Office headquarters without taking any action. During our time in Denver however, we were flipped off multiple times by people passing by and several shouted "fuck you" and "fuck the police" at us.

This was the end of my involvement with the Denver protests and riots.

| Report Officer | Printed At |
|---|---|
| 2151/COLLEY,RYAN J | 08/25/2020 17:40 |
| Page 4 of 4 | |

20-10539   Supplement No
0007

# Jefferson County Sheriff Office

Reported Date
06/14/2020
Member#
**BROWN,x**

Nature of Call

## Administrative Information

| Agency | | Report No | Supplement No | Reported Date | Reported Time |
|---|---|---|---|---|---|
| **Jefferson County Sheriff Office** | | **20-10539** | **0007** | **06/14/2020** | **17:39** |

| Member# | | Assignment | | Entered By |
|---|---|---|---|---|
| **2263/BROWN,x** | | **SWAT CALLOUTS ONLY** | | **2263** |

| RMS Transfer | Prop Trans Stat | Property? | DV | Approving Officer |
|---|---|---|---|---|
| **Successful** | **Successful** | **None** | **No** | **1148** |

| Approval Date | Approval Time | | |
|---|---|---|---|
| **06/17/2020** | **07:59:24** | | |

| -DIRECTED FIREARM- | -USE OF FORCE- |
|---|---|
| **Yes** | **Yes** |

## Narrative

No BWC due to this being a SWAT activation.

On 05/29/2020 I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department. At this time there was protesting and riots going on in Denver for George Floyd but, no information was given on how we would be assisting Denver. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, with my department certified Sig Sauer 1911 .45 caliber pistol, and department issued Colt Commando .223 cal.

I arrived at HQ and upon my arrival the team left and headed towards the city of Denver. Sgt. Jones, who was headquarters, drove me down to the command post located at 14th and Cherokee. There we were briefed by command that we would be assigned to apprehending two suspects that were possibly armed. Later it was believed that they were not armed and we were reassigned. Later it was found that the two suspects were armed.

We were then reassigned to provide security for Denver Fire Department as they went to fires. We first responded to the area of Colfax Ave. and Logan St. where fires were being set. As we responded there were protesters along the streets yelling at us and giving us the middle finger. Some of the things being yelled were "Fuck 12", and "Fuck you". Once we arrived at Colfax Ave. and Logan St. the protesters began to throw rocks and glass bottles at us. I remember specifically on two different occasions unit 2695 getting hit with rocks and hearing the thud in the rear passenger door.

Next we responded to the 1300 block of N. Broadway where fires were being set and the protesters were building a barricade to block N. Broadway. When we arrived on scene I held security for Denver Police Mobile Field Force and Denver Fire as they put the fire out and removed the barricade. As I was standing in the middle of N. Broadway there were protesters on both sides of N. Broadway throwing rocks and bottles at us and yelling profanities at us. Also there was a large blue dumpster that was on fire behind us that Denver Fire was attempting to put out. I saw that Denver Mobile Field Force was deploying pepper balls, tear gas, and pepper foggers. I watched several times protesters running up and picking up the tear gas canister and throwing it back at us and Denver Mobile Field Force. After watching this several times, I began to engage multiple civilians with the ARWEN. The ARWEN deploys 37mm less lethal rubber rounds from a metal canister shot from a multi-launcher. As these people tried to pick up the gas canisters I aimed for the "green zones" which is the leg and arms. I also observed an unknown Hispanic female throw a landscaping rock at me from the east side of Broadway which nearly missed my left foot and rolled past me. The landscaping rock was approximately 10 inches long by four inches wide and a light color. If I had not seen the rock, I believe it would have broken my foot and ankle.

We continued to hold security here where I deployed approximately four hot gas canisters, OC and CS, in order to get people to stop throwing rocks and bottles and to leave the area. I went to the corner of Colfax/Broadway where I held security on the JCRS vehicles. I was threatened and cursed at many times while standing there and I had a black male drive up in a red sedan and threaten me and the other operators. He drove off and went west on Colfax Avenue. Then we were deployed to several other locations in the city for looting and fires. Each location we went to we were met with aggressive protesters throwing rocks, fireworks and other items at us. I fired a total

| Report Officer | Printed At |
|---|---|
| **2263/BROWN,x** | 08/25/2020 17:40 |
| **Page 1 of 4** | |

20-10539   Supplement No
0007

# Jefferson County Sheriff Office

<span style="background:#800000;color:white">**Narrative**</span>

of 8 ARWEN rounds and threw four gas canisters.

After being released by Denver Police Department I responded back to HQ to clean gear and inventory broken gear. At HQ most of our vehicle had at least one broken window and several operators reported being struck with rocks and glass bottles.

On 05/30/2020 I responded to JCSO HQ to stage again to assist Denver Police. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Golden Police Department Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 1911 .45 caliber pistol, and department issued Colt Commando .223 cal.

While staged at HQ we performed training. The training we covered were convoy procedures and less lethal munitions deployment. We discussed all less lethal platforms that were being used by us along with the platform I was using.

The Remington 870 less lethal shotgun that I would deploy with is orange and black in color to visually be identified as a less lethal only shotgun. The munitions I would deploy out of the shotgun were CTS 2581, Super Sock Bean Bag munitions. Per policy deputies are authorized to use less lethal force issued equipment to protect deputies or others from physical harm, to restrain or subdue a resistant individual, to bring an unlawful situation safely and effectively under control, to prevent escape, or protect property. We also spoke about the target areas. The "green" target areas are the abdomen, and large muscle groups.

During this time, we were also advised that Denver Mayor Hancock issued an Emergency Curfew to DRMC Section 2-98. Any person in violation of this order were subject to arrest and charged with DRMC 1-13.

We were not called to assist Denver on this day and were released. We were told to be ready for 05/31/2020 because our command expected DPD to utilize our team again.

On 05/31/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot between about 1600 hours and 0100 hours on 06/01/2020. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Arvada Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 1911 pistol.

We were initially briefed of updates on the situation unfolding in Denver. We were told that several firearms and other weapons had been seized from protesters, and they were now using sling shots and lacrosse sticks to throw projectiles at Law Enforcement. Also we were told that several officers had been injured the prior night due to a vehicle crashing into them, as well as "Molotov cocktails", and other incendiary devices being thrown at police.

The team was given several assignments throughout the operational period. We began by assisting Denver Mobile Field Force with a large crowd in front of Denver Police Department's Headquarters building. Here we assisted Denver and the protesters were peaceful.

Next we responded to Denver's District 6 Substation. Here I stepped off the blue equipment truck along with other operators and formed a line. We held the line here as protesters came toward us. A Mobile Field Force then arrived as well to assist us. The protesters at this time were peaceful.

We then went back to our vehicles and began to patrol the area. As we were patrolling the area we were told to go back to District 6 due to the protesters heading back toward that area.

We arrived back at District 6 located near, E. Colfax Ave and Washington St. Our mission was to prevent rioters from moving northbound on Washington St. The crowd was approaching from the east on Colfax Ave but had not yet arrived at Washington St. I could hear what sounded like a disturbance around the corner of Washington St on Colfax Ave. Also a citizen who was standing on Colfax Ave said that an assault was taking place. I went with a group of operators to investigate. I saw a black male in a white shirt and jean shorts chasing a white male wearing a blue shirt south across Colfax Ave. The male in the white shirt was punching and kicking the male in the blue shirt who was now on the ground in front of Sliceworks Pizza, located at 700 E Colfax Ave. The male in the white

| Report Officer | Printed At |
|---|---|
| 2263/BROWN,x | 08/25/2020 17:40 |
| Page 2 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 33 of 35
JCSO 000045

20-10539  Supplement No
0007

# Jefferson County Sheriff Office

Narrative

shirt picked up his foot and brought it down with force on the other male's head. I observed three operators engage the black male with less lethal munitions to the abdomen, legs and arms. I could red circle marks on the black male's shirt from the rounds striking him. The male continued to laugh and run westbound on W. Colfax Avenue. By this time, the black male was about forty yards away from me and innocent protesters where in the background. I decided to not engage the male in order to prevent others from suffering possible injury. The white male was escorted from the sidewalk to the back of our convoy to receive medical treatment. After the victim was behind the line, I again fell into the crowd control line with other operators.

Due to the rapidly evolving situation, I was not able to document the exact time of the incident but it happened after about 1730 hours and before it was dark. The sunset was at 2022 hours in Denver that day. I did not have time to identify the victim prior to his transport or the suspect who ran off.

The protest crowd arrived at Washington St within a few minutes. As they came to Washington St. the protesters saw our line which at this time was only the Jefferson County SWAT team and began walking toward us. The protest crowd out numbered us significantly and could have overwhelmed our line. As the protesters began yelling at us, rocks and other objects began to be thrown at us from the crowd. At this time a gas canister was deployed in attempt to disperse the crowd but the canister was picked up and thrown back at us. At this time, I deployed several bean bag rounds at protesters that were actively throwing rocks at us or attempting to pick up gas canisters and throw them back at us. I deployed two less lethal sting ball grenades with rubber pellets (S080328, S080321) at protesters using skateboards and other hard surfaces to get closer in order to pick up the gas canisters. I had to reload the 870 Less Lethal shotgun several times with Super Sock Bean Bag munitions. As I was reloading I was hit with a large, solid piece of metal in the right bicep. I stung and Deputy Spery came by me and asked if I was okay. I replied back to him I was okay and got back on-line with the other operators. Each time I fired the less lethal shot gun I was targeting active aggressors throwing items at us or attempting to pick up gas canisters to throw at us. Every individual that I targeted I aimed for the abdomen which is a green zone. During this time Aurora Mobile Field Force came to assist us due to the large crowd and the overwhelming amount of rocks and other objects being thrown at us. Their Mobile Field Force then took the front of the line and I went behind them to support them with the Less Lethal shotgun.

The line then moved toward Colfax Ave. on Washington St. There were still protesters on Colfax throwing rocks and other objects at us. The line moved to the building line near Colfax and held there. While we held there, protesters were still throwing rocks, and other objects at us. During this time a large firework (mortar) went off directly in front of the line. The objects I saw being thrown were coming from protesters in the area near Slice Work Pizza and the parking lot on the West side of Washington St. I deployed around 4-5 gas canisters towards Slice Work Pizza in order to disperse the crowd and to deter those rioters to stop throwing objects. Due to the wind, I attempted to throw an OC gas canisters to the south side of the intersection so the wind would take it into the crowd. While the canister was in flight, a male that had just thrown a gas canister back at us, jogged towards the spot I had already thrown the canister at and was hit in the goggles he was wearing. I observed the adult male fall to the ground and then get back up and run behind Slice Works Pizza. Shortly after, I saw an ambulance and firetruck arrive on scene where the male was located. Due to the crowd size and location, I was unable to identify the adult male.

Denver Mobile Field Force and Aurora Field Force began to push the crowd westbound on W. Colfax Avenue towards the capitol. We joined them and moved west down Colfax. During this time, I did not deploy any munitions. The protest crowd continued to be moved west and we held one block west of Washington St. While I was watching an alley, I observed a red laser coming from the second story of a building about 100 yards from me. Due to the distance a used the brick wall as cover because I didn't know if the laser was attached to a weapon. I warned the other operators around me and the too took cover behind the brick wall.

At this time, we were then redeployed to the area of Cherokee St. and W. 13th Ave. When we arrived we were the only police presence there. Again, the large protest crowd was agitated and throwing objects at us. I observed a male in a blue shirt and googles throwing rocks at me and other operators next to me. I deployed three bean bag rounds towards the male striking him in the stomach. I saw the male duck down and run south. I never saw the male again. Again, another Mobile Field Force came to assist us here and the protesters were pushed south on

| Report Officer | Printed At |
|---|---|
| 2263/BROWN,x | 08/25/2020 17:40 |
| Page 3 of 4 | |

20-cv-1878-RBJ
Exhibit D
Page 34 of 35
JCSO 000046

20-10539    Supplement No
0007

# Jefferson County Sheriff Office

## Narrative

Cherokee St. We then loaded back up onto our assigned vehicle and responded to our next area.

We were then deployed to a large crowd near the area of the 1300 block of Sherman St. At this location we arrived first to the area and then were assisted by another Mobile Field Force. Four individuals where contacted in this area for violating curfew. Upon further investigation, the four individuals had guns, ammunition, and brass knuckles in their backpack. I did not deploy any munitions and assisted in arresting on male for curfew violation.

After this incident we were released by Denver Police and we responded back to JCSO HQ were I assisted other operators in stowing and cleaning gear.

On 06/01/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Golden Police Department Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 1911 pistol.

During this assignment we spent most of our time in the staging area away from the protesters.

We were deployed to District 6 again. While en route we went in front of the Capitol. Here we began getting objects thrown at us but did not engage anyone. Instead we turned our vehicles around and went another route to District 6. I did not deploy any munitions on this day.

On 06/06/2020, I responded to Jefferson County Headquarters (HQ) as a SWAT operator reference an assist to Denver Police Department with crowd control during a riot. I deployed in my SWAT issued greens, tactical vest clearly marked "SHERIFF", ballistic helmet, Golden Police Department Less Lethal 870 shotgun (loaded with CTS 2581, Super Sock Bean Bag munitions), with my department certified Sig Sauer 1911 pistol.

We responded to our staging area. There we were briefed by our command that a TRO was issued stating that all law enforcement must have body worn cameras (BWC). Due to no one on the team having BWC's for our tactical vest we were released from Denver.

I then responded back to JCSO HQ to assist other operators in stowing gear.

Disposition: See original report.

| Report Officer | Printed At |
|---|---|
| 2263/BROWN,x | 08/25/2020 17:40 |
| Page 4 of 4 | |