```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 1:20-CV-01878-RBJ
 4            (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)
 5
 6
 7                  ELISABETH EPPS, ET AL.,
 8                         Plaintiffs
 9
10                           v.
11
12             CITY AND COUNTY OF DENVER, ET AL.,
13                         Defendants
14
15
16
17
18
19
20
21
22
23  DEPONENT:  ANTHONY HAMILTON
24  DATE:      DECEMBER 9, 2021
25  REPORTER:  SANDRA VENTURA
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit E**

The Deposition of ANTHONY HAMILTON, taken on December 09, 2021

17

```
 1   2020, right?
 2       A.   Correct.
 3       Q.   And then the next day was May 30th, correct?
 4       A.   Correct.
 5       Q.   And then you also went on May 31st and again
 6   on June 1st, right?
 7       A.   Correct.
 8       Q.   Okay.  So you're saying you don't recall
 9   whether or not you wrote the portions pertaining to
10   those particular days after each shift or whether you
11   wrote it all later?
12       A.   Correct.  I don't recall.
13       Q.   Okay.  Nevertheless, the statements in your
14   report are true and accurate to the best of your
15   recollection at the time, correct?
16       A.   Correct.
17       Q.   Okay.  So do you have an independent
18   recollection of being in a skirmish line with other JCRS
19   officers on May 31, 2020 at the intersection of Colfax
20   and Washington at 8:30 p.m.?
21       A.   I do.
22       Q.   Okay.  And what do you recall about what you
23   were doing at that -- well, let me strike that.
24            At that time, Aurora had not arrived yet,
25   correct?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

```
1       A.   Correct.  It said sheriff.
2       Q.   And it said sheriff in black letters, right?
3       A.   Yes, ma'am.
4       Q.   Okay.  Did you have a helmet?
5       A.   I did.
6       Q.   Did your helmet -- helmet have tape on the
7  back of it?
8       A.   I don't recall.
9       Q.   How many JCRS officers were at the
10 intersection of Colfax and Washington at 8:30 p.m.?
11      A.   I don't know the exact number.  I would
12 estimate maybe 20.
13      Q.   Can you see my screen?
14      A.   Yes.
15      Q.   Okay.  I'm showing you JCS0161.  Have you ever
16 seen this before?
17      A.   I don't recall that particular one, but I've
18 seen similar after-action report from our team, yes.
19      Q.   Okay.  So this one says, JCS0 SWAT
20 after-action report, has a date, May 31, 2020, and then
21 it has a list of team members who are present, right?
22      A.   Yes.
23      Q.   And it lists 17 people, right?  Correct?
24      A.   Yes.
25      Q.   Plus three commanders, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

1   A.   Yes.
2   Q.   And there's also a medic, Brian Spery listed
3   here, right?
4   A.   Yes.
5   Q.   Okay.  So that's 21 -- 21 members of the JCRS,
6   right?
7   A.   Yes.
8   Q.   Okay.  This would be -- this is a roster,
9   essentially, of the people who were present providing
10  mutual aid to Denver on May 31st between 1630 and 0100
11  hours, right?
12  A.   Yes.
13  Q.   Do you recall your group of SWAT officers ever
14  splitting up at any point in time after 8:30 p.m.?
15  A.   I'm sorry, ma'am.  You cut out on me.  Can you
16  repeat the question?
17  Q.   On the evening of Sunday, May 31, 2020, you
18  recall being in that skirmish line with your other
19  officers at 8:30 p.m., correct?
20  A.   Yes.
21  Q.   Do you recall a contingent or a group of your
22  officers from the SWAT team ever splitting off with your
23  group between 8:30 and 9:30 p.m.?
24  A.   I recall a small group.  We were facing south.
25       A small group had moved towards the right.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

```
1       A.   I don't know.
2       Q.   Okay.  We're at 8:30:19 p.m.  I'm going to --
3  we're going to play it, and then I'll ask you a few
4  questions.
5                 (VIDEO PLAYED)
6       Q.   Okay.  I've paused it at 8:30:36 p.m.  Did you
7  see this gentleman in the white helmet come up from the
8  bottom here?
9       A.   Yes.
10      Q.   Have you watched this video with particular
11 attention on this individual before?
12      A.   Yes.
13      Q.   Okay.  I'll play it for a few more seconds and
14 then ask you a question.
15                (VIDEO PLAYED)
16      Q.   Okay.  I paused it at 8:30:40 p.m.  Did you
17 shoot this individual with your bean bag shotgun?
18           MS. BENDER:  Objection.  Foundation.
19      A.   I don't recall.
20      Q.   Okay.  Do you recall -- I'm going to play it
21 again.  Do you recall this individual at all?
22      A.   I do not.
23      Q.   What does it look to you like he was doing in
24 this video?
25           MS. BENDER:  Objection.  Form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

```
 1      A.   It appears that he was trying to kick
 2   something on the ground.
 3      Q.   Okay.  Let me point you to a particular
 4   section.  Just a moment.  Well, we're paused at 8:30:31
 5   p.m.  Do you see this tear gas canister down here?
 6           MS. BENDER:  Objection.
 7      A.   Yes.
 8           MS. BENDER:  Foundation.
 9      Q.   This is a tear gas canister, right?
10      A.   It appears to be behaving that way.  Without
11   looking at it closer, I couldn't tell.
12      Q.   I'm pausing it at 8:30:37 p.m.  This
13   individual in the white helmet came up from the south
14   side of the street through the intersection and appears
15   to kick a tear gas canister, right?
16      A.   That's what it appears as, yes.
17      Q.   It doesn't look like he goes very far, does
18   it?
19      A.   With -- with it paused, I don't...
20      Q.   All right.  Let's play it again.  From
21   8:30:09, and I can zoom in.
22              (VIDEO PLAYED)
23      Q.   All right.  8:30:33.  Here he comes.  I'm
24   pausing it at 8:30:40.  It barely went a few feet,
25   right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

1   A.  Yes.
2   Q.  Okay.  It didn't even get past the crosswalk,
3   right?
4   A.  Yes.
5   Q.  How many feet back is your line -- you and the
6   other officers at this time, how many feet back from the
7   crosswalk?
8   A.  From my recollection and the video, I would
9   say maybe 20, 30 feet.
10  Q.  This tear gas canister that this individual in
11  the white helmet kicked came nowhere near you, right?
12  A.  It doesn't appear that way, no.
13  Q.  Okay.  And given what we saw about where the
14  marchers were before, this entire -- there were marchers
15  on the west side.  There were marchers that had crossed
16  already on the east, and there was marchers on the south
17  side of the street, right?
18  A.  Yes.
19  Q.  Okay.  There are marchers on the east, west,
20  and the south, right?
21  A.  From what I recall, yes.
22  Q.  And the marchers were -- by and large,
23  they -- they were not wearing gas masks or anything like
24  that, right?
25  A.  Some were, from what I recall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

```
 1      Q.   Okay.  But most of them weren't, right?
 2      A.   I think that's fair to say.
 3      Q.   Okay.  You and your team members were wearing
 4   gas masks, though, right?
 5      A.   Yes.
 6      Q.   Okay.  And based on what you saw of this
 7   individual in the white helmet kicking this tear gas
 8   canister, did he pose a threat of serious bodily injury
 9   to you?
10      A.   Yes.
11      Q.   Okay.  Why don't you tell me how?
12      A.   Well, in several instances, these certain
13   individuals were kicking these objects back at us,
14   either gas canisters.  We had received, like I had said,
15   airborne projectiles.  So the -- the fear was that if
16   someone were to kick that gas canister and it tumbled
17   towards us, it could cause some injury, especially if it
18   -- if it went end over end, popped up or hit someone in
19   the face or it could catch a shin or a knee.  That could
20   cause some -- some serious injuries to one of us.
21      Q.   Were you wearing shin guards?
22      A.   I don't -- I don't recall.  We did at some
23   point, but this night we were not wearing shin guards.
24           We -- we wore shin guards from the fallout
25   from this.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

1  protected.
2      Q.   Okay.  And so, are you given any training on
3  how to deal with a situation when you have a large group
4  of peaceful protesters, but there is a small minority of
5  people who may be taking aggressive action towards the
6  police?
7      A.   The training comes down to isolating those
8  individuals, if possible.  And if it's grounds for
9  arrest, if their -- their conduct becomes criminal, then
10 isolating that individual and attempting to bring them
11 into custody, in certain situations, is just not
12 feasible.
13     Q.   Did you -- did you or your JCRS team members
14 make any effort to isolate any of the individuals who
15 were throwing objects at you at the intersection of
16 Colfax and Washington on May 31st?
17     A.   With the number of people there and the size
18 of the crowd, it wouldn't have been safe -- given our
19 numbers, it wouldn't have been safe to attempt to bring
20 anyone into custody.  It would -- it would expose our
21 team too much into the intersection.
22     Q.   During the protests you were -- well, sorry.
23 Strike that. You would agree with me that are
24 substantive differences between using a less-lethal
25 weapon in the context of a barricaded suspect versus a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E

CERTIFICATE OF REPORTER

STATE OF COLORADO

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page hereof by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded stenographically and mechanically by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability.  I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

SANDRA VENTURA
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 20214029598
MY COMMISSION EXPIRES JULY 26, 2025

SANDRA VENTURA

COURT REPORTER/NOTARY

MY COMMISSION EXPIRES ON: 07/26/2025

SUBMITTED ON: 12/20/2021

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit E