```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 1:20-CV-01878-RBJ
 4            (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)
 5
 6                     ELISABETH EPPS, ET AL.,
 7                           Plaintiffs
 8
 9                              v.
10
11              CITY AND COUNTY OF DENVER, ET AL.,
12                           Defendants
13
14
15
16
17
18
19
20
21
22
23    DEPONENT:   TIMOTHY DREITH
24    DATE:       NOVEMBER 9, 2021
25    REPORTER:   SANDRA VENTURA
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F**

```
 1      Q.   And you've been provided training on certain
 2   areas of the body that you're allowed to target with
 3   your bean bag shotgun, correct?
 4      A.   Yes, ma'am.
 5      Q.   And what are those areas?
 6      A.   So there's green zones and yellow zones and
 7   red zones.
 8      Q.   What are the green zones?
 9      A.   Green zones would be arms and legs, buttocks,
10   and then yellow zones would be the back and stomach, and
11   then the red zones would be the chest, neck, face and
12   groin.
13      Q.   Okay.  So red zone means you can't target that
14   area, right?
15      A.   Red -- red zone means you should not target
16   that area.
17      Q.   Okay.  And why?
18      A.   Well, because those areas are more likely to
19   cause injury, and the purpose of a less-lethal weapon is
20   to -- is to not -- the red zones could cause death.  The
21   purpose of the less lethal is to not cause death.
22      Q.   So what are the yellow zones?  I mean, what
23   does the yellow zone mean?
24      A.   Yellow zone is an area that can be utilized if
25   that's the only thing you have available.  It's slightly
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
 1    more likely to cause injury and should be avoided if
 2    possible.
 3         Q.   And what do the green zones mean?
 4         A.   Green zone is the preferred target area.  It's
 5    the least likely to cause serious injury or death.
 6         Q.   And what kind of -- what are the types of acts
 7    that the person, the target, would have to be displaying
 8    for you to be allowed to shoot the person at all?
 9         A.   Well --
10              MS. KLYMKOWSKY:  Object to form.
11         A.   -- like I said, they would have to be trying
12    to hurt someone or actively resisting arrest, that kind
13    of thing.
14         Q.   When you were -- you were at the protest in
15    Denver on May 31, 2020 at 8:30 p.m. on -- at the
16    intersection of Colfax and Washington, correct?
17         A.   Yes.
18         Q.   And at the time that you were there, you and
19    the other Jefferson County regional SWAT team members
20    were operating under the command of the DPD, correct?
21         A.   Yes.
22         Q.   And the DPD was using the incident command
23    system, right?
24              MS. KLYMKOWSKY:  Object to form.
25         A.   I don't know the answer to that question.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
 1      Q.   Okay.  Who else was in the BearCat with you?
 2      A.   I don't know exactly, but members of the team.
 3      Q.   Did Sergeant Stack from the DPD communicate to
 4  you any orders or directions that were provided to him
 5  by the incident commander?
 6           MS. KLYMKOWSKY:  Object to form.
 7      A.   I don't know who he was talking to on the
 8  radio, but he was communicating on the radio, and then
 9  communicating to me and Sergeant Donohue about what we
10  should do.
11      Q.   What less-lethal weapon were you armed with at
12  8:30 p.m. on May 31st at Colfax and Washington?
13           MS. KLYMKOWSKY:  Object to form.
14      A.   A less-lethal Remington 870 shotgun.
15      Q.   The report that you wrote in this case is true
16  and accurate, correct?
17           MS. KLYMKOWSKY:  Object to form.
18      A.   To the best of my ability.
19      Q.   Did you see any -- sorry.  Strike that.  When
20  you were at that intersection of Colfax and Washington
21  on May 31, 2020 at 8:30 p.m., did you see any of your
22  fellow SWAT team members use any act of force that you
23  thought was inappropriate?
24      A.   I did not.
25           MS. KLYMKOWSKY:  Object to form.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
 1   Colfax and Washington on May 31st, 8:30 p.m. consistent
 2   with what DPD had asked you to do?
 3           MS. KLYMKOWSKY:  Object to form.
 4           MR. HUSS:  Object to foundation.
 5       A.  To my knowledge, yes.
 6       Q.  Did anybody, such as your team leaders or your
 7   commanders, communicate to you what your purpose was at
 8   the intersection of Colfax and Washington on May 31st at
 9   8:30 p.m.?
10       A.  Yes.
11       Q.  What was your purpose?
12       A.  We were to protect the property of the Denver
13   Police Department District 6 station.
14       Q.  And what -- who communicated this to you?
15       A.  I believe it came from the team leaders.
16       Q.  Donohue and Stegink?
17       A.  Yes.
18       Q.  And what exactly did they say to you?
19       A.  I don't remember exactly what they said but
20   that we were supposed to form a line across Washington
21   Street near the intersection of Washington and Colfax.
22       Q.  And were you authorized to use your Remington
23   870 shotgun at that time?
24       A.  Yes.
25       Q.  Who authorized you to use it?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
 1         A.   Yes.
 2         Q.   Okay.  Do you know if that was Mark Donohue
 3   who threw the gas canister?
 4         A.   I'm not sure who that was.  I couldn't say for
 5   sure who that was.
 6         Q.   Okay.  So you then state that you were looking
 7   for individuals who were throwing items at you.  And
 8   when you did see somebody pick up an object and throw
 9   it, you would deploy a bean bag round, correct?
10         A.   Yes.
11         Q.   Okay.  Then you continue to describe the
12   activities of the protestors.  You state here, "I saw
13   people repeatedly kicking and throwing gas canisters
14   back at our team.  Items were being thrown at us from
15   deep in the crowd.  There was a white cloud of CS powder
16   in the air.  This caused a large number of protestors to
17   move away down Colfax Ave. to the west.  This encounter
18   continued for about five minutes while the team held our
19   ground.  During this time, I fired approximately 15 bean
20   bag rounds.  I attempted to give verbal commands through
21   the gas mask I was wearing and over the loud volume of
22   so many protestors yelling at once."  Do you see that?
23         A.   Yes.
24         Q.   Okay.  So is it fair to say that you fired
25   approximately 15 bean bag rounds at people who were
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

1  on a tactical vest, a helmet, a gas mask, and gloves,
2  right?
3       A.   I couldn't say that everybody had that, but
4  that's the normal attire for our team.
5       Q.   Okay.  If a protestor is attempting to kick a
6  gas -- a tear gas canister at you from a distance of 88
7  feet, is that likely to cause injury or harm to the
8  officers in the skirmish line 88 feet away?
9            MS. KLYMKOWSKY:  Object to foundation.
10      A.   I think it might or it might not.
11      Q.   If a protestor is kicking a gas canister in an
12 intersection from a distance of 88 feet from the
13 officers, what level of force is justified against that
14 protestor?
15      A.   Oh, I think it greatly depends on the
16 situation.  I wouldn't make that decision based on just
17 one thing like that.
18      Q.   Well, your use of force is supposed to be a
19 response to the force that the target is using on you or
20 attempting to use, right?
21           MS. KLYMKOWSKY:  Object to form.
22      A.   Well, that and the totality of the
23 circumstances.
24      Q.   You would agree, though, that in using force
25 on a specific individual, you are required to justify



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
 1      break.
 2            VIDEOGRAPHER:  The time is 4:14 [sic], and we
 3      are off the record.
 4               (OFF THE RECORD)
 5            VIDEOGRAPHER:  The time is 2:22, and we are
 6      back on the record.
 7   BY MS. WANG:
 8       Q.    I'm showing you again Denver 3871.  The
 9   timestamp is 8:30:30 p.m.  I want you to focus on this
10   canister in the middle of the intersection, and there's
11   a person in a white helmet who's going to run up to it.
12   I'll play it for a few seconds, and then I'll ask you
13   some questions, okay?
14       A.    Okay.
15               (VIDEO PLAYED)
16       Q.    I've paused it at 8:30:38 p.m.  Do you see
17   this person in the gray sweatshirt and white helmet?
18       A.    I do.
19       Q.    Okay.  Do you watch this portion of the video
20   before this deposition?
21       A.    I did.
22       Q.    Did you shoot at that person with your
23   less-lethal shotgun?
24       A.    I don't recall specifically.
25       Q.    Was he doing anything that warranted shooting
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
1      A.   I could see the individuals that I was
2    targeting.
3      Q.   Okay.  So at the time that you -- according to
4    your report -- fired approximately 15 bean bag rounds at
5    people who are kicking and throwing gas canisters back
6    at your team, there were actually clouds of CS gas
7    between you and the objects, your targets, right?
8           MS. KLYMKOWSKY:  Object to form.  Foundation.
9      A.   There was some CS in the air, yes.
10     Q.   Okay.  But you say that you could still see
11   your target?
12          MS. KLYMKOWSKY:  Object to form.
13     A.   I could see my target.
14     Q.   Under the use-of-force policy, are you allowed
15   to shoot your bean bag shotgun at somebody who is acting
16   in a manner that's just defensive resisting, that counts
17   as defensive resistance?
18     A.   Not necessarily, no.
19     Q.   Okay.  Would you characterize this person who
20   was in the intersection with the white helmet, was he
21   acting -- was he putting up defensive resistance or
22   active aggression, or what level of resistance was he
23   offering?
24          MS. KLYMKOWSKY:  Object to form.
25     A.   I would say that because he's kicking that gas
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

```
 1   canister, that he's actively aggressive.
 2        Q.   Okay.  And so, under -- if the person is
 3   offering active aggression, then you are allowed to
 4   shoot them with your bean bag shotgun?
 5             MS. KLYMKOWSKY:  Object to form.  Foundation.
 6        A.   Correct.
 7        Q.   And are you allowed to target his head?
 8        A.   No.
 9             MS. KLYMKOWSKY:  Object to form.
10        Q.   What about his lower back?
11        A.   The green zone is in the buttocks.  The lower
12   back would be a yellow zone.
13        Q.   Okay.  And what about the hand?
14        A.   The hand would be a green zone.
15        Q.   Okay.  I'm going to play it again at
16   8:30:34 p.m.
17             (VIDEO PLAYED)
18        Q.   I'm pausing it at 8:30:39 p.m.  Did you see
19   this white object that's right here?
20        A.   Yeah.  I see it.
21        Q.   What does that look like to you?
22        A.   Well, it's hard to say what that is.  It's
23   kind of a little blur.
24        Q.   Could that be a bean bag shotgun?
25             MS. KLYMKOWSKY:  Object to form.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F

1          CERTIFICATE OF REPORTER
2             STATE OF COLORADO
3
4   I do hereby certify that the witness in the foregoing
5   transcript was taken on the date, and at the time and
6   place set out on the Title page hereof by me after first
7   being duly sworn to testify the truth, the whole truth,
8   and nothing but the truth; and that the said matter was
9   recorded stenographically and mechanically by me and
10  then reduced to typewritten form under my direction, and
11  constitutes a true record of the transcript as taken,
12  all to the best of my skill and ability.  I certify that
13  I am not a relative or employee of either counsel, and
14  that I am in no way interested financially, directly or
15  indirectly, in this action.
16
17
18
19
20  *[signature: Sandra Ventura]*
21
22  SANDRA VENTURA
23  COURT REPORTER/NOTARY
24  MY COMMISSION EXPIRES ON: 07/26/2025
25  SUBMITTED ON: 11/18/2021

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F