```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 1:20-CV-01878-RBJ
 4            (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)
 5
 6                    ELISABETH EPPS, ET AL.,
 7                          Plaintiffs
 8
 9                              v.
10
11              CITY AND COUNTY OF DENVER, ET AL.,
12                          Defendants
13
14
15
16
17
18
19
20
21
22
23   DEPONENT:   TIMOTHY DREITH
24   DATE:       NOVEMBER 9, 2021
25   REPORTER:   SANDRA VENTURA
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
 1   -- in -- closer to, like, east of the capitol.
 2        Q.   Okay.  And so, you mentioned being hit with
 3   PepperBalls on -- in your deposition, I think you
 4   identified that as the inside of your wrist and your
 5   forearm and that you had tenderness for six to seven
 6   months after that.  Do you -- does that sound like your
 7   injuries related to the PepperBalls?
 8        A.   Yeah.  It was on the outside of the wrist.
 9        Q.   Outside of the wrist.  Okay.
10             And was that the same arm that you were hit on
11   May 31st?
12        A.   Yes.
13        Q.   Okay.  So on the 30th, you're hit with
14   PepperBalls on the outside of your wrist and forearm and
15   then on the 31st, can you describe the injury to that
16   same arm?
17        A.   Yeah, so that's -- if you're referring to,
18   like, the -- the tear gas or, like, the projectile, I
19   think, like, we haven't been able to identify what it
20   was that they have -- they were -- they targeted me with
21   it, but it was a projectile that -- the one that first
22   hit my head and took off my helmet, and then there was
23   one on the inside of -- of the hand, like, right in the
24   area of the palm and the thumb, and then there was a
25   last injury that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

1    question.
2       A.   I think I believe I said yes.
3  BY MS. KLYMKOWSKY:
4       Q.   Okay.  So you return to the protest on the
5  31st, and can you describe what you were wearing that
6  evening around your estimate 7:00 p.m.?
7       A.   I was wearing a hard hat, orange goggles, dark
8  long sleeve, and a dark pant, jeans.
9       Q.   Okay.  What kind of goggles were they?
10      A.   Like, ski goggles.
11      Q.   Okay.  And let's talk about what you remember
12 about the incident at Colfax and Washington.  Now,
13 that's at approximately 8:30, correct?
14      A.   Yes.
15      Q.   Okay.  And did you try to leave the area when
16 things escalated or when you felt -- well, strike that.
17           You get to the inter -- the intersection of
18 Colfax and Washington, and how would you describe the
19 tenor of the crowd at that time?
20      A.   Well, the crowd was pretty -- I think like
21 pretty consistently marching just down east on Colfax
22 from the capitol.  I remember seeing police lining up on
23 the other side of Colfax, so that would be 16th.  So,
24 like,
25 I could see down the -- the streets and see them on the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1   north side every few -- every few blocks.
 2       Q.   Okay.
 3       A.   The closer we got to Washington, I remember
 4   seeing -- or I remember hearing first, like, a loud
 5   bang, just go off, like, maybe ten-ish, 20-ish feet in
 6   front of me.  That was at the intersection of Colfax and
 7   -- and
 8   Washington and immediately, like, gas starting to -- to
 9   disperse from the middle of the -- of the street.  And
10   since we were so -- so close, we could smell the -- the
11   pepper gas, it was, like, hard to -- to see.  And so, I
12   think quickly, I put my goggles on, so I would be able
13   to see.
14            I put on a -- a handkerchief, so that I could
15   breathe, and that was, like -- I think it was vinegar,
16   apple cider vinegar that was in the handkerchief to
17   filter out some of the chemical weapons.
18            And I remember people running in all -- all
19   ways.
20            So, like, there was, like, people who ran
21   further to the east across Washington and then since I
22   was on the other side, I was on -- on the west side of
23   Washington.  And then people ran into the south side of
24   Washington, and so there's people on all three sides of
25   the -- of the intersection, trying to get away from the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1              They had large automatic weapons.
 2       Q.   Okay.  And could you tell what agency the
 3   officers were from?
 4       A.   I can't -- I couldn't.
 5       Q.   Okay.  And so, in your deposition back in
 6   August, you testified that you -- you saw members of the
 7   crowd kicking and throwing items towards the officer
 8   line, and you estimated it was about a half block.  And
 9   I completely understand your inability to judge
10   distances because I'm terrible at that, too, but does
11   that sound -- does that sound about right?
12       A.   Yeah.
13       Q.   Okay.  And you also just talked about, you
14   know, that it was difficult to see the officer line
15   through the smoke.  Were you able to tell how many
16   officers were in the line at Colfax and Washington or,
17   you know, back from that intersection?
18       A.   I mean, I never counted --
19       Q.   Okay.
20       A.   -- but it was -- it was a larger, like, I
21   wouldn't say large, but, like, if I had to guess how
22   many there were, maybe a dozen.
23       Q.   Okay.  And you, again, in your prior
24   deposition testified about removing two canisters, so
25   can you talk to me about how you removed those?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
 1      A.   I kicked them away from where people were
 2  standing.
 3      Q.   Okay.  And did you kick them towards the
 4  officer line?
 5      A.   I kicked them going north on Washington, which
 6  was in the general direction of the officers.
 7      Q.   Okay.  Were you able to tell when you were in
 8  that intersection which side of the officer line the
 9  projectiles were coming from?
10      A.   No.
11      Q.   No.  Do you think that you would have kicked
12  the canister or the canisters that you talked about if
13  you hadn't been wearing a hard hat?
14      A.   No.
15      Q.   Okay.  And -- and goggles and a mask?
16      A.   No.
17      Q.   Okay. And now I want to talk to you about the
18  specific -- each of those three projectiles that you
19  allege hit you.
20           So you go into the intersection, and you said
21  the first projectile hit you in the helmet or on your
22  head.
23           Tell me what you remember about that
24  projectile or about that -- that impact, excuse me.
25      A.   I mean, like, I remember feeling it because my
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1   -- my hard hat, like, came off, like, it was -- and I
 2   had to, like, pull my -- my hand over to pull it back on
 3   to my head.
 4        Q.   Okay.
 5        A.   It hit, like, right -- right in front, like
 6   near the -- the forehead, I guess or, like, the -- the
 7   front side of the -- the hard hat.
 8        Q.   Okay.  So where would that correspond to in
 9   terms of your head underneath the helmet?  Is it in your
10   hairline?  Is it --
11        A.   Hairline.
12        Q.   -- forehead?  Hairline.
13             Okay.  And what else -- do you remember
14   anything else about that impact?
15        A.   No.  I mean, like, I didn't see, like, who
16   shot it, but I know that it, like, came from -- from,
17   like, the police line.
18        Q.   Okay.  So you move into the intersection and
19   you kick this canister towards the officer line, and you
20   stated that you wouldn't -- you don't think you would
21   have done that if you weren't wearing your hard hat and
22   goggles and a mask.  And so, talk to me about why it was
23   that the way that you were outfitted mattered in terms
24   of your decision to kick the canister?
25        A.   I mean, there was just, like, a ton of stories
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

1  this already, any idea what that projectile was?
2      A.   No.  I mean, like, I think, like, at the
3  beginning, I thought it was a tear gas canister because
4  that's what I had been seeing in the area.
5      Q.   Okay.
6      A.   But after looking at the video, I'm not sure
7  what it was.
8      Q.   Okay.  And are you sure that it came from the
9  officer line?
10     A.   Yes.
11     Q.   Okay.  How are you sure of that?
12     A.   Because it hit me straight on.
13     Q.   Okay.
14     A.   No other way that it could have come from.
15     Q.   Okay.  And can you talk to me about any
16  injuries that you had as a result of that projectile
17  hit?
18     A.   To the hard hat?
19     Q.   Yeah, to the hard hat.
20     A.   I didn't receive an injury.
21     Q.   Okay.  You said it came directly from the
22  officer line.  Were you able to see -- were you able to
23  see it after it hit you?
24     A.   No.
25     Q.   Okay.  And so, you have no sense of what color

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1    it was, what shape it was, any of its characteristics,
 2    correct?  Sorry, Mr. Deras, did you answer that?
 3         A.   No, I don't.
 4         Q.   Okay.  Okay.  And so, what do you do as soon
 5    as that projectile hits the hard hat and hits you?
 6         A.   I put up my hand to put my hard hat back on,
 7    as it was, like, flying off and as my hand was coming
 8    back down, I feel another projectile hit the inside of
 9    my hand.
10         Q.   Okay.
11         A.   And when I hit -- when I -- when I feel that,
12    I turn around to -- to go -- to go south -- or not
13    south, west on Colfax, and that's when I -- I feel a
14    third projectile hit the backside.
15         Q.   Okay.  So let me break that down a little bit.
16              So are you still facing the officer line when
17    your hand is hit?
18         A.   Yes.
19         Q.   Okay.  Are you able to see what hit your hand?
20         A.   No.
21         Q.   Okay.  And I think you testified earlier
22    that's the same arm that you had PepperBall impacts on,
23    on the 30th?
24         A.   (Witness nods head.)
25         Q.   And what area of your hand were you hit on?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1        A.   It was the inside of, like, my palm, like,
 2   near my thumb.
 3        Q.   Okay.  And -- and -- and how does it feel when
 4   it hits you?
 5        A.   Like, a -- like, a bat had, like, hit the
 6   inside.
 7        Q.   A bat?
 8        A.   Yeah.  Like, where --
 9        Q.   A baseball bat?
10        A.   Yeah, like, a baseball bat had, like, hit the
11   inside of my hand.
12        Q.   Okay.
13        A.   And it was pretty shocking, so I, like, turned
14   around and, like, tried to, like, get out of the space -
15   -
16        Q.   Okay.
17        A.   -- felt like I was in danger.
18        Q.   And do you see -- do you see that projectile
19   on the ground anywhere?
20        A.   No.
21        Q.   No.  So no impression of size or shape or
22   color?
23        A.   No.
24        Q.   Okay.  And then you turn away from the officer
25   line, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
 1        A.    (Witness nods head.)
 2        Q.    Okay.
 3              MS. RUTAHINDURWA:  Sorry.  Joe, I'm just going
 4      to ask that you answer verbally just so that we have
 5      a clear record.
 6              MS. KLYMKOWSKY:  Yeah.  I'm sorry, and I meant
 7      to remind you of that as well.
 8  BY MS. KLYMKOWSKY:
 9        Q.    So my question was, after you're hit in the
10  palm by your -- inside of your palm by your right thumb,
11  you turn away from the officer line, correct?
12        A.    Yes.
13        Q.    Okay.  And at that point, are you hit as
14  you're turning, or do you think that you were turned so
15  that your back fully faced the officer line when you're
16  hit the third time?
17              MS. RUTAHINDURWA:  Objection to form.  You can
18      answer.
19        A.    I was turned away from them.
20        Q.    Okay.  So you think you completed your turn?
21        A.    Yes.
22        Q.    Okay.  Do you think it's possible that that
23  third projectile was fired before you turned around?
24        A.    I have no idea.
25        Q.    Okay.  And where does that third projectile
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

1  hit you?
2     A.   It's on my, like, left upper, like, waist area
3  and, like, going down into, like, my -- yeah, underneath
4  my waistline.
5     Q.   Underneath your waistline, so underneath the
6  waistline of your pants?
7     A.   Yeah.
8     Q.   So would you consider it your buttock?
9     A.   Yeah.  Yeah.
10    Q.   Okay.  And would you say full on your buttock,
11 or would you say sort of that area between your buttock
12 and your lower back?
13    A.   Yeah, I mean, like, I think it's pretty, like,
14 closer to -- to my butt than it is to my -- my waist.
15    Q.   Okay.  And are you able -- and are you able to
16 -- well, first of all, how -- what does that hit feel
17 like?
18    A.   Well, at first it felt -- it didn't feel -- I
19 think, like, my arm was, like, at the point, like, my
20 main concern.
21    Q.   Okay.
22    A.   I -- because it was really -- it had, like,
23 felt like the inside of, like, the bone had been -- had
24 been broken or, like, crushed, and so that's where a lot
25 of my pain was.  And so, I didn't really notice my back

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1   as much as my finger --
 2       Q.   Okay.
 3       A.   -- at the time.
 4       Q.   Were you able to observe anything about the
 5   item that hit you in that low back buttock region?
 6       A.   No.
 7       Q.   Okay.  And did it stop you from getting out of
 8   the intersection?
 9       A.   No.
10       Q.   Okay.  So do you have any sense of whether the
11   three things that hit you were the same types of things
12   or whether they were different or you just don't know?
13       A.   Yeah, I don't -- I have no idea.
14       Q.   Okay.  And, again, you weren't able to tell
15   specifically with regard to the three projectiles that
16   hit you where they came from in the officer line?
17            MS. RUTAHINDURWA:  Objection to the extent it
18       misstates prior testimony.
19            MS. KLYMKOWSKY:  I just ask for form
20       objections.
21            MS. RUTAHINDURWA:  Objection.  Form.  You can
22       answer.
23       A.   Sorry.  Can you repeat the question?
24   BY MS. KLYMKOWSKY:
25       Q.   Sure.  So we talked in general terms earlier
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

1  about whether you could tell before you were hit with
2  anything where projectiles were coming from, if there
3  was a particular area of the officer line they were --
4  they were coming from, and now I'm interested to know if
5  with regard to the three projectiles that hit you, which
6  you believe came from the officer line, if you could
7  identify where in the officer line they may have come
8  from?
9      A.  No.
10     Q.  Okay.  And was there ever a period of time on
11 the 31st, besides kicking the gas canister, that you
12 threw anything at law enforcement officers?
13     A.  No.
14     Q.  I'm sorry.  I -- I just missed that.  You're
15 really quiet.
16     A.  No.  There was not.
17     Q.  Okay.  Was there ever a time on other days of
18 the protests that you threw or kicked things at -- at
19 law enforcement officers?
20     A.  No.
21     Q.  Okay.  Did you see anyone else from the crowd
22 throwing things at officers on May 31st?
23     A.  No.
24     Q.  And how about at other times during the
25 protests?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1                    CERTIFICATE OF REPORTER

 2                       STATE OF COLORADO

 3

 4   I do hereby certify that the witness in the foregoing

 5   transcript was taken on the date, and at the time and

 6   place set out on the Title page hereof by me after first

 7   being duly sworn to testify the truth, the whole truth,

 8   and nothing but the truth; and that the said matter was

 9   recorded stenographically and mechanically by me and

10   then reduced to typewritten form under my direction, and

11   constitutes a true record of the transcript as taken,

12   all to the best of my skill and ability.  I certify that

13   I am not a relative or employee of either counsel, and

14   that I am in no way interested financially, directly or

15   indirectly, in this action.

16

17

18

19

20   [signature: Sandra Ventura]

21

22   SANDRA VENTURA

23   COURT REPORTER/NOTARY

24   MY COMMISSION EXPIRES ON: 07/26/2025

25   SUBMITTED ON: 12/06/2021
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**