IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## EXHIBIT H

## JEFFERSON COUNTY DEPUTIES' MOTION FOR SUMMARY JUDGMENT

Exhibit H to Jefferson County Deputies' Motion for Summary Judgment is a HALO video from May 31, 2020 of the intersection of Colfax Avenue and Washington Street maintained by the City and County of Denver and will be conventionally submitted to the Clerk of Court on a flash drive via U.S. Mail. This video can be played by opening the "DEN 3871_Colfax & Washington 5_31_2020 2000-2215" folder and double-clicking the "SmartClient-Playere.exe" file.