# DECLARATION OF TIMOTHY DREITH

I, Timothy Dreith, hereby declare and certify as follows:

1. I am a Deputy Jefferson County Sheriff, and a defendant in United States District Court for the District of Colorado consolidated civil action No. 20-cv-01878-RBJ, *Epps, et al. v. City and County of Denver, et al.*

2. On May 31, 2020, I was a member of the Jefferson County Regional SWAT Team ("JCRS") that provided mutual aid to the City and County of Denver during demonstrations taking part in the city.

3. At approximately 8:30 p.m., on May 31, 2020, JCRS was deployed at the intersection of Colfax Avenue and Washington Street. Some members of the crowd were throwing rocks and other objects at the JCRS team. In response, members of the team deployed gas canisters to disburse the crowd.

4. I did not throw any gas canisters at the intersection of Colfax Avenue and Washinton Street on May 31, 2020.

5. After gas was deployed by the JCRS team, a number of individuals continued to throw rocks and other items at JCRS. Other individuals either threw or kicked gas canisters deployed by JCRS back toward the JCRS line.

6. I witnessed multiple people throwing or kicking gas canisters toward the JCRS line of officers.

7. At this time, I was armed with a less-lethal shotgun loaded with bean bag rounds. I did not fire any rounds other than bean bag rounds. Bean bag rounds are not hot after they are fired.

8. I targeted multiple individuals who were taking aggressive action toward the JCRS line during this time. In every instance when I used my less lethal shotgun, I targeted green zones. I never targeted an individual's head or back.

9. In every instance when I discharged a round, I could clearly see my target.

2

10. In no instance did I intentionally fire at an individual after they began to retreat from the JCRS line of officers.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of January, 2022.

Printed Name: Timothy Dreith

*[Signature]* 05-16
Signature