## DECLARATION OF AUTHENTICITY

I, Erica Gallegos, hereby declare and certify as follows:

1.      I am the custodian of records for the Arvada Police Department. I have held this position for approximately 2 years.

2.      Submitted with this Declaration are true and correct copies of the following original documents in official custody:

- Arvada Police Department Incident AR20009346 and its supplements authored by Arvada Police Department employees (36 pages)

- Mutual Aid – Denver Police Department / Jefferson County Regional SWAT team After Action Review for May 29, 2020 through June 6, 2020 authored by Arvada Police Commander A. Baros (40 pages)

3.      The Records were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by, a person with knowledge of those matters.

4.      The Records are kept in the course of the regularly conducted activities of the Arvada Police Department.

5.      The Records are made during the regularly conducted activity as a regular practice.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 20th day of January, 2022.


Printed Name:   Erica Gallegos

_Erica Gallegos_
Signature
Records Custodian



# Arvada Police Department

## Incident: AR20009346

## Incident details:

| | |
|---|---|
| **Incident Type:** | ASSIST OTHER AGENCY |
| **Incident time:** | 05/29/2020 16:00 - 06/06/2020 12:00 |
| **Reported time:** | 06/11/2020 15:24 |
| **Incident location:** | 1331 N CHEROKEE ST, DENVER, DENVER CO 80204 (DENVER POLICE DEPARTMENT) 80204 |
| **Incident status:** | Cleared, administratively - non-criminal |
| **Reporting officer:** | #1702 GRIFFIN, J. |
| **Investigator:** | |
| **Summary:** | SWAT called out to assist Denver Police Department during civil unrest. |

## Involved Persons:

| | | | |
|---|---|---|---|
| **Name:** | DENVER POLICE DEPARTMENT | **Gender:** | |
| **Classification:** | Reporting party | **DOB:** | |
| **DL:** | | | |
| **Address:** | | | |
| **Telephone:** | (Landline) (720) 913-2000 [Business] | | |

## Involved Officers:

- #0401 BAROS, A. (Reporting officer)
- #1216 NEIDIG, N. (Back-up officer)
- #1724 CLARKE, B. (Back-up officer)
- #1615 DIDOMENICO, A. (Back-up officer)
- #0902 VOGEL, G. (Back-up officer)
- #1616 VINNOLA, R. (Back-up officer)
- #1122 MORETTI, D. (Back-up officer)
- #1702 GRIFFIN, J. (Reporting officer)
- #000000 CAD INTERFACE (Reporting officer)

COA-00458

20-cv-1878-RBJ
Exhibit K
Page 2 of 79

## Reports:

### General report:

| | | | |
|---|---|---|---|
| **Author:** | #1702 GRIFFIN, J. | **Report time:** | 06/29/2020 14:58 |

**Narrative:**

On Friday, May 29th, 2020, at approximately 2100 hrs, I (Operator J. Griffin) received a phone notification activating the Jefferson County Regional SWAT Team. The Denver Police Department was requesting assistance in reference to civil unrest and rioting. This was a mutual aid request from Denver Police Department and they requested for us to respond to their headquarters, located at 1331 Cherokee St in Denver, CO.

I responded to Jefferson County Sheriff's Office to obtain necessary equipment and vehicles. I then responded to Denver via Jefferson County Regional SWAT Team's Lenco armored vehicle (Bearcat).

After arriving at the command post in Denver, operators were briefed on our assignment, where I was assigned to provide lethal cover with my Colt M 4 rifle. Information was obtained by Denver Police advising a pedestrian takedown was needed for a male who had weapons in his vehicle and had associates who were known to make pipe bombs.

Denver Police then changed our mission and requested we assist with other incidents throughout the city. It should be noted, I later was advised the individual suspected of having weapons in his vehicle was contacted by Denver Police and did have several rifles stowed in his vehicle.

Denver Police then requested operators respond to the area of Colfax Ave and Logan Street to provide security for Denver Fire Department while they put out a dumpster fire in the area. Upon arrival, Denver had extinguished the fire. While waiting inside of the vehicles, groups of protestors walking by were yelling obscenities at operators.

Our convoy then drove to the 1300 block of N Lincoln street, to provide security for Denver Police Department's Mobile Field Force (MFF) near the area of the State Capital and surrounding park. After stopping the convoy, we immediately began getting hit with objects which were being thrown by rioters. Other operators and I dismounted our vehicles and created a 360 degree perimeter around the vehicles. I could hear people yelling curse words, and could see obscene gestures being directed towards us from the crowd. During this time some of our vehicles were hit with several objects, which caused broken windows, dents and paint damage.

The crowd was mainly in parks to the east and west of the convoy. The crowd was obscured by trees and other objects. The crowd began to throw objects at operators and vehicles. Rocks and glass bottles were being thrown in my direction and could be seen as well as heard landing around me. Some of the objects being thrown were big enough to cause injury to operators. There were also what appeared to be fireworks or some type of explosive devices being thrown at operators. These devices would sometimes ignite within feet from operators. At this time, I heard another operator air on the radio that windows of their vehicles had been broken and requested that we relocate due to multiple objects being thrown at us. Due to this, the decision was made to relocate and operators loaded back into vehicles.

Operators were then requested to respond to the 1300 Block of N Broadway assist Denver's MFF to help clear crowds of people out of the park due to people throwing objects at police officers. During this time, we were advised there were multiple reports of gun shots fired in the area. Denver Officers then gave the crowd loud verbal commands to exit the park, but the crowd refused to leave. Denver MFF

COA-00049:59 Page 3 of 79

20-cv-1878-RBJ
Exhibit K
Page 3 of 79

then being deploying gas canisters into the crowd to push people back and prevent officers from getting stuck with objects. Operators then began walking behind Denver Officers, while they walked across Civic Center Park to disperse the crowd. While in the park multiple objects were thrown at officers and operators. Those individuals were subsequently hit with pepper ball rounds, to stop their aggressive actions. Once we walked to the corner of West Colfax Avenue / Bannock Street, I observed multiple windows broken out of the civic center building. I also observed graffiti covering sidewalks, buildings and light poles. The graffiti was all violent in nature to include, "Fuck 12", and "Kill police". Once the park was clear of all people operators moved back to the intersection of N Broadway and Colfax Ave. I then observed a white male who appeared agitated on the North West corner of N Broadway and Colfax Ave. The male was screaming obscenities at police and began punching a nearby light pole with his fists. The male then took off his shirt and began walking aggressively towards a nearby female. Due to the males aggressive behavior two operators fired 40mm less lethal foam baton munitions at the male; the male then ran off. If the operators did not make the quick decision, the female would have been injured; the female thanked the operators.

It should be noted, during this evening I was wearing green BDUs, a tactical vest, helmet, and gas mask. I was carrying a Colt M 4 rifle and a Glock 17 handgun.

On Saturday May 30th, 2020, I was tasked to collect 40mm launchers, 870 less lethal shotguns, a pepper ball gun, bean bag rounds, and gas canisters from Arvada Police Substations. It should be noted, the pepper ball gun was brought but never used throughout our time in Denver. Once I gathered all of the items I staged at the Jefferson County Sheriff's Office anticipating another mutual aid request from Denver. While at the Sherriff's Office, Operator Colley of the Jefferson County Regional SWAT team who is a certified instructor for less-lethal munitions went over our less-lethal munitions, less-lethal delivery systems, standoffs for the 40mm foam baton munitions, and acceptable target locations on a person. Command personnel and Team Leaders also went over rules of engagement. It should be noted, we were never deployed to assist on May 30th, 2020.

On Sunday May 31st, 2020, at approximately 1540 hrs, I was contacted via text message referencing the activation of the Jefferson County Regional SWAT Team to assist Denver Police Department on another mutual aid request for the continuing protests and riots. After gathering all equipment and vehicles needed, operators responded to Denver Police Department's command post located at 1331 Cherokee St. Once we arrived at the command post we were informed that several firearms and other weapons were seized the prior evenings during arrests of people involved in the protests. People were using sling shots and La Crosse sticks to throw objects at police, bricks were being staged throughout the city to be thrown at police, Molotov cocktails were being lit and thrown, firework mortar shells, and other incendiary devices were used to hurt police officers. We were also briefed that police officers were seriously injured the previous evening in attempt vehicular homicide. I was also assigned to provide security with my Colt M 4 rifle and carry extra 870 less lethal bean bag rounds on my person, which were all visually verified by other operators.

Later we responded to Denver Police Department's District 6, located at 1566 N Washington St, Denver, CO. We were advised, protesters would be walking towards District 6 and we were tasked to make a line at the intersection of N Washington St / E Colfax Ave. Once we arrived, I observed several hundred people walking west bound on Colfax Ave. Protesters saw us and stopped walking west and began walking towards us. People were yelling profanities at us and showing us their middle fingers. At this time we were approximately 40 yards north of E Colfax Ave / N Washington St. At this point, operators formed a line blocking off N Washington St. Denver or Aurora MFF arrived and operators left soon after protesters walked away.

Operators were later requested to respond to the same area due to a large crowd walking towards District 6. Operators arrived and formed a skirmish line on the north side of the intersection. A large group of protesters began approaching operators yelling and screaming at us. It should be noted, I

COA-00013.60
20-cv-1878-RBJ
Exhibit K
Page 4 of 79

estimated there were about 200 people in the crowd and only 20 operators on the skirmish line. I then observed a rock being thrown from the crowd in the direction of operators. The rock landed in front of the skirmish line, after that I heard more objects landing around me. At that point, protesters were yelling louder and they appeared to become more agitated towards operators; I was worried we would be overrun by the large group. I then observed SGT Donohue roll a gas canister towards the crowd in order to disperse them. Many protesters began to disperse but others began throwing objects at operators. I observed glass bottles, large rocks and other objects strike the ground right next to me. It should be noted, some of these objects were big enough to cause bodily injury or possibly serious bodily injury if struck by them. I then observed operators firing less lethal munitions at individuals who were actively throwing objects at operators.

After approximately 5 minutes, most of the crowd had moved south from the intersection. Aurora MFF then arrived and took position in front of us on the skirmish line. Individuals continued to throw objects at officers. A group of about 5 individuals remained directly in front of the Skirmish line during the incident, even when officers gave them loud verbal commands to leave the area. It was determined these individuals would be arrested for their safety, officer safety and due to their violation of curfew. I took one white male into custody with no issues. I brought him behind the skirmish line and had him sit down on the curb; Denver Sheriff Deputies arrived on scene and took custody of the male.

Jefferson County Regional SWAT was then requested in the area of Colfax Ave and Sherman St. Operators arrived and developed a skirmish line in between 16th Ave and Colfax Ave along Sherman St. While setting up the skirmish line; approximately 6 individuals were observed hiding behind bike cages on the west side of Sherman St. Due to officer safety reasons and due to the curfew; these individuals were taken into custody. I then took a black male with dreadlocks and a backpack into custody utilizing zip ties. I asked the male if he had any weapons on him. The male stated he had a knife in his left jeans pocket, which I located. I then continued to search the male, were I located another large knife down the left side of his pants. In his right jeans pants pocket I located a full 9mm compact magazine. I then located a 9mm compact Glock handgun down the right side of his jeans. Denver Sheriff Deputies arrived and took custody of the male and his belongings. The Deputies advised me they located additional 9mm ammunition, two more handguns, and more loaded magazines in his backpack.

On 06/01/2020 the Jefferson County Regional SWAT Team was again requested to assist Denver Police. I then responded to the Jefferson County Sheriff's Office, gathered equipment and then responded to Denver with other operators. I was informed the curfew had been moved to 2100 hours for this evening. Additionally Denver Police had made the decision not to arrest protestors for curfew this evening as long as the protests remained peaceful. During the evening operators responded to multiple locations in in Denver but kept our distance from where the protests were taking place.

On 06/06/2020 the Jefferson County Regional SWAT Team was requested again by Denver Police to assist. I then responded to the Jefferson County Sheriff's Office, gathered equipment and then responded to Denver with other operators.  Operators remained at Denver's command post for the duration of the time. Operators then did not engage with any citizens on that date and returned back to the Jefferson County Sheriff's Office.

It should be noted, during the mutual aid request I did not fire any less lethal ammunition or deploy any gas canisters. This concluded my involvement during the Denver Police Department's mutual aid request for the time of civil unrest. Please see other reports further additional information.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1122 MORETTI, D. | **Report time:** | 06/11/2020 15:38 |
| **Entered by:** | #1122 MORETTI, D. | **Entered time:** | 06/11/2020 15:38 |

**Narrative:**

On Friday, May 29th, 2020, at approximately 2100 hrs, I (Operator D. Moretti) was contacted via text message referencing the activation of the Jefferson County Regional SWAT Team to assist Denver Police Department during the protests stemming from the death of Mr. George Floyd in Minneapolis, Minnesota, which occurred on May 25th, 2020. This was a mutual aid request from Denver Police Department and we were to respond to their headquarters, located at 1331 Cherokee St in Denver, CO.

Operators responded to the Jefferson County Sheriff's Office to obtain the necessary equipment and vehicles for our deployment. Once collected, operators responded to the Denver Police Department's headquarters.

Upon arrival, we were paired up with two unknown Denver Police Officers who acted as liaisons with the command post and our team. During the evening of May 29th, 2020, we were tasked with providing security for the Denver Fire Department personnel who were extinguishing several fires throughout the city most likely started by people who were rioting due to them being located specifically in dumpsters. We were also tasked with providing security for Denver Police Department's Mobile Field Force (MFF) near the area of the State Capital and surrounding park.

During the evening of May 29th, 2020, there were several rocks, fireworks, glass bottles (some as large as 40 ounce), and other heavy objects being thrown at operators including myself. I was struck with smaller heavy objects in the legs and body armor and was able to dodge several glass bottles, which were directly thrown at me. I could hear the sound of several rocks or other hard objects struck the ground and vehicles around me. It should be noted, based on the size and weight of some of missiles thrown, I'm fully confident they would've created pain or serious bodily injury if struck by them. People were throwing what appeared to be modified fireworks or incendiary devices at officers. Some igniting within feet of officers and were louder and throwing more percussion than a flash sound diversionary devices (FSDD) commonly used by tactical teams. During this uncertain, volatile, and rapidly evolving incident, I could hear what appeared to be loud noises consistent with gunshots surrounding our location. We were then advised via radio that there were several shots fired calls in the area surrounding us.

I observed gas canisters being deployed towards the crowd in an attempt to push them back from the State Capital and more importantly an attempt to protect officers from being continuously assaulted. During this time, several of the vehicles which were in our convoy took extensive body damage including broken windows, deep dents, and paint damage. The majority of the people near the capital were cursing, yelling, spitting, threatening, and assaulting officers.

While assisting Denver Police Department, we relocated to an unknown location to assist Denver Metro SWAT and more Denver MFF officers. During this time, I observed several of the Denver Police Officers armed with pepper ball guns. It should be noted, Jefferson County SWAT brought a pepper ball gun belonging to the Arvada Police Department the next evening of May 30, 2020, however, it was never used to my knowledge due to having a very small amount of munitions for the system. During this incident and throughout the evening, I observed several acts of violence towards law enforcement and criminal mischief to buildings/vehicles.

At one point, I observed a medium build male who was approximately in his mid-20's take off one of his shirt and began yelling at officers. He started punching a light pole several times which appeared to amp him up with more anger and aggression. He quickly moved towards a smaller female who didn't appear to know the male and began to swing at her with a closed fist when two Jefferson County SWAT operators struck him with 40mm less lethal foam baton munitions. If it wasn't for the quick actions of these operators the female would've sustained substantial injury.

It should be noted, during this evening I was wearing green in color BDUs, a tactical vest, helmet, and gas mask. I was carrying my Colt M4 rifle and Glock 17 handgun. Neither weapon was ever discharged.

On Saturday May 30th, 2020, Jefferson County Regional SWAT operators staged at the Jefferson County Sheriff's Office anticipating another mutual aid request, but was not requested that evening. While waiting for the mutual aid request, Operator Colley of the Jefferson County Regional SWAT team who is a certified instructor for less-lethal munitions went over our less-lethal munitions, less-lethal delivery systems, standoffs for the 40mm foam baton munitions, and acceptable target locations on a person. Command personnel and Team Leaders also went over rules of engagement. It should be noted, we were never deployed to assist on May 30th, 2020.

On Sunday May 31st, 2020, at approximately 1540 hrs, I was contacted via text message referencing the activation of the Jefferson County Regional SWAT Team to assist Denver Police Department on another mutual aid request for the continuing protests and riots. After collecting necessary vehicles and equipment at the Jefferson County Sheriff's Office, operators responded to the Denver Police Department's headquarters, located at 1331 Cherokee St in Denver, CO to attend briefing.

Upon arrival, we met with Denver Police Department's Lt. J. Williams who provided a short briefing regarding our guidelines and we verified what less-lethal munitions and less-lethal delivery systems Denver Police Department was currently using. We were informed that several firearms and other weapons were seized the prior evenings during arrests of people involved in the protests. People were using sling shots and La Crosse sticks to throw objects at police at high speeds in an attempt to cause serious injury, bricks were being staged throughout the city to be thrown at police, five gallon gas canisters were being staged throughout the city, Molotov cocktails were being lit and thrown, firework mortar shells, and other incendiary devices were used to hurt police officers. We were also briefed that three police officers were seriously injured the previous evening in attempt vehicular homicide. Several officers had been injured from the previous evenings.

It should be noted, during this evening I was wearing green in color BDUs (containing our specific SWAT insignia patch), a tactical vest, helmet, and gas mask. I was carrying a Penn Arms 40mm less-lethal multi-launcher and Glock 17 handgun. Several operators added more armor to their vests to gain more protection in the neck and groin area due to being assaulted several times the prior evening by getting struck with objects. It should be noted the Penn Arms 40mm less-lethal multi-launcher I carried was used from Arvada Police Department's "Delta Sector". I'm very familiar with the less-lethal system as well as the attached Leupold Carbine Optic (LCO) and have deployed this system several times in the past.

I carried two types of munitions, which were visually verified by operators and me prior to being placed on my person, which were specific ally carried in a dump ouch on my hip belt. The two munitions were the Combined Tactical Systems (CTS) 4557 and the 4557HV (High Velocity). It should be noted 4557HV munitions carry a 20ft standoff. All of my deployments of the 40mm foam baton munitions were more than 20 ft. Throughout my entire involvement, I didn't shoot anyone else's less-lethal system, nor did I let anyone use mine. At one time, I requested Denver Police Officers Defense Technology 40mm sponge rounds due to wanting to have extra in case we weren't able to go back to our inventory, but these rounds were never used.

On May 31, 2020, at approximately 1750 hrs, operators were at the Denver Police Department's headquarters and protestors gathered by the several hundred in front of the building. The protestors were verbal only and relatively peaceful towards officers throughout our time there.

At 1815 hrs, we responded to Denver Police Department's District 6, located at 1566 N Washington St, Denver, CO. Upon arrival, several people traveling west bound on E Colfax Ave completely diverted and began to walk towards Jefferson County SWAT operators who were north of E Colfax Ave by approximately 30-50 yards. It should be noted, there was no MFF with us at this time and we were alone. We held the line on Washington St, north of E Colfax Ave by those 30-50 yards.

During this time frame there were several hundred protestors. Most were peaceful, however, several people began cursing, yelling, screaming, flipping officers off, and making threats something to the effect of "wait until the sun sets," "we're coming for you," "All Cops Must Die". Several of the people at this point had their faces covered completely, which is not consistent of the current COVID-19 masks used throughout the world. People were wearing full head coverings with only their eyes exposed, some carrying/wearing gas masks, plate carrier military style vests, carrying La Crosse sticks, and gallons of milk, which was later discovered to wash off gas deployed by law enforcement. MFF forces from Aurora and possibly Denver arrived on scene to assist in crowd control. I didn't observe any munitions exchanged between law enforcement and protestors.

Operators left the area, but were later dispatched back to the same location of 1566 N Washington St at approximately 2010 hrs, for a large crowd that was approaching Denver's District 6 police department. Upon arrival, there were only a couple people on Washington St near E Colfax Ave. I observed a couple people yell that someone was being assaulted out of our view. I observed four to five operators from the Jefferson County Regional SWAT run towards Colfax towards the location of the said assault. I was behind the operators providing security for an alley to the west, however, I observed a tall thin African American male kicking a Hispanic or White male in the head several times while the male was already on the ground. It appeared the African American male was kicking with such force that it could cause serious bodily injury or death. I heard several less-lethal munitions being discharged and then observed the suspect run west bound while the victim was lying on the sidewalk in front of a pizza shop, identified as Slice Works, located at 700 E. Colfax Ave. Operators assisted the male who was seriously injured by assisting him over to our team medic and later transported to the hospital, (please reference Arvada CR/20-9266).

Shortly after, at approximately 2025 hrs, a large crowd containing hundreds of people began to approach

COA-0021-63

Washington St. We were several yards north of E Colfax Ave again, in an attempt to not draw attention to ourselves in hopes the crowd would just continue west bound. The crowd stopped at Washington St, faced us, and began yelling profanities, cursing, and then began throwing several items at operators including large and small rocks, glass bottles, and bottles containing unknown liquid, fireworks, and other heavy miscellaneous objects.

I observed a large river style rock bounce off the pavement only a few feet in front of where I was standing. The rock bounced off the ground and struck me just below the right wrist, causing extreme pain and for a short moment incapacitation of my right hand. I then observed gas being deployed by rolling canisters on the ground and into the crowd in an attempt to disperse the large violent crowd. I was attempting to give several verbal commands, however, it was so loud and rapidly evolving I don't know if anyone could have possibly even heard me over the roar of the crowd. We were also approximately 25-30 yards away from the crowd. The crowd began to slowly disperse due to the gas being deployed.

I was struck with several more hard objects in the legs and body armor. I began to observe specific people who were throwing items towards operators in a baseball throwing type fashion. I could hear several items create loud noises while they struck the ground around me. These people began to become separated and not bunched up close together giving a safe opportunity to deploy foam baton munitions in an attempt to protect myself and other operators. I fired approximately four to seven less-lethal munitions during this incident. After deploying some munitions, I would perform a tactical reload to top off the system. It should be noted, the system holds six munitions. All 4557 foam baton munitions deployed were directed towards the lower extremities to include the quads, buttocks, and back (avoiding the spine area) and were direct fired, not skip fired.

When people were struck they reacted physically, which indicated a strike or miss. I made sure that any misses I would had would have some type of back stop (building or other hard object) or a substantial distance between the suspect and the next person who was present. People began to pick up activated live gas canisters and throw them back at operators in a baseball throwing type fashion. I knelt during one portion of the incident and someone had thrown a gas canister underneath me. I began to strike people using the 40mm less-lethal multi-launcher who picked up and threw canisters at operators. I observed several of these people wearing oven mitts or carrying La Crosse sticks which led me to believe they had prepared for this type of confrontation.

Several other people who were actively engaging operators were wearing full face masks, helmets, and ski goggles. Some of them appear organized and began to use shields, street signs, and dumpsters to protect people behind them that were throwing or launching objects towards operators. I threw one sting ball (unknown serial number) containing rubber pellets at a small group of people fortifying and launching what appeared to be small hard objects out of a sling shot or similar device. I could tell the items were hard due to the sound it made when it struck a person, building, ground or vehicle. It should be noted, the sting ball was deployed in a fashion to activate on the ground. It should be noted, the exterior shell of the sting balls are made of what appears to be rubber. I never deployed munitions at anyone in the head or neck area throughout the entire incident/s and as noted above, the primary target area were the quads, buttocks, and back (avoiding the spine area).

This incident was tense, rapidly evolving, and I was fearful at times due to the overwhelming numbers of violent rioters. We were extremely outnumbered with several violent people who were using several different types of weapons to assault operators. After a couple minutes, Aurora MFF arrived to assist and shortly after that Denver Metro SWAT and Denver MFF arrived as well. All elements pushed up to Colfax in an attempt to keep the crowd moving west bound on Colfax Ave.

During this time frame, people continued to throw items striking several of the MFF officers in the face shield and body. I deployed approximately three to eight rounds of foam baton rounds. Based on the distance of the people throwing objects, I was able to visually verify, load, and launch 4557HV rounds in an attempt to have intended shot placement on these people assaulting officers. It should be noted, several peaceful protestors knelt or sat directly in front of the line with the MMF and we were located. These individuals were arrested without incident.

People began to leave the area west bound on E Colfax Ave or south bound into the neighborhoods. We proceeded to walk westbound on E Colfax Ave with several different MFF, utilizing the Jefferson County Regional SWAT team's Lenco Bearcat armored vehicle and Aurora Police Department's Bear armored vehicle. These provided some moving cover for officers who were getting struck with multiple objects being thrown from the crowd of people.

In the area of E Colfax Ave and Pennsylvania St, I observed several hundreds of people in the middle of E Colfax Ave. An activated live gas canister was thrown at me from the crowd striking me in the left side of the helmet, gas mask, and Peltor earmuffs. The force caused pain to my head and neck, as well as knocked off my gas mask which was tightly secured to my head and face. I couldn't breathe for several seconds due to a large amount of gas inserting directly into my mask. Operator Niedig provided cover for me while I cleared my gas mask, tried to orientate myself, and fix my equipment.

COA-000.64

On May 31, 2020, at approximately 2210 hrs, operators of the Jefferson County Regional SWAT team were deployed to the area of W 13th Ave and Cherokee St to assist with a large gathering who was approaching Denver Police Department's headquarters. Operators were first on scene with several hundred verbally aggressive people. They were carrying signs, shields, construction cones, and other objects concealed in their hands

A small group of people ran towards a parking garage in an attempt to gain the high ground and flank operators. Fireworks were then thrown at operators from the crowd and gas canisters were deployed into the crowd in an attempt to disperse them. Once the crowd began to separate, I began to observe specific people grab gas canisters and rocks. These people began to throw the items they had in their hands at operators. I shot approximately three to six less-lethal foam baton rounds during this incident where we pushed the crowd several blocks away from the Denver Police Department's headquarters. All 4557 foam baton munitions deployed were directed towards the lower extremities to include the quads, buttocks, and back (avoiding the spine area) and were direct fired, not skip fired.

Once the crowd began to slowly disperse a dark colored sedan pulled up and stopped in a low lit area of the street, approximately 50 yards away with the vehicle bladed away from where operators and officers were located. Someone in the vehicle on the driver side was using a green in color military grade laser and began to shine it in my eyes as well as other operator's and officer's faces. It should be noted, the laser was powerful enough to be seen throughout the entire length of the laser beam as well as appeared to be traveling through the glass of the vehicle's closed windows. In my training and experience, green military style lasers can cause severe and permanent damage to the eyes and are commonly attached to firearms to help with night time shooting. I feared that it was attached to a firearm or was going to create permanent eye damage as well as the safety of officers near me, I quickly deployed a less-lethal munition towards the laser, which appeared to strike the vehicle near the driver side door ricocheting off in the ambient light. Several other officers deployed less-lethal munitions towards the vehicle as well stopping the laser from shining at officers. It should be noted, when the laser was being used there was the sound of a paintball gun being rapidly fired from the area of where the vehicle was located. Several officers and operators were struck with paintballs during this incident.

On May 31, 2020, at approximately 2255 hrs, operators of the Jefferson County Regional SWAT team were deployed to the area of 1300 Block of Sherman St for a large crowd near the State Capital. We arrived first on scene and began to move towards the capital when operators advised there were approximately four people hiding behind a large bike station. These individuals were detained and had several firearms on their persons. All firearms were photographed by Jefferson County SWAT personnel and the individuals were transfer to Denver Sheriff's Office custody.

On Monday, June 1, 2020, at approximately 1600 hrs, Operators responded to Denver Police Department's headquarters for briefing in regards to a mutual aid request. During this operation, I was wearing green in color BDUs, a tactical vest, helmet, gas mask, and shin pads. I was carrying my 40mm less-lethal multi-launcher and Glock 17 handgun. Never was either weapon discharged.

During this evening, we came into contact with several hundred protestors in the area of the State Capital while we were attempting to travel to Denver Police Department's District 6. When we took the turn, I observed the road to be blocked off by a large vehicle parked sideways in the middle of the road and several hundred people around it and on top of it.

I was riding on the Lenco Bearcat, which I was riding on for every night of the protests and riots. I dismounted while the drivers to our vehicle convoy turn the vehicles around. Several glass bottles and rocks began to be thrown towards operators and our vehicles. Operators didn't engage and we were able to egress out of the area, taking more of a safer route to our destination.

All deployments of the 40mm Less-lethal munitions were directed towards violent subjects who were engaged in assaulting officers; shot placements were low and backstop and beyond was respected. I attempted to give several loud verbal commands prior to deploying munitions to assist Denver Police Department. On several occasions, I did hear verbal commands to the crowd given via PA systems on marked police vehicles and armored vehicles telling people to disperse.

I have no further information and no further involvement.

## Supplemental:

| Author: | #1616 VINNOLA, R. | Report time: | 06/14/2020 14:18 |
|---|---|---|---|
| Entered by: | #1616 VINNOLA, R. | Entered time: | 06/14/2020 14:18 |

Narrative:

On 05/29/2020 at approximately 2108 hours, I (Operator R. Vinnola) received a phone notification activating the Jefferson County Regional SWAT Team. The Denver Police Department was requesting assistance in reference to civil unrest and rioting.

I responded to Jefferson County Sheriff's Office where I gathered equipment then responded to Denver via Jefferson County Regional SWAT Team's Lenco armored vehicle (Bearcat). While en route to Denver, I was tasked with operating a Penn Arms, less lethal, 40mm multi-launcher.

After arriving in Denver, near the State Capital; operators were briefed on our assignment. Information was obtained by Denver Police advising a pedestrian takedown was needed for a male who had weapons in his vehicle and had associates who were known to make pipe bombs. Operators prepared for this assignment, created a convoy of vehicles and loaded into our vehicles; however Denver Police requested we assist with other incidents throughout the city. It should be noted, I later was advised the individual suspected of having weapons in his vehicle did in fact have several rifles stowed in his vehicle after being contacted by Denver Police.

Jefferson County Regional SWAT was requested in the area of Colfax Ave and Logan St. Denver Fire Department was putting out a dumpster fire in the area and our team was requested to provide security for Denver Fire. Upon arrival, Denver had extinguished the fire. While speaking with Denver Fire, groups of protestors walking by were yelling obscenities at operators.

Our convoy then drove to the 1300 block of N Broadway. After stopping the convoy, we immediately began getting hit with objects which were being thrown by rioters. Other operators and I dismounted our vehicles and created a 360 degree perimeter around the vehicles. I could hear vulgarities, yelling and could see obscene gestures being directed towards us from the crowd. The crowd was mainly in parks to the east and west of the convoy. The crowd was obscured by trees and other objects. The crowd used this to throw objects at operators and vehicles. Rocks and glass bottles were being thrown in my direction and could be seen as well as heard landing around me. At this time, I heard other operators air on the radio that windows had been broken in their vehicles and requested that we relocate due to the constant barrage of objects being thrown at us. Due to this, the decision was made to relocate and operators loaded back into vehicles.

At this time Jefferson County SWAT was requested to check on potential looters along Colfax Ave. I observed broken glass, spray paint and other damage to multiple businesses but no active looting.

Operators were then requested to the 1300 block of Lincoln St. There operators again created a 360 degree perimeter around the convoy and assisted Denver Police attempting to control violent protestors. I observed a large dumpster on the east side of Lincoln St which had it's contents on fire. Violent protestors and rioters would use cover from trees and other objects to throw items at police while concealed. I also observed rioters behind other protestors throw objects. I observed numerous glass bottles in the air falling and breaking near me. I often would see bottles on their descent because trees would obscure the rioter throwing the object. As bottles would fall towards the Bearcat I would call out incoming to warn other operators. Due to the size and weight of objects being thrown, I was confident that being struck by such an object would potentially cause serious bodily injury and at the very least, injury causing pain. In addition to these items being thrown; large fireworks were shot at operators and officers.

COA-000166

20-cv-1878-RBJ
Exhibit K
Page 10 of 79

At one point a bottle struck Operator DiDomenico whom I was standing right next to at the time. The bottle struck him on his vest just below his neck and the bottle shattered after striking him. I heard the crowd cheer and applause after Operator DiDomenico was struck. Shortly after this, I observed a male approach the intersection of Lincoln St and Colfax Av with a bottle. The male threw a bottle at Denver Police Officers who were on the southwest portion of the intersection. I utilized a Penn Arms 40mm multi launcher to engage this male showing active aggression towards police. I observed the less lethal impact munition strike the male on his lower extremities. I then observed the male run west through the park. It should be noted, at no point in time did I fire a less lethal munition unless I observed an active aggressor towards police. Utilizing my training and experience, I fired less lethal munitions only on clear and unobscured individuals. I always aimed for lower extremities or arms; taking note to avoid the head, neck, joints, back (specifically spine area) and groin.

At one point, Denver Police requested assistance in clearing the park of remaining violent protestors which were utilizing the park as concealment to throw objects. I worked west with other operators and Denver Police. While moving west, I observed a black male remaining in his position and refusing to move after being given multiple verbal commands to continue moving west. I was approximately 10 yards from this male and repeatedly stated "move or you will be hit." The male would move a few steps and stop again. I continued giving loud verbal commands. Eventually the male complied and moved along. I did not fire a less lethal 40mm impact munition at this male. Again, at no point did I fire a 40mm at an individual who was not showing active aggression towards me or fellow officers. I continued moving west along Colfax Ave. As I began approaching 14th St, I observed a male across Colfax Ave throwing rocks at officers; I fired a 40mm round at this male. I was unable to see if this round struck the male. The male ran northwest away from officers.

After clearing the park, I returned to the area of W Colfax Ave and N Broadway. Shortly after arriving in this area I observed a white male screaming and yelling. The male then began punching a light pole with closed fists. The male then began walking aggressively towards operators and officers. The male appeared to want to engage in a fight with officers or other protestors in the area. There was a female protestor in the area who the male was quickly approaching. The male yelling along with punching a light pole was active aggression and I feared he was about to start punching the female protestor. Another operator and I engaged this male utilizing 40mm less lethal rounds. I was second to fire a 40mm round. I fired within a couple seconds of the first round. While firing, the male had turned his body away from officers and I struck him in his buttocks. The male then ran northwest away from officers and the female protestor. The female protestor thanked operators for getting the male away from her. It should be noted; throughout the evening operators were updated via radio on multiple occasions of shots fired in the surrounding area of the capital.

On 05/30/2020 Jefferson County Regional SWAT prepared to be requested again by Denver Police and I responded to the Jefferson County Sheriff's Office with fellow operators. Other operators and I gathered additional less lethal resources due to only a small number of operators having less lethal options the night prior. Operators reviewed target impact zones when utilizing less lethal munitions. Additionally, operators discussed appropriate deployment of specific less lethal munitions and discussed use of force policies and procedures. The Jefferson County Regional SWAT Team was not requested by Denver Police on 05/30/2020. Operators were informed the Denver Mayor had put in place a curfew of 2000 hours tonight.

On 05/31/2020 at approximately 1541 hours, while on routine patrol, I received notification via phone activating the Jefferson County Regional SWAT Team reference assistance to Denver Police. I responded to Jefferson County Sheriff's Office and gathered equipment. From there the Jefferson County Regional SWAT Team responded to Denver Police Headquarters. Operators were informed of new tactics being used by violent protestors. Individuals were utilizing slingshots and La Crosse sticks to throw objects at a

COA-000187

high velocity. Additionally, fireworks and Malatov Cocktails had been reported to be thrown at officers during nights prior. Operators were informed the 2000 hours curfew was still in place.

After arriving in Denver there was a large group of protestors gathered in the roadway near the intersection of W 14th Ave and Cherokee St. Jefferson County Regional SWAT assisted Denver Officers in developing a skirmish line near Denver Headquarters. The protestors remained in the area for approximately 1 hour and were peaceful.

Jefferson County Regional SWAT was then requested to the area of District 6 Police Station near N Washington St and E Colfax Ave. Operators formed a skirmish line on the north side of this intersection. At approximately 2000 hours (exact timeframe is unknown due to a continuously evolving situation), operators were staged at the intersection of E Colfax Ave and N Washington St. Operators were staged on the north side of the intersection when a group of individuals began yelling at operators stating a fight was occurring and they were pointing to the East. For additional details regarding this incident please refer to case report number AR20009266.

Approximately 30 minutes later, a large group which I estimated to be over 200 individuals had gathered in the intersection of N Washington St and E Colfax Ave as well as the parking lots to the southeast and southwest of the intersection. The group was yelling and screaming at the Jefferson County Regional SWAT Team. It should be noted, at this time there were approximately 20 SWAT operators on the skirmish line. I clearly observed a rock being thrown in the direction of operators which landed in front of the skirmish line. I heard multiple rocks landing around me. As I observed the protestors become more agitated towards operators I became fearful the SWAT team would be overrun by the large group. I confirmed with other operators that rocks were being thrown in our direction. At this time Sgt. Donohue threw a CS or OC gas canister towards the crowd. I observed the gas canister being rolled on the ground towards the crowd. As gas exited the canister, many protestors began running away from the gas and I immediately observed multiple items being thrown at operators. I observed rocks, glass bottles, plastic bottles and gas canisters being picked up and thrown back at operators. At this time I was hit in both shins with rocks. A rock first struck me on my left shin causing a large amount of pain. Another rock struck me on my right shin which also caused pain. During this incident, I utilized a Penn Arms, less lethal 40mm mulit-launcher. I fired multiple 40mm rounds at individuals showing active aggression. I only engaged individuals who were actively throwing items at operators. When firing the 40mm rounds, I would aim for lower extremities or arms. Throughout this incident I would see and hear items constantly being thrown and landing around operators. It should be noted; during this incident multiple members of the protestors utilized signs and umbrellas to shield themselves from less lethal munitions. Many individuals in the crowd were wearing gas masks. Buildings directly to the west and east of operators blocked line of sight with members of the crowd and items could be seen being thrown at operators, however the individual who threw the item was out of sight from operators. I observed a plastic bottle thrown at operators which landed in front of the skirmish line. The bottle was filled with an unknown clear liquid and the bottle had gas vapors exiting from the top of the bottle. I later learned from other operators that a pipe bomb had been thrown at operators during this incident but Aurora Police may have thrown this pipe bomb in a dumpster, therefore this could not be confirmed.

After approximately 5 minutes, the majority of the crowd had moved away from the intersection and was primarily located in the parking lots to the southwest and southeast of the intersection. Around this time, Aurora Police Officers equipped with riot control equipment arrived on scene and had formed a skirmish line in front of the Jefferson County Regional SWAT Team. I observed a group of individuals west of the Cheba Hut Toasted Subs restaurant who were throwing rocks and other items at operators. I threw an OC gas canister (Combined Tactical Systems, CTS 5430 flameless CS grenade) in this direction in an attempt to stop the individuals who were throwing rocks at operators. At one point, individuals from the crowd pushed a dumpster east on Colfax Ave and it appeared individuals were using this as a

COA-000168

shield from operators and officers.

A group of approximately 5 individuals remained directly in front of the skirmish line during this incident. They were given loud verbal commands multiple times to disperse however they refused these commands. It was determined these individuals would be arrested for their safety, officer safety and due to their violation of curfew. Operator N. Neidig and I took a white male into custody. While placing the male into custody he resisted by tensing his arms and refusing to comply with commands. The male was escorted to the ground where he continued to resist. Control of the male was eventually gained and he was placed in zip tie handcuffs. I asked the male if he was done resisting and he stated yes. I asked the male if he could breathe while on the ground and he stated "yes, thank you." The male was then stood back up and walked with operators north on Washington St where a Denver Arrest team took custody of the individual. It should be noted, the male's glasses fell off his face multiple times and I picked his glasses up and put them back on his face.

The Jefferson County Regional SWAT Team was requested to move west with Aurora Officers to continue to move the crowd west towards the capital. I walked west on Colfax Ave until I reached the intersection of Colfax Ave and Pennsylvania St. There a skirmish line was formed and I was on the southeast side of the intersection. I observed individuals south of my location near Pennsylvania St. These individuals were throwing rocks, shooting paintballs at officers and pointing a green laser in my eyes. I utilized a 40mm multi-launcher to engage protestors who were throwing items and shooting paintballs at operators and officers. I was hit multiple times in the arm with paintballs during this incident which caused a small amount of pain.

Jefferson County Regional SWAT Team was requested to Denver Police Headquarters where a large gathering of individuals had formed at the intersection of Cherokee St and 13th Ave. Jefferson County Regional SWAT was the first agency on scene at this location and as operators arrived protestors were observed in the intersection of 13th Ave and Cherokee St. Part of these protestors were moving northeast near a parking garage giving protestors high ground and a flanking position on operators. I again feared operators would be overrun and surrounded by violent protestors due to there being hundreds of protestors and approximately 20 SWAT operators. I observed large fireworks being shot in our direction, which exploded in the general area of operators. Utilizing a 40mm less lethal multi-launcher, I engaged violent protestors who were actively throwing items in our direction. I observed rocks, fireworks and glass bottles being thrown at operators. A skirmish line was developed as other agencies arrived on scene. With other agencies, we began moving south on Cherokee St in order to disperse the crowd. As I moved south, I observed a group of cars along Cherokee St which were stopped in traffic due to the protestors blocking traffic. Officers and operators guided vehicles, allowing them to turn around and safely leave in their vehicles. I continued to hear and see items being thrown at operators and officers. I moved south until stopping at 12th Ave.

Jefferson County Regional SWAT was requested in the area of Colfax Ave and Sherman St. Operators arrived and developed a skirmish line in between 16th Ave and Colfax Ave along Sherman St. While setting up the skirmish line; approximately 6 individuals were observed hiding behind bike cages on the west side of Sherman St. Due to officer safety reasons and due to the curfew; these individuals were taken into custody. A Denver arrest team was requested to take custody of these individuals. I placed a black female wearing black clothes, black hat and a black facemask into custody using zip tie handcuffs. I walked the female to the curb along Sherman St. I asked the female if she had any weapons on her and she stated she had a pocket knife in her right pocket. I removed this pocket knife. I asked if she had any other weapons on her and she stated "I don't know." I searched the female's black backpack which she was wearing. Inside, I discovered a loaded black Taurus handgun which had a round in the chamber. I located an additional loaded magazine, brass knuckles and a baggie of suspected methamphetamine. I placed these items in a plastic baggie and gave the contents to the Denver arrest team. Denver took custody of the female and items located on the female.

COA-000169

20-cv-1878-RBJ
Exhibit K
Page 13 of 79

On 06/01/2020 the Jefferson County Regional SWAT Team was again requested to assist Denver Police. Prior to responding to Denver I gathered shin guards for operators and also gathered additional 40mm munitions from the Arvada Police Department. I then responded to the Jefferson County Sheriff's Office, gathered equipment and then responded to Denver with other operators. I was informed the curfew had been moved to 2100 hours for this evening. Additionally Denver Police had made the decision not to arrest protestors for curfew this evening as long as the protests remained peaceful. Jefferson County Regional SWAT had been dispatched to various locations throughout the city and remained distanced from where protests were taking place.

At one point in the evening, we were requested to respond to District 6 Police Station. While en route, our convoy turned north on Lincoln St in front of the capital. There the convoy immediately began having rocks, glass bottles and other items being thrown at operators and vehicles. Operators did not engage violent protestors and instead backed up our convoy and took an alternate route to District 6.

On 06/06/2020 the Jefferson County Regional SWAT Team was requested by Denver Police to assist. Due to previous obligations, I was not present or involved in any way on 06/06/2020.

It should be noted, due to the rapidly unfolding nature of these incidents; times, locations and events of incidents were recalled to the best of my knowledge.

During these incidents I wore department issued green BDUs, tactical vest and helmet. I was armed with a Penn Arms, less lethal 40mm multi-launcher and Glock 34. I utilized two types of 40mm munitions during these incidents. The two munitions were CTS 4557 and CTS 4557 high velocity foam batons. I utilized only CTS 4557 foam batons on 05/31/2020 and during the incident described in case report number AR20009266. On 05/31/2020 I used both CTS 4557 and CTS 4557 high velocity foam batons. The high velocity 40mm munitions require a 20 foot stand off from their intended target. It should be noted, at no point was I within 20 feet of an individual while engaging them with a 40mm munition. I am a certified CTS less-lethal instructor and am very familiar with the Penn Arms multi-launcher weapon system. I have utilized this equipment numerous times prior to these incidents. I verified and confirmed the type of munition with a fellow operator prior to placing a 40mm munition on my person or in the multi-launcher. Throughout these incidents I used only one 40mm multi-launcher (Arvada owned and labeled "C" (Charlie Sector) weapon system). I was the only person to utilize this particular multi-launcher.

No further information to report.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #0902 VOGEL, G. | **Report time:** | 06/21/2020 13:56 |
| **Entered by:** | #0902 VOGEL, G. | **Entered time:** | 06/21/2020 13:56 |

**Narrative:**

On 05/29/20, at approximately 2100 hours, I (Sergeant Vogel) was notified of the activation of the Jefferson County Regional SWAT Team in reference to a mutual aid request to the Denver Police Department regarding protests.

I responded to the Jefferson County Sheriff's Office to gather necessary equipment then responded with the Jefferson County Regional SWAT Team to Denver Police Department Headquarters, located at 1331 Cherokee St. in Denver, CO.

Upon arrival two Denver Police Officers were assigned to the Jefferson County Regional SWAT Team to help navigate the city and respond to radio traffic. On 05/29/20, we were tasked with providing security to the Denver Fire Department (DFD) while they responded to fires in the city. While driving to one location to assist DFD multiple objects were thrown at our vehicles and several windows were broken on our vehicles.

Our SWAT Team was then tasked with providing security in front on the Capitol while others removed debris in the street. We were positioned on Broadway. Behind our team was a 30 yard dumpster and the entire contents were on fire. In front of us were citizens engaged in riotous activity; criminal mischief, starting fires, throwing rocks, throwing bottles, throwing fireworks, etc. I observed several rocks and large glass bottles thrown directly at operators. One of the bottles struck an operator in the chest and shattered. I observed a metal object thrown in our direction, landed approximately 20 yards away, several seconds after it landed it exploded. It appeared to be a mortar type firework with the propulsion element removed.

Several canisters of gas were deployed in an attempt to move the rioters (approximately 300) to prevent further injury to citizen, officers, and to prevent further property damage. The rioters were yelling and cursing at operators while we were only standing in the street providing security while the debris was being moved.

Our SWAT Team then moved to a different location, still near the Capitol, to assist Denver Metro SWAT with the closing of an intersection. While at this intersection, an unknown male stopped his vehicle and got out of the vehicle with a tire iron and began walking in our direction. Unknown officers deployed what appeared to be pepper balls at this male until he returned to his vehicle and drove away. Our SWAT Team then assisted DPD mobile field force in clearing of Civic Center Park. While walking through the park I observed one building with all of the lower level windows broken out. Once the park was clear, we returned back to DPD Headquarters and then cleared the scene.

On 05/29/20, I wore green BDUs, gas mask, and was armed with a Colt M4 rifle and Glock 34 handgun. I did not point my rifle nor handgun at any persons during the aforementioned incidents.

On 05/30/20, The Jefferson County Regional SWAT Team was staged at the Jefferson County Sheriff's Office in anticipation of needing to respond to Denver on a mutual aid request, but our team was not needed on this evening.

On 05/31/20, The Jefferson County Regional SWAT Team was requested to assist the Denver Police Department with protests. We were also informed there was now a 2000 hours curfew for the City and County of Denver.

Our Team responded to DPD Headquarters and we were informed, if we could, we should ride on the rails of our vehicles so we could quickly deploy. We were also informed that a DPD vehicle was intentionally struck the previous evening with officers on the side of the vehicle and several of the officers received serious bodily injuries (SBI) as a result. We informed DPD personnel of our less lethal options we were deploying and we received verification that these were acceptable. I deployed with an 870 less lethal pump shotgun which had CTS 2581 and 2581R super sock. I am familiar with this operating system and know the target locations of the super sock. We were assigned a DPD Sergeant to our team.

At approximately 1700 hours we were deployed at DPD Headquarters due to a large number of protestors gathered in the street. Our Team held a line in the street and these protestors were peaceful during this time. A short time later these protestors dispersed.

We were then requested to respond to District Six substation, 1566 N Washington St. Our Team was north of the building on N Washington St. We were the only law enforcement element at this location at this time. Once there several hundred protestors arrived. Most were peaceful and standing here; however several began yelling obscenities at operators and were flipping us off with their middle finger. Several protestors said they would see us later. I observed several people that had gas masks, La Crosse sticks, gallon jugs and bottles of milk. A mobile field force arrived and our team stood behind the mobile field force. The crowd then dispersed and our team left the area.

At approximately 1900 hours (unknown exact time), operators were staged at the intersection of E Colfax Av. and N Washington St., near District Six Denver Police Department substation. While at the intersection, citizens notified operators of an assault that was occurring around the corner. From my vantage point I could not see or hear an active assault occurring. Myself and other operators began to move south towards the intersection and once I moved closer towards the intersection I observed a tall, thin, black male, wearing a white t-shirt, punching and kicking a white male. The white male was on the ground while he was being punched and kicked in the head by the black male. Multiple orders were given to the black male to stop and he continued to kick and punch the white male. I deployed three CTS 2581R Super Sock marking rounds from a 870 less lethal shotgun. One round impacted the black male in the stomach, one right above the right buttocks, and one round missed the male as he moved. The round traveled south on N Washington St. into a clear backdrop. The black male began to walk away, west on E Colfax, and orders were given for him to stop but he did not comply. The black male began running east on E Colfax. Due to the marking rounds being deployed and the black male wearing a white shirt there were red marks on his shirt. I notified Denver Police Department officers of the active assault that operators from the Jefferson County Regional SWAT Team stopped and the description and last known location of the suspect.

The victim was walked over to the Jefferson County Regional SWAT Team medic, where his injuries were tended to until an ambulance arrived. I later learned the victim lost consciousness during the assault.

COA-000172

20-cv-1878-RBJ
Exhibit K
Page 16 of 79

While still in the intersection after 2000 hours, I could hear a loud announcement over a public address system notifying all citizens that the curfew was in effect. A large crowd (hundreds of people) began to gather and there was a distance of approximately 10 yards in front of our team. It should be noted we were the only law enforcement element at this location. The protestors began yelling obscenities at operators and unknown rioters in the crowd threw rocks (size of baseballs) at operators. It should be noted no operators had deployed any less lethal munitions or gas into the crowd at this point. Once the rocks were thrown at operators, CS riot gas was deployed into the crowd in an attempt to get them to disperse. This did not have the intended impact and the crowd of rioters threw more rocks, water bottles, and golf balls at operators. More gas was deployed and several of the canisters were thrown back at operators at a much higher velocity. It was later learned the rioters were using the La Crosse sticks to throw the objects at operators. The objects were landing very close to me and other operators. In an attempt to stop the objects being thrown at me and other officers and to prevent myself of other people from being injured, I deployed my 870 less lethal shotgun with the super sock munitions. I targeted specific people who were about to throw and object, in a baseball throw fashion, or had just thrown an object at operators and myself. I was target specific and only targeted green zones. I did not target the yellow or red zones. I deployed approximately 10 super socks at rioters actively throwing objects. While I was standing on the line, Sergeant Donohue, who was standing next to me, was struck in the face with an unknown object. Due to the sound it made, I could tell it was thrown with a La Crosse stick or with a sling shot. Sergeant Donohue was thrown to the ground when he was struck with this object. I checked on his welfare and helped him to his feet. A short time later a brick or large rock was thrown at me. It struck me in the right shin, just below my knee cap. This caused severe pain. On a scale of 1-10 with 10 being the most it was a pain of 7. I made it difficult for me to walk. I did not see who threw the rock or brick as they were behind the crowd and it appeared there was a coordinated effort by the rioters to conceal the people who were using the La Crosse sticks and sling shots to assault operators with rocks, bricks, and golf balls. A mobile field force arrived and I took a position behind their line. While behind the line a water bottle was thrown at me. It landed at my feet. The water bottle was full of an unknown liquid that saturated my entire pants. I do not know what was in the water bottle, but when it dried my pants were covered in a white residue that contained glitter.

I deployed several canisters of CS riot gas into the crowd in an attempt to get them to disperse.

The crowd began to back up slightly and 4 protestors were directly in front of the mobile field force sitting on the ground. I assisted in placing one in custody for violating the curfew and he was transferred to DPD. No force was used in taking him into custody.

Other officers from another agency began moving the rioters west on E Colfax. Once the other officers were in line with us, we began to form a skirmish line to move the rioters west on E Colfax. While moving the rioters they continued to throw fireworks, rocks, and bottles at operators and other officers. I deployed 2 CS riot gas canisters into the crowd in an attempt to get them to disperse.

Our team then we requested to deploy near the area of the 1300 block of Sherman St. for a

COA-000163

20-cv-1878-RBJ
Exhibit K
Page 17 of 79

large crowd near the Capitol. While walking in the street I observed several people hiding behind boxes. Once there was sufficient number of operators with these people, I continued walking towards the Capitol. I later learned several handguns were located on the people hiding. While near the Capitol, a male was walking towards us wearing a Tampa Bay Tom Brady jersey. It appeared he mucus coming out of his nose and mouth, which from training and experience is a common reaction to CS gas. This male was ordered to the ground and was placed into custody for curfew violation. The male said he just wanted to go home. He was transferred to the custody of DPD.

After this our team returned to DPD headquarters and returned to the Jefferson County Sheriff's Office.

On 06/01/20 at approximately 1600 hours, operators responded to DPD headquarters to assist with the protests and riots. During this mutual aid request we were assigned one DPD corporal. We responded to several locations throughout the evening. At one point we were requested to respond to District Six. While en route the corporal advised us to turn down Broadway and to travel in front of the Capitol. There were several hundred protestors on either side of Broadway and a vehicle parked perpendicular on Broadway partially blocking the street. Operators were riding on the rails of the Lenco Bearcat at this time and bottles were thrown at us. The corporal asked if we thought we could make it through and we immediately told him that we could not and we turned around. As we turned around the crowd began to cheer. No operators engaged with these rioters. We then arrived at District Six where protestors had gathered. The protestors were verbally abusive towards operators, but did not throw any objects at operators.

During the entire mutual aid request I wore green BDUs, tactical body armor with SHERIFF markings, was armed with a Colt M4 rifle (05/29/20) a Glock 34 handgun (duration), and a 870 LL shotgun (05/31/20 and 06/01/20). At no point did I point my firearm at any persons. I only deployed my 870 LL shotgun with super sock munitions at people who were assaulting people, assaulting officers, or were about to assault an officer. The deployments were not for property crimes and I was target specific and was always aware of my backdrop.

I have no further information regarding this incident.

20-cv-1878-RBJ
Exhibit K
Page 18 of 79

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1615 DIDOMENICO, A. | Report time: | 06/28/2020 17:55 |
| **Entered by:** | #1615 DIDOMENICO, A. | Entered time: | 06/28/2020 17:55 |

**Narrative:**

On 05/29/2020 at approximately 2100  hours, I, Operator DiDomenico, received a text message notification referencing the activation of the Jefferson County Regional SWAT Team to assist the Denver Police Department. The assist was regarding the protests stemming from the death of Mr.  George Floyd in Minneapolis, Minnesota which occurred on 05/25/2020. This was a mutual aid request from the Denver Police Department.

I responded to the Jefferson County Sheriff's Office and gathered equipment and vehicles in order to deploy. We then drove our vehicles utilizing our red and blue emergency lights and sirens to the Denver Police Department Headquarters located at 1331 Cherokee  St. We arrived at the Denver Police Headquarters and were paired up with two unknown Denver Police Department (DPD) officers who acted as a liaison with the command post and our team. We were tasked with varying responsibilities throughout the evening. Our SWAT team was first tasked for a pedestrian takedown which we later stood down for as the suspect was placed into custody, which was supposedly armed with rifles and pipe bombs.

After that, we were tasked with providing security for the Denver Fire Department who were driving around the city, extinguishing several fires from people who were most likely associated with the rioting. Most of these fires were located specifically inside of dumpsters. We were also tasked with providing security for DPD's Mobile Field Force near the areas of the State Capitol and surrounding park at Colfax  Ave and Broadway.

I was earlier tasked with a hands team to arrest any specific individuals during that time. I only had my handgun (Glock 34) which was holstered. During the night of 05/29/2020, I never drew my duty weapon. While on Broadway in front of the capitol, there were several rocks, fireworks and glass bottles and other heavy objects being thrown at operators and our vehicles. A larger rock at a high rate of speed hit my left foot on the top portion of the bone, causing a great deal of pain. I would like to note that it temporarily incapacitated me and I could not put my weight on my left food. This caused me to limp for the rest of the night and I could not walk on it correctly after being hit with the rock; later that night, I was unable to keep walking on my foot when I got home. My foot swelled up and was a red/bruised color.

I was also hit with a larger glass bottle (approximately 40  ounce or larger glass bottle/container) which hit me directly in my plate carrier/tactical vest and it shattered on impact; I overheard the crowd in the park cheering after the bottle shattered. The glass did not cut me at that time, but I do believe it posed a great danger in cutting or being lodged as it was inches away from the base of my neck. I was able to dodge a large amount of other objects being thrown at me. I observed other people throwing other fireworks or other incendiary devices at officers' vehicles, including what appeared to be firework mortars outside of tubes that exploded near officers. Some of these fireworks and incendiary devices were igniting within feet of some other officers and were louder than flash sound diversionary devices (FSDD) which is commonly used by tactical teams and police departments. During this uncertain volatile and rapidly evolving incident, there were numerous items being thrown at our vehicles at a high rate of speed, including large dents on the vehicles and broken windows. I could also hear what appeared to be loud noises consistent with gunshots and/or other explosions surrounding our locations. We were later advised via radio that there were several shots fired in the area surrounding us.

I observed gas canisters (unknown which type) being deployed towards the crowd in the park in an attempt to push them back from the State Capitol, as the crowd was aggressive and continuously assaulting officers and breaking vehicles. The vast majority of the people in the crowds near the Capitol in the park were cursing, yelling and threatening officers, yelling vulgarity and hateful statements.

While assisting DPD, we relocated to Colfax and another unknown location to assist Denver Metro SWAT and more DPD Mobile Field Force officers. During this time, I observed DPD officers armed with pepper ball guns. It should be noted that the Jefferson County SWAT Team was not armed with a pepper ball gun during the evening of 05/25/2020 and operators on the Jefferson County SWAT Team only deployed, with my knowledge, of (2) 40 millimeter (40mm) less-lethal multi-launchers. I observed more acts of violence towards law enforcement as individuals were attempting to throw items and were graffitiing buildings around. I observed extreme damage to almost what appeared to be every building surrounding our area with a large amount of graffiti and practically almost every window broken out from those buildings; some of the buildings had the fire alarms going off inside.

I observed several vehicles along Colfax ave stop to get out, despite commands from DPD officers to keep moving and to vacate the area. DPD officers gave commands to keep moving and not to stop, as they were hindering the

20-cv-1878-RBJ
Exhibit K
Page 19 of 79

flow of traffic and some of these individuals came out of their cars armed with blunt force objects, including one with a tire iron in a threatening manner. I did not observe any Jefferson County SWAT operators engage any of these individuals coming out of their cars.

I then, along with other operators, assisted Denver's Mobile Field Force in controlling the crowd out of the park. After this, I observed what appeared to be a white male, medium build, approximately 20 to 30-years old, take off his shirt and began yelling at operators/officers. A male started punching a metal light pole several times, showing his act of aggression and anger towards officers and other bystanders. A male then moved towards a female as he was still swinging. I then observed Jefferson County SWAT operators strike him with a 40mm less-lethal foam baton munitions (CTS 4557). I do believe if it was not for operators engaging with this male that the female, another innocent bystander or any officer would have sustained substantial injury.

During this night of 05/29/2020, I was wearing my department-issued, green-in-color BDUs, a tactical vest/helmet, and was wearing my department-issued Avon gas mask. I was carrying my Glock 34 handgun which remained in my holster the entire evening and was never drawn on anyone.

On Saturday, 05/30/2020, Jefferson County Regional SWAT Team was staged at the Jefferson County Sheriff's Office, anticipating another mutual aid request from DPD. Jefferson County Regional SWAT Team was not requested on that evening. While we were waiting for the mutual aid request from DPD, Operator Colley of the Jefferson County Regional SWAT Team, a certified instructor for less-lethal munitions, conducted an extra class regarding less-lethal munitions; I have been to multiple less-lethal munitions courses and was certified on the platforms I was using. This included the less-lethal munitions, the less-lethal delivery systems, the standoff for each of the devices, and the acceptable target locations on a person. Command personnel with the team and the Team Leaders also went over rules of engagement with operators. The Jefferson County SWAT Team was never deployed to Denver on 05/30/2020.

On Sunday, 05/31/2020 at approximately 1540 hours, I was working routine patrol with the Arvada Police Department. I then received a text message notification referencing the activation of the Jefferson County Regional SWAT Team to assist DPD on another mutual aid request for the continuing protests and riots. I drove my fully marked patrol vehicle with my red/blue emergency lights and sirens to the Jefferson County Sheriff's Office. There, I collected the necessary vehicles and equipment. It should be known that operators had collected various less-lethal delivery systems from the respective agencies including the Arvada Police Department, the Golden Police Department and the Jefferson County Sheriff's Office.

After collecting all of the equipment and the munitions, operators then responded to DPD's headquarters again located at 1331 Cherokee St in Denver to attend a briefing. At DPD's headquarters, we met with Lieutenant J. Williams who provided a briefing on guidelines and we verified what less-lethal munitions and delivery systems DPD was using. We were informed that several weapons including firearms were seized from prior evenings during the arrests of people involved in the protests. People were using slingshots and lacrosse sticks to throw objects at police/operators at high speeds in an attempt to cause serious injury. Bricks were being staged throughout the city to be thrown at police and 5 gallon gas canisters were being staged throughout the city as well. Molotov cocktails were being lit and thrown. Firework mortar shells and other incendiary devices were used to hurt police officers. With the rock being thrown on 05/29/2020, it was consistent from the speed coming from a lacrosse stick or another assisted device as it was quicker than what a normal person could throw a rock. We were also briefed that three DPD officers were seriously injured in an attempted vehicular homicide as a vehicle that rammed DPD officers that were on rails on the external of a DPD truck, potentially causing career-end injuries and permanent disfigurement.

During this evening, I was carrying a Penn Arms 40mm less-lethal multi-launcher and my Glock 34 handgun. Several operators, including myself, added more armor to our vests to protect themselves as we were assaulted several times during the other evening that we were down in Denver, especially the neck and groin area. I was armed with a Penn Arms 40mm less-lethal multi-launcher was from Arvada Police Department's "Baker sector". This is the same multi-launcher that I carry on patrol and has an attached Leopold carbine optic (LCO); I have deployed with this system multiple times on Arvada Police patrol as well as deploying with a Penn Arms 40mm less-lethal launchers on the Jefferson County Regional SWAT Team.

I carried one type of munition on my persons, which were visually verified by me and other operators prior to being placed in pouches on my person. I was carrying a combined tactical systems (CTS) 4557 foam baton round (not high-velocity or HV). The 4557 foam baton round does not have any standoff; however, all of my engagements from at least 30 feet, if not more. During the entire evening, I did not shoot anybody else's less-lethal system nor did anyone else use my less-lethal system I was tasked with.

Again, the Jefferson County Regional SWAT Team was tasked with varying responsibilities throughout the city. We first went to DPD's headquarters and started having people gathering in front of the building. These protestors were verbal only and relatively peaceful.

COA-001176

At approximately 1815   hours, we responded to the DPD's District   6 located at 1566   N   Washington St when operators advised there were several people walking westbound on E Colfax Ave and diverted and began to walk towards the Jefferson County SWAT operators who were north of E Colfax Ave by approximately 30 to 50   yards along Washington St. There was no mobile field force with us at that time. Jefferson County SWAT operators held a line along Washington St just north of E Colfax Ave.

Jefferson County operators who were assisted by nobody else at that time and were confronted with several hundred protestors. Most of these protestors were peaceful; however, there were some people that began cursing, yelling, screaming and flipping operators off. Some of these people made threats something to the effect wait until the sun sets, we're coming after you and all cops must die. Several of these people had their faces completely covered which more so than what was consistent of the current COVID-19 masks being used. Some of these individuals were wearing gas masks, ski goggles, military-style plate carrier vests, lacrosse sticks and gallons/bottles of milk (used to wash off gas/pepper spray deployed by law enforcement). Mobile field forces from Aurora and Denver arrived on-scene to DPD District   6 to assist in crowd control. I did not observe any munitions, including any less-lethal munitions or gas deployed, between law enforcement and protestors. I did not observe any objects being thrown at law enforcement at that time.

Operators were then dispatched around the city and were driving around on the rails of the equipment trucks and Jefferson County SWAT Lenco Bearcat was tasked with varying positions throughout the city. I would like to note that Denver imposed a curfew at 2000   hours on 05/31/2020. This was relayed over loud speakers throughout the city and was loud enough to hear throughout the city. This information (regarding the curfew) was widely available on social media apps, including Facebook, and was also distributed via emergency system used for Amber Alert on phones, advising that there was a curfew in the city and county of Denver at 8:00   p.m.; this information was also published in the news as well. The curfew notice advised that persons were subject to immediate arrest if out past 8:00pm.

Jefferson County SWAT operators were dispatched back to DPD District   6 at approximately 2010   hours for a large crowd that was approaching their building. Upon our arrival, there were only a couple people on Washington St near E Colfax Ave. I heard a commotion up the street near E Colfax Ave near the Slice Works (pizza store located at 700 E Colfax Ave) on the southeast intersection of Washington and E Colfax Ave. I observed Jefferson County Regional SWAT operators running towards Colfax as a man was getting assaulted. Operators observed a tall, thin, African-American male kicking a Hispanic male in the head several times who was already on the ground. It appeared that the African male was using such force that could cause serious bodily injury or death. I heard and saw several less-lethal munitions being discharged and then the suspect running westbound along E Colfax Ave. Operators then assisted the male who was later provided to medical. Please see Arvada Case Report AR20-009266 for further information regarding that specific engagement.

After this incident, at approximately 2030   hours, a large group of people, approximately 300 to 500   people or above began to approach Washington St along E Colfax Ave. We were approximately 50   yards north of E Colfax Ave in an attempt not to draw any attention, hoping that the crowd would just continue westbound. The crowd stopped at Washington St, faced us and began yelling profanities, cursing and was becoming increasingly violent and hostile towards operator. I then observed an approximately tennis ball to softball-sized landscaping rock land approximately 5   feet away from me near the ground; I believe this rock posed a great risk of injury as it damaged the asphalt were it landed. The crowd then also began to throw other items, including large and small rocks and bottles containing unknown liquids and other fireworks. I then observed a gas canister deployed towards the crowd as they were showing an act of violence towards operators. It should be known at this time, it was only the Jefferson County Regional SWAT Team and no other mobile field force to assist. The crowd was so loud that verbal commands could not be given through gas masks. The crowd then began to disperse once the gas was deployed.

I then observed more objects being thrown towards operators and began to observe specific individuals which were throwing items towards operators and kicking gas canisters back towards our line. These people were separated and not bunched up close together towards other people. This gave a safe opportunity to deploy less-lethal munitions in an attempt to protect myself and other operators. I targeted specific individuals who were involved in a current act of aggression, was in the act of throwing an item or was picking up items to throw. I do believe that these individuals were attempting to cause serious harm to myself and other operators. During this time, I was aiming the CTS 4557 foam baton munitions directly at larger muscle groups in the lower extremities to include the quadriceps, hamstrings, and buttocks in an attempt to avoid hitting the spine area, chest, groin, and face. These munitions were all direct fire and not skip fired. I observed people bringing objects to assist them in engaging with law enforcement as they had oven mitts, lacrosse sticks, makeshift shields out of plywood and other materials, and umbrellas used as shields.

Several of the people who were actively engaging the operators were wearing full face masks, helmets, ski/swim goggles. These individuals were also attempting to push dumpsters in which they would throw objects from behind them or launching them. I had thrown multiple CTS riot smoke (CTS 5230) in order to disperse the violent crowd. I had sighted delivery of each of the gas grenades that I had thrown and watched them hit the ground each time.

20-cv-1878-RBJ
COA-000127
Exhibit K
Page 21 of 79

This specific incident was extremely tense, rapidly evolving and I was fearful at times due to the overwhelming numbers of violent rioters as compared to operators. There were approximately 15 to 20 operators with an original crowd of possibly over 500   people and when dispersed, there was still approximately 50 to 100   people actively engaging operators. Several moments later, Aurora/Denver Mobile Field Forces arrived and Denver Metro SWAT arrived to assist. All the elements began pushing the rioters westbound along E Colfax Ave in an attempt to keep the crowd moving.

Still, a number of people continued to throw items, striking mobile field force officers in their body armor. It was unknown if those officers were injured. I was able to continue to assist those officers. There were peaceful protestors that knelt or sat directly in front of the line of the Mobile Field Force. Due to the curfew, these individuals were subject to immediate arrest which was warned to them several times. The individuals were arrested without further incident.

The crowds began to leave westbound along E Colfax Ave or southbound through the neighborhoods. We supported the mobile field forces as they were directing the crowds. I overheard at one point that Aurora Police Department's Lenco Bear armored vehicle was attacked with possibly a pipe bomb or some other improvised explosive device. Aurora's Bear and Jefferson County's Lenco Bearcat were used as moving cover from getting struck with multiple objects being thrown. I provided cover along the alleyways along E Colfax Ave as the mobile field forces pushed the individuals westbound along E Colfax Ave and Pennnsylvania St where they had gotten into confrontations while I did not engage any persons during that time.

Then, at approximately 2210   hours, operators were deployed back in the area of DPD's headquarters to W 13Th Ave and Cherokee St to assist with a large gathering who was approaching their headquarters. Operators were first on-scene and were confronted with several hundred verbally aggressive people. These individuals were carrying signs, shields, construction cones and other objects concealing their hands. Individuals began running towards parking garages in an attempt to gain high ground in which I protected the flank. I did not deploy my Penn Arms 40 mm less-lethal multi-launcher at that time and watched the individuals who just stood and watched operators from the flanks. Fireworks were then thrown at operators from the crowds and more gas was distributed to the crowd in an attempt to disperse the violent crowd. I did not engage any persons during this time. I overheard that green lasers were used towards operators as well, which posed multiple threats, including eye damage and possibly marking targets.

At approximately 2255   hours, Jefferson County SWAT operators were deployed to the area of the 1300   block of Sherman St where a large crowd that was gathering near the State Capitol. Jefferson County Regional SWAT operators arrived first on-scene and began moving towards the capitol. Operators were advised that there was a small group of individuals hiding behind a bike station (locked and secured bike cages). Due to the curfew that was in place, these individuals were detained and placed into custody. Several of these people had loaded firearms and other weapons on their persons. These individuals were transferred to the custody of the Denver Sheriff's Office and information was provided to them.

Operators then began driving around the rest of the city and did not engage with any more large crowds that evening and assisted Denver. Operators then went back to DPD headquarters and attended a debriefing.

On 06/01/2020 at approximately 1600   hours, the Jefferson County Regional SWAT Team was requested again by the Denver Police Department for a mutual aid request. During this operation, I was wearing my department-issued green-in-color BDUs, tactical vest/helmet, Avon gas mask and black shin pads. I was carrying a department-issued Remington 870 less-lethal (orange in color) platform which was used to deploy CTS supersock rounds. I was also carrying my Glock   34 handgun. Neither the Remington 870 less-lethal shotgun nor my handgun was ever discharged during that evening.

Operators came in contact with several hundred protestors in the area of the State Capitol. While in attempt to driving to DPD's District   6 again at E Colfax Ave and Washington St, the road was blocked by a large vehicle, blocked sideways, and several hundred people around and on top of the vehicle. It appeared that items were starting to be thrown towards the convoy which was led by the Lenco Bearcat as the convoy was attempting to turn around. Operators did not engage any persons during that time and were able to egress out of the area, taking a different route to District   6. I did not engage any persons on that date and did not observe any persons engaging. I later was informed that the curfew was pushed to 2100   hours and that protestors could stay later if they remained peaceful.

Near the same area while waiting for additional tasks, I observed a sedan drive around a vehicle barricade from a fully marked Denver patrol vehicle, blocking the street. This vehicle (possibly Volkswagen Jetta or equivalent) started towards the Jefferson County SWAT convoy at high speeds. Operators gave loud and numerous commands as less-lethal devices were pointed at the female driver. The driver stopped the vehicle and did not show her hands, directly disregarding the commands given to her. Operators approached the vehicle and were able to get the female to Denver Police Officers who responded to assist.

20-cv-1878-RBJ
Exhibit K
Page 22 of 79

COA-000178

On 06/06/2020, operators again were tasked with assisting DPD. Operators responded to DPD Headquarters at 1331 Cherokee St. At this time, a judge had issued a restraining order against Denver Police in restricting their actions on engaging with citizens at that time. The Jefferson County Regional SWAT Team does not have any body-worn cameras; therefore, Denver Police Department canceled the mutual aid request. Operators then did not engage with any citizens on that date and returned back to the Jefferson County Sheriff's Office.

All my deployments of the 40mm less-lethal munitions (CTS 4557) were directed towards violent/aggressive subjects who were actively engaged in assaulting officers or creating a substantial risk of injury. All of my shot placements were low in large muscle groups and were specifically targeting those individuals. I was able to see my rounds and know the back stop and beyond these individuals I was targeting, and I did not hit anything that I was not intending to. The only time I had deployed gas towards the crowd was when a vast majority of the members were actively engaging in assaulting officers or creating a substantial risk of injury. It should be known that all of these nights, it was a rapidly evolving situation and operators had to adapt to these situations and due to officers and operators being assaulted, operators had to change their equipment in order to protect themselves due to the act of assaults that operators endured. At no point, I did not point my lethal firearm at any persons. I was armed with my Glock 34 handgun during each of the deployments and less-lethal platforms. I only used a Penn Arms 40mm less-lethal multi-launcher with standard CTS 4557 foam baton rounds at people who were actively assaulting other people, officers or about to assault officers. I did not engage any persons for property crimes and I was target specific and always aware of where my rounds were going and beyond.

This concludes my involvement during Denver Police Department's mutual aid request for the Mr.   George Floyd protests/riots. Please see other reports for additional information.

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1724 CLARKE, B. | **Report time:** | 06/29/2020 08:29 |
| **Entered by:** | #1724 CLARKE, B. | **Entered time:** | 06/29/2020 08:29 |

**Narrative:**

On 05/29/2020 at approximately 2108 hours, I, Operator B. Clarke, received a notification via cellphone advising me of an activation of the Jefferson County Regional SWAT Team. I learned the Denver Police Department was requesting assistance in reference to general civil unrest and riots.

I responded to Jefferson County Sheriff's Office where I prepared a SWAT equipment truck (Ford F-350) then drove the equipment truck to Denver. While enroute to Denver, I was tasked with lethal cover, utilizing my department issued Colt M4.

After arriving in Denver in the vicinity of the State Capitol, operators were briefed on assignments pertaining to our impending operation. The Denver Police Department obtained information regarding a male who had illegal weapons (AK-47's) and possibly explosives (pipe bombs) in his vehicle. Jefferson County SWAT was tasked with performing a vehicle takedown. I was tasked with driving an equipment truck and providing lethal cover. Following briefing, final preparations were made for this assignment and our convoy of vehicles headed to the target location. While enroute, Denver Police reassigned the Jefferson County SWAT team to assist with the civil unrest and riot conditions throughout the city. I would note, I was later made aware Denver Police recovered several rifles from the trunk of the male's vehicle.

Jefferson County Regional SWAT was requested to assist in the area of Colfax Ave and Logan St. to provide security for the Denver Fire Department as they attempted to put out dumpster fires. Upon arrival, we found Denver had extinguished the fire. I would note, while we paused to coordinate with Denver Fire, multiple obscenities were yelled at operators and firefighters by protestors.

Our convoy then drove to the area of the 1300 block of N Broadway. I would note, each time the convoy was forced to slow down or stop, I could see and hear thrown objects impact the equipment truck. We eventually stopped the convoy in the area of the 1300 block of N Broadway and I remained in the driver seat of the equipment truck as per my assignment while other operators dismounted vehicles and maintained 360 degree security around the trucks. While the convoy was halted, my vehicle continued to take impacts from objects, and I could see throwing motions being made by multiple people in the crowd of protestors. I was made aware by another operator, that a window was shattered in my vehicle -- at this time, I do not recall which window. I also heard via the radio from another operator driving an equipment truck that his front windshield was cracked and one other window had been shattered.

While sitting in the passenger seat of the equipment truck being struck with objects, I could see and hear large groups of people to the east and west of the convoy yelling vulgarities at operators and making obscene gestures. Much of the crowd located itself in parks and some of

20-cv-1878-RBJ
COA-000120 of 3Exhibit K
Page 24 of 79

the people in the crowd were obscured by trees and various structures. I could see thrown objects shatter and impact near exposed operators. After a short time, the decision was made to mount vehicles and relocate due to the bombardment of objects being thrown at operators.

At this time Jefferson County SWAT was requested to respond and advise on potential looting occurring along Colfax Ave, specifically Capitol Pizza. I observed broken windows and spraypaint on businesses but did not see any active looting.

Operators were then requested to the 1300 block of Lincoln St. I drove the equipment truck to this location and dismounted my vehicle upon arrival. Operators created a 360 degree perimeter to secure our vehicles and assisted Denver Police in attempting to disperse violent protestors. I observed many peaceful, yet noticeably angry protestors in the area, but I also observed groups of violent protestors who gathered items to and threw them at law enforcement in the area. Multiple glass bottles and soda cans filled with content impacted and shattered and exploded around me. I could also see small rocks skip past my location. Operators began calling out these objects in order to keep team member safe. I believed a well placed strike from these objects to my person could cause serious bodily injury, or at least injury causing pain. My concern for my safety heightened when I observed a group of people advance on officers across the street from me (east side of the street) and throw an object which I recognized as a firework after it exploded directly next to officers. During this barrage, I was standing approximately 15 feet from Operator A. Didomenico and Operator R. Vinnola when Operator Didomenico was struck in the chest with a glass bottle that shattered after striking his plate carrier. I would note, I noticed an audible cheer erupt from the crowd when this occurred and I could see multiple people in front of us pointing in the direction of Operator Didomenico and pumping their fists.

It should be noted that I was tasked with lethal cover during this operation and was only authorized to intervene utilizing my weapon if myself or any other person was in danger of serious bodily injury and the threat causing serious bodily injury or death to others could be accurately identified. I moved with other operators and police officers through the area and provided lethal cover for them while less lethal means of intervention were used to disperse the crowds. I maintained my focus on my assignment and looked for potential lethal threats in order to protect the public, fellow operators, and myself while other operators and police officers engaged active aggressors with less lethal means.

In the area of W Colfax Ave and N Broadway, I observed a white male yelling and punching a light pole with closed fists. The male then began walking aggressively in the direction of operators and officers, tearing off his shirt and screaming something to the effect of, "Do you want some of this!?" I interpreted this as active aggression and believed the male wished to either physically fight or physically intimidate those in his path. A female protestor was inadvertently in between the aggressive male and officers and as the male got closer to her, the female took notice of him and appeared afraid. I feared this actively aggressive male would cause harm to the female and I quickly moved to provide cover for two operators that engaged

the aggressive male with what I recognized to be 40mm rounds. I noted the impact of the rounds on the male and saw he was struck in the buttocks. The male then ran away from officers and the female protestor. The female protestor thanked operators for getting the male away from her.

I would note, throughout the night, operators were updated of multiple shots fired calls for service throughout the Denver area.

On 05/30/2020 Jefferson County Regional SWAT prepared to be requested by Denver Police based on the belief that violent protests would continue and I responded to the Jefferson County Sheriff's Office with fellow operators. Less lethal resources were gathered and operators reviewed appropriate deployment of specific less lethal munitions and discussed use of force policies and procedures. The Jefferson County Regional SWAT Team was not requested by Denver Police on 05/30/2020.

On 05/31/2020 at approximately 1541 hours, I received notification via phone activating the Jefferson County Regional SWAT Team to assist Denver Police. I responded directly to Denver Police Headquarters in my personal vehicle due to a prior personal engagement that prevented me from meeting operators at the Jefferson County Sheriff's Office in time to convoy in department vehicles to Denver. I met the team in time for briefing and was informed a curfew of 8:00pm was put in place for the city of Denver. Operators were informed of tactics being used by violent protestors, to include the use of slingshots, lacrosse sticks and bottles filled with fuel and a piece of cloth lit on fire, commonly known as Molotov cocktails. Fireworks were also reported to have been thrown at officers during the previous night.

Following briefing, Jefferson County SWAT was deployed to assist Denver Police with a large group of protestors gathered in the roadway near the intersection of W 14th Ave and Cherokee St.. The protestors were peaceful and remained in the area for approximately one hour.

Jefferson County Regional SWAT was then requested to the area of District 6 Police Station near N Washington St and E Colfax Ave. I was tasked with driving our equipment van and I remained with the van while operators formed a skirmish line on the north side of this intersection. At approximately 2000 hours (I am unsure of the exact time due to the fluidity of the events), operators were staged at the intersection of E Colfax Ave and N Washington St. From my vantage point, south of the skirmish line, I could see a large group of what I estimated to be over 200 individuals had gathered in the intersection of N Washington St and E Colfax Ave. The group was yelling and screaming at the Jefferson County Regional SWAT Team, and I believe no more than 15 to 20 operators were on the skirmish line at this time. I clearly observed a firework being thrown in the direction of operators which landed in front of the skirmish line and detonated. I could see people making throwing motions and multiple items skipped behind the skirmish line in my direction. At this time, it seemed as if protestors were escalating their violence and I became fearful our SWAT team may be overrun. I then observed a white cloud of what I knew to be gas due to commands via the radio emanate from the crowd and many protestors ran from the area. While some protestors ran, I observed others immediately pick up rocks, glass bottles, plastic bottles and gas canisters being picked up and

20-cv-1878-RBJ
COA-000182
Page 26 of 80   Exhibit K
Page 26 of 79

throw them back at operators. I would note, several individuals throwing items at operators were wearing gas masks. This incident continued for some time and I observed less lethal munitions deployed at active aggressors in the crowd. I would note, I was positioned behind the skirmish line and did not engage any threats and did not have the vantage point of other operators on the line.

The Jefferson County Regional SWAT Team was requested to move west with Aurora Officers to continue to move the crowd west towards the capital. I drove the equipment van west on Colfax Ave until I reached the intersection prior to Colfax Ave and Pennsylvania St. I observed a skirmish line formed to block another group of violent protesters as I could see multiple items being thrown in the air and impacting near operators. I could also see what appeared to be a green laser being directed towards operators. I again observed and could hear less lethal munitions deployed at active aggressors in the crowd. I would note, I was positioned behind the skirmish line and did not engage any threats and did not have the vantage point of other operators on the line.

Jefferson County Regional SWAT Team was then requested to Denver Police Headquarters where a large gathering of individuals had formed at the intersection of Cherokee St and 13th Ave. A skirmish line was formed and I maintained a position in the equipment van behind the skirmish line. I continued to witness aggressors in the crowd throwing objects at officers and I observed and could hear less lethal munitions deployed at active aggressors in the crowd. I would note, I was positioned behind the skirmish line and did not engage any threats and did not have the vantage point of other operators on the line.

Jefferson County Regional SWAT was requested in the area of Colfax Ave and Sherman St. Operators arrived and developed a skirmish line in between 16th Ave and Colfax Ave along Sherman St. While operators moved to form a skirmish line, I noted multiple individuals hiding behind bike cages on the west side of Sherman St. Due to officer safety concerns and probable cause due to the fact the individuals were out in public past curfew, these individuals were taken into custody. A Denver arrest team was requested to take custody of these individuals. I noted a black female wearing black clothes, black hat and a black facemask in custody and saw an operator remove a loaded black Taurus handgun, an additional loaded magazine, brass knuckles and a baggie of suspected methamphetamine from the black backpack on the female's back.

On 06/01/2020 the Jefferson County Regional SWAT Team was again requested to assist Denver Police.. I responded to the Jefferson County Sheriff's Office, gathered equipment and then responded to Denver with other operators. While at the Sheriff's Office, I was made aware curfew had been moved to 9:00pm and police were not to engage protestors reference the curfew. Jefferson County SWAT was dispatched to various locations throughout Denver and maintained distance from protestors. I would note, various objects were still thrown at operators.  During one particular instance, our convoy of vehicles turned north on Lincoln ST in front of the state capitol building and was forced to reverse due to an onslaught of objects thrown at the vehicles. I would note, operators did not engage the protestors.

20-cv-1878-RBJ
Exhibit K
Page 27 of 79

COA-000123

On 06/06/2020 the Jefferson County Regional SWAT Team was requested by Denver Police to assist. Operators remained at 13th and Cherokee for the duration of the time in Denver and were not deployed to any other locations.

During these incidents I wore department issued green BDUs, tactical vest and helmet. I was armed with a Colt M4, Remington 870 Less Lethal shotgun and a Glock 34. I did not fire or deploy any munitions during these incidents. I verified the less lethal shotgun was loaded with only super sock rounds.

No further information to report.

Printed: 08/21/2020 09:39 by 9815

COA-000184

20-cv-1878-RBJ
Page 184 of 36
Exhibit K
Page 28 of 79

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #1216 NEIDIG, N. | **Report time:** | 06/29/2020 15:42 |
| **Entered by:** | #1216 NEIDIG, N. | **Entered time:** | 06/29/2020 15:42 |

**Narrative:**

On 05/29/20 I (Operator Neidig) received a text message notifying me the Jefferson County Regional SWAT team was being activated to assist Denver Police with mutual aid. I arrived at the Jefferson County Sheriff's office to assist in gathering trucks and equipment. Operators then departed the Sheriff's office and later arrived at the command post outside of Denver Police headquarters.

At first we were assigned to assist with a possible vehicle take down. Denver Police had Intel there was a subject bringing in weapons and explosives to utilize during the riots. While we were staged, Denver Police advised the last few nights there officers had been assaulted with projectiles including bottles, rocks, and bricks. Denver later advised they had enough resources for the vehicle takedown and we would be needed elsewhere.

At approximately 2300 hours operators were deployed near the capitol building to provide security to Denver fire as they were putting out numerous dumpster fires around the city. We were also tasked with assisting Denver Police Mobile Field Force. I was assigned as lethal protection riding in the Lenco Bearcat armored vehicle. While in route, I could hear multiple projectiles hitting the Bearcat including rocks and bottles. I heard one of the operators advise over the radio that one of the equipment trucks just had their window broken out by a rock. When we arrived on scene near Colfax and Logan St., people were screaming obscenities at officers to include "fuck the police, blue lives don't matter, fucking pigs."

While providing security for Denver fire and assisting MFF, operators were essentially surrounded by people on all sides. I could see rocks and bottles continue to strike the vehicles as well as operators while standing outside the trucks. I could hear projectiles bouncing off the pavement in front of where I was standing. After the fire was extinguished, JCRS was dispatched to the 1300 block of Logan St. where subjects were lighting multiple fires and building barricades. As we arrived on scene, Denver mobile field force looked to be outnumbered and needed assistance with crowd control. We dismounted the vehicles and again there were people on all sides of our vehicles.

Subjects continued yelling obscenities at operators and officers, some intending to gain a reaction. I continued to provide lethal protection and vehicle security as we assisted Denver. I observed multiple fires to be burning in dumpsters and on the side walks. While standing outside the Bearcat, I observed a 40oz beer bottle flying through the air at myself and Operator Moretti. We both had to move to the side to avoid being hit by the bottle. The bottle shattered at our feet in the middle of the street. Multiple rocks skipped off the pavement and struck me in the legs and body armor. While guarding the vehicles, I observed multiple subjects utilizing metal structures as barricades while they were throwing rocks and bottles at operators and vehicles. Based on the size and type of objects being thrown, they had the potential of causing serious bodily injury to operators and police.

At one point I heard multiple loud noises that were consistent with gun shots. We were advised by Denver Police there were shots being fired a few blocks from where we were standing. Mobile field force would move people from the park just to have them circle back and continue throwing objects including gas canisters, large incendiary devices and fireworks exploding only feet from Officers. The scene was chaotic and ever changing throughout the night.

We were later dispatched to a business that had a broken out front window due to concerns of looting. Upon arrival, I observed the front window of the business to be shattered but no subjects were on scene or in the business. We were dispatched to other locations where I continued providing security for the Bearcat. Every stop we would make, subjects continues to be hostile towards officers. We later returned to the command post for a tactical debrief.

COA-000125

20-cv-1878-RBJ
Exhibit K
Page 29 of 79

Operators returned to the Jefferson County Sheriffs Office.

During the night of this operation, I was wearing green in color BDUs, a tactical vest, helmet, and gas mask. I was carrying my Colt M4 rifle and Glock 34 handgun. Neither weapon was ever discharged.

On 05/30/20 Operators were asked to stage at the Jefferson County Sheriffs office to be on stand by for Denver Police again. We did not end up being requested that night. While at the Sheriffs Office, Operator Colley reviewed proper impact zones and stand off for the 40mm less lethal foam baton. We also reviewed proper convoy tactics and rules of engagement. Operations and equipment were adjusted to include more less lethal platforms and munitions. We were also notified Mayor Hancock had put an emergency curfew in place starting at 2000 hours each night.

On 05/31/20 at approximately 1540 hours, I was notified via text that Denver Police were again requesting the assistance of the Jefferson County regional SWAT team. After collecting necessary gear and vehicle from the Jefferson County Sheriffs Office, operators responded to the command post which was Denver Police headquarters 1331 Cherokee St. Denver.

Upon arrival operators met with Denver Police Department's Lt. J. Williams who provided a short briefing. Operators learned numerous weapons had been located on subjects during arrests the night prior. Subjects were using slingshots and lacrosse sticks to launch objects at officers in an attempt to cause injury. Subjects also continued throwing objects at officers including rocks, bottles, fireworks, and Molotov cocktails. Several officers had been injured and sent to the hospital in an attempt vehicular homicide. It was also learned Denver Police continued to locate and confiscated numerous pallets of bricks and cans / bottles of gasoline that protestors were hiding throughout the city to use against the police.

I was wearing green in color BDUs, tactical vest, helmet, and gas mask. I was carrying a Penn Arms 40mm less-lethal multi-launcher and a Glock 34 handgun. I also attached additional neck and groin protection to my body armor due to the objects that were thrown two nights prior.

At approximately 1750 hours JCRS was dispatched to the front of the Denver Police headquarters building. I observed a large crowd who engaged officers verbally but were overall peaceful. The crowd eventually turned and left police headquarters.

At approximately 1815 hours JCRS was dispatched to the Denver Police District 6 building located at 1566 N Washington St, Denver, CO. Operators were lined up across Washington St. just South of Colfax to protect the District 6 building. As a large crowd marched down Colfax, they noticed us and started to move off of Colfax walking towards us on Washington St. The protestors approached operators and stood within 1-3 feet from us. The protestors were chanting and holding signs. Some protestors were yelling obscenities at officer to the effect of "fuck the police, we will see you tonight." but the majority of the protestors were peaceful and eventually the crowd continued marching down Colfax. It should be noted, one male subject seemed to be leading the group by yelling into a megaphone and had a lacrosse stick sticking out of his backpack. Some subjects were wearing tactical body armor, gas masks and face masks that were covering everything but their eyes.

At approximately 2000 hours JCRS was dispatched back to Colfax and Washington St. to protect District 6. Operators were staged on the north side of the intersection when a female subject started yelling that a fight was occurring just around the corner from our location. I started moving forward with other operators where I observed a tall skinny black male punching a white male in the face. The white male looked to be attempting to get away from

20-cv-1878-RBJ
Exhibit K
Page 30 of 79

COA-000186

the black male but the black male continued to pursue him across the street. The white male fell to the ground at which point the black male kicked the white male in the face with such force it appeared it could cause serious bodily injury or death. The white male looked to lose consciousness. I heard commands being given to the black male to stop but he did not. I utilized a Penn Arms, 40mm multi-launcher to fire three less lethal sponge rounds targeting the thigh area of the black male in an attempt to stop the active assault. The black male ran directly to the right then turned and faced operators for a few seconds. The black male did not comply with commands to get on the ground and then ran West on Colfax Ave.

A description of the male was aired to the command post where that information was relayed to Denver Police. The white male was transported to the hospital for injuries received during the assault. (Reference Arvada CR/20-9266).

Operators repositioned on the north side of the intersection. At approximately 2030 hours, the crowd of protestors came back down Colfax and stopped again in the intersection when they saw operators. The protestors were much more aggressive then the first interaction. The crowd was yelling obscenities at operators, taking aggressive stances. I observed multiple rocks bounce off the pavement in front and behind operators that were coming from the crowd. I confirmed with other operator that rocks were being thrown at us at which point I observed gas being deployed by operators in an attempt to get the large crowd to disperse and protect operators from getting his by rocks and other objects. The protestors continued throwing rocks, glass bottles, fireworks, and bottles containing unknown liquids at operators. We were greatly outnumbered as there were hundreds of protestors and approximately 20 operators holding the line. The Aurora Police mobile field force later joined the line and assisted in attempting to control the crowd.

I observed subjects picking up gas canisters, rocks, and bottles and throwing them at operators. I utilized the 40 mm launcher to deploy foam batons at these subjects to protect myself and other operators. Some of the subjects started moving large rolling dumpsters into the street to use as barricades. Protestors were also utilizing umbrellas and blankets for shields as they threw objects at police. A large mortar shell type firework was thrown at police and exploded directly in front of where I was standing. An Aurora Sgt. notified us that remnants of a pipe bomb had come through the skirmish line but looked to have not exploded.

At one point I was positioned next to Sgt. Donohue on the front line. I observed an object, which looked to be a golf ball, traveling at a high rate of speed strike Sgt. Donohue in the face. Sgt. Donohue dropped to one knee but advised he was ok. Gas continued to be deployed in an effort to disperse the crowd. Protestors continued to throw glass bottles, rocks and bottles full of unknown liquids at police. I continued to utilize less lethal sponge rounds to protect myself and other officers from active assaults. I continued to be hit with objects striking my helmet and body armor. Operators were extremely outnumbered and situation continued to become more violent. I fired approximately 6-10 sponge rounds during this incident.

I was utilizing both Combined Tactical Systems (CTS) 4557 rounds as well as the 4557HV (High Velocity). It should be noted 4557HV munitions carry a 20ft standoff. All of the sponge rounds I deployed were at more than a 20 ft standoff as the crowd was approximately 20-30 yards from operators. I targeted the buttocks, and quad areas when deploying all sponge rounds. I never deployed a sponge round at the head or neck of any subject. The subjects who were throwing objects often separated from the crowd, running up to grab the gas canisters. I would utilize the time they were away from innocent protestors to strike them with the sponge rounds. I would also try to make sure there was a solid backdrop like a dumpster or building behind my target in case the sponge round missed my intended target.

While on the line, multiple subjects were sitting directly in front of police on the skirmish line. I was assigned to an arrest team to take subjects into custody who were violating the curfew order. Aurora MFF moved the line forward to protect the arrest team and I assisted in taking one male subject into custody with Operator Vinnola. As we escorted the subject back towards the Bearcat, he started locking out both of his arms resisting arrest. The subject was given multiple commands to stop resisting however he continued to tense his body and was attempting to pull away from

20-cv-1878-RBJ
Exhibit K
Page 31 of 79

myself and Operator Vinnola. The subject was escorted to the ground where he was placed into flex cuffs. After the subject was in custody I explained to him we were going to help him up and he said he was done resisting and would stand up.

We escorted the subject back to Deputies with the Denver Sheriffs office and helped him sit down on the curb. The subject was passed off to Denver Sheriffs department and I rejoined the front line. Denver MFF and Metro SWAT joined the line to provide further resources due to the size of the crowd. As the crowd started to disperse, the MFF moved forward in an attempt to push the crowd West on Colfax. Operators joined / walked with the MFF utilizing the Jefferson County Regional SWAT Bearcat as well as the Aurora SWAT armored vehicle as protection for officers from projectiles that were continually being thrown. The crowd continued to throw objects to include bottles, rocks and fireworks directly at operators. I again utilized the 40mm less lethal sponge rounds to protect myself and officers from active assaults where subjects were throwing projectiles.

As we were walking West on Colfax I observed an active gas canister which was thrown by someone in the crowd, strike Operator Moretti in the helmet / gas mask. He started coughing which meant the canister had dislodged his mask. I provided Operator Moretti cover while he cleared the gas from his mask. I observed burn marks on the side of Operator Moretti's helmet and ear protection where the gas canister had struck him. We rejoined other operators moving down Colfax where the crowd continued to disperse.

At approximately 2200 hours JCRS was dispatched to 13th and Cherokee where a large crowd was approaching Denver Police Headquarters. The crowd was several hundred people and again verbally aggressive towards Operators. Fireworks and other objects were again being thrown at operators at which point gas was deployed to disperse the crown. When I would observed subject picking up the gas canisters or objects to throw at operators I again utilized the 40mm sponge rounds to protect myself and other operators. I again targeted the quads and buttocks of the subjects throwing objects. The crowd finally dispersed and JCRS was deployed to another location.

At approximately 2300 hours JCRS was dispatched to the 1300 block of Sherman St for a large crowd which was gathered near the capitol. We arrived on scene and as we were moving towards the capitol, operators located several individuals which were hiding behind bike cages. I assisted in taking one of the male subjects into custody. The male subject had a large fire resistant glove hanging from the front waist band of his pants. This was similar to the gloves subjects were utilizing to throw hot gas canisters at police. Denver Sheriff Deputies arrived on scene and took custody of this subject along with the others taken into custody. It should be noted two of the subjects that were arrested were carrying knives, firearms, extra magazines and ammunition. During the night of this operation, I was wearing green in color BDUs, a tactical vest, helmet, and gas mask. I was carrying a Penn arms 40mm launcher and Glock 34 handgun.

On 06/01/2020 at approximately 1600 hours Jefferson County Regional SWAT responded to the Denver Police command post. Based on the amount of objects myself and other operators were struck by the previous nights, I added shin guards for extra protection. We were informed as long as the protesters remained peaceful they would not be making arrests for curfew violations. We remained at a distance from the protests for the majority of the afternoon on stand by.

Later in the evening we were again dispatched to District 6 police department. While in route we turned down a street which led to the Capitol. I was riding on the rails on the outside of the Bearcat and observed a large crowd in the middle of the street in front of the Capitol. There was also a vehicle parked in the middle of the street that people were standing on. When the Bearcat came to a stop, I dismounted the vehicle with other operators. The crowd started to throw bottles and rocks at operators. Operators did not engage the crowd, instead we helped get the convoy turned around and took a different route to District 6. During the night of this operation, I was wearing green in color BDUs, a tactical vest, helmet, shin guards and gas mask. I was carrying a Penn arms 40mm launcher and Glock 34 handgun.

COA-000138

20-cv-1878-RBJ
Exhibit K
Page 32 of 79

I have no further information.

COA-000189

20-cv-1878-RBJ
Exhibit K
Page 33 of 79

## Supplemental:

| | | | |
|---|---|---|---|
| **Author:** | #0401 BAROS, A. | **Report time:** | 06/29/2020 20:16 |
| **Entered by:** | #0401 BAROS, A. | **Entered time:** | 06/29/2020 20:16 |

**Narrative:**

On Friday, May 29th, 2020, at approximately 2100 hours, I (Commander Baros) was notified that Denver Police Department (DPD) had requested to Mutual Aid from the Jefferson County Regional SWAT (JCRS) Team to assist with protests stemming from the death of Mr. George Floyd in Minneapolis, Minnesota. JCRS was requested to stage at 1331 Cherokee St., Denver, CO in a parking lot adjacent to DPD's headquarters building.

I responded directly to the staging location where I met with a plain clothes DPD officer and a short time later, I met with DPD Captain Sich, who provided us with a DPD liaison and DPD radios for communication. The DPD plain clothes officer briefed Sgt. Donohue and I about a possible target apprehension. The suspect was near the State Capital and was associated with another individual who was known to make pipe bombs. The suspect communicated with his associates from Castle Rock that he was at the State Capital and they stated they were on their way. In addition, his associates stated they would be carrying firearms and body armor. The suspect was being observed by DPD plain clothes officers. When his associates arrived, the DPD officers did not see then armed at the time and JCRS was reassigned to more pressing incidents.

JCRS was wearing green color BDU's, tactical vests, and helmets. We had one armored vehicle and two equipment trucks. The armored vehicle does identify us as the Jefferson County SWAT Team. Additionally, the equipment trucks have red and blue emergency lights. I was equipped with a Glock handgun, which I did not remove from the holster throughout our entire response to the riots.

At approximately 2301 hours, DPD ICP dispatched JCRS to provide security for DFD who was putting out a fire. While en-route, there were numerous protesters in the area. DPD radio announced several "shots fired" calls in the vicinity of where JCRS was operating and traveling. Most protesters along the streets yelled and gestured obscenities at the JCRS convoy. Protesters hit JCRS vehicles with numerous projectiles, which broke vehicle windows and caused several dents. I was in an equipment truck located in the rear driver's side seat when a projectile hit the front passenger window and caused it to shatter. Officer Beale, Golden PD, was in the front passenger seat.

In anticipation of conducting an administrative after action review I took photos and short videos when the opportunities presented themselves. While en-route to the location, I took a photo and a quick video to document the hostility that our operators were facing. This video was only a few seconds but I was able to capture rocks hitting our vehicles as we were stopped. Additionally, I took a photo from inside the vehicle of the graffiti and the broken window while we were in the truck.

JCRS provided security for DFD near E. Colfax Ave and Logan St. While dismounted at 14th and Logan St, operators and vehicles continued to be hit with projectiles thrown from the crowd, which seemed to be primarily rocks and bottles. JCRS was stopped in the road way, protesters surrounded operators on both sides of the street. When JCRS cleared, DPD ICP deployed JCRS to N. Broadway between E. Colfax Ave and W 14th St.

At approximately 2320 hours, DPD ICP dispatched JCRS to assist DPD in the 1300 block of N. Broadway where protesters lighted fires and attempted to build a barricade to block N. Broadway. DPD had MFF officers on scene; however, the number of protesters seemed to be overwhelming the small contingent of law enforcement on scene. JCRS provided security for DFD and DPD MFF who removed the obstructions from the roadway and put out fires. There was a large dumpster fire and also another large fire in the park. Also, there were several chain link fences that were laid across the street. It appeared that there was a Denver Sheriff's Office (DSO) detachment also present. Protesters constantly barraged JCRS with obscenities, both verbal and gestures. Several protesters intentionally tried to agitate or incite a response from the operators. Protesters threw numerous items at law enforcement. Subjects took advantage of the trees and the crowd to throw items and remain concealed. When possible, operators engaged protesters who were observed throwing rocks and bottles at law enforcement with less lethal munitions. Gas was also used in an attempt to disperse the crowd. I remained in the vehicle, since I did not have a gas mask, which only provided a small amount of protection from the gas.

DPD was equipped with Pepper Ball guns, foggers, and gas canisters. DPD and DSO did clear the park. However, after DPD and DSO would leave the park, the protesters would once again return to the park. After the barricade was cleared, civilian vehicles were allowed to travel on N. Broadway, which resulted in increased danger as the vehicles were filled with protesters who antagonized police. The vehicles blocked JCRS field of observation to the park and limited JCRS' ability to identify and engage protesters who were throwing projectiles. As a result, this traffic was

COA-000190
20-cv-1878-RBJ
Exhibit K
Page 34 of 79

stopped from traveling along N. Broadway. Once again, I took some photos to document on our location for our administrative after action review.

DPD ICP dispatched JCRS to other locations to check on looting only to find broken windows, but no active looting. Protesters were throwing projectiles from the crowd at law enforcement and DPD ICP dispatched JCRS to assist those officers near Broadway. DPD was on scene and addressing several individuals in the crowd with pepper ball guns. Additionally, I observed graffiti spray painted on of the DPD vehicles.

Throughout the night, it was a chaotic, hostile, and changing scene at each location JCRS was deployed to. Protesters consistently showed aggression towards law enforcement. We often remained in a defensive posture and would not pursue agitators. Our actions were mostly to keep the protests away at a safe distance and stop them once they would advance. I was fearful for our operators that they would be severely injured by the projectiles that were being thrown, since it was reported to me that operators had already been hit by projectiles and sustained minor injuries. Additionally, I was concerned for the citizens who were there to protest peacefully, but were suffering from the effects of the agitators. The utilization of gas was the best option to attempt to disperse the crowd as a whole. However, the crowd would often regroup and move back to where they had been cleared out from. This made it apparent to me that their target was law enforcement, specifically from what I could observe, JCRS who was attempting to provide security for DPD and DFD. As a result, our vehicles and operators were the targets of verbal and physical assaults.

On May 30, 2020, JCRS prepared to be called out and staged at the Jefferson County Sherriff's office. While staged, JCRS conducted training for operators. I had coordinated and authorized Arvada PD operators to obtain additionally less lethal platforms (40mm and 870 shotguns) to ensure that as many operators as possible had that capability. While staged at JCSO, JCRS conducted training on convoy procedures and less lethal deployment to include less lethal target impact zones. Additionally, the appropriate use of force and agency specific policy and procedure were addressed to ensure operators had a proper understanding of the rules of engagement. DPD did not request JCRS assistance and the team was released.

On Sunday, May 31, 2020, at approximately 1536 hours, Commander Brady (Arvada PD) notified me that DPD requested mutual aid assistance from JCRS. I notified and activated the team. JCRS responded to the same staging location as on May 29, 2020. DPD Lt. J. Wykof provided a briefing to JCRS. DPD initially assigned JCRS to Lt J. D. Williams' reaction team. DPD Sgt. R. Stack was the JCRS DPD Liaison. Division Chief A. Simmons (JCSO) was present at the DPD ICP. JCRS was briefed that several firearms had been seized during the previous day's arrests. Protesters were using slingshots and lacrosse sticks to increase the velocity of the projectiles thrown at law enforcement. Protesters had targeted law enforcement with flammable items, such as "Molotov cocktails and fireworks. Additionally, several officers had been injured from the previous nights and that police officers had been injured by a vehicle.

I was wearing green BDUs which have our specific SWAT insignia patch, a tactical vest, helmet, and gas mask. I was carrying a Glock handgun and an 870 Less Lethal shotgun. I visually verified as I loaded the shotgun that each round I loaded was less lethal Super Sock ammunition.

DPD ICP dispatched JCRS to several areas where large crowds had been gathering: DPD Headquarters/Administrative Building at approximately 1748 hours and DPD District 6 Substation at approximately 1815 hours. The protesters gathered in large numbers in those areas. The protesters did not attempt to assault any officers. However, there were protesters who were cursing, yelling, and screaming at officers. Once again, the targeted persons of these verbal assaults was law enforcement deployed to the area.

At approximately 2010 hours, DPD ICP dispatched JCRS to DPD District 6 Substation for a large crowd that was approaching District 6. Throughout the week, protesters had targeted DPD District 6 and vandalized the property. JCRS parked facing southbound on Washington towards E. Colfax Ave. I was informed that operators had observed and intervened to stop an active assault. A use of force report was generated for this incident by the operators involved.

At approximately 2025 hours, the large crowed approached the JCRS position adjacent to District 6. There appeared to be hundreds of protesters. JCRS had tactically positioned ourselves back from the street intersection in an attempt not to gain the attention of the protesters, so they could continue their protest along Colfax. The protesters observed our small contingent of approximately 12 operators set back from the street. The protesters stopped and began to yell at us. Protesters attacked JCRS with rocks, bottles and other projectiles from E. Colfax Ave. Gas was deployed by JCRS in an attempt to disperse the crowd, however many of the canisters were picked up and thrown back at JCRS in addition to other projectiles. I was struck by at least one object on the chest and hit by an unknown item on the left upper leg causing pain, but no visible injury. The situation was tense and rapidly evolving. I was fearful that the projectiles could seriously injure JCRS operators. I observed JCRS operators attempt to engage subjects as they were attempting to pick up canisters and throw them or other projectiles at operators. I was also extremely worried that the large number of violent protesters would attempt to overtake our position. The initial assault on operators

was halted, but we continued to be targeted with projectiles.

Aurora MFF arrived to assist and we then moved forward to the intersection. At the intersection, law enforcement was still targeted by projectiles. Gas was used in an attempt to disperse the crowd, but the subjects would often remain. I observed an individual attempting to pick up a gas canister deployed and I targeted the suspect with my 870 Less Lethal shotgun. I intentionally aimed low and at the canister to prevent the suspect from picking it up. I fired the less lethal round and was able to observe it travel low and hit the ground by the canister. It did not appear to have the momentum to "skip." As a result, I then fired one more shot in an attempt to stop the suspect. Other less lethal munitions were deployed by others and the suspect did not pick up the gas canister.

Captain Redfern, Aurora PD, noted his team had located remnants of a possible "pipe bomb." The initial engagements mostly occurred from a distance of approximately twenty-seven meters (approximately eighty eight feet). Protesters utilized street signs, umbrellas and other materials to be shielded from projectiles. However, a large crowd remained on the south side of E. Colfax Ave. I did take photos and short videos for the administrative after action review.

Protesters continued threw projectiles at the law enforcement line from the east side of the Cheba Hut parking lot and the projectiles hit officers. Protesters attempted to move large metal dumpsters in the roadway, but were addressed by other MFF's that were located to the west of JCRS. Additionally, the MFF to the east began to move and push the reminder of the protesters to the west. While on the line, I coordinated an arrest team to take passive protesters into custody for violation of the curfew order that was put into place by the Denver Mayor. These protesters were in danger of being hit by projectiles, mostly rocks, which were being thrown at law enforcement by the protesters. As the MFF continued to clear west, JCRS joined them and continued west on E. Colfax Ave. Once the protesters had been moved, JCRS was redeployed to Cherokee St and W 13 Av.

At approximately 2209 hours, DPD ICP dispatched JCRS to assist with a large crowd that was approaching DPD HQ along W 13 Av. JCRS was the first on scene and there was a large crowd, which once again appeared to be hundreds of protesters, in the area. We were at a significant tactical disadvantage. As opposed to our location on Cherokee St, where we could keep the protesters primarily in front of us, this location was much more open and provided a greater threat to our operators. We once again remained at a distance. There were subjects who ran towards the parking garage and appeared to be wanting to take the top level of the garage to obtain the "high ground." Operators went towards them. Protesters targeted JCRS with projectiles and large fireworks. The crowd could have easily overwhelmed the relatively small JCRS contingent. Protesters threw fireworks or other projectiles at JCRS. JCRS attempted to disperse the crowd and targeted protesters with less lethal munitions who would attempt to thrown back the gas canisters. Once a MFF arrived to assist, the protesters were pushed away from DPD HQ to go south on Cherokee St.

At approximately 2255 hours, JCRS was deployed to the 1300 block of Sherman St. for a large crowd that was gathered at the State Capital. JCRS was once again first on scene and parked approximately eighty five meters back from the large crowd to stay out of range of any projectiles, but still in a position to prevent the crowd from moving along Sherman St. JCRS did not engage the protesters near the capital. Another MFF pushed the crowed out from along W 14th St.

While we were in position, Commander Ingram and I began to clear behind some bike cages that were near our position behind the operators. I began to "pie" the corner and observed a body part of a person sitting down. I then began to give loud verbal commands for them to put their hands up and not to move. I was pointing my 870 LL shotgun and utilizing the mounted light. The subject was complainant and as I continued, I observed several other subjects behind the bike cages. I called for assistance from other operators who came and took them into custody for being in violation of the curfew order. The operators who arrested the subjects located several firearms.

On June 01, 2020, DPD informed JCRS of a leadership meeting prior to deployment on Monday. JCRS Commanders attended a DPD leadership briefing where DPD reviewed their Operations Plan. DPD provided JCRS an operations plan. DPD assigned DPD Liaison Cpl J. Albergotti to JCRS. Deputy Chief Brady, APD, and Division Chief Simmons, JCSO, were present for the briefing and remained at the DPD ICP.

Chief Pazen, DPD, later announced that as long as the protesters remained peaceful, law enforcement would not make any arrests for curfew violations. As a result, JCRS remained distanced from the protesters, as did most other agencies. JCRS was able to meet with some citizens as they walked by the staging area. JCRS spoke with families and took photos with them. Additionally, JCRS operators gave the children who stopped to talk to them their SWAT patches.

JCRS was staged in the area of Bannock St. and W 14th Ave. While staged, a vehicle began to drive directly towards operators. Operators stopped the vehicle with hand signals and a DPD marked unit immediately pulled in behind the vehicle with its overhead emergency lights activated. DPD determined that the driver was likely DUI and DPD took

custody of the driver.

JCRS was deployed to District 6 and en-route, the DPD guide led JCRS vehicles in front of the State Capital where there were a large amount of protesters. The protesters immediately became agitated and began throwing rocks and other projectiles at the vehicles. Rather than engage the hostile acts, JCRS backed up the vehicles and took an alternate route to the assigned location. When protesters approached District 6, I gave verbal commands from the loud speaker on the armored vehicle to disperse and they were in violation of the curfew order. The protesters did not engage JCRS and continued along Colfax. JCRS did not engage the protesters.

JCRS was not requested between June 02, 2020 and June 05, 2020 to assist DPD.

JCRS Commanders attended a DPD leadership briefing where DPD reviewed their Operations Plan. DPD provided JCRS an operations plan. However, a TRO was issued, stating that all Law Enforcement must have body worn cameras. Since not everyone on JCRS is issued a body worn camera nor do they carry them on the tactical team, JCRS was released. Deputy Chief Brady, APD, and Division Chief Simmons, JCSO, were present for the briefing and remained at the DPD ICP.

I completed the administrative after action review and submitted my photos and videos. Additionally, I later notified Risk Management of the injuries sustained by the Arvada PD operators.

For further details, see the additional reports. I have no further information at this time.

# MUTUAL AID - DENVER POLICE DEPARTMENT
## "MARCH IN HONOR OF GEORGE FLOYD PROTEST"
### MAY 29, 2020 TO JUNE 06, 2020

1. Jefferson County Regional SWAT team After Action Review
   a. Table of Contents
   b. Situation
   c. Timeline
   d. Summary
   e. May 29, 2020
   f. May 30, 2020
   g. May31, 2020
   h. June 01, 2020
   i. June 02-05, 2020
   j. June 06, 2020
   k. Injuries to Operators
   l. Damage to Vehicles
   m. Equipment Used
   n. Agency Policies
   o. Use of Force Continuum
   p. Lessons Learned
   q. Additional References

2. Denver Police Department Operations Plan (June 01, 2020)

3. Emergency Curfew Order, Mayor Hancock, May 30, 2020

4. Denver Police Department Policy, 105.00 Force Related Polices

5. Temporary Restraining Order, Civil Action No. 20-cv-01616-RBJ

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

# JEFFERSON COUNTY REGIONAL SWAT TEAM

## AFTER ACTION REVIEW

## MUTUAL AID - DENVER POLICE DEPARTMENT

"MARCH IN HONOR OF GEORGE FLOYD PROTEST"

MAY 29, 2020 TO JUNE 06, 2020

Commander A. Baros, Arvada PD.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

# Contents

I.  SITUATION ........................................................................................................... 4

II.  TIMELINE ........................................................................................................... 4

III.  SUMMARY ......................................................................................................... 5

IV.  MAY 29, 2020 (FRIDAY) .................................................................................. 6

   A.  Possible Target Apprehension ..................................................................... 6

   B.  E. Colfax Ave and Logan St. ....................................................................... 6

   C.  1300 block of N. Broadway ......................................................................... 8

   D.  Additional Deployments ............................................................................. 9

V.  MAY 30, 2020 (SATURDAY) ........................................................................... 10

VI.  MAY 31, 2020 (SUNDAY) ............................................................................... 11

   A.  Intelligence Updated Information ............................................................... 11

   B.  JCRS Initial Deployments .......................................................................... 11

   C.  District 6 ..................................................................................................... 13

   D.  Cherokee St. and W 13th Av ...................................................................... 17

   E.  1300 block of Sherman St. ......................................................................... 18

VII.  JUNE 01, 2020 (MONDAY) ............................................................................ 20

VIII.  JUNE 02, 2020 TO JUNE 05, 2020 .............................................................. 21

IX.  JUNE 06, 2020 (SATURDAY) .......................................................................... 21

X.  INJURIES TO OPERATORS ............................................................................ 21

   1.  Deputy Brown: ........................................................................................... 21

   2.  Deputy Spery: ............................................................................................. 21

   3.  Deputy Hamilton ........................................................................................ 21

   4.  Officer DiDominico: ................................................................................... 21

   5.  Officer Vinnola: .......................................................................................... 21

   6.  Officer Beale: .............................................................................................. 21

   7.  Officer Moretti ........................................................................................... 22

   8.  Sgt. Vogel ................................................................................................... 23

   9.  Sgt. Donohue .............................................................................................. 23

   10.  Commander Baros: ................................................................................... 23

   11.  Captain Williams: ..................................................................................... 23

XI.  DAMAGE TO VEHICLES ............................................................................... 24

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| XII. | EQUIPMENT USED | 24 |
|---|---|---|
| A. | Chemical Agents: | 24 |
| B. | Kinetic Energy Projectiles | 25 |
| C. | Flash Sound Diversion Devices | 26 |
| XIII. | POLICY REVIEW | 26 |
| A. | Arvada PD Policy Review Summary | 26 |
| 1. | PM 300: Use of Force | 26 |
| 2. | PM 308: Control Devices and Techniques | 26 |
| 3. | PM 408: Jefferson County Regional SWAT Team | 26 |
| B. | Golden PD Policy Summary | 26 |
| 1. | Chapter 21: Use of Force | 26 |
| 2. | Chapter 45 (Section B): Special Operations | 26 |
| 3. | Memorandum 14-126: Munitions approved by Chief of Police | 26 |
| C. | Jefferson County SO Policy Review | 26 |
| 1. | JCSO PP 230: Use of Force | 26 |
| XIV. | USE OF FORCE CONTINUUM | 27 |
| A. | Use of Force Continuum: Levels of Resistance and Levels of Control | 27 |
| 1. | Chart: Levels of Resistance Encountered and Levels of Control Used | 27 |
| 2. | Levels of Resistance and Levels of Control Encountered During Event | 28 |
| B. | Criminal Activities by Subjects | 31 |
| XV. | LESSONS LEARNED | 31 |
| A. | Less Lethal Equipment | 31 |
| B. | Shin Guards | 31 |
| C. | Med Evac | 31 |
| D. | "Safe Zone" from Skirmish Line | 32 |
| E. | Rapid Deployment on Vehicles | 32 |
| F. | Pepper Ball Munitions | 32 |
| G. | MFF Training | 32 |
| H. | VIP/Dignitary Removal and Protection | 32 |
| I. | Host Agency Navigator and Liaison | 33 |
| J. | Additional Drivers | 33 |
| K. | K9 Use | 33 |
| L. | Adaptability and Flexibility | 33 |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 41 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

XVI.   ADDITIONAL REFERENCES ................................................................................................ 34

   A.   Agency Reports ........................................................................................................... 34

      1.   Jefferson County SO CR 20-10539 ...................................................................... 34

      2.   Golden PD CR 20-1932 ....................................................................................... 34

      3.   Arvada PD CR 20-9346 ....................................................................................... 34

   B.   JCRS AAR 05/29/2020 .................................................................................................. 34

   C.   JCRS AAR 05/31/2020 .................................................................................................. 36

   D.   JCRS AAR 06/01/2020 .................................................................................................. 38

   E.   EQUIPMENT SPECIFICATIONS PDF LINKS ..................................................................... 40

      1.   Chemical Agents ................................................................................................. 40

      2.   Kinetic Projectiles .............................................................................................. 40

      3.   Flash Sound Diversionary Devices ...................................................................... 40

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## I.    SITUATION

On May 25, 2020 George Floyd died after he was arrested by police outside of Minneapolis, Minnesota.  Video footage showed an officer kneeling on Mr. Floyd's neck.  Mr. Floyd was heard saying, "I can't breathe."  Mr. Floyd was later transported to the hospital after he lost consciousness and was pronounced dead at the hospital.  On May 26, 2020, protests began in Minneapolis, Minnesota and spread to other cities on May 27, 2020.  The first protests in Denver began on May 28, 2020, which included protesters blocking major roads and I-25.  The events later turned into looting, damaging property, and attacks on police.  In response, DPD utilized "tear gas" and less lethal rounds to disperse the crowd.

Denver Police Department (DPD) requested mutual aid from the Jefferson County Regional SWAT Team (JCRS), who responded to assist for several days.  JCRS was utilized for crowd control, to provide security for Denver Fire Department and Mobile Field Forces, and to be on standby for any other incidents.

## II.    TIMELINE

On May 29, 2020 at approximately 2100 hours, Denver Police Department (DPD) requested mutual aid from the Jefferson County Regional SWAT Team (JCRS).  JCRS responded to the Incident Command Post (ICP) at DPD HQ and assisted with providing security for the fire department, DPD's Mobile Field Force (MFF), and assisted with crowd and traffic control.  According to mutual aid agreements, JCRS operated under agency Use of Force guidelines.

On May 30, 2020, JCRS staged at the Jefferson County Sheriff's office, but were not requested to assist DPD.  JCRS conducted internal Use of Force and Less Lethal training.

On May 31, 2020, DPD requested mutual aid from JCRS.  The team deployed and assisted various MFF's with crowd control, protection of life and property.  JCRS also assisted with arrests for curfew violations.  JCRS (CPT Williams) verified JCRS was still operating under Mutual Aid guidelines and confirmed JCRS use of force guidelines were in line with DPD's Use of Force Policy.  Additionally, JCRS (SGT Donohue) verified with DPD the use of JCRS kinetic projectiles and their platforms.

On June 01, 2020, JCRS assisted DPD in a manner similar to May 31; however, DPD allowed protesters to remain out past curfew as long as they were peaceful.  Additionally, JCRS was provided a copy of DPD's Operations Plan.

Between June 02, 2020 and June 05, 2020, JCRS was not deployed to assist DPD.

On June 06, 2020, JCRS was requested to assist DPD.  However, a TRO was issued requiring Law Enforcement to wear body cameras; JCRS did not have that capability and was released.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

III.   SUMMARY

On Friday and Sunday nights, protesters directly targeted law enforcement, and for this review, specifically JCRS.  Operators were met with hostility in a situation that was extremely volatile, evolving, and unpredictable.  Aggressive protesters severely outnumbered the response of JCRS Operators.  Multiple protesters specifically targeted and repeatedly assaulted, or attempted to assault, JCRS with projectiles and injuring operators.  Additionally, these projectiles caused damage to the vehicles.

Protesters were given several notices to vacate the area and notice of the curfew, via DPD's announcements and messages sent to cell phones, but the protesters refused to comply.  Large, hostile crowds remained, which, at times, severely outnumber JCRS.  Protesters throwing projectiles had a position of tactical advantage by hiding in the crowds with other citizens.  Also, based upon the size and hostility of the crowds, JCRS was not in a position to pursue or identify the subjects.

In any other scenario, should any citizen or law enforcement officer be hit with these types of projectiles, perpetrators would be subject to criminal charges.  Additionally, law enforcement would be authorized to use an increased level of control.  Fortunately, JCRS was equipped with protective body armor which minimized injuries to the chest area.  Also, helmets and gas masks prevented injuries to the face and head.  Based upon the environment, operators utilized the least amount of force necessary.  Aware of the backdrop of the subjects, initial attempts at de-escalation to disperse the crowd with chemical agents were unsuccessful.  When this failed and JCRS was still being assaulted, JCRS targeted specific aggressive individuals.  Operators deployed less lethal munitions at individuals who were throwing items or attempting to pick up the gas canisters.  Throughout the encounter, JCRS operators were in direct and imminent danger of bodily injury and serious bodily injury.  Based upon the seriousness of the offenses, the immediate threats of injury to citizens and officers, and subjects fleeing, hiding and use the crowds as protective shield, the overall actions of JCRS were reasonable.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## IV.    MAY 29, 2020 (FRIDAY)

On May 29, 2020 at approximately 2100 hours, Denver Police Department (DPD) requested mutual aid from the Jefferson County Regional SWAT Team (JCRS).  Upon arrival JCRS met with DPD Captain S. Sich and a DPD officer in plain clothes.  DPD provided a DPD Sergeant as a liaison and radios to JCRS.

### A.    Possible Target Apprehension

At approximately 2201 hours, a plain clothes officer, who was with CPT Sich, briefed JCRS of a possible target to apprehend.  DPD assigned JCRS to standby to apprehend the suspect and his associates if they were found to be armed by DPD plain clothes officers.  The suspect was near the State Capital and was associated with another individual who was known to make pipe bombs.  The suspect communicated with his associates from Castle Rock that he was at the State Capital and they stated they were on their way.  In addition, his associates stated they would be carrying firearms and body armor.  The suspects were not seen armed at the time and JCRS was reassigned to more pressing incidents.  However, DPD later contacted the occupants of the vehicle and located several rifles in the vehicle.

### B.    E. Colfax Ave and Logan St.

At approximately 2301 hours, DPD ICP dispatched JCRS to provide security for DFD who was putting out a fire.  While en-route, there were numerous protesters in the area.  DPD radio announced several "shots fired" calls in the vicinity of where JCRS was operating and traveling.  Most protesters along the streets yelled and gestured obscenities at the JCRS convoy.  Protesters hit JCRS vehicles with numerous projectiles, which broke vehicle windows and caused several dents.  Projectiles thrown from the crowd shattered the passenger side window of one of the equipment trucks shattered and the driver's side window of the other equipment truck.  JCRS provided security for DFD near E. Colfax Ave and Logan St.  While dismounted at 14th and Logan St, operators and vehicles continued to be hit with projectiles thrown from the crowd, which seemed to be primarily rocks and bottles.  Protesters targeted JCRS with mortar fireworks, which landed near operators and exploded.  Because JCRS stopped in the road way, protesters surrounded operators.  When JCRS cleared, DPD ICP deployed JCRS to N. Broadway between E. Colfax Ave and W 14th St.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



Protesters



Rock Bouncing Off Vehicle



Another rock bouncing off vehicle



Protesters near area where window was broken

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***




**Equipment truck window shattered by projectile**          **Sample of graffiti in area**

## C.       1300 block of N. Broadway

At approximately 2320 hours, DPD ICP dispatched JCRS to assist DPD in the 1300 block of N. Broadway where protesters lighted fires and attempted to build a barricade to block N. Broadway.  DPD had MFF officers on scene; however, the number of protesters seemed to be overwhelming the small contingent of law enforcement on scene.  JCRS provided security for DFD and DPD MFF who removed the obstructions from the roadway and put out fires.  It appeared that there was an Denver Sherriff's Office (DSO) detachment also present.  Protesters constantly barraged JCRS with obscenities, both verbal and gestures.  Several protesters intentionally tried to agitate or incite a response from the operators.  Protesters threw numerous items at law enforcement.  A bottle hit the chest of a JCRS Operator (OP DiDomenico) and the crowd cheered loudly.  Subjects took advantage of the trees and the crowd to throw items and remain concealed.  When possible, operators engaged protesters who were observed throwing rocks and bottles at law enforcement with less lethal munitions.  Gas was also used in an attempt to disperse the crowd.  DPD was equipped with Pepper Ball guns, foggers, and gas canisters.  DPD and DSO did clear the park.  However, after DPD and DSO would leave the park, the protesters would once again return to the park.  After the barricade was cleared, civilian vehicles were allowed to travel on N. Broadway, which resulted in increased danger as the vehicles were filled with protesters who antagonized police.  The vehicles blocked JCRS field of observation to the park and limited JCRS' ability to identify and engage protesters who were throwing projectiles.  As a result, this traffic was stopped from traveling along N. Broadway.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

### D.    Additional Deployments

DPD ICP dispatched JCRS to other locations to check on looting only to find broken windows, but no active looting.  Protesters were throwing projectiles from the crowd at law enforcement and DPD ICP dispatched JCRS to assist those officers.  JCRS would respond and initially be met with some resistance, but generally after a few moments the crowd with disperse without JCRS having to take any additional action.  It was a chaotic, hostile, and changing scene at each location JCRS was deployed to.  Throughout the night, projectiles hit several operators which caused pain, abrasions, and bruising.  In an effort to disperse the crowd and prevent protesters from throwing items at operators, JCRS utilized less lethal munitions and gas was deployed.  JCRS had not equipped every operator with a less lethal platform to engage protesters; therefore, JCRS was limited in the ability to interdict and stop the aggressive acts.





Fox 31 News Video and 9 News Video

**One of several arsons in area**



**Barricade that needed to be cleared**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

 

Roadway re-opened for a short time

Security for DFD while they put out fire.  Gas was deployed to disperse protesters.



Vandalism to DPD vehicles

## V.   MAY 30, 2020 (SATURDAY)

On May 30, 2020, JCRS prepared to be called out.  JCRS had collected additional Less Lethal options from participating team agencies.  JCRS staged at the Jefferson County Sherriff's office.  While staged, JCRS conducted training for operators.  JCRS conducted training on convoy procedures and less lethal deployment.  JCRS covered less lethal target impact zones, deployment methodology and authorized types of munitions used, such as handheld, launchable, and platforms relating to chemical and impact munitions.  Additionally, the appropriate use of force and agency specific policy and procedure were addressed to ensure operators had a proper understanding of the rules of engagement.  JCRS provided munitions and gas to DPD for distribution; however DPD did not request JCRS assistance.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

Denver Mayor Hancock issued an Emergency Curfew pursuant to DRMC Section 2-98.  Those who were in violation of this order were subject to arrest and charged with DRMC 1-13.

## VI.    MAY 31, 2020 (SUNDAY)

On Sunday, DPD requested mutual aid assistance from JCRS.  DPD Lt. J. Wykof who provided a briefing to JCRS.  DPD initially assigned JCRS to Lt J. D. Williams' reaction team.  DPD Sgt. R. Stack was the JCRS DPD Liaison.  Division Chief A. Simmons, JCSO, was present at the DPD ICP.

### A.     Intelligence Updated Information

Through experience, media/news, and DPD Intelligence, JCRS was aware of several additional factors.  Several firearms and other weapons had been seized during arrests.  Additionally, the protesters were increasing the velocity of their projectiles by utilizing slingshots and lacrosse sticks.  These items would be used to pick up gas canisters deployed by police and rocks to throw back at the police.  "Molotov Cocktails" and other incendiary devices, to include large fireworks, had been used against the police.  Also, several officers had been injured.

### B.     JCRS Initial Deployments

Initially, DPD ICP dispatched JCRS to several areas where large crowds had been gathering:  DPD Headquarters/Administrative Building at approximately 1748 hours and DPD District 6 Substation at approximately 1815 hours.  The protesters gathered in large numbers in those areas.  The protesters did not engage the officers, other than verbally, and were peaceful.



DPD HQ

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



DPD District 6



DPD District 6

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 51 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## C.    District 6

At approximately 2010 hours, DPD ICP dispatched JCRS to DPD District 6 Substation for a large crowd that was approaching District 6.  Throughout the week, protesters had targeted DPD District 6 and vandalized the property.  JCRS parked facing southbound on Washington towards E. Colfax Ave.

Operators observed an active assault and intervened.  A black male was attacking a white male. The white male was on the ground and the black male was kicking the white male in the face. Operators deployed less lethal munitions to stop the attack.  The victim of the assault had significant injures and was transported to the hospital.  A Use of Force report was generated for this incident by each agency that had an operator involved (APD CR 20-9266, Jefferson County SO CR 20-10540, Golden PD CR 20-1932).

At approximately 2025 hours, the large crowed approached the JCRS position adjacent to District 6.  Protesters attacked JCRS with rocks, bottles and other projectiles from E. Colfax Ave. Gas was deployed by JCRS in an attempt to disperse the crowd, however many of the canisters were picked up and thrown back at JCRS in addition to other projectiles.  Protesters hit several operators with various projectiles.  Operators reported being hit in the gas mask with golf balls and gas canisters.  Many others reported being hit in the legs with large items, such as rocks.  A Captain from Aurora PD noted his team had located remnants of a possible "pipe bomb," which did not explode properly.  As a result, several other gas canisters were thrown at the crowd and operators attempted to hit protesters picking up the gas canisters with less lethal rounds.  The initial engagements mostly occurred from a distance of approximately twenty-seven meters (approximately eighty eight feet).  Protesters utilized street signs, umbrellas and other materials to be shielded from projectiles.  However, a large crowd remained on the south side of E. Colfax Ave.  JCRS held that position until Aurora PD MFF arrived to assist.

Aurora PD and JCRS then moved south along Washington to the building line on E. Colfax Ave. There were still protesters in the area and the skirmish line continued to be hit with projectiles. Attempts were made to disperse the crowds, but protesters would pick up and thrown the canisters back at law enforcement.  Less Lethal operators attempted to stop them from picking up the projectiles or throwing rocks.  Protesters threw projectiles at the law enforcement line from the east side of the Cheba Hut parking lot and the projectiles hit officers.  Protesters attempted to move large metal dumpsters in the roadway, but were addressed by other MFF's that were located to the west of JCRS.  Additionally, the MFF to the east began to move and push the reminder of the protesters to the west.  While on the line, JCRS formed an arrest team to take passive protesters into custody for violation of the curfew order that was put into place by the Denver Mayor.  As the MFF continued to clear west, JCRS joined them and continued west on E. Colfax Ave.  As JCRS pushed west, paintballs hit operators (OP Vinnola and OP Beale) and green lasers were being pointed in the operators' eyes.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## INITIAL ENGAGEMENT





**JCRS Targeting subjects who were throwing gas canisters and other projectiles at operators**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 53 of 79

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***



Crowd remaining after gas deployments.  Operators still periodically targeted by projectiles.





Rocks, glass, liquids, and police gas canisters that were thrown at JCRS.  A vehicle appeared to have its front window broken by a projectile that targeted JCRS.  Officers reported being hit with gas canisters on the face mask and also with a hard ball, like a golf ball, on the gas mask.

Page **15** of **40**

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 54 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## LINE WITH MFF





***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 55 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

D.    Cherokee St. and W 13th Av

At approximately 2209 hours, DPD ICP dispatched JCRS to assist with a large gathering that was approaching DPD HQ along W 13 Av.  JCRS was the first on scene and there was a large crowd of protesters in the area.  Protesters targeted JCRS with projectiles and large fireworks.  The crowd could have easily overwhelmed the relatively small JCRS contingent.  Protesters threw fireworks or other projectiles at JCRS.  JCRS attempted to disperse the crowd and targeted protesters with less lethal munitions who would attempt to thrown back the gas canisters.  Once a MFF arrived to assist, the protesters were pushed away from DPD HQ to go south on Cherokee St.





***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

E.      1300 block of Sherman St.

At approximately 2255 hours, JCRS was deployed to the 1300 block of Sherman St. for a large crowd that was gathered at the State Capital.  JCRS was once again first on scene and parked approximately eighty five meters back from the large crowd to stay out of range of any projectiles, but still in a position to prevent the crowd from moving along Sherman St.  JCRS did not engage the protesters near the capital.  Another MFF pushed the crowed out from along W 14th St.  However, while in position, JCRS located several individuals hiding behind bike cages.  Two of the persons were armed; one had several firearms in their backpack.  The protesters were arrested and released to deputies from DSO who transported the subjects.  Additionally, JCRS arrested other protesters for curfew violations, who were also turned over to DSO.





Graffiti in area

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***



Weapons on subject 1 from arrest



Weapons on subject 2 from arrest

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 58 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## VII.   JUNE 01, 2020 (MONDAY)

DPD informed JCRS of a leadership meeting prior to deployment on Monday.  JCRS Commanders attended a DPD leadership briefing where DPD reviewed their Operations Plan.  DPD provided JCRS an operations plan.  DPD assigned DPD Liaison Cpl J. Albergotti to JCRS.  Deputy Chief Brady, APD, and Division Chief Simmons, JCSO, were present for the briefing and remained at the DPD ICP.

Chief Pazen, DPD, later announced that as long as the protesters remained peaceful, law enforcement would not make any arrests for curfew violations.  As a result, JCRS remained distanced from the protesters, as did most other agencies.  JCRS was able to meet with some citizens as they walked by the staging area.  JCRS spoke with families and took photos with them.  Additionally, JCRS operators gave the children who stopped to talk to them their SWAT patches.

JCRS was staged in the area of Bannock St. and W 14th Ave.  While staged, a vehicle began to drive directly towards operators.  Operators stopped the vehicle with hand signals and a DPD marked unit immediately pulled in behind the vehicle with its overhead emergency lights activated.  DPD determined that the driver was likely DUI and DPD took custody of the driver.

JCRS was deployed to District 6 and en-route, the DPD guide led JCRS vehicles in front of the State Capital where there were a large amount of protesters.  The protesters immediately became agitated and began throwing rocks and other projectiles at the vehicles.  Rather than engage the hostile acts, JCRS backed up the vehicles and took an alternate route to the assigned location.  When protesters approached District 6, JCRS gave verbal commands from the loud speaker to disperse.  JCRS did not engage the protesters.



**Community relations**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 59 of 79

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

## VIII.   JUNE 02, 2020 TO JUNE 05, 2020

JCRS was not requested between June 02, 2020 and June 05, 2020 to assist DPD.

## IX.   JUNE 06, 2020 (SATURDAY)

JCRS Commanders attended a DPD leadership briefing where DPD reviewed their Operations Plan. DPD provided JCRS an operations plan. However, a TRO was issued, stating that all Law Enforcement must have body worn cameras. Since not everyone on JCRS is issued a body worn camera nor do they carry them on the tactical team, JCRS was released. Deputy Chief Brady, APD, and Division Chief Simmons, JCSO, were present for the briefing and remained at the DPD ICP.

## X.   INJURIES TO OPERATORS

1.      Deputy Brown:

Hit by a large piece of metal on his right bicep, resulting in a golf ball size bruise

2.      Deputy Spery:

Vehicle was hit by a rock that came through the back window of the ambulance, which shattered the window, and struck the back of his left shoulder causing pain. On another occasion, while acting as the team medic, Deputy Sperry was struck on the left calf by an unknown object causing pain and a bruise approximately two inches across.

3.      Deputy Hamilton

Struck on his left arm by a golf ball and sustained minor injuries. Additionally, a rock hit his left shin.

4.      Officer DiDominico:

Hit by several different items. Specifically, being struck by a larger rock at high velocity on the top of his foot, which is still causing pain to walk and is still red and swollen 11 days after he was hit. Officer DiDominico was also hit with a glass bottle that shattered on his chest.

5.      Officer Vinnola:

Struck by multiple rocks (approximately 4) on both of his shins that caused him pain and left abrasions, minor cuts, and a bruise.

6.      Officer Beale:

Struck by a rock to right wrist, causing bruising, swelling, an abrasion, and some numbness on the outside of his hand. Also, on another occasion, he was hit with a paintball in the upper left thigh/groin area. Additionally, he observed someone aiming a green laser at operators from a vehicle, but was not sure if it was from a weapon.

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

**Officer Beale's injuries**



7.    Officer Moretti

Struck by several items.  A river rock the size of a softball stuck the pavement, bounced up and struck his right arm just below his wrist.  It caused pain and still hurts as of 06/09/2020.  This left an abrasion and deep bruising.  Struck by a live gas canister that was thrown back from a protester, which hit the left side of his helmet and Peltor headset.  This caused pain to his head and neck, and burned his headset.  Because of the velocity it knocked off his gas mask.




Page **22** of **40**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

8.    Sgt. Vogel

Hit by large rock or brick that struck upper right shin below knee.  Still feeling pain after 9 days.  Hit by a bottle filled with an unknown liquid which saturated his legs.

9.    Sgt. Donohue

Struck by items on his lower right leg and his right knee.  The impact caused bruising, swelling and was still painful nine days later.  A golf ball and another unknown item hit and damaged the gas mask.



    

10.    Commander Baros:

Struck by at least one object on the chest and hit by an unknown item on the left upper leg causing pain, but no visible injury.

11.    Captain Williams:

Struck by golf ball on right shin, which caused pain, but did not leave a marking. Additionally, Cdr. Williams dodged a glass bottle that was thrown at JCRS, which is illustrated in the photo on page 15.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## XI.  DAMAGE TO VEHICLES

There was significant damage to the JCRS vehicles, to include broken windows and several dents.  The armored vehicle was also hit several times.






## XII.  EQUIPMENT USED

A.    Chemical Agents:

CS: CS is ortho-chlorobenzyl malononitrile, "tear gas," is a powder at room temperature, but becomes a cloud when agents are used to disperse it in the air.  The Riot Control CS canisters are used outdoor and have a high volume of continuous burn, which lasts approximately 20-40 seconds.  The effects can be a burning sensation in the eyes, heavy flow of tears, irritation or burning sensation in the nose, nasal discharge, stinging or burning sensations on moist skin areas, coughing, shortness of breath, or irritation in lungs.  Most discomfort dissipates after approximately 10-20 minutes.

OC:  OC, Capsaician or Capsicum spray, is an inflammatory agent.  OC inflames and irritates the mucous membranes in the eyes, nose, throat and lungs.  The average full effect of OC depends on the amount of exposure, but may last from 20-90 minutes.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

JCRS USE: CS and OC were used in response to violent actions taken against operators, such as projectiles being thrown at the operators.  The projectiles included large rocks, glass or contained unknown liquids, which presented an imminent threat of bodily to serious bodily injury to law enforcement.  Often, aggressors would blend in with the crowd making it difficult to identify a single subject.  As a result, chemical agents were used as a less lethal means of force in an attempt to disperse the crowd and create a separation between the operators and projectiles to limit the potential for injury to operators.

| EQUIPMENT | NUMBER USED |
|---|---|
| CTS 5230 large riot CS grenades | 20 |
| CTS 8230 small hot CS grenades | 9 |
| CTS 5430 flameless CS grenades | 13 |
| CTS 5440 flameless OC grenades | 5 |
| DefTech No. 98 small hot CS grenades | 30 |
| **TOTAL** | 77 |

\* See references section below for manufacture specifications

B.      Kinetic Energy Projectiles

40mm Foam Baton Round:  The 40mm Foam Baton Round is deployed from a 40mm launcher. The projectile has a foam rubber nose and a plastic projectile body.  The 40mm is used as a less lethal means to temporality disable a target by using blunt kinetic force on the subject.  The CTS 4557 and CTS 4577 HV are both direct fire rounds.  The standard CTS 4557 has no standoff distance and is effective to a range of approximately 100 feet.   The CTS 4557 High Velocity (HV) round has a standoff distance of 20 meters and has an effective range of 200 feet.

Beanbags:  Beanbags were deployed from 870 Less Lethal shotguns.  Beanbags are woven bags that are filled with 40 grams of #9 shot, which are designed to transfer their kinetic energy to the target.  The CTS 2581 is a direct fire round with optimal ranges between fifteen and sixty feet.

Rubber Pellets:  Rubber pellets are kinetic impact munitions, which are designed to cause pain but not serious injury.

JCRS USE:  JCRS utilized their training to target specific individuals who were attempting to throw projectiles at the police, or throw the gas canisters back at law enforcement, or posed a threat of injury to law enforcement or others.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| EQUIPMENT | NUMBER USED |
|---|---|
| CTS 2581, Super Sock Bean Bag | 66 |
| CTS 4557 standard 40mm foam baton rounds | 55 |
| CTS 4557HV high velocity 40mm foam baton rounds | 28 |
| CTS 2552 and 2553 Rubber Pellets | 65 |
| 37mm Arwen rounds | 17 |
| 37mm Sting Ball Rubber | 8 |
| TOTAL | 239 |

\* See references section below for manufacture specifications

C.    Flash Sound Diversion Devices

Mini bangs:  Flash Sound Diversion Devices (FSDD) create a bright light and loud noise to distract subjects, and/or deliver psychological and physiological effects on subjects.

JCRS USE:  FSDD'S are utilized to deliver a psychological and physiological effect on subjects.  JCRS would utilize the FSDD's to create and maintain the distance of the crowds, which were substantial enough that could have easily over taken the JCRS small contingent.  Also, creating distance lessened the effects and accuracy of the projectiles that were being thrown at law enforcement.

| EQUIPMENT | NUMBER USED |
|---|---|
| CTS 7290M mini-bangs | 5 |
| TOTAL | 5 |

\* See references section below for manufacture specifications

# XIII.   POLICY REVIEW

A.    Arvada PD Policy Review Summary

1.    PM 300: Use of Force

2.    PM 308: Control Devices and Techniques

3.    PM 408: Jefferson County Regional SWAT Team

B.    Golden PD Policy Summary

1.    Chapter 21: Use of Force

2.    Chapter 45 (Section B): Special Operations

3.    Memorandum 14-126: Munitions approved by Chief of Police

C.    Jefferson County SO Policy Review

1.    JCSO PP 230: Use of Force

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 65 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

## XIV.   USE OF FORCE CONTINUUM

A.   Use of Force Continuum: Levels of Resistance and Levels of Control

This is an overall evolution of the use of force, not necessarily intended for each operator, to see if the force used was "objectively reasonable."[1] The "One-Plus-One Theory," which is the most conservative use of force theory based upon response to resistance with proportional use of force, advocates that officers can use one level of force higher than that used by a subject.[2] Therefore, officers respond to the type and level of resistance of the subjects.  As the subjects, resistance or aggressive actions increase the potential for injury to other citizens and officers also increases.[3]

1.   Chart: Levels of Resistance Encountered and Levels of Control Used

| Subjects: Levels of Resistance | Officers: Levels of Control[4] |
|---|---|
| ☒ Deadly Force Assault | ☐ Deadly Force |
| ☒ Active Aggression | ☒ Intermediate Weapons |
| ☐ Defensive Resistance | ☐ Hard Empty Hand Techniques |
| ☒ Passive Resistance | ☒ Soft Empty Hand Techniques |
| ☒ Verbal Non-Compliance | ☒ Verbal Direction |
| ☒ Psychological Intimidation | ☒ Officer Presence |

Injury Potential

---

[1] Graham V. Connor.
[2] HFRG, TRP Instructor Manual, Pg 4-3.
[3] HFRG, TRP Instructor Manual, Pg 4-4.
[4] HFRG, TRP Instructor Manual, Pg 4-3.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

2.      Levels of Resistance and Levels of Control Encountered During Event

| Levels of Resistance Encountered | Description |
|---|---|
| Psychological Intimidation | Frequently encountered subjects who demonstrated an appearance and physical readiness to physically assault officers.  Several non-verbal cues that indicate a potential to physically resist.  (Clenching fists, stares, tightening of muscles, taunting). |
| **JCRS Level of Response** | **Description** |
| Officer Presence | JCRS showed a uniformed presence and observable identification that they were law enforcement. Those that were attempting to incite a physical altercation with operators who were standing in a line were not responded to. |
| Verbal Direction | DPD announced several times that a curfew was in place and possible repercussions. When feasible, subjects were given verbal warnings to leave the area. |

| Levels of Resistance Encountered | Description |
|---|---|
| Verbal Non-Compliance | Subjects frequently responded with an unwillingness to obey commands to stop their behavior or vacate the area.  Often subjects would yell, as a group and individuals, threating verbal statements directly at officers. Additional threatening messages were spray painted on buildings. |
| **JCRS Level of Response** | **Description** |
| Officer Presence | Same as above |
| Verbal Direction | Same as above |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| Levels of Resistance Encountered | Description |
|---|---|
| Passive Resistance | There were only a small number of subjects who were solely passively resistant.  Often, the individuals would sit in front of the MFF line.  These individuals were generally allowed to remain where they were.  However, for their safety and the possibly of being struck by a projectile thrown at officers, there were some who were arrested for curfew violations.  These charges were later dropped by the Denver DA's office (News Article).[5] |
| **JCRS Level of Response** | **Description** |
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Soft Empty Hand Techniques | When it was necessary to affect an arrest, passive individuals were taken into custody.  There were no reports of injuries for those arrested. |

| Levels of Resistance Encountered | Description |
|---|---|
| Defensive Resistance | JCRS did not encounter subjects attempting to prevent officers from gaining physical control of the subjects by pulling away.  However, subjects would often hide in crowds or remain at a distance where operators could not apprehend or identify them. |
| **JCRS Level of Response** | **Description** |
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Hard Empty Hand Techniques | NOT utilized by JCRS.  No strikes were reported to have been used. |

---

[5] https://www.denverpost.com/2020/06/10/denver-curfew-violations-charges-dropped-geroge-floyd-protests/

Page **29** of **40**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| Levels of Resistance Encountered | Description |
|---|---|
| Active Aggression | There were numerous physical actions/assaults against JCRS with less than deadly force, which included the numerous projectiles thrown at law enforcement. |

| JCRS Level of Response | Description |
|---|---|
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Intermediate Weapons | Chemical agents and kinetic munitions were utilized.  Other forms of control had failed and empty hand controls were not an option, since subjects were often embedded with the crowd or would immediately flee.  Operators did not target head, neck, or throat areas. |

| Levels of Resistance Encountered | Description |
|---|---|
| Deadly Force Assaults | The throwing of glass and large rocks had the potential to cause great bodily harm, and possibly death, to law enforcement.  Additionally, utilizing items to enhance the velocity of the projectiles (sling shots, lacrosse sticks, etc) increased the likelihood of serious injury to law enforcement.  It was also likely that one pipe bomb type device was used, but failed to have desired effect.  There were several items filled with unknown fluids that hit operators.  The previous night Molotov Cocktails had been used, so it was not unreasonable to think these liquids may have been flammable at the time or were another type of biohazard, such as urine.  Furthermore, subjects who threw the gas canisters back targeted law enforcement personnel; this contradicts the training of proper use of the devices, which JCRS operators have received. |

| JCRS Level of Response | Description |
|---|---|
| Officer Presence | Same as above |
| Verbal Direction | Same as above |
| Intermediate Weapons | Chemical agents and kinetic munitions were utilized.  Other forms of control had failed and empty hand controls were not an option, since subjects were often embedded with the crowd or would immediately flee.  Operators did not target head, neck, or throat areas. |

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

B.    Criminal Activities by Subjects

Denver Revised Municipal Code:

38-31 – Interference with Policy Authority
38-31 – Resistance
38-39 – Duty of Citizens to Report Offenses
38-61 – Damaging, defacing or destruction of property
38-62 – Protection of Fire and Police Department Property
38-71 – Damaging, defacing or destruction of private Property
38-86 – Obstruction of Streets or Public Passage Ways
38-89 – Disturbing the Peace
38-89(a) – Disturbing the Peace, Fighting Words
38-92(a) – Threats to Injure Persons
38-93 – Assault (for missiles that hit individuals)
38-125 – Obstruction Equipment Prohibited
38-127 – Throwing Stones of Missiles

Colorado Revised Statues

18-3-202(e), Assault in the First Degree (Police Officer)
18-3-203 (c), Assault in the Second Degree (Police Officer)
18-4-102, First Degree Arson
18-4-103, Second Degree Arson
18-4-105, Fourth Degree Arson

## XV.   LESSONS LEARNED

A.    Less Lethal Equipment

JCRS was ill equipped to deal with the aggressiveness of the rioters and violent acts on the first night since many of the operators were only armed with lethal weapons.  This severely limited JCRS capabilities and actions.  However, the next day, through interagency cooperation, JCRS was able to obtain at least one less lethal option for a majority of the operators from their home agencies.  In future operations, it may be best to consider standardized equipment from each agency.

B.    Shin Guards

JCRS also did not have sufficient armor, specifically for below the knees where several projectiles injured officers.  Once again this obstacle was overcome with interagency cooperation and extra shin guards from the MFF's were distributed to the operators.

C.    Med Evac

JCRS initially left their medical vehicle behind.  However, after noticing the extreme delays for medical personnel to arrive, JCRS adapted and took the medical vehicle with

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

them in their convoy.  Also, JCRS was not prepared to address the flammable items that were being used against Law Enforcement.  As a result, each vehicle was equipped with at least two fire extinguishers and were deployed to the lines with officers.

D.   "Safe Zone" from Skirmish Line

Tactically, JCRS observed that the primary means of a traditional mobile field force of having a skirmish line and then pushing subjects back was ineffective against persons wanting to cause harm.  Many of the assaults officers sustained were from a distance and from persons embedded in the crowd.  This made it difficult to target those aggressors and apprehend them.  Additionally, JCRS needed to provide a "safe zone" which limited the distance objects could be thrown at police.  As a result, gas and less lethal munitions were employed to keep the protests a safe distance back.  This not only provided safety for the officers, but also for the citizens who were simply protesting, since officers were not being assaulted with projectiles, thus this decreasing the need for the use of gas and less lethal munitions.

E.   Rapid Deployment on Vehicles

The JCRS team was mobile and rapidly deployed to situations with increased tensions.  Often JCRS would arrive before any other supporting units and would be first to create a line to prevent the advance of large crowds.  This immediate response was effective and recognized by DPD.  However, the equipment trucks were not equipped with broad rails for adequate footing, and it was difficult for operators to remain on the trucks rails for extended periods of time.  JCSO has since looked into placing rail systems on the equipment trucks.

F.   Pepper Ball Munitions

Pepper ball guns were widely used by DPD and other agencies.  The pepper ball guns appeared to have been easier to transport and deliver less kinetic energy than the less lethal munitions that were being carried by operators.  However, there is some concern with accuracy when using pepper ball munitions as distance increases or with weather factors.  One solution is to increase the pressure, however that also increases the risk of injury to subject.  As a result, it may be best to have some pepper ball guns for use in the inventory for limited use.

G.   MFF Training

JCRS lacks joint training with MFF's.  With the formation of agency MFF's it would be beneficial to have a joint training so each group understands the others roles and capabilities.

H.   VIP/Dignitary Removal and Protection

Although able to provide dignitary protection at an event, such as at a public speech, JCRS needs increased training in Dignitary Protection and Removal when the individual is in a crowd, such as marching with the protesters.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

I.  Host Agency Navigator and Liaison

Liaisons familiarity and knowledge of the area is vital.  Sgt. Stack, DPD, was very knowledgeable and able to maneuver the convoy to appropriate locations quickly, and avoiding potential "hot spots."  Conversely, another DPD liaison had limited knowledge of the district; as a result, the liaison would direct JCRS the wrong way on one way streets and another time were nearly driven into a large hostile crowd.  Both incidents incited crowds.

J.  Additional Drivers

Having operators remain with vehicles decreased the number of operators JCRS could use on the line or for perimeters.  Also, as JCRS would move with the MFF, JCRS vehicles and their guards were often left behind, creating separation in the team.  JCRS later adjusted and had the vehicles follow the team as JCRS moved.  Additionally,  JCRS Command requested the K9 unit to assist as drivers on the last day.  It would be beneficial to have alternate drivers, who are not operators, to drive and remain with the vehicles.

K.  K9 Use

JCRS requested the K9 Teams on the first day, but due to the gas and projectiles they were not deployed.  JCRS could further examine their potential of their use or non-use for future MFF deployments.

L.  Adaptability and Flexibility

One of the greatest advantages of deploying a tactical team is their ability to adapt and be flexible to the mission.  JCRS showed great adaptability in being able to change from mission and environment with short notice and deal with whatever tactical dilemmas were presented.  A tactical team also provides skilled marksmen who frequently train and operate on less lethal platforms.  Additionally, operators were not deterred by large, overwhelming and agitated crowds, but showed courage under circumstances that could have easily caused at a minimum bodily harm.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

# XVI.  ADDITIONAL REFERENCES

    A.    Agency Reports

        1.    Jefferson County SO CR 20-10539

        2.    Golden PD CR 20-1932

        3.    Arvada PD CR 20-9346

    B.    JCRS AAR 05/29/2020

---

**CASE NBR: Unknown**

**CALL OUT NBR: 06**　　　　　**DATE: 05/29/2020**

**LOCATION: Denver**

**TIME PAGED: 2105**
**TIME ARRIVED: 2200**
**TIME CLEARED: 0230**

---

**TYPE OF DETAIL:**　**ARREST**　**SEARCH**　**PROTECTION**　**OTHER**　**AOA: Denver Riots**

**OFFENSE: Riots**

| TEAM MEMBERS: | POSITION | EQUIPMENT | ARRIVAL TIME |
|---|---|---|---|
| **1)** Donohue | Team Leader- BC | | |
| **2)** Vogel | Team Leader- BC | | |
| **3)** Stegink | Team Leader- Van | | |
| **4)** Moretti | Lethal- BC | | |
| **5)** Pitton | Lethal- BC | | |
| **6)** Neidig | Lethal- BC | | |
| **7)** Brown | Lethal- Blue Truck | | |
| **8)** Hamilton | Lethal- Blue Truck | | |
| **9)** Beale | LL- Blue Truck | | |
| **10)** Vinnola | LL- BC | | |
| **11)** Bybee | Lethal- Blue Truck | | |
| **12)** Dreith | BC Driver, LL | | |
| **13)** Clarke | Lethal Cover, Van | | |
| **14)** Griffin | Lethal Cover, BC | | |
| **15)** DiDominico | Lethal Cover, BC | | |
| **16)** Moody | LL- Blue Truck | | |
| **17)** Laas | At CP | | |
| **18)** Bingham | At CP | | |
| **19)** | | | |

**Medic 1)** Spery

---

**COMMANDERS:**　　　　　　　　　　　　　　　**TEAM LEADER: Sgts Donohue, Vogel, Stegink**

　　　　　**Cmdr. Anthony Baros**

　　　　　**Cmdr. Brad Ingermann**

**OPERATIONS COMMANDER:**

**DISPATCHER(S):**　　　　　　　　　　　　　　**NEGOTIATORS:**

---

**POINT OF ENTRY:**

FRONT DOOR

REAR DOOR

WINDOW

**METHOD OF ENTRY:**

☐ AVON RDS. NBR USED _____

☐ PRY NEEDED

**VEHICLES USED:**

Bearcat, Blue Truck, Van

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

☐ OTHER

| SPECIAL EQUIPMENT: | WEAPONS FOUND: | | LOADED: UNK |
|---|---|---|---|
| FSDD#1- | 1)TYPE: | CALIBER: | YES        NO |
| FSDD#2- | 2)TYPE: | CALIBER: | YES   NO ☐ |
| FSDD#3- | 3)TYPE: | CALIBER: | YES   NO ☐ |
| FSDD #4- | | | |
| BRAND: CTS | 4)TYPE:I | CALIBER: _____ | YES ☐  NO ☐ |

| OTHER EQUIPMENT USED: THESE ARE APPROXIMATIONS | | | TOTAL MAN HOURS: |
|---|---|---|---|
| GAS Barricade CS/OC | TYPE: | AMOUNT: 0 | NOTES: |
| GAS OC Vapor Hand Held | TYPE: Hot CS/OC | AMOUNT: 5 | |
| ☐ SMOKE | ☐ TYPE: _____ | ☐ AMOUNT: _____ | _____ |
| ☒ TACTICAL VEST, TACTICAL HELMET, GAS MASK | | | _____ |

**INCIDENT DESCRIPTION:**  On 05/29/2020 the Jefferson County Regional SWAT Team (JCRS) was called to assist the Denver Police Department with protests in their city in reference to the death of George Floyd in Minnesota. A Denver Police Department Officer and Sergeant were assigned to our team to help with geography and the radio procedure in Denver. Our first assignment was to apprehend a suspect than was bringing long guns into the City of Denver. The UC Denver units would notify the Jefferson County Regional SWAT Team when the suspect was returning to his vehicle and we would apprehend the suspect in a pedestrian takedown. Other Denver Police Department resources became available and JCRS was assigned to other pressing matters.

We were assigned to assist Denver Fire at Colfax and Logan in putting out a dumpster fire. Our assignment was to provide security for Denver Fire. While en route to this location all operators were inside their vehicles. The equipment truck had several windows broken by rioters throwing objects at the windows.

JCRS was then assigned to the 1300 block of Broadway, in front of the Capitol where rioters had built a barricade in the roadway. Due to the location of our stopping point, there were rioters on either side of the convoy as well as traffic still on Broadway. Rioters began throwing glass bottles and rocks at operators. At least one rock and one glass bottle hit the same operator (DiDomenico). The rioters threw at least one mortar firework at operators. Only two operators had 40mm Penn Arms multilaunchers. Rioters who had just or were prepared to throw objects at operators or DPD officers were targeted. Operators deployed several CTS Riot CS smoke into the crowd in an attempt to disperse the crowd. Operators assisted Denver in a skirmish line to move the rioters out of Civic Center Park.

Once the majority of the crowd was dispersed, JCRS was assigned to check on the status of a looting that was taking place at a restaurant. Once we arrived on scene, it was observed windows were broken, but no one was inside the restaurant. DPD was notified.

JCRS then travelled back to the area of the Capitol and assisted Denver SWAT (Metro) with closing of an intersection. JCRS then assisted DPD with forming another skirmish line to clear out Civic Center Park. Once the park was cleared JCRS returned to DPD headquarters.

**CRITIQUE/RECOMMENDATION:**

JCRS was ill prepared for a riot engagement. Only 2 less lethal platforms were brought into Denver and the rules of engagement were learned as the riot progressed. 360 degree coverage had to be reminded to operators several times.

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

With that being said, operators, TLs, and commanders learned as the night progressed and we adapted our tactics to our environment. Once the night was concluded a plan was in place to equip a majority of the team with less lethal platforms from home agencies. The equipment was staged and ready to deploy on the next activation.

| NAME (PRINT/SIGNATURE) | BADGE# | |
|---|---|---|
| Sergeant Vogel | 0902 | |

C.    JCRS AAR 05/31/2020

**CASE NBR: Unknown**
**CALL OUT NBR: 07**          **DATE: 05/31/2020**
**LOCATION: Denver**

**TIME PAGED: 1547**
**TIME ARRIVED: 1630**
**TIME CLEARED: 0100**

**TYPE OF DETAIL:**     **ARREST**     **SEARCH**     **PROTECTION**     **OTHER**     **AOA: Denver**
                                                                                                                    **Riots**

**OFFENSE:** Riots

| TEAM MEMBERS: | POSITION | EQUIPMENT | ARRIVAL TIME |
|---|---|---|---|
| **1)** Donohue | Team Leader- BC | | |
| **2)** Vogel | Team Leader- BC | | |
| **3)** Stegink | Team Leader- Van | | |
| **4)** Moretti | LL- BC | | |
| **5)** Pitton | LL- BC | | |
| **6)** Neidig | LL- BC | | |
| **7)** Brown | LL- Blue Truck | | |
| **8)** Hamilton | LL- Blue Truck | | |
| **9)** Beale | LL- Blue Truck | | |
| **10)** Vinnola | LL- BC | | |
| **11)** Bybee | LL- Blue Truck | | |
| **12)** Dreith | BC Driver, LL | | |
| **13)** Clarke | Lethal Cover, Van | | |
| **14)** Griffin | Lethal Cover, BC | | |
| **15)** DiDominico | Lethal Cover, Blue Truck | | |
| **16)** Colley | LL- Blue Truck | | |
| **17)** Moody | Driver Blue Truck | | |
| **18)** | | | |
| **19)** | | | |

**Medic 1)** Spery

**COMMANDERS: Capt. Drew Williams**          **TEAM LEADER: Sgts Donohue, Vogel, Stegink**
                         **Cmdr. Anthony Baros**
                         **Cmdr. Brad Ingermann**
**OPERATIONS COMMANDER:**
**DISPATCHER(S):**          **NEGOTIATORS:**

| POINT OF ENTRY: | METHOD OF ENTRY: Suspect Opened Front Door | VEHICLES USED: |
|---|---|---|
| FRONT DOOR | ☐ AVON RDS. NBR USED _____ | Bearcat, Blue Truck, Van |
| REAR DOOR WINDOW | ☐ PRY NEEDED | |

Page **36** of **40**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 75 of 79

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

☐ OTHER

| SPECIAL EQUIPMENT: | WEAPONS FOUND: | | LOADED: UNK |
|---|---|---|---|
| FSDD#1- | 1)TYPE: Pistol | CALIBER: | YES X   NO ☐ |
| FSDD#2- | 2)TYPE: Pistol | CALIBER: | YES X   NO ☐ |
| FSDD#3- | 3)TYPE: Pistol | CALIBER: | YES X   NO ☐ |
| FSDD #4- | 4)TYPE: Pistol | CALIBER: ____ | YES ☒  NO ☐ |
| BRAND: CTS | | | |

| OTHER EQUIPMENT USED: THESE ARE APPROXIMATIONS | | | TOTAL MAN HOURS: |
|---|---|---|---|
| GAS Barricade CS/OC | TYPE: | AMOUNT: 0 | NOTES: |
| GAS OC Vapor Hand Held | TYPE: Hot CS/OC | AMOUNT: 30 | ____ |
| ☐ SMOKE | ☐ TYPE: ____ | ☐ AMOUNT: ____ | ____ |
| ☒ TACTICAL VEST, TACTICAL HELMET | | | ____ |

**INCIDENT DESCRIPTION:** On 05/31/2020 the Jefferson County Regional SWAT Team was called to assist the Denver Police Department with ongoing protests in their city in reference to the death of George Floyd in Minnesota. This was the second time that JCSO Regional SWAT had been requested to assist with the protests, which had turned to riots on at least the prior 4 nights. The team met with DPD Command in the 1400 block of Cherokee street, where we were assigned as a reactionary team to "hot spots" throughout the city.

Our first assignment was to block protesters as they demonstrated in our area of 1400 Cherokee. This was peaceful.

Our second assignment was to protect District 6 Headquarters from approaching protesters. This was peaceful, but protesters had a very negative energy. They screamed at us, cursing and calling us names. They did not instigate anything at this time, nor did we engage them.

Our third assignment later was again to protect District 6 as the curfew was being enforced and the protesters were marching down Colfax. Prior to the crowd arriving, JCSO SWAT arrived and found an African American male beating a white male on the sidewalk across the street. As Operators approached, the male began being kicked in the face and was completely defenseless. Operators engaged the suspect with less lethal platforms, stopping the assault and protecting the victim. Aid was immediately rendered by Medic Spery, and an ambulance was called to transport the victim to the hospital.

After this, Our team was assigned to the Washington St. side of District 6. As the crowd approached the building, rocks began to be thrown from the crowd at the JCSO SWAT Team. The rocks were being thrown directly at Operators. In response to this, CS gas was deployed in an attempt to disperse the crowd before any Operators were injured. Almost immediately after the gas was deployed, Operators began having glass bottles, rocks, golf balls, urine bottles, etc. thrown at them. In response to this, Operators utilized less lethal platforms (40mm foam batons, 12ga beanbag rounds, 12 ga rubber ball rounds, 37mm rubber ball rounds, CS Gas, OC Gas) in order to protect themselves, as well as the building at District 6. During this engagement numerous Operators sustained injuries. Additional agencies also arrived to assist in controlling the crowd at this intersection. Eventually, the crowd was driven back and away. Operators assisted in driving the crowds back and enforcing the curfew. Operators only engaged crowds or individuals who threw objects at Officers.

Shortly after this, Operators were dispatched to another area with a large crowd. Several people were attempting to hide from Operators as we stepped off the rails. In all, 8 people were arrested in this area for violating the curfew. One of these people had a loaded firearm on him with two additional firearms in his backpack. All were chambered with extra ammunition and magazines. A female was also among the group arrested. She was also carrying a loaded and chambered pistol and had brass knuckles.

Our final assignment was dispersing crowds in the area of 1300 Cherokee St. As soon as Operators arrived on scene, they

***LAW ENFORCEMENT USE ONLY. NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 76 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

began being struck with objects.  Less lethal munitions were once again used to disperse the crowd and protect the Officers.  This was successful, and the crowd was driven back and eventually dispersed.

**CRITIQUE/RECOMMENDATION:**

Convoy tactics have not been taught in the past.  This led to lag time in getting trucks mounted up, and finding drivers to stay with their trucks.  Operators don't know how to reverse using ground guides.  These driving techniques and convoy tactics will be covered and practiced for future Operations.

Overall the SWAT Team did an incredible job adapting to an extremely dynamic and hostile environment.  We were not equipped in riot control gear, so Operators sustained injuries to their extremities.  Even with their injuries they pushed on and continued to carry out their assignments.

| NAME (PRINT/SIGNATURE) | BADGE# |
|---|---|
| Sergeant Mark Donohue | 12-2 |

    D.    JCRS AAR 06/01/2020

**CASE NBR:  20-10539 (JCSO)**
**CALL OUT NBR:**      **DATE: 6/1/2020**

**LOCATION: 13th Avenue and Cherokee Street (Denver)**

**TIME PAGED: 1400**
**TIME ARRIVED: 1500**
**TIME CLEARED: 0100**

| TYPE OF DETAIL: | ARREST | SEARCH | PROTECTION | OTHER | AOA: DPD Riots |
|---|---|---|---|---|---|
| OFFENSE: | | | | | |

| TEAM MEMBERS: | POSITION | EQUIPMENT | ARRIVAL TIME |
|---|---|---|---|
| 1) Donohue | Team Leader - BC | | |
| 2) Vogel | Team Leader - BC | | |
| 3) Stegink | Team Leader - Van | | |
| 4) Moretti | LL - BC | | |
| 5) Pitton | LL - BC | | |
| 6) **Neidig** | LL - BC | | |
| 7) Brown | LL - Blue Truck | | |
| 8) Hamilton | LL - Blue Truck | | |
| 9) Beale | LL - Blue Truck | | |
| 10) **Vinnola** | LL - BC | | |
| 11) Bybee | LL - Blue Truck | | |
| 12) Dreith | LL - BC Driver | | |
| 13) Clarke | Lethal Cover - Van | | |
| 14) Griffin | Lethal Cover - BC | | |
| 15) DiDominico | Lethal Cover - Blue Truck | | |
| 16) Colley | LL - Blue Truck | | |
| 17) Moody | Lethal Cover - Driver Blue Truck | | |
| 18) Novak | LL - BC | | |
| Medic 1) Spery | Medic - Ambulance | | |

**TACTICAL COMMANDER: Cmdr. Anthony Baros**    **TEAM LEADER: Sgts Donohue, Vogel, Stegink**

Page **38** of **40**

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

| | | |
|---|---|---|
| **SUPPORT COMMANDER: Cap. Drew Williams** | | |
| **OPERATIONS COMMANDER: Cmdr. Brad Ingermann** | **K-9: Bingham, Dillman** | |
| **DISPATCHER(S):** | **NEGOTIATORS:** | |

| POINT OF ENTRY: | METHOD OF ENTRY:<br>☐ AVON RDS. NBR USED _____<br><br><br>☐ PRY NEEDED <u>N/A</u> | VEHICLES USED:<br>Bearcat, Red Truck, Blue Truck,<br>VAN, Medic Vehicle |
|---|---|---|

**SPECIAL EQUIPMENT:**
FSDD#1-
FSDD#2-
FSDD#3-
BRAND:

**WEAPONS FOUND:**

| | TYPE: | CALIBER: | LOADED: | |
|---|---|---|---|---|
| 1) | TYPE: | CALIBER: | YES | NO |
| 2) | TYPE: | CALIBER: | YES | NO ☐ |
| 3) | TYPE: | CALIBER: | YES | NO ☐ |
| 4) | TYPE: | CALIBER: _____ | YES ☐ | NO ☐ |

**OTHER EQUIPMENT USED:**

| | TYPE: | AMOUNT: | TOTAL MAN HOURS: |
|---|---|---|---|
| GAS Barricade CS/OC | TYPE: | AMOUNT: | NOTES: |
| GAS OC Vapor Hand Held | TYPE: | AMOUNT: | _____ |
| ☐ SMOKE | ☐ TYPE: _____ | ☐ AMOUNT: _____ | _____ |
| ☒ TACTICAL VEST, TACTICAL<br>HELMET | | | _____ |

**INCIDENT DESCRIPTION:** On June 1, 2020 at approximately 1400 hours, the Team met at Jefferson County Headquarters in reference to assisting the Denver Police Department with the continuing riots and demonstrations in their city regarding the death of George Floyd.  During the previous deployments, there were confrontations between the demonstrators and police and assaults between citizens.  During this deployment, the Team responded to various locations to provide security and to monitor the crowds.  During this deployment, the Team did not have any contact with the demonstrators and did not deploy any munitions.  The crowds were peaceful, and the demeanor of the crowds were calmer than on previous deployments.

When responding to District 6 later in the evening to provide security, we were directed by Denver Police to travel northbound on Broadway in front of the State Capital.  When turning on to Broadway, the Team encountered a very large crowd of protesters who were highly agitated, and became even more so when seeing us.  They began throwing rocks and bottles at Team members who were riding on the side of the Bear Cat and equipment trucks.  Several operators were struck by these projectiles.  The Team turned around and took a different route, but we did not engage the protesters with less lethal munitions or chemical munitions.

ARVADA:

GOLDEN: 20-1932

JCSO: 20-10539

**CRITIQUE/RECOMMENDATION:**

At one point during the night when traveling from 13th Avenue and Cherokee Street to the District 6 Station (Colfax Avenue and Washington Street), our convoy turned on to Broadway (at the direction of the Denver Police officer attached to our Team), and we ran into a large gathering of people in front of the State Capital.  There was difficulty in quickly

Page 39 of 40

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

20-cv-1878-RBJ
Exhibit K
Page 78 of 79

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***

turning the vehicles around.  This was noted at other times during our response to assist Denver Police and was discussed at the debriefings.  This is an area that will be address during training and practiced to avoid future conflicts.

| NAME (PRINT/SIGNATURE) | BADGE# | |
|---|---|---|
| Sergeant Tim Stegink | 1148 | |

E.    EQUIPMENT SPECIFICATIONS PDF LINKS

1.    Chemical Agents
   a)    *CTS 5230* CS Baffled Canister Grenade
   b)    *CTS 8230* CS Tactical Canister Grenade
   c)    *CTS 5430* CS Flameless Expulsion Canister Grenade
   d)    *CTS 5440* OC Flameless Expulsion Canister Grenade
   e)    *Defense Technology – Pocket Tactical Grenade*

2.    Kinetic Projectiles
   a)    *CTS 2581* Super Sock Bean Bag
   b)    *CTS 4557* 40mm Sponge, Smokeless, Spin Stabilized
   c)    CTS 4557HV
   d)    *CTS 2552* 12 GA, .31 Cal Sting Balls
   e)    *CT 2553* 12 GA, .31 Cal High Velocity Sting Balls

3.    Flash Sound Diversionary Devices
   a)    *CTS 3556* 37mm .31 Cal Sting-Ball  (may have been *3559*)
   b)    *CTS 7290* Flash Bang, Mini Bang, Steel Body, Single Use

***LAW ENFORCEMENT USE ONLY.  NOT FOR PUBLIC RELEASE***