```
 1            IN THE UNITED STATES DISTRICT COURT
 2                FOR THE DISTRICT OF COLORADO
 3             CIVIL ACTION NO. 1:20-CV-01878-RBJ
 4          (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)
 5
 6                    ELISABETH EPPS, ET AL.,
 7                           Plaintiffs
 8
 9                              V.
10
11             CITY AND COUNTY OF DENVER, ET AL.,
12                           Defendants
13
14
15
16
17
18
19
20
21
22
23   DEPONENT:   JOSHUA GARCIA
24   DATE:       JANUARY 6, 2022
25   REPORTER:   KORTNEY CHASE
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit L**

```
 1   not shot in the head?
 2        A    Correct.
 3        Q    And I'm going to play for you that moment in
 4   the video where you can see the object, and I want you
 5   to focus on the top of the helmet --
 6        A    Sure.
 7        Q    -- hitting the helmet, and we can discuss
 8   after.
 9        A    Okay.
10        Q    Give me one second.  I'm going to start at --
11   okay, it's not perfect but 10 minutes 22 seconds, and I
12   believe at around 10 minutes and 30 seconds is when
13   you'll see Mr. Durass come into this intersection.
14        A    Okay.
15             (VIDEO PLAYS)
16        Q    Okay.  You see the man who is currently
17   engulfed in smoke at the moment --
18        A    Uh-huh.  Yes.
19        Q    -- right here?  Okay.  Focus on him.  And did
20   you see that as he was kicking, his helmet lifted off of
21   his head and then he had to, you know, take his hand and
22   hold it so that it wouldn't fall?
23        A    I didn't see it lift off the head.  I see that
24   it adjusts, but I don't see it -- that could be caused
25   from him leaning forward as well.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit L

```
 1                CERTIFICATE OF REPORTER

 2                   STATE OF COLORADO

 3

 4    I do hereby certify that the witness in the foregoing

 5    transcript was taken on the date, and at the time and

 6    place set out on the Title page hereof, by me after

 7    first being duly sworn to testify the truth, the whole

 8    truth, and nothing but the truth; and that the said

 9    matter was recorded by me and then reduced to

10    typewritten form under my direction, and constitutes a

11    true record of the transcript as taken, all to the

12    best of my skill and ability. I certify that I am not a

13    relative or employee of either counsel and that I am

14    in no way interested financially, directly or

15    indirectly, in this action.

16

17

18
```



```
22    KORTNEY CHASE,

23    COURT REPORTER / NOTARY

24    MY COMMISSION EXPIRES: 08/03/2025

25    SUBMITTED ON: 01/10/2022
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit L**