**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**EXHIBIT M**

**JEFFERSON COUNTY DEPUTIES' MOTION FOR SUMMARY JUDGMENT**

---

     Exhibit M to Jefferson County Deputies' Motion for Summary Judgment is the video recording of Joshua Garcia's deposition taken on January 6, 2022 and will be conventionally submitted to the Clerk of Court on a flash drive via U.S. Mail.