# EXHIBIT B

```
              UNITED STATES DISTRICT COURT

                 DISTRICT OF COLORADO

------------------------------------------------------

Black Lives Matter 5280 et al.,


           Plaintiffs,


     vs.              Case Number 1:2020cv01878

                      Cons w/ 1:2020cv01922



City and County of Denver et al.,


           Defendants.

------------------------------------------------------

              Deposition of Matthew Canino

                        Thursday

                   April 28th, 2021


                         -at-


                 Zoom Remote Deposition
```

Exhibit 5, LLC

```
 1  -- so that's the standard, but in emergency situations,
 2  officers of any rank can make that call as long as they
 3  can articulate that emergency need at the time.  So
 4  generally speaking, it's the command post, incident
 5  commander, and then secondly, it would be the command
 6  officer on the street, so -- so like a lieutenant or a
 7  commander on the street at the event, but anyone, any
 8  officer has the authority to make that call in an
 9  emergency situation.
10       Q.   Okay.  What's an emergency situation?          0:39:58
11       A.   Generally speaking, an emergency situation, I
12  think, in that particular -- in that -- on that
13  particular -- particular issue would be when someone's
14  life is in danger or somebody's in danger of being
15  seriously injured.
16       Q.   Okay.  When -- why is it that, generally,
17  it's the command post or perhaps the commander on the
18  street, such as a lieutenant, that has to authorize the
19  use of tear gas?
20            MR. RINGEL:  Object to the form and the
21  foundation.                                              0:40:53
22       A.   I believe in general, it's for -- it's for
23  the command and control of a situation.  If the command
24  post had -- command -- command post will generally have
25  a better idea of the big picture, and so they can
```

```
 1  sometimes be more -- be in a better position to make
 2  that call, unless you're in an emergency situation, and
 3  when you are, you don't -- you know you are.  It's not
 4  one of those things where you're -- you're guessing,
 5  "Hey, am I in an emergency situation?  Should I deploy
 6  gas?"  Then it's deployed, so that's why they have that
 7  -- officers on the street have that ability, but in
 8  general, you would -- the command post wants that
 9  responsibility because that might not be -- they may
10  know things or see things or have a bigger picture than
11  everyone else does, and understand that, you know, that
12  is the next tactic that they want to use, and then
13  they'll direct people on the ground to do that.  If
14  they wanted to clear an unlawful assembly, that
15  generally comes from the command post as well.  And so
16  it's for command and control for the most part, they
17  want to have -- because deploying gas munitions, as you
18  know, and the reason why we're here, it can aggravate a
19  situation as well, if not used in a proper -- you know,
20  the proper -- at the proper time and the proper
21  circumstances, and they so they want that ability to
22  try to control a situation when, you know, things are
23  kind of borderline, you know, either way.  They don't
24  want somebody on the ground possibly deploying gas when
25  it's not an emergency situation, when they maybe were
```

1  on the verge of actually negotiating a very peaceful,
2  let's say, march through downtown or whatever, and then
3  something happens on the side and somebody deploys gas
4  when it's not an emergency situation.  It still may be
5  justifiable, but not necessarily an emergency
6  situation.  They want to -- they want to have that
7  control of -- as much as they can, you know, from their
8  position, of that operation.
9       Q.   Okay.  When -- what -- what -- give me an
10 example of a circumstance -- you described emergency
11 situations as including when someone's life is in
12 danger or someone is -- is in danger of being seriously
13 injured.  Can you give me some examples?
14      A.   Well I'll give you an example of I gave the
15 command to deploy gas on the street and that was on the
16 very first day of these protests on May 28th when a
17 group of people marched towards the district six
18 station and district officers had formed a skirmish
19 line in order to create a barrier between the
20 protesters and the district station, and we received
21 information that they wanted to destroy the building or
22 burn it.  So while we were holding that line, the SWAT
23 unit was behind the district skirmish line, and while
24 they were holding that line, individuals behind the
25 main group of protesters were launching bottles and

```
 1   rocks and whatever they could find at the officers on
 2   the line.  The officers were pretty much getting
 3   pummeled by whatever was being thrown, mostly rocks,
 4   and just literally constantly being hit and barraged
 5   with rocks and bottles, and so at that point, I knew
 6   that we were in a serious situation where we couldn't
 7   necessarily specifically find and direct munitions to
 8   those people throwing or launching the projectiles
 9   because the -- the group was large enough to where we
10   -- they were concealed by that -- by that group that
11   wasn't necessarily assaulting the officers, and so --
12   but there was so many of them that we couldn't see that
13   were involved in that assault on those officers that I
14   felt like if -- if, you know, the gas wasn't deployed
15   at that moment, we would have to completely withdraw
16   from that position and they would have access to the
17   district station.  So to keep -- in order to keep that
18   line integrity and to protect that district station and
19   the people inside it, I felt like gas needed to be
20   deployed in that situation because officers were
21   getting hit.  Even when -- I saw some of the officers
22   that were getting hit, that had helmets on, with rocks
23   so large that there -- literally, they had a dazed look
24   on their face like they -- I mean, I knew that they
25   were hit so hard that they probably sustained a
```

```
 1  concussion, so that's a serious situation where
 2  officers were either -- you know, guys were either in
 3  danger or they were in -- at risk of being seriously
 4  injured, and some of them were.
 5       Q.   So you're referring to an incident that
 6  occurred on May 28th at Colfax and Washington at about
 7  8:30 p.m., is that correct?
 8       A.   That is correct.                              0:46:16
 9       Q.   Okay.  And who were the officers in the line?
10  Not by name, but just the units they were from?
11       A.   I honestly couldn't tell you exactly what
12  units they were from.  Once everybody has their helmets
13  on and -- you know, they all look the same.  I don't
14  know, I -- I am -- my best guess would be that they
15  were probably assigned to district six and so we were
16  there to assist the district six officers that were
17  already there, but I'm fairly certain that the gang
18  unit was there at the time, now called SORT, as well,
19  possibly some impact teams, but again, I don't know
20  officially which ones were there.
21       Q.   Okay.  You were there with your officers,
22  correct, from the SWAT unit?
23       A.   Correct.
24       Q.   And how many of your officers were there?
25       A.   Well, it would have been me, both of my
```

Exhibit 5, LLC

```
 1  sergeants, and probably, roughly, seven to eight of my
 2  -- my technicians.
 3       Q.   And you were all wearing green fatigues?
 4       A.   Yes, green BDUs.
 5       Q.   Green what?                                 0:47:34
 6       A.   They are called -- we call them BDUs.  I
 7  don't know.  You can call them fatigues if you want to,
 8  it's our uniform.
 9       Q.   Okay.  Battle dress uniform?
10       A.   Yes.
11       Q.   Okay.  And was there any other lieutenant
12  there besides yourself?
13       A.   That's a good question.  I do not recall.
14       Q.   Okay.  You gave the order to -- to deploy
15  tear gas at that time, correct?
16       A.   Well what I did is I got on the air and I
17  asked whoever had gas to deploy it at that time, so I
18  don't know if it was so much of a command as it was a
19  request for please somebody deploy some gas because
20  we're getting beat to death with rocks.
21       Q.   You got on the air and you asked the command
22  post for authorization to deploy tear gas?
23       A.   No, I did not.                              0:48:34
24       Q.   Okay.  Well so what are you saying you said
25  on the air?
```

```
 1        A.   I said -- I don't recall my exact words, but
 2   paraphrasing, I just said, "I need someone to deploy
 3   large canisters of gas," meaning we had tried the
 4   PepperBall at this area, shooting it at the ground
 5   trying to get that crowd to move back so we could try
 6   to address the people who were actually throwing the
 7   rocks and bottles.  It was ineffective, so at that
 8   point, I knew I need -- I needed to use the large
 9   canisters of gas, which put off the -- or they emit the
10   large clouds of the CS gas generally, and that's what I
11   was requesting.
12        Q.   You got on the radio and requested for
13   somebody else to deploy the gas?
14        A.   Correct.  I don't -- I didn't have any, so I
15   just said as a -- in general, whoever was there being
16   assaulted by rocks, I wanted them to deploy gas in that
17   situation.
18        Q.   So I'm -- where -- you were -- were you at
19   the intersection of Colfax and Washington?
20        A.   Yes.                                         0:49:35
21        Q.   Okay.  So what I am trying to understand is
22   you -- you needed to get on the radio to tell your
23   officers who were there to deploy gas?
24        A.   I got on the air to ask all the -- any
25   grenadier that was there that had -- who had gas on
```

Exhibit 5, LLC

```
 1  take into custody was -- the ratio was much smaller --
 2  the ratio of people committing those crimes was much,
 3  much smaller, and we were able to follow them away and
 4  -- and arrest them without incident from -- away from
 5  the scene, and so that's our general practice.  It's
 6  unusual for us to have to deploy gas in a situation
 7  where you have a group that isn't assaulting officers
 8  or committing the -- those crimes, but the group of
 9  people that are and the fact that this group of people
10  who are peaceful at that moment are facilitating the
11  ability for the very large number of people who were
12  assaulting officers to assault officers, that's an
13  unusual situation.
14       Q.   Okay.  So if there is a large number of
15  people who are peaceful, but there are a few
16  individuals in the crowd who are assaulting or
17  attempting to assault officers, is it in accordance
18  with DPD policy to deploy gas on the entire group?
19            MR. RINGEL:  Object to the form and the
20  foundation.                                    1:12:18
21       A.   No, our intent is not to deploy gas to people
22  who are intentionally protesting, that is not the --
23  that's not our intent to gas people who are peacefully
24  protesting.  Our intent is to get those officers out of
25  a situation where their lives are in danger, and the
```

1  fact that there is a group of people there at that
2  intersection with another group of people there
3  assaulting those officers, if you don't do something
4  like deploy gas in that situation, you have to withdraw
5  from that situation or multiple officers would have
6  gone to the hospital.
7      Q.   Have you -- you haven't watched any of the
8  body-worn -- have you watched any of the body-worn
9  camera for the protests?
10     A.   I have seen some.  I haven't specifically
11 watched any video for any specific reason.
12     Q.   What -- what -- what -- when did you watch
13 some body-worn camera video?
14     A.   I think I watched some -- I spoke to the city
15 attorneys, I don't remember for sure.  I watched that
16 intersection at Colfax and Washington, and I don't
17 remember why I watched that, what circumstances we were
18 under.  It might have been, again, with the city
19 attorney.  No, it wasn't.  I just don't remember
20 exactly.  I do remember that video surprised me because
21 it looked so non-chaotic and on the -- on the ground,
22 it was absolutely chaotic.  So I'm not sure when I
23 watched that.  That wasn't body cam video, but I don't
24 think it was Halo camera video.
25     Q.   You weren't wearing a body cam at the time,

```
 1  fugitive apprehension, and on our way home, we were
 2  recalled to the protest.
 3       Q.   Okay.  Did you attend the -- and this was --
 4  this on Thursday, May 28th, the first day of the
 5  protests?
 6       A.   Yes.                                        1:28:21
 7       Q.   And so about what time was it?
 8       A.   I'm guessing 5:30, 6:00, some -- somewhere in
 9  there, just because we worked our normal hours.  I
10  think we were 8:00 to 4:00 that day, we had an hour of
11  overtime, we were on our way home, so I'm guessing,
12  like, it's at 5:00, 5:30, 6:00, somewhere in there.
13       Q.   Okay.  Did you attend any briefing before
14  being -- did you attend a briefing at 4:00 p.m. on May
15  28th regarding the protests?
16       A.   No, I did not.                              1:29:16
17       Q.   Okay.  Are you aware of a supervisor briefing
18  -- a briefing with team supervisors being provided at
19  4:00 p.m. on May 28th?
20       A.   No, I wasn't.  I just -- I wasn't assigned to
21  the protests.
22       Q.   Okay.  So what -- so you said 5:00 or 6:30
23  p.m., you were called to do what?
24       A.   I was called to go and assist the officers at
25  20th and Chestnut -- 20th and Chestnut because a large
```

```
 1  number of people were moving toward the highway and
 2  they wanted assistance with trying to prevent them from
 3  -- to move -- moving out on the I-25 -- preventing them
 4  from moving on the I-25.
 5       Q.   Okay.  So you were with your -- who was with
 6  you at that time?
 7       A.   So as I said, we were all working our normal
 8  shift, and so therefore, we all responded in our
 9  individual cars, we didn't have one vehicle to respond
10  with, so I had my team, but we weren't all necessarily
11  in the same place at the same time in the beginning.
12       Q.   All right.  And what did you deal with at
13  20th and Chestnut?
14       A.   They just kind of filled in the line, there
15  was a scrimmage line there preventing the group from
16  going up at -- and over the 20th Street viaduct so they
17  could access I-25, so we just kind of augmented the
18  line that was already in place there and the group
19  stopped there for a little while, then moved down
20  Chestnut.
21       Q.   Okay.  And what -- did you end up get -- did
22  you -- were you and your team on I-25 when the
23  protesters got onto I-25?
24       A.   We responded down there, yes.          1:31:14
25       Q.   Okay.  So well tell me what happened after
```

```
 1        Q.   Do you know if that was Officer Eberharter?      2:49:01
 2        A.   It looks -- it looks like it, but it's based
 3   off of his -- you know, his movements or --
 4        Q.   Okay.  Now Eberharter threw a canister of gas
 5   just then, correct?
 6        A.   I'm not exactly sure.  It could have been
 7   smoke, but I don't know what he threw.
 8        Q.   What are the possibilities for what it could
 9   have been?  Well let me play it for a few more seconds
10   and we'll see the -- the -- the gas or whatever it is
11   and maybe that will help.
12              (Video COA BLM 294 played)
13        Q.   I've paused it.  So let me ask you this,
14   smoke and -- well, what are the possibilities for what
15   this white smoke could be?
16        A.   It's either smoke or a chemical agent, it
17   could very easily be either one.
18        Q.   Okay.  And they both look similar in -- it's
19   just a plume of white smoke?
20        A.   Yes, you can't tell the difference.           2:50:04
21        Q.   When there is a canister --
22        A.   I can't tell the difference.
23        Q.   -- that's released that's yellow smoke or
24   yellow gas, what is that?
25        A.   I don't know if I've seen yellow gas before
```

```
 1  or --
 2       Q.   Okay.  This --
 3       A.   -- if I ever recognized it --
 4       Q.   Sure.  I'm sorry, go ahead.
 5       A.   -- or recognize yellow gas in the field
 6  before, I don't know.
 7       Q.   Okay.  This officer right here, I'll rewind
 8  it, and he's going to throw something as well.  Can you
 9  tell me who this is?  This is -- I am going to show it
10  from -- we'll go from 19:09:14.
11            (Video COA BLM 294 played)
12       Q.   I have paused it at 19:09:23.  Do you know if
13  that was a member of your team?
14       A.   Could have been, but I -- I don't know who it
15  is.
16       Q.   Okay.  This officer right here with the red
17  sticker on the vest and on the helmet, do you know if
18  that was a sergeant or a lieutenant in the gang unit?
19       A.   I can't tell their rank by that insignia in
20  the back, just that the "G" is a gang unit insignia,
21  but if it has a blue triangle on the back, then that
22  would be a sergeant.
23       Q.   Okay.                                     2:51:25
24       A.   The blue triangular sticker -- sticker, and I
25  -- I see something green there, not really sure what
```