

EXHIBIT C



# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS, ET AL.

# vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# COMMANDER MICHAEL O'DONNELL

# DATE:

# August 04, 2021



```
 1        Q.   Okay.  So that's Aaron Rebeterano you said?
 2        A.   That's correct.
 3        Q.   Okay.  Did you -- when you were at the
 4   intersection of Colfax and Washington at 8:30 on
 5   May 28th, did you give any orders to disperse tear gas?
 6        A.   The -- yes.  The short answer is yes.  We had
 7   to use less lethal in a multitude of varieties.  The --
 8   the officers were taking chunks of concrete, rocks,
 9   canned items.  A barrage of items were being thrown at
10   the officers and causing injury.
11        Q.   Okay.  Did you get authorization from
12   Commander Phelan to deploy tear gas?
13        A.   No.  At that time, in our policy, that was not
14   a requirement.  You do not need to get clearance when
15   you're being attacked under riotous conditions for that
16   kind of deployment.
17        Q.   Did you ever get on the radio and communicate
18   with Commander Phelan to get authorization to deploy
19   tear gas or chemical munitions?
20             MR. RINGEL:  Object to the form.
21        A.   As I mentioned --
22        Q.   Your attorney may object from time to time,
23   but you'll need to answer the question.
24             MR. RINGEL:  That's true.  I just am -- I'm
25        just objecting for the record, Commander.
```


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1              But you're -- Ms. Wang is right.  You do need
 2     to answer the question.
 3              THE WITNESS:  I understand.  Thank you.
 4        A.    Could you repeat the question, please?
 5   BY MS. WANG:
 6        Q.    Sure.  What was -- so you -- you -- did you
 7   disperse or deploy -- and strike that.
 8              When I say tear gas, I'm referring to chemical
 9   agents such as OC or CS in a canister.
10        A.    Right.
11        Q.    Does that make sense to you?  Okay.
12        A.    It does.
13        Q.    All right.  And so, you gave orders to your
14   officers at the intersection of Colfax and Washington on
15   May 28th at 8:30 p.m. to disperse tear gas, correct?
16        A.    Yes.  After orders were -- to the crowd were
17   indicated, move back, move back, trying to get some
18   distance, yes, when they wouldn't, there was less lethal
19   munitions deployed.
20        Q.    Okay.  So you did not need -- and you gave
21   that order without consulting or getting authorization
22   from Commander Phelan first, right?
23        A.    That's correct.  As I mentioned previously, I
24   had the authority under the crowd management policy to
25   deploy that when officers are being violently attacked,
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  so, yes, that is correct.
 2       Q.   Was there a general policy that required the
 3  authorization of a -- of the incident commander to
 4  deploy tear gas?
 5            MR. RINGEL:  Object to form.  Foundation.
 6       A.   No, there was not.
 7       Q.   I'm sorry.  Can you repeat your answer?
 8       A.   I said no, there was not.
 9       Q.   Did you ever get on the radio and communicate
10  with Commander Phelan about what less lethal munitions
11  to use?
12            MR. RINGEL:  Object to the form.
13       A.   Not prior to.  He was advised that we deployed
14  less lethal munitions.
15       Q.   Okay.  So you did not get on the radio and
16  communicate with Commander Phelan before giving an order
17  to deploy tear gas, but you did advise him afterwards?
18       A.   That's correct.
19       Q.   Okay. Was there any other command level
20  officer who gave an order to deploy tear gas at the
21  intersection of Colfax and Washington at 8:30 on
22  May 28th?
23       A.   I don't know.  There was multiple police
24  officers around.  There may have been other command
25  officers that I didn't recognize.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  Q. Okay. And so, if you're faced with thousands
2  of protestors in the area, what would you say would be a
3  significant number?
4  A. Depends. If you're spread out over a mile and
5  you've only got five or six moving up and down, that may
6  not be significant, but it depends on where you were in
7  the line.
8  Where we were at, we were taking a lot of
9  rocks and bottles, so I could not even begin to estimate
10 how many.
11 But I know I was hit by multiple rocks. All
12 of my officers were hit by rocks. I was injured that
13 day during this protest event, so this was really
14 riotous conditions, not a protest. There were --
15 Q. Okay. So --
16 A. -- folks there that wanted to protest, but
17 their message was being overtaken by the violent
18 engagements.
19 Q. So in your view, the -- the crowd that was at
20 the intersection of Lincoln and Colfax between 6:00 and
21 8:00 p.m. constituted a riot?
22 A. Not all of them, but, yes, a significant
23 number of them were riotous mob conditions.
24 Q. Well, either an assembly is a riot or it
25 isn't, and either you can decide that it's reached

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q. Okay. And did you and your -- where did
2  your -- where did your officers go -- I know that you --
3  you encountered a group of protestors at the
4  intersection of Colfax and Clarkson, correct?
5  A. That's correct.
6  Q. And then did you move somewhere else at some
7  point that evening?
8  A. Yes. That group that was at Colfax and
9       Clarkson were using the cross sticks to
10 launch landscape rocks, the big four- to six-inch ones.
11 In fact, one hit
12 Sergeant -- Sergeant Bowser was there. I do recall that
13 because he took a landscape rock in the face, in his gas
14 mask, knocked him backward.
15      Officer Randy Yoder took one to the leg and
16 knocked him down.
17      Officer Heather Jossi took one of the rocks to
18 her helmet, and it tore a big chunk of protective gear
19 out of her helmet.
20      I took a rock to the ankle, further injuring
21 my -- my ankle.
22      So we did have to use our resources to push
23 them east on Colfax to about Ogden.
24 Q. Okay. So what time was it when you got to
25 Ogden?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com