# EXHIBIT D

```
 1               IN THE UNITED STATES DISTRICT COURT
 2                  FOR THE DISTRICT OF COLORADO
 3
 4     - - - - - - - - - - - - x
 5    BLACK LIVES MATTER       :
 6    5280, et al.,            :   Civil Action No.
 7          Plaintiffs,        :   1:20-cv-01878-RBJ
 8      v.                     :   (Consolidated with
 9    CITY AND COUNTY OF       :   1:20-cv-1922-RBJ-MEH)
10    DENVER, et al.,          :
11          Defendants.        :
12     - - - - - - - - - - - - x
13
14            Deposition of SERGEANT RICK BEALL,
15                    Conducted Virtually,
16                  Thursday, April 1, 2021,
17                       4:08 p.m. EST
18
19
20     Job No.: 363684
21     Pages: 1 - 137
22     Reported By: Karen Klerekoper, CSR-4250, RPR
23
24
25
```

Transcript of Sergeant Rick Beall
Conducted on April 1, 2021                              22

| | |
|---|---|
| 1    A  I don't know when exactly.  I know that, | 16:29:14 |
| 2  to the best of my knowledge, it was the 17 days | 16:29:17 |
| 3  afterwards that it was requested. | 16:29:20 |
| 4    Q  What was your purpose in writing the | 16:29:24 |
| 5  statement? | 16:29:29 |
| 6    A  I believe the purpose was just to collect | 16:29:32 |
| 7  a written statement of what took place as far as | 16:29:36 |
| 8  myself and our team members. | 16:29:39 |
| 9    Q  Okay. | 16:29:42 |
| 10   A  I don't know why they requested it. | 16:29:43 |
| 11   Q  On the first page of your statement it | 16:29:46 |
| 12  says in the fourth paragraph:  I was assigned to | 16:29:50 |
| 13  the protests on 05-28-2020, 5-29, 5-30, 5-31, 6-1, | 16:29:54 |
| 14  6-2, 6-4 and 6-6 with my team:  Officer Pittsley, | 16:30:03 |
| 15  Officer Cane, Officer Spencer and Officer LeFebre. | 16:30:09 |
| 16       So how did you recall what were all the | 16:30:17 |
| 17  days that you were there? | 16:30:19 |
| 18   A  I believe that I, I possibly could have | 16:30:19 |
| 19  referred to TeleStaff, but it was still pretty | 16:30:24 |
| 20  fresh that we were down there for multiple days. | 16:30:28 |
| 21   Q  Is TeleStaff the thing that tells you what | 16:30:30 |
| 22  days you were working? | 16:30:34 |
| 23   A  Yes, ma'am. | 16:30:35 |
| 24   Q  Now, during the days of the protests, | 16:30:35 |
| 25  these days that you mention on the first page of | 16:30:40 |