LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

**EXHIBIT E**



# KENTUCKIANA
## — COURT REPORTERS —

## CASE NO. 1:20-cv-01878-RBJ

## ELISABETH EPPS, ET AL.

## V.

## CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## SERGEANT MARCO MARTINEZ

## DATE:

## September 22, 2021



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273



www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021
77

1   were taking, when that started occurring, there was no

2   way to identify specific people or even safely go into

3   that crowd with just a handful of officers.

4        **Q.   Okay.  So at no time between 6:00 and 8:00**

5   **p.m. when you were at the intersection of Lincoln and**

6   **Colfax on**

7   **May 30th could you identify a specific person who threw**

8   **something; is that right?**

9        A.   No, that's not correct.  There were -- you can

10  identify specific people doing things.  There was no way

11  to go into the crowd and arrest them safely.

12       **Q.   Why not?**

13       A.   Because it was a violent crowd.  We were being

14  shot at with fireworks, mortars, golf balls, rocks,

15  bottles.

16       **Q.   There were fireworks thrown from this crowd**

17  **between 6:00 and 8:00 p.m.?**

18       A.   I was hit with a mortar in my leg on that

19  evening.  I don't know what time, but yes, I was hit

20  with a firework that evening.

21       **Q.   Was it -- was it after dark?**

22       A.   It wasn't completely dark, no.

23       **Q.   Was it getting dark?**

24       A.   Starting to get dark, yes.

25       **Q.   Okay.  Do you recall if it was before or after**



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com