

EXHIBIT F

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT KEVIN CARROLL

# DATE:

# July 27, 2021



1    Q.    Are you done?

2    A.    Yep.

3    Q.    All right.  So, to the best of your
4 recollection, what exactly do you recall about the night
5 of those protests?

6          Excuse me.  Sorry.  Let me ask that better --
7 ask a better question than that.

8          To the best of your recollection, what do you
9 recall about the night of May 31st, 2020?

10    A.    Specific to that Colfax and Emerson or the
11 whole --

12    Q.    (Nods head.)

13    A.    Okay.  So there was an extremely large crowd,
14 very -- very violent.  They were throwing large river
15 rocks via lacrosse sticks, fireworks were being thrown,
16 other items were being thrown at us.

17          We originally were -- set up a scrimmage line
18 at the line of the District 6 fence, but because of the
19 concert hall and the lighting of that concert hall, we
20 couldn't see the items coming towards us, so we moved up
21 to the curb lane at Colfax so that we could get a better
22 view.

23          The items were still coming at us.  We made
24 the decision to -- there was a large group on
25 Washington, on the west side of the District 6 station.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS