**EXHIBIT G**

# DENVER POLICE DEPARTMENT OPERATIONS PLAN

# Justice for George Floyd Protest and Rally
## 05/28/2020



**HIGHLY CONFIDENTIAL – OFFICER SAFETY INFORMATION**
**Law Enforcement Sensitive – For Official Use Only**
**Not For Release to Non-Law Enforcement Personnel**
**Disseminate on a Need to Know Basis Only**

*This document is the property of the Denver Police Department, is loaned to your agency, and is not to be disclosed outside your agency without the prior written approval of the Custodian of Records for the Denver Police Department.*

CONFIDENTIAL  Subject to Protective Order                              DEN001946

# Special Event Operations Plan

## Denver Police Department · Special Event Operations Plan

| | | | | |
|---|---|---|---|---|
| **Assignment**: All | | **Event / Issue**: Rally/Protest | | Protest |
| **Event Location**: State Capital area | | **Date** 05/28/2020 | **Start**: 1700 | **End**: 1900 |
| **Command Post:** Yes ☒  No ☐ | Unified: Yes ☐  No ☒ | | Location: ▮▮▮▮▮ | |
| **Roll Call Location**: | ▮▮▮▮▮ | | Time: ▮▮ | |
| **Staging Location**: | ▮▮▮▮▮ | | Time: ▮▮ | |

### Command Personnel

| | | | |
|---|---|---|---|
| Incident Cmdr: | CMD Patrick Phelan | Cell: ▮▮ | Radio LID ▮▮ |
| Operations Chief | | Cell: ▮▮ | Radio LID |
| Command Post | LT Robert Wyckoff | Cell: ▮▮ | Radio LID |

### Staffing

| Primary: | DMU | Traffic | 690 | |
| --- | --- | --- | --- | --- |
| | Metro/SWAT | | | |
| | | | | |
| Other City Agencies: | ☐ DFD   ☒ DSD | ☒ DHMC | ☐ Public Works | ☐ Traffic Engineers |

### Event Organizer

Permit Required: Yes ☐  No ☐   Obtained: Yes ☐  No ☒   Permit Holder:
Contact Person # 1:     Contact Person # 2:
Organization:     Organization:
Address:     Address:
Phone # 1:     Phone # 2:     Phone # 1:

### Communications

| Assignment: ▮ | Talk Group: ▮▮ | Assignment: | Talk Group: |
| --- | --- | --- | --- |
| Assignment: | Talk Group: | Assignment: | Talk Group: |
| Assignment: | Talk Group: | Assignment: | Talk Group: |
| Assignment: | Talk Group: | | |

### Equipment / Logistics / Finance

| | | | | |
|---|---|---|---|---|
| ☐ French Barricade | ☐ Glow Posts | ☐ Jersey Barricade | ☐ Type 3 Barricade | ☒ Police Tape |
| ☒ Standard Uniform | ☒ BDU | ☒ Riot Gear | ☐ WMD Suit | ☐ Urban Rifle |
| ☒ BWC | ☒ Taser | ☒ Fire Extinguisher | ☐ SUV | ☐ Other |

| ☐ Scout Car | ☐ Bus | ☐ Command Van | ☒ PepperBall | |
| --- | --- | --- | --- | --- |
| ☐ O.T. Code: | ☐ Diagram | ☒ Tear Gas | ☒ RDV | |

### Denver Police Department · Special Event Operations Plan (continued)

#### Potential / Anticipated Issues

| ☐ None | ☒ Traffic Disruption | ☒ Ped. Disruption | ☐ Trespass | ☐ Other: |
| --- | --- | --- | --- | --- |
| ☐ Interference | ☐ Property Damage | ☐ Noise Dist. | ☐ Assault | |

#### Potential / Anticipated Responses

[redacted]

#### Notifications

[redacted]

# Event Synopsis

On **Thursday, May 28, 2020,** the Denver Police Department became aware of a planned protest and rally concerning a controversial police incident involving the Minneapolis Police Department that resulted in the death of a citizen. The incident has drawn national attention, resulting in protests in major cities across the country. Officers from Traffic Operations, METRO/SWAT, District 6 DMU, District 1, District 3, District 4, and District 5 were assigned to the event to provide security to the event particpiants. Traffic Operations officers were assigned to various intersections along the route to control pedestrian/vehicular traffic and assist with short-term road closures.

# Response Plan

The Incident Commander is CMD Patrick Phelan, who will assign areas of responsibility, identify staging locations and outline strategies and tactics at a supervisory briefing at [redacted] The overall police mission is threefold:

1. To protect life and safeguard property;
2. To provide for the safety of protest participants, bystanders and passersby;
3. To take law enforcement action when it is appropriate and in the public interest.

### Deployment Plan

All officers will be divided into teams and deployed as needed. Officers are advised to monitor demonstrators for illegal acts and advise their supervisor prior to taking action, if possible. **The benefit of taking immediate action should be weighed against the**

**possibility of further inciting the crowd and possibly creating a more serious breach of the peace.** The overall response will be in accordance with the guidelines established in the Denver Police Department Crowd Management Manual.



### Uniform of the Day

All officers assigned to the incident will wear the standard regulation department uniform, with either short or long-sleeved shirts, and the authorized police jacket at their election.

### Equipment

Mandatory equipment for all Division and Rapid Deployment personnel includes:

- **Personal Protective Equipment related to COVID 19 (masks, gloves, eye protection)**
- Riot Helmet and Baton
- Gas mask and Turtle Suit
- Fully charged radio and extra battery for all supervisors

### Command Post ▬▬▬▬▬▬▬▬

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

### DHMC

**Supervisor Julia Arellano available by phone (▬▬▬▬▬▬▬.**

### Scout Car

No. If needed Captain Kelly Bruning also available by phone ▬▬▬▬

### RTD

RTD available via ▬▬▬▬▬▬▬▬

### Communications Plan



### Video and Halo

A HALO operator will monitor the event from ▇▇▇▇▇▇▇▇▇▇▇▇ EACH TEAM will ensure video tape capability via BWC. All videos will be downloaded, if enforcement actions are taken.

### Colorado State Patrol

The Colorado State Patrol is responsible for the Capital grounds and Veterans Park. CSP can be immediately contacted through their Operations Center at ▇▇▇▇▇▇▇▇. **Captain Dan Haley will be on Capital grounds.**

### Denver Traffic Management Center

The Denver Traffic Management representative **Kelly Colvin (**▇▇▇▇▇▇**)** can address any transportation related questions or issues.

### After Action Reports

Any officer deploying chemical agents or using force during the events will adhere to normal use of force reporting requirements. Arrest, Use of Force, and other pertinent event information will be reported to the Incident Commander as soon as practical. **One After Action Report for the event will be completed by LT Robert Wyckoff.**

# Area Maps





EOD
DET Campbell
V23

Incident Commander
CMD;Phelan,A9

HALO



# Legal Guidelines

**Stop and Frisk**

Persons taking part in marches, parades or lawful protests are engaged in constitutionally protected activities. They may wear masks, disguises or costumes as long as they do not engage in criminal activity. The fact that persons are wearing masks, disguise or costumes is not a basis for an arrest. Persons wearing masks, disguises or costumes may also carry signs, as long as they do not engage in criminal activity. Persons wearing masks, disguises or costumes may be observed and monitored, but are not necessarily subject to contact or investigative stops.

## **Ordinances and Statutes**

*ACTION*: Persons carrying any visible weapon anywhere in Denver. Weapons can include pistol, revolver, Rifle, shotgun, machine gun, air gun, gas operated gun, spring gun, sling shot, blackjack, Nunchaku, brass knuckles, or artificial knuckles or any substance whatsoever, or any switchblade Knife, gravity knife, or any knife having a blade greater than 3 ½ inches in length, or any explosive Device, incendiary device or bomb, or other dangerous or deadly weapon.

*CHARGE*: D.R.M.C. 38-117(b) Dangerous or deadly weapons—Prohibitions.

*ACTION*: Persons, who actually obstruct a street on the parade route, if ordered to move on or disperse, fail to obey that order.

*CHARGE*: D.R.M.C. 38-86, Obstruction of Streets or Other Public Passageways, and D.R.M.C. 38-87, Disrupting Lawful Assembly.

*ACTION*: Persons, standing on the sidewalks along the parade route during the parade, which block free passage of the sidewalk.

*CHARGE*: D.R.M.C. 38-86 Obstruction of Streets or Public Passageways.

*ACTION*: Individual is in possession of equipment that they intend to use to obstruct public access or the movement of emergency equipment, or in possession of any noxious substance, or dangerous or deadly weapon that is intended to be used to defeat crowd dispersal methods.

*CHARGE*: D.R.M.C. 38-125 Obstruction Equipment Prohibited.

*ACTION*: Individuals who hold a counter parade without a permit, identified as unauthorized participants, advised that they are participating in an illegal parade, ordered by a police officer to leave the parade route, and fail to obey that order.

*CHARGE*: D.R.M.C. 54-360, Parade permit required, and D.R.M.C. 38-31(c), Failure to obey a lawful order.

*ACTION:* Individuals, whether protestors or authorized parade participants, who throw hard objects towards other persons or into a crowd of people.

*CHARGE:* D.R.M.C. 38-127, Throwing stones or missiles, and, if the object actually strikes an identified person, D.R.M.C. 38-93, Assault.

*ACTION*: Individuals, whether protestors or authorized parade participants, who make statements directed to a specific known individual that they will kill or injure the individual.

*CHARGE*: D.R.M.C. 38-92(a), Threats to injure persons.

*ACTION*: Individuals, whether protestors or authorized parade participants, who make statements like, "I will fight with any person who crosses this street."

*CHARGE*: D.R.M.C. 38-89 (a), Disturbing the peace, fighting words.

*ACTION*: Individuals, whether protestors or parade participants, who make statements like: "Fuck you."
*CHARGE*: None. Free speech rights in the context of a political parade protect what would otherwise be considered obscene language.

*ACTION*: Individuals, whether protestors or authorized parade participants, who use amplified equipment during the parade.

*CHARGE*: None

*ACTION*: Individuals, whether protestors or authorized parade participants, who commit other crimes such as assault or destruction of property.

*CHARGE*: Appropriate city or state charge.

- C.R.S. 12-47-901 (1) (h) Public consumption of malt, vinous, spirituous liquor
- C.R.S. 12-47-901 (1) (c) Possession of alcohol by a person under 21
- D.R.M.C. – 34-46 Wrongs to Minors
- D.R.M.C. - 54-127  Open container of alcohol in a vehicle
- D.R.M.C. – 38-5 Alcoholic beverages, bottles and cans prohibited in certain facilities
- D.R.M.C. – 38-31 Interference with Police Authority
- D.R.M.C. – 38-32 Resistance
- D.R.M.C. – 38-36 Aiding or rescuing prisoners
- D.R.M.C. – 38-40 False Information
- D.R.M.C. – 38-61 Damaging, defacing or destruction of public property
- D.R.M.C. – 38-62 Protection of fire and police department property
- D.R.M.C. – 38-71 Damaging, defacing or destruction of private property
- D.R.M.C.- 38-86 Obstruction of Streets or Public Passage ways
- D.R.M.C. – 38-89 Disturbance of the peace
- D.R.M.C. – 38-89 (a) Disturbance
- D.R.M.C. – 38-92 Threats
- D.R.M.C. – 38-93 Assault
- D.R.M.C. – 38-96 Irritants
- D.R.M.C. – 38-97 Use of stench bombs
- D.R.M.C. – 38-99 Urinating in public
- D.R.M.C. – 38-101 Prohibited noises
- D.R.M.C. – 38-102 Possession of graffiti materials prohibited
- D.R.M.C. – 38-115 Trespass
- D.R.M.C. – 38-117 Prohibitions on weapons
- D.R.M.C. – 38-119 Certain knives unlawful
- D.R.M.C. – 38-121 Firing or discharging dangerous or deadly weapons
- D.R.M.C. – 38-126 Incendiary or explosive device
- D.R.M.C. – 38-127 Throwing stones or missiles
- D.R.M.C. – 38-191 Stepping on or off moving vehicles (buses, railroad cars)
- D.R. M.C.- 39-7 Camping and erection of tents and buildings prohibited
- D.R.M.C. – 38-175 Possession or Consumption of Marijuana
- D.R.M.C. – 25-14-204 General Smoking Restrictions (Colorado Clean Air Act)
- CRS 42-4-1305.5 Open Marijuana Container – Motor Vehicle – Prohibited

### *Crowd Control*

Officers will make every effort to differentiate between individual misbehavior and actions of the crowd in general, and to minimize the risk that arrests may be directed at persons who are not in violation of the law. Voluntary compliance by members of the crowd and allowing the lawful members of the crowd and their leadership the opportunity to assist the police in gaining lawful compliance from crowd members is, in most circumstances, a sound de-escalation tactic. Apply the performance guidelines

detailed in the Crowd Management Manual and the stated Rules of Conduct and Rules of Engagement.

### *Order to Disperse*

In the event an unlawful assembly is declared, the following dispersal order must be given. Three warnings will be given using an amplified sound system. All warnings and arrests will be videotaped. The command officer that gives the dispersal order is required to write a statement.  Copies of that statement should be attached to the city attorney's copy of the paperwork.  **The Order to Disperse will be given by a Lieutenant designated by the IC.**

---

"I am _____of the Denver Police Department.
     *(Rank and Name)*)

**This assembly is in violation of _____.**
                                      *(City Ordinance or State Statute – stated in general terms*)

**You must disperse.  Failure to disperse will subject each of you to arrest and prosecution. If you remain, reasonable and necessary force may be used to remove you.**

**The following are routes of dispersal for you to peacefully leave the area: _____.**
  *(Describe the route you want the crowd to take to leave the area).*

**You have _____ minutes to leave the area.**
*(Provide a reasonable time for the crowd to leave taking into account the number of participants, location and the number of routes to disperse.)*

**The time is _____."**

---

Sec. 38-117. - Dangerous or deadly weapons—Prohibitions.

(a)   It shall be unlawful for any person, except a law enforcement officer in the performance of duty, to wear under their clothes, or concealed about their person any dangerous or deadly weapon, including, but not by way of limitation, any pistol, revolver, rifle, shotgun, machine gun, air gun, gas operated gun, spring gun, sling shot, blackjack, nunchaku, brass knuckles or artificial knuckles of any substance whatsoever, or any switchblade knife, gravity knife, or any knife having a blade greater than three and one-half (3½) inches in length, or any explosive device, incendiary device or bomb, or other dangerous or deadly weapon.

(b)   It shall be unlawful for any person, except a law enforcement officer in the performance of duty, to carry, use or wear any dangerous or deadly weapon, including, but not by way of limitation, any pistol, revolver, rifle, shotgun, machine gun, air gun, gas operated gun, spring gun, sling shot, blackjack, nunchaku, brass knuckles or artificial knuckles of any substance whatsoever, or

    switchblade knife, gravity knife, or any knife having a blade greater than three and one-half (3½) inches in length, or any explosive device, incendiary device or bomb, or any other dangerous or deadly weapon.

(c)  It shall be unlawful for any person, except a law enforcement officer in the performance of duty, to display in a threatening manner, or to flourish any dangerous or deadly weapon, including, but not by way of limitation, any pistol, revolver, rifle, shotgun, machine gun, air gun, gas operated gun, spring gun, sling shot, blackjack, nunchaku, brass knuckles or artificial knuckles of any substance whatsoever, or any switchblade knife, gravity knife, or any knife having a blade greater than three and one-half (3½) inches in length, or any explosive device, incendiary device or bomb, or other dangerous or deadly weapon.

(d)  In addition to any other penalty imposed by lawful authority, every person convicted of any violation of this section may be required to forfeit to the city such dangerous or deadly weapon so concealed or displayed.

(e)  Nothing in this section shall be construed to forbid any peace officer as defined by law from carrying, wearing or using such weapons as shall be necessary in the proper discharge of the officer's duties.

(f)  It shall not be an offense under 38-117(a) or 38-117(b) if:

   (1)  The person, at the time of carrying the concealed weapon, holds a valid written permit to carry a concealed weapon issued pursuant to section 18-12-105.1, C.R.S., prior to its repeal, or, if the weapon involved was a handgun, holds a valid permit or a temporary emergency permit to carry a concealed handgun issued pursuant to state law and is otherwise carrying the handgun in conformance with any applicable state or local law; or

   (2)  The person is carrying the weapon concealed within a private automobile or other private means of conveyance, for hunting or for lawful protection of such person's or another person's person or property, while travelling, and the weapon is not an explosive device, incendiary device, or a bomb. If the weapon is a firearm being transported for hunting, it shall be unloaded while being carried within the private automobile or other private means of conveyance.

(g)  Any sentence imposed for violation of subsection (a) shall run consecutively and not concurrently with any sentence for any other offense, if the weapon involved was a pistol, revolver, rifle, shotgun, machine gun, air gun, gas operated gun, spring gun, explosive device, or incendiary device or bomb.

(h)  Persons convicted of violating and persons pleading guilty or nolo contendere to violation of subsection (a) shall, in addition to any sentence of jail time, pay a fine of at least the following amount when the weapon involved was a pistol, revolver, rifle, shotgun, machine gun, air gun, gas operated gun, spring gun, explosive device, or incendiary device or bomb:

| First offense | $500.00 |
|---|---|
| Second offense within 5 years | 750.00 |
| Third and subsequent offenses | 999.00 |

(Code 1950, § 845.1; Ord. No. 621-86, § 1, 9-22-86; Ord. No. 758-91, § 1, 10-21-91; Ord. No. 434-94, § 1, 6-27-94; Ord. No. 538-00, § 1, 7-3-00; Ord. No. 469-04, § 1, 7-12-04; Ord. No. 38-07, § 1, 1-22-07)

### Sec. 38-86. Obstruction of streets or other public passageways.

(1) It shall be unlawful for any person to knowingly:

   (a) Obstruct a highway, street, sidewalk, railway, waterway, building entrance, elevator, aisle, stairway, or hallway to which the public or a substantial group of the public has access or any other place used for the passage of persons, vehicles, or conveyances, whether the obstruction arises from the person's acts alone or from the person's acts and the acts of others; or

   (b) Disobey a reasonable request or order to move issued by an individual the person knows, or reasonably should know, to be a peace officer, a firefighter, or a person with authority to control the use of the premises, to prevent obstruction of a highway or passageway or to maintain public safety by dispersing those gathered in dangerous proximity to a fire, riot, or other hazard.

(2) For purposes of this section, "obstruct" means to render impassable or to render passage unreasonably inconvenient or hazardous.

(3) It is an affirmative defense to charges brought under this section that the obstruction was authorized by a permit issued pursuant to this Code, or the Denver Building Code.

### Sec. 38-125. Obstruction equipment prohibited.

(a) It shall be unlawful for any person, other than governmental employees in the performance of their duty, to possess any tool, object, instrument or other article adapted, designed or intended to be used for obstructing the public's ability to freely move about on roadways, sidewalks or any other area to which the public or a substantial group of the public has access or for inhibiting emergency equipment from being moved without impediment or delay, with the intent to use the object by itself or in combination with other objects for obstructing the public's ability to freely move about on roadways, sidewalks or into or out of buildings or for inhibiting emergency equipment from being moved without impediment or delay. This shall include, but is not limited to, any sections of pipe or containers filled with or wrapped in weighted material such as concrete and/or containing handcuffs, chains, carabiners, padlocks or other locking devices.

(b) It shall be unlawful for any person to possess any noxious substance, or dangerous or deadly weapon as defined in DRMC section 38-117 with the intent to use the noxious substance or dangerous or deadly weapon for defeating crowd dispersal measures.