

# EXHIBIT Q

## CIVIL ACTION NO. 1:20-CV-01878-RBJ

### ELIZABETH EPPS, ET AL.

### V.

### CITY AND COUNTY OF DENVER, ET AL.

### DEPONENT:
### CHIEF RON THOMAS

### DATE:
### August 26, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273
www.kentuckianareporters.com

```
 1         affirm the testimony you're about to give in this
 2         case will be the truth, the whole truth, and
 3         nothing but the truth so help you God?
 4              THE WITNESS:  I do.
 5              COURT REPORTER:  Thank you, sir.
 6                   DIRECT EXAMINATION
 7   BY MS. WANG:
 8        Q.   Could you please state your name and spell it
 9   for the record?
10        A.   It's Ron Thomas, so it's R-O-N, T-H-O-M-A-S.
11        Q.   Okay.  And your current position is division
12   chief in the Denver Police Department?
13        A.   That is correct.
14        Q.   Okay.  And how long have you held that
15   position?
16        A.   Three years.
17        Q.   Have you ever been deposed before?
18        A.   Yes.
19        Q.   Okay.  On how many occasions?
20        A.   A couple of occasions, I believe.
21        Q.   Okay.  And what were those cases relating to?
22        A.   Employee matters.  Termination cases and --
23   and incidents where former officers were -- were suing
24   the department.
25        Q.   Okay.  So let me just set forth a few ground
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  rules for the deposition.  I'll be asking you some
2  questions in relation to the protests last summer.  If
3  you -- if we have any technical difficulties, since
4  we're doing this over video, or you can't hear me or
5  you're not sure what I asked, please let me know and
6  I'll try to -- we'll take a break to fix the technical
7  problems, or if you don't understand a question that I
8  ask, I'll be happy to try to clarify; is that fair?
9         A.   Yes.
10        Q.   Okay. And, then, conversely, if you answer
11 the question that I asked, I will assume that you
12 understood my question; is that fair?
13        A.   Yes.
14        Q.   Okay.  We can take a break at any time, but
15 just not when a question is pending, okay? So can you
16 just give me a real brief rundown of your employment
17 with the DPD starting when you joined?
18        A.   Okay.  So I started with the Denver Police
19 Department January of 1989.  Completed academy training
20 and went to patrol in District 2 as an officer, held a
21 number of assignments in patrol.  Was promoted to the
22 rank of detective.  Swerved in a number of capacities as
23 a detective.  I was promoted to the rank of sergeant, I
24 believe, in 1987.  Assigned, again, to patrol.  Then,
25 reassigned after a couple of years, in District 4 to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   some different investigative units, to include
2   Narcotics, as well as Internal Affairs. Was promoted to
3   the rank of lieutenant, I want to say, somewhere 2007,
4   somewhere around there.  Returned to the Patrol
5   division.  Worked a number of assignments throughout the
6   department as a lieutenant.  Again, in Internal Affairs.
7   As a lieutenant in Internal Affairs, I was promoted to
8   the rank of commander where I served as the commander of
9   the Internal Affairs Bureau until roughly 2014 where I
10  was appointed as the commander of police District 5.
11  I was the commander of police District 5 probably until
12  2017 where I was shifted over to police District 2.  And
13  then I believe in 2018, when Chief Pazen was appointed
14  as chief of police, I was appointed as the division
15  chief of patrol.
16        Q.   Okay.  And did you say you made sergeant in
17  1987 or '97?
18        A.   '97.  I started the academy in 1989.
19        Q.   Okay. Great. All right.  So what are your
20  responsibilities and duties as division chief of patrol?
21        A.   So the city is divided into six patrol
22  districts, and each commanded by a district commander.
23  So those six district commanders are my direct reports.
24  So I manage the patrol functions and the general
25  assignment investigative functions at the district level

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    Q.   Okay.  How did you learn of it?
2    A.   I don't -- I don't know if it was Chief Pazen
3  or if it was Chief Archer, or it could have even been
4  Commander Phelan, let me know that that was going to be
5  an additional tool that we would be able to use in our
6  attempt to manage the protests.
7    Q.   Okay.  So this was a -- you learned of the
8  curfew -- emergency curfew through a conversation with
9  one of these individuals?
10   A.   I believe so.
11   Q.   Okay.  And what -- I know you don't recall
12 which -- which one of them it was, whether it was Chief
13 Archer, or Pazen, or Incident Commander Phelan, but do
14 you recall what the substance of the conversation was?
15   A.   You know, not specifically.  I mean, I -- I --
16 I knew that the mayor was going to be issuing a curfew
17 and that it was being done in order to try to help us
18 clear, you know, the area, you know, to help us better
19 manage the protests.
20   Q.   Okay.  So what exactly was your understanding
21 of the purpose of the curfew?
22   A.   Well, my -- my understanding of the purpose of
23 the curfew was that there were a number of violent and
24 destructive events that were going on during the
25 protests.  That was our primary concern.  And -- and in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1   order to help us manage the -- the violence and the
 2   destruction, we wanted to -- or the mayor ultimately
 3   decided to -- to issue a curfew order to get people to
 4   leave the area, so that we could, you know, better
 5   manage them.
 6        Q.   Okay.  What did you do to prepare for this
 7   deposition?
 8        A.   I -- I had a conversation with a couple of the
 9   city attorneys.
10        Q.   And who was it?
11        A.   Ms. Jordan here and also another individual
12   named Andrew in the City Attorney's Office.
13        Q.   How long were those meetings?
14        A.   An hour or so.
15        Q.   Did you review any documents in preparation
16   for this deposition?
17        A.   I did.
18        Q.   What did you review?
19        A.   E-mails and text messages that I either sent
20   or were copied on.
21        Q.   Okay.  And what was your understanding of how
22   the curfew -- well, sorry.  Strike that. Did you have
23   any discussions with anybody else at the city, or the
24   police department, about how the curfew would be
25   enforced?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   Yes, in a couple of different capacities.
 2        Q.   Okay.  Who did you have those conversations
 3   with?
 4        A.   So I think initially conversations with the
 5   leadership team in the command post, so that would be
 6   Commander Phelan, the other division chiefs, chief and
 7   deputy chief, and I think we wanted to make sure
 8   everybody understood at that level that -- that this
 9   curfew was a tool for us to use to -- to help us manage
10   the -- you know, the violence and destruction that was
11   occurring, and that the individuals that we were
12   interested in enforcing that curfew against were those
13   individuals that were engaged in those violent and
14   destructive acts. And then -- and then I passed along
15   that message to the district commander, so that they
16   could make their officers aware.
17        Q.   Okay.  Did you believe it was protestors who
18   were engaged in the violent and destructive acts that
19   you wanted to manage or prevent?
20        A.   Well, you know, I think -- I don't think it's
21   fair to say that they were protestors.  You know, I -- I
22   would call them agitators who were engaged in the
23   violent and destructive behavior.
24        Q.   Okay.  So you had a conversation with Phelan,
25   the chief of police, the deputy chief, and other
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1  division chiefs, wherein you discussed that the curfew
 2  would be enforced against those who were engaged in
 3  violent and destructive acts; is that right?
 4       A.   That was the gist of our conversation.
 5       Q.   Okay.  And you passed that message to the
 6  district commanders in order to inform them of how the
 7  curfew should be enforced, right?
 8       A.   Yes.
 9       Q.   Okay.  Is it your understanding that the other
10  division chiefs also passed the message along to the
11  commanders they were supervising such as Metro/SWAT? You
12  know, for -- it would be -- for Montoya, it would be
13  Metro/SWAT and Tactical Unit and so forth.
14       A.   I would assume so.
15       Q.   Okay.  Did you have any discussions or e-mail
16  communications with the mayor concerning how he wanted
17  the curfew enforced?
18       A.   I didn't personally, no.
19       Q.   Okay.  But your understanding was that the
20  chief of police was onboard with this plan that you and
21  he and Phelan and the deputy chief and the other
22  division chiefs came up with to enforce the curfew
23  against those who are engaged in violent and destructive
24  acts, right?
25       A.   So -- I mean, that was -- that was the -- that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  was the intent of the enforcement.
2      Q.   Okay.  And you communicated the -- that intent
3  by telling your commanders to enforce the curfew against
4  people engaged in protest-related behavior, correct?
5      A.   Correct.
6      Q.   Okay.  I'm showing you the document that's
7  been Bates stamp DEN013053.
8           Have you -- I'll give you moment to look it
9  over, but have you seen this document before?
10     A.   I have.
11     Q.   Okay.  Is this one of the documents that
12 you've reviewed in preparation for this deposition?
13     A.   It is.
14     Q.   Okay.  And so, the -- this message is from
15 Commander Bancroft to yourself, Andy Clarry, Kim Lovato,
16 and Vince Porter, correct?
17     A.   Correct.
18     Q.   Okay.  And so Commander Bancroft is
19 communicating in this message, "From DC Thomas, all,
20 just to reiterate, the city curfew in effect this week
21 begins at the 21:00.  As has occurred previously,
22 everyone will receive an emergency announcement on their
23 cell phone at 20:45 as a notification. Please advise all
24 your officers that this curfew ordinance is to be used
25 only for enforcing protest-related behavior regardless

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   of location in the city.  Do not allow officers cite for
2   curfew just for being out after 21:00.  Unless they are
3   actively engaged in protest activity, some other charge
4   of justification must be used.  Thanks." That's a
5   message that you received from Commander Bancroft?
6       A.   Yes.
7       Q.   Okay.  And that is the message that you -- you
8   had communicated to Commander Bancroft and the other
9   commanders in the districts, right?
10      A.   Yes.
11      Q.   Okay.  And this is a message that the chief of
12  police, Paul Pazen, approved, correct?
13           MS. JORDAN:  Form.
14      A.   No.  I don't think that would be fair to say.
15  I mean, he didn't tell me to send the message.  I didn't
16  share the message with him, but I communicated to the
17  district commanders exactly what we had discussed, was
18  that it was the individuals involved in violent and
19  destructive protest activity that -- that we wanted to
20  address with the curfew.
21      Q.   This message that says, "Unless they are
22  actively engaged in protest activity, some other charge
23  of justification must be used," is -- is the message
24  that you and division -- and the other division chiefs
25  and the deputy chief and the chief of police and the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        30(b)(6) topic, I won't make that objection, but
2        I'm just making a reminder that he's here in his
3        individual capacity. Go ahead and answer.
4        A.   I'm sorry.  Can you repeat the question?
5   BY MS. WANG:
6        Q.   You and the other division chiefs and -- well,
7   sorry.  Strike that. Okay.  This message that you wrote
8   to Commander Bancroft communicated to her what you and
9   Phelan and the deputy chief and the chief of police had
10  discussed when you had that conversation about how the
11  curfew would be enforced, correct?
12       A.   Well -- so we had the conversation about how
13  to enforce the curfew order, what -- what our intent
14  was, and I passed along that understanding to the
15  district commanders.
16       Q.   Okay.  And this message reflects that
17  understanding, correct?
18       A.   As I believe it was interpreted by those that
19  received it.
20       Q.   The mayor's curfew order, the text of it,
21  simply stated that there's a mandatory nighttime curfew
22  that applied between certain hours.  There are a few
23  exceptions for homeless people, people traveling to and
24  from the airport, emergency responders and law
25  enforcement, et cetera, but otherwise, it was a curfew

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   No.  My intent was to further clarify what I
 2   had already said.
 3        Q.   Okay.  Why didn't you just tell your
 4   commanders just enforce the curfew against those who
 5   were engaged in violent and destructive acts?  Why
 6   didn't you just tell them that if that's what you meant?
 7        A.   Well, I think I did in terms that we all
 8   understand.
 9        Q.   Okay.  So everybody understood that protestors
10   are those who are engaged in violent and destructive
11   acts?
12        A.   Every -- everyone understood that in the
13   context that we were speaking, that that's who I was
14   referring to.
15        Q.   Did you have any conversations with the mayor
16   or anybody in the mayor's office about how the curfew
17   should be enforced?
18        A.   No.  I did not.
19        Q.   Did you have any conversations with the chief
20   of police about how the curfew should be enforced, other
21   than the conversation -- the one conversation we talked
22   about?
23        A.   Not that I recall.
24        Q.   Did you have any conversations with the deputy
25   chief or any of the other division chiefs about how the
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Q.   Are you telling -- there was a member of the
2  City Attorney's Office in the command post?  Are you
3  telling me that?
4          MS. JORDAN:  Am I telling you that?
5          MS. WANG:  Not you.
6          MS. JORDAN:  I'm telling you that he said he
7     doesn't --
8          MS. WANG:  I'm asking the witness.
9          MS. JORDAN:  -- recall.
10         MS. WANG:  I'm asking the witness.
11         MS. JORDAN:  Oh, okay.  Okay.  I'm sorry.
12      Sorry.  I thought you were asking me.
13         MS. WANG:  No.  I'm asking Chief Thomas,
14  Division Chief Thomas.
15  BY MS. WANG:
16   Q.   Was there a member of the City Attorney's
17  Office in the command post?
18   A.   There often is, yes.
19   Q.   Okay.  Was there one in the City Attorney's --
20  in the -- in the command post when you were having the
21  discussion with the other division chiefs and the chief
22  of police about how to enforce the curfew?
23   A.   I don't specifically recall.
24   Q.   Okay.  When you decided and the -- when you
25  and the other senior leaders of the police department


Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  decided to enforce the curfew against those related in
 2  protest-related activity, you made that decision on your
 3  own, right?
 4       A.   No.
 5       Q.   Who made that decision?
 6       A.   So, again, collective decision with all the
 7  chiefs and division chiefs understanding what our goal
 8  was and who our focus was relative to the enforcement of
 9  the curfew order and communicated those to our charges
10  that it was the individuals engaged in violent and
11  destructive behavior.
12       Q.   Have you ever seen any e-mails or any
13  communications from any senior member of the police
14  department to their charges that officers need to
15  enforce the curfew against people engaged in violent and
16  destructive acts?
17       A.   Have I ever seen an e-mail like that?
18       Q.   Yeah.
19       A.   I mean, I've -- I've sent e-mails
20  communicating that message.
21       Q.   Okay.  By -- by sending the one that says
22  "Protest-related activity," right?
23       A.   Correct.
24       Q.   Okay.  Did you have text messages relating to
25  the protests?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com