# EXHIBIT S

**Subject:** District 3 Detail 3 053120 EOW

**From:** Heflin Herrera, Sherikera L. - D <Sherikera.Heflin@denvergov.org>

**To:** Anaya, Cheri D. - DPD Executive <Cheri.Anaya@denvergov.org>; Aragon, Carlos R. - DPD Lieutena <Carlos.Aragon@denvergov.org>; Beall, Rick D. - DPD SP1007 Serg <Rick.Beall@denvergov.org>; Borquez, Michael A. - DPD Police <Mike.Borquez@denvergov.org>; Cain, Jeremy L. - DPD Police Off <Jeremy.Cain@denvergov.org>; Carroll, Kevin P. - DPD Lieutena <Kevin.Carroll@denvergov.org>; Cash, Robert D. - DPD SP1007 Ser <Robert.Cash@denvergov.org>; Curtis, Kevin M. - DPD Sergeant <Kevin.Curtis@denvergov.org>; DiManna, Jeffrey M. - DPD Sergea <Jeffrey.DiManna@denvergov.org>; Downs, Christine M. - DPD Market <Christine.Downs@denvergov.org>; DPD Intelligence - DPD <DPDIntelligence@denvergov.org>; Edling, Kevin S. - DPD Lieutenan <Kevin.Edling@denvergov.org>; Fambrough, Bob A. - DPD SP1007 S <Robert.Fambrough@denvergov.org>; Flint, James E. - DPD Sergeant <James.Flint@denvergov.org>; Folmar, Michelle - DPD SP1005 Li <Michelle.Folmar@denvergov.org>; Franklin, Curtis J. - DPD Sergea <Curtis.Franklin@denvergov.org>; Gibson, Gerry J. - DPD Sergeant <Gerry.Gibson@denvergov.org>; Grimsley, Matthew J. - DPD Polic <Matthew.Grimsley@denvergov.org>; Guigli, Jennifer A. - DPD SP1007 <Jennifer.Guigli@denvergov.org>; Heflin Herrera, Sherikera L. - D <Sherikera.Heflin@denvergov.org>; Horvat, Lindsey R. - DPD CA3177 <Lindsey.Horvat@denvergov.org>; Jackson, Sherry - DOS Senior Adv <Sherry.Jackson@denvergov.org>; Jackson, Sonny A. - DPD Marketin <Sonny.Jackson@denvergov.org>; Jacoby, Kristen M. - DPD Assoc S <Kristen.Jacoby@denvergov.org>; Johnson, Kenneth B. - DPD Sergea <Kenneth.Johnson@denvergov.org>; Jones, Charles C. - DPD Sergeant <Charles.Jones@denvergov.org>; Kenny, George A. - DPD Sergeant <George.Kenny@denvergov.org>; Kimberly, Brian - DPD Sergeant <Brian.Kimberly@denvergov.org>; Koenigsfeld, Ryan M. - DPD Serge <Ryan.Koenigsfeld@denvergov.org>; Kyle, Rick R. - DPD Commander <Rick.Kyle@denvergov.org>; LeFebre, Austin J. - DPD Police <Austin.LeFebre@denvergov.org>; Lewis, Sean M. - DPD Police Offi <Sean.Lewis@denvergov.org>; Linn, Zachary D. - DPD SP1011 Po <Zachary.Linn@denvergov.org>; Lunn, Matthew M. - DPD Managemen <Matthew.Lunn@denvergov.org>; Mallo, Matthew E. - DPD SP1007 S <Matthew.Mallo@denvergov.org>; Matlack, Regina M. - DPD CA3177 <Regina.Matlack@denvergov.org>; McDaniel, Ronald E. - DPD Lieute <Ronald.McDaniel@denvergov.org>; Milner, Richard P. - DPD SP1009 <Richard.Milner@denvergov.org>; O'Donnell, Michael T. - DPD Lieu <Michael.ODonnell@denvergov.org>; O'Neill, Bryan - DPD Sergeant <Bryan.ONeill@denvergov.org>; Pabst, Emily V. - DPD CA2255 Man <Emily.Pabst@denvergov.org>; Pacheco, Antonio - DPD SP1011 Po <Antonio.Pacheco@denvergov.org>; PIO - DPD <DPDPIO@denvergov.org>; Pittsley, Jordan G. - DPD SP1011 <Jordan.Pittsley@denvergov.org>; Reichardt, Michael S. - DPD Serg <Michael.Reichardt@denvergov.org>; Reyes, Lawrance A. - DPD Marketi <Lawrance.Reyes@denvergov.org>; Rives, Adam G. - DPD SP1007 Serg <Adam.Rives@denvergov.org>; Schepman, Douglas M. - DPD Marke <Douglas.Schepman@denvergov.org>; Schulze, Charles A. - DPD SP1007 <Charles.Schulze@denvergov.org>; Sellers, Brenton L. - DPD Police <Brenton.Sellers@denvergov.org>; Sheridan, Raymond I. - DPD Serge <Raymond.Sheridan@denvergov.org>; Sherwood, Thomas - DPD Sergeant <Thomas.Sherwood@denvergov.org>; Smith, Kevin S. - DPD Sergeant <Kevin.Smith@denvergov.org>; Spencer, Alexandra L. - DPD Poli <Alexandra.Spencer@denvergov.org>; Thomas, Ron E. - DPD SP1003 Divi <Ron.Thomas@denvergov.org>; Wyckoff, Christine C. - DPD Mana <Chris.Wyckoff@denvergov.org>; Young, Kate L. - DPD SP1011 Poli <Kate.Young@denvergov.org>; Zack, John A. - DPD Sergeant <John.Zack@denvergov.org>;

**Attachments:** image001.png

DISTRICT 3 - DETAIL 3 EOW REPORT
Sunday, May 31, 2020
Staffing:
3200 : Lt. Folmar

Teams Working:
350B: Sgt. Mallo
350C: Sgt. Schulze
360B: Sgt. Heflin

Officers working: 17 Total

| 351 – Officers: 3 | 361 – Officers: 1 | 371A/B – Officers: |
|---|---|---|

| | | |
|---|---|---|
| 352 – Officers: 2 | 362 – Officers: 1 | 372A/B – Officers: |
| 353 – Officers: 2 | 363 – Officers: 2 | 373A/B – Officers: |
| 354 – Officers: 2 | 364 – Officers: 1 | Bike 31: |
| 355S – Officers: 2 | 365S – Officers: 2 | Bike 32: |
| 356S – Officers: | 366S – Officers: 2 | Bike 33: |
| 357S – Officers: | | Bike 34: |

Officer(s) sick:
Training: Recruit Martin, Hanks, and Ahlstrom
Backfill:

# Sector 1

**Focus Area for 351:** University to Colorado; 6th Ave to Alameda (TFMV/Auto Theft)

**Focus Areas for 352:** Washington Park West (Burglary/TFMV)

**Focus Area for 353:** Iliff/Yale and Williams to Josephine (Auto Theft /TFMV)

**Focus Area for 354:** Harvard to Yale, east and west of Colorado (Auto Theft/TFMV)

## Sector 1 Significant calls:  ==HEAVY CALL LOAD==

**314: 20-338019 | 2020 S. Colorado Blvd. | Burglary Marijuana Dispensary**
At 0321 hours, officers were dispatched to a burglary at *The Clinic* marijuana dispensary. The R/P stated there was 8 suspects on scene attempting to break into the location. Upon arrival, a gold GMC Yukon, bearing Colorado plate TWITCHN was observed southbound on S. Colorado Blvd. The listed vehicle was a report steal out of Longmont PD. It does not appear that entry was made into the business, but the front door was damaged.

**311: 20-337763 | W. 3rd Ave. / N. University Blvd. | Curfew Violation**
**311: 20-337779 | W. 3rd Ave. / N. Clayton St. | Curfew Violation**
Corporal Krelle and Recruit Martin observed subjects in the area of W. 3rd Ave. and N. University Blvd. Some of the parties ran into the neighborhood upon contact. They were able to contact Barnes, Precious (09/19/99) and Collins, Monea (06/08/97) who were cited for curfew violation. Corporal Tanvas and Recruit Ahlstrom located an additional party, Puckett, Darin (03/10/95), in the area of W. 3rd Ave. / N. Clayton St. Puckett was transported to the D.D.C where he was lodged.

# Sector 2

**Focus Area for 361:** Mississippi/Dayton, 550 Alton Way and East Park Lowry Neighborhood (TFMV/Auto Theft/Burglaries)

**Focus Area for 362:** Colorado to Dexter from Louisiana to I-25, Leetsdale/Holly (TFMV/Business Burgs)

**Focus Area for 363:** Apartment complexes-10700 and 11100 E. Dartmouth Ave, 9825 E Girard Ave (Auto Theft)

**Focus Area for 364:** Parking garages-6750-6950 Chenango Ave, 4885 S Monaco St, 5000 block S Ulster St (TFMV/Auto Theft)