# OPERATIONS MANUAL
DENVER POLICE DEPARTMENT



APPROVED BY THE
## EXECUTIVE DIRECTOR OF SAFETY
CITY AND COUNTY OF DENVER, COLORADO

DEN000950

# OPERATIONS MANUAL
DENVER POLICE DEPARTMENT

| DIV II   ORGANIZATION | PAGE: 11 OF 16 |
|---|---|

**2.64 METRO/SWAT SECTION:**

The METRO/SWAT Section is comprised of the SWAT and Canine Units.  The responsibility of the section is to provide crime suppression and special operations beyond the resources of a patrol district.

**2.65 MID-LEVEL NARCOTICS TEAM:**

The Mid-Level Narcotics Team investigates drug dealers and suppliers to decrease the flow of illicit drugs into the community.

**2.66 MISSING AND EXPLOITED PERSONS (MEP) UNIT:**

The MEP Unit investigates cases of neglected and/or abused children, child deaths (in cooperation with the Homicide Unit), sexual assaults to children when the suspect is in a position of trust, or if the suspect is a family member, child pornography as it pertains to the possession, distribution, and/or manufacturing of photographs, reported runaways, missing persons, kidnappings where the victim is still missing and any investigation where the expertise of the MEP Unit would be useful.

**2.67 NEIGHBORHOOD ENFORCEMENT UNIT:**

The Neighborhood Enforcement Unit addresses neighborhood traffic complaints and problems.  Officers will actively participate with the neighborhood groups, patrol district personnel, city council, other city agencies and schools in their assigned area.

**2.68 NIGHT SHIFT UNIT:**

The Night Shift Unit investigates suicides, attempt suicides, industrial/accidental deaths (except traffic fatalities), suspicious deaths, known and unknown dead cases and provide investigative support, in general investigative capacity, for members of the department seeking advice or investigative response during their scheduled hours.  Personnel assist other investigative units by triaging, processing crime scenes, and ensuring adequate investigative response to criminal incidents.  This includes the completion of search warrants or referrals to the responsible investigative unit.

**2.69 OFFICE OF THE CHIEF OF POLICE:**

The Office of the Chief of Police is responsible for the overall operation of the Police Department.

**2.70 OFFICE OF THE DIVISION CHIEF OF ADMINISTRATION:**

Under the command of the Deputy Chief, the office manages a number of administrative and support functions, and provides oversight for the department's budget, capital assets, and community relations. This office includes the Airport Police Bureau, City Security and Protection Bureau, Operations Support Section, Juvenile Section, Evidence and Property Section, Internal Affairs Section, and the Training Section.

**2.71 OFFICE OF THE DIVISION CHIEF OF INVESTIGATIONS:**

Under the command of the Deputy Chief, the office manages all major crime investigations, specialized investigative units, task forces, and operations for the department.  This office also oversees crisis services and the Forensics and Evidence Bureau.

**2.72 OFFICE OF THE DIVISION CHIEF OF PATROL:**

Under the command of the Deputy Chief, the office manages all patrol functions within the department, including district stations and the Citywide Impact Team.

**2.73 OFFICE OF EMERGENCY MANAGEMENT (OEM):**

Assigned personnel serve as a liaison and active participant with the City and County of Denver Office of Emergency Management.

    a.  Mission:

        OEM coordinates with local, state, federal, private, non-profit entities, and community groups to minimize the impact of all potential hazards facing the City and County of Denver. OEM strengthens Denver's preparedness through comprehensive disaster planning, hazard identification & risk assessment, hazard mitigation, protection of critical infrastructure, and

his/her performance is satisfactory to the Chief of Police. Division chiefs will carry out the policies, orders, and duties assigned by the Deputy Chief of Police and Chief of Police.

**14.02  GENERAL RESPONSIBILITIES:**

Be responsible for the direct supervision of captains and commanders reporting directly to them, and the discipline, morale, necessary and proper training, safety, conduct, work performance, and assignment of all Department employees under their command. They will coordinate the efforts of all officers of their command toward achievement of police objectives, eliminating friction, criticism, and inefficiency. They will promote harmony and always concern themselves with the care and welfare of their personnel.

**14.03  PLANNING AND POLICY PROGRAMS:**

a. Direct and supervise planning and policy programs within their divisions. They will ensure coordination and follow up of all programs originating from their divisions with the plans and policy of other department divisions.

b. When applicable, be responsible for oversight of the planning and execution of programs designed to promote public safety and/or other functions and problem solving specific to their division.

**14.04  INSPECTIONS AND FACILITY MANAGEMENT:**

When applicable, make inspections of their area of responsibility, personnel, facilities, and equipment at irregular intervals and hours of the day and night.

**14.05  ESTABLISHING MINOR RULES AND REGULATIONS:**

When necessary, establish minor rules and regulations for personnel under their supervision, consistent with the operations manual, orders, rules, regulations, and established procedure of the department.

Inter-division or inter-section procedures or policies that do not affect the entire department will be by directive from the level initiating to the level of execution. For information purposes, directives will also be forwarded to the next highest level of command. Inter-division or inter-section procedures or policies, and bureau or section directives will be forwarded to the Planning, Research and Support Section for possible incorporation into the operations manual.

**14.06  COOPERATIVE RELATIONSHIPS:**

Establish and maintain cooperative relationships between the police department and other agencies.

**14.07  ADMINISTRATIVE, SUPERVISORY AND OPERATIONAL DUTIES:**

Complete administrative, supervisory, and operational duties as assigned by the Deputy Chief of Police or the Chief of Police.

**14.08  ENFORCEMENT OF LAWS AND DEPARTMENT POLICY:**

Exercise such powers connected with their position as may be provided by ordinance, charter, or department policy. When applicable, division chiefs are responsible for the proper and efficient enforcement of all laws and ordinances, which the police department is authorized to enforce within their area of responsibility. Division chiefs will also enforce departmental rules, regulations, policies, and procedures.

**14.09  MISSION, VISION, VALUES – GOALS – STRATEGIC PLAN:**

Be guided by the department's mission, vision, values, and goals, and the strategic plan as the foundation for their decision making, management, and leadership of their division commands.

**14.10  GENERAL POLICIES AND ORDERS OF THE CHIEF OF POLICE:**

Carry out the general policies and orders of the Chief of Police and perform any and all duties assigned by the Chief of Police (or designee).