


EXHIBIT U

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# CHIEF OF POLICE PAUL PAZEN

# DATE:
# June 17, 2021



```
 1  anybody at the DPD about how the curfew -- the emergency
 2  curfew that the mayor put in place was to be enforced?
 3       A.   Well, it's a violation of the law.  It's
 4  similar approach -- I'm going to going have to back out
 5  of this just a little bit, you know.
 6       Q.   I --
 7       A.   Go ahead.  Go ahead.
 8       Q.   The question is very simple:  Did you have any
 9  conversations with anybody at the Denver Police
10  Department about how to enforce the emergency curfew?
11       A.   I don't recall specific conversations saying
12  do A, B, C, D, if that's what you are asking.
13       Q.   Okay.  Are you aware that Deputy Chief Thomas
14  --
15       A.   Division chief.
16       Q.   I'm sorry -- Division Chief Thomas advised
17  officers that the curfew ordinance is to be used only
18  for enforcing protest-related behavior, regardless of
19  location in the city.
20            Are you aware of that?
21       A.   I wouldn't be privy to a conversation that
22  took -- or would I remember that this conversation took
23  place outside of my presence.  So are you saying that I
24  was there when this --
25       Q.   No, no, no, no, no.  I'm just asking if you're
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   aware?
 2        A.   This is not something that I'm aware of.
 3             MS. WANG:  Okay.  I don't have any further
 4        questions right now.
 5             MR. SEBBA:  Okay.  In that case, I have a few
 6        questions.
 7             Chief Pazen, thank you for being here today.  I
 8        just introduced myself.  My name is Mike Sebba.  I'm
 9        representing some of the plaintiffs in this case.
10             THE WITNESS:  Hello, Mike.
11             MR. SEBBA:  Hi.
12                   EXAMINATION
13   BY MR. SEBBA:
14        Q.   So when was the first time you learned about a
15   possible George Floyd protest -- I'm sorry.  Let's
16   strike that.
17             When was the first time you learned that there
18   might be protests in response to the death of George
19   Floyd in Denver?
20        A.   I don't have a specific date that comes to
21   mind.  I don't know.  Obviously, before May 28th.
22        Q.   Okay.  Do you know how you learned that there
23   might be protests?
24        A.   I don't know or remember how I received this
25   information.  It's part of a -- the department.  It's
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com