# EXHIBIT W

| Who | Date | What | Documented |
|---|---|---|---|
| Abrams, Christine | 28-May | Leg – rock | BWC |
| Altman, Off. Benjamin | 29-May | Hand-rock or bottle | IOL, OUCH |
| Altman, Off. Benjamin | 29-May | Unable to open photo file | BWC |
| Altman, Off. Benjamin | 2-Jun | Unable to open photo file | BWC |
| Baran, Det. Jeffrey | 30-May | Ankle     Plainclothes | IOL, OUCH |
| Baran, Det. Jeffrey | 30-May | Shoulder   Plainclothes | IOL, OUCH |
| Bartz, Off. Williams | 30-May | Face-rock | IOL, OUCH |
| Biggs, Off. Clarence | 31-May | Jaw-rock (through car window) | IOL, OUCH |
| Black, Gregory | 28-May | Leg – rock | BWC |
| Bloom, Sgt. Aaron | 30-May | Arm lac-broken window | IOL, AAR, OUCH |
| Bothwell, Off. Zachary | 29-May | Shin – rock | OUCH |
| Bothwell, Off. Zachary | 29-May | Knee – rock | OUCH |
| Bothwell, Off. Zachary | 29-May | Abdomen-rocks/bottles | IOL, OUCH |
| Bothwell, Off. Zachary | 29-May | Hearing-homemade explosives | IOL, OUCH |
| Boyd, Off. Kelly | 30-May | Tibia SBI-intentionally struck by veh LMTD | IOL, AAR, OUCH |
| Brungardt, Christopher | 29-May | Left arm – rock | BWC |
| Brungardt, Off. Chris | 29-May | Jaw/neck-objects | IOL, OUCH, BWC |
| Brungardt, Off. Chris | 29-May | Hand-rock | OUCH |
| Brungardt, Off. Chris | 29-May | Legs-object | IOL |
| Burkin, Off. Jackson | | | |
| Campbell, Off. Timothy | 31-May | Foot – unknown object | IOL, OUCH |
| Capolungo, Off. Frank | 28-May | Leg-rock | IOL, OUCH |
| Capolungo, Off. Frank | 28-May | Shoulder-gas canister | IOL, OUCH |
| Carmody, Off. Clyde | 28-May | Hearing loss-firework/explosive | IOL, OUCH |
| Carmody, Off. Clyde | 28-May | Head-bottles & rocks | IOL, OUCH, BWC |
| Carmody, Off. Clyde | 28-May | Arm-bottles & rocks | IOL, OUCH, BWC |
| Carmody, Off. Clyde | 28-May | Knee-bottles & rocks | IOL, OUCH, BWC |
| Carmody, Off. Clyde | 28-May | Leg-bottles & rocks | IOL, OUCH, BWC |
| Carmody, Off. Clyde | 28-May | Foot-bottles & rocks | IOL, OUCH, BWC |
| Carmody, Off. Clyde | 28-May | Hand-bottles & rocks | IOL. OUCH |
| Carroll, Lt. Kevin | 29-May | Ankle-rock | IOL |
| Carroll, Lt. Kevin | 29-May | Face-unknown substance | IOL, OUCH |
| Chavez, Kenneth | 29-May | Right leg | BWC |
| Christian, Johnathan | 29-May | Right shin | BWC |
| Christian, Jonathan | 29-May | Right forearm | BWC |
| Christian, Off. Jonathan | 28-May | Hand-burns gas canister LMTD DUTY 7.1 | IOL, OUCH, BWC |
| Christian, Off. Jonathan | 30-May | Hip-rock LMTD 7.1 | IOL,OUCH |
| Christian, Off. Jonathan | 30-May | Foot-rock | OUCH |
| Cochran, Off. Christopher | 31-May | Tricep-struck unknown object | IOL, OUCH |
| Cunningham, Off. Tana | 30-May | Finger-unknown object impact | IOL, OUCH |
| Cunningham, Tana | 30-May | Left arm | BWC |
| Cunningham, Tana | 30-May | Left Thigh | BWC |
| Cunningham, Tana | 30-May | Left calf | BWC |
| Cunningham, Tana | 30-May | right calf | BWC |
| Cunningham, Tana | 30-May | right knee | BWC |
| Eberharter, Cpl. Richard | 28-May | Legs-unknown items | IOL, OUCH |
| Espinoza, Off. Ronald | 28-May | Arm | BWC |

| Name | Date | Injury | Codes |
|---|---|---|---|
| Garcia, Tech. Mark | 28-May | Hand Lac-bottle – LMTD DUTY 6.24 | IOL, AAR, OUCH |
| Gardner, Sgt. Lane | 1-Jun | Broken ankle – during arrest   LMTD DUTY | IOL, AAR, OUCH |
| Giggey, Tech. Adam | 31-May | Foot-rocks | IOL, OUCH |
| Gray, Sgt. Eric | 28-May | Hand-rocks | IOL, OUCH |
| Gray, Sgt. Eric | 28-May | Shoulder-rocks | IOL |
| Grove, Off. Spencer | 29-May | Hearing loss/ringing-flash bang | IOL, OUCH |
| Gruenther, Tech. Chris | 31-May | Hand-rock | IOL, OUCH |
| Hastings, Off. Brian | 28-May | Hand-bottle | IOL, OUCH |
| Heckencamp, Off. Joseph | 28-May | arm-rocks and bottles | IOL, OUCH |
| Heckencamp, Off. Joseph | 28-May | Leg-rocks and bottles | IOL, OUCH, BWC |
| Heckencamp, Off. Joseph | 30-May | Groin-rock   LMTD DUTY 6.5 | IOL, AAR, OUCH |
| Heckenkamp, Off. Joseph | 28-May | Hand-rocks and bottles | IOL, OUCH, BWC |
| Hoffecker, Adam | 28-May | Right leg – rock | BWC |
| Hoffecker, Adam | 28-May | Right leg – rock (diff from above) | BWC |
| Hoffecker, Adam | 29-May | Right arm – rock | BWC |
| Hughes, Sgt. Scott | 30-May | Leg/Ankle-rocks | IOL, OUCH |
| Hughes, Sgt. Scott | 30-May | Hearing/ringing-explosives | IOL, OUCH |
| Hughes, Sgt. Scott | 30-May | Wrist – resistor | OUCH |
| Hunter, David | 28-May | Leg | BWC |
| Hyatt, Sgt. Timothy | 31-May | Hearing loss/ringing-homemade explosives & percussion grenades | IOL |
| Isabelle, Brandon | 28-May | Leg | BWC |
| Jossi, Off. Heather | 30-May | Arms – rocks | IOL, OUCH |
| Jossi, Off. Heather | 30-May | Legs-rocks | IOL, OUCH |
| Jossi, Off. Heather | 30-May | Hamstring-homemade explosive | IOL, OUCH |
| Jossi, Off. Heather | 30-May | Thumb-homemade explosive | IOL, OUCH |
| Jossi, Off. Heather | 31-May | Head – rock | IOL, OUCH |
| Kohls, Tech. Brent | 31-May | Leg-rocks | IOL, OUCH |
| Lane, Off. Cody | | | |
| Lapira, Off. Day | 29-May | Hand | BWC |
| Leon, Off. Eric | 30-May | Various – hit with multiple items | IOL |
| Logan, Christopher | 29-May | Leg | BWC |
| Lombardi, Sgt. Vince | 28-May | Foot-rock | IOL |
| Lombardi, Sgt. Vince | 29-May | Knees – twisted/slipped throwing grenade | IOL, OUCH |
| Lombardi, Sgt. Vince | 30-May | Shoulder-rock | IOL |
| Lombardi, Sgt. Vince | 30-May | Hazardous exposure – Unknown substance thrown on him | IOL, OUCH |
| Longoria, Tech. Benito | 30-May | Knee-rocks | IOL |
| Lutkin, Off. Mallory | 29-May | Unable to open photo file | BWC |
| Marrone, Off. Jessica | 28-May | Cut Chin/jawline-Shattered window glass from cement & rocks | IOL, OUCH |
| Martinez, Off. Derek | 30-May | Bicep-rock | IOL |
| Martinez, Sgt. Marco | 30-May | Bicep tear-throwing tear gas   LMTD DTY | IOL, OUCH |
| McDermott, Maxwell | 28-May | Leg – rock-4 diff | BWC |
| McDermott, Maxwell | 28-May | Leg – rock-4 diff | BWC |
| McDermott, Maxwell | 28-May | Leg – rock-4 diff | BWC |
| McDermott, Maxwell | 28-May | Leg – rock-4 diff | BWC |
| Montanez, Off. Gregory | 30-May | Ankle sprain | IOL, OUCH |
| Moser, Off. Ryan | 1-Jun | Hearing loss – explosive thrown by protestor | IOL, OUCH |
| Nelson, Off. Ryan | 30-May | Arm-concrete chunks | IOL, OUCH |

| | | | |
|---|---|---|---|
| O'Donnell, Lt. Michael | 30-May | Ankle-rock | IOL, OUCH |
| O'Donnell, Mike | 31-May | Ankle – rock | OUCH |
| O'Neill, Sgt. Michael | 1-Jun | Foot – multiple objects | IOL, OUCH, BWC |
| O'Neill, Sgt. Michael | 1-Jun | Thigh – multiple objects | IOL, OUCH |
| O'Neill, Sgt. Michael | 1-Jun | Ankle – multiple objects   LMTD DUTY 6.30 | IOL, OUCH |
| Payan, Cpl. Amalio | 30-May | Arm-rock or bottle | IOL |
| Pine, Lt. Thomas | 28-May | Hand-rock | IOL, OUCH |
| Pittsley, Off. Jordan | | | |
| Porter, Lt. Vincent | 29-May | Hand/wrist-rocks | IOL, OUCH |
| Puleo, Off. Nick | 28-May | Ankle-rock | IOL, OUCH |
| Puleo, Off. Nick | 30-May | ?? Struck by same vehicle- LMTD | IOL, AAR, OUCH |
| Renny, Off. Kyle | 29-May | Chest/ribs-rock | IOL, OUCH |
| Rider, Off. William | 28-May | Head/Neck-rock LMTD DUTY to 6/12 | IOL, OUCH |
| Sampson, Cpl. John | 29-May | Left leg – rock | OUCH |
| Sampson, Cpl. John | 29-May | Right leg – rock | OUCH |
| Sampson, Cpl. John | 29-May | Elbow – rock | OUCH |
| Sampson, Cpl. John | 29-May | Hearing/ringing – IUD | OUCH |
| Sampson, Cpl. John | 29-May | Shoulder - rock | IOL, OUCH |
| Sandoval, Patrick | 28-May | Left arm | BWC |
| Saunders, Sgt. Shawn | 29-May | Ankle-rock | IOL, OUCH |
| Saunier, Off. Kyle | 31-May | Wrist/thumb-ejected from RDV   LMTD DUTY 7.14 | IOL, AAR, OUCH |
| Schultz, Off. Jordan | 31-May | Hip-fell from RDV | IOL, AAR, OUCH |
| Sgt. Lucero, Joe | 31-May | Knee – foot chase of suspects | IOL, OUCH |
| Singapuri, Off. John | | | |
| Stadler, Off. Joseph | 29-May | Right leg-rocks/bricks/bottles | IOL, OUCH, BWC |
| Stadler, Off. Joseph | 29-May | Left thigh-rocks/bricks/bottles | IOL, OUCH, BWC |
| Stadler, Off. Joseph | 29-May | Right thigh-rocks/bricks/bottles | IOL, OUCH, BWC |
| Stadler, Off. Joseph | 29-May | Left shin-rocks/bricks/bottles | IOL, OUCH, BWC |
| Stevenson, Tech, Jake | 28-May | Hand-rocks | IOL, OUCH |
| Stevenson, Tech. Jake | 28-May | Elbow-rocks | IOL, OUCH |
| Stevenson, Tech. Jake | 28-May | Leg-rocks | IOL, OUCH |
| Streeter, Off. Derek | 31-May | Shin – rock | IOL, OUCH, BWC |
| Stuper, Off. Corey | 29-May | Arm-firework | IOL, OUCH |
| Stuper, Off. Corey | 29-May | Ankle-rock | IOL, OUCH |
| Tak, Sgt. Anthony | 30-May | Leg-rock | OUCH, BWC |
| Tak, Sgt. Anthony | 30-May | Toe/foot-rock | OUCH, BWC |
| Tak, Sgt. Tony | 28-May | Shoulder-rock | IOL, OUCH, BWC |
| Tassitano, Brent | 30-May | Ankle-same vehicle LMTD DUTY<br>Back pain, shoulder, knee, thigh, buttocks | IOL, AAR,OUCH |
| Traudt, Michael | 29-May | Left arm | BWC |
| Traudt, Off. Michael | 29-May | Elbow-rock or brick | IOL, OUCH |
| Trudel, Kim | 30-May | Arm | BWC |
| Truong, Off. Dat | 28-May | Hearing-ringing-explosive | IOL |
| Truong, Off. Dat | 28-May | Leg-rock | OUCH |

| Vacca, Cpl. Greg | 6.2 | Broken elbow – stepped of curb at capitol   LMTD DUTY | IOL, OUCH |
| --- | --- | --- | --- |
| Valentine, Off. Keith | 28-May | Neck-landscaping brick | IOL |
| Valentine, Off. Keith | 28-May | Elbow-landscaping brick | IOL |
| Van Volkinburg, Off. Adam | 29-May | Hearing-ringing-explosives | IOL |
| Van Volkinburg, Off. Adam | 30-May | Foot-fleeing from vehicle | IOL, OUCH |
| Vaporis, Off. Jacob | 30-May | Legs-bricks | IOL, OUCH |
| Vaporis, Off. Jacob | 30-May | Arms-rocks | IOL, OUCH |
| Waldrop, Cpl. Jamison | 30-May | Thumb-resistor   OFF Thru 9.11 | IOL, AAR, OUCH |
| Weinheimer, Off Julie | 30-May | Foot-rock | IOL, OUCH |
| West, Elizabeth | 28-May | Shoulder | BWC |
| Williams, Lt. James | 28-May | Abdominal injury-rocks | IOL, OUCH, BWC |
| Yoder, Off. Randy | 30-May | Elbow-rocks and bottles | IOL, OUCH |
| Yoder, Off. Randy | 31-May | Ankle-rock with lacrosse stick | OUCH |

IOL = Injured Officer Letter
OUCH = Ouch line report
BWC = photo uploaded to their BWC archive

CONFIDENTIAL - Subject to Protective Order        DEN032673