

# EXHIBIT X

Denver Police Department
Performance Development Unit
Limited Duty Section
Denver Police Department

1331 Cherokee Street
Denver, CO 80204-2787
p: 720.913.6710
f: 720.913.7516
www.denvergov.org/police

## INTER-DEPARTMENT CORRESPONDENCE

**TO:** Paul M. Pazen, Chief of Police, Denver Police Department

**FROM:** Limited Duty Section

**DATE:** July 10, 2020

**SUBJECT:** June 29, 2020 – July 10, 2020 **Protest Injury Report**

<u>TOTAL REPORTED LINE OF DUTY INJURIES:</u>   81

<u>REPORTED THIS WEEK:</u>   3

<u>TOTAL OFFICERS WHO HAVE BEEN ON LIMITED DUTY FROM INJURIES:</u>   11

### District 1:

Date of injury**:**   05/30/2020
Loss of time:   None
An officer suffered an injury to his arm during a protest when he was struck by a bottle or rock.

Date of injury:   6/2/2020
Loss of time:   None
An officer stepped off the curb in front of the capital while working the Riots and suffered a broken elbow. The officer will be on ==limited duty==.

Date of injury:   06/01/2020
Loss of time:   None
The officer suffered a broken ankle while trying to arrest a suspect during protests. ==Limited Duty==

Date of injury:   5/28/2020
Loss of time:   None

The officer suffered abdominal injury after being struck with rocks.

Date of injury:              05/30/2020
Loss of time:                None
The officer injured his foot as he tried to escape the path of a vehicle that was attempting to strike him and other officers.

Date of injury:              6/1/2020
Loss of time:                None
The officer suffers from partial hearing loss after an explosive was thrown at him by a rioter.

Date of injury:              5/27, 5/29, 6/4, 6/6
Loss of time:                None
During the protests, the officer was exposed to numerous
explosive devices which have caused continued ringing in his ears and hearing loss.

**District 2:**

Date of injury:              5/30/2020
Loss of time:                None
The officer suffered injuries to his ankle and shoulder, and was exposed to CS Gas and pepper spray, during his undercover work in the riots.

Date of injury:              5/31/2020
Loss of time:                None
The officer suffered a triceps injury after being struck with an unknown object during the riot.

Date of injury:              5/30/2020
Loss of time:                None
The officer suffered a bicep injury when he was struck by a rock at the riots.

Date of injury:              5/30/2020
Loss of time:                None
The officer suffered injury to his legs and arms after being hit with bricks and rocks during the riot.

Date of injury:              5/28/2020
Loss of time:                None

CONFIDENTIAL - Subject to Protective Order

The officer suffered an injury to his leg when hit with a rock thrown during the riots. He was also hit in the shoulder with a gas canister.

| | |
|---|---|
| Date of injury: | 5/29/2020 |
| Loss of time: | None |

The officer was struck with multiple thrown objects, suffering injuries to his jaw/neck, and legs.

| | |
|---|---|
| Date of injury: | 5/29/2020 |
| Loss of time: | None |

The officer suffered chest pain and injury to his ribs after being struck with a rock thrown by a protester.

| | |
|---|---|
| Date of injury: | 5/29/2020 |
| Loss of time: | None |

The officer suffered injuries to his hand and wrist when rocks were thrown t him during the protest.

| | |
|---|---|
| Date of injury: | 5/30/2020 |
| Loss of time: | None |

The officer suffered lacerations to his arm entering a business with a broken window.

| | |
|---|---|
| Date of injury: | 5/30/2020 |
| Loss of time: | None |

The officer suffered injuries to his arm when he was struck by rocks or chunks of concrete that was thrown at him by protestors/rioters.

**District 3:**

| | |
|---|---|
| Date of injury: | 5/29/2020 |
| Loss of time: | None |

The officer suffered an injury to his arm from a firework, and ankle from a rock, while working in the protest/riot.

| | |
|---|---|
| Date of injury: | 6/06/2020 |
| Loss of time: | None |

The officer was monitoring protests by HQ when a gust of wind came up and debris entered his eye, scratching his cornea.

**District 4:**

| | |
|---|---|
| Date of injury: | 5/29/2020 |

CONFIDENTIAL - Subject to Protective Order

| | |
|---|---|
| Loss of time: | None |

The officer suffered an injury to his elbow when he was struck with a rock or brick during the riots.

| | |
|---|---|
| Date of injury: | 5/30/2020 |
| Loss of time: | None |

The officer suffered an injury to his face when he was struck with a rock during the riots.

| | |
|---|---|
| Date of injury: | 5/30/2020 |
| Loss of time: | 3 days |

The officer suffered an injury to his groin region when he was hit with a rock during the riots and will be off through 6/5/20.

| | |
|---|---|
| Date of injury: | 5/28/2020 |
| Loss of time: | None |

The officer suffered an injury to his hand, arm and leg when he was struck by rocks and bottles from rioters.

| | |
|---|---|
| Date of injury: | 5/1/2020 |
| Loss of time: | None |

The officer suffered injuries to his foot, thigh and ankle after being struck with various objects thrown at him during the protest. Limited Duty RTFD-6/30/2020

| | |
|---|---|
| Date of injury: | 5/31/2020 |
| Loss of time: | None |

The officer was struck in the shin by a rock thrown at him by protesters.

| | |
|---|---|
| Date of injury: | 5/30/2020 |
| Loss of time: | None |

The officer was exposed to homemade explosives, percussion grenades, etc. and is now suffering from hearing loss/ ringing in ears.

**District 5:**

| | |
|---|---|
| Date of injury: | 5/28/2020 |
| Loss of time: | None |

The officer suffered an injury to his head/neck area when he was struck by a rock during the riots and placed on limited duty. RTFD 6/12/20.

| | |
|---|---|
| Date of injury: | 5/30/2020 |

CONFIDENTIAL - Subject to Protective Order

Loss of time: None
The officer rolled his ankle while advancing a line during the riots.

Date of injury: 5/30/2020
Loss of time: None
The officer suffered an injury to her foot when she was struck by a rock during the riots.

Date of injury: 5/30/2020
Loss of time: None
The officer suffered an injury to his thumb as he attempted to arrest a suspect during the riots. Limited Duty

Date of injury: 5/31/2020
Loss of time: None
The officer suffered a jaw injury when a rioter threw a rock at him through his vehicle's window.

Date of injury: 5/31/2020
Loss of time: None
The officer sustained knee injury chasing suspects.

**District 6:**

Date of injury: 5/30/2020
Loss of time: On going
While standing outside of an RDV, the officer was intentionally struck by a vehicle causing serious injury to his tibia. The officer is at home recovering from surgery. Limited Duty

Date of injury: 5/28/2020
Loss of time: None
The officer was struck in the ankle by a rock thrown by a rioter.

Date of injury: 5/30/2020
Loss of time: On going
While standing outside of an RDV, the officer was intentionally struck by a vehicle causing serious injury. The officer will recover at home after he is released from the hospital. Limited Duty

Date of injury: 5/30/2020
Loss of time: On going
While standing outside of an RDV, the officer was intentionally struck

CONFIDENTIAL - Subject to Protective Order

By a vehicle causing serious ankle injury the officer is recovering at home. <mark>Limited Duty</mark>

Date of injury: 6/3/2020
Loss of time: None
The officer was involved in a foot chase, attempting to contact suspect throwing rocks. Suspect turned and punched the officer in the nose.

Date of injury: 5/29/2020
Loss of time: None
The officer suffered an ankle injury when he a protester struck him with a rock.

Date of injury: 7/2/2020
Loss of time: None
While removing protesters from the park, the officer suffered injury to his arm/wrist when he was struck with an unknown object and chemical.

Date of injury: 7/1/2020
Loss of time: None
The officer suffered a laceration to his leg requiring stitches after a fire Extinguisher was thrown at him by a protester. <span style="color:red">RTFD- 7/10</span>

Date of injury: 7/2/2020
Loss of time: None
The officer suffered a knee injury during an arrest of a protester.

Date of injury: 5/28/2020
Loss of time: None
While seated in a patrol car, protesters threw rocks and cement at the officer, causing cuts to her chin and jawline.

Date of injury: 7/4/2020
Loss of time: None
While assisting Aurora on protests, the officer suffered eye injury after Having a laser pointed in his eyes for an extended period of time.

**Citywide Impact Team:**

Date of injury: 5/31/2020

Loss of time: None
The officer suffered an injury to his hip when he fell from a moving RDV during the riots.

Date of injury: 5/31/2020
Loss of time: None
The officer was ejected from an RDV that hit a curb, causing injury to his wrist/ thumb. ==Limited Duty==.

**<u>METRO:</u>**

Date of injury: 5/28/2020
Loss of time: None
The officer suffered an injury to his hand when a rock struck his hand during the riots.

Date of injury: 5/28/2020
Loss of time: None
The officer suffered injuries to his elbow, hand and leg when he was struck numerous times with rocks during the riots.

Date of injury: 5/30/2020
Loss of time: None
The officer suffered an injury to his knee when he was struck with a rock during the riots.

Date of injury: 5/28/2020
Loss of time: None
The officer suffered injuries to his hand and shoulder when he was struck with rocks during the riots.

Date of injury: 5/30/2020
Loss of time: None
While throwing a canister of tear gas, the officer felt a tear in his bicep. ==Limited Duty==

Date of injury: 5/31/2020
Loss of time: None
The officer sustained hand injury after a rock was thrown at him during the riot.

Date of injury: 5/28/2020
Loss of time: None

The officer sustained injuries to his legs after being struck with unknown items during the riots.

Date of injury: 5/31/2020
Loss of time: None
The officer was struck in the foot with rocks during the riot.

Date of injury: 5/31/2020
Loss of time: None
The officer was struck in the leg with rocks thrown by rioters.

Date of injury: 5/28/2020
Loss of time: None
The officer suffered a hand laceration after a protester struck him with a bottle. Limited duty. RTFD 6/24/2020

**Gang Unit:**

Date of injury: 5/30/2020
Loss of time: None
The officer suffered an ankle injury after he was struck in the ankle with a rock, then rolled his ankle when he kicked a tear gas canister.

Date of injury: 5/30/2020
Loss of time: None
While working the protest/riots, the officer suffered an ankle/ leg injury when rocks were thrown at him, as well as burning in the chest, ringing in ears from exposure to gas and explosives.

Date of injury: 5/29/2020
Loss of time: None
The officer suffered injuries to various parts of the body from being struck by rocks, bricks and bottles.

Date of injury: 5/29/2020
Loss of time: None
The officer suffered injuries to various parts of the body from being struck by rocks and cement.

Date of injury: 6/4/2020
Loss of time: None
The officer suffered injury to his elbow when he was hit with a brick during the protests.

CONFIDENTIAL - Subject to Protective Order

Date of injury: 5/28/2020
Loss of time: None
The officer suffered an injury to his hand when he was hit by a bottle from a rioter.

Date of injury: 5/29/2020
Loss of time: None
The officer suffered an injury to his hand when we was struck by a rock or bottle from rioters.

Date of injury: 5/28/2020
Loss of time: None
The officer suffered injuries to his neck and elbow when he was hit with a landscaping brick thrown at him by a rioter.

Date of injury: 5/28/2020
Loss of time: None
The officer suffered numerous injuries on this date from the riots. An explosive/firework exploded near him causing temporary decrease in hearing and he suffered numerous abrasions/bruises to his head, arm, knee leg, foot and hand from being struck with bottles and rocks from rioters.

Date of injury: 5/30/2020
Loss of time: None
The officer suffered injury to her finger by a protester.

Date of injury: 5/29/2020
Loss of time: None
The officer suffered multiple injuries during the protest when rioters struck him with rocks/ bottles, he also suffers ringing in his ears from exposure to homemade explosives.

Date of injury: 5/30/2020
Loss of time: None
The officer suffered an elbow injury when rioters struck him with a bottle and rocks.

Date of injury: 5/30/2020
Loss of time: None
The officer suffered injuries to her arms/legs after being hit with rocks, and Injury to her hamstring and thumb when a homemade explosive detonated near her.

Date of injury: 5/31/2020
Loss of time: None
The officer was struck in the head with a rock thrown by a rioter.

CONFIDENTIAL - Subject to Protective Order

Date of injury: 5/28/2020
Loss of time: None
The officer suffered a shoulder injury when a rioter threw a rock at him.

Date of injury: 5/28/2020
Loss of time: None
The officer sustained burns to his hands from a gas canister, as well as a hip injury after being struck with a rock. Limited duty. **RTFD- 7/1**

Date of injury: 5/28/2020
Loss of time; None
The officer was struck with multiple rocks.

Date of injury: 5/28/2020
Loss of time: None
The officer was injured when a protestor threw mortar at him and reports having ringing in his ears.

Date of injury: 5/28/2020
Loss of time: None
The officer was struck in the foot with a rock.

Date of injury: 5/29/2020
Loss of time: None
The officer twisted both knees when he slipped throwing a gas grenade.

Date of injury: 5/30/2020
Loss of time: None
The officer reports 2 injuries on this date, shoulder injury after a rock was thrown at his shoulder, and exposure to unknown substance that was also thrown at him.

Date of injury: 5/29/2020
Loss of time: None
The officer reports 2 separate injuries on this date, an ankle injury sustained When a rock was thrown at him, and an unknown substance thrown in his face.

Date of injury: 5/30/2020
Loss of time: None
The officer was struck with multiple items thrown at him during protest.

Date of injury: 5/29/2020
Loss of time: None
The officer suffers hearing loss/ringing in ears after flash bang exploded near his head during the riots.

CONFIDENTIAL - Subject to Protective Order

**ISD:**

    Date of injury:    5/31/2020
    Loss of time:    None
    While working under cover, the officer was struck in the foot with an unknown object.

CONFIDENTIAL - Subject to Protective Order

DEN032711