EXHIBIT Y



# Downtown Denver
# Business Improvement District

## Summary of Protest Damage – June 1, 2020



DEN009737



# SUMMARY OF PROTEST DAMAGE





- 238 total protest damage incidents reported between 5/30/20 7:05 AM and 6/1/20 10:51 AM within the Downtown Denver Business Improvement District

- Includes damage to public and private property

- Incidents include graffiti, vandalism, broken windows, theft, and arson

- 130 incidents reported on the 16th Street Mall

DEN009738



# INCIDENT HEAT MAP



Includes 196 of the 238 total protest damage incidents reported between the mornings of 5/30/20 and 6/1/20

DEN009739



# SAMPLE DAMAGE











DEN009740

6/1/2020                                                    Log Report

## REPORT CRITERIA:

Date Range: 5/30/2020 to 6/1/2020
User: Jessie Milleson
Log Type: Safety : Vandalism/Graffiti



**42 logs** found

## Saturday May 30

| | |
|---|---|
| **Saturday May 30 7:05 AM** | **Jessie Milleson** |
| near **1001 16th Street Mall (Zone: ???)** | 17685622 |
| 1m 44s | |

| **Safety : Vandalism/Graffiti** | Federal Reserve Bank of Kansas (1020 16th : |
|---|---|

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Acoma St

  

| | |
|---|---|
| **Saturday May 30 7:07 AM** | **Jessie Milleson** |
| near **934 16th Street Mall (Zone: ???)** | 17685623 |

**Safety : Vandalism/Graffiti**

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Curtis St



6/1/2020                                                                          Log Report

| Saturday May 30 7:07 AM<br>near **934 16th Street Mall (Zone: ???)** | Jessie Milleson<br>17685624 |
|---|---|

**Safety : Vandalism/Graffiti**

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Curtis St



| Saturday May 30 7:13 AM<br>near **951 16th Street Mall (Zone: ???)**<br>16s | Jessie Milleson<br>17685628 |
|---|---|

| **Safety : Vandalism/Graffiti** | **Sportsfan Downtown (912 16th St)** |
|---|---|

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Curtis St



6/1/2020 Log Report

| | |
|---|---|
| **Saturday May 30 7:16 AM**<br>**820 16th St (Zone: ???)** | **Jessie Milleson**<br>**17685631** |

**Safety : Vandalism/Graffiti** | **7-Eleven - 16th/Champa (820 16th St)**

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Champa St



| | |
|---|---|
| **Saturday May 30 7:23 AM**<br>near **820 16th Street Mall (Zone: ???)**<br>1m | **Jessie Milleson**<br>**17685637** |

**Safety : Vandalism/Graffiti**

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Champa St



6/1/2020
Log Report

**Saturday May 30 7:55 AM**
near **1630 Stout St (Zone: ???)**
5m 31s

**Jessie Milleson**
17685646

**Safety : Vandalism/Graffiti**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Stout St



**Saturday May 30 8:01 AM**
near **1543 Stout St (Zone: ???)**

**Jessie Milleson**
17685647

**Safety : Vandalism/Graffiti**

**Walgreens (801 16th St)**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

Fire bomb CS: 16th St & Stout St



6/1/2020
Log Report

| | |
|---|---|
| **Saturday May 30 8:01 AM**<br>**815 16th St (Zone: ???)** | **Jessie Milleson**<br>17685648 |

| **Safety : Vandalism/Graffiti** | **Planet Fitness (815 16th St)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Stout St



| | |
|---|---|
| **Saturday May 30 8:02 AM**<br>**815 16th St (Zone: ???)**<br>1m 34s | **Jessie Milleson**<br>17685649 |

**Safety : Vandalism/Graffiti**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Stout St



Log Report

**Saturday May 30 8:10 AM**
**16th St & California St (Zone: ???)**

Jessie Milleson
17685652

**Safety : Vandalism/Graffiti**

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & California St



**Saturday May 30 8:15 AM**
**709 16th St (Zone: ???)**
35s

Jessie Milleson
17685656

| **Safety : Vandalism/Graffiti** | Obento (709 16th St) |
|---|---|

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & California St



6/1/2020                                                                Log Report

**Saturday May 30 8:16 AM**                                    **Jessie Milleson**
**1605 California St (Zone: ???)**                                      17685657
56s

**Safety : Vandalism/Graffiti**                    T-Mobile - California (1605 California St)
Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & California St

 

---

**Saturday May 30 8:19 AM**                                    **Jessie Milleson**
near **1627 California St (Zone: ???)**                                 17685659
2m 47s

**Safety : Vandalism/Graffiti**
Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

1am. CS: 16th St & California St

   

 

6/1/2020                                                                Log Report

| | |
|---|---|
| **Saturday May 30 8:27 AM** | **Jessie Milleson** |
| **1600 California St (Zone: ???)** | 17685661 |
| 2m 11s | |

| Safety : Vandalism/Graffiti | Great Clips for Hair (1600 California St) |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & California St

   

| | |
|---|---|
| **Saturday May 30 8:30 AM** | **Jessie Milleson** |
| near **601 16th Street Mall (Zone: ???)** | 17685662 |
| 27s | |

**Safety : Vandalism/Graffiti**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Welton St



6/1/2020 Log Report

**Saturday May 30 8:31 AM**
near **500 16th Street Mall (Zone: ???)**
3m 42s

Jessie Milleson
17685664

| **Safety : Vandalism/Graffiti** | **IT'SUGAR (500 16th St)** |
|---|---|

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Welton St

    



**Saturday May 30 8:35 AM**
near **500 16th Street Mall (Zone: ???)**
25s

Jessie Milleson
17685665

**Safety : Vandalism/Graffiti**

Time DPD Called:
Time DPD Responded:
Officer's Name:
CAD Number:

CS: 16th St & Welton St



6/1/2020                                                            Log Report

---

| Saturday May 30 8:36 AM<br>near **500 16th Street Mall (Zone: ???)**<br>43s | **Jessie Milleson**<br>17685666 |
|---|---|

| **Safety : Vandalism/Graffiti** | Where the Buffalo Roam (535 16th St) |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Welton St



---

| Saturday May 30 8:39 AM<br>**1600 Glenarm St (Zone: ???)**<br>1m 15s | **Jessie Milleson**<br>17685669 |
|---|---|

| **Safety : Vandalism/Graffiti** | Cook's Fresh Market (1600 Glenarm St) |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 38th St & Glenarm Pl

  

---

6/1/2020    Log Report

| | |
|---|---|
| **Saturday May 30 8:40 AM**<br>**1755 16th St (Zone: ???)**<br>39s | **Jessie Milleson**<br>17685670 |

| **Safety : Vandalism/Graffiti** | Protein Bar - 16th Street (1755 16th St) |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Wynkoop St

 

| | |
|---|---|
| **Saturday May 30 8:42 AM**<br>near **519 16th Street Mall (Zone: ???)** | **Jessie Milleson**<br>17685672 |

**Safety : Vandalism/Graffiti**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Glenarm Pl

 

| Saturday May 30 8:42 AM | Jessie Milleson |
|---|---|
| **409 16th St (Zone: ???)** | 17685673 |
| 1m 14s | |

| Safety : Vandalism/Graffiti | Subway - 16th (409 16th St) |
|---|---|
| **Time DPD Called:** | |
| **Time DPD Responded:** | |
| **Officer's Name:** | |
| **CAD Number:** | |

CS: 16th St & Tremont Pl

 

| Saturday May 30 8:43 AM | Jessie Milleson |
|---|---|
| **1677 Glenarm (Zone: ???)** | 17685674 |
| 38s | |

| Safety : Vandalism/Graffiti | Earl's Kitchen + Bar (1600 Glenarm Pl) Glenarm/Tremont alley (1677 Glenarm ) |
|---|---|
| **Time DPD Called:** | |
| **Time DPD Responded:** | |
| **Officer's Name:** | |
| **CAD Number:** | |

CS: 17th St & Glenarm Pl

 

6/1/2020 Log Report

| | |
|---|---|
| **Saturday May 30 8:44 AM** **500 16th St (Zone: ???)** 1m 53s | **Jessie Milleson** 17685675 |

| **Safety : Vandalism/Graffiti** | **UNIQLO (500 16th St)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Glenarm Pl

 

| | |
|---|---|
| **Saturday May 30 8:46 AM** **410 16th St (Zone: ???)** 1m 41s | **Jessie Milleson** 17685676 |

| **Safety : Vandalism/Graffiti** | **7-Eleven - 16th/Tremont (410 16th St)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Tremont Pl

 

DEN009753

Log Report

| | |
|---|---|
| **Saturday May 30 8:48 AM**<br>near **400-498 16th Street Mall (Zone: ???)** | **Jessie Milleson**<br>17685677 |

| **Safety : Vandalism/Graffiti** | **Corner Bakery - 500 16th (500 16th St)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Tremont Pl



| | |
|---|---|
| **Saturday May 30 8:48 AM**<br>near **400-498 16th Street Mall (Zone: ???)**<br>52s | **Jessie Milleson**<br>17685678 |

| **Safety : Vandalism/Graffiti** | **Corner Bakery - 500 16th (500 16th St)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Tremont Pl



6/1/2020                                                    Log Report

| Saturday May 30 8:51 AM<br>1550 Court Pl (Zone: ???) | Jessie Milleson<br>17685679 |
|---|---|
| **Safety : Vandalism/Graffiti** | Yard House (1550 Court Pl) |

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 15th St & Court Pl



| Saturday May 30 8:52 AM<br>near 1635 Tremont Pl (Zone: ???) | Jessie Milleson<br>17685681 |
|---|---|
| **Safety : Vandalism/Graffiti** | Gold and Time (300 16th ) |

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Tremont Pl



6/1/2020

Log Report

| | |
|---|---|
| **Saturday May 30 8:54 AM**<br>**300 16th St (Zone: ???)**<br>2m 51s | **Jessie Milleson**<br>17685682 |

| **Safety : Vandalism/Graffiti** | Eyebrow Design and Threading (300 16th St) |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Court Pl

 

| | |
|---|---|
| **Saturday May 30 9:00 AM**<br>**303 16th St (Zone: ???)** | **Jessie Milleson**<br>17685683 |

| **Safety : Vandalism/Graffiti** | Starbucks Coffee - 303 16th (303 16th St) |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Court Pl

 

6/1/2020                                Log Report

| | | |
|---|---|---|
| **Saturday May 30 9:01 AM**<br>**303 16th St (Zone: ???)**<br>1m 44s | | **Jessie Milleson**<br>17685684 |

| **Safety : Vandalism/Graffiti** | Independence Plaza (1000 16th ) |
|---|---|
| **Time DPD Called:**<br>**Time DPD Responded:**<br>**Officer's Name:**<br>**CAD Number:** | |

CS: 16th St & Court Pl



---

| | | |
|---|---|---|
| **Saturday May 30 9:02 AM**<br>near **301-399 16th Street Mall (Zone: ???)**<br>44s | | **Jessie Milleson**<br>17685685 |

| **Safety : Vandalism/Graffiti** | Sheraton Hotel Denver Downtown (1550 Cou |
|---|---|
| **Time DPD Called:**<br>**Time DPD Responded:**<br>**Officer's Name:**<br>**CAD Number:** | |

CS: 16th St & Tremont Pl



6/1/2020                                                                Log Report

| | |
|---|---|
| **Saturday May 30 9:03 AM**<br>**303 16th St (Zone: ???)**<br>1m 46s | **Jessie Milleson**<br>17685686 |

| **Safety : Vandalism/Graffiti** | **Krispy Kreme (303 16th St)** |
|---|---|
| **Time DPD Called:**<br>**Time DPD Responded:**<br>**Officer's Name:**<br>**CAD Number:** | |

1230am CS: 16th St & Court Pl

   



| | |
|---|---|
| **Saturday May 30 9:11 AM**<br>near **303 16th Street Mall (Zone: ???)**<br>1m 28s | **Jessie Milleson**<br>17685688 |

| **Safety : Vandalism/Graffiti** | **Noodles & Company (303 16th St)** |
|---|---|
| **Time DPD Called:**<br>**Time DPD Responded:**<br>**Officer's Name:**<br>**CAD Number:** | |

CS: 16th St & Court Pl



Case No. 1:20-cv-01878-RBJ   Document 255-22   filed 01/28/22   USDC Colorado   pg 23 of 106

| | | |
|---|---|---|
| **Saturday May 30 9:20 AM**<br>**410 17th St (Zone: ???)**<br>1m 14s | | **Jessie Milleson**<br>17685689 |

**Safety : Vandalism/Graffiti**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 17th St & Tremont Pl



| | | |
|---|---|---|
| **Saturday May 30 9:21 AM**<br>**1000 16th (Zone: ???)**<br>4m 21s | | **Jessie Milleson**<br>17685690 |

**Safety : Vandalism/Graffiti** | **Independence Plaza (1000 16th )**

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: Colfax Ave & Pearl St

  

6/1/2020
Log Report

| | |
|---|---|
| **Saturday May 30 9:28 AM** <br> **1625 Court Pl (Zone: ???)** <br> 1m 13s | **Jessie Milleson** <br> 17685691 |

| **Safety : Vandalism/Graffiti** | **Delectable Egg - Court (1625 Court Pl)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Court Pl



| | |
|---|---|
| **Saturday May 30 9:40 AM** <br> **535 16th St (Zone: ???)** <br> 2m 10s | **Jessie Milleson** <br> 17685693 |

| **Safety : Vandalism/Graffiti** | **Where the Buffalo Roam (535 16th St)** |
|---|---|

**Time DPD Called:**
**Time DPD Responded:**
**Officer's Name:**
**CAD Number:**

CS: 16th St & Welton St



6/1/2020 Log Report

| | |
|---|---|
| **Saturday May 30 9:42 AM**<br>**500 16th St (Zone: ???)**<br>2m 11s | **Jessie Milleson**<br>17685694 |

| **Safety : Vandalism/Graffiti** | **Denver Pavilions (500 16th St)** |
|---|---|
| **Time DPD Called:**<br>**Time DPD Responded:**<br>**Officer's Name:**<br>**CAD Number:** | |

CS: 16th St & Glenarm Pl

 

---

## Sunday May 31

| | |
|---|---|
| **Sunday May 31 8:29 AM**<br>**750 16th St (Zone: ???)**<br>2m 8s | **Jessie Milleson**<br>17687951 |

| **Safety : Vandalism/Graffiti** | **CVS Pharmacy (750 16th St)** |
|---|---|
| **Time DPD Called:**<br>**Time DPD Responded:**<br>**Officer's Name:**<br>**CAD Number:** | |

Boarded. CS: 16th St & Stout St



6/1/2020 Log Report

## REPORT CRITERIA:

Date Range: 5/30/2020 to 6/1/2020
Users: Abdi Ahmed,Matthew Brady,Mohamed Cherif,Collin Garbrecht,Brandon Geis,Kenneth Goitia,Mike Harper,Cole Kralik,Moises Martinez,Tom McNassor,Jessie Milleson,Kevin Reiser,Ice Rink Staff,Jay Stewart,Marcus Uribe
Log Type: Safety : Protest Damage

**196 logs** found



## Saturday May 30

6/1/2020 Log Report

**Saturday May 30 10:02 AM**
near **(Zone: ???)**
42m 8s

Jessie Milleson
17685130

---

### Safety : Protest Damage

Federal reserve graffiti.
Starbucks-curtis vandalized
Planters-graffiti
Post box -graffiti
7-eleven- Champa vandalized
Key bank graffiti
Sally beauty - boarded
Famous footwear boarded up
Walgreens-firebombed and graffiti
Solestreet shoes - vandalize and 20,000 of merchandise
T-Mobile vandalize broken window
Bid trash can caught on fire
Chipotle vandalize broken windows
Target boarded
Great clips -vandalized
Graffiti in the middle of the mall CS: 16th St & Arapahoe St



DEN009763

6/1/2020 Log Report



6/1/2020                                                                                     Log Report

**Saturday May 30 10:44 AM**                                                    Jessie Milleson
near **1614 Welton St (Zone: ???)**                                                17685131
10m 34s

---

**Safety : Protest Damage**

---

Henry's tavern-graffiti
Denver pavilion graffiti
SugarLand vandalized
Where the Buffalo roam- graffiti
H&M boarded up
Police kiosk/ graffiti
West of surrender- vandalize&graffitti CS: 16th St & Welton St



6/1/2020

Log Report

**Saturday May 30 10:55 AM**
near **1600 Glenarm Pl (Zone: ???)**
16m 34s

Jessie Milleson
17685132

**Safety : Protest Damage**

Fresh market-graffiti & vandilizm
Hard Rock Cafe -graffiti
Earls boarded up-graffiti
Protein Bar-vandalized
Corner bakery-vandalize
Simply Colorado-vandalized
7-eleven Champa vandalize
Gold&time-vandalize
Eyebrow design vandalize
Pure natl bar - vandalize
Starbucks-vandalize
Krispy cream- vandalized
Lazy empanadas-vandalize-250.dollars stolen
Potbelly-vandalize tallest stolen cashiers destroyed. CS: 38th St & Glenarm Pl



DEN009766        5/81

6/1/2020 Log Report








6/1/2020

Log Report

**Saturday May 30 11:11 AM**
near **1625 Broadway (Zone: ???)**
15m 8s

Jessie Milleson
17685133

### Safety : Protest Damage

Delectable egg court pl -vandalized
Republic plaza vandalized & guard shack
Denver energy vandalized- graffiti
Sheraton hotel walkway- graffiti
Hacienda -vandalize
Zoup-vandalize-graffiti
Sheraton Hotel - graffiti-vandalize
7-Eleven court place vandalized - graffiti
CS: Broadway & Cleveland Pl



DEN009768        7/81

6/1/2020                                                                         Log Report



6/1/2020                                        Log Report

**Saturday May 30 11:27 AM**
near **1625 Broadway (Zone: ???)**
18m 12s

Jessie Milleson
17685134

### Safety : Protest Damage

McDonald's-vandalize -graffiti
Poke world -vandalized graffiti
Cricket-vandalized
Denver post- windows busted out- graffiti
Sheraton hotel 3 rd floor
Denver post - vandalized- graffiti all bottom windows are busted out
Pioneer-monument Park Graffiti
Denver post graffiti CS: Broadway & Cleveland Pl



6/1/2020 Log Report





---

**Saturday May 30 11:46 AM**
near **(Zone: ???)**
1m 42s

**Jessie Milleson**
17685135

**Safety : Protest Damage**

Denver post - graffiti
Petroleum building CS: 16th St & Broadway







---

**Saturday May 30 11:48 AM**
near **1625 Broadway (Zone: ???)**
1m 36s

**Jessie Milleson**
17685136

**Safety : Protest Damage** | U.S. Bank - Broadway (1625 Broadway )

Grafffif CS: Broadway & Cleveland Pl





Log Report

**Saturday May 30 11:52 AM**
near **1721-1801 Broadway (Zone: ???)**
10m 1s

**Jessie Milleson**
17685137

### Safety : Protest Damage

Brown palace hotel - vandalized- graffiti

Homer reed Ltd- vandalize
Republic plaza -vandalized CS: 17th St & Broadway



6/1/2020  Log Report

| | |
|---|---|
| **Saturday May 30 12:02 PM**<br>near **444 17th St (Zone: ???)**<br>8m 25s | **Jessie Milleson**<br>17685138 |

**Safety : Protest Damage**

410 17 street
holiday inn- vandalized- graffiti
Midland lofts - vandalized
Denver club CS: 17th St & Glenarm Pl



   





| | |
|---|---|
| **Saturday May 30 12:18 PM**<br>near **1617 California St (Zone: ???)**<br>49s | **Jessie Milleson**<br>17685145 |

| **Safety : Protest Damage** | **T.J. Maxx (710 16th St)** |
|---|---|

Boarded up store CS: 16th St & California St

6/1/2020                                    Log Report

| | |
|---|---|
| **Saturday May 30 12:23 PM**<br>near **1020 16th Street Mall (Zone: ???)**<br>28s | **Jessie Milleson**<br>17685147 |

**Safety : Protest Damage**

Graffiti CS: 16th St & Curtis St



| | |
|---|---|
| **Saturday May 30 3:12 PM**<br>near **1550 Market St (Zone: ???)**<br>42s | **Matthew Brady**<br>17686169 |

| **Safety : Protest Damage** | **Panera Bread (1380 16th St)** |
|---|---|

Window was broken at Panera Bread CS: 16th St & Market St



| | |
|---|---|
| **Saturday May 30 3:18 PM**<br>near **1770 Chestnut Pl (Zone: ???)**<br>4m 31s | **Jay Stewart**<br>17686158 |

| **Safety : Protest Damage** | **Peet's Coffee (1550 Court Pl)** |
|---|---|

Peet's coffee is boarded up CS: 17th St & Chestnut Pl



6/1/2020                                   Log Report

| | |
|---|---|
| **Saturday May 30 3:26 PM** | **Matthew Brady** |
| near **800 15th St (Zone: ???)** | 17686173 |
| 20s | |

| Safety : Protest Damage | Home2 Suites by Hilton (801 15th St) |
|---|---|

Window was broken on the hotel. CS: 15th St & Stout St



| | |
|---|---|
| **Saturday May 30 3:27 PM** | **Matthew Brady** |
| near **707 15th St (Zone: ???)** | 17686174 |
| 21s | |

| Safety : Protest Damage | Ruth Chris (707 15th St) |
|---|---|

Three windows broken at Ruth's Chris. CS: 15th St & California St

 

| | |
|---|---|
| **Saturday May 30 3:30 PM** | **Matthew Brady** |
| near **1520-1592 Glenarm Pl (Zone: ???)** | 17686175 |
| 19s | |

| Safety : Protest Damage | Hot Topic (500 16th St) |
|---|---|

Windows broken at Hot Topic. CS: 16th St & Glenarm Pl



6/1/2020 Log Report

**Saturday May 30 3:32 PM**
near **410 17th St (Zone: ???)**
28s

**Kevin Reiser**
17686197

**Safety : Protest Damage**

Graffiti on support beam CS: 17th St & Tremont Pl



**Saturday May 30 3:32 PM**
near **621 17th St (Zone: ???)**
22s

**Matthew Brady**
17686176

**Safety : Protest Damage**

Window broken at the Denver Club Building. CS: 17th St & Welton St



**Saturday May 30 3:33 PM**
near **410 17th St (Zone: ???)**
17s

**Kevin Reiser**
17686198

**Safety : Protest Damage**

Graffiti in alley CS: 17th St & Tremont Pl



6/1/2020

Log Report

**Saturday May 30 3:34 PM**
near **748 18th St (Zone: ???)**
36s

**Matthew Brady**
17686177

**Safety : Protest Damage**

Broken window and graffiti. CS: 18th St & California St



**Saturday May 30 3:34 PM**
near **1600 Glenarm Pl (Zone: ???)**
18s

**Kevin Reiser**
17686199

**Safety : Protest Damage**

Graffiti in alley CS: 38th St & Glenarm Pl



**Saturday May 30 3:35 PM**
near **1735 Stout St (Zone: ???)**
19s

**Matthew Brady**
17686178

**Safety : Protest Damage** | **Cobbler's Corner (826 17th St)**

One window broken at Cobblers Corner. CS: 17th St & Stout St



6/1/2020                                                Log Report

| Saturday May 30 3:37 PM | Kevin Reiser |
| near **519 16th Street Mall (Zone: ???)** | 17686200 |
| 16s | |

**Safety : Protest Damage**

Graffiti in alley CS: 16th St & Welton St



---

| Saturday May 30 3:38 PM | Matthew Brady |
| near **1225 17th St (Zone: ???)** | 17686179 |
| 30s | |

**Safety : Protest Damage** | **Guaranty Bank & Trust Co. (1331 17th St)**

Windows broken at Guaranty Bank Building. CS: 18th St & Larimer St



---

| Saturday May 30 3:43 PM | Matthew Brady |
| near **1719 Wazee St (Zone: ???)** | 17686180 |
| 19s | |

**Safety : Protest Damage**

One window damaged at Amante. CS: 17th St & Wazee St



6/1/2020   Log Report

**Saturday May 30 4:20 PM**
near **1600 California St (Zone: ???)**
32s

Matthew Brady
17686184

Safety : Protest Damage | Great Clips for Hair (1600 California St)

Window damaged at great clips. CS: 16th St & California St



---

**Saturday May 30 4:21 PM**
near **600 16th Street Mall (Zone: ???)**
23s

Matthew Brady
17686185

Safety : Protest Damage

Graffiti on the mall. CS: 16th St & Welton St



---

**Saturday May 30 4:34 PM**
near **1110 16th Street Mall (Zone: ???)**
25s

Kenneth Goitia
17686196

Safety : Protest Damage

Vandalism outside gusto building CS: 16th St & Lawrence St



---

6/1/2020

Log Report

---

**Saturday May 30 5:12 PM**
near **1609-1699 Tremont Pl (Zone: ???)**
19s

**Matthew Brady**
17686187

**Safety : Protest Damage**

Yard House (1550 Court Pl)

Graffiti on the building. CS: 17th St & Tremont Pl



---

**Saturday May 30 5:16 PM**
near **303 16th Street Mall (Zone: ???)**
15s

**Kevin Reiser**
17686203

**Safety : Protest Damage**

Graffiti on building CS: 16th St & Tremont Pl



---

**Saturday May 30 5:16 PM**
near **370 17th St (Zone: ???)**
16s

**Kevin Reiser**
17686204

**Safety : Protest Damage**

Graffiti on building CS: 17th St & Tremont Pl



---

6/1/2020                                    Log Report

| | |
|---|---|
| **Saturday May 30 5:17 PM**<br>near **407 16th Street Mall (Zone: ???)**<br>13s | Kevin Reiser<br>17686205 |

**Safety : Protest Damage**

Graffiti in alley CS: 16th St & Tremont Pl



| | |
|---|---|
| **Saturday May 30 5:19 PM**<br>near **400-498 16th Street Mall (Zone: ???)**<br>44s | Kevin Reiser<br>17686207 |

**Safety : Protest Damage**

Graffiti on business CS: 16th St & Tremont Pl



| | |
|---|---|
| **Saturday May 30 5:23 PM**<br>near **1701-1799 Welton St (Zone: ???)**<br>14s | Kevin Reiser<br>17686209 |

**Safety : Protest Damage**

Graffiti in parking lot CS: 17th St & Welton St



| | **Saturday May 30 5:26 PM**<br>near **1546 California St (Zone: ???)** | **Kevin Reiser**<br>17686210 |

**Safety : Protest Damage**

Graffiti in alley CS: 16th St & Lightrail



6/1/2020                                                      Log Report

## Sunday May 31

---

**Sunday May 31 6:44 AM**                                    Marcus Uribe
near **1000-1098 16th Street Mall (Zone: ???)**              17687995
2m 24s

**Safety : Protest Damage**

Graffiti on benches at Park. CS: 16th St & Arapahoe St



---

**Sunday May 31 6:47 AM**                                    Marcus Uribe
near **1544-1596 Arapahoe St (Zone: ???)**                   17687996
3m 27s

**Safety : Protest Damage**

Graffiti and vandalism on barrier walls of federal reserve bank. CS: 16th St & Arapahoe St



6/1/2020 Log Report

| | |
|---|---|
| **Sunday May 31 6:51 AM** <br> near **1514 Curtis St (Zone: ???)** <br> 1m 40s | **Marcus Uribe** <br> 17687997 |

**Safety : Protest Damage**

Graffiti and vandalism on a trashcan cover. CS: 15th St & Curtis St



| | |
|---|---|
| **Sunday May 31 6:53 AM** <br> near **1000-1098 16th Street Mall (Zone: ???)** <br> 40s | **Marcus Uribe** <br> 17687998 |

**Safety : Protest Damage**

Graffiti and vandalism spray-painted onto the information kiosk on Curtis Street. CS: 16th St & Curtis St



| | |
|---|---|
| **Sunday May 31 6:54 AM** <br> near **1600-1698 Curtis St (Zone: ???)** <br> 1m 51s | **Marcus Uribe** <br> 17687999 |

| **Safety : Protest Damage** | **Starbucks - Marriott City Center (1701 Califo** |
|---|---|

Vandalism and graffiti on the boards for the Starbucks coffee shop. CS: 16th St & Curtis St

  

DEN009784

6/1/2020 Log Report

| | |
|---|---|
| **Sunday May 31 6:56 AM**<br>near **951 16th Street Mall (Zone: ???)**<br>31s | **Marcus Uribe**<br>17688000 |

**Safety : Protest Damage**

Vandalism and graffiti on boarded windows to vacant business off 16th St. CS: 16th St & Curtis St



| | |
|---|---|
| **Sunday May 31 6:57 AM**<br>near **904 16th Street Mall (Zone: ???)**<br>3m 5s | **Marcus Uribe**<br>17688001 |

| **Safety : Protest Damage** | **Subway - University Building (904 16th St)** |
|---|---|

Vandalism and graffiti on boards for the subway business. CS: 16th St & Champa St



| | |
|---|---|
| **Sunday May 31 7:03 AM**<br>near **801-899 16th Street Mall (Zone: ???)**<br>1m 18s | **Marcus Uribe**<br>17688003 |

| **Safety : Protest Damage** | **Famous Footwear (820 16th St)** |
|---|---|

Vandalism and graffiti on the boarded windows a famous footwear business. CS: 16th St & Champa St



DEN009785

6/1/2020                                                                Log Report

| Sunday May 31 7:05 AM<br>near **820 16th Street Mall (Zone: ???)**<br>46s | Marcus Uribe<br>17688004 |
|---|---|

**Safety : Protest Damage**

Vandalism and graffiti on Sally beauty supply board windows. CS: 16th St & Champa St



| Sunday May 31 7:07 AM<br>near **820 16th Street Mall (Zone: ???)**<br>1m 4s | Marcus Uribe<br>17688005 |
|---|---|

| **Safety : Protest Damage** | Colorful Colorado (821 16th St) |
|---|---|

Vandalism and graffiti on the board of windows for colorful Colorado. CS: 16th St & Champa St

  

| Sunday May 31 7:11 AM<br>near **815 16th Street Mall (Zone: ???)**<br>1m 16s | Marcus Uribe<br>17688008 |
|---|---|

**Safety : Protest Damage**

Graffiti on 16th St. pole sign. CS: 16th St & Champa St

  

6/1/2020                                                                Log Report

| Sunday May 31 7:12 AM | Marcus Uribe |
|---|---|
| near **820 16th Street Mall (Zone: ???)** | 17688009 |
| 1m 2s | |

**Safety : Protest Damage**

Vandalism and graffiti on 16th St. light pole. CS: 16th St & Champa St



| Sunday May 31 7:13 AM | Marcus Uribe |
|---|---|
| near **1543 Stout St (Zone: ???)** | 17688010 |
| 53s | |

**Safety : Protest Damage**

Vandalism and graffiti on Walgreens side of store. CS: 16th St & Stout St

  

| Sunday May 31 7:15 AM | Marcus Uribe |
|---|---|
| near **1543 Stout St (Zone: ???)** | 17688011 |
| 1m 24s | |

| **Safety : Protest Damage** | Ross Dress for Less (1543 Stout St) |
|---|---|

Ross front door smashed and cracked from protest. Glass is shattered but not completely broken. CS: 16th St & Stout St



6/1/2020                                                Log Report

**Sunday May 31 7:16 AM**
near **16th Street Mall** (Zone: ???)
53s

Marcus Uribe
17688012

**Safety : Protest Damage**

Vandalism and graffiti on metal box off of 16th St. sidewalk. CS: 16th St & Stout St

 

---

**Sunday May 31 7:21 AM**
near **707 16th Street Mall** (Zone: ???)
43s

Marcus Uribe
17688015

**Safety : Protest Damage**

TJ Max Store boards vandalized with graffiti. CS: 16th St & California St

 

---

**Sunday May 31 7:22 AM**
near **718 16th Street Mall** (Zone: ???)
33s

Marcus Uribe
17688016

**Safety : Protest Damage** | **Jason's Deli (702 16th St)**

Jasons deli window vandalized with graffiti. CS: 16th St & Stout St



6/1/2020

Log Report

| | |
|---|---|
| **Sunday May 31 7:26 AM**<br>near **707 16th Street Mall (Zone: ???)**<br>34s | **Marcus Uribe**<br>17688018 |

| Safety : Protest Damage | Jamba Juice - 16th (701 16th St) |
|---|---|

Jamba Juice window vandalized with graffiti. CS: 16th St & California St



| | |
|---|---|
| **Sunday May 31 7:27 AM**<br>near **702 16th Street Mall (Zone: ???)**<br>41s | **Marcus Uribe**<br>17688019 |

| Safety : Protest Damage | Lechuga's Italian (700 16th ) |
|---|---|

Graffiti on Lechuga's Italian restaurant kiosk. CS: 16th St & California St



| | |
|---|---|
| **Sunday May 31 7:28 AM**<br>near **702 16th Street Mall (Zone: ???)**<br>3m 54s | **Marcus Uribe**<br>17688020 |

| Safety : Protest Damage | |
|---|---|

Vandalism and graffiti on business boarded windows. CS: 16th St & California St



6/1/2020                                                                Log Report

| | | |
|---|---|---|
| **Sunday May 31 7:40 AM** near **1600 California St (Zone: ???)** 5m 11s | | **Marcus Uribe** 17688021 |

**Safety : Protest Damage**

T mobile store vandalized and window broken. Police officers on scene when officer was on scene. CS: 16th St & California St

  

| | | |
|---|---|---|
| **Sunday May 31 7:46 AM** near **1564-1594 California St (Zone: ???)** 2m 34s | | **Marcus Uribe** 17688022 |

**Safety : Protest Damage**

Vandalism and graffiti on Target boarded windows. CS: 16th St & California St

  

| | | |
|---|---|---|
| **Sunday May 31 7:50 AM** near **610 16th Street Mall (Zone: ???)** 1m 4s | | **Marcus Uribe** 17688023 |

| **Safety : Protest Damage** | Montbell (600 16th St) |
|---|---|

Graffiti and vandalism on business windows of Mont bell CS: 16th St & Welton St

  

6/1/2020                                                                Log Report

**Sunday May 31 7:52 AM**
near **610 16th Street Mall (Zone: ???)**
9m 39s

Marcus Uribe
17688024

**Safety : Protest Damage**

Vandalism and graffiti all along side the wall of the pavilions off of Welton Street. CS: 16th St & Welton St



6/1/2020

Log Report

**Sunday May 31 8:01 AM**
near **535 16th Street Mall (Zone: ???)**
1m 33s

**Marcus Uribe**
17688025

| Safety : Protest Damage | Appaloosa Grill (535 16th St) |
| --- | --- |

Vandalism and graffiti on the side of building of business Appaloosa CS: 16th St & Welton St

    



---

**Sunday May 31 8:03 AM**
near **600 17th St (Zone: ???)**
38s

**Marcus Uribe**
17688026

**Safety : Protest Damage**

Graffiti and vandalism at the entrance of the 1614 address. CS: 17th St & Welton St



6/1/2020 Log Report

| | |
|---|---|
| **Sunday May 31 8:04 AM**<br>near **1597-1599 Lawrence St (Zone: ???)**<br>1m | **Jessie Milleson**<br>17687936 |

| **Safety : Protest Damage** | Tabor Center (1201 16th St) |
|---|---|

CS: 16th St & Lawrence St

 

| | |
|---|---|
| **Sunday May 31 8:05 AM**<br>**1515 Arapahoe (Zone: ???)**<br>35s | **Jessie Milleson**<br>17687937 |

| **Safety : Protest Damage** | Ashford EDU Building (1515 Arapahoe ) |
|---|---|

Building has graffiti on it. CS: 16th St & Lawrence St



| | |
|---|---|
| **Sunday May 31 8:06 AM**<br>near **1601 Arapahoe St (Zone: ???)**<br>2m 7s | **Jessie Milleson**<br>17687938 |

| **Safety : Protest Damage** | Skyline Park 1 (1516 Arapahoe St) |
|---|---|

Park has several areas that have graffiti on it . CS: 16th St & Arapahoe St

   

6/1/2020                                                                Log Report

| | |
|---|---|
| **Sunday May 31 8:09 AM**<br>near **610 16th Street Mall (Zone: ???)**<br>1m 19s | **Marcus Uribe**<br>17688027 |

| Safety : Protest Damage | Henry's Tavern (500 16th St) |
|---|---|

Graffiti and vandalism on the side of Henry's business windows and walls. CS: 16th St & Welton St



| | |
|---|---|
| **Sunday May 31 8:14 AM**<br>near **500 16th Street Mall (Zone: ???)**<br>51s | **Marcus Uribe**<br>17688030 |

| Safety : Protest Damage | Where the Buffalo Roam (535 16th St) |
|---|---|

Vandalism on building in between two businesses. CS: 16th St & Welton St



| | |
|---|---|
| **Sunday May 31 8:14 AM**<br>**1020 16th St (Zone: ???)**<br>58s | **Jessie Milleson**<br>17687939 |

| Safety : Protest Damage | Federal Reserve Bank of Kansas (1020 16th |
|---|---|

Graffiti CS: 16th St & Curtis St



6/1/2020

Log Report

| | |
|---|---|
| **Sunday May 31 8:15 AM**<br>near **1099 16th Street Mall (Zone: ???)** | **Jessie Milleson**<br>17687940 |

| **Safety : Protest Damage** | Starbucks Coffee - 934 16th (934 16th St) |
|---|---|

Boarded up CS: 16th St & Acoma St



| | |
|---|---|
| **Sunday May 31 8:16 AM**<br>near **1099 16th Street Mall (Zone: ???)**<br>1m 24s | **Jessie Milleson**<br>17687941 |

**Safety : Protest Damage**

Starbucks boarded up and has graffiti CS: 16th St & Acoma St



| | |
|---|---|
| **Sunday May 31 8:16 AM**<br>near **535 16th Street Mall (Zone: ???)**<br>30s | **Marcus Uribe**<br>17688031 |

**Safety : Protest Damage**

Graffiti and vandalism on board window of three margaritas restaurant. CS: 16th St & Welton St



6/1/2020                                                                    Log Report

| Sunday May 31 8:17 AM near **890 14th St (Zone: ???)** 36s | **Jessie Milleson** 17687942 |
|---|---|
| **Safety : Protest Damage** | Zen'd Out Massage (934 16th St) |

Vendor boards up CS: 14th St & Champa St



---

| Sunday May 31 8:17 AM near **535 16th Street Mall (Zone: ???)** 2m 52s | **Marcus Uribe** 17688032 |
|---|---|
| **Safety : Protest Damage** | H&M Clothing (500 16th St) |

H & M Business had vandalism and graffiti on boards covering windows. CS: 16th St & Welton St



6/1/2020                                    Log Report

| | |
|---|---|
| **Sunday May 31 8:18 AM**<br>**910 16th St (Zone: ???)**<br>3m 9s | **Jessie Milleson**<br>17687943 |

**Safety : Protest Damage**

University building boarded up and has graffiti. CS: 16th St & Champa St

  

| | |
|---|---|
| **Sunday May 31 8:21 AM**<br>near **535 16th Street Mall (Zone: ???)**<br>1m 18s | **Marcus Uribe**<br>17688033 |

**Safety : Protest Damage**

Vandalism and graffiti on the side of building. CS: 16th St & Welton St



| | |
|---|---|
| **Sunday May 31 8:21 AM**<br>**951 Curtis St (Zone: ???)**<br>35s | **Jessie Milleson**<br>17687944 |

| **Safety : Protest Damage** | **Menya Noodle Bar (951 Curtis St)** |
|---|---|

Boarded up CS: 12th St & Larimer St



DEN009797

6/1/2020                                                 Log Report

**Sunday May 31 8:22 AM**
near **500 16th Street Mall (Zone: ???)**
3m 33s

Marcus Uribe
17688034

**Safety : Protest Damage**

Vandalism and graffiti on Business that is, west of surrender saloon and kitchen. CS: 16th St & Glenarm Pl



**Sunday May 31 8:23 AM**
**820 16th St (Zone: ???)**

Jessie Milleson
17687945

| **Safety : Protest Damage** | 7-Eleven - 16th/Champa (820 16th St) |
| --- | --- |

Vandalized/boarded CS: 16th St & Champa St



6/1/2020                                                      Log Report

| | |
|---|---|
| **Sunday May 31 8:24 AM**<br>**820 16th St (Zone: ???)**<br>1m 36s | **Jessie Milleson**<br>17687946 |

| Safety : Protest Damage | Famous Footwear (820 16th St) |
|---|---|

Boarded up/ graffiti CS: 16th St & Champa St



| | |
|---|---|
| **Sunday May 31 8:25 AM**<br>**820 16th St (Zone: ???)**<br>28s | **Jessie Milleson**<br>17687947 |

| Safety : Protest Damage | Sally Beauty Supply (820 16th St) |
|---|---|

Boarded/graffiti CS: 16th St & Champa St



| | |
|---|---|
| **Sunday May 31 8:25 AM**<br>**821 16th St (Zone: ???)**<br>1m 4s | **Jessie Milleson**<br>17687948 |

| Safety : Protest Damage | Colorful Colorado (821 16th St) |
|---|---|

Boarded/graffiti CS: 16th St & Champa St



6/1/2020

Log Report

| Sunday May 31 8:26 AM | Jessie Milleson |
|---|---|
| **801 16th St** (Zone: ???) | 17687949 |
| 1m 13s | |

| Safety : Protest Damage | Walgreens (801 16th St) |
|---|---|

Graffiti/ fire bomb burn marks CS: 16th St & Stout St

  

| Sunday May 31 8:27 AM | Marcus Uribe |
|---|---|
| near **453-499 16th Street Mall** (Zone: ???) | 17688035 |
| 3m 37s | |

| Safety : Protest Damage | Hard Rock Café (500 16th St) |
|---|---|
| | Rocky Mountain Chocolate Factory - 16th (5( |
| | Sunglass Hut (500 16th St) |

Vandalism and graffiti on the side of the Pavilion's businesses. CS: 16th St & Glenarm Pl

    

 

6/1/2020 Log Report

| | |
|---|---|
| **Sunday May 31 8:28 AM**<br>**1543 Stout St (Zone: ???)**<br>26s | **Jessie Milleson**<br>17687950 |

| Safety : Protest Damage | Ross Dress for Less (1543 Stout St) |
|---|---|

Vandalized. CS: 16th St & Stout St



| | |
|---|---|
| **Sunday May 31 8:31 AM**<br>**718 16th St (Zone: ???)**<br>33s | **Jessie Milleson**<br>17687952 |

| Safety : Protest Damage | H&R Block (718 16th St) |
|---|---|

Boarded up CS: 16th St & Stout St



| | |
|---|---|
| **Sunday May 31 8:31 AM**<br>near **400-498 16th Street Mall (Zone: ???)**<br>1m 14s | **Marcus Uribe**<br>17688036 |

| Safety : Protest Damage | Cook's Fresh Market (1600 Glenarm St) |
|---|---|

Vandalism and graffiti on side of building cook fresh market business. CS: 16th St & Glenarm Pl



6/1/2020 Log Report

| | |
|---|---|
| **Sunday May 31 8:32 AM**<br>**716 16th St (Zone: ???)**<br>38s | **Jessie Milleson**<br>17687953 |

| Safety : Protest Damage | Sole Street Shoes (716 16th St) |
|---|---|

Boarded up CS: 16th St & Stout St



| | |
|---|---|
| **Sunday May 31 8:32 AM**<br>**710 16th St (Zone: ???)**<br>31s | **Jessie Milleson**<br>17687954 |

| Safety : Protest Damage | T.J. Maxx (710 16th St) |
|---|---|

Boarded up / graffiti CS: 16th St & Lightrail



DEN009802

6/1/2020
Log Report

**Sunday May 31 8:33 AM**
near **453-499 16th Street Mall (Zone: ???)**
1m 48s

Marcus Uribe
17688037

Safety : Protest Damage

Vandalism and graffiti on the patio furniture and building of Earls kitchen and bar. Red-handed blood prints were used. CS: 16th St & Glenarm Pl

    



**Sunday May 31 8:33 AM**
**709 16th St (Zone: ???)**
50s

Jessie Milleson
17687955

Safety : Protest Damage | Obento (709 16th St)

Boarded up / graffiti CS: 16th St & California St

 

6/1/2020                                    Log Report

| **Sunday May 31 8:34 AM** | **Jessie Milleson** |
|---|---|
| **705 16th St (Zone: ???)** | 17687956 |
| 24s | |

| Safety : Protest Damage | Mt Everest imports (705 16th St) |
|---|---|

Boarded up CS: 16th St & California St



| **Sunday May 31 8:35 AM** | **Jessie Milleson** |
|---|---|
| **700 16th St (Zone: ???)** | 17687957 |
| 35s | |

| Safety : Protest Damage | Starbucks Coffee - 700 16th (700 16th St) |
|---|---|

Boarded up CS: 16th St & Lightrail

 

| **Sunday May 31 8:35 AM** | **Marcus Uribe** |
|---|---|
| near **1600 Glenarm Pl (Zone: ???)** | 17688038 |
| 37s | |

| Safety : Protest Damage | |
|---|---|

Vandalism and graffiti in alleyway. CS: 38th St & Glenarm Pl

  

6/1/2020

Log Report

| | |
|---|---|
| **Sunday May 31 8:36 AM**<br>near **1608-1648 Glenarm Pl (Zone: ???)**<br>26s | Marcus Uribe<br>17688039 |

**Safety : Protest Damage**

Graffiti and vandalism on 16th St. sidewalk. CS: 38th St & Glenarm Pl



| | |
|---|---|
| **Sunday May 31 8:36 AM**<br>**1605 California St (Zone: ???)**<br>1m 9s | Jessie Milleson<br>17687958 |

**Safety : Protest Damage** | **T-Mobile - California (1605 California St)**

Vandalized/graffiti CS: 16th St & California St

 

| | |
|---|---|
| **Sunday May 31 8:37 AM**<br>near **400-498 16th Street Mall (Zone: ???)**<br>1m 57s | Marcus Uribe<br>17688040 |

**Safety : Protest Damage** | **7-Eleven - 16th/Tremont (410 16th St)**

Vandalism and graffiti on boarded window of the side of 7-Eleven. CS: 16th St & Glenarm Pl

    

**Sunday May 31 8:37 AM**
**1617 California St (Zone: ???)**
37s

**Jessie Milleson**
17687959

| Safety : Protest Damage | Kyoto Ramen (1617 California St) |
| --- | --- |

Boarded up CS: 16th St & California St



**Sunday May 31 8:38 AM**
**1600 California St (Zone: ???)**
27s

**Jessie Milleson**
17687960

| Safety : Protest Damage | Chipotle (1600 California St) |
| --- | --- |

Boarded up CS: 16th St & California St



**Sunday May 31 8:39 AM**
**1600 California St (Zone: ???)**
33s

**Jessie Milleson**
17687961

| Safety : Protest Damage | CVS Pharmacy - Target (1600 California St) |
| --- | --- |

Graffiti CS: 16th St & California St



6/1/2020                                                           Log Report

| | |
|---|---|
| **Sunday May 31 8:40 AM**<br>near **1635 Tremont Pl (Zone: ???)**<br>59s | **Marcus Uribe**<br>17688041 |

| Safety : Protest Damage | Yard House (1550 Court Pl) |
|---|---|

Vandalism and graffiti on business boarded up windows of Yard House. CS: 16th St & Tremont Pl



| | |
|---|---|
| **Sunday May 31 8:40 AM**<br>**634 16th St (Zone: ???)**<br>32s | **Jessie Milleson**<br>17687962 |

| Safety : Protest Damage | Taco Bell/Pizza Hut Express (634 16th St) |
|---|---|

Boarded up CS: 16th St & California St



| | |
|---|---|
| **Sunday May 31 8:41 AM**<br>**1600 California St (Zone: ???)**<br>23s | **Jessie Milleson**<br>17687963 |

| Safety : Protest Damage | Great Clips for Hair (1600 California St) |
|---|---|

Graffiti CS: 16th St & California St



6/1/2020

Log Report

**Sunday May 31 8:42 AM**
near **405 16th Street Mall (Zone: ???)**
1m 48s

Marcus Uribe
17688042

Safety : Protest Damage

Gold and Time (300 16th )

Gold and time business boarded up and vandalized with graffiti and paint. CS: 38th St & Glenarm Pl

  

**Sunday May 31 8:42 AM**
**16th St & Welton/California Alley (Zone: ???)**
59s

Jessie Milleson
17687964

Safety : Protest Damage

Protest signs hanging in alleyway on business. CS: 16th St & Welton St



**Sunday May 31 8:44 AM**
**16th St & Welton/California Alley (Zone: ???)**
47s

Jessie Milleson
17687965

Safety : Protest Damage

Graffiti on business CS: 16th St & Welton St



6/1/2020                                                          Log Report

| | |
|---|---|
| **Sunday May 31 8:44 AM**<br>near **1600 Glenarm Pl (Zone: ???)**<br>1m 10s | **Marcus Uribe**<br>17688043 |

**Safety : Protest Damage**

Kiosk vandalized with graffiti and paint. CS: 38th St & Glenarm Pl

  

| | |
|---|---|
| **Sunday May 31 8:45 AM**<br>near **1601-1607 Tremont Pl (Zone: ???)**<br>1m 26s | **Marcus Uribe**<br>17688044 |

**Safety : Protest Damage** | Sole Street Shoes (716 16th St)

Sole box shoe kiosk vandalized with graffiti and paint. CS: 16th St & Tremont Pl

  

| | |
|---|---|
| **Sunday May 31 8:47 AM**<br>near **403 16th Street Mall (Zone: ???)**<br>1m 25s | **Marcus Uribe**<br>17688045 |

**Safety : Protest Damage** | Starbucks Coffee - 303 16th (303 16th St)

Starbucks boarded up windows vandalized with graffiti and paint. CS: 16th St & Tremont Pl

  

6/1/2020                                                    Log Report

| | |
|---|---|
| **Sunday May 31 8:48 AM**<br>**500 16th St (Zone: ???)** | **Jessie Milleson**<br>17687966 |

| | |
|---|---|
| **Safety : Protest Damage** | Henry's Tavern (500 16th St) |

Graffiti CS: 16th St & Glenarm Pl

  



| | |
|---|---|
| **Sunday May 31 8:49 AM**<br>near **1600-1606 Tremont Pl (Zone: ???)**<br>45s | **Marcus Uribe**<br>17688046 |

| | |
|---|---|
| **Safety : Protest Damage** | Krispy Kreme (303 16th St) |

Krispy Kreme doughnut boarded up door vandalized with a red and print. CS: 16th St & Tremont Pl



6/1/2020                                                                 Log Report

| | |
|---|---|
| **Sunday May 31 8:49 AM** **600 16th St (Zone: ???)** 1m 56s | **Jessie Milleson** 17687967 |

**Safety : Protest Damage** | Montbell (600 16th St)

Graffiti CS: 16th St & Welton St



---

| | |
|---|---|
| **Sunday May 31 8:50 AM** **16th St & Welton St (Zone: ???)** 1m 19s | **Jessie Milleson** 17687968 |

**Safety : Protest Damage**

Shuttle stop vandalized CS: 16th St & Welton St



---

| | |
|---|---|
| **Sunday May 31 8:52 AM** near **401 16th Street Mall (Zone: ???)** 50s | **Marcus Uribe** 17688047 |

**Safety : Protest Damage**

Vandalism and graffiti on individual plant holders on 303 16th St. property CS: 16th St & Tremont Pl



DEN009811

6/1/2020                                    Log Report

| Sunday May 31 8:53 AM (Zone: ???) 1m 12s | Jessie Milleson 17687970 |
|---|---|

| Safety : Protest Damage | Downtown Information Kiosk () |
|---|---|

Vandalized/graffiti CS: 16th St & Welton St

 

| Sunday May 31 8:54 AM 500 16th St (Zone: ???) 1m 9s | Jessie Milleson 17687971 |
|---|---|

| Safety : Protest Damage | H&M Clothing (500 16th St) |
|---|---|

Boarded up/graffiti CS: 16th St & Glenarm Pl

   

| Sunday May 31 8:55 AM 519 16th St (Zone: ???) 27s | Jessie Milleson 17687972 |
|---|---|

| Safety : Protest Damage | Three Margaritas (519 16th St) |
|---|---|

Boarded up/graffiti CS: 16th St & Glenarm Pl

 

6/1/2020                                        Log Report

**Sunday May 31 8:56 AM**
**501 16th St (Zone: ???)**
1m 32s

Jessie Milleson
17687973

**Safety : Protest Damage**                      West of Surrender (501 16th St)

Boarded up graffiti CS: 38th St & Glenarm Pl

  

**Sunday May 31 8:58 AM**
**535 16th St (Zone: ???)**
1m 3s

Jessie Milleson
17687974

**Safety : Protest Damage**                      Where the Buffalo Roam (535 16th St)

Graffiti CS: 16th St & Welton St

 

**Sunday May 31 9:00 AM**
near **303 16th Street Mall (Zone: ???)**
55s

Marcus Uribe
17688048

**Safety : Protest Damage**

Vandalism on an information kiosk at court place. Graffiti and a broken and busted screen on the kiosk. CS: 16th St & Court Pl



6/1/2020
Log Report

**Sunday May 31 9:02 AM**
near **303 16th Street Mall (Zone: ???)**
1m 21s

**Marcus Uribe**
17688050

| Safety : Protest Damage | Denver Energy Center (1675 16th St) |
|---|---|

Graffiti and vandalism on (Denver) energy center property. CS: 16th St & Court Pl

    

 

**Sunday May 31 9:02 AM**
near **1701-1799 Welton St (Zone: ???)**
27s

**Jessie Milleson**
17687975

**Safety : Protest Damage**

Graffiti on building CS: 17th St & Welton St



DEN009814

6/1/2020
Log Report

**Sunday May 31 9:03 AM**
**17th St & Glanarm/Welton Alley (Zone: ???)**
1m 7s

Jessie Milleson
17687976

**Safety : Protest Damage**

Graffiti on dumpster- protest related CS: 17th St & Glenarm Pl



---

**Sunday May 31 9:04 AM**
near **300 16th Street Mall (Zone: ???)**
1m 16s

Marcus Uribe
17688051

| **Safety : Protest Damage** | **Pokecity (216 16th St)** |

Vandalism or graffiti on the building by Poke city Hawaiian bowl. CS: 16th St & Court Pl

 

---

**Sunday May 31 9:05 AM**
**518 17th St (Zone: ???)**
2m 13s

Jessie Milleson
17687977

**Safety : Protest Damage**

Graffiti/vandalized / Denver club building CS: 17th St & Glenarm Pl

   

---

6/1/2020                                                    Log Report

| Sunday May 31 9:06 AM near **303 16th Street Mall (Zone: ???)** 1m 12s | Marcus Uribe 17688052 |
|---|---|
| Safety : Protest Damage | Sheraton Hotel Denver Downtown (1550 Cou |

Graffiti and vandalism on the side of Sheraton hotel property. CS: 16th St & Court Pl



| Sunday May 31 9:07 AM **600 16th St (Zone: ???)** 3m 54s | Jessie Milleson 17687978 |
|---|---|
| Safety : Protest Damage | ANB Bank (600 16th St) |

Graffiti CS: 16th St & Welton St

 

| Sunday May 31 9:08 AM near **370 17th St (Zone: ???)** 51s | Marcus Uribe 17688053 |
|---|---|
| Safety : Protest Damage | hacienda (1550 Court Pl) |

Parking meter vandalized and removed from its pole. Placed on a flower pot next to Hacienda Colorado. CS: 17th St & Tremont Pl

 

6/1/2020 Log Report

| **Sunday May 31 9:11 AM**<br>**444 17th St (Zone: ???)**<br>51s | **Jessie Milleson**<br>17687979 |
|---|---|

| Safety : Protest Damage | Yampa Sandwhich Co (444 17th St) |
|---|---|

Graffiti CS: 17th St & Glenarm Pl



| **Sunday May 31 9:12 AM**<br>**410 17th St (Zone: ???)**<br>3m 54s | **Jessie Milleson**<br>17687980 |
|---|---|

| Safety : Protest Damage | |
|---|---|

Vandalized/graffiti CS: 17th St & Tremont Pl



6/1/2020
Log Report

**Sunday May 31 9:16 AM**
near **1625 Broadway (Zone: ???)**
53s

Marcus Uribe
17688055

| Safety : Protest Damage | McDonald's (200 16th St) |
|---|---|

Vandalism and graffiti on the side of McDonald's business. CS: Broadway & Cleveland Pl

    

 

**Sunday May 31 9:22 AM**
**1677 Glenarm (Zone: ???)**
1m 25s

Jessie Milleson
17687981

| Safety : Protest Damage | Glenarm/Tremont alley (1677 Glenarm )<br>Glenarm Apartments (1600 Glenarm Pl) |
|---|---|

CS: 17th St & Glenarm Pl

  

6/1/2020 Log Report

**Sunday May 31 9:22 AM**
near **1600 Broadway (Zone: ???)**
2m 39s

**Marcus Uribe**
17688056

**Safety : Protest Damage** | Petroleum building (110 16th St)

Graffiti and vandalism on the petroleum building. CS: Broadway & Cleveland Pl



**Sunday May 31 9:23 AM**
**1677 Glenarm (Zone: ???)**
4m 29s

**Jessie Milleson**
17687982

**Safety : Protest Damage** | 7-Eleven - 16th/Tremont (410 16th St)
Glenarm/Tremont alley (1677 Glenarm )

Loading dock- graffiti CS: 17th St & Glenarm Pl



6/1/2020    Log Report

| Sunday May 31 9:27 AM<br>near **1550 Broadway (Zone: ???)**<br>42s | Marcus Uribe<br>17688057 |
|---|---|

**Safety : Protest Damage**

Naked bowl Japanese Ramen restaurant has vandalize windows. CS: 16th St & Broadway

 

| Sunday May 31 9:41 AM<br>**409 16th St (Zone: ???)** | Jessie Milleson<br>17688217 |
|---|---|

| **Safety : Protest Damage** | Subway - 16th (409 16th St) |
|---|---|

Graffiti on mall sidewalk CS: 16th St & Tremont Pl



| Sunday May 31 9:42 AM<br>**409 16th St (Zone: ???)**<br>1m 7s | Jessie Milleson<br>17688218 |
|---|---|

| **Safety : Protest Damage** | Subway - 16th (409 16th St) |
|---|---|

Graffiti CS: 16th St & Tremont Pl



6/1/2020                                                          Log Report

| **Sunday May 31 9:43 AM**<br>**1600 Glenarm Pl (Zone: ???)**<br>1m 33s | **Jessie Milleson**<br>17688219 |
|---|---|

| **Safety : Protest Damage** | Earl's Kitchen + Bar (1600 Glenarm Pl) |
|---|---|

Graffiti CS: 38th St & Glenarm Pl

   

| **Sunday May 31 9:45 AM**<br>**1600 Glenarm St (Zone: ???)**<br>34s | **Jessie Milleson**<br>17688220 |
|---|---|

| **Safety : Protest Damage** | Protein Bar - Glenarm Place (1600 Glenarm S |
|---|---|

Vandalized CS: 38th St & Glenarm Pl

 

| **Sunday May 31 9:46 AM**<br>**500 16th St (Zone: ???)**<br>35s | **Jessie Milleson**<br>17688221 |
|---|---|

| **Safety : Protest Damage** | Hard Rock Café (500 16th St) |
|---|---|

Boarded up graffiti CS: 16th St & Glenarm Pl



Log Report

| | |
|---|---|
| **Sunday May 31 9:47 AM**<br>**1600 Glenarm St (Zone: ???)**<br>27s | **Jessie Milleson**<br>17688222 |

| Safety : Protest Damage | Cook's Fresh Market (1600 Glenarm St) |
|---|---|

Graffiti CS: 38th St & Glenarm Pl



| | |
|---|---|
| **Sunday May 31 9:47 AM**<br>**500 16th St (Zone: ???)**<br>25s | **Jessie Milleson**<br>17688223 |

| Safety : Protest Damage | Sunglass Hut (500 16th St) |
|---|---|

Graffiti CS: 16th St & Glenarm Pl



| | |
|---|---|
| **Sunday May 31 9:48 AM**<br>**500 16th St (Zone: ???)**<br>32s | **Jessie Milleson**<br>17688224 |

| Safety : Protest Damage | Rocky Mountain Chocolate Factory - 16th (5( |
|---|---|

Graffiti CS: 16th St & Glenarm Pl



6/1/2020                                Log Report

**Sunday May 31 9:50 AM**
**410 16th St (Zone: ???)**
1m 26s

**Jessie Milleson**
17688225

| Safety : Protest Damage | 7-Eleven - 16th/Tremont (410 16th St) |
|---|---|

Vandalized-Graffiti CS: 16th St & Tremont Pl

   

 

**Sunday May 31 9:51 AM**
**1550 Court Pl (Zone: ???)**
42s

**Jessie Milleson**
17688226

| Safety : Protest Damage | Yard House (1550 Court Pl) |
|---|---|

Graffiti CS: 15th St & Court Pl

 

6/1/2020                                    Log Report

| Sunday May 31 9:52 AM | Jessie Milleson |
|---|---|
| 300 16th (Zone: ???) | 17688227 |
| 1m 18s | |

| Safety : Protest Damage | Gold and Time (300 16th ) |
|---|---|

Graffiti CS: 16th St & Court Pl

   

| Sunday May 31 9:53 AM | Jessie Milleson |
|---|---|
| 300 16th St (Zone: ???) | 17688228 |
| 34s | |

| Safety : Protest Damage | Eyebrow Design and Threading (300 16th St] |
|---|---|

Graffiti CS: 16th St & Court Pl

 

| Sunday May 31 9:54 AM | Jessie Milleson |
|---|---|
| 300 16th (Zone: ???) | 17688229 |
| 59s | |

| Safety : Protest Damage | Solebox (300 16th ) |
|---|---|

Graffiti CS: 16th St & Court Pl

 

6/1/2020                                Log Report

**Sunday May 31 9:55 AM**                                              **Jessie Milleson**
**303 16th St (Zone: ???)**                                                  17688230
1m

Safety : Protest Damage                        Starbucks Coffee - 303 16th (303 16th St)

Graffiti CS: 16th St & Court Pl

 

**Sunday May 31 9:56 AM**                                              **Jessie Milleson**
near **303 16th Street Mall (Zone: ???)**                                     17688231
44s

Safety : Protest Damage                        Sheraton Hotel Denver Downtown (1550 Cou

Construction walk way - graffiti CS: 16th St & Tremont Pl



**Sunday May 31 9:57 AM**                                              **Jessie Milleson**
**303 16th St (Zone: ???)**                                                  17688232
52s

Safety : Protest Damage                        Krispy Kreme (303 16th St)

Graffiti- red hand means blood is on your hands (police) CS: 16th St & Court Pl



| Sunday May 31 9:58 AM<br>near **303 16th Street Mall (Zone: ???)**<br>25s | Jessie Milleson<br>17688233 |
|---|---|

**Safety : Protest Damage**

Graffiti CS: 16th St & Tremont Pl



---

| Sunday May 31 9:59 AM<br>**303 16th St (Zone: ???)**<br>23s | Jessie Milleson<br>17688234 |
|---|---|

| **Safety : Protest Damage** | **Noodles & Company (303 16th St)** |
|---|---|

Vandalized CS: 16th St & Court Pl



---

| Sunday May 31 10:00 AM<br>**1675 16th St (Zone: ???)**<br>26s | Jessie Milleson<br>17688235 |
|---|---|

| **Safety : Protest Damage** | **Denver Energy Center (1675 16th St)** |
|---|---|

Graffiti CS: 16th St & Court Pl



6/1/2020   Log Report

| | |
|---|---|
| **Sunday May 31 10:05 AM**<br>**370 17th St (Zone: ???)**<br>1m 34s | **Jessie Milleson**<br>17688236 |

| **Safety : Protest Damage** | Republic Plaza (370 17th St) |
|---|---|

Boarded up CS: 17th St & Tremont Pl



| | |
|---|---|
| **Sunday May 31 10:07 AM**<br>**370 17th St (Zone: ???)**<br>1m 7s | **Jessie Milleson**<br>17688237 |

| **Safety : Protest Damage** | Republic Plaza (370 17th St) |
|---|---|

Guard shack destroyed CS: 17th St & Tremont Pl

   

| | |
|---|---|
| **Sunday May 31 10:08 AM**<br>**1675 Broadway (Zone: ???)**<br>35s | **Jessie Milleson**<br>17688238 |

| **Safety : Protest Damage** | Key Bank - Broadway (1675 Broadway ) |
|---|---|

Vandalized CS: 17th St & Court Pl



6/1/2020                                         Log Report

| | |
|---|---|
| **Sunday May 31 10:09 AM**<br>**1675 16th St (Zone: ???)**<br>35s | **Jessie Milleson**<br>17688274 |

| **Safety : Protest Damage** | Denver Energy Center (1675 16th St) |
|---|---|

Graffiti CS: Broadway & Cleveland Pl



| | |
|---|---|
| **Sunday May 31 10:10 AM**<br>**110 16th St (Zone: ???)**<br>1m 21s | **Jessie Milleson**<br>17688275 |

| **Safety : Protest Damage** | |
|---|---|

Petroleum building graffiti CS: 16th St & Broadway



| | |
|---|---|
| **Sunday May 31 10:11 AM**<br>**110 16th St (Zone: ???)**<br>1m | **Jessie Milleson**<br>17688276 |

| **Safety : Protest Damage** | Jimmy John's Gourmet Sandwich Shop (110 |
|---|---|

Graffiti CS: 16th St & Broadway

 

DEN009828

6/1/2020   Log Report

**Sunday May 31 10:15 AM**
**1501 N Broadway (Zone: ???)**
1m 31s

Jessie Milleson
17688277

**Safety : Protest Damage**     Pioneer Monument Park (1501 N Broadway )

Graffiti/ vandalized CS: Colfax Ave & Broadway

   

**Sunday May 31 10:19 AM**
**101 W Colfax St (Zone: ???)**
1m 2s

Jessie Milleson
17688278

**Safety : Protest Damage**     Denver Post (101 W Colfax St)

Graffiti/ boarded up CS: 15th St & Cleveland Pl

    

6/1/2020                                                       Log Report

**Sunday May 31 10:20 AM**
near **W Colfax Ave (Zone: ???)**
31s

Jessie Milleson
17688279

**Safety : Protest Damage**

Civic center theater graffiti CS: 15th St & Cleveland Pl

  

**Sunday May 31 10:27 AM**
**200 16th St (Zone: ???)**
47s

Jessie Milleson
17688280

**Safety : Protest Damage** | McDonald's (200 16th St)

Graffiti CS: 14th St & Cleveland Pl

  

**Sunday May 31 10:28 AM**
**1600 Broadway (Zone: ???)**
1m 26s

Jessie Milleson
17688281

**Safety : Protest Damage**

Boarded up/ graffiti

Bike Financial CS: Broadway & Cleveland Pl

 

6/1/2020 Log Report

| | |
|---|---|
| **Sunday May 31 10:30 AM**<br>**444 17th St (Zone: ???)**<br>53s | **Jessie Milleson**<br>17688282 |

| **Safety : Protest Damage** | U.S. Bank - 444 17th (444 17th St) |
|---|---|

Graffiti CS: 17th St & Glenarm Pl

 

| | |
|---|---|
| **Sunday May 31 10:32 AM**<br>**1550 Court Pl (Zone: ???)**<br>3m 58s | **Jessie Milleson**<br>17688283 |

| **Safety : Protest Damage** | Sheraton Hotel Denver Downtown (1550 Cou |
|---|---|

Graffiti/vandalized CS: 15th St & Court Pl

   

 

DEN009831

6/1/2020 Log Report

| Sunday May 31 10:36 AM near **300 15th St (Zone: ???)** 1m | Jessie Milleson 17688284 |

**Safety : Protest Damage**

Webb building boarded up CS: 15th St & Court Pl



| Sunday May 31 10:37 AM **15th St & Tremont Pl (Zone: ???)** 59s | Jessie Milleson 17688285 |

**Safety : Protest Damage**

Trash fire at corner CS: 15th St & Tremont Pl

 

| Sunday May 31 10:40 AM **1450 Glenarm Pl (Zone: ???)** 54s | Jessie Milleson 17688286 |

**Safety : Protest Damage** | Crowne Plaza Denver (1450 Glenarm Pl)

Graffiti/ dumpster fire CS: 15th St & Glenarm Pl

   

6/1/2020 Log Report

**Sunday May 31 10:42 AM**
**15th St & Glenarm Pl (Zone: ???)**
35s

Jessie Milleson
17688287

### Safety : Protest Damage

Graffiti CS: 15th St & Glenarm Pl

 

**Sunday May 31 10:43 AM**
**500 15th St (Zone: ???)**
2m 19s

Jessie Milleson
17688288

### Safety : Protest Damage

Graffiti/ vandalized CS: 15th St & Glenarm Pl



6/1/2020

Log Report

| | |
|---|---|
| **Sunday May 31 10:46 AM** <br> **550 15th St (Zone: ???)** <br> 58s | **Jessie Milleson** <br> 17688289 |

| Safety : Protest Damage | Hampton Inn & Suites - 15th (550 15th St) |
|---|---|

Vandalized/ boarded up CS: 15th St & Welton St

  

| | |
|---|---|
| **Sunday May 31 10:49 AM** <br> **1545 California St (Zone: ???)** <br> 36s | **Jessie Milleson** <br> 17688290 |

| Safety : Protest Damage | Denver Health Downtown Urgent Care (1545 |
|---|---|

Boarded up CS: 15th St & California St



| | |
|---|---|
| **Sunday May 31 10:50 AM** <br> **707 15th St (Zone: ???)** <br> 57s | **Jessie Milleson** <br> 17688386 |

| Safety : Protest Damage | Ruth Chris (707 15th St) |
|---|---|

Vandalized CS: 15th St & California St

   

DEN009834

6/1/2020                                                                                     Log Report

| Sunday May 31 10:52 AM<br>1443 Stout St (Zone: ???)<br>27s | Jessie Milleson<br>17688387 |
|---|---|

| **Safety : Protest Damage** | La Boheme Gentlemen's Cabaret (1443 Stout |
|---|---|

Boarded up CS: 15th St & Stout St



| Sunday May 31 10:52 AM<br>1520 Stout St (Zone: ???)<br>30s | Jessie Milleson<br>17688388 |
|---|---|

| **Safety : Protest Damage** | Tarantula Billiards Café (1520 Stout St) |
|---|---|

Vandalized CS: 15th St & Stout St



| Sunday May 31 10:57 AM<br>1500 Champa (Zone: ???)<br>43s | Jessie Milleson<br>17688389 |
|---|---|

| **Safety : Protest Damage** | Social Security Administration (1500 Champ |
|---|---|

Graffiti CS: 15th St & Champa St



**Sunday May 31 11:04 AM**
near **601 16th Street Mall (Zone: ???)**
1m 21s

Marcus Uribe
17688544

**Safety : Protest Damage**

Graffiti and vandalism on 16th St., Street. CS: 16th St & Welton St



---

**Sunday May 31 11:12 AM**
**1201 16th St (Zone: ???)**
1m 31s

Jessie Milleson
17688391

**Safety : Protest Damage**      Tabor Center (1201 16th St)

Graffiti CS: 16th St & Lawrence St



---

**Sunday May 31 11:16 AM**
**1480 16th St (Zone: ???)**
48s

Jessie Milleson
17688392

**Safety : Protest Damage**      Chipotle (1480 16th St)

Boarded up CS: 16th St & Blake St



| Sunday May 31 11:28 AM 1380 16th St (Zone: ???) 29s | Jessie Milleson 17688425 |
|---|---|
| **Safety : Protest Damage** | **Panera Bread (1380 16th St)** |

Vandalized CS: 16th St & Market St



| Sunday May 31 5:02 PM 1520 Market St (Zone: ???) | Abdi Ahmed 17689460 |
|---|---|
| **Safety : Protest Damage** | |

Vandalism On 16th market Square. CS: 15th St & Market St

 

| Sunday May 31 5:08 PM 1601 Larimer St (Zone: ???) | Abdi Ahmed 17689461 |
|---|---|
| **Safety : Protest Damage** | |

Vandalism On 16m garbanzo restaurants. CS: 16th St & Larimer St

 

6/1/2020                                                                     Log Report

## Monday June 1

| | | |
|---|---|---|
|  **Monday June 1 6:09 AM**<br>**1600 Champa St (Zone: ???)**<br>49s | | **Moises Martinez**<br>17691099 |

**Safety : Protest Damage**

Window broken at 7-11 CS: 16th St & Champa St



| | | |
|---|---|---|
|  **Monday June 1 6:11 AM**<br>**1500 Champa St (Zone: ???)**<br>55s | | **Moises Martinez**<br>17691100 |

**Safety : Protest Damage**

Window broken at native roots CS: 15th St & Champa St



| | | |
|---|---|---|
|  **Monday June 1 6:36 AM**<br>**1351-1399 16th Street Mall (Zone: ???)**<br>51s | | **Moises Martinez**<br>17691101 |

**Safety : Protest Damage**

Garbanzo window is broken CS: 16th St & Market St



6/1/2020                                                                Log Report

| Monday June 1 6:44 AM | Marcus Uribe |
|---|---|
| near **901-999 16th Street Mall (Zone: ???)** | 17691006 |
| 1m 33s | |

| Safety : Protest Damage | Starbucks - Marriott City Center (1701 Califo |
|---|---|

Starbucks business boarded windows were vandalized with new graffiti. CS: 16th St & Curtis St

 

| Monday June 1 6:46 AM | Marcus Uribe |
|---|---|
| near **900-998 16th Street Mall (Zone: ???)** | 17691007 |
| 44s | |

| Safety : Protest Damage | Sportsfan Downtown (912 16th St) |
|---|---|

Graffiti on sports fan business boarded windows. CS: 16th St & Champa St



| Monday June 1 6:47 AM | Marcus Uribe |
|---|---|
| near **951 16th Street Mall (Zone: ???)** | 17691008 |
| 28s | |

| Safety : Protest Damage | |
|---|---|

New graffiti and vandalism found on 16th St. metal box. CS: 16th St & Champa St



6/1/2020                                                                                           Log Report

| **Monday June 1 6:48 AM**<br>near **904 16th Street Mall (Zone: ???)**<br>26s | **Marcus Uribe**<br>17691009 |
|---|---|

**Safety : Protest Damage**

Graffiti and vandalism on 16th St. recycling bin. CS: 16th St & Champa St



| **Monday June 1 6:48 AM**<br>near **904 16th Street Mall (Zone: ???)**<br>33s | **Marcus Uribe**<br>17691010 |
|---|---|

**Safety : Protest Damage**

Graffiti and vandalism on 16th St. plant holder. CS: 16th St & Champa St



| **Monday June 1 6:54 AM**<br>near **1600 Champa St (Zone: ???)**<br>51m 42s | **Marcus Uribe**<br>17691011 |
|---|---|

| **Safety : Protest Damage** | **7-Eleven - 16th/Champa (820 16th St)** |
|---|---|

7-Eleven off Champa was vandalized as glass is broken and product was stolen. CS: 16th St & Champa St

 

6/1/2020                                                                                           Log Report

| Monday June 1 8:17 AM | Moises Martinez |
|---|---|
| **1600 Broadway (Zone: ???)** | 17691106 |
| 1m 53s | |

**Safety : Protest Damage**

Business window is broken CS: Broadway & Cleveland Pl



| Monday June 1 8:21 AM | Moises Martinez |
|---|---|
| **1576-1598 Cleveland Pl (Zone: ???)** | 17691107 |
| 49s | |

**Safety : Protest Damage**

Cricket store is vandalized CS: Broadway & Cleveland Pl



| Monday June 1 8:36 AM | Mohamed Cherif |
|---|---|
| **2001 16th St (Zone: ???)** | 17690712 |
| 37s | |

**Safety : Protest Damage**

Noticed graffiti on the steps CS: 16th St & Chestnut Pl



**Monday June 1 8:36 AM**
**2001 16th St (Zone: ???)**
27s

**Mohamed Cherif**
17690713

**Safety : Protest Damage**

Noticed graffiti on the steps CS: 16th St & Chestnut Pl



**Monday June 1 10:51 AM**
**2023-2029 15th St (Zone: ???)**
1m 51s

**Mohamed Cherif**
17691293

**Safety : Protest Damage**

Noticed graffiti under the bridge CS: 15th St & Delgany St

