# EXHIBIT Z

| | |
|---|---|
| Date: | Wed, 17 Jun 2020 2:05:46 PM (UTC) |
| Sent: | Wed, 17 Jun 2020 2:05:43 PM (UTC) |
| Subject: | City Council, Presentation; RE: City and Private Facility Damages, including Worker Compensation Claims |
| From: | Sapp, Michael D. - DOS Dir. of Government & Community Affairs <Michael.Sapp@denvergov.org> |
| To: | Robinson, Murphy - DOS HA1417 Manager Department of Safety |
| CC: | Christensen, Kelli - DOS Communications Director |
| Attachments: | GSFM Facility Damage Report - 6.2.2020.pdf; Protest Damage Summary.pdf; Protest Damage Summary Deck.pdf; Council Presentation_06-17-2020.pdf |

Director Robinson:

City Facility Damages:
- Updates – protective measure and cleaning costs for City buildings are $100,169.
- Property damage to date is $576,951

Private Property Damage within the Downtown Denver Business Improvement District:
- 238 total protest damage incidents reported between 5/30/20 and 6/1/20
    - Included damage to public and private property
    - Incidents include graffiti, vandalism, broken windows, theft and arson
- 130 incidents reported on the 16th Street Mall

Worker's Compensation Claim and WC-Incident No Treatment Count by Incident Types, Department of Safety:
- **Struck by: 58 (Injured DPD Officers)**
- Exposure: 2
- Motor Vehicle Non-Collision: 2

Attached are four documents:
- Property Damage Report, General Services – Facilities Management
- 2020 George Floyd Protest – Claims and Incidents Report
- Downtown Denver Business Improvement District, Protest Damage Summary Deck
- Council Presentation

Please let me know if you need any more material for the presentation to City Council.

Respectfully,
Michael



**Michael D. Sapp Jr.** | Government and Community Affairs
Department of Public Safety | City and County of Denver
office: (720) 913.7469 | cell: (303) 507.2405
Michael.Sapp@denvergov.org

**CONNECT WITH US** | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

# Property Damage Report
## General Services - Facilities Management

| FACILITY NAME | ADDRESS | FACILITY MANAGER | FACILITY MANAGER CONTACT INFORMATION | VENDOR | VENDOR CONTACT INFORMATION | VENDOR SCOPE OF SERVICE | SCOPE OF DAMAGE / COMMENTS |
|---|---|---|---|---|---|---|---|
| City and County Building | 1460 Cherokee St. | Kevin Seiler | Office: 720.865.7532<br>Cell: [redacted]<br>kevin.seiler@denvergov.org | P & G Construction, Inc. (Mike) | 303.969.0763 | * Boarded up first floor windows<br>* Installed temporary parameter fencing | * Multiple locations tagged with graffiti. Most of the graffiti was removed, but shadows of marked still remain.<br>* 91 broken windows. 89 broken on first floor, 2 on second floor.<br>* Exterior trash cans removed from front of building.<br>* Will need window replacements, window frame repairs, paint, screw hole repair for 91 windows.<br>* Demobilize and transport of plywood used for board up.<br>* Broken spotlight on flag pole.<br>* Both City and American flags were set on fire. |
| Police Administration Building | 1331 Cherokee St. | Kevin Seiler | Office: 720.865.7532<br>Cell: [redacted]<br>kevin.seiler@denvergov.org | P & G Construction, Inc. (Mike) | 303.969.0763 | * Boarded up first floor windows and doors.<br>* Installed temporary parameter fencing. | * No damage to report.<br>* Need to varify with Facility Manager any window frame damage atributed to windows being boarded up.<br>* Demobilization and transport of plywood used for board up. |
| Webb Building | 201 W. Colfax Ave. | Patrick Hendrix | Office: 720.913.0790<br>Cell: [redacted]<br>patrick.hendrix@denvergov.org | Restoration Management Company | 720.595.3869 | * Boarded up first floor windows and doors. | * Multiple locations tagged with graffiti. Most of the graffiti was removed, but shadows of markings still remain.<br>* 11 broken windows. 10 broken on first floor, one on the second floor.<br>*Repairs will need to be made to window and door frames due to screw holes made during temporary boarding.<br>* Two exterior trash cans were removed from the property. |
| Minoru Yasui Building | 303 W. Colfax | Patrick Hendrix | Office: 720.913.0790<br>Cell: [redacted]<br>patrick.hendrix@denvergov.org | Haselden Construction (Britton) | 303.204.6690 | *Boarded up first floor doors and windows. | * One reported broken window.<br>* Repairs will need to be made to window and door frames due to screw holes made during temporary boarding. |
| Elections Building | 200 W. 14th Ave. | Patrick Hendrix | Office: 720.913.0790<br>Cell: [redacted]<br>patrick.hendrix@denvergov.org | Professional Restoration | 303.922.4001 | * Boarded up first floor doors and windows. | * Repairs will need to be made to window and door frames due to screw holes made during temporary boarding. |
| Van Cise-Simonet Detention Center | 490 W. Colfax Ave. | Stephanie Hellman | Office: 720.337.0728<br>Cell: [redacted] | P & G Construction, Inc. (Mike) | 303.969.0763 | * Boarded up first floor windows.<br>* Installed temporary fencing around facility. | * Multiple locations tagged with graffiti. Some graffiti was removed, some remaining, still some shadows of markings remain.<br>* Repairs will need to be made to window frames due to screw holes made during temporary boarding. |
| Lindsey-Flanigan Courthouse | 520 W. Colfax Ave. | Stephanie Hellman | Office: 720.337.0728<br>Cell: [redacted] | P & G Construction, Inc. (Mike) | 303.969.0763 | * Boarded up first floor windows.<br>* Installed temporary fencing around facility. | * Multiple locations tagged with graffiti. Some graffiti was removed, some remaining, still some shadows of markings remain.<br>* Repairs will need to be made to window frames due to screw holes made during temporary boarding. |
| Denver Police Crime Lab | 1371 Cherokee St. | Stephanie Hellman | Office: 720.337.0728<br>Cell: [redacted] | Abbot's Fire and Flood Restoration | 303.975.4000 | * Boarded up first floor windows. | * Multiple locations tagged with graffiti. Some graffiti was removed, some remaining, still some shadows of markings remain.<br>* Repairs will need to be made to window frames due to screw holes made during temporary boarding. |
| The Rose Andom Center | 1330 Fox St. | Stephanie Hellman | Office: 720.337.0728<br>Cell: [redacted] | EAP Glass | 303.277.1015 | * Boarded up first and second floor windows and doors. | * Multiple locations tagged with graffiti. No graffiti removed.<br>* 1 broken windows first floor, 2 broken windows second floor.<br>*Repairs will need to be made to window and door frames due to screw holes made during temporary boarding. |