# EXHIBIT AA

| Unit Number | District | Itemized Damage | Estimated costs |
|---|---|---|---|
| A3017 | D1 | Windshield | 194.64 |
| A3023 | D6 | Windshield | 194.64 |
| A8410 | D6 | Back glass | 236.62 |
| S4401 | DSD | Glass/Body | 586.18 |
| S4410 | DSD | Glass/Body | 1,216.20 |
| S5504 | DSD | Glass/Body | 419.10 |
| S5505 | DSD | Glass/Body | 1,615.60 |
| S6105 | DSD | Glass/Body | 4,391.30 |
| S7403 | DSD | Glass/Body | 828.95 |
| S8007 | DSD | Glass/Body | 3,111.33 |
| ST704 | DSD | Left quarter panel | 85.90 |
| SV335 | DSD | Glass/Body | 1,079.40 |
| SV936 | DSD | Glass/Body | 1,732.90 |
| T3405 | D1 | Driver's and Passenger side rear windows and rear tailgate glass | 1,079.40 |
| T3404 | D2 | Windshield | 281.23 |
| T4123 | D3 Impact | Windshield | 239.52 |
| T4347 | D2 | Windshield | 466.37 |
| T4364 | D4 | Windshield, Moulding, Adhesive | 416.79 |
| T4370 | D4 | Rear tailgate glass | 299.02 |
| T4402 | D5 | Grafitti driver's side quarter panel and rear window | 79.20 |
| T4409 | D3 | Windshield | 217.19 |
| T4411 | D5 | Windshield, passenger window, rear passenger window, passenger rear quarter panel window, rear tire slashed, driver side mirror and lightbar | 3,202.31 |
| T4416 | D6 | Windshield | 367.00 |
| T4417 | Traffic OPS | Glass/Body | 90.81 |
| T4426 | METRO SWAT | Back glass | 267.78 |
| T4449 | Traffic OPS | Glass/Body | 369.00 |
| T4529 | D5 | Left quarter panel | 1,001.95 |
| T4432 | METRO SWAT | Windshield | 281.23 |
| T4459 | D4 | Windshield | |
| T4507 | D5 | Windshield | |
| T4517 | D1 | Windshield | 417.30 |
| T4525 | D4 | Rear tailgate glass | 1,367.35 |
| T4529 | D5 | quarter glass | 369.76 |
| T4537 | D3 Command | Rear tailgate glass | 299.02 |
| T5412 | D4 | RT door | 313.20 |
| T5612 | D5 | Windshield, passenger rear wing window, driver's rear quarter panel window | 1,333.07 |
| T5618 | D2 | quarter glass | 479.83 |
| T6014 | D3 | front driver's door | 182.84 |

CONFIDENTIAL - Subject to Protective Order          DEN032668

| | | | |
|---|---|---|---|
| T6021 | D5 Impact | driver's rear quarter panel window, driver's side mirror, driver's rear quarter panel, passenger rear door, passenger front quarter panel | 897.85 |
| T6025 | Traffic OPS | quarter glass, quarter panel | 231.36 |
| T6044 | D6 | both sides damaged | 3,576.15 |
| T6046 | D6 | rear quarter panel glass | 231.36 |
| T6050 | D2 | back glass, lift gate | 603.33 |
| T6126 | D2 | back glass, lift gate | 1,044.93 |
| T6131 | D1 | passenger side rear wing window | 395.42 |
| T6132 | D1 | passenger front door | 182.84 |
| T6150 | D5 Impact | driver's door, driver rear quarter panel, passenger door | 931.20 |
| T6153 | D1 | Rear tailgate glass | 382.86 |
| T6160 | METRO SWAT | quarter glass | 231.36 |
| T6161 | D1 Impact | quarter glass, back glass | 752.62 |
| T6162 | D4 | windshield | 182.84 |
| T6164 | D3 | Windshield, Moulding, Adhesive | 416.79 |
| T7002 | D1 | windshield and passenger rear window | 590.45 |
| T7003 | D3 | Windshield | 260.64 |
| T7006 | D5 | passenger door, both sides | 1,317.60 |
| T7007 | D4 | Glass/Body | 1,727.40 |
| T7008 | D6 | windshield/left side | 2,002.82 |
| T7009 | GANG | Glass/Body | 2,189.70 |
| T7140 | D6 | Quarter glass | 369.76 |
| T7142 | D2 | Windshield, Moulding, Adhesive | 782.87 |
| T7144 | D6 | Windshield, moulding, adhesive, rear tailgate glass | 715.81 |
| T7145 | D2 | back lass #2 | 382.86 |
| T8105 | D1 | Driver's side rear quarter glass | 60.00 |
| T8115 | D4 | Glass/Body | 779.40 |
| T8119 | D2 | Windshield, quarter glass | 4,219.50 |
| T8122 | D3 | front driver's door | 182.84 |
| T8125 | Traffic OPS | Glass/Body | 1,411.65 |
| T8137 | D2 | Glass/Body | 1,442.25 |
| T8140 | D5 | Grafitti all around, 4 tires slashed, all glass broken, both side mirrors, headlights, MDT, rear tailgate glass, and tailgate, driver's side body damage | 6,247.41 |
| T8410 | D6 Impact | quarter glass | 479.83 |
| T9103 | D6 | back glass | 381.86 |
| T9312 | D5 Impact | passenger rear quarter panel, passenger door, passenger front quarter panel, driver rear quarter panel, fuel door | 1,627.80 |
| T9319 | High Vis. Patrol | back glass/lift gate | 1,382.17 |
| T9332 | D4 | windshield/body damage | 6,882.27 |
| T9354 | MJC DOMV | Rear tailgate glass | 818.50 |
| T9383 | D2 | windshield | 692.82 |

CONFIDENTIAL - Subject to Protective Order

DEN032669