# EXHIBIT BB

| Unit Number | District | Make | Model | Itemized Damage | Vendor | Glass Only Costs | Repairs Complete |
|---|---|---|---|---|---|---|---|
| A3017 | D1 | Ford | Inteceptor Sedan | Windshield | Insight | $194.64 | Y |
| A3023 | D6 | Ford | Inteceptor Sedan | Windshield | Insight | $194.64 | Y |
| A8410 | D6 | Ford | Crown Victoria | back glass | insight | $236.62 | Y |
| ST704 | DSD | Ford | Interceptor SUV | Left quarter panel | in house | $85.90 | |
| T3405 | D1 | Ford | Expedition | Driver's and Passenger side rear windows and Rear tailgate glass | Insight | $1,079.40 | Y |
| T3404 | D2 | Ford | Expedition | Windshield | Insight | $281.23 | Y |
| T4123 | D3 IMPACT | Jeep | Patriot | Windshield | Insight | $239.52 | Y |
| T4347 | D2 | Ford | Interceptor SUV | Windshield | Insight | $466.37 | Y |
| T4364 | D4 | Ford | Interceptor SUV | Windshield, Moulding, Adhesive | Insight | $416.79 | Y |
| T4370 | D4 | Ford | Interceptor SUV | Rear tailgate glass | Insight | $299.02 | Y |
| T4402 | D5 | Ford | Expedition | Graffiti driver's side quarter panel and rear window. | IN HOUSE | $79.20 | Y |
| T4409 | D3 | Ford | Expedition | Windshield | Insight | $217.19 | Y |
| T4411 | D5 | Ford | Expedition | Windshield, Passenger window, Rear passenger window, Passenger rear quarter panel window, Rear tire slashed, Driver side mirror and lightbar. | Insight | $3,202.31 | Y |
| T4416 | D6 | Ford | Expedition | windshield | insight | $367.00 | |
| T4426 | METRO SWAT | Ford | Expedition | back glass | insight | $267.78 | Y |
| T4529 | D5 | Ford | Interceptor SUV | Left quarter panel | in house | $1,001.95 | |
| T4432 | METRO SWAT | Ford | Expedition | windshield | insight | $281.23 | Y |
| T4459 | D4 | Ford | Interceptor SUV | Windshield | Insight | | |
| T4507 | D5 | Ford | Interceptor SUV | Windshield | Insight | | |
| T4517 | D1 | Ford | Interceptor SUV | Windshield | Insight | $417.30 | Y |
| T4525 | D4 | Ford | Interceptor SUV | Rear tailgate glass | Insight | $299.02 | Y |
| T4529 | D5 | Ford | Interceptor SUV | Quarter glass | Insight | $369.76 | Y |
| T4537 | D3 COMMAND | Ford | Interceptor SUV | Rear tailgate glass | Insight | $299.02 | Y |
| T5412 | D4 | Ford | Interceptor SUV | RT door | in house | $313.20 | |
| T5612 | D5 | Ford | Expedition | Windshield, Passenger rear wing window, Driver's rear quarter panel window | Insight | $1,333.07 | Y |
| T5618 | D2 | Ford | Expedition | quarter glass | Insight | $479.83 | Y |
| T6014 | D3 | Ford | Interceptor SUV | Front driver's door | Insight | $182.84 | Y |
| T6021 | D5 IMPACT | Ford | Interceptor SUV | Driver's rear quarter panel window, Driver's side mirror, Driver's rear quarter panel, Passenger rear door, Passenger front quarter panel | Insight / IN HOUSE | $897.85 | |
| T6025 | TRAFFIC OPS | Ford | Interceptor SUV | Quarter Glass, quarter panel | insight/in house | $231.36 | |
| T6044 | D6 | Ford | Interceptor SUV | both sides damaged | in house | $3,576.15 | |
| T6046 | D6 | Ford | Interceptor SUV | Rear quarter panel glass | Insight | $231.36 | Y |
| T6050 | D2 | Ford | Interceptor SUV | back glass, lift gate | insight/in house | $603.33 | |
| T6126 | D2 | Ford | Interceptor SUV | Back glass, lift gate | insight/in house | $1,044.93 | |
| T6131 | D1 | Ford | Interceptor SUV | Passenger side rear wing window | Insight | $395.42 | y |
| T6132 | D1 | Ford | Interceptor SUV | Passenger front door | IN HOUSE | $182.84 | |
| T6150 | D5 IMPACT | Ford | Interceptor SUV | Driver's door, Driver rear quarter panel, Passenger door | IN HOUSE | $931.20 | |
| T6153 | D1 | Ford | Interceptor SUV | Rear tailgate glass | Insight | $382.86 | y |
| T6160 | METRO SWAT | Ford | Interceptor SUV | quarter glass | Insight | $231.36 | y |
| T6161 | D1 IMPACT | Ford | Interceptor SUV | Quarter Glass, back glass | insight | $752.62 | y |
| T6162 | D4 | Ford | Interceptor SUV | Windshield | Insight | $182.84 | y |
| T6164 | D3 | Ford | Interceptor SUV | Windshield, Moulding, Adhesive | Insight | $416.79 | Y |
| T7002 | D1 | Ford | F350 | Windshield and Passenger rear window | Insight | $590.45 | y |
| T7003 | D3 | Ford | F350 | Windshield | Insight | $260.64 | y |
| T7006 | D5 | Ford | F350 | Passenger door, both sides | IN HOUSE | $1,317.60 | |
| T7008 | D6 | Ford | F351 | windshield | insight | $267.33 | y |
| | | | | left side | in house | $1,735.49 | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| T7140 | D6 | Ford | Interceptor SUV | Quarter glass | insight | $369.76 | y |
| T7142 | D2 | Ford | Interceptor SUV | Windshield, Moulding, adhesive | insight/in house | $782.87 | |
| T7144 | D6 | Ford | Interceptor SUV | Windshield, Moulding, Adhesive, Rear tailgate glass | Insight | $715.81 | Y |
| T7145 | D2 | Ford | Interceptor SUV | Back lass #2 | Insight | $382.86 | |
| T8105 | D1 | Ford | Interceptor SUV | Driver's side rear quarter glass | Insight | $60.00 | Y |
| T8119 | D2 | Ford | Interceptor SUV | Windshield, Quarter glass | Insight | $4,219.50 | |
| T8122 | D3 | Ford | Interceptor SUV | Front driver's door | Insight | $182.84 | Y |
| T8140 | D5 | Chevrolet | Tahoe | Graffiti all around, 4 tires slashed, all glass broken, both side mirrors, headlights, MDT, Rear tailgate glass and tailgate, Driver's side body damage | Insight / IN HOUSE | $6,247.41 | |
| T8410 | D6 IMPACT | Ford | Expedition | Quarter glass | insight | $479.83 | Y |
| T9103 | D6 | Ford | Explorer | back glass | Insight | $381.86 | Y |
| T9312 | D5 IMPACT | Chevrolet | Tahoe | Passenger rear quarter panel, Passenger door, Passenger front quarter panel, Driver rear quarter panel, Fuel Door | IN HOUSE | $1,627.80 | |
| T9319 | HIGH VIS. PATROL | Chevrolet | Tahoe | back glass | insight | $818.50 | Y |
| | | | | lift gate | in house | $563.67 | |
| T9332 | HIGH VIS. PATROL | Chevrolet | Tahoe | Windshield | insight | $818.50 | Y |
| | | | | both side, lift gate | in house | $2,620.70 | |
| T9354 | MJC DOMV | Chevrolet | Tahoe | Rear tailgate glass | Insight | $818.50 | Y |
| T9383 | D2 | Chevrolet | Tahoe | windshield | insight | $692.82 | Y |
| | | | | | | $48,620.48 | |

$96,529.16

DEN032713