

















































DEN023382



DEN032983































DEN0323416













