# EXHIBIT DD

**Summary of Protest Expenses**

| | |
|---|---:|
| Fleet | $ 63,951.03 |
| CCF | $ 955,977.69 |
| Less Lincoln Park | $ (207,267.00) |
| Plus Anticipated Capitol Doors Expenses | $ 300,000.00 |
| **Total** | **$ 1,112,661.72** |

CONFIDENTIAL - Subject to Protective Order          DEN032679

| | PROJECT NAME: | Denver Capital Complex Vandalism Repair | | ORIGINAL BAL: | 100,000.00 | | OSA EM funds | | | OSA Comments |
|---|---|---|---|---|---|---|---|---|---|---|
| | EMERGENCY PROJECT NO | EM2032 | | INCREASE/DECREASE BAL #1: | 145,000.00 | | 6/19/2020 | DPA utility transfer to OSA EM fund | $ | 56,212 |
| | AGENCY: | | Department of Personnel & Administration | INCREASE/DECREASE BAL #2: | 525,000.00 | | 6/25/2020 | Insurance funds into account | Delta between DPA/CC and OSA | |
| | | | | INCREASE/DECREASE BAL #3: | 208,000.00 | | 7/29/2020 | Insurance funds into account | | |
| | | | | INCREASE/DECREASE BAL #4: | 128,429.00 | | 12/2/2020 | Insurance funds into account | | |
| | | | | INCREASE/DECREASE BAL #5: | 56,212.00 | | 12/17/2020 | Add'l Utility Trfr | | |
| | | | | | | | | | | |
| | | | | PRE-COMMITTED: | | | | | | |
| | Appropriation Date | June 15, 2020 | | COMMITTED: | (1,101,908.17) | | | | | |
| | | | | AMOUNT PAID | (955,977.69) | | | | | |
| | Expiration Date | December 15, 2020 | | UNCOMMITTED BALANCE: | 60,732.83 | | | | | |
| | Insurance | | | | | | | | | |
| | Received | Approved | | | | | | | | |
| | DATE | | VENDOR | Type of Encumbrance | PO/Invoice/Pay App. # | Committed $ AMT | AMT PAID | CONTRACT BALANCE | | |
| | Approved by Agency | Approved by SBP | Professional firms | | | | | | | |
| | | 08/14/20 | EUA: Eppstein Uhen Architects | Contract | 163665 | (19,500.00) | | | | |
| | 10/7/20 | 10/07/20 | EUA: Eppstein Uhen Architects | Pay App | #1 | | 11,700.00 | | | |
| | 10/29/20 | 11/09/20 | EUA: Eppstein Uhen Architects | Pay App | #2 | | 975.00 | | | |
| | 11/25/20 | 11/30/20 | EUA: Eppstein Uhen Architects | Pay App | #3 | | 6,825.00 | | | |
| | | | | | | | | | | |
| | | | | | (19,500.00) | 19,500.00 | 0.00 | | | |
| | | | | | | | | | | OSA Comments |
| | Approved by Agency | Approved by SBP | Contractors | | | | | RETAINAGE | | FIRST RIOT May 28 |
| | | 07/10/20 | G. H. Phipps ($737,598) | Contract | | ($737,598.00) | | | 737,598.00 | |
| | 09/10/20 | 09/25/20 | G. H. Phipps ($737,598) | Pay App | #1 | | $62,890.86 | $3,310.05 | | |
| | 09/10/20 | 09/25/20 | G. H. Phipps ($737,598) | Pay App | #2 | | $56,897.50 | $2,994.61 | | |
| | 10/09/20 | 10/09/20 | G. H. Phipps ($737,598) | Pay App | #3 | | $165,510.88 | $8,711.10 | | |
| | 11/12/20 | 11/30/20 | G. H. Phipps ($737,598) | Pay App | #4 | | $81,674.35 | $4,298.65 | | |
| | 01/05/21 | 01/05/21 | G. H. Phipps ($737,598) | Pay App | #5 | | $48,929.76 | $2,575.24 | | |
| | | 01/05/21 | G. H. Phipps ($737,598) | Change Order | | $185,000.00 | | | | |
| | 01/05/21 | 01/05/21 | G. H. Phipps ($737,598) | Pay App | #6 | | $23,071.70 | $1,214.30 | | |
| | 03/05/21 | 03/31/21 | G. H. Phipps ($737,598) | Pay App | #7 | | $7,723.50 | $406.50 | | |
| | 03/08/21 | 03/31/21 | G. H. Phipps ($737,598) | Pay App | #8 | | $3,325.00 | $175.00 | | |
| | | | | | | | | | | |
| | 08/05/20 | 08/07/20 | G. H. Phipps (fencing-Capitol) | PO - edited | #2 | (6,492.33) | | | 245,000.00 | |
| | 08/25/20 | 08/26/20 | G. H. Phipps (fencing-Capitol) | invoice | #1 | | $4,646.00 | | | |
| | 07/17/20 | 09/11/20 | G. H. Phipps (fencing-Capitol) | PO | #1 | ($6,596.00) | | | | |
| | | 12/31/20 | G. H. Phipps (fencing-Capitol) | invoice | | | $6,596.00 | | | |
| Lincoln Park Fencing | | 09/10/20 | G. H. Phipps (fencing-Lincoln PK) | PO | | (16,069.00) | | | | |
| | | 12/01/20 | G. H. Phipps (fencing-Lincoln PK) | invoice | #1 | | $12,051.75 | | | |
| | | 02/01/21 | G. H. Phipps (fencing-Lincoln PK) | invoice | #2 | | $4,017.25 | | | |
| | | 09/11/20 | G. H. Phipps (plywood) | PO/invoice | 1 | ($15,159.61) | $15,159.61 | | | |
| Grass, sprinkler repairs, flagstone | 08/11/20 | 08/11/20 | SaBells Civil and Landscape | PO | | ($96,081.00) | | | 492,598.00 | Sent to Megan Nuss 8/11/20 AM |
| | 09/11/20 | 09/11/20 | SaBells Civil and Landscape | invoice | | | $96,081.00 | | | |
| | | 08/13/20 | The Cleaning Guys | PO | | ($164,785.00) | | | | |
| | 10/29/20 | 11/09/20 | The Cleaning Guys | invoice | #1 | | $134,809.56 | $7,095.24 | | |
| | 02/10/21 | 03/04/21 | The Cleaning Guys | invoice | #2 | | $7,095.24 | ($7,095.24) | | |
| | | | | | | | | | | |
| | | | | | (857,780.94) | 730,479.96 | (127,300.98) | 23,685.45 | | |

| | PROJECT NAME: | Denver Capital Complex Vandalism Repair | | ORIGINAL BAL: | 100,000.00 | | OSA EM funds | | OSA Comments |
|---|---|---|---|---|---|---|---|---|---|
| | EMERGENCY PROJECT николай | EM2032 | | INCREASE/DECREASE BAL #1: | 145,000.00 | 6/19/2020 | DPA utility transfer to OSA EM fund | $ | 56,212 |
| | AGENCY: | | Department of Personnel & Administration | INCREASE/DECREASE BAL #2: | 525,000.00 | 6/25/2020 | Insurance funds into account | Delta between DPA/CC and OSA | |
| | | | | INCREASE/DECREASE BAL #3: | 208,000.00 | 7/29/2020 | Insurance funds into account | | |
| | | | | INCREASE/DECREASE BAL #4: | 128,429.00 | 12/2/2020 | Insurance funds into account | | |
| | | | | INCREASE/DECREASE BAL #5: | 56,212.00 | 12/17/2020 | Add'l Utility Trfr | | |
| | | | | | | | | | |
| | | | | PRE-COMMITTED: | | | | | |
| | | | | COMMITTED: | (1,101,908.17) | | | | |
| | Appropriation Date | June 15, 2020 | | AMOUNT PAID | (955,977.69) | | | | |
| | Expiration Date | December 15, 2020 | | UNCOMMITTED BALANCE: | 60,732.83 | | | | |
| | Insurance | | | | | | | | |
| | | | | | | | | | |
| | Received | Approved | | | | | | | |
| | | | | | | | CONTRACT | | |
| | DATE | | VENDOR | Type of Encumbrance | PO/Invoice/Pay App. # | Committed $ AMT | AMT PAID | BALANCE | |
| | | | MISCELLANEOUS VENDORS | | | | | | |
| | 6/25/20 | 07/30/20 | Spectrum GC. | Invoice | 20-054 | ($6,386.80) | $6,386.80 | | |
| | 6/22/20 | 07/17/20 | Gold Lebel Door Company | Invoice | 65758 | ($3,086.00) | $3,086.00 | | |
| | 7/10/20 | 07/31/20 | Lighting Mobile | Invoice | 3973 | ($8,480.00) | $8,480.00 | | |
| | 7/15/20 | 07/17/20 | Home Depot | Invoice | 556724425 | ($614.12) | $614.12 | | |
| | | 08/03/20 | Home Depot | Invoice | P-card (201695) | ($1,284.75) | $1,284.75 | | |
| | | 08/03/20 | Home Depot | Invoice | P-card (202178) | ($363.09) | $363.09 | | |
| | | 08/03/20 | Home Depot | Invoice | P-card (201697) | ($1,670.73) | $1,670.73 | | |
| | | 08/03/20 | Home Depot | Invoice | 6/2 #1 | ($29.88) | $29.88 | | |
| | | 08/03/20 | Home Depot | Invoice | P-card (201696) | ($493.44) | $493.44 | | |
| | processed in core | | Home Depot | Invoice | P-card (201698) | ($827.46) | $827.46 | 596.26 | |
| | 9/4/20 | 09/11/20 | Home Depot | Invoice | WM13178821 | (313.50) | 313.50 | | |
| | | 08/14/20 | Gold Lebel Door Company | Invoice | 65777 | ($634.50) | $634.50 | | |
| | 8/20/20 | 08/21/20 | Raising Freedon, LLC | Invoice | 805201426 | ($280.00) | $280.00 | | |
| | 8/25/20 | 08/25/20 | Banner Signs and Decals | Invoice | 41447 | ($2,032.50) | $2,032.50 | | |
| | 9/1/20 | 09/03/20 | Linx (camera repair) | Invoice | 76040 | (51,825.88) | 51,825.88 | | |
| Cleaning Truck | 9/4/20 | 09/09/20 | ET Technologies | Invoice | 344 | ($70,072.00) | $70,072.00 | | |
| Tree replacement | 9/11/20 | 12/22/20 | Tiger Trees | PO | 41459 | ($7,650.00) | $7,650.00 | | (7,650.00) |
| | 9/4/20 | 09/11/20 | IML Security Supply | Invoice | 2610570 | (72.99) | 72.99 | | Amt owed Tiger Trees |
| | 9/4/20 | 09/11/20 | IML Security Supply | Invoice | 2610571 | (324.44) | 324.44 | | |
| | | | Grainger | | | (3,349.65) | 3,349.65 | | (3,349.65) |
| | 9/16/20 | 09/16/20 | Laird Plastics | Invoice | 211258 | (4,379.83) | 4,379.83 | | Amt owed Grainger? |
| | 9/29/20 | 10/07/20 | Conser-a-Watt | Invoice | 211261 | (2,854.40) | 2,854.40 | | |
| | 10/27/20 | | PSX | Invoice | 45118 | (4,900.00) | 4,900.00 | | |
| | | 11/20/20 | Gold Lebel Door Company | Invoice | 66179 | (2,170.00) | 2,170.00 | | |
| Extra watering for new grass | 11/13/20 | 11/30/20 | Denver Water | Invoice | | (17,395.00) | 17,395.00 | | EM Project should not pay Meter charge -$264.82 |
| | 11/13/20 | 11/30/20 | Laird Plastics | Invoice | 5159910 RI | (3,255.31) | 3,255.31 | | |
| | 12/8/20 | 12/22/20 | united rentals | 3 invoices | | (2,144.26) | 2,144.26 | | |
| | | 01/10/20 | Home Depot | Invoice | | (149.70) | 149.70 | | |
| | 1/21/21 | 01/21/21 | Carlton Electric | PO | | (13,937.00) | 8,832.50 | | |
| | 3/31/21 | 04/01/21 | PSX | Invoice | 674 | (125.00) | 125.00 | | |
| | 6/3/21 | 06/18/21 | Sarkisia | PO | | (13,525.00) | | | |
| | | | | | | | | | |
| | | | | | | (224,627.23) | 205,997.73 | (18,629.50) | |
| | | | | | | | | | |
| | TOTALS | | | | | (1,101,908.17) | 955,977.69 | (145,930.48) | 23,685.45 |
| | | | | | Lincoln Park Expenses | | 207,267.00 | | |
| | | | | | All Buildings Protest Expenses | | 748,710.69 | | |
| | | | | Additional estimated costs for Capitol Doors (estimate from 2019) | | 300,000.00 | | | |

| License | Asset | Year/Model | Mileage | Damage | Tow PO | Amount | Glass PO | Amount | Body PO | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 100220 | 34005 | 2019 Durango | 5K | rear glass, d/s rear quarter glass, d/s rear door glass, p/s front door glass. P/s mirror broken.  Dent in p/s door below the mirror. RF fender has a dent.  Hood is dented. D/s rear door has a dent and the rear quarter has a dent below the broken window. The graffiti has been removed. | 545932 | $163.00 | 545742 | $1,056.30 | | |
| 100649 | 28320 | 2014 Charger | 108K | Windshield, rear glass 1 flat tire. | 545933 | $163.00 | 545741 | $693.06 | | |
| 100326 | 32599 | 2018 Charger | 53K | Windshield, drivers door glass.  Dent in d/s door and trunk. | 545930 | $163.00 | 545740 | $453.86 | 545956 | $1,114.85 |
| 100483 | 32619 | 2018 Charger | 27K | Windshield, rear glass, damage on rear trunk. | 0 | $0.00 | 545738 | $706.90 | 545954 | $498.40 |
| 100174 | 27503 | 2013 Charger | 54K | This vehicle is a total loss - -Windshield, rear glass d/s door glass. Dents in hood, roof and trunk.  Dents down both sides of the vehicle. 3 flat tires. graffiti. | 545927 | $163.00 | | | NADA | $12,050.00 |
| 100388 | 32607 | 2018 Charger | 15K | Dent in drivers door, struck by debris thrown at car. | | | | | 567436 | $781.00 |
| 635XQI | 29788 | 2015 Prius | 82K | Total loss. Fire damage. | 546612 | $73.00 | | | NADA | $11,700.00 |
| 912UQU | 29783 | 2015 Equinox | 77K | Total loss. Fire damage. | 546611 | $88.00 | | | NADA | $12,025.00 |
| AIM098 | 33675 | 2019 Volt | 12K | Total loss. Fire damage. | 546614 | $73.00 | | | NADA | $21,750.00 |
| HOF007 | 32083 | 2017 Fusion | 42K | Windshield | | | | $235.66 | | |
| | | | | | | $886.00 | | $3,145.78 | | $59,919.25  $63,951.03 |

CONFIDENTIAL - Subject to Protective Order