IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## DENVER DEFENDANTS' MOTION TO RESTRICT ACCESS TO CONFIDENTIAL SUMMARY JUDGMENT EXHIBITS

Defendants City and County of Denver, Colorado ("Denver"), Patrick Phelan, Matthew Canino, James D. Williams, Thomas Pine, Vincent Porter, Michael O'Donnell, Kevin Carroll, Rick Beall, David Abeyta, Marco Martinez, Justin Dodge, Richard D. Eberharter, Tana Cunningham, John Sampson, Jonathan Christian, and Keith Valentine ("Denver Defendants"), through undersigned counsel, hereby respectfully submit this Motion to Restrict Access to Confidential Summary Judgment Exhibits, as follows:

1. <u>Certificate of Conferral</u>: Prior to filing the instant Motion, counsel for the Denver Defendants conferred with counsel for the other parties pursuant to D.C.Colo.LCiv.R. 7.1(a). Counsel for the Epps Plaintiffs and counsel for the other Defendants indicate they do not object to this Motion. Counsel for the Fitouri Plaintiffs indicates no objection to **Exhibit V** being filed under restricted access, but indicates she takes no position as to whether **Exhibits N** and **M** are appropriately filed under restricted access.

2. Contemporaneously with the filing of this Motion, the Denver Defendants have filed a Motion for Summary Judgment.  Attached to this Motion are three summary judgment exhibits which the Denver Defendants ask this Court to maintain under Level 1 restrictions pursuant to D.C.Colo.LCiv.R 7.2 with access to these documents limited to the parties and the Court.

3. First, **Exhibit V** is a chart concerning the injuries suffered by individual Denver Police Officers as a result of their response to the protests and related activities.  **Exhibit V** contains protected health information as well as identifying information of specific police officers.  The individual Denver Police Department ("DPD") officers who suffered the injuries and who are included in the chart have privacy and confidential interests in their protected health information pursuant to the Health Insurance Portability Act of 1996 and its implementing regulations as well as under Colorado law.  The public has no interest in accessing the protected health information contained in this exhibit.  Denver Defendants have filed other documents as exhibits with this Court in Exhibit W and Exhibit X that provide a summary report of DPD officers' injuries without their names thereby not implicating the protected privacy interests of individual DPD officers.  However, Denver Defendants believe **Exhibit V** provides important information for this Court in deciding the issues on summary judgment and that it should be part of the Denver Defendants' summary judgment presentation as considered by this Court.

4. Second, **Exhibit N** consists of the DPD's 40mm Operator Course and **Exhibit M** consists of the DPD's PepperBall Operator Course.  The course materials include information concerning police tactics, strategy, and operations.  Law enforcement, including the DPD, has legitimate interests in maintaining the confidentiality of police tactics, strategy and operations

under the law enforcement privilege. The law enforcement privilege recognizes the propriety of protecting the confidentiality of law enforcement methods and techniques. Denver Defendants respectfully submit information in these two Operator Courses falls within the scope of the law enforcement privilege and it is not in the public interest for such information to be publicly disseminated. In addition, Denver Defendants believe this Court should be able to review these two Operator Courses in connection with the Denver Defendants' summary judgment arguments.

5. Counsel for Denver Defendants has carefully reviewed the exhibits filed with the Denver Defendants' Motion for Summary Judgment and only ask this Court to restrict access to three of those exhibits for the reasons stated above. Counsel for Denver Defendants agree with this Court's general philosophy the public has a right to know and understand the basis of this Court's decisions and restricted access should be narrowly and infrequently used. Counsel for Denver Defendants believes this Motion is consistent with that goal.

WHEREFORE, for all the foregoing reasons, Defendants City and County of Denver, Colorado, Patrick Phelan, Matthew Canino, James D. Williams, Thomas Pine, Vincent Porter, Michael O'Donnell, Kevin Carroll, Rick Beall, David Abeyta, Marco Martinez, Justin Dodge, Richard D. Eberharter, Tana Cunningham, John Sampson, Jonathan Christian, and Keith Valentine respectfully request this Court grant this Motion and restrict access under Level 1 restrictions pursuant to D.C.Colo.LCiv.R. 7.2 for **Exhibits N, M, and V** attached to this Motion, and for all other and further relief as this Court deems just and appropriate.

DATED this 28th day of January, 2022.

Respectfully submitted,

<u>s/ Andrew D. Ringel</u>         .
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
lindsay.jordan@denvergov.org

*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 28th day of January, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

In addition, the foregoing was placed in the United States Mail, first-class postage prepaid and addressed to the following non-CM/ECF participant:

Cidney Fisk
5100 Leetsdale Dr., Apt. 438
Denver, Colorado 80246

and

Cidney Fisk
14362 E. Road
Delta, Colorado 81416

*s/Nicole Marion*, Legal Assistant to
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
of Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
Fax: 303-628-3368
ringela@hallevans.com
hoffmank@hallevans.com

**ATTORNEYS FOR DENVER DEFENDANTS**