## AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

General Offense Information

Operational status : **OUTSIDE ASSIST**
Reported on : **Jun-03-2020 (Wed.) 1639**
Occurred between : **May-30-2020 (Sat.) 0900** and **May-30-2020 (Sat.) 0900**
Approved on : **Jun-03-2020 (Wed.)** by : **26215 - CARLSON, CASSIDEE**
Report submitted by : **26215 - CARLSON, CASSIDEE**
Org unit : **OPERATIONS DIST 2**
Location : **15001 E ALAMEDA PKY**
Place name : **MJC**
Municipality : **AURORA** County : **ARAPAHOE**
District : **2** Beat : **15** Grid : **8H4**
Felony/Misdemeanor : **M**
Special study : **NOT APPLICABLE**
Family violence : **No**

Offenses (Completed/Attempted)

Offense : **#1  9022 - 0 OUTSIDE ASSIST - COMPLETED**
Location : **OTHER/UNKNOWN**
Offender suspected of using : **NOT APPLICABLE**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
     Author: **26215 - CARLSON, CASSIDEE**
    Subject: **UOF GAS DEPLOYMENT**
 Related date/time: **Jun-03-2020**

On 053020 I was an on-call Lieutenant for the Emergency Response Team when I was called in to assist Denver Police Department with on-going protests.

On the above date at approximately 1900 hours my team was requested to the location of Colfax Ave. and Broadway to assist with a protest where the protesters were engaging in throwing rocks, fireworks, and other items at police. Upon my arrival on this line I proceeded to throw approximately 4 gas munitions. These gas munitions were used to push back protesters as they encroached our line, or we were moving the line forward and needed the protesters to move back.

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Follow Up Report(s)

   **Follow Up # 1**
   Assignment Information
     Assigned to **308057 - HUMMEL, WILLIAM**
     Org unit : **PATROL/DIST2/TEAM29**
     Capacity : **OTHER**
     Assigned on **Jun-04-2020 (Thu.) 0802**   by **308057 - HUMMEL, WILLIAM**
     Report due on **Jun-04-2020 (Thu.)**

   Submission Information
     Submitted on **Jun-04-2020 (Thu.) 0510**
     Approved on **Jun-04-2020 (Thu.)** by **308057 - HUMMEL, WILLIAM**
     Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
  Document: NARRATIVE/REMARKS
    Author: 308057 - HUMMEL, WILLIAM
   Subject: ARREST DPD CAD 20335157
Related date/time: Jun-04-2020
```

On 053020, I, Aurora Police Sergeant W. Hummel (308057), was assigned to assist the Denver Police Department in a mutual aid capacity due to both peaceful protests and civil unrest taking place in the City of Denver, Colorado. As a Sergeant, I was responsible for leading a team of officers around various locations in the city as directed by my superiors and by command members of the Denver Police Department. My team consisted of 12 Aurora Police Officers who are members of the Aurora Police Department&#39;s Emergency Response Team (ERT). These officers are specially trained in crowd management tactics and responding to civil unrest. On this day, I was wearing a tactical Aurora Police Uniform complete with a cloth police badge and shoulder patches that read "Aurora Police." I was also wearing protective gear with police insignia on the front and back of the gear that identified my as a police oficer. My team all wore exactly the same uniform.

This very long duty day spanned from 0800 hours on 053020 to 0130 hours on 053120. Throughout the course of the day I had numerous assignments and moved about various locations throughout the downtown Denver area. During this day, I encountered numerous incredibly stressful, dangerous encounters that lasted for a duration. It is not feasible for me to document a recollection of the entire day but this report will serve as a synopsis of pertinent events that transpired on this day and/or action that I took. On this date, I was wearing and utilized a department-issued BWC. I have not viewed all of the BWC footage from this event but I skipped around the footage to recollect what I did and to document times of events as best as I can.

On this day, my team was first assigned to patrol around the 16th Street Mall area. While completing this duty we did face a large crowd that surrounded us and I had to call for help from additional officers due to the fact that the crowd was visibly angry and the fact that we were grossly outnumbered. After the detail at the mall, we completed a security detail at the Millennium Bridge. This detail took us into the evening hours.

Sometime around 2030 hours, Officers requested assistance in the Capital Hill neighborhood and my team responded to the location of E. 12th Ave. and N. Lincoln St. My team was directed to aid officers at E. 12th Ave. and N. Grant St. and so we responded to this location on foot. At this location, I found a scene that resembled pandemonium. I observed numerous fires burning in the middle of the street, stemming from both dumpster fires and piles of rubbish that had been set on fire. I also observed fire lines in the middle of the street that appeared as though someone had lit a line of gasoline on fire. Officers would soon advise on the radio that a male was armed with a flame thrower at this location. While at this location for just a moment, I noted that officers were actively being assaulted by incoming objects to include rocks, large mortar explosives and glass. The crowd taht we were confronting

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

was a few hundred people in size.  At this location I deployed at least two units of CS gas to drive the violent crowd away from the officers, who were holding a line at the intersection.

Once the crowd dispersed, my team was ordered to take a break in approximately the 300 block of E. 12th Ave. in the City and County of Denver, State of Colorado.  While breaking at this location, there were two males in the area of where we were taking a break.  I knew that Denver Mayor Michael Hancock had placed a curfew order in place on this date effective at 2000 hours and so I ordered these two males to leave the area.  One male left immediately without any discussion.  The other male became verbally argumentative and told me that he was picking up his motorcycle from a nearby parking lot.  I gave the male several orders to vacate the area and he remained argumentative.  I tried a 'countdown' tactic in hopes of moving the male along without having to take any further action.  I counted down from five, then four, the

n I stopped at three and gave more explanation as to why the male needed to leave the area.  I suppose I was bluffing on my countdown tactic but nonetheless the male began to explain himself again as he stood next to his motorcycle.  As the male spoke I heard his speech to be slurred and had great concern for him riding a motorcycle as I beleived he as intoxicated.  A decision was made at approximately 2142 hours to arrest the male for violation of the curfew, considering that it had been in effect for nearly 2 hours at this point.  I placed the male under arrest without incident and identified him by a Utah Driver's License as Harrison Padan (09/23/1995).  Denver Police Officers responded and assisted me with the arrest and provided me a CAD number of 20335157.  Denver Sheriff's Department Deputies came and took custody of Padan.

My team was then shifted up off of the E. Colfax Avenue corridor.  Along this corridor at approximately 2307 hours, my team was at E. Colfax Ave. and N. Logan St. still in the City and County of Denver, State of Colorado, trying to keep violent protesters at bay and enforce the curfew ordinance that was in effect.  While at this location, I observed a Denver Police pick-up truck facing north just north of the abovementioned intersection.  The Denver Police Officers were out on foot in close proximity to my team as we addressed several partied in the area.  At about 2307 hours, I heard the screeching of tires and yelled a warning to my team to watch out as I believed that a vehicle was heading recklessly towards us.  Just then I observed as a black sedan, which I believed to be a black Chevrolet Cobalt, crashed head on into the front left side of the Denver Police Vehicle and continued driving to the north in towards E. 16th Ave.  I knew that there was a group of protesters near E. 16th Ave. and I was concerned for their safety based on the manner in which this vehicle was driving.  I heard the vehicle crash again in the distance and believed it to have crashed near E. 16th Ave.  I was wearing a gas mask with a plastic shield and my vision was compromised but I believed I saw something, possible a human body, fly into the air as I heard this crash.  The lighting at the location was poor and I was nearly a block away so I wasn't sure what I had observed.  I aired what I had just happened on the police radio (DPD TAC6).

A second later after I aired this information on the police radio, an officer came over the radio and advised "OFFICER DOWN."  I deduced that this officer was

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

```
down closer to E. 16th Ave. in the 1500 block of N. Logan St. and so I had my
team respond on foot to this locaion.  Here, I found a DPD officer laying on the
ground severely injured and this officer was being tended to by other officers
at the scene.  I learned that a second officer was also seriously injured at the
location.

Then just a few moments later at approximately 2311 hours, Officers and I began
to take on foreign missiles and projectiles from the south where we had just
come from.  I ordered my team to form a line to provide security to the injured
Denver officers and the medical professionals who were arriving.  In a moment of
disbelief that we were acively being assaulted while two critically injured DPD
officers laid on the ground, I made a decision to deploy CS gas munitions and
Stingball munitions to drive the congregating crowd back.  This worked until the
gas dissapated and then I had to deploy more gas.  I cannot be certain how many
CS gas munitions I deployed at this location but it was a few.  This incident
was recorded on my BWC (file 2020-05-30_22-59-33.AVI).

My team remained at this location until the injured officers were safely out of
the area and while a physical crime scene was established.  My team was
eventually directed elsewhere.

This concludes a synopsis of the major happenings from this day.  My BWC footage
has been categorized for a "Crime's Against Person" retention period.

NFAT.
```

**Follow Up # 2**
Assignment Information
    Assigned to **308073 - TISDALE, DELBERT L JR**
    Org unit : **PATROL/DIST2/TEAM32**
    Capacity : **OTHER**
    Assigned on **Jun-03-2020 (Wed.) 0803**  by **308073 - TISDALE, DELBERT L JR**
    Report due on **Jun-04-2020 (Thu.)**

    Submission Information
    Submitted on **Jun-03-2020 (Wed.) 0543**
    Approved on **Jun-03-2020 (Wed.)** by **308073 - TISDALE, DELBERT L JR**
    Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***
**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **308073 - TISDALE, DELBERT L JR**
      Subject: **UOF**
 Related date/time: **Jun-03-2020**

Beginning at approximately 1100 hours on 05-30-2020, I, SGT D Tisdale (308073)
deployed to downtown Denver with the Aurora Police Emergency Response Team to
assist the Denver Police Department with crowd control during large protests in
and around downtown Denver.  This location is in the City and County of Denver
and State of Colorado.

At approximately 1915 hours we responded to E Colfax Ave and N Lincoln Blvd
where thousands of protesters were gathered.  During the following period on the
skirmish line in that location and as officers pushed a hostile crowd out of
Civic Center Park, south down Broadway, and east on E 12 Ave; I observed a
multitude of objects being thrown at officers to include plastic bottles, glass
bottles, rocks, bricks, large fireworks, unknown explosive devices, Moltov
Cocktails, bottles of paint, and even a dumpster.  I utilized CS Gas, smoke, OC
spray, and sting balls to disperse crowds that contained individuals that were
actively throwing objects at officers, or whose refusal to disperse or move away
from officers created undue risk of injury.

It should be noted that an emergency curfew had been imposed that began at 2000
hours on 05-30-2020.

My department issued body worn camera was activated as soon as was feasible
given the various situations presented.

**Follow Up # 3**
Assignment Information
    Assigned to **309719 - LANG, FREDERICK**
    Org unit : **PATROL/DIST3/TEAM46**
    Capacity : **OTHER**
    Assigned on **Jun-03-2020 (Wed.) 0804**  by **309719 - LANG, FREDERICK**
    Report due on **Jun-04-2020 (Thu.)**

Submission Information
    Submitted on **Jun-03-2020 (Wed.) 2313**
    Approved on **Jun-03-2020 (Wed.)** by **300126 - PRAY, JASON**
    Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
  Document: NARRATIVE/REMARKS
    Author: 309719 - LANG, FREDERICK
 Related date/time: Jun-03-2020
```

On May 30, 2020 at approximately 2310 hours I was providing scene security to an assist to Denver PD just north of E. Colfax Ave @ Logan St. This was just after a car had struck a police officer with his vehicle. The police officer was awaiting an urgent transport due to his injuries received.

A lone male approached the scene on foot and was advised to walk back. Due to the chaotic scene of the protest/riot and the fact that the male subject refused orders to turn back and continued to advance, I used a baton jab into the subjects mid abdomen area. This had little to not effect on the subject who eventually was taken down by unknown officers and later released. This concluded my involvement.

NFAT

**Follow Up # 4**
Assignment Information
    Assigned to **23303 - REDFEARN, STEPHEN**
    Org unit : **OPERATIONS DIST 1**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 1145**   by **23303 - REDFEARN, STEPHEN**
    Report due on **Jun-04-2020 (Thu.)**

Submission Information
    Submitted on **Jun-04-2020 (Thu.) 1145**
    Checked by : **27248 - RENNER, TODD**
    Approved on **Jun-08-2020 (Mon.)** by **27248 - RENNER, TODD**
    Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

GO 2020-18764 (OUTSIDE ASSI)

Related text page(s)

    Document: **SUPPLEMENTAL**
      Author: **23303 - REDFEARN, STEPHEN**
     Subject: **ERT COMMANDER CROWD MANAGEMENT**
 Related date/time: **Jun-04-2020**

On 053020 I was on duty as a Commissioned Aurora Police Captain assigned to District 1 Administration. I was also acting as the Commanding Officer of the Emergency Response Team (ERT).

ERT is the team responsible for crowd management for the Aurora Police Department.

On this date, I responded along with the majority of the ERT to Denver on a mutual aid request to assist the Denver Police Department with protests and civil unrest. We were informed that the two prior nights the City of Denver had experienced violent protests but also that more peaceful protests were taking place as well.

Upon arrival into Denver we were briefed by Denver Police Command Staff and informed that our area of responsibility was going to be the 16th Street Mall and two blocks North and South. APD was asked to provide a visible presence in the area as well as respond to assist Denver PD and other units should the need arise.

As the team Commander I was partnered with Sgt. Matt Brukbacher who is the ERT coordinator and was also with Division Chief Darin Parker. We were also assigned two Denver PD Sergeants, Sgts Lopez and Salas to be with our contingent.

Initially the teams deployed around to different areas on the 16th Street Mall. At around 1730 hours, several Aurora ERT teams responded to the area of E. Colfax Ave and N. Broadway Street to assist Denver Officers who had advised on the radio that they were surrounded by protesters and that they were being hit with rocks and bottles.

Upon arrival with the ERT units we responded to the intersection. It was apparent that some sort of tear gas or other chemical had been deployed so the entire team donned gas masks. Upon arriving at the intersection I met with Denver supervisors who asked us to assist in forming a skirmish line across Colfax to keep the large crowd of protesters from accessing the North curb line of Colfax. On the North side of Colfax there was an area covered with large rocks that the protesters had been accessing and using the rocks to assault officers. We were informed that bull dozers were enroute to clear away the rocks and that we needed to hold the line until that occurred.

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

## GO 2020-18764 (OUTSIDE ASSI)

Myself and numerous APD Officers remained on scene holding this line until well after 2000 hours. During the time I was at this location I was hit with numerous objects to include bricks, bottles, and fireworks. Due to my protective gear I was not injured.

There were lit road flares as well as improvised explosive devices and Moltov cocktails thrown at us as well.

During the time the team was at the location we performed several rescues of injured parties, stopped several fights, and continued to move the crowd back that kept trying to advance on us. This was done with tear gas and less lethal devices. Denver officers were present with us the entire time and Denver Command dictated our movements, etc.

I utilized a Mark 9 pepper spray fogger on several occasions to move people back as the line advanced or to stop people from throwing objects at the police. I estimate that I only directly applied the spray to 4-5 people as the majority of the time the spray was just used in the air to keep distance between officers and protesters.

Eventually, the teams pushed the protesters South to 14th, then to 13th, and then to 12th when they proceeded East. At that point myself and other Officers from the original teams took a break after being on the line and in a gas mask for over 4 hours.

It should be noted that while pushing the protesters out of the capital area and down to 12th Ave we continued to be struck with objects being thrown by the protesters. I was in fear for my safety as well as the safety of my officers due to the objects striking them in the head (helmets) and the presence of Moltov cocktail devices that could be deadly.

While staging near 12th and Sherman we heard a help call come out over the radio and the call of "Officers Down" at Colfax and Logan.I responded there with other members and assisted in crowd control in the area as officers were still being pelted wi

th rocks and other objects.

At around 0130 hours we were cleared to head for end of watch and left the area of Colfax and Logan.

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

**Follow Up # 5**
Assignment Information
    Assigned to **311459 - BOLTON, MYSHELL R.**
    Org unit : **ECONOMIC CRIMES UNIT**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 1313**   by **311459 - BOLTON, MYSHELL R.**
    Report due on **Jun-04-2020 (Thu.)**

Submission Information
    Submitted on **Jun-04-2020 (Thu.) 1313**
    Checked by : **10804 - COURTENAY, DANIEL J.**
    Approved on **Jun-04-2020 (Thu.)** by **10804 - COURTENAY, DANIEL J.**
    Follow Up completed : **Yes**

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

---

Related text page(s)

```
    Document: SUPPLEMENTAL
      Author: 311459 - BOLTON, MYSHELL R.
     Subject: SUBJECT ARREST, UNKNOWN DENVER CAD #-INV. BOLTON
  Related date/time: Jun-04-2020 1313
20-18764
```

This supplemental report is being completed to document a curfew arrest of an unidentified white male subject on Saturday 05/30/2020.

Working as part of ERT Team #4, working E. Colfax Avenue and N. Washington Street, we observed a male individual return to the area after the crowd dispersed.  The white male subject (unknown clothing), thin build, brown hair, ducked behind the gated trash area between Cheba Hut and Office Depot.  The male subject could not be seen and it was unknown if the had any weapons. Commands were given to the male to come out, which were not followed.  ERT members advanced towards the trash receptacle location and found the male subject carrying an unopened glass bottle of alcohol in his hand as if preparing to throw it.  The male was tackled by an unknown ERT member and taken into custody without incident.

I escorted this male subject to the roving Denver Sheriffs Units for transport on a curfew violation.  I did not get the male subjects name or a Denver CAD number for the arrest as tones came out at this same time from DPD regarding an officer down after falling form a RDV from behind the Office Depot parking lot. I did note the male subject did have a wallet on his person which was given to DPD Sheriff Units.

NFAT.

**Follow Up # 6**
Assignment Information
   Assigned to **315169 - SPANO, ANTHONY**
   Org unit : **GANG INTERVENTION UNIT**
   Capacity : **OTHER**
   Assigned on **Jun-04-2020 (Thu.) 1515**   by **315169 - SPANO, ANTHONY**
   Report due on **Jun-04-2020 (Thu.)**

---

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

GO 2020-18764 (OUTSIDE ASSI)

Submission Information
    Submitted on **Jun-04-2020 (Thu.) 1515**
    Checked by : **300603 - ACUTI, EDWARD**
    Approved on **Jun-05-2020 (Fri.)** by **300603 - ACUTI, EDWARD**
    Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **315169 - SPANO, ANTHONY**
     Subject: **UOF**
 Related date/time: **Jun-04-2020**

On Saturday May 31, 2020 at approximately 0700 hours I Officer Spano (315169)
responded to APD D1 for an ordered-in response as a member of the APD Emergency
Response Team(ERT). This response was in reference to assist Denver PD with
active widespread rioting, looting and property destruction within the City of
Denver.

At approximately 1600 hours I responded to the approximate location of E Colfax
Ave/N Lincoln St in the City and County of Denver. I joined other ERT members
and various other Law Enforcement Agencies at this location. I viewed a large
crowd in front of me to the South. Unknown persons within this crowd were
violent and were throwing the following items at myself and other Officers:
Rocks, sticks, concrete, water bottles filled with urine, water bottles filled
with unknown liquids, containers filled with unknown liquids, home made
explosives, mortar fireworks and Molotov Cocktails. I viewed many fights within
the violent crowd and was aware of a stabbing that had occurred at the location.
I viewed many parties within the crowd get struck by unknown objects that were
thrown by parties within the crowd.  I viewed Officers rescue multiple injured
parties form the violent crowd.

Throughout this deployment I responded as ordered to various locations within
Denver. These requests included assisting other agencies, protecting property
and emergency/medical personnel form destruction and injury.  While doing so, I
viewed absolute destruction which included vast amounts of graffiti and damaged
property including windows, buildings, residences, vehicles and monuments. My
team consistently took rocks and explosives. At one point, while at the base of
a hill I viewed rioters commander a dumpster and roll it down the steep hill in
an attempt to injure my team.

Throughout these encounters, I deployed approximately 60 (40mm) foam baton
rounds out of a Department issued launcher at unknown persons consistent with
department training. I  was provided various less lethal munitions by unknown
Officers on scene.

During this deployment I was struck multiple times with rocks and pieces of
concrete and was not injured as a result of my protective equipment. At one
point, while waling backwards I tripped over a curb and fell to the ground due
to the inability to take my eye off of objects being thrown at me from the
violent crowd. I sustained an abrasion on my right elbow with bruising and
swelling along and bruising and swelling on my right buttocks. I reported these
injuries to my supervisor.

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

```
I am a trained operator of less lethal launchers through the Aurora Police
Department and deployed this device within the policies and training received.
My department issued body worn camera was active for these incidents to the best
of my knowledge.


NFAT
```

**Follow Up # 7**
Assignment Information
    Assigned to **315876 - WINTERS, JOSHUA**
    Org unit : **PATROL/DIST1/TEAM03**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 2045**   by **315876 - WINTERS, JOSHUA**
    Report due on **Jun-06-2020 (Sat.)**

Submission Information
    Submitted on **Jun-04-2020 (Thu.) 0737**
    Approved on **Jun-04-2020 (Thu.)** by **301022 - CHAMBERLAND, DARREN P.**
    Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

## AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
 Document: NARRATIVE/REMARKS
   Author: 315876 - WINTERS, JOSHUA
  Subject: UOF
Related date/time: Jun-04-2020
```

On 05/30/2020 between the approximate hours of 0900 hrs to 05/31/2020, 0200 hrs I, Ofc Winters (ID# 315876) was assigned as a grenadier (12G LL) as part of the Aurora Police Department&#39;s Emergency Response Team (ERT). I am a certified less lethal operator through ERT. As a member of ERT, we were deployed to assist the Denver Police Department with crowd control/protests that were occurring in the City and County of Denver, State of Colorado.

During the approximate hours between 1500 hrs and 2300 hrs, I was part of a skirmish line addressing violent protesters that originated in the area of the park that was located to the West of State Capital.

As the crowds became more violent and began criminal behavior by throwing projectiles, to include but not limited to; bottles (glass and plastic), rocks, bricks and fireworks/explosive devices at myself and fellow officers, the need to deploy the use of less lethal options were used. I was in fear of serious bodily injury for not only myself, other officers but also innocent peaceful protesters as the above mentioned objects were striking people in the area. I was also struck several times with objects/projectiles throughout this incident.

As a result of the aforementioned facts and circumstances, I deployed approximately 60 Accusox 12 ga. bean bag duty rounds at unknown individuals that were involved in nefarious and extremely violent activities putting life and property in danger. The parties that I deployed the less lethal bean bag rounds at, were observed clearly throwing the items as listed above. They were also observed picking up gas/smoke canisters that were deployed by Law Enforcement officers and attempting to throw them back at officers. Target areas of deployment were consistent with the training I had received from the Aurora Police Department.

Due to this being a very large crowd environment, the parties that were struck with the less lethal bean bag rounds dispersed back into the crowd and were unable to be identified.

To the best of knowledge, my department issued body-worn camera was activated during any crowd contact incidents.

NFAT

**Follow Up # 8**
Assignment Information
    Assigned to **26230 - BUDAJ, CORY**
    Org unit : **PATROL/DIST1/TEAM01**
    Capacity : **OTHER**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Assigned on **Jun-04-2020 (Thu.) 2045**  by **26230 - BUDAJ, CORY**
Report due on **Jun-06-2020 (Sat.)**

Submission Information
  Submitted on **Jun-04-2020 (Thu.) 0748**
  Approved on **Jun-04-2020 (Thu.)** by **301022 - CHAMBERLAND, DARREN P.**
  Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **26230 - BUDAJ, CORY**
     Subject: **UOF**
  Related date/time: **May-30-2020**

  On 5/30/2020 this Aurora Police Officer (Budaj 26230) was assigned to the
Emergency Response Team (ERT) as a designated Grenadier, and deployed to
Downtown Denver to assist the Denver Police Department on a planned protest
event. I was assigned to APD Squad 3, under Sgt Shaker. The total time of my
deployment was 17 hours.

During the deployment we were advised that an extremely large crowd had gathered
at The State Capital and Civic Center park, blocking traffic on E Broadway Ave,
and that they had refused lawful orders to exit the street. After being given
numerous lawful orders to exit the area, Denver Police attempted to move the
crowd out of the roadway. At that time the crowd became violent and started
throwing rocks, bottles and other unknown items at the officers present. I
positioned at the intersection of W Colfax Ave and Broadway. While at that
location I was struck approximately 5-6 times with rocks/unknown items the size
of golf balls. I assisted in holding the line and after the lawful orders to
disperse, in pushing through the park to clear the area.
  During this event I deployed approximately 40 (40mm) foam baton rounds out of
a Penn Arms launcher at unknown persons in a violent crowd. The parties targeted
were involved in criminal behavior raging from property destruction to assaults
on officers. The target areas were consistent with training provided. I have no
identifying information on the parties targeted or the results of the force
used. I am a trained operator of less lethal launchers through the Aurora Police
Department and deployed this device within the policies and training received.
My department issued body worn camera was active for these incidents to the best
of my knowledge.

NFAT

**Follow Up # 9**
Assignment Information
    Assigned to **24675 - DYER, LANCE AUSTIN**
    Org unit : **PATROL/DIST3/TEAM41**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 2045**  by **24675 - DYER, LANCE AUSTIN**
    Report due on **Jun-06-2020 (Sat.)**

  Submission Information
    Submitted on **Jun-04-2020 (Thu.) 1156**
    Approved on **Jun-04-2020 (Thu.)** by **24675 - DYER, LANCE AUSTIN**
    Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **SUPPLEMENTAL**
      Author: **24675 - DYER, LANCE AUSTIN**
     Subject: **UOF**
 Related date/time: **Jun-04-2020**

On 05-30-20, I, Agent Dyer #24675, was deployed to Denver with Aurora Police
Departments ERT (Emergency Response Team).

At approximately 2000 hrs I was on the police line at an intersection near the
Capitol. The crowd was throwing bricks, rocks, bottles, and multiple other
projectiles, assaulting Officers on the line to include myself. I was struck by
a brick to my face shield which caused my head to be knocked back. I was struck
by multiple rocks. At one point plastic bottle filled with and unknown liquid
struck me in the left side of my exposed neck causing pain. Explosive fireworks
were blowing up right at my feet and I was showed in sparks and flames.

While holding the police line, a light skinned black or hispanic male, wearing a
blue shirt and shorts, walked aggressively towards me and the Officer to my
right. I gave him orders to stop and get back. The male attempted to break the
line while failing to heed my orders. Using the end of my 42" baton I pushed him
back away from the police line. He disappeared  back into the crowd and I had no
way to identify the male. My BWC was activated during this time.

I am less lethal shotgun (beanbag) certified.

Later in the night around midnight (well after curfew), I was assigned as a
grenadier with a less lethal shotgun. We were attempting to deal with an
assaultive crowd somewhere on Colfax. I was on the left flank of the line on a
sidewalk. A male began to aggressively walk towards the line as if to assault
the Officers. He was given multiple orders to stop and back away which he failed
to heed. I fired one round which struck him in the stomach area. He backed away
and left the area. I was unable to identify the male.

My BWC was on, but the battery died at some point in the evening.

NFAT

**Follow Up # 10**
Assignment Information
    Assigned to **312336 - SCHIPKE, CHRISTOPHER P.**
    Org unit : **GANG INTERVENTION UNIT**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 2046**   by **312336 - SCHIPKE, CHRISTOPHER P.**
    Report due on **Jun-06-2020 (Sat.)**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Submission Information
Submitted on **Jun-04-2020 (Thu.) 1447**
Approved on **Jun-04-2020 (Thu.)** by **300603 - ACUTI, EDWARD**
Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **312336 - SCHIPKE, CHRISTOPHER P.**
     Subject: **UOF**
 Related date/time: **Jun-04-2020**

On Saturday 05/30/20, I was assigned to the Emergency Response Team (ERT) and in
full Police uniform. I was assigned to squad 5 and Sgt. Bennett as the position
grenadier. I was equipped with a department issued Defense Technology four
cylinder multi-launcher and loaded with CTS 4557 foam baton projectiles.

Squad 5 was deployed to the City of Denver to assist with protests through the
City. Throughout the duration of Saturday and into the early morning of Sunday
05/30/20, we were continually deployed throughout the City of Denver to assist
Denver Police Department with violent protesters in numerous locations.

During the course of the deployment, I only targeted  violent protesters that
threw rocks, high explosive fireworks, glass bottles, and pushed large dumpsters
downhill at officers attempting to hold a skirmish line.  I launched
approximately 22 department issued foam projectiles at violent protesters after
they launched projectiles that were capable of serious injury or death at
officers on the skirmish line and myself.  I  launched foam projectiles at times
that would greatly allow me to safely strike the designated targeting area of
each subject and not impact non designated areas or other protesters standing
near targeted subjects.  I am a trained operator of less lethal launchers
through the Aurora Police Department and deployed this launcher within the
policies and training received.

Due to the nature of the chaotic incident, I was unable to identify specific
location or times. I was unable to identify or apprehend any violent subjects
that assaulted or attempted to assault officers during the incident. I wore a
department issued body worn camera (BWC) during the course of the incident and
kept it activated to the best of my ability while deployed at all times.  I did
observe that my BWC batteries died and stopped operating at approximately 2300
hours on 05/30/20.

End of report

**Follow Up # 11**
Assignment Information
    Assigned to **25339 - SHAKER, PATRICK**
    Org unit : **PATROL/DIST1/TEAM09**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 2046**  by **25339 - SHAKER, PATRICK**
    Report due on **Jun-06-2020 (Sat.)**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Submission Information
  Submitted on **Jun-04-2020 (Thu.) 1501**
  Approved on **Jun-04-2020 (Thu.)** by **25339 - SHAKER, PATRICK**
  Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
     Document: NARRATIVE/REMARKS
       Author: 25339 - SHAKER, PATRICK
      Subject: CROWD CONTROL
 Related date/time: Jun-04-2020
```

On May 30, 2020 I, Sergeant Patrick Shaker, a commissioned police officer with the City of Aurora, was working in a crowd management capacity. I was working as a Squad Leader for a team of Aurora Officers. We were assisting the Denver Police Department in a mutual aid capacity for violent riots throughout the city.

On this date I was involved in several crowd control events throughout the City of Denver. During my shift I was stationed at the Capitol building and the adjoining park. I was assigned to a riot line where several thousand protesters were gathered. While working this line the crowd had become extremely violent and riotous. The rioters were throwing numerous items at the Officers working the crowd line. Rocks, bottles, chunks of concrete, and explosive devices were thrown at Officers. All of these objects were able to cause severe injury to anyone who was hit. I was hit with several items over the period I was on the line, causing pain.

During this deployment I threw an unknown number of canisters of CS gas in conjunction with Denver Officers to keep the riotous crowd from overtaking set lines. I also directed our Less Lethal operators to use direct impact munitions on rioters who were engaged in any activity which would compromise the safety of the Officers on the line.

I also used OC spray on two rioters who had approached the line of Officers as they were moving rioters out of the park. Both parties left the area. There were no means to apprehend the two individuals and they disappeared into the crowd.

I was involved in several other riot lines throughout the evening. Each of the events were violent in nature, with Officers being hit with rocks, bottles, and other deadly devices. These lines lasted all evening. Eventually Aurora Officers were pulled from the lines.

**Follow Up # 12**
Assignment Information
    Assigned to **315887 - CAMPBELL, MATTHEW P**
    Org unit : **PATROL/DIST2/TEAM26**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 2046**  by **315887 - CAMPBELL, MATTHEW P**
    Report due on **Jun-06-2020 (Sat.)**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Submission Information
  Submitted on **Jun-04-2020 (Thu.) 1822**
  Approved on **Jun-05-2020 (Fri.)** by **26736 - LEONARD, DALE**
  Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

   Document: **NARRATIVE/REMARKS**
    Author: **315887 - CAMPBELL, MATTHEW P**
 Related date/time: **Jun-04-2020**

On 05/30/2020, I Officer M Campbell, as a member of the Aurora Police Department
ERT was deployed to assist DPD with crowd control during an extremely large
protest that had been on going for multiple days and had been previously become
violent in days past.

I served as a member of the skirmish line with my department issued riot baton.

Please note; Denver had sent out a litany of emergency notices about the curfew
being put into affect at 2000 hours that evening.  While on the skirmish line I
herd multiple orders to vacate the park and go home as there was a curfew in
affect that was going to be enforced. These order were given from approximately
1945 hours to approximately 2010 hours.

We were then given the order to move forward and begin to clear the park area.
As I proceeded forward, I gave many clear commands to "Move back".  One male
specifically would not move back/vacate the area and attempted to stand his
ground and push forward where I was located.  After providing him multiple
orders to move back, I then began to perform multiple forward thrusts to the
male&#39;s stomach area.  Eventually the male ran from the area on his own
volition.

I have no identifying information on the party targeted or the results of the
force used.  I am a trained through the Aurora Police Department and all action
were taken within the policies and training received.  My department issued body
worm camera was active for these incidents to the best of my knowledge.

NFAT.

**Follow Up # 13**
Assignment Information
   Assigned to **315112 - ROSENBLATT, JASON ()**
   Org unit : **PATROL/DIST2/TEAM27**
   Capacity : **OTHER**
   Assigned on **Jun-05-2020 (Fri.) 2046**  by **315112 - ROSENBLATT, JASON ()**
   Report due on **Jun-06-2020 (Sat.)**

  Submission Information
   Submitted on **Jun-05-2020 (Fri.) 1529**
   Approved on **Jun-05-2020 (Fri.)** by **302595 - COOLEY, DIANA**
   Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
   Document: NARRATIVE/REMARKS
     Author: 315112 - ROSENBLATT, JASON ()
    Subject: UOF
 Related date/time: Jun-05-2020
```

On 05/03/2020 at various time throughout the day in various locations I deployed approximately 30 (40mm) foam baton rounds out of a Penn Arms launcher at unknown persons in a violent crowd. The parties targeted were involved in criminal behavior raging from property destruction to assaults on officers. The target areas were consistent with training provided. I have no identifying information on the parties targeted or the results of the force used.  I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received.

All subjects that were struck were struck in the abdomen or legs to the best of my knowledge. I never took aim at a non approved target area.

I observed all subjects run after being hit with a 40mm foam baton round and no parties appeared to be injured.

 My department issued body worm camera was active for these incidents to the best of my knowledge.

**Follow Up # 14**
Assignment Information
    Assigned to **314452 - WOODYARD, NATHAN S**
    Org unit : **PATROL/DIST2/TEAM29**
    Capacity : **OTHER**
    Assigned on **Jun-06-2020 (Sat.) 2046**  by **314452 - WOODYARD, NATHAN S**
    Report due on **Jun-06-2020 (Sat.)**

Submission Information
    Submitted on **Jun-06-2020 (Sat.) 0528**
    Approved on **Jun-06-2020 (Sat.)** by **19985 - NUNEZ, RACHEL A.**
    Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

Document: **SUPPLEMENTAL**
  Author: **314452 - WOODYARD, NATHAN S**
  Subject: **UOF**
 Related date/time: **Jun-06-2020**

On May 30th 2020 I, Officer N Woodyard 314452, was deployed with ERT to assist
with Denver Protests.

I was assigned to Sgt Shaker's squad. During our time in Denver we were part of
the line of officers on E Colfax Ave at N Lincoln St. I could hear over the
loudspeaker Officers advising the crowd that they needed to get out of the
street and move back to the park or they would be arrested. The crowd refused
and tear gas was deployed. We began to move up and I gave orders to clear out,
but one person in front of me put a cover over his face and did not move. Our
line continued to move and I gave the male orders to leave. The male made no
attempt to go back to the park. I sprayed my pepper spray in his face and he
turned around and ran. As he disappeared back into the crowd I was unable to
render aid or identify this individual and charge him for disobeying the orders
I gave and were given over the loudspeaker.

For the rest of the day I stood on the line and assisted with clearing out the
park. I did not have any other uses of force this day.

My body camera was on my person and activated.

**Follow Up # 15**
Assignment Information
  Assigned to **24203 - BRUKBACHER, MATTHEW J.**
  Org unit : **TECHNICAL SERVICES BUREAU**
  Capacity : **OTHER**
  Assigned on **Jun-03-2020 (Wed.) 2046**  by **24203 - BRUKBACHER, MATTHEW J.**
  Report due on **Jun-06-2020 (Sat.)**

  Submission Information
    Submitted on **Jun-03-2020 (Wed.) 1334**
    Approved on **Jun-04-2020 (Thu.)** by **26736 - LEONARD, DALE**
    Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
   Document: SUPPLEMENTAL
     Author: 24203 - BRUKBACHER, MATTHEW J.
    Subject: CROWD MANAGEMENT ASSIST
 Related date/time: Jun-03-2020
```

On 05-30-20 at about 0900 hrs, I gathered resources from the Aurora Police Department Emergency Response Team. My current assignment is as the coordinator/facilitator for the team. The team deployed at the request of DPD to assist with crowd control for protests/riots that were on-going within their jurisdiction.

Upon arrival and deployment, we were placed on the 16th street mall. Around 1530 hrs, we were re-deployed to support Denver units engaged with the crowd at Civic Center Park and the State Capitol Building. Aurora ERT was placed at Colfax and Lincoln and was in direct contact with the crowd. We were ordered to move the crowd towards Civic Center Park and hold them there, while public works removed rocks in an RTD lot. As we moved the crowd, we began taking rocks, bottles and fireworks directed at officers. These items were a significant life safety threat to officers. Chemical munitions were deployed at that time. Grenadiers were instructed to deploy their direct impact foam baton munitions and/or 12 GA bean bag munitions at persons who posed a direct threat to officers. These include, but are not limited to, protesters throwing rocks, picking up gas munitions and throwing them back to officers, throwing explosive devices and Molotov cocktails.

I personally deployed approximately forty (40mm) foam baton rounds at unknown persons within the crowd. My target area for all of these deployments was the abdomen, consistent with training provided. I estimate that less than 10 rounds failed to contact the target. The parties struck with these munitions secreted back into the crowd and I was unable to make an arrest on these persons. It is important to note that I was struck by at least 3 large rocks causing minor injury to my upper arms and groin.

I also personally deployed roughly 25 cans of gas munitions, specifically CS and OC gas. These munitions were used to disperse the violent crowd and prevent further assaults on officers. I deployed the gas munitions consistent with training with the training I received.

The numbers above are for the entire deployment which lasted until approximately 0100 hrs on 05-31-20. We moved the crowd through several locations and then assisted DPD at numerous other locations. I am not clear on all the locations we were deployed. It is important to note that the numbers above are estimations. The event was highly dangerous and dynamic, so I was unable to count the exact number of rounds or gas canisters deployed.

My body worn camera was on my chest and activated according to department policy. It was recording the events described above to the best of my ability.

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

**Follow Up # 16**

Assignment Information
   Assigned to **26207 - MCDONALD, RICHARD**
   Org unit : **PATROL/DIST2/TEAM 21**
   Capacity : **OTHER**
   Assigned on **Jun-03-2020 (Wed.) 2046**   by **26207 - MCDONALD, RICHARD**
   Report due on **Jun-06-2020 (Sat.)**

Submission Information
   Submitted on **Jun-03-2020 (Wed.) 1429**
   Approved on **Jun-04-2020 (Thu.)** by **14570 - BAKER, SUSANN E**
   Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **26207 - MCDONALD, RICHARD**
     Subject: **UOF**
 Related date/time: **Jun-03-2020**

On 053020 I was deployed with the Aurora Police Department Emergency Response
Team to provide mutual aid do the Denver Police Department.

My role was as a grenadier of which I carry a department issued Penn Arms less
lethal 40mm six shot launcher.  I am trained and certified through the
department to operate and deploy 40mm less lethal launchers and deployed this
device within the policies and training received.

During my shift, in Denver, I encountered violent protesters who were engaging
in criminal behavior such as destruction of property, assaults on police
officers, and attempted murder on police officers.  I experienced being struck
with numerous projectiles such as rocks, bottles, and large mortar fireworks
which landed several feet from this officer at detonation.  I observed a Molotov
cocktail explode within approximately forty yards of this officer and ten yards
of other officers standing on a skirmish line.

During my shift I deployed approximately twelve 40mm rounds, at protesters, who
were actively engaging officers in a violent manner.  The targeted areas were
consistent with department policy and training.  I do not know the identities of
any of the parties targeted or the results of the force used.

Also, during my shift, I deployed one department issued sting ball grenade into
the crowd of violent rioters in order to move them away from officers and deter
them from continuing to assault officers with projectiles.  I do not know the
identities of any of the parties targeted or the results of the force used.

My department issued body worn camera was on my person and, to the best of my
knowledge, activated during these incidents.

**Follow Up # 17**
Assignment Information
    Assigned to **315135 - CHILD, DANIEL**
    Org unit : **PATROL/DIST1/TEAM08**
    Capacity : **OTHER**
    Assigned on **Jun-06-2020 (Sat.) 0849**   by **315135 - CHILD, DANIEL**
    Report due on **Jun-07-2020 (Sun.)**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
****PUBLIC****

**GO 2020-18764 (OUTSIDE ASSI)**

Submission Information
Submitted on **Jun-06-2020 (Sat.) 2232**
Approved on **Jun-06-2020 (Sat.)** by **27276 - CLARK, DANIEL**
Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

GO 2020-18764 (OUTSIDE ASSI)

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **315135 - CHILD, DANIEL**
 Related date/time: **Jun-06-2020**

On May 30th, 2020, I, Officer Child (315135), responded to assist Denver Police
Department in dealing with protest in their city as part of the Aurora Police
Department Emergency Response Team.

Throughout the course of the day I assisted Denver in performing crowd control
as they dealt with violent and combative protesters in various places throughout
the city.

While providing lateral support on an intersection, I heard a Denver officer
call out for assistance as they were apprehending an individual.  I assisted in
taking control of the individual and along with Officer Stoller (315134), helped
Denver take the individual into custody.  While gaining control of the suspect,
an unknown Denver officer pepper sprayed the individual.

The suspect (unknown name/DOB), was transferred to the Denver Jail staff and
transported to the Denver jail.  While walking back to my assigned location, a
second suspect (unknown name/DOB), approached officers and failed to obey orders
to leave the area.  The suspect who was in violation of the curfew, did not move
from his position despite police advancing.  The suspect affixed his gas mask
and reached for a beverage in a white metal can.  I was unsure what was in the
can, or the suspects intentions with the can.  At this time, an unknown Denver
officer went to take the suspect into custody and took control of the suspects
left arm.  I moved to assist the officer and took control of the suspects right
arm.

The suspect began to resist and attempted to pull away from officers.  I put the
suspects right arm behind his back, and assisted him to the ground where I had a
higher level of control of him reducing the risk of injury to himself or other
officers on scene.  The suspect was taken into custody and transported to the
jail by Denver.

The remainder of the evening I performed routine crowd control duties.  These
events were captured on my body worn camera.  This narrative is a summarization
of events.


End of report.

**Follow Up # 18**
Assignment Information
    Assigned to **315134 - STOLLER, RYAN J**
    Org unit : **PATROL/DIST1/TEAM08**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Capacity : **OTHER**
Assigned on **Jun-06-2020 (Sat.) 0849**   by **315134 - STOLLER, RYAN J**
Report due on **Jun-07-2020 (Sun.)**

Submission Information
Submitted on **Jun-06-2020 (Sat.) 2304**
Approved on **Jun-06-2020 (Sat.)** by **27276 - CLARK, DANIEL**
Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
   Document: NARRATIVE/REMARKS
     Author: 315134 - STOLLER, RYAN J
    Subject: DENVER CUSTODY ASSIST
 Related date/time: Jun-06-2020
```

On May 30th, 2020, I, Officer R. Stoller (315134), responded to assist the
Denver Police Department in dealing with protests in their city as part of the
Aurora Police Department Emergency Response Team.

Throughout the course of the day, I assisted Denver in performing crowd control
as they dealt with violent and combative protesters in various places throughout
the city.

While providing lateral support on an intersection, I heard a Denver officer
call out for assistance as they were apprehending an individual.  I assisted in
taking control of the individual and along with Officer Child (315135), helped
Denver take the individual into custody.

The suspect (unknown name/DOB), was transferred to the Denver Jail staff and
transported to the Denver jail.  While walking back to my assigned location, a
second suspect (unknown name/DOB), approached officers and failed to obey orders
to leave the area.  The suspect who was in violation of the curfew, did not move
from his position despite police advancing.  The suspect affixed his gas mask
and reached for a beverage in a white metal can. Officer Child and an unknown
Denver Officer moved to take him into custody. The suspect appeared to
physically be pulling away from the Officers, so I assisted them in getting him
to the ground. While working to take him to the ground, and unknown Denver
Officer pepper sprayed the suspect, which helped us get him into a control
position on the ground. I then helped the Denver Officer place him into
handcuffs.

The suspect was taken into custody and transported to the jail by Denver.

The remainder of the evening I performed routine crowd control duties.  These
events were captured on my body worn camera.  This narrative is a summarization
of events.


End of report.

**Follow Up # 19**
Assignment Information
    Assigned to **316952 - WILSON, NICHOLAS MATTHEW**
    Org unit : **PATROL/DIST2/TEAM24**
    Capacity : **OTHER**
    Assigned on **Jun-04-2020 (Thu.) 0625**   by **316952 - WILSON, NICHOLAS MATTHEW**
    Report due on **Jun-08-2020 (Mon.)**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Submission Information
   Submitted on **Jun-04-2020 (Thu.) 1025**
   Approved on **Jun-07-2020 (Sun.)** by **300373 - RATHBUN, PHILLIP**
   Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
   Document: NARRATIVE/REMARKS
     Author: 316952 - WILSON, NICHOLAS MATTHEW
Related date/time: Jun-04-2020
```

On May 30, 2020 at approximately 0900 hours I, Officer Nicholas Wilson was
called out for ERT (Emergency Response Team), to respond to the City of Denver
to assist Denver Police Department with violent protests (riots) occurring in
Denver over the past couple days. During my involvement in these situations I
was wearing a body worn camera.

I attended the ERT briefing in Aurora prior to responding to Denver. Once in
Denver I attended the Denver briefing, conducted by Denver Police Commanding
Officers. I was advised the protesters have been armed with guns, both rifles
and pistols, throwing river rocks at police, throwing glass bottles at police,
setting fires in the streets, setting fires to dumpster&#39;s, rolling the
dumpster&#39;s at police, and acting extremely violent towards police. They also
advised they have had a couple officers injured as a result of the violence.
There is a curfew in affect starting at 8 pm until 5 am both Saturday and
Sunday. Curfew is an arrest able offense in Denver. There were notifications
sent to all cell phones, marked Denver Police cars on PA systems advising of the
curfew, and PA systems repeating this all over the City of Denver.

Due to the risk of violence and injury I wore my Aurora Police issued riot gear.
I had an Aurora Police badge on the riot vest, name tag, and marked uniform. I
was assigned to the riot line and had a gas mask and riot baton. However, my
position could change depending on the environment, as riots can be very rapidly
evolving situations.

I am certified on the less lethal shotgun and 40mm through Aurora. I spent 10
years on Northglenn/Thornton SWAT Team and was certified as an instructor for
less lethal and chemical munitions while on NPD/TPD SWAT. I have been involved
in numerous situations while assigned to NPD/TPD SWAT, where I have used less
lethal options and chemical munitions.

Once deployed in the City of Denver my squad responded to numerous locations to
assist Denver Police. During the day and evening hours I experienced very
violent protesters. These protesters threw rocks, glass bottles and other
objects at me and other Aurora Police/Denver Police Officers. I was personally
struck by several rocks and other objects while holding riot lines. I had
several large bruises and marks, causing pain, as a result of these objects
being thrown at me. This continued throughout the night. Protesters set fires to
numerous dumpster&#39;s and continued to resist police orders and commands. Most
of this occurred after the curfew went into effect at 8 pm.

Officers responded using less lethal options to include gas. This was reasonable
and appropriate given the circumstance of the size of the crowd, objects hitting
officers, crimes being committed against officers and property. This type of
resistance is considered violent resistances/assaultive behavior, and is a
felony crime when using an object as a weapon to inflict pain or injury on

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

police officers. Gas was deployed in areas allowing protesters to leave and disperse. However, some protesters continued to engage with police in a violent manner.

At one point, in the area of 16th and Logan St, a vehicle, black in color sedan, possibly a Chevy sedan was speeding around a corner, striking a marked police vehicle in the street dealing with protesters. This Chevy continued to drive at a high rate of speed N/B while yelling something at police, leaving the scene of the accident. The passenger was the one yelling at police. I heard the screeching sound of the tires from the vehicle as it approached an intersections (16th at Logan St). A few seconds later I heard on the radio, "officer down". I was not sure where the officer was down, as I did not hear a location on the radio.  A few seconds later, we figured out it was where we heard the tires screeching at the intersection just north of my location. I ran on foot as I was pretty close. Denver Officers on a vehicle beat me to the downed officer. I noticed several protesters in the area so I had some Aurora Officers help me secure the area, providing cover for Denve

r to help their downed officer. Several protesters tried to come close to the scene after given numerous warnings/orders to disperse. Denver officers used less lethal to keep the protesters away from the scene.

The above report is a synopsis&#39;s of events, as this was a very long day, starting at 0900 and ending around 0200.

NFAT.

**Follow Up # 20**
Assignment Information
   Assigned to **306799 - SWEENEY, RYAN**
   Org unit : **PATROL/DIST2/TEAM26**
   Capacity : **OTHER**
   Assigned on **Jun-06-2020 (Sat.) 0625**  by **306799 - SWEENEY, RYAN**
   Report due on **Jun-08-2020 (Mon.)**

Submission Information
   Submitted on **Jun-06-2020 (Sat.) 2032**
   Approved on **Jun-07-2020 (Sun.)** by **302595 - COOLEY, DIANA**
   Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

## AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

  Document: **NARRATIVE/REMARKS**
    Author: **306799 - SWEENEY, RYAN**
 Related date/time: **Jun-06-2020**

On May 30, 2020 at approximately 2300 hours, I (Officer Ryan Sweeney 306799) was assigned to the Aurora Police Department&#39;s Emergency Response Team (ERT). I was dressed in an Aurora Police Department ERT uniform and full crowd control gear which displayed, "POLICE" in large white letters on the front.  At the above date and time, I was assisting with crowd control in the 1500 block of N. Logan St. and standing on the East side of the street by the sidewalk. I was approximately 100 feet to the North of E. Colfax Ave. and facing North.

  I heard a crash which sounded like a car hitting something. I looked over my left shoulder and saw a small black sedan traveling Northbound on N. Logan St. at a high rate of speed. The vehicle continued Northbound on N. Logan St.

  A few seconds later, I heard someone at the North end of the block yell for a medic. I ran to the location and observed two Denver officers that appeared to have been hit by the black car that just passed me. One of the officers appeared to have a serious leg injury. I thought the other officer had been killed or in serious condition since he was unresponsive and laying motionless on the ground.

  I ran to the South side of the block to protect the scene and unattended emergency vehicles from rioters that were on E. Colfax Ave. and slowly approaching the accident scene.

  While on the East side of the street, I was walking Southbound with two Denver officers with pepper ball guns. I observed a male walking Northbound on the sidewalk at a steady pace. The male seemed determined to keep walking past us. Denver began shooting the male with pepper balls. Denver officers shot 20-30 pepper balls at the male and he continued to walk towards us. Denver shot approximately another 20 pepper balls at the male. The male put his arms up to shield himself and continued to walk towards us.

  At this point, I was fearful that the male was going to engage in a physical confrontation with us or attempt to cause chaos in what I thought was a homicide scene behind us where medical personnel were attending to numerous injured officers and a citizen.

  I pushed the male with my baton as I held both ends and yelled, "Get back." He did not retreat so I pushed him again. The male was pushed into a wall after the second push. I attempted to effect an arrest so I grabbed the male and threw him to the ground. Denver officers engaged with the male on the ground and stood him up. The Denver officers told him to leave. The male continued to stand his ground and stayed in the same spot. I yelled at the male to leave. He said something back to me and I yelled at him to get back. The male continued to stand his ground after being shot with 40-50 pepper balls, being pushed away by a baton, and being told numerous times to leave. The male seemed to be confrontational and did not want to leave the area. I performed a baton thrust

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

## GO 2020-18764 (OUTSIDE ASSI)

to the male's torso while yelling, "Get back." The male did not retreat so I
performed another baton thrust to the male's torso and yelled, "Get back." The
male still did not retreat so I performed another baton thrust to the male's
torso and yelled, "Get back." I yelled, "Get back," one more time before the
male walked away Southbound on N. Logan St.

Due to the limited resources on scene which were needed to protect the
accident scene, the male was not apprehended or identified. The male appeared
uninjured as he walked away. The male was a white male in his mid to late 20's
with dark hair and short dark facial hair.

My body camera was running during this incident and the video file is labeled
2020-05-30_22-46-57.AVI. This incident began at 23:30 on the video file.

There is no more information in regards to this incident.

**Follow Up # 21**
Assignment Information
   Assigned to **315912 - RUNYON, AUSTIN S**
   Org unit : **PATROL/DIST2/TEAM30**
   Capacity : **OTHER**
   Assigned on **Jun-07-2020 (Sun.) 0625**   by **315912 - RUNYON, AUSTIN S**
   Report due on **Jun-08-2020 (Mon.)**

Submission Information
   Submitted on **Jun-07-2020 (Sun.) 0618**
   Approved on **Jun-07-2020 (Sun.)** by **308073 - TISDALE, DELBERT L JR**
   Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

GO 2020-18764 (OUTSIDE ASSI)

Related text page(s)

```
  Document: SUPPLEMENTAL
    Author: 315912 - RUNYON, AUSTIN S
   Subject: UOF
Related date/time: Jun-07-2020
```

On 05/30/2020, I Officer Runyon (315912) was deployed to the City of Denver to assist with ongoing protest downtown. I was deployed as a part of Aurora's ERT (Emergency Response Team).  Around 1730 hrs, I was at the Capitol near the intersection of W Colfax Ave and N Lincoln St addressing the crowd.

I deployed approximately 30 (40mm) foam baton rounds out of a single Penn Arms launcher at unknown persons in a violent crowd. The parties I targeted with my launcher were involved in criminal behavior which included property destruction and assaults on officers. These individuals were throwing various items at Officers.

When deploying my launcher, I only targeted areas of the body that are consistent with the training I received through the department. I was unable to get any identifying information of the parties in which I used force on because they retreated into the crowd ad were not located later. I only recognized that I missed two shots, one hit a protestor's backpack as he crouched to pick up a thrown gas canister. The second struck a construction sign that a protestor was dragging into the crowd.

I am a trained operator of less lethal launcher through the Aurora Police Department. I deployed this device within policy and with the training I have received.  My body worn camera was worn and activated during these incidents.

**Follow Up # 22**
Assignment Information
    Assigned to **315934 - MANLEY, KEVIN LYNN**
    Org unit : **PATROL/DIST1/TEAM13**
    Capacity : **OTHER**
    Assigned on **Jun-07-2020 (Sun.) 0923**  by **315934 - MANLEY, KEVIN LYNN**
    Report due on **Jun-09-2020 (Tue.)**

Submission Information
    Submitted on **Jun-09-2020 (Tue.) 0023**
    Approved on **Jun-09-2020 (Tue.)** by **303151 - LANIER, CODY**
    Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

        Document: **NARRATIVE/REMARKS**
          Author: **315934 - MANLEY, KEVIN LYNN**
         Subject: **MANLEY-USE OF FORCE**
     Related date/time: **Jun-07-2020 0647**

This report is typed by Police Officer Manley (315934) assigned to District 1,
Grave shift.

On Saturday, May 30, 2020, at approximately 8:00 PM, I was on the front line  in
downtown Denver, which is located in the City and County of Denver, State of
Colorado. While in a line formation, I was ordered to move the protesters back
when a white male refused to obey my order. It should be noted that the Denver
Mayor made a 8:00 PM curfew for the City. Denver Police made multiple
announcements for people leave the park and to go home because of the curfew.
While the line was ordered to move forward, I observed a white male refusing to
leave. As we moved closer the white male continued to stand in place. The white
male was ordered to leave but he refused was pushed back with my baton and
refused to leave. As I advance forward more, the white male refused to obey my
order and was struck with my baton. The white male then fled the scene.

It should be noted that there was a black female that was ordered to leave as
well but refused. The black female was pushed with the baton and then fled the
scene.

It should be noted that my body camera was activated during this incident. NFI

**Follow Up # 23**
Assignment Information
      Assigned to **313613 - EISAMAN, ALEX**
      Org unit : **PATROL/DIST2/TEAM28**
      Capacity : **OTHER**
      Assigned on **Jun-08-2020 (Mon.) 0923**  by **313613 - EISAMAN, ALEX**
      Report due on **Jun-09-2020 (Tue.)**

   Submission Information
      Submitted on **Jun-08-2020 (Mon.) 2153**
      Approved on **Jun-08-2020 (Mon.)** by **302595 - COOLEY, DIANA**
      Follow Up completed : **Yes**

## AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **313613 - EISAMAN, ALEX**
     Subject: **EISAMAN SUPP**
 Related date/time: **Jun-08-2020**

On Saturday, May 30th, 2020 from about 1030 hours to 2330 hours I, Officer A. Eisaman was assigned to the Aurora Police Department Emergency Response Team and deployed in down town Denver (City and County) in the State of Colorado to assist them with their crowd control.

During this time I was on Squad 6, reporting to Sergeant C. Luallin. My responsibility was to be a front line Officer, and back up grenadier. During the deployment at no time did I deploy any Less Lethal shot gun rounds and remained on the front lines when in contact in crown control situations.

Later in the evening and night Squad 6 was split between two trucks and stayed together while responding to issues. During this time I was seated on the rear tailgate of the first truck with Officer A. Price. While in the area of Westbound E Colfax Ave / N Race St a rock was thrown at Officer Price and me. The rock did not strike us directly, however it did make contact with the piece of glass hanging above our heads causing it to shatter. This piece of glass was the top rear cover for the truck bed's "truck topper". Glass rained down on both of us, causing glass to go down past my gear and onto my neck, back, and upper chest. Shortly after this a dark colored sedan driven by a white male began to yell at us out of his driver window. This vehicle Was traveling Southbound on an unknown street, and was signaling to make a Westbound turn on to E Colfax Ave. This male yelled out something to the effect of "You bitch ass mother fucking cops". The dark sedan then merged into Westbound traffic on E Colfax Ave, when he approached our truck he swerved at us. He made no contact with either of the squad 6 vehicles. If he had struck us, Officer Price and I would have sustained some sort of serious injury because we were seated on the tailgate of a pick up truck and our legs were exposed to traffic. Just moments later Denver Police advised that Officers had been struck by a vehicle matching the description of the driver and vehicle we had just observed.

This concludes my involvement in Denver Colorado on this date. It should be noted that I did not review my body camera prior to writing this report, and I do believe it was activated during the time of the glass break and the car swearing at us. Due to my unfamiliarity with the area we were in, and odd vehicle positioning I can not provide a more exact location. As well as it was a long day and I am unsure with the exact time of these events, only that they were just before the Denver Police Officers were run over.

**Follow Up # 24**
Assignment Information
    Assigned to **313613 - EISAMAN, ALEX**
    Org unit : **PATROL/DIST2/TEAM28**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

GO 2020-18764 (OUTSIDE ASSI)

Capacity : **OTHER**
Assigned on **Jun-08-2020 (Mon.) 0923**   by **313613 - EISAMAN, ALEX**
Report due on **Jun-09-2020 (Tue.)**

Submission Information
Submitted on **Jun-08-2020 (Mon.) 2251**
Approved on **Jun-08-2020 (Mon.)** by **302595 - COOLEY, DIANA**
Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **313613 - EISAMAN, ALEX**
 Related date/time: **Jun-08-2020 2154**


On Saturday, May 30, 2020, at approximately 10:30 AM, I, Officer M. Torres, was
dispatched to downtown Denver, which is in the City of Denver, in the County of
Denver, in the State of Colorado, as mutual aid to the Denver Police department
to assist during the George Floyd riots. While dispatched to this event I was
wearing my Aurora Police ERT riot uniform and protective gear. My body camera
was attached to my ERT protective padding, however during the riot my body worn
camera had fallen off or was torn off by rioters. During this event I was
attached to Sergeant P. Shaker.

Upon arrival of Denver we began to mobilize our quick reactionary force and were
working as rolling patrol units up and down the 16th Street mall. We were told
that our area of operation was to be the mall. We patrolled the mall for
approximately an hour and a half.

We were told to load up and mobilize to the State Capital as there was a large
crowd  blocking traffic. Upon arrival of the capital we were told to put on our
gas masks. We exited our delivery vehicle and were instructed to move the crowd
out of the street and back into civic center park, our line was set on the North
end of Civic Center Park and the State Capital. We moved the crowd back to Civic
Center Park and at 8:00 PM we were instructed to move the crowd out of Civic
Center Park. When parties were removed from Civic Center Park, we continued to
move the crowd away from the area until directed not to.

It should be noted that from the time that we arrived in the area of Civic
center park until the removal of persons from the park I observed constant
tumultuous behavior in the form of rioters throwing rocks, bottles, feces, and a
incendiary Molotov cocktails at me and other Officers on scene. During this time
I was equipped with a less lethal beanbag shotgun. I fired this less lethal
shotgun at approximately five or six protesters while on the line. I utilized
approximately thirty beanbag rounds to stop the violent attacks that were being
directed to me and other Officers. Every time that I fired a beanbag projectile
I made sure to carefully aim in areas I have been trained to aim for.
Specifically I aimed for belly areas, and lower extremities. Each projectile
that I fired was aimed at a person who was violently attacking me or another
Officer.

I recall on three accounts, where I was in contact with a peaceful protester who
informed me that a person in the crowd had been seriously injured. Without
hesitation Officers on scene acted to secure injured parties and see to it that
injured parties received immediate care and medical attention and were removed
from the dangerous area where rocks and bottles were being thrown.

I was on the riot line for approximately six hours. After parties had been

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

```
removed from the area of the City Capital Building we were told to take a break,
however this break was cut short as we were needed to respond to an Officer
injured incident. We immediately moved to assist Denver personnel who had been
hit by a car. After several hours things began to calm down, and we exited the
city for the evening around 2:00AM and left the city for the day.

During the riot I had activated my body worn camera on my protective gear. At
one point during the riot, I looked down to see if my camera was still
activated. My body worn camera was missing. I do not know where it went. At this
point my body worn camera is still missing and was left in Denver somewhere near
the State Capital.

For more information on this event see other Officer&#39;s reports.

M. Torres
315090
```

**Follow Up # 25**
Assignment Information
    Assigned to **300385 - DAVIS, PAUL R.**
    Org unit : **S.W.A.T.**
    Capacity : **OTHER**
    Assigned on **Jun-09-2020 (Tue.) 1309**  by **300385 - DAVIS, PAUL R.**
    Report due on **Jun-09-2020 (Tue.)**

Submission Information
    Submitted on **Jun-09-2020 (Tue.) 1309**
    Follow Up completed : **No**

Exhibit A to Aurora Defendants' MSJ

## AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
   Document: SUPPLEMENTAL
     Author: 300385 - DAVIS, PAUL R.
    Subject: P.DAVIS (300385) RIOTS
 Related date/time: Jun-09-2020 1309
```

On 05/30/20 at approximately 1530 hrs, I, Officer P. Davis (300385) was assigned
to the Aurora Police SWAT Team when I responded into Denver with other Aurora
Police SWAT Officers to assist the Denver Police Department with crowd
management and security.


I was deployed as lethal coverage for the Aurora ERT Officers that were
currently deployed in the City of Denver.


At approximately 2300 hrs, I had responded to the area of E. 16th Ave and N.
Logan St to assist DPD officers who were investigating a crash involving DPD
Officers. We responded to the area of E. Colfax Ave and N. Logan St to assist
other Officers who were performing Riot control at the intersection. Upon
arrival I covered Officers that had created a line monitoring the east flank of
the formation. Officers were giving orders for individuals encroaching on our
position to back away. Sgt Tisdale deployed a sting ball grenade as orders
continued to have the unknown individuals to back away from the intersection.
The parties backed away and then started to encroach again on our position. I
advised Sgt Tisdale that I had a CS gas canister that I could deploy. Sgt
Tisdale advised me to deploy the CS gas in front of our position. I deployed
the gas in front of our line and the individuals that were encroaching on our
position backed away. Orders were given by DPD supervisors that the rioters on
the south side of the intersection of E. Colfax Ave and N. Logan St were to be
arrested. We were advised that a team would move up to the rioters from the
south at which time we would also move south across E. Colfax Ave. As we moved
toward the rioters I deployed a noise/flash diversion device (NFDD) on the
southeast corner of the intersection to create a diversion for the south arrest
team and to keep the rioters from running north and east on to E. Colfax Ave.
Note: Traffic was moving through the intersection and there was possibility of
one of the rioters being struck by a vehicle if they entered the intersection.
Other diversion devices and munitions were deployed simultaneously by other DPD
and Aurora Officers to move the rioters away from the intersection. The
diversions moved the rioters away from the intersection and multiple rioters
were taken into custody by DPD in the 1400 block of N. Logan St.


The above incidents were captured on my body camera that was activated, however
when I deployed the (NFDD) the movement of my arm shut my body camera off. When
I realized that my camera had been inactivated I reactivated my camera.


NFAT

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

GO 2020-18764 (OUTSIDE ASSI)

**Follow Up # 26**

Assignment Information
    Assigned to **313599 - COE, JOSIAH**
    Org unit : **PATROL/DIST1/TEAM04**
    Capacity : **OTHER**
    Assigned on **Jun-07-2020 (Sun.) 0806**   by **313599 - COE, JOSIAH**
    Report due on **Jun-10-2020 (Wed.)**

Submission Information
    Submitted on **Jun-08-2020 (Mon.) 1129**
    Approved on **Jun-09-2020 (Tue.)** by **19581 - SANDOVAL, DAVID**
    Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

## AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## **PUBLIC**

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
      Author: **313599 - COE, JOSIAH**
 Related date/time: **Jun-07-2020**

On 05-30-2020 at approx. 1000 hours, I Officer J. Coe (313599) was assigned to
ERT Squad 5 QRF (Quick Reaction Force).

We were tasked with assisting the City of Denver Police Department with reports
of civil unrest occurring in downtown Denver near the capital building (E.
Colfax Ave at N. Broadway Street).

The above operational area is located in the City of Denver, County of Denver
and State of Colorado.

ERT squad 5 was assigned to patrol and secure the northern most side of the
"16th Street Mall." My squad and I remained in that area for several hours and
conducted operations without incident.

Shortly after 2000 hours we were called the area of the Capital Building (200 E.
Colfax Ave). Our orders were to assist DPD and other agencies with clearing the
park of protesters refusing to leave.

The City of Denver had issued a city wide curfew starting at 2000 hours. This
was put in effect based on the past several nights of civil unrest.

As my squad and I arrived at the Capital building I could clearly heard loud
verbal dispersal orders being given via amplified public address system. My
squad joined the line of several other officers and addressed the crowd.

The crowd was being very loud and several hundred members were refusing to leave
voluntarily. The ground was littered with empty gas canisters, plastic bottles
filled with an unknown liquid substance, several hundred small rocks and some
broken glass. We had dawned our gas masks prior to arrival but I could still
detect the smell of CS gas in the air.

Our line advanced and pushed the crowd to he south and then east. As we advanced
I observed several unidentified persons in the crowd throw rocks, glass bottles,
lit fireworks and other projectiles at the line of officers and myself. At one
point a incendiary device, commonly referred to as a "molotov cocktail" was
thrown at our lines.

As we advanced I deployed approximately eight (8) 40mm foam baton rounds from a
Penn Arms multi-shot launching system. The rounds were deployed at unknown
persons in the crowd. The parties targeted were actively involved in criminal
behavior ranging from property destruction to assaults on officers.

The target areas were consistent with my training. I do not recall specific
identifying information from the subjects targeted or the results of the force
used. To the best of my knowledge no one I targeted sustained any significant

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

```
injury. All the subjects either ran immediately or retreated into the crowd.
They appeared to be highly ambulatory.

I am a trained operator of less than lethal launching systems through the Aurora
Police Department. I deployed my launcher within the policies and training I
have received. To the best of my knowledge my department issued body camera was
on an activated during my interactions with the crowd and the above mentioned
uses of force.

After approximately two hours of the above mentioned activity the crowd had
dispersed to reasonable levels. We remained in the downtown area and resumed our
duties as a QRF squad. We patrolled the area in an unmarked transport van and
assisted with crowd management functions as needed.

I did not have an additional uses of force for the remainder of the Denver
deployment.

NFAT.
```

**Follow Up # 27**
Assignment Information
   Assigned to **307283 - OSGOOD, SCOTT A.**
   Org unit : **S.W.A.T.**
   Capacity : **OTHER**
   Assigned on **Jun-09-2020 (Tue.) 0806**   by **307283 - OSGOOD, SCOTT A.**
   Report due on **Jun-10-2020 (Wed.)**

Submission Information
   Submitted on **Jun-09-2020 (Tue.) 1634**
   Approved on **Jun-09-2020 (Tue.)** by **306647 - LOPEZ, EDWARD J**
   Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

Document: **NARRATIVE/REMARKS**
Author: **307283 - OSGOOD, SCOTT A.**
Related date/time: **May-30-2020 0930**

On 053020 at about 0930 I was assigned to the Aurora Police Department Special
Weapons and Tactics Team, SWAT. I was wearing a utility uniform with a body
camera.

I attended a briefing at the Aurora Headquarters Building. Officers from the
Emergency Response Team, ERT were briefed on assisting Denver Police with Crowd
Management for a large protest in the downtown area. SWAT Officer Maksyn, SWAT
Medic Choy and I were assigned to the Bear Armored Car to support ERT.

We deployed to the area of W Colfax Ave and Lincoln Ave. I saw a line of police
officers with a crowd south of W Colfax Ave. I saw many people in the crowd
wearing gas masks, carrying traffic cones, and a group had shields. We learned
during the brief that the cones were used to cover chemical irritants. I saw
several occupancies where people in the crowd threw items at the police line and
at vehicles. The objects ranged from water bottles to rocks and improvised
explosive devices. I also witnessed the crowd building a fence across Lincoln St
to the south of W Colfax Ave. I supported the officers in removing the fencing.
I saw people being engaged with less lethal munitions as they attempted to
engage officers by throwing objects or  other illegal activities.

At 2000, we gave announcements over the loud speaker at the request of Denver
Police. The announcements identified the Denver Police Department, and stated
there is an emergency curfew order in effect from 8:00 P.M. until 5:00 A.M. and
any person in a public area is subject to immediate arrest. These orders were
repeated for several minutes over the loudspeaker of the Bear. Orders were
continued as the police lines began moving forward to disperse the crowd.

There was a barricade placed by the crowd, on Lincoln St which had to be removed
to allow officers to disperse the crowd.

After the crowd was dispersed from the area of the Capitol Building, we were
assigned to assist dispersing small groups, who were in violation of the curfew
order.

During most of this, I had my body camera attached to a mount in the windshield
of the Bear. I turned it off intermittently to preserve the battery. I turned
the camera off at about 2130 because of nightfall and the ambient lighting, to
include emergency lights made the visibility very poor.

At about 2308, I was stopped in traffic, supporting an ERT Unit, facing west on
E Colfax Ave at Logan St. in the number one lane. Reference Denver Case Number
20-335686 and Aurora Police Case number 20-18872. I heard Choy say a car almost
struck ERT Officers at the intersection and go north on Logan St. Within about a
minute a Denver Officer aired there were two officers down. I drove the Bear to
the area of E 16th Ave and Logan St, to the officer down call. Maksyn and Choy

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

```
went to the officers and I stayed I control of the Bear. I did not have my body
camera activated at this time. I later learned the officers were struck by a car
northbound on Logan St.

We returned to our staging area at about 0030 and were relieved at about 0130.
```

**Follow Up # 28**

Assignment Information
   Assigned to **25334 - SMICK, DANIEL**
   Org unit : **CRS ADMIN**
   Capacity : **OTHER**
   Assigned on **Jun-03-2020 (Wed.) 0806**  by **25334 - SMICK, DANIEL**
   Report due on **Jun-10-2020 (Wed.)**

Submission Information
   Submitted on **Jun-03-2020 (Wed.) 1636**
   Approved on **Jun-09-2020 (Tue.)** by **18165 - TALBERT, STACY R**
   Follow Up completed : **Yes**

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
Document: SUPPLEMENTAL
  Author: 25334 - SMICK, DANIEL
Related date/time: Jun-03-2020
```

On 05302020, at approx 2315 hrs, I was assisting Denver PD with violent
protests in the City of Denver.

The location is I believe mid block Logan St between Colfax Ave and 16th Ave..
It was on the same street which a car struck 3 Denver officers.

I was setting up scene security for the accident, in about the mid block, as
there were active violent protests occurring. Three unknown parties came around
the corner of a house on the west side of the street.

The three parties proceed to throw objects at us officers and picked items off
the ground to throw at officers.

I deployed one, 40mm foam round at one of the parties throwing objects at the
police. The round was fired from a single shot, Defense Technologies launcher.
The parties ran out of sight, back around the corner of the house and walked/ran
away from the area.

I targeted areas authorized, consistent and within policy of training which I
received from the Aurora Police Department&#39;s less lethal operators class.

Due to running up the street to the accident scene, and being shocked of what I
observed, I did not remember to active my body camera.

nfat

**Follow Up # 29**
Assignment Information
    Assigned to **301016 - SMITH, BRANDT A.**
    Org unit : **PAR DIST 2**
    Capacity : **OTHER**
    Assigned on **Jun-03-2020 (Wed.) 0806**  by **301016 - SMITH, BRANDT A.**
    Report due on **Jun-10-2020 (Wed.)**

  Submission Information
    Submitted on **Jun-03-2020 (Wed.) 1339**
    Approved on **Jun-09-2020 (Tue.)** by **302617 - MOORE, JASON D.**
    Follow Up completed : **Yes**

Exhibit A to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

    Document: **NARRATIVE/REMARKS**
     Author: **301016 - SMITH, BRANDT A.**
     Subject: **UOF**
 Related date/time: **Jun-03-2020 1314**

On Saturday, May 30, 2020 I responded to Denver as part of the Emergency
Response Team to assist with protests and possible riots.

At approximately 1745 hours I was with my ERT squad in front of the Capital
building where we were met with a violent crowd targeting myself and other
officers with rocks, bricks, cement, bottles, and fireworks.  I received one
large bruise (baseball size) to my left calf and one smaller bruise (golf ball
sized) to my right calf due to thrown objects striking me.  Between the hours of
1745-2100 I deployed 18 40mm foam baton rounds out of my Penn Arms launcher at
unknown individuals in the violent crowd who were actively assaulting officers.
The 18 unknown individuals were targeted in the areas consistent with training
provided.  All the individuals I targeted appeared to be adult males (unknown
race due to masks and clothing).  I have no identifying information on the
parties targeted or the results of the force used due to them almost immediately
dissolving back into the large crowd.  I am a trained operator of less lethal
launchers through the Aurora Police Department and deployed this device within
the policies and training received.  My department issued body camera was
activated during the duration of this large riot to the best of my knowledge.
No further information at this time.

**Follow Up # 30**
Assignment Information
    Assigned to **315875 - INGERSOLL, LUKE**
    Org unit : **S.W.A.T.**
    Capacity : **OTHER**
    Assigned on **Jun-10-2020 (Wed.) 0857**   by **315875 - INGERSOLL, LUKE**
    Report due on **Jun-11-2020 (Thu.)**

Submission Information
    Submitted on **Jun-10-2020 (Wed.) 1922**
    Approved on **Jun-10-2020 (Wed.)** by **22554 - CANDELARIA, MARLENA**
    Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
Document: NARRATIVE/REMARKS
  Author: 315875 - INGERSOLL, LUKE
Related date/time: Jun-10-2020
```

   On 05/30/2020, I, Commissioned Aurora Police Officer L Ingersoll (315875) was assigned as a uniformed members assisting the APD emergency response team (ERT) which was assisting Denver Police Department (DPD) with a protest.

   During this multiple hours deployment I deployed a Combined Tactical Systems (CTS) Noise Flash Diversionary Device (NFDD). A male was being chased by at least ten (10) other males, north out of Civic Center park and across W Colfax Ave at Broadway. The male jumped a three foot fence on the north side of E Colfax Ave and fell to the ground. The male was immediately swarmed by the numerous males who had been chasing him.

   The circumstances of why the male was being chased were unknown at this time. I responded to this area on foot with two METRO SWAT officers and I made a sighted delivery of the NFDD to disperse the people around the male on the ground. The males dispersed and later revealed that the male had just stabbed somebody in the park.

   End report.

**Follow Up # 31**
Assignment Information
   Assigned to **316940 - PARRELLA, CALEB JOSEPH**
   Org unit : **PATROL/DIST2/TEAM31**
   Capacity : **OTHER**
   Assigned on **Jun-12-2020 (Fri.) 0822**   by **316940 - PARRELLA, CALEB JOSEPH**
   Report due on **Jun-14-2020 (Sun.)**

Submission Information
   Submitted on **Jun-12-2020 (Fri.) 2310**
   Approved on **Jun-13-2020 (Sat.)** by **311458 - PARKINS, CHRISTOPHER L.**
   Follow Up completed : **Yes**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
****PUBLIC****

GO 2020-18764 (OUTSIDE ASSI)

Related text page(s)

 Document: **SUPPLEMENTAL**
 Author: **316940 - PARRELLA, CALEB JOSEPH**
Related date/time: **Jun-12-2020**

On Saturday, May 30th, 2020, I, Officer C. Parrella, a member of the Aurora
Police Department Emergency Response Team, was assigned to assist the Denver
Police Department with crowd control during a protest.

During this protest, I was on a crowd control line facing SB on E Colfax Ave at
N Lincoln St. in front of the State Capital.

At some point, we began to deal with a violent crowd who were committing crimes
from property damage up to assaulting police officers. Supervisors began to
advise the line to be moved forward going SB into the park. At unknown times
throughout the day, I ordered a white female party, white male, and black male
party to move back multiple times who were involved in such criminal behavior
(all separate incidents). These parties failed to obey several of my lawful
orders to move back. In an attempt to gain separation from them as the crowd
control line moved forward, I used my baton to push them back.


It should be noted that the female party fell to the ground after pushing her
back with my baton. I pushed her on the side of her body so it appeared as if
she lost balance after being pushed back. She landed on grass and was ordered
several more times to move back.

It did not appear that either party was injured as they eventually fled the area
immediately on foot after.

I do not have any identification on any of the parties.

My body worn camera was activated during this to the best of my knowledge.

Nothing further at this time.

**Exhibit A to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Clearance Information

General Information
Agency : **AURORA P.D.**
Cleared status : **NOT APPLICABLE**
Cleared on **Jun-03-2020 (Wed.)** by **26215 - CARLSON, CASSIDEE**
Org unit **CIAU0 - INTERNAL AFFAIRS UNIT**
Complainant/Victim notified : **No**

**\*\* END OF HARDCOPY \*\***

**Exhibit A to Aurora Defendants' MSJ**