

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
## (OUTSIDE ASSIST)
## GO#  2020-18765

**Exhibit B to Aurora Defendants' MSJ**

# Table of Contents

**Related Event GO#  2020-18765** ........................................................................................... 1

**Offense(s)** ................................................................................................................................ 1

**Related Event(s)** ...................................................................................................................... 2

**Related Person(s)** .................................................................................................................... 2

   1. OFFEND/SUSP # 1 - BRYCE, GABRIEL ........................................................................... 2
   2. OFFEND/SUSP # 2 - FARRELL, DELANEY ....................................................................... 2
   3. OFFEND/SUSP # 3 - WALSH, NATHAN PAUL .................................................................. 3
   4. OFFEND/SUSP # 4 - SHIRK, GREGORY WILLIAM ......................................................... 4

**Related Unidentified Person(s)** ............................................................................................ 5

   1. OFFEND/SUSP # 5 ............................................................................................................ 5
   2. OFFEND/SUSP # 6 ............................................................................................................ 5

**Related Narrative(s)** ............................................................................................................... 6

   1. NARRATIVE/REMARKS - UOF GAS DEPLOYMENT ...................................................... 6

**Related Follow Up(s)** .............................................................................................................. 7

   1. Follow Up Report #  1 - WINTERS, JOSHUA ................................................................... 7
   2. Follow Up Report #  2 - BUDAJ, CORY ........................................................................... 10
   3. Follow Up Report #  3 - PRICE, ADAM ............................................................................ 12
   4. Follow Up Report #  4 - BUBNA, JASON M ...................................................................... 14
   5. Follow Up Report #  5 - KNIGHT, RALPH ........................................................................ 16
   6. Follow Up Report #  6 - MCDONALD, RICHARD ............................................................ 19
   7. Follow Up Report #  7 - BOROS, GERGELY G. ............................................................... 21
   8. Follow Up Report #  8 - LEONARD, DALE ....................................................................... 23
   9. Follow Up Report #  9 - REDFEARN, STEPHEN ............................................................ 26
   10. Follow Up Report #  10 - MCCLURE, BRIAN ................................................................. 29
   11. Follow Up Report #  11 - SHAKER, PATRICK ................................................................ 32
   12. Follow Up Report #  12 - SWEENEY, RYAN .................................................................. 35
   13. Follow Up Report #  13 - SMITH, BRANDT A. ................................................................ 37
   14. Follow Up Report #  14 - SWEENEY, RYAN .................................................................. 39
   15. Follow Up Report #  15 - CAMPBELL, MATTHEW P ..................................................... 42
   16. Follow Up Report #  16 - CHAMBERLAND, DARREN P. ............................................... 45
   17. Follow Up Report #  17 - ROEDEMA II, RANDY M. ....................................................... 48
   18. Follow Up Report #  18 - WOODYARD, NATHAN S ....................................................... 50
   19. Follow Up Report #  19 - ROSENBLATT, JASON () ....................................................... 53
   20. Follow Up Report #  20 - SAWYER, KAYCIE M .............................................................. 55
   21. Follow Up Report #  21 - HUMMEL, WILLIAM ............................................................... 57
   22. Follow Up Report #  22 - BRUKBACHER, MATTHEW J. ............................................... 60
   23. Follow Up Report #  23 - SHAKER, PATRICK ................................................................ 63
   24. Follow Up Report #  24 - LANG, FREDERICK ................................................................ 65
   25. Follow Up Report #  25 - MCNAMEE, DAVID C ............................................................. 67
   26. Follow Up Report #  26 - GARCIA, RICHARD ................................................................ 70
   27. Follow Up Report #  27 - RUNYON, AUSTIN S .............................................................. 73
   28. Follow Up Report #  28 - QUEISNER, JAMES ............................................................... 75

29. Follow Up Report # 29 - WILSON, NICHOLAS MATTHEW ............................................................ 77

30. Follow Up Report # 30 - MARTINEZ, DARREN ................................................................. 80

31. Follow Up Report # 31 - GLENN, TIMOTHY S. ................................................................. 82

32. Follow Up Report # 32 - ENRIQUEZ, MICHAEL J .............................................................. 84

33. Follow Up Report # 33 - ALCORTA, MATTHEW ................................................................ 86

34. Follow Up Report # 34 - BENDER, MICHAEL R ................................................................ 88

35. Follow Up Report # 35 - BENDER, MICHAEL R ................................................................ 90

36. Follow Up Report # 36 - SNOW, ETHAN ......................................................................... 92

37. Follow Up Report # 37 - BRUKBACHER, MATTHEW J. ..................................................... 95

38. Follow Up Report # 38 - INGERSOLL, LUKE .................................................................... 97

39. Follow Up Report # 39 - SHIPLEY, JUSTIN M. .................................................................. 99

40. Follow Up Report # 40 - LEMUS, ROSA ........................................................................ 102

41. Follow Up Report # 41 - SMICK, DANIEL ....................................................................... 104

**Related Clearance Information** ........................................................................................ 106

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## General Offense Information

| | |
|---|---|
| **Operational Status** | OUTSIDE ASSIST |
| **Reported On** | JUN-03-2020  (WED.) 1655 |
| **Occurred On** | MAY-31-2020  (SUN.) 1500 |
| **Approved On** | JUN-03-2020  (WED.) |
| **Approved By** | 26215  -  CARLSON, CASSIDEE |
| **Report Submitted By** | 26215  -  CARLSON, CASSIDEE |
| **Org Unit** | OPERATIONS DIST 2 |
| **Address** | 15001 E ALAMEDA PKY |
| **Place** | MJC |
| **Municipality** | AURORA |
| **County** | ARAPAHOE |
| | **District** 2 **Beat** 15 **Grid** 8H4 |
| **Felony/ Misdemeanor** | MISDEMEANOR |
| **Special Study** | NOT APPLICABLE |
| **Family Violence** | NO |
| **Cargo Theft** | NO |
| | |
| ***PERSON FLAG*** | |
| **Domestic Violence** | NO |
| | |
| ***BODY CAMERA WORN*** | |
| **Body Camera Worn** | YES |
| | |
| ***PERSON FLAG*** | |
| **At-Risk Elder** | NOT APPLICABLE |
| | |
| ***BODY CAMERA WORN*** | |
| **Video/Photos Attached** | NO |
| | |
| ***PERSON FLAG*** | |
| **At-Risk Adult** | NOT APPLICABLE |

## Offenses (Completed/Attempted)

| | |
|---|---|
| **Offense #** | 1  9022-0  OUTSIDE ASSIST  -  COMPLETED |
| **Location** | HIGHWAY/ROAD/ALLEY |
| **Suspected Of Using** | NOT APPLICABLE |
| **Bias** | NONE (NO BIAS) |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Event(s)

---

**1. GO  2020-18766**

---

## Related Person(s)

---

**1.  OFFEND/SUSP # 1 - BRYCE, GABRIEL**

### CASE SPECIFIC INFORMATION

| | |
|---:|---|
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | MAY-10-2000 |
| **Municipality** | FT COLLINS |
| **State** | COLORADO |

*SPECIAL LANGUAGE REQUIREMENTS*

| | |
|---:|---|
| **Interpreter Required** | NO |
| **Language** | NOT APPLICABLE |

### PERSON PARTICULARS

| | |
|---:|---|
| **Ethnicity** | NON-HISPANIC |

### MASTER NAME INDEX REFERENCE

| | |
|---:|---|
| **Name** | BRYCE , GABRIEL |
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | MAY-10-2000 |
| **Ethnicity** | NON-HISPANIC |
| **Municipality** | FT COLLINS |
| **State** | COLORADO |

### LINKAGE FACTORS

| | |
|---:|---|
| **Resident Status** | NONRESIDENT |
| **Age Range** | 18-21 YEARS |

---

**2.  OFFEND/SUSP # 2 - FARRELL, DELANEY**

### CASE SPECIFIC INFORMATION

**Exhibit B to Aurora Defendants' MSJ**

---

# AURORA POLICE DEPARTMENT

**GO#** 2020-18765
OUTSIDE ASSIST

## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

| | |
|---|---|
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | MAY-02-2002 |
| **Municipality** | GREELEY |
| **State** | COLORADO |

*SPECIAL LANGUAGE REQUIREMENTS*

| | |
|---|---|
| **Interpreter Required** | NO |
| **Language** | NOT APPLICABLE |

## PERSON PARTICULARS

| | |
|---|---|
| **Ethnicity** | NON-HISPANIC |

## MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | FARRELL , DELANEY |
| **Sex** | FEMALE |
| **Race** | WHITE |
| **Date Of Birth** | MAY-02-2002 |
| **Ethnicity** | NON-HISPANIC |
| **Municipality** | GREELEY |
| **State** | COLORADO |

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | NONRESIDENT |
| **Age Range** | 18-21 YEARS |

## 3. OFFEND/SUSP # 3 - WALSH, NATHAN PAUL

### CASE SPECIFIC INFORMATION

| | | | |
|---|---|---|---|
| **Sex** | MALE | | |
| **Race** | WHITE | | |
| **Date Of Birth** | FEB-08-1979 | | |
| **Address** | 5555 FEDERAL BLVD | **Apartment** | #8 |
| **Municipality** | DENVER | | |
| **State** | COLORADO | | |
| **ZIP Code** | 80221 | | |

*SPECIAL LANGUAGE REQUIREMENTS*

| | |
|---|---|
| **Interpreter Required** | NO |
| **Language** | NOT APPLICABLE |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## PERSON PARTICULARS

| | |
|---|---|
| **Ethnicity** | NON-HISPANIC |
| **Height** | 5'10 |
| **Eye Color** | GREEN |
| **Hair Color** | BROWN |

**Weight** 190 LBS.

## MASTER NAME INDEX REFERENCE

| | |
|---|---|
| **Name** | WALSH , NATHAN  PAUL |
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | FEB-08-1979 |
| **Ethnicity** | NON-HISPANIC |
| **Address** | 5555 FEDERAL BLVD |
| **Municipality** | DENVER |
| **State** | COLORADO |
| **ZIP Code** | 80221 |

**Apartment**  #8

## LINKAGE FACTORS

| | |
|---|---|
| **Resident Status** | NONRESIDENT |
| **Age Range** | 30-49 YEARS |

## 4.  OFFEND/SUSP # 4 - SHIRK, GREGORY WILLIAM

### CASE SPECIFIC INFORMATION

| | |
|---|---|
| **Sex** | MALE |
| **Race** | WHITE |
| **Date Of Birth** | JAN-19-1987 |
| **Address** | 3034 WILSON CT |
| **Municipality** | DENVER |
| **State** | COLORADO |
| **ZIP Code** | 80205 |
| **HOME** | (720)  849-2094 |

**Apartment**  #1

### *SPECIAL LANGUAGE REQUIREMENTS*

| | |
|---|---|
| **Interpreter Required** | NO |
| **Language** | NOT APPLICABLE |

## PERSON PARTICULARS

**Ethnicity**  NON-HISPANIC

**Exhibit B to Aurora Defendants' MSJ**

GO# 2020-18765

OUTSIDE ASSIST

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

| | |
|---|---|
| **Height** 5'09 | **Weight** 180 LBS. |
| **Eye Color** BROWN | |
| **Hair Color** BROWN | |

## MASTER NAME INDEX REFERENCE

**Name** SHIRK , GREGORY  WILLIAM
**Sex** MALE
**Race** WHITE
**Date Of Birth** JAN-19-1987
**Ethnicity** NON-HISPANIC
**Address** 3034 WILSON CT          **Apartment** #1
**Municipality** DENVER
**State** COLORADO
**ZIP Code** 80205

*PHONE NUMBERS*

**HOME** (720)  849-2094

## LINKAGE FACTORS

**Resident Status** NONRESIDENT
**Age Range** 30-49 YEARS

# Related Unidentified Person(s)

### 1. OFFEND/SUSP # 5

**Sex** MALE
**Race** BLACK/AFRICAN AMERICAN
**Age Range** 30-49 YEARS
**Language(s) Spoken** ENGLISH
**Possible Names** UNK NAME

### 2. OFFEND/SUSP # 6

**Sex** MALE
**Race** BLACK/AFRICAN AMERICAN
**Age Range** 30-49 YEARS
**Language(s) Spoken** ENGLISH

**Exhibit B to Aurora Defendants' MSJ**

For 21709     Printed On Mar-16-2021  (Tue.)                                   Page 5 of 107

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

|  |  |
|---|---|
| **Document** | NARRATIVE/REMARKS |
| **Author** | 26215 - CARLSON, CASSIDEE |
| **Subject** | UOF GAS DEPLOYMENT |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On 053120 I was an on-call Lieutenant for the Emergency Response Team when I was called in to assist Denver Police Department with on-going protests.

On the above date my team was requested to the location of Denver District 6 to assist with a protest where the protesters were engaging in throwing rocks, fireworks, and other items at police. Upon our arrival, we took a position to protect the west flank. We were in a parking lot in the Washington and Pearl alley. We made the decision to push our line onto Colfax where protesters were moving dumpsters and fencing as a barricade. During this push I threw approximately 2 gas munitions. These gas munitions were used to push back protesters as we moved forward.

Later I was called to the area of Colfax and Grant where I threw one gas munition to move a crowd that was throwing rocks and fireworks and potentially damaging the State Capital.

My body worn camera was activated.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

# Follow Up Report  # 1

## ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 315876 - WINTERS, JOSHUA | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST1/TEAM03 |
| **Assigned On** | JUN-04-2020  (THU.) 1215 | **By** | 315876 -  WINTERS, JOSHUA |
| **Report Due On** | JUN-04-2020  (THU.) | | |

## SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-04-2020  (THU.) 0745 | | |
| **Approved On** | JUN-04-2020  (THU.) | **By** | 301022 -  CHAMBERLAND, DARREN P. |

## FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315876 - WINTERS, JOSHUA |
| **Subject** | UOF |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On 05/31/2020 between the approximate hours of 1500 hrs to 06/01/2020, 0200 hrs I, Ofc Winters (ID# 315876) was assigned as a grenadier (12G LL) as part of the Aurora Police Department's Emergency Response Team (ERT). I am a certified less lethal operator through ERT. As a member of ERT, we were deployed to assist the Denver Police Department with crowd control/protests that were occurring in the City and County of Denver, State of Colorado.

During the approximate hours between 2000 hrs and 2300 hrs, I was part of a skirmish line addressing violent protesters that originated in the area of the Denver District #6 Police Station in the area of Colfax Ave and Washington St.

As the crowds became more violent and began criminal behavior by throwing projectiles, to include but not limited to; bottles (glass and plastic), rocks, bricks and fireworks/explosive devices at myself and fellow officers, the need to deploy the use of less lethal options were used. I was in fear of serious bodily injury for not only myself, other officers but also innocent peaceful protesters as the above mentioned objects were striking people in the area. I was also struck several times with objects/projectiles throughout this incident. At one point I was struck on the top of my helmet so hard that it caused visible damage to my helmet (slightly cracked and dented). When this occurred, I was afraid and shocked and had to take a moment to collect myself as the impact was severe.

As a result of the aforementioned facts and circumstances, I deployed approximately 30 Accusox 12 ga. bean bag duty rounds at unknown individuals that were involved in nefarious and extremely violent activities putting life and property in danger. The parties that I deployed the less lethal bean bag rounds at, were observed clearly throwing the items as listed above. They were also observed picking up gas/smoke canisters that were deployed by Law Enforcement officers and attempting to throw them back at officers. Parties were also using Lacrosse sticks to hurl projectiles at myself and other officers. Target areas of deployment were consistent with the training I had received from the Aurora Police Department.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   1**

Due to this being a very large crowd environment, the parties that were
struck with the less lethal bean bag rounds dispersed back into the crowd
and were unable to be identified.

To the best of knowledge, my department issued body-worn camera was
activated during any crowd contact incidents.

NFAT

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 2

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 26230 - BUDAJ, CORY | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST1/TEAM01 |
| **Assigned On** | JUN-04-2020  (THU.) 1215 | **By** | 26230 -  BUDAJ, CORY |
| **Report Due On** | JUN-04-2020  (THU.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-04-2020  (THU.) 0807 | | |
| **Approved On** | JUN-04-2020  (THU.) | **By** | 301022 -  CHAMBERLAND, DARREN P. |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

GO# 2020-18765
OUTSIDE ASSIST

Follow Up Report #   2

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 26230 - BUDAJ, CORY |
| **Subject** | UOF |
| **Related Date/Time** | JUN-04-2020  (THU.) |

 On 5/31/2020 this Aurora Police Officer (Budaj 26230) was assigned to the
Emergency Response Team (ERT) as a designated Grenadier, and deployed to
Downtown Denver to assist the Denver Police Department on a planned protest
event. I was assigned to APD Squad 9, under Sgt Shaker. The total time of my
deployment was 13 hours.


During the deployment we were advised to remain mobile and address any
issues as needed. During the deployment we were advised that a large group
of people were gathering at DPD district 6, and that there was a concern
that they would attempt to overrun the facility.
 After arriving in the area we acted as secondary support for the officers
already there, handling lateral support of the intersection of W Colfax
Ave and N Washington St. The crowd at that intersection was becoming
increasingly hostile and was being given numerous lawful orders to exit
the area. At that time the crowd became violent and started throwing rocks,
bottles and other unknown items at the officers present. The officers
present pushed the crowd to the West and my squad moved up and assisted
in holding the line at W Colfax Ave and N Pearl St. At that location I was
struck with approximately 4 paint ball rounds on my left hand. The paint
balls were being shot at officers from a dark area further South on N Pearl
St.
 I deployed approximately 15 (40mm) foam baton rounds out of a Penn Arms
launcher at unknown persons in the violent crowd. The parties targeted were
involved in criminal behavior raging from property destruction to assaults
on officers. The target areas were consistent with training provided. I
have no identifying information on the parties targeted or the results of
the force used. I am a trained operator of less lethal launchers through
the Aurora Police Department and deployed this device within the policies
and training received. My department issued body worm camera was active for
these incidents to the best of my knowledge.

NFAT

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

## Follow Up Report  # 3

### ASSIGNMENT INFORMATION

**Assigned To**  309752 - PRICE, ADAM

**Capacity**  OTHER                                    **Org Unit**  PATROL/DIST3/TEAM42

**Assigned On**  JUN-04-2020  (THU.) 1215               **By**  309752 -  PRICE, ADAM

**Report Due On**  JUN-04-2020  (THU.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-04-2020  (THU.) 0904

**Approved On**  JUN-04-2020  (THU.)                    **By**  24211 -  MITCHELL, SEAN

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

GO# 2020-18765

OUTSIDE ASSIST

**Follow Up Report #   3**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 309752 - PRICE, ADAM |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On 05/31/2020 I Officer Price 309752 deployed as a member of the Emergency
Response Team to assist Denver PD with crowd control operations.

At approximately 2100 hours, I was posted at the intersection of E. Colfax
Avenue and Washington St. I observed parties involved in criminal behaviors
at the intersection ranging from damaging property to assault on officers.
I deployed approximately 10 (40mm) foam baton rounds out of a Defense
Technology launcher at unknown persons that were in the extremely violent
crowd. The persons targeted were all involved in criminal behavior. They
were throwing rocks, bricks, glass bottles, or attempting to set fires.

All parties targeted ran away from the area and I was unable to positively
identify them and the result of the use of force is unknown. All areas
targeted were consistent with training provided.

At approximately 2130 hours, I was posted at the intersection of E. Colfax
Ave and Pennsylvania St. Again I observed parties involved in criminal
behaviors at the intersection ranging from damaging property to assault
on officers. I deployed approximately 6 (40mm) foam baton rounds out of a
Defense Technology launcher at unknown persons that were in the extremely
violent crowd. The persons targeted were all involved in criminal behavior.
They were throwing rocks, bricks, glass bottles, or attempting to set fires.

All parties targeted ran away from the area and I was unable to positively
identify them and the result of the use of force is unknown. All areas
targeted were consistent with training provided.

I am a trained operator of less lethal launchers through the Aurora Police
Department and deployed this device within the policies and training
received. My department issued body camera had been activated earlier in the
evening, however during the above uses of force, the battery had died.

**Exhibit B to Aurora Defendants' MSJ**

**GO# 2020-18765**

**OUTSIDE ASSIST**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

Follow Up Report #   4

## Follow Up Report  # 4

---

### ASSIGNMENT INFORMATION

**Assigned To**  314463 - BUBNA, JASON M

**Capacity**  OTHER                                   **Org Unit**  PATROL/DIST1/TEAM11

**Assigned On**  JUN-03-2020  (WED.) 1215           **By**  314463 -  BUBNA, JASON M

**Report Due On**  JUN-04-2020  (THU.)

---

### SUBMISSION INFORMATION

**Submitted On**  JUN-03-2020  (WED.) 0454

**Approved On**  JUN-03-2020  (WED.)               **By**  16844 -  HOLT, TIMOTHY A.

---

### FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**

---

**Exhibit B to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

---

**Follow Up Report #    4**

# Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 314463 - BUBNA, JASON M |
| **Subject** | BUBNA: SUP |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On Sunday, May 31, 2020, I, Officer Jason Bubna #314463 of the
Aurora Police Department Emergency Response Team participated in policing
operations consisting of crowd control within the City of Denver, County of
Denver, and State of Colorado.

During the course of my duty assignment operating a 40mm less lethal
launcher I assisted in crowd control.  Due to the rapidly evolving, chaotic,
and extremely dangerous riot environment I was immersed in, I was forced to
fire an unknown number or 40mm less lethal rounds at an unknown number of
subjects actively throwing projectiles such as rocks, fireworks, bottles,
and other objects at myself and other officers attempting to maintain order.
 The actions of theses citizens placed me in direct fear for my safety as
well as the safety of other officers on the riot control line as many of the
rocks which were falling around use were large enough to cause injury and
possible serious bodily injury.  My departmentally issued body camera was
activated to the best of my knowledge during all encounters with citizens
as ordered by agency directives.  For further information into this incident
please review additional reports under this case number.

Officer Jason Bubna #314463

**Exhibit B to Aurora Defendants' MSJ**

---

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   5**

## Follow Up Report  # 5

### ASSIGNMENT INFORMATION

**Assigned To**  317074 - KNIGHT, RALPH
**Capacity**  OTHER                    **Org Unit**  PATROL/DIST1/TEAM02
**Assigned On**  JUN-03-2020  (WED.) 1215          **By**  317074 -  KNIGHT, RALPH
**Report Due On**  JUN-04-2020  (THU.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-03-2020  (WED.) 1744
**Approved On**  JUN-03-2020  (WED.)          **By**  26215 -  CARLSON, CASSIDEE

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 317074 - KNIGHT, RALPH |
| **Subject** | UOF |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On May 31, 2020, I, Officer R. Knight (317074) was deployed as a grenadier with the Aurora Emergency Response Team to assist with protests/riots in the City of Denver.

I was tasked as a grenadier and assistant squad leader under the direct supervision of Sgt. Luallin.  I was equipped with a department issued 6 shot 40 mm less lethal launcher.

At approximately 2200 my squad assisted DPD in protected Denver District 6 at Colfax and Washington. While on the skirmish line at Colfax and Washington I observed multiple subjects in the intersection throwing items such as rocks at officers. The subjects were ignoring commands given by other officers to disperse, continuing to violate the City of Denver's curfew law. I deployed a sting ball grenade into the intersection in an attempt to disperse the crowd. Once the sting ball grenade was deployed multiple subjects cleared the intersection running south. I did not see anyone in the intersection who appeared to be injured and was not notified of any injuries as a result of deploying the sting ball grenade.

While still on a skirmish line at Colfax and Washington I observed and unknown male black subject using a lacrosse stick to throw items at police officers. Having previously seen the velocity at which an object can be thrown using a lacrosse stick, I believed the male to pose an immediate threat to officers on the skirmish line. I launched a Combined Tactical Systems (CTS) 4557 40mm foam baton at the subject.  My point of aim was the midsection just above the belt line. After launching the foam baton the male ran west and hid behind a dumpster. I observed the subject raise his head above the dumpster before running away towards a large crowd of people to our west.

Our skirmish lined moved from Colfax and Washington and pushed people west along Colfax.  A new skirmish line was made at Colfax and Pennsylvania. While on the skirmish line at Colfax and Pennsylvania I observed two subjects pick up a large piece of plywood. I believed these subjects were going to use the plywood as cover in order to throw items or ignite fireworks to shoot at us.  I launched a CTS 4557 40mm foam baton at one of the subjects who was wearing a red shirt. My point of aim was the midsection

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

just above the belt line. Upon being impacted, the subject dropped the
plywood but then picked it up again.  I launched a second CTS 4557 foam
baton at the subject who appeared to turn as I launched the foam baton.
I observed the foam baton impact the subject in the buttocks. The subject
dropped the plywood advanced towards officers stating he was just trying to
help the businesses.  The subjected turned around then disappeared into a
crowd of people.

After the majority of the crowds dissipated I was on a small skirmish line
at Colfax and Pearl.  A male black subject approached the skirmish line on
a bicycle. The subject was told multiple times to turn around to which he
stated he was going home. The male did not comply and was in violation of
the City of Denver's curfew law.  Other officers took the male in custody.
 I took the subject's bicycle and moved it out of our way.  I then provided
cover while officers removed the subject from the area.

My body worn camera was activated during periods throughout the day while on
various skirmish lines. My body worn camera battery died during the evening
at which time I notified Sgt. Luallin.

EOR

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 6

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 26207 - MCDONALD, RICHARD | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST2/TEAM 21 |
| **Assigned On** | JUN-03-2020  (WED.) 1215 | **By** | 26207 -  MCDONALD, RICHARD |
| **Report Due On** | JUN-04-2020  (THU.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-03-2020  (WED.) 1501 | | |
| **Approved On** | JUN-03-2020  (WED.) | **By** | 14570 -  BAKER, SUSANN E |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   6**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 26207 - MCDONALD, RICHARD |
| **Subject** | UOF |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On 053120 I was deployed with the Aurora Police Department Emergency
Response Team to provide mutual aid do the Denver Police Department.

My role was as a grenadier of which I carry a department issued Penn Arms
less lethal 40mm six shot launcher.  I am trained and certified through the
department to operate and deploy 40mm less lethal launchers and deployed
this device within the policies and training received.

During this shift I did not deploy any munitions via launcher or hand
thrown.

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

# Follow Up Report  # 7

## ASSIGNMENT INFORMATION

**Assigned To**  311457 - BOROS, GERGELY G.
**Capacity**  OTHER                           **Org Unit**  PAR DIST 2
**Assigned On**  JUN-03-2020  (WED.) 1215          **By**  311457 -  BOROS, GERGELY G.
**Report Due On**  JUN-04-2020  (THU.)

## SUBMISSION INFORMATION

**Submitted On**  JUN-03-2020  (WED.) 1745
**Approved On**  JUN-03-2020  (WED.)              **By**  26215 -  CARLSON, CASSIDEE

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

**GO# 2020-18765**

**OUTSIDE ASSIST**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   7**

## Related Text Page(s)

| | |
|---:|:---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 311457 - BOROS, GERGELY G. |
| **Related Date/Time** | JUN-03-2020  (WED.) |

```
On Sunday, 05/31/2020, at approximately 1530 hours, during the Denver
Protests, I Officer Boros assisted Sgt Shaker with the arrest of a male,
later identified as Joshua Sanders (DOB.: 02/22/1999).


Sanders was arrested for assault on a Police Officer, as Sgt Shaker observed
Sanders attempting to pull a Denver Motor Officer off his motorcycle.

Sanders attempted to flee from Officers on foot, and he was taken into
custody by Sgt Shaker after being taken to the ground at the conclusion of a
foot pursuit.

Sanders was transported by the Denver Sheriff's Department to a Denver
Detention Center to be booked and processed.

See Sgt Shaker's report for all additional info.
```

**Exhibit B to Aurora Defendants' MSJ**

**GO# 2020-18765**
**OUTSIDE ASSIST**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

Follow Up Report #   8

# Follow Up Report  # 8

### ASSIGNMENT INFORMATION

|  |  |  |  |
|---|---|---|---|
| **Assigned To** | 26736 - LEONARD, DALE | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST2/TEAM26 |
| **Assigned On** | JUN-03-2020  (WED.) 1215 | **By** | 26736 -  LEONARD, DALE |
| **Report Due On** | JUN-04-2020  (THU.) | | |

### SUBMISSION INFORMATION

|  |  |  |  |
|---|---|---|---|
| **Submitted On** | JUN-04-2020  (THU.) 20 | | |
| **Approved On** | JUN-04-2020  (THU.) | **By** | 26736 -  LEONARD, DALE |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   8**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 26736 - LEONARD, DALE |
| **Subject** | UOF DENVER RIOTS |
| **Related Date/Time** | MAY-31-2020  (SUN.) 2030 |

On 5/31/2020, at approximately 2030 hours or later, I, a Sergeant for
the Aurora Police Department and a member of the Emergency Response Team
(ERT), responded along with my squad and others to the area of E Colfax
Ave and N Washington St on a report of violent rioters in the area and we
were deployed to help protect DPD District 6 from these violent disorderly
rioters.


It should be noted that earlier in the evening my body worn camera's
mounting screw had come loose and assumed lost, and I did not have my camera
on any more due to the inability to mount it securely to my person.

I was holding the defensive line at Colfax and Washington when we began
to be attacked by the rioters and they were repeatedly and continuously
throwing rocks, glass bottles, plastic bottles with unknown pink liquids,
paint balls and pieces of concrete along with large explosive fireworks
directly at us and hitting myself and other officers standing directly
beside me.

After the unprovoked attack on us began, I gave orders to my grenadiers
to target the rioters who were visibly assaulting us with less lethal
40mm projectiles and sock rounds.  I myself threw multiple gas grenades,
unknown how many due to the extreme chaos and perceived violence, in the
direction of the suspects who were trying to hurt, injure or even kill
police officers.  The vile hatred and irrational anger displayed by these
suspects towards us was alarming and coupled with their physical assault
on officers I determined that we must defend ourselves and we did so.  In
addition, we observed rioters trying to position and move two large trash
dumpsters into an offensive position and potentially use them as cover and
as an ignited weapon on officers and we needed to keep them away from us.
 Several attempts were made by rioters to move those dumpsters closer and
closer to us and we had to utilize less than lethal methods to persuade the
criminal element from gaining a position of advantage on us in order to hurt
officers.

The standoff at Colfax and Washington lasted for some time and officers
along with sheriff deputies from other jurisdictions held the line in a
defensive posture until additional officers were able to arrive working our

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   8**

way down Colfax towards our position.  I told other command officers on our
scene that I believed we needed to take Colfax and start moving the violent
rioters out of the area and that decision was made and we began to do just
that.

As we pushed the rioters down Colfax and eventually off of Colfax to the
south, there were additional times that less lethal options including the
use of gas were utilized by myself and other officers.  In addition, once
we had decided to return to our original position in order to gain our
vehicle (RDV) back, we saw new suspects in the area of Colfax and Washington
and as we were making an arrest of one suspect, I witnessed a DPD RDV
unit cut a corner tight, thereby running over a median/obstruction in the
parking lot near our arrest, causing multiple DPD officers to fall off
of the RDV.  Those officers along with other were attacked by rioters and
nearby apartment dwellers with thrown rocks.  Our squads provided cover and
protection for Denver officers while we awaited Rescue to arrive and remove
those injured officers from the scene.

Not long after that we were able to return to our RDV and we proceeded to
assist other units with defensive positions throughout downtown Denver until
we were released around 0100 hours.

NFAT

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

GO# 2020-18765
OUTSIDE ASSIST

# Follow Up Report  # 9

## ASSIGNMENT INFORMATION

**Assigned To** 23303 - REDFEARN, STEPHEN
**Capacity** OTHER                                    **Org Unit** OPERATIONS DIST 1
**Assigned On** JUN-04-2020  (THU.) 1218                **By** 23303 -  REDFEARN, STEPHEN
**Report Due On** JUN-04-2020  (THU.)

## SUBMISSION INFORMATION

**Submitted On** JUN-04-2020  (THU.) 1218
**Checked By** 27248 -  RENNER, TODD
**Approved On** JUN-08-2020  (MON.)                     **By** 27248 -  RENNER, TODD

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   9**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 23303 - REDFEARN, STEPHEN |
| **Subject** | DAY 2/DPD CAD 20-337771 |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On 053120 I was on duty as a Commissioned Aurora Police Captain assigned to District 1 Administration. I was also acting as the Commanding Officer of the Emergency Response Team (ERT).

ERT is the team responsible for crowd management for the Aurora Police Department.

On this date, I responded along with the majority of the ERT to Denver on a mutual aid request to assist the Denver Police Department with protests and civil unrest. We were informed that the two prior nights the City of Denver had experienced violent protests but also that more peaceful protests were taking place as well.

At 1400 hours we were briefed by Denver PD Command and advised that again we would be responsible for the area around the 16th Street Mall and that they wanted us to be more mobile and able to respond to incidents.

On this date I was partnered with Sgt. Brukbacher and Division Chief Terry Brown. We acted as the Aurora Command and were in an unmarked Suburban.

Initially we were involved in patrolling the 16th Street mall area. We assisted in blocking streets during a peaceful protests so protesters could not access I-25 to block it.

At about 1810 hours Denver Command asked Aurora Units to respond to Denver Police District 6 Station to assist with violent subjects who were trying to access the station for nefarious purposes.

When we arrived there were numerous officers from several agencies present. We stood by and assisted in holding a skirmish line on Washington Street and Colfax Ave to ensure access was not made to Denver District 6. We remained on scene for around 30 minutes before things calmed down then went back on patrol in our assigned area.

At around 2040 hours, We were asked to respond emergent back to Denver District 6 to assist officers who were being struck with rocks, bottles, and other objects. It was aired via police radio that suspects were again trying to overtake the police station.

We responded to Washington and Colfax and again assisted units on a skirmish line. Officers deployed gas and less lethal munitions in response to being struck with objects to include fireworks. I did not use force or deploy gas at this location, just assisted in overseeing the skirmish line.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

Eventually the skirmish line made some arrests and was forced to push the rioters Westbound on Colfax away from the area due to the violence.

I left the location at one point to go to staging to retrieve more less lethal munitions that had arrived. We cleared this location around 2235 hours.

Upon departing the area, I was driving West on Colfax Avenue when Sgt. Brukbacher noted that a group was lighting something on fire on the South Side near Sherman Street. We attempted to contact the group and they ran. I drove in the direction of the group and we detained several people. Sgt. Brukbacher will be doing this report and DPD was present with us.

Upon clearing this location we continued to patrol. We were asked to be around the area of 12th and Bannock since groups kept trying to make their way to Denver Police HQ to cause problems.

At around 2339 hours Denver Dispatch asked for units to check on 3 suspect that were armed with a gun and hiding behind the PBS Tv station at 12th and Bannock. We responded there with Denver Sgts. Lopez and Salas.

Air-1 was above us and advised that the 3 suspect were now walking NB on Bannock from 11th. We pulled into the area. I saw Sgts. Salas and Lopez exit their car and put the 3 subjects at gun point. We exited and provided cover. All 3 matched the initial description of the 3 armed subjects. They were detained but no weapon was located.

I then contacted the reporting party who lived in a nearby loft that had a view from above the area. The caller, Horton, Geina DOB/082659 told me that she had seen the 3 subjects hanging out behind a wall of the station and thought they were up to no good. She said she was fairly certain they had a gun but couldn't confirm this due to the distance and darkness.

Horton said due to all the issues that night she called 911. She confirmed that the 3 we had stopped were the 3 she called on.

Horton lives at 1050 Cherokee Street #311 and her phone number is 720-427-2060.
The 3 subjects were detained for violation of the curfew and picked up by Denver Sheriff.

The remainder of the evening did not involve us taking any action. We were cleared for end of duty by 0100 hours

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

# Follow Up Report  # 10

## ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 23313 - MCCLURE, BRIAN | | |
| **Capacity** | OTHER | **Org Unit** | DIST 3 INVESTIGATIONS |
| **Assigned On** | JUN-05-2020  (FRI.) 1132 | **By** | 23313 -  MCCLURE, BRIAN |
| **Report Due On** | JUN-05-2020  (FRI.) | | |

## SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-05-2020  (FRI.) 1132 | | |
| **Checked By** | 8191 -  MICHELSON, FRANKLIN L (RETIRED) | | |
| **Approved On** | JUN-08-2020  (MON.) | **By** | 8191 -  MICHELSON, FRANKLIN L (RETIRED) |

## FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 23313 - MCCLURE, BRIAN |
| **Subject** | MCCLURE - SUPPLEMENTAL |
| **Related Date/Time** | JUN-05-2020  (FRI.) |

05/31/2020

I was assigned to the Aurora Police Department Emergency Response Team (ERT) and deployed to assist the Denver Police Department with protests, riots, and civil unrest.  My normal duty assignment is with the Aurora Police Department District 3 Detective Section, and I am not assigned a body camera and did not have a body camera for the duration of my assistance within the City of Denver.

I was assigned to Squad 8 and Sergeant Hummell was the squad leader.

I assisted in various locations throughout the city with my squad as assigned and needed.

I did not have any less lethal items (ie less lethal shotgun or 40 mm launcher) and did not use my baton or any other force on the rioters or protesters.

At approximately 2330 hours in the area of 11th Avenue and Broadway, my squad was assisting Denver Officers in the with arrests of rioters loitering in the area.

We observed a group of rioters running southbound on Broadway and a male, later identified as being Stephen John Wilson DOB: 10/30/1977.   Wilson then turned north and ran toward the deputies from the Douglas County Sheriff's Office, (also assisting with the rioters).

Sergeant Hummell advised our squad to arrest Wilson, and we then ran toward him and he responded by running west on 11th Avenue.

Wilson was captured by Captain Redfearn's team at the corner of 11th and Acoma and he was placed into flex cuffs by officers there.

I walked Wilson back to the corner of 11th and Broadway and turned him over to Denver Officers on scene there.  Denver CAD incident # 337790.

Wilson stated that he was homeless and that he thought he was being chased by the larger group of protesters and that he was trying to get away from them.  Wilson stated that he saw the officers and ran from them as well.

Wilson stated that he was not part of the protest or riot.

**Exhibit B to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

**Follow Up Report #   10**

The only applicable charge for Wilson at that time was the mandated curfew, and Denver Officers released him at the scene.

I remained in the area with my squad and assisting Denver as needed.

No further action taken.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 11

### ASSIGNMENT INFORMATION

**Assigned To**  25339 - SHAKER, PATRICK

**Capacity**  OTHER                                 **Org Unit**  PATROL/DIST1/TEAM09

**Assigned On**  JUN-04-2020  (THU.) 0632          **By**  25339 -  SHAKER, PATRICK

**Report Due On**  JUN-07-2020  (SUN.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-04-2020  (THU.) 1513

**Approved On**  JUN-04-2020  (THU.)              **By**  25339 -  SHAKER, PATRICK

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

Follow Up Report #    11

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 25339 - SHAKER, PATRICK |
| **Subject** | ASSAULT ON PO ARREST |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On May 31, 2020 at approximately 1530 hours I, Sergeant Patrick Shaker, a
commissioned Police Officer with the City of Aurora, was working in a crowd
management capacity assisting the Denver Police Department. I was working as
part of mutual aid for violent riots occurring in the downtown Denver area.
I was wearing an Aurora ERT uniform and assigned to an unmarked vehicle on
this date.

This supplemental report is for the purposes of an arrest affected on a male
who attempted to pull an officer off his police motorcycle.

I was riding in the passenger seat of an unmarked Chevy Caprice patrol
vehicle with emergency equipment. I was in a caravan with two marked
police Expeditions and an unmarked white van. These vehicles had roughly 20
officers in them, in riot gear. We were in a caravan to a patrol location.
The vehicle I was in was the second in line in the caravan, with a marked
Expedition in the lead. The caravan was driving eastbound on 17th Ave.
approaching Champa St. I could see a Denver Police Motorcycle Officer on
his motorcycle blocking Champa St. on the south side. There was a male in a
red shirt, khaki shorts, and a baseball cap turned backwards yelling at the
motor officer. I was unable to hear what the male was saying.

The motor officer was Officer Woods, Denver badge 06-005. The suspect
was later identified as Josh Sanders 02/22/99. I observed Officer Woods
begin to mount his motorcycle to follow a protest march he was blocking
traffic for. Once Officer Woods was on his motorcycle and started to move
forward, I observed Sanders grab at the back of Officer Woods person and his
motorcycle. From my perspective I believed Sanders was pulling Officer Woods
off his motorcycle. Due to the size of the motorcycle there is a very real
danger of serious bodily injury or death to an Officer if the motorcycle
falls while in motion. Officer Woods would also have been put in a position
where he may have been unable defend himself from an assault by Sanders once
on the ground.

As Sanders grabbed Officer Woods I observed Officer Woods' motorcycle dip
sharply to the left side, leaning as if it was going to fall over. Officer
Woods was able to recover and continue forward, east on 17th. Sanders turned
to walk away. The driver of my vehicle, Aurora Police Officer Jeremy Deel,

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   11**

immediately accelerated our vehicle to intercept Sanders. Sanders ran
southbound on Champa at a sprint to avoid us. Sanders had looked directly
at our vehicle as we accelerated and based on the amount of marked police
units, we were easily recognizable as Police Officers.

Sanders ran south on the east side of Champa and as my patrol vehicle
attempted to cut him off in front Sanders changed direction, running back
to the west side of the street. I opened the passenger door and ran after
Sanders. I gave Sanders orders to stop and also advised him he would be
Tased if he did not comply. Sanders continued to run. I gained distance on
Sanders. When in range, I deployed my Taser. Both of the Taser probes missed
Sanders. When I observed the Taser to be ineffective, I shoulder-checked
Sanders knocking him to the ground.

I took control of Sanders left arm and pulled him on to his stomach. As I
did so other Aurora Officers formed a skirmish line to defend the arresting
Officers from a large crowd coming towards us. I was able to apply flex
cuffs to Sanders and detain him.

I was later informed one of the Taser barbs had struck Sanders' shorts
but did not penetrate his clothing. In the confusion of the arrest and
subsequent crowd management the cartridge was not recovered.
After Sanders was arrested, he was turned over to the Denver Sheriff's
Office for processing.

After the arrest I observed my body-worn camera was not functioning. It did
not charge correctly and was unable to be turned on for the duration of my
shift on 05/31/2020.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 12

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 306799 - SWEENEY, RYAN | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST2/TEAM26 |
| **Assigned On** | JUN-06-2020  (SAT.) 0635 | **By** | 306799 -  SWEENEY, RYAN |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-06-2020  (SAT.) 2113 | | |
| **Approved On** | JUN-06-2020  (SAT.) | **By** | 301032 -  MARSICH, JEFFREY R. |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**GO# 2020-18765**

**OUTSIDE ASSIST**

**Follow Up Report #   12**

## Related Text Page(s)

---

**Narrative Text #**  1

**Document**  NARRATIVE/REMARKS

**Author**  306799 - SWEENEY, RYAN

**Related Date/Time**  JUN-06-2020  (SAT.)

---

 On May 31, 2020 at approximately 2340 hours, I (Officer Ryan Sweeney 306799) was dispatched to the area of 11th Ave. and Broadway in the City of Denver, County of Denver, and State of Colorado in regards to three subjects that may be in possession of a gun.

 Upon arriving on scene, other officers were already conducting a high risk stop. I assisted with the high risk stop and the three subjects were handcuffed without incident.

 After the subjects were handcuffed, I took responsibility for watching over two of the three subjects, Gabriel Bryce (DOB: 05/10/200) and Delaney Farrell (DOB: 05/02/2002), until the Denver Sheriff transport van arrived.

 A Denver Sheriff Deputy eventually took custody of Bryce and Farrell for violating curfew.

 This ended my involvement in this incident.

 My body camera was running during this incident. 2020-05-31_23-40-15.AVI is the file name for the video of this incident.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 13

### ASSIGNMENT INFORMATION

**Assigned To**  301016 - SMITH, BRANDT A.
**Capacity**  OTHER                                    **Org Unit**  PAR DIST 2
**Assigned On**  JUN-03-2020  (WED.) 0636                    **By**  301016 -  SMITH, BRANDT A.
**Report Due On**  JUN-07-2020  (SUN.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-03-2020  (WED.) 1349
**Approved On**  JUN-05-2020  (FRI.)                    **By**  302617 -  MOORE, JASON D.

### FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 301016 - SMITH, BRANDT A. |
| **Subject** | UOF |
| **Related Date/Time** | JUN-03-2020  (WED.) 1340 |

On Sunday, May 31, 2020 I responded to Denver as part of the Emergency Response Team to assist with protests and possible riots.

At approximately 2100 hours I was with my ERT squad holding the line in the area of Colfax and Washington where we were met with a violent crowd targeting myself and other officers with rocks, bricks, cement, bottles, and fireworks.  I was struck multiple times in my chest and legs with unknown objects.  I deployed one (1) 40mm foam baton round out of my Penn Arms launcher at an unknown individual actively assaulting officers (throwing hard objects).  The 40mm round was bad, quickly tumbling to the ground without striking or coming close to the suspect (round was ineffective). I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received.  My department issued body camera was activated during the duration of this riot to the best of my knowledge.  No further information at this time.

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

# Follow Up Report  # 14

## ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 306799 - SWEENEY, RYAN | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST2/TEAM26 |
| **Assigned On** | JUN-06-2020  (SAT.) 0636 | **By** | 306799 -  SWEENEY, RYAN |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

## SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-06-2020  (SAT.) 2107 | | |
| **Approved On** | JUN-06-2020  (SAT.) | **By** | 301032 -  MARSICH, JEFFREY R. |

## FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   14**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 306799 - SWEENEY, RYAN |
| **Related Date/Time** | JUN-06-2020  (SAT.) |

On May 31, 2020 at approximately 2251 hours, I (Officer Ryan Sweeney 306799) was assigned to the Aurora Police Department's Emergency Response Team (ERT). I was dressed in an Aurora Police Department ERT uniform and full crowd control gear.  At the above date and time, I was assisting with crowd control in the 200 block of E. Colfax Ave. in the City of Denver, County of Denver, and State of Colorado. I was on the North side of the block walking with two Denver officers with pepper ball guns on either side of me.

 We were walking Westbound on E. Colfax Ave. to disperse an unruly crowd from the area.

 We came upon Nathan Walsh (DOB: 02/08/1979) who was walking Eastbound towards us. Nathan approached the Denver officer to my left and the Denver officer held out his free hand in order to gently push Walsh in the other direction. Nathan continued to try to walk Eastbound and brought his hands up as if he was going to push the Denver officer. I performed a baton thrust to Walsh's torso and told him to get back. Walsh fell to the ground and would not get up after being told numerous times to get up. Walsh just held his hands up and continued to repeat that he was from Alaska. I attempted to lift Walsh up in order to get him to go the other direction. Walsh seemed to be dropping his weight down to the ground in order to be difficult. I kind of got Walsh stood up and tried to guide him Eastbound but he would not move.

 I told Walsh to put his hands behind his back and he dropped to the ground on his back. I yelled, "You're under arrest." to Walsh and he tucked his hands in towards his stomach and resisted my efforts to handcuff him. I yelled, "You're under arrest," again and Walsh responded by saying, "For What?" I told him for curfew and he continued to resist mine and other officers' efforts to handcuff him. After a brief struggle, I was able to handcuff Walsh.

 I then walked Walsh to the 1500 block of N. Sherman St. with a Denver Sergeant who assisted me with handcuffing Walsh.

 I eventually transferred custody of Walsh to a Denver Sheriff deputy. I advised the deputy that Walsh was being charged for violating curfew and

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

whatever Denver municipal code would mirror the Colorado state charge for
Obstruction (CRS 18-18-104).

 My body camera was running and the file name for the video that captured
this incident is 2020-05-31_22-51-07.AVI.

 There is no more information in regards to this incident.

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY
#### (OUTSIDE ASSIST)

## Follow Up Report  # 15

### ASSIGNMENT INFORMATION

**Assigned To** 315887 - CAMPBELL, MATTHEW P

**Capacity** OTHER                    **Org Unit** PATROL/DIST2/TEAM26

**Assigned On** JUN-06-2020  (SAT.) 0637        **By** 315887 -  CAMPBELL, MATTHEW P

**Report Due On** JUN-07-2020  (SUN.)

### SUBMISSION INFORMATION

**Submitted On** JUN-06-2020  (SAT.) 1944

**Approved On** JUN-06-2020  (SAT.)          **By** 301032 -  MARSICH, JEFFREY R.

### FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315887 - CAMPBELL, MATTHEW P |
| **Subject** | UOF |
| **Related Date/Time** | MAY-31-2020  (SUN.) |

On 05/31/2020, I Officer M Campbell, as a member of the Aurora Police
Department ERT was deployed to assist DPD with crowd control during an
extremely large protest that had been on going for multiple days and had
been previously become violent in days past.

I served as a member of the skirmish line with my department issued riot
baton.

Please note; Denver had sent out a litany of emergency notices about the
curfew being put into affect at 2000 hours that evening.  There were also
multiple times previously that protestors attempted to overtake Denver
District 6 police station.

A request for additional assistance was called out to the area of E Colfax
Ave/N Washington (directly beside to the north of Denver District 6) as the
officers were beginning to be overwhelmed and had taken a few rocks.

While on the skirmish line we pushed the crowd back to E Colfax Ave from
N Washington St. Shortly after being on the line at E Colfax Ave the
protestors began to become violent and throwing a variety of objects at
us.  These objects ranged from small/large rocks to actual M-80 fireworks.
 Please note, these fireworks are known to be extremely dangerous and can
physically cause damage to/remove extremities/limbs.

As the evening progressed I herd multiple orders to vacate the area and go
home as there was a curfew in affect that was going to be enforced. These
orders were given well past 2000 hours.

After being given the order to move forward we conducted a sweeping movement
across E Colfax Ave, setting us up to travel west on E Colfax Ave.  As
we proceeded forward, many people began to flee the area in different
directions. We proceeded west and passed multiple other alleys ways, and
streets until the crowd dispersed from the area.

As I was returning back to the area of a specific rally point, I saw two of
our grenadiers verbally addressing a man who continued to disregard their

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

orders to go home and was taking cover in one of the alleyways behind the
newly established skirmish line on E Colfax Ave.

The man would continually come from behind the dumpster/look around it to
see if we had left the area. A multitude of extremely loud, clear orders
were given to the man to go home but he continued to disregard them and
attempt to hide from us.

An arrest team was set up to apprehend the individual as he was violating
curfew and disobeying multiple lawful orders.

I went up around the side of the dumpster enclosure where this man was last
seen and grabbed his right arm. I then guided him to the ground where I
assisted the arresting officer place him into zip cuffs.

I have no identifying information on the party targeted or the results
of the force used.   I am a trained through the Aurora Police Department
and all action were taken within the policies and training received.   My
department issued body worm camera was active for these incidents to the
best of my knowledge.

NFAT.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 16

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 301022 - CHAMBERLAND, DARREN P. | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST1/TEAM02 |
| **Assigned On** | JUN-06-2020  (SAT.) 0637 | **By** | 301022 -  CHAMBERLAND, DARREN P. |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-06-2020  (SAT.) 1940 | | |
| **Approved On** | JUN-06-2020  (SAT.) | **By** | 301022 -  CHAMBERLAND, DARREN P. |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   16**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 301022 - CHAMBERLAND, DARREN P. |
| **Subject** | CHAMBERLAND UOF |
| **Related Date/Time** | MAY-31-2020  (SUN.) 2000 |

On 053120 I was assigned as squad 1 for the Aurora ERT team under LT
Mclleland. During the shift we were assigned to different areas but our area
of responsibility was the 16th st mall area.

During the shift around 2000 hrs we were assigned to the area of the
district 6 Denver police station. I took a position on the street with my
squad. During the time on the street I was masked up with my department
issued gas mask, helmet, turtle gear, and a body worn camera. During this
time I communicated with my team and command about issues on the street
including dumpsters being brought of the alley as barriers/possibly to light
on fire, people with barriers like wood and shields, parties throwing rocks
with one person with a lacrosse stick that was throwing rocks from down
the street, people approaching the line, people throwing large fireworks
that were exploding with both loud noise, flash, and sparkles of colors
blowing up all over myself and others, and cars that were flowing through
the area. During my deployment in this area I continuously checked what type
of munitions I had in my hand and needed for deployment.

During my time on the static line I deployed three OC canisters to my right
side where we had people throwing rocks from a distance that the less lethal
shooters were not able to reach. The OC was used to keep them at a further
distance and prevent them from hurting the officers on the line.

After an unknown amount of time it was determined that the line was going
to move forward and it was told to me that we would deploy a percussion
munitions and then smoke so that we would move forward into the smoke and
gas. I also deployed one white smoke canister in an effort to mask the group
from the parties that were throwing items at the officers.

After we moved forward I deployed three additional round ball canisters of
CS gas. I threw one toward the dumpsters that were set up like a barrier
in the street to get any potential people out from the dumpster area so the
line of officers would not be ambushed as we moved from the line. During the
advance on the street I deployed two additional balls of CS down the street
like it was set up to walk into the gas and take the street back. During
this time I encountered many items in the roadway like street signs and
large sections of chain link fence. We moved **Exhibit B to Aurora Defendants' MSJ** eet

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**GO# 2020-18765**
**OUTSIDE ASSIST**

**Follow Up Report #   16**

to the west of the location that we started. During this time there were
additional fireworks that were thrown in our direction with one landing
directly behind me and exploding very close to me with bright colors
sparkling all over my uniform.

After this we moved back to regroup and be deployed to a different location.
During that time we helped two denver officers that were hurt near their
vehicle and were taking rocks from an unknown location. We surrounded them
until they were transported from the location and were safe.

Later in the night I was also deployed to around 13th and bannock st near
the denver police buidling. I didn't have to deploy further munitions and
were there to clear out parties and we supported denver officers on three
arrests in the general area. I was not in contact with any other rioters at
this point.

It should be noted that during the time near the district 6 building there
was a party on a mountain bike that was trying to assist with the officers
and he asked us what he could do and then he would try and get people
to stop throwing items at us (including the 2" rocks that hit my chest
protector) and to put down their barriers. He was helpful with some of the
crowd but during the contact with him there were people running around to
the front of us moving and looked to be setting up items on both the corner
and behind the building. At one point we thought there was a party on top of
the building in front of us but AirOne cleared the roof top for us.

I was not involved in the arrest of any parties.

**Exhibit B to Aurora Defendants' MSJ**

**GO# 2020-18765**
**OUTSIDE ASSIST**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   17**

## Follow Up Report  # 17

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 312359 - ROEDEMA II, RANDY M. | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST2/TEAM28 |
| **Assigned On** | JUN-06-2020  (SAT.) 0637 | **By** | 312359 -  ROEDEMA II, RANDY M. |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-06-2020  (SAT.) 1743 | | |
| **Approved On** | JUN-06-2020  (SAT.) | **By** | 301032 -  MARSICH, JEFFREY R. |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   17**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 312359 - ROEDEMA II, RANDY M. |
| **Subject** | UOF |
| **Related Date/Time** | JUN-06-2020  (SAT.) |

On 05/31/2020 at approximately  0900 hours I Ofc Roedema was working as an assigned Grenadier for the APD ERT- Emergency Response Team. I was dressed in full APD police uniform/ Riot protective gear. I was tasked with crowd control along with several other APD ERT members. We worked along with officers from several other agencies from the Denver area.  This event took place within the city and county of Denver Colorado, at several different locations through out Denver.

Between hours of 1900-2300 ERT was actively attempting to control a violent crowd (approximately 400-500 people) via APD crowd control tactics.  The crowd was throwing large rocks, bricks, paint balls, molotov cocktails and other unknown items at officers holding that were in the area.  I was one of several Grenadiers tasked with attempting to control the violent persons in the crowd via the use of my APD issued 40mm less lethal multi launcher, which launches 40mm foam baton rounds. During the above time I launched approximately 30-35 40mm foam baton rounds at several unknown persons. Upon aiming my 40mm I aimed for APD department approved areas (according to training received) The persons descriptions were unknown. The persons whom were struck by my 40mm foam baton were not identified nor were injuries reported as they disappeared into the large crowd.

The above is merely my recollection of the events that took place during my involvement in this case. For additional details refer to my APD issued body worn camera, which was actively recording, until the battery stopped working and shut off my camera at an unknown time during the above events. I was unable to recharge my camera as we were in Denver and not able to access a charging station.

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 18

### ASSIGNMENT INFORMATION

**Assigned To** 314452 - WOODYARD, NATHAN S

**Capacity** OTHER                                    **Org Unit** PATROL/DIST2/TEAM29

**Assigned On** JUN-06-2020  (SAT.) 0638                **By** 314452 -  WOODYARD, NATHAN S

**Report Due On** JUN-07-2020  (SUN.)

### SUBMISSION INFORMATION

**Submitted On** JUN-06-2020  (SAT.) 0530

**Approved On** JUN-06-2020  (SAT.)                      **By** 19985 -  NUNEZ, RACHEL A.

### FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

GO# 2020-18765

OUTSIDE ASSIST

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

Follow Up Report #   18

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 314452 - WOODYARD, NATHAN S |
| **Subject** | UOF |
| **Related Date/Time** | JUN-06-2020  (SAT.) |

On May 31st 2020 I, Officer N Woodyard 314452 was deployed with ERT to assist with the Denver protests.

I was assigned to Sgt Shaker's squad.

While driving in an unmarked Caprice equipped with red and blue lights earlier in the afternoon Sgt Shaker observed a male try to rip a Denver motor officer off of his motorcycle at 17th and Champa. I saw the male running towards the protest at 16th and Champa. I accelerated and pulled in front of the male who turned back and was arrested by officers on Champa. I did not directly observe this event, just assisted with apprehending the male suspect. I did not use force on the male.

The day continued and was mostly uneventful. However, after the 2000 curfew my squad and I were tasked with guarding District 6 in Denver at Colfax and Washington. The crowd outside of the district building became violent and I could hear over the radio that officers near the intersection were getting hit with rocks and bricks.

We were given the order to move out from the alley just west of Washington to Colfax and begin pushing the rioters westbound towards the Capitol. While doing so we were met with a large group of violent rioters who, among other things, were throwing bottles, rocks, lit fireworks, and softballs at myself and the officers I was on line with.

During this advance I was equipped with a less lethal Remmington 870 shotgun loaded with less lethal bean bag rounds. I fired approximately twenty five (25) rounds from my less lethal shotgun at unknown persons in the aforementioned group of violent rioters. The persons I targeted were engaged in dangerous and illegal activity from destruction of property, and assault on myself and officers around me. The parties I deployed my less lethal shotgun on did not surrender themselves to be identified and charged properly, and I have no identifying information for them. Instead, these parties merged back into the crowd and created a scenario where attempting to arrest them would be unsafe.

**Exhibit B to Aurora Defendants' MSJ**

**Follow Up Report #   18**

I have received training from APD on how to use the less lethal shotgun, and deployed this less lethal shotgun consistent with the training I received.

My body camera had ran out of battery at this point in the protests and did not record the events from this day.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

# Follow Up Report  # 19

## ASSIGNMENT INFORMATION

**Assigned To** 315112 - ROSENBLATT, JASON ()

**Capacity** OTHER                                      **Org Unit** PATROL/DIST2/TEAM27

**Assigned On** JUN-05-2020  (FRI.) 0638                **By** 315112 -  ROSENBLATT, JASON ()

**Report Due On** JUN-07-2020  (SUN.)

## SUBMISSION INFORMATION

**Submitted On** JUN-05-2020  (FRI.) 1539

**Approved On** JUN-05-2020  (FRI.)                     **By** 302595 -  COOLEY, DIANA

## FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

**GO# 2020-18765**

**OUTSIDE ASSIST**

**Follow Up Report #  19**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315112 - ROSENBLATT, JASON () |
| **Subject** | UOF |
| **Related Date/Time** | JUN-05-2020  (FRI.) |

On 05/04/2020 at an unknown time I deployed 1 (40mm) foam baton rounds out of a Penn Arms launcher at unknown persons in a violent crowd. The party targeted was involved in criminal behavior by throwing a baseball sized rock that barely missed my person and officers around. The target area was consistent with training provided. I have no identifying information on the party targeted or the results of the force used. I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received.

I never took aim at a non approved target area.

I observed the subject run after being hit with a 40mm foam baton round and he did not appeared to be injured.

My department issued body worm camera was active for these incidents to the best of my knowledge.

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 20

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 315225 - SAWYER, KAYCIE M | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST1/TEAM03 |
| **Assigned On** | JUN-05-2020  (FRI.) 0638 | **By** | 315225 -  SAWYER, KAYCIE M |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-05-2020  (FRI.) 1131 | | |
| **Approved On** | JUN-05-2020  (FRI.) | **By** | 17398 -  JEFFREY, TIMOTHY M |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**GO# 2020-18765**

**OUTSIDE ASSIST**

**Follow Up Report #   20**

## Related Text Page(s)

---

**Narrative Text #**  1
**Document**  NARRATIVE/REMARKS
**Author**  315225 - SAWYER, KAYCIE M
**Related Date/Time**  JUN-05-2020  (FRI.)

---

On Sunday, May 31, 2020, I was working an ERT assignment in the City and
County of Denver, Colorado due to ongoing riots and civil unrest of the
incident involving George Floyd.


My ERT squad was called to assist in the area of E. Colfax Ave. and N.
Washington St. to protect Denver Police District 6 from potential property
damage and persons from assault. The city of Denver issued a curfew for 2000
hrs. Several loud, clear, dispersal orders were given to the large crowed
who were in the area. Several minutes after this curfew was issued, myself
and Officer Winters, Officer M. Campbell, and Officer Perkins observed a
white, male in a teal shirt standing just to the south and another unknown
male.

The two subjects walked behind a large storage type structure out of sight.
Officer Winters and I gave the two males loud orders to "leave" and "go
home." One of the males ran off southbound. The male with the light blue
shirt remained behind the structure. This male was given additional orders
to leave and go home, however he remained stagnant.

Officer Campbell, Officer Winters, and Officer Perkins and I walked behind
the structure where the male was standing. As we went hands on with this
male, he began to pull away and tense up. The male was taken to the ground,
where I pinned his legs to prevent him from getting back up or kicking. The
male tensed his arms as Officers were trying to place his hands in cuffs.
Officer Perkins was able to apply quick cuffs on the male.

This concludes my involvement in this incident. My department issued body
warn camera was on and activated.

NFAT

**Exhibit B to Aurora Defendants' MSJ**

---

# AURORA POLICE DEPARTMENT

**GO# 2020-18765**

**OUTSIDE ASSIST**

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 21

### ASSIGNMENT INFORMATION

**Assigned To**  308057 - HUMMEL, WILLIAM

**Capacity**  OTHER                          **Org Unit**  PATROL/DIST2/TEAM29

**Assigned On**  JUN-05-2020  (FRI.) 0638          **By**  308057 -  HUMMEL, WILLIAM

**Report Due On**  JUN-07-2020  (SUN.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-05-2020  (FRI.) 0253

**Approved On**  JUN-05-2020  (FRI.)                **By**  308057 -  HUMMEL, WILLIAM

### FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

|  |  |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 308057 - HUMMEL, WILLIAM |
| **Subject** | ARREST DPD CAD 2020-337790 |
| **Related Date/Time** | JUN-05-2020  (FRI.) |

On 053120, I, Aurora Police Sergeant W. Hummel (308057), was assigned to assist the Denver Police Department in a mutual aid capacity due to both peaceful protests and civil unrest taking place in the City of Denver, Colorado.  As a Sergeant, I was responsible for leading a team of officers around various locations in the city as directed by my superiors and by command members of the Denver Police Department. My team consisted of 12 Aurora Police Officers who are members of the Aurora Police Department's Emergency Response Team (ERT).  These officers are specially trained in crowd management tactics and responding to civil unrest.  On this day, I was wearing a tactical Aurora Police Uniform complete with a cloth police badge and shoulder patches that read "Aurora Police."  I was also wearing protective gear with police insignia on the front and back of the gear that identified my as a police officer.  My team all wore the same uniform.

This duty day spanned from 1230 hours on 053120 to 0145 hours on 060120.  Throughout the course of the day I had numerous assignments and moved about various locations throughout the downtown Denver area.  During this day, I encountered numerous incredibly stressful, dangerous encounters that lasted for a duration.  It is not feasible for me to document a recollection of the entire day but this report will serve as a synopsis of pertinent events that transpired on this day and/or action that I took.  On this date, I was wearing and utilized a department-issued BWC.  I have not viewed all of the BWC footage from this event but I skipped around the footage to recollect what I did and to document times of events as best as I can.

On this day my team started with a security detail along the 16th St. Mall.  Of note, we assisted with forming a static line to guide a march through the area safely.  We encountered no issues during this detail.

On a couple of occasions, my team was requested to the area of Denver Police's District 6 Station.  Here we formed static lines as a barrier to keep people from overrunning the police station.  In the evening around 2100 hours, we were requested back to the police station to form a line in the 1500 block of the Pearl/Washington alley on the north side of Xbar.  From this location, we began to take projectiles to include bottles and rocks and observed a multitude of criminal activity.  This illegal activity included vandalism, arson, assaults, etc.  Persons assembled to peacefully protest

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY

#### (OUTSIDE ASSIST)

GO# 2020-18765
OUTSIDE ASSIST

**Follow Up Report #   21**

40mm less lethal launchers to stop subjects who were arming themselves with projectiles.  These officers acted autonomously in launching less lethal rounds while I was supervising my team.  On one occasion, a subject lit us up with his bright light on a Vespa style scooter and brought attention to us.  This directed persons to begin throwing more missiles at us.  I eventually directed an officer to try and take the light of the scooter out with a 40mm round because it was placing us in a precarious, dangerous situation.  The light was so blinding that we could not see who was throwing missiles at us.  The subject fled the area subsequently.

While at this position, the crowd grew and became more violent.  Subjects took pieces of chain-link fence and began to block the entirety of E. Colfax Ave. between N. Pearl St. and N. Washington St.  They also rolled several dumpsters into the street to reinforce their barricade.  I deployed CS gas munitions and a sting ball munition at this location due to disperse the crowd, who was still throwing projectiles.  My team eventually pushed out onto E Colfax Ave. where the barricade had been created and began to push the crowd to the west.  From the moment we stepped out onto E. Colfax Ave. the crowd was incredibly violent towards the uniformed police officers.  We had a large explosive land just feet from where we were and we took on more bottles, rocks, etc.  I deployed several CS gas munitions in an attempt to get the violent crowd to disperse as we continued to push to the west. The crowd did eventually disperse and flee and we mostly restored order in this immediate area.

Then at approximately 2328 hours, my team was in the 0000 block of west 11th Ave. in the City an County of Denver, State of Colorado.  I knew that Denver Mayor Michael Hancock had placed a curfew order in place on this date effective at 2000 hours and I had been directed by members of Denver Police command to enforce the curfew and make arrests of persons in the area.  In this area, a large group of persons had been running from police.  I observed a male break away from this group and I made contact with him and placed him under arrest for violation of the curfew.  I positively identified this male by a Colorado Driver's License as Gregory Shirk (011987).  Denver police officers met me and relayed to me that this arrest would be documented under DPD CAD number 2020-337790.  Denver Sheriff's deputies would eventually take custody of Shirk.

This concludes a synopsis of the major happenings from this day.  My BWC footage has been manually categorized for a "Crime's Against Person" retention period.

NFAT.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

### GENERAL OFFENSE HARDCOPY

#### (OUTSIDE ASSIST)

# Follow Up Report  # 22

## ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 24203 - BRUKBACHER, MATTHEW J. | | |
| **Capacity** | OTHER | **Org Unit** | TECHNICAL SERVICES BUREAU |
| **Assigned On** | JUN-03-2020  (WED.) 0639 | **By** | 24203 -  BRUKBACHER, MATTHEW J. |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

## SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-03-2020  (WED.) 1355 | | |
| **Approved On** | JUN-04-2020  (THU.) | **By** | 26736 -  LEONARD, DALE |

## FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

**GO# 2020-18765**

**OUTSIDE ASSIST**

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   22**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 24203 - BRUKBACHER, MATTHEW J. |
| **Subject** | UOF IN DENVER |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On 05-31-20 at about 0900 hrs, I gathered resources from the Aurora Police
Department Emergency Response Team.  My current assignment is as the
coordinator/facilitator for the team. The team deployed at the request
of DPD to assist with crowd control for protests/riots that were on-going
within their jurisdiction.

Upon arrival and deployment, we were placed on the 16th street mall.  Just
after dark, the crowd became violent towards police and we were routed to
protect the Denver Police Department District 6 Station from violence and
property damage.  I deployed on the main line on Colfax at Washington.  As
we held the line, we began taking rocks, bottles and fireworks/explosives
directed at officers.  These items were a significant life safety threat to
officers.  Chemical munitions were deployed at that time.  Grenadiers were
instructed to deploy their direct impact foam baton munitions and/or 12 GA
bean bag munitions at persons who posed a direct threat to officers.  These
include, but are not limited to, protesters throwing rocks, picking up gas
munitions and throwing them back to officers, throwing explosive devices and
Molotov cocktails.

I personally deployed approximately twenty (40mm) foam baton rounds
at unknown persons within the crowd.  My target area for all of these
deployments was the abdomen, consistent with training provided.  I estimate
that less than 4 rounds failed to contact the target.  The parties struck
with these munitions secreted back into the crowd and I was unable to make
an arrest on these persons. It is important to note that I was struck by at
least 2 large rocks causing minor injury to my lower legs.

I also personally deployed roughly 15 cans of gas munitions, specifically
CS and OC gas. These munitions were used to disperse the violent crowd
and prevent further assaults on officers.  I deployed the gas munitions
consistent with the training I received.

At one point, several violent protesters were using a dumpster as cover
from direct impact munitions and were out of range from our hand thrown
gas munitions. These parties were using a Lacrosse stick to throw rocks at
officers.  The rocks were well aimed and highly dangerous to officers.  I
deployed 4 launchable gas munitions from my 40mm launcher at the dumpster

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

Follow Up Report #   22

to disperse the violent protesters.  The rounds were effective and the
attack ceased.  We then moved onto Colfax and pushed the crowd back past
Pennsylvania.  We held this area for some time until we were relieved.

After released from this area, we were ordered to patrol the entire area
in small teams and make contact with parties engaged in criminal behavior.
 I assisted in the arrest of 3 parties that will be covered in a separate
report.  I also assisted Colorado State Patrol in apprehending a subject who
was fleeing from them on foot.  Captain Redfearn was operating our vehicle
and brought me up alongside of the running suspect.  I deployed my 40mm
launcher and fired one round at the suspect striking him in the side. This
deployment stopped the male from running and he was taken into custody by
other units.  I do not have the name of this suspect.

I later assisted with a call for armed parties.  Along with Division
Chief Brown and Captain Redfearn, I assisted in the detention of 3 parties
matching the description provided by dispatch.

The numbers above are for the entire deployment which lasted until
approximately 0100 hrs on 06-01-20.  We moved the crowd through several
locations and then assisted DPD at numerous other locations.  I am not clear
on all the locations we were deployed. It is important to note that the
numbers above are estimations.  The event was highly dangerous and dynamic,
so I was unable to count the exact number of rounds or gas canisters
deployed.

My body worn camera was on my chest and activated according to department
policy.  It was recording the events described above to the best of my
ability.

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

GO# 2020-18765
OUTSIDE ASSIST

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

# Follow Up Report  # 23

## ASSIGNMENT INFORMATION

**Assigned To**  25339 - SHAKER, PATRICK

**Capacity**  OTHER                                    **Org Unit**  PATROL/DIST1/TEAM09

**Assigned On**  JUN-04-2020  (THU.) 0640                    **By**  25339 -  SHAKER, PATRICK

**Report Due On**  JUN-07-2020  (SUN.)

## SUBMISSION INFORMATION

**Submitted On**  JUN-04-2020  (THU.) 1507

**Approved On**  JUN-04-2020  (THU.)                    **By**  25339 -  SHAKER, PATRICK

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

**Follow Up Report #   23**

# Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 25339 - SHAKER, PATRICK |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On May 31, 2020 I, Sergeant Patrick Shaker, a commissioned police officer
with the City of Aurora, was working in a crowd management capacity. I was
working as a Squad Leader for a team of Aurora Officers. We were assisting
the Denver Police Department in a mutual aid capacity for violent riots
throughout the city.

I was involved in one arrest of a male who attempted to pull a motorcycle
officer off of his motorcycle at the intersection of 17th and Champa. A
separate report was generated in regards to this incident.

I was involved in several crowd control situations throughout the City on
this date. While on crowd control lines we were hit with numerous dangerous
items to include rocks, bottles, and explosive devices. I was also involved
in a crowd control capacity at the Denver District 6 station. I had thrown
several chemical CS Canisters in support of a line push to remove rioters
from the streets in that area.

Later in the evening I was involved in an arrest of two people who were
riding on the side running boards of an SUV. I was informed by the Denver
Command Post of a vehicle with several people riding on the outside. I
was stopped at an intersection, I can not recall which, with the convoy
of Officers I was supervising. The vehicle pulled up behind us as we were
stopped. I exited my vehicle and identified myself as a Police Officer. A
black male, in his early to mid 20's, ran from the vehicle. Two others were
detained who were riding on the outside. We detained the adults who were on
the inside of the vehicle, but not the children who were inside the vehicle.
After completing an investigation we released the occupants of the vehicle
but assisted Denver Officers on the arrest of the two people outside of the
vehicle.

My body-worn camera was not functioning on this date. It appears it did not
charge properly.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 24

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 309719 - LANG, FREDERICK | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST3/TEAM46 |
| **Assigned On** | JUN-04-2020  (THU.) 0641 | **By** | 309719 -  LANG, FREDERICK |
| **Report Due On** | JUN-07-2020  (SUN.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-04-2020  (THU.) 2337 | | |
| **Approved On** | JUN-04-2020  (THU.) | **By** | 300126 -  PRAY, JASON |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

**Exhibit B to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

**GO# 2020-18765**

**OUTSIDE ASSIST**

**Follow Up Report #   24**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 309719 - LANG, FREDERICK |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On May 30, 2020 hours I was detailed to the City of Denver, County of
Denver, State of Colorado reference the protest riots which were occurring
in the area of E. Colfax Ave and Washington St.


During this incident I was assigned as an ERT member currently assigned to
the area of E. Colfax Avenue at Washington St.

During this time I was occupying the street in a defensive line just west
of DPD district 6. This was due to the rioters hostile intent and proactive
actions which were being displayed and directed at .

I observed the front lines being pelted with large rocks, modified large
explosive fireworks and various arson acts. These violent actions were
escalating by an ever growing crowd who were occupying the street.

Due to the hostile nature and the fact that the rioters were massing in
this area while continuing to assault numerous law enforcement officers I
deployed a gas agent directed towards the hostile crowd in an attempt to
disperse them and protect property and personnel from serious bodily injury
from the various missiles directed at us with hostile intent.

This concluded my involvement for this incident.

NFAT

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

# Follow Up Report  # 25

## ASSIGNMENT INFORMATION

**Assigned To** 303487 - MCNAMEE, DAVID C
**Capacity** OTHER                      **Org Unit** PATROL/DIST3/TEAM42
**Assigned On** JUN-04-2020  (THU.) 0641         **By** 303487 -  MCNAMEE, DAVID C
**Report Due On** JUN-07-2020  (SUN.)

## SUBMISSION INFORMATION

**Submitted On** JUN-04-2020  (THU.) 1541
**Approved On** JUN-04-2020  (THU.)          **By** 24211 -  MITCHELL, SEAN

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**GO# 2020-18765**

**OUTSIDE ASSIST**

**Follow Up Report #   25**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 303487 - MCNAMEE, DAVID C |
| **Subject** | SUPP |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On May 31st, 2020 I was working crowd control and assisting Denver Police Department. During my duties that day I was using a Less Lethal Shotgun that fires a bean bag round. Several times during the day and evening I deployed my Less Lethal Shotgun and did not fire or use the Less Lethal Shotgun.

At approximately 2030hrs I was in the area of E Colfax Ave and N Washington St where a large group of protestor's were gathered. As I arrived there were several hundred subjects on the South side of E Colfax Ave near The Cheba Hut and The Office Depot. As I got into position and while there several rocks were thrown at me and other officers.

At one point gas was administered and some individuals in the group attempted to pick up and throw the gas back at the police. During this time I fired several Less Lethal Bean Bag rounds at these individuals. While I was doing this I was struck in the abdomen by a rock which caused me pain. Not seeing who through the rock I directed my attention towards the West from N Washington St where the rock appeared to have come from.

As I was looking to the West I observed several other rocks thrown at me and my fellow officers. Again gas was administered in canisters to disperse the crowd and again several people tried to grab and throw the gas back at police. I again unloaded several Less Lethal Bean Bag rounds at them so they would not throw the gas back at police.

During this, another subject appeared carrying a lacrosse stick and spinning it. Being familiar with a lacrosse stick and knowing how far and fast it can launch a rock or ball orders were given to this male but this male began walking towards us. Several more Less Lethal Bean Bag rounds were fired at him and he retreated back.

This was the only time where I fired any Less Lethal rounds and I approximately fired between 15-20 rounds all together. These rounds were fired at individuals involved in criminal behavior ranging from property damage to assault on me and my fellow officers.

I have no identifying information on parties targeted or the results of the force used. I am an authorized trained operator of the Less Lethal Shotgun

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

and have regularly maintained my certification through the Aurora Police
Department. This Less Lethal Shotgun was deployed within Aurora Police
Policies.

My department issued camera was active for these incidents to the best of my
knowledge.

NFAT

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

# Follow Up Report  # 26

## ASSIGNMENT INFORMATION

**Assigned To**  309713 - GARCIA, RICHARD

**Capacity**  OTHER                                    **Org Unit**  PAR DIST 3

**Assigned On**  JUN-05-2020  (FRI.) 1403                **By**  309713 -  GARCIA, RICHARD

**Report Due On**  JUN-07-2020  (SUN.)

## SUBMISSION INFORMATION

**Submitted On**  JUN-05-2020  (FRI.) 1350

**Approved On**  JUN-07-2020  (SUN.)                      **By**  23938 -  SHIPLEY, JUSTIN M.

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 309713 - GARCIA, RICHARD |
| **Subject** | GARCIA 20-18765 |
| **Related Date/Time** | JUN-05-2020  (FRI.) 1230 |

On 5-31-20 at about 9AM I was called out for an ERT deployment to assist Denver Police Department with possible protesters in downtown Denver, CO. This occurred in the City of Denver, State of Colorado.

It shall be noted that my involvement in downtown Denver was recorded with a department issued Vievu body camera and the recording was uploaded via the Coban system. This report is not intended to be an exact transcript or representation of the detail contained in the video evidence.

We originally staged downtown Denver after a briefing at APD headquarters in Aurora, CO. I was assigned to a roaming team while deployed with a 12GA. Beanbag Shotgun. Throughout the day we encountered thousands of people protesting peacefully and happily while chanting fuck the police and giving us double fuck you hand signals.

As the sun went down we were told by Denver PD that unruly protesters were trying to get access to one of their Districts-Police Stations. We were asked to assist them with placing a skirmish line to block their access to this district.

As I walked up to this unknown intersection I immediately was hit with a brick to my head along with several other rocks. People were also shooting us with pink paint balls.

I was armed with a less lethal 12GA. Beanbag Shotgun. I am a trained and certified operator of less lethal launchers and 12GA bean bag shotguns through the Aurora Police Department. I deployed this bean bag shotgun within the policies and training received.

As I watched the crowd of people at this intersection I noticed people lighting unknown devices, throwing rocks, launching rocks or other objects to hurl at us with Lacrosse sticks. Rolling large Metal trash Dumpsters in the street so they could use as cover to assault us from. There were people in the street with large sheets of plywood using it for cover to assault us while behind it. I saw people on the roof directly across from us throwing rocks at us and lighting bottle rockets. I saw people on Motorcycles and in their vehicles doing burn outs to pump the crowd up. I was aware that

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

one of these vehicles would intentionally drive through our skirmish line
hitting all of us.

At this intersection I deployed an unknown amount of Bean Bag Duty munitions
Accusox 12GA rounds that are for law Enforcement use only out of my Orange
12GA Beanbag Shotgun. The people I targeted were involved in criminal
behavior ranging in property destruction to assaults on Police Officers. The
target areas were consistent to the training provided. I have no identifying
information on the people targeted as they all had their faces and heads
 covered. I did not see the results of the force used because people would
run off then later return to assault us with throwing rocks. Other people
who were targeted were people who would pick up or cover our thrown gas
grenade devices and throw them back at us.

My department issued body camera was active for these incidents to the best
of my knowledge.

End of report. NFAT

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

GO# 2020-18765
OUTSIDE ASSIST

### GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

Follow Up Report #   27

## Follow Up Report  # 27

### ASSIGNMENT INFORMATION

**Assigned To**  315912 - RUNYON, AUSTIN S

**Capacity**  OTHER                                        **Org Unit**  PATROL/DIST2/TEAM30

**Assigned On**  JUN-07-2020  (SUN.) 0624          **By**  315912 -  RUNYON, AUSTIN S

**Report Due On**  JUN-08-2020  (MON.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-07-2020  (SUN.) 0618

**Approved On**  JUN-08-2020  (MON.)                **By**  308073 -  TISDALE, DELBERT L JR

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   27**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 315912 - RUNYON, AUSTIN S |
| **Subject** | UOF |
| **Related Date/Time** | JUN-07-2020  (SUN.) |

On 05/31/2020, I Officer Runyon (315912) was deployed to the City of Denver to assist with ongoing protest downtown. I was deployed as a part of Aurora's ERT (Emergency Response Team).  Around 2030 hrs, I was at the intersection of W Colfax Ave and N Washington St at the Denver District 6 Station addressing the crowd.

I deployed approximately 15 (40mm) foam baton rounds out of a single Penn Arms launcher at unknown persons in a violent crowd. The parties I targeted with my launcher were involved in criminal behavior which included property destruction and assaults on officers. These individuals were throwing various items at Officers.

When deploying my launcher, I only targeted areas of the body that are consistent with the training I received through the department. I was unable to get any identifying information of the parties in which I used force on because they retreated into the crowd ad were not located later.

I am a trained operator of less lethal launcher through the Aurora Police Department. I deployed this device within policy and with the training I have received.  My body worn camera was worn and activated during these incidents.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

# Follow Up Report  # 28

## ASSIGNMENT INFORMATION

**Assigned To** 315220 - QUEISNER, JAMES
**Capacity** OTHER                                    **Org Unit** PATROL/DIST2/TEAM24
**Assigned On** JUN-05-2020  (FRI.) 0624              **By** 315220 -  QUEISNER, JAMES
**Report Due On** JUN-08-2020  (MON.)

## SUBMISSION INFORMATION

**Submitted On** JUN-07-2020  (SUN.) 1556
**Approved On** JUN-07-2020  (SUN.)                   **By** 300373 -  RATHBUN, PHILLIP

## FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

**Exhibit B to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

Follow Up Report #   28

# Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315220 - QUEISNER, JAMES |
| **Subject** | UOF |
| **Related Date/Time** | JUN-05-2020  (FRI.) |

On 05-31-2020 at approximately 2015 hours, I Ofc. J. Queisner #315220 while
assigned to the Aurora PD Emergency Response Team (ERT) was ordered to
the area of Denver PD District 6 Station located at 1566 N. Washington St.
(Colfax Ave and Washington St.), in the City and County of Denver, State of
Colorado.

My assignment for this event was as an operator of a Remington 870 less
lethal shotgun equipped with orange stocks, which deployed bean bag rounds
branded by West Coast Ammo or CTS.  Upon my units arrival of this event I
began to immediately began to be struck by rocks, golf balls, glass and an
unknown pink substance.

Based on the violent actions of parties in the crowd I then deployed
approximately 25 bean bag rounds at unknown parities in the crowd. Each of
the parties I fired a bean bag round at was engaged in multiple violent and
various criminal behaviors.  Some of those actions were as follows; throwing
of rocks, throwing of police munitions, use of lacrosse sticks to launch
hard projectiles and other such actions.  All areas which were targeted
were consist with current training procedures and each round fired was at
a specific offender and  was in effort to prevent the assault and serious
bodily injury of myself, other officers, and other parties on scene. All
parties targeted fled the area causing this Officer to be unable to obtain
any identifying information, or check for any medical needs.

The above incident was captured on my department issued body camera and the
above is a paraphrased account of what occurred.  No further action taken by
this Officer, end of report.

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 29

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 316952 - WILSON, NICHOLAS MATTHEW | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST2/TEAM24 |
| **Assigned On** | JUN-04-2020  (THU.) 0624 | **By** | 316952 -  WILSON, NICHOLAS MATTHEW |
| **Report Due On** | JUN-08-2020  (MON.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-04-2020  (THU.) 1023 | | |
| **Approved On** | JUN-07-2020  (SUN.) | **By** | 300373 -  RATHBUN, PHILLIP |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

GO# 2020-18765
OUTSIDE ASSIST

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

Follow Up Report #   29

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 316952 - WILSON, NICHOLAS MATTHEW |
| **Subject** | DENVER CAD # 337813 |
| **Related Date/Time** | JUN-04-2020  (THU.) |

On May 31, 2020 at approximately 1500 hours I, Officer Nicholas Wilson was called out for ERT (Emergency Response Team), to respond to the City of Denver to assist Denver Police Department with violent protests (riots) occurring in Denver over the past couple days. During my involvement in these situations I was wearing a body worn camera.

During the briefing today we were advised of information the protesters were going to attempt to burn down Denver Police District 6 location.

Due to the risk of continuous violence I wore my Aurora Police issued riot gear. I had an Aurora Police badge on the riot vest, name tag, and marked uniform. I was assigned to the riot line and had a gas mask and riot baton. However, my position could change depending on the environment, as riots can be very rapidly evolving situations.

I am certified on the less lethal shotgun and 40mm through Aurora. I spent 10 years on Northglenn/Thornton SWAT Team and was certified as an instructor for less lethal and chemical munitions while on NPD/TPD SWAT. I have been involved in numerous situations while assigned to NPD/TPD SWAT, where I have used less lethal options and chemical munitions.

Later in the afternoon early evening the protesters marched to District 6 location. I was on the riot line at District 6. There were only one or two arrests made while holding this line by Aurora Police. There was no force used on the protesters at this time that I am aware of, despite all the verbal threats, taunting, and display of active aggression towards officers. The police backed off as did the protesters.

However, after the curfew went into effect the thousands of protesters returned to District 6 and began throwing rocks and bottles at police officers. In return officers began to use gas to disperse the large crowd. Denver asked for Aurora's assistance at this location. My squad held the line on the west side of the street, and used less lethal on protesters throwing rocks and large mortar fireworks at our line. All these objects being thrown can cause serious injury to officers.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

**GO # 2020-18765**

**OUTSIDE ASSIST**

### GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

At one point the crowd was so large and was not moving back much, it was asked if Aurora can begin pushing the crowd back, west on Colfax Ave away from District 6. We used our armored vehicle in the center of Colfax for partial cover if needed. I took a position on the line and continued to get hit with paint balls, rocks and other objects from the crowd while pushing the crowd back. The crowd was pushing dumpster's on fire towards police and the line. The crowds finally disperse after approximately a 2.5 block push by officers.

A short time later Denver asked for help by the Capital building as they were encountering a large violent crowd. This crowd was in the middle of the street where there were vehicle speeding and revving their engines. Officers were in a dangerous spot while trying to move the crowd and rioters refused to move back or disperse. Due to the ongoing threats and people in the middle of the road refusing to disperse, I felt it was necessary to throw a smoke grenade towards a portion of the crowd to get them to move out of the street. This worked and the crowd began to move and disperse. I could see where the smoke grenade landed and it did not strike anyone. Officers continued to use less lethal to move the crowd. Again, the crowd had numerous escape options available to them during all encounters with police.

Later, my squad began to drive around and arrest protesters who were violating the curfew ordinance. I was in the area of 11th Ave and Broadway, when several male parties who were walking said something to the effect of, "fuck you pigs", to me and some Denver officers. A Denver Gang Unit Officer and I chased down one of the males on foot, which started to sit down as we rolled him into the prone position to handcuff him. He was told he's under arrest for curfew violation. Once he was handcuffed I immediately sat him up and stood him up to his feet. I asked him if he had anything on his person. He said he had a pistol. While searching him incident to arrest, the pistol was located on the left inside pocket of his jacket. The gun was silver in color handgun. I handed to a Denver Officer as I continued to search his person. The male had a COID card, which was located in the same pocket as the gun. He was identified as Nathzelleous Brison DOB 07041996. I was not sure if the handgun was loaded or not but it felt like it was weighed down and could have been loaded.

The Denver Police CAD # is 337813 for this incident. Denver Police took the handgun for evidence. Denver County Sheriffs took custody of Mr. Brison and his additional property.

This is a synopsis of all events as this was a very long day/night.

NFAT.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

## Follow Up Report  # 30

### ASSIGNMENT INFORMATION

**Assigned To** 310734 - MARTINEZ, DARREN
**Capacity** OTHER
**Assigned On** JUN-08-2020  (MON.) 1232
**Report Due On** JUN-08-2020  (MON.)

**Org Unit** DIST 3 INVESTIGATIONS
**By** 310734 -  MARTINEZ, DARREN

### SUBMISSION INFORMATION

**Submitted On** JUN-08-2020  (MON.) 1232
**Checked By** 8191 -  MICHELSON, FRANKLIN L
(RETIRED)
**Approved On** JUN-08-2020  (MON.)

**By** 8191 -  MICHELSON, FRANKLIN L
(RETIRED)

### FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 310734 - MARTINEZ, DARREN |
| **Subject** | MARTINEZ; UOF |
| **Related Date/Time** | JUN-08-2020  (MON.) 1235 |

I, Officer D. Martinez (310734), who is assigned to the Aurora PD (APD) ERT team was part of the APD ERT deployment to assist Denver PD with protests in the City and County of Denver on 05/31/20 into 06/01/20.

I, having been trained and certified on such, was assigned to use a less lethal shotgun during the deployment.

During that time I fired approximately 10 total less lethal shotgun rounds at violent protesters for throwing unknown items at police, interfering with police "CS gas" munitions, and attempting to light dumpsters on fire and push them toward police. I do not know how may people those rounds struck.
All parties that were struck with less lethal rounds that I fired remained mobile and alert and none of them requested police assistance in my presence nor medical attention relative to being struck with the less lethal rounds.

All of these less lethal rounds were deployed in the area of E Colfax Ave and N Washington St as the violent protesters were trying to make their way to Denver PD District 6.

To the best of my knowledge, my body worn camera was activated when I deployed the less lethal rounds. This report should be considered a summary of any video that exists.

This concludes my involvement.

NFAT.

**Exhibit B to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

# Follow Up Report  # 31

## ASSIGNMENT INFORMATION

**Assigned To**  312350 - GLENN, TIMOTHY S.

**Capacity**  OTHER                                **Org Unit**  MAJOR CRIMES UNIT

**Assigned On**  JUN-09-2020  (TUE.) 0758            **By**  312350 -  GLENN, TIMOTHY S.

**Report Due On**  JUN-09-2020  (TUE.)

## SUBMISSION INFORMATION

**Submitted On**  JUN-09-2020  (TUE.) 0758

**Checked By**  24202 - JOKERST, STEPHEN K.

**Approved On**  JUN-09-2020  (TUE.)                 **By**  24202 -  JOKERST, STEPHEN K.

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

# Related Attachment - SUPPLEMENTAL

| | |
|---|---|
| **Description** | SUPPLEMENT - GLENN |
| **Reference Number** | GLENN |



AURORA POLICE DEPARTMENT
Major Crime-Homicide Unit
Detective Tim Glenn #312350 – Supplemental Report
Case #2020-18765

On May 31st, 2020, I, Detective Tim Glenn, was deployed as a grenadier with the Aurora Emergence Response Team to assist the Denver Police Department (DPD) with crowd control within the City of Denver, County of Denver and State of Colorado. I was equipped with a department issued, single shot, 40mm less lethal launcher. I was under the direct supervision of Sergeant Darren Chamberland.

At approximately 2000 hours, Sergeant Chamberland's squad was deployed to DPD's District 6 Station due to the crowd having become violent towards the police. Upon arrival, I deployed to the main line at Colfax and Washington. While approaching the skirmish line, I was struck on the head by an unknown hard object, presumably a rock. I also observed many large rocks, bottles, fireworks and chemical munitions being thrown at the officers. I observed one party launching rocks towards officers with a lacrosse stick.

Prior to deployment, I had been instructed to deploy foam baton munitions from my less lethal launcher at person(s) who posed an immediate threat to officers.

I personally deployed approximately twenty (20) foam baton rounds from my 40mm less lethal launcher at unknown parties who I observed preparing or had thrown items in the direction of the officers. These actions put the officers in immediate danger of being injured. Based on the training I had received, the target area for all these deployments was the party's abdomen, above the belt line. After launching the foam baton round, the unknown parties would run back into the crowd preventing an arrest from being made or to check for any injuries.

I was not involved in the arrest of any parties during this incident.

I was not assigned or equipped with a body worn camera during this incident.

This ends my involvement.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

# Follow Up Report  # 32

## ASSIGNMENT INFORMATION

**Assigned To**  314420 - ENRIQUEZ, MICHAEL J
**Capacity**  OTHER                                          **Org Unit**  PATROL/DIST3/TEAM44
**Assigned On**  JUN-08-2020  (MON.) 0922                    **By**  314420 -  ENRIQUEZ, MICHAEL J
**Report Due On**  JUN-09-2020  (TUE.)

## SUBMISSION INFORMATION

**Submitted On**  JUN-08-2020  (MON.) 1410
**Approved On**  JUN-08-2020  (MON.)                         **By**  26212 -  WELLS, DAVID LEE
                                                             (RETIRED)

## FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

GO# 2020-18765

OUTSIDE ASSIST

**Follow Up Report #   32**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 314420 - ENRIQUEZ, MICHAEL J |
| **Subject** | USE OF FORCE- ENRIQUEZ |
| **Related Date/Time** | JUN-08-2020  (MON.) 0858 |

On May 31, 2020 at approximately 2252 hours, I (OFC Enriquez) was assigned to the Emergency Response Team assisting Denver PD with the violent riots.

At the above date and time my squad was conducting patrol in the area of the State Capitol located on E Colfax Ave/ N Sherman St, City and County of Denver, State of Colorado. While inside our vehicles we were taking multiple projectiles (ie rocks, glass bottles and M80 type fireworks) and had to use evasive maneuvers to avoid injuries. My squad drove down the block and regrouped with Denver PD, so we can address the lawless, violent behavior of the rioters.

While walking down E Colfax Ave addressing the crowd, we were still taking projectiles and the crowd was not following lawful orders to disperse. Due to getting hit by the projectiles( which were being thrown by a white male wearing a black shirt and black face mask), we needed to disperse the crowd for Officers safety and for the safety of innocent bystanders. I deployed one cannister of tear gas, which was highly effective and most of the projectiles ceased. PD was able to clear the area in a safe manner and regain control of the State's Capitol.

Once I deployed the Tear Gas canister, I observed Aurora PD OFC Sweeny, R (306799), trying to make an arrest, on a suspect who was resisting. I left the ERT line and assisted OFC Sweeny to make an arrest without injury. Once we were able to restrain the suspect, custody of him was given to Denver Sheriff Department without further incident. For more information on the arrest please refer to OFC Sweeny's supplemental report.

During this incident my body camera was activated and shown me deploying the tear gas.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 33

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 315122 - ALCORTA, MATTHEW | | |
| **Capacity** | OTHER | **Org Unit** | CRISIS RESPONSE TEAM |
| **Assigned On** | JUN-08-2020  (MON.) 0922 | **By** | 315122 -  ALCORTA, MATTHEW |
| **Report Due On** | JUN-09-2020  (TUE.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-08-2020  (MON.) 1329 | | |
| **Approved On** | JUN-08-2020  (MON.) | **By** | 25321 -  WILTON, JOHN C. |

### FOLLOW UP CONCLUSION

**Follow Up Concluded**   YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   33**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315122 - ALCORTA, MATTHEW |
| **Subject** | DENVER CAD 20-336556 |
| **Related Date/Time** | JUN-08-2020  (MON.) |

On May 31, 2020, at 2315 hrs, I, Officer Matthew Alcorta was assisting the
Denver Police Department (DPD) with protests in their District 6 (E Colfax
Ave/N Washington St), located in the City and County of Denver.

I responded with the Aurora Emergency Response Team (ERT) at the Denver
Police District 6 to assist with keeping the peace.  ERT was assigned patrol
on the 16th Street mall and surrounding area.  DPD initiated a curfew which
began at 2000 hrs and ended at 0500 hrs.

DPD made several announcements during the time the curfew was in place
advising people they need to go home or they will be arrested for violation
of the curfew..

At 2315 hrs, While on mobile patrol with ERT, my team located a dark SUV in
the roadway with a person standing outside of it.  Due to the curfew that
was in effect it was determined the party outside of the vehicle and the
driver were to be arrested for the curfew violation.

Officer's were able to get the driver safely out of the vehicle and sat down
on the curb.  I was instructed to handcuff the two males sitting on the curb
using flex-cuffs.  After placing flex-cuffs on the two male who I was not
able to identify at the time, I was then immediately called to form a line
at the closest intersection with my team.  Shortly after my team formed a
line the Denver Police scout car transported the two males to their jail for
the curfew violation.

I do not recall the exact location of where the arrest took place, however I
do know that it was still in Denver Police District 6

See DPD's curfew ordinance for specific details during this date and time.

My department issued body worn camera was activated during this call and my
report is not an exact transcript of the events.

NFAT

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 34

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 314441 - BENDER, MICHAEL R | | |
| **Capacity** | OTHER | **Org Unit** | VICE AND NARCOTICS |
| **Assigned On** | JUN-03-2020  (WED.) 0922 | **By** | 314441 -  BENDER, MICHAEL R |
| **Report Due On** | JUN-09-2020  (TUE.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-03-2020  (WED.) 1916 | | |
| **Approved On** | JUN-08-2020  (MON.) | **By** | 18568 -  REVELLE, WILLIAM A. |

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

**Follow Up Report #   34**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 314441 - BENDER, MICHAEL R |
| **Subject** | 202033771 |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On May 31 2020 at approximately 11:30pm I assisted Denver in crowd control for a curfew violation near 11th and Bannock St. This location is in the city of Denver, County of Denver and state of Colorado.

I observed a party later positively identified as Cameron Celestine 052002 out in public past 08:00pm. This violated Denver's emergency curfew order which was enacted for the riots occurring in Downtown Denver. Cameron was on the sidewalk near 11th and Bannock St when I arrived on scene.

Cameron was taken into custody. Cameron was then released to the Denver Police Department for transport to jail. Please see Officer Sweeney's supplemental report for further information.

Commander Redfearn was made aware I did not have a body worn camera (BWC) in my possession which he allowed due to my current assignment in Narcotics. Electronic Support Unit retrieved my BWC for inventory reasons due to me being a part of a specialized unit which does not utilized a BWC.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

## Follow Up Report  # 35

### ASSIGNMENT INFORMATION

**Assigned To** 314441 - BENDER, MICHAEL R
**Capacity** OTHER                              **Org Unit** VICE AND NARCOTICS
**Assigned On** JUN-03-2020  (WED.) 0922        **By** 314441 -  BENDER, MICHAEL R
**Report Due On** JUN-09-2020  (TUE.)

### SUBMISSION INFORMATION

**Submitted On** JUN-03-2020  (WED.) 1916
**Approved On** JUN-08-2020  (MON.)             **By** 18568 -  REVELLE, WILLIAM A.

### FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 314441 - BENDER, MICHAEL R |
| **Subject** | 2020338307 |
| **Related Date/Time** | JUN-03-2020  (WED.) |

On May 31 2020 at approximately 08:01pm, I Investigator Bender assisted
Denver in crowd control for rioting near 16th and Court Street. This
location is in the city of Denver, County of Denver and state of Colorado.

I observed a male walking northbound on Court St later identified as
Ethaniel Ayala 100800. Ethaniel was dressed in a black sweatshirt with
the hood over his head and a backpack over his back. Ethaniel was walking
northbound on Court St. There was also a marked police vehicle on Court St.
It appeared Ethaniel noticed the marked police and immediately changed the
direction to head southbound on Court St.

I exited my unmarked vehicle at approximately 08:01 pm and approached
Ethaniel. I was dressed in a police uniform with a police badge on the front
of my clothing which was not obstructed by my riot gear. It should be noted
Denver issued a curfew at 08:00 pm due to the riots taking place in downtown
Denver.

Search incident to arrest revealed two rocks, baking soda and other
personal items. One rock was the size of a soft ball and the other rock was
approximately 2 inches wide and 2 inches long. It should be noted rocks were
often used to throw at police and to break windows during the riot.

Denver Police Department  arrived at took custody of Ethaniel.

Commander Redfearn was made aware I did not have a body worn camera (BWC) in
my possession which he allowed due to my current assignment in Narcotics.
Electronic Support Unit retrieved my BWC for inventory reasons due to me
being a part of a specialized unit which does not utilized a BWC.

**Exhibit B to Aurora Defendants' MSJ**

**AURORA POLICE DEPARTMENT**

GO# 2020-18765
OUTSIDE ASSIST

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

# Follow Up Report  # 36

## ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 312364 - SNOW, ETHAN | | |
| **Capacity** | OTHER | **Org Unit** | ROBBERY CRIMES DIST 1 |
| **Assigned On** | JUN-09-2020  (TUE.) 1322 | **By** | 312364 -  SNOW, ETHAN |
| **Report Due On** | JUN-09-2020  (TUE.) | | |

## SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-09-2020  (TUE.) 1322 | | |
| **Checked By** | 301039 -  BAGINSKI, DANIEL L. | | |
| **Approved On** | JUN-09-2020  (TUE.) | **By** | 301039 -  BAGINSKI, DANIEL L. |

## FOLLOW UP CONCLUSION

**Follow Up Concluded**   YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 312364 - SNOW, ETHAN |
| **Subject** | UOF |
| **Related Date/Time** | JUN-09-2020  (TUE.) 1322 |

Date: May 31, 2020. Approximately 2030 hours.  Approximate location of E Colfax Ave and Pearl St, City and County of Denver.

On the above date, time and location, I, Detective Ethan Snow #312364, was working in full department issued ERT uniform after being mandated to respond on my scheduled day off to ongoing protests in the City and County of Denver.

I was tasked with securing an inner perimeter at the Denver District 6 police station and provided with a less than lethal 40mm foam baton launcher.  At this time, there was a violent crowd that was involved in numerous acts of criminal behavior to include, but not limited to, destruction of property and assaulting police officers.

I was made aware by Aurora Police Department Sgt. Shaker that the violent crowd had blocked off E. Colfax Ave and was continuing to damage property along with throwing projectiles such as rocks, bricks, and unknown explosives. I was informed that assistance was needed with less than lethal munitions as the roadway was attempting to be cleared and the crowd was being ordered to move back.

I made my way to E. Colfax Ave from the northwest alley of E. Colfax Ave and N. Washington St. Once on E. Colfax Ave, I observed a large crowd of people who were yelling, screaming profanities, using derogatory language and appeared out of control. I observed people in the crowd had masks on.  I observed numerous people in the crowd had makeshift shields made out of wood and other materials. I observed numerous people in the crowd were throwing rocks, chunks of brick, glass bottles and paint in my general direction as I approached a barrier in the street.  Once at the street barrier, I observed the crowd was approximately 20 yards away.  I observed an unknown person from the crowd throw an unknown explosive device that landed at my feet and exploded.  The explosion was so loud it caused me to temporarily lose hearing in my right ear and a ringing sound that lasted for longer than 10 minutes. I observed an unknown person pick up a chunk of asphalt from the ground and throw it towards me as I was standing adjacent to other police officers. The chunk of asphalt was about the size of an average adult fist.  The chunk of asphalt did not strike me but is unknown if it struck anyone else. I observed this same unknown person pick up another chunk of asphalt.  Due to the distance of the unknown person, other less lethal options were not practical to deploy in an attempt to stop the assaultive and injurious behavior that was imminently about to happen. I deployed one (1) less than lethal 40mm foam round at the unknown person who was about to throw another chunk of asphalt.  I targeted the abdomen area which is consistent with training provided.  The unknown person simultaneously threw the asphalt and concealed him/herself behind the north wall of the adjacent building.  The unknown person immediately picked up another unknown object from the ground and began to wind his/her arm back.  I then deployed another 40mm foam round at the unknown person to stop the imminent

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

assaultive and injurious behavior. The unknown person dropped the object from his/her hand and ran away. Due to the unknown person running away, an arrest or any potential necessary first aid was not able to be made or provided and an identification was not made.

During this time frame, rocks and other objects were still being thrown in my general direction and at other officers. While scanning the crowd, I observed a rock being thrown that came from the south side of E. Colfax Ave. The rock struck a uniformed police officer (unknown what agency). I immediately approached the south side of E. Colfax Ave and was informed by other police officer verbally and by them pointing in the general direction of, that the person throwing the rock was on the east side of Pearl St, south of E. Colfax Ave.  I observed an unknown person who had a piece of what appeared to be plywood resting in front of him/her. The person immediately threw another rock in my direction. I deployed a 40mm foam round which struck the plywood in front of the unknown person.  The unknown person threw another rock in my direction as I was adjacent to other police officers. I deployed another 40mm foam round which again struck the plywood. The unknown person ran away.  As I shifted my focus back to the large crowd to the west, I observed another rock land on the ground in front of me which came from the same direction as the previous unknown person behind the plywood on Pearl St. I looked back over and observed what appeared to be the same unknown person pick up another rock and throw it in my direction. I deployed another 40mm foam round and the unknown person again ran away. I was not able to arrest the unknown person, identify him or her, or render any potential necessary first aid due to the act of fleeing.

I did not deploy any other less than lethal munitions on this date. The unknown persons targeted were involved in criminal behavior that included assaults and attempted assaults on officers. The target areas were consistent with training provided.  The results of the force used is not known as all targeted unknown persons fled the area. I did not target any subjects that were not an imminent threat to myself, other officers or citizens. None of my munitions struck individuals outside of approved and appropriate target areas. No peaceful protesters were targeted by me at any time. I used the minimal amount of force necessary and lesser means were not practical due to the nature of the incident and totality of the situation and environment.  I am trained to operate and deploy less lethal launchers by the Aurora Police department and deployed this device within the policies and training received. I am not assigned a body camera and thus did not have a body camera during this incident.

Exhibit B to Aurora Defendants' MSJ

**AURORA POLICE DEPARTMENT**

**GENERAL OFFENSE HARDCOPY**

**(OUTSIDE ASSIST)**

GO# 2020-18765

OUTSIDE ASSIST

Follow Up Report #   37

# Follow Up Report  # 37

## ASSIGNMENT INFORMATION

**Assigned To** 24203 - BRUKBACHER, MATTHEW
J.

**Capacity** OTHER                              **Org Unit** TECHNICAL SERVICES BUREAU

**Assigned On** JUN-09-2020  (TUE.) 1512                    **By** 24203 -  BRUKBACHER,
MATTHEW J.

**Report Due On** JUN-09-2020  (TUE.)

## SUBMISSION INFORMATION

**Submitted On** JUN-09-2020  (TUE.) 1512

**Approved On** JUN-11-2020  (THU.)                  **By** 19977 -  LANIGAN, JAD M.

## FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   37**

## Related Text Page(s)

| | |
|---:|:---|
| **Narrative Text #** | 1 |
| **Document** | SUPPLEMENTAL |
| **Author** | 24203 - BRUKBACHER, MATTHEW J. |
| **Subject** | DENVER CASE 2020-336785, 337752 AND 336766 |
| **Related Date/Time** | JUN-05-2020  (FRI.) |

This report is to document the arrest of the following parties:
Sergio Luevano    03-31-99
Isabell Rice       08-20-98
Tristian Riley       06-02-01

On 05-31-2020 at about 2230 hrs, I was deployed as an Aurora Police Officer to the City of Denver to assist with violent protests that had erupted.  I was in an unmarked police vehicle along with Captain Stephen Redfearn and Division Chief Terry Brown and we were patrolling Colfax Ave from Washington St looking for criminal activity related to the protests/riots that had been on-going all weekend.  As we were driving past Logan St, we observed several parties huddled around a trashcan on the corner and appeared to be attempting to light the material on-fire.  Captain Redfearn was operating the vehicle and I was in the rear seat.  We made a u-turn and observed the parties igniting the material with a lighter.  I deployed a CS Sting-ball grenade at the parties to rapidly stop the criminal activity.  At this time, we had probable cause to arrest the parties for an arson related charge as well as violating the curfew order that was in place.  The parties fled the area, but we observed 3 of them running S/B down Logan.  We went around the block and located them still running.  We went after 2 of them running down the alley to the North back towards Colfax.  We stopped next to one party who was later identified as Leuvano.  Captain Redfearn took Luevano into custody.  Division Chief Brown began chasing another that turned around and ran away from us S/B.  I could hear him give orders to her to stop.  I chased after DC Brown and located him between 2 parked cars in a parking lot with the female on the ground.  DC Brown took the female into custody.  She was identified as Rice.  I was advised that additional officers arriving on-scene located Riley and he attempted to flee from them and was sprayed with OC.  All 3 were observed around the garbage can when the fire was being ignited.

The parties in custody were released to a Denver Sheriff scout car at the location. This concludes my involvement in this case.

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 38

### ASSIGNMENT INFORMATION

**Assigned To**  315875 - INGERSOLL, LUKE

**Capacity**  OTHER                                          **Org Unit**  S.W.A.T.

**Assigned On**  JUN-09-2020  (TUE.) 0805                    **By**  315875 -  INGERSOLL, LUKE

**Report Due On**  JUN-10-2020  (WED.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-09-2020  (TUE.) 1526

**Approved On**  JUN-09-2020  (TUE.)                         **By**  306647 -  LOPEZ, EDWARD J

### FOLLOW UP CONCLUSION

**Follow Up Concluded**  YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**GO# 2020-18765**

**OUTSIDE ASSIST**

**Follow Up Report #   38**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315875 - INGERSOLL, LUKE |
| **Related Date/Time** | JUN-09-2020  (TUE.) |

   On 05/31/2020, I, Commissioned Aurora Police Officer L Ingersoll (315875) was assigned as a uniformed member of the Aurora Police Department. I would be assisting uniformed members of the Emergency Response Team (ERT) who would be assisting the Denver Police Department (DPD) with crowd management.

   I would be providing "cover" for the ERT units and would take an enforcement action if a lethal threat presented itself to citizens, ERT or other law enforcement members.

   During the several hours long deployment throughout Denver, I deployed three canisters of hand held CS gas. I  conducted a "sighted delivery" of all three canisters. These canisters were deployed after orders were given to the crowd to disperse. The dispersal order was given after law enforcement personnel was being assaulted with rocks, bricks and bottles being thrown at uniformed law enforcement personnel.

   I deployed two canisters of gas near DPD district six (6) building and one near the state capitol building.

   This report and the deployments of gas canisters are to the best of my recollection at the time of this report.

   I was assigned to APD ERT squad eight (8) under the direct supervision of Sergeant Hummel and Lieutenant Carlson.

   End report.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 39

### ASSIGNMENT INFORMATION

**Assigned To**  23938 - SHIPLEY, JUSTIN M.
**Capacity**  OTHER                                    **Org Unit**  OPERATIONS DIST 3
**Assigned On**  JUN-09-2020  (TUE.) 0805                    **By**  23938 -  SHIPLEY, JUSTIN M.
**Report Due On**  JUN-10-2020  (WED.)

### SUBMISSION INFORMATION

**Submitted On**  JUN-09-2020  (TUE.) 1558
**Approved On**  JUN-09-2020  (TUE.)                         **By**  23938 -  SHIPLEY, JUSTIN M.

### FOLLOW UP CONCLUSION

**Follow Up**  YES
**Concluded**

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   39**

## Related Text Page(s)

| | |
|---|---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 23938 - SHIPLEY, JUSTIN M. |
| **Subject** | CIRCLE-K E 10TH AVE/BROADWAY |
| **Related Date/Time** | JUN-09-2020  (TUE.) |

Author: Sgt. J. Shipley #23938

05/31/2020    Approximately 23:28 Hours

 I was deployed to assist Denver Police with a riot situation.  I was
assigned to a marked Aurora Police Car with four Officers and per the
command post we were a roving patrol unit and were to assist Denver where
ever they needed us.

 Throughout the night we were met with violent protesters where items were
thrown at us and our vehicle.  During our patrols I saw people lighting
dumpsters on fire, had large mortar type fireworks thrown at me, and several
people arrested were armed with firearms.  It is also important to note that
the City of Denver had enacted a curfew which began at 20:00 hours.

 Denver Police were out with a large group of protesters at the Circle K
near E 10th Ave and Broadway and asking for assistance with the group. Upon
our arrival I noted that we were out numbered by the protesters and they had
not yet been detained, several officers were in the process of searching and
handcuffing them.

 Denver Police aired that they were in a foot chase with more protesters who
were scene fleeing the area of a dumpster fire and damaging property.  These
protesters were running in the alley behind the gas station.  I observed a
Denver Police Officer start to run towards the alley and I went behind him.
 Once I could see the alley I observed approximately 15-20 people running
towards our location.  I was concerned if the parties were to run towards
the gas station they would be a threat to the officers dealing with the
other group at the gas station.

 The Denver Officer fired a pepperball gun at several people and they
continued to advance on his location. I deployed a few 40mm foam rounds
in a effort to help protect the Denver Officer and to keep the crowd from
advancing on the gas station.  At this time myself and the Denver Officer
were outnumbered and the crowd displayed no signs of cooperation.

**Exhibit B to Aurora Defendants' MSJ**

# AURORA POLICE DEPARTMENT
## GENERAL OFFENSE HARDCOPY
### (OUTSIDE ASSIST)

I gave several orders for people lay down and some did but others refused. I still felt that I was in danger due to the amount of people in the area and the lack of officers with me. I deployed a few more 40mm foam rounds at the people not complying and once other Denver Officers arrived on-scene several people were arrested. Some of the parties were able to flee the area by jumping over a large fence and others fled on E 10th Ave.

I deployed a total of 6 foam rounds.  I am a trained operator in the deployment of the 40mm launcher and deployed the foam rounds consistent with my training from the Aurora Police Department. I targeted approved areas of the body when I deployed the foam rounds.

I returned to the gas station and observed Ofc. Villamor attempting to take a pair of handcuffs off a male.  The male became very upset and was yelling at Ofc. Villamor.  The handcuffs were removed and replaced with zip-tie style handcuffs.

Denver Officers remained with the detained parties and we cleared the area to assist at other locations.

NFAT///

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 40

### ASSIGNMENT INFORMATION

| | | | |
|---|---|---|---|
| **Assigned To** | 315092 - LEMUS, ROSA | | |
| **Capacity** | OTHER | **Org Unit** | PATROL/DIST1/TEAM09 |
| **Assigned On** | JUN-09-2020  (TUE.) 0805 | **By** | 315092 -  LEMUS, ROSA |
| **Report Due On** | JUN-10-2020  (WED.) | | |

### SUBMISSION INFORMATION

| | | | |
|---|---|---|---|
| **Submitted On** | JUN-09-2020  (TUE.) 1556 | | |
| **Approved On** | JUN-09-2020  (TUE.) | **By** | 17397 -  MARTINEZ, JOE (RETIRED) |

### FOLLOW UP CONCLUSION

| | |
|---|---|
| **Follow Up Concluded** | YES |

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

**Follow Up Report #   40**

## Related Text Page(s)

| | |
|---:|:---|
| **Narrative Text #** | 1 |
| **Document** | NARRATIVE/REMARKS |
| **Author** | 315092 - LEMUS, ROSA |
| **Related Date/Time** | JUN-09-2020  (TUE.) |

On May 31st 2020, I, Ofc Lemus 315092 was deployed with ERT(Emergency
Response Team) with the 12 gauge less lethal shotgun to assist the Denver
Police Department with protests within their city.

At some point during the protests, outside of an unknown apartment building,
fired 2 less lethal rounds at a person that charged at our line. This person
ran away therefore I was unable to render medical aid or identify this
person.

My department issued body camera activated during the protest.

NFAT

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Follow Up Report  # 41

### ASSIGNMENT INFORMATION

**Assigned To** 25334 - SMICK, DANIEL

**Capacity** OTHER                                    **Org Unit** CRS ADMIN

**Assigned On** JUN-03-2020  (WED.) 0805          **By** 25334 -  SMICK, DANIEL

**Report Due On** JUN-10-2020  (WED.)

### SUBMISSION INFORMATION

**Submitted On** JUN-03-2020  (WED.) 1607

**Approved On** JUN-09-2020  (TUE.)              **By** 18165 -  TALBERT, STACY R

### FOLLOW UP CONCLUSION

**Follow Up Concluded** YES

Exhibit B to Aurora Defendants' MSJ

# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Related Text Page(s)

---

**Narrative Text #** 1
**Document** SUPPLEMENTAL
**Author** 25334 - SMICK, DANIEL
**Related Date/Time** JUN-03-2020  (WED.)

---

On 05312020, at approx 2115 hrs, I was assisting Denver PD with active
violent protests in the City of Denver.


I was deployed to the area of Denver PD's, 6th Precinct, located I believe
at Colfax Ave/Washington.

I deployed approx 8, 40mm foam rounds at parties throwing objects, kicking
tear gas canisters back toward police and blinding officers by shinning
bright motorcycle (stationary) headlight at the police. The rounds were
fired from a single shot, Defense Technologies launcher.

Each party which was targeted was observed running/riding away from the
area.

Later at approx 2245 hrs, I was in the area of the State Capitol (Colfax
side).

I deployed approx 3, 40mm rounds at parties throwing objects and picking up
objects to throw at officers.

Each party which was targeted was observed running away from the area.

I targeted areas authorized, consistent and within policy of training which
I received from the Aurora Police Department's less lethal operators class.

My department authorized body camera was recording during these incidents.
This report is a brief synopsis and not verbatim. The video was downloaded
into VieVu.

nfat

---

**Exhibit B to Aurora Defendants' MSJ**



# AURORA POLICE DEPARTMENT

## GENERAL OFFENSE HARDCOPY

### (OUTSIDE ASSIST)

## Clearance Information

| | |
|---|---|
| **Agency** | AURORA P.D. |
| **Cleared Status** | NOT APPLICABLE  - NOT APPLICABLE |
| **Cleared On** | JUN-03-2020  (WED.) |
| **Cleared By Officer 1** | 26215 -  CARLSON, CASSIDEE |
| **Org Unit** | DIST2 -  OPERATIONS DIST 2 |
| **Complainant/Victim Notified** | NO |

**Exhibit B to Aurora Defendants' MSJ**

**\*\*\* END OF HARDCOPY \*\*\***

**Exhibit B to Aurora Defendants' MSJ**