

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# CORY BUDAJ

# DATE:
# December 29, 2021



Exhibit C to Aurora Defendants' MSJ

```
 1            IN THE UNITED STATES DISTRICT COURT
 2
 3              FOR THE DISTRICT OF COLORADO
 4
 5          CIVIL ACTION NO. 1:20-cv-01878-RBJ
 6
 7         (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)
 8
 9
10                  ELISABETH EPPS, ET AL.,
11
12                        Plaintiffs,
13
14                            V.
15
16            CITY AND COUNTY OF DENVER, ET AL.,
17
18                        Defendants.
19
20
21
22
23   DEPONENT:   CORY BUDAJ
24   DATE:       DECEMBER 29, 2021
25   REPORTER:   LINDSEY N. JOHNSON
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273** Phone
**502.584.0119** Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C to Aurora Defendants' MSJ**

The Deposition of CORY BUDAJ, taken on December 29, 2021

2

| | |
|---|---|
| 1 | APPEARANCES |
| 2 | |
| 3 | ON BEHALF OF THE FITOURI PLAINTIFFS: |
| 4 | Elizabeth Wang, Esq. |
| 5 | Loevy & Loevy |
| 6 | 2060 Broadway |
| 7 | Suite 460 |
| 8 | Boulder, Colorado 80302 |
| 9 | Telephone No.: (720) 328-5642 |
| 10 | E-mail: elizabethw@loevy.com |
| 11 | (Appeared via videoconference) |
| 12 | |
| 13 | ON BEHALF OF THE EPPS PLAINTIFFS: |
| 14 | Matthew J. Douglas, Esq. |
| 15 | Timothy R. Macdonald, Esq. |
| 16 | Arnold & Porter Kaye Scholer LLP |
| 17 | 1144 Fifteenth Street |
| 18 | Suite 3100 |
| 19 | Denver, Colorado 80202 |
| 20 | Telephone No.: (303) 863-2315 |
| 21 | E-mail: matthew.douglas@arnoldporter.com |
| 22 | timothy.macdonald@arnoldporter.com |
| 23 | (Appeared via videoconference) |
| 24 | |
| 25 | |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit C to Aurora Defendants' MSJ**

The Deposition of CORY BUDAJ, taken on December 29, 2021

3

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:
 4   Eric Butler, Esq.
 5   Jefferson County Attorney's Office
 6   100 Jefferson County Parkway
 7   Suite 5500
 8   Golden, Colorado 80419
 9   Telephone No.: (303) 271-6511
10   E-mail: ebutler@jeffco.us
11   (Appeared via videoconference)
12
13   ON BEHALF OF THE CITY OF AURORA DEFENDANTS:
14   Isabelle Evans, Esq.
15   City of Aurora City Attorney
16   15151 East Alameda Parkway
17   Aurora, Colorado 80012
18   Telephone No.: (303) 341-8700
19   E-mail: ievans@auroragov.org
20   (Appeared via videoconference)
21
22
23
24
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

```
 1            APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:
 4   Robert Huss, Esq.
 5   Denver City and County Attorney's Office
 6   201 West Colfax Avenue
 7   Denver, Colorado 80202
 8   Telephone No.: 720-913-8072
 9   E-mail: robert.huss@denvergov.org
10   (Appeared via videoconference)
11
12   ON BEHALF OF THE DEPONENT, CORY BUDAJ:
13   David Goddard, Esq.
14   Bruno, Colin & Lowe, P.C.
15   1999 Broadway
16   Suite 4300
17   Denver, Colorado 80202
18   Telephone No.: 303-831-1099
19   E-mail: dgoddard@brunolawyers.com
20   (Appeared via videoconference)
21
22   Also Present:  Leah Sharp, Videographer
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

The Deposition of CORY BUDAJ, taken on December 29, 2021

5

```
1                          INDEX
2                                                    Page
3   PROCEEDINGS                                         7
4   DIRECT EXAMINATION BY MS. WANG                      9
5   EXAMINATION BY MR. DOUGLAS                        124
6
7                         EXHIBITS
8   Exhibit                                          Page
9   1 - Color photo with officers and yellow boxes    127
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

1    A.   Yes.
2    Q.   And you signed those and verified them under
3  oath, correct?
4    A.   Yes.
5    Q.   Okay. And you have no idea who Plaintiff
6  Jonathan Duran is, right?
7    A.   I don't. No, ma'am.
8    Q.   You did not shoot anybody in the groin with
9  your 40-millimeter launcher on May 31, 2020?
10   A.   I did not.
11   Q.   There are no circumstances under which you can
12 shoot a person with a 40-millimeter launcher in the
13 groin unless the situation calls for deadly force,
14 right?
15   A.   It's a prohibited area that we try to avoid,
16 yes.
17   Q.   Okay. So unless Plaintiff Jonathan Duran was
18 committing an act that warranted you to respond with
19 lethal force, you would not have been permitted to shoot
20 him with a 40-millimeter launcher in the groin, right?
21        MR. GODDARD: Object to the form.
22   A.   It would not have been a targeted area.
23   Q.   Are you saying that you may have shot
24 Plaintiff Jonathan Duran accidentally in the groin?
25        MR. GODDARD: Object to the form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

1    A.   No.  I couldn't state -- I do not believe that
2  that was myself that fired that 40-millimeter round,
3  and, again, I could not state.
4    Q.   Okay.  So you can't tell us in any way,
5  anything that Plaintiff Jonathan Duran was doing that
6  may have warranted any use of force whatsoever, right?
7    A.   I do not recall.  I don't know what your
8  client looks like.  I could not tell you in way, shape,
9  or form.  I -- I have never seen him before in my life.
10   Q.   Okay.  You did not shoot a person who was
11 wearing a white helmet that said "media" on it in the
12 groin with your 40-millimeter launcher on May 31, 2020,
13 right?
14   A.   I did not.
15   Q.   Okay.  And you would agree that it's not a
16 reasonable use of force to shoot a somebody with a
17 40-millimeter launcher simply because there are other
18 individuals around him hiding behind dumpsters?
19        MR. GODDARD:  Object to the form.
20   A.   No.  I would say no.
21   Q.   That's not a -- you would agree with me, that
22 would not be a reasonable use of force?
23        MR. GODDARD:  Object to the form.
24   A.   The use of force would have to be specific to
25 that person.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

1    Q.   Right.  So when you're going to shoot somebody
2  with a 40-millimeter launcher, it has to be in response
3  to something that that person is doing, right?
4    A.   I would agree.
5    Q.   And so if there's a journalist in the midst of
6  a bunch of people and those other people are creating
7  makeshift fences with fences or with dumpsters but he's
8  not participating in that, that would not justify an
9  officer shooting him with a 40-millimeter launcher,
10 right?
11        MR. GODDARD:  Object to the form.
12   A.   Again, it would be action specific, so I state
13 -- it would have to be his specific actions.
14   Q.   And you can't say that Jonathan Duran was
15 throwing anything at 9:34 p.m. on May 31, 2020, right?
16   A.   Again, I never saw him, so I could not state
17 what he was doing.
18   Q.   Right.  If a journalist was in a crowd and was
19 not throwing any objects and was backing up in response
20 to officers moving forward in a line, would that warrant
21 shooting that person with a 40-millimeter launcher,
22 those circumstances?
23        MR. GODDARD:  Object to the form.
24   A.   I would -- I would state the same answer as I
25 did a second ago.  It would have to be action specific,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

```
 1   submitted an answer?
 2        A.   Say again?
 3        Q.   You submitted an answer -- let me put it up on
 4   the screen.  Do you see this document?
 5        A.   I see the screen.
 6        Q.   City of Aurora's answer to Fitouri plaintiff's
 7   third amended class-action complaint and the jury
 8   demand.  This an answer from the City of Aurora and you,
 9   right?  To the allegations in my clients' third amended
10   class-action complaint, right?
11        A.   Okay.  Yes.
12        Q.   And you state here that you admit that you
13   deployed a cannister of gas at approximately 9:41 p.m.,
14   right?
15        A.   Yes, ma'am.
16        Q.   And you, in fact, deployed a cannister of gas
17   at 9:41 p.m., right?
18        A.   Yes, ma'am.
19             MR. GODDARD:  Objection to the form.
20        Q.   Okay.  Let's watch a video of that.  So I have
21   got -- oh, wait.  Let me share my screen.  I've got
22   COABLM547, the officer -- Officer Wilson's body-worn
23   camera video up on the screen.  Can you see this?
24        A.   Yes, ma'am.
25        Q.   Okay.  So we're going to play it from
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ

CERTIFICATE OF REPORTER

STATE OF COLORADO

I do hereby certify that the witness in the foregoing transcript was taken on the date, and at the time and place set out on the Title page here of by me after first being duly sworn to testify the truth, the whole truth, and nothing but the truth; and that the said matter was recorded stenographically and mechanically by me and then reduced to typewritten form under my direction, and constitutes a true record of the transcript as taken, all to the best of my skill and ability.  I certify that I am not a relative or employee of either counsel, and that I am in no way interested financially, directly or indirectly, in this action.

LINDSEY N. JOHNSON,

COURT REPORTER/NOTARY

COMMISSION EXPIRES:  08/05/2024

SUBMITTED ON:  01/10/2022

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit C to Aurora Defendants' MSJ