Page 1

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-CV-01922-RBJ-MEH
& 1l20-cv-03155-KLM (consolidated)
_____

ELISABETH EPPS, et al.,
      Plaintiffs,
vs.
CITY AND COUNTY OF DENVER, et al.,
      Defendants.
_____

VIDEO VIDEOCONFERENCED DEPOSITION OF PATRICIO SERRANT
July 16, 2021
_____

VIDEOCONFERENCED APPEARANCES:

ON BEHALF OF THE PLAINTIFFS:
      PATRICK C. REIDY, ESQ.
      Arnold & Porter Kaye Scholer LLP
      70 West Madison Street, Suite 4200
      Chicago, Illinois  60602
      Phone:  312-583-2424
      Email:  patrick.reidy@arnoldporter.com

ON BEHALF OF THE PLAINTIFFS:
      ELIZABETH WANG, ESQ.
      Loevy & Loevy
      312 North May Street, Suite 100
      Chicago, Illinois  60607
      Phone:  312-243-5900
      Email:  elizabethW@loevy.com

```
 1    ON BEHALF OF THE DEPONENT:
           MEGAN PLATT, ESQ.
 2         Assistant City Attorney-Police Legal Advisor
           15151 East Alameda Parkway, Suite 5300
 3         Aurora, Colorado  80012
           Phone:  303-793-7030
 4         Email:  mplatt@auroragov.org
 5    ON BEHALF OF THE DEFENDANTS:
           ROBERT HUSS, ESQ.
 6         Denver City Attorney's Office
           201 West Colfax
 7         Denver, Colorado  80202
           Phone:  720-913-8050
 8         Email:  robert.huss@denvergov.org
 9
      ALSO PRESENT: Dennis Clayton, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

         PURSUANT TO WRITTEN NOTICE and the appropriate rules of civil procedure, the video videoconferenced deposition of PATRICIO SERRANT, called for examination by the Plaintiffs, was taken remotely, commencing at 12:04 p.m. on July 16, 2021, before Laurel S. Tubbs, a Registered Professional Reporter, Certified Realtime Reporter and Notary Public in and for the State of Colorado.

INDEX

| EXAMINATION: | PAGE |
|---|---|
| By Mr. Reidy | 6, 132 |
| By Ms. Wang | 84 |

| EXHIBITS: | | PAGE |
|---|---|---|
| Exhibit 1 | Bates Stamped DEN003925 to DEN004018 | 33 |
| Exhibit 2 | Video COABLM 508 | 54 |
| Exhibit 3 | Video DEN003871 | 58 |
| Exhibit 4 | Video COABLM 450 | 67 |
| Exhibit 5 | Video COABLM416_Garcia,Richard_2020531 | 70 |
| Exhibit 6 | Photograph BLM_00001072 | 74 |
| Exhibit 7 | Photograph BLM_0000042 | 75 |
| Exhibit 8 | Photograph BLM_000038 | 76 |
| Exhibit 9 | Photograph BLM_000040 | 77 |

Page 58

1    A.   Names, no, I don't.

2    Q.   Okay.  Do you remember what your team's
3 objective was while you were standing outside the Denver
4 Police Department station?

5    A.   Well, I -- at that time, I think we
6 believed that maybe the -- that whatever the protest or
7 whatever group was -- you know, was going to try to --
8 you know, to try to possibly enter or cause damage to the
9 police station, because they were, you know, they were
10 there.  So we were just in the corner, you know, trying
11 to keep the people back from the station.

12    Q.   Okay.  So to your recollection, then, your
13 purpose was to protect the police station from the
14 protestors at the intersection?

15    A.   I would say so, yes.

16    Q.   Okay.  I'm going to show you a new video.
17 So this -- this video I'll mark as Exhibit 3 -- sorry.
18 Exhibit -- yes, Exhibit 3.  It's a video, Bates number
19 DEN003871.

20         Can you see the video on the screen,
21 Sergeant?

22         (Exhibit 3 was marked.)

23    A.   Yes, sir.

24    Q.   Do you recognize this intersection to be
25 the same intersection that you were standing at and the

Page 67

1  however.  Do you know David McNamee.
2              (Exhibit 4 was marked.)
3         A.   I do.
4         Q.   What's your relationship to David McNamee?
5         A.   He's just a coworker.  He's an officer,
6  and, you know, I've known him in passing.  But no
7  friendships or no, you know, nothing else.
8         Q.   Was David McNamee on your team on May 31st
9  at around 9:12 p.m. at this location outside the Denver
10 police station?
11        A.   You know, without looking at the roster, I
12 really don't know if he was on my team or if he was on
13 Darin Chamberland's team.  He could have been, yes.
14        Q.   Okay.  We're going to watch this for a
15 minute and ask another question.
16             (Video playing.)
17        Q.   Okay.  I'm pausing it here at 9:12:04.  And
18 the video -- the time stamp is 9 -- 21:12:04 or 9:12:04
19 p.m.  And did you hear yourself telling David McNamee, If
20 they start kicking the shit, go ahead and see if you can
21 hit them?
22        A.   Yes.
23        Q.   Do you know, based on the video clip that
24 we just watched, whether David McNamee was carrying a
25 less-lethal shotgun?

Page 72

```
 1              Q.   Okay.  Did you see, shortly before I paused
 2   it, an individual approach the canister and kick it off
 3   the curb?
 4              A.   I did not, no.
 5              Q.   Okay.  I'm going to -- I'm going to rewind
 6   it, and I want you to try to focus your attention on this
 7   portion of the street.  And I acknowledge it's a little
 8   hard to see, so I won't belabor it.  But it's important,
 9   so we'll give this another shot.
10                   I'm backing it up to 21:11:53, 9:11 p.m.
11                   (Video playing.)
12              Q.   Okay.  Did you happen to see it that time?
13              A.   It's kind of hard to see that, but I did
14   not, no.
15              Q.   Okay.  So I'm going to back it up one more
16   time.  We're going it play it at regular speed.  This time
17   I just want you to listen.
18              A.   Okay.
19              Q.   Okay.  I backed it up to 21:11:53.
20                   (Video playing.)
21              Q.   I want you to listen for the three quick
22   shotgun blasts that we heard earlier from Mr. McNamee.
23                   (Video playing.)
24              Q.   Did you hear them?
25              A.   I think so, yes.
```

1  been produced at BLM_0000042.  This is another photograph,
2  and I'll represent to you that this is a photograph of the
3  same individual in Exhibit 6 that we just looked at.
4             Do you recognize now that this is the
5  intersection that you were standing at at this date and
6  time?
7             (Exhibit 7 was marked.)
8        A.   I mean, it could be.  I -- I -- I don't
9  know.  I mean, there's nothing -- you know, first of all,
10 I don't know Denver very well.  So when you told me
11 Washington -- I mean, if I could see the police station
12 or I could see maybe the line of officers.  I could see
13 some officers from the corner over there.  So, yeah, I
14 mean, it could possibly be there -- I mean, it looks like
15 it, yes.
16       Q.   Okay.  To -- I think what I could do is
17 show --
18       A.   I didn't see -- I didn't see the officers
19 over there.  And I also saw the median -- the little
20 yellow delineator post there, yeah.  So I can see that
21 back in -- I can tell that it matches the intersection,
22 yes.
23       Q.   Okay.  And just to confirm, you know, take
24 a look at the -- the overturned umbrella in the
25 intersection.

Page 76

```
 1              A.   Yeah, I see it now.
 2              Q.   Okay.  And I can -- I can refer you to the
 3     video we watched at -- which is Exhibit 3, DEN003871.  At
 4     9:12 p.m. you can see the same upturned red umbrella in
 5     the intersection, right?
 6              A.   Yes.
 7              Q.   Okay.  So to confirm, you -- if -- this
 8     appears to be the same intersection that you were standing
 9     at in your body-worn camera that we were looking at in
10     Exhibit 2, right?
11              A.   Yes.
12              Q.   Okay.  Exhibit 8 is another photograph
13     produced at BLM_000038.  Again, this is the individual in
14     the -- shown in the prior two exhibits at this
15     intersection that you were at.
16                   (Exhibit 8 was marked.)
17              A.   I'm sorry.  Was that a question?  I'm
18     sorry.  Is that --
19              Q.   No, no, no question.
20                   Can you tell that this individual is now
21     falling down?
22              A.   Yes.
23              Q.   Okay.  Exhibit 9 is a photograph produced
24     at BLM_000040.  Again, same individual, same intersection,
25     cloud of CS gas or smoke.  And you can see that the
```

Page 77

1   individual is now on the ground, right?
2                (Exhibit 9 was marked.)
3        A.   Yes.
4        Q.   And last photograph produced at BLM_0000041
5   shows this individual unconscious lying in the curb.
6             Do you see that?
7        A.   Yes.
8        Q.   Do you recall anyone being knocked
9   unconscious while you were standing at the intersection of
10  Colfax and Washington on the night of May 31st?
11       A.   No.
12       Q.   Do you think it's likely, given this video
13  location and your instruction to your team that we've
14  discussed earlier, that this individual was struck with a
15  less-lethal weapon round and knocked unconscious?
16            MS. PLATT:  Form and foundation.
17       A.   I don't know.
18       Q.   (By Mr. Reidy)  If this individual
19  testified that he was at this location, Colfax and
20  Washington, outside the police station there at
21  approximately 9:12 p.m., and that shortly after he kicked
22  the tear gas canister or smoke canister off the curb, he
23  was struck with something that knocked him unconscious, do
24  you think it would be reasonable to believe that he was
25  struck with a round from one of the less-lethal weapons

```
 1   from a member of your team --
 2                MS. PLATT:  Form and foundation.
 3           Q.   (By Mr. Reidy)  -- standing at this --
 4   standing at this intersection at this time?
 5                MS. PLATT:  Form and foundation.
 6           A.   I don't know.  There was a lot of things
 7   being thrown around, so I can't tell.  I don't know.
 8           Q.   (By Mr. Reidy)  What else do you think
 9   could have knocked him unconscious?
10           A.   I mean, I don't want to speculate on
11   anything.  I mean, there's rocks being thrown at us.
12   There was rocks being thrown everywhere.  I don't know.
13   And, you know, you -- I don't know.  I mean, if I could
14   tell you specifically, I would.  You know, I don't know,
15   you know -- I don't know.
16           Q.   Based on your training with recent
17   less-lethal shotguns, if somebody was struck in the head
18   with a beanbag round from a less-lethal shotgun, would
19   that knock them out?
20           A.   It possibly could happen.  But is that --
21   is this what happened here?  I don't know.
22           Q.   Did you think that it was consistent with
23   Aurora Police Department policy to instruct your team,
24   including David McNamee, utilizing a less-lethal shotgun,
25   to target and hit protesters kicking canisters of gas or
```

Page 139

1              REPORTER'S CERTIFICATE

2

3

4              I, Laurel S. Tubbs, a Registered
5    Professional Reporter, Certified Realtime Reporter, and
6    Notary Public within the State of Colorado, do hereby
7    certify that previous to the commencement of the
8    examination, the deponent was duly sworn by me to testify
9    to the truth.
10              I further certify that this deposition was
11   taken in shorthand by me remotely and thereafter reduced
12   to a typewritten form; that the foregoing constitutes a
13   true and correct transcript.
14              I further certify that I am not related
15   to, employed by, nor of counsel for any of the parties or
16   attorneys herein, nor otherwise interested in the result
17   of the within action.
18              My commission expires September 1, 2023.

19
20              [signature]
                LAUREL S. TUBBS
21              Registered Professional Reporter
                Certified Realtime Reporter
22              and Notary Public
23
24
25