*AB Litigation Services*

**CONFIDENTIAL TRANSCRIPT**

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)
```

REMOTE DEPOSITION OF ZACHARY DANIEL PACKARD
July 16, 2021

PLAINTIFFS:

ELISABETH EPPS, et al.

vs.

DEFENDANTS:

CITY AND COUNTY OF DENVER, et al.

*AB Litigation Services*

CONFIDENTIAL TRANSCRIPT

```
 1   APPEARANCES:

 2        ARNOLD & PORTER KAYE SCHOLER LLP
              By Matthew J. Douglas, Esq.
 3               1144 15th Street, Suite 3100
                 Denver, Colorado  80202
 4                  Appearing on behalf of Plaintiffs
                    Epps, Wedgeworth, Blasingame,
 5                  Rothlein, Packard, Lyman and Smith.
                    (Via Zoom videoconference.)
 6
          DENVER CITY ATTORNEY'S OFFICE
 7        CIVIL LITIGATION SECTION
              By Lindsay M. Jordan, Esq.
 8               201 West Colfax Avenue, Department 1108
                 Denver, Colorado  80202
 9                  Appearing on behalf of Defendants.
                    (Via Zoom videoconference.)
10
           Also present:  Stephanie Wang (Arnold &
11                        Porter, via Zoom
                          videoconference.)
12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Zachary Daniel Packard  - 07/16/2021*                        2

```
 1              Pursuant to Notice and the Federal
 2    Rules of Civil Procedure, the deposition of
 3    ZACHARY DANIEL PACKARD, called by Defendants, was
 4    taken on Friday, July 16, 2021, commencing at
 5    12:05 p.m., via Zoom videoconference, before
 6    Sharon R. Dobson, Registered Professional Reporter
 7    and Notary Public within and for the State of
 8    Colorado.
 9                       I N D E X
10    DEPOSITION OF ZACHARY DANIEL PACKARD
11    EXAMINATION BY:                              PAGE
12      Mr. Douglas                                  78
13      Ms. Jordan                                5, 79
14
15
16
17
18
19
20
21
22
23
24
25
```

*AB Litigation Services*

```
 1    EXHIBITS                                  INITIAL REFERENCE

 2    Exhibit 1   Rose Medical Center bills           38

 3    Exhibit 2   Swedish Medical Center bills        39

 4    Exhibit 3   Photograph, BLM_00000038            48

 5    Exhibit 4   Social media page from              49
                  T.R. Vowell, BLM_00000039
 6
      Exhibit 5   Photograph, BLM_00000040            49
 7
      Exhibit 6   Photograph, BLM_00000041            51
 8
      Exhibit 7   Photograph, BLM_00000042            51
 9
      Exhibit 8   COABLM416_GarciaRichard_2020531     58
10
      REQUESTS:
11
      Page 47, Line 16
12
      Page 64, Line  7
13

14

15

16

17

18

19

20

21

22

23

24

25
```

*Zachary Daniel Packard  - 07/16/2021*                                 *4*

**Exhibit E to Aurora Defendants' MSJ**

```
 1        Q    And what did -- tell me about that.  What
 2   did you observe?
 3        A    The march kind of got broken up because
 4   the police rushed us.  And I observed a woman
 5   fleeing, and they were just shooting her in the back
 6   with pepper bullets even though she was trying to
 7   get away.  And she stumbled and they just kept
 8   opening fire on her.
 9        Q    Do you recall anything about the uniforms
10   that those officers were wearing that you observed
11   shoot at this lady?
12        A    All black riot gear.  That's all.
13        Q    And could you see any sort of patches that
14   would identify which department they were with,
15   meaning, like, Denver or Aurora or Arvada?
16        A    I didn't get close enough, so I didn't --
17   I couldn't identify.
18        Q    And to your best estimate, how far away
19   were you from the incident that you observed?
20        A    It'd be like a hundred feet.  Maybe like a
21   hundred feet.
22        Q    Did you see any other occasions where the
23   police used force in addition to the one you just
24   told me about on May 30th?
25        A    That was the only thing I observed.
```

1    basically right up to my feet.  And so I kicked it
2    out into the street, like out away from the
3    protestors.  And that was when I got hit in the
4    head.  I lost vision.  I heard ringing in my ears.
5    And I could feel that I was falling to the ground.
6    And then the next thing I know I was waking up in,
7    like, someone's arms, like a block away.
8         Q    Did you see the officer that had deployed
9    the canister that landed at your feet?
10        A    I did not.
11        Q    And when you kicked the canister, did you
12   intend to just kick it away from you or kick it at
13   the police officer?
14        A    I intended to kick it away.
15        Q    How long after you -- or strike that.
16             Did you actually kick it -- did your foot
17   make contact with the canister?
18        A    Yes.
19        Q    And then how long after your kicking the
20   canister did you get hit with the less lethal?
21        A    Almost immediately.
22        Q    And do you recall where on your body you
23   were hit?
24        A    Right here in my temple, like right by my
25   ear.

```
 1   and a half, two hours; is that correct?
 2        A    Yes, somewhere around there.
 3        Q    So -- so collectively, the two days that
 4   you were there, is it fair to say you were at the
 5   protest -- have to do the math again -- like, two,
 6   2-1/2, maybe up to three hours --
 7        A    Yeah.
 8        Q    -- for the two days?
 9             Okay.  Now I'm going to mute really quick.
10   I want to show you a clip of some body-worn camera,
11   but whenever I turn it on -- and this is only if I
12   can do the technical.  Otherwise I'm going to have
13   to put it on my phone and show you.  I don't know.
14   I think if I put it over here -- I do apologize.
15             MS. JORDAN:  Why don't we go off the
16   record for a couple minutes while I get this
17   situated, and then hopefully we'll be good to go.
18             (Break taken.)
19        Q    (By Ms. Jordan) I'll represent to you,
20   Mr. Packard, that I think this is the body-worn
21   camera that I've been able to isolate that -- it's a
22   very small snippet, but I believe it has your
23   incident in it.  And I just wanted to see first if
24   this intersection is correct with your recollection
25   of where you were when your injury occurred.
```

AB Litigation Services

1       A     Okay.
2       Q     Okay.  So we'll watch a little bit, and
3    then I'll ask you a couple questions.
4             (Video clip played.)
5       Q     (By Ms. Jordan) Okay.  I'm going to stop
6    it there for a second.  And did you see that
7    canister that was just deployed?
8       A     Yes.
9       Q     Okay.
10            (Video clip played.)
11      Q     (By Ms. Jordan) And unfortunately the car
12   drives right by us as I believe it's happening, but
13   let me skip back to -- 10 seconds.
14            (Video clip played.)
15      Q     (By Ms. Jordan) And I think you can see
16   yourself.  Is that -- is that you?  I'm going to go
17   back another 10 seconds, but what I think we see --
18   what we can actually see, because the car drives by,
19   is when you're falling.  But I want you to watch it,
20   and let me know if that is you when you're falling.
21            (Video clip played.)
22      Q     (By Ms. Jordan) Was that you?
23      A     It's hard for me to say.  This is pretty
24   heavy for me.
25      Q     No.  And I understand that.  And I do

1  appreciate you watching that.  I was just trying to
2  isolate to see if I found the body-worn camera of
3  what we thought was you.  And so if you don't know
4  if it's you or not, that's fine.  I was just going
5  to show that to you to see if it seemed correct or
6  not.
7       A    It could be.  And what's interesting is as
8  soon as I ran up to that canister, the police
9  officer who was wearing that body camera, like,
10 opened fire on someone.  Like, is it possible that
11 was the officer that shot me in the head?
12      Q    I -- I don't know.  I was just trying to
13 find out -- well, this officer is directly across
14 the street.
15      A    Um-hum.
16      Q    And I think you thought that it came from
17 the Washington side.  I'm just -- I just wanted to
18 know if that looked like it could have possibly been
19 you.
20      A    I think it could have possibly been me,
21 yeah.
22      Q    Okay.
23      A    It's weird seeing it from another
24 perspective, you know.
25      Q    I totally understand.  And then I just

AB Litigation Services

```
1    STATE OF COLORADO   )
                         ) SS. REPORTER'S CERTIFICATE
2    COUNTY OF DENVER    )

3              I, Sharon R. Dobson, do hereby certify

4    that I am a Registered Professional Reporter and

5    Notary Public within the State of Colorado; that

6    previous to the commencement of the examination, the

7    deponent was duly sworn to testify to the truth.

8              I further certify that this deposition was

9    taken in shorthand by me at the time and place

10   herein set forth, that it was thereafter reduced to

11   typewritten form, and that the foregoing constitutes

12   a true and correct transcript.

13             I further certify that I am not related

14   to, employed by, nor of counsel for any of the

15   parties or attorneys herein, nor otherwise

16   interested in the result of the within action.

17             In witness whereof, I have affixed my signature

18   on July 27, 2021.

19             My commission expires January 8, 2023.

20             _____
               Sharon R. Dobson, RPR
21             216 - 16th Street, Suite 600
               Denver, Colorado  80202
22

23

24

25
```