```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO
                  CIVIL ACTION NO. 1:20-cv-01878-RBJ
                (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)


                        ELISABETH EPPS, ET AL.,
                               Plaintiffs,


                                  V.


                   CITY AND COUNTY OF DENVER, ET AL.,
                              Defendants.
```

23  DEPONENT:   PATRICK SHAKER
24  DATE:       DECEMBER 29, 2021
25  REPORTER:   LINDSEY N. JOHNSON

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

2

```
 1                        APPEARANCES
 2
 3   ON BEHALF OF THE FITOURI PLAINTIFFS:
 4   Elizabeth Wang, Esq.
 5   Loevy & Loevy
 6   2060 Broadway
 7   Suite 460
 8   Boulder, Colorado 80302
 9   Telephone No.: 720-328-5642
10   E-mail: elizabethw@loevy.com
11   (Appeared via videoconference)
12
13   ON BEHALF OF THE EPPS PLAINTIFFS:
14   Matthew J. Douglas, Esq.
15   Timothy R. Macdonald, Esq.
16   Arnold & Porter Kaye Scholer LLP
17   1144 Fifteenth Street
18   Suite 3100
19   Denver, Colorado 80202
20   Telephone No.: 303-863-2315
21   E-mail: matthew.douglas@arnoldporter.com
22           timothy.macdonald@arnoldporter.com
23   (Appeared via videoconference)
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

The Deposition of PATRICK SHAKER, taken on December 29, 2021

3

1           APPEARANCES (CONTINUED)

2

3   ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:

4   Eric Butler, Esq.

5   Jefferson County Attorney's Office

6   100 Jefferson County Parkway

7   Suite 5500

8   Golden, Colorado 80419

9   Telephone No.: 303-271-6511

10  E-mail: ebutler@jeffco.us

11  (Appeared via videoconference)

12

13  ON BEHALF OF THE CITY OF AURORA DEFENDANTS:

14  Isabelle Evans, Esq.

15  City of Aurora City Attorney

16  15151 East Alameda Parkway

17  Aurora, Colorado 80012

18  Telephone No.: 303-341-8700

19  E-mail: ievans@auroragov.org

20  (Appeared via videoconference)

21

22

23

24

25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

The Deposition of PATRICK SHAKER, taken on December 29, 2021

4

```
 1              APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:
 4   Robert Huss, Esq.
 5   Denver City and County Attorney's Office
 6   201 West Colfax Avenue
 7   Denver, Colorado 80202
 8   Telephone No.: 720-913-8072
 9   E-mail: robert.huss@denvergov.org
10   (Appeared via videoconference)
11
12   ON BEHALF OF THE DEPONENT, LIEUTENANT PATRICK SHAKER:
13   Michael Lowe, Esq.
14   Bruno, Colin & Lowe, P.C.
15   1999 Broadway
16   Suite 4300
17   Denver, Colorado 80202
18   Telephone No.: 303-831-1099
19   E-mail: mlowe@brunolawyers.com
20   (Appeared via videoconference)
21
22   Also Present:   Leah Sharp, Videographer
23
24
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

The Deposition of PATRICK SHAKER, taken on December 29, 2021

5

```
                         INDEX

                                                    Page

PROCEEDINGS                                           7

DIRECT EXAMINATION BY MS. WANG                        9

EXAMINATION BY MR. DOUGLAS                           59


                        EXHIBITS

Exhibit                                             Page

1 - Color photo with officers and yellow boxes       71

2 - Color snapshot of video with officers            72
```



Kentuckinna Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

33

```
 1   testimony, but me personally from doing some instruction
 2   in the past, yes, I found that it is important to put
 3   some of the most important points, but, again, not all
 4   of them, because sometimes, especially with the cases of
 5   crowd management, there can be a lot of information that
 6   can go into even the smallest of bullet points.
 7        Q.   During the crowd management trainings that
 8   Aurora Police Department provides to the ERT, is there
 9   discussion of circumstances under which force can be
10   used on protesters and what types of force?
11        A.   Yes.
12        Q.   Why is that not reflected in any of the
13   PowerPoint presentations?
14        A.   The PowerPoint presentations that you were
15   shown -- that you showed me are just that PowerPoint
16   presentations specifically regarding formations,
17   movements, the way we do our commands, hand signals, and
18   how to properly don and doff your gas mask.  The stuff
19   that you can put on a PowerPoint, we have specific
20   documents, specifically our directed manuals, as well as
21   SOPs, that cover the training on less lethal and when it
22   can and cannot be used in any situation.
23        Q.   I'm showing you COAEPP1023 to 1104.  Can you
24   see this?
25        A.   I can.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

37

1  those that have been certified in the weapons system or
2  the launching system itself, and that, again, goes to
3  the certification course that we were talking about, and
4  once they are certified in it when an issue arises or
5  when there's a circumstance that a person may be a
6  danger to themselves or other people or threaten the use
7  of imminent -- or use of weapons or imminent danger to
8  other people, that system can be used as a alternative
9  to other more serious or possibly more dangerous means.
10     Q.   Anything else that you tell officers about
11  when they can use the 40-millimeter launcher?
12     A.   We tell them there's lots of different things
13  that we can tell them about it.  Again, we go back into
14  discussion on specific circumstances, debates on when it
15  could be appropriate and when it could not be
16  appropriate.  These are, again, those discussion points,
17  but core fundamentally, we stick to what we have found
18  is the most appropriate way to use it, as well as -- as
19  well as the legal justifications for it as dictated by
20  local law, by state law, federal law, and, of course, by
21  Supreme Court rulings on use of force.
22     Q.   What's the training that you provide to
23  officers specifically on when they can use the less
24  lethal shotgun?
25     A.   Less lethal shotgun would be similar, if not



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

1  because you know you're going to use the weapon
2  offensively or use it defensively, right?
3          MS. EVANS:  Object as to form.
4       A.   In this case, it's not a weapon, per se.  It
5  is a chemical irritant or munition.
6       Q.   Okay.  It is a use of -- it can be a use of
7  force, right?
8       A.   Yes.
9       Q.   It doesn't describe what "defensive" means,
10 right?
11      A.   This particular directive, no.
12      Q.   Is there another directive that explains
13 "defensive"?
14      A.   I believe "use of force" covers "defensive."
15      Q.   Okay.  This policy doesn't describe
16 "offensive," right?
17      A.   No, it does not.
18      Q.   Is there anything in the impact weapons
19 Section 585 that says when an officer is allowed to used
20 an impact weapon at all?
21      A.   In that specific directive, no.
22      Q.   It just tells you not to target certain areas
23 like the groin and the head, right?
24      A.   Correct.
25      Q.   That's just a guideline, according to Aurora

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

46

1  policy and training, right?
2      MS. EVANS:  Object as to form.
3      A.   Specifically when talking about the impact
4  weapons, as you see in the actual verbiage, it said,
5  "Members should avoid targeting neck, throat, heart,
6  kidney, spine, groin, and knee joints."  Again, policies
7  cannot cover every single contingency that comes up.
8  There may, in fact, be a time when an officer may have
9  to target those areas in very limited forms.
10     Q.   You attended the protests last summer,
11 correct?
12     A.   Which ones?
13     Q.   The ones in Denver.  You were -- you provided
14 -- you were one of the officers who provided mutual aid
15 to Denver on May 30 and 31, 2020, correct?
16     A.   I was.
17     Q.   You had officers under your command, right?
18     A.   Correct.
19     Q.   You did not see any use of force by any
20 Aurora police officer under your command that was
21 inconsistent with Aurora policy or training, correct?
22     MS. EVANS:  Object.  This is outsides the scope
23   of the designated topics of the 30(b)(6) deposition.
24     MS. WANG:  You can answer.
25     A.   Again, being outsides the scope of my

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

The Deposition of PATRICK SHAKER, taken on December 29, 2021

57

1  arrest a specific individual in the crowd?
2      A.  If we are unable to, say, isolate a specific
3  individual in the crowd and arrest them, which would
4  ultimately be our goal, and they are presenting a threat
5  of bodily injury to the officers or to the other people
6  in the crowd, then the officers that are less lethal
7  operators are -- had the capability at that point if it
8  is safe to do so and circumstances dictate it, to safely
9  use a connective impact projectile such as 12-gauge less
10 lethal beanbag sock round or the 40-millimeter foam
11 baton round to engage that suspect -- or subject so that
12 they do not cause harm or injury to somebody else.
13     Q.  So officers are supposed to target the
14 specific individuals who are acting aggressively, right?
15     A.  In that instance, yes.
16     Q.  They can't indiscriminately shoot into a
17 crowd?
18     A.  We do not train on that, no.
19     Q.  Do you provide any training to officers on how
20 to accurately target individuals in a crowd when there's
21 tear gas and it's difficult to see?
22     A.  We do.
23     Q.  Okay.  What do you train officers in that
24 regard?
25     A.  Obviously, it's very difficult to replicate



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

The Deposition of PATRICK SHAKER, taken on December 29, 2021
66

```
 1   shoot someone with a less lethal shotgun would be
 2   contained in the use of force portion of the directives
 3   manual; is that correct?
 4        A.   To my knowledge, yes.
 5        Q.   And what about the requirement to give verbal
 6   warnings before deployment of any less lethal force?
 7   Is that -- well, is that covered by the directives'
 8   manual policies that you reviewed during the deposition
 9   today?
10        A.   I don't recall if it was covered by that, but
11   it is covered by our training.
12        Q.   Okay.  Do you recall -- well, strike that.  Do
13   the training materials for Aurora police officers
14   require a verbal warning before the use of OC spray on
15   an individual?
16        A.   Are you asking before or after 2020?
17        Q.   The ones in effect as of the time of the
18   protests in 2020?
19        A.   Those trainings and policies do not require a
20   verbal warning.
21        Q.   What about the use of OC spray on an
22   individual who is not an imminent threat to officers or
23   anyone else or themselves who's given an order to
24   disperse but does not leave?  Is -- does APD policy or
25   training materials address whether it's appropriate and
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

69

1  nature, but at least a review.
2     Q.  Okay.  Hang on one second.  Okay.  I want to
3  -- well, I want to ask you a couple of questions about
4  APD uniforms.  I believe you said that all of the
5  Aurora Police Department personnel deployed to assist in
6  the crowd management during the protests following
7  George Floyd's death and protests in Denver were ERT
8  members.  Is that your understanding?
9     A.  That is my understanding, correct.
10    Q.  And are there particular characteristics of
11 the uniforms worn by Aurora ERT members that you would
12 look to identify those members during that time frame?
13        MS. EVANS:  Object as to form.  Outside the
14    scope.
15    A.  Me personally as Lieutenant Shaker, I could
16 say that there are specifics on our uniforms that I
17 could look for.
18    Q.  Okay.  And what specifics would those be?
19        MS. EVANS:  Same objection.
20    A.  Again, as Lieutenant Shaker, we use a
21 standardized navy or dark navy blue BDU uniform,
22 manufactured dependent upon whatever the department
23 availability or whatever we have gone with, with a --
24 typically long sleeve, especially for crowd management
25 or crowd control situations, with -- Aurora police

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

**Exhibit F to Aurora Defendants' MSJ**

```
 1   patches on it.
 2        Q.   Okay.  Anything else you would point to?
 3        A.   Not specifically, no.
 4        Q.   Okay.  I want to share my screen.  I'll show
 5   you a couple different pictures.  This one -- I want to
 6   -- can you see the picture on my screen, Lieutenant
 7   Shaker?
 8        A.   I can.
 9        Q.   Okay.  Can you tell me based on what you see
10   of this first the officer in the yellow box, does that
11   appear to be a uniform consistent with what APD officers
12   were wearing during the protests?
13             MS. EVANS:  Same objection.
14        A.   From my personal opinion, it is hard to tell,
15   but it does not appear to be consistent.
16        Q.   Okay.  And why would you say it does not
17   appear to be consistent?
18             MS. EVANS:  Same objection.
19        A.   From my personal opinion looking at it, it
20   appears that that person is a wearing a darker color
21   than a dark -- our navy uniform, short sleeve, and the
22   police on the back -- however, I do need to make this
23   caveat that looking at this picture, it is pretty
24   grainy.  The "police" on the back is a different style
25   than it was standard on our uniforms.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit F to Aurora Defendants' MSJ

The Deposition of PATRICK SHAKER, taken on December 29, 2021

71

```
 1       Q.   Okay.  And for the record, this is a
 2   screenshot.  It is a little grainy because of that from
 3   a video produced by the Colorado State Patrol under the
 4   file name 05302020V88.AVE.
 5            (EXHIBIT 1 MARKED FOR IDENTIFICATION)
 6   BY MR. DOUGLAS:
 7       Q.   And let me also ask you -- if you look at the
 8   entire line of officers standing there, do any of the
 9   those officers appear to you, from this photograph, to
10   be Aurora police officers?
11            MS. EVANS:  Same objection.
12       A.   From my personal opinion as
13   Lieutenant Shaker, I can look at this, and it does not
14   appear that these are Aurora police officers.
15       Q.   Okay.  And based on your time spent during
16   these protests on the ground, if you were walking up to
17   this line of officers from a distance, seeing this view
18   without other information, what officers would you
19   believe them to be?
20            MS. EVANS:  Same objection.
21       A.   Me personally as a lieutenant -- as
22   Lieutenant Patrick Shaker, looking just at this, I would
23   have no idea who they would be.
24       Q.   Okay.  Let me show you another picture.
25            Okay.  I believe, Lieutenant Shaker, this is a
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

74

```
 1   should know, because this is within the topics.  I
 2   should start that over.  Strike that.  Did the Aurora
 3   Police Department policies, practices, or training
 4   materials in effect at the time of the May and June 2020
 5   protests in Denver prohibit or -- well, strike that.
 6   Let me try that again.  Did the Aurora Police Department
 7   policies, practices, or training materials in effect at
 8   the time of the May/June 2020 protests address whether
 9   it is appropriate to shoot less lethal munitions
10   indiscriminately into a crowd?
11        A.   Our training did, yes.
12        Q.   Okay.  What did the training say about that?
13        A.   The Aurora Police Department's training on
14   less lethal munitions is they are specifically targeted
15   at individuals, not at overall crowds.
16        Q.   Okay.  Can you point me to any written
17   training materials that express that?
18        A.   I cannot, no.
19        Q.   Okay.  But is it your testimony that if
20   someone did fire less lethal munitions indiscriminately
21   into a crowd, that that would be a violation of APD
22   policy that was in effect at the time?
23        A.   Based upon our training and other directives,
24   there's nothing, like I said, that says specifically
25   about firing indiscriminately into a crowd, but it does
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**

The Deposition of PATRICK SHAKER, taken on December 29, 2021

80

```
 1            CERTIFICATE OF REPORTER
 2              STATE OF COLORADO
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page here of by me after
 7   first being duly sworn to testify the truth, the whole
 8   truth, and nothing but the truth; and that the said
 9   matter was recorded stenographically and mechanically by
10   me and then reduced to typewritten form under my
11   direction, and constitutes a true record of the
12   transcript as taken, all to the best of my skill and
13   ability.  I certify that I am not a relative or employee
14   of either counsel, and that I am in no way interested
15   financially, directly or indirectly, in this action.
16
17
18
19   
20
21
22   LINDSEY N. JOHNSON,
23   COURT REPORTER/NOTARY
24   COMMISSION EXPIRES:  08/05/2024
25   SUBMITTED ON:   01/10/2022
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit F to Aurora Defendants' MSJ**