

# CIVIL ACTION NO.: 1:20-CV-01878-RBJ-MEH

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:
## MARK HILDEBRAND

## DATE:
## DECEMBER 30, 2021



Exhibit G to Aurora Defendants' MSJ

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3                 NO.: 1:20-CV-01878-RBJ-MEH
 4
 5                   ELISABETH EPPS, ET AL.,
 6                          Plaintiffs,
 7
 8                             V.
 9
10              CITY AND COUNTY OF DENVER, ET AL.,
11                         Defendants.
12
13
14
15
16
17
18
19
20
21
22
23  DEPONENT:   MARK HILDEBRAND
24  DATE:       DECEMBER 30, 2021
25  REPORTER:   LINDSEY N. JOHNSON
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G to Aurora Defendants' MSJ**

|     |                                           |
| --- | ----------------------------------------- |
| 1   | APPEARANCES                               |
| 2   |                                           |
| 3   | ON BEHALF OF THE FITOURI PLAINTIFFS:      |
| 4   | Elizabeth Wang                            |
| 5   | Loevy & Loevy                             |
| 6   | 2060 Broadway                             |
| 7   | Suite 460                                 |
| 8   | Boulder, Colorado 80302                   |
| 9   | Telephone No.: 720-328-5642               |
| 10  | E-mail: elizabethw@loevy.com              |
| 11  | (Appeared via videoconference)            |
| 12  |                                           |
| 13  | ON BEHALF OF THE EPPS PLAINTIFFS:         |
| 14  | Andreas E. Moffett                        |
| 15  | Arnold & Porter Kaye Scholer, LLP         |
| 16  | 601 Massachusetts Ave, Northwest          |
| 17  | Washington, D.C. 20001                    |
| 18  | Telephone No.: 202-942-5934               |
| 19  | E-mail: andreas.moffett@arnoldporter.com  |
| 20  | (Appeared via videoconference)            |
| 21  |                                           |
| 22  | AND                                       |
| 23  |                                           |
| 24  |                                           |
| 25  |                                           |



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G to Aurora Defendants' MSJ

The Deposition of MARK HILDEBRAND, taken on December 30, 2021

3

```
 1              APPEARANCES (CONTINUED)
 2
 3   Patrick Reidy
 4   Arnold & Porter Kaye Scholer, LLP
 5   70 West Madison Street
 6   Suite 4200
 7   Chicago, Illinois 60602
 8   Telephone No.: 312-583-2424
 9   E-mail: patrick.reidy@arnoldporter.com
10   (Appeared via videoconference)
11
12   ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:
13   Eric Butler
14   Jefferson County Attorney's Office
15   100 Jefferson County Parkway
16   Suite 5500
17   Golden, Colorado 80401
18   Telephone No.: 303-271-8900
19   E-mail: ebutler@jeffco.us
20   (Appeared via videoconference)
21
22
23
24
25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G to Aurora Defendants' MSJ**

The Deposition of MARK HILDEBRAND, taken on December 30, 2021

4

```
 1                    APPEARANCES (CONTINUED)
 2
 3    ON BEHALF OF THE CITY OF AURORA DEFENDANTS:
 4    Isabelle Evans
 5    City of Aurora City Attorney
 6    15151 East Alameda Parkway
 7    Aurora, Colorado 80012
 8    Telephone No.: 303-341-8700
 9    E-mail: ievans@auroragov.org
10    (Appeared via videoconference)
11
12    ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:
13    Katherine Hoffman
14    Denver City and County Attorney's Office
15    201 West Colfax Avenue
16    Denver, Colorado 80202
17    Telephone No.: 720-913-8072
18    E-mail: hoffmank@hallsevans.com
19    (Appeared via videoconference)
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G to Aurora Defendants' MSJ

```
 1                  APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEPONENT:
 4   Michael Lowe
 5   Bruno, Colin & Lowe, P.C.
 6   1999 Broadway
 7   Suite 4300
 8   Denver, Colorado 80202
 9   Telephone No.: 303-831-1099
10   E-mail: mlowe@brunolawyers.com
11   (Appeared via videoconference)
12
13   Also present: Aalayah Purnell, Videographer/Video
14   Conference Host (Appeared via videoconference)
15
16
17
18
19
20
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G to Aurora Defendants' MSJ

The Deposition of MARK HILDEBRAND, taken on December 30, 2021

6

```
 1                           INDEX
 2                                                   Page
 3   PROCEEDINGS                                        8
 4   DIRECT EXAMINATION BY MS. WANG                    10
 5   EXAMINATION BY MR. REIDY                          40
 6   REDIRECT EXAMINATION BY MS. WANG                  67
 7
 8                          EXHIBITS
 9   Exhibit                                          Page
10   1 - LinkedIn profil                               14
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G to Aurora Defendants' MSJ

```
 1              MS. EVANS:  Object as to form.  Misstates the
 2      witness's testimony.
 3         A    No.  That's not what I'm saying.  I'm saying
 4   that when the -- when officers are being assaulted with
 5   rocks, bottles, fireworks, officers are justified at --
 6   when they identify the individual that is committing
 7   that act to utilize force to stop that and defend
 8   themselves.
 9         Q    Okay.  So an officer's use of force has to be
10   tailored to the specific person who is posing a threat;
11   right?
12         A    Yes.  Although for instance if a crowd is
13   hostile, we would utilize gas munitions, not
14   indiscriminately but on that specific crowd to disperse
15   them, which is a use of force.  But for kinetic impact
16   projectiles like 40-millimeter less lethal shotgun,
17   pepper ball, those types of devices -- although we don't
18   have pepper ball for Aurora, those devices require
19   identifying the individual who is engaging in the
20   assaultive behavior?
21         Q    Right, so if somebody -- if an officer is
22   going to shoot a 40-millimeter, they have to target the
23   specific person who is -- who warrants that use of
24   force?
25         A    Correct.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G to Aurora Defendants' MSJ

```
 1  CERTIFICATE OF REPORTER
 2  STATE OF COLORADO
 3
 4  I do hereby certify that the witness in the foregoing
 5  transcript was taken on the date, and at the time and
 6  place set out on the Title page hereof by me after first
 7  being duly sworn to testify the truth, the whole truth,
 8  and nothing but the truth; and that the said matter was
 9  recorded by me and then reduced to typewritten form
10  under my direction, and constitutes a true record of the
11  transcript as taken, all to the best of my skills and
12  ability. I certify that I am not a relative or employee
13  of either counsel, and that I am in no way interested
14  financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22  LINDSEY N. JOHNSON,
23  COURT REPORTER / NOTARY
24  COMMISSION EXPIRES ON: 08/05/2024
25  SUBMITTED ON: 01/11/2022
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G to Aurora Defendants' MSJ