

# KENTUCKIANA
## COURT REPORTERS

# CIVIL ACTION NO.: 1:20-CV-01878-RBJ-MEH

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# CHRISTOPHER JUUL

# DATE:

# DECEMBER 30, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ

```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3            CIVIL ACTION NO.: 1:20-CV-01878-RBJ-MEH
 4
 5                    ELISABETH EPPS, ET AL.,
 6                           Plaintiffs,
 7
 8                              V.
 9
10              CITY AND COUNTY OF DENVER, ET AL.,
11                          Defendants.
12
13
14
15
16
17
18
19
20
21
22
23  DEPONENT:   CHRISTOPHER JUUL
24  DATE:       DECEMBER 30, 2021
25  REPORTER:   LINDSEY N. JOHNSON
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit H to Aurora Defendants' MSJ**

```
 1                         APPEARANCES

 2

 3   ON BEHALF OF THE FITOURI PLAINTIFFS:

 4   Elizabeth Wang, Esquire

 5   Loevy & Loevy

 6   2060 Broadway Street

 7   Suite 460

 8   Boulder, Colorado 80302

 9   Telephone No.: 720-328-5642

10   E-mail: elizabethw@loevy.com

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE EPPS PLAINTIFFS:

14   Andreas E. Moffett, Esquire

15   Arnold & Porter Kaye Scholer, LLP

16   601 Massachusetts Avenue, Northwest

17   Washington, D.C. 20001

18   Telephone No.: 202-942-5934

19   E-mail: andreas.moffett@arnoldporter.com

20   (Appeared via videoconference)

21

22   AND

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ

```
 1                  APPEARANCES (CONTINUED)
 2
 3    Patrick Reidy, Esquire
 4    Arnold & Porter Kaye Scholer, LLP
 5    70 West Madison Street
 6    Suite 4200
 7    Chicago, Illinois 60602
 8    Telephone No.: 312-583-2424
 9    E-mail: patrick.reidy@arnoldporter.com
10    (Appeared via videoconference)
11
12    ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:
13    Eric Butler, Esquire
14    Jefferson County Attorney's Office
15    100 Jefferson County Parkway
16    Suite 5500
17    Golden, Colorado 80401
18    Telephone No.: 303-271-8900
19    E-mail: ebutler@jeffco.us
20    (Appeared via videoconference)
21
22
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit H to Aurora Defendants' MSJ**

```
 1                APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE CITY OF AURORA DEFENDANTS:
 4   Isabelle Evans, Esquire
 5   City of Aurora City Attorney
 6   15151 East Alameda Parkway
 7   Aurora, Colorado 80012
 8   Telephone No.: 303-341-8700
 9   E-mail: ievans@auroragov.org
10   (Appeared via videoconference)
11
12   ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:
13   Lindsay Jordan, Esquire
14   Denver City and County Attorney's Office
15   201 West Colfax Avenue
16   Denver, Colorado 80202
17   Telephone No.: 720-913-8072
18   E-mail: lindsay.jordan@denvergov.org
19   (Appeared via videoconference)
20
21
22
23
24
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ

```
 1                  APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE DEPONENT:
 4   Michael Lowe, Esquire
 5   Bruno, Colin & Lowe, P.C.
 6   1999 Broadway Street
 7   Suite 4300
 8   Denver, Colorado 80202
 9   Telephone No.: 303-831-1099
10   E-mail: mlowe@brunolawyers.com
11   (Appeared via videoconference)
12
13   Also present: Aalayah Purnell, Videographer/Video
14   Conference Host (Appeared via videoconference)
15
16
17
18
19
20
21
22
23
24
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ

|  |  |
|---|---|
| 1 | INDEX |
| 2 | Page |
| 3 | PROCEEDINGS                                      8 |
| 4 | DIRECT EXAMINATION BY MS. WANG                  10 |
| 5 | EXAMINATION BY MR. REIDY                        29 |
| 6 | EXAMINATION BY MS. WANG                         32 |

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit H to Aurora Defendants' MSJ**

1  Q   So were any officers disciplined for failing
2  to document their use of force during the George Floyd
3  protests in Denver?
4  A   So not disciplined.  We had some training and
5  counseling regarding how to do that.  One of the
6  challenges our officers had was having never been -- or
7  the vast majority of them never having been in a protest
8  or demonstration situation, the dynamics that become
9  involved with documenting a use of force or any part of
10 that incident for that matter.  In their experience a
11 use of force is an isolated event usually with one
12 person and a couple of officers perhaps.  Not in a
13 dynamic event with hundreds or thousands of individuals
14 and hundreds of officers with things occurring very
15 rapidly.  So it wasn't something our officers were
16 prepared for in the context of how they traditionally
17 would have reported a use of force.
18 Q   Okay.  So was it -- it was a problem for
19 Aurora police officers that -- strike that.  So let me
20 understand what you are saying.  You are saying is that
21 Aurora police officers were not used to documenting use
22 of force in a protest or crowd management context?
23 A   I am saying that, yes.
24 Q   Okay.  And that they did not know at the time
25 of the protests that they had to document their uses of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ

1  force in a timely manner as they do normally when they
2  are engaging in a, you know, patrol scenario?
3          MS. EVANS:  Object as to form.
4     A    So as I said, we did remediation counseling
5  and training with those officers.  I think that there
6  was confusion from them and from, you know, first-line
7  supervisors on how to document a use of force when we
8  had so many unknown instances of people we couldn't
9  identify that ran back into the crowd and things like
10 that.  So I would have liked to have seen better
11 documentation.  But I understand why what happened,
12 happened.
13    Q    Okay.  So this was a problem not only among
14 the patrol or the line officers, but it was also a
15 problem amongst their supervisors?
16         MS. EVANS:  Object as to form.
17    A    They had the same challenge.  They had not
18 been in that situation as well.
19    Q    Okay.  Were any officers disciplined?  I know
20 you said you provided additional training on the policy.
21 Were any officers disciplined for failure to timely
22 document?
23    A    I do not believe so.
24    Q    Let's go off the record for a minute.
25         VIDEOGRAPHER:  We are going off record.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ

```
 1   CERTIFICATE OF REPORTER
 2   STATE OF COLORADO
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page hereof by me after first
 7   being duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; and that the said matter was
 9   recorded by me and then reduced to typewritten form
10   under my direction, and constitutes a true record of the
11   transcript as taken, all to the best of my skills and
12   ability. I certify that I am not a relative or employee
13   of either counsel, and that I am in no way interested
14   financially, directly or indirectly, in this action.
15
16
17
18
19
20
21
22   LINDSEY N. JOHNSON,
23   COURT REPORTER / NOTARY
24   COMMISSION EXPIRES ON: 08/05/2024
25   SUBMITTED ON: 01/11/2022
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit H to Aurora Defendants' MSJ