**IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ

ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
MAYA ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK,
STANFORD SMITH,
SARA FITOURI,
JACQUELYN PARKINS,
KELSEY TAYLOR,
YOUSSEF AMGHAR,
JOE DERAS,
JOHNATHEN DURAN,
MICHAEL ACKER
CLAIRE SANNIER
  Plaintiffs,
v.

CITY AND COUNTY OF DENVER,
DANIEL FELKINS,
DAVID ABEYTA,
CITY OF AURORA,
CORY BUDAJ,
BOARD OF COUNTY COMMISSIONERS FOR JEFFERSON COUNTY, COLORADO,
JONATHAN CHRISTIAN,
KEITH VALENTINE,
DAVID MCNAMEE,
PATRICIO SERRANT,
MATTHEW BRUKBACHER,
ANTHONY TAK,
J. LNU,
PAUL PAZEN,
JOHN AND JANE DOES 1–100,
and JOHN AND JANE DOES 1–50,
  Defendants.

**NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS**

Pursuant to ECF-Civ. 1.2(a) and 4.8(f), a flash drive containing Exhibits I and J of Aurora Defendants' Motion for Summary Judgment [Doc 259] will be submitted conventionally to the Court on one flash drive on January 31, 2022, containing the audio/video recordings of the following:

Ex I - Bubna-2020-05-31_21-33-11
Ex J - Fitouri 000229. Duran.Johnathen_shot-with-rubber-bullet-DPD_5.31.2020_a

Dated this 28th day of January, 2022.

| | |
|---|---|
| *s/Michael T. Lowe* | *s/ Isabelle S. Evans* |
| Michael T. Lowe | Isabelle S. Evans |
| Bruno, Colin & Lowe, P.C. | Office of the City Attorney |
| 1999 Broadway, Suite 4300 | Aurora Municipal Center, Suite 5300 |
| Denver, CO  80202 | 15151 East Alameda Parkway |
| Telephone: (303) 831-1099 | Aurora, Colorado 80012 |
| E-Mail:   mlowe@@brunolawyers.com | Telephone: (303) 739-7030 |
| *Attorney for Individual Aurora Defendants* | E-mail: ievans@auroragov.org |
| | *Attorney for Aurora Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of January, 2022 a true and correct copy of the foregoing **NOTICE OF CONVENTIONALLY SUBMITTED MATERIALS** was filed via CM/ECF which will electronically serve the following:

Additionally, a duplicate copy of the above-mentioned flash drive was placed in U.S. Mail, postage prepaid, to the following the next business day:

Attorneys for Plaintiffs:

Andreas E. Moffett, andreas.moffett@arnoldporter.com
Anya Amalia Havriliak, anya.havriliak@arnoldporter.com
Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Leslie Claire Bailey, Leslie.bailey@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER

Arielle Kay Herzberg, aherzberg@aclu-co.org
Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER

Makeba Rutahindurwa, makeba@loevy.com
LOEVY & LOEVY-CHICAGO

Andrew Joseph McNulty, amcnulty@kln-law.com
Reid Robertson Allison, rallison@kln-law.com
KILLMER LANE & NEWMAN LLP

1

Attorneys for Defendants:

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver Defendants*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org
Lindsay Michelle Jordan, lindsay.jordan@denvergov.org
Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Denver Defendants Denver*

Isabelle Sabra Evans, ievans@auroragov.org
Peter Ruben Morales, pmorales@auroragov.org
AURORA CITY ATTORNEY'S OFFICE
*Attorneys for Defendants Aurora Defendants*

Rebecca Klymkowsky rklymkow@jeffco.us
Eric Butler ebutler@jeffco.us
JEFFERSON COUNTY ATTORNEY'S OFFICE
*Attorneys for Jefferson County Defendants*

*s/ Julie Bozeman*
Julie Bozeman, Paralegal