```
 1              IN THE UNITED STATES DISTRICT COURT
 2                 FOR THE DISTRICT OF COLORADO
 3              CIVIL ACTION NO. 1:20-CV-01878-RBJ
 4            (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)
 5
 6                    ELISABETH EPPS, ET AL.,
 7                           Plaintiffs
 8
 9                               v.
10
11              CITY AND COUNTY OF DENVER, ET AL.,
12                           Defendants
13
14
15
16
17
18
19
20
21
22
23   DEPONENT:   JOSEPH DERAS
24   DATE:       NOVEMBER 23, 2021
25   REPORTER:   SANDRA VENTURA
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
 1   PepperBalls on -- in your deposition, I think you
 2   identified that as the inside of your wrist and your
 3   forearm and that you had tenderness for six to seven
 4   months after that.  Do you -- does that sound like your
 5   injuries related to the PepperBalls?
 6        A.   Yeah.  It was on the outside of the wrist.
 7        Q.   Outside of the wrist.  Okay.
 8             And was that the same arm that you were hit on
 9   May 31st?
10        A.   Yes.
11        Q.   Okay.  So on the 30th, you're hit with
12   PepperBalls on the outside of your wrist and forearm and
13   then on the 31st, can you describe the injury to that
14   same arm?
15        A.   Yeah, so that's -- if you're referring to,
16   like, the -- the tear gas or, like, the projectile, I
17   think, like, we haven't been able to identify what it
18   was that they have -- they were -- they targeted me with
19   it, but it was a projectile that -- the one that first
20   hit my head and took off my helmet, and then there was
21   one on the inside of -- of the hand, like, right in the
22   area of the palm and the thumb, and then there was a
23   last injury that
24   I was hit with, was another projectile that hit me, the
25   lower left backside, like, above my waist.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
1    BY MS. KLYMKOWSKY:
2         Q.    Okay.  So you return to the protest on the
3    31st, and can you describe what you were wearing that
4    evening around your estimate 7:00 p.m.?
5         A.    I was wearing a hard hat, orange goggles, dark
6    long sleeve, and a dark pant, jeans.
7         Q.    Okay.  What kind of goggles were they?
8         A.    Like, ski goggles.
9         Q.    Okay. And let's talk about what you remember
10   about the incident at Colfax and Washington.  Now,
11   that's at approximately 8:30, correct?
12        A.    Yes.
13        Q.    Okay. And did you try to leave the area when
14   things escalated or when you felt -- well, strike that.
15              You get to the inter -- the intersection of
16   Colfax and Washington, and how would you describe the
17   tenor of the crowd at that time?
18        A.    Well, the crowd was pretty -- I think like
19   pretty consistently marching just down east on Colfax
20   from the capitol.  I remember seeing police lining up on
21   the other side of Colfax, so that would be 16th.  So,
22   like, I could see down the -- the streets and see them
23   on the north side every few -- every few blocks.
24        Q.    Okay.
25        A.    The closer we got to Washington, I remember
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit G

1  seeing -- or I remember hearing first, like, a loud
2  bang, just go off, like, maybe ten-ish, 20-ish feet in
3  front of me.  That was at the intersection of Colfax and
4  -- and Washington and immediately, like, gas starting to
5  -- to disperse from the middle of the -- of the street.
6  And since we were so -- so close, we could smell the --
7  the pepper gas, it was, like, hard to -- to see.  And
8  so, I think quickly, I put my goggles on, so I would be
9  able to see.
10         I put on a -- a handkerchief, so that I could
11 breathe, and that was, like -- I think it was vinegar,
12 apple cider vinegar that was in the handkerchief to
13 filter out some of the chemical weapons.
14         And I remember people running in all -- all
15 ways.
16         So, like, there was, like, people who ran
17 further to the east across Washington and then since I
18 was on the other side, I was on -- on the west side of
19 Washington.  And then people ran into the south side of
20 Washington, and so there's people on all three sides of
21 the -- of the intersection, trying to get away from the
22 gas.
23    Q.  Okay. And so, was that the first time that
24 you heard or saw anything, I think you said, you know,
25 like an explosion or not -- not an explosion, like a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

1  crowd kicking and throwing items towards the officer
2  line, and you estimated it was about a half block.  And
3  I completely understand your inability to judge
4  distances because I'm terrible at that, too, but does
5  that sound -- does that sound about right?
6       A.   Yeah.
7       Q.   Okay.  And you also just talked about, you
8  know, that it was difficult to see the officer line
9  through the smoke.  Were you able to tell how many
10 officers were in the line at Colfax and Washington or,
11 you know, back from that intersection?
12      A.   I mean, I never counted --
13      Q.   Okay.
14      A.   -- but it was -- it was a larger, like, I
15 wouldn't say large, but, like, if I had to guess how
16 many there were, maybe a dozen.
17      Q.   Okay.  And you, again, in your prior
18 deposition testified about removing two canisters, so
19 can you talk to me about how you removed those?
20      A.   I kicked them away from where people were
21 standing.
22      Q.   Okay. And did you kick them towards the
23 officer line?
24      A.   I kicked them going north on Washington, which
25 was in the general direction of the officers.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

1  Q. Okay. Were you able to tell when you were in
2  that intersection which side of the officer line the
3  projectiles were coming from?
4  A. No.
5  Q. No. Do you think that you would have kicked
6  the canister or the canisters that you talked about if
7  you hadn't been wearing a hard hat?
8  A. No.
9  Q. Okay. And -- and goggles and a mask?
10 A. No.
11 Q. Okay. And now I want to talk to you about the
12 specific -- each of those three projectiles that you
13 allege hit you.
14    So you go into the intersection, and you said
15 the first projectile hit you in the helmet or on your
16 head.
17    Tell me what you remember about that
18 projectile or about that -- that impact, excuse me.
19 A. I mean, like, I remember feeling it because my
20 -- my hard hat, like, came off, like, it was -- and I
21 had to, like, pull my -- my hand over to pull it back on
22 to my head.
23 Q. Okay.
24 A. It hit, like, right -- right in front, like
25 near the -- the forehead, I guess or, like, the -- the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1   front side of the -- the hard hat.
 2        Q.   Okay.  So where would that correspond to in
 3   terms of your head underneath the helmet?  Is it in your
 4   hairline?  Is it --
 5        A.   Hairline.
 6        Q.   -- forehead?  Hairline.
 7             Okay.  And what else -- do you remember
 8   anything else about that impact?
 9        A.   No.  I mean, like, I didn't see, like, who
10   shot it, but I know that it, like, came from -- from,
11   like, the police line.
12        Q.   Okay.  So you move into the intersection and
13   you kick this canister towards the officer line, and you
14   stated that you wouldn't -- you don't think you would
15   have done that if you weren't wearing your hard hat and
16   goggles and a mask.  And so, talk to me about why it was
17   that the way that you were outfitted mattered in terms
18   of your decision to kick the canister?
19        A.   I mean, there was just, like, a ton of stories
20   and videos that had come out from prior days where
21   people who weren't wearing hard hats had been hit in the
22   head.  Specifically, I saw one of -- a person who was
23   just standing on Colfax and Broadway, like, not even on
24   the street.  It was just, like, on -- on the -- on -- in
25   the park, at Civic Center, and, like, you see the person
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
 1      Q.   Okay.  And are you sure that it came from the
 2   officer line?
 3      A.   Yes.
 4      Q.   Okay.  How are you sure of that?
 5      A.   Because it hit me straight on.
 6      Q.   Okay.
 7      A.   No other way that it could have come from.
 8      Q.   Okay.  And can you talk to me about any
 9   injuries that you had as a result of that projectile
10   hit?
11      A.   To the hard hat?
12      Q.   Yeah, to the hard hat.
13      A.   I didn't receive an injury.
14      Q.   Okay.  You said it came directly from the
15   officer line.  Were you able to see -- were you able to
16   see it after it hit you?
17      A.   No.
18      Q.   Okay.  And so, you have no sense of what color
19   it was, what shape it was, any of its characteristics,
20   correct?  Sorry, Mr. Deras, did you answer that?
21      A.   No, I don't.
22      Q.   Okay.  Okay.  And so, what do you do as soon
23   as that projectile hits the hard hat and hits you?
24      A.   I put up my hand to put my hard hat back on,
25   as it was, like, flying off and as my hand was coming
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

1  back down, I feel another projectile hit the inside of
2  my hand.
3      Q.   Okay.
4      A.   And when I hit -- when I -- when I feel that,
5  I turn around to -- to go -- to go south -- or not
6  south, west on Colfax, and that's when I -- I feel a
7  third projectile hit the backside.
8      Q.   Okay.  So let me break that down a little bit.
9           So are you still facing the officer line when
10 your hand is hit?
11     A.   Yes.
12     Q.   Okay.  Are you able to see what hit your hand?
13     A.   No.
14     Q.   Okay.  And I think you testified earlier
15 that's the same arm that you had PepperBall impacts on,
16 on the 30th?
17     A.   (Witness nods head.)
18     Q.   And what area of your hand were you hit on?
19     A.   It was the inside of, like, my palm, like,
20 near my thumb.
21     Q.   Okay.  And -- and -- and how does it feel when
22 it hits you?
23     A.   Like, a -- like, a bat had, like, hit the
24 inside.
25     Q.   A bat?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

The Deposition of JOSEPH DERAS, taken on November 23, 2021

39

```
1      A.   Yeah.  Like, where --
2      Q.   A baseball bat?
3      A.   Yeah, like, a baseball bat had, like, hit the
4   inside of my hand.
5      Q.   Okay.
6      A.   And it was pretty shocking, so I, like, turned
7   around and, like, tried to, like, get out of the
8   space --
9      Q.   Okay.
10     A.   -- felt like I was in danger.
11     Q.   And do you see -- do you see that projectile
12  on the ground anywhere?
13     A.   No.
14     Q.   No.  So no impression of size or shape or
15  color?
16     A.   No.
17     Q.   Okay.  And then you turn away from the officer
18  line, right?
19     A.   (Witness nods head.)
20     Q.   Okay.
21          MS. RUTAHINDURWA:  Sorry.  Joe, I'm just going
22     to ask that you answer verbally just so that we have
23     a clear record.
24          MS. KLYMKOWSKY:  Yeah.  I'm sorry, and I meant
25     to remind you of that as well.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1  BY MS. KLYMKOWSKY:
 2       Q.   So my question was, after you're hit in the
 3  palm by your -- inside of your palm by your right thumb,
 4  you turn away from the officer line, correct?
 5       A.   Yes.
 6       Q.   Okay.  And at that point, are you hit as
 7  you're turning, or do you think that you were turned so
 8  that your back fully faced the officer line when you're
 9  hit the third time?
10            MS. RUTAHINDURWA:  Objection to form.  You can
11     answer.
12       A.   I was turned away from them.
13       Q.   Okay.  So you think you completed your turn?
14       A.   Yes.
15       Q.   Okay.  Do you think it's possible that that
16  third projectile was fired before you turned around?
17       A.   I have no idea.
18       Q.   Okay.  And where does that third projectile
19  hit you?
20       A.   It's on my, like, left upper, like, waist area
21  and, like, going down into, like, my -- yeah, underneath
22  my waistline.
23       Q.   Underneath your waistline, so underneath the
24  waistline of your pants?
25       A.   Yeah.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**

```
1      Q.   So would you consider it your buttock?
2      A.   Yeah.  Yeah.
3      Q.   Okay.  And would you say full on your buttock,
4   or would you say sort of that area between your buttock
5   and your lower back?
6      A.   Yeah, I mean, like, I think it's pretty, like,
7   closer to -- to my butt than it is to my -- my waist.
8      Q.   Okay.  And are you able -- and are you able to
9   -- well, first of all, how -- what does that hit feel
10  like?
11     A.   Well, at first it felt -- it didn't feel -- I
12  think, like, my arm was, like, at the point, like, my
13  main concern.
14     Q.   Okay.
15     A.   I -- because it was really -- it had, like,
16  felt like the inside of, like, the bone had been -- had
17  been broken or, like, crushed, and so that's where a lot
18  of my pain was.  And so, I didn't really notice my back
19  as much as my finger --
20     Q.   Okay.
21     A.   -- at the time.
22     Q.   Were you able to observe anything about the
23  item that hit you in that low back buttock region?
24     A.   No.
25     Q.   Okay.  And did it stop you from getting out of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1   the intersection?
 2        A.   No.
 3        Q.   Okay.  So do you have any sense of whether the
 4   three things that hit you were the same types of things
 5   or whether they were different or you just don't know?
 6        A.   Yeah, I don't -- I have no idea.
 7        Q.   Okay.  And, again, you weren't able to tell
 8   specifically with regard to the three projectiles that
 9   hit you where they came from in the officer line?
10             MS. RUTAHINDURWA:  Objection to the extent it
11        misstates prior testimony.
12             MS. KLYMKOWSKY:  I just ask for form
13        objections.
14             MS. RUTAHINDURWA: Objection.  Form.  You can
15        answer.
16        A.   Sorry.  Can you repeat the question?
17   BY MS. KLYMKOWSKY:
18        Q.   Sure.  So we talked in general terms earlier
19   about whether you could tell before you were hit with
20   anything where projectiles were coming from, if there
21   was a particular area of the officer line they were --
22   they were coming from, and now I'm interested to know if
23   with regard to the three projectiles that hit you, which
24   you believe came from the officer line, if you could
25   identify where in the officer line they may have come
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1   from?
 2        A.   No.
 3        Q.   Okay.  And was there ever a period of time on
 4   the 31st, besides kicking the gas canister, that you
 5   threw anything at law enforcement officers?
 6        A.   No.
 7        Q.   I'm sorry.  I -- I just missed that.  You're
 8   really quiet.
 9        A.   No.  There was not.
10        Q.   Okay.  Was there ever a time on other days of
11   the protests that you threw or kicked things at -- at
12   law enforcement officers?
13        A.   No.
14        Q.   Okay.  Did you see anyone else from the crowd
15   throwing things at officers on May 31st?
16        A.   No.
17        Q.   And how about at other times during the
18   protests?
19        A.   I think, like, on the first day and the second
20   day, I think I saw water bottles being thrown in the
21   air, but, like, I feel like that's the extent to what I
22   saw.
23        Q.   Okay.  And you -- did you miss any work for --
24   as a result of your injuries on May 31st?
25        A.   No.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit G

```
 1                  CERTIFICATE OF REPORTER
 2                     STATE OF COLORADO
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page hereof by me after first
 7   being duly sworn to testify the truth, the whole truth,
 8   and nothing but the truth; and that the said matter was
 9   recorded stenographically and mechanically by me and
10   then reduced to typewritten form under my direction, and
11   constitutes a true record of the transcript as taken,
12   all to the best of my skill and ability.  I certify that
13   I am not a relative or employee of either counsel, and
14   that I am in no way interested financially, directly or
15   indirectly, in this action.
16
17
18
19
20   [signature: Sandra Ventura]    
21
22   SANDRA VENTURA
23   COURT REPORTER/NOTARY
24   MY COMMISSION EXPIRES ON: 07/26/2025
25   SUBMITTED ON: 12/30/2021
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibit G**