EXHIBIT A

| Steve Ijames |
|---|

## EDUCATION

- Bachelor of Science degree in Criminal Justice Administration, Drury University, Springfield, Missouri
- Master of Science Degree in Public Administration, City University, Bellevue, Washington
- Graduate, Missouri State Highway Patrol Law Enforcement Academy
- Graduate, Missouri State Highway Patrol undercover narcotics investigator training program.
- Graduate, Drug Enforcement Administration (DEA) undercover narcotics investigator training program.
- Graduate, Mid States Organized Crime Information Center (MOCIC) narcotic investigators Criminal Intelligence Techniques training program.
- Graduate, Springfield, Missouri Police Department Academy
- Graduate, 186th FBI National Academy

## LAW ENFORCEMENT/PROFESSIONAL EXPERIENCE

**Poplar Bluff, Missouri Police Department**
- April 1979 through February 1981-Patrol Officer
- February 1981 through August 1982-Narcotics Detective

**Springfield, Missouri Police Department**
- August 1982-1000 hour Springfield Police academy training
- January 1983-uniformed patrol officer
- September 1985-undercover narcotics investigator and Federal Drug Task Force member-Commissioned Deputy Untied States Marshal
- October 1987-uniformed patrol
- July 1988-Detective-criminal investigations and undercover narcotics investigations
- September 1989-Sergeant-criminal investigations
- April 1990-Crisis Action Team leader/sergeant (SWAT)
- December 1992-Lieutenant, Special Operations Commander-overseeing all SWAT and narcotics investigations (internal and Federal task force related)
- October 1995-Captain, Uniformed Operations Division-All patrol command, supervision, and operations
- July 1998-Major, Operations Division Commander
- June 2001-Major, Investigations Division Commander-overseeing all criminal investigations (homicide, officer involved shootings, persons and property) including undercover and overt narcotics investigations and Federal task force related
- June 2007-retired from the Springfield Police Department

**Greene County Sheriff's Department, Springfield, Missouri**
- 1984 to present-Commissioned deputy, providing policy development/consultation, and basic and advanced training and consultation to the Special Weapons and Tactics Team.

**United States Marshals Service**
- 1985 to 1987-Commissioned Deputy US Marshal, Federal Drug Task Force

**Republic, Missouri Police Department**
- January 2015 to June 2015-Interim Chief of Police, DEA task force member

**Ozark, Missouri Police Department**
- July 2015 to October 2015-Interim Chief of Police, DEA task force member

**Missouri State Park Rangers**
- April 2019 to present-Park ranger providing agency training and uniformed patrol services

## INSTRUCTOR/TRAINER RATINGS

- United States Department of State, Diplomatic Security Service, Office Of Anti-Terrorism Assistance, Course Developer and lead instructor-Anti Terrorism Less Lethal Engagement Strategies Instructor/trainer program (Impact Projectile, Chemical Munitions, and Noise/flash diversionary devices)
- International Association of Chiefs of Police (IACP): Course developer and lead instructor-Noise Flash Diversionary Devices, Chemical Munitions, Impact Projectiles-Instructor/Trainer program
- National Tactical Officers Association (NTOA): Course developer and lead instructor-Noise Flash Diversionary Device, Chemical Munitions, Impact Projectiles-Instructor Trainer program
- Defense Technology: Noise/Flash Diversionary Device, Chemical Munitions, Aerosol Chemical Munitions, Impact Projectiles-Instructor/Trainer
- California Association of Tactical Officers (CATO), Noise/Flash Diversionary Device instructor/trainer course developer-instructor/trainer
- TASER International Advanced TASER-Master Instructor/Trainer
- International Association of Chiefs of Police (IACP): Course developer and lead instructor-Electronic Control Weapon (TASER)-Instructor/Trainer
- Strategos International: Course developer and lead instructor, Electronic Control Weapon Instructor/Trainer

## INSTRUCTOR RATINGS-CERTIFICATIONS

- PR24 Instructor
- ASP baton instructor
- Missouri Department of Public Safety-Generalist and Specialist Instructor
- Los Angeles Sheriffs Department-Noise/Flash Diversionary Device Instructor

- Missouri State Highway Patrol-Firearms Instructor
- Heckler and Koch International/MP-5 Submachine Gun Instructor
- Oklahoma Miner Training Institute-Certified Explosives Surface Blaster
- TEES (Tactical Explosive Entry School) explosive breacher
- Heckler and Koch and Glock Weapons System Armorer
- Crisis Intervention Team (CIT) Training Program-Memphis Model-Instructor in the basic and advanced training programs

### INTERNATIONAL TRAINING/PROFESSIONAL EXPERIENCE

- **Appointed:**
  National Tactical Officers Association (NTOA), original board of directors member. 1994

- **Instructor:**
  United States Department of Justice ICITAP Program, creating and implementing the Somali National Police Convoy/Escort training program, **Mogadishu, Somalia**, June 1994.

- **Instructor:**
  United States Department of Justice ICITAP Program. Advance team member assisting in the planning and implementation of the Haitian National Police training program, **Port Au Prince, Haiti,** September, 1994.

- **Instructor:**
  United States Department of Justice ICITAP Program. Instructor Coordinator, directing the training activities and logistical support for the 24 member international instructor cadre, providing the interim Haitian Police training program, **Port Au Prince, Haiti,** October/November, 1994.

- **Appointed:**
  National Tactical Officers Association (NTOA), original section chair, less lethal force options. 1996

- **Lead Instructor:**
  National Tactical Officers Association 1996 European Less Lethal Training Program (impact projectiles, chemical agents, noise/flash diversionary devices) presenting to SWAT officers from **London, Amsterdam, Brussels, Düsseldorf and Nuremberg,** March 1996.

- **Lead Instructor:**
  National Tactical Officers Association 1997 European Less Lethal Force Conference, **Amsterdam and Belfast, Northern Ireland.** Providing less lethal training (impact projectiles, chemical agents, noise/flash diversionary devices) for officers from 17 European countries.

- **Instructor:**
  United States Department of Justice ICITAP Program. Lead instructor, tactical command and less lethal force options training, Civil Disorder Management Course for Federation Police Commanders, **Sarajevo, Bosnia-Herzegovina**, June, 1998.

- **Evaluator:**
    Commissioned by the United States Department of Justice ICITAP Program, to conduct an in depth site evaluation of the Haitian National Police Public Disorder Unit (CIMO). The evaluation addressed organization and structure, training, equipment, tactics, and recommendations for future US Government assistance-Port **Au Prince, Haiti**, July, 1998.
- **Assessor:**
    Commissioned by the United States Department of Justice ICITAP Program, to conduct an on site review and assessment of the Salvadoran National Police Special Weapons and Tactics Program, **San Salvador, El Salvador**, November, 1998.
- **Evaluator:**
    Commissioned by the United States Department of Justice ICITAP Program, to conduct an on sight evaluation and performance critique of the Public Order Unit of the National Police Force of Ghana, **Accra, Ghana-West Africa**, July 1999.
- **Lead Instructor:**
    United States Department of Justice ICITAP Program, Lead Instructor for the Public Order Supervision and Management Training Program, provided for the command element of the Haitian National Police CIMO Unit, **Port Au Prince, Haiti,** June, 1999.
- **Featured Presenter:**
    Impact Projectile Use and Deployment, Janes International Less Lethal Weapons Conference, **London, England**, November 2/3, 1999
- **Evaluator:**
    Commissioned by the Police Executive Research Forum (PERF) as a Use of Force/Officer Involved Shooting/Homicide Suppression subject matter expert, for an on site evaluation of the Jamaican Constabulary Force (JCF). **Kingston and Ocho Rios, Jamaica,** October, 2000.
- **Featured Presenter:**
    Impact Projectile Injuries, Janes International Less Lethal Weapons Conference, **Edinburgh, Scotland**, December 12-16, 2000
- **Evaluator:**
    International Association of Chiefs of Police observer/evaluator, addressing the public order management of 35,000 protestors at the Summit of the Americas.  **Quebec City, Canada,** May 1-3, 2001.
- **Lead Instructor:**
    United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Supervision and Management Training Program, provided for the Timorese National Police, **Dilli, East Timor-SE Asia**, March, 2002.
- **Evaluator:**
    International Association of Chiefs of Police observer/evaluator, addressing the public order management process of the G8 Summit, **Ottawa, Canada,** June 25/27-2002.

- **Keynote Address:**
  Safe and Effective Impact Round Use, Janes International Less Lethal Weapons Conference, **Manchester, England**, September 2002.
- **Lead Instructor:**
  United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Command, Supervision, and Management Training Program, provided for the Tanzanian National Police, **Dar es Elam, and Zanzibar-Tanzania,** November/December, 2002.
- **Lead Instructor:**
  United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Line Officer Training Program, provided for the Tanzanian National Police, **Moshi-Arusha, Tanzania**, March/April, 2003
- **Featured Presenter:**
  Impact Technology Advancements, Janes International Less Lethal Weapons Conference, **Glasgow, Scotland**, October 1-4, 2003
- **Team Leader:**
  Coordinated the curriculum and directed the activities of four instructors providing the Police Executive Research Forum (PERF) "Safe Encounters" (less lethal force options/homicide reduction) program for select officers from the Grants Pen District, Jamaican Constabulary Force (JCF). **Kingston, Jamaica**, November 2-14, 2003.
- **United States Delegate/Featured Presenter:**
  4th annual International Law Enforcement Technology Forum, sponsored by the Police Scientific Development Branch (PSDB) of the United Kingdom Home Office, addressing impact projectiles and TASER technology, **Gatwick and London**, February 1-5, 2004.
- **Consultant:**
  Counter-terror and dignitary protection advance team member-assessing site, driver, and venue security for the International Olympic Games, **Athens, Greece**, June, 2004
- **Assistant Team Leader:**
  Thirty day Counter-terror and dignitary protection detail on behalf of the Government of the United Kingdom, the International Olympic Games, **Athens/Marathon/Glyfada, Greece**, August, 2004
- **Lead Instructor:**
  United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Command, Supervision, and Management Training Program, provided for the National Police of Yemen, **Sana'a, Yemen**, March, 2005
- **United States Delegate/Featured Presenter:**
  5th annual International Law Enforcement Technology Forum, sponsored by the Royal Canadian Mounted Police, addressing impact projectile injury potential and TASER misuse, **Ottawa, Canada,** June 20-23, 2005.

- **Lead Instructor:**
    United States Department of Justice ICITAP Program, Lead Instructor for the Civil Disorder Line/Operator Training Program, provided for the National Police of Yemen, **Sana'a, Yemen**, July, 2005.
- **Lead Instructor:**
    United States Department of Justice ICITAP Program, Lead Instructor for the combined Command/Line Operator Civil Disorder Training Program, provided for the Ugandan National Police, **Kampala, Uganda**, May/June, 2006.
- **Lead Instructor:**
    United States Department of Justice ICITAP Program, Lead Instructor for the Command/Line Public Order Management training program, provided for the Tanzanian National Police, **Dar es Elam, Tanzania.** June 19-23, 2006.
- **Featured Presenter:**
    Impact Projectile Fatalities, Janes 9th Annual International Less Lethal Force Conference, **Leeds, England**, October 25-26, 2006
- **Consultant:**
    Commissioned by the Inspector General of the Garda Síochána Inspectorate, to conduct a review and inquiry into the circumstances surrounding the fatal shooting (lethal and less lethal projectiles) of John Carthy at Abbey Lara, CO. Longford, **Republic of Ireland**, October 27-28, 2006
- **Featured Presenter:**
    TASER-The American Experience, Association of Chief Police Officers (ACPO) annual conference, **Stratford on Avon, England,** September 24, 2007
- **Advance Team Leader:**
    United States Department of Justice ICITAP Program, lead advance in preparation of a senior command, "train the trainer", and line block of civil disorder management training for 4,100 officers, provided for the Pakistani National Police, **Karachi, Islamabad, and Punjab Police College at Sihala, Pakistan**, March 28-April 4, 2008.
- **Team Leader:**
    United States Department of Justice ICITAP Program, directing a "train the trainer" and line block of civil disorder management training for 4,100 officers, provided for the Pakistani National Police at the National Police college, **Islamabad, Pakistan**, May-June 2008.
- **Lead Advance Security Coordinator:**
    Site, personnel, and physical asset protection for an International Non-Governmental Aid Organization (NGO), in support of the immediate food and medical relief following the earthquake in Haiti. **Port Au Prince**, January, 2010.
- **Course Developer-Lead Instructor:**
    U.S. Department of State, Anti-Terror Assistance (ATA) Program, Two week Instructor Training for the Indonesian National Police Anti-Terror

- Unit (Detachment 88) addressing barricaded subject resolution, chemical agents, impact projectiles, and noise flash diversionary devices. **Jakarta and Sumarang, Indonesia**, November, 2011
- **Course Developer:**
  U.S. Department of State, Anti-Terror Assistance (ATA) Program, Indonesian National Police Anti-Terror Unit (Detachment 88) Commander training addressing barricaded subject resolution, chemical agents, impact projectiles, and noise flash diversionary devices. **Jakarta Indonesia**, June, 2012
- **Lead Advance/Consultant:**
  Strategic and operational security assessment on behalf of Convoy of Hope, **Haiti and the Dominican Republic**, June 2013
- **Keynote address:**
  United Kingdom Armed Police Officers National Training Conference, "Contemporary Issues in the Police Application of Force", **Manchester, England.** January 2014
- **Lead Advance/Consultant:**
  Strategic and operational security assessment on behalf of Convoy of Hope- **Kenya, Tanzania, and Ethiopia**. May 2014
- **Course Developer and Coordinator:**
  U.S. Department of State, Anti-Terror Assistance (ATA) Program, Indonesian National Police Anti-Terror Unit (Detachment 88), Instructor/trainer program addressing barricaded subject resolution, chemical agents, impact projectiles, and noise flash diversionary devices. **Jakarta Indonesia**, January, 2015
- **Course Developer and Coordinator:**
  U.S. Department of State, Anti-Terror Assistance (ATA) Program, Kenyan National Police, Instructor/trainer program addressing barricaded subject resolution, chemical agents, impact projectiles, and noise flash diversionary devices. Nairobi, Kenya, February, 2015
- **Course Developer and Coordinator:**
  U.S. Department of State, Anti-Terror Assistance (ATA) Program, Indonesian National Police Anti-Terror Unit (Detachment 88), Instructor/trainer program addressing barricaded subject resolution, chemical agents, impact projectiles, and noise flash diversionary devices. **Jakarta Indonesia**, April, 2015
- **Assessor/Subject Matter Expert:**
  Police use of force subject matter expert on behalf of the International Association of Chiefs of Police, conducting an assessment of the United States Virgin Island Police (consent decree). **St. Thomas, St. Croix, and St. John.** August 2018

## TRAINING/PROFESSIONAL EXPERIENCE

- **Lead Instructor/Program Developer:**
  IACP-Less Lethal Force Instructor/Trainer Program-addressing impact projectiles, chemical munitions, and noise/flash diversionary devices.
  IACP-Electronic Control Weapon Instructor/trainer
  Strategos International Electronic Control Weapon Instructor trainer
  IACP-Rapid Deployment to High Risk Situations.
  IACP-Contemporary Patrol Administration Program.
  NTOA-Less Lethal Force Instructor/Trainer Program-addressing impact projectiles, chemical munitions, and noise/flash diversionary devices.
- **Crisis Intervention Training (Memphis Model CIT)**
  Graduate-CIT Basic course (Kansas City Police Academy)
  Graduate-CIT advanced course (Kansas City Police Academy)
  Co-program coordinator-Springfield/Greene County Crisis Intervention Training program
- **Instructor:**
  IACP-SWAT Supervision and Management Program
  IACP-Advanced Critical Incident Management Program
- **Instructor:**
  California Association of Tactical Officers, SWAT Team Leader, Commander, and Supervisor training programs
- **Branch Davidian Compound-Police Observer:**
  FBI Hostage Rescue Team police observer (inner perimeter sniper position "Sierra One"), during the resolution efforts at the Branch Davidian Compound. Waco, Texas, March, 1993
- **Primary Instructor:**
  National Tactical Officers Association Annual Conferences in 1992, 1993, 1994, 1995, 1996, 1997, 1999, 2017, and 2019 teaching hostage rescue, less lethal force options, MP5 submachine gun and contemporary tactical command issues
- **Featured Instructor:**
  Law Enforcement Television Network (LETN), Less Lethal Force Options in High Risk Incidents, 1993 and 1996, and line officer training with impact projectiles.
- **Featured Presenter-** International Association of Chiefs of Police (IACP) Annual training Conferences
  1. 1995 (Miami), Less Lethal Force Options
  2. 1997 (Orlando), Barricades and the Mentally Ill
  3. 2000 (San Diego), Less Lethal Force Options
  4. 2005 (Miami), TASER use/Misuse
  5. 2006 (Boston) Addressing use of force, less lethal force options,

       TASER, and the de-escalation philosophy
   6. 2007 (New Orleans), offering three presentations-Force Less Than Deadly: What We Know, Barricades and the Mentally Ill, Beyond Rapid Deployment: A Real World Approach to Effectively Preparing for the Active Shooter
   7. 2009 (Denver), presentation to the agency legal section meeting on force models and resistance control
   8. 2011 (Chicago), Contemporary issues in police litigation and use of force

- **Featured Presenter:**
   International Association of Law Enforcement Firearms Instructors (IALEFI) International Conferences, 1996 and 1997, addressing use of force and less lethal force options.
- **Featured Presenter:**
   American Society of Law Enforcement Trainers (ASLET) National and International Conferences, 1998 and 1999, addressing use of force and less lethal force options.
- **Featured Presenter/Instructor:**
   The International SWAT Roundup Training and Competition, Orlando, Florida, 1997, 1998, 1999, 2001, addressing use of force and less lethal force options.
- **Assessor:**
   Appointed to the National Institute of Justice review panel for Less Lethal, counter terror and hostage rescue technology research grants-1998, 1999, 2004, 2005, and 2006, Washington, DC.
- **Featured Presenter/Instructor:**
   The Illinois Tactical Officers Association Annual Conference, addressing Impact Projectile Safety and use. October 1999, Oak Brook, IL. 1999.
- **Featured Presenter:**
   National Defense Industrial Association (NDIA) International Conference on Non-Lethal Munitions, addressing use of force and less lethal options, Washington, DC, March, 2000.
- **Presenter/panelist:**
   Penn State University Applied Research Laboratory, Human Effects Advisory Panel on Less Lethal Projectiles and Crowd Control, Orlando, Florida, September 2000.
- **Featured Presenter:**
   United States Army Less Lethal Weapons/Public Order Management Instructor/Trainer Program, Fort Leonard Wood, June 2002.
- **Consultant:**
   United States Army Less Lethal Weapons Policy/Procedure Development panel, addressing the creation of a new policy manual for US Army use of impact round technology in operations "Other Than War" (OTW), Fort Leonard Wood, July 2002.

- **Section Chair-Contemporary Operational and Technology Limits:**
  Penn State University Applied Research Laboratory, 2nd Annual International Conference on Minimal Force Options, State College, PA. October, 2002
- **Featured Presenter/Instructor:**
  The Illinois Tactical Officers Association Annual Conference, TASER safety and use, October, 2002. Oak Brook, IL.
- **Keynote Address:**
  Non-lethal Technology and Academic Research Symposium, International Public Order Training-Impact Rounds, International Acceptability, and Lessons Learned in the Operational Realm, San Diego, Ca., November 2002.
- **Featured Presenter:**
  Barksdale Air Force Base, Critical Response Seminar, Addressing High Risk Incident Training and Preparation, Bossier City, La. December, 2002.
- **Consultant:**
  For the prosecution, Malvo-Muhammed "East Coast Sniper" case. July, 2003.
- **Featured Presenter:**
  California Association of Tactical Officers (CATO) Annual Conference, "Impact Projectiles-Operational Use and Injury Reduction Strategies", Palm Springs, CA., September, 2003.
- **Featured Presenter:**
  Non-lethal Technology and Academic Research Symposium (NTAR 5), Impact Projectiles-Death and Serious Injury Factors and Preventive Strategies, Washington, DC. November 2003.
- **Featured Presenter:**
  FBI National Academy, "Less Lethal Force Options (Impact Rounds-TASER) Involving the Mentally Ill", Kansas City, Missouri, July 2004
- **Featured Presenter/Instructor:**
  The Illinois Tactical Officers Association Annual Conference, addressing Chemical agents and noise flash diversionary devices, November 2004, Oak Brook, IL.
- **Featured Presenter:**
  California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues" presentation, Palm Springs, CA., September, 2004
- **Courseware Developer and on Camera Instructor:**
  Law Enforcement Television Network (LETN), Impact Projectiles, OC spray, M/X26 TASER, High Risk raid planning, Spring/Fall 2004. These programs were viewed by thousands of police officers throughout the United States via satellite.
- **Appointed:**
  Stern Commission, impaneled to investigate and report on the facts surrounding the Boston Police FN303 impact projectile death of Victoria Snelgrove, during a public order event following the Boston-New York

        baseball game leading to the World Series. Boston, November, 2004- March, 2005.

- **Panelist/presenter:**
  Police Executive Research Forum (PERF), International Use of Force Symposium, addressing use of force investigations and TASER technology. San Diego, CA., 12-2004

- **Presenter:**
  US Air Force Research Laboratory, Crowd Behavior and Modeling Simulation Workshop, addressing, "Public Order Management, Culture-Motive-Circumstance", San Antonio, Texas. January 26, 2005

- **Consultant:**
  Appointed as an outside expert to offer consultation and review of the Los Angeles Police Departments proposed Use of Force Sourcebook and Force Options Chart, Los Angeles, March, 2005

- **Appointed:**
  Advisory board, International Association of Chiefs of Police (IACP), for the creation of the NIJ funded, "emerging technology" executive brief on electro muscular disruption (TASER) devices, April, 2005.

- **Presenter-panelist:**
  U.S. Department of Justice, Less-Lethal Technology Symposium, addressing TASER devices and the use of force continuum, Washington, DC., April 4-5, 2005

- **Assessor:**
  Chosen to review and make recommendations concerning agency applications for the technology grants offered by the Department of Homeland Security, Commercial Equipment Direct Assistance Program. Arlington, VA., June, 2005

- **Consultant:**
  Topeka City Managers Independent Commission, Investigating the Topeka Police Department Narcotics and Command functions, following the indictment of two narcotics officers for corruption. October-December, 2005.

- **Featured instructor/presenter:**
  The National Summit on Police Use of Force, Institute for Law Enforcement Administration, the Center for American and International Law, addressing Best Practices in the Use of Less Lethal Weapons, Dallas, Texas, January 23-24, 2006.

- **Panelist:**
  United States Institute for Peace and U.S. State Department, Subject matter expert for the conference on a U.S. standing civilian police rapid deployment force for international conflict intervention operations, Washington, D.C. May 2006.

- **Presenter:**
  Crowd Behavior Modeling and Simulation Summit, Washington, D.C., 5-10/11-06.

- **Keynote Address:**
  U.S. Military Non-lethal Senior Leadership Symposium, Fort Leonard Wood, June 9, 2006.
- **Consultant:**
  Rand Corporation, Firearms Discharge Expert Panelist, Assessment group focusing on NYPD use of force and related investigations. New York City, May 18, 2007.
- **Featured presenter:**
  California Association of Tactical Officers (CATO) Annual Conference, "Barricades and the Mentally Ill, Noise Flash Diversion Devices, and Leadership at the Public Order Crisis Site, Anaheim, CA., September, 2007.
- **Featured Presenter/Instructor:**
  The Illinois Tactical Officers Association Annual Conference, addressing hostage rescue and related tactical issues, November, 2007. Oak Brook, IL.
- **Program co-chair and featured presenter:**
  Institute for Law Enforcement Administration, 2008 Use of Force Conference, addressing the Ethical Use of Force-TASER Focus, and Force Modeling, Plano, Texas, October 2008
- **Featured presenter:**
  California Association of Tactical Officers (CATO) Conference, "Legal Issues-Interacting with the Mentally Ill, Ontario, CA. October, 2008.
- **Panelist:**
  National Tactical Officers Association Delphi study group, creating best practices in the area of hostage resolution, September, 2009.
- **Featured Presenter:**
  FBI National Academy, "Best Practices in Training and Preparing Officers for Resistance Control", Wichita, Kansas. April 2010
- **Appointed:**
  International Association of Chiefs of Police, National Policy Center Board, July, 2010
- **Featured Presenter/Instructor:**
  The Illinois Tactical Officers Association Annual Conference, Addressing Contemporary issues in resistance control, October, 2010. Oak Brook, IL.
- **Featured Presenter:**
  California Association of Tactical Officers (CATO) Annual Conference, "Hostage Barricade Resolution Involving the Mentally Ill", Anaheim, CA, November, 2010
- **Program consultant and panelist:**
  The International Association of Chiefs of Police (IACP) and Community Oriented Policing (COPS Office) National Forum on Police Use of Force, Alexandria, VA. January and May, 2011.
- **Keynote speaker:**
  Illinois State Police Training Conference, in preparation for the 2012 NATO and G8 Conferences, addressing public order management and contemporary resistance control, Chicago, Illinois, March, 2012.

- **Featured Presenter/Instructor:**
  The Illinois Tactical Officers Association Annual Conference, Addressing Contemporary Tactical issues in resistance control, October, 2012. Oak Brook, IL.
- **Appointed:**
  International Association of Chiefs of Police, National Patrol and Tactics Committee, January, 2013
- **Keynote speaker:**
  Indiana State Tactical Officers Annual Conference, addressing contemporary issues in tactical policing. Bloomington, Indiana, May, 2013.
- **Keynote speaker:**
  Ohio State Tactical Officers Annual Conference, addressing leadership issues related to critical incident management. Toledo, Ohio. May, 2013.
- **Featured presenter:**
  International Law Enforcement Forum on the use of less lethal force, addressing injuries related to impact projectiles and noise flash diversionary devices. Penn State University, Penn. May, 2013
- **Appointed:**
  Boston Marathon Post Blast Safety and Security Consultant, on behalf of the Massachusetts State Police and Boston Police Departments. Boston, Massachusetts, June, 2013
- **Featured Presenter:**
  FBI National Academy, "Chief Concerns-Laying the Proper Foundation for Police Litigation Defense", Mackinac Island Michigan, August 2013
- **Featured presenter:**
  California Association of Tactical Officers (CATO) Annual Conference, "Barricades and the Mentally Ill", Anaheim, CA. October, 2013.
- **Featured presenter:**
  Wisconsin State SWAT Association annual conference, "Contemporary Tactical Issues", Madison, WI. March, 2014.
- **Keynote speaker:**
  Ohio State Tactical Officers Annual Conference, addressing Contemporary Issues in Tactical Policing. Dayton, Ohio. May, 2014.
- **Featured presenter:**
  California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", Reno, Nevada, October, 2014.
- **Keynote speaker:**
  Oregon State Sheriff's Conference, "Contemporary Issues in Police Management", Bend, Oregon. November 2014
- **Keynote speaker:**
  Utah State Chiefs Conference, "Contemporary Issues in Police Management", Salt Lake City, Utah. December 2014
- **Keynote speaker:**
  Oregon State SWAT Conference, "Contemporary Issues in Tactical Command, Bend, Oregon. April 2015

- **Keynote speaker:**
    Ohio State Tactical Officers Annual Conference, addressing Policing in a Post-Ferguson Era. Cedar Point, Ohio. May, 2015.
- **Keynote speaker:**
    Colorado State SWAT Association Annual Conference, addressing "Contemporary Issues in Tactical Policing". Loveland, Colorado. May, 2015.
- **Featured presenter:**
    California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", Anaheim, CA. October, 2015.
- **Featured Presenter/Instructor:**
    The Illinois Tactical Officers Association Annual Conference, Addressing Contemporary Tactical Command Issues, October, 2015. Oak Brook, IL.
- **Featured Presenter:**
    FBI National Academy, "Contemporary Command Issues", Lake Tahoe, April, 2016
- **Keynote speaker:**
    Ohio State Tactical Officers Annual Conference, addressing Contemporary Police Command Issues, Cedar Point, Ohio. June, 2016.
- **Featured presenter:**
    California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", Reno, Nevada, October, 2016.
- **Featured Presenter/Instructor:**
    The Illinois Tactical Officers Association Annual Conference, Addressing Contemporary Command Issues, October, 2016. Oak Brook, IL.
- **Featured presenter:**
    Wisconsin State SWAT Association annual conference, "Contemporary Command Issues", Milwaukee, WI. March, 2017.
- **Featured presenter:**
    Illinois Law Enforcement Alarm System (ILEAS) annual conference, "Contemporary Command Issues", Springfield, IL. March, 2017.
- **Featured presenter:**
    California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", San Diego, California, December , 2014.
- **Featured presenter:**
    California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", Reno, NV 2016.
- **Featured presenter:**
    California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", San Diego, California, December , 2017.
- **Featured presenter:**
    California Association of Tactical Officers (CATO) Annual Conference, "Contemporary Tactical Issues", San Diego, California, December , 2019.

**Adjunct Instructor:**
- Drury University Law Enforcement Training Academy, Springfield, Missouri.
- Drury University undergraduate course work
- Indian Meridian Law Enforcement Training Center, Stillwater, Oklahoma.
- University of Missouri Law Enforcement Training Center, Columbia, Missouri.
- University of North Texas Police Academy, Denton, Texas.
- Barton County Community College, Great Bend, Kansas.
- Missouri State Highway Patrol Academy, Jefferson City, Missouri.
- Nebraska Law Enforcement Training Academy, Grand Island, Nebraska.
- Criminal Justice Undergraduate Programs, Evangel University, Springfield, Missouri

**Programs:**
I have trained thousands of officers around the world since 1986, on a variety of law enforcement topics, including:
- supervision and management of special weapons teams
- chemical munitions and aerosols
- patrol response to high-risk incidents
- fundamental and advanced SWAT concepts
- selection, evaluation, and use of less lethal force options
- use of explosives in law enforcement
- hostage rescue
- noise flash diversionary devices
- vehicle assaults
- executive protection/dignitary escort
- stopping and approaching vehicles
- narcotic and dangerous drug investigations
- use of force/de-escalation/level of force continuum
- use of the police long rifle marksman/observer
- Police interaction with the mentally ill-with special emphasis on hostage/barricades

- **Consultation:**
  I have provided assessment, consultation, investigative services and/or expert testimony on cases at the local, state, national, and international law enforcement level.
- **Security Clearance:**
  United States Government, Secret

## OPERATIONAL EXPERIENCE

- I have served in a wide variety of policing areas, including uniformed patrol, major crimes investigations, undercover narcotics (including approximately 300 "hand to

hand" drug buys, as well as almost daily interaction with police informants and federal drug investigators). and SWAT. I also served as a supervisor and commander in both the Operations and Investigations Division, directing the activities of over 350 employees. The commands included the direct review of approximately 1400 police use of force incidents, 250 vehicle pursuits, and numerous SWAT operations (approximately 300 search warrants, 20 barricaded suspects, and an occasional hostage incident each year).  Division officers were assigned to the following sections:
- Uniformed Patrol
- Traffic
- SWAT
- Crisis Negotiators
- K-9
- Community Policing
- DARE/Crime Prevention
- Police Reserves
- Community volunteers
- Criminal Investigations
- Narcotics Investigations

- Crisis Action Team (SWAT) founder and team leader-supervisor-commander since its inception. The team is a full-time tactical unit that is recognized throughout the nation for its performance and dedication to training and professionalism. As an operator I served in a variety of roles including police long rifle marksman/observer, breacher (explosive and conventional), and entry team member.  I have participated in, supervised, and/or reviewed my teams operational role in:
  
  A. Over 2000 narcotic/high risk search warrants (approximately 1,500 personally).
  B. The resolution of over 200 barricaded suspect incidents.
  C. The resolution of eight hostage situations-three requiring rescue entries, and two requiring a police long rifle marksman.

- I was the Special Operations Commander for three years, during which time I had command of all agency narcotic investigations, which involved the work of two sergeants and approximately 20 investigators, four of which were assigned to Drug Enforcement Administration task forces. This command involved thousands of interactions involving informants, drug purchases (informant and undercover officer made), drug related surveillance, and the procurement and service of search warrants- many involving Federal Drug Enforcement Task Forces.
- I was the Investigations Division Commander for 6.5 years, during which time I had command of all agency criminal investigations. This included the direct command and oversight of thousands of investigations ranging from thefts to homicides and officer involved shootings. This assignment also included the command and oversight of the Special Operations Commander, two sergeants, and approximately 30 investigators,

whose work efforts involved thousands of interactions involving informants, drug purchases (informant and undercover officer made), surveillance, and the procurement and service of search warrants-many involving Federal Drug Enforcement Task Forces.

## **PROFESSIONAL ACCOMPLISHMENTS**

- Awarded the American Police Hall of Fame, "Silver Star for Bravery", for the deadly force neutralization of a hostage taker/robber armed with a shotgun during a rescue entry into a convenience store.
- Appointed to the original National Tactical Officers Associations (NTOA) Board of Directors in 1992, and holding a board position until 1998.
- Recipient of the 1995 National Tactical Officers Association Award of Excellence (John Kohlman Award), the organizations highest honor.
- Appointed chair of the National Tactical Officers Association (NTOA) Less Lethal Force section, 1998, 1999, 2000.
- Appointed as an Editorial Advisor for Police Chief Magazine, Journal of the International Association of Chiefs of Police (IACP), 1998.
- Appointed to the NTOA Less Lethal Force "Delphi Group", consisting of 25 experts in the field of use of force, tasked with creating a "model policy" for the training and deployment of less lethal projectiles.
- Appointed to the NTOA Hostage Rescue "Delphi Group", consisting of 25 experts in the hostage rescue, tasked with creating a "best practices model policy" for resolving hostage scenarios.
- Authored over 100 articles in international and peer reviewed law enforcement trade magazines, including the NTOA magazine <u>The Tactical Edge</u>, the IACP magazine <u>The Police Chief</u>, <u>Police</u>, <u>Law and Order</u>, <u>Tactical Response</u>, <u>Policeone.com, Law Officer</u>, and <u>Police and Security News,</u> addressing such topics as hostage rescue, explosives in law enforcement, live fire shooting house construction, Less Lethal Force Options, Chemical Agents, Forced Entry, Noise/flash diversionary devices, TASER technology, Police interaction with the mentally ill, and command level decision making in crisis situations.
- Appointed to the Post Certification Governing Board, law Enforcement Continuing Education, Southwest Missouri State University-1996.
- Tactical consultant for the Paramount Pictures version of the Tom Clancy novel, <u>Rainbow Six</u>, December 1999.
- Selected as a subject matter expert by the International Association of Chiefs Police (IACP), to participate in the process of creating Model Policies for SWAT Teams and their related Operations.
- Model policy and training key writer for the International Association of Chiefs of Police, National Policy Center, addressing Impact Projectiles, Noise Flash Diversion Devices, Chemical Munitions, Electro-muscular disruption (TASER) systems, Special Weapons and Tactics, patrol rifles, and hostage-barricade resolution.
- Appointed to the editorial advisory board, Tactical Response Magazine, July 2003.

- Appointed-editorial/policy advisory board, Policeone.com, March 2008
- Appointed-International Association of Chiefs of Police, National Policy Center, 2009

## **PROFESSIONAL ORGANIZATION AFFILIATION**

- International Association of Chiefs of Police (IACP)
- National Tactical Officers Association (NTOA)
- FBI National Academy Associates (FBINAA)
- KC Metro Tactical Officers Association (KCMTOA)
- Illinois State Tactical Officers Association (ITOA)
- California Tactical Officers Association (CATO)
- International Association of Law Enforcement Firearms Instructors (IALEFI)
- International Association of Law Enforcement Trainers Association (IALETA)
- American Society of Law Enforcement Trainers (ASLET)
- Board Member-National Alliance for the Mentally Ill (NAMI)

**PERSONAL INFORMATION**

- Born in 1957
- Married since 1979
- Two adult children
- Group Leader and Board of Directors, Project Hope (501 C3 Christian home building, medical, and dental missions to Nicaragua and Haiti).

**CONTACT INFORMATION**

Steve Ijames
1258 South Rosemoor Drive
Nixa, Missouri 65714

Telephone-417-838-4274
lesslethal@aol.com

# Steve Ijames
*Police Practices and Training Consultant*

Fee Schedule:

- Case review, study, preparation, and consultation are billed at $325.00 per hour.

- Time spent in trial testimony, conducting site visits or out of Springfield, Missouri consultation will be billed at a flat rate of $2950.00 per calendar day plus actual expenses. Time spent in travel will be billed at the daily rate, with partial days being prorated based on the amount of the travel day expended.

- Depositions are billed at a $2950.00 per day flat fee. Depositions requiring travel outside of Springfield, Missouri are billed at $2950.00 per calendar day including travel days, plus actual expenses. Deposition fee and travel expenses must be paid five days in advance of travel.

- Absent a contract stating otherwise, I will submit a statement immediately following the accrual of actual expenses, and periodically during the discovery and disclosure process. The retaining firm is responsible for notifying me in the event the case is resolved, to ensure the timely submission of a final statement.

I generally do not require a retainer, but do ask that the retaining firm cause all statements to be reconciled within 30 days of submission. If that is not acceptable, a retainer of $5,000 is required at the time the case file is provided for review.

Steve Ijames
1258 South Rosemoor Drive
Nixa, Mo. 65714

417-838-4274
lesslethal@aol.com