EXHIBIT B

# RULE 26 (B) DISCLOSURES-Steve Ijames

I have authored the following publications:

1. "Training and Tactics for Resolving the Covered Pile", The Tactical Edge Magazine, Vol. 10, No. 2, Spring, 1992
2. "Crosshairs-The Tactical Edge Zeros in on the Springfield Missouri Police Crisis Action Team", The Tactical Edge Magazine, Vol. 10, No. 2, Spring, 1992
3. "Preparing for the Big Bang", The Tactical Edge Magazine, Vol. 11, No. 1, Winter 1993
4. "The Cat House: Creating the Terry L. Knowles Live-Fire Training Facility", The Tactical Edge Magazine, Vol. 11, No. 3, Summer 1993
5. "Less Lethal Force: Concepts and Considerations in the De-escalation Philosophy", The Tactical Edge Magazine, Vol. 13, No. 3, Summer 1995
6. "Less Lethal Projectiles: Seeking a Balance", The Tactical Edge Magazine, Vol. 14, No. 4, Fall 1996
7. "Testing and Evaluating Less Lethal Projectiles", The Tactical Edge Magazine, Vol. 15, No. 2, Spring 1997
8. "Critical Incident Problem Solving: The Pre-incident Planning Model", The Police Chief Magazine", Vol. LXIV, No. 3, March 1997
9. "Testing and Evaluating Less Lethal Projectiles-Part 2", The Tactical Edge Magazine, Vol. 15, No. 3, Fall 1997
10. "Less Lethal Force Options: Tactics, Training and Technology for Unconventional Encounters", The Police Chief Magazine", Vol. LXV, No. 3, March 1998
11. "Critical Incident Problem Solving: removing surprise and indecision from the tactical operations vocabulary", The Tactical Edge Magazine, Vol. 16, No. 2, Spring 1998
12. "Chemical Agents-Barricade Resolution Through Space Deprivation", The Tactical Edge Magazine, Vol. 16, No. 4, Fall 1998
13. "Less Lethal Force Options", Law and Order Magazine, Vol. 46, No. 12, December, 1998
14. "Less Lethal-Emerging Trends in a Hot Environment", The Tactical Edge Magazine, Vol. 17, No. 1, Winter 1999
15. "Less Lethal Trends-Revisiting a Canadian Incident", The Tactical Edge, Vol. 18, No. 2, Spring 1999
16. "Force Options and Legal Challenges", The Tactical Edge, Vol. 18, No. 3, Summer 1999
17. "Engagements-Tactics and Training for the Unconventional Encounter", The Law Enforcement Trainer, Vol. 14, No. 6, November/December 1999
18. "Less Lethal Impact-when is enough enough", The Tactical Edge, Vol. 18, No. 2, Spring, 2000
19. "Less Lethal Projectile Tests and Modifications", The Tactical Edge, Vol. 18, No. 3, Summer, 2000
20. "Trends and Tactics in Use of Force Options", The Tactical Edge, Vol. 18, No. 4, Winter, 2000
21. Co-author, Penn State Applied Research Laboratory, Human Effects Advisory

     Panel, "Crowd Behavior, Crowd Control, and the Use of Non-Lethal Weapons", January 1, 2001, fulfilling USMC contract #M67004-99-D-0037-0001
22. "Impact in the Field", Police Magazine, July, 2001
23. "Hand Held Lightning", Police Magazine, September, 2001
24. "Zeroing in on Accuracy: Managing the Potential for Impact Projectile Deaths and Serious Injuries", Police and Security News, November, 2001
25. "Noise/Flash Diversionary Devices: Deployment Considerations and the Prevention of NFDD Related Injuries", Police and Security News, November, 2001
26. "Creating a Less Lethal-Impact Projectile Program: Ground Floor Thoughts on Top Floor Performance", Police and Security News, January-February, 2002.
27. "Logic, Layout, and Longevity: Jumping Into the Live Fire Training House Environment", Police and Security News, May, 2002
28. "Impact Projectiles: Ten Things a Chief Needs to Know", Law and Order Magazine, September, 2002
29. "Chemical Munitions Deployment-Zeroing in on Space Deprivation", Police and Security News, October, 2002
30. "Forcible Entry Equipment and Techniques", Police and Security News, November/December, 2002
31. "Chemical Munitions Deployment, Thoughts and Considerations for Use in Public Disorder", Police and Security News, January/February, 2003
32. "Patterns of Injury, Recognition, and Treatment for Less Lethal Law Enforcement Techniques".  Emergency Medicine, November 2003
33. "Contingency Planning:  Step One Towards Positive Performance at the Crisis Site", Police and Security News, November/December, 2003
34. "NTOA Less Lethal Data Base", The Tactical Edge, Volume 21, Num. 4, Fall 2003
35. "Impact Projectiles: Lessons Learned Thus Far", The Tactical Edge, Volume 21, Num. 4, Fall 2003
36. "Noise Flash Diversionary Devices-Positive Steps in Preventing Negative Outcomes", Tactical Response Magazine, Volume 4, #1, Winter, 2003.
37. "Best of the Best-Covered Pile Hostage Rescue Re-visited", The Tactical Edge, Volume 22, Num. 1, Spring 2004
38. "Tactics, Tools and Technology for the Unconventional Police Encounter", Encyclopedia of Law Enforcement, John Jay College of Criminal Justice, June 2004
39. "Less Lethal Update Part 1-Cutting Edge Technology for the Unconventional Encounter", Police and Security News, March/April, 2004
40. "Less Lethal Update Part 2-Cutting Edge Technology for the Unconventional Encounter", Police and Security News, June/July, 2004
41. "Noise Flash Diversionary Devices-Risk and Benefit", Tactical Response Magazine, August, 2004
42. "Taser Technology: Use, Abuse, and the EMD Paradox Facing Law Enforcement Today-Part 1", Police and Security News, August/September 2004
43. "Taser Technology: Use, Abuse, and the EMD Paradox Facing Law Enforcement Today-Part 2", Police and Security News, October/November

2004
44. "Integrated Weapons Platforms", The Tactical Edge Magazine, Winter 2005
45. "Tips On Tactical Leadership", Tactical Response Magazine, March, 2005
46. "Tactical Focus-Zeroing in on Safe and Effective NFDD Use", the Journal of the Illinois State Tactical Officers Association (ITOA), Spring, 2005.
47. "Break and Rake Basics", Tactical Response Magazine, April, 2005.
48. "Contemporary Taser Use and Consideration", Policeone.com Internet Magazine, May , 2005.
49. "Extended Range Impact Devices-What We Know", Policeone.com Internet Magazine, June, 2005.
50. "Little Bang Theory-Mechanical Processes that Enhance Safe and Effective NFDD Use", Policeone.com Internet Magazine, July, 2005.
51. "Managing Officer Created Jeopardy", Policeone.com, Internet Magazine, July 15, 2005.
52. "In Defense of the 12 Gauge Bean Bag Round", Policeone.com, Internet Magazine, August 15, 2005.
53. "I Have Seen THE LIGHT: Integrating Less Lethal Concepts with High Tech Illumination Devices", Policeone.com, Internet Magazine, September 15, 2005.
54. "Flash Bang 101", Policeone.com, Internet Magazine, October 15, 2005.
55. "Personal Chemical Munitions-Are They Gone With the Electronic Wind?", Policeone.com, Internet Magazine, November 15, 2005.
56. "Integrated Force Weapons Platforms", The Tactical Edge Magazine, Winter, 2005
57. "Impact Prose: Deep Thoughts on a Striking Subject", Policeone.com, Internet Magazine, December 15, 2005.
58. "Size Matters", Large Caliber Impact Leaves its Mark in the Field, Policeone.com, Internet Magazine, January 15, 2006.
59. "When is Enough-Enough? Reconciling the Coercion/Custody Dilemma", Policeone.com. Internet Magazine, February 15, 2006.
60. "Impact Projectiles: Shot Placement, and the role it plays in Death and Injury Prevention", Policeone.com, Internet magazine, March 15, 2006.
61. "Fundamental Tactical Concepts: The Breach and Delay", Tactical Response Magazine, April, 2006.
62. "Impact Projectile Training: Critical Issues for Positive Performance", Policeone.com, Internet Magazine, April 15, 2006.
63. "The Three Weapon Dilemma: The FNP90 and Thoughts on Bridging the MP/M4 Gap", Police and Security News May, 2006.
64. "Distraction-Diversion", Law Officer Magazine, October, 2006
65. "SWAT Team Excellence", Law Officer Magazine, February, 2007.
66. "I have Seen THE LIGHT Part 2: Additional Integration of Less Lethal Force Options and Illumination Tools", Policeone.com, Internet Magazine, March 15, 2007.
67. "Less Lethal Weaponry and Less-lethal Force Decision Making", Police Executive Research Forum-Critical Issues In Policing Series: Strategies for Resolving Conflict and Minimizing use of Force, April 2007.
68. "Pepper Spray: Is the Hot Stuff Still Relevant in the High Tech Electronic

  World"?, Police and Security News, Volume 23, issue 3, May/June 2007

69. "Trainers, Impact Round Training, and the Critical Issue of Point of Aiming/Point of Impact", Policeone.com, Internet Magazine, May 15, 2007.
70. "The Less Lethal Philosophy and Barricades Involving the Mentally Ill", Policeone.com, Internet Magazine, July 15, 2007.
71. "Less Lethal Force Options", a chapter in the Police Executive Research Forum (PERF) publication, "Chief Issues", Spring, 2007
72. "Less Lethal State of the Art", Tactical Response Magazine, November 2007.
73. "Tactical Intervention with the Mentally Ill-The Barricaded Subject", The Tactical Edge Magazine, Fall, 2007
74. "Building a Better Mouse Trap: The J & N Tactical Bang Stick", Policeone.com, Internet Magazine, October 15, 2007.
75. "Tragedy in Boston: The Impact Projectile Death of Victoria Snelgrove", Policeone.com, Internet Magazine, December 15, 2007.
76. "PUBLIC ORDER MANAGEMENT 101: Chemical Munitions", Policeone.com, Internet Magazine, January 15, 2008.
77. "The Wallbanger", Policeone.com, Internet Magazine, March, 2008.
78. "Less Lethal Technology", Tactical Response magazine, vol. 6, no. 3, May 2008.
79. ""Less Lethal Technology", Law and Order Magazine, vol. 56, no. 12, December 2008.
80. "Patterns of Injury, Recognition, and Treatment for Less Lethal Law Enforcement Techniques", Georgia Medical School Journal, Spring 2009.
81. "TASER Do's and Don'ts", Tactical Response Magazine, May-June 2009
82. Halton Police Tactical Barricade Incident De-brief-Policeone.com, Internet Magazine, July 2009.
83. "Hurting Ourselves and Our Training"-Focusing on Risk/Benefit Analysis and the ways in which we train can help police trainers more safely replicate circumstances officers are likely to face on the street, Policeone.com, Internet Magazine, February 2011.
84. "Safety Considerations for Flash Bangs", Policeone.com, Internet magazine, March 2011.
85. "Taking the Straw Man to the Ground: Arguments in Support of the Linear Use-of Force-Continuum", Police Chief Magazine, Volume LXXVIII, number 12, December, 2011.
86. "Update on Safe and Effective NFDD Use", KCMTOA Tactical Journal, May, 2013
87. "Tactical Teams-Pitfalls, Perils, and Positive Performance", The Tactical Edge, Vol. 36, NO. 3, Summer 2018

**I am disclosing the following list of cases in which I have testified as an expert at trial or deposition in the past four years:**

1.  IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Civil Action No. 13-cv-01945-WJM-CBS, TYLER SANCHEZ Plaintiff, v. DETECTIVE JOE RYAN HARTLEY, DETECTIVE RYAN

4

      WOLFF, DETECTIVE MIKE DUFFY, DETECTIVE HEATHER MYKES, and INVESTIGATOR MICHAEL DICKSON, in their individual capacities, BOARD OF COUNTY COMMISSIONERS OF DOUGLAS COUNTY, DOUGLAS COUNTY SHERIFF'S OFFICE, and OFFICE OF THE DISTRICT ATTORNEY FOR THE EIGHTEENTH JUDICIAL DISTRICT. Deposition, March 6, 2018

2. IN THE DISTRICT COURT OF BARBER COUNTY, KANSAS, State of Kansas, Plaintiff, vs. Virgil "Dusty" Brewer, Defendant. Case No. 2018-CR-70. Criminal preliminary hearing. October, 2018
3. JASON C. TURK and AMANDA TURK, Plaintiffs, v. Case No: 8:14-cv-1940-MSS-MAP, v. OFFICER TIMOTHY J. BERGMAN, individually, and CITY OF TAMPA, FLORIDA, Defendants. Trial. November, 2018
4. IN THE UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF MISSOURI, WESTERN DIVISION, DONNA LANCASTER, Plaintiff, vs. KANSAS CITY BOARD OF POLICE COMMISSIONERS, et al. Case No. 4:14-cv-00171-BP. Deposition, November, 2018
5. IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION, Case No. 1: 18-cv-00139, ADAM FRIED, Administrator for the Estate Of Roy Evans, Jr., *Deceased,* City of Strongsville. Deposition, 11-30-18
6. State of Nebraska vs. Scotty Payne, trial, Omaha, NE., 12-5-18
7. IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO Civil Action No. 17-CV-02121-WJM-STV, Plaintiff BRIAN PATRICK MALONEY vs. Defendant(s): CITY OF PUEBLO, COLORADO, Deposition, 2-27-19.
8. <u>Rivera v. Andrew Cater, et al.</u> Eastern District Case No. 2:18-cv-00056 WBS EFB, Deposition, June, 2019
9. UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, L.D., a minor, by and through her guardian ad litem, Desiree DeLeon, individually, and as successor-in-interest, to Cesar Frias, deceased, Plaintiff, vs. CITY OF LOS ANGELES, et al., Defendants. NO.: CV 16-04626-PSG 7. Deposition, August 2019
10. UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA, L.D., a minor, by and through her guardian ad litem, Desiree DeLeon, individually, and as successor-in-interest, to Cesar Frias, deceased, Plaintiff, vs. CITY OF LOS ANGELES, et al., Defendants. NO.: CV 16-04626-PSG 7. Trial, January, 2020
11. STATE OF MINNESOTA DISTRICT COURT, COUNTY OF WASHINGTON TENTH JUDICIAL DISTRICT, Court File No. 82-CR-19-2887, State of Minnesota, Plaintiff, vs. Brian Jeffrey Krook, Defendant.Trial, March, 2020.
12. Haegele v. Judd, Case No. 8:19-cv-02750-VMC-CPT, UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION, deposition, September, 2020
13. ANTHONY DE'SEAN WARREN JR., et. al., vs. WAFFLE HOUSE, INC., et al., Case No.: 18BA-CV00099, IN THE CIRCUIT COURT OF BOONE COUNTY, MISSOURI. Deposition, October, 2020

14. MARK ARNOLD, Plaintiff, vs. CITY OF OLATHE, KANSAS, et al, Defendants. Case No.: 2:18-CV-02703, deposition, December, 2020
15. RE: Patricia Lopez as Personal Representative for the ESTATE OF ANTHONY LOPEZ; and PATRICIA LOPEZ and CAESAR LOPEZ, surviving parents of ANTHONY LOPEZ, deceased, vs. CITY OF MESA; HEATH CARROLL; and DOES 1-10, inclusive, deposition, February, 2021
16. Daniel Barerra v. City of Woodland, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA, CASE NO.: 2:18-cv-00329-JAM-KJN, deposition, September, 2021
17. In the Circuit Court of Jackson County, Missouri, STATE OF MISSOURI, vs. ERIC J. DEVALKENAERE, Case no. 2016-CR02823, Deposition, October, 2021
18. As above, trial, November 2021

Fee Schedule:

- Case review, study, preparation, and consultation are billed at $325.00 per hour.

- Time spent in trial testimony, conducting site visits or out of Springfield, Missouri consultation will be billed at a flat rate of $2950.00 per calendar day plus actual expenses. Time spent in travel will be billed at the daily rate, with partial days being prorated based on the amount of the travel day expended.

- Depositions are billed at a $2950.00 per day flat fee. Depositions requiring travel outside of Springfield, Missouri are billed at $2950.00 per calendar day including travel days, plus actual expenses. Deposition fee and travel expenses must be paid five days in advance of travel.

- Absent a contract stating otherwise, I will submit a statement immediately following the accrual of actual expenses, and periodically during the discovery and disclosure process. The retaining firm is responsible for notifying me in the event the case is resolved, to ensure the timely submission of a final statement.

I do not require a retainer, but do ask that the retaining firm cause all statements to be reconciled within 30 days of submission. If that is not acceptable, a retainer of $5,000 is required at the time the case file is provided for review.