IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

---

**CITY OF AURORA AND OFFICER CORY BUDAJ'S RESPONSES TO PLAINTIFF DURAN'S SECOND SET OF INERROGATORIES TO AURORA DEFENDANTS**

---

Defendant City of Aurora and Defendant Officer Cory Budaj in his official capacity, through their undersigned counsel, submit the following objections and responses to Plaintiff Duran's Second Set of Interrogatories to Aurora Defendants as follows:

**OBJECTIONS TO PLAINTIFFS' DEFINITIONS**

City of Aurora and Office Cory Budaj object to Plaintiffs' "Definitions" to the extent that such "Definitions" attempt to impose obligations that not required by the Federal Rules of Civil Procedure. City of Aurora and Office Cory Budaj are only responsible for responding to Plaintiffs' written discovery to the extent required by Rules 26, 33, and 34 and will respond to Plaintiffs' discovery in compliance with such rules.

**INTERROGATORIES**

1. Is it your position that Plaintiff Duran committed any unlawful act or an act that warranted the use of force on him during the Protests on May 31, 2020, at or around 9:34 pm at

EXHIBIT 2

the intersection of Colfax and Pearl in Denver, Colorado? If so, please describe each alleged unlawful act or acts warranting the use of force that you content was committed by that Plaintiff, and provide the complete factual basis for your contention, including identifying any witnesses, or physical, documentary, or testimonial evidence support your contention:

**RESPONSE:** City of Aurora and Officer Cory Budaj are unaware of who Plaintiff Duran is and therefore take no position as to whether Plaintiff Duran committed any unlawful acts on May 31, 2020.

Respectfully submitted this 19th day of November, 2021.

> *s/ Michael T. Lowe*
> Michael T. Lowe
> BRUNO, COLIN & LOWE, P.C.
> 1999 Broadway, Suite 4300
> Denver, Colorado 80202
> Telephone: (303) 831-1099
> Facsimile: (303) 831-1088
> Email: mlowe@brunolawyers.com
> *Attorney for Defendant Officer Budaj in his individual capacity*
>
>
> *s/ Peter Ruben Morales*
> Peter Ruben Morales
> Isabelle Sabra Evans
> OFFICE OF THE CITY ATTORNEY
> Aurora Municipal Center, Suite 5300
> 15151 East Alameda Parkway
> Aurora, Colorado 80012
> Telephone: (303) 739-7030
> Facsimile: (303) 739-7042
> Email: pmorales@auroragov.org
>   ievans@auroragov.org
> *Attorneys for Defendant Officer Budaj in his official capacity, and Defendant City of Aurora*

## VERIFICATION

I, Corey Budaj do hereby certify that I am a Defendant in this matter and that the information contained herein is true and correct to the best of my knowledge.

Dated  11-30-21

_____
Cory Budaj

State of Colorado   )
               )ss.
County of Denver )

Subscribed and sworn to before me on this 30th day of November, 2021, by Cory Budaj

WITNESS my hand and official seal.

My Commission expires: 11/16/2023

_____
Notary Public

```
JULIE D BOZEMAN
Notary Public
State of Colorado
Notary ID # 20034038760
My Commission Expires 11-16-2023
```

3

## CERTIFICATE OF SERVICE

I hereby certify that on October 19, 2021, I electronically served via email the foregoing **CITY OF AURORA AND OFFICER CORY BUDAJ'S RESPONSES TO PLAINTIFF DURAN'S SECOND SET OF INERROGATORIES TO AURORA DEFENDANTS** via email at the following addresses:

| | |
|---|---|
| **Loevy & Loevy** <br> Elizabeth Wang elizabethw@loevy.com <br> Makeba Rutahindurwa makeba@loevy.com <br> Daniel Twettendan dan@lovey.com <br> Tara E. Thompson tara@loevy.com <br><br> *Attorneys for Fitouri Consolidated Plaintiffs* <br><br> **Arnold & Porter Kaye Scholer LLP** <br> Timothy R. Macdonald <br> timothy.macdonald@anroldporter.com <br> Matthew J. Douglas <br> matthew.douglas@arnoldporter.com <br> Ed Aro ed.aro@arnoldporter.com <br> Colin M. O'Brien <br> colin.obrien@arnoldporter.com <br> Kathleen K. Custer <br> katie.custer@arnoldporter.com <br> Mollie DiBrell <br> mollie.dibrell@arnoldporter.com <br> Gerardo Mijares-Shafai gerardo.mijares-shafai@arnoldporter.com <br> Leslie C. Bailey <br> leslie.bailey@arnoldporter.com <br> Patrick C. Reidy <br> patrick.reidy@arnoldporter.com <br> Michael Sebba <br> michael.sebba@arnoldporter.com <br> Mindy Gorin mindy.gorin@arnoldporter.com <br><br> **American Civil Liberties Union Foundation of Colorado** <br> Mark Silverstein msilverstein@aclu-co.org <br> Sara Neel sneel@aclu-co.org <br> Arielle Herzberg aherzberg@aclu-co.org <br><br> *Attorneys for Epps Consolidated Plaintiffs* | **Denver City Attorney's Office** <br> Sarah B. Peasley <br> sarah.peasley@denvergov.org <br> Robert Huss robert.huss@denvergov.org <br> Kate Field kate.field@denvergov.org <br> Emily Dreiling <br> emily.dreiling@denvergov.org <br> Hollie Birkholz <br> hollie.birkholz@denvergov.org <br> Lindsay Jordan <br> lindsay.jordan@denvergov.org <br><br> **Hall & Evans LLC** <br> Andrew D. Ringel, Esq. <br> ringela@hallevans.com <br> Kathrine Hoffman, Esq. <br> hoffmank@hallevans.com <br><br> *Attorneys for Denver Consolidated Defendants* <br><br> **Jefferson County Attorney's Office** <br> Rebecca Klymkowsky rklymkow@jeffco.us <br> Rachel Bender rbender@jeffco.us <br><br> *Attorneys for Jefferson County Consolidated Defendants* |

4

*s/ Julie Bozeman*
Julie Bozeman, Paralegal
Bruno, Colin & Lowe, P.C.