IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01878-RBJ | Date: February 4, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | R. Reeves Anderson |
| | Matthew Douglas |
| | Timothy Macdonald |
| | Makeba Rutahindurwa |
| | Elizabeth Wang |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | Hollie Birkholz |
| | Eric Butler |
| | Isabelle Evans |
| | David Goddard |
| | Katherine Hoffman |
| | Robert Huss |
| | Lindsay Jordan |
| | Heather Kuhlman |
| | Michael Lowe |
| | Peter Morales |
| | Andrew Ringel |
| **Defendants** | |

**COURTROOM MINUTES**

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 9:01 a.m.

Appearance of counsel.

Discussion held on [274] Aurora Defendants' Motion to Continue Trial.

**ORDERED:   [274] Aurora Defendants' Motion to Continue Trial is GRANTED.  Counsel is excused from the hearing.**

Discussion held on [251] Defendants' Joint Motion to Bifurcate Trial.

**ORDERED:   [251] Defendants' Joint Motion to Bifurcate Trial is GRANTED in part, as outlined on the record.**

Discussion held on current trial procedures.

**ORDERED:   The Court will seat eight jurors.**

Continued discussion on trial procedures and length of trial.

**ORDERED:   Additional Trial Preparation Conference set for February 23, 2022, at 9:00 a.m. to review updated jury instructions and remaining motions.**

Discussion held on disputed witnesses.

**ORDERED:   Plaintiffs are allowed to dispose the two witnesses disclosed on the last day of discovery, as outlined on the record.**

Discussion held on exhibits.

The Court will look at the motions *in limine* prior to the next conference date.

Discussion held on jury instructions.

**10:56 a.m.      Court in recess.**
**11:11 a.m.      Court in session.**

Discussion held on [267] Denver Defendants' Trial Brief.

Court in Recess:  12:03 p.m.          Hearing concluded.          Total time in Court:  02:47