# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

---

Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Johnathen Duran, Claire Sannier, and Kelsey Taylor, and the Denver Defendants, through their attorneys, hereby file this Stipulation of Dismissal of these Plaintiffs' claims against Defendants Anthony Tak, Patrick Phelan, Matthew Canino, James D. Williams, Thomas Pine, Vincent Porter, Michael O'Donnell, Kevin Carroll, Rick Beall, David Abeyta, Marco Martinez, Justin Dodge, and Richard Eberharter, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs relating thereto.

Respectfully submitted,

s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs

s/ Hollie R. Birkholz
Counsel for the Denver Defendants

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302

Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108

O: 720.328.5642                              Denver, CO 80202
elizabethw@loevy.com                         O: 720.913.3100
                                             hollie.birkholz@denvergov.org
*Counsel for Fitouri Plaintiffs*             *Counsel for the Denver Defendants*

## Certificate of Service

      I, Elizabeth Wang, an attorney, hereby certify that on February 8, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

                                    s/ Elizabeth Wang
                                    Counsel for Fitouri Plaintiffs