**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

_____

**ENTRY OF APPEARANCE**
_____

Diana Sterk of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters her appearance on behalf of Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Phillip Rothlein, Zach Packard, Hollis Lyman and Stanford Smith. The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that she is a member in good standing of the bar of this Court.

Dated: February 9, 2022

Respectfully submitted,

By: */s/ Diana Sterk*
    Diana Sterk
    Mindy Gorin
    Arnold & Porter Kaye Scholer, LLP
    250 West 55th Street
    New York, New York 10019-9710
    Telephone: (212) 836-8000
    Diana.Sterk@arnoldporter.com
    Mindy.Groin@arnoldporter.com

    Timothy R. Macdonald
    Matthew J. Douglas
    Edward Packard Aro
    R. Reeves Anderson
    Colin M. O'Brien
    Arnold & Porter Kaye Scholer, LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    Timothy.Macdonald@arnoldporter.com
    Matthew.Douglas@arnoldporter.com
    Ed.Aro@arnoldporter.com
    Reeves.Anderson@arnoldporter.com
    Colin.Obrien@arnoldporter.com

    Leslie C. Bailey
    Andreas Moffett
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave., NW
    Washington, DC  20001-3743
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5555
    Leslie.Bailey@arnoldporter.com
    Andreas.Moffett@arnoldporter.com

    Patrick C. Reidy
    ARNOLD & PORTER KAYE SCHOLER LLP
    70 West Madison Street
    Suite 4200
    Chicago, IL 60602

Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Epps Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, I served via CM/ECF the foregoing **ENTRY OF APPEARANCE** on all counsel of record.

/s/ Tanya D. Huffaker

**CERTIFICATE OF SERVICE**

I hereby certify that on February 9, 2022, I served via CM/ECF the foregoing **ENTRY OF APPEARANCE** on all counsel of record.

/s/ Tanya D. Huffaker