IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## JOINT STATUS REPORT

Plaintiff Johnathen Duran and Defendant City and County of Denver, through their attorneys, hereby provide this Joint Status Report, as follows:

1. Following a private mediation on January 20, 2022, and further discussions between counsel, Plaintiff Johnathen Duran and the Defendant City and County of Denver have reached an agreement in principle, contingent upon Denver City Council's approval, that would resolve Plaintiff Duran's claims in this lawsuit against the Defendant City and County of Denver. (Yesterday, the parties filed a Stipulation of Dismissal of any claims that Plaintiff Duran had against any Denver officers or supervisors. Dkt. 279.)

2. If the agreement is approved by City Council, it would resolve all claims that have been, or could have been, asserted by Plaintiff Duran against the Defendant City and County of Denver in this suit. The parties are preparing the settlement agreement and anticipate being able to present the proposed agreement to City Council in the next two weeks. Assuming the City Council approves the agreement, the parties anticipate being able to file a stipulation to dismiss

Plaintiff Duran's claims against the Defendant City and County of Denver in this action with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), before the trial date of March 7, 2022.[1]

3. In the event the City Council does not approve the agreement, the parties will likewise advise this Court within a reasonable time frame following the vote.

4. Furthermore, Plaintiffs' response to the Denver Defendants' motion for summary judgment is due this Friday, February 11, 2022. This includes the claims of Plaintiff Duran. The parties have agreed that there is no need to brief Plaintiff Duran's claims in the summary judgment response, due to the settlement reached by the parties. The agreement provides that after City Council approval, Plaintiff Duran's claims will be dismissed with prejudice.

Respectfully submitted,

| s/ Elizabeth Wang | s/ Hollie R. Birkholz |
|---|---|
| Counsel for Fitouri Plaintiffs | Counsel for the Denver Defendants |
| | |
| Elizabeth Wang | Hollie R. Birkholz, Assistant City Attorney |
| Loevy & Loevy | Denver City Attorney's Office |
| 2060 Broadway, Ste. 460 | Civil Litigation Section |
| Boulder, CO 80302 | 201 West Colfax Ave., Dept. 1108 |
| O: 720.328.5642 | Denver, CO 80202 |
| elizabethw@loevy.com | O: 720.913.3100 |
| *Counsel for Fitouri Plaintiffs* | hollie.birkholz@denvergov.org |
| | *Counsel for the Denver Defendants* |

**Certificate of Service**

I, Elizabeth Wang, an attorney, hereby certify that on February 9, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Counsel for Fitouri Plaintifs

---

[1] Plaintiff Duran's claims against Defendant City of Aurora and Aurora Officer Cory Budaj remain pending and were bifurcated by the Court.