# Baumgartner LAW

**S. Birk Baumgartner, Attorney at Law**
300 E. Hampden Ave | Suite 401 | Englewood, CO 80113
Birk@BaumgartnerLaw.com • (303) 529-3476

---

November 24, 2020

Dear Sir or Madam,

      Pursuant to the provisions of C.R.S. §24-10-109, as amended, and pursuant to any applicable City Charter provisions, county provisions, city or county ordinances, or any other body of law, you are hereby Served with Notices of Claims for the following fifty (50) people. Their names are:

1. Rebecca Agwu
2. Jesse Anderson
3. Azria Arroyo
4. Brianna Barber
5. Alexandra Barbour
6. Scarlett Barnhill
7. Dana Bergren
8. Jessica Beverage
9. Benjamin Bialy
10. Asa Briggs
11. Victoria Brown
12. John Cameron
13. Porshai Campbell
14. David Chapman
15. Daniel Delany
16. Forrest Elliott
17. Jax Feldmann
18. Fernando Garcia
19. Alisa Guy
20. Robert Harr
21. Xavier (Zoey) Harshman
22. Ailyn Havens
23. Jared Hayes
24. Emily Heydt
25. Christopher Holland
26. Nalina Infante
27. Pamela Keltie
28. Lily Knowles
29. Christopher Lo Coco
30. Luna Rose Lo Coco
31. Timmy Lomas
32. Nicholas Lueders
33. Kassandrah Mashino

34. Alexis Mendez
35. Alexis Morris-Philippus
36. Shawn Murphy
37. Nicholas Orlin
38. Ryan Jon Pflanzer
39. Branden Rich
40. Ellektra Rowland
41. Cody Schmitt
42. Brandi Smith
43. Chelsea Smith
44. Sable Spottswood
45. James Lee Stacey
46. James William David Sweetman
47. Gregory Collin Trickel
48. Elizabeth Werren
49. Alex Wolfson
50. Jonathan Ziegler

Each of the foregoing persons is represented by Clifford Beem of Beem & Isley, and Birk Baumgartner of Baumgartner Law. Any communication regarding these claims must be directed to Clifford Beem or Birk Baumgartner. We, and the people of Denver, look forward to your response to these claims.

Very Truly Yours,

BEEM & ISLEY, P.C.

*Clifford Beem*

Clifford L. Beem, Esq.

BAUMGARTNER LAW, LLC

*/s/ S. Birk Baumgartner*

S. Birk Baumgartner, Esq.