# Baumgartner LAW

S. Birk Baumgartner, Attorney at Law
300 E. Hampden Ave | Suite 401 | Englewood, CO 80113
Birk@BaumgartnerLaw.com • (303) 529-3476

August 4, 2021

Loevy and Loevy, P.C.,
Elizabeth Wang, Esq.
Daniel M. Twetten, Esq.
2060 Broadway, Suite 460
Boulder Colorado, 80302
elizabeth@loevy.com
dan@loevey.com

RE: *Cruz et al v. City and County of Denver*
Civil Action No. 20-cv-1922

Dear Counsel:

The law firms of Baumgartner Law, LLC, and Beem & Isley, P.C., as co-counsel, are currently representing 57 people in claims against the City and County of Denver related to their activities and injuries during the protests last year in the wake of the murder of George Floyd. In the coming days, we will be filing several lawsuits on behalf of our clients in the United States District Court against the City and County of Denver for damages resulting from several constitutional violations, including excessive force, unconstitutional arrest, and first amendment violations stemming from the curfew imposed by Mayor Michael Hancock.

We are aware of your class action lawsuit that makes claims for damages for many of the same violations and that your firm may be contacting or may have already contacted many people who have suffered from the same violations. However, we respectfully request that you refrain from contacting or speaking directly to our clients regarding these issues given that they are currently represented by counsel. We further ask that you inform us if you have already made contact with any of our clients so that we may counsel them appropriately. Our clients' names and addresses are provided in the attachment to this letter.

If there is any information that you would like to pass along to our clients regarding your lawsuit, please direct those communications to me. In addition, if there is anything that we can do to be of assistance, I would be more than happy to speak to you about it.

Welcome to Colorado, and we wish you great success.

Sincerely,

*s/S. Birk Baumgartner*
S. Birk Baumgartner