# Baumgartner LAW

300 E. Hampden Ave   Suite 401   Englewood, CO 80113
Adam@BaumgartnerLaw.com • (303) 529-3476

## PLAINTIFF LIST – GEORGE FLOYD PROTESTS

Rebecca Agwu
1955 Ulster St. Apt. 357 Denver, CO 80220

Jesse Andersen
940 Carr St., Lakewood, CO 80214

Azria Arroyo
3710 Owens St Apt D, Wheatridge, CO 80033

Brianna Barber
925 Bragg Place, Longmont, CO 80501

Scarlett Barnhill
19632 E. Progress Cir.,
 Centennial, CO 80015

Dana Bergren
103 E Broadway Unit D, Butte, MT 59701

Chelsea Smith
70 W. 6th Ave #110, Denver, Co 80204

Porshia Campbell
1474 Dexter Street, Denver, CO 80220

David Chapman
1135 N. Broadway, Suite 407, Denver, Colorado 80203

Theresa Dougherty
No Current Address

David Hagan
1280 W 72nd Ave, Denver, CO 80221

Forrest Elliot
504 9th St., Glenwood Springs, CO 81601

Fernando Garcia
262 W 1st Street, Lot 186, Greeley, CO 80631

Alisa Guy
1801 Overlook Dr. Fort Collins, CO 80526

Brandi Smith
1801 Overlook Dr.Fort Collins, CO 80526

Emily Heydt
951 S Quintero Ct., Aurora, CO 80017

Pamela Keltie
12205 Perry Street #113, Broomfield, CO 80020

James Stacey
295 Marble Street Apt. 308, Broomfield, CO 80020

Christopher Lo Coco
900 B. Milo Circle, Lafayette, CO 80026

Luna Rose Lo Coco
900 B. Milo Circle, Lafayette, CO 80026

Timmy Lomas
1470 Grant St. #318Denver, CO 80203

Alexis Mendez
4671 Vine St., Denver, CO 80216

Alexis Morris-Phillippus
3363 S. Monaco Parkway #DDenver, CO 80222

Carter Nadolsky
1821 22nd Street Apt. 10, Boulder, CO 80302

Branden Rich
16512 E Louisiana Drive, Aurora, CO 80017

Ellektra Rowland
2606 S Xanadu Way, Aurora, CO 80014

Elizabeth Werren
2035 Meadows Dr. Apt. M34, Longmont, CO 80501

Benjamin Bialy
15438 E Dorado, Centennial, CO 80015

Asa Briggs
8330 Fremont Ave S. Apt 201Bloomington, MN 55420

Victoria Brown
4605 E Peakview Ave, Centennial, CO 80121

John Cameron
2009 S Downing St, Denver, CO 80210

Dan Delany
330 N. Cedar Brook Rd, Boulder, CO 80304

Ailyn Havens
2317 N High St, Denver, CO 80205

Lily Knowles
1852 S Wadsworth Blvd, Lakewood, CO 80232

K.M., a minor child, by and through her parent, Desiree Mashino
1314 22nd St SW, Loveland, CO 80537

Ryan Jon Pflanzer
1205 Washington Apt 209, Denver, CO 80203

David Seaver
2441 W 35th Ave., Denver, CO 80211

Sable Spottswood
7300 W. 10th Ave. Apt 13Lakewood, CO 80214

Jonathan Ziegler
2300 W 10th Avenue Apt 13Lakewood, CO 80214

James Sweetman
4245 S. Granby St. Apt. D, Aurora, CO 80014

Nicholas Titus
301 Main Street, Longmont, CO 80501

Gregory Trickel
2441 W, 35th Ave, Denver, CO 80211

Jessica Beverage
3311 S. Ogden St., Englewood, CO 80113

Alexandra Barbour
780 Mohawk Dr., Boulder, CO 80303

Christopher Holland
1163 Duff Drive, Fort Collins, CO 80524

Robert Harr
1255 S Bellaire St, Denver, CO 80246

Nalina Infante
330 E Tenth Ave. Apt 303Denver, CO 80203

Cody Schmitt
1658 Xeina Street, Denver, CO 80220

Alex Wolfson
625 E 19th Ave Apt 3647, Denver, CO 80203

Sean Murphy
2712A Stout St., Unit A, Denver, CO 80205

Jax Feldmann
2485 Winona Ct., Denver, CO 80211

Brian Loma
3046 N Milwaukee St., Denver, CO 80205

Michael Sexton
P.O. Box 9497, Pueblo, CO 81008

Elijah Wesbrock
98 Wadsworth Blvd #127, Lakewood, Colorado 80226

John Reed
739 Miller Avenue Apt 3, Brighton, CO 80601

Winston Noles
11542 County Road B, Manzanola, Colorado 81058

Carol Funk
3812 Primrose Lane, Castle Rock, CO 80109