Friday, February 11, 2022 at 16:00:45 Mountain Standard Time

| | |
|---|---|
| **Subject:** | Re: Notice of Representation of Protestors |
| **Date:** | Wednesday, August 4, 2021 at 6:12:50 PM Mountain Daylight Time |
| **From:** | Adam Yoast |
| **To:** | Elizabeth Wang, Birk Baumgartner |
| **CC:** | Makeba Rutahindurwa |
| **Attachments:** | image001.png, image002.png, Letter to Loevy and Loevy.pdf, Plaintiff List for Loevey and Loevy.pdf |

Hi Elizabeth,

Attached please find the letter and list. Please let us know if you have any further questions.

Respectfully,

--
Adam R. Yoast, Esq.
Attorney at Law

Baumgartner LAW

300 E Hampden Ave., Suite 401
Englewood, CO 80113
Direct: 720-924-8353
Office: 303-LAW-FIRM (303-529-3476) (Ex. 511)
Fax: 720-634-1018
Adam@BaumgartnerLaw.com
Twitter & IG: @yoast_esq

* This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.

---

**From:** Elizabeth Wang <elizabethw@loevy.com>
**Date:** Wednesday, August 4, 2021 at 5:44 PM
**To:** Birk Baumgartner <birk@baumgartnerlaw.com>
**Cc:** Makeba Rutahindurwa <makeba@loevy.com>
**Subject:** Re: Notice of Representation of Protestors

Dear Mr. Baumgartner,

There was no letter attached.
Could you resend?

Elizabeth Wang
Loevy & Loevy
2060 Broadway | Ste. 460
Boulder | CO 80302
T 720.328.5642
F 312.243.5902

www.loevy.com
Pronouns: she, her

On Wed, Aug 4, 2021 at 5:42 PM Birk Baumgartner <birk@baumgartnerlaw.com> wrote:

> Dear, Counsel,
> Please find attached a correspondence regarding our representation of protestors during the George Floyd protests. If possible, I would like to schedule a call to discuss. Welcome to Colorado, and I look forward to speaking to you.
>
> --
> Best regards,
> Birk Baumgartner
>
> Baumgartner LAW
>
> 300 E. Hampden Ave., Suite 401
> Englewood, Colorado 80113
> T: (303) 529-3476
> F: (720) 634-1018
> birk@baumgartnerlaw.com
> * This e-mail (including any attachments) is covered by the Electronic Communications Privacy Act, 18 U.S.C. " 2510-2521, is confidential, and is privileged. This e-mail is solely for the use of the addressee(s) named above. Receipt by anyone other than the individual recipient is NOT a waiver of attorney-client privilege.