## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Elisabeth Epps, *et al.*,

    v.

City and County of Denver, *et al*.

Civ. Nos. 1:20-cv-1878-RBJ (consol.)

## UNOPPOSED MOTION FOR LEAVE TO FILE CERTAIN EXHIBITS UNDER SEAL

Plaintiffs, through their counsel, hereby seek leave of the Court to file under seal exhibits 4, 10, 13, 37, 50, 54, 67, 70, 74, and 75 to Plaintiffs' Opposition to Denver Defendants' Motion for Summary Judgment. In support, Plaintiffs state as follows:

1. Plaintiffs are filing their Opposition to Denver Defendants' Motion for Summary Judgment on February 11, 2022.

2. Exhibits 4, 10, 13, 37, 50, 54, 67, 70, 74, and 75 to Plaintiffs' Opposition include: OIM Interview Memos with Lt. Wyckoff, Lt. Coppedge, Sgt. Knutson, Lt. Sich, Lt. O'Donnell, Sgt. O'Neill, and Ofc. Stadler (as newly redacted per the Court's instructions); documents from IA investigation files; and the DPD Crowd Management Manual (which was produced in redacted form by the City). The City provided Plaintiffs with these documents pursuant to the parties' protective order in this case. *See* Dkt. 41.

3. The City maintains that these documents contain confidential material that should not be filed publicly. Although Plaintiffs disagree that these materials are confidential (particularly since they have been produced in redacted form, and the Court already determined, with respect to the OIM Interview Memos, that certain material should be unredacted because it is not privileged, Dkts. 250, 276), Plaintiffs are seeking leave to file these materials under seal, pursuant to the City's request.

WHEREFORE, Plaintiffs respectfully request that this Court grant them leave to file under seal the aforementioned exhibits to Plaintiffs' Opposition to Denver Defendants' Motion for Summary Judgment.

Dated: February 11, 2022                              Respectfully submitted,

By: /s/ Elizabeth Wang                                By: /s/ Timothy R. Macdonald
　　Elizabeth Wang                                    　　Timothy R. Macdonald
　　LOEVY & LOEVY                                     　　ARNOLD & PORTER KAYE SCHOLER LLP
　　2060 Broadway, Suite 460                          　　1144 Fifteenth Street, Suite 3100
　　Boulder, CO 80302                                 　　Denver, Colorado 80202
　　Telephone: (720) 328-5642                         　　Telephone: (303) 863-1000
　　elizabethw@loevy.com                              　　Timothy.Macdonald@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I served via CM/ECF the foregoing Motion on all counsel of record.

　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Elizabeth Wang