IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

**EXHIBIT LIST TO PLAINTIFFS' OPPOSITION TO
DENVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

| EXHIBIT No. | DESCRIPTION |
|---|---|
| 1 | Claire Sannier Deposition, excerpts |
| 2 | Sara Fitouri Deposition, excerpts |
| 3 | Jacquelyn Parkins Deposition, excerpts |
| 4 | Lt. Robert Wyckoff OIM Interview Memo (confidential, filed under seal) |
| 5 | Video shot by Johnathen Duran, 5/31/20 (Fitouri228) (conventionally submitted) |
| 6 | Norman Stamper Report, 7/29/21 (with declaration) |
| 7 | Norman Stamper Rebuttal Report |
| 8 | Lt. Michael O'Donnell 10/15/21 Deposition, excerpts |
| 9 | Chief Paul Pazen Deposition, excerpts |
| 10 | Lt. John Coppedge OIM Interview Memo (confidential, filed under seal) |
| 11 | Technician Ryan Grothe Deposition, excerpts |
| 12 | Crpl. Richard Eberharter Deposition, excerpts |
| 13 | Sgt. Eric Knutson OIM Interview Memo (confidential, filed under seal) |
| 14 | Sgt. Marco Martinez Deposition, excerpts |

1

| 15 | Sgt. Eric Knutson Deposition, excerpts |
|---|---|
| 16 | Commander Patrick Phelan Deposition, excerpts |
| 17 | Lt. Vince Porter Deposition, excerpts |
| 18 | Lt. Thomas Pine Deposition, excerpts |
| 19 | Sgt. David Abeyta Deposition, excerpts |
| 20 | Lt. James Williams Deposition, excerpts |
| 21 | Division Chief Ronald Thomas 8/26/21 Deposition, excerpts |
| 22 | Text messages regarding enforcement of curfew against protestors only (DEN13035-13037, 13053-13054) |
| 23 | DPD emails regarding enforcement of curfew against protestors only (DEN15781, 15796-15799, 16037-16039) |
| 24 | Declaration of Brian Swift, with Fitouri Plaintiffs' First Set of Requests for Production |
| 25 | Summons and Complaint and Statements of Probable Cause for Kelsey Taylor (DEN2122, 2132-2133) |
| 26 | Kelsey Taylor Deposition, excerpts |
| 27 | Summons and Complaint and Statement of Probable Cause for Claire Sannier (Fitouri 10721, 10725-10726) |
| 28 | APD Lt. Cassidee Carlson BWC, 5/31/20 (COABLM395) (conventionally submitted) |
| 29 | DPD Ofc. Fernando Benavides BWC, 5/31/20 (DEN8056) (conventionally submitted) |
| 30 | APD Capt. Stephen Redfearn BWC, 5/30/20 (COABLM294) (conventionally submitted) |
| 31 | APD Sgt. Patrick Shaker 3/12/21 Deposition, excerpts |
| 32 | APD Capt. Stephen Redfearn Deposition, excerpts |
| 33 | Joe Deras 8/11/21 Deposition, excerpts |
| 34 | Maya Rothlein Deposition, excerpts |
| 35 | Amanda Blasingame Deposition, excerpts |
| 36 | Amanda Blasingame and Maya Rothlein photos (BLM_00000007, 12-14) |
| 37 | IA Investigation File (excerpts) (confidential, filed under seal) |
| 38 | Elisabeth Epps Deposition, excerpts |
| 39 | Elisabeth Epps video (BLM_00001019) (conventionally submitted) |
| 40 | Colorado State Patrol Video, 5/29/20 (05292020 v225) (conventionally submitted) |

| | |
|---|---|
| 41 | DPD Ofc. Wednesday Avedisian BWC, 5/29/20 (DEN4164) (conventionally submitted) |
| 42 | Elisabeth Epps photos (BLM_00000015, 16, 18, 22) |
| 43 | Hollis Lyman Deposition, excerpts |
| 44 | Hollis Lyman photo (BLM_0000026) |
| 45 | Ashlee Wedgeworth Deposition, excerpts |
| 46 | Zachary Packard Deposition, excerpts |
| 47 | Zachary Packard photos (BLM_00002261-69; BLM_00000043, 1774) |
| 48 | Stanford Smith Deposition, excerpts |
| 49 | Colorado State Patrol video, 5/30/20 (05302020 v88) (conventionally submitted) |
| 50 | Capt. Sylvia Sich OIM Interview Memo (confidential, filed under seal) |
| 51 | Edward Maguire Report, 8/2/21 (with declaration) |
| 52 | Edward Maguire Rebuttal Report |
| 53 | Commander Hans Levens Deposition, excerpts |
| 54 | Lt. Michael O'Donnell OIM Interview Memo (confidential, filed under seal) |
| 55 | HALO video, Colfax and Logan, 5/31/20 (DEN3873) (conventionally submitted) |
| 56 | OIM Third Quarter 2012 Report (excerpts) |
| 57 | Defendant City and County of Denver's Response to Fitouri Plaintiffs' First Set of Requests for Admission |
| 58 | OIM 2014 Annual Report (excerpts); OIM 2015 Policy Highlight; OIM 2017 Semiannual Report (excerpts) |
| 59 | DPD emails regarding use of force/officer statements (DEN11380-11384) |
| 60 | Selection of DPD Officer Statements |
| 61 | Sgt. Rick Beall Deposition, excerpts |
| 62 | Sgt. Rick Beall BWC, 5/31/20 (DEN5085) (conventionally submitted) |
| 63 | DPD emails regarding policy of allowing outside agencies to use own policies (DEN6501-6503) |
| 64 | 9News video, 6/1/20 (6-1-2020 4) (conventionally submitted) |
| 65 | Defendant City and County of Denver's Response to Fitouri Plaintiffs' Fourth Set of Interrogatories |
| 66 | Sgt. Rick Beall BWC, 5/28/20 (DEN4021) (conventionally submitted) |
| 67 | IAB Letters (DEN31838-31840, 31853, 31858, 31949-52, 31974-31976) (confidential, filed under seal) |

| 68 | Lt. Kevin Carroll Deposition, excerpts |
|---|---|
| 69 | HALO video, Colfax and Pennsylvania, 5/31/20 (DEN3874) (conventionally submitted) |
| 70 | DPD Crowd Management Manual (DEN68-111, replacement version) (confidential, filed under seal) |
| 71 | Division Chief Ronald Thomas, 10/31/21 Deposition, excerpts |
| 72 | 9News video, 5/29/20 (5-29-2020 12) (conventionally submitted) |
| 73 | Email from Murphy Robinson to DPD (DEN7004-7005) |
| 74 | Sgt. Michael O'Neill OIM Interview Memo (confidential, filed under seal) |
| 75 | Ofc. Joseph Stadler OIM Interview Memo (confidential, filed under seal) |
| 76 | 8/20/2021 Letter confirming incidents for Topic 8 of Rule 30(b)(6) Deposition |

Dated: February 11, 2022               Respectfully submitted,

By: /s/ Elizabeth Wang                 By: /s/ Timothy R. Macdonald
   Elizabeth Wang                          Timothy R. Macdonald
   LOEVY & LOEVY                           ARNOLD & PORTER KAYE SCHOLER LLP
   2060 Broadway, Suite 460                1144 Fifteenth Street, Suite 3100
   Boulder, CO 80302                       Denver, Colorado 80202
   Telephone: (720) 328-5642               Telephone: (303) 863-1000
   elizabethw@lovey.com                    Timothy.Macdonald@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 11, 2022, I served via CM/ECF the foregoing **Exhibit List to Plaintiffs' Opposition to Denver Defendants' Motion for Summary Judgment** on all counsel of record.

/s/ Elizabeth Wang