*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)
_____

DEPOSITION OF CLAIRE ANDREA SANNIER
August 5, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:


     LOEVY & LOEVY
          By Elizabeth Wang, Esq.
             2060 Broadway
             Suite 460
             Boulder, Colorado, 80302
             720.328.5642
             elizabethw@loevy.com
              Appearing on behalf of Plaintiffs


     DENVER CITY ATTORNEY'S OFFICE
          By Lindsay M. Jordan, Esq.
             201 West Colfax Avenue
             Department 1108
             Denver, Colorado 80202
             720.913.3100
             lindsay.jordan@denvergov.org
              Appearing on behalf of Defendants

Exhibit 1

 1       A      I didn't coordinate with anyone, though I

 2    did run into my friend and comrade in DSA Alejo

 3    Gonzales.

 4       Q      And to your best memory, when did you meet

 5    up with Alejo?

 6       A      So we ran into each other around the

 7    pedestrian bridge that crosses I-25, on the north

 8    side of Denver, just around the time that the police

 9    teargassed and pepper-sprayed everybody there.

10       Q      And once you met up, did you and Alejo

11    continue to protest together?  Or was it just at that

12    location and then you went on your way?

13       A      It was just at that location, and then we

14    separated.

15       Q      So let's talk about the incident at the

16    pedestrian bridge.  Approximately about what time did

17    you arrive at the pedestrian bridge?

18       A      I have really no memory exactly of the

19    time, I'm afraid.  I'd have to review footage.

20       Q      I'm sorry, what was the last part?

21       A      I'd have to see a video of it, whenever it

22    happened.

23       Q      When you arrived at the pedestrian bridge,

24    tell me what you remember observing.

25       A      I remember seeing -- basically there was a

1   line of police who were armed in some amount of riot

2   gear, with a line of protesters facing off with them,

3   chanting things, you know, voicing their frustration

4   and sadness and anger at the death of George Floyd,

5   and -- as well as other folks who have been killed in

6   the Denver area.

7             And then at some point, some contingent of

8   those folks marched onto the freeway.

9        Q    When you first arrived, there were no

10  people on the highway; is that correct?

11       A    Yeah, that's correct, to my knowledge.

12       Q    And then once people got on to the

13  highway -- or strike that.

14            Did you actually see the people get on the

15  highway?

16       A    I saw some people get on the highway, yes.

17       Q    Did you ever get on the highway?

18       A    I did not.

19       Q    Did you ever get on the embankment next to

20  the highway?

21       A    I did not.

22       Q    And when you arrived in this location,

23  where were you standing?

24       A    I was just a few -- probably -- I was

25  about a hundred yards from the freeway, maybe less.

1    I'm not so good at distances.  But I was in between

2    the sidewalk and the embankment before the freeway,

3    just observing.

4        Q     And is there -- there's an access ramp to

5    get up onto the bridge; is that correct?

6        A     Yeah.  So I was basically right next to

7    the stairs that go up to the pedestrian bridge.

8        Q     And once you saw people get on the

9    highway, what do you remember happening next?

10       A     I remember seeing what I viewed as an

11   elevated police response very quickly.  Traffic

12   stopped with no issue very, very far from all the

13   protesters.  And then I just, yeah, almost

14   immediately remember deployment of various chemical

15   weapons by the police.

16       Q     And you mentioned that traffic had

17   stopped.  Were any of the vehicles honking horns or

18   making noise, or were they just sitting there?

19       A     I definitely saw some vehicles honking

20   horns in what I viewed as support.

21       Q     When the people got onto the highway, were

22   officers -- where were the officers?

23       A     I didn't see any immediately in the area.

24   The lineup I was describing was over to the east of

25   that, as I recall.  And I'm not exactly sure where

1    the police came from.  The ones that I saw came from

2    the -- I guess like coming to the west on the freeway

3    in various police vehicles.

4         Q    And did the police bring their vehicles

5    onto the highway?

6         A    That is what I recall, yes.  And then they

7    exited those vehicles and began deploying chemical

8    weapons.

9         Q    How long after they exited the vehicles

10   did they deploy chemical weapons?

11        A    Basically right away, as I recall.

12   Certainly not very long afterwards.

13        Q    And at that time, just prior to the

14   deployment of the chemical weapons, were there people

15   on both the north and southbound lanes of I-25?

16        A    I only recall seeing people on the -- what

17   I think is the -- I guess the northbound lane, the

18   one closer to the south side of Denver, like where I

19   was standing.  It's possible there were people on the

20   other side, but I only recall seeing people on the

21   that side.

22        Q    And were you on the pedestrian bridge or

23   standing near the stairs when you observed the

24   officers arrive on the highway?

25        A    I believe that I was on -- just by the

1    stairs.  And then at some point during that, I went

2    up onto the pedestrian bridge to get a better view.

3        Q      And, to your best estimate, how many

4    people were in the area that were not actually on the

5    highway?

6        A      Oh, many -- several times more than were

7    on the freeway.  Probably a couple hundred.

8        Q      And what were the people, the couple

9    hundred that were off the highway, what were they

10   doing?

11       A      I think mostly they were chanting along in

12   support of the general protest movement.  And then as

13   the police began deploying weapons, they shouted in

14   surprise and anger at being attacked for nothing.

15       Q      When the police first deployed -- I'm so

16   sorry if I just asked you this, but I didn't write it

17   down.  When the police first deployed, were you still

18   by the stairs?

19       A      That is my recollection, yes.  I was

20   certainly within 50 feet of there.  Either up on the

21   pedestrian bridge or down by the stairs.

22       Q      And the police that deployed, were they on

23   the highway?

24       A      That's what I remember, yes.

25       Q      And when they deployed, were there still

1   people physically on the highway, like in the lanes

2   of travel?

3        A     Yes.  To my knowledge, yes.

4        Q     And to your best estimate, how far away

5   were you from the police officers?

6        A     A hundred, maybe 200 feet.  Tough with

7   the -- there's also elevation there, so . . .

8        Q     Fair.

9              Because you would have been slightly

10  higher up than --

11       A     That's correct.

12       Q     -- the police officers, correct?

13       A     Yes, that's correct.

14       Q     How many officers did you see deploy the

15  chemical munition?

16       A     Oh, probably a dozen to two-dozen.  Just

17  that I saw myself.

18       Q     Prior to the deployment, did you hear the

19  officers give any orders of disbursal?

20       A     No, I did not.  I never heard the officers

21  say anything at all.

22       Q     The officers that you saw deploy, do you

23  recall anything that stands out in your mind that

24  could identify, whether -- if you remember one that

25  was male, female, if there was a badge, insignia?

1   Anything that was memorable to you?

2        A     There's no way I can identify one of the

3   people in uniform, no.

4        Q     And once the deployment of the chemical

5   munition occurred, tell me what happened next.

6        A     I mean, it's -- generally after that

7   happened, it was the same picture it's always been

8   since -- that was the first time I saw it -- but that

9   people scatter very quickly to get away from the

10  clouds of gas.

11             I also remember -- because I was on the

12  bridge by the time the gas was actually deployed.

13  And I remember seeing people fleeing towards me,

14  including people who were not in any way involved in

15  the protests.  There was one older women that several

16  of the activists tried to help.  I think she was

17  having some sort of asthma-like episode as a result

18  of the gas.  There were young children who were being

19  subjected to this.

20             And people fled to the south, for the most

21  part that I saw, and grouped around some police who

22  were lined up there on the other side of them to the

23  south.  And then, you know, basically said, Hey, what

24  the hell?  Why did you gas us?  And --

25        Q     And -- oh, I'm sorry.  Did you have more?

1      A     I just said, And continued protesting.

2      Q     What -- or strike that.

3            What did you see?  How was the chemical

4   munition deployed by the police officers?

5      A     So this would have been the first time I

6   saw these paint ball guns, the PepperBall guns.  I

7   also -- I recall hearing that sort of hiss that a

8   canister makes, but I don't know that I actually saw

9   one deployed.  So the main source of chemical weapons

10  was the PepperBalls, which are like paint ball guns

11  that they shoot directly at people.

12     Q     And did you see -- you kind of just

13  answered it, but I want to make it clear.  Did you

14  see the officers shoot the PepperBall directly at

15  people's bodies?  Or did you see it deployed into the

16  ground?

17     A     I never once saw police avoid hitting

18  people with PepperBalls.  They definitely aimed

19  directly at people the entire weekend.  And I myself

20  was struck more than once, but not in that particular

21  instance.

22     Q     And I think you said that you had -- when

23  they started to deploy, at this point you had now

24  gotten onto the pedestrian bridge.  Were you standing

25  above -- if you were to look down, were you standing

1    above the north lanes or the southbound lanes?

2         A    I'm having trouble remembering which ones

3    are the southbound lanes.  But I think the northbound

4    ones, the ones that are closer to the downtown area.

5         Q    I'll confirm for you it is the northbound.

6    I have to think about it too.

7              And where were you standing on the bridge?

8    And what I mean by that is, were you closer to the

9    edge where you could see over or more in the middle

10   of the bridge?

11        A    The bridge is quite narrow.  I was

12   definitely standing -- you know, my goal was to

13   observe.  So I was standing at the edge where the

14   fence is so that I could see through to where the

15   officers were encountering the protesters.

16        Q    At any time did you see the officers aim

17   and shoot at people who were standing on the bridge?

18        A    Yes.

19        Q    And --

20        A    Oh, I'm sorry.  Excuse me.  Yes, I did.

21   Definitely.  Yes.

22        Q    How many officers did you see shoot in the

23   direction of the people that were actually standing

24   on the bridge?

25        A    A handful.  It was definitely not one or

1    two.  More than a couple.  Both at the bridge and at

2    the sort of grassy area to the side off the freeway.

3       Q     And the people that you saw -- strike

4    that.

5             The -- you testified that the officers

6    shot at people that were up on the pedestrian bridge.

7    Where were these people located?  Meaning you have

8    where you get on, there would be like the median and

9    then the other side.  Were they closer to the stairs

10   to get on, above the median or on the other side?

11      A     Between the stairs and the median, above

12   the northbound lanes.

13      Q     To your best estimate, how many people

14   were on the pedestrian bridge once you got up there?

15      A     Probably a couple dozen.  Maybe as many as

16   a hundred, but I would imagine fewer.

17      Q     And prior to the deployments, did you see

18   anybody throw anything at the officers?

19      A     Absolutely not.

20      Q     After the deployment, did you see anybody

21   throw anything at the officers?

22      A     I did not at that instance, no.

23      Q     Once the deployment occurred -- and you

24   generally told me this -- what did you do?

25      A     I basically immediately started -- I think

1    I tried to tolerate the gas as long as I could to

2    observe what was happening.  And then I began to move

3    south with the crowd.

4              I also had been informed that rinsing your

5    eyes with water can help.  So I had like a water

6    bottle that I was ready to help folks with once we

7    got sort of more regrouped to the south side of the

8    bridge.

9    Q    And what did you feel when you inhaled the

10   chemical munition?

11   A    Goodness.  I mean, physically I felt --

12   you know, it's sort of like if you inhale a bunch of

13   pepper while you're cooking or something.  Your eyes

14   immediately begin to water, your throats hurts and

15   breathing becomes more difficult.  And I have no

16   preexisting breathing trouble, and it was still

17   difficult to breathe.

18             And emotionally, I felt incredibly angry

19   and in some sense betrayed.  Like in the way that,

20   you know, we're saying, Hey, you're brutalizing

21   people and that's wrong.  And they're like, Well,

22   we're going to brutalize you.  I mean, that's just

23   astonishing.  And that feeling really hasn't left me.

24   Q    How long -- or strike that.

25             Did you have to do anything to help

1      Q      Do you recall the location where this

2   occurred?

3      A      I'm betting it was around Washington and

4   Colfax, but I wouldn't know exactly.

5      Q      Were you near the police station that's

6   near Washington and Colfax?

7      A      Yeah.  That sounds right.

8      Q      I'm going to show you -- I'm going to

9   share my screen and show a map.

10     A      Okay.

11     Q      And it's just a Google Map, nothing fancy.

12   If I do this right.  Let's see if I do it right.

13            Can you see my screen?

14     A      Yep.  That looks great.

15     Q      Perfect.

16            I zoomed in a little bit.  So if you need

17   me to zoom out, let me know.  But I'll represent

18   where my cursor is going right here is Colfax.

19     A      Yep.

20     Q      And then here's Washington Street.

21            Do you see that?

22     A      I do.

23     Q      And then here's the police department.

24            Do you see that?

25     A      I do.

1     Q     Okay.  When you got to this location, can

2   you -- do you recall, where were the police -- where

3   were the police vehicles that you saw?

4     A     I'm afraid that particular incident, it's

5   pretty hard to remember because that happened a bunch

6   of times.  But there would have -- most likely been

7   SWAT vehicles both on Washington and on Colfax.  The

8   ones that I remember more distinctly were blocking

9   our progress to the east.

10     Q     Okay.  So you distinctly remember some

11   here blocking Colfax to the east?

12     A     I don't know that I'd go so far as to say

13   distinctly, but that's what I recall, yes.

14     Q     I'm sorry.  I misheard you.  I didn't mean

15   to put words in your mouth.

16             But somewhere around this area, you recall

17   some police vehicles blocking access to go further;

18   is that correct?

19     A     What I remember is that we weren't able to

20   go further east, wherever it was that they decided to

21   stop us.

22     Q     To your best memory, where were you

23   positioned in this location?

24     A     That's going to be very tricky for me to

25   remember.  I was within the general mass of people,

*AB Litigation Services*

1    somewhere within that block, I imagine.

2         Q     And that block, do you mean like the

3    Washington Street but passed Pearl that we have over

4    here?

5         A     That's what I'd have to guess, given -- if

6    that's where the deployment occurred, then that's

7    around where I was, yes.

8         Q     To your best memory, how many people were

9    in that location?

10        A     Several hundred.  Maybe as many as a

11   thousand.

12        Q     And tell me what happened when you arrived

13   there.

14        A     Yeah.  So as we were marching, you know,

15   people had to stop.  And then I just remember -- like

16   I wasn't close enough to the front to see anything,

17   but I know that a bunch of gas was deployed and, you

18   know, people started scattering.  And it was around

19   that point that I decided that I needed to go home.

20        Q     Approximately, your best estimate, how far

21   were you from the front?

22        A     I mean, probably there were several

23   hundred people between me and the front.  So I was

24   somewhere in the middle of that block, I would guess.

25        Q     And when the deployment happened, did you

1   was, actually.  That would have been everybody that I

2   can recall.

3        Q     So you get back to the capitol area.  And

4   then what occurs next?

5        A     Yeah.  And then at some point, the police

6   decided we couldn't be on the capitol lawn anymore,

7   despite it being public property and the middle of

8   the day.  And the police came and started to square

9   off with people on Lincoln, right in front of the

10  capitol.  And that lasted for several hours.  And

11  there were several instances of teargassing, some of

12  which we have on video.  I know that one of the

13  body-camera videos that I reviewed was from that

14  time.

15       Q     I think I know which body cam that you're

16  talking about.  Is that roughly around 7 o'clock p.m.

17  on May 30th --

18       A     That sounds right.

19       Q     -- that you're talking about?  Okay.  And

20  what were -- strike that.

21             When you were on the capitol lawn, where

22  on the capitol lawn were you located?

23       A     Just sort of by the stairs there.  We were

24  sort of moving around.  At certain points there was

25  like an almost picnic atmosphere, and people would

1    just sort of talk with one another about what had

2    happened and what was going to happen and, you know,

3    what we hoped that these protests would accomplish,

4    that sort of thing.

5        Q      Now we move into around 7 p.m. when you

6    were talking about -- I don't want to put words in

7    your mouth, but I think you said the police were

8    squaring off or --

9        A      Yeah.  That's always what it felt like.

10   The police, they would show up in a very aggressive

11   way, you know, fully dressed in armor.  Every

12   civilian that they're -- this act of aggression on is

13   in street clothing.  Some people have, you know, the

14   kind of respirator you get from a paint store, and

15   they're wearing full-on military-style gas masks.

16   They're carrying grenade launchers.  They're carrying

17   PepperBall guns.  They're all armed with actual

18   firearms as well of course.  And you know, they're

19   wearing helmets and armor.

20            And so those people will show up and line

21   up very aggressively, you know, holding their

22   truncheons, their billy clubs aggressively, you know.

23   And then they wouldn't tell you what to do, right.

24   They'd square up, and you're just like, Okay, what do

25   I do with this information?  And there's nothing to

1   do with that information.

2              And so what people would generally do is

3   say like, Hey -- they will sort of line up and

4   essentially protest the fact that the police were

5   behaving in this way.  So they would say, you know,

6   Go away, Get a different job, You look like

7   stormtroopers, What are you doing.  This sort of

8   thing.

9              And in general, just the motivation there

10  is, We're not rioting, Why are you in riot gear?  Why

11  are you here in an aggressive position?

12      Q     And at this time, around 7:00, I think

13  it's like the intersection of Lincoln and Colfax --

14  does that sound right to you?

15      A     Yes, that's right.

16      Q     Where were you at this time?

17      A     So I would have been back and forth

18  between the lawn and that sort of line that re-forms

19  to the police aggression.  And we were demonstrating

20  in various ways, right.  So a lot of it is chanting.

21  A lot of it is putting your hands up in the air.

22  Every time they would take an aggressive step, either

23  putting their gas masks on or filling out the line or

24  walking forward or whatever it is that they're doing,

25  every sort of escalation, people would back up, put

1    their hands in the air and say, Hands up, Don't

2    shoot.

3              And frequently they would deploy teargas

4    while that was happening.  Which honestly defies

5    parity.  So essentially we were sort of doing that in

6    a cycle.  And then periodically they would decide it

7    was time to deploy teargas.

8              So there were a couple of occasions.  Like

9    I know we saw in the video where I kneel it the

10   front.  My motivation there is essentially to say

11   like, These are like -- We are completely peaceful

12   here.  I'm defenseless.  What are you going to do?

13   You're going to shoot me?  And then they did.

14   So . . .

15      Q    When you said that they deployed teargas,

16   in what manner did they deploy the teargas?

17      A    So they would -- I mean, every manner that

18   I know of.  They would launch canisters or throw

19   canisters into the middle of the crowd -- not to the

20   front, right -- knowing that that's going to drive

21   people in every direction rather than one specific

22   direction, if they told us a direction we were

23   supposed to go.

24              They would also shoot PepperBalls directly

25   at people.  I'm sure some people shot them at the

1    ground, but certainly they were always being shot at

2    people.  Center of mass, like hitting them in the

3    chest.  Several friends had welts on the backs of

4    their legs and their backs.  And again, shooting

5    people -- shooting unarmed civilians in the back with

6    chemical weapons -- like that's what we're talking

7    about -- in response to people saying, The police are

8    kind of brutalizing people too much.  I think -- I

9    mean, it's just absurd.

10           So yes.  That's basically happening.  And

11   in response to nothing.  Like there was never --

12   there was never a point where I was like, Oh, now the

13   teargas is coming, get ready.  It would just happen.

14   Q      When you were at the area of Colfax and

15   Lincoln, I think you said you were -- sometimes you

16   would kneel in the front.  When you were kneeling in

17   the front, did you ever see any objects that had been

18   thrown at the police officers?  So you wouldn't have

19   seen the person, but like did you ever see anything

20   come over your head in the direction of the police

21   officers?

22   A      Yeah.  Things that landed much short.  And

23   all I ever saw were plastic water bottles with -- not

24   even full of water.  I never saw anything hit a

25   police officer.  I never saw anything get

1   particularly close to hitting a police officer.  I

2   never saw anything like a brick or anything that

3   looked even a little dangerous.  And, again, they're

4   wearing armor.

5        Q    And as we know from the body cam, there

6   was a time when you were kneeling in the front and

7   the less lethal got deployed.

8             Tell me what you remember of that.

9        A    Yeah.  So what I remember in particular,

10  there was a gentleman wearing a Guy Fawkes, like a

11  plastic mask with -- he's very visible in that video.

12  He was like doing yoga.  And it was essentially to

13  shock and shame these police officers for what they

14  were doing, right.  It's, Look at what we're

15  deploying force against.  Like --

16            MS. WANG:  I think the court reporter

17  might not have caught what you just said.

18            (Discussion off the record.)

19            MS. WANG:  I think maybe go back to the

20  guy in the Guy Fawkes mask.

21       A    Yeah.  So there was a guy -- he was doing

22  yoga performatively, right, which is essentially the

23  most peaceful thing he could think to do, right in

24  between the unarmed protestors and this line of

25  heavily armed police.  And so you can see him sort of

1  going back and forth.  People were chanting things at

2  the cops.  I very frequently would say, Quit your

3  job, because that's what I would like them to do.

4  And eventually they just deployed teargas.  I mean,

5  it just happens out of nowhere.  It was never in

6  response -- like even -- water bottle --

7          MS. WANG:  You cut out.  You cut out.

8    A    I'm so sorry.

9          Even when I would see a plastic water

10 bottle land, you know, 30 feet from the nearest cop,

11 they wouldn't fire -- right after that.  They

12 wouldn't fire the munitions directly after that.

13         THE DEPONENT:  Should I try quitting and

14 rejoining?

15         (Pause in proceedings.)

16    Q    (BY MS. JORDAN)  So let's go back to --

17 you were saying there was the gentleman who was doing

18 performance yoga between -- I think you said the

19 line -- there was the protestor line and then there

20 was the line of police.  And then the person doing

21 the yoga was in between the two lines; is that

22 correct?

23    A    That's correct.

24    Q    Okay.  And so then tell me -- when did the

25 deployment happen?

1      A      I mean, I couldn't even give it a time,

2   because it just happened at -- it happened when it

3   happened.  There was no inciting event.  There was

4   nothing before it or after it that was particularly

5   striking.  It just sort of -- eventually it was time

6   to shoot us, and so they did.

7            MS. WANG:  Just a second.  Claire, do you

8   have headphones or something?  I don't know if that

9   might help.

10           (Pause in proceedings.)

11      Q    (BY MS. JORDAN)  So let's go -- so you --

12   the body cam that we're both -- and I don't remember

13   which one, but you're kneeling; is that correct -- is

14   that the one that you saw where you're kneeling right

15   before the deployment occurs?

16      A    That's right, yeah.  The officer --

17   something seemed to have gone wrong with her paint

18   ball gun, and she had to like turn around and get it

19   fixed.  That's the video I'm talking about.

20      Q    How long had you been kneeling before the

21   deployment happened?

22      A    Several minutes.

23      Q    And when the deployment occurred, were you

24   specifically hit in your body with it?

25      A    I don't believe so.

1        Q       And once the deployment started, what did

2   you do?

3        A       I immediately stood up and started walking

4   back towards the line.  Though because I had a

5   respirator on, I knew that I could last a little

6   longer, make sure other people got through safely.

7   So I went -- kind of dragged my feet.  And very

8   nearly afterwards, a flash-bang went off right next

9   to my head.

10        Q       I want to talk about your respirator.  I

11   know you told me you got it from a paint store.  Did

12   that help sort of mitigate the inhalation of the

13   chemical agents at all?

14        A       Yeah.  Mitigate is exactly the word.  It

15   makes it slightly more tolerable.

16        Q       And so when this deployment happened, what

17   did you physically feel with that respirator on?

18        A       Physically, you feel this acrid, acid

19   taste and smell.  It certainly becomes -- it's

20   definitely clear.  It's not the same as breathing air

21   through the respirator, right.  It's very clear that

22   there is gas in the air, but it's more manageable, I

23   would say.  It certainly still affects you, and you

24   couldn't just stand around in a cloud of it.

25                  Sore throat, difficulty breathing, all

1   that stuff, just slightly less.

2        Q      Did you have goggles on at this time?

3        A      Yeah.  I think I had a pair of swim

4   goggles on.

5        Q      And I think you said that you started

6   walking away from the line.

7        A      That's right.

8        Q      And then was this particular -- I think

9   you said a flash-bang went off by your head?

10       A      Yeah, like right next to me, on the

11   ground.  And it was extremely disorienting.  It hurt.

12   My ear was ringing.  My head immediately hurt.  And I

13   couldn't -- like I just couldn't -- I had no thought.

14   Like it just interrupted my whole thought process.

15            And so someone actually ran into the

16   cloud, just some random stranger -- I have no idea

17   who -- and like grabbed my hand and said, Time to go.

18   And we walked away.

19       Q      Where did you walk to?

20       A      Just to the lawn, probably on the other

21   side of the stairs, to let the teargas disburse.

22       Q      So would you have walked closer to the

23   side of like Lincoln and 14th?

24       A      Yeah, towards Lincoln and 14th.  That's

25   right.

*AB Litigation Services*

1    Q    Were there any officers on -- to your
2    memory, on 14th or in that Lincoln and 14th area?
3    A    I know some had driven by frequently.  We
4    would oftentimes see those personnel carriers that
5    the SWAT guys hang off of.  So those would drive by.
6    We certainly knew they were around.  And I vaguely
7    remember seeing maybe some sirens or like some lights
8    like down at 13th and Lincoln.
9    Q    But there wasn't like a line of officers
10   standing on 14th?
11   A    That's correct, yeah.
12   Q    And then you said that you were
13   experiencing some ringing in your ears.
14        How long had you experienced that?
15   A    Probably just a few minutes and it calms
16   down.
17   Q    And you said your head hurt.  Tell me
18   about that.
19   A    Yeah.  I mean, it's a really, really loud
20   noise and a very bright flash.  And so it gave me a
21   bit of a headache.  Again, it didn't last for
22   super-long.
23   Q    And was your back to the officers when the
24   flash-bang was deployed?
25   A    I think I was facing sideways to them.

1  Like I think I was -- I had been sort of turning to

2  be done.  You know, because I was looking for people,

3  trying to make sure they got away safely and so

4  forth.  And then I think -- I think I was like

5  turning around when it happened.

6      Q     So you didn't see the officer that

7  deployed it?

8      A     Oh, no.  Certainly not.

9      Q     And when you were kneeling at the front of

10  the line, were you next to anyone that you personally

11  knew?

12      A     Yeah.  I was next to Mariah Wood.

13      Q     Is Mariah Wood the one that had the

14  umbrella?

15      A     No, I don't believe so.

16      Q     I just recall seeing someone next to you

17  with an umbrella, so I wasn't sure that was her.

18            Okay.  So then you regroup on the side of

19  the steps closer to 14th.  What happens next?

20      A     It's a little unclear.  I think -- I

21  vaguely remember going back once the dust had

22  cleared, once the cloud had cleared.  And essentially

23  the motivation there is how many times are you

24  willing to do this to me, right?  How many times are

25  you going to brutalize me for doing nothing to you?

1        And so we would just continue to go back

2    until -- because, again, it's not like they said,

3    Leave.  They didn't tell us what to do.  And I wasn't

4    about to just be suppressed.  So here we were.

5        And then at some point, maybe an hour or

6    two later -- I'm trying to get the timeline exactly

7    right -- we ended up marching back down Colfax once

8    the police decided that it was time to stop

9    teargassing us again.  It was all very arbitrary.  We

10   never had any idea when it was happening or why.

11   Q     That line of the police that were on

12   Colfax where you said there was like a line of

13   police, the line of protesters, did those police ever

14   leave the area?

15   A     I guess they must have, because we got to

16   Colfax.  I don't remember watching them leave

17   exactly.  But at some point -- yeah, now that --

18   okay.  Let me think a little bit here.  Yeah.  I

19   think what happened is that they -- they

20   essentially -- they get some order, I presume, from

21   behind them.  And then they just all at once turn

22   around and walk back to their cars.

23        And to me, that demonstrates they're not

24   afraid for their safety, right.  Like why would you

25   turn your back on an angry mob if there was an angry

1   mob?  But there wasn't.  So they're just -- for

2   whatever arbitrary police reason, they decided it was

3   time to leave and they left.  I don't remember when

4   that happened, but . . .

5        Q     And on May 30th, at any time did you

6   become aware that the mayor had instituted an

7   emergency curfew for the Denver area?

8        A     Yes.  I was aware of the curfew.

9        Q     How did you become aware of the curfew?

10       A     Probably some combination of social media

11  and just talk among the protesters.  I also believe I

12  got an alert on my phone.

13       Q     And what was your understanding of the

14  curfew?

15       A     That people were to be -- my understanding

16  of the curfew was that it was an attempt to suppress

17  the protests and essentially say, People have to be

18  in their homes after 8:00 or 9:00 or whatever time it

19  was.

20       Q     And what was your understanding that the

21  intent was to suppress the protesters?

22       A     Well, because it was clearly a response to

23  the protests, right.  It was the only reason to have

24  a curfew.  It was only the Denver area.  And I knew

25  from three days' worth of personal experience that

1   audio -- not just like on notification, but an audio

2   announcement from the police regarding a curfew?

3        A    I don't believe I did that first night,

4   no.

5        Q    So then on the 30th at some point, you

6   began marching again down Colfax.  What happens?

7        A    Yeah.  So we were marching down Colfax,

8   much the same as the prior nights.  Chanting, staying

9   in the middle of the street.  No like wanton property

10  destruction or whatever people are trying to say.

11  And we marched probably around to that -- around to

12  the police precinct at Washington.

13           And the plan I think there -- I mean, you

14  know, plan is hard to describe.  My plan was to be

15  where the protest was.  And so we were chanting

16  things outside the protest -- or outside the police

17  precinct, essentially trying to bring visibility to

18  this protest movement, right.

19           And then the police showed up in extreme

20  force on both sides of us, both from the east and the

21  west, as well as obviously from Washington on the

22  north.  And people started talking about how it was

23  probably a kettle, which is a tactic that the police

24  use to arrest protesters, essentially.

25           And so then the most teargas that I've

1    ever seen in one place was deployed.  Several

2    canisters near me.  I'm sure many others in the rest

3    of the crowd.  Flash-bangs, pepper -- just a hail of

4    pepper bullets.  And again, launched at -- like

5    horizontal to the ground, directly at people.

6        Q     And how many people were in the area?

7        A     Probably a thousand, somewhere around

8    there.

9        Q     And I'm sorry if I didn't catch it the

10    first time.  Was this, did you say, around the

11    Washington and Colfax area?

12        A     That's right, yeah.

13        Q     Okay.  I'm going to show you a map again.

14    So we're going back to our map.  Can you see that,

15    right?

16        A     Yep.  Looks good.

17        Q     Here's our map again.  Here's Colfax.

18    Here's Washington.  You mentioned being kettled.

19             Where on this map were the line of police

20    officers?

21        A     So as I recall, people started talking

22    about kettling right around -- like the march was

23    very long, right, because there were so many people.

24    And I don't recall exactly how close to the police

25    precinct I got on this particular night, so it's hard

1    for me to say.

2              But I know that there were police behind

3    us, because we were coming from the west.  And I know

4    that there were police at the precinct.  And so I

5    would imagine that they were lined up blocking

6    Colfax, just east of Washington Street there.  And I

7    maybe vaguely remember being able to see something

8    through the crowd; you know, like there's flashing

9    lights, there's a line, there's teargas canisters

10   arcing through the air from those directions.  And

11   then we definitely knew there were police directly

12   behind us.

13        Q    And I know you said you don't recall

14   exactly where you were.  Looking at this map, had you

15   crossed over Pearl?

16        A    I'm not sure.  I wish I could say.

17        Q    And then you said you knew there were

18   police behind you.

19              Do you know what street they would have

20   been on?

21        A    They were on Colfax.

22        Q    Okay.  Do you know roughly the

23   intersecting street that they might have been near?

24        A    Based on the map -- like this is honestly

25   just guessing -- probably somewhere around

1   Pennsylvania.  I don't know that they were at an

2   intersection though.  I think they were -- they were

3   moving.

4        Q     Okay.  So they were walking behind you?

5        A     They were driving and walking, both.

6        Q     Oh, driving.  And the officers that were

7   just east of Wadsworth -- let me start that over.

8             The officers that were just east of

9   Washington, were they on foot or in vehicles?

10       A     I believe both.  There were vehicles

11  parked there, and there were officers on foot.

12       Q     And then you said -- I think you said this

13  was the worst teargassing that you had experienced?

14       A     That's true.

15       Q     So walk me through that.  Tell me what

16  happens.

17       A     The clouds were so thick you couldn't see

18  through them, which was new.  They used to be at

19  least a little bit permeable to light.  People were

20  coughing much, much more around me.  I had my

21  respirator on, so I could kind of stomach it.  But it

22  was clear, you know, I couldn't have lasted more than

23  a couple of minutes without leaving the area.  So I

24  did.

25            There were flash-bangs going off all over

1    sort of perform the same kind of surrounding

2    operation on us.  And so everybody at that point

3    disbursed and went home.

4         Q     And, again, similar to what we discussed

5    on the prior days, without getting into legal issues

6    or reasoning, what do you think the police did wrong

7    on the experiences you had on May 30th?

8         A     Oh, God.  I mean, everything.  I think

9    being there at all was a huge mistake.  I think that

10   their presence at protests is intentionally

11   suppressive.  I think it's also intentionally

12   escalatory.  I think when you show up to a group of

13   unarmed civilians in full military gear, you're

14   intentionally escalating the situation.  And I think

15   that's the point.  I think they escalate it until

16   they feel that they can justify deploying weapons.

17             And yeah, the point of it, as far as I can

18   tell, was the brutality of it.  And so I think -- you

19   know, it's to send a message:  You're not allowed to

20   do this, you're not allowed to protest us.

21             So I think everything that they did was

22   wrong.  The way they showed up, the time they showed

23   up, how they showed up and what they did once they

24   had shown up was all with the intent to suppress

25   people's, you know, First Amendment right to protest.

1                And certainly when it comes to brutality,

2       every single time that they shot a teargas canister

3       or a PepperBall or rubber bullet or a flash-bang was

4       completely uncalled for.

5            Q       In your opinion, do you believe that your

6       speech was suppressed on May 30th?

7            A       Absolutely.

8            Q       In which way?

9            A       By force.  I mean, I was engaging in a

10      peaceful protest, and then I was physically forced to

11      leave the areas that I was in when they were public

12      property.

13           Q       And then you attended the protest on

14      May 31st, correct?

15           A       I did.

16           Q       And what time did you arrive at the

17      protest downtown?

18           A       People were starting to get real tired.

19      My feet hurt a lot.  So I think probably a little

20      later in the afternoon.  Maybe 3:00 or 4:00.

21           Q       And had -- you walked down to the protest

22      on May 31st?

23           A       Yes, that's correct.

24           Q       And did you arrive with anyone, or did you

25      arrive by yourself?

1        Q      And at some point, did you meet up with

2    your friends?

3        A      Yes, I did.

4        Q      And I know generally it's the group, but

5    who do you recall being with you on May 31st?

6        A      It would have been all the same people.

7    So yeah, Jake and Mariah I know were there.  Kaley

8    LaQuay, Amy Schneider, a few other folks.  One

9    stipulation.  John Connor was only ever there that

10   one day, on Friday, just to be clear.

11       Q      And then do you have any other memory of

12   any of the activities that went on during the

13   daylight hours, opposed to what you just told me?

14   Like in addition to.

15       A      I know one time in particular we marched

16   all the way up 16th Street Mall to the very end of

17   it.  And I remember specifically just at every block

18   you would see the police, but they were three blocks

19   away.  And they never did all this stuff where they

20   would like line up on people, and they never deployed

21   any weapons.  And the protests stayed much more calm

22   and peaceful as a result.

23              And so the general idea that -- like we

24   had had was like, Oh, yeah, this stuff gets chaotic

25   and violent when the police show up.  And it's the

1    police doing the violence.  And there's no other

2    violence happening, so . . .

3        Q    And I forgot to ask you this when we were

4    talking about May 30th.  But on May 30th, I think you

5    said you arrived like early afternoon.  Did you stay

6    at the protest from early afternoon until you left, I

7    think you said around 11:30?

8        A    Sorry.  That was May 30th?  Saturday?

9        Q    Yes.  Saturday.

10       A    Yeah, that sounds right.

11       Q    And then so for May 31st when you arrived

12   at -- around 3:00 or 4:00, did you stay at the

13   protest the entire time until you left?

14       A    Yes.

15       Q    And then we'll get to that.

16       A    No, there was never a period through the

17   whole weekend where I would like go home in the

18   middle of the day or anything like that.  It was

19   always constant.

20       Q    Perfect.  Thank you.  That's what I was

21   trying to get at.

22            Okay.  So then May 31st, the evening sets

23   in.  What do you remember?

24       A    Yes.  So I remember a lot of talk, like

25   almost excited talk that like, Oh, look, we've proven

1    this thing; that it's the cops who makes this violent

2    and make it upsetting.  And it's so clearly not

3    rioting or mobs or looting or any of the other stuff

4    that people kind of almost wish it was, in a weird

5    way.  And certainly the police behave as though it

6    is.

7              And so I remember like we marched all over

8    the place that day, just because we had the freedom

9    to express our protest, right.  Like our freedom of

10   assembly was actually being respected.  And then we

11   marched down Colfax, shortly after the curfew I think

12   started, somewhere around -- I don't know what the --

13   exact time.  And that's when we ended up getting

14   kettled and teargassed, and immediately everything

15   turned into traumatic pandemonium again.

16        Q     And on May 31st, did you receive any

17   notification regarding the curfew?

18        A     Yeah.  I think I got another notification

19   on my phone.  I never heard a police officer say

20   anything at all though.

21        Q     Did you ever hear any public announcement,

22   like over a loudspeaker, about the curfew on May

23   31st?

24        A     It's possible I heard a loudspeaker.  I

25   know for sure I did the next day -- yeah, on Monday.

*AB Litigation Services*

1    But I don't recall specifically on Sunday if I did or

2    not.

3         Q    So let's talk about the incident, then, in

4    front of the basilica.  Is that -- well, let me --

5    you talked about the kettling incident.  Where did

6    that occur?

7         A    Yeah.  That's in front of the basilica.

8         Q    And let's do this.  I'll share my screen

9    again.  Okay.  Do you see the map?

10        A    I do.

11        Q    Okay.  And then you see the basilica right

12   here?  The green building?

13        A    Yep.

14        Q    Okay.  And we have Logan on one street,

15   and we've got Pennsylvania on the other -- let me

16   start that over.

17             You've got Logan on one side, and you've

18   got Pennsylvania on the other side; is that correct?

19        A    Yes.

20        Q    And then you have Colfax, which would be

21   just south of the basilica.

22             Where in this location were you when you

23   arrived?

24        A    So I was coming in from the east -- or

25   sorry, excuse me, I was coming in from the west,

1    going eastward --

2         Q     Okay.

3         A     -- from the capitol.  We were marching.

4         Q     And had you -- to your memory, had you

5    crossed over Grant Street?

6         A     I believe so.  I think I could see the

7    basilica.

8         Q     Okay.  Do you know if you crossed over

9    Logan Street?

10        A     Yes.  I must have crossed over Logan

11   Street.

12        Q     Okay.  And then when you cross over Logan

13   Street and you're in front of the basilica, what do

14   you observe?

15        A     It was a perfectly peaceful march, the

16   same as it had been most of the other nights.  And

17   then all of a sudden, the street was completely full

18   of teargas.  And like I said, some of what I tried to

19   describe about the incorrect day, I do believe I saw

20   a siren -- or lights in front and certainly behind

21   us.  The police had followed the march sort of into

22   that area.  And so we knew that there were police on

23   both sides, on Colfax.

24        Q     Did you see any police on the side of

25   Pennsylvania?

1      A      I don't think I could have seen them.  I

2   don't think I was far enough along the street to see

3   that.

4      Q      But then you -- I think you told me that

5   you remember seeing the police lights behind you?

6      A      That's right.

7      Q      Okay.  And so you're in this area -- I'm

8   just going to generally say between Logan and

9   Pennsylvania and Colfax.  And what happens next?

10      A      Yeah.  So then -- so this is the place

11   where the teargas was worse, out of all the days.

12   And it was just an incredibly dense cloud.  Very,

13   very quickly flash-bangs just all over, every

14   different direction.  You couldn't possibly tell

15   where they were coming from.  The sound of

16   PepperBalls just constantly.  And a lot of

17   protesters, you know, sort of screaming and running.

18            Still never heard anything from any cop,

19   ever.  Not so much as a yell, a scream or anything.

20   And basically -- and it gets really, really hazy from

21   here, because just I couldn't tell where I was or

22   what was happening very well because it was very

23   traumatic.

24            But I had a couple of people with me

25   probably Kaley and like one other person.  And we

1    just went to the north -- because that seemed like

2    the safest way to get away from this kettle -- and

3    ended up in a parking lot that I don't remember and

4    couldn't really even describe, just that it was sort

5    of like open air.

6            Looking at the graph, it could have --

7    unless 1511 is a parking garage, it could have been

8    that one, the one on Logan Street there.  I don't

9    actually know.  But it was a ground-level parking

10   lot, and we essentially got north of Colfax, kind of

11   regrouped a little bit.  Tried to get an idea of

12   where the police were headed and what they were

13   trying to do, and then jogged over back to the

14   capitol.

15       Q    When you were in the area in front of the

16   cathedral -- sorry, I grew up here, and we called it

17   the cathedral.  So I mean the basilica.  So when I

18   say cathedral, I mean basilica.

19           When you were in front of the basilica and

20   right at the point it was occurring, how far away

21   were you from any police officer?

22       A    I wouldn't say any more than a hundred

23   feet.

24       Q    And, again, would this be accurate in one

25   of -- as you said before, you were not close enough

1        A       Gotcha.

2        Q       We'll do a general question.

3                So tell me what happens as the evening

4        starts to encroach on June 1st.

5        A       Yeah.  So as we get towards the curfew,

6        people are talking about it.  And essentially we're

7        basically just occupying the capitol at that point

8        and, you know, sitting on the lawn.  And the crowd

9        had definitely started to dwindle towards the curfew.

10       There was sort of one last big march through that

11       same uptown area that I took that photograph the

12       previous night.

13               And then, yeah, we ended up kind of just

14       demonstrating and relaxing, almost, in the area in

15       front of the capitol.  Some people did launch

16       fireworks, which I was upset about because it seemed

17       like unnecessary.  But I think there was sort of a

18       celebratory element to it, of just like, you know, We

19       got through another day of this and it was peaceful

20       and nobody got hurt.  They weren't certainly at

21       anything.  They were definitely like up in the air,

22       you know, for celebratory purposes.

23               And I remember people started yelling

24       like, Stop doing that, and -- you know.  And yeah.  I

25       remember just sitting with Amy, and like we were

1    listening to people speak.  It was a relatively small

2    group, but there was a couple of black women who were

3    sort of passing a megaphone back and forth and

4    speaking to the importance of what we were trying to

5    do.

6              And there became sort of this conflict

7    between that group and this one guy, who I later

8    learned is named Neil Yarbrough who --

9        Q     Do you know how to spell that?

10       A     Boy, do I not.  I think it's

11   Y-a-r-b-o-r-o-u-g-h.  But that is mostly a guess.

12             And he was kind of like a figure who came

13   up out of nowhere in the middle of these protests and

14   tried to sort of take control of them.  And he

15   started fighting -- not physically, but just arguing

16   with these women about whether people should be going

17   home because it was the curfew.  And the general

18   sentiment was -- I mean, one of the chants we would

19   do when the loud speaker would start to play this

20   Orwellian, dystopia, Get Inside Your Homes, kind of

21   announcement, we would just say, you know, Fuck your

22   curfew, We want justice.

23             Like we're not going to let you just

24   suppress our speech because you said so by fiat.  So

25   there was a civil disobedience moment to the behavior

1    around the curfew, for sure.

2              And so there was like a little

3    disagreement about whether people should go home or

4    not.  Amy and I basically just kept checking in with

5    each.  Like, Is it time to go home?  Is it not?  You

6    know.  And as it got closer and closer to midnight,

7    we were just like, Yeah, maybe we can stay here all

8    night and really prove this point.  Like it's not

9    dark that makes people riot.  It's actually just

10   there isn't a riot here.  There's just not rioting.

11   The violence is the police.  And when the police

12   don't show up, it's peaceful.  And like that's the

13   point we wanted to prove.

14             So I remember Amy and I talking about that

15   at length.  And like that's why we wanted to stay and

16   sort of see what happened.

17             By that point, we had some people who

18   would check in with us on Signal.  Those of us who

19   were out on the ground, there were some people who

20   wanted to participate but couldn't.  I don't know

21   their names.  There were -- you know, it was like all

22   on Signal and all -- like the automatic disappearing

23   messages, you know, security stuff.  So I have no

24   recollection of this other than --

25        Q     I was just going to ask you, what is

1    just me and Amy at that point.

2              And yeah, eventually it got around to

3    midnight I think, and the -- this huge group of

4    like -- it looked like a hundred stormtroopers, just

5    came out of the shadows behind the capitol.  You

6    know, it was dark.  There's this dystopian

7    announcement playing every some number of minutes.

8    And we hadn't seen any police in hours.  You know, in

9    any -- like the closest they had been all day was

10   like three blocks away from us.  And all of a sudden,

11   there's all these police.

12             And they just start marching.  And then,

13   you know, the group of people in the crowd who had

14   been having disagreement started to get really

15   agitated.  You know, not -- there was no physicality,

16   there was no fighting, there was nothing like that.

17   But there was a lot of like, We need to go, Or not,

18   or We need to stay or -- you know.

19             And so the people who weren't, you know,

20   directly involved in that sort of de facto, you know,

21   informal leadership component basically just started

22   doing the same demonstrations we've been doing all

23   week; you know, kneeling in the street and saying,

24   We're not rioting, why are you armed to the teeth?

25             And as they -- you know, that standoff

1   maybe lasted for half an hour or so.  I'm not sure.

2   I know I was kneeling in the street for some parts of

3   it.  I was standing up and resting my knees for some

4   parts of it.

5          And then all of a sudden, everything just

6   kind of exploded.  There was a lot of discussion of

7   the LRAD over the course of the weekend, which is I

8   guess this sound canyon that the Aurora Police

9   Department graciously let the Denver Police

10  Department threaten to deploy against civilians.

11  There was a lot of rumor about what it could do.  You

12  know, people who had maybe been at Occupy and had it

13  deployed against them talked about it blowing out

14  people's eardrums or making you have seizures or

15  making you really physically ill or just being really

16  disorienting or whatever.  And like who knows how

17  much of that is true.

18          But it started -- like that was kind of

19  the atmosphere.  It got really scary.  And then this

20  giant truck who had -- that ostensibly, I guess, was

21  this LRAD truck drives in from the north.  And this

22  line of cops descends from the hill on the capitol.

23  And there's another one on the north side, like

24  coming from Colfax onto Lincoln.  And they just start

25  like unloading on us.

1          You know, and like periodically the crowd

2     had been moving, you know, like to stay away from

3     this line of cops.  And then all of a sudden, it just

4     exploded.  And they just were launching all kinds of

5     teargas and PepperBalls and everything.

6          And so we started running.  And we were

7     clearly being shepherded to the south, which was away

8     from my house and also from Amy's house, so that's

9     not a good sign.  You know, and right around this

10    point, Amy and I are like, Okay, time to get home

11    now.  I'm not sure how we're going to do it, but it's

12    time to get home, you know.

13         And so we get down to -- we get over to

14    Broadway, because we're getting pushed both to the

15    south and the west, right.  So we get to Broadway and

16    like 14th.  And these cops are just marching across

17    the lawn at like -- I guess it's Lincoln Park or

18    whatever it is, Civic Center Park.  And, you know,

19    and we're clearly being corralled, right.  And, you

20    know, there's a few hundred people, very disoriented,

21    all fragmented, running around.

22         And so we finally get down to around

23    Broadway and 13th.  And at this point, I like knew

24    everybody had been teargassed really bad.  You know,

25    and I had just my goggles and my -- yeah, I think I

1  had goggles and a respirator on.  I think maybe my

2  goggles fell off at some point.  I don't remember.  I

3  didn't have them on when I was arrested, so I don't

4  know.  And so, you know, I couldn't really see very

5  well.  And they were trying -- like I had this spray

6  bottle with this Milk of Magnesia solution in it, and

7  I really wanted to try to help some people get to see

8  so they could get home safely.  So that's kind of

9  where I was fixated.

10             And I didn't know how we were going to get

11  home to the north anyway.  My guess -- my best plan

12  was to go sort of south and east, wait for things to

13  calm down and then walk back.

14             And as we were sort of regrouping, we

15  found these medics.  And they were really young, and

16  they were clearly really scared.  But they had really

17  identifiable medic gear.  Like front and back of

18  their bodies had a big red cross on them.  They had

19  these, you know, the lid of a plastic container used

20  for a shield to stop these projectiles from the

21  police with a big red cross on it.  So they were very

22  clearly medics.

23             And we figured that was a good place to

24  be.  Like if they needed supplies, we had some

25  extras.  We could help, you know, with the gas

1    remedies and whatnot.  So we started following them

2    and kind of checking in on them and making sure that

3    they weren't too shaken up.

4             And it seemed like maybe the police were

5    like good, like they were kind of going to be done

6    because people had disbursed and were clearly headed

7    home.  And as we rounded the corner onto 13th and

8    Lincoln -- which is a place I have to drive by almost

9    every day now, which is super-cool for me -- is they

10   just came out of every corner.  They were coming from

11   behind and in front of us.  There was this giant

12   cloud of pepper spray.  And I mean, some of them

13   looked like they were wearing fatigues.  Like I

14   didn't know if they were National Guard or whatever,

15   seeing what had happened in Portland earlier that

16   week.  And it was just terrifying.

17            And at that point, I was like, Okay, maybe

18   we could go back the other way.  And so I tried to

19   sort of reach out to Amy.  And she had -- like there

20   was this little alcove right on Lincoln and 13th

21   there in the like justice center building or whatever

22   that is.  And like all those medics had been cowering

23   in it.

24            And there's just this rain of PepperBalls

25   hitting the shields that they're holding, trying to

1    protect each other from this.  You know, and they

2    can't go anywhere.  They're in a box, and they're

3    being assaulted still.

4            And Amy almost ended up in there with

5    them.  And I was like, Don't go there; That's not a

6    good place to be.  So I started trying to pull her

7    out away from that.  And then as I turned my back to

8    go the other direction, I was screamed at from

9    behind.  I heard a police officer speak for the first

10   time in the whole weekend.  And he said, Get on the

11   fucking ground.  And I did.  And then I was under

12   arrest.

13       Q    I'm going to ask you a few follow-ups.

14   Thank you for that information on that.  But I took

15   little notes while you were telling me all that, and

16   I just have a few follow-ups.

17           You had mentioned that while you were out

18   protesting and you were kneeling in the street,

19   standing in the street, protesting, chanting that the

20   officers -- I think you said came out of the shadows

21   from the capitol; is that correct?

22       A    That's right.

23       Q    Roughly what time was this?

24       A    I think it was right at midnight, as I

25   recall.

1    usually the capitol has floodlights overnight, and

2    they were off for a while before this happened.  And

3    so it was black.  Like I had -- you couldn't even

4    tell how many there were, other than a lot.

5        Q    And is it fair to say that part of the

6    reason why you stayed after curfew was to protest the

7    curfew?

8        A    Absolutely, yes.  It was civilly

9    disobedient of a curfew which I see as an

10   illegitimate suppression of free speech.

11       Q    And so you leave -- strike that.

12            When you were in the area when the

13   deployment happened, were you hit by any PepperBall

14   in that location?

15       A    I honestly don't remember.  I know I was

16   hit by a lot of PepperBalls that evening.  Some of

17   them could easily have been then.  I'm not sure.

18       Q    And you said that you left, and then you

19   ended up on 13th and Lincoln, correct?

20       A    That's right.

21       Q    And that's when you met up with -- is that

22   when you met up with the group of the medics?

23       A    That would have been at 13th and Broadway,

24   so on the other corner of that building.

25       Q    And when you met up with the medics on

1    13th and Broadway, were there any -- was there any

2    police presence in the area?

3        A     Just behind us.  Like they were chasing us

4    down from Colfax on Broadway.  So there were several

5    in vehicles driving south, and there were actually

6    some civilian vehicles in the road.  And I don't know

7    what -- I don't know whose vehicles they were, if

8    they were just random passers-by or whatever.  But

9    the police couldn't similarly drive straight to us.

10       Q     And from 13th and Broadway, you got to

11   13th and Lincoln; is that correct?

12       A     That's right, yeah.  So one block to the

13   east.

14       Q     And then at 13th and Lincoln, is that

15   where the little alcove is that you were describing?

16       A     Yeah.  So if you go around the corner,

17   it's on the eastern side of the building on Lincoln

18   there.  And there's like a pretty wide sidewalk.

19   There's a loading zone.  And just passed the loading

20   zone, there's this alcove with like an access door of

21   some kind.  And that's where the medics all got

22   pinned down.

23       Q     And how many medics were there?

24       A     Probably a half dozen.

25       Q     And during this time when the medics were

1    in that area, were you being shot with PepperBall

2    directly?

3         A     Yes.

4         Q     To your best memory, where did it hit you

5    on your body?

6         A     Front and back, mid-section.  Just all

7    center mass.

8         Q     And what direction were you facing when

9    this occurred?

10        A     Both.  Right.  Like I was trying to spin.

11   Like I was trying to find a way to get home.  And my

12   friend Amy was yelling like, We're trying to go home,

13   We're trying to go home.

14             But too late I guess for them.  So yeah.

15   So I saw the medics in front of us.  I like

16   grabbed -- I tried to grab Amy's hand.  I don't think

17   I actually ever touched her, but she kind of came out

18   and turned around the other direction.  And I saw a

19   bunch of police there.  I remember looking across the

20   street to the east and seeing like a place I could

21   potentially have maybe gotten away.  But there was

22   no -- and, again, I hadn't received an announce--

23   like nobody had said, Stop, You're under arrest, or

24   anything.  So I'm still trying to leave, which is

25   ostensibly what the announcement said to do, right.

1               So it's not like I was resisting arrest or

2      anything.  They literally said nothing to me.  And

3      then the minute I sort of turned back around to go

4      south, Amy was to my right on the other side of this

5      like planter in the middle of the sidewalk there.

6      And then some officer came from behind and shouted,

7      Get on the fucking ground.  And I did.  And then he

8      was on my back, handcuffing me.  And then I heard Amy

9      screaming.

10          Q     Okay.  And sorry to interrupt you.  The

11     officer that you heard say, Get on the fucking

12     ground, is that -- did I say that correct?

13          A     That's what I remember.

14          Q     I didn't want to throw an F word in there

15     if there wasn't.

16          A     That's how I remember it, certainty.

17          Q     Did that voice, did it sound masculine in

18     nature or feminine in nature?

19          A     Yeah.  It sounded like a man.

20          Q     And did you ever see that officer that

21     said that to you?

22          A     No.  I never -- I mean, I'm sure I did see

23     him, but I never knew which one he was.

24          Q     And you voluntarily got on the ground,

25     correct?

1      A      Well, I started to voluntarily get on the

2   ground, and then I was tackled from behind.

3      Q      How far were you are completing getting on

4   the ground before the officer -- did you say tackled

5   you?

6      A      Yeah.

7      Q      Okay.  How -- like in what process were

8   you of getting on the ground when you got tackled?

9      A      I was like halfway there probably.  My

10  hand were already behind my back.

11     Q      And then the officer that tackled you --

12  what happened after you got completely put to the

13  ground?

14     A      So I got -- yeah, he kneeled on me and

15  handcuffed me and then pretty roughly picked me up.

16  And they sat me down on the curb, which is pretty

17  hard to do when you don't have your hands but we made

18  it work.  Then they cut my backpack off of me and

19  started rifling through it, looking for ID, I guess.

20     Q      Did you have your ID in your backpack?

21     A      I did.

22     Q      And when you say you got sat down on the

23  curb, do you mean like the curb that is like the

24  gutter next to the street?

25     A      Yeah.  Yes.

1    on Wednesday around 9 o'clock.  Maybe 9:30.

2         Q     And was this the first time you were ever

3    arrested?

4         A     Yes.

5         Q     And then those charges -- to your

6    knowledge, were those charges dismissed?

7         A     That's correct.  Yeah.  The charges I had

8    that I saw at the time were curfew and failure to

9    obey a lawful order.  And the court date that was

10   written on my paperwork that I saw was in July.  So

11   as best I knew, they were going to try to hold me for

12   a month.

13        Q     Did you get bailed out?

14        A     I did.

15        Q     And who bailed you out?

16        A     My friend Jake.  The same Jake as from the

17   previous days of protests.

18        Q     Jake Douglas?

19        A     Jake Douglas, that's right.

20        Q     And then -- so then before that court

21   date -- or strike that.

22              When did your charges get dismissed?

23        A     It was like maybe a month later, if I'm

24   not mistaken.

25        Q     Did you ever have to go to court?

1    Q     During the kettling incident in front of

2    the basilica on May 31st, did you hear any officers

3    give any sort of warnings or disbursal orders before

4    they used force on you and the other protesters?

5    A     No.  I never heard an officer say a single

6    word.

7    Q     On the days you were out after curfew, on

8    Saturday the 30th and Sunday May 31st, were you ever

9    told by any officer that force or chemical agents

10   would be used on you if you did not go home?

11   A     No.  The officers never said anything at

12   all.  The announcements never said anything about

13   force and neither did the alert on my phone.

14   Q     At the time that you were arrested, was

15   there something about your appearance or the group of

16   people that you were with that made it obvious that

17   you had been protesting?

18   A     Yeah.  For sure.  I mean, all the people I

19   was with were medics.  They all had giant red

20   crosses.  Everyone had like either a gas mask or

21   goggles or something like that.  So we were very

22   clearly, visibly protesters.

23   Q     What was your purpose of having goggles

24   and gas masks and, in the case of some people,

25   helmets?

```
1        A      To protect ourselves from the use of force
2   by police officers.  I mean, it was only ever just --
3   yeah.  I don't even know what else you could do with
4   them.  They're for protecting ourselves from the
5   police.
6        Q      Did you ever see -- during the time that
7   you were at the protests during the first six days or
8   first week of the protests, did you ever see any
9   Molotov cocktails being thrown?
10       A      No.  I've never seen a Molotov cocktail in
11  my life, and I'm not sure they even exist.
12              MS. WANG:  I have no further questions.
13              MS. JORDAN:  I have no more follow-ups.  I
14  appreciate your time.  I wish you the best.
15              THE DEPONENT:  I appreciate that.
16              WHEREUPON, the within proceedings were
17  concluded at the approximate hour of 12:47 p.m. on
18  August 5, 2021.
19              *      *      *      *      *      *
20
21
22
23
24
25
```