*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)

_____

DEPOSITION OF SARA E. FITOURI
August 3, 2021

_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:


      LOEVY & LOEVY
            By Elizabeth Wang, Esq.
               2060 Broadway
               Suite 460
               Boulder, Colorado, 80302
               720.328.5642
               elizabethw@loevy.com
                Appearing on behalf of Plaintiffs


      DENVER CITY ATTORNEY'S OFFICE
            By Lindsay M. Jordan, Esq.
               201 West Colfax Avenue
               Department 1108
               Denver, Colorado 80202
               720.913.3100
               lindsay.jordan@denvergov.org
                Appearing on behalf of Defendants

Exhibit 2

*AB Litigation Services*

1      Q      When you arrived on the pedestrian bridge,

2   were there any protesters on the highway yet?

3      A      No.

4      Q      And when the protesters started to get on

5   the highway, were the police there yet?

6      A      They were in sight.  I don't know if they

7   were right there.

8      Q      To your /PW*ETS estimate, how many

9   protesters got onto the highway?

10      A      Maybe 50.

11      Q      And was this on both north and southbound

12   lanes of travel?

13      A      Yes.

14      Q      How long -- strike that.

15             Approximately, your best estimate, how

16   long were the protesters on the highway?

17      A      No more than five minutes.

18      Q      And was traffic able to get through any of

19   the lanes while the protesters were on the highway?

20      A      I don't recall.

21      Q      At some point, the police arrive on the

22   highway, correct?

23      A      Yes.

24      Q      Tell me what you observed after the police

25   arrived.

1      A      They immediately -- protesters ran from

2  them, off of the southbound lane.  And the police

3  began arresting folks who didn't run or didn't get

4  away.

5      Q      Other than arresting folks that didn't run

6  or didn't get away, did you observe the police do

7  anything else?

8      A      Yes.

9      Q      What did you observe?

10     A      I observed one police officer go -- at

11 least one police officer, initially one police

12 officer go over the middle median and start shooting

13 PepperBall rounds indiscriminately at all of the

14 protesters down on the highway and then the

15 protesters on the bridge, on the lower -- sorry, the

16 lower part of like the access ramp of the bridge.

17     Q      And when you say that you saw one officer

18 go over the median, was he going from the southbound

19 lanes onto the northbound lanes?

20     A      Yes.  I believe -- if I have my lanes

21 correct, then yes.

22     Q      And prior to this officer crossing over

23 the median, what were the protesters doing?

24     A      Chanting on the highway and above the

25 highway and protesting --

1       Q       To your --

2       A       -- holding signs.

3       Q       Sorry.  To your best estimate, how many

4  protesters were in this area?

5               MS. WANG:  Objection to form, vague.

6               You may answer.

7       A       In the --

8       Q       (BY MS. JORDAN)  Let me rephrase it.  Let

9  me rephrase it, because I think I can do it a little

10 better.  Approximately before the -- strike that.

11              Before the officer crossed over the

12 median, how many protesters were still on the

13 highway?

14      A       15 or 20.

15      Q       And approximately at that time, how many

16 protesters were on the pedestrian bridge?

17      A       I couldn't see all of them.  I don't know.

18      Q       But it was more than just your group of

19 Jackie, Joe and Ben, correct?

20      A       Sorry, on the pedestrian bridge?

21      Q       On the pedestrian bridge.

22      A       Up on the pedestrian bridge, there was

23 probably 50 of us spread out on the bridge.

24      Q       And then it's fair to say you couldn't see

25 how many were on the access ramp?

1      A      Yes, that's correct.  That's what I

2    thought you were meaning before.

3      Q      That's fair.

4             And were the -- and I think you said that

5    the protesters that were on the pedestrian bridge

6    were chanting or --

7      A      I don't know -- a little -- it was loud

8    and chaotic.  I think some people were -- there was

9    chanting going on.  I don't know on the pedestrian

10   bridge, if the people were chanting on the bridge

11   specifically.

12     Q      Before you saw the officer -- strike that.

13            Before the officer crossed over the

14   median, did you see any protesters throwing objects

15   at the police?

16     A      I did not.

17     Q      And then I believe you said that the

18   officer crossed over the median, and I think you said

19   you saw him shoot at the protesters that were on the

20   highway; is that correct?

21     A      On the highway and also on the access

22   ramp.

23     Q      Do you know what sort of munition that

24   officer deployed?

25     A      At the time, I didn't.  I could tell it

1   was a paintball gun, but now I came to learn quickly

2   that they were PepperBalls.

3        Q     And unless you learned this from your

4   attorney, how did you learn that it was PepperBall?

5        A     I knew it was something like that because

6   as the shooting started happening, the wind blew some

7   sort of toxic gas in the air across there.  I would

8   guess either Joe or Ben were familiar with it and

9   told me that that's what it probably was.

10       Q     So you learned it while you were on scene;

11   is that correct?

12       A     I learned it that day, like at that

13   protest.  I don't know if it was like while the

14   police were shooting them.  It definitely wasn't

15   while the police were shooting.

16       Q     And can you recall any sort of identifying

17   markers of this officer?  Meaning like, did you see a

18   badge or insignia?  A uniform?  Anything that stuck

19   out in your mind?

20       A     They were Denver Police, obviously.  Like

21   that's about it.  They were wearing a police uniform

22   and carrying a PepperBall gun.

23       Q     Did you hear any sort of warning to get

24   off of the highway from the police prior to

25   PepperBall -- strike that.  Let me start that over

1    because those words were all wrong.

2              Did you hear any warning from the police

3    to get off of the interstate prior to any deployment

4    of the PepperBall on protesters?

5         A    No.

6         Q    Is it possible that a warning was given

7    but you didn't hear it because the crowd was loud?

8         A    I mean, I guess that's possible.

9         Q    You just didn't hear anyone; is that

10   correct?

11        A    That's correct.

12        Q    Did you -- strike that.

13             Did any other officers deploy any

14   PepperBall at this incident other than the one that

15   you told me that you saw cross over the median?

16        A    I don't recall.  In my memory, there was

17   more than one officer shooting at one point, but I

18   don't recall specifically.

19        Q    After the first officer deployed the

20   PepperBall, did you see any of the protesters throw

21   any items or objects at the police?

22        A    I don't recall.

23        Q    Did you see any other sort of munition

24   deployed in this area other than the PepperBall?

25        A    I did not.

1   bridge, did you take any photographs while you were

2   on the pedestrian bridge of what was going on in the

3   area?

4       A     Yes.

5       Q     And did you take any videos?

6       A     I know I took videos.  I don't recall if I

7   took photographs.

8       Q     Did you on May 28th ever live-stream any

9   of the videos that you took?

10      A     I did not.

11      Q     Sorry about that.  I don't mean to jump

12  back and forth, but I just remembered I forgot to

13  cover that.

14            So going now back to the 29th, and you

15  arrive back at the capitol.  How long were you in

16  that area before -- I think you said it escalated

17  quickly.  Like how long were you there before it

18  escalated?

19      A     I don't recall.

20      Q     To your best estimate, how many protesters

21  were in that area when you got back on Colfax around

22  the capitol?

23      A     A thousand.  At least a thousand.

24      Q     And were you on the street of Colfax or on

25  the sidewalk?  In the park?  Where were you

1   personally located?

2        A     On the sidewalk and the street.

3        Q     And I think you testified that you

4   remember seeing police in the parking lot, RTD stop

5   area; is that correct?

6        A     Yeah.  I think I'm using the right

7   building.  It's that building that would be right

8   across Colfax from the capitol, on that like west

9   side kind of.

10       Q     And about approximately, your best

11  estimate, how far away were the police from you

12  personally?

13       A     50 to a hundred yards.

14       Q     And prior to the situation escalating,

15  what were your -- what observations did you make of

16  the protesters?  Like were they chanting?  Were they

17  yelling?  What were they doing?

18       A     All of it.  They were chanting.  They were

19  yelling.  They had signs.  Marching.

20       Q     And at this time, did you observe any of

21  the protesters throw any objects at the police?

22       A     I don't recall.

23       Q     And so then the situation escalates.  Tell

24  me what you experienced.

25       A     Yeah.  So first they were only shooting

1    deploying teargas and PepperBalls at the people

2    closest to the line.  And so we went back towards the

3    capitol.  I'll also point out that like each night,

4    but this night particularly, as soon as any force is

5    used, a lot of the protesters leave.  There are a lot

6    of people out there with children, they've got kids

7    like Ben who couldn't walk well, who were deterred

8    the second something like that started to happen.

9            And then -- so the group got smaller.  And

10   we went back towards the capitol.

11       Q    I think you just testified that they would

12   start to deploy the teargas and the PepperBall at the

13   people closest to the line; is that correct?

14       A    Yes.

15       Q    When you say "the line," do you mean the

16   line of the police?

17       A    Yes.

18       Q    And when you observed the teargas and the

19   PepperBall being deployed, how was it being deployed?

20   And what I mean by that, was it the PepperBall guns

21   again?  Or was there canisters of gas?

22       A    PepperBall guns.

23       Q    And when you went back towards the

24   capitol, what area of the capitol did you go back to?

25       A    The west steps.

1    Q    And at this time, were you personally hit

2  with any PepperBall munition?

3    A    No.

4    Q    So am I correct in saying that your claim

5  for this incident is that you inhaled the chemical

6  aerosol that had been deployed by police?

7    A    Yes.  A lot of teargas that got deployed

8  by police throughout the night.  But also the like

9  fear and anxiety of the flash-bangs and the police

10  marching towards people unexpectedly in the dark.

11          I think also, I would add, like being

12  forced onto -- like into traffic or into oncoming

13  traffic as well.

14    Q    So when you inhaled, I think what you said

15  was, a lot of teargas, tell me what you experienced

16  after you inhaled that.

17    A    Yeah.  So that night, there was -- from

18  that moment on, there was not a clean breath of air,

19  essentially.  Like -- and so we were constantly

20  having to resoak our bandanas.  We had so many -- we

21  had many bandanas with us that we had to keep

22  redoing.  Because as our bandanas dried out, it would

23  be like inhaling pepper immediately.

24          And even with the bandanas, it was hard to

25  breathe.  You'd hyperventilate often, especially if

1   you got caught in a big thing of gas.  When you were

2   in the thickest parts of gas, you wanted to just

3   vomit immediately.  I didn't throw up, but you just

4   had that feeling that like if you didn't get out, you

5   were just going to vomit.

6           It was hard to see.  We had our goggles

7   on, but if our goggles got -- if anything got in our

8   goggles or even with just too long with the goggles,

9   it started to like seep into your eyes.

10          Skin, just burning constantly.  It just

11  felt like I rolled in a vat of chili peppers.  And

12  like my -- every inch of my skin was burning.  A lot

13  of coughing.

14          All of our clothes and gear and everything

15  we had just had a layer of teargas on it and pepper

16  spray on it.  And so if you forgot and touched your

17  face, even when you weren't in it, it would start

18  again, or touch your eyes.  You couldn't use

19  ChapStick or lotion or anything you had on you

20  because it was so covered in pepper.

21          In like addition, there were people

22  constantly needing help around us.  So while we were

23  trying to get out of the pepper spray, we were also

24  picking up people who had collapsed on the ground,

25  who were hyperventilating, who couldn't see so they

1    couldn't figure out how to get out of it all around

2    us.

3         Q       And during this time, did you utilize the

4    Milk of Magnesia that you brought with you?

5         A       Yes.

6         Q       And so what did you do with that?

7         A       We had it in a squirt water bottle, and we

8    would spray it onto our eyes or onto the eyes of

9    anyone around us that needed it.

10        Q       And the bandana that you would soak in the

11   apple cider, did you also have a Covid mask

12   underneath it?  Or was that also serving as your

13   Covid mask?

14        A       I think that was serving as our Covid

15   masks.  Because we started with Covid masks.  They

16   were so covered in pepper in like two minutes, we

17   took them off.

18        Q       And so during this first event around

19   8:45, did flash-bangs get deployed as well?  Or was

20   this just purely a PepperBall incident?

21        A       It was a teargas and flash-bang and

22   PepperBall incident.  With the exception of that

23   first night, all three of those were used in tandem.

24        Q       Did you see how the gas was deployed?

25               MS. WANG:  Objection to form.

1      A      I don't think so.  I mean, I know that the

2   PepperBalls were shot out of PepperBall guns, but I

3   don't know about the others.

4      Q      (BY MS. JORDAN)  And during this event

5   around 8:45, did you observe any individual officers

6   that deployed the PepperBall?

7      A      Yes.  I saw individual officers shooting

8   PepperBalls.

9      Q      And of these individual officers that you

10  saw shoot the PepperBall, is there anything that

11  sticks out in your mind that would help identify

12  whether it's like female, male, badges, insignia?

13  Anything that stuck out in your mind about those

14  individual officers?

15     A      No.  If I would have been close enough to

16  see them, I would have been really hurt.

17     Q      And I think you said you were about -- was

18  it 50 yards away?

19     A      Initially, yes.

20     Q      And then you went farther away; is that

21  correct?

22     A      We moved farther away, yes.  But then

23  there were cops all over the capitol, coming -- you

24  wouldn't -- they would come towards protesters

25  constantly and then get closer and farther away.

1      Q      During your time at the protest on

2   May 29th -- actually, strike that.  I want to ask

3   that in a different way.

4             You had testified that once the PepperBall

5   and the gas had been deployed, that it was

6   basically -- the entire time, you couldn't get away

7   from it; is that correct?

8      A      That might have been slightly hyperbolic,

9   but essentially, yes.

10     Q      I'm just trying to figure out, was there

11  any time where like the symptoms alleviated

12  themselves a little bit?

13     A      Oh, the symptoms didn't alleviate.  But

14  there might have been a time -- like at that point,

15  we were enclosed by so much gas that we could get out

16  of the cloud itself, but we were still like a wreck.

17            There were times where -- we did our best

18  to stay with groups of people because we felt safer

19  if we were with other protesters.  It felt like they

20  were trying to break us into smaller groups.  So

21  there were times where we were a little farther away

22  from the capitol with a group of protesters, marching

23  and protesting, and then inevitably the police would

24  show up there as well and then immediately start

25  gassing us again.

1          So there were moments where we were

2   farther away from the capitol where we were in maybe

3   less gas.

4      Q     But even in those situations where you

5   were experiencing less gas, you were still

6   experiencing the itchy skin, the itchy eyes, all the

7   symptoms that you told me prior; is that correct?

8      A     Yes.  It might -- like the longer we were

9   out of the gas, they might have alleviated a bit.

10  But they were continuous.

11     Q     And after this incident on -- around 8:45,

12  you continued to protest, correct?

13     A     Yeah.  We tried.

14     Q     So where did you go next?  I think you

15  said you marched.  I'm just trying to figure what

16  happens next.

17     A     I don't know the exact order.  At that

18  point that night, we were on the west steps.  We were

19  also in Civic Center Park section.  At one point, we

20  were south of the capitol.  And at another point, we

21  were -- I just remember running through like the

22  amphitheater part of Civic Center Park -- or not the

23  amphitheater, the fountain part, so all the way on

24  the other side of the park.

25          I apologize.  I don't remember the order

1    it was dark out.

2        Q    And where was this location, if you know?

3    Like landmarks, if you don't know the streets.

4        A    South of the capitol.  Within a block or

5    two of the capitol.

6        Q    And prior to the time where the police you

7    said pushed you in and amongst traffic, did you

8    observe any protesters throwing any objects at the

9    officers prior to that?

10       A    No.  So at this point, we were trying to

11   get away from the police.  We would be marching in a

12   direction they weren't.  And within minutes, the

13   police helicopter up above would shine a light on us,

14   and then the police would find us.  It was people

15   trying to get away from and avoid interactions with

16   the cops.

17       Q    Were you -- although you were trying to

18   avoid the police interaction, were you still

19   protesting at the time?

20       A    Yeah.

21       Q    At any time while you were in attendance

22   at the protests on May 29th, did you ever hear any

23   disbursal orders given by the police?

24       A    No.

25       Q    Did you ever hear any individual officers

1    yell, Get back?

2        A      No.

3        Q      Did you ever hear any announcements that

4    the events had been declared an unlawful assembly?

5        A      No.

6        Q      On May 29th, in distance, to your best

7    approximation, what's the closest you ever got to a

8    police officer?

9        A      20 feet.

10       Q      So I believe you testified that you left

11   the protest at about 10:30; is that correct?

12       A      I think so, give or take, yeah.

13       Q      Where did you go after you left the

14   protest?

15       A      To my car.

16       Q      And did you go to your car by yourself?

17       A      Jackie and I left at the same time.  She

18   was parked at the same place.

19       Q      And where did you go once you got back to

20   your car?  Did you go home?

21       A      Yeah, I believe I went home.

22       Q      At any time after you left the protest on

23   May 29th, did you go to any medical facilities to

24   seek professional treatment for the symptoms you were

25   experiencing from the inhalation of the teargas and

1    PepperBall?

2         A    I did not.

3         Q    When you -- you testified that the

4    closest -- on the 29th, the closest you ever got to a

5    police officer was roughly 20 feet.  At that time did

6    that officer deploy any sort of less lethal at you?

7         A    Yes.

8         Q    Is there anything that you can remember

9    about that officer, whether it was -- whether that

10   officer was female or male?

11        A    No.  And it wasn't a officer, like -- to

12   clarify.  So like any time that we interacted with

13   the police that night, it was line of police either

14   coming off of a police car or in formation in a line.

15   And they would all -- there would be multiple teargas

16   canisters and flash-bangs thrown at every single time

17   we interacted with the cops.

18        Q    And so when you said the closest you got

19   was 20 feet, that was to the line?

20        A    That would have been to a line of cops,

21   yes.

22        Q    Gotcha.  And then you previously told me

23   that you then attended the protest the following day,

24   which would be May 30th, correct?

25        A    That's correct.

1    Broadway, right?  On either side of Broadway.

2              And we met up with Joe at some point and

3    were protesting down on the street and on the

4    sidewalks and on the lawn.

5    Q     And on this time, is it fair that you

6    stayed more in the vicinity of the capitol as opposed

7    to like marching throughout the streets of downtown?

8    A     Yes.  Prior to the curfew, we were at the

9    capitol.

10   Q     After you arrived and prior to curfew, did

11   you personally experience any deployment of less

12   lethal by the police?

13   A     Yes.

14   Q     Tell me about it.

15   A     So like the night before, once the cops

16   had been using teargas for an hour, the entire

17   vicinity was pretty filled with teargas.  At one

18   point we were down in the street, and they started

19   PepperBall-spraying folks.  The PepperBalls couldn't

20   shoot as far as the teargas, right.  So when people

21   are getting PepperBalled, it's just the folks closer

22   to the cops.

23             But we like had -- that's the first time I

24   saw the PepperBalls like up close and personal,

25   because they were ricocheting off the people and they

1    were sitting in the streets.  You know, it's hard to

2    be like, This cop did this.  Because realistically,

3    in that two hours there, hundreds of teargas

4    canisters, hundreds of flash-bangs.  It's not like

5    someone would do something and they would respond to

6    that.  It was just constant, from both sides also.

7              And so at one point, Jackie, Joe and I

8    were down in the street.  At this time the cops -- it

9    was closed off to the cops, right -- or to the cars,

10   sorry.  The cops had closed it off to cars.  And so

11   we were just in the street.  And just that time

12   specifically, both the teargas canister and a

13   flash-bang came right at us.

14             So the flash-bang exploded like on my

15   foot.  Like I think my foot is what stopped it

16   rolling and then it went off.  And then at the same

17   time, a huge teargas -- like we were very much in the

18   thick of the teargas.  And the wind that day was

19   blowing that teargas up the hill, toward like all the

20   people on the capitol steps.

21             So we -- I didn't like have time to like

22   stop and address my foot; I just immediately turned

23   to get out of the teargas.  And we lost Joe.  But

24   Jackie and I, in trying to run, found a young girl

25   like laying on the ground throwing up.  And so we

1   picked her up and carried her up the hill out of the

2   teargas.

3       Q      When you said -- you testified that it was

4   constant from both sides, what do you mean by that?

5       A      So there was a line of police officers at

6   Colfax and Broadway, and then there was a line of

7   police officers at either -- at 14th and Broadway,

8   maybe it was 13th and Broadway, coming on either side

9   of the protest and using the same three types of

10  less-than-lethal force.  Your words, not mine.

11      Q      And the flash-bang that hit your foot, was

12  it a direct hit on your foot, or was it rolling on

13  the ground and made contact with your foot?

14      A      It was rolling on the ground and made --

15  or like scooting on the ground.  I don't know how

16  best to describe that.

17      Q      But it didn't come straight from the air

18  and hit you right in the foot, right?

19      A      No.  It bounced off the ground, like

20  ricocheted off the ground, at least once.

21      Q      And you mentioned that at that moment, you

22  couldn't address your foot; you were getting away

23  from the area.  At some point did you address your

24  foot?

25      A      Yeah.  I mean, at some point I walked away

1   and looked at my leg to make sure it was okay.

2          Q     And what did you see?

3          A     Like some minor burns, like red spots.  It

4   had initially gone numb.  And like my foot itself,

5   from the impact of the explosion, was like achy but

6   not -- I didn't get the sense that anything was

7   broken.

8          Q     What type of shoes were you wearing?

9          A     Tennis shoes.

10         Q     Did your shoes sustain any sort of damage

11  from the flash-bang?

12         A     No.

13         Q     And the minor burns I think you said were

14  just like red spots; is that correct?

15         A     Yeah.

16         Q     And how long in time were those red spots

17  present on your foot?

18         A     I don't know.

19         Q     More than a day?

20         A     Probably about a day.

21         Q     And you mentioned that you and Jackie lost

22  Joe.  Did you guys eventually meet up with him again?

23         A     Yes.

24         Q     And to your best estimate, around what

25  time did this incident occur?

1        A        Somewhere between like 6:30 and 8:00.

2        Q        And approximately, to your best estimate,

3    how many protesters were in the area?

4        A        Thousands.  Like prior to curfew, 3,000,

5    5,000.  The area was full.

6        Q        Was the area full at the time that the

7    flash-bang was deployed that hit your foot?

8        A        Yes.

9        Q        And I believe you told me that there was a

10   police line at Colfax and Broadway and another police

11   line at 14th and Broadway.  Where were you in

12   location to those two lines?

13       A        At the time of the flash-bang?

14       Q        Yes.

15       A        I was closer to the police line on Colfax.

16   I was on the -- I'm so bad at cardinal directions.

17   You're really challenging me today.  I was on the

18   capitol side I guess of Broadway.  And then either --

19   like during that time, like either just a foot or two

20   into the street or on the sidewalk the whole time,

21   and then retreated up the hill -- the grass hill to

22   the capitol.

23       Q        Do you know from which direction that

24   flash-bang that hit your foot came from?

25       A        Yeah.  It came from the police officers on

1    Colfax.

2         Q     And to your best estimate, in distance how

3    far away were you from the police line on Colfax?

4         A     50 feet maybe.  I would say at least

5    50 feet, maybe more.

6         Q     At the time prior to the flash-bang being

7    deployed and hitting your foot, what were the

8    protesters doing?

9         A     So the protesters would like oftentimes

10   have their hands up, they'd be chanting.  Several

11   people had shirts off and were just sitting in front

12   of the police line.  And it was kind of a back and

13   forth.  It was unclear what caused each time of

14   escalation.  But inevitably the protesters either

15   moved too close or someone would like throw an empty

16   water bottle, and then the police would respond with

17   a dozen teargas canisters and a dozen flash-bangs for

18   the next five minutes and PepperBall.

19              And they would PepperBall everyone who was

20   near them.  And so those protesters would run away.

21   And then the protesters would -- as things calmed

22   down, would slowly move back towards the cops with

23   their hands up, chanting.  And that was happening in

24   both directions on both sides.

25              And then at one point -- like the

1    protesters were doing a really good job at holding

2    each other accountable.  Like people were throwing

3    like water bottles, either with no lids -- like you

4    could tell by the way they went, they either had no

5    lid on, so the water was coming out, or they didn't

6    have water in them at all because they were just kind

7    of lofting.

8              And the protesters stopped other people

9    from throwing water bottles.  So at one point there

10   was nothing being thrown, and that back and forth

11   happened like four or five times.  And then

12   eventually the police officers left and everyone

13   cheered.

14   Q    So let's break that down a little bit.

15   You said that the protesters were holding other

16   protesters accountable, correct?

17   A    (Deponent nodded head.)

18   Q    So what did you mean -- what did you

19   observe?  What do you mean by that?

20   A    I think the protesters wanted to see what

21   would happen if nothing was thrown.  And like I want

22   to repeat it again.  We're talking about half a dozen

23   water bottles through the air, not anything else that

24   I saw thrown on this day.  But so they were seeing if

25   that same back and forth would occur if nothing was

1    thrown.

2        Q      And what do you mean --

3        A      And they --

4        Q      Oh, sorry.  Go ahead.

5        A      Yeah.  So they would just say like, Stop

6    throwing water bottles.  Like you would hear people

7    yell, Stop throwing water battles, Stop throwing

8    water bottles.

9        Q      Did you personally ever tell anyone, Stop

10   throwing water bottles?

11       A      No.

12       Q      And you just said something about how they

13   wanted to see if the same back and forth would happen

14   if water bottles weren't being thrown.  What do you

15   mean by "the same back and forth"?

16       A      Where protesters would be allowed to

17   protest for a few minutes.  And then all of a sudden,

18   the police would begin throwing teargas and

19   flash-bangs and PepperBalling everyone.

20       Q      And then after that force was used, is it

21   fair that things would settle down and then the

22   protesters would come back?

23       A      They would -- maybe they would settle down

24   for the police.  For us, we were all running away

25   from teargas and like taking care of all the people

1   on the street who had just got gassed and like were

2   really sick.  So it's more we would retreat because

3   we couldn't hold the line.  And so everyone would run

4   back; and then once the teargas dissipated, people

5   would move back up.

6        Q     And when you say "move back up," do you

7   mean they would move closer back to that, for lack of

8   a better word, frontline?

9        A     Yeah.  Often with their hands up.

10       Q     Chanting?

11       A     Uh-huh.

12       Q     Is that a yes?

13       A     Yes.  Sorry.

14       Q     Don't worry.  You're not the first one.

15             And then you said that at some point the

16   police left; is that correct?

17       A     Correct.

18       Q     And around what time, if you know, did the

19   police leave?

20       A     Between 7:00 and 8:00.

21       Q     And did all the police leave or just a

22   portion of the police?

23       A     I don't recall.

24       Q     And I know that there were a lot of people

25   in the area.  But did you see the officer that

1   deployed that flash-bang that hit you?

2        A     No.

3        Q     And I believe -- just correct me if I'm

4   wrong, but I believe your testimony has been that it

5   was very difficult to single out individual officers

6   because most of them were deploying the PepperBall,

7   the teargas and the flash-bangs?

8        A     Yes.  Well -- but most of them on the

9   frontline were doing something like that.  But more

10  so just like there was no getting close enough to

11  distinguish, right?  There were legal observers who

12  couldn't get close enough to observe the police

13  officers specifically.

14       Q     And what is a legal observer?

15       A     A legal observer it's a program run by The

16  National Lawyers Guild where individual attorneys and

17  some non-attorneys will volunteer to observe protests

18  just to be there as a witness for anything that

19  occurs.

20       Q     Did you personally know any of the legal

21  observers that attended the George Floyd protests?

22       A     I did not.

23       Q     And prior to the deployment of the

24  munition at this location -- and forgive me if I

25  already asked you this; I just forgot -- did you hear

1      Q     And where -- which street was this group
2  marching south on?

3      A     I don't know.  And we weren't really -- we
4  went south, but I think we were headed east.  So we
5  were on one of the north/south streets east -- sorry.
6  East/west streets south of the capitol.

7      Q     And as you were heading away from the
8  capitol, tell me what happens next.

9      A     We marched for a while, and at some point
10  the police came and broke up the line of marchers.
11  So like gassed and used teargas and flash-bangs on
12  the march.  And so the group was split again.  And at
13  that point, I lost almost half our group.

14      Q     Who were you still with?

15      A     Jackie, Joe and Youssef.  There may have
16  been others, but those are the four I remember.

17      Q     And, again, at this time when the munition
18  was deployed, what did you experience?  What did you
19  feel after it was deployed?

20      A     Similar.  It's hard to tell a flash-bang
21  canister from a teargas canister on the ground.  So
22  you're running away from both as soon as they're in
23  the air.  The teargas was just like piercing the air
24  everywhere we went.  Obviously worse right next to
25  where it was being deployed.  Our skin, hair,

1    everything was covered in it.  Anything we touched

2    burned.  Our faces burned.  That's it.

3        Q     So similar to what you were experiencing

4    the day before; is that correct?

5        A     Yes.  And I'll say at a certain point it

6    compounded, right?  Like we only had a day's recovery

7    in between.  So we'd go home at night.  We'd take

8    everything off our bodies and throw it in the washer.

9    Because if we touched anything with it, our whole

10   house would burn.

11           We'd shower with the warmest water we

12   could.  But if you turned up the water too much, it

13   was really painful.  You know, you're coughing,

14   you're sniffling because you've had so much of that

15   stuff in your lungs for now three days.  And so,

16   yeah, like there was a certain point where the second

17   you get there and you smell the teargas for the first

18   point, you're just immediately coughing again because

19   it's compounding.  It's not just like the first time

20   you smelled it.  It's like your body is wary after

21   days of being just immersed in gas.

22       Q     On May 30th, at any time were you directly

23   hit with any PepperBall?

24       A     Yes.

25       Q     And when was that?

```
 1        A     So at some point, we were running away --
 2   so at any point on this night, if we interacted --
 3   when I interacted with cops, they were shooting at
 4   me.  They weren't trying to arrest me or trying to
 5   give me a warning.  Like -- and at one point, we were
 6   turned -- we were running away from police officers
 7   who had broken up our protesting group, went down an
 8   alleyway.  And in turning down that alleyway, they
 9   were PepperBalling the whole line.  And so they
10   caught me as I turned.  So they hit a few on my
11   backpack, a few on my back and then one on my thigh.
12        Q     Was this before or after curfew?
13        A     After curfew.
14        Q     And I know that -- I'll represent to you
15   we've been provided a picture of the welt that was on
16   your thigh.  Did it leave any sort of markings on
17   your back?
18        A     I don't believe so.  So the picture of the
19   welt that you saw was actually like a week after.  I
20   think a week after.  I'd have to look at the
21   timestamp.  So at the point that I took that picture,
22   there was no other bruises.  So any marks on my back
23   went away quickly, if they were there.
24        Q     And you said you ran down an alleyway.
25   Where was this alleyway located?
```

1     Q     So at some point, you ended up marching

2  down Colfax, correct?

3     A     Yeah.

4     Q     And what direction were you going or where

5  were you headed, if you know?

6     A     We were headed east on Colfax.

7     Q     And was there a specific destination in

8  mind, or were you just marching down Colfax?

9     A     Sometimes when we were marching down

10  Colfax, it would be to the police station.  But other

11  times, it would just be using it as a large loop to

12  go on -- this day specifically, it seemed like the

13  protest was going to march right by the police

14  precinct.  I don't know where we would have gone.

15     Q     I think you just mentioned like a large

16  loop.  And I'm not saying you did the large loop on

17  March 31st.  But in general, when the large loop of

18  the march was being done, what streets did that

19  include?

20     A     It was always different.  It wasn't like

21  there were specific leaders of these protests.  But,

22  you know, at times we would march and either go south

23  or north a few blocks and move back around.

24     Q     On May 31st, did you experience any

25  deployment of teargas or PepperBall or flash-banging

1   on that day?

2        A      Yes.

3        Q      And when was that?

4        A      Well, the first time it occurred, we were

5   going past Colfax -- or past the precinct on Colfax.

6   We were in the middle of the march.  And out of the

7   blue, they began shooting teargas and flash-bangs at

8   the protesters as they passed by.

9        Q      And when you say you were in the middle of

10  the march, do you mean you were in the middle of the

11  pack of marchers or middle of the route of the march?

12       A      So this was a big march, right, because

13  the group had not been separated.  So I think, again,

14  numbers were over a thousand, in the thousands.  And

15  so that meant the march would cover several city

16  blocks.  And they waited until half of the marchers

17  had passed through and then shot at the middle of the

18  march.

19       Q      And was this before or after curfew?

20       A      After curfew.

21       Q      And I'm just going to assume, similar to

22  the other times, you weren't close enough to identify

23  the individual officers that deployed any of the

24  munition; is that fair?

25       A      That's correct.

 1       Q     And were you personally hit with any of

 2    the munition when it was deployed at this time?

 3       A     No.  I experienced teargas, but I wasn't

 4    hit with anything.

 5       Q     And who was with you at this time?  And I

 6    know there's protesters, so who you knew personally.

 7       A     Myself, Jackie -- sorry, myself, Jackie,

 8    Richael and Joe.  But now you have me questioning

 9    whether Youssef was there that day.  I don't recall

10    if Youssef was there that day.  Actually no, I don't

11    think Youssef was there that day.  I think it was

12    just me, Richael, Jackie, Emma and Joe.

13       Q     And prior -- well, strike that.

14             As you guys were -- strike that.

15             As the march was going on, was the -- the

16    protesters chanting and yelling?

17       A     They were chanting, yeah.

18       Q     And before the deployment of munition, you

19    didn't hear any sort of orders from the police; is

20    that correct?

21       A     That is correct.

22       Q     And -- okay.  So you're marching down

23    Colfax.  There's a deployment of munition.  What

24    happens next?

25       A     So there was general panic because it was

1   in the middle of the march.  The march was separated

2   over an intersection, and there was a ton of gas and

3   flash-bangs going off in that intersection.  So folks

4   like I think wanted to stay together but really

5   couldn't get across that intersection.

6           We went back into the parking lot looking

7   for Joe and Emma, who had been -- who, when it all

8   happened, had stayed together.  And at that point, we

9   found out Joe had been hurt, and so we went with Joe

10  to find a medic.

11      Q    And when you say you went back to the

12  parking lot, is that your work parking lot?

13      A    No.  The parking lot right there is like

14  Argonaut and where the Goodwill is kind of.  And a

15  lot of the protesters, to get away from the teargas,

16  had flooded into that parking lot.

17      Q    And so you went to that parking lot and

18  then you met back up with Joe and Emma, correct?

19      A    Correct.

20      Q    And then you learned that Joe had been

21  injured.  Had he been injured during that deployment

22  of the march -- the deployment of the munition at the

23  march?

24      A    Yes.

25      Q    In your understanding, what injury did Joe

1    have?

2         A     So at the time he had been hit -- he said

3    he got hit several times.  He said his back hurt,

4    like that he had been hit in the back.  But he was

5    primarily concerned about his thumb.  It was like

6    very swollen and red.  And I think he was worried it

7    was dislocated or broken.  He wasn't sure what was

8    wrong with it.  He was worried about his thumb.  The

9    like hinge to his thumb.

10        Q     And was he wearing a helmet at that time

11   as well?

12        A     Yes.

13        Q     And did Emma also have a helmet?

14        A     I believe so.

15        Q     After you met back up with Joe and Emma

16   and you learned of Joe's injury, what did you do

17   next?

18        A     We looked for a medic.

19        Q     And were you able to find a medic?

20        A     Yes.

21        Q     And where roughly, location, did you find

22   a medic?

23        A     In that parking lot.

24        Q     Once you found a medic, what happened

25   next?

1        A        We talked to the medic a little bit.  The

2    medic seemed to feel like Joe needed to seek

3    emergency care.  But also the medic -- we all left

4    really quickly because the protesters were thinning

5    out and you could hear police sirens.  And so we were

6    afraid the police were coming, so we all left.

7        Q        And where did you go when you left?

8        A        We headed back to CEA so that we could get

9    Joe to the emergency room.

10        Q        Around what time was this?

11        A        Sometime between 8:00 and 10:00.

12        Q        And did you take Joe to go get

13    professional medical care?

14        A        I did not.

15        Q        And what did you do when you went back to

16    see -- or what did you do after you got back to CEA's

17    parking lot?

18        A        We -- after Joe left, we rejoined a march

19    on Colfax.

20        Q        And once you rejoined the march, what

21    happened next?

22        A        At some point we were heading east on

23    Colfax, and we came up against a police line, who

24    began using gas, teargas, pepper spray, bullets and

25    flash-bangs.  And then we turned to leave, and there

1   was a line of cops behind us as well.

2       Q      And where was this?

3       A      It was in front of the basilica on Colfax,

4   just east of -- Logan?  Grant?  Which one is that

5   one?  I think it's east of Logan.

6       Q      And I'm sorry, you were -- you joined the

7   march on Colfax.  Were you headed east or west?

8   Sorry.  I forgot.

9       A      No worries.  Headed east.

10      Q      Headed east.  And so when you met the line

11  of police, were they perpendicular to Colfax?

12      A      They were blocking the street.

13      Q      Okay.

14      A      Yeah.

15      Q      And what street was that that they were

16  blocking?

17      A      Colfax.

18      Q      I'm sorry, which street were they on?

19      A      Whatever is east of Logan.  Pennsylvania?

20  It was the one right there.  Essentially the

21  protesters were trapped in the block of the basilica.

22  There were cops on either side.

23      Q      And what did you do after there was the

24  police that were blocking Colfax from the east and

25  the west in front of the basilica?

1      A      We panicked, because the way out a lot of

2  people were taking was to climb the basilica fence,

3  and we were afraid to do that.  It's like hooky on

4  the top.  And so there were -- all of the protesters

5  who weren't going over the fence were pushing to try

6  to get into the alleyway.  And so we went and joined

7  the protesters going through the alleyway.

8      Q      And is that alleyway on the other side of

9  Colfax from the basilica?

10     A      Yes.

11     Q      And were you able to leave the area by way

12 of that alley?

13     A      Yes.

14     Q      And I think you said during this time

15 there was PepperBall and gas and flash-bangs being

16 deployed at that time?

17     A      Yes.

18     Q      And once you left this area by the

19 alleyway, what did you do next?

20     A      The alleyway opened up, luckily, and so we

21 ran -- one side -- both sides opened up, and we went

22 one direction or another out of the alleyway

23 following a group of protesters.

24     Q      And once you were able to get out of the

25 alleyway, where did you go?

```
1        A      Yes.
2        Q      Did you ever at any time observe any of
3    the protesters ever knocking down trash cans?
4        A      No.
5        Q      Did you ever see any of the protesters
6    spray-painting public or private property?
7        A      Yeah.  Yes.
8        Q      Do you recall what days you saw that?
9        A      I don't recall.
10       Q      Did you ever see any of the protesters
11   breaking any windows to any public or private
12   building?
13       A      I did not.
14       Q      Did you ever see any dumpster fires in the
15   protest area on those days?
16       A      Yes, I did.
17       Q      Did you see the people who actually set
18   those fires?
19       A      I did not.
20       Q      Okay.  Did you ever see any protesters
21   carrying lacrosse sticks with them?
22       A      I don't recall.  I don't know.
23       Q      That's fair.
24              Did you see any protesters -- you did
25   testify that you saw on the one occasion -- I forgot
```

1    the date now -- but some water bottles, empty or

2    half-full water bottles thrown at the police,

3    correct?

4          A     Correct.

5          Q     Did you ever see any protesters throwing

6    rocks at police?

7          A     No.

8          Q     Did you ever see any protesters set off

9    firecrackers or fireworks in the direction of the

10   police?

11         A     Not in the direction of the police, no.

12         Q     But did you see some fireworks or

13   firecrackers being set off while you were in

14   attendance of the protests?

15         A     Not on those three days.  Once the police

16   were farther away from the protest, the protest had

17   like almost a more celebratory tone.  And so in some

18   of the marches, people would be shooting like bottle

19   rockets into the air.  But they were straight into

20   the air, and the police weren't around.

21         Q     At any time did you see any protesters

22   filling their backpacks with rocks?

23         A     No.

24         Q     And we've talked about some of your

25   injuries, but I just want to -- since this is my only

1    time to talk to you -- kind of go back and solidify

2    the testimony.  You testified that you were hit in

3    the foot with a flash-bang.  You received a burn,

4    correct?

5          A     Yes.

6          Q     And I just wanted to be clear.  You didn't

7    seek any medical -- professional medical treatment

8    for that burn, correct?

9          A     That's correct.

10         Q     All right.  Did you have to do anything to

11   the burn?

12         A     Not that I directly remember.  I think I

13   might have like put ointment or lotion on it when I

14   got home.

15         Q     And then the welts on your thigh, did you

16   have to seek any professional medical treatment for

17   the welt on your thigh?

18         A     I did not.

19         Q     Okay.  And then we've talked ostensibly

20   about the inhalation of the PepperBall, the gas,

21   et cetera, so I don't want to go through that again.

22   But at any point did you ever receive any

23   professional medical care for the -- either the

24   inhalation or the symptoms that you experienced

25   because of the inhalation?

1        A      I did not.

2               I do want to provide a bit of an

3    explanation there.  Like both the welt and like the

4    teargas, it's possible I would have, under normal

5    circumstances, made an appointment with my doctor.

6    This was in the middle of Covid.  Like the risk of

7    going to a medical facility during Covid felt way

8    scarier than like just seeing if it was okay over

9    time.

10              And so I didn't go.  And when we did send

11   Joe, we did so after like a lot of conversation

12   because we were afraid to send him not just to a

13   medical facility but a hospital during Covid.

14       Q      Did you have a primary care physician at

15   the time?

16       A      I did.

17       Q      And just so that I'm clear, you don't have

18   any sort of professional medical expenses related to

19   your incidents for this?

20       A      I do not.

21       Q      Did you miss any time from work as a

22   result of what occurred during the protests?

23       A      So there was a lot of like mental anguish,

24   right.  Like this was really scary.  But I'm a

25   salaried employee, so we're allowed to flex our time.

1    activities, right?  Like because I also like

2    generically posted about like George Floyd and that

3    there were protests going on.  I don't think I posted

4    often in depth about what was occurring at the

5    protests, but . . .

6        Q    That's a good clarification.  During that

7    time, did you -- during that time of again May 28th

8    and May 31st, did you post about the George Floyd

9    death?

10       A    I think I did.  You have my Facebook

11   posts.

12       Q    Okay.  So we have them all?

13       A    The ones that you would have would be the

14   ones I made.

15            MS. JORDAN:  Perfect.  Those are all the

16   questions I have.  So if your counsel has

17   questions -- if she doesn't, then you're done.

18            MS. WANG:  I have a few clarifying

19   questions.

20                    EXAMINATION

21   BY MS. WANG:

22       Q    On Saturday, May 30th, when you were

23   protesting at the capitol facing the skirmish line of

24   officers on Colfax, were you at Colfax and Lincoln or

25   Colfax and Broadway?

1      A      So now that I think about it, we were on

2    the street that was closest to the capitol.  And I'm

3    thinking through when I leave work, that's Lincoln,

4    not Broadway.  So we were at the one closest to the

5    capitol, which I think is actually Lincoln.

6      Q      When you earlier answered questions about

7    the behavior of the protest at that intersection at

8    that time on that day, you mentioned that there were

9    moments when the protesters got -- when police would

10   use less lethal weapons on the protesters if they got

11   too close to the line.

12           What do you mean by that?

13     A      Like protesters with their hands up would

14   move back into the street and then walk towards the

15   police officers with their hands up.  They would

16   always -- no one was trying to touch the officers or

17   get within arm's reach of the officers.  They were

18   just trying to get into the street, and so they had

19   their hands up and standing closer to the officers.

20           But, again, when I say "close to the

21   officers," like never within closer than 10 feet of

22   the officers, would have been really close.

23     Q      When you observed officers shooting

24   PepperBalls at protesters at the intersection of

25   Lincoln and Colfax on Saturday, May 30th, between

1  6:00 and 8:00 p.m., did it appear that the officers

2  were shooting at the ground or shooting at the bodies

3  of protesters?

4       A     At the bodies of protesters.

5       Q     Did the shooting appear to be

6  indiscriminate to you?

7       A     Yes.

8       Q     In other words --

9       A     Indiscriminately at bodies, like directed

10  at the protesters.

11       Q     Did it appear to you that officers were

12  attempting to isolate anybody who may have thrown a

13  water bottle?

14       A     No.  And, in fact, water bottles, if --

15  when and if water bottles were thrown, it was from

16  farther back, from behind the people who were in the

17  front.  And the officers were PepperBalling the

18  people who were in the front.

19       Q     Did you ever throw anything during any of

20  the days that you were at the protests?

21       A     I did not.

22       Q     On the day -- on Saturday, May 30th, and

23  on Sunday, May 31st, you were aware that there were

24  curfews on that day, correct, posted?

25       A     Correct.

*AB Litigation Services*

1        Q       When you heard the announcement regarding

2    curfew, did you ever hear anything about the imminent

3    use of chemical agents?

4        A       No.  The only thing that I heard from --

5    words from the police the whole time I protested was

6    the recorded announcement that was played once or

7    twice at curfew on that one day.

8        Q       And I'm going to -- I'm going to try to --

9    this will be brief.  I will do this quickly.  But let

10   me pull up an announcement.

11               All right.  I'm going to play a recorded

12   announcement and have you listen to it, and then I

13   will ask you a question.  Okay?

14               (Recording played.)

15               MS. WANG:  For the record, this is

16   Fitouri 255, is the Bates stamp.

17       Q       (BY MS. JORDAN)  Is that the curfew

18   announcement that you heard given on the days that

19   there were curfew?

20       A       Yes.

21       Q       Did you ever hear police give any other

22   announcements?

23       A       I did not.

24       Q       On the days that you were out like after

25   curfew, were you running away to avoid arrest for the

1   curfew violation?

2        A     No.

3        Q     Why were you running away?

4        A     I never got -- I never got the sense that

5   a police officer was trying to arrest me.  We all

6   knew that we could get arrested.  That was part of

7   the protest.  We had phone numbers written on our

8   arms anticipating potential arrests.

9             When I ran away from the cops, it didn't

10  feel like the option was get arrested or not.  It

11  felt like the option was be hit with teargas

12  canisters, get hit with PepperBall spray.  The

13  stories we heard of people who had been arrested were

14  not peaceful, soft arrests.  They were tackled to the

15  ground.  A lot of them had injuries.

16            And so when we were running away from the

17  police, we felt like we were running away from people

18  who were trying to hurt us.

19       Q     On the days that you were out in public

20  after curfew, did you see anybody who appeared to

21  be -- who appeared not to be protesters but who the

22  police did not attempt to arrest or use force on?

23       A     Yes.

24       Q     What did you observe?

25       A     Generally, Colfax has a lot of businesses

1    on it, and there were people walking between

2    businesses, walking between houses, not looking like

3    a protestor.  And on one specific instance -- I

4    believe it was the Saturday when we were trying to

5    get back to our cars -- we came out of an alley onto

6    Colfax, and there were some guys walking between bars

7    who were just like -- and mind you, this is the time

8    when bars are closed, so it was like restaurant bars

9    that they were going to, restaurants, right -- who

10   even told us like, Oh, don't go that way, The cops

11   are that way.  And like knew -- like implying that

12   they knew that they weren't at risk of arrest, but

13   they knew we would get arrested, and so they were

14   trying to like help the protesters get back to their

15   cars and avoid the police.

16        Q    What do you believe distinguished you in

17   your appearance from non-protesters?

18        A    It was the Black Lives Matter T-shirt, and

19   it was the backpacks and the helmets.  To the point

20   where we had already made a plan that if we didn't

21   feel -- like we were prepared to hide our backpacks

22   and our helmets behind a dumpster and come back for

23   them later if we felt like we needed to.

24             Because it was just totally apparent to us

25   that as long as we could pass as like happy