*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)

_____

ZOOM DEPOSITION OF JACQUELYN M. PARKINS
August 10, 2021

_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____


APPEARANCES:

     LOEVY & LOEVY
        By Makeba Rutahindurwa, Esq.
           311 North Aberdeen Street, 3rd Floor
           Chicago, Illinois  60607
             Appearing via Zoom on behalf of
             Plaintiffs

     DENVER CITY ATTORNEY'S OFFICE
     CIVIL LITIGATION SECTION
        By Lindsay M. Jordan, Esq.
           201 West Colfax Avenue, Dept. 1108
           Denver, Colorado  80202
             Appearing via Zoom on behalf of
             Defendants

Exhibit 3

1    did the police arrive?

2        A      It was not long at all.  Within

3    minutes, several police vehicles came the wrong

4    way southbound in the northbound lane, right?  So

5    you could see them come on the on-ramp and drive

6    towards the pedestrians, towards the protesters on

7    the highway.

8        Q      And what were the protesters in this

9    location, what were they doing?

10       A      Kind of dancing around.

11       Q      And the protesters that were not on the

12   highway, what were they doing?

13       A      Watching mostly.

14       Q      And the people in vehicles, were they

15   honking their horns?  Were they doing anything?

16       A      Yeah, they were honking.

17       Q      They were honking?

18       A      Uh-huh.

19       Q      Okay.  And so once the police arrived,

20   tell me what happened next.

21       A      So the police pull up really quickly

22   and hop out of their vehicles.  Some of them are

23   carrying those, like, really big crowd control

24   weapons that have, like, the projectiles, which I

25   don't think I had seen up close before, but also

1  those PepperBall guns.  They started grabbing

2  folks and making arrests, and I think spraying

3  pepper spray at people.

4        And so folks, you know, started to

5  hustle up, at least most of them, right?  Some

6  people, I think, tried to hold it, but most folks

7  hustled up to go back up the embankment to the

8  pedestrian area.  And as people were running,

9  there was a police officer who was shooting the

10  PepperBall gun at their backs, just

11  indiscriminately into the crowd as people were

12  running away.  And I remember being really afraid

13  that somebody was going to get trampled or get

14  hurt, because they were scrambling to get over a

15  fence, a concrete embankment.  I mean, the officer

16  didn't seem to have much regard for their safety.

17     Q     The officer that you saw shooting the

18  PepperBall, was that officer in the southbound

19  lane of travel -- or on the southbound or

20  northbound?

21     A     Northbound lane of travel.

22     Q     Do you recall any sort of identifying

23  marks or anything about that officer?

24     A     No.  I couldn't tell.  And then that --

25  It went pretty quickly.  So they -- they were

1   doing the PepperBall thing, and then a woman I

2   didn't know walked -- was walking across

3   northbound on the pedestrian bridge and telling

4   people, "If you have asthma, you need to move.  If

5   you have asthma, you need to move.  If you have

6   asthma, you need to move."

7           So Ben was -- had recently had ACL

8   surgery on one of his knees, so at that time, we

9   were, like, "We" -- "We can't be in this position

10  if they're going to do this to protesters, so we

11  need to run."  So we -- we moved off the bridge to

12  the north to get out of the -- out of the way

13  without having to cause Ben to run.

14      Q     So going back, was there any other

15  officer other than the one you just told me about

16  that you saw use a PepperBall gun?

17      A     Not that I can remember.  That doesn't

18  mean it didn't happen, but I think that there were

19  folks using pepper spray, and so that wasn't

20  the --  I mean, that was different officers doing

21  that, because we got a good whiff of that from the

22  bridge.

23      Q     The officers that you saw shooting the

24  PepperBalls, did you see if that officer was

25  shooting the PepperBalls at the people or towards

1   the ground?

2       A    At the people.

3       Q    Did that officer ever --  Did you

4   observe that officer ever shooting the PepperBalls

5   up towards the pedestrian bridge, or was it at the

6   people that were on the highway?

7       A    They were off the highway, and he was

8   still shooting them.  But they were not yet up on

9   the bridge.

10      Q    Okay.  So they were -- had moved, like,

11  to the embankment area?

12      A    Yeah.  They were scrambling up that

13  embankment area, yeah, trying to get away.

14      Q    And I think you said that while you

15  were on the pedestrian bridge -- correct me if

16  this is incorrect -- that you got a whiff of what

17  was being shot or sprayed; is that correct?

18      A    Yes.

19      Q    All right.  Tell me, what did you

20  physically feel when you got the whiff?

21      A    Oh, just a burn in my nose and my eyes

22  and my skin.  It was very, very unpleasant.

23      Q    So did you and your group leave the

24  pedestrian bridge when the -- the lady said, "If

25  you have asthma, you need to leave"?  I mean, how

1          It was a long day.  It's hard to

2     remember all places that we were, but it was

3     basically sticking with the crowd of protesters

4     who had been there.

5          Q     And during this day --  So on that

6     day -- and I'm just going to call it the daylight

7     or daytime hours -- approximately how many people

8     were in attendance that you saw?

9          A     I think there were always a few

10    hundred.  So it ebbed and flowed.  During the day,

11    there were more young, like, parents, I think,

12    with children.  But, yeah.  I mean, I think there

13    was always, like, a few hundred people at any

14    given time.

15         Q     And then tell me about when you --  So

16    from your experiences on May 29th, when was the

17    first time you observed or experienced any sort of

18    use of force from the police on that day?

19         A     The first that I can recall was when we

20    were over by the City and County Building.  Colfax

21    was to the north, and there was a group of folks

22    who had, like, gone around the corner there onto

23    Colfax.  There were riot police hanging off the

24    back of one of those vehicles that they -- they

25    ride on.  We were chanting at them to go away, and

1   that was the first time I saw PepperBalls used on

2   protesters that day.

3              And then shortly after that, there was

4   a contingent of officers that had set up shop, for

5   lack of a better term, north of Colfax in that,

6   like, RTD lot, and they would throw -- or they

7   would fire PepperBalls.  I remember we were

8   walking east on Colfax on the south side of Colfax

9   on the sidewalk, and I remember a PepperBall went

10   flying right past my nose.  Still being relatively

11   unfamiliar with what those were, I was really

12   freaked out.  But that was when they started to

13   throw flash bangs and stuff like that as well.

14        Q      The vehicle that you saw the

15   officers --  Strike that.

16              You mentioned that you were around the

17   City and County Building when you saw a vehicle

18   with officers hanging off the back.

19        A      Uh-huh.

20        Q      What color was that vehicle?

21        A      White.

22        Q      And to your best knowledge, was it,

23   like, an SUV or an extended truck, or was it,

24   like, a -- one of those combat sort of vehicles?

25        A      It was --  It felt like it was a pickup

1   truck, but with maybe a topper on the bed.

2       Q     And when you said that you -- You said

3   that that was the first time that day that you saw

4   police shoot PepperBalls at the protesters.  Was

5   it the police on the vehicle that you saw shoot

6   the protesters or was it other vehicles -- or

7   other police on the ground?

8       A     I think they were on the ground, so

9   they had hopped off.

10      Q     Oh, okay.

11      A     Yeah.  But, like, it became a regular

12  fixture where you would see those vehicles with a

13  bunch of -- with, like, six cops hanging off the

14  back in riot gear.  They would roll up somewhere,

15  hop off and start firing at protesters without

16  saying anything.

17      Q     And when you observed this incident,

18  how far away were you from the police?

19      A     30, 40 yards.  We weren't super close

20  to that.

21      Q     Then you mentioned that there was a

22  time that the police were in the location of the

23  RTD --

24      A     Yes.

25      Q     -- station, and you -- Who were you

1   walking with when you said you were on the south

2   side of Colfax?

3        A     Sara Fitouri.

4        Q     And I think you said that you saw or

5   felt a PepperBall go by your nose; is that

6   correct?

7        A     Like, yeah.  I mean, it zipped right in

8   front of my face.

9        Q     And what do you recall going on around

10  you before that occurred?

11       A     Protesters were essentially, like,

12  lining up and chanting in the direction of the

13  police, I think, with the intention of dispersing

14  them.

15       Q     The protesters had the intent to

16  disperse the police?

17       A     Yeah.  It --  It felt like there

18  became, over the course of the day, especially

19  that day, a pattern where protesters would be,

20  like, "Hands up, don't shoot" towards -- and walk

21  towards the police.  And if the police left the

22  vicinity, there were cheers and --  I mean, that's

23  what -- what was, you know, we were wanting to

24  happen.

25             But more often than not, the protesters

1    would be -- would get down on their knees and be

2    shot with PepperBalls, be tear-gassed and then

3    driven back instead.

4         Q    At any point on May 29th, were you a

5    part of the -- a part of, like, the protesters

6    that would get down on their knees in front of the

7    police?

8         A    I never got on my knees, no.  I did

9    often stand with the folks who were "hands up"; I

10   was doing that.

11        Q    To your best memory, approximately what

12   time was it when you experienced the PepperBall

13   fly by your nose?

14        A    It was still really bright out.  We had

15   been out for a while.  I mean, if I had to guess,

16   I would say it was, like, 4:00 or 5:00.

17        Q    After that experience, tell me a little

18   bit more.  So after around 4:00 or 5:00 in the

19   afternoon, what else happened or what else did you

20   experience?

21        A    I mean --  Well, that ebb and flow just

22   continued, right?  There was more kind of marching

23   around, as well as a little bit of --  We ended up

24   going to CEA to go to the bathroom and wash some

25   of the stuff off our faces, because it was

1    really -- really uncomfortable.  And, you know,

2    you never knew if, like, a breeze would pick up

3    and you would just get, like, a burning in your

4    face and in your eyes.  So, yeah.  I mean, there

5    was a point where we did go back and wash up

6    before we came back.

7              But it just felt very chaotic

8    throughout the rest of the day, right?  Groups

9    would be broken up, and then we'd regroup, but

10   then we'd be broken up, so then we'd regroup.

11   Then when 8:00 p.m. hit, the police, like, really

12   marched on the park and the Capitol.  They came

13   out of the doors of the Capitol on the west steps

14   behind people in order to disperse the crowd, but

15   they did not give any warning at all.  There was

16   no -- no orders to disperse, no communication.

17   They just marched on the park.

18             Then as it got dark, it became just

19   even more chaotic.  They hadn't closed any of the

20   traffic -- right? -- so all of the streets were --

21   still had a lot of vehicles on them.  They were

22   throwing flash bangs under cars even.  It was --

23   And I'm unclear about how many of those vehicles

24   were involved or not -- right? -- like if there

25   were folks who were protesters who, you know, had

1    signs on their cars and who were coming through

2    and handing out water and snacks to other folks --

3    right? -- or, like, helping wash people's eyes out

4    and those kinds of things.

5              But I think there were just people

6    trying to get where they were going and driving

7    through flash bangs and tear gas and things like

8    that, because they didn't close the streets.  Sara

9    and I learned pretty quickly that it was actually

10   safer to go towards the traffic, because the

11   police were less likely to fire stuff at you if

12   you ran towards the active traffic, which was a

13   lot.

14             Then we ended up --  There was moment

15   where we were hustling down Broadway, and there

16   was an alcove on the side of one of the buildings.

17   And Sara and I were, like, running, getting away,

18   and we saw there was a woman, like, huddled in the

19   alcove.  She was a black woman, and she was, like,

20   sobbing.  I think she was having a panic attack.

21   She was in --  Like, she had a silk bonnet on her

22   hair.  Like, I don't think she was ready for what

23   was happening.  She had been separated from her

24   folks and, you know, Sara and I ran back, flushed

25   her eyes out and tried to calm her down.  We

1   called for a medic, and a man who said he was a

2   nurse came and kind of took over and helped her

3   find her people.  It was --  It was really scary.

4            So it just felt like a constant stream

5   of moments like that.  There was a point where, in

6   our group, there was a young man, and he was --

7   Oh, he must have been in his 20s, and he was in a

8   wheelchair.  He had, like, a hard cast on his leg,

9   like a plaster cast.  We were in an intersection

10  where there was construction on the sidewalks, so

11  there was just a section of the sidewalk that was

12  missing.  So we're there, and we're chanting,

13  doing whatever, not hurting anybody.

14            A police vehicle just rolls in really

15  quickly at that point, flash bang, tear gas, no

16  orders.  This young man, like, his friend --  So

17  he -- he jumps out of the chair, because he can't

18  get pushed onto the sidewalk because it's missing.

19  His friend has the chair, and he's moving the

20  chair onto where the sidewalk starts up again.  I

21  just see him losing his balance and falling

22  backwards.

23            And so I, like, reached out.  Like, I

24  used my hand, made it a crutch and caught him

25  under his arm.  I remember he turned, and he was,

1   like, "Thanks, Friend."  So we got him up on the

2   sidewalk, and he jumped back in the wheelchair,

3   and his friend got him out of there.  But I just,

4   like, wonder all the time what would have happened

5   to him if he had fallen down and not been able to

6   get up and didn't have protective eyewear or a

7   mask to protect his -- his airway.

8           It was just a lot of that.  It was --

9   It was a lot of running and chaos and flash bangs

10  and tear gas.

11      Q     Thank you for sharing that.  I just

12  have some follow-ups on what you told me.

13      A     Sure.

14      Q     You mentioned that around 8:00 p.m.,

15  there were police that came out of the Capitol on

16  the west side --

17      A     Yes.

18      Q     -- correct?

19      A     Yes.

20      Q     Where were --  Did you observe that

21  happening?

22      A     Yes.

23      Q     And where were you located when that

24  happened?

25      A     We were on the Capitol lawn near the

1    statue on the west side.

2         Q     And you said that the police came out

3    of the Capitol doors and didn't give any warnings.

4    Did those police deploy any sort of munition?

5         A     Yes.

6         Q     And what was deployed, to your

7    knowledge?

8         A     They had PepperBall guns.  They were

9    dressed in black.  They had PepperBall guns.  They

10   had flash bangs, and I believe they were using the

11   tear gas canisters as well.  And it seemed like

12   they were --  It always felt as though they could

13   come out at any moment.  It was like they were

14   waiting for folks to forget they were there, and

15   they would come out from the Capitol behind people

16   and open fire without giving any orders or

17   warnings.

18        Q     And during that time, did you inhale

19   any of the chemical munition?

20        A     Yes.

21        Q     And describe for me what physical

22   feelings you had when you inhaled the chemical

23   munition.

24        A     It's awful.  You just --  It's like

25   your -- the whole inside of your mouth feels like

1    it's on fire.  You just wretch and, you know, the

2    inside of your nose, your eyes --  Yeah.  It's

3    just like you can't see.  Your whole face, any

4    skin that's exposed, it just all burns.  It's like

5    when you cut a habanero and then touch your face,

6    but it's everywhere and, like, inside your throat

7    and --  It's --  It's just very painful.

8         Q    And did this incident occur before or

9    after you had gone to the CEA to kind of go to the

10   bathroom and freshen up?

11        A    Which incident?

12        Q    I'm sorry.  The one when the police

13   came out of the Capitol.

14        A    That happened many times.  I think --

15   So when --

16        Q    Around 8 o'clock.  Let me just start

17   over.

18        A    So we had gone to CEA to clean up

19   before that 8 o'clock clearing.

20        Q    And then you had mentioned --  When you

21   were talking to me about the gentleman who was in

22   the wheelchair, you had said "in our group."  Was

23   this your group of friends or just the group of

24   protesters that you were with?

25        A    Just at any given moment what crowd of

*AB Litigation Services*

```
 1        A     Yes.

 2        Q     Okay.  Since we've completed that day,

 3   let's take a five-minute break.

 4        A     Okay.

 5              (Recess from 11:03 a.m. to 11:09 a.m.)

 6        Q     (By Ms. Jordan)  So part of the problem

 7   with a break is that I look at my notes, and then

 8   I remember something that I forgot to ask you.

 9              So I have to jump back -- I

10   apologize -- to May 28th.  When you were on the

11   pedestrian bridge prior to moving off onto the

12   other side of the highway, did you ever observe

13   anyone from the bridge throwing objects at the

14   police?

15        A     Not that I remember.

16        Q     Did you observe --  Or from your

17   vantage point, were you able to see the people on

18   the embankment?

19        A     Yes.

20        Q     Okay.  Did you ever observe any of the

21   people on the embankment throwing any objects at

22   the officers?

23        A     Not that I recall.

24        Q     So not getting into any legal issues,

25   but just your own personal opinion, what do you
```

1  believe the officers did wrong on May 28th?

2      A     I think that the way they continued to

3  shoot those PepperBalls at people as they were

4  running away definitely put a lot of individuals

5  at risk for trampling, and it was completely

6  unnecessary when people were getting off the

7  bridge.

8      Q     And then --

9      A     Didn't someone get shot in the face and

10  lose an eye in that incident?

11      Q     I --  I actually don't know, so . . .

12      A     Yeah.  I think somebody got shot with a

13  PepperBall, and his eye was -- and he lost his eye

14  in that incident, so . . .

15      Q     When you were on the pedestrian bridge,

16  did you see anybody get shot with any PepperBalls

17  and either cover their face or fall to the ground?

18      A     Not that I remember.  It was pretty

19  chaotic.

20      Q     Then focusing on May 29th, during any

21  of the times that you experienced the -- the

22  deployment of the chemical munition, prior to that

23  time did you see anybody throwing objects at the

24  police?

25      A     On the 28th or the 29th?

1      Q     On the 29th.

2      A     I would sometimes see people throw

3   water bottles, but that was all.  And they were

4   usually open, because the water would be, like,

5   flying out as it was thrown.

6      Q     And so during your attendance at the

7   protest on May 29th, did you ever observe any of

8   the protesters telling people who were throwing

9   things not to throw things?

10     A     Yes.

11     Q     Did you personally ever tell anybody

12  not to throw anything?

13     A     Yes.

14     Q     Similar to what we discussed on the

15  28th, without getting into legal issues or

16  arguments, what do you personally think the police

17  did wrong on May 29th?

18     A     Frankly, I think the way they were so

19  visible was an escalation in and of itself.  I

20  think coming in riot gear and -- and setting lines

21  the way that they did was not --  I mean, yeah, it

22  was not helpful.  And then not closing the

23  traffic -- or closing down the streets was

24  incredibly scary and unsafe.  I think that they

25  were just indiscriminately being violent against

1   protesters regardless of whether anything was

2   thrown or not.

3           I mean, I'm not an expert in crowd

4   control, but there was a lot that they did very

5   badly.

6       Q    You mentioned that the streets were not

7   closed off.  Were you personally ever pushed into

8   active lanes of travel?

9       A    Yes.

10      Q    And where did that occur?

11      A    Lincoln and south of the Capitol in

12  those streets, but there were still cars coming up

13  and down Colfax.

14      Q    Thank you for that.  So now moving on

15  to May 30th, what time did you arrive at the

16  protest on May 30th?

17      A    It was a little later in the day.  I

18  think it was closer to 5:00 or 6:00.

19      Q    And on May 30th, then, was it similar

20  to the other days where you drove yourself alone

21  to the parking lot at the Colorado Education

22  Association?

23      A    Yes.

24      Q    And where is that parking lot located?

25      A    Grant and Colfax.

1   very quickly knelt down and wrote Erica's number

2   on the labels and attached them to the Sharpies,

3   and then she and I went around and talked to folks

4   and said, "Hey, this person will give you support

5   if you get arrested.  So use this marker, write

6   the number on your arm, as well as other trusted

7   people's numbers on your arm, and then pass the

8   marker on."

9            So Sara and I went around doing that.

10  And then I think Erica also gave us, like, a

11  "know your rights for minors" cards, and so we

12  handed those out to as many young people as we

13  could as well.

14       Q    And while you were doing this, was Joe

15  and Youssef doing it as well?

16       A    No.  We hadn't found them yet, I don't

17  think.

18       Q    Oh, okay.

19       A    Joe --  Joe came later.  And we didn't

20  connect with Youssef until later either, I

21  believe.

22       Q    And then after you helped pass around

23  Erica's information, what did you do next?

24       A    I mean, we stayed with the group.

25  We --  There was a lot of, like --  So on Lincoln,

1   that tended to be just kind of the locust of

2   conflict.  And so, you know, there were -- was a

3   lot of --  There was a point where one of those

4   vehicles with a bunch of police, like, drove up

5   from the south on Lincoln and, like, set a line on

6   Lincoln and 14th.  And protesters, like, hands up,

7   would come towards them and get down on their

8   knees, so they'd just, like, keep doing that.

9   Then police would say nothing and fire stuff, fire

10  projectiles at them.

11          Then the protesters would move

12  backwards, but when the smoke cleared, when the

13  tear gas cleared, they'd move forward again.

14  There was a moment where the cops got back on the

15  truck and drove away, and there was this big

16  cheer.  Everybody was --  Everybody felt really

17  good in that moment and things were okay for a

18  minute.

19          And it was at that time --  And, you

20  know, Sara and I were engaging in those lines

21  of --  You know, "Just please, please go away," I

22  think, felt like kind of the -- the message.

23  "You're not helping.  This is" --  "You're kind of

24  proving our point"; that kind of felt like the

25  message.  And that's when we --  And that's when

1    Sara had the flash bang go off on her foot.

2            That's also when we found a Cherry

3    Creek student who was 16 years old.  Cherry Creek

4    is one of the locals that I work with in my job,

5    and so, like, it really hit home for me.  Like, I

6    know some of her teachers, so --  But she --  And

7    we found a child on the ground vomiting because

8    she had been gassed so badly and didn't have

9    protection.

10            And that was all around the time that

11   we connected with Joe and Youssef.  And Youssef

12   was just very agitated, because he had just been

13   shot in the face with -- with PepperBalls and was

14   very, very upset and -- and hurt.  Like, he was in

15   some pain.

16       Q     And so the --

17       A     I'm sorry.  I mean "they," because

18   Youssef uses "they" pronouns.

19       Q     Oh, thank you.  So this -- this

20   situation that involved Youssef, you did not

21   personally observe that.  You learned of it from

22   what they told you?

23       A     Yes.

24       Q     Okay.

25       A     My understanding was that when we met

1   up with Youssef, that was, like, immediately after

2   it had happened.

3        Q     Okay.  And let's go back to the

4   incident where you said this was around the time

5   that the flash bang -- flash bang landed on or

6   near Ms. Fitouri's foot.  What --  To your best

7   knowledge, what time did that occur?

8        A     6:00, maybe.  It's hard.  I --  This

9   also was the --  This was the scary day for me.

10  This was the day that devolved into what I would

11  consider the -- the one that I've had the most

12  nightmares about.  This one is still, like, maybe

13  the hardest to remember what happened for all the

14  stuff happened later on.

15       Q     And I'm not trying to stir up any sort

16  of uncomfortable or, you know, bad feelings for

17  you.  We'll --  If you need to take a break at any

18  point, just let me know.  So you mentioned that

19  this was the day that you still have the most

20  nightmares about.

21       A     Yes.

22       Q     How --  Currently, like in the last

23  month to six weeks, how often do you have

24  nightmares about that night?

25       A     I would still say regularly.  You know,

1   like, any time I'm stressed, I'll have another

2   nightmare about police, like, chasing us through

3   alleys again or coming for my husband.  So, like,

4   it -- it ebbs and flows, right?  But the --  Yeah,

5   they still come fairly regularly.

6        Q     When you say "regularly," would it be,

7   like, weekly?  Is it biweekly?  If you can, put an

8   estimate on it.

9        A     When I'm stressed, it's probably weekly

10  or multiple times in a week.  And when things are

11  a little smoother in life, I would say it's closer

12  to biweekly.

13       Q     Where were you located at the time that

14  the flash bang landed on or near Ms. Fitouri's

15  foot?

16       A     We were on Lincoln, and we were facing

17  Colfax to the north where police had formed a

18  line.

19       Q     And to your best estimate,

20  approximately how far away were you and

21  Ms. Fitouri from the police line on Colfax?

22       A     We were not the closest.  There was a

23  couple, like, layers of people ahead of us that

24  maybe were three deep of people.  We were

25  distanced, so I would say we were probably 30 to

1   40 yards back from the actual line of police.

2   They had lobbed it over that group of folks in

3   front of us.

4        Q     And were you actually on the street or

5   were you on the sidewalks?

6        A     We were on the street.

7        Q     I'm going to show you a map, if I can

8   get my computer to work for me.  One moment,

9   please.

10             Do you --  Is my screen actually

11  sharing this?  Do you see the map in front of us?

12       A     Yes.

13       Q     Okay.  Do you see where it says

14  "Colfax" where my cursor is?

15       A     Yes.

16       Q     And then here's Lincoln (indicating)?

17       A     Yes.

18       Q     Now, where --  Let's see.  There's also

19  this little streetlight icon (indicating).

20       A     Yes.

21       Q     Where on Colfax were the police

22  located?

23       A     They were, like, at the -- on the south

24  sidewalk line right --  So they were at the south

25  corner, right?  They were up, I believe, on the --

1    normal -- normal -- or the same -- same thing.

2        Q     And did you, for lack of a better word,

3    treat those symptoms with the items that you

4    brought in your kit with you?

5        A     Yes.

6        Q     Then you mentioned that it seemed like

7    the police had put their attention towards the

8    group that had marched to the west, but then

9    eventually came to your group of protesters.

10   Where were you located when you remember the

11   police addressing your group of protesters?

12       A     I believe we were on Colfax near the --

13   the police station on Colfax.  That was kind of

14   when their attention turned to us, if I remember

15   correctly.

16       Q     And tell me what you recall

17   experiencing after you believe the police

18   attention was focused on your group of protesters.

19       A     So the way that I remember it is just

20   that they would roll up in whatever vehicle really

21   quickly, stop really fast, and then cops would

22   jump off or jump out, whatever the case may be,

23   depending on the vehicle, and they'd just

24   indiscriminately start shooting PepperBalls at

25   people without saying anything.

1        And we just scattered, so running down

2   south into those neighborhoods, which, you know,

3   is really close to where my husband and I used to

4   live.  I mean, we were just, like, running.  And

5   it was really chaotic and scary.  There were other

6   folks on Colfax who were not protesters who were

7   not harassed by police.  They were not attacked by

8   police.  There were --  It was just, like --  I

9   mean, our group just became smaller and smaller

10  and smaller.

11       And so we got separated from most of

12  our friends.  It was us and --  It was Sara, me,

13  Youssef and Joe.  There came a point where it was

14  us and maybe, like, six or seven strangers who

15  were with us.  There was this woman who was

16  just -- a black woman who was with us and who was

17  just, like, panicking; "They're going to kill us.

18  They're going to kill us.  They're going to kill

19  us."

20       It felt like there were moments --

21  And, like, this is what I have nightmares about.

22  We were just running through the alleys, and there

23  were moments that it felt like a movie -- right?

24  -- where the -- the cop vehicle would just, like,

25  race into the alley and they'd run out and, like,

1    you would just have to run.  It was dark and --

2    and it felt like a maze.  That's when Sara got hit

3    with a PepperBall.  And it was --  I mean, it was

4    just absolutely terrifying.

5            It got to the point where we had been

6    separated from --  So those folks that we were

7    with, it was a group of black folks, they called a

8    friend who pulled up, and so they jumped in the

9    car and were gone.  So it was just the four of us

10   left together, and we were -- and we just needed

11   to get back to our cars.  It was like, "We need to

12   get out of here.  This is not okay."

13           And at that point, I was very -- I was

14   almost eager, at that point, to take arrest.

15   Like, I would so much rather have -- have

16   surrendered to the police instead of being treated

17   and hunted like it was a paintball game for them,

18   and -- and treated, like, actual human beings,

19   right?

20           So, yeah.  We, like, found ourselves --

21   There's that elementary school --  I think there's

22   an elementary school in Cap Hill.  It also has,

23   like, a bridge over the street; I think it's over

24   13th.  I remember that's where we kind of came

25   out.  We were by ourselves, and we realized how

1   far we were from where we needed to be in order to

2   get out of there, and so we started to work our

3   way north.  And we had to cross Colfax to get back

4   to the CEA building in a way where we felt like we

5   weren't going to run into more police.

6           And so --  And it was, like, you'd turn

7   a corner and you'd see flashing lights, so you

8   would panic, and then we'd have to find another

9   way.  We ended up going through the Argonaut

10  parking lot -- Natural Grocers and Argonaut, and

11  it just felt like we were sneaking.  But there

12  was --  And at that point, because we had to cross

13  Colfax, we could see that there were flashing

14  lights.  We could see where the police were, but

15  there were folks, like, hanging out in front on

16  their porches on Colfax.

17          And it was, like, "Hey, guys.  They're

18  down there.  You should go over one street."  It

19  was, like, they hadn't -- or they knew who we were

20  and could see that we were protesters, but they

21  were not out protesting themselves, so they could

22  just, you know, tell us where the police were.

23  And so we --  And so we managed to get north of

24  Colfax and then made our way back west to the CEA

25  building from there.  And we just were running --

1    running the whole time, staying low, trying to get

2    through parking lots.  Like, we'd stop and wait

3    and then, like, run through a parking lot.

4                So when we get to the CEA building,

5    like, I was just a mess.  Really, I'm -- I was

6    about to break down.  I -- And then a car with

7    high school students in it -- And I know they

8    were high school students because they were --

9    number one, they looked like it, but number two,

10   like, it was right around graduation and their

11   windows on their car were painted, like,

12   "Congratulations Class of 2020."  So they pull in

13   as we're, like, walking towards our cars.  They

14   pull into the CEA parking lot and they're, like,

15   "Hey, where is everybody?  We want to join."

16                And I remember being, like, "You don't

17   want to be here.  You want to go.  It's not a good

18   place for anybody to be right now."  And as we

19   were talking to them, a small group of what looked

20   like more young people were marching west on

21   Colfax past the parking lot, and just multiple

22   police cars with riot cops pulled up around those

23   kids, said nothing and just started firing

24   PepperBalls on them.  And they ran through the CEA

25   parking lot.

1         Joe and Sara and I were, like, hiding

2    behind our cars to not get struck by PepperBalls.

3    Like, I was frantically trying to get my keys out

4    of my bag.  Like, it was a really scary, really

5    horrifying moment.  And it was just, like, a

6    pretty small group of kids.  It was, like, maybe

7    20 at most who weren't doing anything.  They were

8    just chanting, just marching, and the cops, like,

9    came through the parking lot and, like, tried to

10   corner them; they were coming from all angles.

11        And we, like, we got in our cars and

12   just -- just got out of there, because it was --

13   Yeah, it was not a good place to be.

14   Q    You mentioned earlier when you were

15   giving me that information that you saw people on

16   Colfax who weren't protesters who weren't getting

17   the attention of the police.  How do you know they

18   weren't protesters?

19   A    Because they were, like --  I mean,

20   they weren't --  They weren't, like, wearing any

21   insignia and they were just strolling.  They were,

22   like, clearly looking at us, like, "Oh, look at

23   that."  I think you could almost tell they weren't

24   protesters because they weren't being attacked by

25   police.

1      Q      And when you got to the CEA parking

2   lot, where was your car parked?

3      A      It was under --  So the -- the parking

4   lot is --  So it has, like, a pull-through

5   component right where it's covered, but then

6   there's the open space.  I was under the covered

7   space and, like, maybe the north-most space in

8   that covered area.

9      Q      Okay.  And on what side of the building

10  is the -- the drive-through underhang parking

11  space?

12      A      The east side.  It opens out onto

13  Colfax.

14      Q      Okay.  I'm going to show you another

15  map, only because I'm not familiar with the area.

16      A      Uh-huh.

17      Q      Maybe you can help me see this.

18      A      Yep.

19      Q      So we have our little pointer here

20  (indicating), so this is the Colorado Education

21  Association, that building.  It says it's at Grant

22  and Colfax.  Where on the building is the

23  drive-through underhang portion?

24      A      So --  So you can see --

25      Q      This is Colfax here (indicating).

1   ever get hit with any PepperBalls or anything on

2   that night?

3        A      I did not, no.

4        Q      So the only physical symptom, for lack

5   of better words, would have been what you

6   experienced when you inhaled the chemical agents;

7   is that correct?

8        A      Yes.

9        Q      And so similar to, like, we did on the

10  other nights, in your personal opinion, not

11  getting into any legal issues, what do you believe

12  the police did wrong during your protest

13  activities on May 30th?

14       A      Very similarly, the ways in which they

15  showed up just escalated --  They did not give

16  people the opportunity to disperse or to submit

17  for arrest.  You know, that would have been a

18  moment when it would have been kind of a classic

19  civil disobedience -- right? -- where it's, like,

20  curfew is unconstitutional, so we sit down, we

21  take arrest and nobody would have gotten hurt.

22  They just didn't allow for that.  They --  They

23  decided to hurt people instead.

24              I think that they treated people

25  differently based on whether they, like, appeared

1    to be protesters or not; that was really clear.

2    It really --  It felt like a game to them, right?

3    It felt like they were sport hunting people.  It

4    was just an awful situation all around.

5         Q     At any point prior to or after you

6    attended the protest on May 30th, did you post

7    anything on social media about the curfew?

8         A     Yes.

9         Q     And what do you recall that you posted?

10        A     I think I recall posting that it was

11   going to be -- or that it was going to backfire

12   and that it was going to be bad.  And then I think

13   later, after there was an injunction and the

14   police started -- or the police stopped attacking

15   protesters, I think I posted a photo.  And there

16   was a caption that said -- excuse my language --

17   "Fuck your curfew.  We want justice."

18        Q     And on May 30th, did you observe any

19   persons throwing objects at the police at any

20   time?

21        A     Water bottles, but that was it.  And

22   even then, most of the time when somebody would

23   throw a water bottle, everyone around them would

24   be, like, "Stop."

25        Q     At any time that you were in attendance

1    at the protest on May 30th, did you observe

2    anybody spray painting any of the buildings down

3    there?

4          A      Yes.

5          Q      And by that I mean, did you physically

6    see a person spray painting or did you just see

7    the aftermath?

8          A      I think there was a time or two where I

9    saw somebody actually spray painting something.

10         Q      At any time that you were in attendance

11   at the protest on May 30th, did you observe anyone

12   breaking any windows to any of the buildings

13   downtown?

14         A      No.

15         Q      At any time when you were in attendance

16   at the protest on May 30th, did you ever observe

17   any broken windows to buildings?

18         A      Yes.

19         Q      And, just generally, what location did

20   you see that?

21         A      On Lincoln, south of the Capitol, some

22   of those -- or on Broadway, there were some broken

23   windows.

24         Q      And on May 30th, did you ever observe

25   any dumpster fires in the Capitol area?

```
1        A      No.  I saw one on May 29th.

2        Q      And on May 29th when you saw that one,

3   did you see the person actually light the dumpster

4   fire or did you just see that it had been lit?

5        A      I just saw that it had been lit.

6        Q      Now, the incident that occurred at --

7   in the CEA parking lot on May 30th, to your

8   knowledge, do you know, is that parking lot owned

9   by CEA or is that City property?

10       A      It is owned by CEA and is private

11  property.

12              MS. JORDAN:  All right.  Why don't we

13  take our break.  Let's go with, like, five minutes

14  and then get back.  Hopefully we'll be done soon

15  after that.  I know you have another one, Makeba,

16  so I'm trying to be mindful of your afternoon.

17              MS. RUTAHINDURWA:  Thank you.

18              (Recess from 12:00 p.m. to 12:05 p.m.)

19              MS. JORDAN:  Let's go back on the

20  record.

21       Q      (By Ms. Jordan)  All right.  So now

22  looking at May 31st, you attended the protest on

23  that day, correct?

24       A      Correct.

25       Q      At what time did you arrive to the
```

1    and Joe.

2        Q      And then --  I'm sorry.  Moving back to

3    one of the things from earlier, to your knowledge,

4    was Joe ever injured during his protest

5    activities?

6        A      Yes.

7        Q      On what date did that happen?

8        A      On this day, the 31st.

9        Q      Okay.  So at this point when you were

10   marching, it had not yet happened?

11       A      Yes.

12       Q      Okay.  So you're marching --  Did you

13   say you were marching east on Colfax?

14       A      Yes.

15       Q      You just told me, but I totally forgot.

16   So which direction were you marching?

17       A      East on Colfax.

18       Q      As you're marching east on Colfax, tell

19   me what happens next.

20       A      So we're marching and feeling real

21   twitchy, you know, waiting for the shoe to drop.

22   And so we get to the police station that has the

23   big mural that says "The streets are for the

24   people," and the group is approaching that.  I

25   think we are towards, like, the middle to back of

1    the large crowd that's marching, and it seemed

2    like about half of the group gets past the

3    intersection that's on the west side of the police

4    station, right?  So it's between --  So it's in

5    that block, and about half of the folks get past

6    that.  We can see that there's cops back there,

7    but they haven't done anything, so we're just

8    marching.

9             Then, all of a sudden, there's flash

10   bangs and tear gas from that side street that

11   split the group in half.  We are caught off guard.

12   Sara, Emma and I were buddies, and so we stuck

13   together.  We lost Richelle and Joe for a while,

14   and we were just, like, trying to stay clear of

15   the gas without losing the group, losing all of

16   the people, as well as trying to find Joe and

17   Richelle.

18        Q    When you mentioned that the police

19   deployed flash bangs from the side street, what

20   side street are you talking about?

21        A    Can I pull up a map?

22        Q    Yeah.  Well, before we go there, are

23   you talking about the side street in front of the

24   police station or a different one?

25        A    So it's --  So it was from the north.

1    They had a team that was in the street north of

2    Colfax, facing Colfax, and it was the immediate

3    west street that bordered that police station.

4        Q    I think I have a map of it, so I'm

5    going pull that up if my computer will open it.

6            Okay.  Do you see the map?

7        A    Yes.

8        Q    And are we talking about the District 6

9    police station that is on Colfax and Washington?

10       A    Yes.

11       Q    Okay.  So if we have Colfax --  Do you

12   see Colfax here (indicating)?

13       A    Yes.

14       Q    And then we have Washington in front?

15       A    Correct.

16       Q    Which side street was it that you

17   believe the flash bangs came from?

18       A    Washington.

19       Q    Okay.  And where were you on Colfax

20   when the flash bangs were deployed?

21       A    We were, like, right in front of X Bar.

22   So we were pretty close to --  They --  They came,

23   like, in front of us.  We were close to the middle

24   when they fired, so when they were deployed, we

25   were, like, right where that dot that says "X Bar"

```
 1    is.
 2         Q     Okay.  So, like, right where my cursor
 3    is?
 4         A     Correct.
 5         Q     Were you on the sidewalk or in the
 6    street?
 7         A     In the street.
 8         Q     And I know this is an approximation --
 9         A     Uh-huh.
10         Q     -- but, just roughly, were you right
11    around here somewhere (indicating)?
12         A     Uh-huh.
13         Q     Is that a yes?  I'm sorry.
14         A     Yes.  I'm sorry.
15         Q     And where were the police on Washington
16    when they deployed the flash bangs?
17         A     They were back a little bit.  You can
18    see, like, where --  So there's that piece that
19    jets out on the police station on the left side of
20    it on this map.
21         Q     Okay.
22         A     They were, like, right there I think.
23    Yeah.  Right where your cursor is now, they were
24    back a little.
25         Q     Okay.  Where were the flash bangs
```

1   deployed, if you know?

2       A       Right into the intersection where the

3   people were.

4       Q       So, like, kind of right where that

5   white car is?

6       A       Yes.

7       Q       So, like, right around here

8   (indicating)?

9       A       Uh-huh.

10      Q       All right.

11              MS. JORDAN:   And we'll mark this as

12  Exhibit C.   I'll put it in the Chat.   If it's not

13  marked, let me know and I'll make sure I do it

14  right.

15      Q       (By Ms. Jordan)   Okay.   So once the

16  flash bang was deployed, where did you go?

17      A       So we found ourselves, like, in the

18  Cheba Hut parking lot, because we had backed away

19  enough to get out of the tear gas.   But we

20  didn't -- or wanted to stay close to where the

21  people were and try to find Joe -- Joe and

22  Richelle.

23      Q       Did your group of friends have any sort

24  of, like, meeting area if you got split up and

25  couldn't find each other?   We'll call it a rally

1       A      Yes.

2       Q      So you join in on the march.  Then what

3    happens next?

4       A      So we are marching around downtown.  I

5    couldn't tell you the exact route, but we were --

6    but we stayed with that group of people.  Like,

7    the Capitol --  So they made the Capitol really

8    dark that night.  They had turned off all the

9    lights, and so that wasn't the meeting place it

10   had been on previous nights.  So marches

11   continued, and then at some point the march was

12   going back east on Colfax.

13          As we're marching east on Colfax, it's

14   Sara Fitouri, Emma and myself sticking together.

15   We get to that basilica, that Catholic church

16   that's on Colfax, and there's a line of riot cops

17   there at that corner on that side street.  We

18   aren't sure what's happening, but we want to stay

19   with the group, right?  We don't want --  It's

20   really important to stay with the most people we

21   can.

22          So we march up, and we're moving toward

23   that line.  Then we become aware, at some point,

24   that another line of cops has formed behind us.

25   So we're all condensed onto one block, and they

1   start firing tear gas into the space from both

2   sides.  And it got really intense really quickly.

3   I mean, that is the most tear gas that I inhaled

4   the whole time.  And it was --  We just --  They

5   just held us in there and wouldn't let us go.  I

6   don't think --  People were trying to move

7   forward, but they were pushed --  If I remember

8   right, like, they -- like, not even to take a rest

9   to get out of it.  They weren't --  They were just

10  held in that gas.

11          Sara and Emma and I are holding hands

12  and we are, like, pushed back up against the north

13  side of the street where the wrought iron fence

14  is.  And there are people scrambling up and over

15  that fence behind us.  We are --  Like, all of

16  this happened so quickly, but it's, like, we're

17  not going to make it over that fence.  I was --  I

18  was really scared that somebody was going to slip

19  and get themselves, like, impaled on that wrought

20  iron fence.  I think it's a small miracle that

21  that didn't happen considering how terrified

22  people were.

23          And so we were --  And so we, like,

24  looked at each other and could see that a lot of

25  people were going down an alley on the south

1    side -- yeah, on the south side of the street.  We

2    looked at each other, and we were, like, "We've

3    got to go."  So we just, like, ran through the

4    gas, which is the worst of what I got, and we just

5    pushed into this alley that was really full of

6    people.  I'm really, again, very, very grateful

7    that no one got crushed, because I was just

8    crushed in people.

9               And so as I'm crushed in people, I

10   can't breathe.  I'm coughing.  I can't see.  I'm

11   taking the -- the wash that I have in the bottle

12   and just, like, trying to wash my face and, like,

13   filling my mouth and spitting it out and filling

14   my mouth and spitting it out.  I just feel like my

15   entire system is on fire, and I thought I was

16   going to vomit.

17              Thankfully, that alley doesn't stay

18   narrow.  It opens up into a little parking area

19   behind one of those buildings, so we were able to

20   kind of expand the group and be able to breathe.

21   And people were, you know, trying to give each

22   other aid.  Folks were just on their knees

23   coughing -- coughing it up, just panicked, just in

24   absolute terror.  And then --  So we're there for,

25   like, maybe 30 seconds of trying to breathe,

1    trying to wash our eyes, trying to wash

2    everything, making sure Sara and Emma and I are

3    still together, when they start coming down the

4    alley after us.  So we book it south another block

5    or two, to where another bigger group of people

6    are regrouping.

7            It's at that point where, you know --

8    And I don't know which of us said it first, but we

9    looked at each other and said, "We can't do this.

10   We can't be here."  So we found our way -- did the

11   same kind of furtive, sneaky-type action to get

12   back to our cars so that we could get out of

13   there.

14           So, yeah, that was that night.

15   Q    And so I'm going to show you a map in

16   front of the cathedral.  And I apologize.  For

17   years they called it the cathedral, and now they

18   call it the basilica, so --

19   A    Okay.

20   Q    Do you see the basilica on the map?

21   A    Yes.

22   Q    And where --  When you were marching

23   east on Colfax, where were the police that you

24   first noticed, I guess for lack of a better term,

25   that cut off your access?

1        A       Pennsylvania.

2        Q       Okay.  Where on Pennsylvania were they

3    located?

4        A       They were right up to the crosswalk on

5    the west side of that intersection.  Yeah.  Right

6    where your --

7        Q       So the crosswalk that would be closest

8    to the cathedral?

9        A       Yes.

10       Q       Were they completely across the street?

11       A       Yes.

12       Q       And where were you when you noticed

13   this?

14       A       We were walking into that block, so I

15   think we --  You could say that we were right at

16   the corner where the basilica is -- the basilica

17   starts.  That's when I noticed them.

18       Q       And when you were --  So as you were

19   starting to enter this block, how far did you make

20   it before you noticed that the police were behind

21   you?

22       A       Maybe, like, where the doors of the

23   basilica are.

24       Q       Okay.  Where were the police that you

25   noticed that were behind you?

1      A      They, like, pulled in and came right up

2   to that crosswalk behind us.  Yeah, right there.

3      Q      And were these police officers in cars

4   or on foot?

5      A      Cars, vehicles.

6      Q      Did they get off their vehicles?

7      A      Yes.

8      Q      Okay.  And what did they do when they

9   got off their vehicles?

10     A      Started throwing projectiles into the

11  crowd.

12     Q      Okay.  Where were you located at that

13  point?

14     A      So that is when we got kind of crushed

15  up against the -- the --  Yeah.  Right where your

16  cursor is, where that wrought iron fence is.

17     Q      I won't hold you to that location, but

18  I'm just making a mark where that fence is.  So

19  once you got up against the fence, I think you

20  said that this was the most -- this was, like, the

21  most gas, smoke, PepperBalls that you had ever

22  experienced; is that correct?

23     A      Yes.

24     Q      And then you said that you managed to

25  get to an alley.  Is this alley here (indicating)

1   that is across Colfax the alley you're referring

2   to?

3        A     Yes.

4        Q     Okay.  And then I think you mentioned

5   that it didn't stay narrow for long, that there

6   was a parking lot.  Is this (indicating) the

7   parking lot that you were talking about?

8        A     Yes.

9        Q     Now, you had mentioned that you were in

10  some location for 30 seconds trying to, like,

11  clean everything out.  Was it in this parking lot?

12       A     Yes.

13       Q     Okay.  And then the police started to

14  come down the alley; is that correct?

15       A     Yes.

16       Q     So from this parking lot, to your best

17  memory, where did you go?

18       A     We ran over to Pennsylvania and then

19  south on Pennsylvania.

20             MS. JORDAN:  And we'll mark this as

21  Exhibit D or C?

22             THE REPORTER:  D, as in dog.

23             MS. JORDAN:  Exhibit D.  There we go.

24       Q     (By Ms. Jordan)  So once you got out of

25  that area on Pennsylvania, I think that's when you

1              Now, you mentioned earlier that you had

2     sent some CORA requests to --  Who did you send

3     the CORA requests to?

4          A     Oh, I think mine was to the mayor's

5     office.

6          Q     And who else sent CORA requests to your

7     knowledge?

8          A     Sara Fitouri.  I think Joe sent one and

9     I think maybe Richelle sent one.

10         Q     And to your understanding, who --  And

11    you don't have to tell me who individually did,

12    but roughly who did they send requests to?

13         A     I think it was the mayor, the sheriff,

14    Pazen.

15         Q     Was there --  Did you guys receive any

16    e-mails in response?

17         A     We received that there was nothing that

18    met the criteria that we requested.

19         Q     Just in general, on the days that you

20    attended the protests between May 28th and

21    June 2nd, did you ever observe any people in the

22    crowd carrying lacrosse sticks?

23         A     No.

24         Q     Did you ever see anybody carrying or

25    having with them, like, tennis racquets?

*AB Litigation Services*

1        A      No.

2        Q      Did you ever see any of the people in

3   the crowd knocking down trash cans?

4        A      I don't think so.

5        Q      And I think we established that you saw

6   broken windows, but you didn't see who actually

7   broke the windows, correct?

8        A      Yes.  That is correct.

9        Q      And other than the broken windows, and

10  I think you said you saw some spray paint, as

11  well, did you observe any other property damage

12  in -- in that -- in the locations where you were

13  protesting?

14       A      No.  It was pretty limited to spray

15  paint that I saw.

16       Q      And did you ever see any of the people

17  in the crowd throwing anything other than water

18  bottles at police officers?

19       A      No.

20       Q      And did you ever see any of the

21  protesters or people in the crowd throw canisters

22  back at the police after they had been deployed?

23       A      Yes.

24       Q      On how many occasions, to your best

25  estimate, did you see that?

1       A       Many.  So folks would generally either

2  put, like, a -- a traffic cone over them to

3  contain the gas or try to kick them away from the

4  protesters.  So they would get tossed back, yeah.

5  There was a lot of them.  I don't know if I could

6  put a number on it, but it happened a lot.

7       Q       And just to make the record clear, did

8  you ever personally throw anything at police

9  officers?

10      A       I never threw anything at police

11 officers.

12      Q       Did you ever spray paint any buildings

13 downtown or any statues downtown?

14      A       No, never.

15      Q       Did you personally break any windows to

16 any of the buildings downtown?

17      A       No.  Never.

18      Q       And did you ever see any protesters set

19 fireworks or throw, like, fireworks into the

20 police location?

21      A       I saw protesters fire fireworks into

22 the sky.

23      Q       But not at the police; is that correct?

24      A       No.  I don't think so.

25              And were the protesters wearing masks?

1    And by that I mean were they mostly wearing COVID

2    mask or did they have on, like, special

3    respirators?

4        A     There were --  Every --  Almost

5    everybody had some kind of mask on at some point,

6    which was good, because we were all nervous about

7    COVID then and now, but specifically then.  And

8    there were a number of people who had more

9    intensive respirators, but the majority of people

10   were wearing cloth masks of some kind.

11       Q     On either night of May 30th or

12   May 31st, prior to the curfew going into effect,

13   I'll represent to you that we have pictures where

14   there's been, like, fencing or road closure signs

15   that the protesters used to, like, block off a

16   street.  Were you ever involved in building any of

17   those -- and I don't want to say "barricades," but

18   for lack of a better word, like a barrier?

19       A     No.  I saw that it got built, but I

20   never touched any of it.

21       Q     Okay.  In your opinion, and if you

22   can --  And you may not be able to, but in your

23   opinion, if you can, what percentage of the people

24   protesting would you say were peaceful versus the

25   percentage that were not?

1        A      Define "peaceful."

2        Q      Chanting, being there, not throwing

3   things at the police and not destroying property.

4        A      95 percent.

5        Q      Okay.  And do you have a different

6   definition of "peaceful" than what I said of,

7   like, basically not throwing things or destroying

8   property?

9        A      Well, I mean, when I think about

10  kicking the tear gas canisters back or away from

11  protesters, I think that's it's -- it's debatable

12  as to, like, whether they're throwing them at

13  police or kicking them away from people who do not

14  have respirators like the police do.

15       Q      During the time of the May 28th to

16  June 2nd time frame or subsequent, did you ever

17  write anything related to your experience?

18       A      Yes.

19       Q      And what did you write?

20       A      Social media posts --

21       Q      Oh, okay.

22       A      -- which have been turned over.

23       Q      Which I believe you have produced to

24  counsel; is that correct?

25       A      (Deponent nodded head.)

1  an amazing human, and the work she's doing to make

2  progress on this.  And then talking about, you

3  know, policing as a thing that impacts our work as

4  teachers union organizers, right?  That is

5  something that is directly related to our work,

6  because teachers interact with police in their

7  buildings every day and are sometimes charged

8  criminally -- right? -- for things that impact

9  their work.

10          So, yeah.  I mean, it's those kinds of

11  things, which is helpful, because Sara and Joe

12  both work in the same industry, so we can, like,

13  work through that stuff together.

14     Q     Now, you mentioned Elizabeth Epps.  Do

15  you have, like, a personal friendship with her, or

16  how do you know her?

17     A     I admire her from afar.  I don't think

18  she would recognize me, but I'm very --  I follow

19  her on Twitter and have seen her speak many times.

20  I think that she's a very powerful and thoughtful

21  person.

22     Q     When you were in attendance at the

23  protests between May 28th and June 2nd, did you

24  ever observe any arguments amongst protesters

25  themselves?

```
1        A       Only to stop throwing stuff.

2        Q       Oh, okay.

3        A       That was it.

4        Q       Were they --  And did the "Stop

5    throwing stuff" ever escalate to a physical

6    altercation, or was it all just verbal

7    communication?

8        A       Verbal, yeah.  I never saw protesters

9    get violent with each other.

10              MS. JORDAN:  We're getting close to our

11   time.  If we can take, like, a three-minute break

12   for me to look at my notes, I'm pretty sure I'm

13   also done.  Then we'll go from there.

14              MS. RUTAHINDURWA:  Sounds good.

15              (Recess from 1:01 p.m. to 1:03 p.m.)

16              MS. JORDAN:  Thank you for that.  Those

17   are all the questions I have for you.  Your

18   attorney might have some questions for you, but I

19   thank you for your time.

20              THE DEPONENT:  Thank you.

21                      EXAMINATION

22   BY MS. RUTAHINDURWA:

23       Q       I just have a couple questions for you

24   to make the record clear.

25       A       Sure.
```

*AB Litigation Services*

1      Q     During your time at the protests, did

2    you ever throw anything?

3      A     No.

4      Q     During your time at the protests, did

5    you ever engage in any property destruction?

6      A     No.

7      Q     And during your time at the protests,

8    did you commit any violent act against anymore?

9      A     No.

10           MS. RUTAHINDURWA:  Okay.  That's all

11   the questions I have.

12           MS. JORDAN:  I have one last one that I

13   forgot to ask.

14                    EXAMINATION

15   BY MS. JORDAN:

16      Q     I just want to be clear.  You were

17   never arrested for any of your activity, correct?

18      A     No.

19      Q     And, again, I keep doing -- keep asking

20   these bad questions.  You were not arrested for

21   any of your protest activities?

22      A     I have never been arrested, including

23   for any of those protest activities.

24           MS. JORDAN:  Thank you.

25           MS. RUTAHINDURWA:  Thank you, Jackie.