IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ

**EXHIBIT 5**
**PLAINTIFFS' RESPONSE TO SUMMARY JUDGMENT**

Exhibit 5 is video shot by Johnathen Duran on May 31, 2020 (Fitouri 228).