

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# ELISABETH EPPS ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# RYAN GROTHE

# DATE:

# September 28, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 11

Case No. 1:20-cv-01878-RBJ   Document 286-10   filed 02/11/22   USDC Colorado   pg 2 of 15
The Deposition of RYAN GROTHE, taken on September 28, 2021

17

1    Q.   You've been designated by the City to talk
2  about -- you -- you the NFDD, otherwise known as a flash
3  gang grenade, is a less-lethal weapon, correct?
4    A.   We don't use it as a less-lethal device.  We
5  use it to prevent shootings during tactical operations.
6    Q.   Okay.  So when Metro -- what's your
7  understanding of the training that Metro/SWAT provides
8  to its own officers on the use of NF -- NFDDs?
9    A.   I have not -- I was assigned to the Metro/SWAT
10 Bureau for 18 years, ma'am, but I haven't been there for
11 three years.  So any of the training they've done in the
12 last three years, you would have to question them on
13 that for the flash bang.
14   Q.   Okay.  And you said that your understanding of
15 NFDDs are used to prevent shootings during a hostage
16 situation?
17   A.   No.  We use them -- I say prevent shootings
18 because the noise flash diversionary devices used to
19 distract and disorient to -- during high-risk tactical
20 operations in order for the team to gain control prior
21 to a suspect making a decision to, you know, possibly
22 assault them or use lethal force.
23   Q.   Okay.  And so, as far as you are concerned,
24 the NFDDs are not used during -- or -- sorry.  Strike
25 that. The City of Denver does not train its officers on

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  the use of NFDDs during protests or demonstrations,
 2  correct?
 3      A.  We do not train our patrol officers in the use
 4  of NFDDs for crowd control.
 5      Q.  Okay.  And with respect -- you're familiar
 6  with stinger grenades?
 7      A.  Yes, ma'am.
 8      Q.  There's no course or any part of a course that
 9  the City of Denver provides that trains officers on the
10  use of stinger grenades during protests or
11  demonstrations, correct?
12      A.  So when I took over this position in July of
13  2019, my main goal was to look at our 40-millimeter and
14  PepperBall program and make sure that all of our
15  curriculum was standardized, we had good training
16  records, and we were with best practices.  At that time,
17  I did not look at the course material for any sort of
18  chemical munition deployment because we were not
19  deploying those during any of the previous protests for
20  a long time.  So that was not in my priorities.  It was
21  more the 40-millimeter and PepperBall because we use
22  those more in a patrol setting as well with crowd
23  management.
24          So as I went through courses, and we were
25  getting all the officers trained up with the new
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  standardized curriculum, that's when the protest
2  happened.  And at that time, I had not developed any
3  chemical munitions course.  Any chemical munitions
4  course that would have been developed or had the
5  officers gone through would have been prior to my time
6  as less-lethal coordinator.
7       Q.   Are you aware of any course or any training
8  that the City of Denver provided to its officers prior
9  to the George Floyd protests last year with respect to
10 the use of stinger grenades?
11      A.   I am not -- I -- I could not speak to that,
12 ma'am.  I am not aware of anything.  I don't know when
13 that course would have been.  I don't have a record of
14 it.
15      Q.   What are the less-lethal weapons that you --
16 did you participate in policing the protests last
17 summer?
18      A.   I participated at the command post.  I was not
19 deployed within the actual crowds.  I was at the command
20 post.
21      Q.   You are familiar with the fact that stinger
22 grenades were used by DPD officers during the protests,
23 correct?
24      A.   Yes, ma'am.
25      Q.   Okay.  And did the City of Denver provided any

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   training to those officers before their use of those
 2   stinger grenades during the protests?
 3        A.   As I said before, I am not familiar with any
 4   course prior to my taking over the program as less-
 5   lethal coordinator.  We now have a course that I
 6   developed for it, but not for stinger grenades, chemical
 7   munitions.  But prior to me taking over, I do not know
 8   what type of training was provided to them.  There was
 9   grenadiers that were probably designated, and they may
10   have gone through training, but I do not have a record
11   of that training.
12        Q.   Are you aware of whether the City has produced
13   any documents concerning any training whatsoever with
14   regards to the use of stinger grenades?
15        A.   I have not.
16             MS. HOFFMAN:  Foundation.  You can answer.
17             THE WITNESS:  What's that?
18             MS. HOFFMAN:  I said you can answer.
19             THE WITNESS:  Okay.
20        A.   I have not necessarily seen any comprehensive
21   material.  There is mention of chemical munitions in
22   some of the crowd management training, but to answer
23   your question, no, ma'am, nothing specific.
24   BY MS. WANG:
25        Q.   Well, the chemical munitions that are
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   mentioned in the crowd management manual concern CS gas
 2   canisters, correct, and OC spray?
 3        A.   In the crowd management manual, yes, ma'am.
 4        Q.   Okay.  Is there a specific reference to the
 5   stinger grenades in the crowd management manual?
 6        A.   Not in the management manual.
 7        Q.   Okay.  In any of the documents that you
 8   reviewed in preparation for your deposition here today,
 9   did you see any reference to the use of stinger
10   grenades?
11        A.   Not that I recall, no.
12        Q.   Okay.  In any of the document that you
13   reviewed in preparation for your deposition here today,
14   did you see any reference to the use of NFDDs, otherwise
15   known as flash bang grenades?
16        A.   Not that I recall.  No, ma'am.
17        Q.   Okay.  With respect to -- let's focus on
18   PepperBalls for a moment.
19        A.   Okay.
20        Q.   In what -- in what scenarios are officers
21   trained to use PepperBall guns?
22        A.   At -- the minimum amount of resistance would
23   be defensive resistance as defined by policy.  They can
24   use it for that, defensive resistance.  They can use it
25   to protect someone from an assault or another officer
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  unlawful assembly and -- announcements, if possible,
2  were given.
3       Q.   Okay.  So DPD policy and training is that any
4  dispersal of CS gas or chemical munitions would have to
5  be at the approval of the incident commander, correct?
6       A.   Minus emergency circumstances should someone's
7  safety be involved or something like that, yes, ma'am.
8       Q.   What are the emergency circumstances that the
9  DPD trains its officers on?
10      A.   Well, like, I'm -- you mentioned in your
11 scenario, if people are throwing things that can
12 seriously injure officers or other participants, they're
13 going to have to make a discretionary call if they can
14 prevent that from happening.
15      Q.   Okay.  So if somebody in a crowd is throwing
16 objects at an officer or at -- at -- towards the
17 skirmish line, the officers can decide in that situation
18 to use CS gas to disperse the entire crowd?
19           MS. HOFFMAN:  Objection.  Form.  You can
20      answer.
21      A.   Okay.  Again, I would say it would have to
22 depend on the type of object, the distance and -- and
23 who else would possibly be threatened by that object.
24      Q.   Well, let's -- does the DPD train its officers
25 on what to do with respect to the use of any less-lethal

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   an emergency circumstance under which officers may
 2   decide on their own to deploy PepperBall?
 3        A.   I don't know if we have a specific curriculum
 4   for water bottles, but officers on the street will use
 5   their judgment on whether that object can -- can cause
 6   harm to someone.
 7        Q.   Okay.
 8        A.   And whether they know that's a water bottle or
 9   a frozen water bottle or a rock, that's probably up to
10   the officer on the street who's making that designation.
11        Q.   Okay.  So there's no specific training on the
12   throwing of water bottles, right?  On how to use
13   PepperBall guns when there's a single person in a crowd
14   throwing water bottles?
15        A.   No.  We don't have a scenario that says
16   they're throwing water bottles.  We couldn't mimic every
17   scenario that was out there, ma'am.
18        Q.   Okay.  Does the DPD provide any specific
19   training to its officers on what to do when there is a
20   single person in a crowd throwing rocks -- a single
21   person in a crowd of peaceful protestors throwing rocks?
22        A.   Again, I'd say I already answered that.  I --
23   I told you, if -- if they can target that individual and
24   safely make them stop, and it's an emergency
25   circumstance, they could deploy on it.  There are
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  concerning the use of NFDDs?
 2       A.   Not to my knowledge, within those sections.
 3       Q.   Is there anything in those policies with
 4  respect to the use of stinger grenades?
 5       A.   Current policy does.  At that time, I don't
 6  believe that there was any -- anything specifically
 7  mentioned.
 8       Q.   Topic 4B concerns the city's training of its
 9  law enforcement officers in effect from May 2015 through
10  June 2020 relating to use of less-lethal weapons and
11  nonlethal force. Is the training that you've discussed
12  so far in this deposition, the training that the city
13  provided to its officers on those -- on less-lethal
14  weapons?
15       A.   Yes, ma'am.
16       Q.   Are you aware of any other training?
17       A.   That officers had prior to that?
18       Q.   Is the training that we've discussed so far in
19  this deposition, does that cover the training that the
20  city provided to its officers from May 2015 through
21  June 2020 relating to the use of less-lethal weapons and
22  nonlethal force?
23       A.   I took over the program in 2019.  In 2019, I
24  rewrote the curriculum to make it a standardized
25  curriculum.  Any curriculum prior to that would probably
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   that?
 2       A.   Yes, ma'am.
 3       Q.   Did you create this?
 4       A.   No.
 5       Q.   Okay.  Do you -- do you train officers on this
 6   PowerPoint?
 7       A.   No, I do not.
 8       Q.   Okay.  Do you know who created this?
 9       A.   I am not sure who the officer was that created
10   that.  You would have to go back to whoever the last
11   less-lethal coordinator was or who was doing that
12   instruction at that date, that 2008.
13       Q.   Were officers still trained using -- were --
14   the off -- were the off -- are officers still trained --
15   sorry.  Strike that.
16            As of June -- May and June 2020, were officers
17   still trained on the use of chemical agents OC pepper
18   spray consistent with this PowerPoint?
19       A.   Yes.
20       Q.   Okay.  So it hasn't been updated since 2008?
21       A.   It has been updated now, but up until that
22   point, it had not been updated, to my knowledge.
23       Q.   Okay.  So who -- you don't train officers on
24   this PowerPoint?
25       A.   No.  That was -- prior to me, the officer that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  was doing the taser instruction was also doing the OC.
2            He was an OC instructor as well.  Once I took
3  over this position, again, I started looking at all the
4  curriculum and all the less-lethal tools, and I started
5  figuring out what we needed to do to make sure that
6  Denver was going above and beyond.  I had not gotten
7  around to that, but that is actually trained in the
8  academy.  The
9  OC pepper spray is trained in the academy.
10       Q.   Okay.  So this PowerPoint really just covers
11  the -- the can -- the pepper spray that you -- that most
12  officers carry around, right, the can version?
13       A.   As far as I know.  I would have to look
14  through it again to see if it actually touches on the --
15  fogger -- on the fogger system.  But, again, the
16  instructor could have covered that when he was going
17  over OC in general.
18       Q.   But you can't -- you, as the city's witness,
19  you can't comment on what training was provided to
20  officers outside of whatever is written in this
21  PowerPoint?
22       A.   No, ma'am.
23       Q.   Okay.  Do you see this last slide here?  The
24  slide that's page Denver 334, it says, "Beyond Pepper
25  Spray"?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A.   Uh-huh.  Yes, ma'am.
 2      Q.   What -- what are these items? What is this one
 3 that looks like a ball grenade?
 4      A.   A handball CS is a blast ball grenade,
 5 basically.  So when the fuse deck goes off, that rubber
 6 will come apart and powder -- the powder form of CS will
 7 disperse.
 8      Q.   Are there little pellets in there?
 9      A.   Not that one, no.
10      Q.   Okay.  So it's different than a stinger
11 grenade, correct?
12      A.   Correct.  They -- made similar, but that does
13 not have the -- the rubber pellets.
14      Q.   What is the Triple-Chaser?
15      A.   A Triple-Chaser is a CS gas grenade that
16 basically is a pyrotechnic.  And after the fuse deck
17 goes off, the three of those -- the -- it's made in
18 three different parts.  Those three parts will separate
19 about 20 feet apart, and that pyrotechnic will disperse
20 that chemical munition.
21      Q.   Okay.  So this -- do you see this presenter
22 comment here?
23      A.   Yes, ma'am.
24      Q.   It says, "Post Section A099-03C."
25      A.   Yes, ma'am.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   What does that refer to?
 2        A.   I have no idea.
 3        Q.   Okay.  So the comment says, "These delivery" -
 4   - okay. The comment says, "These delivery systems might
 5   be utilized in the field.  Provide a very brief overview
 6   of their applications." Do you have any idea what the
 7   presenter is -- you know, tells officers during the
 8   presentation of this slide?
 9        A.   I do not.  No, ma'am.
10        Q.   Okay.  And you as the city's witness, can't
11   comment on what training the city provides with respect
12   to the items on this slide, correct?
13        A.   At that time, no.
14        Q.   Is there some other training that the city
15   provides to officers on the use of these weapons shown
16   on this slide?
17        A.   No.  When I talk about "at that time," we do
18   have curriculum now, but, no, ma'am, prior to that, I --
19             I am not aware of it.
20        Q.   Okay.  Are there any other PowerPoints that
21   you developed for the City of Denver on the use of
22   less-lethal weapons, other than the PepperBall course
23   and the 40-millimeter operator course?
24        A.   Currently or prior to George Floyd, ma'am?
25        Q.   Prior to George Floyd.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   crowd control scenario?
 2        A.   I would say it may represent the exposure to
 3   it.  I don't know if it represented the exact training
 4   because, again, I -- I don't know what other training
 5   was out there at that time.  But the instructor at that
 6   time may have put those on the slide to expose people to
 7   that and talk about what they were but not necessarily
 8   in an in-depth way.  You'd have to talk with the
 9   instructor who did the course.
10        Q.   Well, I'm not talking about at the time that
11   this slide was developed in 2008.  I'm talking about at
12   the time of the George Floyd protests.  What I'm trying
13   to understand is: Was there any training -- as of the
14   time of the George Floyd protests, was there any
15   training that the City of Denver provided to its
16   officers on the use of the Triple-Chaser in protests or
17   crowd control scenarios besides what's depicted on this
18   slide?
19        A.   I am unaware of any of the other training,
20   ma'am.
21        Q.   Okay.  Was there any training that the City of
22   Denver provided to its officers on the use of a fogger
23   in a crowd control or protest situation other than
24   what's represented on this slide?
25        A.   I -- again, I am unaware of any other training
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  other than that is an OC presentation, so I would
2  imagine the instructor went over the MK-9 since it is an
3  OC fogger.
4     Q.   But you don't know one way or another?
5     A.   No.
6     Q.   Okay.  The Handball CS down here?
7     A.   Yes, ma'am.
8     Q.   What -- what applications is that used in?
9     A.   It can be used in crowd control as well as in
10 a confined environment for a barricade to distribute
11 powder CS form.  Since it is not a pyrotechnic, it does
12 not burn, so it's safe to deploy indoors if you have to.
13    Q.   Was there any training that the City of Denver
14 provided to its officers on the use of the handball
15 other than what's represented on this slide, as of the
16 time of the George Floyd protests?
17    A.   Not to my knowledge, ma'am.
18    Q.   Are you aware of these items depicted on this
19 slide being used during the George Floyd protests?
20         MS. HOFFMAN:  Objection.  Outside the scope of
21    witness' designation.  You can answer.
22    Q.   You can answer.
23    A.   The Mark-9 fogger was, the Triple-Chaser, and
24 the Handball CS.  And the Mark-46s, I don't know if they
25 were used, but they were distributed.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS