

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## COURT REPORTERS

CIVIL ACTION NO. 1:20-CV-01878-RBJ

ELISABETH EPPS, ET AL.

V.

CITY AND COUNTY OF DENVER, ET AL.


DEPONENT:

CORPORAL RICHARD EBERHARTER


DATE:

August 24, 2021



a courtroom
powerhouse

✉ schedule@kentuckianareporters.com

☎ 877.808.5856  |  502.589.2273

www.kentuckianareporters.com

Exhibit 12

1  6, because there's been no evidence of that?

2      A.   Yes.  I -- I --

3          MS. HOFFMAN:  Objection.  Form.  Foundation.

4          You can answer.

5      A.   Yes.

6      Q.   What did you see?  I'm talking about Thursday,

7  May 28th at 8:30 p.m.  You saw rioters attempt to burn

8  down District 6?

9      A.   I don't recall if that was one of the

10 incidents --

11     Q.   Okay.

12     A.   -- when the -- when the protestors went to 6

13 and...

14     Q.   Why don't you tell me what you recall

15 happening at District 6 at 8:30 p.m. on Thursday, May

16 28th?

17     A.   I don't recall exactly which incident that

18 was, ma'am.

19     Q.   Okay.  You don't recall if there were rioters

20 who attempted to burn down District 6 on May 28, at

21 8:30 p.m., right?

22     A.   That's what I'm saying, at -- at that specific

23 time.

24     Q.   Do you recall being at District 6 on the

25 evening of May 28th?



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   To drop our equipment and -- or our vehicles,

2   I just -- I don't remember exactly which days and which

3   times you're specifically asking me about.

4    Q.   Well, you didn't complete any officer

5   statements than the one that you mentioned that you saw

6   before your deposition, right?

7        MS. HOFFMAN:  Objection.  Form.

8    A.   Correct.

9    Q.   Okay.  And you have no body-worn camera from

10   the protests, correct?

11   A.   Correct.

12   Q.   So now you cannot remember exactly what you're

13   doing -- what you were doing on each of the first four

14   or five days of the protests, correct?

15        MS. HOFFMAN:  Objection.  Form.

16   A.   Correct.

17   Q.   Okay.  Why didn't you fill out any officer

18   statements documenting your activities during the first

19   five days of the protest?

20   A.   Most of the time we didn't do anything.

21   Q.   You did not shoot any protestors with your

22   PepperBall gun?

23        MS. HOFFMAN:  Objection.  Form.  Foundation.

24   A.   Specifically, if I deployed PepperBall against

25   a suspect, he was placed in custody and -- and those

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      Q.   Okay.  Were you under the understanding that

 2   you did not have to complete an officer statement

 3   concerning your use of force on people during the

 4   protests?

 5      A.   Well, initially we didn't -- except for just

 6   putting the PepperBall down on the ground in front of

 7   the crowd, no.  We wouldn't require that.

 8      Q.   Okay.  Let me make sure I understand.

 9           So if you used your PepperBall in a way -- in

10   a -- in a -- in the area denial way where you weren't

11   shooting at somebody's body but shooting at the ground

12   in front of them, then you were not required to fill out

13   an officer statement documenting that use of force,

14   correct?

15      A.   Yes, my understanding.

16      Q.   Okay.  If you used your PepperBall gun to

17   shoot at somebody, were you required to fill out an

18   officer statement documenting that?

19      A.   If I -- if I arrested them and placed them in

20   custody, I would fill out all the paperwork.  But under

21   those circumstances, no.

22      Q.   Okay.  So if you shot at somebody using your

23   PepperBall gun, but you did not arrest them, you did not

24   need to fill out an officer statement, right?

25      A.   I did not do that.  That is correct.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

49

1     Q.  Well, I know you didn't do that because we

2  don't have any officer statements from you.

3     A.  Right.

4     Q.  I'm asking:  Were you required to?

5      MS. HOFFMAN:  Objection.  Form.

6     A.  Not at that time.

7     Q.  Okay.  And that was what was communicated to

8  you by your supervisors, correct?

9     A.  I just wasn't -- with everything that was

10  going on, that did not -- we did not have time to do

11  those.

12     Q.  Well, whether or not you had time to do it or

13  not, my question is:  At some point, did you learn from

14  anybody that you were required to document in either a

15  officer statement or a use of force statement, your use

16  of your PepperBall gun to shoot somebody?

17      MS. HOFFMAN:  Objection.  Form.

18     A.  Repeat the question.

19     Q.  You used the PepperBall gun during the first

20  five days of the protest to shoot people, right?

21     A.  Correct.

22     Q.  Okay.  You didn't document that in any officer

23  statement, right?

24     A.  Correct.

25     Q.  Why?



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1       A.   Most of -- most of my deployment of the

2   PepperBall was for area denial.  Parties that I deployed

3   that actually hit with PepperBalls, I hit in the lower

4   legs and that was enough to get them moving.  The

5   parties that I deployed PepperBall on that we were

6   allowed -- we were able to put in custody in, I did

7   statements on.

8       Q.   Okay.  So you've already testified that you

9   did officer statements on people who you arrested after

10  using force on them, right?

11      A.   Yes.

12      Q.   Okay.  And then if you used your PepperBall in

13  a form of area denial, you did not have to complete an

14  officer statement, right?

15      A.   I did not.

16      Q.   Okay.  And that's your understanding of DPD

17  policy, correct?

18      A.   Yes, at that time.

19      Q.   Okay.  But there were some instances in which

20  you shot at the body of a person using your PepperBall

21  gun, right?

22          MS. HOFFMAN:  Objection.  Foundation.

23      A.   Yes.

24      Q.   You did not document any of those uses of

25  force in an officer statement or any other document,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021
51

```
 1   correct?

 2        A.   Correct.

 3        Q.   Was that consistent with DPD policy?

 4        A.   I was under the understanding that there was a

 5   blanket use of force from the department on all of the

 6   chemical munitions that we were using at that time. That

 7   would --

 8        Q.   So -- and so this blanket use of force would

 9   be filled out by somebody in the command post, correct?

10        A.   I would assume, yes.

11        Q.   How would that -- how would the information

12   concerning your use of force get communicated to the

13   person in the command post to fill out a blanket use of

14   force statement?

15        A.   I don't know.

16        Q.   Well, did you -- after you shot somebody in

17   the body with your PepperBall gun, did you tell anybody:

18   Hey, I just shot this person.  He was throwing something

19   at me, or whatever the circumstance was; did you

20   communicate that information to somebody, so that it

21   could make its way into a blanket use of force

22   statement?

23             MS. HOFFMAN:  Objection.  Form.

24        A.   Most of the time I was -- we were directed

25   either by lieutenants or sergeants to either deny or --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   or target individuals that are throwing objects at us.

2   It -- I mean, it wasn't like we randomly deployed that.

3   We were under direction when we deployed it.

4         Q.   Can you answer the question that I asked you?

5         A.   Could you repeat it?

6           MS. WANG:  Okay.  Ms. Court Reporter, can you

7     read it back?

8              (REQUESTED PORTION READ BACK)

9         A.   I don't recall reporting it at the time.

10   BY MS. WANG:

11         Q.   If you had reported it, who would you have

12   reported it to?

13         A.   Our supervisors or Lieutenant Canino.

14         Q.   Were any of the sergeants on your team a

15   supervisor of you?

16         A.   Yes.

17         Q.   Was that Sergeant Martinez?

18         A.   Yes, but on the first night, he went to the

19   hospital with Technician Garcia.

20         Q.   On the other nights, was he one of your

21   supervisors?

22         A.   Yes.

23         Q.   Were there any other sergeants assigned to

24   your team?

25         A.   Sergeant Dodge was with us also.



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

53

1      Q.    Were there any other corporals on your team?

2      A.    No.

3      Q.    So during the first five days of the protests,

4  your understanding was that you did not have to document

5  in your own use of force or officer statement any use of

6  the PepperBall gun on a civilian other than if you

7  arrested them?

8      A.    Yes.

9            MS. HOFFMAN:  Objection.  Form.

10     Q.    That was consistent with your understanding of

11 DPD policy at the time, right?

12     A.    Yes.

13     Q.    And that was DPD's practice at the time,

14 correct?

15     A.    I believe so.

16     Q.    Why didn't you have -- did you have your

17 body-worn camera with you during the first five days of

18 the protest?

19     A.    No, I did not.

20     Q.    Why not?

21     A.    We stripped down our vest to -- for safety

22 reasons, and the camera sticks out on the front and we

23 just didn't put them on.

24     Q.    What do you mean you stripped down -- you

25 stripped down your what?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

55

1   have the camera on -- on you because it stuck out too

2   much?

3        A.   I didn't decide.  It was just -- we just

4   didn't take them with us at that time.

5        Q.   And when you say "we," who are you referring

6   to?

7        A.   Our team.

8        Q.   Okay.  So all the members of your team decided

9   not to put on their body-worn cameras?

10       A.   I don't think we decided that.  It just didn't

11   happen.

12       Q.   What's your understanding of what DPD policy

13   requires in terms of having SWAT officers turn on or use

14   their body-worn camera?

15       A.   Now, we use them all the time.  Our policy is

16   that any time we deploy, we activate them.

17       Q.   What was the policy at the time of the

18   protests?

19       A.   I -- the time of the -- at that time, I don't

20   know what the -- what the policy was.  I'm sure it was

21   very similar.  Why we didn't have our cameras on, we

22   just didn't take them with us.

23       Q.   Okay.  So do you know or -- or not what DPD

24   policy required at the time of the protests with regards

25   to whether SWAT officers had to have their body-worn

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

56

1    cameras on?

2         MS. HOFFMAN:  Objection.

3    A.   Our policy was a little different with our

4    tactical situations that we did not have to have them on

5    for certain tactical scenarios or situations.

6    Q.   Okay.  So your understanding of DPD policy at

7    the time was that SWAT officers who were engaged in

8    tactical operations did not need to have their body-worn

9    cameras on, right?

10   A.   Yes.

11   Q.   Okay.  But the policy required that if you

12   were engaged in more of a patrol function, you would

13   need to have your body-worn cameras with you and on?

14   A.   Yes.

15   Q.   Okay.  And you and the other members of your

16   team determined that this was a tactical operation?

17   A.   We did not determine that.  That was our

18   directed, what we do.

19   Q.   That was what?

20   A.   We were -- that's what we were directed to do.

21   We -- we don't -- we don't decide.

22   Q.   Okay.  You did not decide?

23   A.   Right.

24   Q.   Who decided for you?

25   A.   I do not know.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

57

1      Q.   Well, when you say "that's what we were
2  directed to do," do you mean you were directed not to
3  have your body-worn cameras with you and on?
4          MS. HOFFMAN:  Objection.  Form.
5      A.   As tactical officers at that time, we were not
6  required to have our body-worn cameras on during
7  tactical operations is what I'm saying.
8      Q.   Right.
9          And so what I'm asking you is:  Was your
10 policing of the protests where you're interacting with
11 civilians, was that a tactical operation?
12     A.   Absolutely.
13     Q.   Okay.  Who told you that?
14     A.   That's my job.  I know what tactical op --
15 that's what we are, tactical officers.
16     Q.   Okay.
17     A.   If we're deployed, we deploy tactically.
18     Q.   Okay.  So any time you were on duty, you were
19 engaged in a tactical operation?
20     A.   In -- that situation was a tactical operation
21 where we were being deployed.
22     Q.   Are there any situations in which you were
23 deployed in -- in a non-tactical way in which you would
24 have to have your body-worn cameras on?
25     A.   Not that I recall.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

58

1    Q.    Okay.  So do you have an understanding of what
2  the reason is that DPD provided body-worn cameras to its
3  officers some years ago?
4    A.    Repeat that.
5    Q.    Why do officers have body-worn cameras?
6    A.    To document citizen contacts.
7    Q.    Okay.  You had citizen contacts during the
8  protests, correct?
9    A.    Only the citizens I arrested.
10   Q.    And the ones who you shot with PepperBall guns
11  -- with your PepperBall gun, right?
12   A.    If I deployed --
13         MS. HOFFMAN:  Objection.  Foundation.
14   A.    -- if I deployed PepperBall on somebody and
15  arrested them, those are the citizens I contacted.
16   Q.    But you did shoot your PepperBall gun at
17  people who you didn't, then, arrest, right?
18   A.    Correct.
19   Q.    Okay.  So you don't consider that a contact?
20   A.    If I would have been able to contact them, it
21  would have been.
22   Q.    Meaning -- what do you mean by contact?
23   A.    Meaning, I'm not going to deploy PepperBall in
24  an area of denial and then go running into the crowd to
25  try and contact that party.  If I deployed it from our

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  line to deny them either throwing something at us or

2  picking something up to throw back at us or -- I mean,

3  just for officer safety, we're not going to run into the

4  -- into the -- that crowd to try and contact them.

5       Q.   Okay.  So is your understanding of the

6  body-worn camera policy that was in place at the time of

7  the protest for SWAT officers that as long as you did

8  not actually arrest somebody, you did not need to

9  capture that information on your body-worn camera?

10      A.   No, that is not my understanding.

11      Q.   Okay.  So you would agree with me that one of

12 the reasons why body-worn camera -- having police

13 officers wear body-worn cameras is important is to

14 document use of force, correct?

15           MS. HOFFMAN:  Objection.  Foundation.

16      A.   Yes.  I would agree with that.

17      Q.   Okay.  And so if you only used your PepperBall

18 gun on people who were throwing things at you and you

19 had your body-worn camera on, then we would be able to

20 verify that with the video, right?

21      A.   Yes.

22           MS. HOFFMAN:  Objection.  Form.  Foundation.

23      Q.   And if we don't have any video from you,

24 capturing your use of PepperBall gun, then we don't know

25 how it is and what the circumstances were under which

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

60

```
 1    you used your PepperBall gun on civilians, right?

 2          MS. HOFFMAN:  Objection.

 3      A.   Yes.

 4      Q.   Okay.  So was your understanding of DPD

 5    body-worn camera policy at the time of the protests that

 6    you did not need to have your body-worn camera on if you

 7    were shooting your PepperBall gun at a person as long as

 8    you did not, then, arrest them?

 9      A.   It -- our policy was, we didn't wear -- the

10    tactical officers did not wear their body-worn cameras

11    during tactical operations and this was a tactical

12    operation for us.

13      Q.   What made it tactical?

14      A.   The way that we deployed to assist the

15    skirmish lines in dealing with the protestors and the

16    rioters.

17      Q.   Okay.  So there were uses of force -- you used

18    force on civilians during certain incidents during the

19    first five days of the protests, right?

20      A.   Yes.

21      Q.   Okay.  Those are not captured by any body-worn

22    camera that was worn by you, right?

23      A.   Yes.

24      Q.   We have no way of verifying whether you're

25    telling the truth about how those uses of force went
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   down, right?

 2          MS. HOFFMAN:  Objection to form.

 3      A.   Right.

 4          MS. WANG:  Let's take a five-minute break.

 5          VIDEOGRAPHER:  Okay.  We're off the record at

 6      10:29 a.m.

 7              (OFF THE RECORD)

 8          VIDEOGRAPHER:  We are on the record at 10:37.

 9   BY MS. WANG:

10      Q.   You were required to have your body-worn

11   camera on when you were arresting people, right?

12          COURT REPORTER:  I'm sorry, ma'am.  Could you

13      repeat that?

14      Q.   You were -- you were required to have your

15   body-worn camera on when you were arresting people,

16   right?

17      A.   Not at that time, ma'am.

18      Q.   Okay.  So even during the time that you are

19   arresting somebody, during the protest, you were not

20   required to have your body-worn camera on?

21      A.   No.

22      Q.   Even though an arrest is a citizen contact?

23      A.   Yes.

24      Q.   That was your understanding of DPD policy?

25      A.   Yes.  I explained that.  In tactical



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

62

```
 1    operations we were not required, at that time, to wear
 2    our cameras.
 3         Q.   What's tactical about arresting somebody
 4    during a protest?
 5         A.   The job we were doing was a tactical
 6    operation.
 7         Q.   Why don't you tell me what a tactical
 8    operation is?
 9         A.   When they direct us on warrants or barricades,
10    things that we use specific -- specific tactics to use.
11    At that time we were not required to have our body-worns
12    on.
13         Q.   Okay.  So if somebody threw a rock at you
14    during a protest and you went and arrested them, like
15    that time that you arrested somebody for throwing a rock
16    at you when you were on your RDV or on the BearCat,
17    that's considered tactical?
18         A.   Our job at the time was, but the arrest
19    wasn't, and like I said, we did not have our cameras on.
20         Q.   Okay.  So -- is there somebody in the room
21    with you?
22         A.   No.
23         Q.   Are you in your office?
24         A.   No.
25         Q.   Where are you located?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

74

```
 1        A.   Yes.
 2        Q.   Sergeant Martinez was also present where you
 3   were, where -- with your team on Saturday, May 30th,
 4   correct?
 5        A.   Correct.
 6        Q.   Did you shoot any protestors or civilians with
 7   your PepperBall gun on Saturday, May 30th?
 8             MS. HOFFMAN:  Objection.  Foundation.
 9        A.   I -- I deployed it -- yes.
10        Q.   Did you shoot at the bodies of any protestors?
11        A.   I don't recall specifically.
12        Q.   Do you recall shooting at the ground in front
13   of protestors on Saturday, May 30th?
14        A.   Yes.
15        Q.   What were the circumstances?
16        A.   Either throwing objects or running towards CS
17   gas to throw it back at us, that aerial denial I was
18   talking about, keep them away from it.
19        Q.   When you were -- you were at the intersection
20   of Lincoln and Colfax on Saturday, May 30th, correct?
21        A.   Correct.
22        Q.   And you were standing behind the skirmish
23   line, correct?
24        A.   If my team was there, I was there, correct.
25        Q.   You weren't part of the skirmish line, were
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

75

1   you?

2       A.   No.

3       Q.   Do you recall Lieutenant Pine's team being

4   present?

5       A.   Yeah, not specifically at -- at that time but

6   if -- if the white Cat was with the black Cat, then

7   their team was with us, also.

8       Q.   Do you recall seeing a corporal from

9   Lieutenant Pine's team at the intersection of Lincoln

10  and Colfax on May 30th?

11      A.   Not specifically.  I mean, I saw Corporal

12  Sanger throughout the week.

13      Q.   Do you recall seeing Lieutenant Pine at that

14  intersection on that day?

15      A.   I mean, probably.  I don't know the specific

16  times that -- that we got together.  A lot of times we

17  were not together.  We would do one thing and they would

18  do another thing.  If something -- we -- we would merge

19  and come together at times, specifically at that -- the

20  incident you're talking about, I don't recall seeing

21  them.

22      Q.   On Saturday, May 30th, at the intersection of

23  Lincoln and Colfax, did you hand a gas canister to an

24  Aurora officer and tell him to throw it?

25      A.   No.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

76

```
 1        Q.   Is there any other officer that wears a
 2   uniform with M16 on it, on the sleeve?
 3        A.   No.
 4        Q.   You're the only one, right?
 5        A.   Yes.
 6        Q.   Do you recall handing anything to an Aurora
 7   police officer on Saturday, May 30th at the intersection
 8   of Lincoln and Colfax and telling him to throw it?
 9        A.   I do not recall that.
10        Q.   Did you watch any video depicting that?
11        A.   No.
12        Q.   You did not have body-worn camera on Saturday,
13   May 30th, either, correct?
14        A.   Correct.
15        Q.   You didn't wear one on any day during the
16   protests, right?
17        A.   Correct.
18        Q.   Even when you arrested people, correct?
19        A.   Correct.
20        Q.   And was that consistent with DPD policy in
21   your understanding?
22        A.   Yes, at that time.
23        Q.   Okay.  So because your -- your understanding
24   is that because you are a SWAT officer, even arrests
25   that you make during a protest are considered tactical
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

77

```
 1    and you do not have to wear a body-worn camera; is that
 2    right?
 3         A.   Correct, at the time.
 4         Q.   Was that information ever communicated to you
 5    by any of your supervisors?
 6         A.   No.  That was our -- our policy in the SWAT
 7    team at that time.
 8         Q.   Okay.  So was there ever a circumstance that
 9    you were required to wear a body-worn camera?
10         A.   Could you be more specific?
11         Q.   Well, you've testified that -- that as a SWAT
12    officer, any time you deploy, it's tactical, right?
13         A.   Yes.
14         Q.   Even if you're using force on a civilian,
15    right?
16         A.   Yes.
17         Q.   Even if you're making contact with a civilian
18    by arresting them, right?
19         A.   Depends on the contents of the capacity of our
20    job.
21         Q.   Any time you -- is it true or not that any
22    time you deploy, any time you're on duty as a SWAT
23    officer, you're engaged in a tactical operation?
24         A.   Yes.  In -- in the -- in the SWAT capacity.
25         Q.   Well, are you ever deployed in some other
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    capacity?

2         A.   No, not if -- not when I'm at work.

3         Q.   Right.  Because you're a SWAT officer, right?

4         A.   Yes.

5         Q.   Okay.

6         A.   Yes, ma'am.

7         Q.   Any time you are on duty and doing your job,

8    you're engaged in a tactical operation, right?

9         A.   No.  We -- like I explained, when we're doing

10   warrants and barricades and -- and these protests and

11   riots, we are used tactically and we did not use them.

12   If I was to make a traffic stop with a citizen, I would

13   have to -- I would be required to use my body-worn

14   camera.

15        Q.   Do you do traffic stops?

16        A.   No, ma'am.

17        Q.   That's not part of your job description,

18   right?

19        A.   I -- I'm just saying your -- I'm just telling

20   you the specifics of -- if I was to, the capacity you're

21   asking about, I would -- I would be required to use a

22   body-worn camera.

23        Q.   Let me -- let me ask it this way:  Is there

24   anything that you do in your job as a SWAT officer that

25   would require you to turn on your body-worn camera?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.    Now, yes.

2     Q.    At the time of the protests?

3     A.    No, not in a tactical situation.

4     Q.    And everything you did at the time of the

5 protests was tactical, right, because that is by nature

6 the definition of your job as a SWAT officer?

7     A.    Yes, ma'am.

8     Q.    So your understanding of DPD policy at the

9 time of the protests is that there is no circumstance

10 under which body-worn camera would be required to be on

11 for a SWAT officer?

12    A.    At that time we did not wear them.

13    Q.    Is -- and that was consistent with DPD policy?

14    A.    Yes, to my understanding.

15    Q.    I'm going to show you a video.

16          Can you see this?

17    A.    Yes, ma'am.

18    Q.    This is the body-worn camera of an Aurora

19 police -- Aurora Captain Steven Redfern.  It's Bates

20 stamped COABLM294.  I'm going to play it for a little

21 bit and then ask you a question.  This is starting at

22 19:09:25.

23          (VIDEO PLAYED)

24    Q.    I've paused it at 19:09:26.  I'm going to play

25 this a couple times and ask you if this person in the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021
80

```
 1   fatigues with the PepperBall gun is you.

 2             (VIDEO PLAYED)

 3        Q.   Was that you?

 4        A.   I cannot see any identifying -- do you have

 5   corporal stripes on my uniform there?

 6        Q.   That's what I got for this screen.

 7             You don't know?

 8        A.   I do not know.

 9        Q.   We've got it paused at 19:09:26.  Do you see

10   this person standing on the sidewalk with their hands

11   up?

12        A.   I see a hand sticking up, yeah.

13        Q.   My cursor is on this person?

14        A.   Yes.

15        Q.   Did you shoot that person with your PepperBall

16   gun?

17             MS. HOFFMAN:  Objection.  Foundation.

18        A.   I don't know if -- I can't even identify that

19   as being me.

20        Q.   I'm just asking you a question.

21             Did you shoot this person, that my cursor is

22   on?

23             MS. HOFFMAN:  Objection.  Foundation.

24        A.   I would say no without knowing that that is

25   me, and I don't know if I deployed against that person
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  or not.  If I...

2       Q.   Well, let me ask it this way.

3       A.   Do you have any more video that -- could I --

4  I can identify myself with?

5       Q.   Well, you weren't wearing your body-worn

6  camera video, so unfortunately we don't have your video

7  to watch.

8            MS. HOFFMAN:  Objection.  Form.

9       A.   What about the rest of the video there?

10      Q.   You were at the intersection of Lincoln and

11 Colfax at 7:00 p.m. on Saturday, May 30th, correct?

12      A.   Correct.

13      Q.   You had a PepperBall gun on that day, correct?

14      A.   Yes.

15      Q.   Did you shoot at a person who was standing on

16 the sidewalk with their hands up?

17      A.   I do not know.

18      Q.   Okay.  You have no independent recollection of

19 this; is that correct?

20      A.   No.  No.

21      Q.   I mean, is it -- is it correct that you have

22 no independent recollection of this?

23      A.   Yes.

24      Q.   Do you recall what the -- what the

25 circumstances were that you were deployed to the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    intersection of Lincoln and Colfax on Saturday, May

 2    30th?

 3         A.    Probably to support the skirmish line there.

 4         Q.    And what does it mean to support the skirmish

 5    line?

 6         A.    Like our tactical capacity to provide

 7    assistance to the officers on the skirmish line.

 8         Q.    And what does it mean to provide assistance to

 9    the officers on the skirmish line?

10         A.    If they need help, we're there to help them.

11         Q.    Need help doing what?

12         A.    Just add more bodies to the line.

13         Q.    How long were you at the intersection of

14    Lincoln and Colfax on Saturday, May 30th?

15         A.    I don't know.

16         Q.    You did not complete an officer statement for

17    the events of Saturday, May 30th, correct?

18         A.    Correct.

19         Q.    Why not?

20         A.    We didn't do statements for just deployments

21    like that.

22         Q.    Did you shoot at any protestors in the crowd

23    on Saturday, May 30th?

24         A.    If they were throwing objects at us, I

25    deployed at them.  If they were in the area of chemical
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   munition going off, I deployed around the chemical

 2   munition to keep them away from it.  I can't

 3   specifically remember incidents but, yes.

 4        Q.   And you didn't document any of this, right?

 5        A.   No.  No.

 6        Q.   All right.  I'm showing you again COABLM294.

 7   This is starting from the timestamp 19:08:55.  We're

 8   going to play it for a little bit, and then I'll ask you

 9   a question.

10             (VIDEO PLAYED)

11        Q.   Let me pause it at 19:09:00.

12             Do you see this officer with the three

13   chevrons here?

14        A.   Yes.

15        Q.   That's a SWAT sergeant, correct?

16        A.   Yes, ma'am.

17        Q.   Do you know who that is?

18        A.   Sergeant Martinez.  But I can't be for sure

19   but it looks like Sergeant Martinez.

20        Q.   Okay.  Let me continue playing it, and then

21   I'll ask you some more questions.

22             (VIDEO PLAYED)

23        Q.   Do you see this officer right here

24   (indicating)?

25        A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    north side of Colfax, at Colfax and Lincoln.
 2              MS. WANG:  All right.  Let's take a five-minute
 3         break.
 4              VIDEOGRAPHER:  We're off the record at 11:42.
 5               (OFF THE RECORD)
 6              VIDEOGRAPHER:  We're on the record at 11:54.
 7    BY MS. WANG:
 8         Q.   All right.  Corporal, I have another video
 9    that I'm going to share with you.
10              Can you see my screen?
11         A.   Yes, ma'am.
12         Q.   This is a video Bates stamped Denver 4976 from
13    Officer Altman.  We're going to play it at -- the
14    timestamp here in the corner is 5/31/2020, 1:08:24 a.m.
15    That's Greenwich Mean Time so that's six hours ahead of
16    Denver time, so this is actually Saturday, May 30th at
17    7:08 p.m. at the intersection of Lincoln and Colfax.
18              I will play it for a few seconds and then ask
19    you a question, okay?
20         A.   Okay.
21               (VIDEO PLAYED)
22         Q.   Okay.  I've paused at 1:08:45.  Do you see the
23    SWAT officer here with the two chevrons?
24         A.    Is that what those are?  Can you zoom in on
25    that if --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Can't zoom in.

2      A.    Oh.

3      Q.    I don't think.

4      A.    I can't clearly see them, but can -- can you

5   play it or is that all you have?

6      Q.    Well, I wanted to pause it.

7      A.    Did it get -- oh.

8      Q.    I'll play it a few times, okay, but what I see

9   is two chevrons on the right sleeve.

10           My question is:  Is this you?

11           So I'll go back, we'll start again at 1:08 --

12   we'll start it at 1:08:30.

13           (VIDEO PLAYED)

14     Q.    Okay.  I've paused it at 1:08:46.  There's a

15   clear view of this officer with the two chevrons.

16     A.    Yes, ma'am.

17     Q.    Is that you?

18     A.    Yes, ma'am.  If that's a corporal, it is --

19   that would be me.

20     Q.    Okay.  It's a corporal with a PepperBall gun.

21           I'm going to pull up another video.  All

22   right. Give me a moment while I pull up another video.

23           Okay.  I'm showing you Denver 5017, body-worn

24   camera of Officer Cunningham.  This is at -- the

25   timestamp is 1:08:28.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   shoot people in the face with PepperBall guns?

2       A.    No.

3       Q.    No?

4       A.    No.

5       Q.    Where are officers allowed to shoot?

6       A.    The chest area for deployment of the

7   PepperBall.

8       Q.    Okay.  Do you see any justification for the

9   deployment of PepperBall for shoot -- do you see any

10  justification for the shooting of this person with

11  PepperBalls?

12          MS. HOFFMAN:  Form.  Foundation.

13      A.    Yes, I -- I -- sorry.

14          I explained that with the objects being thrown

15  back at the skirmish line and those parties refusing to

16  move away from the skirmish line.

17      Q.    Okay.  So this person --

18      A.    I mean, your --

19      Q.    -- you didn't see this person throw anything,

20  right?

21      A.    No.

22      Q.    This person that's in the shorts with their

23  hands up on the sidewalk were -- was just standing there

24  on the sidewalk with their hands up, right?

25          MS. HOFFMAN:  Objection.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    Yes.

2      Q.    Okay.  And so you're saying there are people

3  somewhere behind this person who were throwing things at

4  the skirmish line, right?

5      A.    Yes, according to the video.

6      Q.    And from what you can see in the video, the

7  fact that there's other people standing somewhere in the

8  crowd, throwing objects at these -- at the skirmish line

9  means that officers can shoot this person who is

10  standing on the sidewalk with their hands up?

11         MS. HOFFMAN:   Objection.

12     A.    No, you asked me my opinion.  You asked for a

13  justification.  I am saying that with objects being

14  thrown back at the skirmish line is probably why they

15  deployed on him.

16     Q.    Okay.  So let me be more specific then.

17         Based on your training and understanding of

18  DPD policy, under your understanding of the training

19  you've been provided by the Denver Police Department and

20  the policies of the Denver Police Department, was the

21  shooting of this person standing on the sidewalk with

22  their hands up, under the circumstances depicted here in

23  this video, consistent with DPD policy and training?

24     A.    At the time --

25     Q.    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.    -- of this incident?

2           Probably within policy.

3     Q.    Okay.  And that includes shooting them in the

4     face, right?

5           MS. HOFFMAN:  Objection.  Form.  Foundation.

6     A.    No, the area of deployment is the -- the chest

7     area and lower body.

8     Q.    Okay.  So beside -- if -- other than the

9     shooting of the person in the face, shooting of this

10    person standing on the sidewalk with their hands up in

11    the chest, and if they're hit in the legs, would have

12    been consistent with DPD policy at the time?

13    A.    I believe so.

14    Q.    Okay.  And you would not expect any officer to

15    be disciplined for their use of PepperBall against this

16    person as depicted in this video?

17          MS. HOFFMAN:  Objection.  Foundation.

18    A.    I wouldn't have an answer to that.  I don't

19    know.

20    Q.    Okay.  Did you shoot that person standing on

21    the sidewalk with their hands up?

22    A.    I do not believe so, no.

23    Q.    You don't believe so?

24    A.    I mean, I -- I -- I didn't -- I don't recall

25    shooting that person on the corner.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   an order to move, but remained -- just remained standing

 2   there on the sidewalk with their hands up, it would have

 3   been withing DPD policy to shoot them because they

 4   disobeyed an order?

 5        MS. HOFFMAN:  Objection.

 6   A.   At that time --

 7   Q.   At that time.  The policy at the time.

 8   A.   I believe at that -- I think policy at the

 9   time for that passive resistance, probably.

10   Q.   Okay.  And it's not -- that wouldn't be within

11   policy today?

12   A.   No, ma'am.

13   Q.   What's the policy today?

14   A.   More active aggression.

15   Q.   Okay.  Meaning if -- if he had thrown

16   something?

17   A.   Yes.  So if he's in the act of active

18   aggression, then PepperBall would be deployed.

19   Q.   And when was the policy changed?

20   A.   Last summer after the protests.

21   Q.   There was a formal change to the written

22   policy?

23   A.   Yes, ma'am.

24   Q.   Do you know if the other officers who were in

25   that skirmish line at Lincoln and Colfax on May 30th, do
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

116

1  you know if any of them had Flash-Bangs?

2      A.   Just the Metro technicians have them and the

3  Metro supervisors.

4      Q.   And what's the -- what was the DPD policy at

5  the time as to when Flash-Bangs could be deployed?

6      A.   For SWAT technicians?

7      Q.   Yeah.

8      A.   Our policy, as long as you can clearly see

9  where you're deploying it, in exigent circumstances or

10 that we are allowed to deploy them.

11     Q.   And so, you -- you had said earlier that

12 Flash-Bangs are used for the purpose of diversion or

13 distraction so that you could accomplish some goal,

14 right?

15     A.   Yes, ma'am.

16     Q.   So give me an example of the kind of

17 circumstances in which you use Flash-Bangs.

18     A.   If you were going in a room with a hostage

19 taker or to do a hostage rescue and you were going

20 through the door, you would deploy a diversionary device

21 through the door.  It would detonate and hopefully give

22 you more of an element of surprise on the hostage taker.

23     Q.   Okay.  So do you receive any training on how

24 to use Flash-Bangs in a crowd control or protest

25 situation?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    No, ma'am.

2      Q.    All right.  And so how do you know how to use

3 them in a protest situation?

4      A.    Because when I deployed the diversionary

5 devices along with Technician Gruenther, we had a clear

6 view of where we were deploying them, which is what

7 we're supposed to.  We did not deploy them at any one

8 person.  We just put them out in the middle of the

9 street and used the noise and light to distract the

10 crowd on a rock pile at Colfax and Lincoln where 30 or

11 40 rioters were standing on a river rock bed, just --

12 and they were hammering the skirmish line at 16th -- or

13 Colfax and Lincoln.  And nobody had any more CS gas or

14 PepperBall.

15           There was no more munition, so Technician

16 Gruenther and I, along with Sergeant Dodge, we stepped

17 out of the line, deployed the diversionary devices right

18 in front of our skirmish line kind of in between us and

19 the rock throwers.  And then once the diversionary

20 devices went off, we moved the whole skirmish line and -

21 - and -- and took the rock pile.  The diversionary

22 devices worked very well in getting the -- the people

23 off of the rock pile and -- and away from it and then

24 the skirmish line went and took it.

25      Q.    All right.  And this is not -- this is the --

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

141

```
 1   just don't recall specifically where or when.
 2        Q.   The DPD operations manual doesn't provide --
 3   doesn't have anything about Sting-Balls in it, does it?
 4        A.   Not at that time it did not.
 5        Q.   Okay.  And the DPD crowd management manual did
 6   not have any provisions in it about Sting-Balls either,
 7   right?
 8        A.   I don't believe so.
 9        Q.   Did you receive any training prior to the
10   protests about use of Sting-Balls?
11        A.   Other than we were to -- we just knew how to
12   deploy them, you look before you deploy.  It's the same
13   as a diversionary device training.
14        Q.   Okay.  So, the DPD operations manual and the
15   crowd management manual at the time of the protests did
16   not have any provisions about Flash-Bangs either, right?
17        A.   Correct.
18        Q.   Okay.  And you received -- did not receive any
19   training on Sting-Balls that was specific to their use
20   in a protest or crowd control situation, right?
21        A.   That is correct.
22        Q.   The level of instruction you got on use of
23             Sting-Balls and Flash-Bangs was:  Look before
24   you throw, right?
25             MS. HOFFMAN:  Objection.  Form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORPORAL RICHARD EBERHARTER, taken on August 24, 2021

142

1       A.    And -- yeah, totality of the circumstances,

2   you need to -- to articulate why you would do that.

3       Q.    Where's that written down?

4       A.    It's not.  I'm -- I'm answering your question.

5   It's like it would be -- circumstances would dictate.

6       Q.    Okay.  I'm going to show you a picture.

7             Do you see this?

8       A.    Yes, ma'am.

9       Q.    It's Bates stamp Fitori 11044.

10            Are these the black Cats and white Cats that

11  you're -- you were talking about earlier?

12      A.    Yes, ma'am.

13      Q.    Okay.  All right.  One quick video, and then I

14  think that's it.

15            Can you see my screen?

16      A.    Yes, ma'am.

17      Q.    All right.  This is Denver 3890.  This is from

18  May 28th at about 7:08 p.m. at I25.  Do you see the

19  pedestrian bridge here?

20      A.    Yes, ma'am.

21      Q.    Okay.  And this is that little embankment,

22  slash, grassy area that we were talking about earlier,

23  right?

24      A.    Right.

25      Q.    Okay.  Who is this officer standing right in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com