

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# CASE NO. 1:20-cv-01878-RBJ

# ELISABETH EPPS, ET AL.

## V.

# CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

# SERGEANT MARCO MARTINEZ

## DATE:

## September 22, 2021



schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 14

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

21

```
 1   have formalized classroom setting, there's a test
 2   involved, and then the practical application.
 3        Q.   You specifically received training with
 4   respect to the use of flash bangs on protestors?
 5        A.   No.  I didn't -- I didn't state that.  I said
 6   we -- we have received the training in those three
 7   arenas, not specifically towards protestors.  There's --
 8   there was no specific training for specific protesting
 9   involved with those systems.
10        Q.   Okay.  So the training that you've received on
11   the use of PepperBall guns, 40 millimeters, and flash
12   bangs is with respect to their use generally?
13        A.   Correct.
14        Q.   Okay.  And so, as a member of the Metro/SWAT -
15   - and not -- that training was not specific to the use
16   of those weapons in the context of a protest or
17   demonstration?
18        A.   They were just used -- based on our use of
19   force policy.
20        Q.   Okay.  And so, as a member of Metro/SWAT,
21   you've had -- have you had occasion to use the
22   PepperBall gun before?
23        A.   Could you clarify what you're asking?
24        Q.   During the time that you've been on the
25   Metro/SWAT team, have you used the PepperBall gun?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Tactical situations.

2      Q.   Right. So, like, if you had a hostage

3    situation or you were trying serve a high-risk warrant,

4    something like that?

5      A.   Or we're trying to divert somebody's

6    attention.

7      Q.   Okay.  But you have not had any formal

8    training in the use of flash bangs in the context of a

9    protest or demonstration; is that correct?

10     A.   No.

11     Q.   Okay.  So you have had -- just -- I'm trying

12   to understand --

13     A.   Oh, excuse me.  That is correct.

14     Q.   Okay.  All right.  Thank you.

15     A.   Sorry.

16     Q.   No problem. And feel free to clarify at any

17   time, or if you need clarification from me for any of my

18   questions, just let me know, okay?

19     A.   All right.  Thanks.

20     Q.   With respect to the use of CS canisters or

21   other chemical munitions, have you received formal

22   training on how to use those?

23     A.   Yes, in the Metro/SWAT Bureau.

24     Q.   Right. And was the training that you received

25   on how to use CS canisters, was that focused on tactical



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

43

```
 1        Q.   Okay.  And so, you don't recall if you ever
 2   told any members of your team to put their body-worn
 3   camera on before that restraining order?
 4        A.   I don't -- I don't believe I did.
 5        Q.   Okay.  And so, your understanding of DPD
 6   policy and your training was that you did not need to
 7   have your body-worn cameras on during the protests,
 8   right?
 9        A.   Correct.
10             MS. HOFFMAN:  Object to form.
11        Q.   And why did -- why was this considered a
12   tactical operation?
13        A.   Because it wasn't a regular patrol function at
14   that point.  Some of the tactics we were having to
15   employ, as far as arrests, skirmish lines, things of
16   that nature wasn't like a pedestrian contact or a
17   traffic stop or things that were requiring you to
18   activate your body-worn camera at the time.
19        Q.   Okay.  So you mentioned a few things like
20   having a skirmish line and having an arrest team that
21   were not like pedestrian contacts, right?
22        A.   Correct.
23        Q.   Okay.  So if you had an arrest team that is
24   not a pedestrian contact for which you would have -- you
25   would be required to put on your body-worn camera?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    Q.   Well -- so what you're saying is that any kind

2    of interaction that you have with a citizen on the

3    street or in a traffic stop situation, you need to turn

4    your body-worn camera on, even if it's not an arrest,

5    right?

6    A.   Correct.

7    Q.   Okay.  And you don't have any understanding of

8    why that is the policy?

9    A.   I mean, I have an understanding in my belief,

10   they want to document those contacts, but I didn't write

11   the policy, so I can't testify to the exact

12   justification of it.

13   Q.   With respect to when you're engaging in a mass

14   arrest, when there's a number of people you are

15   arresting at the same time, DPD policy and training did

16   not require you to turn on your body-worn camera; is

17   that right?

18   A.   Yes.

19   Q.   And do you know why that was the policy?

20   A.   No.

21   Q.   You had mentioned earlier that another example

22   of a tactical situation in which you would not need to

23   turn on your body-worn camera is if you have skirmish

24   lines in a protest situation, right?

25   A.   No.  I said the whole totality of the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1            MS. HOFFMAN:  Objection.  Form.

 2       A.    Yes.

 3       Q.    And you were present during the protests when

 4  flash bangs were also used on crowds of protestors,

 5  right?

 6       A.    False.  No.

 7       Q.    You never used any flash bangs?

 8       A.    No.

 9       Q.    You never saw anybody use any flash bangs?

10       A.    No.

11       Q.    You never saw any Metro/SWAT officer use any

12  flash bangs?

13       A.    No.

14       Q.    Do you know if your Metro/SWAT officers had

15  flash bangs?

16       A.    During debriefs, I learned that they had used

17  flash bangs, and I wasn't present during those

18  incidents.

19       Q.    Okay.  So there were -- there were flash bangs

20  used during the protests.  You just weren't there?

21       A.    I believe it was either the first or second

22  night.  And like I stated, I was off the second night.

23  And the first night, I was at the hospital with one of

24  my injured officers.

25       Q.    So you -- during the time that you were on

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

54

1    duty during the protests, there were -- it's fair to say

2    that there were various forms of less lethal weapons

3    used on protestors, right?

4        A.   Yes.

5             MS. HOFFMAN:  Objection.  Foundation.

6        Q.   Okay.  And less lethal weapons are a form of

7    use of force, correct?

8        A.   Yes.

9        Q.   But DPD policy at the time, and your training

10   by the DPD, did not require you to -- did not require

11   you or any member of your team to have your body-worn

12   cameras on during any of those uses of force, right?

13       A.   Yes.

14       Q.   And that's because under DPD policy and

15   training, it was considered a tactical operation?

16       A.   Yes.

17       Q.   Are you aware of anybody in your unit who has

18   a different understanding of DPD policy than you do?

19       A.   No.

20       Q.   Are there any other forms of less lethal

21   weapons that the DPD Metro/SWAT Unit had during the

22   first week of the protest, other than the weapons that

23   I've mentioned, meaning PepperBall guns, 40-millimeter

24   launchers, and flash bangs, and CS canisters?

25       A.   Sting balls and smoke canisters.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

86

1   A.   We're -- we're back to the singular person

2  again, and that's not relevant in this situation because

3  it was coming from multiple people when I deployed CS

4  gas.

5   Q.   Okay.  So how many -- was there -- and so

6  there's no threshold -- you'd said earlier there's no

7  threshold number of people.

8       Under your understanding of your DPD policy

9  and training, there is no threshold number of people

10  that had to be throwing objects before you could use CS

11  gas to disperse everybody, right?

12   A.   Correct.

13   Q.   Okay.  It was just up to your judgment of what

14  was going on at the time; is that right?

15   A.   Correct.  Well, based on totality of the

16  situation.  If it was more appropriate to utilize the

17  PepperBall system or 40-millimeter system, then that

18  would be determined based on my judgment rather than CS

19  gas.

20   Q.   Under your understanding of DPD policy and

21  training, and your understanding of crowd control and

22  crowd -- crowd management tactics, is there any sort of

23  determination that you have to make about how many

24  people or what percentage of the people in the crowd is

25  being violent before you can use something like CS gas

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

87

```
 1    which disperses everybody?

 2         A.   I don't recall anything specific saying a

 3    threshold.

 4         Q.   Okay.  So there's -- there's -- based on your

 5    training, there's nothing -- no policy, no document

 6    within the DPD that says you have to make a

 7    determination -- commanding officer on the scene has to

 8    make a determination that there is a significant number

 9    of people in the crowd who are being disruptive or

10    violent before you can disperse them with CS gas?

11              MS. HOFFMAN:  Objection.  Form.

12         A.   To my knowledge, that -- that -- it doesn't

13    state that.  It doesn't also state that if I'm being

14    assaulted by one or multiple people that I can use any

15    type of less lethal munitions on that person or multiple

16    people.

17         Q.   It does state that?

18         A.   It does not.  So if I'm being assaulted on the

19    street by one or multiple people and I pull out my

20    canister of mace, it doesn't say I can only use it on

21    one person if there's a group of people attacking me.

22         Q.   Right.  But if there's a group of people

23    attacking you, if they're all involved in attacking you,

24    then you're allowed to use reasonable force to respond,

25    right?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

92

1  of situation that uses CS gas, is it?

2          MS. HOFFMAN:  Objection.  Form.

3      A.   CS gas is used for multiple situations.  If

4  it's a large-scale fight in LoDo, then CS gas may be

5  appropriate.

6      Q.   Okay.  But let -- let's just take your example

7  as given, which is let's say you are an officer, and

8  you're out on the street and you see somebody assaulting

9  another person, like, you don't whip out your CS gas,

10  right?  You whip out your taser or you draw your weapon

11  and you say stop what you're doing and then you -- you

12  aim your weapon at the person, the suspect who is

13  assaulting somebody else.  You don't just start throwing

14  CS gas, do you?

15      A.   Like I said --

16          MS. HOFFMAN:  Objection.  Form.

17      A.   -- there's multiple less lethal munitions that

18  we would utilize, and PepperBall would be one of them in

19  this situation.

20      Q.   Okay.  PepperBall you can direct at a person,

21  right?

22      A.   Which still expels gas into the environment

23  that would affect anybody else that wasn't doing what

24  they're intending to do.

25      Q.   Regardless, the actions that you and your team

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

93

```
 1   members took on Saturday, May 30th was completely
 2   consistent with DPD policy and training, correct?
 3        A.   Correct.
 4        Q.   Okay.  And so the use of CS gas on the crowd
 5   of thousand-plus protestors who were present was
 6   authorized by the incident commander, correct?
 7        A.   Correct.
 8        Q.   Okay.  And you wouldn't expect anybody to be
 9   disciplined for their use of less lethal weapons during
10   the time that you were present between 6:00 and 8:00
11   p.m. on Saturday, May 30th?
12             MS. HOFFMAN:  Objection.  Foundation.
13        A.   I do not -- based on what I saw, no, I do not
14   see the need for anybody to be disciplined.
15        Q.   If there is a protestor who was standing on
16   the sidewalk with their hands up, and they have not
17   received any orders to move back and there -- there have
18   been no announcements to the crowd to move back, is
19   there any reason to shoot that person with PepperBall?
20        A.   Based on that situation, no, but you're going
21   to have see the totality of the entire incident from
22   start to finish.
23        Q.   What else would you want to know?
24        A.   What they did prior to just standing there
25   with their hands up.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   But you can't even see their body or anything

2  to identify the front of their uniforms.

3     **Q.   Okay.  On Saturday, May 30th, did you see any**

4  **Aurora police officers throw my flash bangs?**

5     A.   No.  I don't -- I don't -- I didn't -- I don't

6  even know if they carry them.  I couldn't testify to

7  that.

8     **Q.   Right.  Did you see them with any PepperBall**

9  **guns?**

10     A.   I don't recall.

11     **Q.   Okay.  Do you recall getting any orders from**

12  **your lieutenant to throw CS canisters between 6:00 and**

13  **8:00 p.m. on Saturday, May 30th?**

14     A.   I -- I don't recall getting specific orders

15  after the initial order was allowed to deploy the CS

16  gas.

17     **Q.   Where did you go after you were hit with an**

18  **object on Saturday, May 30th?**

19     A.   So prior to pushing this crowd out of the

20  street?

21     **Q.   Yeah.**

22     A.   So -- because the -- the fact that we were

23  taking so many objects from multiple directions, we -- I

24  got a group of SWAT officers to go and push the crowd

25  from the capitol down towards that street where we were

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021
                                                                    103

1  going to do a complete push out of the -- out of -- off

2  of

3  Lincoln.

4       Q.   So you were going to push them, your -- were

5  you directed to push the crowd out of the park area

6  entirely?

7       A.   Yeah.  So we were -- we were going to flank

8  the skirmish line and push everybody down towards the

9  street and away from -- towards 14th and Lincoln.

10      Q.   What do you mean you "were going to flank the

11  skirmish line"?

12      A.   You go on the side of them.

13      Q.   Okay.  So the skirmish line was pushing south,

14  right?

15      A.   Right.

16      Q.   And then --

17      A.   And we were going to push from the top of the

18  park down west towards the skirmish line, that was

19  pushing south.

20      Q.   Let me pull up a map.

21      A.   So from the front of the capitol area, the

22  park area, the grassy area, we were moving them west

23  towards Lincoln Street.

24      Q.   Okay.  Do you see this Google Maps here?

25      A.   Yes.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

104

1    Q.   All right.  So we're looking at a --

2    A.   It clicked off.

3    Q.   Sorry.  Can you see this now?

4    A.   Yes.

5    Q.   It's a satellite view of Google Maps of the

6    state capitol area.  So there's a skirmish line going

7    across Colfax at Lincoln?

8    A.   Correct.

9    Q.   And you and your officers were -- were

10   generally behind the skirmish line, right?

11   A.   Correct.

12   Q.   And then at some point after curfew, the

13   protestors were pushed south, right?

14   A.   Correct.

15   Q.   So the skirmish line was walking forward,

16   right?

17   A.   Yes.

18   Q.   And then where did your unit of officers go?

19   A.   So in front of the capitol.  Nope.  Go east of

20   that.  There's that grassy area right there.  You just

21   had your pointer on it.

22   Q.   Okay.

23   A.   We went -- we went into that grassy area to

24   move the number of people that were in that park down

25   towards Lincoln Street and south.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Okay.  So we are -- so there's -- I'm putting

 2   my pointer on the capitol, and then there's a little bit

 3   of grassy area on the east side of the capitol by Grant

 4   Street.

 5        A.   No.

 6        Q.   And then --

 7        A.   It's on the west side of the capitol.

 8        Q.   Okay.

 9        A.   You just had your pointer on it.

10        Q.   Right now?

11        A.   That area, yep.

12        Q.   Okay.  That -- that's why I was confused.

13             Okay.  So on the west side of the capitol,

14   there's a large grassy area, correct?

15        A.   Correct.

16        Q.   And that's the grassy area right between the

17   capitol building itself and Lincoln Street, right?

18        A.   Yes.

19        Q.   Okay.  So you and your officers came onto this

20   grassy area?

21        A.   Yes.

22        Q.   Okay.  And I zoomed in.  Can you still see it?

23        A.   Yes.

24        Q.   All right.  So then where were you -- you were

25   -- did you form a line walking onto the grassy area or
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021
106

1   what?

2        A.   Yeah, so we formed a line walking through the

3   park and started pushing -- started the line to curve,

4   so that way it would push the people onto Lincoln Street

5   and away from where we were going to get rid of -- or

6   push them away from.

7        Q.   I see.  You wanted them away from the capitol

8   building?

9        A.   Correct.

10        Q.   Okay.  And then -- and then the skirmish line

11   of officers was continuing to push people south?

12        A.   Yes.  They were -- they were going to start.

13            So we started pushing them back onto Lincoln

14   Street, so the large skirmish line could push the large

15   number of people away from that area.

16        Q.   How did you go about pushing people on this

17   grassy area back on to Lincoln Street?

18        A.   By telling them to move back, to get out -- to

19   go onto Lincoln Street.

20        Q.   Did you use -- did you or members of your team

21   use less lethal weapons?

22        A.   Not as we were pushing the crowd back onto

23   Lincoln Street, but after -- once the decision was made

24   that the crowd push was going to start, then we utilized

25   some CS gas behind the crowd to make sure they dispersed

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021
107

1  from the area to the area we were providing them to go

2  into, which was 14th.

3      Q.   Okay.  And 14th is -- is the next street

4  south, right?

5      A.   Yes.

6      Q.   Okay.  So what do you mean you were utilizing

7  CS gas behind the crowd?

8      A.   So instead of throwing it into the crowd, we

9  threw it -- we threw it behind the crowd, so that way it

10  would have an effect as to disperse the crowd that was

11  becoming very violent and get them away from where we

12  were at.

13      Q.   Okay.  So I'm trying to understand what you

14  mean by behind, because I'm -- I'm presuming that this

15  crowd is on -- there's people on Lincoln Street and

16  there's people on the grassy area, right?

17      A.   Go to the back of the crowd.  We were

18  dispersing chemical munitions.

19      Q.   Okay.  And so, let's -- okay.  So here's my

20  cursor.  Let's assume there's a crowd of people in this

21  grassy hear right here.  When you're saying you're

22  throwing tear gas canisters to the back of the crowd,

23  I'm thinking of that as closer to 14th Street.

24      A.   Correct.  So behind them.

25      Q.   Okay.  Behind them.  So if you're trying to

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  move people towards 14th Street, south, why would you

2  throw tear -- tear gas -- why would you throw CS

3  canisters behind them, between them and 14th Street?

4      A.   Because when we were deploying CS gas in front

5  of them, it wasn't effective.  They were utilizing

6  weapons to conceal it.  They were throwing it back at

7  the officers, so it would give it time to get into --

8  enter the environment and have the desired effect as far

9  as moving them out of the area we needed to move them

10  from.

11      Q.   Let me just try to understand this.

12           You want them to go towards 14th Street, 14th

13  Avenue, correct?

14      A.   No.  We want them to disperse and leave the

15  area.

16      Q.   Right.  But there's a -- there's a skirmish

17  line between them -- you're -- you're trying to push

18  people in one direction; are you not?  Or you're not

19  trying to do that?

20      A.   We're just trying to disperse that crowd at

21  that point.

22      Q.   Okay.  But there is a skirmish line.  There is

23  a line of officers between the protestors and Colfax,

24  right?

25      A.   Yes.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021
                                                                        109

1          Q.   Okay.  So they can't go that way.  They can't

2     go north, right?  Because they're -- they're going to

3     encounter a line of officers, right?

4          A.   Yes.

5          Q.   Okay.  And you're -- you're coming with your

6     group of officers, sort of, around the grassy area,

7     right?

8               Between them and the capitol, correct?

9          A.   Correct.

10         Q.   So they can't go east, right, because you're

11    blocking that?

12         A.   Yes, because they could be behind us.

13         Q.   Right.  So they can't go north.  They can't go

14    east.  Is there another group of officers coming from

15    the park area blocking their -- their exit west?

16         A.   Not that I believe, but I don't recall.  We

17    were far from the west end of the park.

18         Q.   Okay.  So there's a line of officers north.

19              There's your group of officers on the east.

20    And then you throw tear gas canisters south of them,

21    right?

22         A.   Yes.

23         Q.   So then where are they supposed to go to

24    leave?

25         A.   West and south.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT MARCO MARTINEZ, taken on September 22, 2021

110

1      Q.   West.  Well, they can't go south because you

2  throw -- you're throwing tear gas canisters south of

3  them, behind them.  They can't go that way unless they

4  want to run into tear gas, right?

5            MS. HOFFMAN:  Objection.  Form.

6      A.   They were already in a tear gas environment.

7            I don't know what they were thinking.

8      Q.   Okay.  Is all of this that you're describing,

9  your use of tear gas canisters to -- to throwing the

10  tear gas cans south of them when you've got a line of

11  officers on the north and your group of officers on the

12  east, it's all consistent with DPD policy and training,

13  correct?

14     A.   Yes, because the officers were taking

15  projectiles why they were standing there while we were

16  performing this action.

17     Q.   Okay.  So even though you were throwing tear

18  gas canisters behind the protestors south of them, you

19  expected that they could still run that way to -- to go

20  away from the area?

21     A.   Yes, you can run through tear gas.  You can

22  walk through tear gas.

23     Q.   Right.  And you expected the protestors to do

24  that?

25     A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com