

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# KENTUCKIANA
## COURT REPORTERS

CIVIL ACTION NO. 1:20-CV-01878-RBJ

(CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

ELISABETH EPPS, ET AL.

V.

CITY AND COUNTY OF DENVER, ET AL.


DEPONENT:

SERGEANT ERIC KNUTSON


DATE:

OCTOBER 12, 2021



a courtroom
powerhouse

✉ schedule@kentuckianareporters.com

☎ 877.808.5846 | 502.589.2273

www.kentuckianareporters.com

Exhibit 15

1  4A?

2        A    No, ma'am.

3        Q    Okay.

4        A    Yes.  That's it.

5        Q    With -- with respect to topic 4C, the

6   body-worn camera policy, is there anything other than

7   the policy itself, which is in the operations manual at

8   section 119.04, is there any training material that's

9   provided to officers on the body-worn camera policy,

10  other than what's in the policy itself?

11       A    There was -- when the body-worn cameras were

12  sent out, there was training on how to operate those

13  body-worn cameras when that was sent out in -- I -- I --

14  2015 when the body-worn cameras first came out.  And

15  then when version two came out, there was training

16  material on that, as well, that was provided by TESU,

17  technological equipment support unit that had

18  information on that.  I didn't review that information,

19  but I do know that there was information that came out

20  for the officers when that came out, as well.

21       Q    So was that just about technical issues,

22  concerning how to turn it on and turn it off or in --

23  and what different modes were?  Is that what that

24  training material --

25       A    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q    -- was about?

2      A    Yeah.  And if I -- if -- if memory serves, it

3  also went over this same information from the operations

4  manual telling officers when they should be turning them

5  on and off, and then walking them through how to do

6  that.  Having gone through that training in 2015 and I

7  believe in 2018 when the new one came out, that's what

8  it was.  So there shouldn't have been anything in there

9  that was extra.

10      Q    Okay.  So there is -- there is written

11  documentation of that.  There's -- there's written

12  training materials on that?

13          MS. HOFFMAN:  Objection.  Form.

14      Q    And -- and let me put it this way, Sergeant,

15  and this has nothing -- you -- you're doing fine.  We

16  were produced from the city, no documents relating to

17  training provided to officers on the body-worn camera

18  policy, okay?  The only thing we have is the policy

19  itself -- itself, which is in the operations manual.

20  And I'm just trying to understand right now, if there

21  are other written material that we need to get from the

22  city before we can continue with this deposition?

23      A    I see.  And what I'm doing real quick, and

24  just so you're aware, is I'm going through that -- that

25  document, and it's just the body-worn camera

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  information.  I can say that there -- there is -- there
2  does exist a PowerPoint that was presented to officers
3  that you do not have.  I will also say, however, that
4  that document or that PowerPoint was a recap of the
5  operations manual, and as you said, technical
6  information about the docking stations, how to use it
7  and those kind of things, mostly technical stuff.
8          Q    Okay.  Let me close out this -- this issue
9  about documents we've received.  On topic 4D, which is
10 about training on use of force reporting, we -- the only
11 thing that we received in discovery from the city on
12 this topic was what's in the -- the policy itself, which
13 is in the operations manual at section 105.03.  We
14 didn't get any sort of PowerPoints -- you know, unlike
15 with crowd control and crowd management, there's a few
16 PowerPoints that have some discussion in there, which I
17 flashed up on the screen earlier.  With respect to topic
18 4D, we have not received any such things.  So my
19 question to you is, is there training that's provided to
20 officers in the form of written material on use of force
21 reporting, other than what's in the operations manual
22 itself as the policy?
23          MS. HOFFMAN:  Objection.  Form.
24      Q    You can answer.
25      A    So there was a -- I'm -- you have a 100

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

25

1   percent to be very clear and direct.  You're asking

2   something, and that's -- the answer is, yes, there is

3   something else that exists.  We have use of force policy

4   training.  When 2018 -- I believe it was 2018, that we

5   updated our use of force policy, and there was a

6   training course that included in -- was included in

7   that.  And it was essentially going through the changes

8   to of our use of force policy and that was an eight-hour

9   training course that was provided to officers for that.

10      Q   Okay.  So let me be clear.  The specific topic

11  is about reporting use of force.

12      A   Okay.

13      Q   Not use of force in and of itself --

14      A   Okay.

15      Q   -- although that's obviously related.

16      A   Okay.  I'm sorry.

17      Q   But it's -- it's -- and let me just show it on

18  the screen, topic 4C is documentation of uses of force,

19  so reporting on use of force.  And there's a specific

20  subsection of the manual, operations manual 105.03, that

21  addresses how and when officers are to report their use

22  of force, and then it talks about the supervisor

23  coversheet, and all that stuff.  So that's my question.

24  Is there a specific -- is there written training

25  material on that topic?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC  KNUTSON, taken on October 12, 2021
26

```
 1        A     No.  That's -- not that is over and above the

 2   operations manual.  No.  There isn't.

 3        Q     Okay.

 4        A     I apologize for the confusion.

 5        Q     No problem.  Thank you very much.

 6             MS. WANG:  Can we go off the record for a

 7       moment?

 8             VIDEOGRAPHER:  We're going off the record.

 9               (OFF THE RECORD)

10             VIDEOGRAPHER:  We're back on the record.

11   BY MS. WANG:

12        Q     So, Sergeant Knutson, you were just explaining

13   -- you were correcting some of your earlier testimony --

14        A     Yes, ma'am.

15        Q     -- about on that one-page document that said,

16   eight-hour course.  Could you explain what you were

17   saying?

18        A     So, I did provide a course to -- and -- and

19   just as having to do with missing documents.  I did

20   teach a course to officers in 2019.  I did not see the

21   course in here.  And the reason that that course isn't

22   in here because I taught that course off of that

23   supervisor training document.  So there was a course

24   provided to officers -- the discussion, but it was the

25   same document, the same schedule for all intents and
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  purposes just focused on them.  So I wanted to make

2  clear, you're not missing information as far as the

3  training we provide.  There is just a course that ties

4  in with that leadership course.  So I wanted to correct

5  myself from that and apologize.

6       Q    Okay.  Thank you for that.  And, then, just to

7  close out this topic, on the topic of body-worn camera

8  and training officers on the body-worn camera policy, is

9  there -- can you -- can you describe what exactly is in

10  those training materials?

11       A    The -- so the training materials and -- so the

12  intent of the training when we receive the cameras was

13  to familiarize the officers with the pieces of

14  equipment, and how to operate the pieces of equipment,

15  and go over the operations manual.  So, again, that --

16  that training material would have been a recap of the

17  operations manual at the time, and then how to operate

18  the equipment.  So there weren't -- again, from -- from

19  memory, there weren't videos or anything like that.

20  There weren't anything -- anything extra.  It was a

21  training that was provided going over the operations

22  manual and how to operate the equipment.

23       Q    Okay.  And, then, was what training material

24  created by you or somebody at DPD?

25       A    Yes.  It was a DPD technological or technology

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  equipment services unit, TESU.  And I've probably even

2  said their -- their unit wrong, but it's TESU who

3  provided that training.  They're the ones that got the

4  equipment.  They're the ones that are responsible for

5  that equipment, and they also provided the training.

6      Q    Okay.  And does -- does it simply -- do those

7  training materials recount what is in the operations

8  manual concerning the body-worn camera policy?

9      A    Yes.

10     Q    Okay.  Does it contain anything different than

11 what's in the operations manual?

12     A    No.

13     Q    Okay.  All right.  So let's go back to topic

14 4A, then, which concerns crowd control, crowd

15 management?

16          MS. HOFFMAN:  Liz, sorry.  Can we just go off

17 record for one second just to -- to close out the

18 missing record issue?

19          MS. WANG:  Sure.

20           (OFF THE RECORD)

21          MS. WANG:  Okay.  Are we back on the

22           record?VIDEOGRAPHER:  We are on the record.

23 BY MS. WANG:

24     Q    Okay.  So let's talk about topic 4A.  The --

25 the PowerPoint regarding crowd control recruit training,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    Q    Okay.  Why is it that -- why is it that CS
2    munitions are deployed only after incident commander
3    approval?
4    A    Because they are indiscriminate.
5    Q    Right.  So they are only to be used after an
6    unlawful assembly has been declared and everybody has
7    been ordered to disperse, correct?
8    A    That's the -- the training that we provide is
9    that after incident commander approval.  And the
10   training that I provide says that what happens -- what
11   normally happens is, this is the crowd behavior.  This
12   is what we'll see.  That information gets passed to the
13   incident commander.  Incident commander confirms an
14   unlawful assembly, and at that point in time, gives the
15   okay to deploy gas.  That is our training.
16   Q    Why is it that an unlawful assembly has to be
17   declared before CS gas is used?
18   A    Again, because it's indiscriminate.  We don't
19   want just anyone deciding that this crowd has to be
20   dispersed, and we're going to do this.  I will say that
21   things like the PepperBall are a little bit different in
22   that -- and maybe I'm getting -- getting off topic here
23   a little bit.  But with the PepperBall, we can actually
24   lay a line to let the crowd know area denial, if you
25   will, which goes into this idea of area saturation.  But

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC KNUTSON, taken on October 12, 2021

49

1    area denial, letting a crowd know, just don't go past

2    here.  So those kind of things are utilized for that,

3    and to deny access to things.  We'd like to be able to

4    give warnings, as well, to the crowd and that kind of

5    thing.  But there have been incidents over the years,

6    that we have not been able to provide that as far as the

7    PepperBall goes.  But to go back to your question about

8    that CS, yes, that is correct.

9        Q    Is there anything in this PowerPoint, or the

10   other ones that I showed you earlier, that instruct

11   supervisors or leaders in the department to -- to make

12   sure that they give dispersal orders or warnings to the

13   crowd before they use less-lethal weapons or CS gas?

14       A    Yes.  There should be information in there

15   about -- let me -- let me think.  Can you re-ask the

16   question?  I apologize.

17       Q    Before CS gas is used on a crowd there needs

18   to be two things, right, an unlawful assembly has to

19   have been declared by the incident commander, and then

20   warnings have to be given to the crowd before the gas is

21   used, right?

22       A    Maybe, maybe not.  So there's no training as

23   far as that goes that -- that it has to be -- that it

24   has to be -- warnings given.  As I said, in a perfect

25   world that -- that happens.  The crowd is slowly

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC KNUTSON, taken on October 12, 2021

50

1   becoming more violent or slowly starting to escalate and

2   those kind of things and allow us time to do that.

3   However, there may be circumstance where that doesn't

4   happen.  So we don't include it in the training that

5   this is what must happen.  However, everyone understands

6   that declaring unlawful assembly, every one of our

7   command officers that -- that are here, understands the

8   declaration of unlawful assembly, warnings given, and

9   then gas to send them away.  We also include in the

10  training that may be appropriate for officers to line up

11  and show force in order to let the crowd know, this is

12  your time to leave and to get that point across as well.

13  And as I said, that's the perfect world.  If individuals

14  are setting fires to buildings, if we have people that

15  are seriously -- being seriously assaulted, those kind

16  of circumstances, that public safety may make it

17  necessary that we declare an unlawful assembly.  And

18  while we're giving dispersal orders, we are marching and

19  dispersing the crowd.  So there may be circumstances

20  like that.  So that's --

21       Q    Is there any --

22       A    -- why we -- we don't include this, this must

23  happen in this order necessarily.

24       Q    Okay.  So there's no -- there's no training

25  that's provided to supervisors telling them that they

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 **have to give dispersal orders or warnings before**

2 **less-lethal weapons or CS gas is used on a crowd?**

3      A    I think that's correct.  Yes.  Yes.  I don't

4 think we -- we provide direction on that just because of

5 that -- those circumstances where those things happen.

6 Again, we do discuss that normally this is what we want.

7 And so that is part of discussion, that we want to and

8 we go back to, think about our crowd, think about the

9 people there.  We sometimes have people in these crowds

10 that have children with them.  We want to get those

11 peaceful protestors out of there, and protect them, and

12 for their safety. And so we want to declare -- and

13 here's what the training is the incident commander will

14 declare unlawful assembly.  We want to then -- and so we

15 want to go through these steps and give this crowd an

16 opportunity, the peaceful protestors, whatever --

17 whoever is still left in there an opportunity to leave.

18      Q    Okay.  When is -- is there training provided

19 **to DPD officers or supervisors on the contents of the**

20 **crowd management manual?**

21      A    Just the manual itself is provided to all

22 officers when they come through the training, and when

23 they -- when they go out for large scale events for the

24 Democratic National Convention.  And since then -- oh, I

25 will say that the crowd control manual, when it is

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC  KNUTSON, taken on October 12, 2021

52

```
 1  updated, is pushed out on PowerDMS.  And all officers

 2  have to review the manual and sign off on it.

 3       Q    Okay.  So let me -- there's -- there's these

 4  PowerPoints that we've -- we've looked at.  One for

 5  officers that's geared towards recruits.  One for

 6  leadership, and there -- there is the same or similar

 7  slides in both; you would agree?  Right?

 8       A    Yes.

 9       Q    Okay.  And then is crowd management manual, is

10  the -- are the contents of the crowd management manual

11  discussed during those trainings?

12       A    No.  No.

13       Q    Okay.

14       A    The crowd --

15       Q    So --

16       A    The crowd control manual -- I'm sorry.  Your

17  question.

18       Q    Sorry. The crowd management manual, and let me

19  just put it up on the screen so we're all talking about

20  the same thing.  I'm talking about this.  Do you see

21  Denver 1755 to 1798?  Okay.  Do you see that?

22       A    Yes.  Yes.  I do.

23       Q    Okay.  This one is revised February 13, 2019.

24  So this manual is not -- is -- when is this provided to

25  officers?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 286-13   filed 02/11/22   USDC Colorado   pg 14 of 22
The Deposition of SERGEANT ERIC KNUTSON, taken on October 12, 2021

53

1           A      So when it was revised in February 13 of 2019,

2   was sent down to the -- the unit that was responsible

3   for disseminating that information, not data analysis,

4   but the unit will put it out onto PowerDMS, and send

5   that out to all officers for them to review and to sign

6   off that they received it.

7           Q      What's PowerDMS?

8           A      PowerDMS, that is our document sharing

9   program.  Any time our operations manual is updated or

10  anything like that, all changes get sent out to all

11  officers.

12          Q      Okay.  So it's sent out to them, and then they

13  check it in their e-mail or through some sort of --

14          A      They actually sign on to PowerDMS.  It's an

15  application, and so they get an e-mail notification that

16  that's on there.  They then go to PowerDMS.  They then

17  review the information, and then sign off that they have

18  refused -- that they received and reviewed the

19  information.

20          Q      Okay.  So they need to log in and then open

21  the document?

22          A      Yes.  Scan the document and then sign off.

23          Q      Okay.  Other than -- than -- so any time the

24  Manual -- the crowd management manual or the operations

25  manual is updated or revised, that is shared with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1      A     Uh-huh.

 2      Q     Right here.  Correct?

 3      A     Yep.

 4      Q     Okay.  So, as far as use of force reporting

 5   goes, this is the training right here, this slide,

 6   Denver 818.  This is what's -- what is provided -- the

 7   training that's provided to recruits on this topic,

 8   correct?

 9      A     Yes, it is.

10      Q     Okay.  And the Denver operations manual,

11   section 105.03 on use of force reporting does not

12   specifically say anything, about use of force reporting

13   in a protest, crowd control or crowd management

14   situation, correct?

15          MS. HOFFMAN:  Objection.  Form.  Foundation.

16          You can answer.

17      A     I -- I assume so, yes.  Yes.  No.  There's

18   nothing that I'm aware of.  That's correct.

19      Q     Okay.  Is -- other than what's on this slide,

20   Denver 818, is there any other training that is provided

21   to officers or supervisors -- and this is the same slide

22   as what was provided in the supervisor training,

23   correct?

24      A     Yes, ma'am.

25      Q     Okay.  So, other than what is on this slide,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC KNUTSON, taken on October 12, 2021
65

1  during a protest, right?  I mean, they have an
2  understanding --
3      A     That is inaccurate.  No.  They have to -- they
4  have to report -- every round that leaves that gun
5  they're responsible for.  So, if I'm targeting -- I'm a
6  PepperBall officer.  I target an individual.  I fire the
7  PepperBall four times at that individual.  They fade off
8  into the crowd.  I am going to be responsible for
9  remembering that, what the hundred block was, what the
10  actions were of the individual, as it says here.  And
11  then what -- what the individual did, turned around and
12  ran away, was unable to take into custody, and those
13  kind of things. So, no, the training is that every one
14  of those incidents will have to be captured.  And
15  similarly --
16      Q     In a separate report?
17      A     -- for our individual officers, the same
18  thing.  Anytime they use any force, they have to
19  remember where and when that force was used, how it was
20  used, what the description was, what to the behavior was
21  of the individual, and that information has to be
22  captured.
23      Q     On their separate individual reports?
24      A     Either separate or, as this says, on a blanket
25  report per squad.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q    Well --

2        A    Depending on the circumstances, if it's a

3   small -- a small protest that has 50 people or something

4   along those lines, and there is marching that occurs or

5   something along those lines where we're having to show

6   force, we may have had to put baton on a couple of

7   people and push them back, or we had a PepperBall

8   officer that directed something at an individual in that

9   crowd, that may land on a blanket report.

10       Q    Let me be clear.  On this slide that's Bates

11  stamped Denver 818, this is the training that is

12  provided to recruits and to supervisors, on what use --

13  use of force reporting they need to do when they are in

14  a crowd control or protest situation, correct?

15       A    Correct.

16       Q    Okay.

17       A    And --

18       Q    Are you -- go ahead.

19       A    So -- so -- and so maybe we're getting

20  sideways in that you're now talking about PepperBall,

21  and PepperBall training and 40-millimeter training we --

22  is also captured that they have to make sure that

23  they're capturing this as well.  So this -- the intent

24  of this is not for the PepperBall and 40-millimeter

25  officers.  This is the intent for the recruits, for the

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   supervisors, and for everyone that's out there, making

 2   sure that they understand that force has to be

 3   documented.

 4        Q    Okay.  So you're telling me that there is

 5   specific training, there is a slide or specific

 6   documentation in the training materials for 40-

 7   millimeter and PepperBall that tells officers, if you

 8   shoot somebody with a PepperBall or a 40-millimeter

 9   launcher, you need to specifically write your own use of

10   force statement --

11        A    No.  I did not.

12        Q    -- about that?  Okay.

13             There's not, right?

14        A    No.  That's not correct.

15             MS. HOFFMAN:  Objection.  Form.  Argumentative.

16        Q    There is no such training in those

17   PowerPoints, correct?

18        A    No.  And to be specific, you said that they

19   have to complete their own report, that they're -- that

20   they are required to complete their own separate report.

21             There is not that in there.  Again, depending

22   on the circumstances, that use may wind up on a blanket

23   use of force depending on the circumstances, and so does

24   that make that clear?

25        Q    Yes.  Okay.  So, all you're saying is that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC  KNUTSON, taken on October 12, 2021

69

```
 1        argumentative.

 2        A     So the -- the question, again, do I know why

 3   that might have happened or why officers reported force

 4   after -- after the event?  And so, the training here is

 5   that the use of force reporting happens after the event

 6   for a blanket use of force.  I -- it's not for a day or

 7   anything like that.  I do not have any specific

 8   information about why that might have happened or what

 9   the circumstances were.  I was not there.  However, I

10   can picture if our officers are being deployed for 18

11   hours, 16 hours at a time and those kind of things, they

12   have to have enough downtime to refresh their batteries

13   and come back the next day. So, it may be some time

14   before an officer has the wherewithal and the ability to

15   complete that report.  And so, that's from a personal

16   standpoint what I can picture occurring depending on the

17   circumstances.

18        Q    Are you aware that -- strike that.  Let's talk

19   about the body-worn camera policy.  There are no

20   training materials provided to officers on the body-worn

21   camera policy, other than what -- the policy itself, and

22   the operations manual, and the material you described

23   earlier, which explains to officers how to use their

24   body-worn camera and repeats what's in the operation

25   manual, correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC KNUTSON, taken on October 12, 2021

70

```
 1        A    Correct.

 2             MS. HOFFMAN:  Objection.  Form.  You can

 3        answer.

 4        Q    Okay.  The body-worn camera policy and the

 5   training materials that DPD provides to its officers on

 6   the body-worn camera policy, do not specifically

 7   instruct officers on when they are to turn on their

 8   body-worn cameras during protests, correct?

 9        A    There's no specific information on when they

10   are to turn their cameras on for protests.  The -- the

11   policy is that -- has been very clear of when the

12   officers should be turning on their body-worn cameras.

13        Q    And when are officers supposed to be turning

14   on their body-worn cameras?

15        A    Anytime they're taking enforcement activity.

16        Q    And that would include -- how would that apply

17   to a protest situation?

18        A    And so, if they are standing on a line,

19   nothing's happening, and we're just blocking traffic for

20   people to go by, may not need the camera whatsoever.  If

21   they are dealing with a crowd that is violent, and that

22   they are having to -- or even leaning towards that way,

23   we have people that are approaching the line or anything

24   like that, our policy is that the body-worn camera would

25   be turned on at that time.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC  KNUTSON, taken on October 12, 2021

71

1    Q    If officers are -- sorry.

2    A    Sorry.

3    Q    Go ahead.

4    A    That's the policy.  That is the policy.  So,

5    again, it's just police work, nothing changes.

6    Q    Okay.  So if officers are using tear gas on a

7    crowd, on a bunch of protestors, or shooting

8    40-millimeter launchers, or throwing flash bangs, or

9    shooting PepperBalls into a crowd, those are all

10   circumstances under which they should have their

11   body-worn cameras on?

12        MS. HOFFMAN:  Objection.  Form.  You can

13    answer.

14    A    Okay.  So flash bangs, let me go to -- to

15   that.  Flash bangs aren't used by anyone except for SWAT

16   and SWAT policy is, is that if they are utilizing their

17   specific tactics, that they don't have to turn on their

18   body-worn cameras.  And so they have that policy for

19   them.  So for flash bangs, no, that's -- that's not the

20   case.  That's not accurate.  For the PepperBall and

21   those other things, that is usual training for those

22   officers.  They've only been trained on, turn this on.

23   So, yes, you are correct in those other circumstances.

24   Does that make sense?

25    Q    Okay.  So if officers, other than SWAT

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of SERGEANT ERIC KNUTSON, taken on October 12, 2021
77

1   receive the training of what the policy is and how to

2   operate the BWCs.  So it's the training --

3       Q    Right.  But the policy -- they're -- they're

4   trained on the policy, and the policy is in the

5   operations manual, correct?

6       A    Yes, ma'am.  Yes.

7       Q    Okay.  But the policy is different as to

8   Metro SWAT officers than to other officers, right?

9       A    In just that one area, yes.  If they're --

10  they're tactical operation, if they are handling things

11  as just a patrol officer like a traffic stop, or a

12  suspicious party stop.  Or responding to a call for

13  service, and handling a situation as a patrol officer --

14  the same kind of situation that a patrol officer would

15  use, that they're not using special weapons and/or

16  tactics or anything like that, then they should be using

17  it as a patrol officer.

18      Q    Okay.  So, if a Metro SWAT officer is using

19  their special weapons, including flash bangs, they don't

20  have to -- they are trained that they don't have to have

21  their BWC on?

22      A    According to policy, that is correct.

23      Q    Okay.

24      A    And, again, I'm not -- this isn't something

25  that they are receiving training from -- that I am aware

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com