

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## — COURT REPORTERS —

**CIVIL ACTION NO. 1:20-CV-01878-RBJ**

**(CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)**

**BLACK LIVES MATTER 5280, ET AL.**

**V.**

**CITY AND COUNTY OF DENVER, ET AL.**

**DEPONENT:**

**COMMANDER PATRICK PHELAN**

**DATE:**

**MAY 25, 2021**



✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 16

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

20

```
 1              MR. RINGEL:  Object to the form and the
 2       foundation.
 3              Commander Phelan, I may object to certain of
 4       the questions that are asked of you today, but
 5       unless I instruct you not to answer, you still need
 6       to answer. I'm just objecting for the record, okay?
 7              THE WITNESS:  Thank you.
 8              And can you repeat the question, please?
 9  BY MS. WANG:
10       Q    Have you ever seen anything, whether it be
11  video or documentation relating to the protests, that
12  indicated that officers used force on protesters, during
13  the protests last summer in Denver, in a manner
14  inconsistent with DPD policy or training?
15              MR. RINGEL:  Object to the form and the
16       foundation.
17       A    I was at a hearing where I was -- reviewed
18  some video of officers involved or being attacked by
19  protesters or deployed less lethal munitions against
20  those protesters.  I saw some video.
21       Q    Right.  And is any video that you've ever
22  reviewed relating to the protests, was the force used in
23  those -- in what you saw, used in a manner inconsistent
24  with DPD policy or training?
25              MR. RINGEL:  Object to the form.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      I'm sorry?

2      A      Not that I recall.

3      Q      Okay.

4      A      Very --

5      Q      So --

6      A      Very limited video.

7      Q      So you've only seen very limited video of the

8   Protesters, is that what you're saying?

9      A      Correct.

10      Q      Have you ever watched any Denver police body-

11   worn camera video from the protests?

12      A      I -- I don't necessarily recall if it was

13   exactly from body-worn camera.  I saw -- whatever video

14   they presented to me, I watched.  Whether it was from

15   social media, phone, or body cam, I don't know where the

16   video came from.

17      Q      Okay.  Is any of the video -- is the video

18   that you were presented -- there was a -- strike that.

19   There was a temporary restraining order hearing, and

20   then there was a preliminary injunction hearing,

21   correct, in the Abay case?

22      A      Correct.

23      Q      You testified at both?

24      A      Correct.

25      Q      Were you presented video at both?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
22

```
 1        A    No.  I don't -- the first one I don't believe
 2   I was.  The second one I was.
 3        Q    I'm sorry.  You did not testify at the TRO
 4   hearing, the first hearing in the beginning of June, but
 5   you testified at the preliminary injunction hearing?
 6        A    I testified at both.  One was just video. They
 7   were both video.  The first one I didn't see -- I don't
 8   recall seeing any video on the first one.  The second
 9   one I did see video.
10        Q    Okay.  So during the first hearing in federal
11   court, you were not presented with any video?
12        A    I -- I don't recall.  I don't believe so.
13        Q    Okay.  During the second hearing, you were
14   presented with video, right?
15        A    Correct.
16        Q    You're not sure where that video came from
17   you're saying?
18        A    I don't recall.
19        Q    Okay.  Was anything that you saw in that video
20   that you were presented at the preliminary injunction
21   hearing in June of 2020, did you see anything that was -
22   - any force used by police officers that was
23   inconsistent with DPD training or policy?
24             MR. RINGEL:  Object to the form and the
25        foundation.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A    I saw less lethal being -- being deployed.  A

 2   lot of it looked to -- it looked like it might not have

 3   been the best application, but it wasn't out of policy.

 4        Q    Okay.  What did you think was not the best

 5   application?

 6        A    Well, individuals hit several times with a

 7   pepper ball, and it didn't seem --

 8        Q    So --

 9        A    It didn't seem to accomplish what they wanted

10   it to accomplish.

11        Q    Okay.  But that wasn't out -- sorry.

12        A    Go ahead.

13        Q    Go ahead.  I can't tell when you're done or

14   not done.

15        A    I think I anticipated your question.  It

16   wasn't outside policy, though.

17        Q    Okay.  All right.  So there was a video that

18   you saw where a police officer was shooting an

19   individual multiple times with pepper balls?

20        A    It looked like they were deploying pepper

21   ball, yes, ma'am.

22        Q    Okay.  And you thought it was not the best

23   application of that weapon because it didn't accomplish

24   what the officer wanted, is that what you're saying?

25        A    It appeared -- it appeared that way.  It was a
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

24

```
 1   short video, from what I -- from what I gleaned, yes.
 2       Q    Okay.  But that use of force was not outside
 3   of policy, correct?
 4       A    Correct.
 5       Q    It was not outside of how Denver police
 6   officers have been trained, right?
 7            MR. RINGEL:  Object to the form and the
 8       foundation.
 9       Q    Is that correct?
10       A    Right.  It wasn't outside policy.
11       Q    Right.  And you would not have expected the
12   Denver police officer who used the force in that video
13   to be disciplined by the Denver Police Department for
14   his use of force, correct?
15       A    I couldn't tell what would happen with that.
16   That was beyond my purview.  There was a complaint made
17   and being investigated.
18       Q    If it's not outside of policy and not outside
19   of the officer's training, then you wouldn't expect the
20   officer to be disciplined, right?
21       A    Correct.
22       Q    Are there any other videos that you were shown
23   during the preliminary injunction hearing last year that
24   you thought were not the best application of force?
25       A    I don't recall any.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q   Okay.  Have you ever seen anything, whether it
2  be video or a document, that indicated that officers
3  used force on protesters during the protests
4  inappropriately?
5  A   No.
6     MR. RINGEL:  Object to the form.
7  Q   Okay.  Did you ever -- have you ever seen any
8  video or documentation that you thought officers were
9  using force on protesters during the protests in a
10  manner that was excessive?
11  A   No.
12  Q   You thought that your officers in the Denver
13  Police Department acted appropriately during the George
14  Floyd protests in May and June of 2020, correct?
15  A   I think the officers acted within policy based
16  on the circumstances that confronted them at that time.
17  Q   Okay.  And the officers acted within -- acted
18  consistently with their training as well, correct?
19  A   As far as my knowledge is, yes.
20  Q   Okay.  You would not expect any of the
21  officers who policed the protest during the George Floyd
22  protests to have been disciplined for their conduct
23  since it wasn't outside of policy or outside of their
24  training, right?
25  A   No.  I wasn't -- I didn't have knowledge.  If

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  somebody made a complaint that I didn't know about or I

2  wasn't aware of and there was -- there was evidence that

3  they violated policy, I would expect them to be

4  disciplined.

5      Q    Okay.  But you have no knowledge of any use of

6  force that was outside of policy, right?

7      A    I didn't -- I didn't see -- wasn't aware of

8  any use of force that was outside policy.

9      Q    You were the incident commander for the

10 protests, right?

11     A    Yes.

12     Q    And when I'm referring to "protests," you

13 understand that I'm referring to the George Floyd

14 protests that began in Denver on June 28 -- or on May

15 28th of 2020, correct?

16     A    Yes.

17     Q    Okay.  So what was your role as an incident

18 commander?

19     A    My role as incident commander is to develop a

20 plan, deployment plan, for resources based on

21 information we knew about the protests.

22     Q    Okay.  You were in charge of coordinating the

23 officers in the field and moving resources around to

24 address issues that were emerging, correct?

25     A    That -- part of my responsibility, yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

27

1      Q   Okay.  And you were given the responsibility

2  to make policy decisions regarding the patrol of the

3  protests, correct?

4        MR. RINGEL:  Object to the form.

5    A   No.  I wasn't making policy decisions, no.

6      Q   You were making --

7    A   Policies --

8      Q   I'm sorry?

9    A   Policies are in place.  I didn't make any

10  policy decisions.

11      Q   Okay.  You were given the responsibility, as

12  incident commander, to make decisions regarding how the

13  police would respond to the protesters, right?

14    A   Correct.

15      Q   Okay.  And you were authorized to make final

16  decisions regarding control of the protests and the

17  police response to it, right?

18        MR. RINGEL:  Object to the form.

19    A   Correct.

20      Q   Who designated you incident commander?

21    A   Designated by my position as special

22  operations commander.  That's part -- excuse me, that's

23  part of my responsibility in that position.

24      Q   Okay.  So did the -- did -- at some point when

25  the protests began in Denver, did the chief of police,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN    , taken on May 25, 2021

28

```
 1   you know, have to tell you like, you know, "Commander
 2   Phelan, you're incident commander over this"?
 3       A    No.  That's -- that's a given.  That's part of
 4   my responsibility.
 5       Q    Okay.
 6       A    He --
 7       Q    Go ahead.
 8       A    The advance falls under the commander of
 9   special operations.
10            MR. RINGEL:  Let me just interrupt.  I'm
11       having trouble hearing both of you when you're
12       talking with each other, and Lindsey seems to be
13       nodding her head to say the same thing.
14            So, Commander, it would help if you wait a few
15       beats before you respond to Ms. Wang's question to
16       make sure that she's finished, and then I know
17       she'll wait a few beats to ask you a new question
18       to make sure that you're done, because it's not
19       like a conversation.  It's better if it's question,
20       pause, answer, pause, question, pause.  Sorry to be
21       deliberate, but I think it'll help me understand
22       what's happening.
23            MS. WANG:  Thank you.
24            THE WITNESS:  Yes.
25   BY MS. WANG:
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

29

```
 1        Q    Okay.  So part of your responsibility as
 2   commander in the special operations section is to be an
 3   incident commander during protests, right?
 4        A    Yes.
 5        Q    Okay.  So tell me about what your job was as a
 6   commander in the special operations section.
 7        A    So based on this protest, my responsibility
 8   was to get assets, personnel from the districts, from
 9   special operations division, develop a plan in response
10   to the protests, and that would include deploying --
11   deploying commanders, deploying supervisors, deploying
12   units to certain areas of the city or area that I
13   determined needs to be deployed to.
14        Q    What kind of coordination did you have with
15   the chief of police with respect to how units would be
16   deployed during the protests?
17        A    Oh, he would -- he would be advised how they
18   were deployed.
19        Q    Okay.  So you would advise the chief of
20   police?
21        A    He probably attended a briefing where he
22   learned of the deployment.
23        Q    Okay.  But you were in charge, right?
24        A    Yes.
25        Q    Okay.  And perhaps this may seem like a silly
```
Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

32

```
 1    time.
 2         Q    Is there any sort of document or manual that
 3    sets out that you, as the commander of the special
 4    operations section, would be the incident commander for
 5    a protest?
 6         A    I'm not aware of anything specific.
 7         Q    Okay.  Would you agree that the chief of
 8    police is the final policy maker for the policies of the
 9    Denver Police Department?
10              MR. RINGEL:  Object to the form.
11         A    I'm not sure if he would be the final or the
12    director of safety would be.
13         Q    Okay.  If the chief of police wanted to
14    designate somebody else as an incident commander, did he
15    have the authority to do so?
16         A    Yes.
17         Q    Okay.  But he did not, correct?
18         A    Correct.
19         Q    Are you aware of whether or not the chief of
20    police -- if the chief of police wanted to designate
21    somebody else as incident commander, would he have to
22    get approval from Murphy Robinson to do so?
23         A    I don't believe so.
24         Q    Murphy Robinson is the director of public
25    safety, correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        A    Yes.

2        Q    Does the chief of police report to him in some

3    way?

4        A    I believe so.

5        Q    Okay.  What role do you know, if any, does the

6    director of public safety have in the making of policies

7    for the police department?

8        A    I -- I can't -- I couldn't answer that.  I'm

9    sure he has to approve policy.  I couldn't answer that.

10       Q    Okay.  During the day-to-day operation of the

11   protests, you were not required to seek approval from

12   the chief of police, or anyone else, over how you were

13   going to have your officers respond, correct?

14       A    I developed an operations plan.  He would see

15   that operations plan and probably be at the -- at the

16   briefing and understand the operations plan.

17       Q    Okay.  And were there occasions on which the

18   chief of police gave you input into the operations plan?

19       A    I think there was times he made comments on

20   certain things.

21       Q    Okay.  But you created the operations plan,

22   right?

23       A    Yes.

24       Q    Did the chief of police defer to you as to

25   what should be in the operations plan?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

34

```
 1              MR. RINGEL:  Object to the form.

 2        A     If there's something he -- yeah, he would -- I

 3   don't think he would defer to me, but if I had the

 4   operation plan, if he had some issues with it, he would

 5   let me know.

 6        Q     With respect to -- is it fair to say that

 7   during the protests, you determined how different units

 8   of your officers would -- where they would go and where

 9   they would respond to in response to the protests,

10   correct?

11        A     Based on the behavior of the protesters and

12   rioters, I would make a decision where we needed to

13   deploy resources.

14        Q     Okay.  And you -- is it fair to say that you

15   were on the radio a frequent amount in order to get

16   information from your lieutenants in the fields to

17   determine where to deploy certain resources and how to

18   respond?

19        A     Yes.

20        Q     Okay.  There were occasions during the

21   protests when you determined that it was -- that

22   officers in the field should deploy tear gas, correct?

23        A     It could be.  Could be.

24        Q     You recall that you did authorize the use of

25   tear gas during the protests, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A     Authorized -- even at the briefing, I

2  authorized the use of chemical agent, yes.

3     Q     And you determined -- as the incident

4  commander, you determined, based on the information that

5  you were getting from your officers in the field, you

6  determined how and when tear gas would be used, right?

7     A     No.  I delegated it to each command, area

8  command.  If the need be for use of chemical agent, they

9  were allowed to use chemical agent based on

10  circumstances they were confronting.

11     Q     You had the authority to delegate to your area

12  commanders when and how to use tear gas; is that right?

13     A     Yes.

14     Q     Okay.  And you delegated that authority to

15  your area commanders?

16     A     I -- I had authority, and they also had

17  authority, if need be, based on the circumstances they

18  confronted.

19     Q     CS canisters were used, when ordered by a

20  command officer, during the protests, right?

21     A     CS was used, yes.

22     Q     The use of CS canisters had to be authorized

23  by a command officer, correct?

24     A     Or designee, depending on the emergency

25  situation.  If they were under attack, if they're in a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

36

```
 1   situation, they could be deployed by a unit supervisor

 2   if it's a safety issue.

 3        Q    What's your understanding of what a command

 4   officer encompasses?

 5        A    Command officer is the rank of lieutenant and

 6   above.

 7        Q    Okay.  If Lieutenant JD Williams wrote in his

 8   officer's statement that CS canisters would only be used

 9   when ordered by a command officer, that's correct,

10   right?

11        A    Right.  He is a command officer.

12        Q    Right.  You wouldn't expect him to put

13   something into his officer's statement that was false,

14   right?

15             MR. RINGEL:  Object to the form and the

16        foundation.

17        A    I haven't -- I haven't reviewed his statement.

18   No, I wouldn't expect him to put anything in there that

19   isn't false.

20        Q    Okay.  So if JD Williams, Lieutenant Williams,

21   put into his officer's statement that there was a

22   command supervisor briefing and that he attended that

23   briefing and he came out of that briefing with an

24   understanding that CS canisters would only be used when

25   ordered by a command officer, that's true, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1       A    True.
 2            MR. RINGEL:  Object to the form.
 3            COURT REPORTER:  What was your answer,
 4       Commander?
 5            THE WITNESS:  True, I believe.
 6  BY MS. WANG:
 7       Q    Were you constrained in any way in day-to-day
 8  decision making as to where to deploy certain resources
 9  during the protests?
10       A    Constrained how?  I don't understand the
11  question.
12       Q    As incident commander, was there anybody you
13  had to go -- if you were like, you know, "We need to get
14  certain officers to this location.  I'm going to
15  authorize the use of tear gas over here," those sorts of
16  day-to-day decisions during the protests were up to you
17  as incident commander, correct?
18       A    Yes.
19       Q    Were you constrained in any way in your
20  ability to make those on-the-ground, day-to-day
21  decisions?
22       A    No.
23       Q    You were given the authority and
24  responsibility to make the decisions that you deemed
25  necessary during the protests, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

38

1        A     Yes.

2        Q     And you maintained operational control the

3  entire time during the protests, right?

4        A     Yes.

5        Q     Did lieutenants have to get authorization for

6  the use of tear gas from you?

7        A     No.

8        Q     Did they have to justify their use of tear gas

9  with you afterwards?

10       A     They had to justify the use of tear gas based

11 on use of force policy.  So they were given -- at the

12 briefing, they were told rules of engagement.  And they

13 were able to -- based on if it was necessary, officer

14 safety, whatever the circumstances were at that

15 location, at that time, under attack, they were allowed

16 to use chemical munitions, based on their decision.

17       Q     And why did tear gas have to be authorized by

18 command staff?

19       A     Because it has to be -- by policy, it has to

20 be command staff, unless it's an emergency situation.

21       Q     Well, but why is the policy the way it is?

22       A     Because they have a more -- they have a view

23 of what the situation is.  They have a bigger picture of

24 what the situation is.  They make the determination

25 based on their training, based on their experience that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

39

1  chemical agent needs to be used.

2      Q    Okay.  Why can't you just have a -- you know,

3  a line officer, just standing in a skirmish line, make

4  the decision to deploy tear gas?

5      A    Because he's not a command officer.  We're a

6  quasi-military organization, so there's a chain of

7  command.

8      Q    Okay.  And you're at the top of that chain of

9  command for the protests, right?

10     A    Correct.

11     Q    Okay.  And the DPD followed the National

12  Incident Management System and the Incident Command

13  System, correct?

14     A    ICS, correct.

15     Q    Can you tell me what that is?

16     A    It's part of the NIMS, National Incident

17  Management System.  So basically what it is, is it shows

18  a hierarchy of command -- command.  So it's a -- kind of

19  a -- it's a chart, basically.  So it's who's in charge

20  of what and where.

21     Q    All right.  And why is that a system that you

22  use during protests?

23     A    Because it's easy to identify.  It's an

24  organizational assistance that we use so we know where

25  people are and who their -- who their supervisors are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A     Yes.

 2      Q     Why?

 3      A     So it's -- it's -- it's not confusion. There's

 4   no confusion, and it's not hectic and, you know,

 5   unorganized.

 6      Q     Right.  And officers who are in a skirmish

 7   line need to know what their objective is, right?

 8      A     Yes.

 9      Q     So if -- strike that.  Who's with you in

10   the -- oh, strike that.  There were outside agencies

11   that assisted the DPD beginning on the second day of the

12   protests, right?

13      A     Yes.

14      Q     Okay.  They were not present on the first day,

15   May 28th, right?

16      A     Right.

17      Q     And as incident commander, you were in charge

18   of those officers as well, right?

19      A     Correct.

20      Q     Okay.  Who did you coordinate with in terms of

21   the mutual aid agencies?  Was it, like, lieutenants and

22   above or sergeants and above?

23      A     It was usually a command officer.  They

24   usually send the -- whatever agency usually sent the

25   command officer with their -- their group of officers.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q      Right.  And you expected that whatever orders

2    you were giving to -- I mean, you gave the same

3    direction and guidance and rules of engagement to your

4    officers in the DPD as you did to the outside agencies

5    who were assisting DPD, right?

6       A      Yes.

7       Q      And that guidance was given at the supervisor

8    briefings?

9       A      It was given either at the supervisor

10   briefings if they attended.  Some jurisdictions didn't

11   attend the briefing.  They came later.  And they were

12   given a separate briefing -- the same briefing to them

13   individually or together.

14      Q      Who gave those briefings?

15      A      It was usually a lieutenant.

16             MS. WANG:   (Sneezes.)

17      A      Or a captain who was assigned to the command

18   post.

19             MR. RINGEL:  Bless you.

20             MS. WANG:  Thank you.

21      Q      Now, who's in your command post?

22      A      Several -- several agencies were in the

23   command post.  We have an -- have an executive

24   assistant, which is Lieutenant Wyckoff.  We have -- our

25   command post also has capabilities.  The HALO operators,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    five days on the radio where officers identified someone

 2    that's throwing rocks or -- or projectiles at officers,

 3    and they were going to try to deploy with {inaudible},

 4    yes.

 5         Q    There were occasions when officers called --

 6    lieutenants called in to you and said, "We're taking

 7    rocks.  We're taking bottles," and you authorized the

 8    use of tear gas, right?

 9         A    Yes.

10         Q    Okay.  You didn't tell them -- I'm sorry?

11         A    You would have to repeat that question.  That

12    they called in asking for?  What was your question?

13         Q    There were occasions during the first five

14    days of the protests when a lieutenant would call you

15    and say, "We're taking rocks or bottles," and then you

16    would say -- you would authorize the use of chemical

17    weapons?

18         A    In -- in specific situations, I'm sure I did.

19         Q    You never said over the radio, "Try to isolate

20    the people in the crowd who were doing it," or asking

21    any questions about that, right?

22         A    No.  If they were under attack, the last thing

23    I want to do is injure an officer.  So if they're -- if

24    they're under attack and taking rocks and bottles,

25    urine, whatever they're throwing at officers, yeah,
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   to defend district six.  From that short -- you know,

 2   that doesn't really say too much.

 3        Q    Okay.  And so you -- you had -- you were

 4   communicating with an Aurora officer who was coming from

 5   the west -- coming from the east, pushing west on

 6   Colfax, and then you were communicating with Lieutenant

 7   Williams and another DPD team pushing the other way,

 8   right?

 9        A    Could be.  That -- I have -- I'm probably

10   looking at HALO at the time, and I'm trying to

11   coordinate response to whatever is going on.

12        Q    Okay.  So you wanted the two teams of officers

13   to push in the -- in -- push one from the east and one

14   from the west, and you were going to make arrests of

15   protesters that were there, right?

16        A    I don't know.  You're speculating that.  What

17   I'm doing is sending resources to the location.  What

18   I'm going to do, try to make some  -- under a lot of --

19   people are throwing stuff at the cops.  Looks like

20   they're scattered.

21        Q    Okay.  We're going to take a look at Denver

22   HALO footage from May 31st at Colfax and Logan starting

23   at 9:36:51 p.m.  I'm going to play it at a faster speed,

24   and then we'll ask you some questions.

25                    (VIDEO PLAYS)
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       Q     Do you have any -- does this refresh your

2    recollection at all?

3       A     A little bit.  I mean, it was an everyday

4    thing, several times a day.

5       Q     Okay.  Was the use of force, as depicted in

6    this video, consistent with DPD policy?

7            MR. RINGEL:  Object to the form and

8         foundation.

9       A     Yeah, I'd have to -- I don't know -- I don't

10   know -- even have enough information to make that

11   determination.  I'm sure it was.

12      Q     You're sure it probably was?

13      A     Uh-huh.

14      Q     Was that a "yes"?

15      A     Yes, I -- I don't have enough information. I'm

16   looking at a short clip here.  It looks like we have

17   somebody walking up towards district six.  We have a

18   skirmish line.  It looks like then the crowd attacks

19   towards the skirmish line, and they have to deploy

20   chemical agent to stop that behavior.  That's what it

21   looks like to me.

22            MS. WANG:  Okay.  Let's go off the record for

23         a minute.

24            VIDEOGRAPHER:  Absolutely.  We will go off the

25         record.  The time is 10:27 a.m.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

91

 1   -- my concern is, that they weren't injured and they

 2   used the force necessary based on the circumstances.

 3        Q    Okay.  As the incident commander, you would

 4   agree that you had operational control over the

 5   protests, right?

 6        A    Yes.

 7        Q    You were in a position of great responsibility

 8   with respect to how the police responded to the

 9   protests, right?

10        A    Correct.

11        Q    Did you care to prepare yourself for this

12   deposition by reviewing any of the video or any of the

13   documentation that was relevant to the allegations of

14   excessive force in this case?

15        A    I don't have access to that.  I'm retired.

16   I've been retired for six months.  I'm done with the

17   Denver Police Department.

18        Q    Did you ask to review any video or any

19   documentation so that you may be prepared to answer

20   questions today --

21             MR. RINGEL:  Object to that.

22        Q    -- about use of excessive force?

23             MR. RINGEL:  Object to that question to the

24        extent that it calls the witness to reveal

25        attorney-client privilege information.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

93

 1  revealing communications that you had with your
 2  attorneys?
 3      A    Based on advice from my attorney, I'm not
 4  going to answer that question.
 5      Q    Okay.  So did you ask your attorneys to show
 6  you some video and documents and they didn't give it to
 7  you?
 8          MR. RINGEL:  I'm instructing the witness not
 9      to answer that question.  That question asks for
10      direct communication between the witness and
11      attorneys.  That's not appropriate to be inquired
12      into.  That's attorney-client privilege
13      information.
14  BY MS. WANG:
15      Q    Are you going to -- are you going to take your
16  attorney's advice and not answer that question?
17      A    Yes.
18      Q    In this email, at page DEN 6502, from Alex
19  Rose to the Denver public information officer, it says,
20  "Hey, Jay.  Thanks for this.  I've heard from a couple
21  of PIOs that Denver police gave other agencies
22  directives on what they could bring for crowd control,
23  and DPD put policies in place for other agencies to
24  follow.  Just hoping you guys can confirm this.  I'm
25  trying to give the public a better understanding of how

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
94

```
 1   this was organized between agencies."

 2          Do you see that?

 3     A    Yes.

 4     Q    Okay.  And then DPD technician Jay Casillas,

 5   who's that?

 6     A    He's -- he's a member of the PIOs.  He's a

 7   police officer that's with the PIO.

 8     Q    Okay.  He emailed Lieutenant Wheaton with this

 9   request, right, asking the lieutenant, "Did we tell

10   other agencies what kind of less lethal they could

11   bring?  What was their policy related to using their

12   less lethal?"

13          Do you see that?

14     A    Yes.

15     Q    Okay.  That's on page Denver 6501.  And then

16   this was referred to you, correct?  Lieutenant Wheaton

17   copied you, Silvia Sich, Paul Berdahl, and DPD

18   technician Jeremy Casillas, right?

19     A    Correct.

20     Q    And Lieutenant Berdahl, tell me what his

21   position is.

22     A    He's a lieutenant.  He's an aide to the

23   division chief of patrol.

24     Q    Okay.  He wrote back, "Commander Phelan should

25   verify, but we did not tell the TRO tell the responding
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    agencies what types of LL weapons they could or could

2    not bring.  They were briefed to operate in coordination

3    with DPD but deploy their own policy and procedures

4    under their own command."

5              Do you see that?

6    A    Yes.

7    Q    That was correct, right?

8    A    Correct.

9    Q    Okay.  And you confirmed that, right?

10   A    Yes.

11   Q    So was your policy to allow Denver -- to allow

12   outside agencies to use their own policies and

13   procedures with respect to the use of less lethal

14   weapons, right?

15   A    Yeah.  It's prudent and only makes sense that

16   they follow their -- their own procedures and policies.

17   Q    Okay.  I'm showing you Denver 6495.

18             Do you see this?

19   A    Yes.

20   Q    Okay.  The subject line is, "Protest Use of

21   Force Meeting."  The date is June 9, 2020, 3:22 p.m.

22             Who's Arthur -- who's Scott Arthur?

23   A    He's executive assistant in my -- in my

24   office.  Basically, the secretary executive assistant.

25   Q    Okay.  Who's -- he's -- who is he the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  their mind, or should be.

2      **Q**    **What is the reason to require officers to**

3  **complete a use of force statement at all?**

4      A    Because it's policy.

5      **Q**    **But why?**

6      A    Because it's policy.  You have to complete use

7  of force statement.

8      **Q**    **Why is there a policy to complete a use of**

9  **force report or a use of force statement?**

10      A    So we have a record of it.

11      **Q**    **Why is it important to have a record of it?**

12      A    So we could look at it and determine if it was

13  -- if -- if it was -- deployment was necessary or not.

14      **Q**    **You want to make sure that officers are**

15  **accountable for their uses of force, right?**

16      A    Yeah.  That's one reason, yes.

17      **Q**    **Okay.  Are there any other reasons?**

18      A    Well, after action, a record of it.

19      **Q**    **Okay.  So that if an officer had an**

20  **inappropriate use of force, you could take appropriate**

21  **disciplinary action, right?**

22      A    It's a possibility.

23      **Q**    **And in order to make sure that officers are**

24  **accountable for their uses of force and to take**

25  **appropriate disciplinary action, it's important to have**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 286-14   filed 02/11/22   USDC Colorado   pg 30 of
53
The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
103

 1   them documented as close in time to the use of force as

 2   possible so that they can be accurate in what they

 3   described, right?

 4           MR. RINGEL:  Object to the form.

 5       A    If practical.  This situation, probably not.

 6       Q    Okay.  Were officers told ahead of time that

 7   it would not be practical for them to complete a use of

 8   force report for each day at the end of each shift?

 9       A    No.  They're -- they're supposed to follow

10   policy.  Unfortunately, with these circumstances and

11   riotous conditions, and officers not getting -- working

12   12-hour shifts and not getting much time in between, it

13   was probably overlooked.

14       Q    Lieutenant Berdahl's e-mail says, in this

15   yellow highlighted section, "It will be critical for all

16   completing statements to review our use of force policy

17   and training materials for less lethal deployments.  I

18   want to ensure that officers are using correct terms to

19   avoid inconsistency and problematic language."

20           Do you see that?

21       A    Yes.

22       Q    What do you understand that to mean?

23       A    Just what it says.

24       Q    It's -- it was important for officers, before

25   writing their officer -- their use of force reports, to

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   review the use of force policy and training materials to

2   make sure that what they said in their use of force

3   statements were consistent with policy, right?

4        A    It says what he says.  "I want to ensure that

5   officers are using correct terms to avoid

6   inconsistencies [sic] and problematic language."

7        Q    Why would officers need to look at the use of

8   force policy and training materials before writing their

9   use of force statements?

10       A    I think he wanted to make sure that their --

11  it's consistent with the language that they used,

12  whether they're talking about less lethal, whether

13  they're talking about pepper ball, whether they're

14  talking about -- whether they're talking about active

15  aggression, or if they're talking about defensive

16  resistance.

17       Q    He wants to make sure that what the officers

18  document is consistent with policy and training, right?

19       A    Well, I think the language is consistent.  I

20  don't -- I don't...

21       Q    So it was important for officers to look at --

22  you would agree that it was important for officers to

23  look at the use of force policy and training materials

24  while writing their use of force reports, right?

25            MR. RINGEL:  Object to the form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

106

```
 1        Q    This e-mail from Lieutenant Berdahl is sent
 2   around to other people, including these people on page
 3   Denver 11381, correct?  Do you see this list of people
 4   here?
 5        A    Yes, ma'am.
 6        Q    Okay.  This includes Commander Sanchez, right?
 7        A    Yes, it does.
 8        Q    Okay.  And then Commander Sanchez responds to
 9   this e-mail chain with, "This is of utmost importance to
10   protect you and your troops.  Thank you."  This is on
11   page Denver 11380.
12             Do you see that?
13        A    Uh-huh.
14        Q    Okay.  What do you understand that to mean?
15             MR. RINGEL:  Object to the form.
16        A    I think it's meant to protect them against
17   probably new lawsuits or accusations that aren't
18   correct, or to make sure they have a written report.
19             MS. WANG:  All right.  Let's go off the record
20        for a moment.  Just two minutes.
21             VIDEOGRAPHER:  All right.  We will go off the
22        record.  The time is 11:16 a.m.
23                  (OFF THE RECORD)
24             MS. WANG:  I have no further questions at this
25        time.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

153

```
 1    front of you, you don't have a specific recollection of

 2    what you told the OIM?

 3         A    If he asked a question about it, I -- I'm sure

 4    I answered his question.  What specifically I said, I --

 5    I couldn't say, but it's redacted.

 6         Q    All right.  I'm going to show you a video from

 7    Air One.  The Bates number for this video is DEN 003840.

 8              Can you see that, Commander Phelan?

 9         A    Yes, sir.

10         Q    Okay.  What was the role of the Air One

11    helicopter during the protests?

12         A    Basically, to give information on directions

13    and crowd control and identifying suspects, if need be,

14    kind of if they're -- if they were available.

15         Q    Okay.  So I'm going to start this video from

16    about five minutes and -- you know, five minutes in. The

17    time stamp is May 28, 2020, at 202728, which I

18    understand is 8:27 p.m. Mountain Time.

19              What I would like you to do is watch the

20    video, but I'm particularly interested in the radio

21    chatter that you can hear on the video, okay?

22                        (VIDEO PLAYS)

23         Q    Okay.  Were you able to hear the radio chatter

24    on that video?

25         A    Yes.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q      We stopped it at 202801.

2             Do you have a specific recollection of having

3      to manage a crowd at Colfax and Washington on the night

4      of May 28th?

5      A      Yeah.  I could hear myself on the radio.

6      Q      Were you talking to Metro Two on the radio?

7      A      Yeah, it sounded like I was talking to metro

8      two, Lieutenant Pine.

9      Q      I'm not sure that I heard you.

10            Lieutenant Pine, is that Metro Two?

11     A      Yeah.  Metro Two, yes.

12     Q      Okay.  And Lieutenant Pine, with Metro Two,

13     said he was at 14th and Sherman, right?

14     A      Correct.

15     Q      And I'm just going to try to paraphrase the

16     radio chatter there, and you can feel free to disagree

17     with me, but my understanding is you were trying to move

18     resources up to District Six for support. You're in the

19     process of trying to do that; is that fair?

20     A      Yeah.  It looks like cars are -- are trapped

21     in that crowd, and it looks like the main crowd is

22     around District Six.  We were trying to get some

23     resources probably up to that location, yes, sir.

24     Q      Okay.  And Lieutenant Pine, with Metro Two,

25     was telling you that his unit was stuck at 14th and

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
155

1    Sherman, and you suggested that they could deploy gas in

2    order to move from 14th and Sherman up to District Six

3    if necessary, right?

4        A    Yeah.  It sounds like he's trapped in there,

5    surrounded or something, so -- but he -- to get out of

6    that location, he'll need to deploy some chemical agent,

7    yes.

8        Q    Okay.  We're going to keep watching for a

9    little bit.

10                    (VIDEO PLAYS)

11        Q    Okay.  So in that portion of the clip, you

12   were specifically authorizing use of pepper ball to move

13   protesters around the intersection of Colfax and

14   Washington, right?

15       A    Correct.

16       Q    On the portion of the clip that we just heard,

17   did you instruct the officers to issue any warnings

18   prior to deploying pepper ball?

19       A    We got, looks like, the defensive resistance.

20   It looks like any time we would use defensive

21   resistance.  Then doing area saturation there to make

22   sure we could rescue those vehicles from that location.

23       Q    But you did not tell the officers to issue any

24   warnings before deploying pepper balls?

25       A    I think the circumstances of that location at

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

156

1  that time didn't warrant any announcement.  We got

2  people trapped in there.  Exigent circumstances.

3              (VIDEO PLAYS)

4       Q    Okay.  Officer came on the radio and said that

5  he's got gas that they can deploy if you provide the

6  okay, right?

7       A    I'm waiting for resources.  I don't -- what I

8  see here, I don't have resources out there, so we -- we

9  can't deploy at that point in time yet.

10      Q    But he was asking you, or telling you, that he

11 could deploy it, but he needed your okay?

12      A    Before I -- at that point in time, I -- I told

13 him to stand by.

14      Q    Yeah.  And that's consistent with how tear gas

15 was supposed to be deployed?

16      A    I don't know if we're doing tear gas.  Like I

17 say, looks like a situation -- that guy mentioned pepper

18 ball.  I'm seeing the big picture here, too, and he

19 doesn't have -- I don't know who that was on there, but

20 he doesn't have the big picture where we're exposed,

21 where we need to be, and the resources necessary.

22      Q    Yeah.  My point is that he was telling you

23 he's got it --

24      A    Yes.

25      Q    -- but that he wasn't going to deploy it

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021

157

 1    unless you gave him the go-ahead.

 2              MR. RINGEL:  Object to the form and the

 3         foundation.

 4         A    If I recall, he was trying to get up there.  I

 5    don't even think he was up there.  He might be telling

 6    me, "I have chemical agent if we need it."  That doesn't

 7    really describe where he is.  I thought he -- the

 8    earlier transmission, I thought he says he could make

 9    their way up there.

10         Q    So we're going to keep watching.

11         A    Okay.

12              (VIDEO PLAYS)

13         Q    Okay.  That was you on the radio saying that

14    you wanted to move the protesters using gas, if

15    necessary, right?

16         A    Yeah.  They're blocking the -- they're

17    blocking the street there at the intersection.  They

18    have cars trapped in there.  We're going to try to -- if

19    I recall here, I'm trying to shut off vehicle traffic to

20    that location to make it safe so no motorist gets stuck

21    in there.  You can see there's vehicles there, so we've

22    got to make some preparation for that and want to make

23    sure they get out of there.

24         Q    Okay.  Was there any discussion on the radio

25    about ensuring that protesters who weren't blocking the



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
                                                                    158

1    street were not going to be effected by the tear gas?

2           MR. RINGEL:  Object to the form.

3      A    My concern there is getting -- rescuing those

4    people out of that location before they're assaulted.

5    There's a lot of situations where the protesters, if you

6    want to call rioters, you know, attack those vehicles to

7    damage the vehicles.  So our -- my responsibility there

8    is, we've got to get some resources out there to help

9    those people that are trapped.

10     Q    Did you talk about issuing any warnings before

11   deploying tear gas?

12     A    I could have on the phone, or I could have on

13   the radio later.  I'm not sure.  Depending on what we

14   deploy there.  There's kind of exigent circumstances

15   here.  We want to get resources up there.

16     Q    So you were talking about moving the

17   protesters with gas, and there wasn't any concern at

18   this point about officers being attacked, right?

19          MR. RINGEL:  Object to the form.

20     A    Yeah.  I'm concerned about people stuck inside

21   there and bringing resources there.  We're -- you can

22   see there's not any police there right now.  I'm trying

23   to get resources up there.

24     Q    You said you were concerned about people

25   trapped where?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A      You see it in the vehicles.

 2      Q      In the vehicles?  You're concerned about these

 3 people here trapped in the vehicles?

 4      A      Trapped.  Yes, because they -- they've

 5 assaulted people inside vehicles.  They assaulted --

 6 they damaged the vehicles.  They're not letting traffic

 7 through.  It's our responsibility to make a safe

 8 environment for people.

 9      Q      Okay.  And so to keep the passengers in these

10 vehicles safe, your plan was to deploy tear gas into the

11 intersection?

12      A      If need be.  If need be.  If we can't get in

13 there, we end up deploying.  If we have to do chemical

14 agent, we'll do chemical agent.  If we have to do pepper

15 ball, we'll do pepper ball.  Their safety is my concern

16 right now.

17      Q      Okay.  Fair to say that you issued the order

18 to deploy tear gas at the intersection of Colfax and

19 Washington?

20      A      I don't -- it hasn't been deployed yet.  So if

21 they need it -- if they need it, they could deploy it.

22 Like I said, they had the opportunity to deploy if

23 necessary based on the circumstances at that scene.

24      Q      Okay.  I'm going to skip ahead a few minutes

25 in this video.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

160

```
1            All right.  So we're now at 14 minutes seven
2    seconds in the video.  The time stamp is 203635.  Still
3    on May 28, 2020.
4                      (VIDEO PLAYS)
5        Q    At this point in the video, my understanding
6    is that you ordered the deployment of tear gas to Colfax
7    and Washington, and the officers are now backing up to
8    the north side of Colfax; is that fair?
9        A    Yeah, and they reported they're taking rocks
10   at that point in time.  They're under attack.
11       Q    Okay.  But just to be clear, it was you who
12   ordered deploying tear gas at Colfax and Washington,
13   right?
14       A    Deploy.  Deploy chemical agent.
15       Q    Do you know if the people at this intersection
16   were given any warnings prior to the deployment of tear
17   gas?
18       A    I -- I don't know.  I can't tell from this --
19   this vantage point here.  At every briefing, we told
20   them to make sure we give announcements prior to. Unless
21   there's emergency situation, to give -- give
22   announcements.
23       Q    I'm going to skip ahead a little bit to later
24   in the evening.
25       A    I'm -- I'm sorry, Counselor.  I'm having a
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

161

 1   hard time hearing you.

 2        Q    Sorry.  I'm going to skip ahead in the video a

 3   little bit to later in the evening.

 4        A    Okay.

 5        Q    Okay.  We're now at 3616, 36 minutes 16

 6   seconds into the video.  Time stamp is 205844.

 7                    (VIDEO PLAYS)

 8        Q    Okay.  In that clip here, there, we heard

 9   Lieutenant Pine, from metro two, telling you that they

10   were making announcements at 14th and Sherman to move

11   people out of the intersection, right?

12        A    It sounds like that, yes, sir.

13        Q    Okay.  We're skipping ahead to 47 minutes and

14   21 seconds into the video.  The time is now 210949.

15                    (VIDEO PLAYS)

16        Q    Okay.  In that portion of the clip that we

17   just watched, is it fair to say that you ordered the

18   deployment of tear gas on protesters at 14th and Sherman

19   on May 28th at approximately 9:10 p.m.?

20        A    Yeah.  It sounds like Brad {?} -- Lieutenant

21   Pine was -- he's trapped in there.  We're trying to get

22   metro three down there to assist him.  They're taking

23   rocks and bottles.  He said he made announcements

24   already at that location, so I'm telling him to go ahead

25   and deploy.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

162

```
 1        Q    How long before DPD deploys tear gas is it
 2   necessary to issue warnings?
 3        A    Well, it's not always necessary to issue
 4   warnings, but we -- in a perfect world, where people are
 5   stationary, not assaulting the police, we usually give
 6   them five minutes.  We'll make announcements, three
 7   announcements, within five minutes, and give them an
 8   area, which way to exit, and give announcements.  If
 9   they don't, then we could deploy chemical agent.
10        Q    Okay.  We're going to listen to some radio. We
11   don't have Air One footage after a certain point in the
12   evening on May 28th.
13             Do you have a specific recollection of why
14   that might be?  Do you recall if Air One, for example,
15   had to, you know, shut down at around 9:30 p.m. on May
16   28th?
17        A    No recollection.  They -- they do have to
18   refuel, though, sometimes depending on the shift, once
19   or twice on the shift.  I imagine they were probably
20   down for fuel, but that's just speculation.
21        Q    Okay.  All right.  So I'm going to play some
22   audio from the radio.  The Bates number we have for it
23   is DEN 5143.  I'm starting at 214658.
24                  (AUDIO PLAYS)
25        Q    Can you hear that okay?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
163

```
 1        A    I think I just heard metro -- was it metro
 2   nine to 1200?  A little bit.  You might turn it up.  Or
 3   I'll try turning it up here a little bit.
 4        Q    Okay.  Yeah.  I just wanted to make sure. It's
 5   a little quieter than the other one.
 6        A    I gotcha, yeah.
 7        Q    Okay.
 8                    (AUDIO PLAYS)
 9        Q    Okay.  So we stopped it at 214731.
10             In that clip there, we heard metro two talking
11   about coming up to the 1400 block of Lincoln, right?
12        A    Sounds like he was talking -- I thought I
13   heard 1200.
14        Q    Okay.  Who is 1200; do you know?
15        A    1200 would be a district one command officer
16   supervisor.  Could be -- I'm not sure who that is.  I --
17   I didn't really hear the voice very well.
18        Q    Okay.  But he said 1400 block of Lincoln,
19   right?
20        A    Yes.
21        Q    Is the 1400 block of Lincoln approximately
22   Colfax and Lincoln?
23        A    Well, it's the 1400 block of Lincoln.
24        Q    Yeah.  So is it -- I'm trying to think. That's
25   in between 14th street and Colfax, right, on Lincoln?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        A       Correct.

2        Q       Okay.  And you said as soon as you get there,

3    launch.

4                Throw smoke first, then chemical right after,

5    right?

6        A       Uh-huh.  Sounds like that.  I didn't hear it

7    all, but it sounds -- I'm sure.

8        Q       Okay.  You didn't instruct the officers to

9    give any warnings before deploying smoke and a chemical

10   right after, right?

11       A       Before what happened on this tape, I have -- I

12   have no clue.  It's a short little snippet you gave me,

13   and I would imagine or recall that 1200 is under attack

14   and surrounded there, and they're trying to make their

15   way there to stop that behavior.  So I'm sure as soon as

16   they got there, we wanted them to deploy smoke.  And --

17   and after we deploy smoke, deploy chemical agent.

18               Has he made announcements?  I don't know.  I

19   anticipate he probably already made announcements, or is

20   making announcements.

21       Q       Okay.

22       A       If he had the time.  Like I said, we don't

23   want guys standing -- there's a -- there's a lot of

24   rocks down there at that location.  They've been taking

25   rocks from the RTD station down there, putting them in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   backpacks, and taking off -- and using those rocks

 2   against us.  So we had to kind of keep an eye on that

 3   location.

 4      Q    Okay.  But you were the one who specifically

 5   ordered the deployment of smoke and then tear gas --

 6      A    Based on information --

 7      Q    -- at that location, right?

 8      A    One more time, Counselor.  I'm sorry.

 9      Q    Yeah, sure.  We can listen to it again.

10      A    No.  I mean, what your question was.

11      Q    Oh.  Whether you specifically ordered the

12   deployment --

13      A    Yeah.  That was me on the radio doing it, yes,

14   based on information I'm sure I had about what 1200 was

15   doing, why they were calling for assistance down there.

16      Q    Okay.  And so I'm just going to ask the

17   question again, but only for the purposes of a clear

18   record, okay?

19           So on May 28th, at the 1400 block of Lincoln,

20   you ordered the deployment of smoke and then tear gas

21   right after, right?

22      A    According to the tape, that's correct, yes.

23      Q    Okay.  All right.  We're going to watch

24   another video.

25           Can you see this video, Commander Phelan?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        questions.
 2                  REDIRECT EXAMINATION
 3    BY MS. WANG:
 4        Q    Commander Phelan, can you see my screen?
 5        A    Yes, ma'am.
 6        Q    I'm showing you the document that's been
 7    Bates-stamped Denver 7004 to 7005.  It is -- it starts
 8    with an email from Murphy Robinson, executive director
 9    of the Department of Public Safety, to this email
10    address, DPDBadged@DenverGov.org on Saturday, June 6,
11    2020.
12             Do you see that?
13        A    Yes, ma'am.
14        Q    What's this email address, DPD Badged?
15        A    That goes to all sworn officers in the Denver
16    Police Department.
17        Q    Okay.  And you were included in this list,
18    correct?
19        A    Yeah, I would have received that probably.
20        Q    Do you recall receiving this email?
21        A    No, but I'm -- I'm sure it was sent to my
22    address.
23        Q    Do you recall reading it at the time?
24        A    It was June 6th.  I'm -- I'm sure I -- I'm
25    sure I probably read it at some point in time.
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

175

1        Q    Okay.  So I'm going to give you a moment to

2    read this.  Let me know when you need to scroll down or

3    scroll up.

4        A    Okay.  Scroll up.  I'm good.  I've read it,

5    then, unless there's more.

6        Q    No, that's it.

7             Then there was a response from -- or Murphy

8    Robinson forwarded this email that he sent to the entire

9    Denver Police Department to Mayor Hancock and other

10   individuals.

11            Do you see that here?

12       A    Yes, ma'am.

13       Q    And then Mayor Hancock responded, "Well said,

14   Director Robinson.  Good job."

15            Do you see that?

16       A    Yes, ma'am.

17       Q    Do you agree with what Murphy Robinson said in

18   this email dated June 6, 2020?

19       A    Well, it said "thank you."  Looks like it said

20   "thank you" to all of the officers for the time and

21   dedication and danger they were -- had to face during

22   these -- those last several days.  So, yeah, I agree

23   with that.

24       Q    You agree with the substance of his email,

25   correct?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021

1     A     Yes.

2     Q     Okay.  And specifically his email says -- it's

3  about the temporary restraining order that the judge

4  issued, correct?

5     A     Yes, he mentions that there.

6     Q     Okay.  And then he says, "However, you should

7  know that the language of the order is not reflective of

8  the dedicated service that I have witnessed from our

9  officers on the front line."

10          Do you see that?

11    A     Uh-huh.

12    Q     Is that a "yes"?

13    A     Yes.  I'm sorry.  Yes.

14    Q     Okay.  You agree with that sentiment as well,

15  right?

16    A     Well, I agree with what he -- he's thanking

17  the officers.  What he's saying there, that the language

18  of the order is not reflective of the dedication service

19  -- I'm not really sure what he's exactly saying there.

20  You would have to ask him what he's saying.

21    Q     Did you read the order granting the temporary

22  restraining order against the police department?

23    A     Yes, I was involved in that.  So, "However,

24  you should know that the language of the order is not

25  reflective of the" dedication -- "dedicated service that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   I have witnessed from our officers on the front line." I

2   don't know if he disagrees with the restraining order or

3   what he's exactly saying.

4        Q    Well, let me just ask you this:  Did you agree

5   with the language in the temporary restraining order

6   describing how the officers behaved during the protests?

7        A    I would have to review that.  From -- if you

8   want me to review it, I'll review it.

9        Q    Okay.  Did you think it was appropriate for

10  Murphy Robinson to send this email to the entire Denver

11  Police Department in the wake of the TRO?

12       A    It's not my job to determine what the manager

13  of safety should or shouldn't do.

14       Q    The manager of -- the executive director of

15  the Department of Public Safety is a final policy maker

16  for the police department, correct?

17            MR. RINGEL:  Object to the form and the

18       foundation.

19       A    It's my understanding he would -- he would

20  approve, correct.

21       Q    Okay.  He sets the tone from the top, right?

22       A    The manager of safety is part of the mayor's

23  cabinet.  The -- the leader of the Denver Police

24  Department should be looked at as the chief of police.

25  The chief of police reports to the director of safety.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q     Okay.

2              COURT REPORTER:  The chief of police reports?

3        Sorry.  The audio went out.  The chief of police

4        reports to the?

5              THE WITNESS:  Director of safety.  I'm sorry.

6    BY MS. WANG:

7        Q     Okay.  So there may be several individuals

8    who've set a tone for a police department from the

9    command staff, right?

10       A     Uh-huh.

11       Q     Is that a "yes"?

12       A     Yes.  He's putting out a letter thanking

13   officers for what they've gone through.  That's what I'm

14   getting out of there.  Whether he agrees or disagrees

15   with the language is -- that's his decision.

16       Q     He approved of the officers' conduct during

17   the protests, right?  He was thanking them for their

18   service?

19       A     Yes.

20       Q     Okay.  Would you agree that Murphy Robinson is

21   one of the people that sets the tone for the Denver

22   Police Department?

23       A     Yes, one of the people that do.

24       Q     The chief of police may also be one of the

25   people that sets the tone for the police department,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  correct?

2       A    Or the division chiefs, commanders, sergeants,

3  lieutenants.

4       Q    Sure.  And so the people who might set the

5  tone for the police department and how they're supposed

6  to behave may include the chief of police, right?

7       A    Correct.

8       Q    It would include the mayor as well, right?

9       A    Yes.  The mayor is the head of the city. He --

10      Q    Right, right.  Are you aware of a press

11  conference that the mayor and the chief of police gave

12  on May 29, 2020, during the middle of the day, to

13  address some concerns that people had expressed about

14  the behavior of police officers during the protests?

15      A    If there was a press conference, you know, I'm

16  sure there was.  I'm -- I'm not aware of it.  I -- I

17  didn't hear or see it.

18      Q    Do you recall one way or another what comments

19  the mayor and the chief of police made about the

20  behavior of the Denver police officers during the

21  protests at that press conference?

22      A    No.  I don't recall the press conference.  I'm

23  sure there was a press conference.  I don't recall what

24  it was for.  I was -- had other -- other business to

25  take care of.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of COMMANDER PATRICK PHELAN  , taken on May 25, 2021
180

```
 1        Q     Okay.  On page Denver 7004, it says, in Murphy
 2   Robinson's email, "Please be assured that there are
 3   things that all of us will learn from this deployment,
 4   things we will hope to improve upon during future
 5   responses."
 6             Do you see that?
 7        A     Yes, ma'am.
 8        Q     Are you aware of any changes that DPD has made
 9   that weren't ordered by the court?
10             MR. RINGEL:   Object to the form.
11        A     I think there was -- I think there were
12   changes made prior to the orders of the court, I think
13   with body cams and some other issues.  But always -- we
14   always learn from every situation.  As I stated earlier,
15   we'll look at the {inaudible 3:51:00} after action
16   report, and we'll look at things we could have improved
17   on.  There's always things that you can improve on after
18   protests or a situation like this.
19        Q     All right.  So when you say that there were
20   things that were -- changes that were discussed before
21   the court's order on June 6th of 2020, are you talking
22   about sometime between May 28th and June 6th?
23        A     I -- I think -- I'm not sure the whole thing.
24   We're already talking about body cameras that we already
25   instituted that were being used.  So that was -- and
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 286-14   filed 02/11/22   USDC Colorado   pg 53 of
53
The Deposition of COMMANDER PATRICK PHELAN   , taken on May 25, 2021
181

 1   that was -- that was included in that injunction, so I

 2   think -- or temporary restraining order.  So that was

 3   already being done.  There was things in motion that

 4   were already being done.

 5       Q    Your purpose in talking to the OIM was to give

 6   them factual information about the questions that they

 7   had about how the protests were conducted, correct?

 8            MR. RINGEL:  Object to the form and

 9       foundation.

10       A    OIM asked me on my own volition and, you know,

11   I didn't -- I wasn't required to talk to them, but I

12   wanted to talk to them, as far as transparency between

13   the Denver Police Department and the OIM.

14       Q    And you answered the questions that they had

15   for you about how the protests were conducted, right?

16            MR. RINGEL:  Object to the form.

17       A    I believe I answered every question he asked

18   me.

19       Q    Okay.

20       A    Are you waiting for a response?  I'm sorry.

21       Q    No, no.  Go ahead.

22            Did you give -- did you give anybody from OIM

23   any -- did you discuss with anybody from OIM any policy

24   proposals or policy changes that you thought should be

25   made?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com