

**KENTUCKIANA COURT REPORTERS**

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

## vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# LIEUTENANT THOMAS PINE

# DATE:

# June 22, 2021



a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 18

```
 1   wrote.
 2        Q.   You have an independent recollection of police
 3   and the protests last summer; correct?
 4        A.   I do.
 5        Q.   Do you have an understanding of what the
 6   allegations are of the plaintiffs in this lawsuit?
 7        A.   Not specifically.  Generally, yes.
 8        Q.   What's your general understanding?
 9        A.   General understanding is complaints against
10   our department for our handling of the situation.
11        Q.   Okay.  What is your general understanding of
12   the nature of the complaints?
13        A.   You can tell me, but I'm assuming there's
14   probably use of force issues, and violation of Fourth
15   Amendment issues.
16        Q.   Okay.  Did you protest -- did you -- were you
17   assigned to police the protests during each day of the
18   first six days of the protests?
19        A.   Yes, I was.
20        Q.   And what -- how long were the hours that you
21   worked on each day, generally?
22        A.   Generally, 15 or 16 hours a day.
23        Q.   Okay.  And you were with your team members,
24   and were you assigned with other teams, as well?
25        A.   I was assigned to my team and the other metro
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   SWAT team, yes.
 2        Q.   Okay.  During the first six days of the
 3   protests, did you observe any actions taken by any other
 4   Denver police officer that you thought was inconsistent
 5   with policy or practice in the
 6   Denver Police Department?
 7        A.   No.
 8        Q.   During the first six days of the protests, did
 9   you take any actions against protesters that was
10   inconsistent with
11   Denver police policy or procedure?
12        A.   No.
13        Q.   Were all the actions that you took, and those
14   that you observed of your team members and other Denver
15   police officers, consistent with the training that the
16   Denver Police
17   Department has provided you?
18        A.   Yes.
19        Q.   Did you see any actions taken by any Denver
20   police officer during the first day -- six days of the
21   protests that you thought should subject them to
22   discipline of any kind?
23        A.   No.
24        Q.   You thought that the Denver police officers
25   who were on your team, and whose actions you observed
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   were taken with integrity and valor; right?
 2        A.   Yes.
 3        Q.   Okay.  And who's Joseph Montoya?
 4        A.   He is the division chief of investigations.
 5        Q.   Okay.  Is he a supervisor of yours?
 6        A.   He is one layer above me.  There's a
 7   commander, and then him.
 8        Q.   Okay.  And who's your commander?
 9        A.   Currently it's Mike O'Donnell.
10        Q.   Okay.  How about at the time of the protests?
11        A.   Patrick Phelan.
12        Q.   All right.  So at the protests, your comm --
13   your -- the person who was directly above you in the
14   chain of command was
15   Commander Phelan?
16        A.   Correct.
17        Q.   Okay.  During the first six days of the
18   protests, were you together with Lieutenant Canino's
19   team?
20        A.   Yes.
21        Q.   Okay.
22        A.   Many times.
23        Q.   I'm sorry?
24        A.   Many times, but not all the time.
25        Q.   Okay.  Do you remember what specific days you
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              Hopefully, this will go smoothly.
 2                      (VIDEO PLAYS)
 3       Q.   It's going to be about 1 minute into this
 4   clip, and I'm starting it at 46:12 on the counter.
 5                      (VIDEO PLAYS)
 6       Q.   So last exchange that I wanted you to listen
 7   to, could you hear that clearly?
 8       A.   Yes.
 9       Q.   What did you hear?
10       A.   I heard him order us to deploy some gas.
11       Q.   And I believe the full quote was, "If you're
12   taking rocks and bottles, let's deploy some chemical
13   agent at them."
14            Please don't -- excuse me -- "Agent Adam,
15   please dump some gas on them"; right?
16       A.   Yes.
17       Q.   And you said, "Done"?
18       A.   Yes.
19       Q.   When you said, "Done," did you mean that that
20   was already Done, or that you were going to do that
21   right now in response?
22       A.   We were going to do that right now.
23       Q.   Okay.  So let me bring up a corresponding
24   body-worn camera for the same moment where you could
25   hear the same exchange, and I just want to show you the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com