

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# (CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# SERGEANT DAVID ABEYTA

# DATE:

# MAY 21, 2021



Exhibit 19

1    A.   I -- I believe so, yeah.
2    Q.   And during the first couple days of the
3  protests, the use of the 40-millimeter and the pepper
4  balls did not require supervisor approval, right?
5    A.   Right.
6    Q.   And then after -- at least the first couple of
7  days, but likely after the Abay order, you were required
8  to get supervisor approval before using those munitions,
9  right?
10   A.   Yes, in general, yes.
11   Q.   Okay.  And can you tell me why does -- why
12  does-- we talked a little bit about gas, too.  And why
13  does gas have to be approved by a command officer?
14   A.   I believe because that's a -- I'm here to be
15  honest.  I got gassed during that -- let's see, the
16  first night by the capital, later that night.  And that
17  is a horrible experience, okay, to go through.  I --
18  different people react in different ways to gas.  I did
19  not react well when, you know, my mask's not on.  And so
20  that gave me a clearer understanding of why it's that
21  way.  And I'll tell you, it's a horrible thing ,and you
22  don't know if somebody is going to pass out, or fall,
23  or, you know, so it's -- it's a serious use of force.
24  It's not like, you know, putting somebody in a twist
25  lock to handcuff them, or even a pepper ball, you know,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  hitting the ground and then going up.  It irritates a
2  little bit, but that gas can be bad.  And so I see it --
3  my understanding, especially after experiencing that, is
4  this is a -- a serious use of force, you know, that --
5  that can -- say somebody has a medical condition or
6  something, you know, it could be bad.  So it's a higher
7  level of force, I believe, that has to be approved from
8  the upper command.
9        Q.   And then you said that even when a lieutenant
10  had authorized gas to be used, they had to justify that
11  use after the fact to a command officer above them; is
12  that correct?
13       A.   Yeah, that was my understanding that the
14  lieutenant who is a command officer, is supposed to
15  wait, okay, for the upper command to give that, but it's
16  like a lot of other things with the use of force, if
17  it's exigent, if it has to be done, he can justify that,
18  you know, that type of thing.
19       Q.   Why would he have to justify it?
20       A.   Because of the order that they want it, you
21  know, the -- the serious level of use of force.  The
22  commander of, I forget what his -- maybe operations --
23  of the operation, Commander Phelan, for instance,
24  they're -- they're in control of all of this and they're
25  dispatching people and they're -- they're seeing the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com