

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## COURT REPORTERS

## CIVIL ACTION NO. 1:20-CV-01878-RBJ

## ELIZABETH EPPS, ET AL.

## V.

## CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## CHIEF RON THOMAS

## DATE:

## August 26, 2021


a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com
☎ 877.808.5856  |  502.589.2273

## www.kentuckianareporters.com

Exhibit 21

1        Q.    Okay.  How did you learn of it?

2        A.    I don't -- I don't know if it was Chief Pazen

3   or if it was Chief Archer, or it could have even been

4   Commander Phelan, let me know that that was going to be

5   an additional tool that we would be able to use in our

6   attempt to manage the protests.

7        Q.    Okay.  So this was a -- you learned of the

8   curfew -- emergency curfew through a conversation with

9   one of these individuals?

10       A.    I believe so.

11       Q.    Okay.  And what -- I know you don't recall

12  which -- which one of them it was, whether it was Chief

13  Archer, or Pazen, or Incident Commander Phelan, but do

14  you recall what the substance of the conversation was?

15       A.    You know, not specifically.  I mean, I -- I --

16  I knew that the mayor was going to be issuing a curfew

17  and that it was being done in order to try to help us

18  clear, you know, the area, you know, to help us better

19  manage the protests.

20       Q.    Okay.  So what exactly was your understanding

21  of the purpose of the curfew?

22       A.    Well, my -- my understanding of the purpose of

23  the curfew was that there were a number of violent and

24  destructive events that were going on during the

25  protests.  That was our primary concern.  And -- and in

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    Yes, in a couple of different capacities.

2      Q.    Okay.  **Who did you have those conversations**

3  **with?**

4      A.    So I think initially conversations with the

5  leadership team in the command post, so that would be

6  Commander Phelan, the other division chiefs, chief and

7  deputy chief, and I think we wanted to make sure

8  everybody understood at that level that -- that this

9  curfew was a tool for us to use to -- to help us manage

10 the -- you know, the violence and destruction that was

11 occurring, and that the individuals that we were

12 interested in enforcing that curfew against were those

13 individuals that were engaged in those violent and

14 destructive acts. And then -- and then I passed along

15 that message to the district commander, so that they

16 could make their officers aware.

17     Q.    Okay.  **Did you believe it was protestors who**

18 **were engaged in the violent and destructive acts that**

19 **you wanted to manage or prevent?**

20     A.    Well, you know, I think -- I don't think it's

21 fair to say that they were protestors.  You know, I -- I

22 would call them agitators who were engaged in the

23 violent and destructive behavior.

24     Q.    Okay.  **So you had a conversation with Phelan,**

25 **the chief of police, the deputy chief, and other**

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
1   division chiefs, wherein you discussed that the curfew
2   would be enforced against those who were engaged in
3   violent and destructive acts; is that right?
4        A.   That was the gist of our conversation.
5        Q.   Okay.  And you passed that message to the
6   district commanders in order to inform them of how the
7   curfew should be enforced, right?
8        A.   Yes.
9        Q.   Okay.  Is it your understanding that the other
10  division chiefs also passed the message along to the
11  commanders they were supervising such as Metro/SWAT? You
12  know, for -- it would be -- for Montoya, it would be
13  Metro/SWAT and Tactical Unit and so forth.
14       A.   I would assume so.
15       Q.   Okay.  Did you have any discussions or e-mail
16  communications with the mayor concerning how he wanted
17  the curfew enforced?
18       A.   I didn't personally, no.
19       Q.   Okay.  But your understanding was that the
20  chief of police was onboard with this plan that you and
21  he and Phelan and the deputy chief and the other
22  division chiefs came up with to enforce the curfew
23  against those who are engaged in violent and destructive
24  acts, right?
25       A.   So -- I mean, that was -- that was the -- that
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   was the intent of the enforcement.

2       Q.   Okay.  And you communicated the -- that intent

3   by telling your commanders to enforce the curfew against

4   people engaged in protest-related behavior, correct?

5       A.   Correct.

6       Q.   Okay.  I'm showing you the document that's

7   been Bates stamp DEN013053.

8            Have you -- I'll give you moment to look it

9   over, but have you seen this document before?

10      A.   I have.

11      Q.   Okay.  Is this one of the documents that

12  you've reviewed in preparation for this deposition?

13      A.   It is.

14      Q.   Okay.  And so, the -- this message is from

15  Commander Bancroft to yourself, Andy Clarry, Kim Lovato,

16  and Vince Porter, correct?

17      A.   Correct.

18      Q.   Okay.  And so Commander Bancroft is

19  communicating in this message, "From DC Thomas, all,

20  just to reiterate, the city curfew in effect this week

21  begins at the 21:00.  As has occurred previously,

22  everyone will receive an emergency announcement on their

23  cell phone at 20:45 as a notification. Please advise all

24  your officers that this curfew ordinance is to be used

25  only for enforcing protest-related behavior regardless

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  of location in the city.  Do not allow officers cite for

2  curfew just for being out after 21:00.  Unless they are

3  actively engaged in protest activity, some other charge

4  of justification must be used.  Thanks." That's a

5  message that you received from Commander Bancroft?

6      A.   Yes.

7      Q.   Okay.  And that is the message that you -- you

8  had communicated to Commander Bancroft and the other

9  commanders in the districts, right?

10      A.   Yes.

11      Q.   Okay.  And this is a message that the chief of

12  police, Paul Pazen, approved, correct?

13          MS. JORDAN:  Form.

14      A.   No.  I don't think that would be fair to say.

15  I mean, he didn't tell me to send the message.  I didn't

16  share the message with him, but I communicated to the

17  district commanders exactly what we had discussed, was

18  that it was the individuals involved in violent and

19  destructive protest activity that -- that we wanted to

20  address with the curfew.

21      Q.   This message that says, "Unless they are

22  actively engaged in protest activity, some other charge

23  of justification must be used," is -- is the message

24  that you and division -- and the other division chiefs

25  and the deputy chief and the chief of police and the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

28

1   incident commander talked about when you had a

2   conversation about how the curfew should be enforced,

3   correct?

4       A.   No.  Again, those are the words that were --

5   that were sent, but the message being communicated was

6   that we were -- we were interested in enforcing the

7   curfew against those that were engaged in violent and

8   destructive activity.

9       Q.   Okay.  So you sent a message to the commanders

10  saying that the curfew was only to be used for enforcing

11  protest-related behavior?

12      A.   Yeah.

13      Q.   That's the message, right?  That what the

14  words say, correct?

15      A.   Correct.

16      Q.   These words do not say, "The curfew ordinance

17  is to be used only for enforcing -- is only to be

18  enforced against those engaged in violent and

19  destructive acts," right?

20      A.   You're right.

21      Q.   It does not say that, correct?

22      A.   No, but, again, it's clear what the message --

23  the message that I was conveying.

24      Q.   Okay.  That's fine.  I mean, but this message

25  does not say anything about enforcing the curfew only

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  against those engaged in violent and destructive acts,

2  correct?

3      A.   That is correct, but everybody knows who we're

4  talking about.

5      Q.   Okay.  Because you and the chief of police and

6  the deputy chief and the other division chiefs believed

7  that those engaged in protest-related behavior were the

8  same people that were engaged in violent and destructive

9  acts, correct?

10          MR. REIDY:  Object to form and foundation.  Go

11      ahead.  You can answer.

12      A.   No.  I mean, I -- I think that they are --

13  they are -- I think they're separate and distinct.  I

14  think that there were protestors.  I think that there

15  were agitators, and I think that there were people that

16  were engaged in violent and destructive behavior, so --

17      Q.   Okay.

18      A.   And they were intermingled with each other,

19  making it very difficult to identify who was who.

20      Q.   Okay.  This message doesn't say anything about

21  agitators, right?

22      A.   No.

23      Q.   It doesn't say anything about rioters, right?

24      A.   No.

25      Q.   It doesn't say anything about individuals

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

30

1    engaged in property destruction, right?

2        A.    No.

3        Q.    Okay.  But this is the message that you and

4    the chief and the other command-level staff at that DPD

5    wanted to communicate to all of your officers, correct?

6            MS. JORDAN:   Form.

7        A.    Again, I -- it needs to be clear this is my

8    communication to my commanders and not Chief Pazen's

9    communication, one.  And, two, I think the individuals

10   that I'm -- that I'm talking to understand our

11   department value in that we're not trying to stop

12   individuals from protesting.  We're trying to stop

13   individuals from engaging in violent and destructive

14   behavior.

15       Q.    Is it your understanding that Division Chief

16   Montoya communicated the same message or -- that -- that

17   you see here to the -- his commanders?

18       A.    No.  I mean, I would -- I would imagine that

19   he -- that he made some kind of communication, whether

20   that be my e-mail, text message, or phone call, to

21   commanders that are under his charge, but the -- the

22   content, I don't -- I don't know.

23       Q.    You didn't think -- okay.  When -- you -- you

24   were copied on this message that Commander Bancroft sent

25   to her lieutenants, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

31

1      A.    Yes.

2      Q.    You didn't respond to this saying, like, no,

3  no, don't enforce it against those engaged in protest-

4  related activity.  Enforce it against those who are

5  engaged in violent and destructive acts.  You didn't

6  correct her message, right?

7           MS. JORDAN:  Form.

8      A.    I didn't feel that I needed to because I was

9  certain that she understood who she was to -- who her

10 team was to enforce that against.

11     Q.    They were to enforce it against those actively

12 engaged in protest activity, right?

13     A.    No.

14           MS. JORDAN:  Form.

15     Q.    No? Okay.  Why do you believe that Commander

16 Bancroft understood that what you really meant by those

17 actively engaged in protest activity was those engaged

18 in violent and destructive acts?

19     A.    Well, two -- two reasons.  One, because we've

20 had a number of conversations specific to this incident,

21 specific to other similar engagements.  You know, we've

22 done -- we've done training on -- on engaging

23 protestors.  And it's -- I think it's pretty clear to --

24 particularly to our leadership team, it's pretty clear

25 who it is that we're targeting when we're enforcing

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   rules relative to protest activity.

2       Q.   Okay.  So people who are engaged in violent

3   and destructive acts can be arrested for something else

4   other than the curfew, right?

5       A.   Potentially, yes.

6       Q.   If somebody is engaging in property

7   destruction, whether it be breaking windows, graffiti,

8   or some other act of property destruction, setting a

9   dumpster on fire, there's numerous laws and ordinances

10  that cover those things, right?

11      A.   Yes.

12           MS. JORDAN:  Form and foundation.

13      Q.   And if a person is out throwing things at

14  officers or engaging in violence against officers or

15  other people, there's numerous crimes they could be

16  arrested with on that level as well, right?

17           MS. JORDAN:  Form and foundation.  Go ahead

18      and answer.

19      A.   Potentially, yes.

20      Q.   Okay.  Well -- so why would you need to

21  enforce the curfew, a nighttime curfew, only against

22  those engaged in violent and destructive acts when you

23  already have a myriad of laws that cover those things?

24           MS. JORDAN:  Form and foundation.

25      A.   Well, I think for the same reason that we

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

33

1  charge individuals with multiple offenses regardless of

2  -- of the charge.

3      Q.   There were numerous -- there were over 300

4  arrests of people for curfew who were arrested for the

5  curfew and perhaps an accompanying failure to obey

6  lawful order who weren't arrested for any weapons or

7  violent charges, right?

8      A.   I don't know that.

9      Q.   Do you know many people were arrested for the

10 curfew violation?

11     A.   Not at this moment, I don't.

12     Q.   Okay.  You knew that information at some point

13 in time, correct?

14     A.   I was provided with after-action reports that

15 listed those that were arrested.

16     Q.   You did not want to -- sorry.  Strike that.

17 You were carrying -- in instructing your commanders to

18 enforce the curfew against those engaged in protest-

19 related activity, you were carrying out the policy of

20 the city, were you not?

21          MS. JORDAN:  Form and foundation.  And just

22      for record, he's testifying on behalf of his

23      individual capacity, not as a 30(b)(6).  And I'll

24      just make that standing for the record.  So if

25      there is any question that could potentially be a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    that applied to anybody out in public in the City and

 2    County of Denver between -- you know, for the first few

 3    days, 8:00 and 5:00 -- 8:00 p.m. and 5:00 a.m., right?

 4        A.   Yes.

 5        Q.   Okay.  But the -- you and others at the police

 6    department did not want to have to arrest every single

 7    person out on city streets after 8:00 p.m., right?

 8            MS. JORDAN:  Form and foundation.

 9        A.   Well, again, we -- our -- our intent was to

10    stop the violence and destruction, so -- so it was never

11    our intent to -- to enforce the -- even though -- even

12    though the curfew order may have been directed at anyone

13    who was outdoors outside of those few exceptions, it was

14    our decision to only enforce that in relation to the

15    people that we understood were engaged in violent and

16    destructive behavior.

17        Q.   Right.  And that was the protestors, right?

18            MS. JORDAN:  Form.

19        A.   No.  That were the individuals specifically

20    who were engaged in violent and destructive behavior.

21        Q.   So how do you explain the fact that there were

22    over 300 people arrested for violating the curfew who

23    were not engaged in any violent or destructive acts and

24    weren't arrested or charged for any?

25            MS. JORDAN:  Form and foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   I actually couldn't explain that.

2      Q.   So you believe that the people that received

3   this text message that I showed you, understood that

4   when you say, this curfew ordinance is to be used only

5   for enforcing protest-related behavior, that -- you

6   think that the recipients of this message understood

7   that that meant people engaged in violent and

8   destructive acts, right?

9      A.   I believe so.

10     Q.   Okay.  Can you see my screen?

11     A.   Yes.

12     Q.   Okay.  This is the deposition transcript of

13  Lieutenant Vince Porter.  Vince Porter is one of the

14  people who received this text message from you, correct?

15          MS. JORDAN:  Form.

16     A.   Yes.

17     Q.   Do you want me to show you the message again?

18     A.   No.  I think I answered "yes" already.

19     Q.   Okay.  Vince Porter is a recipient of this

20  message, right?

21     A.   Uh-huh.

22     Q.   Is that a "yes"?

23     A.   Yes.

24     Q.   Okay.  I'm showing you page 96 of Vince

25  Porter's deposition from this case, and he is asked



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   these questions and he gives these answers. "Question:

2   You followed the order that was given to you by Division

3   Chief Thomas communicated to you from your commander,

4   correct? Answer:  Yes. Question:  Okay.  Did you ever

5   come to any understanding that this only applied to your

6   district and not to other districts? Answer:  No.

7   Question:  That wouldn't make any sense, right? Answer:

8   No. Question:  Okay.  The policy of the City, as you

9   understood it at that time of the protests, is that the

10   curfew would only be enforced against protestors, right?

11   Answer:  Yes." Do you have any explanation for why Vince

12   Porter understood your message to be that the curfew

13   would only be enforced against protestors?

14       A.   I wouldn't want to speak for Lieutenant

15   Porter, but I think we're using the same term to talk

16   about the same people.  You know, we are using the word

17   "protestors," but who we understand that we are talking

18   about are those individuals who are engaged in violent

19   and destructive behavior.

20       Q.   Okay.  So the word "protestors" means those

21   engaged in violent and destructive acts, right?

22            MS. JORDAN:  Form.

23       A.   In this -- in this particular instance, yes.

24       Q.   Okay.

25            MS. WANG:  Can we -- let me take a five-minute

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

38

```
1            break.  I'm going to go off the record.
2                  VIDEOGRAPHER:  We're going off the record.
3                        (OFF THE RECORD)
4                  VIDEOGRAPHER:  We're back on the record.
5    BY MS. WANG:
6        Q.   Okay.  Chief Thomas, are you in your office
7    right now?
8        A.   I am.
9        Q.   Okay.  Are you by yourself?
10       A.   Yes.
11       Q.   Okay.  So your -- let me make sure I
12   understand your testimony.  Your testimony is that when
13   you told your commanders to have their officers enforce
14   the curfew only against those engaged in protest
15   activity, they understood that you meant people who are
16   engaged in violent and destructive acts, right?
17       A.   Yes.
18       Q.   Okay.  And that's what you talked about with
19   the chief, the deputy chief, and the other division
20   chiefs, right?
21       A.   In discussions that we all had over the course
22   of the -- the protests, it was clear to us all that --
23   that those were the individuals we were concerned about.
24       Q.   And that's consistent with your understanding
25   that the curfew was for managing the protest, right?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

39

 1       A.   Yes.  The -- the order, as I understand it,

 2   was -- was issued as a tool to help us manage the -- the

 3   protest activity that was violent and destructive.

 4       Q.   And you had said earlier that another reason

 5   the curfew was issued was to help clear the area; is

 6   that right?

 7       A.   Well, yes, because -- because the -- the

 8   presence of all of those individuals, you know, made it

 9   very difficult to -- to focus on those individuals that

10   were engaged in the violent, destructive behavior.

11       Q.   I'm going to show you an e-mail that's Bates

12   stamped DEN16037.  Can you see this?

13       A.   Yes.

14       Q.   Okay.  This is an e-mail from you to all the

15   district commanders, correct?

16       A.   Yes.

17       Q.   And -- and you CC all the admin lieutenants

18   for each of the districts, correct?

19       A.   Correct.

20       Q.   Okay.  You sent it on June 2, 2020, right?

21       A.   Yes.

22       Q.   And you state, "All, please make sure all your

23   officers, particularly the ones engaged in enforcing

24   protest-related activity, know that they should not

25   enforce the curfew order against anyone who claims they



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

 1   are a member of the news media.  Thanks."  Do you see

 2   that?

 3        A.    Yes.

 4        Q.    Okay.  So if your commanders and officers

 5   understood that what you meant by enforcing the curfew

 6   against those engaged in protest-related activity was

 7   just those who were violent and destructive, why did you

 8   need to send them this e-mail telling them not to

 9   enforce it against the media?

10             MS. JORDAN:  Form and foundation.

11        A.    So my -- my vague recollection is that there

12   were complaints that had been received that -- that

13   there were individuals who were members of the media who

14   were -- who were out with -- with -- with the -- you

15   know, the protestors and the agitators that had been

16   subjected to uses of force and -- and being contacted by

17   the police.  So I just wanted to -- to -- to make sure

18   that -- that those aren't the individuals that we're --

19   that we're concerned about.

20        Q.    Well, but your -- everybody knew -- according

21   to you, everybody understood what you meant by enforcing

22   the curfew against those engaged in protest-related

23   activity, right?  Because by protest-related activity,

24   you meant people who are violent and destructive, and

25   news media are usually not violent and destructive, are

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

41

1  they?

2       MS. JORDAN:  Form.

3    A.  Generally not.

4    Q.  Okay.  So why did you need to tell them this

5  if everybody understood what you meant by enforcing the

6  curfew against those engaged in protest-related

7  activity?

8    A.  Well, I -- I don't feel like there's anything

9  wrong with -- with continuing to reinforce the message.

10   Q.  And what was the message, again?

11   A.  Again, the message is that the individuals

12  that we are concerned about enforcing the curfew order

13  against are those that are involved in violent and

14  destructive behavior.

15   Q.  Did you have any indication that any officer

16  thought that a member of the news media was engaged in

17  violent and destructive activity?

18   A.  I couldn't tell you what an officer would

19  think.

20   Q.  Is it your testimony that in sending this

21  message, the one that's Bates stamped DEN16037, that

22  you're just telling everybody, "Hey, make sure you don't

23  arrest the news media even though everybody knows that

24  they don't engage in violent and destructive acts?

25       MS. JORDAN:  Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

42

1      A.   No.  My intent was to further clarify what I

2  had already said.

3      Q.   Okay.  Why didn't you just tell your

4  commanders just enforce the curfew against those who

5  were engaged in violent and destructive acts?  Why

6  didn't you just tell them that if that's what you meant?

7      A.   Well, I think I did in terms that we all

8  understand.

9      Q.   Okay.  So everybody understood that protestors

10 are those who are engaged in violent and destructive

11 acts?

12     A.   Every -- everyone understood that in the

13 context that we were speaking, that that's who I was

14 referring to.

15     Q.   Did you have any conversations with the mayor

16 or anybody in the mayor's office about how the curfew

17 should be enforced?

18     A.   No.  I did not.

19     Q.   Did you have any conversations with the chief

20 of police about how the curfew should be enforced, other

21 than the conversation -- the one conversation we talked

22 about?

23     A.   Not that I recall.

24     Q.   Did you have any conversations with the deputy

25 chief or any of the other division chiefs about how the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

43

```
 1  curfew should be enforced, other than the conversation

 2  that we've talked about?

 3       A.   Not that I recall.

 4       Q.   You received information that people were

 5  being arrested for curfew who had not engaged in any

 6  violent acts, correct?

 7       A.   No.

 8       Q.   You never received any information of that

 9  kind?

10       A.   That individuals that had not -- that were not

11  involved in -- in violent, destructive behavior were

12  being arrested, no.

13       Q.   You -- did you even know that?  That -- did

14  you even know that -- up to today, right now, did you

15  have any idea that there were 300 people arrested for

16  curfew who were not involved in any violent or

17  destructive acts?

18       A.   I know there were a number of people who were

19  arrested during the protests.  I -- I -- I don't know

20  specifically what their charges were.

21       Q.   So you were never on any e-mails where you

22  were updated on the curfew arrests and who was arrested?

23       A.   I'm certain that I was.

24       Q.   You don't -- you just don't recall them?

25       A.   I don't recall them, and -- I mean, I recall
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

44

1  receiving daily after-action reports, but the content of

2  those, the specifics of arrests, I don't recall.  I -- I

3  recall, you know, details about the violence and

4  destruction that was occurring those five days.

5      Q.    Did you receive any information about the

6  people who were injured by police officers during the

7  protests?

8      A.    Yes.

9      Q.    What information did you receive about that?

10     A.    That there were some individuals that were

11  injured either by less lethal weapon systems or some

12  other fashion that -- I am -- I am aware that there were

13  individuals that were injured during the protest.

14     Q.    The curfew order that the mayor signed stated

15  that members of the news media who were -- who are

16  credentialed would be exempted from the curfew, correct?

17     A.    That's my understanding, yes.

18     Q.    Okay.  And let me just -- to be certain, I'm

19  going to show you the Denver curfew order, the one that

20  was issued on May 30th.  This one's not Bates stamped,

21  but it's the one signed by the mayor 5-30-2020.  And the

22  -- under the exemptions provision, it says -- it

23  includes credentialed members of the news media under

24  section 2A, correct?

25     A.    Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  So you decided -- you got an inquiry

2    from -- not you, but the police department got an

3    inquiry from a reporter who was a freelance journalist

4    who was asking whether or not he qualified as a member

5    of credentialed media if he doesn't have an official

6    badge from a news organization, correct?

7        A.   I'm not sure what you're asking me.

8        Q.   Okay.  I'm showing you Denver 16039.

9        A.   Uh-huh.

10       Q.   Take a look at this e-mail.  When you're

11   finished reading it, I can scroll up because the e-mail

12   chain goes up?

13       A.   Okay.

14       Q.   Okay.  So there is an inquiry from somebody

15   from JIC News. What's jointinformationcenter@denver.gov?

16   What's that?

17       A.   I don't know.  It's not something I'm familiar

18   with.

19       Q.   Okay.  But somebody in the City and County of

20   Denver writes to Ryan Luby, the public information

21   officer for the City Attorney's Office, asking a

22   question from a journalist who is basically asking,

23   "What does it mean to be a member of credentialed

24   media," right?  And he's saying, "This person is a

25   freelancer, so does not have a staff badge from a news

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    organization." Do you see that?

 2         A.   I do.

 3         Q.   Okay.  So the person from the -- the public

 4    information officer from the City Attorney's Office has

 5    an e-mail conversation with somebody at the City

 6    Attorney's Office, right?

 7         A.   Yes.

 8         Q.   And then Barb Archer is brought into this

 9    conversation, right?

10         A.   Yes.

11         Q.   Do you recall having a conversation with

12    anybody about whether or not people who were members of

13    the news media who -- who actually didn't have a

14    credential or a badge would qualify under the exemption?

15         A.   I don't specifically.

16         Q.   Okay.  But you state in Denver 16037 to all

17    your commanders, "All, please make sure all your

18    officers, particularly the ones engaged in enforcing

19    protest-related activity, know that they should not

20    enforce the curfew order against anyone who claims they

21    are a member of the news media," right?

22         A.   Yes.

23         Q.   Okay.  So was that a decision -- so in this e-

24    mail what you're communicating is, don't enforce the

25    curfew order against anybody who claims they are a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

47

1   member of the news media, whether or not they have a

2   badge they can show, right?

3          A.    That would appear so, yes.

4          Q.    You're being more permissive than what the

5   text of the order actually says, right?

6          A.    It would appear, yes.

7          Q.    Okay.  And you just wanted to make sure that

8   journalists didn't get arrested for the curfew, right?

9          A.    Yes.

10         Q.    Okay.  And was this is a decision that you

11  made or that you made in conjunction with the other --

12  with the deputy chief, the chief of police, or the other

13  division chiefs?

14         A.    I honestly don't recall if -- if I talked to

15  Chief Archer or not.

16         Q.    Okay.  Well, would you have made this decision

17  on -- were you given the authority or delegated the

18  responsibility to make this decision on your own?

19         A.    I believe I have that authority, yeah.

20         Q.    Okay.  So you were delegated the authority

21  during the protests to decide that anyone who claimed

22  they were a member of the news media should not have the

23  curfew enforced against them, even if they might not

24  have a badge to show it, right?

25         A.    Yeah.  I'm trying to make it clear to those

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

48

1  commanders, provide additional clarity to who we're

2  targeting during the -- during the protest response.

3       Q.   Right.  I'm just asking you whether or not --

4  I mean, the text of the curfew order, which I just

5  showed you, the exemption, what the literal words say

6  is, "The people who are exempted include credentialed

7  members of the news media."  And what you're telling

8  your commanders, though, after the police department got

9  an inquiry from a journalist about whether he qualified

10 was to say, "Just don't enforce it against anybody who

11 claims they are a member of the news media, whether or

12 not they're credentialed," right?

13      A.   That would appear.

14      Q.   Okay.  I'm not critiquing you for it.  I'm

15 just trying to --

16      A.   No, no.  I understand that.

17      Q.   Yeah.  You're just trying to be protective of

18 the journalists, right?

19      A.   Sure.

20      Q.   Okay.  And I'm just trying to figure out whose

21 decision that was, and you're saying that was your

22 decision to make?

23           MS. JORDAN:  Form.

24      A.   So, you know, not -- not recalling

25 specifically whether or not I had a discussion with

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

49

```
 1   Chief Archer or Chief Pazen, I don't know if that e-mail
 2   was sent at their direction or if it was just my
 3   decision to provide some additional clarity to those
 4   that were on the frontline as to -- as to how they
 5   should target their enforcement.
 6        Q.   Okay.  But your -- this e-mail that you sent
 7   about the news media is directed to all your district
 8   commanders and their admin lieutenants, right?
 9        A.   Yes.
10        Q.   But you don't -- you didn't send it to, like,
11   Montoya's people, you know, people in Special Ops, or,
12   like, the Metro/SWAT people, or the Gang people, right?
13        A.   Correct.
14        Q.   Because you're not their division chief,
15   right?
16        A.   That is correct.
17        Q.   And so, I'm just trying to figure out, did the
18   City have uneven enforcement of the curfew based on
19   whose division you were in, or do you assume that this -
20   - the same message was communicated to those other units
21   as well?
22             MS. JORDAN:  Form.
23        A.   My belief is that each of the division chiefs
24   communicated similar messages to their charges.
25        Q.   Okay.  And so, was it a joint decision then of
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

50

1  the division chiefs, or would it have come from Deputy

2  Archer or Chief Pazen?

3       A.   I -- I don't have that answer.  I mean, I

4  don't -- I don't know if that -- if those e-mails were

5  in response to direction or if we each decided, you

6  know, understanding what, you know, what message need to

7  be communicated to our people.

8       Q.   Are you aware that the city ultimately

9  dismissed the charges, the curfew violation charges,

10 against the 300-some people who were arrested solely for

11 violating the curfew?

12      A.   I am aware of that.

13      Q.   Okay.  And when did you become aware of that?

14      A.   My recollection is probably the day or the day

15 after that happened.

16      Q.   Okay.  The day or day after the dismissal of

17 the char -- or the decision happened?

18      A.   Correct.

19      Q.   Okay.  And were you part of any decision-

20 making as to -- you know, going into that?

21      A.   Going into why those case were dismissed?

22      Q.   Right.

23      A.   No, I was not.

24      Q.   Okay.  Are you aware of why those case were

25 dismissed?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

60

1    you, you know, monitor the Halo camera footage or

2    monitor any footage during the time that you were in the

3    command post?

4        A.    There are a number of Halo camera feeds into

5    the command post that I was able to watch, yes.

6        Q.    Okay.  And were you watching those with --

7    with an eye towards your responsibility of deciding how

8    to allocate resources, or what was your reason for

9    watching that video feed?

10       A.    Well, because I -- I was interested in the --

11   what was happening on the ground that -- that officers

12   that I'm responsible for were engaged in.

13       Q.    Okay.

14            MS. WANG:  Let's take a quick break.  Just

15       five minutes.

16            VIDEOGRAPHER:  We're going off the record.

17                (OFF THE RECORD)

18            VIDEOGRAPHER:  We're back on the record.

19   BY MS. WANG:

20       Q.    Okay.  Division Chief Thomas, I am showing you

21   an e-mail that's Bates stamp DEN15781.  Take a look at

22   this, and then let me know when you're finished.

23       A.    Okay.

24       Q.    Okay.  So this an e-mail from Commander

25   Bancroft dated June 5, 2020 to her lieutenants stating,

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

61

1    "All, I know we really have not enforced the 9:00 curfew

2    anyway with the exception of those engaged in protest

3    activity anyway, but make sure your officers understand

4    the curfew expired at 5:00 this morning.  Thanks."  Do

5    you see that message?

6       A.   Yes.

7       Q.   That message was communicating to her officers

8    what you had communicated to her, correct?

9       MS. JORDAN:  Form.  Foundation.

10      A.   No.  I don't -- I don't think that's a

11   reasonable assumption.

12      Q.   What is she communicating?

13      A.   Well, she is -- I mean, that -- that through

14   her admin assistant is communication from her to her

15   officers, but that's not -- that's not -- that's not

16   what I'm communicating.

17      Q.   So if I were to ask Commander Bancroft, did

18   you instruct your officers to enforce the curfew only

19   against those engaged in protest activity, she's going

20   to tell me, yeah, and I did that on my own.  That's not

21   what division Chief Thomas told me to do?

22      MS. JORDAN:  Foundation.

23      A.   No.  I would -- I would imagine that she would

24   say that -- two things.  I think she would be saying

25   that she wanted to make sure officers understood that

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

62

1  they were to only enforce the curfew against individuals

2  involved in violent, destructive behavior. In this

3  particular message, though, I -- I think -- I don't know

4  what her intent was in sending this message, but it

5  appears to me that maybe her intent is letting people

6  know that the curfew expired at 5:00 in the morning.

7       Q.   Right.  So you think that she understood the

8  phrase "those engaged in protest activity" to mean those

9  engaged in violent, destructive activity?

10      A.   Yes.

11      Q.   Because everybody in the police department

12 understood it was one and the same, right?

13           MS. JORDAN:  Form and foundation.

14      A.   I -- you know, I think again, department and

15 philosophy values, I think -- I think that everybody

16 understands that people are free to engage in protests,

17 demonstrations.  We manage those things all the time,

18 but there's a difference between that and violent and

19 destructive behavior, and that's what we were trying to

20 prevent.

21      Q.   So why didn't you just say that, "violent and

22 destructive behavior" instead of "protest activity"?

23      A.   Well, because I did say that.  I said it in

24 terms that people understood.

25      Q.   And the terms that people understood was

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    "protest-related behavior," right?

 2         A.   Correct, which in this context means violent

 3    and destructive behavior.

 4         Q.   You had testified earlier -- did you recall

 5    receiving any communications about the people who had

 6    been arrested for curfew violations during the protests?

 7         A.   I'm sorry.  Repeat that.

 8         Q.   Did you receive any communications from

 9    anybody in the police department during the protests

10    about who had been arrested for violating the curfew?

11         A.   Yes.

12         Q.   Okay.  Did you receive information during the

13    protests that people were arrested for curfew violation

14    only who were not arrested for other more serious

15    charges?

16         A.   I have no specific recollection of that.

17         Q.   I'm showing you a document that's been Bates

18    stamped Denver 16053.  It's an e-mail from Robert

19    Wyckoff to Murphy Robinson, the chief, the deputy chief,

20    and it CCs you and the other division chiefs.  Do you

21    see that?

22         A.   Yes.

23         Q.   Okay.  And this e-mail is dated Saturday,

24    May 30, 2020, and he says, "Attached -- please see the

25    attached after-action report from yesterday's event."
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

64

```
 1    Do you see that?

 2         A.   Yes.

 3         Q.   Okay.  And then we have a document that

 4    follows, which is an arrest log for 5:30 that lists mass

 5    arrests, right?

 6         A.   Yes.

 7         Q.   Okay.  And these are -- the charges are listed

 8    here in the middle column.  This is Denver 16054.  Do

 9    you see this?

10         A.   Yes.

11         Q.   Okay.  And for the most part these charges are

12    all -- just say "curfew," right?

13         A.   Correct.

14         Q.   There's a few with more serious charges, but

15    most of them just say "curfew," right?

16         A.   Correct.

17         Q.   Okay.  So you were aware at some point during

18    the protests, during the first five days of the

19    protests, that there were people being arrested for

20    curfew who didn't have more serious charges, right?

21         A.   Well, I think more accurately I received this

22    report which documents what the arrests were, and I see

23    that there were individuals who it would appear their

24    only charge was a curfew charge.

25         Q.   Okay.  So are you suggesting that some of the
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   people who just were -- who were only charged with

 2   curfew may have been engaged in violent and destructive

 3   acts.  They just didn't get arrested for that?

 4            MS. JORDAN:  Form.  Foundation.

 5       A.   That's what I would believe.

 6       Q.   Okay.  And so, the City Attorney's Office

 7   decided to dismiss the charges of 300 curfew arrestees

 8   even though they were also engaged in violent and

 9   destructive acts?

10            MS. JORDAN:  Form and foundation.

11       A.   I couldn't tell you why the City Attorney's

12   Office decided to drop those charges.

13       Q.   Do you think they should have -- I mean, is it

14   your view that the 300 people whose curfew -- whose

15   charges were dropped were engaged in violent and

16   destructive acts as well as violating curfew because

17   that's what you instructed your officers to do?

18       A.   Can you repeat the question?

19       Q.   There were 300 people -- over 300 people who

20   were arrested for violating the emergency curfew who did

21   not have any more serious charges.  You understand that,

22   right?

23       A.   Yes.

24       Q.   Are you suggesting that the fact that they

25   weren't charged with something more serious doesn't mean
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

66

```
 1    that they weren't engaged in something more serious than
 2    violating curfew?
 3         A.   Yes.
 4         Q.   Okay.  How do you know that?
 5         A.   Because, again, I -- I -- our focus for those
 6    entire five days were individuals that were engaged in
 7    violent and destructive behavior.
 8         Q.   Okay.  And so, you believe that your officers
 9    carried out what you asked them to do and that those 300
10    people who were arrested for curfew violations and had
11    no more serious charges must have been doing something
12    violent or destructive.  Otherwise, they wouldn't have
13    been arrested because that's what you told your officers
14    to do, right?
15              MS. JORDAN:  Form.
16         A.   I feel pretty confident that -- that
17    individuals weren't arrested for curfew just because
18    they were out after curfew.  I think they were arrested
19    because they were involved in violent and destructive
20    behavior, which we were trying to prevent.
21         Q.   They were arrested for curfew because they
22    were out there engaged in protest-related activity after
23    curfew, right?
24         A.   Which, again, is violent and destructive
25    behavior.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHIEF RON THOMAS, taken on August 26, 2021

91

```
 1    all needs to come to stop when a lawsuit is filed.
 2    Are you aware of that?
 3              MS. JORDAN:   Form.
 4        A.    Sure.  And I have no specific recollection of
 5    having text message communications after receiving that
 6    litigation hold.
 7        Q.    Did you or anybody else in the police
 8    department, including anybody in the senior leadership,
 9    have any discussions about arresting curfew violators as
10    opposed to just giving them a ticket?
11        A.    I don't recall that specific conversation.
12        Q.    Was there any discussion at all about whether
13    people should just be given a ticket and a court date as
14    opposed to being arrested and taken to the detention
15    center?
16        A.    No, because, I mean, you know, my recollection
17    is that the -- the tool was to be directed at
18    individuals that were engaged in violent and destructive
19    behavior.
20              And so, you know -- and -- and removing them
21    from the area, so -- issuing somebody a ticket wouldn't
22    have served either of those purposes.
23        Q.    You wanted to get them off the street, right?
24        A.    I wanted to stop the violent and destructive
25    behavior.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com