| | |
|---|---|
| **Date:** | Fri, 5 Jun 2020 10:40:53 PM (UTC) |
| **Sent:** | Fri, 5 Jun 2020 10:40:51 PM (UTC) |
| **Subject:** | Curfew |
| **From:** | Bancroft, Kathleen J. - DPD SP1017 Commander |
| **To:** | Ngo-Hoekzema, Jessica K. - DPD Executive Asst I <Jessica.Ngo-Hoekzema@denvergov.org>; |
| **CC:** | Porter, Vincent M. - DPD Lieutenant <Vince.Porter@denvergov.org>; Lovato, Kimberly E. - DPD SP1005 Lieutenant <kimberly.lovato@denvergov.org>; Stigler, Samuel J. - DPD SP1005 Lieutenant <Samuel.Stigler@denvergov.org>; Clarry, Andrew - DPD SP1005 Lieutenant <Andrew.Clarry@denvergov.org>; |

Jessica
Can you send this out to everyone:

All, I know we really have not enforced the 9:00 curfew anyway with the exception of those engaged in protest activity anyway, but make sure your officers understand the curfew expired at 5:00 this morning.
Thanks

Sent from my iPhone

DEN15781
Exhibit 23

Subject:    Curfew Order

From:       DeStaffany, Layla - DPD SP1017 C <Layla.DeStaffany@denvergov.org >

Abeyta, David M. - DPD SP1007 Se <David.Abeyta@denvergov.org >; Alcon, Joshua R. - DPD Police Of <Joshua.Alcon@denvergov.org >; Anderson, Bob C. - DPD Police Of <Bob.Anderson@denvergov.org >; Antoine, Kevin P. - DPD Police O <Kevin.Antoine@denvergov.org >; Aranda, Ramses - DPD Police Offi <Ramses.Aranda@denvergov.org >; Archuleta, Christopher G. - DPD <Christopher.Archuleta@denvergov. >; Archuleta, Frankie J. - DPD Poli <Frankie.Archuleta@denvergov.org >; Armstrong, Scott A. - DPD SP1007 <Scott.Armstrong@denvergov.org >; Austin, Benjamin M. - DPD SP1016 <Benjamin.Austin@denvergov.org >; Austin, Taylor R. - DPD Detectiv <Taylor.Austin@denvergov.org >; Ayers, Gary R. - DPD Sergeant <Gary.Ayers@denvergov.org >; Bales, Christopher M. - DPD Corp <Christopher.Bales@denvergov.org >; Ball, Jesse - DPD SP1014 Police <Jesse.Ball@denvergov.org >; Ballinger, James R. - DPD Lieute <James.Ballinger@denvergov.org >; Barrandey, Stephanie R. - DPD SP <Stephanie.Barrandey@denvergov.or >; Batiste, Nicole A. - DPD SP1011 <Nicole.Batiste@denvergov.org >; Beiriger, Nathan J. - DPD Police <Nathan.Beiriger@denvergov.org >; Black, Marcus D. - DPD Police Of <Marcus.Black@denvergov.org >; Blanc, Robert L. - DPD Police Of <Robert.Blanc@denvergov.org >; Bloodworth, Ryan - DPD SP1007 Se <Ryan.Bloodworth@denvergov.org >; Boatman, Gregory L. - DPD SP1011 <Gregory.Boatman@denvergov.org >; Brown, Garrett - DPD Police Offi <Garrett.Brown@denvergov.org >; Brown, Phillip - DPD SP1014 Poli <PHILLIP.BROWN@denvergov.org >; Burke, Lon A. - DPD Police Offic <Lon.Burke@denvergov.org >; Caldera, Cecilia - DOS TB0017 Pu <Cecilia.Caldera@denvergov.org >; Carrazco Carrazco, Luis - DPD SP <Luis.Carrazco@denvergov.org >; Carrera, Pablo E. - DPD SP1014 P <Pablo.Carrera@denvergov.org >; Catlett, Joshua E. - DPD SP1011 <Joshua.Catlett@denvergov.org >; Cervera, Alfonso - DPD SP1005 Li <Alfonso.Cervera@denvergov.org >; Chavez, Adolph L. - DPD SP1011 P <Adolph.Chavez@denvergov.org >; Chavez, Kenneth A. - DPD Police <Kenny.Chavez@denvergov.org >; Christian, Chanee - DPD Police O <Chanee.Christian@denvergov.org >; Christopherson, Dean E. - DPD Se <Dean.Christopherson@denvergov.or >; Clark, Michael J. - DPD SP1009 D <Michael.Clark@denvergov.org >; Colby, Matthew T. - DPD Police O <Matthew.Colby@denvergov.org >; Connors, Cole A. - DPD SP1011 Po <Cole.Connors@denvergov.org >; Cooper, Michele T. - DPD Police <Michele.Cooper@denvergov.org >; Cordova, Brianna K. - DPD SP1011 <Brianna.Cordova@denvergov.org >; Cox, Ashley N. - DPD SP1011 Poli <Ashley.Cox@denvergov.org >; Damian, Sadie L. - DPD SP1016 Co <Sadie.Leger@denvergov.org >; Davison, Cody M. - DPD Detective <Cody.Davison@denvergov.org >; Diaz, Anita - DPD SP1011 Police <Anita.Diaz@denvergov.org >; Dreyfuss, Kevin I. - DPD Corpora <Kevin.Dreyfuss@denvergov.org >; Duffy, Kala N. - DPD CA3177 Crim <Kala.Duffy@denvergov.org >; Duran, Mark - DPD Detective <Mark.Duran@denvergov.org >; Dyckman, Daniel E. - DPD SP1011 <Daniel.Dyckman@denvergov.org >; Dyer, Steven - DPD Police Office <Steven.Dyer@denvergov.org >; Egger, Aaron - DPD Police Office <Aaron.Egger@denvergov.org >; Elliott, Jan L. - DPD Police Off <Jan.Elliott@denvergov.org >; Esparza, Alexander B. - DPD SP10 <Alexander.Esparza@denvergov.org >; Felkins, Daniel W. - DPD Corpora <Daniel.Felkins@denvergov.org >; Fink, Jeremy - DPD SP1011 Police <Jeremy.Fink@denvergov.org >; Floyd, Heather - DPD SP1014 Poli

To:
<Heather.Floyd@denvergov.org>; Gameroz, Steve - DPD Police Offi <Steve.Gameroz@denvergov.org>; Gardner, Lane W. - DPD SP1007 Se <Lane.Gardner@denvergov.org>; Gibbs, Robert A. - DPD Police Of <robert.gibbs@denvergov.org>; Giles, Daniel J. - DPD Detective <Daniel.Giles@denvergov.org>; Glasby, Adam - DPD Police Office <Adam.Glasby@denvergov.org>; Gleaton, Talon J. - DPD Police O <Talon.Gleaton@denvergov.org>; Gomez, Cindy M. - DPD Police Off <Cindy.Gomez@denvergov.org>; Gomez, Manuel L. - DPD Police Of <Manuel.Gomez@denvergov.org>; Gonzales, Bryan - DPD Police Off <Bryan.Gonzales@denvergov.org>; Gray, Rob A. - DPD Detective <Rob.Gray@denvergov.org>; Green, Michael G. - DPD SP1011 P <Michael.Green@denvergov.org>; Grenfell, Jeffrey - DPD Police O <Jeffrey.Grenfell@denvergov.org>; Guadiana, Narciso P. - DPD Civil <Narciso.Guadiana@denvergov.org>; Guillenpena, Elder A. - DPD Poli <Elder.Guillenpena@denvergov.org>; Gunter, Michael D. - DPD SP1009 <Michael.Gunter@denvergov.org>; Gurule, Phillip M. - DPD SP1011 <Phillip.Gurule@denvergov.org>; Harris, David J. - DPD Detective <David.Harris@denvergov.org>; Harrison, Matthew R. - DPD Polic <Matthew.Harrison@denvergov.org>; Hernandez, Jorge - DPD Detective <Jorge.Hernandez@denvergov.org>; Hernandez, Julia - DPD Police Of <Julia.Hernandez@denvergov.org>; Hoffecker, Adam T. - DPD SP1011 <Adam.Hoffecker@denvergov.org>; Holm, Brian M. - DPD Police Offi <Brian.Holm@denvergov.org>; Hora Powell, Karla K. - DPD Exec <Karla.Powell@denvergov.org>; Horton, Mickey L. - DPD Sergeant <Mickey.Horton@denvergov.org>; Jackson, Avantae - DPD SP1014 Po <Avantae.Jackson2@denvergov.org>; Jackson, Monet - DPD SP1014 Poli <Monet.Jackson2@denvergov.org>; Jackson, Travis D. - DPD Police <Travis.Jackson@denvergov.org>; Jorge, Lex - DPD Sergeant <Lexido.Jorge@denvergov.org>; Juarez, Gerald L. - DPD Police O <Gerald.Juarez@denvergov.org>; Kenfield, Stephen M. - DPD Serge <Stephen.Kenfield@denvergov.org>; Koen, Joshua - DPD SP1012 Police <Joshua.Koen@denvergov.org>; Lane, Brett N. - DPD Police Offi <Brett.Lane@denvergov.org>; Larson, Curtis D. - DPD SP1016 C <Curtis.Larson@denvergov.org>; Lavenhagen, Richard W. - DPD Cor <Richard.Lavenhagen@denvergov.org>; Le, Kevin - DPD SP1014 Police Of <Kevin.Le@denvergov.org>; Leal, Alexia - DPD SP1014 Police <Alexia.Leal@denvergov.org>; Lee, Eric B. - DPD Sergeant <Eric.Lee@denvergov.org>; Lewis, Keith A. - DPD CORPORAL <Keith.Lewis@denvergov.org>; Limon, Bobi - DPD Police Officer <Bobi.Limon@denvergov.org>; Linn, Josh W. - DPD SP1011 Polic <Joshua.Linn@denvergov.org>; Lippert, Jared - DPD Police Offi <Jared.Lippert@denvergov.org>; Lopez, Ismael M. - DPD SP1011 Po <Ismael.Lopez@denvergov.org>; Lopez-Jurado, Namir - DPD SP1014 <Namir.Lopez-Jurado@denvergov.org>; Lovato, Noelle - DPD SP1014 Poli <Noelle.Lovato@denvergov.org>; Love, Tracy M. - DPD Sergeant <Tracy.Love@denvergov.org>; Lucero, Adam L. - DPD Police Off <Adam.Lucero@denvergov.org>; Lung, Mark A. - DPD Police Offic <Mark.Lung@denvergov.org>; Manzanares, Kenneth W. - DPD Det <Ken.Manzanares@denvergov.org>; Marquez, Humberto C. - DPD Polic <Humberto.MarquezJr@denvergov.org>; Martinez, Robert D. - DPD Police <Robert.MartinezJr@denvergov.org>; Martinez, Robert J. - DPD Detect <Robert.Martinez@denvergov.org>; Matens, Kevin D. - DPD Detective <Kevin.Matens@denvergov.org>; Mayberry, Kyle - DPD SP1014 Poli <Kyle.Mayberry@denvergov.org>; McClelland, James R. - DPD Polic <James.McClelland@denvergov.org>; McDermott, Maxwell D. - DPD Poli <Maxwell.McDermott@denvergov.org>; McDonald, Ailena N. - DPD Civili

<Ailena.McDonald@denvergov.org >; Meadows, Dan J. - DPD SP1011 Pol <Daniel.Meadows@denvergov.org >; Mehrer, Jayme - DPD Police Offic <Jayme.Mehrer@denvergov.org >; Mehrtens, John L. - DPD SP1009 D <John.Mehrtens@denvergov.org >; Merrion, Matthew E. - DPD Sergea <Matthew.Merrion@denvergov.org >; Michalski, Anthony W. - DPD Poli <Anthony.Michalski@denvergov.org >; Miller, Daryl L. - DPD Lieutenan <Daryl.Miller@denvergov.org >; Montoya, Anthony - DPD Police Of <Anthony.Montoya2@denvergov.org >; Montoya, Carlos A. - DPD Police <Carlos.Montoya@denvergov.org >; Montoya, Jeremy M. - DPD Police <Jeremy.Montoya@denvergov.org >; Moser, Ryan M. - DPD SP1011 Poli <Ryan.Moser@denvergov.org >; Nagle, Florence I. - DPD Police <Florence.Nagle@denvergov.org >; Nelson, John D. - DPD SP1007 Ser <John.Nelson2@denvergov.org >; Nicastle, Kevin M. - DPD Police <Kevin.Nicastle@denvergov.org >; Novotny, Mark - DPD Sergeant <Mark.Novotny@denvergov.org >; Nunez De Ovalle, Graciela - DPD <Grace.Nunez@denvergov.org >; O'Connell, Edward - DPD Police O <Edward.OConnell@denvergov.org >; Olin, Scott R. - DPD Detective <Scott.Olin@denvergov.org >; Ord, Craig C. - DPD Sergeant <Craig.Ord@denvergov.org >; Otey, Jay K. - DPD Police Office <Jay.Otey@denvergov.org >; Pacheco, Juan M. - DPD Police Of <Juan.Pacheco@denvergov.org >; Padia, Eddie - DPD SP1011 Police <Edward.Padia@denvergov.org >; Padilla, Ashley L. - DPD Police <Ashley.Padilla@denvergov.org >; Parton, Duane M. - DPD SP1011 Po <Duane.Parton@denvergov.org >; Payan, Amalio - DPD Corporal <Amalio.Payan@denvergov.org >; Peoples, Gregory A. - DPD Police <Gregory.Peoples@denvergov.org >; Perez, Mardie A. - DPD Police Of <Mardie.Perez@denvergov.org >; Reierson, Matthew W. - DPD Polic <matthew.reierson@denvergov.org >; Reyes, Brandon T. - DPD SP1016 C <Brandon.Reyes@denvergov.org >; Richardson, Ryan A. - DPD SP1011 <Ryan.Richardson@denvergov.org >; Roller, Karl J. - DPD Corporal <Karl.Roller@denvergov.org >; Romero, Rod P. - DPD Police Offi <Rodney.Romero@denvergov.org >; Russell, John S. - DPD Police Of <John.Russell@denvergov.org >; Salinas, Dominick - DPD Sergeant <Dominick.Salinas@denvergov.org >; Sanchez, Nicholas - DPD SP1014 P <Nicholas.Sanchez@denvergov.org >; Sandoval, Troy L. - DPD Sergeant <Troy.Sandoval@denvergov.org >; Schantz, Stacy D. - DPD SP1007 S <Stacy.Schantz@denvergov.org >; Schmidt, Thomas D. - DPD SP1011 <Thomas.Schmidt@denvergov.org >; Sinnema, Kyle - DPD SP1011 Polic <Kyle.Sinnema@denvergov.org >; Sparks, Allen M. - DPD SP1014 Po <Allen.Sparks@denvergov.org >; Spell, Ryan - DPD Police Officer <Ryan.Spell@denvergov.org >; St. John, Andrew A. - DPD Police <Andrew.St.John@denvergov.org >; Stark, Bart Q. - DPD Police Offi <Bartholomew.Stark@denvergov.org >; Steen, Tom S. - DPD SP1011 Polic <Thomas.Steen@denvergov.org >; Tarin Vargas, Rebeca Y. - DPD Po <Rebeca.TarinVargas@denvergov.org >; Vacca, Gregory J. - DPD Corporal <Gregory.VaccaJr@denvergov.org >; Valdez, Jason P. - DPD Detective <Jason.Valdez@denvergov.org >; Valko, Christopher A. - DPD SP10 <Christopher.Valko@denvergov.org >; Van Volkinburg, Adam - DPD Polic <Adam.vanvolkinburg@denvergov.org >; Vessa, Anthony J. - DPD SP1014 P <Anthony.Vessa@denvergov.org >; Villagomez, Christopher - DPD SP <Christopher.Villagomez@denvergov >; Wiley, David R. - DPD Police Off <David.Wiley@denvergov.org >; Williams, James D. - DPD Lieuten <James.Williams@denvergov.org >; Wolfe, Christopher - DPD SP1014 <Christopher.Wolfe@denvergov.org >; Yearling, Mylous M. - DPD Detect

**DEN15798**

&lt;Mylous.Yearling@denvergov.org &gt;; Young, Vincent P. - DPD Police O &lt;Vincent.Young@denvergov.org &gt;;

Attachments:   image001.png

Hi Everyone,

We have received guidance from downtown that we are only allowed to enforce curfew with respect to protest activity. Please don't use it outside of the areas that are affected by the protests.

Thanks and be safe!
Layla



Layla DeStaffany | Lieutenant
Denver Police Department | District 1
p: (720) 913.0523 | cell: (720) 668.7242
layla.destaffany@denvergov.org

**CONNECT WITH US** | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

| | |
|---|---|
| Date: | Wed, 3 Jun 2020 2:23:38 AM (UTC) |
| Sent: | Wed, 3 Jun 2020 2:23:37 AM (UTC) |
| Subject: | Fwd: please help, what are credentialed media?  FW: [EXTERNAL] media quote |
| From: | DeStaffany, Layla - DPD SP1017 Commander <Layla.DeStaffany@denvergov.org > |
| To: | Cervera, Alfonso - DPD SP1005 Lieutenant <Alfonso.Cervera@denvergov.org >; Williams, James D. - DPD Lieutenant <James.Williams@denvergov.org >; Ballinger, James R. - DPD Lieutenant <James.Ballinger@denvergov.org >; Miller, Daryl L. - DPD Lieutenant <Daryl.Miller@denvergov.org >; Bloodworth, Ryan - DPD SP1007 Sergeant <Ryan.Bloodworth@denvergov.org >; Wallace, Samantha H. - DPD SP1007 Sergeant <Samantha.Wallace@denvergov.org >; Horton, Mickey L. - DPD Sergeant <Mickey.Horton@denvergov.org >; Gardner, Lane W. - DPD SP1007 Sergeant <Lane.Gardner@denvergov.org >; Salinas, Dominick - DPD Sergeant <Dominick.Salinas@denvergov.org >; |

Please see below and get the word out. Thanks and stay safe!


Sent from my iPhone
Begin forwarded message:

> **From:** "Thomas, Ron E. - DPD SP1003 Division Chief" <Ron.Thomas@denvergov.org >
> **Date:** June 2, 2020 at 18:34:33 MDT
> **To:** "DeStaffany, Layla - DPD SP1017 Commander" <Layla.DeStaffany@denvergov.org >, "Bancroft, Kathleen J. - DPD SP1017 Commander" <Kathleen.Bancroft@denvergov.org >, "Kyle, Rick R. - DPD Commander" <Rick.Kyle@denvergov.org >, "Fleecs, Mark A. - DPD Commander" <Mark.Fleecs@denvergov.org >, "Fountain, Marcus L. - DPD Commander" <Marcus.Fountain@denvergov.org >, "Sanchez, Aaron D. - DPD SP1017 Commander" <Aaron.Sanchez@denvergov.org >
> **Cc:** "Williams, James D. - DPD Lieutenant" <James.Williams@denvergov.org >, "Porter, Vincent M. - DPD Lieutenant" <Vince.Porter@denvergov.org >, "Aragon, Carlos R. - DPD Lieutenant" <Carlos.Aragon@denvergov.org >, "Marshall, Mark D. - DPD Lieutenant" <Mark.Marshall@denvergov.org >, "Penn, Marion P. - DPD Lieutenant" <Marion.Penn@denvergov.org >, "Cody, Mike E. - DPD SP1005 Lieutenant" <Michael.Cody@denvergov.org >
> **Subject: FW:  please help, what are credentialed media?  FW: [EXTERNAL] media quote**
>
>
> All,
>
> Please make sure all your officers, particularly the ones engaged in enforcing protest-related activity, know that they should not enforce the curfew order against anyone who claims they are a member of the news media.
>
> Thanks,
>
> 
>
> **Ron Thomas | Division Chief of Patrol**
> Denver Police Department | City and County of Denver
> 1331 Cherokee Street, Denver, CO 80204
> 720.913.6527 Main l 720-913-7029 Fax
> Ron.Thomas@denvergov.org  | **Dial 3-1-1 for City Services**

**DEN16037**

**From:** Archer, Barbara A. - DPD SP1002 Deputy Chief
**Sent:** Tuesday, June 2, 2020 6:27 PM
**To:** Wheaton, Julie A. - DPD SP1005 Lieutenant <Julie.Wheaton@denvergov.org >; Phelan, Patrick K. - DPD Commander <Patrick.Phelan@denvergov.org >; Montoya, Joseph A. - DPD SP1003 Division Chief <joseph.montoya@denvergov.org >
**Cc:** Thomas, Ron E. - DPD SP1003 Division Chief <Ron.Thomas@denvergov.org >; Saunier, Ronald R. - DPD SP1003 Division Chief <Ronald.Saunier@denvergov.org >
**Subject:** FW: please help, what are credentialed media? FW: [EXTERNAL] media quote
**Importance:** High

Please make sure we address this at each briefing – thank you.

**From:** Bordovsky, Marley M. - CAO Assistant City Attorney Division Dir
**Sent:** Tuesday, June 2, 2020 5:20 PM
**To:** Archer, Barbara A. - DPD SP1002 Deputy Chief <Barb.Archer@denvergov.org >
**Cc:** Luby, Ryan - CAO Public Information Officer <Ryan.Luby@denvergov.org >
**Subject:** RE: please help, what are credentialed media? FW: [EXTERNAL] media quote
**Importance:** High





**Marley Bordovsky | Director**
Prosecution and Code Enforcement | City and County of Denver
720.913.8057 Phone | 720.913-8010 Fax
marley.bordovsky@denvergov.org


**From:** Luby, Ryan - CAO Public Information Officer
**Sent:** Tuesday, June 2, 2020 5:10 PM
**To:** Bordovsky, Marley M. - CAO Assistant City Attorney Division Dir <Marley.Bordovsky@denvergov.org >; CAO Response Team <CAOResponseTeam@denvergov.org >
**Subject:** please help, what are credentialed media? FW: [EXTERNAL] media quote

[redacted]

Ryan

--

**Ryan S. Luby** | Public Information Officer
City Attorney's Office | City and County of Denver
o: (720) 913-3238 | m: (720) 793-5685
Ryan.Luby@denvergov.org

**From:** JIC_News <JIC_News@denvergov.org >
**Sent:** Tuesday, June 2, 2020 5:06 PM
**To:** Ghost Writer <eagle9a2001@gmail.com >; Luby, Ryan - CAO Public Information Officer <Ryan.Luby@denvergov.org >; CAO Response Team <CAOResponseTeam@denvergov.org >
**Subject:** RE: [EXTERNAL] media quote

Hi Ryan,

We've received the following questions from an independent journalist, John Reed (copied on this email). Can the City Attorney's Office help answer these?

- Under the city curfew, how broadly do we define "credentials" for credentialed media? John is a freelancer so does not have a staff badge from a news organization.
- This webpage states Any person to whom permission by authorized City and County of Denver officials is specifically granted. Who is eligible for this?

Thank you,

Laura
Joint Information Center

**From:** Ghost Writer [mailto:eagle9a2001@gmail.com ]
**Sent:** Tuesday, June 2, 2020 4:35 PM
**To:** JIC_News <JIC_News@denvergov.org >
**Subject:** [EXTERNAL] media quote

All law enforcement, fire, paramedics or other medical personnel, Colorado National Guard as well as any other emergency response personnel authorized by the City and County of Denver, and credentialed members of the news media.
john reed

DEN16039