IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated)

ELISABETH EPPS, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants

## DECLARATION OF BRIAN SWIFT

Pursuant to 28 U.S.C. § 1746, I, Brian Swift, declare as follows:

1. I am over 18 years old and competent to make this declaration.

2. I am a paralegal and I have been a full-time employee of Loevy & Loevy since June 2017.

3. I reviewed documents produced by the City and County of Denver in response to Fitouri Plaintffs' First Set of Requests for Production No. 8. This Request sought all documents relating to the arrests of individuals for violation of the Emergency Curfew. (Fitouri Plaintiffs' First Set of Requests for Production is attached hereto.)

4. My purpose in reviewing the documents was to look for individuals who fit the definition of the Class certified by the Court, specifically, persons "who were arrested for violation of the emergency curfew (D.R.M.C. 1-13), and in some cases were also arrested on an accompanying charge of failure to obey a lawful order (D.R.M.C. 39-31(c)), who were taken into police custody and detained for some period of time, but who were not charged with any other violations, and whose charges were dismissed." Dkt. 127 at 8.

Exhibit 24

5. I drafted a list of the individuals who (according to the documents produced by the City and County of Denver) fit or appeared to fit this definition. This list was then reviewed and finalized by my supervising attorney, Elizabeth Wang, and filed as Dkt. 158-1.

I declare under penalty of perjury that the foregoing is true and correct.

2/9/2022
Date

Brian Swift

IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

BLACK LIVES MATTER 5280, *et al.*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants,

*consolidated with*

SARA FITOURI, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

___

### FITOURI PLAINTIFFS' FIRST SET REQUESTS FOR PRODUCTION TO DEFENDANT CITY AND COUNTY OF DENVER
___

Now comes Plaintiffs Sara Fitouri, Jacquelyn Parkins, Youssef Amghar, Joe Deras, Johnathen De La Vaca, Kelsey Taylor, Francesca Lawrence, and Andy Sannier, by and through their attorneys, Loevy & Loevy, and hereby respectfully submits these Requests for Production to Defendant City and County of Denver, pursuant to Federal Rule of Civil Procedure 34:

### Definitions and Instructions

Plaintiffs incorporate by reference the Definitions and Instructions in the Plaintiffs' Joint Requests for Production to Defendant City and County of Denver (Nos. 2-16):

### Requests for Production

1. All Documents that relate to, support, or rebut any of the allegations or

1

claims in Plaintiff's Complaint.

2. A copy of any video feed(s) viewed by Mayor Hancock, Chief of Police Pazen, or any other policymaker for the City of Denver or supervisor or commanding officer for the DPD during the Protests from May 28, 2020 through June 2, 2020. This includes the video feed that Mayor Hancock said in a press conference on May 29, 2020 that he watched the day before.

3. All Documents sufficient to show the locations, movements, or assignments of all Denver police officers involved in or assigned to the Protests from May 28 through June 2, 2020, such as, police reports, arrest lists, attendance sheets, timecards, Documents relating to duties or assignments, ticket books, log sheets, etc. This Request includes but is not limited to Documents sufficient to identify the officers assigned to the dates, times, and locations identified in the letters attached as Exhibits A and B to the Plaintiffs' Joint Requests for Production to Defendant City and County of Denver.

4. All Documents provided to any Denver police officer concerning making arrests of individuals in violation of the Emergency Curfew, including any policies, procedures, rules, or guidelines.

5. All Documents identifying any policymaker who was responsible for or had final policymaking authority for any policy or procedure of the City of Denver (or training for DPD officers) between May 28, 2010 and the present on crowd control, management of protests, or the use of Less Lethal Weapons, as well as all Documents relating to any effort of those policymaker(s) to review, investigate, analyze, uncover, prevent, or determine the prevalence of any misconduct, deficiency, shortcoming, or other problem relating to any such policy, procedure, or training.

6. All Documents relating to Denver police actions with respect to protestors on or about October 29, 2011, including but not limited to the use of pepper balls and/or other aerosolized chemical agents against protestors in Civic Center Park. This request includes but is not limited to all Documents relating to any effort of the City of Denver, the DPD, or any policymaker to review, investigate, analyze, uncover, prevent, or determine the prevalence of any misconduct, deficiency, shortcoming, or other problem relating to any policy, procedure, or training relating to the DPD response to protestors in Civic Center Park on or about October 29, 2011.

7. If you are claiming in this lawsuit that there was justification for the Mayor's State of Emergency Declaration and the accompanying Emergency Curfew: All Documents showing that such declaration and curfew containing no exception for First Amendment activity was justified.

8. All Documents relating to the arrests of individuals for violation of the

Emergency Curfew, including but not limited to the complete files (including General Office Hardcopy and Arrest Hardcopy) and any body-worn camera video for each of the arrestees and case numbers listed in Exhibit 1, attached hereto.

                                                              Respectfully submitted,

                                                              By: s/ Elizabeth Wang
                                                              Attorney for Plaintiff

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: (720) 328-5642
elizabethw@loevy.com
*Counsel for Plaintiff*

### Certificate of Service

      I, Elizabeth Wang, an attorney, hereby certify that on September 25, 2020, I served via email the foregoing Fitouri Plaintiffs' First Set of Requests for Production to Defendant City and County of Denver, on counsel of record for the Defendants.

                                                              s/ Elizabeth Wang
                                                              Attorney for Plaintiff

| First | Middle | Last | Date of Arrest | Case # |
|---|---|---|---|---|
| C | | A. | | 20JV000407 |
| Alrwily | | Abdelrahman | 6/3 | 20GS005333 |
| Geoff | | Adebonojo | 5/31 | 20GS005044 |
| Brisa | | Aguilar | 6/2 | 20GS005339 |
| Maggie | J | Altman | 5/31 | 20GS005097 |
| Jezamara | | Amzcua | 5/30 | 20GS005015 |
| David | A | Andrade | 5/30 | 20GS005040 |
| Ciara | C | Arcuri | 5/31 | 20GS005099 |
| Drake | | Ashton | 6/1 | 20GS005168 |
| Ethaniel | | Ayala | 6/1 | 20GS005090 |
| Enrique | | Badillo | 5/31 | 20GS005119 |
| Tania | | Balderrama | 6/1 | 20GS005313 |
| Esteban | | Banuelos Loya | 5/31 | 20GS005108 |
| Steven | D | Barbour | 5/30 | 20GS005073 |
| Syndie | | Battie | 6/1 | 20GS005239 |
| Peter | | Bell | 6/1 | 20GS005095 |
| Andrea | | Berrios | 6/1 | 20GS005131 |
| Benjamin | K | Bialy | 5/31 | 20GS005060 |
| Broderick | | Blocker | 5/31 | 20GS005010 |
| Napoleon | D | Bolden | 6/2 | 20GS005354 |
| Edgardo | | Boria-Robles | 5/31 | 20GS005174 |
| Reginald | B | Boulden | 6/2 | 20GS005268 |
| Daniel | | Bovghter | 6/1 | 20GS005146 |

| | | | | |
|---|---|---|---|---|
| Lucas | | Bowerman | 5/30 | 20GS005026 |
| Jacob | M | Brading | 6/2 | 20GS005275 |
| Nathan | | Braveheart | 5/31 | 20GS004992 |
| Tristan | T | Bressem | 5/31 | 20GS005012 |
| Asa | | Briggs | 5/31 | 20GS005064 |
| Marshawn | | Briscoe | 6/2 | 20GS005293 |
| Nathzelleous | | Brison | 6/1 | 20GS005143 |
| Dennis | | Bristol | 6/4 | 20GS005389 |
| Dylan | | Broszkiewicz | 5/30 | 20GS005016 |
| Jason | F | Brower | 5/31 | 20GS005011 |
| Aaron | | Brown | 6/1 | 20GS005147 |
| Gabriel | | Bryce | 6/1 | 20GS005149 |
| Tyler | | Bunch | 5/30 | 20GS005036 |
| Bethany | | Burgess | 6/1 | 20GS005140 |
| Jon | | Burgin | 6/1 | 20GS005176 |
| Andrew | | Burns | 6/1 | 20GS005141 |
| Shane | R | Butler | 5/31 | 20GS005061 |
| J. | | C. | | 20JV000410 |
| A. | | C. | | 20JV000423 |
| John | | Cameron | 6/4 | 20GS005387 |
| Leila | | Cardoza | 6/1 | 20GS005151 |
| Jonathan | | Caycho | 6/4 | 20GS005374 |
| Cameron | | Celestine | 6/1 | 20GS005135 |
| Anthony | | Chapete | 5/31 | 20GS005047 |

| First | M | Last | Date | Case |
|---|---|---|---|---|
| Alexander | | Chapman | 6/1 | 20GS005229 |
| Chamiak | | Chaquan | 5/31 | 20GS005181 |
| Saul | | Chariez | 6/1 | 20GS005184 |
| Johnny | | Choumphimmasen | 5/31 | 20GS005160 |
| Dyami | | Clement | 5/30 | 20GS005290 |
| Chad | | Collins | 5/31 | 20GS005056 |
| Jacob | | Collins | 6/1 | 20GS005088 |
| Dirae | | Collins | 5/31 | 20GS005113 |
| Sean | | Collins | 6/1 | 20GS005260 |
| Lindsey | | Conradson | 6/2 | 20GS005285 |
| Steven | | Cook | 6/2 | 20GS005256 |
| Kenneth | | Cordova | 6/3 | 20GS005335 |
| Aliya | | Cowie | 5/30 | 20GS004986 |
| Ambrose | | Cruz | 6/1 | 20GS005266 |
| Alexandra | | Culter | 5/30 | 20GS004996 |
| Nev | | Czarnecki | 6/1 | 20GS005222 |
| Fernandez | | Danaya | 5/31 | 20GS005279 |
| Hector | | Davalos | 6/2 | 20GS005249 |
| Seaver | O | David | 6/3 | 20GS005345 |
| Paul | | Davis | 6/3 | 20GS005336 |
| Farrell | | Delaney | 6/1 | 20GS005173 |
| Daniel | | Delany | 5/31 | 20GS005218 |
| Brittany | | Demarest | 5/30 | 20GS004981 |
| Kristina | L | Demarest | 5/30 | 20GS004989 |

| | | | | |
|---|---|---|---|---|
| Clara | | Denard | 5/31 | 20GS005236 |
| Keshawn | | Denning | 6/1 | 20GS005156 |
| Samuel | | Dennis | 6/1 | 20GS005080 |
| Stefan | | Derzay | 5/31 | 20GS005175 |
| Chaz | | Desantos | 5/31 | 20GS005187 |
| Sayge | | Dickerson | 5/31 | 20GS005200 |
| Madison | | Dietz | 6/2 | 20GS005214 |
| Wesley | | Donlan | 6/3 | 20GS005343 |
| River | | Dougherty | 5/31 | 20GS005243 |
| Aaron | | Duran | 6/1 | 20GS005177 |
| Joel | | Dye | 6/1 | 20GS005244 |
| Samuel | | Eagleburger | 6/2 | 20GS005295 |
| Eric | | Edwards | 6/1 | 20GS005106 |
| Ryan | | Elmendorf | 6/3 | 20GS005340 |
| Gregroy | | Elya | 6/2 | 20GS005232 |
| Jeremiah | | Emerson | 6/2 | 20GS005225 |
| Joseph | | Epperson | 5/31 | 20GS005245 |
| Ava | | Escobedo | 6/4 | 20GS005375 |
| Giselle | | Estrada | 6/2 | 20GS005325 |
| Michael | | Eub | 6/1 | 20GS005153 |
| Sean | | Ewen | 6/2 | 20GS005233 |
| Katie | | Farney | 5/31 | 20GS004993 |
| Brittney | | Ferrari | 5/31 | 20GS005137 |
| Vincent | | Ferrer | 6/1 | 20GS005100 |

| | | | | |
|---|---|---|---|---|
| Damon | A | Fields | 5/30 | 20GS005009 |
| Casey | | Fields | 5/31 | 20GS005165 |
| Jonathan | | Fitzgerald | 6/1 | 20GS005153 |
| Carlos | | Fong-Garcia | 6/3 | 20GS005331 |
| Eugene | | Francis | 6/1 | 20GS005183 |
| Riley | | Friedman | 5/31 | 20GS005196 |
| Monica | | Galaviz | 6/1 | 20GS005259 |
| Laroy | | Garey | 6/1 | 20GS005206 |
| Ryan | | Gaulthier | 6/1 | 20GS005125 |
| Samuel | D | Gaynes | 5/30 | 20GS005007 |
| Emmanuel | | Getachew | 6/1 | 20GS005172 |
| Jayce | | Gibbs | 6/2 | 20GS005292 |
| Michael | | Gill | 5/31 | 20GS005258 |
| Christopher | | Gindro | 6/2 | 20GS005241 |
| Duane | | Godbee | 6/1 | 20GS005201 |
| Edwin | | Gomez-Cruz | 6/1 | 20GS005158 |
| Alexander | | Gonzales | 6/2 | 20GS005273 |
| Sacramento | | Gonzalez | 5/31 | 20GS005051 |
| Francisco | | Gonzalez | 6/1 | 20GS005103 |
| Kathryn | | Goodwin | 6/1 | 20GS005111 |
| Erin | | Grant | 5/30 | 20GS005019 |
| Kevin | | Gray | 6/2 | 20GS005296 |
| Wesley | | Grissom | 6/2 | 20GS005216 |
| Jimmy | | Guardado | 5/31 | 20GS004972 |

| | | | | |
|---|---|---|---|---|
| Leandre | | Guerrero | 6/1 | 20GS005286 |
| Cindy | | Guitierrez | 5/30 | 20GS005057 |
| Christian | | Haffey | 6/2 | 20GS005254 |
| Rachel | | Haltom | 6/2 | 20GS005251 |
| Elizabeth | | Hargrav | 5/31 | 20GS004998 |
| Asa | | Harrison | 6/2 | 20GS005315 |
| Roderick | | Harrison | 6/3 | 20GS005342 |
| Keenan | | Harshaw | 6/2 | 20GS005305 |
| David | | Hartzman | 6/1 | 20GS005284 |
| Aurdey | | Hayes | 5/31 | 20GS005046 |
| Brian | | Helton | 5/31 | 20GS004975 |
| Dylan | | Hermes | 6/2 | 20GS005303 |
| Jesse | | Hilliard | 6/2 | 20GS005270 |
| Jordan | | Hogan-Kusler | 5/30 | 20GS004979 |
| Jared | | Hollingsworth | 6/1 | 20GS005124 |
| Lionel | | Holyelkface | 6/2 | 20GS005250 |
| Michael | | Hough | 6/1 | 20GS005150 |
| Alianna | | House | 6/2 | 20GS005269 |
| Maria | | Humphries | | unknown |
| Daniel | | Hutton | 5/31 | 20GS005033 |
| Farnsworth | | Isaiah | 5/31 | 20GS004995 |
| Devin | | Jackson | 6/1 | 20GS005098 |
| Chloe | | Jarisch | 6/1 | 20GS005081 |
| Joseph | | Jiron | 5/31 | 20GS005039 |

| | | | | |
|---|---|---|---|---|
| Malcom | | Johnson | 5/31 | 20GS005035 |
| Michael | | Johnson | 5/31 | 20GS005240 |
| Kelsey | | Johnson | 6/2 | 20GS005272 |
| Alfred | C | Jones | 5/31 | 20GS005154 |
| David | | Jones | 6/2 | 20GS005217 |
| Brmias | | Kahsay | 5/31 | 20GS005208 |
| Yasser | | Kassir | 6/2 | 20GS005263 |
| Magdalena | | Kilgore | 6/1 | 20GS005121 |
| Phillip | | Kinney | 6/1 | 20GS005096 |
| Kristen | N | Klotzer | 5/30 | 20GS004952 |
| Lily | | Knowles | 6/1 | 20GS005257 |
| Brian | | Lagos | 6/1 | 20GS005162 |
| Ethan | | Larson | 6/1 | 20GS005171 |
| Lukas | | Larsson | 5/31 | 20GS004988 |
| Francesca | | Lawrence | 5/31 | 20GS005202 |
| Bryce | | Lee | 6/2 | 20GS005267 |
| Jasmine | | Lopez | 6/2 | 20GS005242 |
| Victor | | Lozano-Rios | 6/1 | 20GS005109 |
| Sergio | | Luevano-Garces | 6/1 | 20GS005126 |
| I. | | M. | | 20JV000408 |
| Chris | | Madison | 6/2 | 20GS005247 |
| Andrew | | Magee | 6/2 | 20GS005282 |
| Valerie | | Marquez | 5/30 | 20GS004994 |
| Oscar | | Marquez | 6/4 | 20GS005382 |

| First | Middle | Last | Date | Case No. |
|---|---|---|---|---|
| Joseph | | Marroquin | 6/2 | 20GS005215 |
| Jessica | | Martin | 6/1 | 20GS005139 |
| Rafael | | Martinez | 5/31 | 20GS005050 |
| Jason | | Martinez | 5/31 | 20GS005129 |
| Zacharee | | Martinez | 6/3 | 20GS005337 |
| Zachary | | Mascanares | 5/31 | 20GS005194 |
| Maegan | | Maskell | 5/31 | 20GS004999 |
| Andrew | | Mason | 6/2 | 20GS005262 |
| Brooke | | Maxfield | 5/31 | 20GS005166 |
| Daqwann | | Mayo | 5/31 | 20GS005248 |
| Tejuan | | McClendon | 6/2 | 20GS005329 |
| Ryan | | McKinney | 6/1 | 20GS005086 |
| Christopher | | McLaughlin | 6/2 | 20GS005220 |
| Kayla | | Medina | 6/1 | 20GS005110 |
| Awieanna | | Medina | 6/2 | 20GS005302 |
| Moriah | | Miranda | 6/4 | 20GS005379 |
| Ali | | Mohamed | 6/4 | 20GS005373 |
| Rosalinda | | Montoya | 6/4 | 20GS005381 |
| Demetrius | | Mora | 5/31 | 20GS005320 |
| Haley | | Moran | 6/1 | 20GS005134 |
| Juliette | A | Morejon | 5/30 | 20GS005006 |
| Henry | | Moreno | 5/30 | 20GS004970 |
| Eric | | Moril | 6/1 | 20GS005287 |
| Jake | | Moss | 6/1 | 20GS005082 |

| Arthur | E | Mullin | | 6/1 | 20GS005070 |
|---|---|---|---|---|---|
| Mario | | Natchioni | | 6/3 | 20GS005330 |
| Jamal | R | Nibbs | | 5/31 | 20GS005028 |
| Graham | | Niles | | 6/2 | 20GS005328 |
| Shane | | O'Connor-Eccles | | 6/1 | 20GS005152 |
| Alexandra | J | O'Rourke | | 5/30 | 20GS005059 |
| Amanda | | Offerdahl | | 6/2 | 20GS005308 |
| Chima | | Ogbio | | 6/1 | 20GS005105 |
| Nicholaus | J | Oliver | | 5/31 | 20GS005122 |
| Jeffrey | | Oregan | | 5/31 | 20GS004997 |
| Sergio | F | Oropeza | | 5/31 | 20GS005144 |
| Ulyses | | Ortiz | | 6/1 | 20GS005186 |
| Corey | P | Ott | | 6/1 | 20GS005155 |
| Logan | | Pace | | 5/31 | 20GS005338 |
| Harrison | L | Padan | | 5/30 | 20GS004991 |
| Oren | I | Paisner | | 6/4 | 20GS005385 |
| Michael | J | Paproski | | 6/4 | 20GS005388 |
| Megan | C | Parneros | | 5/31 | 20GS005203 |
| Connor | S | Peterson | | 5/31 | 20GS005138 |
| Marcus | J | Peterson | | 5/30 | 20GS005294 |
| Ryan | J | Pflanzer | | 5/31 | 20GS005235 |
| Cesar | | Pineda | | 6/1 | 20GS005115 |
| Zachary | L | Plowe | | 6/4 | 20GS005380 |
| Danielle | M | Poole | | 6/1 | 20GS005127 |

| First | MI | Last | Date | Case |
|---|---|---|---|---|
| Rock | G | Powell | 5/31 | 20GS005264 |
| Torien | | Pryor | 5/30 | 20GS005038 |
| D. | | R. | | 20JV000412 |
| Patricia | | Redondo-Berrios | 6/1 | 20GS005252 |
| Nicholas | | Reese | 6/1 | 20GS005182 |
| Gabrielle | | Regalado | 6/1 | 20GS005163 |
| Isabelle | | Rice | 6/1 | 20GS005114 |
| Erick | M | Rice | 6/1 | 20GS005261 |
| Tristin | | Riley | 6/1 | 20GS005112 |
| Brett | E | Rios | 6/2 | 20GS005311 |
| William | | Rivera-Oyler | 5/31 | 20GS005000 |
| Lelan | L | Robinson | 5/30 | 20GS005072 |
| Edward | B | Rodriguez | 5/31 | 20GS005042 |
| Isabel | | Rodriguez-Favela | 6/3 | 20GS005323 |
| James | J | Romero | 6/2 | 20GS005271 |
| Maria | | Rosas | 5/30 | 20GS004973 |
| Jeffrey | P | Ruseler | 5/31 | 20GS005205 |
| Orlando | | Salas | 6/1 | 20GS005204 |
| Emilio | R | San Miguel | 6/2 | 20GS005280 |
| Alyisia | | Sanchez | 6/1 | 20GS005180 |
| Andy | | Sannier | 6/1 | 20GS005255 |
| Anthony | | Santistevan | 5/30 | 20GS005013 |
| Nicole | R | Saucedo-Lindsey | 6/2 | 20GS005298 |
| Tashari | S | Sayers | 5/30 | 20GS004951 |

| | | | | |
|---|---|---|---|---|
| Donald | D | Schmitt | 6/2 | 20GS005230 |
| Eden | | Scott | 5/30 | 20GS004978 |
| Paola | | Sera | 6/1 | 20GS005087 |
| Fabiola | | Sera | 6/1 | 20GS005089 |
| Sheldon | B | Sharp | 5/31 | 20GS005058 |
| Gregory | | Shirk | 5/31 | 20GS005142 |
| Kristine | G | Sims | 6/4 | 20GS005376 |
| Trevor | | Smith | 5/31 | 20GS005048 |
| Stacy | | Smith | 6/2 | 20GS005281 |
| Jay | | Smith | 5/30 | 20GS005316 |
| Ronald | G | Smith | 6/2 | 20GS005316 |
| Caryn | M | Sodaro | 6/1 | 20GS005079 |
| Brent | | Spader | 5/31 | 20GS005085 |
| Sable | | Spotswood | 6/1 | 20GS005145 |
| David | W | Staley | 6/1 | 20GS005179 |
| Ryan | | Stapleton | 5/31 | 20GS005207 |
| Rook | | Stavish | 5/31 | 20GS005246 |
| Owen | D | Stephens | 5/31 | 20GS005190 |
| Paul | | Stier | 5/30 | 20GS004987 |
| Alexander | | Stockton | 5/31 | 20GS004976 |
| Zachary | | Stolenberg | 6/1 | 20GS005164 |
| Ryan | A | Stowe | 5/30 | 20GS005020 |
| Sandibel | | Stowe | 5/30 | 20GS005037 |
| James | | Sweetman | 5/31 | 20GS005053 |

| | | | | |
|---|---|---|---|---|
| Nfanly | | Sylla | 5/30 | 20GS005031 |
| Kelsey | | Taylor | 5/30 | 20GS004985 |
| Travis | | Thomas | 6/1 | 20GS005224 |
| Tyrell | A | Thompson | 6/2 | 20GS005300 |
| Megan | M | Tozer | 6/1 | 20GS005148 |
| Juwan | | Travis | 5/31 | 20GS005291 |
| Gregory | | Trickel | 6/3 | 20GS005341 |
| Victoria | | Trimarco | 5/31 | 20GS005178 |
| Brittany | | Ulam | 6/2 | 20GS005219 |
| Sarim | | Usman | 5/31 | 20GS005017 |
| Maya | E | Valverde | 6/4 | 20GS005384 |
| Mario | A | Vargas | 6/2 | 20GS005297 |
| Trent | | Vialpando | 5/31 | 20GS004977 |
| Jordyn | | Victor | 5/31 | 20GS005003 |
| Franklin | N | Villanueva | 6/1 | 20GS005289 |
| David | | Villareal | 5/31 | 20GS005231 |
| Christopher | J | Virden | 6/3 | 20GS005372 |
| Travis | | Vowell | 5/31 | 20GS005130 |
| Amanda | | Wall | 6/1 | 20GS005107 |
| William | | Wallin | 5/31 | 20GS005021 |
| Nathan | P | Walsh | 5/31 | 20GS005234 |
| Makashshi | | Ward | 6/2 | 20GS005277 |
| Jemia | D | Watson | 5/31 | 20GS005074 |
| Dale | | Waugh | 6/4 | 20GS005386 |

| | | | | |
|---|---|---|---|---|
| Elijah | T | Wesbrock | 6/2 | 20GS005276 |
| Andrew | J | Whalen | 6/1 | 20GS005157 |
| Melik | L | White | 5/31 | 20GS005185 |
| Kirk | S | Wilken | 6/2 | 20GS005324 |
| Justin | | Williams | 6/1 | 20GS005102 |
| Maurice | L | Wilson | 6/1 | 20GS005212 |
| Hunter | Michael | Wittnam | 5/31 | 20GS005210 |
| Tyler | Warren | Wittnam | 5/31 | 20GS005211 |
| David | | Wood | 6/1 | 20GS005228 |
| Devine | I | Wooden-Wright | 5/31 | 20GS005055 |
| Joseph | M | Woodwell | 5/30 | 20GS004971 |
| Ryan | C | Yates | 5/31 | 20GS005104 |
| Christopher | A | Yocom | 5/31 | 20GS005170 |
| Xenia | | Zamorano | 5/30 | 20GS005052 |
| Maxx | | Zenisek | 6/1 | 20GS005198 |
| Ryan | | Zentz | 6/1 | 20GS005169 |
| Jonathan | | Ziegler | 5/31 | 20GS005193 |
| Kristopher | W | Zurwell | 6/1 | 20GS005237 |
| Christopher | M | Zwart | 5/30 | 20GS005032 |