

# DENVER POLICE DEPARTMENT
## ARREST HARDCOPY
### (KELSEYARIEL TAYLOR)

AB# 2020-18034

---

**STATEMENT OF PROBABLE CAUSE / AFFIDAVIT FOR ARREST WARRANT**  Page 1 of 2

GO # 2020-333408     AB # 534200

**DEFENDANT**
- Last Name: TAYLOR
- First Name: KELSEY
- Middle: ARIEL
- DOB: [redacted]
- Armed with: N/A
- Location of Arrest: 14th Ave / Broadway St
- Arrest Date: 5/30/20
- Arrest Time: 2045

**OFFICER MAKING STATEMENT**
- Last Name: O'Donnell
- First Name: Michael (LT)
- Middle:
- Serial No.: 92009

COMPLETE THIS SECTION FOR ORIGINAL PROBABLE CAUSE STATEMENTS AND ALL AFFIDAVITS FOR ARREST WARRANT

I am a police officer for the City and County of Denver, Colorado, and have knowledge regarding the arrest/incident of the above named party for the below listed offense, which offense occurred on or about the date of 05/30 at 2045 ☐ am ☒ pm at or near the location of _____ in the City and County of Denver, State of Colorado.

| VIOLATION(S) | DESCRIPTION |
|---|---|
| 1-13 | General Penalty Emergency Curfew Order |
| 38-31( c ) | Failure to obey a lawful order |

☒ Statement of Probable Cause   ☐ Affidavit for Arrest Warrant

On 5/30/20 the Mayor of the City and County of Denver issued an emergency curfew order stating no person(s) will be out in a public place, including streets and public right of ways, between 2000 hours and 0500 from this date until June 1st 2020.

On 5/30/20 at 2000 hours Denver Police Officers announced via load speaker to protestors that the emergency curfew order was in effect and instructed for the protestors to leave the area.

On 5/30/20 at 2045 hours the listed suspect was given multiple orders by Lt M. O'Donnell, 92009 and failed to comply with the emergency curfew order and was arrested by uniform officer(s) at the listed location.

I affirm this information to be true and correct

Det Kimberly Hanson 99027
Mass Arrest Team

DPD 287 (Rev 08/17)

# DENVER POLICE DEPARTMENT
## ARREST HARDCOPY
### (KELSEYARIEL TAYLOR)

AB# 2020-18034

---

**City and County of Denver Unified Summons and Complaint**   GO #: 2020-333408   AB #: 534200

In the County Court in and for the City and County of Denver, State of Colorado. The People of the City and County of Denver and/or State of Colorado, Plaintiff vs.

**DEFENDANT**

- Last Name: TAYLOR
- First Name: KELSEY
- Middle: ARIEL
- DOB: [redacted]
- Home Address: 423 E. 2ND AVE
- City: DENVER
- State: CO
- Zip: 80203
- Phone: 484-678-3526
- Drivers License #:
- Vehicle License #:
- [X] Jailed
- [ ] Order-In
- [ ] Existing AB #

- Victim Name(s) Only: City & County of Denver
- Location of Offense:
- Offense Date: 05/30/2020
- Offense Time:
- Domestic Violence Offense: [ ] Yes  [ ] No

### Violations marked:
- [X] 1-13 UC — Gen Penalty — Emergency Curfew Order
- [X] 38-31(c) UC — Failure to Obey Lawful Order

---

YOU ARE SUMMONED AND ORDERED TO APPEAR BEFORE THE COURT ON 06 29 2020 AT 1:00 pm LOCATED AT THE LINDSEY FLANIGAN JUSTICE CENTER, 520 W. COLFAX AVE, ROOM #160, DENVER, CO 80204, to answer the charge(s) in violation of the Denver Revised Municipal Code (DRMC) and/or the Colorado Revised Statutes (CRS) as amended. If this court date is a Saturday, Sunday, or Holiday, you must appear on the NEXT regular court business day following this date. If you are under the age of 18, YOU AND YOUR PARENT OR LEGAL GUARDIAN MUST APPEAR IN COURT ON THE DATE AND TIME AT THE DESIGNATED LOCATION. You may contact the court during normal business hours at 720-337-0410. If you fail to respond to this summons, a warrant will be issued for your arrest; however, if you are charged with only Payable Non-Criminal Infraction(s) and you fail to respond by the court date, a default judgment will be entered and you will be liable for fines, costs and collection fees.
IF YOU POSTED BOND, THE DATE ON YOUR BOND IS YOUR COURT DATE.

I know or have reason to believe the defendant named violated the Sections of the Revised Municipal Code of the City and County of Denver, Colorado and/or the Sections of the Colorado Revised Statutes identified.

Officer: Det Kimberly Hanson for Lt. O'Donnell 9309   Badge #: 99027

The defendant was served a copy of this Summons and Complaint in the manner prescribed by law.
Served By: KH 99027   Date: 05/30/20

DPD 777 (Rev 02/19)   POLICE DEPARTMENT COPY

DEN002132

# DENVER POLICE DEPARTMENT
## ARREST HARDCOPY
### (KELSEYARIEL TAYLOR)

AB# 2020-18034

