IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)

_____

DEPOSITION OF KELSEY TAYLOR
August 31, 2021

_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.


_____

APPEARANCES:

        LOEVY & LOEVY
         By Makeba Rutahindurwa, Esq.
            311 N. Aberdeen Street
            3rd Floor
            Chicago, Illinois 60607
            312.243.5900
            makeba@loevy.com
             Appearing on behalf of Plaintiffs


      HALL & EVANS, LLC
           By Katherine Hoffman, Esq.
            1001 17th Street
            Suite 300
            Denver, Colorado 80202
            303.293.3220
            hoffmank@hallevans.com
             Appearing on behalf of Defendants

Exhibit 26

AB Litigation Services

```
1        A       As in masks for Covid?

2        Q       Yes.

3        A       Yes.

4        Q       And did you observe any protestors wearing

5    equipment?

6        A       What kind of equipment?

7        Q       Did you observe any protestors carrying

8    lacrosse sticks?

9        A       No.

10       Q       Carrying golf clubs?

11       A       No.

12       Q       Carrying rocks?

13       A       No.

14       Q       With helmets?

15       A       There were protestors with bike helmets.

16       Q       And can you describe what the protestors

17   were doing at this location?

18       A       What the protestors were doing?

19       Q       Yes.

20       A       Yeah.  We were -- at this point, we were

21   standing and chanting.

22       Q       And did you observe any protestors engaged

23   in any acts of property damage?

24       A       No.

25       Q       Did you observe any protestors engaged in
```

1    any acts of violence?

2         A       On the receiving end, yes.

3         Q       Did you observe any protestors engaged in

4    any aggressive acts of violence towards the police?

5         A       No.

6         Q       And you mentioned being on the receiving

7    end.  If you could tell me about the use of force you

8    saw the police use at that location.

9         A       Yes.  I saw one protestor get hit in the

10   face with a projectile but was wearing a helmet.  But

11   when he took the helmet off, there was a lot of

12   blood.  I witnessed another protestor get hit

13   multiple times in the thighs, also causing the need

14   for medical attention and a lot of blood.  And then a

15   couple other protestors get hit with whatever the

16   police were shooting.

17        Q       Did you make observation of what the

18   police were shooting?

19        A       I wouldn't really know the difference nor

20   what those weapons are.

21        Q       And at some point in time, did police

22   deploy gas?

23        A       At this location, yes, they did.

24   Actually, I honestly don't remember at this specific

25   moment.

1    Q    So you've testified that you inhaled

2   chemical irritants at this location.  So what did you

3   mean by that?

4    A    Okay.  Then I'm sorry, I think that my

5   memory is just failing me.  But yes, if that's what I

6   testified, then that's what happened.

7    Q    Do you recall what injuries you suffered

8   at this location, if any?

9    A    I know that on this day, on May 28th, the

10   injuries that I suffered at -- overall, were inhaling

11   chemical irritants, which made it difficult to

12   breathe and difficult to see.

13    Q    And when you say "chemical irritants," do

14   you know what the chemical irritants were?

15    A    I know that the police were using teargas

16   and other forms of chemical irritants.  Though again,

17   I'm not well-versed in the kinds of weapons the

18   police used specifically.

19    Q    And just for the record, if I were to tell

20   you that the Denver Police Department doesn't have

21   teargas, although it does have other forms of gas,

22   would you have any reason to doubt that?

23    A    No.

24    Q    So describe how you felt after inhaling

25   gas of some sort.

1  A  I remember that it was very hard to

2 breathe.  My throat burned.  It was hard to see.  I

3 sneezed a lot and, therefore, was very disoriented,

4 found it hard to find my friends, found it hard to

5 navigate where I was walking.

6  Q  And did you seek any medical treatment?

7  A  No.

8  Q  And when the gas was deployed, did you see

9 any like clouds of smoke or gas?  Any observations of

10 the gas?

11  A  Yes, but at a different location later

12 that same evening.

13  Q  Do you recall if the police issued any

14 warnings?

15  A  Not that I heard, no.

16  Q  Did you hear any statements by police in

17 this area?

18  A  I did.

19  Q  What did you hear?

20  A  I heard them say something along the lines

21 of, If anyone moves, light them up.

22  Q  And after that statement was made -- If

23 anyone moves, light them up -- what happened after

24 that?

25  A  So that was before I witnessed the

1   injuries that I've already disclosed.  And then after

2   that was when the police started shooting.

3       Q     Okay.  So I do want to just make sure that

4   I understand the timeframe.  So you hear the police

5   officers say, If anyone moves, light them up.  And

6   that's when it appears that some projectiles may have

7   been fired, some force used.  And that's when you saw

8   an individual bleeding from his face, another

9   individual bleeding from his thigh.

10          Is that the injuries that you're referring

11  to?

12      A     I'm referring to those injuries.  And it

13  wasn't a question of if the police used projectiles,

14  because those injuries occurred.  It was it happened.

15      Q     Understood.  And then in relation to the

16  timeframe we discussed, the officer's statement and

17  then the projectiles, where does the gas -- where

18  does the gas come in in terms of the timeframe?

19      A     So the gas that I'm specifically thinking

20  about is later in the evening.  So I think that's why

21  our timelines are getting confused.

22      Q     So do you have a memory of inhaling any

23  gas while you were in the Confluence Park near the

24  Platte River area?

25      A     In this moment, I do not.

1       Q       How long were you in the Confluence Park

2    area?

3       A       I don't think more than an hour.

4       Q       And then after Confluence Park, where do

5    you go next?

6       A       Back to the capitol.

7       Q       So do you believe you arrived at the

8    capitol then around 8:00 p.m.?

9       A       Yeah.

10       Q       And are you still with Breezy Sanchez at

11    this time?

12       A       Yes.

13       Q       And are you still with the four other

14    individuals whose names -- just give me one second --

15    Sam, Lynn, Alex and Jake?

16       A       It's worth noting that it's Wynn, with a

17    W.

18       Q       Thank you for correcting that.

19               So you were with Breezy, Sam, Wynn, Alex

20    and Jake?

21       A       I know I was with Breezy and Sam and Wynn.

22    I believe the other two -- I don't know where they

23    went at that point.

24       Q       Okay.  I'm going to share my screen again.

25    Again, just for the same purposes of trying to figure

1    out where you are in relation to the area.  So if you

2    could just bear with me again.

3               Okay.  So can you see my screen right now?

4        A     I can.

5        Q     And just for the record, I'm sharing my

6    screen showing you a Google Maps satellite view of

7    the Colorado state capitol.  And do you see "Colorado

8    state capitol" typed inside there?

9        A     I do.

10       Q     Okay.  So -- and you mentioned -- did you

11   previously mention the intersection of 14th and

12   Sherman?

13       A     I did.

14       Q     Okay.  So let's zoom in on this area.

15             Okay.  So if you could point out where you

16   were -- on the map, you were when you were in the

17   capitol area.

18       A     Yeah.  We were on what would be the

19   northwest corner of that intersection, where the

20   trees are.

21       Q     And let's see.  How long were you in the

22   capitol area?

23       A     Honestly, I'm not sure.  Until I left the

24   protest.

25       Q     What were the protestors doing at this

 1   location?

 2        A       Standing, chanting.

 3        Q       And did you see anybody engaged in any

 4   acts of property damage at the capitol location?

 5        A       I did not.

 6        Q       Did you see any protestors engaged in any

 7   acts of violence towards the police at the capitol

 8   location?

 9        A       I did not.

10        Q       And where were the police in that area?

11        A       They were standing on 14th between Sherman

12   and Lincoln.

13        Q       Okay.  So I'm just going to pull up the

14   map again.

15                Okay.  You can see my screen again?

16        A       I can.

17        Q       Okay.  Again, it's the same satellite

18   image of the capitol.  I'm just going to zoom out.

19   You said 14th and Lincoln?

20        A       No.  On 14th between Sherman and Lincoln.

21        Q       Okay.  So right where my mouse is, it

22   looks like that's just above what's marked on the map

23   as the James Merrick State Parking Facility; is that

24   fair?

25        A       Yes.

*AB Litigation Services*

1    Q     And did the police use any force at this

2    location that you observed?

3    A     Yes.

4    Q     Okay.  Can you describe that?

5    A     This is where they used the chemical

6    irritants.

7    Q     And do you recall what was going on in the

8    moments before chemical irritants were deployed?

9    A     The crowd was doing the same thing:

10   Standing and chanting.

11   Q     And approximately how many protestors were

12   at this location?

13   A     Similar answer.  Hundreds probably.

14   Q     Do you recall any warnings being given?

15   A     No.

16   Q     Okay.  And you inhaled some of those --

17   some of the gas or chemical irritants that were

18   deployed?

19   A     Yes.

20   Q     And when you described the physical

21   effects that you felt a little bit earlier in your

22   testimony, those were the physical effects that you

23   felt right here at the capitol location when you

24   inhaled that, correct?

25   A     Yes.

```
 1          Q      And did you continue to stay in the
 2   location after inhaling gas?
 3          A      No.
 4          Q      Where did you go next?
 5          A      I walked back to work.
 6          Q      And what did you do at work?
 7          A      Tried to get the chemical irritants out of
 8   my eyes.
 9          Q      And that's just -- did that entail like
10   washing your eyes out?
11          A      Yes.
12          Q      And were you with any of your friends at
13   that point, or were you by yourself?
14          A      At that point, we had all regrouped, yes.
15          Q      Okay.  So you're with Breezy, Sam and
16   Wynn?  You all leave together and go back to --
17          A      Yes.
18          Q      -- Amethyst Coffee?
19          A      Uh-huh.
20          Q      And how long do you stay at work?
21          A      Maybe 15 minutes.  Not very long.
22          Q      And where do you go next?
23          A      Home.
24          Q      And you did not go to the protest the next
25   day, May 29th, correct?
```

*AB Litigation Services*

1   shirt, green long-sleeved shirt and a backpack.

2       Q    And what was in your backpack?

3       A    Nothing.  I think I had -- I think I put

4   my phone and my wallet in the top pocket.  But

5   otherwise, it was empty.

6       Q    Okay.  So do you recall when you -- when

7   you arrived at the first protest location you arrived

8   at on May 30th?

9       A    It would have been probably around 6 p.m.

10      Q    And was the first location you arrived at

11  Liberty Park?

12      A    That's the park between Broadway and

13  Lincoln?

14      Q    Yes.

15      A    Or on -- yeah.  Yes.

16      Q    Near the capitol?

17      A    Yes.

18      Q    So you did not go to any other protest

19  locations prior to going to Liberty Park, correct?

20      A    I did not.

21      Q    Okay.  I'm going to show my screen again

22  so we can go over the Liberty Park area.  So if you

23  just bear with me.

24           Okay.  Can you see my screen?

25      A    I can.

*AB Litigation Services*

1       Q       Okay.  So I'm showing you a Google

2  satellite view of the Liberty Park area, specifically

3  the park between the area of -- I believe it's Colfax

4  and 14th, the north and south, and Broadway and

5  Lincoln, the east and west.  Is that the area that

6  you attended protests at on May 30th at around

7  6:00 p.m.?

8       A       It is, yes.

9       Q       Okay.  And do you recall, were you kind of

10  moving about the park, or were you in a set location?

11      A       When I first got there, we were rather

12  stationary, almost exactly where you have the pin

13  dropped or wherever the pin is dropped for Liberty

14  Park, at that red balloon.

15      Q       Okay.  And what were you doing at Liberty

16  Park at that time?

17      A       Again, just standing.  Everyone was -- it

18  was early in the evening, so everyone was kind of

19  just showing up.

20      Q       And any photos or videos taken on that

21  date?

22      A       No.

23      Q       And did you make observations of the

24  protestors carrying any equipment?

25      A       Same equipment as before?  Lacrosse sticks

*AB Litigation Services*

```
 1   and golf clubs?

 2        Q    Sure.  So did you see any protestors

 3   carrying lacrosse sticks?

 4        A    No.

 5        Q    Any protestors carrying golf clubs?

 6        A    No.

 7        Q    Any protestors carrying tennis rackets?

 8        A    No.

 9        Q    Okay.  Any protestors with rocks?

10        A    No.

11        Q    Did you see any protestors engaged in any

12   acts of property damage?

13        A    No.

14        Q    Did you see any spray-painting or

15   vandalism?

16        A    No.

17        Q    Did you see any protestors engaged in any

18   acts of violence?

19        A    No.

20        Q    And can you describe the police presence

21   in that area.

22        A    Yes.  When I first arrived, there were I

23   think some police on Colfax and Lincoln, though it

24   was kind of -- everyone was, even the police, were

25   kind of milling about.  And as the night proceeded,
```

1    things became more antagonistic.

2         Q    So when you say you saw the police at the

3    area of Lincoln and Colfax, you mean right where the

4    two streets intersect here?  Where my mouse is?

5         A    Uh-huh.

6         Q    Okay.  And approximately how many --

7    obviously I'm not expecting you to give a precise

8    number, but to the extent you're able to give an

9    estimate, approximately how many police officers did

10   you see in that area?

11        A    I would say maybe it started around 30.

12        Q    And did you make any observations of what

13   the police officers were wearing?  Like what color

14   their uniforms were?

15        A    Not specifically.

16        Q    And you indicated that at some point

17   things got more antagonistic.  How exactly did things

18   get more antagonistic?

19             I don't know why I'm having problems

20   saying that word.  Sorry.

21        A    Yeah.  More officers showed up.  And from

22   where I was, farther back from that intersection, I

23   don't think I saw exactly what kind of started

24   things, but protestors were on Lincoln and chanting.

25   So we walked up to that -- closer to the intersection

 1   of Lincoln and Colfax and started chanting.

 2       Q    Okay.  So at some point in time, you left

 3   kind of the pin area around where Liberty Park is and

 4   moved to Lincoln Street to join the chanting that was

 5   going on?

 6       A    Yes.

 7       Q    Okay.  I'm going to stop sharing my screen

 8   now.

 9            And at some point in time, were you hit

10   with a PepperBall at this location?

11       A    I was.

12       Q    And where were you hit with a PepperBall?

13       A    On my arm and on my thigh.

14       Q    Which arm and which thigh?

15       A    On my right arm and also my right thigh.

16       Q    And can you describe how that felt?

17       A    Painful.

18       Q    Did it leave any marks?

19       A    I have a scar.

20       Q    You have a scar?

21       A    Yes.

22       Q    On both your arm and your leg?

23       A    Yes.

24       Q    Can I see the scar on your arm?

25       A    No, not in this shirt.

*AB Litigation Services*

```
 1        Q       And it seems like things eventually turned

 2   into a scar; but fair to say when it first happened,

 3   was it a bruise that turned into a scar?  Is that

 4   what happened?

 5        A       Uh-huh.

 6        Q       How long did you have a bruise?

 7        A       It lasted a long time.  Maybe a couple

 8   weeks to a month.

 9        Q       And other than the physical markings, were

10   there any other physical side effects?  Like soreness

11   of arm?  Anything of that nature?

12        A       Yes, very sore.  Also, the, you know,

13   PepperBall that I was hit with, it hit my clothing.

14   So I was covered in whatever they put inside of

15   those.  And, again, with the irritated eyes, nose,

16   throat, which this evening I happened to be unable to

17   wash off, so it lasted days.

18        Q       So did it hit your clothing on both your

19   arm and your leg?  So it hit your shirt and your

20   pants?

21        A       Uh-huh.

22        Q       And did you ever receive any medical

23   treatment for those injuries?

24        A       No.

25        Q       Did you suffer any other injuries at this
```

```
 1   location in addition to the PepperBall?

 2        A     No.

 3        Q     Did you happen to see the officer or

 4   officers who shot you with PepperBall?

 5        A     No.  At that point, there was a whole line

 6   of police on Colfax, closer to a hundred, and it

 7   would have been impossible to know.

 8        Q     And what was the crowd doing around you at

 9   the time that you were struck with PepperBall?

10        A     Kneeling.

11        Q     Did you hear any warnings to the crowd to

12   disburse at any point in time?

13        A     No.

14        Q     After you're hit with PepperBall, what do

15   you do?  Do you continue to stay in that location and

16   kneel and chant with the crowd?  Or do you kind of

17   take a break to recover from what just happened?

18        A     I took a moment and then -- a brief moment

19   and assessed that I was okay and continued chanting.

20        Q     When you say you took a brief moment, did

21   you kind of walk off the line, or did you just stay

22   put?

23        A     I walked off the line.

24        Q     And then you came back to the line,

25   correct?
```

```
 1        A      I did.

 2        Q      Okay.  How long would you say you took a

 3  break for?

 4        A      Maybe two minutes.

 5        Q      And so you resume on the line.  What

 6  happens next?

 7        A      More of the same.  Protestors kneeling and

 8  chanting.  The police waiting to -- a seemingly

 9  indiscriminate moment, to fire at us again.  And that

10  kind of continues.

11        Q      And at some point in time, you end up in

12  the nearby intersection of 14th and Broadway; is that

13  correct?

14        A      I did.

15        Q      And did you go to any other locations

16  between Liberty Park and 14th and Broadway?

17        A      No.

18        Q      And when you were struck by PepperBall,

19  were you with Breezy and the other friends that you

20  mentioned?

21        A      No.  We had all disbursed at that point.

22        Q      So you were by yourself when you were

23  struck by PepperBall?

24        A      I was in a crowd of protestors.

25        Q      Sorry.  "By yourself" in terms of people
```

*AB Litigation Services*

1    that you had known beforehand?

2         A    Yes.

3         Q    Okay.  So I'm going to share my screen to

4    show you the intersection of 14th and Broadway now.

5    I'm not sure I did that right, so hold on one more

6    second.

7              I'm sharing my screen.  Do you see the

8    intersection of Broadway and 14th Avenue where I

9    typed into Google Maps?

10        A    Yes.

11        Q    So I'm showing you a satellite view of

12   that particular location.  I will scroll in.  That

13   was too far.  Okay.  Do you recognize this area, the

14   intersection of Broadway and 14th?

15        A    I do.

16        Q    And where were you in relation to this

17   intersection?

18        A    I was on the north side of the

19   intersection but almost exactly in the intersection.

20        Q    So the north side of the intersection,

21   like in that little -- in the tree area?

22        A    No.  If the intersection itself on the

23   road is a box, then on the top of the box.

24        Q    Understood.

25             And can you tell me what's going on at

1    this particular location?

2        A    Yes.  We are kneeling in the street with

3    our hands up, and the police are walking towards us

4    with weapons aimed at us.

5        Q    And do you recall what time you were at

6    this intersection?

7        A    It would have been around 8:00 p.m., maybe

8    8:30.

9        Q    And were you aware of the 8:00 p.m. curfew

10   in effect on May 30th?

11       A    I was.

12       Q    Okay.  And how were you aware of that?

13       A    Again, word of mouth, probably some kind

14   of news outlet.

15       Q    And do you recall hearing any curfew

16   announcements issued from a loudspeaker in the area

17   of 14th Avenue and Broadway?

18       A    I do not.

19       Q    Do you recall if you received any like

20   instant messages to your phone notifying of the

21   curfew?

22       A    I didn't -- I wasn't looking at my phone

23   at all, so I don't remember.  But I also know that my

24   phone was in my backpack and I wasn't using it.

25       Q    So knowing about the 8 p.m. curfew, did

1    you continue to stay outside, notwithstanding the

2    curfew?

3         A    I did.

4         Q    And do you recall if you were with anybody

5    that you knew at this particular location, 14th and

6    Broadway?

7         A    I was not.

8         Q    You described the police officers moving

9    towards you.  Did you make any observations of the

10   police officers?  Again, like what color uniform

11   they're wearing?

12        A    No.  My biggest observation is that they

13   had weapons pointed at us.

14        Q    What kind of weapons were pointed at you?

15        A    Again, without knowing exactly the kind of

16   weapons that the police department has, they looked

17   like guns.

18        Q    And as the police officers move towards

19   you, did they make any statements?

20        A    No.

21        Q    And were you placed under arrest at this

22   location?

23        A    I was.

24        Q    Okay.  Can you tell me about what happened

25   in the immediate minutes leading up to you being

*AB Litigation Services*

1    placed under arrest?

2         A    I can.  The police reached our line where

3    we were kneeling with our hands up.  We stood up, and

4    the officer in front of me -- there was a black man

5    standing next to me.  And out of the corner of my

6    eye, I saw the officer hit him.  And I turned and

7    said, You can't do that, He's not doing anything

8    wrong.

9              And someone else grabbed me by the arm,

10   told me I was under arrest and said to another

11   officer, Bring me three more.

12        Q    And did any of the officers who you

13   interacted with at that time inform you that you

14   needed to leave because of the curfew?

15        A    I didn't interact with an officer until

16   after I was arrested.

17        Q    In the interaction where you observed a

18   police officer strike a black male who was nearby

19   you, did at any point in time any officers issue

20   commands to disburse the area?

21        A    No.

22        Q    Okay.  So I'm going to share my screen

23   again, this time to show you a document.  Okay.

24             Do you see the document that I'm sharing

25   with you?

*AB Litigation Services*

1    A    I do.

2    Q    So the document is titled Statement of

3    Probable Cause/Affidavit For Arrest Warrant.

4    A    Uh-huh.

5    Q    Have you ever seen this document before?

6    A    I have.

7    Q    So I'm just going to scroll down, but let

8    me know if at any point in time you want to stop.

9         And that's your name and date of birth,

10   correct?

11   A    Yes.

12   Q    So I want to draw your attention to the

13   second paragraph on the page which begins, On

14   May 30th, 2020, at 2020 hours, Denver police officers

15   announced via loudspeaker to protestors that the

16   emergency curfew order was in effect and instructed

17   for the protestors to leave the area.

18        Did you hear any of those announcements?

19   A    I did not.

20   Q    And now I'm going to draw your attention

21   to the third paragraph on the page which says, On

22   May 30th, 2020, at 2045 hours, the listed suspect was

23   given multiple orders by Lieutenant O'Donnell and

24   failed to comply with the emergency curfew order and

25   was arrested by uniformed officers at the listed

1    location.

2              Did you hear any of the orders listed by

3    Lieutenant O'Donnell?

4        A    I did not.

5              MS. HOFFMAN:  And I'm just going to ask

6    that this be marked as Exhibit 1.

7              (Exhibit Number 1 was marked.)

8        Q    (BY MS. HOFFMAN)  And you were charged

9    with two offenses that are listed halfway through the

10   document.  It's a general penalty, emergency curfew

11   order and a failure to obey a lawful order.

12             Is that your understanding of the charges?

13       A    Yes.

14       Q    And those charges were dismissed, correct?

15       A    Yes.

16       Q    So the officer places you under arrest.

17   Tell me what happens next.

18       A    That officer hands me off to two other

19   officers, who handcuff me, realized that my backpack

20   was still on, un-handcuffed me, took my backpack and

21   then put me in the back of a truck, a police vehicle.

22       Q    And where were you transported in the

23   police vehicle?

24       A    We sat there for a very long time, which

25   was challenging because I was covered in whatever

1    they put inside of PepperBalls, and it was really

2    hard to breathe in the back of that really enclosed

3    vehicle.  Then we drove south on Broadway and drove

4    around that area.  We picked up two or three more

5    people, and then we were taken to the detention

6    center.

7         Q    And did you notify anybody that you were

8    having a hard time breathing?

9         A    I did, yeah.  I sat in the back of the

10   vehicle and -- I mean, it was honestly hard to notify

11   anyone of anything because I was coughing so much.

12   But I did end up -- I couldn't tell if they could

13   hear me, but I did say like, Hey, I can't breathe.

14   Like, Is there air.

15        Q    And did you receive any response when you

16   said that?

17        A    No verbal response; but when we were on

18   our way back to the detention center, some sort of

19   air conditioning or something was turned on.

20        Q    And did that help the situation?

21        A    It did.

22        Q    And so you get then to the detention

23   center.  And I'm assuming you're booked and placed in

24   a cell; is that correct?

25        A    Yes.

*AB Litigation Services*

1      Q      And how long were you detained?

2      A      Without knowing the exact time we got to

3   the detention center, I think it was like eight or

4   nine hours.

5      Q      And the following morning, you were

6   released on personal recognizance?

7      A      Yes.

8      Q      Did you ever have to appear in court?

9      A      No.

10      Q      The following day, on May 31st of 2020,

11   are you still in any physical pain from the injuries

12   you received?

13      A      Yes.  Definitely soreness and bruising on

14   my arm.  But the most challenging part was just being

15   covered in pepper spray, or whatever is inside

16   PepperBalls, all night and coughing all night in a

17   cell with another person.  And, again, like raw

18   throat, running nose, itchy eyes and have no way to

19   wash it off and no way to get it off of me.

20      Q      And -- that does sound unfortunate.

21             Did some of that kind of resolve itself

22   when you were able to finally go home and take off

23   the clothes and shower and whatnot?

24      A      Some of it, yes.

25      Q      Okay.  What persisted on past that?

1    A      The soreness and the bruising, and my skin

2    definitely burned for days afterwards.  It was hard

3    to touch my eyes for days afterwards.

4    Q      And did you ever seek any medical

5    treatment for any of the -- any of the injuries you

6    sustained at the protests?

7    A      I did not.

8    Q      Do you have any preexisting respiratory

9    conditions?

10   A      I have asthma.

11   Q      And when were you diagnosed with asthma?

12   A      I was young.  So maybe in my early teens.

13   Q      And is that something that you've been

14   like in treatment that you see somebody for over the

15   years?

16   A      Uh-huh.  I get it checked every so often.

17   I don't have health insurance now, so less often now.

18   Q      Do you have an inhaler?

19   A      No.

20   Q      And did you ever talk to your doctor to

21   let him know about what happened at the protest with

22   respect to your asthma condition?

23   A      No.  As I said, I don't have health

24   insurance, so it's financially not very feasible for

25   me.

*AB Litigation Services*

1        A       I think that when I went back to review

2    footage of the protests, I didn't imagine to -- or I

3    didn't expect I would have an emotional reaction to

4    any of those videos.  But as soon as I heard the --

5    yeah, the shots and the yelling and the "Hands Up,

6    Don't Shoot," and, "I can't breathe," I had tears

7    spring to my eyes and it felt like I was back in that

8    moment.  Which was really challenging and made me

9    realize that, yeah, there's a lot more emotional

10   distress than I even realized.

11       Q       And when you're talking about reviewing

12   this footage which made you feel those feelings, are

13   you talking about reviewing the footage in the

14   context of preparing for the deposition or reviewing

15   the footage in another context?

16       A       In the context for preparing for the

17   deposition.

18       Q       And have you had any problems with

19   sleeping?

20       A       Yes.

21       Q       How so?

22       A       I mean -- I don't think I really

23   understand the question.  Like trouble sleeping

24   because of these events?

25       Q       Yes.  Have you had problems sleeping

1   because of these events?

2      A     I mean, yes.  These kind of events I hope

3   weigh heavily on all of our psyches and are

4   absolutely something that doesn't leave you.  When

5   you have a line of officers marching towards you

6   while you're kneeling on the ground, not knowing if

7   they're about to harm you, like that's a traumatic

8   experience.

9      Q     And so when you say you're having problems

10  sleeping, are you not able to sleep at night?  Are

11  you walking up in the middle of the night with bad

12  dreams?  Or -- if you could tell me a little bit more

13  about the specific problems that you're having

14  sleeping.

15     A     Sure.  I mean, I think that it's maybe not

16  something I would have pinpointed had you not asked

17  the question.  But falling asleep, knowing that this

18  is the -- this is the state of our state is a hard

19  thing to do.  It races through your mind of who would

20  I ever call if I needed to be protected.  Because I

21  won't call the police.  I'm not going to call the

22  police that -- the same people who walked at me when

23  I was kneeling on the ground.  I'm not calling them

24  to feel safe.

25             Which, I don't know, makes your mind kind

1    best moving forward.

2            THE DEPONENT:  Thank you.

3                    EXAMINATION

4    BY MS. RUTAHINDURWA:

5        Q    I just have some clarifying questions to

6    ask.  So you testified earlier about your experience

7    on 16th and Platte on May 28th, right?

8        A    I did.

9        Q    And you stated at that time that you had

10   no specific recollection of the gas being deployed,

11   and you and Ms. Hoffman were talking about

12   identifying whether it was teargas or smoke or other

13   kinds of gas.  Am I correct?

14       A    Yes.

15       Q    Okay.  Can you explain what kind of gas

16   you were referring to that you didn't recall seeing

17   at that location?

18       A    Yeah.  I didn't recall seeing any kind of

19   like gas canister or cloud of gas or smoke.

20       Q    Okay.  But do you remember feeling some

21   kind of irritant in the air at that location on

22   May 28th?

23       A    I do, yes.

24       Q    And was it similar to the feeling that you

25   described when you were hit with PepperBalls on

1    May 30th?

2        A      Yes.

3        Q      Okay.  So would it be fair to say that

4    when you testified that officers were shooting

5    projectiles at protestors at that location that they

6    were shooting PepperBalls?

7        A      Yes.

8        Q      Okay.  And it was the impact of the

9    PepperBalls in the air that caused you to suffer the

10   effects of chemical irritants?

11       A      Yes.

12       Q      Okay.  And then you also testified about

13   being arrested and that officers uncuffed you to take

14   off your backpack.

15              Were you cuffed again before going into

16   the van?

17       A      I was, yes.

18       Q      So you were cuffed the entire time that

19   you were in the van until you got to the detention

20   center?

21       A      I was.

22       Q      And then you testified that you did not

23   write any letters or journal entries about your

24   thoughts about the protests, correct?

25       A      Yes, I did.

1          Q      Okay.  But have you written a journal

2     entry or explored your thoughts on your time being in

3     jail?

4          A      I have.

5                 MS. RUTAHINDURWA:  I don't have any other

6     questions.

7                            EXAMINATION

8     BY MS. HOFFMAN:

9          Q      I just have one follow-up question to

10     that.  Ms. Taylor, regarding when you were in the

11     Confluence Park/Platte River area on September 28th

12     [sic], and it's your testimony that there may be

13     irritants in the air from PepperBalls, can you

14     describe what, if anything, you felt as a result of

15     those irritants being in the air?

16          A      Yes.  Similar to the other things I've

17     described:  Watery eyes, like slight difficult

18     breathing, kind of -- I want to say like spicy in

19     your nose.  It's like burning in your nose and your

20     mouth when you breathe.

21          Q      And how long did those effects last?

22          A      I think it's hard to say, because a couple

23     hours later we were also hit with chemical irritants

24     again.  So it doesn't feel possible for me to

25     distinguish.

*AB Litigation Services*

1       Q      And did you have to go wash out your eyes

2    from the irritants received at this particular

3    location at the Platte River area?

4       A      That one, I did not.

5       Q      So you were able to continue on with the

6    march into the next protest location?

7       A      Yes.

8             MS. HOFFMAN:   I don't have anything

9    further.

10             WHEREUPON, the within proceedings were

11    concluded at the approximate hour of 3:24 p.m. on

12    August 31, 2021.

13             *      *      *      *      *      *

14

15

16

17

18

19

20

21

22

23

24

25