# STATEMENT OF PROBABLE CAUSE / AFFIDAVIT FOR ARREST WARRANT

Page 1 of 2

GO # _____   AB # _____

**DEFENDANT**

| Last Name | First Name | Middle | |
|---|---|---|---|
| Sannier | Andrew | James | ▮▮▮ |

Armed with: _____

| Location of Arrest | Arrest Date | Arrest Time |
|---|---|---|
| 1300 Blk Lincoln St | 6/2/20 | 0025 |

**OFFICER MAKING STATEMENT**

| Last Name | First Name | Middle | Serial No. |
|---|---|---|---|
| Tak | | | 00018 |

COMPLETE THIS SECTION FOR ORIGINAL PROBABLE CAUSE STATEMENTS AND ALL AFFIDAVITS FOR ARREST WARRANT

I am a police officer for the City and County of Denver, Colorado, and have knowledge regarding the arrest/incident of the above named party for the below listed offense, which offense occurred on or about the date of ___ at ___ ☐ am ☐ pm at or near the location of ___ in the City and County of Denver, State of Colorado.

| VIOLATION(S) | DESCRIPTION |
|---|---|
| 1-13 | General Penalty Emergency Curfew Order |
| 38-31(c) | Failure to obey a lawful order |

☒ Statement of Probable Cause   ☐ Affidavit for Arrest Warrant

On 6/01/20 the Mayor of the City and County of Denver issued an emergency curfew order stating no person(s) will be out in a public place, including streets and public right of ways, between 2100 hours and 0500 from this date until June 2nd, 2020.

On 6/01/20 at 2100 hours Denver Police Officers announced via loud speaker to protestors that the emergency curfew order was in effect and instructed for the protestors to leave the area.

On 6/02/20 at 0025 hours the listed suspect was given multiple orders by Tak #00018 and failed to comply with the emergency curfew order and was arrested by uniform officer(s) at the listed location.

I affirm this information to be true and correct

*[signature]* #91029

DPD 397 (Rev 08/17)

Fitouri 010721
Exhibit 27

# City and County of Denver Unified Summons and Complaint

GO #: 20-339097   AB #: 533805

In the County Court in and for the City and County of Denver, State of Colorado. The People of the City and County of Denver and/or State of Colorado, Plaintiff vs.

**DEFENDANT**

- Last Name: Sannier
- First Name: Andrew
- Middle: James
- DOB: [redacted]
- Home Address: 1555 California St. # Apt 315
- City: Denver
- State: CO
- Zip: 80202
- Phone: [blank]
- Drivers License #: [redacted]
- Vehicle License #: [blank]
- ☐ Order-In    ☒ Jailed    ☐ Existing AB #:
- Victim Name(s) Only: City + County of Denver
- Location of Offense: 1300 Blk
- Offense Date: 06/02/20
- Offense Time: 0025
- Domestic Violence Offense: ☐ Yes   ☒ No

## Violations (handwritten/checked)

☒ 1-13 — UC — General Penalty Emergency Curfew Order
☒ 38-31(c) — UC — Failure to Obey a Lawful Order

**YOU ARE SUMMONED AND ORDERED TO APPEAR BEFORE THE COURT ON** 07/07/20, **AT** 1300 hrs **LOCATED AT THE LINDSEY FLANIGAN JUSTICE CENTER, 520 W. COLFAX AVE, ROOM #160, DENVER, CO 80204**, to answer the charge(s) in violation of the Denver Revised Municipal Code (DRMC) and/or the Colorado Revised Statutes (CRS) as amended. If this court date is a Saturday, Sunday, or Holiday, you must appear on the NEXT regular court business day following this date. If you are under the age of 18, YOU AND YOUR PARENT OR LEGAL GUARDIAN MUST APPEAR IN COURT ON THE DATE AND TIME AT THE DESIGNATED LOCATION. You may contact the court during normal business hours at 720-337-0410. **If you fail to respond to this summons, a warrant will be issued for your arrest; however, if you are charged with only Payable Non-Criminal Infraction(s) and you fail to respond by the court date, a default judgment will be entered and you will be liable for fines, costs and collection fees.**
**IF YOU POSTED BOND, THE DATE ON YOUR BOND IS YOUR COURT DATE.**

I know or have reason to believe the defendant named violated the Sections of the Revised Municipal Code of the City and County of Denver, Colorado and/or the Sections of the Colorado Revised Statutes identified.

The defendant was served a copy of this Summons and Complaint in the manner prescribed by law.

Officer: T. Tak   Badge #: 60018
Served By: JRB 91029   Date: 06-02-20

DPD 777 (Rev 02/19)   POLICE DEPARTMENT COPY

Fitouri 010725

# DENVER POLICE DEPARTMENT GO REPORT

Sheet 1 of 1

## GENERAL
- Location Type: Street
- Weapon/Force Type:
- Gang: ☒ None

## ARRESTEE
- SSN:
- Alias / Associates:
- Sex: M
- Race: W
- Ethnicity:
- Height: 5'9"
- Weight: 215
- Hair: Bro
- Eyes: Blu
- Work/School Name:
- Work/School Address:
- Work/School Phone: 480-284-1048
- Scars / Marks / Tattoos:
- Clothing: Blk Pants, Blk Shirt

## VICTIM
- Victim # 1 of 1
- Name: City & County of Denver
- DOB/Age:
- Home Address:
- Sex: M
- Race: W
- Height: 5'10
- Weight: 215
- Hair: Brn
- Eyes: Blu
- Clothing: Blk Pant

### Injury Type
- ☒ N - None

## NARRATIVE
See P.G. Statement

Reason for Paper Report: Mass arrest
Veh. Unit #: u105

Fitouri 010726