IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br><br>  Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF DENVER, *et al*.,<br><br>  Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ |

**EXHIBIT 28**
**PLAINTIFFS' OPPOSITION TO DENVER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit 28 is the BWC video from APD LT. Cassidee Carlson (COABLM 395)