```
                  UNITED STATES DISTRICT COURT

                      DISTRICT OF COLORADO

------------------------------------------------------------

Black Lives Matter 5280 et al.,



            Plaintiffs,


      vs.                      Case Number 1:2020cv01878

                               Cons w/ 1:2020cv01922



City and County of Denver et al.,



            Defendants.

------------------------------------------------------------

                   Deposition of Patrick Shaker

                             Friday

                       March 12th, 2021



                              -at-



                     Zoom Remote Deposition
```

Exhibit 5, LLC

Exhibit 31

```
 1  other portion would have been the kinetic impact or KIP
 2  portion of it.
 3       Q.   Okay.  And can you tell me exactly what kind
 4  of -- what kind of weapons?  And -- and what I'm
 5  interested in knowing is just, you know, did the Aurora
 6  officers have PepperBall guns, you know, OC canisters,
 7  40mm launchers, you know, that kind of thing?
 8       A.   For Aurora, for our chemical munitions, it's
 9  primarily divided up -- everything that we have for
10  crowd management is hand-thrown munitions,
11  chemical-wise for gas canisters.  We don't -- we don't
12  deploy any launchable munitions, and we haven't -- or
13  haven't at -- since I have been on our emergency
14  response team, ever deployed launchable ones, which
15  means they are fire -- launchable chemical munitions
16  from any of our devices.  They are all hand-thrown
17  canisters, or they are the pepper foggers or pepper --
18  pepper spray canisters that we use, so we use either
19  those that are hand-thrown, gas canister munitions or
20  the chemical pepper sprays that you would see in a
21  bottle normally.  The other types of munitions, the
22  kinetic impact projectiles that we use -- we only use
23  two systems in -- in Aurora, we use the 40 millimeter
24  less lethal launchable system and we use the 12 gauge
25  less lethal sock round munition bean -- or bean bag as
```

```
 1  it's sometimes called.
 2       Q.   Okay.  Did Aurora have any flash-bangs?
 3       A.   Initially, no.                              0:21:51
 4       Q.   Okay.  And when you say, "Initially, no," do
 5  you recall -- what -- what do you mean by that?
 6       A.   Initially for, I believe, it was at least the
 7  first -- it was for the -- at least the first day, and
 8  I don't believe until late evening Sunday or possibly
 9  Monday -- and I -- again, I couldn't tell you the exact
10  date, we didn't have any because we never bought any.
11       Q.   Okay.  And so just to orient you to the days,
12  the first day of the protest in Denver began on -- it
13  was on Thursday, May 28th, Friday was the 29th,
14  Saturday was the 30th, so was the 30th -- was Saturday
15  the 30th the first day that Aurora went to the Denver
16  protests?
17       A.   Yes.
18       Q.   Okay.  And on Saturday, May 30th, Aurora
19  officers did not have any flash-bangs?
20       A.   No, they did not.                           0:22:49
21       Q.   Okay.  Did -- on Saturday, May 30th, did
22  Aurora officers have PepperBall guns?
23       A.   No, they did not.
24       Q.   Okay.  On Sunday, May 31st, did Aurora
25  officers have any PepperBall guns?
```

```
 1       A.   No.
 2       Q.   Okay.  At any time that Aurora policed the
 3  protest in Denver in May and June of last year, did
 4  Aurora officers have PepperBall guns?
 5       A.   Not to my knowledge, no.                         0:23:39
 6       Q.   And so the -- with respect to flash-bangs,
 7  Aurora officers did not have flash-bangs during the
 8  protests in Denver until likely the late, late evening
 9  Sunday May 31st?
10       A.   Yeah, likely -- it would have been likely the
11  late evening of Sunday the 31st.
12       Q.   Okay.  Great.  So on Saturday, May -- and so
13  you had a chance to review the -- your body-worn camera
14  for Saturday, May 30th, correct?
15       A.   I did.                                           0:24:24
16       Q.   Okay.  So can you just -- just enumerate for
17  me the -- the kinds of less lethal munitions or weapons
18  that Aurora officers had on Saturday, May 30th when
19  they were at the intersection of Lincoln and Colfax
20  between 6:00 and 8:00 p.m.?
21       A.   At that time frame for that particular day,
22  the less lethal munitions that the emergency response
23  team crowd management officers had available to them
24  were the 40 millimeter launcher, the 12 gauge less
25  lethal bean bag launcher, OC pepper spray in whatever
```

```
 1  play into whether or not there is sufficient time for
 2  people to get down that alleyway.
 3      Q.   At the intersection of Colfax and
 4  Pennsylvania on May 31st at 9:30 p.m., did your
 5  officers have any flash-bangs?
 6      A.   I don't believe they had them at that point,
 7  but I could be mistaken on that.  That was about the
 8  time when munitions had arrived from a separate vendor.
 9      Q.   So just to try to refresh your recollection,
10  the -- Sunday, May 31st, would have been the second day
11  that Aurora was assigned to the Denver protests, and so
12  we're talking about the evening of the second day.  Do
13  you recall if the flash-bangs arrived in time for the
14  evening of the second day or it wasn't until Monday,
15  June 1st?
16      A.   It was when the -- the protest -- or protest
17  and riots -- the -- the violence was actually occurring
18  that the extra munitions that we had requested had
19  arrived, so it was actually while this push was going
20  on, if I remember --
21      Q.   Okay.                                      3:13:57
22      A.   -- correctly.
23      Q.   So were you outfitted with the flash-bangs
24  while you were out in the field?
25      A.   I don't believe any of us were outfitted with
```

```
 1  flash-bangs, at least not to my knowledge --
 2      Q.   Okay.
 3      A.   -- from Aurora anyway.
 4      Q.   Okay.  And your officers did not have
 5  PepperBall guns, correct?
 6      A.   Correct.
 7      Q.   So on Sunday, May 31st, at the intersection
 8  of Colfax and Pennsylvania at 9:30 p.m., can you just
 9  tell me what weapons your officers had?
10          MS. EVANS:  Foundation.
11      A.   The weapons systems that we would have had
12  would have been the 40 millimeter launchers, the 12
13  gauge bean bag rounds, the OC vapor sprays or the OC
14  sprays, be it the larger canisters or the smaller
15  canisters, and of course, our CS gas canisters.
16          MS. WANG:  Okay.  Let me just -- let's just
17  take a break so I can look at my notes, and then I just
18  want to make sure that I'm done.  Just give me two
19  minutes.
20          RECORDER:  Okay.  Off the record, 1:44 p.m.     3:15:13
21              (Off the record)
22          RECORDER:  Back on the record, 1:46 p.m.
23          MS. WANG:  I have no further questions.
24                    EXAMINATION
25  BY MR. MIJARES-SHAFAI:
```