UNITED STATES DISTRICT COURT

DISTRICT OF COLORADO

-----------------------------------------------------------

Black Lives Matter 5280 et al.,

        Plaintiffs,

  vs.              Case Number 1:2020cv01878

                     Cons w/ 1:2020cv01922

City and County of Denver et al.,

        Defendants.

-----------------------------------------------------------

Deposition of Stephen Redfearn

Friday

March 12th, 2021

-at-

Zoom Remote Deposition

Exhibit 5, LLC

Exhibit 32

```
 1         Q.   Right.  So on Sunday, May 31st, in the
 2   evening starting at about 8:30 p.m., you and other
 3   members of the Aurora team were at district six at
 4   Colfax and Washington, correct?
 5         A.   That sounds correct, yes.
 6         Q.   And then during the course of that evening,
 7   you and your team pushed protesters west on Colfax,
 8   right?
 9         A.   That's correct.                              0:39:09
10         Q.   Okay.  And at that time, Jeffco SWAT was with
11   you?
12         A.   I believe so, yes.  I -- I remember -- I
13   remember interacting with their commander, who I'm
14   familiar with, on the west side of district six prior
15   to that push down Colfax.
16         Q.   Okay.  And what was their commander's name?
17         A.   At the time, I don't know if he's still
18   there, his name is Brad Ingermann.
19         Q.   Okay.  And so the Jeffco SWAT team members
20   were wearing green fatigues, correct?
21         A.   Correct.
22         Q.   Okay.  Now going back to May 30th at the
23   intersection of Lincoln and Colfax, so I'm going to
24   pull up your report again.  On page 2, which is COA BLM
25   42, when you had arrived, there had already been some
```

```
 1  lethal that deploys CS gas or tear gas.  I'm trying to
 2  think any other systems that we would have had with us.
 3  Oh, well I said pepper spray, but then we also had some
 4  larger handheld pepper foggers that deploy the same
 5  spray, but are -- are used for crowd control because
 6  they -- they're -- they're larger.  That's -- if I
 7  recall correctly, that's everything we would have had
 8  with us.
 9       Q.   Did any of your officers from Aurora have a
10  PepperBall gun?
11       A.   No.  We don't use PepperBall.  It's not a
12  part of our crowd control system, and we don't use it
13  on patrol.  We -- we don't have -- we don't deploy it
14  at all in Aurora.
15       Q.   Okay.  What's a Sting-Ball?                    0:44:44
16       A.   So a Sting-Ball is a throwable munition.
17  It's less lethal.  It -- when it is -- it's a -- it's a
18  -- it looks like a grenade, it's just a rubber ball.
19  When it's thrown, it has a percussion, it deploys small
20  little rubber pellets that will -- that will sting and
21  -- and usually cause people to stop doing whatever it
22  is that they're doing.  It also has a flash and it has
23  a loud bang that goes off.  It's specifically meant to
24  disrupt somebody from doing something that we deem
25  they're not supposed to be doing or to -- you know, we
```

```
 1  may throw it to protect ourselves, protect others.
 2  It's a -- it's a pretty versatile less lethal option
 3  that we use.
 4       Q.   Do you recall which of the officers from
 5  Aurora were carrying the 40 mm launchers?
 6       A.   No.  I would have to look at a roster and I
 7  don't have that with me.
 8       Q.   Okay.  Did any of your officers from Aurora
 9  have flash-bangs?
10       A.   I would suspect yes, but I don't -- I don't
11  recall specifically.  Normally, our SWAT guys carry
12  those.  We do -- we do have some available for crowd
13  control use, but I don't -- I don't remember
14  specifically seeing any, but that doesn't mean we
15  didn't have any there.
16       Q.   Okay.  Do you recall seeing any of your
17  Aurora officers throwing a flash-bang at the
18  intersection of Lincoln and Colfax between 6:00 and
19  8:00 p.m. on May 30th?
20       A.   I don't recall seeing that, no.
21       Q.   Okay.  What weapons did you -- what less
22  lethal weapons did you see the Denver officers have?
23  And again, we're talking about May 30th, Lincoln and
24  Colfax between 6:00 and 8:00 p.m.
25            MR. HUSS:  Foundation.                    0:46:31
```

```
 1      A.   So I recall seeing the Denver officers with
 2  PepperBall, that's a system they use -- sought out
 3  quite a bit.  I know they had similar thrown munitions,
 4  but it's hard to see when somebody's throwing
 5  something, what specifically it is.  So I'm not going
 6  to speculate as to what they had.  I'm not -- I'm not
 7  trying to skirt the question, but it would be better
 8  suited to ask them what they had.  I -- I did see
 9  PepperBall, maybe some less lethal launchers, but
10  again, when we're in that environment, it's sometimes
11  hard to see specifically who might be Aurora or Denver
12  because we're all in crowd control gear.
13      Q.   Okay.  If there's a tear gas -- if there's a
14  -- if there's a gas canister that's thrown that
15  releases yellow-colored gas, do -- do you know what
16  kind that is?
17      A.   That's likely going to be tear gas, be -- or
18  something similar, but I'm -- I'm not a -- not a less
19  lethal munitions expert.  I can just speak to my
20  general experience, and normally, the white smoke is
21  just -- just that, smoke.  But again, not knowing every
22  system that every agency might have, I -- I don't want
23  to -- I don't want to -- I don't want to specifically
24  say it's always this or always that.  I'm not 100
25  percent sure on that.
```

Exhibit 5, LLC

```
 1  play it for a little bit.
 2              (HALO video played)
 3      Q.   Okay.  So let me pause it.  Do you recall --
 4  so there's these officers that are right here.  They're
 5  obscured a little bit by smoke, but do you recall if it
 6  was your officers who are there at just north of Colfax
 7  and Washington at this time?
 8      A.   I -- I can't tell from that, and I don't
 9  recall.                                           1:57:49
10      Q.   Okay.  I'll continue playing it for a little
11  bit, and then you can let me know if this at all
12  refreshes -- refreshes your recollection as to whether
13  it's Aurora officers who are here.
14              (HALO video played)
15      Q.   Okay.  I'm going to pause it at 8:28:54.  Did
16  you see on this side of the screen there were some
17  cloud -- little puffs of dust that were hitting the
18  sidewalk here?
19      A.   I did.                                    1:59:00
20      Q.   Okay.  Are you familiar that that comes from
21  PepperBall guns?
22           MS. EVANS:  Foundation.
23      A.   I -- yeah, I can't tell you accurately what
24  that was.  I'm not sure.  I -- I don't think I was here
25  at that time.
```

```
 1        Q.   Okay.  Aurora officers don't carry PepperBall
 2   guns, correct?
 3        A.   Correct.
 4        Q.   So if these officers, who were just north of
 5   the intersection right here, were shooting PepperBalls
 6   at these protesters, they were not Aurora officers,
 7   correct?
 8        A.   Correct.  Aurora does not carry PepperBall,
 9   and we didn't deploy any PepperBall at all.
10        Q.   Okay.  Did this -- I'm going to keep playing
11   it --
12                  (HALO video played)
13        Q.   -- for a few -- a few more seconds, but does
14   this at all refresh your recollection?  Does this make
15   you think that these are not Aurora officers right
16   there?
17        A.   I -- I have no idea which officers those are.
18   I just can't tell from that angle.
19        Q.   Okay.  But do you recall being with a
20   contingent of officers from another agency who had
21   PepperBall guns on May 31st near District 6 station?
22        A.   I -- well, I -- I assume that the Denver
23   officers that were there would have had PepperBall,
24   because most of them did that were deployed on these
25   lines.
```

Exhibit 5, LLC

```
 1      Q.   All right.  I'm going to play for you now
 2  some radio dispatch from May 31st, starting at 9:37
 3  p.m. and then -- we'll listen to it, and then I'll ask
 4  you some questions, okay?
 5      A.   Sounds good.
 6      Q.   Wait, let me make sure I shared the audio
 7  here.  Okay.
 8              (Dispatch audio played)
 9      Q.   Okay.  I'm going to pause it.  Was that you?
10      A.   The -- when he says, "Adam 9 to Aurora," and
11  then the response, that is me, and this actually is
12  very helpful to refresh my memory.
13      Q.   Okay.  So up to this point in time, what does
14  it refresh your recollection about in terms of what the
15  direction was from the Denver command staff?
16      A.   So we -- I just -- I guess I'll -- I'll --
17  I'll -- I'll rephrase it.  Refreshes my memory in
18  regard to moving up to Pennsylvania and Colfax, because
19  then I remember looking back and we had the entire
20  stretch of Colfax, all the way back to Clarkson, and
21  that's what I'm referencing there.  Leading up to that,
22  and again, the actual "hey, let's go ahead and get onto
23  Colfax and move westbound," I can't -- I still can't
24  remember specifically how that came about.  Obviously,
25  we did it, and I just can't -- I can't remember exactly
```

```
 1  the direction or decision-making that -- that went into
 2  that.
 3      Q.  Okay.  So Adam 9 was Commander Phelan from
 4  the DPD, correct?
 5          MS. EVANS:  Foundation.
 6      A.  I believe so, yes.                           2:07:43
 7      Q.  Okay.  And you were communicating directly
 8  with Commander Phelan, right?
 9      A.  At that point that we listened to, yes.
10      Q.  Yes.  And is it fair to say that Commander
11  Phelan was giving you guidance and direction as to what
12  he wanted you and your unit to do?
13      A.  Yes, that's fair to say.
14      Q.  Okay.  There was another officer who came on,
15  100, who said, "All right.  Which way do we need to
16  come in from?"  He said, "We're at Colfax and Broadway
17  now."  And then Adam 9 responded, "Aurora's pushing
18  them towards you."  Let's -- and then he says something
19  about, "coming up on both sides, try to make some
20  arrests."  Do you recall hearing that?
21      A.  Yes.                                         2:08:30
22      Q.  Okay.  And so what do you recall the plan
23  being at that time?
24      A.  So I do remember -- I mean, we -- we wanted
25  to continue just to hold Colfax due to all the violence
```

```
 1  and -- and riotous behavior that was happening around
 2  the station, businesses, windows getting shot or broken
 3  out, all that, so the goal was to keep the area that we
 4  had already gained by pushing people west.  And then I
 5  recall that there were other teams, as you heard -- I'm
 6  not sure who 100 was, but there were other teams coming
 7  east on Colfax from Broadway, and basically sandwiching
 8  these people at this point that were being riotous and
 9  violent in between our team and theirs, and as you can
10  hear on the radio, at that point, we were hours into
11  this unlawful behavior.  I believe the goal, at that
12  point, as you heard, was to make some arrests for --
13  for people that were continuing to cause problems.
14       Q.   The goal was to sandwich the protesters and
15  arrest them, right?
16       A.   That was part of it.  I -- I -- I'm not sure
17  that was the goal, there were ways they could have
18  gotten out.  There were several streets in between
19  Broadway and where we were, but as you -- as you heard,
20  the guidance was, "Let's try to arrest some people."  I
21  can only assume that at that point, it was hoping if we
22  started making some arrests, people would finally go
23  home.
24       Q.   Is it fair to say that Adam 9 was giving you,
25  as well as unit 100 -- or officer 100, direction as to
```

```
 1  how to deal with this group of protesters at that time?
 2       A.   Sure, that's fair to say.                    2:10:00
 3       Q.   Okay.  Let's continue playing it.  We're now
 4  on 21:39:21.
 5                (Dispatch audio played)
 6       Q.   Okay.  I've paused it there.  So 100 says,
 7  "We can come in, we're at Colfax and Grant right now,
 8  but we're going to be pushing into each other."  And
 9  then Adam 9 responds, "Yeah, we'll push them in there.
10  We'll get them and make some arrests."  Correct?
11       A.   Sorry, I was muted.  Yeah, that -- that's
12  what I heard.
13       Q.   Okay.  What do you recall occurring on Colfax
14  between Pennsylvania and Logan once your unit and the
15  other unit that was coming from the west pushed the
16  protesters into that block?
17       A.   I'm trying to recall specifically.  I know
18  that somewhere around that time, maybe
19  contemporaneously or prior, we were getting hit with
20  large fireworks and other dangerous items.  A big
21  homemade explosive type thing was thrown at us, it
22  actually blew windows out of a 7-Eleven.  It was pretty
23  chaotic.  And then when that other team was
24  approaching, I think most of the people started to run
25  away, because I think our attention was then drawn to
```

Exhibit 5, LLC

1  some alleys and things.  We were afraid people were
2  going to come back and try to -- try to come up our
3  flank.  But I do remember posting there for, it seemed
4  like a little bit of time, you know, trying to hope --
5  in my opinion, hoping -- hoping people would -- would
6  leave, and then we would essentially have all of Colfax
7  contained, because that seemed to be where most of the
8  issues were.
9       Q.   Okay.  So I'll represent to you that your
10 body camera for -- video for May 31st, at this period
11 in time, 8:30 to 9:30 or so p.m., is without sound.  Do
12 you know why that would be?
13      A.   I can only speculate.  It was not
14 intentional.                                      2:12:58
15      Q.   Okay.  Do you -- do you know reasons why your
16 body cam may not have recorded sound?
17      A.   So best guess, there's no way that the user
18 can turn it off, the -- there's no way that I could
19 have said, "Oh, you know what, I'm not going to record
20 sound today."  My guess is, based upon some of the
21 things we were being hit with, I didn't have a chest
22 protector on because I was behind the line, but more
23 than once later in the night on the 30th, I was hit
24 with objects, and one of those included a large
25 firework.  My best guess is that it somehow fried the

```
 1  audio.  I'm not sure.  I -- I -- when I found out after
 2  I -- we finished our weekend in Denver, I docked my
 3  body camera, which uploads all the footage.  When I
 4  went in to review it after the fact, I -- I noticed the
 5  same thing that you did, that there was no audio for
 6  all of the second day.  I reported that to our
 7  electronic support section.  They took my camera, and
 8  then provided me a new one.  So they -- they really --
 9  they never got back to me with an explanation as to
10  what happened with the audio.
11       Q.   Okay.  Let me pull up another video.  I'm
12  showing you Denver HALO camera footage from May 31st at
13  the intersection of Colfax and Pennsylvania.  This clip
14  is going to be in at 9:36 p.m.  And just to orient you,
15  this camera right now is facing east.  There's a -- and
16  this is at the intersection -- this is Colfax, the
17  street that we see, and then the intersection of
18  Pennsylvania.  So we're going to watch it for a little
19  bit, and then I'll ask you some questions.
20       A.   Okay.                                       2:15:16
21            (HALO video played)
22       Q.   So this -- do you see this line of police
23  officers in the distance?
24       A.   Yes.
25       Q.   Okay.  That's your officers, Aurora officers,
```

```
 1  correct?
 2      A.   I believe at least a decent percentage of
 3  those were us, that was us in Aurora that -- but I -- I
 4  think there were other people with us.
 5      Q.   Okay.  Jefferson County SWAT was with you,
 6  right?
 7      A.   I believe they were still with us at that
 8  time, but I -- I can't tell from here, sorry.
 9      Q.   Okay.  This vehicle that you see in the
10  distance with the very bright headlights is the Aurora
11  BearCat, right?
12      A.   I think so, yes.  It looks like it.
13      Q.   Okay.  We're going to fast forward it just a
14  little bit.
15              (HALO video played)
16      Q.   So there's protesters in the street, right?
17  A few of them, from this view?
18      A.   Correct.                                    2:16:23
19      Q.   And your officers start moving forward and
20  firing munitions, correct?
21      A.   The -- the officers in the video do.  I can't
22  tell you if they're my guys or -- or they're other
23  agencies, but yes, the -- the group of officers is
24  doing that.
25      Q.   Okay.  I've stopped it at 9:39:08.  Now
```

```
 1  there's big clouds of tear gas here in the camera -- in
 2  the -- in the view of the camera, correct?
 3            MS. EVANS:  Foundation.
 4       A.   There is a cloud.  I -- I can speculate that
 5  it's probably tear gas, but I can't -- I can't say that
 6  with certainty.
 7                 (HALO video played)
 8       Q.   Well, what else do you think it might be?
 9       A.   It could be the white smoke, it could be
10  other munitions deployed, but it -- you know, the --
11  like I said, it probably was tear gas.  I'm not able to
12  say it with certainty, though.
13       Q.   Okay. I'm going to pause it at 9:40:05.  So
14  we have a better view of the officers.  There's some
15  officers in green fatigues, and then there's some
16  officers in the regular black or dark blue riot gear,
17  correct?
18       A.   Correct.
19       Q.   Okay.  And there's some officers that are
20  holding these weapons with the orange stock?
21       A.   Correct.                                    2:17:30
22       Q.   What are those?
23       A.   My best guess, I can -- I'm -- I'm not even
24  going to speculate what the -- the gentlemen in green
25  have, because I -- I'm -- I'm not 100 percent sure, but
```

Exhibit 5, LLC

```
 1  I can tell you if it's the Aurora guys, those are our
 2  less lethal shotguns.
 3      Q.   Okay.  And those are the ones that deploy the
 4  beanbag rounds?
 5      A.   Yes.  That's -- in layman's terms, it's a --
 6  it's a sock round that is deployed from there.
 7      Q.   Okay.  And as you and your officers were
 8  pushing forward at this time, were you all firing
 9  munitions?
10      A.   Are -- are you asking if everyone was firing
11  munitions?
12      Q.   Just the group of you.
13      A.   Members of the group appeared to be, yes.
14      Q.   Okay.  And you were aware at this time that
15  there was another group of officers who were coming in
16  from the other side, on the other block, right?  Coming
17  in from the east -- or, I'm sorry, coming in from the
18  west?
19           MS. EVANS:  Foundation.                        2:18:28
20      A.   Yeah.  It -- it -- based on the radio
21  transmission, that's what I understood, and then I
22  believe, eventually, we saw them come from the west.
23      Q.   Okay.  And they were firing munitions on the
24  protesters, as well, correct?
25           MS. EVANS:  Foundation.
```

Exhibit 5, LLC

```
 1              MR. HUSS:  Foundation.
 2       A.   I -- I can't tell you that.  I'm not sure.  I
 3  wasn't with them.
 4       Q.   Okay.  We're going to watch another video.
 5  Do you see this?
 6       A.   I do.
 7       Q.   Okay.  This is Denver HALO camera footage at
 8  Colfax and Logan on May 31st, 2020.  This is going to
 9  start at 9:36 p.m., so to orient you, this is -- this
10  camera is -- is at -- at Logan facing Colfax, facing
11  west.
12       A.   Okay.
13       Q.   And we're going to play it, and then I'll ask
14  you some questions.
15              (HALO video played)
16       Q.   Actually, I'm going to fast forward it a
17  little bit.
18              (HALO video played)
19       Q.   So it's fair to say at this time, at 9:37
20  p.m., a large number of protesters are gathering in --
21  in this block, right?
22       A.   That's fair to say, yes.                    2:19:45
23       Q.   And at this same time, your officers were on
24  the other side, on -- on Washington, correct?  Not
25  Washington, on Pennsylvania, correct?
```

```
 1        A.   I think, yes, based on -- yeah, I believe
 2   you're correct.
 3        Q.   Based on that other video we just watched,
 4   right?
 5        A.   Right.
 6        Q.   So let me go back and play this at regular
 7   speed, because people start running.  I'm going back to
 8   9:38:02 p.m.
 9                  (HALO video played)
10        Q.   I'm going to pause at 8:38:45 (sic).  It's
11   fair to say that people start running towards the
12   camera, or west, right?
13        A.   Right.  Yeah, if you're telling me this
14   camera is pointing east, then they would be coming
15   west, yes.
16        Q.   Okay.  Do you see the --
17                  (HALO video played)
18        Q.   -- clouds of tear gas in the distance at
19   Pennsylvania?
20             MS. EVANS:  Foundation.
21        A.   And I'll go back to my prior.  I see a cloud
22   of gas that could be tear gas.
23        Q.   Is there anything that you see this crowd of
24   people doing that warrants the use of munitions at this
25   time?  This is at 8:39:06 (sic) p.m.?
```

Exhibit 5, LLC

```
 1            MS. EVANS:  Foundation.
 2            MR. HUSS:  Foundation.
 3       A.   So it's hard to tell from this video, but I
 4   can tell you during that time we were making that push
 5   down Colfax, there was a lot of reasons why using gas
 6   and munitions was justified.
 7       Q.   What about on these people right here who
 8   were at the intersection of Colfax and Logan in front
 9   of this church?
10       A.   I was never down there, so -- and again, for
11   this -- I'm -- I'm sorry.  I was not at Colfax and
12   Logan, but from the -- you know, from this angle, there
13   could be people doing things in the crowd.  I just --
14   it's -- it's hard to say.
15       Q.   You can't say, right?                    2:22:14
16       A.   Yeah, I can't form -- I can't form an
17   educated opinion because it's -- it's a -- it's a --
18   you know, it's a very broad view.
19       Q.   You can't give us any factual basis for why
20   the use of munitions on this crowd at this time at
21   Logan, between Logan and Pennsylvania was justified,
22   correct?
23            MS. EVANS:  Foundation
24            MR. HUSS:  Foundation.
25       A.   Well, again, not necessarily, because where
```

```
 1  we were at Pennsylvania on the other side of this
 2  crowd, we were getting hit with explosives, fireworks,
 3  all kinds of stuff, so it was coming from somebody in
 4  this group and -- again, from this angle, though, it's
 5  a little bit -- this was not the view I had.  I was on
 6  the other side and -- and there was -- it was -- it was
 7  literally a war zone for a little while with some of
 8  the stuff that was getting launched at us, so yes,
 9  there was -- can I say it's -- it's these specific
10  people on the screen right now?  I can't.
11       Q.   There was a lot of people on this block, who
12  were gathering on this block at this time, 9:40 p.m.,
13  correct?
14       A.   There are a lot of people blocking Colfax,
15  yes.                                           2:23:14
16       Q.   There were people in this crowd who weren't
17  doing anything that justified the use of munitions on
18  them at that time, correct?
19            MS. EVANS:  Form and foundation.
20            MR. HUSS:  Foundation.              2:23:29
21       A.   I -- I can't answer that in yes or no,
22  either, because all I -- like, if you see that giant
23  firework that just exploded, that was -- that was on my
24  people, okay?  So we were -- we -- we have 40 plus
25  officers right now with hearing loss from this specific
```

Exhibit 5, LLC