IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)

_____

ZOOM DEPOSITION OF JOE CARLOS DERAS
August 11, 2021

_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____


APPEARANCES:

        LOEVY & LOEVY
              By Elizabeth Wang, Esq.
                 2060 Broadway, Suite 460
                 Boulder, Colorado  80302
                    Appearing via Zoom on behalf of
                    Plaintiffs

        DENVER CITY ATTORNEY'S OFFICE
        CIVIL LITIGATION SECTION
              By Hollie R. Birkholz, Esq.
                 201 West Colfax Avenue, Dept. 1108
                 Denver, Colorado  80202
                    Appearing via Zoom on behalf of
                    Defendants

Exhibit 33

```
1      A      I don't think I was wearing any

2   headgear.  If I was wearing something, I could

3   have been wearing the same hat, the black hat, but

4   I don't remember wearing it.

5      Q      Do you remember taking anything with

6   you on this day?

7             I think --  I'm pretty sure I brought

8   Milk of Magnesia, water and apple cider vinegar.

9   Yeah.  I think that's --  Oh, and swimming

10  goggles.

11     Q      Okay.  And where did you store the

12  stuff that you brought?  Did you take a backpack

13  with you?

14     A      Yeah.  I had a green backpack with me.

15     Q      Okay.  What was the apple cider vinegar

16  for?

17     A      To neutralize chemical weapons.

18     Q      Okay.

19             Actually, no.  The apple cider vinegar

20  was used on bandanas, and then, like, whenever gas

21  was used, the bandana that would filter some of

22  the gas out

23     Q      Okay.

24     A      Yeah.

25     Q      If you would, just give me a recap of
```

1    the locations that you went across the city on

2    May 30, 2020.

3        A      So I arrived at the Capitol and was on

4    the south side of the Capitol for maybe, like,

5    10 minutes before moving toward the west steps.  I

6    was actually south of the west steps on the

7    Capitol lawn, and I was there for maybe, like,

8    45 minutes watching the police line on Colfax.

9    Then another police line, I believe, was on the

10   other side of 14th Avenue -- 14th Avenue on

11   Lincoln.

12            Then from there, like, police -- yeah,

13   police would, like, routinely just shoot into

14   the -- into the Capitol -- or onto the street, you

15   know, canisters of gas.  They shot tear --  They

16   shot PepperBalls and flash bang grenades and --

17   So those were also being used that day.

18            And then as far as, like, places that

19   we were that day, I think, like, after --  So

20   after a couple of hours, the police tried to clear

21   the Capitol by using weapons.  They, like, threw a

22   lot of tear gas canisters into the area and it

23   just, like, drove everyone away from the Capitol

24   onto, like, 14th Avenue.  We went --  So we went

25   east for a while, and then we went south for a

*AB Litigation Services*

1    while.  Then we tried to come back to the Capitol.

2    So there was, like, kind of a loop, you know, if I

3    remember correctly.  And, like, at every other

4    turn, I think police were trying to, like, block

5    streets.  So the -- the march just kept going in

6    really organic, like, ways whenever it came to

7    a -- came to an intersection.

8              I think, like, the last -- And then the

9    last thing that I remember is, like, being in a

10   few different -- or, like, being split up, because

11   I think, like, there were larger groups at the

12   beginning of that, but then, like, halfway through

13   the night, police kept, like, throwing tear gas

14   and -- and shooting at the crowd.  And so, like,

15   the crowds would split into different groups, into

16   smaller groups throughout the city.  And I

17   remember being with a group of about maybe, like,

18   20 to 30 people going down some alleyways, like,

19   closer to Pen and Washington.

20             I do remember one alleyway where the

21   cops came up behind us and then shot at us with,

22   like, their -- the PepperBalls.  Then another car

23   came in on the other end and kind of cornered this

24   group.  And while they were shooting in, like, a

25   woman fell in front of me and people, like,

1    stepped on them -- on her.  And --  Because I

2    remember her, like, crying and --  Yeah, it was

3    really awful.

4              From there, I remember going back up

5    what I believe was 13th or 12th Avenue, one of

6    those streets, all the way up to -- to Grant,

7    where we could take Grant all the way across

8    Colfax to get back to our cars.  And so before we

9    left --  So before I --  Before we left on the

10   30th, there was a car that drove through the

11   Colorado Education Association parking lot, and

12   if -- and I believe there were two students from

13   Cherry Creek, two young women, who had attended or

14   wanted to attend the protests.  They --  As we

15   were talking to them inside of the Colorado

16   Education Association, the police saw a group of

17   protesters walking north -- or walking westbound

18   on Colfax, and they came up right behind them and

19   shot at them as they were crossing across our

20   parking -- or as they were crossing parallel to

21   the parking lot.

22             So then they turned their guns to --

23   to -- onto us, who were inside of, like, the

24   building, inside of the parking garage there, and

25   they shot at us.  They also shot at the car with

1   the two women.  At that point, I just, like, raced

2   and went to my car and got out of the parking lot

3   and went home.

4            That's about --  Yeah.  I mean,

5   that's --  That was it.

6        Q    Okay.  So that's, obviously, a lot.

7   We'll kind of break that down in a minute, aside

8   from Jackie and Sara, did you ever meet up with

9   any other individuals throughout the course of

10  that day?

11       A    Yeah.  Youssef was with us, I think,

12  after -- after we had been at the Capitol for a

13  while.  I believe they were there before us, but

14  we hadn't seen them until afterwards.

15       Q    Okay.  How do you know Youssef?

16       A    Youssef was Sara Fitouri's roommate

17  back in, like, the early 2010s.

18       Q    Okay.  Before you attended the protest

19  on May 30th, did you have anything -- have any

20  alcoholic beverages to drink?

21       A    No.

22       Q    Okay.  Did you use any marijuana?

23       A    No.

24       Q    Or other drugs?

25       A    No.

1    Q    Okay.  Now, the first incident that I
2  have with respect to your claims in this lawsuit
3  is a flash bang device at Lincoln and Colfax.
4    A    Yeah.
5    Q    Is --  Is that consistent with your
6  recollection?
7    A    Yeah.  I don't know which injury was
8  first, but --  I mean, yeah.  There was a flash
9  bang grenade that went off, like, near my right
10  foot, I believe.
11    Q    Okay.  So tell me what happened.  I
12  understand this occurred somewhere between 6:30
13  and 6:50; is that correct?
14    A    Yeah.  So I was standing with Sara,
15  like -- oh, maybe 30 feet -- or at least, like,
16  20 feet behind most protesters on Lincoln Avenue
17  near the sidewalk.  And I --  I mean, I don't --
18  I don't know if I was paying attention or --
19  Like, I think I was looking down at some of the
20  chemical weapons that had been used before,
21  because you could see the little rounds of the
22  PepperBalls on the ground and, like, the powder
23  and stuff.
24          And then, like, all of a sudden, I
25  heard this loud bang.  I believe that it hit Sara,

1    and then it, like, damaged the inside of my inner

2    ear.  So I feel, like, for several days, maybe

3    even a week after that, like, I couldn't hear out

4    of my ear.  And, like, any time that I, like,

5    moved my jaw, like, down or up, like, it would

6    cause, like, pain inside of the inner ear, like,

7    sharp -- almost like someone was, like, sticking a

8    needle inside.  Yeah.

9         Q    Okay.  All right.  So I am going to

10   show you what is going to be marked Exhibit C,

11   which is a map.

12              (Exhibit C marked.)

13        Q    (By Ms. Birkholz)  I'll share my screen

14   now.  And I know this says it's Exhibit D, but

15   it's marked Exhibit C, I promise.

16              Okay.  So where specifically were you

17   located when this flash bang device went off?  And

18   I can zoom in here if it is better for you.  Just

19   let me know how I can drive this bus.

20        A    So if you can look at the -- the red

21   square -- the red square that's, like, directly

22   above the pathway going into the Capitol --  Do

23   you see that?  It's, like, right on the corner

24   next to --  No.  Go farther down.

25        Q    This here (indicating)?

```
1        A      Yeah.  On the other side --  It's on
2   the other side of that.
3        Q      Right here (indicating)?
4        A      Right there, yeah.  I was thinking
5   maybe, like -- like a few feet in front of that
6   onto the sidewalk.
7        Q      So maybe right about --
8        A      Towards Colfax.
9        Q      -- there (indicating)?
10       A      Farther up towards Colfax.
11       Q      So maybe, like, here (indicating)?
12       A      Yeah.  I was right around in there.
13       Q      Okay.  So you were standing on the
14   sidewalk by the lawn at the time the flash bang
15   was deployed?
16       A      Yeah.
17       Q      Is that correct?
18       A      I think I remember, actually, that I
19   was on the street, but I was, like, next to that
20   sidewalk area.
21       Q      Okay.  So maybe right about there
22   (indicating)?
23       A      Yeah.
24       Q      Okay.  And was there a crowd of people
25   kind of located in front of you here (indicating)
```

1    on Lincoln?

2        A    Yeah.  Almost, like, near the trees.

3        Q    Okay.  So up here (indicating)?

4        A    Yeah.

5        Q    Okay.

6        A    Yeah.

7             Okay.  So the yellow splotch where

8    "Lincoln" is printed on this Google Maps is where

9    additional protesters were located.

10            Were there any individuals between kind

11   of you and the larger crowd?

12       A    Like, dispersed in between, yeah, but

13   not --  Most of the crowd was, like, farther up

14   next to -- next to Colfax.

15       Q    Okay.  And where was the police line

16   located in comparison to you and the rest of the

17   protesters?

18       A    I think they were, like, directly --

19   Yeah.  So they were on the other side of Colfax.

20   Yeah, almost like . . .

21       Q    Okay.  So, basically, they were

22   holding -- holding the line at Colfax.  That was

23   the police line?

24       A    Yeah.

25       Q    Okay.  So the long yellow line that I

```
 1   drew --  And that line might have, you know, been

 2   longer or whatever, but that's -- that's where the

 3   police line that you saw was located; is that

 4   correct?

 5        A    Yeah.

 6        Q    Okay.  I'll stop sharing now.

 7             Did you happen to see where the flash

 8   bang device came from?

 9        A    I mean, it was directly in front of us

10   from the police line.

11        Q    Okay.  So they --  So someone threw it,

12   like, half a block all the way to reach you?

13        A    Yeah.

14        Q    Had they cleared out the folks in front

15   of you before this device was thrown?

16        A    No.

17        Q    Okay.  So the device went over the

18   heads of the crowd in front of you, then?

19        A    Yes.

20        Q    And it landed close to you?

21        A    Yep.

22        Q    Okay.  How do you know it was a flash

23   bang device?

24        A    It was really loud, and there was a

25   white light.
```

*AB Litigation Services*

```
1        Q      Okay.  So what was first, the loud
2   noise or the white light?
3        A      I don't remember.
4        Q      Okay.  How many bangs were there?
5        A      I mean, only one that I could hear.
6        Q      So a bright white light and a loud
7   bang.  And it was just a single loud bang?
8        A      Uh-huh.
9        Q      Okay.  After this device went off near
10  you, did you observe, you know, the remains of it
11  at all?
12       A      No.
13       Q      Okay.  Did it --  Did it leave any sort
14  of mark on the ground, or . . .
15       A      I think it burned Sara, but you'd have
16  to ask her.  I don't remember.
17       Q      Okay.  But you didn't see any sort of,
18  like, canister or leftover device after it went
19  off?
20       A      Well, I think, like, as soon as it hit,
21  we all ran.  I mean, so I wasn't in the area.
22       Q      Okay.  So how far away from the actual
23  device were you when it exploded?
24              MS. WANG:  Objection, asked and
25  answered.
```

```
 1              Go ahead.

 2       A      Yeah.  So it was, like, next to me.  It

 3  was, like, not more than a foot.

 4       Q      (By Ms. Birkholz)  Okay.  So you guys

 5  didn't make it very far away from it before it

 6  went off?

 7       A      Right.

 8       Q      Okay.  I understand.

 9       A      We didn't know that it was coming until

10  it, like, hit.

11       Q      Okay.  Now, aside from that device that

12  you described as a flash bang, did you experience

13  any other, like, less lethal munitions while you

14  were in that area?

15       A      Yeah.  I mean, I got hit with a couple

16  of PepperBalls.  I just remember getting hit on,

17  like, the inside of the wrist (indicating).  And

18  that --  And that lasted for at least, like, six

19  or seven months; I could still feel the tenderness

20  where the ball hit.

21              I think I --  Yeah.  I think that was

22  the only projectile that I was hit with at that

23  point during the night.

24       Q      Were you in the same location as we

25  discussed before when you were also hit with that
```

*AB Litigation Services*

1    PepperBall?

2         A     I think I was on the sidewalk at that

3    point.  I think it was before --  Yeah, I was on

4    the sidewalk.

5         Q     Okay.  Was that before or after the

6    flash bang?

7         A     I don't remember.

8         Q     Okay.

9         A     I know I have video or --  Yeah.  I

10   have video of it, because as soon as it hit me, I,

11   like, took a video of it and, like, grabbed it to

12   see what it was.  Some of the powder, like, got on

13   my skin, so I dropped it really quickly.  But,

14   yeah.

15        Q     Okay.  And I saw that video, so I

16   appreciate -- appreciate that.  So that was the

17   PepperBall that hit you in this location at this

18   time?

19        A     Yeah.

20        Q     All right.  Did you see anything about

21   the officers who deployed the PepperBall in this

22   location at this time?  Could you provide any

23   description of them?

24        A     No.  Only that they were behind --

25   behind a line of protesters and they were wearing,

1    like, protective gear as well.  So it was just,

2    like, really hard to make out who was there.

3         Q    Okay.  And where, again, did the

4    PepperBall hit you?  It was on your forearm; is

5    that right?

6         A    Yeah, on the forearm.

7         Q    All right.  And did it leave any marks

8    on your forearm?

9         A    Yeah.  There was, like, a pretty

10   visible, like, round, like -- like, you know, spot

11   on my wrist.

12        Q    Did the --  Was it, like, a black and

13   blue mark or, like, an actual broke skin mark?

14        A     It was, like, a dark --  Well, at first

15   it was a red -- was a red, like, rash-like circle.

16   Then over the next few days, it turned into, like,

17   a dark circle, so just a darker piece of skin that

18   lasted for a few months.

19        Q    Okay.  What was the crowd in front of

20   you, who was kind of close to the line of

21   officers, what were they doing?  How were they

22   behaving?

23        A     What I can remember is, like, a lot of

24   people having their hands up and yelling "Don't

25   shoot."  There were some people on their knees

1    with their hands up.  There was a lot of people

2    chanting.  There were some people laying on the

3    ground.

4        Q    Okay.  You know, obviously, I've seen

5    the videos at this location, and there's a fair

6    amount of things being thrown at the line.  When

7    you were present in this location, did you see

8    protesters throwing items at the police officers?

9            MS. WANG:  Objection, form.

10       A    The vast majority of people were not

11   throwing things.  I do remember seeing one person

12   in red throw, like, a water bottle.  And you

13   can --  I think I might have actually caught it on

14   video, too.  You can actually see that most people

15   are actually -- actually have their hands up.  I

16   mean, it's just this one person who, like, threw a

17   water bottle.  And as soon as he throws it,

18   there's, like, an unequal use of, like, force from

19   the police.  Like, they just had a water bottle

20   thrown at them, but they release, like, 100 rounds

21   of, like, PepperBalls and gas and all these

22   chemical weapons.  And you can see people running

23   away as soon as that happens.

24           But, like, they never made an attempt

25   to go and arrest that one person that was, like,

1    very clearly in the video, like, the only person

2    that was, like, throwing things.  He was wearing a

3    red shirt.  Like, it's not hard to find someone

4    like that.

5        Q    (By Ms. Birkholz)  While you were at

6    this intersection, did you see multiple people

7    throwing things?

8        A    I mean, I think I --  So, like I said,

9    it wasn't --  I mean, it wasn't, like, a ton of

10   people.  Like, most people were not doing anything

11   other than, like, chanting and holding their hands

12   up and --  Yeah.

13       Q    Did you ever observe any other

14   protesters utilizing lacrosse sticks to throw

15   rocks or other objects at the officers?

16       A    No.

17       Q    Did you ever observe fireworks being

18   thrown at the officers?

19       A    No.

20       Q    Did you ever observe the canisters of

21   smoke or gas that were thrown in the crowd being

22   turned and then thrown at the line of officers?

23       A    I saw a lot of people, like, kicking

24   away gases, canisters, putting them out.  I saw a

25   lot of people, like, putting cones over the

1    canisters and putting water over the cone to,

2    like, stop the gas from -- from continuing.  But I

3    never saw anyone, like, throw a canister straight

4    at an officer and hit them.

5         Q    Okay.  Did you ever see -- did I ask

6    you this? -- picking up and throwing rocks at

7    officers?

8         A    No.  I didn't --  I didn't see that.

9         Q    Okay.  Did you ever see anyone throw

10   bottles of urine and feces at officers?

11        A    No.  I saw water bottles.

12        Q    Did you ever see glass bottles being

13   thrown at officers?

14        A    No.  It was all plastic bottles that I

15   saw.

16        Q    Okay.  So after you were hit with a

17   PepperBall and the flash bang was utilized in this

18   area, what did you guys do?

19        A    We went back up to the Capitol.  We

20   were on the green outside of the west steps, and

21   we were there for a while, like -- for maybe,

22   like, 10 minutes or not even.  I think it was less

23   than that, actually.  I think it was for five

24   minutes that we were back on the green.  And

25   that's when the first tear gas canister that I

1    inhaled that night was thrown.  And it was, like,

2    thrown into the grass, like, onto the Capitol

3    building.

4              So if they were trying to move people

5    from the -- from the street, like --  Yeah, I

6    don't know why they would throw it onto the

7    Capitol, but --  Like, it didn't make sense.  But

8    I got caught --  But I saw the smoke, and it was

9    maybe, like -- I don't know -- 20 feet away from

10   me.  It wasn't very close, but it very quickly

11   engulfed the area and I, like, got caught in it.

12             And so, like, I was very disoriented.

13   I almost passed out.  Like, I couldn't breathe.

14   Like, it was just really, like, hard to, like,

15   even think and --  But someone picked me up, like,

16   while I was, like, falling.  And they, like,

17   pulled me all the way to, like, the south side of

18   the building and started to pour, like, Milk of

19   Magnesia or regular milk -- I don't remember what

20   it was -- but a liquid on my face.

21             And then after, like, four or maybe

22   five minutes of that, I was able to catch my

23   breath.  And for, like, the next, like, half an

24   hour, it was just a real struggle to, like,

25   breathe deeply.  Like, if I had any, like, deep

*AB Litigation Services*

1    breaths, like, I would start having a coughing

2    fit.  And I just had, like, my face and anything

3    that was exposed at that point, like, just --

4    Yeah, it just burned.  It was just painful.

5        Q    Okay.  And am I correct that this

6    occurred at around 7:14 on May 30th?

7        A    Yeah.  I mean, I would say that's

8    right.

9        Q    Okay.  So let's go back to what is

10   marked Exhibit C for purposes of this deposition.

11   At the time the canister was deployed, where,

12   approximately, were you located?  And, again, this

13   is Page 2 of the map so that we've got a clear map

14   going now.

15       A    Uh-huh.

16       Q    Where, approximately, were you?

17       A    So I was definitely on the -- on the

18   other side of --  Yeah.  I was, like, closer to

19   the Capitol.

20       Q    Okay.

21       A    I was closer up.

22       Q    So, like, here -- or toward here

23   (indicating)?

24       A    Yeah.  If you go down on the page --

25       Q    Okay.

AB Litigation Services

```
1        A     -- and then to the left of the page --

2        Q     Right here (indicating)?

3        A     A little bit farther up.

4        Q     Here (indicating)?

5        A     Go back where you came from.

6        Q     I'm sorry.  This is --  Yeah.  It's

7   really hard when you don't get to drive the bus,

8   so . . .

9        A     Yeah.  I'd say, like, a few feet closer

10  to the Capitol.

11       Q     Right about here (indicating)?

12       A     Yeah, right around in there.

13       Q     Okay.  Well, that's a terrible color,

14  so I'm going to change my color really quick if I

15  can figure that out.  Well, I don't think I can,

16  or at least I can't figure it out right now.

17             Okay.  So maybe I'll draw a circle --

18  How do I do this?  No.  I don't want to do that.

19  Nope.  Nope.  I'm going to try to draw a circle

20  around it.  How about that?  Well, I'm sorry.

21             Okay.  Is this (indicating) the

22  approximate location where you were located?

23       A     Yeah.

24       Q     Okay.  And where was the line of

25  officers that the --
```

1          A      It was still there.

2          Q      Okay.  So the line was still up here

3      (indicating); is that correct?

4          A      Yeah.

5          Q      Okay.  And were there, again, you know,

6      lots of people in between kind of where you were

7      at and where the tear gas canister was deployed

8      from?

9          A      Yeah.  At that point, I'm not sure

10     where everyone was, because that was, like, right

11     after we got hit with the flash bang.  So I think

12     people had dispersed out of the street.

13         Q      Okay.

14         A      But I think some people might have gone

15     back into it.

16         Q      Do you know, did anyone from, you know,

17     the line of officers here (indicating) or, you

18     know, anyone that was kind of located around the

19     Capitol, did anyone move up to throw the canister

20     that you saw?

21         A      Not that I can remember.  I think I saw

22     it fly through and hit the grass.

23         Q      Okay.  And you saw it fly from this

24     line here (indicating); is that correct?

25         A      Yeah.

AB Litigation Services

```
 1        Q      Okay.  So did you see anything about
 2   the officers who threw it in particular, what
 3   color uniforms they were wearing or what they
 4   looked like?
 5        A      No.  It was riot gear.  Yeah, that's as
 6   much as I can tell you.
 7        Q      Do you believe --  I'm sorry.  I did
 8   not mean to interrupt you.  Do you believe that
 9   they were wearing black uniforms?
10        A      They were dark.  I think they were
11   black.
12        Q      Okay.  It was not green or brown?
13        A      I don't remember those colors.
14        Q      Okay.  And you kind of gave us an
15   overview of what you experienced, but how far did
16   the canister land from where you were located?
17        A      It was, like, maybe 10 feet.  I mean,
18   it was thrown on the grass, like . . .
19        Q      And when it landed near you, did you
20   stay in that area or did you move away from the
21   canister?
22        A      No.  I moved away, like --  When I saw
23   it land, I started walking away, thinking that
24   there was, like, enough time to get away from the
25   gas.  Like I said before, though, you don't have
```

*AB Litigation Services*

1   to see the gas to feel it.  I think that's also,

2   like, part of --  And that was my mistake, like,

3   thinking I could outrun the smoke and, like, the

4   --  I mean, the smoke wasn't really, like,

5   indicative -- wasn't indicative of how fast the

6   air was moving.  I got caught in it, so as soon as

7   that happened, I got really disoriented and fell

8   and tried to get back up.  That's when the person

9   caught me and took me over to the south side of

10  the building.

11       Q    Okay.  In going back to this, where is

12  it that you fell on this map, if it is shown?

13       A    Yeah.  Do you see where it says

14  "Wells Fargo ATM," like, on --

15       Q    Oh, yes.  Right here (indicating) on

16  the side of the Capitol building?

17       A    Yeah.  So, like, in --  On that

18  sidewalk in front of that.

19       Q    So right about maybe here (indicating)

20  or so?

21       A    Yeah, because I had --  So I was

22  running toward that end of the building, towards

23  the south side of the building.

24       Q    Okay.  And that's where you fell and

25  someone picked you up?

1    100 people in the group that I was with that was

2    moving east on 14th.  And then, like, we took --

3    took a south turn towards 8th Street and then,

4    like, came back up on maybe, like, Grant and

5    Washington.

6              From there, I think --  And then from

7    there, once we were at the Capitol again, I

8    remember being also, like, directed back, like,

9    into the neighborhood, like, into the alleyways

10   because the cops, like, kept rolling with their

11   SUVs behind us.  And, like, I remember feeling,

12   like, we were being pushed towards, like, certain

13   parts of the city.

14             Eventually, we ended up, like, in the

15   alleyways, which is where they would, like, close

16   in on different sides and then just shoot into --

17   into -- into the group.

18   Q    Okay.  So did you ever get a good

19   description of any of the vehicles that you

20   believe you saw as you were traversing through

21   this neighborhood?

22   A    There was, like, SUVs rolling around

23   with, like, cops, like, hanging off the side of

24   them.  There was almost kind of -- like, kind of a

25   railing that they were, like, holding on to.  So

1    they would drive around the city with, like, four

2    or five on each side of the SUVs.

3         Q       What kind of an SUV was it?

4         A       Yeah.  I don't know cars, but it was

5    just, like, a large vehicle.

6         Q       What color was it?

7         A       I believe they were white, or --

8         Q       Did it have any --  I'm sorry.  Go

9    ahead.

10        A       I believe they were, like, white SUVs.

11        Q       Okay.  Did it have any marking or

12   insignia on it?

13        A       Yeah.  I remember seeing, like, the --

14   the sirens, the colors.  I remember seeing --  It

15   was --  It was at night, so it was, like, hard to

16   see what the --  But, I mean, I think it was

17   pretty clear that it was the Denver Police.

18        Q       Okay.  Now, were you ever, like, led to

19   an area where you were actually trapped by

20   something or someone?

21        A       Yeah.  Yeah.  So, like, in the -- in

22   the alleyways, like, close to --  By the time we

23   were --  So right before we left --  So I think,

24   like, maybe half an hour before we left --  I

25   mean, it took a while to get back to our cars, but

```
 1   before that we were in the alleyways.  I'm

 2   guessing it was around 9:00, if we -- if my

 3   timeline is correct.

 4              So, like, we left around 9:40 or 10:00,

 5   and so it must have been, like, 9:00 when we were

 6   in the alleyways.  And --  Yeah.  I mean, I just

 7   remember, like, feeling --  There was --  There

 8   was a --  So I remember the parking lot, and it

 9   must have been around Pennsylvania -- no, around

10   Washington, because it was the Argonaut parking

11   lot.  I remember I was --  Or was that the second

12   day?  Yeah, that might have actually been the next

13   day --

14              Like, all the days are starting to,

15   like --  Because it was the same areas, they're

16   kind of --  If I remember correctly, in the

17   alleyways, we were being split up into several

18   groups, because they would start, like, shooting

19   behind us.  So then, like, the people would get

20   split up and they would run a different way.

21              And then in the alleyways, I remember

22   specifically, like, two times that there was

23   police officers behind us shooting PepperBalls and

24   throwing flash bangs.  Then another vehicle --

25   another police vehicle had, like, closed off the
```

1    alleyway and also thrown ammunitions into the --

2    into the -- into the alleyway.  And, like, I

3    remember being, like -- or feeling, like -- like,

4    you know, really scared because there was nowhere

5    to run.  I mean, people were getting trampled.

6              There was --  There was a parking lot

7    behind an apartment building that people started

8    to pour into, and then on the other side of that

9    parking garage was, like, 13th Avenue or maybe

10   12th Avenue; I don't remember exactly which.  But

11   the police officers had also closed off that area

12   as soon as they had started to pour into that to

13   get away from them, and they were hit again a

14   third time.

15             I believe I got hit during those two

16   times.  I just don't remember exactly which were

17   --  Like, I remember getting hit with PepperBalls,

18   but . . .

19        Q    Okay.

20        A    And I also inhaled gas.

21        Q    Okay.  At the point that you recall

22   being, I guess, trapped in an alley, how -- how is

23   it that you got out of the alley?

24        A    So the cops shot into it for, like,

25   what seemed like a really long time.  I think we

1    just waited it out until they left and then, like,

2    found ways to, like, walk back up going west on

3    either 13th or 12th.  I don't remember exactly

4    which street it was, but -- Yeah.  I mean, we

5    just waited until they left.  They didn't make any

6    arrests or try to arrest anyone either.  They just

7    shot and then, like, left.

8              So we just waited for them to leave

9    before we started going back, yeah.

10        Q    Okay.  Were those officers on foot or

11   in a vehicle?

12        A    No.  They were, like, on the side of a

13   vehicle just riding around, yeah.

14        Q    Okay.  So the same type of vehicle that

15   you described for me before?

16        A    Yeah.

17        Q    Okay.  So can you provide any specific

18   details regarding --  You know, it sounds like

19   there were a lot of moving parts in this area and

20   a lot of things happening.  Can you provide any

21   specific details with respect to, you know, the

22   officer that you believe used the PepperBall on

23   you in this location?

24        A    No.  It was really dark.  I didn't know

25   where it was coming from.  I knew it was from

*AB Litigation Services*

1   the 30th -- or, yeah -- on the 30th, though,

2   right?

3        A     No.

4        Q     Okay.  So where did you guys get them?

5        A     I had a hard hat because I worked for

6   the Colorado Education Association -- or for the

7   Painters Union, which is a construction union, and

8   so I just had -- had my hard hat.  I don't know

9   where everyone else got theirs.

10       Q     You didn't have multiple hard hats and

11  provide them to your friends?

12       A     No.

13       Q     Okay.  Were everyone's white?

14       A     Yeah.

15       Q     Okay.  All right.  So you guys went to

16  the Capitol.  Tell me --  Give me a rundown of

17  your day -- of your evening on May 31st.

18       A     So I think we were at the Capitol for a

19  while just hearing -- hearing the program, hearing

20  people on the speaker -- or on the megaphone.

21  Then I think it was right before 8:00 or right

22  after 8:00 when we started marching eastbound down

23  Colfax.  At this point, there was, like, a group

24  of, like, thousands of people.  It was hard to

25  see, like, the ends of the march on both the back

1    and the front ends because it was just huge.

2              So we marched for a really long time.

3    I mean, I think we marched all the way from the

4    Capitol over to -- over to, like, in front of the

5    precinct on Washington.  And I remember, like,

6    there was police officers who were -- who were

7    kind of blocking streets on the other side of

8    Colfax, so it must have been 16th Street.  And

9    every time we crossed an intersection, you could

10   see all the way back that there were police

11   officers and their cars on the other end.

12             But it wasn't until we got to, like,

13   right before Washington when --  I think it might

14   have been, like -- like, 20 feet away from the

15   intersection when we heard this loud, like, flash

16   bang go off.  We saw the light and then, like,

17   smoke started to come from that area.  And then,

18   like, people in front of us started running back

19   westbound.  But the people who were on the other

20   side of the -- of the -- of the street ran

21   eastbound, and then there was people who, like,

22   were right in the intersection who ran southbound.

23   The police were, like, northbound on Washington.

24             So they were, like --  I mean, there was

25   people on all sides of that intersection, and I

1    remember, after a flash bang, there was a

2    canister, like, maybe 10 feet in front of me that

3    started to, like, spill out.  At this point,

4    because, like, you know, we had been in tear gas

5    and had been shot and had, like, experienced these

6    chemical weapons for the last couple days, we

7    felt --  I mean, we were wearing, like, protective

8    goggles, you know, like the ski goggles that I was

9    wearing that really filtered out the air, so my

10   eyes were fine.

11            At that point, like, I was also wearing

12   a mask -- an N95 mask with, I think, a bandana

13   over -- over it with apple cider vinegar so that,

14   like, the smoke that I was inhaling wasn't as bad

15   or I could handle it a little bit more.  So when

16   I --  So, you know, when I saw the gas, like,

17   coming into contact with, like, the people in

18   front of -- or in back and to the side of me, I

19   tried to, like, remove it to the -- to the only

20   side where there weren't any people.

21            And --  And then I think there was a

22   second tear gas canister as well.  I tried to move

23   that away from the people as well, and that's when

24   I felt the first impact of a projectile, which at

25   the time I thought was a -- was a tear gas

1    canister, but I think after reviewing the video,

2    I'm not quite sure what it was.  I was --  Like,

3    it hit the top of my hard hat and I felt it, like,

4    falling, so I pulled it back up.  At that point,

5    then, a second shot was -- was fired, and it hit

6    the inside of my right hand on my palm.

7              At that point, I, like, turned around

8    and tried to leave the area.  I was hit again on

9    the back side of -- on the left side of my body

10   above, like -- or, like, right on the -- on the --

11   the waist area -- or right beneath the waist area.

12   And it felt like my thumb was, like --  It almost

13   felt like it was broken or seriously injured.

14   When I looked at it, I saw, like, a first degree

15   burn on the inside of the palm, and so I assumed

16   it was a tear gas canister.

17             Then I met up with Emma, who was right

18   behind me, and she was able to text for help.  So

19   we found people who were giving medical attention

20   at the -- at the protest, and they put it into a

21   makeshift splint so that I wouldn't damage it

22   further.  Then we walked -- were able to get back

23   to my car, after going down to, like, 13th Avenue,

24   I believe, or 14th, and then walking west back to

25   the -- to the CEA parking lot.  At that point,

1   Richelle drove me to the emergency room in my car,

2   and then she stayed with me until I got out.

3        Q      Okay.  So I have a few follow-up

4   questions with respect to that.  You indicated

5   that at first you thought it was a canister of gas

6   or smoke that hit you, but after watching the

7   video, you're not sure what it was.  What video

8   are you referring to?

9        A      There's a halo camera that recorded the

10  whole thing.

11       Q      Okay.  All right.  And I will show you,

12  again, Exhibit C.  This is Page 4 of Exhibit C.

13  And it is, again, a map that I believe captures

14  the area in which you've described and were

15  located at the time.  So where were you at the

16  time whatever munition impacted you?

17       A      So I think I was, like, right in front

18  of that car outside of X Bar.

19       Q      Right here (indicating)?

20       A      In the middle --  Yeah.  I was near the

21  middle of the street, like maybe closer to the

22  intersection.

23       Q      Right about there (indicating)?

24       A      A little bit closer to the

25  intersection.

1   before we got to the intersection at Washington, I

2   had no indication that they were, like, closer on

3   that street than they were on the others until we

4   saw the flash bang go off.

5        Q    And do you know what direction that

6   came from?

7        A    It came from the north side of

8   Washington, from where the police were and then

9   into the -- into the intersection.

10       Q    Okay.  And how far from you was the

11  flash bang device?

12       A    I'd say, like, maybe 10 feet.

13       Q    Okay.  So I'm going to put Exhibit C,

14  Page 4, back up on the screen.  I believe you can

15  see that.  Would you say that it was, you know,

16  maybe right in the intersection of Colfax and

17  Washington?

18       A    No.  I'd say it was closer to the

19  westbound lane near the -- yeah, near the

20  crosswalk.  It was somewhere around there.

21       Q    Okay.  So maybe I'll do a little "X" or

22  a line right there.  Is that --

23       A    Yeah.

24       Q    -- pretty consistent with --

25       A    Yeah.

1      Q      Okay.  All right.  What did the flash

2  bang look like?

3      A      It was just, like, a loud bang.  And

4  there was, like, some smoke and then, like, people

5  ran away.  So it was, like, really startling.  It

6  was just hard to see what -- who had thrown it and

7  where it had landed.

8      Q      Okay.  So there was a loud bang and

9  smoke this time.  Was there also a flash?

10     A      Yeah, I saw light.

11     Q      Okay.  So light and just one bang?

12     A      Yeah.

13     Q      Okay.  So, then, after it was deployed,

14  you were then, shortly thereafter, hit, correct?

15     A      Yeah.

16     Q      Okay.  The first time on the head, the

17  second time in the hand, and then the third time

18  in kind of the left buttock area; is that correct?

19     A      That's correct.

20     Q      Okay.  And you don't have any idea what

21  those objects were?

22     A      No, I don't.

23     Q      Okay.  Do you think that whatever the

24  objects were, they were fired from a gun of some

25  sort?  Or do you believe they were thrown?

**AB Litigation Services**

```
1        A      No.  It was definitely a projectile

2   from, like, a gun, because --  Yeah.  I don't

3   think anyone can throw as fast as the rounds hit.

4        Q      Okay.  And are you certain it was not a

5   canister?

6        A      Yeah.  I don't know what kind of

7   projectile it was, but it was a projectile of some

8   sort.

9        Q      Okay.  And did you have any opportunity

10   to observe anything about the officers that

11   were -- that you believe fired this munition?

12        A      No.

13        Q      Okay.  Do you have any idea what color

14   they were wearing?

15        A      No.

16        Q      All right.  So, then, after this, you

17   basically left the area with your friends and got

18   medical attention; is that correct?

19        A      Yeah.

20        Q      Okay.  And then you did not return to

21   the protests on June 1st and June 2nd?

22        A      Yes.

23        Q      Okay.  And why did you not go back on

24   those dates?

25        A      Well, when I --  So I wasn't --  I
```

1   wasn't sure that I would be safe.  I had just

2   gotten, like, really -- really, like, badly

3   injured.  Like, I couldn't cook.  I couldn't,

4   like, type or work.  I couldn't really --  Like,

5   after a few --  Like, after the first night, I

6   couldn't sleep on my back anymore because it was

7   really uncomfortable, and so, like, I wasn't

8   getting much rest.

9           This was a really difficult time just

10   to be physically able to do anything, so I thought

11   me being at the protests on the 1st and the 2nd,

12   that I would be more of a liability to everyone

13   else if, for some reason, I had to run away from

14   more munitions and had people have to take care of

15   me.  So I was just really scared to get hit again.

16   And I think it took a while for me to get over --

17   to get back to -- to a physical state where I'd

18   feel okay, like, being in that area again.

19       Q     Okay.  You did go back, though, you

20   said the next Wednesday or Thursday --

21       A     Yeah.

22       Q     -- to protest?

23             Okay.  So --

24       A     Yeah.

25       Q     -- the 31st was Sunday, and then you

```
 1   went back on Wednesday after that?

 2        A     Yeah.

 3        Q     Okay.  All right.  So let's talk

 4   about your medical injuries.  It looks like you

 5   went to the emergency room after you left on the

 6   31st, correct?

 7        A     Yeah.

 8        Q     Okay.  What medical facility did you go

 9   to?

10        A     St. Joe's emergency room.

11        Q     Okay.  Pardon me?

12        A     It was the emergency room at St. Joe's.

13        Q     The emergency room at St. Joe's.  Okay.

14   It looks like you were admitted at about 9:17.  Is

15   that consistent with your recollection?

16        A     Yeah.

17        Q     Okay.  And this was, obviously, during

18   COVID.  You mentioned that Emma took you to the

19   hospital.  Was she able to accompany you into the

20   hospital, or . . .

21        A     Richelle.

22        Q     Oh, Richelle.  I'm sorry.  Excuse me.

23        A     It was Richelle, and she was not

24   allowed to be in the hospital.  She waited outside

25   of the hospital until I got out.
```

*AB Litigation Services*

1       Q       Okay.  And it looks like you were

2    discharged shortly after 10:00 that day; is that

3    correct?

4       A       Yeah, that sounds right.

5       Q       Okay.  What medical treatment did they

6    provide to you at St. Joe's?

7       A       They --  Well, at first they took some

8    x-rays because they didn't know if it was

9    fractured or not because of the swelling.  And

10   then they gave me some -- some pain medication, I

11   believe, while I was there, or maybe they told me

12   to take Advil.  And I had a follow-up visit with a

13   specialist to look at my hand, like, maybe three

14   weeks after that, or maybe it was four weeks.  I'm

15   not quite sure.

16      Q       Okay.  So the radiology turned out

17   normal, correct?

18      A       I don't think they could see anything

19   because of the swelling, which was, like -- which

20   was, like, inconclusive.  So they sent me home,

21   but they told me to keep an eye on it.

22      Q       Okay.

23      A       And then if, when the swelling came

24   down, something was still wrong, then I would have

25   to go back in and, like, have them look at it.

1      Q      Okay.  But no fracture, right?  No

2   bony -- bony abnormalities?

3      A      Like I said, at that time, they weren't

4   sure whether there was a fracture or not.  So,

5   like, after the swelling came down, I went back to

6   the -- to the specialist, and I think he retook

7   some of the x-rays.  And he said that he couldn't

8   see anything, but he couldn't rule it out.  So if

9   it kept hurting, he said I would -- he told me

10  to --  Like, if it was really intrusive and --

11  and, like, I was unable to do things, then I would

12  have to go back and ask to do an MRI.

13         To be honest, like, it did continue to

14  hurt after that, but I wasn't sure that I could

15  pay the deductible or the premiums to -- to do the

16  procedure, so I, like, opted not to do it.

17     Q      Okay.  So you --  In the --  Strike

18  that.

19         While you were in the ER, did they give

20  you any medicine or did they tell you to take

21  Advil?

22     A      I don't remember.  I think they might

23  have just told me to take Advil.

24     Q      Okay.  And then I also have that you

25  went to the follow-up visit on June 9th with a

AB Litigation Services

```
 1   break?

 2              MS. BIRKHOLZ:  Yep.  Let's take five.

 3              (Recess from 1:24 p.m. to 1:30 p.m.)

 4              MS. BIRKHOLZ:  Back on the record.

 5      Q     (By Ms. Birkholz)  All right.  So

 6   before we left for our break, we were talking

 7   about kind of your emotional damages.  You know,

 8   are there --  Are there any aspects to your

 9   damages that we haven't covered?

10              We've, obviously, talked about your

11   medical treatment, your emotional well-being.  Are

12   there any other types of damages that you're

13   claiming that we haven't discussed?

14      A     Nothing that we haven't already talked

15   about in the litigation, yeah.

16      Q     With respect to the officers' actions

17   during the George Floyd protests, what is it in

18   your own words that you believe they did wrong?

19      A     They murdered an incident man.

20      Q     No.  I'm talking about the Denver

21   Police during the George Floyd protests.

22      A     Oh, sorry.  What they did wrong?

23   They --  They --  I mean, there's a lot they did

24   wrong.  First, they didn't actively try to -- to

25   keep people safe.  Instead, they did the opposite.
```

1    I saw a lot of police officers randomly and

2    unprovoked just shooting protesters with, like,

3    projectiles and less lethal weapons.  They

4    prevented a lot of people from -- from expressing

5    themselves fully during those days, expressing

6    their discontent with our justice system.  This

7    was a protest against police brutality, and we

8    were met with police brutality and excessive

9    force.

10        Q    Okay.  Now, obviously, one -- one

11   aspect of, you know, the lawsuit is the damages,

12   and the jurors will be asked to value those -- the

13   cost of those damages.  How do you value the

14   violations that you assert occurred to your

15   constitutional rights?

16        A    Yeah.  So I think that it's hard to

17   place a value on -- on -- on the infringement of

18   your basic, like, fundamental rights as -- as a

19   citizen of the country or just, like, you know --

20   So I don't -- Yeah.  I don't have any idea of

21   what that could be.  I think, like, when the jury

22   hears the case and hears everything that needs to

23   be heard and the evidence, like, I'm sure that

24   they'll make the right decision and make that --

25   that assessment at that time.

1    know how to give you a number.  It was so few

2    people that I saw actually, like, throw --  Like,

3    I don't even know what --  Can you define, like,

4    what -- like, "non-peaceful"?  What kind of

5    actions are you talking about?

6         Q    Well, did you ever observe anyone

7    throwing rocks?

8         A    No.

9              MS. WANG:  Objection, asked and

10   answered.

11        Q    (By Ms. Birkholz)  Okay.  I am going

12   to --  Did you ever observe anyone throwing

13   anything?

14             MS. WANG:  Objection, asked and

15   answered.

16             You can answer again.

17        A    I think I've stated that I did see

18   someone throw a water bottle.

19        Q    (By Ms. Birkholz)  But you don't recall

20   seeing anyone throw anything else?

21        A    No.

22        Q    Okay.  All right.  So I'm going to mark

23   this as Exhibit G, and then I'm going to show you

24   Exhibit G.

25             (Exhibit G marked.)

*AB Litigation Services*

1          Q      (By Ms. Birkholz)  So this is video,

2     which I believe you provided to us.  I don't know

3     how to turn it; this is how it was provided to us.

4     I'm going to play for you what is marked Fitouri

5     17711 and then J.Deras.  And so this is what I

6     have marked now as Exhibit G.

7               Okay.  And I'll stop sharing.  Did you

8     take this video?

9          A      Yes, I think so.

10         Q      Okay.  Do you recall that guy in front

11    of you throwing things?

12         A      Yeah.  I believe I talked about him

13    earlier in the deposition.

14         Q      Okay.  Well, you said you saw someone

15    throw a water bottle before.

16         A      Yeah.  I believe that's what he threw.

17         Q      You think he was throwing a water

18    bottle in that video?

19         A      Yes.

20         Q      Okay.  And so that's the individual

21    that you were talking about in the location that

22    we were talking about before?

23         A      Yes.

24         Q      Okay.  And you didn't see anyone else

25    throw anything else?

*AB Litigation Services*

```
 1                      EXAMINATION

 2   BY MS. WANG:

 3        Q    I have a few questions, Joe.  During

 4   the days that you attended the George Floyd

 5   protests in Denver, did you throw anything?

 6        A    No.

 7        Q    Did you destroy any property?

 8        A    No.

 9        Q    Did you commit any act of violence

10   against any police officer or anybody else?

11        A    No.

12        Q    Did you see any of your friends who you

13   were with during the protests do any of those

14   things?

15        A    No.

16        Q    Do you believe that the police reacted

17   violently to the George Floyd protests in Denver

18   because of the protesters' message of protesting

19   the police?

20        A    Yes.

21        Q    Why?

22        A    I feel like they were maybe wanting to

23   suppress the message that police oftentimes

24   assault and -- and -- and are more of a menace in

25   our communities than they are helpful.  And so,
```

1    like, when people are talking about, like, keeping

2    them accountable and making sure that they play by

3    the same laws that everyone else does, like, I

4    think that -- that there was also some reaction on

5    their part to try and stop that message from being

6    heard.

7         Q     And is this belief of yours based on

8    your attendance at many prior protests in Denver?

9         A     No.  It's from this -- this protest.

10        Q     I mean, what -- what was different

11   about the prior --  Have you ever attended prior

12   protests where the -- protests in Denver where the

13   protests -- where the protesters were explicitly

14   protesting police brutality?

15        A     I have.

16        Q     Okay.  Was --  How was this protest

17   different?

18        A     I don't think --  I don't have --  I

19   don't --  I don't --  I had never experienced tear

20   gas or rubber bullets or projectiles or any of the

21   weapons that were used at these protests.  It just

22   felt very different from any -- any of the other

23   protests I had ever been to.

24        Q     During the occasions when you --

25   Strike that.

**AB Litigation Services**

1               During the times that you attended the

2    George Floyd protests in Denver, did you ever hear

3    the police give any warnings to the protesters

4    before they used chemical weapons on you?

5         A    No.

6         Q    Did you ever hear any kind of

7    announcements or dispersal orders given by police

8    before chemical weapons were used on you and other

9    protesters?

10        A    No.

11        Q    When you were at the intersection of

12   Lincoln and Colfax on Saturday, May 30th from

13   about 6:00 p.m. to 8:00 p.m., did you have an

14   understanding of what the police wanted you and

15   the protesters to do?

16        A    No.

17        Q    Was there any message communicated to

18   you by the police -- to the protesters by the

19   police about where you could stand or where you

20   could protest in that public space before curfew?

21        A    No.

22             MS. WANG:  I have no further questions.

23             MS. BIRKHOLZ:  Nothing further here.

24             (The deposition concluded at

25                1:51 p.m., August 11, 2021.)