*AB Litigation Services*

CONFIDENTIAL TRANSCRIPT

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)
_____

REMOTE DEPOSITION OF MAYA JANAE ROTHLEIN
July 15, 2021
_____

PLAINTIFFS:

ELISABETH EPPS, et al.

vs.

DEFENDANTS:

CITY AND COUNTY OF DENVER, et al.
_____
```

Exhibit 34

*AB Litigation Services*

```
 1   you experienced when you arrived.
 2        A    We marched through Denver and we, you
 3   know, went around the capitol and chanted and
 4   marched with signs.  And we made our way toward the
 5   SliceWorks area.
 6             In the intersection we were chanting with
 7   signs.  And, you know, I believe I saw a few people
 8   throw some rocks at one of the windows, at one of
 9   the buildings.  Somebody had mentioned if you're
10   near a business, you know, police won't attack you
11   or hurt you because you're near the business, so we
12   stayed near the SliceWorks.  We were in the
13   intersection for an unknown amount of time.  I don't
14   remember that much time or the exact time.
15             Then there was a bunch of -- almost
16   sounding like gunshots, like, boom, like, just you
17   can hear repeated sounds like that.  There was
18   people screaming, people running away all of a
19   sudden.  There were a bunch of explosions that were
20   close by and a bunch of gas that was released in the
21   air.  People just, you know, running away from the
22   area where everybody was protesting.
23             I got -- a bunch of the gas and whatever
24   was in the air got into my lungs, my throat, my
25   eyes, and it irritated it and hurt.  Having, you
```

1    know, ingested all of, that we ended up going into
2    the parking lot of Argonauts where somebody had
3    water.  They helped us put some water in our eyes.
4    Attempted to try to drink some water.  There was
5    still irritation, and hurt my skin to an extent, and
6    my throat was really hurting.
7              There was still explosions at that time.
8    And I believe there were canisters being thrown by
9    police or being shot out.  I can't describe the
10   manner in which they were thrown or shot, but they
11   were releasing a bunch of gases and attacking the
12   protesters who were just there chanting with signs.
13             Then we ended up following the back of the
14   protest to our apartment, which is on 14th and
15   Pennsylvania.  And we walked, you know, inside for a
16   moment to try to get some water and try to flush our
17   eyes out because they were burning.  Then we made
18   our way up to the capitol.
19             At that time, Amanda and I split up for a
20   moment, so I could be able to observe and see what
21   was happening.  I got up to -- there was a bunch of
22   people forming near the capitol where there was a
23   line where there were police in protective riot
24   gear, I believe, something along those lines.  There
25   were police trucks.

1     I saw a water bottle, looked like it was
2  probably half open, get thrown into the police line.
3  And then that's when they started firing on the
4  protesters who didn't throw the water bottle.  And
5  they started throwing pepper spray, shooting them
6  with what I can believe was pepper bullets, and
7  tossing the canisters that make the gas that had
8  come up earlier.  I believe it's some sort of pepper
9  spray or something along those lines.
10     After all the explosions and seeing all of
11 that, Amanda and I headed, you know, towards our
12 apartment on 14th.  We were not too far from the
13 capitol.  People were screaming and yelling.  I got
14 a lot of stuff in my throat that irritated a lot, as
15 well as in my eyes and, again, up my nose, which
16 really wasn't comfortable and it hurt.
17     I saw smoke clouds as high, you know, as
18 you can see, where you couldn't even see it on the
19 other side because of what they were releasing.  And
20 it just went all up in the air all over Denver.
21     I saw police going down the street.  They
22 were shooting protesters on the back of their cars,
23 these are people who were just running away from
24 them, targeting people, shooting them.  Almost
25 seemed like it was target practice for them because

AB Litigation Services

```
 1       Q    Okay.  And, here, I'll highlight it.  It
 2  says that you suffered the effects of tear gassing,
 3  including choking, coughing, and eye and skin
 4  irritation.  Is that correct?
 5       A    Yes.
 6       Q    At any point did you seek any formal
 7  medical treatment for the effects that you
 8  experienced?
 9            MR. REIDY:  Objection.  Vague.
10       A    No formal.
11       Q    (By Ms. Jordan) Did you receive any sort
12  of first aid from anybody for the effects that you
13  experienced?
14            MR. REIDY:  Objection.  Vague.
15       A    Yes.
16       Q    (By Ms. Jordan) Do you know -- strike
17  that.
18            What sort of first aid did you receive?
19       A    Water.
20       Q    Did you have the water with you or did
21  somebody give it to you?
22       A    It was provided.
23       Q    Do you know who gave it to you?
24       A    No.
25       Q    And how long did the choking, coughing,
```

```
 1   eye and skin irritation last?
 2        A    For a little bit.
 3        Q    10 minutes?
 4        A    No.
 5        Q    Longer than 10 minutes?
 6        A    Yes.
 7        Q    Longer than 20 minutes?
 8        A    Yes.
 9        Q    Would you -- more or less than an hour?
10        A    More.
11        Q    And -- okay.  So if this occurred around
12   8:30, can you give me a time frame at all of how
13   long the effects lasted?
14        A    Until the next day.
15        Q    Okay.  It says here that you did not hear
16   the police officers issue any warnings or orders
17   prior to deploying the tear gas.  Is that correct?
18        A    Yes.
19        Q    And how far away were you from the police
20   officers before they deployed the tear gas?
21             MR. REIDY:  Objection.  Vague.  Calls for
22   speculation.
23        A    I'm not sure of an exact distance.
24        Q    (By Ms. Jordan) Okay.  But you weren't
25   within 10 feet of them; is that correct?
```

AB Litigation Services

```
 1    technical difficulty, and I'll come back to it.  So
 2    I'll move on for the moment.  I don't want to waste
 3    your time.
 4              MS. JORDAN:  We won't mark that.  Strike
 5    Exhibit 3.
 6         Q    (By Ms. Jordan) The -- at 14th and
 7    Sherman, tell me what you recall observing while you
 8    were there on May 28th.
 9         A    I recall people protesting.  The police
10    officers were in a line with more police officers in
11    back of them in full tactical or riot gear
12    protection from their head to toes and their face,
13    to an extent, I think.  And people were just
14    protesting, chanting.
15              They -- throughout the protesting a half
16    full water bottle flew into the air and hit one of
17    the police officers in the line of police officers.
18    Then after that happened, they just started shooting
19    people and deploying whatever gas or canisters in
20    the air to disperse the crowd.
21              And people ran away, including myself.
22    And we ran down 14th away from all of that.  And
23    there were giant clouds of gas everywhere, so thick
24    you couldn't even look through them or see what was
25    on the other side.  And they just kept throwing more
```

1    than average build.  So he had, like, a gut, to an
2    extent.  Gray hair, lighter on the sides, darker
3    gray on the top.  Kind of bigger cheeks, so I can
4    assume he was a little bit heavier set.  I can't
5    recall eye color, but I believe he had gray
6    eyebrows, to an extent, to match the hair.  That's
7    probably what I can recall so far.
8         Q    And prior to the officer stopping, what
9    were you and Amanda and your neighbors doing on the
10   front lawn or front of your house?
11        A    Protesting on our property.
12        Q    Did you have signs?
13        A    No.
14        Q    You were -- so how were you protesting?
15        A    Verbally.
16        Q    And what were you verbally saying while
17   you were protesting?
18        A    Something to the tune of, Get out of our
19   neighborhood, we don't want you in our neighborhood,
20   but I can't recall exactly what we were saying at
21   that time.
22        Q    Were there other police officers in the
23   area in addition to this white vehicle?
24        A    Yes.  There was a line of them, multiple
25   vehicles and whatnot.

```
 1         Q    And were they traveling down the street or
 2   were they stopped on -- on Pennsylvania Avenue?
 3         A    They were traveling until the officer
 4   stopped his car.  Then everybody else stopped.
 5         Q    And it says that the -- the officer
 6   commanded using an explicit -- expletive, sorry, the
 7   plaintiff go inside, and the officer threatened to
 8   deploy pepper spray on plaintiff if she and her
 9   neighbors did not comply.  Do you recall that
10   incident?
11         A    Yes.
12         Q    So tell me what your memory of that
13   incident is.
14         A    We were on our property, which is a
15   closed, gated property.  And we were protesting on
16   the property.  All of a sudden the officer stopped,
17   got out of the vehicle.  It didn't look like they
18   had communicated that to the rest of the vehicles
19   that were with them.  There was one armed with
20   people in SWAT gear that were hanging off the side
21   of a truck, I believe.  He walked up to us.  He
22   said, Get the fuck inside.  Get the fuck inside.
23   You can't fucking be outside.  And Amanda told him
24   that, No, it's actually our right to be on our own
25   private property.  You can't tell us what to do on
```

```
 1   approaching because they were aware of the
 2   situation.  And then eventually, you know, us
 3   telling him to stop harassing us and threatening us,
 4   he went back to the police car and then drove off,
 5   and then everybody else drove off as well.
 6        Q    And so just so I'm clear, the officer did
 7   not actually spray the pepper spray at you; is that
 8   correct?
 9        A    He threatened use of the spray and aimed
10   it at us, but did not spray it.
11        Q    Okay.
12        A    May I please use the restroom real quick?
13        Q    Yes.
14        A    Thank you.
15             (Break taken.)
16        Q    (By Ms. Jordan) So let's go to Event 4.
17   This is still Exhibit 2.  And it says, On May 30th,
18   at 10:07, plaintiff was peacefully protesting in
19   ████████████████████████████████████████████████
     ████████████████████████████████████████
21   when police officers driving by her home shot pepper
22   ball in her direction.
23             Do you recall this incident?
24        A    Yes.
25        Q    Tell me what you generally remember from
```

1  this incident.
2        A    We were protesting on our private
3  property, and we were telling them to get out of our
4  neighborhood and to leave us alone.  The car was
5  driving south, so the opposite direction of the last
6  incident.  And they were on the back of one of those
7  trucks that has the handle grips so that they were
8  in, like, full tactical gear, and they had what
9  looked like almost paint ball guns, but they were
10 shooting pepper bullets.  And as they were driving
11 away, they shot a barrage of pepper bullets at our
12 residence.
13       One of the neighbors got directly hit, was
14 vomiting and having really bad side effects for some
15 time.  We ended up getting -- we ended up running
16 when this happened into our mail room where the --
17 the bullets had gone through, and it filled the room
18 up with toxic gas and air.  And myself and my
19 neighbors had to go into our apartments and get away
20 from it.
21       Luckily the mail room doors close and it
22 didn't get into -- it somewhat got into the
23 apartment area.  But we were coughing from a bunch
24 of irritation to our eyes.  It was kind of hard to
25 talk after that for some time.  And then we got

```
 1   some -- I got some water, treated myself and
 2   splashed some in my eyes.
 3            And then we reconvened with our neighbors
 4   in front to make sure everybody was safe and okay
 5   because people were having bad side effects to it.
 6       Q   Did you seek any medical treatment for
 7   the -- the coughing and what you just described for
 8   me?
 9            MR. REIDY:  Objection.  Vague.
10       A   I have an inhaler that I used to try to
11   help, and water.  And milk can help.  So I tried to
12   treat myself.
13       Q   (By Ms. Jordan) Without getting into any
14   unrelated medical issues, what do you use your
15   inhaler for?  Like, do you have asthma?
16   ████████████████████████████████████████████
     ██████████████████████████████████
     ████████████████████████████████
     ██████████████████████████████████████████
     ██████████████████████████████████████████
     ████████████
     ████████████████████████████████████████████████
     ██████████████████████
     ██████████████████████████████████████████
     ████████████████
```

```
 1      A      █████

 2      Q      Okay.  And do you see where my cursor is?
 3   This is talking about what we discussed earlier when
 4   the pepper ball was shot at the front of your house.
 5   And it says that, Miss Rothlein, a black trans woman
 6   felt targeted, and she continues to fear sirens and
 7   loud noises.  Is that correct?
 8      A      Yes.
 9      Q      Do you still continue to fear sirens and
10   loud noises?
11      A      Yes.
12      Q      Have you sought any sort of counseling to
13   address the fear of sirens and loud noises?
14      A      Not to my knowledge.
15      Q      Are you -- strike that.
16             Do you have any intent to seek counseling
17   or any sort of treatment to address the fear of
18   sirens and loud noises?
19      A      Maybe at some point, but I don't have any
20   plans now.
21      Q      And would you -- strike that.
22             Has the fear of the sirens and loud noises
23   improved, stayed the same, or gotten worse since --
24   that was May 30th of 2020.
25      A      It's the same.
```