*AB Litigation Services*

\*\*\* CONFIDENTIAL \*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)
_____

DEPOSITION OF AMANDA BLASINGAME
July 20, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:


     ARNOLD & PORTER KAYE SCHOLER, LLP
         By Mindy Gorin, Esq.
            250 West 55th Street
            New York, New York, 10019
            201.873.2119
            mindy.gorin@arnoldporter.com
             Appearing on behalf of Plaintiffs


     DENVER CITY ATTORNEY'S OFFICE
        By Hollie R. Birkholz, Esq.
           Lindsay M. Jordan, Esq.
           201 West Colfax Avenue
           Department 1108
           Denver, Colorado 80202
           720.913.3100
           hollie.birkholz@denvergov.org
           lindsay.jordan@denvergov.org
            Appearing on behalf of Defendants


     ALSO PRESENT:  Elisabeth Epps

*AB Litigation Services*

1    the highway.  The police were blocking the entryway

2    to the highway.

3         Q      Okay.

4         A      Or the street that would go towards it.

5         Q      Gotcha.  And so you never entered I-25,

6    correct?

7         A      No.  Correct.  I did not enter the

8    highway.

9         Q      Great.  Great.

10              And did you ever observe anyone throwing

11   anything from any bridges onto the highway while you

12   were in that area?

13        A      No.  I wasn't actually near the highway

14   itself.

15        Q      Okay.  And you mentioned you kind of

16   returned back to the area of the capitol with a small

17   group of people, correct?

18        A      Yes.

19        Q      And when you returned back to the Colfax

20   and Broadway area after you marched throughout the

21   city, what was the -- what was the vibe at that point

22   in time?  Was it -- was it still peaceful?  Or was it

23   getting more rowdy and more police presence?

24              MS. GORIN:  Object to form.

25              You can answer.

*AB Litigation Services*

1          All right.  Okay.  So could you see who

2    deployed the gas or smoke canister that was sent in

3    the direction of the crowd?

4          MS. GORIN:  Object to form.

5          You can answer.

6     A     The -- I saw -- I didn't see the

7    individual officer that threw it, but it came from

8    where they were standing.

9     Q     (BY MS. BIRKHOLZ)  And did you see anyone

10   throw anything at the officer line before the

11   munition was deployed?

12    A     I may have -- I think there was like a

13   half-empty water bottle that was thrown that went --

14   it looked to me like it went over the officers.

15    Q     Okay.

16    A     But otherwise, I didn't see anything else

17   thrown at the officers.

18    Q     And did you see where the canister came to

19   rest with respect to your location?

20    A     No, because there was lots of smoke.

21    Q     Okay.  Do you know whether it was gas or

22   whether it was smoke?

23          MS. GORIN:  Object to form.

24          You can answer.

25    A     I don't -- I don't know like the exact

1   difference.  But I know that I felt sick, and it like

2   burned my throat and eyes, which normal smoke does

3   not do.

4        Q    (BY MS. BIRKHOLZ)  And do you know how

5   close you were to the canister when it was deployed?

6             MS. GORIN:  Object to form.

7             You can answer.

8   A    I don't.

9        Q    (BY MS. BIRKHOLZ)  Were you on the street

10  or the actual sidewalk and path at the time you

11  inhaled the smoke or gas?

12  A    I was on the sidewalk.

13       Q    Okay.  And so what did you do in response

14  to, you know, this being deployed in your area?

15  A    I ran in the other direction, which ended

16  up being into the parking lot of Argonaut's.

17       Q    And what did -- I guess when you inhaled

18  the gas or smoke, what did it feel like?

19  A    My eyes burned a little, but it was mostly

20  my throat was burning and I was coughing to the point

21  where I almost threw up.

22       Q    How long did that last?

23  A    That initial reaction, maybe like two or

24  three minutes.  But they had put so much teargas that

25  until like I completely got out of the area, I didn't

1    stop inhaling it.

2        Q    Do you know how many canisters?  Did you

3    see how many canisters were deployed in that area

4    while you were still in that area?

5        A    No.  There was no way to see it because

6    there was so much smoke and so many people.  And they

7    kept throwing them as they were pushing people up

8    Washington Street.

9        Q    So you mentioned you kind of I guess

10   retreated into the Argonaut parking lot.  Did the

11   police follow into the parking lot to deploy more

12   canisters in the parking lot, or did they stay on the

13   streets and sidewalks?

14       A    They followed the majority of the crowd,

15   which had gone up the street.  Me and a couple of

16   other people who were having a hard time ran

17   behind -- there was like a -- one of those -- I guess

18   the big metal boxes that are like maybe power.  I

19   have no idea.  But we went behind that with a couple

20   of other people who were recovering from the teargas.

21       Q    Where was that big metal box located?

22       A    It was in front of Argonaut's, like to the

23   left of the building.  If you were standing in front

24   of Argonaut's looking out, it was like to the left.

25       Q    Okay.  So if you were standing looking at

1    the liquor store, like looking at the entrance doors,

2    it would be to the left toward Colfax?

3         A    No.  It you're looking at the store, it's

4    to the right.

5         Q    Okay.  So it's south of the building?

6         A    Yeah.

7         Q    Understand.

8              And did you require any treatment for the

9    inhalation of the substance that was deployed in your

10   area?

11        A    What do you mean by "treatment"?

12        Q    Did anyone give you milk?  Or like when

13   you were on the scene, did you receive any sort of

14   treatment for it?

15        A    I drank water and poured some water on my

16   mask to try to keep -- to try to keep more from

17   coming in.

18        Q    Okay.  And so how many minutes would you

19   say that you feel you were affected by the inhalation

20   of that substance?

21        A    Probably at least five minutes.

22        Q    So prior to the deployment of the

23   canister, did you hear any announcements from the

24   police that told the crowd to disburse?

25        A    No.

1    they -- part of it was their ego, and they wanted to

2    show that they had force; and that they -- you know,

3    they had more power than we did.

4        Q    And I'm correct that you cannot ID the

5    specific person that threw the canister at that

6    location?

7        A    Correct.  There were multiple thrown.

8        Q    And can you provide any details with

9    respect to how many canisters were thrown while you

10   were present?

11       A    I don't know how many canisters, but it

12   was enough to cloud that entire area.

13       Q    Okay.  And so if you had to put it in your

14   own words, what do you believe the police did wrong

15   at this time and location?

16            MS. GORIN:  Object to form.

17            You can answer.

18       A    I don't have knowledge of police training

19   or police protocol, so I don't know what they're

20   supposed to do in those situations, as far as I don't

21   know what they did wrong in terms of what they're

22   supposed to do based on their training.  But

23   personally, they didn't issue any warnings.  They

24   tear-gassed an entire neighborhood rather than anyone

25   who was perceived to be doing anything wrong.

*AB Litigation Services*

1        A     Yes.

2        Q     So how do you believe you were injured or

3   damaged from that particular incident?

4              MS. GORIN:  Object to form.

5              You can answer.

6        A     I was just not doing anything wrong.  I

7   was on a sidewalk.  And so -- and I was protesting,

8   and so I got tear-gassed and ran out of an area where

9   I was peacefully protesting.  And then at that point,

10  I wasn't even in the street.  And my eyes were

11  burning.  My throat was burning.  I didn't feel well.

12       Q     (BY MS. BIRKHOLZ)  Is there a value that

13  you place on that?

14             MS. GORIN:  Object to form.

15             You can answer.

16       A     I haven't really thought about that.

17       Q     (BY MS. BIRKHOLZ)  Well, if you were a

18  juror looking at this particular situation, how --

19  what would you -- what sort of things would you look

20  to to I guess put a value on it?

21             MS. GORIN:  Same objection.

22       A     I don't -- I can't speculate as to what

23  any random person would be thinking.

24       Q     (BY MS. BIRKHOLZ)  So after you left this

25  area, you did not go home, though, correct?  You

1    continued protesting?

2        A    Correct.

3        Q    Okay.  And then you moved toward the

4    capitol where an additional group of people had

5    gathered, right?

6        A    Correct.

7        Q    And then the next incident that occurred

8    to you on May 28th was near 14th and Sherman; is that

9    correct?

10       A    Yes.

11       Q    And that's the south side of the capitol?

12       A    Yes.

13       Q    Okay.  And who was with you at this

14   location?

15       A    Maya.

16       Q    And were the other individuals that you

17   were with before -- we had mentioned I believe Breck

18   and Matthew -- were they still in your area?

19       A    If they were, they weren't with me.  But I

20   don't know where they were at that time.

21       Q    Okay.  And Amarie, she had already gone

22   home, correct?

23       A    Correct.

24       Q    She didn't rejoin you at any point in

25   time?

*AB Litigation Services*

```
1        A      No, she did not.

2        Q      Okay.  So now we're going to look at what

3   I have marked as Exhibit B, which is another map.

4               (Exhibit Number B was marked.)

5        Q      (BY MS. BIRKHOLZ)  All right.  Can you

6   guys see that okay?

7        A      Yes.

8        Q      Okay.  Great.

9               So if you could tell me -- and I

10  understand you were in the area of another canister

11  being deployed.  So where was the police line or

12  police presence at this location?

13       A      When I arrived it was in the street on

14  14th, between the capitol and that grassy area, where

15  there's that crosswalk.

16       Q      Okay.  So would you say it was right here

17  or right --

18       A      Yes.

19       Q      -- here?

20       A      The first.

21       Q      Right here?

22       A      Yes.  And it was -- there was a line

23  there, but it also -- the police kind of -- like

24  there was layers of them towards the back, kind of.

25       Q      Okay.
```

*AB Litigation Services*

```
1         Q      Uh-huh.

2         A      And then into the darker area.

3         Q      Right there?

4         A      Yeah.  In -- kind of around that front

5    area.

6         Q      Okay.  So I will move this.  Is that

7    correct?  The orange square, is that kind of where

8    you were located?

9         A      I was -- I was there, but then I was

10   also -- I kind of moved around.  So I was there at

11   one point.  Then I was also in the middle directly in

12   front of the steps at one point.

13        Q      Okay.  Where were you at when the canister

14   was deployed?

15        A      Probably around where that -- I think it

16   was where that box is now.

17        Q      Okay.  And where was the canister actually

18   deployed?

19        A      I don't know.  There was -- this time,

20   there was a few.  And since I had already experienced

21   the gas, as soon as I saw some I ran up 14th.

22        Q      Do you know whether it was gas or smoke?

23               MS. GORIN:  Object to form.

24               You can answer.

25        A      I don't know if it was one or both, but
```

*AB Litigation Services*

1    there was definitely teargas because there were

2    people that had been closer that were not doing well

3    at all who I had helped on 14th.

4         Q    (BY MS. BIRKHOLZ)  Okay.  And how close

5    were you to the gas or smoke that was deployed?

6              MS. GORIN:  Object to form.

7              You can answer.

8         A    Again, I'm not good with distance, so I'm

9    not sure.  I do know that as we moved up 14th, the

10   police continued to move in that direction and kept

11   deploying gas.

12        Q    Okay.  Were you impacted by any of the

13   canisters that were deployed in this location?

14        A    I had a little bit of throat irritation.

15   But at this point I had put water on my mask and ran

16   because of the first incident.  I was too scared to

17   stay there and feel worse.

18        Q    Okay.  So I'm going to stop sharing my

19   screen here.  And I'm going to show you what's been

20   marked -- or what I have marked as Exhibit -- oh.

21   No.  It's a video.  Okay.  Hold on one second.  Save

22   this.  And show you what I have marked as Exhibit C,

23   which is BLM72.

24              (Exhibit Number C was marked.)

25        Q    (BY MS. BIRKHOLZ)  And I'm going to share

1   the sound with you.  Share sound.  And I'm going to

2   play for you what I have marked as Exhibit C, which

3   is BLM72.

4          (Video played.)

5   Q    All right.  And I will stop sharing.

6          Did you take that video?

7   A    No, I doubt it.

8   Q    Did Maya take that video?

9   A    Yes.

10   Q    Okay.  Does this video give us perspective

11   as to how close you were to the smoke or gas deployed

12   at this location?

13          MS. GORIN:  Object to form.

14          You can answer.

15   A    No, because that was after we had run

16   away, and then they kept deploying -- they had

17   deployed gas more further down 14th.  That was once

18   we were able to run away and get far enough away from

19   it.

20   Q    (BY MS. BIRKHOLZ)  So I know you mentioned

21   I guess a little bit of a scratchy throat or

22   something from the deployment of this gas or smoke in

23   this location.  And I understand there were several

24   canisters.  But did you feel anything from this

25   deployment, or were you far enough away that you did

```
 1   not?

 2        A    I --

 3             MS. GORIN:  Object to form.

 4             You can answer.  Sorry go ahead.

 5             THE DEPONENT:  Sorry.

 6        A    I had a little bit of like throat

 7   scratching.

 8        Q    (BY MS. BIRKHOLZ)  And did you, you know,

 9   do anything to treat that?  Or, you know, stop, need

10   a break, drink milk, do whatever?  Did you do

11   anything in response to the exposure?

12        A    After that incident being the second one,

13   the police were getting increasingly larger and using

14   more weapons, I went home.  But I had to -- I had to

15   go home and immediately take all of my clothes off

16   and put them in the laundry and shower because there

17   was stuff on my skin.

18        Q    Okay.  So after that incident, you ended

19   up going home?

20        A    Yes.

21        Q    And even though the scratchy throat lasted

22   for a few minutes, after you showered, did you

23   basically feel like you were back to normal?

24        A    No.

25        Q    Okay.  What made you --
```

1      A      Physically, yes.

2      Q      Physically, yes.  Okay.

3             So after that, let's talk about, you know,

4      emotional state or mental state.  How did you feel

5      from that perspective after these two incidents on

6      that date?

7      A      I was frustrated and annoyed and

8      exhausted.  And I also, even once I was home, had to

9      continue to deal with what -- the police actions.

10     They were still -- because of where I lived, I think

11     there was noise from the police shooting pepper

12     bullets and canisters and whatever other weapons they

13     have until probably like midnight or 1 o'clock in the

14     morning.  And so I was kept up and continued to have

15     to go through hearing them using the weapons that

16     they had just used on me.

17     Q      What time did you go to sleep that night?

18     A      I don't remember.  But we didn't have

19     air-conditioning, and because the police were using

20     those weapons, we had to shut the windows.  And it

21     was -- even then, I could still hear some stuff.  And

22     it was hot.  So I don't know.

23     Q      Did you -- when you got home that evening,

24     did you have conversations with Maya about what had

25     happened?

*AB Litigation Services*

```
1        A      Yes.

2        Q      Okay.  What did you guys talk about?

3        A      I don't remember.  It was so long ago, I

4   don't remember exactly what we talked about.  But I

5   know that we both were like shocked that that had

6   happened.  Because I've never had teargas or anything

7   like that used on me before.  And we were upset that

8   the police were responding in such an extreme way.

9        Q      Would you say that you were more angry or,

10  you know, sad and upset and crying?

11              MS. GORIN:  Object to form.

12              You can answer.

13       A      I personally generally do not get angry.

14  I was more just upset and really annoyed that that

15  was the treatment I received for exercising my

16  rights.

17       Q      (BY MS. BIRKHOLZ)  So going back to, you

18  know, that last deployment, can you tell me how many

19  canisters you saw deployed at that location while you

20  were still present?

21       A      No.

22       Q      Was it also -- was the crowd yelling and

23  chanting and quite loud at that location?

24              MS. GORIN:  Object to form.

25              You can answer.
```

*AB Litigation Services*

```
 1      Q      Okay.  And Lexi was with you, who was
 2   identified as Alexis Trujillo in your responses; is
 3   that correct?
 4      A      Yes.
 5      Q      Okay.  Was your other friend Abby also
 6   still with you?
 7      A      Yes.
 8      Q      All right.  And I guess let's start by
 9   going to a map that I have marked as Exhibit D.  And
10   I will share that for you now.
11             (Exhibit Number D was marked.)
12      Q      (BY MS. BIRKHOLZ)  Okay.  So this is an
13   overview, a Google map of the area of the RTD station
14   that I believe captures the location in which you
15   were at.  So where was the police presence at the
16   time this smoke or gas that was deployed, as per your
17   interrogatory response, located?
18      A      Where what -- sorry.  Can you repeat the
19   question.
20      Q      Yes.  Where was the police line at the
21   time?
22      A      There were police in multiple locations.
23   But the police line that was closest to me was where
24   Colfax and Lincoln meet, between that parking lot and
25   the like gravel -- there's like a gravel area.
```

*AB Litigation Services*

1      A      I was -- I don't remember exactly if I was

2    in the street or on the sidewalk, but I was close to

3    where the yellow dot is.

4      Q      Okay.  So potentially a little further out

5    as well?  Like here maybe as well?  One of those two

6    locations?

7      A      Yes.

8      Q      Okay.  Great.  All right.  I will stop

9    sharing the screen.

10           All right.  So tell me in your own words

11   what happened in this location.

12     A      So when I was over there, there were some

13   other people there in the street, and the police

14   started to form the line.  And everyone was on their

15   knees saying, Hands up, Don't shoot.  And we were

16   saying that for a while, for a short period of time

17   or some -- I don't know.  I did not see anything

18   happen.  I didn't hear anything.  But next thing I

19   knew, they were -- it sounded like they were using

20   rubber bullets and either pepper bullets or pepper or

21   teargas, some kind of irritant that they deployed.

22           And once they deployed that, Lexi and Abby

23   and I all ran across Colfax and then kind of like up

24   the hill of the capitol lawn and met up behind the

25   north side of the capitol.

*AB Litigation Services*

1     Q     So am I summarizing your testimony

2   correctly that as soon as they started deploying

3   PepperBall, you guys took off?

4     A     Yeah, we ran --

5           MS. GORIN:   Object to form.

6     A     We ran --

7           MS. GORIN:   You can answer.

8           THE DEPONENT:   Okay.   Sorry.

9     A     And then I ran -- yeah, I ran up the side.

10   And then we kind of stayed in the back area because

11   we had -- we were all like choking on whatever it was

12   that they used.

13     Q     (BY MS. BIRKHOLZ)   Do you know whether the

14   munition that caused you to choke was the powder in

15   the PepperBall, or were they also using canisters at

16   that location?

17           MS. GORIN:   Object to form.

18     A     They were using both, so I don't know

19   which it was.   But whatever it was burned my eyes and

20   my throat and caused me to cough.

21     Q     (BY MS. BIRKHOLZ)   Were you ever impacted

22   or like hit by any PepperBall?

23     A     Not that I remember.

24     Q     Okay.   But either smoke, gas or the powder

25   that is contained in PepperBalls caused you

*AB Litigation Services*

1    irritation in your eyes and throat?

2        A     Correct.

3        Q     Could you see who it was deployed those

4    munitions?

5        A     No, I could not.

6        Q     Did you observe anything with respect to

7    the uniforms the officers were wearing on those lines

8    that you observed?

9        A     No, I did not.  They were wearing the

10   vests and helmets.  And a lot of -- in my -- this

11   kind of goes for all incidents.  I don't remember --

12   the officers didn't really have any like identifying

13   information that was easily visible.

14       Q     Do you know whether the uniform was black

15   or blue or green or brown?

16       A     I don't.  But I know that the police that

17   came out of the capitol were in black.

18       Q     How close were you to the line, if you had

19   to estimate, at the time those munitions were

20   deployed?

21             MS. GORIN:  Object to form.

22       A     I don't know distance-wise, but there were

23   maybe like four or five lines like -- lines of people

24   in front of me.

25       Q     (BY MS. BIRKHOLZ)  Did you ever observe

1        A      Not that I remember.

2        Q      And so you mentioned after the munition

3   was deployed -- and you're not sure if you were --

4   what it was that you inhaled, you mentioned you ran

5   back toward the capitol lawn and then got away from

6   that area; is that correct?

7        A      Correct.  I was still near the capitol but

8   not from -- not near the area near the bus station.

9        Q      And what did you feel as you were running

10  away?

11              MS. GORIN:  Object to form.

12       A      Physically or mentally?

13       Q      (BY MS. BIRKHOLZ)  Physically first,

14  please.

15       A      Well, I am not athletic and had to run.

16  So I didn't enjoy that, running uphill.  And so I was

17  kind of like tired and out of breath on top of

18  dealing with the scratchiness in my throat.  And I

19  was coughing to the point where it was like a gagging

20  cough.  And my eyes were burning, and I had to like

21  put water on my eyes.

22       Q      How long did that last?

23       A      It was probably close to like ten minutes

24  before I started to feel better.

25       Q      And mentally, as you were running away

*AB Litigation Services*

1   from the police line, what did you feel?

2        A     I was scared, because I knew -- I had --

3   there was kind of like the noises, and I know they

4   were like using the rubber bullets.  And in that

5   moment, I was really bothered by the fact that they

6   used munitions while we were on our knees.

7        Q     Did you observe where the PepperBall was

8   directed while you were on your knees?

9        A     There wasn't just one.

10       Q     Right.  And I guess my question is just

11  more -- sometimes the PepperBall is deployed, you

12  know, on the street so that the balls will explode

13  and the powder will come.  Or it can be fired

14  directly at somebody.

15             Was it deployed at the street or at

16  particular individuals in that location?

17             MS. GORIN:  Object to form.

18       A     At the time, I couldn't see where anything

19  went.  However, after my friend Breck, who had a

20  friend that got hit in the eye, Breck was in that --

21  I found out later that Breck had been in that crowd

22  and in the front row.  And his 6-foot-something tall

23  friend who was a football player somehow managed to

24  get hit in the eye.  Which means obviously they

25  weren't aiming at the ground, if they hit an over

*AB Litigation Services*

1   6-foot tall football player in the eye.

2        Q     (BY MS. BIRKHOLZ)  And was he hit in the

3   eye with a PepperBall, to your knowledge?

4              MS. GORIN:  Object to form.

5        A     I don't know for sure.  I think it was a

6   rubber bullet.

7        Q     (BY MS. BIRKHOLZ)  And you mentioned your

8   friend Breck was in the front row.  How far back were

9   you and your friend from the front row of the

10  individuals who were kneeling?

11       A     We were like four or five rows back.

12       Q     Had you heard any warnings before the

13  munitions were deployed?

14       A     I don't think so.  I do know that they

15  were telling people -- two people that were in the

16  adjacent parking lot to get back at some point.  I

17  have no idea why they were like firing in the parking

18  lot, but then they did move.  And then I think that

19  was like right before we were on our knees.

20             But when we were on our knees before they

21  deployed the whatever they used that affected me,

22  there was no warning any time around then.

23       Q     And while you were on your knees in that

24  crowd, did you see anyone throw anything from either

25  ahead of you or behind you at the line?

1      A      No.

2      Q      And do you have any ability to identify

3   anyone that you believe fired -- you know, any

4   specific details regarding the officers that fired in

5   your direction while you were in that location?

6           MS. GORIN:  Object to form.

7      A      No.  The officers made it hard to identify

8   them because their faces were covered and they had

9   all that gear on.

10     Q      (BY MS. BIRKHOLZ)  And with respect to

11  this location, what do you believe the police did

12  wrong with respect to your rights?

13          MS. GORIN:  Object to form.

14     A      They used weapons on people that were on

15  their knees and were not threatening them in any way.

16     Q      (BY MS. BIRKHOLZ)  Right.  And how do you

17  feel that negatively impacted you?

18     A      It made me afraid to get anywhere near

19  police while protesting.  And so it limited my

20  ability to protest in the way that I would want --

21  that I wanted to or that I felt like I should be able

22  to.  Because even if you're not in the street, I had

23  been hit while on sidewalks, while on grass.  So it

24  was basically if you were anywhere near the protest,

25  you were at risk.

1        Q        And what do you mean by, I was hit while I

2    was on the street, on the sidewalks, on the grass?

3    Like --

4        A        In previous incidents -- not physically

5    hit, but I had to like deal with the effects of the

6    munitions.

7        Q        And to this point in time, it's been

8    smoke, gas or powder inhalation, correct, that you

9    were referring to?

10            MS. GORIN:   Object to form.

11       A        Those were included in what happened, yes.

12       Q        (BY MS. BIRKHOLZ)   Okay.   Is there any

13   other munition that you are asserting that you were

14   hit by to this point in time?

15            MS. GORIN:   Object to form.

16       A        Not that I was personally hit by.

17   However, they were used and ended up near me.   So it

18   would have been possible.

19       Q        (BY MS. BIRKHOLZ)   Okay.   But nothing --

20   none of the other munitions to this point in time

21   actually impacted you aside from the inhalation from

22   those munitions?

23       A        Not physically, no.

24       Q        All right.   And because you categorize

25   "not physically," what do you mean by that?

*AB Litigation Services*

```
 1      A      I mean, I wasn't -- I wasn't physically

 2   hit by the munitions, but they were deployed around

 3   me.  And so I -- I was fearful that I would be hit by

 4   one at any point in time if I were to attend a

 5   protest.

 6      Q      I understand.  Thank you for clarifying.

 7             Are you able to place a value on the

 8   incident that happened near the RTD station?

 9             MS. GORIN:  Object to form.

10      A      No.  I haven't thought about it.

11      Q      (BY MS. BIRKHOLZ)  Now, the next incident

12   I understand you observed was near -- was at

13   6 o'clock or so on the capitol grounds where somebody

14   was impacted by a projectile and knocked unconscious.

15             Is that the next incident that you

16   observed?

17      A      I observed that.  And sometime around or

18   before that, after I had been hit and was recovering,

19   I walked toward the front of the capitol, the west

20   side and was in the lawn.  And I was pretty far up in

21   the grass area where there was no large crowd.

22   Everyone was kind of dispersed.

23             And the police just continued -- as they

24   moved up Lincoln, they just continued like firing

25   whatever they were firing.  Not canisters.  Either
```

*AB Litigation Services*

1    on your own private property, correct?

2        A    Correct.

3        Q    And, again, the -- no force was used, but

4    it was threatened; is that correct?

5        A    Correct.

6        Q    Okay.  I understand.

7             And then moving on to the second incident

8    regarding the PepperBall, which you started to

9    describe.  What were you guys doing -- well, first of

10   all, were you with the same people at the time?

11       A    Yes.

12       Q    And I understand that occurred at around

13   10:00 p.m. that evening?

14       A    Yeah.  It was sometime not too long after

15   the first incident.

16       Q    Okay.  And what were you guys doing at the

17   time the SWAT vehicle that you described came by?

18       A    We had still been sitting on the stoop.

19   We were actually -- at that point, we were all at the

20   top of the steps in front of the entrance.  And I

21   don't remember exactly, but I'm sure some -- at least

22   one of us probably yelled at them to get out of our

23   neighborhood or said, Fuck you, to them or . . .

24       Q    Okay.  And so what did you -- what was the

25   response to those comments?

*AB Litigation Services*

1      A      So as they drove by, it was officers that

2  were hanging off the SWAT vehicle.  I don't know how

3  many of them, but they just started shooting

4  PepperBalls at us.  And someone had just -- one of

5  the neighbors that I don't know well was just about

6  to go inside and had her key in the door.  And so

7  then she kind of like turned the key and tried to get

8  in, and one of the PepperBalls like hit our door, and

9  some of them ended up in our mailroom.

10     Q      Where is your mailroom in relation to your

11 entrance?

12     A      So when you go up the steps in the front

13 of our building, in there is the first door.  And

14 that's where the mail is.  And then there's a second

15 door to get into the building itself where the

16 apartments are.

17     Q      Now to I guess prompt this, you know, did

18 anyone throw anything at the police officers driving

19 by?  What did you observe?

20     A      No.  There weren't any other protesters

21 around at the time.  It was just -- all we did was

22 yell at them, and then they unloaded on our stoop on

23 us.

24     Q      Did they say anything prior to firing?

25     A      No.

1    other damages for missed time from work?

2         A     No.

3         Q     Okay.  And you did pass the Bar exam,

4    correct?

5         A     Correct.

6         Q     Good job.  Congratulations.

7               Okay.  So now I'd like to shift gears to

8    the type of emotional distress type of injuries that

9    you felt.  You've touched on some of the emotional

10   factors that you felt with respect to each specific

11   incident.  But if you would tell me more about how

12   you feel mentally and emotionally as a result of the

13   George Floyd protests.

14        A     I do not trust police.  I do not want to

15   talk to police.  I do not want to go near police.  I

16   avoid interactions with police as much as possible in

17   my daily life.  I have -- I have anxiety that was

18   made worse by the incidents that were going on,

19   even -- I mean, and that happened over a year ago.

20              And recently, when there was Fourth of

21   July, I was like triggered by fireworks, the sounds

22   of fireworks because of what happened in the

23   protests.  Yeah.  It impacted my -- I mean, I

24   ultimately passed the Bar because, thankfully, it was

25   postponed because of Covid.  But it impacted my

*AB Litigation Services*

1    know -- if in normal circumstances you're at

2    100 percent, you know, what -- how would you say that

3    the protests affected your emotional well-being?

4              MS. GORIN:   Object to form.

5        A     Well, so I have a hard time with loud

6    noises, which makes it -- which when you live in a

7    downtown area makes it hard to sleep and hard to

8    focus.  And so I couldn't really focus on anything

9    for a while or get anything done.

10             And -- yeah.  I mean, I was afraid that if

11   I were to interact with the police or go protest

12   again, that I might get harmed if there's a police

13   presence.  Even though I did go to future protests a

14   few times, I only stayed at those insofar as there

15   was a minimized police presence.  And a lot of those

16   happened after a federal court had to step in.

17             And so some -- that's when I kind of felt

18   a little more comfortable going again.  But I was

19   avoiding protesting before that because I didn't know

20   what could happen to me.  I was fearful in most of

21   those situations, but I became sensitive to noises

22   and -- yeah.  It's hard to put feelings into words,

23   but . . .

24       Q    (BY MS. BIRKHOLZ)  You mentioned being

25   sensitive to noises.  Did you seek out any particular

1    treatment or therapy for that?

2        A    I did not, because I was -- part of it was

3    I was moving and so it was hard to -- I already knew

4    that I had the job in California.  And so getting

5    established with medical care when I would no longer

6    have the same insurance or live in the same place was

7    difficult.  And Covid.  A lot of places weren't

8    scheduling things at the time, so . . .

9        Q    Do you still feel like you have the same

10   sensitivity to noises?

11       A    I didn't think so until Fourth of July and

12   when there were fireworks.  And I ended up with a lot

13   of anxiety that night because of the fireworks.

14       Q    Do you have any future intentions to seek

15   any treatment for that?

16       A    No, other than -- I mean, I manage -- I

17   manage that anxiety in the same way I manage others.

18   So it's hard -- I mean, yes and no, because it's hard

19   to separate.  I'm already receiving treatment.  And

20   so it's hard to like put a -- like quantify or put a

21   number on what part of that treatment would go

22   towards what happened at the protests.

23       Q    And you mentioned the federal restraining

24   order.  What do you know about that?

25       A    I know that there was a temporary

1    restraining order at one point to stop the police

2    department from using certain -- what they call

3    less-than-lethal munitions.  I don't agree with that

4    characterization, but that's what they call it.  And

5    that a federal court had to step in and tell them to

6    stop using certain munitions.

7         Q      So aside from the behavioral health

8    specialist that you've spoken about already, have you

9    sought any other form of like counseling or spoken to

10   anybody, including like family members, religious

11   figures, friends, et cetera?

12        A      No.  Mostly I've talked with Maya, because

13   we've both been through the same experience.

14        Q      Do you feel like, you know, the immediacy

15   of the situation has kind of dissipated, and you

16   don't have the same concerns today as you sit here?

17        A      I don't know.  I mean, I haven't had a

18   recent opportunity to protest because I live in a

19   rural area.  And so I don't know how I'd feel being

20   at one or how it would go.  I'm not sure.

21        Q      Okay.  Another element of damages in this

22   case is the value of, you know, the constitutional

23   violation you're alleging.  If you could discuss how

24   you believe you should be compensated for that, from

25   your perspective.