IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF DENVER, *et al.*,<br><br>　　Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ |

**EXHIBIT 40**
**PLAINTIFFS' OPPOSITION TO DENVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 40 is a Colorado State Patrol video from 5/29/2020 (05292020 v225).