

Exhibit 42





