*AB Litigation Services*

\*\*\* CONFIDENTIAL \*\*\*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)

---

DEPOSITION OF KATHERINE HOLLIS LYMAN
July 22, 2021

---

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

---

APPEARANCES:

    ARNOLD & PORTER KAYE SCHOLER, LLP
        By Leslie C. Bailey, Esq.
          601 Massachusetts Ave., NW
          Washington, DC 20001
          202.942.6292
          leslie.bailey@arnoldporter.com
          Appearing on behalf of Plaintiffs


    DENVER CITY ATTORNEY'S OFFICE
        By Lindsay M. Jordan, Esq.
          201 West Colfax Avenue
          Department 1108
          Denver, Colorado 80202
          720.913.3100
          lindsay.jordan@denvergov.org
          Appearing on behalf of Defendants


    ALSO PRESENT:  Elisabeth Epps
               Caitlin Cuneo

Exhibit 43

1    A    Yes, that's correct.

2    Q    Did your partner take any photographs from

3   the parking garage?

4    A    I don't believe so.  I'm not sure he had

5   his phone either.

6    Q    While you were up on the parking garage,

7   were you able to hear any sort of chanting or yelling

8   from the protesters?

9    A    Yelling, yes.

10    Q    And what could you hear?

11    A    No words, just -- they sounded afraid and

12   surprised.

13    Q    And other than when you said you needed to

14   catch your breath once the gas caught the wind and

15   came in your direction, describe that for me.  What

16   do you mean by you had to catch your breath?

17    A    It stings and makes your eyes water and

18   you snot and it gets in your mouth.  It touches all

19   your mucus membranes.  So we wanted to be somewhere

20   where the wind couldn't get in and more gas couldn't

21   get -- just that more gas couldn't get to us.

22    Q    And did that eventually go away on its

23   own?

24    A    The feeling or the gas?

25    Q    The feeling.

*AB Litigation Services*

1      A      Sort of.  It was abated but it lasted a

2    very long time, in my experience.

3      Q      Did you need to seek any medical attention

4    for what you were experiencing?

5      A      No.

6      Q      And not getting into any legal opinions or

7    legal arguments, how do you believe that your

8    constitutional rights were violated in that

9    situation?

10     A      I believe that we have the right to

11   peacefully protest without being gassed.

12     Q      And just so that I'm clear, you didn't

13   actually see the individual officers that had

14   released that gas that you had experienced while you

15   were on the parking garage, correct?

16     A      Correct, not in that case.

17     Q      And so you said that you believe that you

18   have the right to peacefully protest without getting

19   gassed.  In that situation that you observed, what do

20   you personally believe that the police did wrong?

21     A      I believe that they gassed protesters

22   without a -- any sort of notification to disperse and

23   that the protesters were peaceful and within their

24   legal rights.

25     Q      When you arrived at the protests on

1    May 28th and while you were walking over to the

2    parking garage, did you observe any protester

3    throwing any objects at the officers?

4        A    No.

5        Q    And did you observe any protesters causing

6    any sort of destruction to any of the buildings in

7    that area?

8        A    No.

9        Q    And that experience that you had on the

10   parking garage, how do you believe that it negatively

11   affected you?

12       A    Being gassed is not good for your health.

13   And psychologically, it both made me want to come to

14   more protests, to protect other people of color who

15   are going to be there protesting.  And that led to a

16   lot more incidents of me being gassed and shot by

17   pepper bullets.

18       Q    Okay.  And we'll talk about those

19   incidents as well.  But for that first experience

20   that you had when you were on the parking garage, you

21   know, part of a lawsuit is coming up with a value of

22   the claim.

23            For you personally, no legal discussion

24   with counsel, what value would you put on that

25   experience you had when you were on the parking

1    garage?

2              MS. BAILEY:  Objection to form.

3        A     I'm not sure.  I don't know how to value

4    being secondarily gassed, having your rights

5    violated.

6        Q     (BY MS. JORDAN)  And you would agree with

7    me that that first experience that you had, it was

8    more of observing the aftermath of deployment of less

9    lethal that the police had engaged in; is that

10   correct?

11             MS. BAILEY:  Objection to form.

12       A     Can you clarify?

13       Q     (BY MS. JORDAN)  Yeah.  That was -- that

14   was a good objection and a terrible question.  So let

15   me rephrase that question.

16             Would you agree with me that when you were

17   up on the parking garage, what you observed was

18   really the aftermath of the police having had

19   deployed gas already?

20       A     Yes.

21       Q     Now, after the experience on the parking

22   garage, what did you do next?

23       A     We left the parking garage and went

24   towards the crowd of protesters that we had seen from

25   there.

*AB Litigation Services*

1  announcement given by the police officers; is that

2  correct?

3      A      That's correct.

4      Q      And, again, without getting into any legal

5  issues or communications with your counsel, what do

6  you personally believe the police did wrong in that

7  situation?

8      A      Same thing that I believe they did wrong

9  in the first situation; that they illegally dispersed

10  a peaceful protest by use of force with no prior

11  communication or reason for doing so.

12      Q      And, again, going back before the gas was

13  deployed.  At any time when you arrived, where the

14  protesters were and the gas was deployed, did you see

15  anybody throw any objects at the officers?

16      A      No.

17      Q      And when this deployment happened, tell me

18  what you experienced.

19      A      Breathing in gas, getting it in my eyes

20  and nose.  It was horribly burning, and -- I don't

21  know, stinging is not even the right word.  It just

22  burns.  And then a lot of people yelling, a lot of

23  people running away.

24      Q      And about how long in time did you feel

25  those effects, the burning, the nose, the eyes

1    running, all that?

2        A    Almost an hour, maybe longer.  It was -- I

3    still felt them by the time we were home, and we left

4    after this incident and walked home.

5        Q    Did you immediately leave after the

6    incident, or did you stay for a little longer?

7        A    I don't recall.  I remember talking to my

8    partner and both of us discussed not being prepared

9    for this type of event and that we needed to go home.

10       Q    And while you were still there or even

11   when you were walking home, did you have to do

12   anything to alleviate what you were feeling, like the

13   burning, the runny nose, et cetera?

14       A    There's nothing I could do.  I didn't have

15   anything that wasn't covered in gas to wipe my nose

16   or my eyes.  And we didn't bring water.  We didn't

17   bring milk.  We were not prepared.

18       Q    Then I think you said that you were still

19   feeling the effects when you got home; is that

20   correct?

21       A    Yes.

22       Q    How -- about how long did you feel the

23   effects?

24       A    I'm not sure.  I remember them abating.

25   They got better over time.  But the worst part was it

*AB Litigation Services*

1   hanging out in my eyes.  So as soon as I got home, I

2   showered and took all my clothes off.

3       Q      Did the shower help?

4       A      Sort of.  My face felt kind of raw, to be

5   honest, after that.

6       Q      And did you -- after showering, then, did

7   you have to seek any sort of professional medical

8   treatment for what you had experienced on that first

9   night?

10      A      No.

11      Q      And this will be similar to the first time

12  I asked you this.  But, again, have you thought of

13  any value that you would place on -- part of the

14  claim is awarding damages -- any value that you would

15  put on that experience that you had?

16      A      No, not specifically.  But I think the

17  value of needing therapy and things like that after,

18  that I also haven't entirely finished or completed,

19  it would be nice to be re-compensated for.  But other

20  than that, I don't know how to quantify that

21  experience.

22      Q      That's fair.

23             And have you sought therapy for your

24  experiences from the George Floyd protests?

25      A      I did.  I saw a counselor for a couple

1    short sessions when I had time.  I want to say late

2    last year.

3         Q    And who was the counselor that you saw?

4         A    I don't remember.  It was someone through

5    the insurance that our company has.

6         Q    Is that -- when you say the insurance the

7    company has, is that your health insurance?

8         A    Yes.

9         Q    And what company is it -- is it through?

10        A    Kaiser.

11        Q    I'm sorry?

12        A    It was Kaiser.  We've recently changed.

13        Q    And you said a couple short sessions.  How

14   many times did you see a counselor?

15        A    I think three or four.

16        Q    And did you have to pay any out-of-pocket

17   expenses for those counseling sessions?

18        A    I don't remember.

19        Q    Do you have any future plans to see a

20   counselor regarding your experience from the George

21   Floyd protests?

22        A    Yes.

23        Q    You do.  And who do you plan on seeing?

24        A    I actually had a therapy appointment

25   scheduled earlier this week, on Tuesday, to try and

*AB Litigation Services*

1    talk through some of this stuff before I had to talk

2    to you guys.  And she canceled for illness.  So --

3    her name is Lena Klein, I believe.

4          Q     Do you know how to spell Lena?

5          A     L-e-n-a.

6          Q     And what network does Lena Klein work out

7    of?

8          A     Cigna.

9          Q     And is there a practice name that she

10   works out of?

11         A     There is, but I don't remember.

12         Q     And unfortunately she had to cancel your

13   appointment on Tuesday.  Do you have any plans to see

14   her in the future?

15         A     Yes.

16         Q     And have you rescheduled that appointment?

17         A     I'm waiting for her to reschedule.

18         Q     And then do you intend to seek further

19   counseling about the experiences from the George

20   Floyd protests?

21         A     Primarily her.  So I'm not sure what you

22   mean.  Like how many sessions with her do I plan, or?

23         Q     Yeah.  No, I mean, do you plan to again

24   resume counseling regarding your experience from the

25   George Floyd protests?

1   case I needed it.  I think I might have even had a

2   water bottle.  And I also had a sign.

3        Q     And what was the sign that you had with

4   you?

5        A     A cardboard sign I made that on one side

6   said Black Lives Matter, and on the other side had a

7   list of all the people who had been -- people of

8   color who had been killed by DPD.

9        Q     To the best of your knowledge,

10  approximately how big was the sign?

11       A     I don't know.  3 feet by 2 feet.

12       Q     And did you and your partner have any

13  plans to meet up with anybody at the protest?

14       A     No.

15       Q     And I think you just told me that you had

16  arrived in that Liberty Park area again on the second

17  night.  Tell me what you observed when you arrived.

18       A     More gas in the air, lots of protesters

19  running around, lots of police officers and a

20  garbage -- I don't know -- so there was a very large

21  like garbage -- bin is the wrong word.  Like it's

22  bigger than that, that was on fire.

23       Q     A dumpster?

24       A     Yeah, even bigger than that.  It was

25  something that had been brought in from the night

*AB Litigation Services*

1        Q        And so just generally, let me know -- what

2    did you do?  What did you observe while you were at

3    the protest on the second day for those several

4    hours?

5        A        When we first got there -- and you can see

6    it in the video -- a garbage dumpster, or whatever,

7    was on fire.  There was lots of gas in the air.

8    There were unmarked vehicles driving over the lawn.

9    There were protesters that were scattered and would

10   try to regroup.  People running to try and get help

11   after they got gassed.  There were people running

12   around who were doing aid for others who had been

13   gassed.

14            There's a large population of people who

15   live in tents in that area.  They were all getting

16   gassed as well.  And after that, I moved towards

17   Colfax and Broadway.  And there was a large -- larger

18   crowd starting to gather there, kneeling at some

19   officer's feet.  And we were chanting, "Hands up,

20   don't shoot."

21            And after a couple of minutes of that, and

22   our crowd was getting larger, another police vehicle

23   drove in.  The officers jumped out and gassed and

24   started shooting all of the protesters who were

25   there.  I got gassed probably the worst of all the

1    days that I had been there in that incident.  So I

2    ran around the corner.  There's a transit, a public

3    transit area.  So I ran in that direction to get away

4    from the gas.  I lost my partner probably 30 minutes

5    before that and had texted him that I needed help.

6            At some point, he had found another one of

7    our friends who had been providing aid.  So I was

8    able to find them, and they poured milk all over my

9    face.  We talked for a little bit, tried to make a

10   plan of how to reconnect and went our separate ways.

11           I moved with the crowd down to -- so this

12   was at -- closer to Lincoln, in front of the capitol

13   but on the other side in the park.  Officers weren't

14   letting people near the capitol lawn even, really.

15   And after discussing our plans, I moved towards

16   Broadway and 14th to gather with a group.

17           We started getting pushed down Broadway, I

18   believe, so down south, by officers who were walking

19   towards us.  No announcements were made.  No

20   direction given on where we were supposed to go or

21   what we were supposed to be doing from the officers

22   to us.  I was standing there with my sign.  And there

23   were officers probably 20 feet in front of me.  Most

24   of the protesters were probably 10 to 15 feet behind

25   me.  And then with no warning, the officer started

1    shooting pepper bullets.  And I ducked behind my

2    sign -- I don't know why I thought that would protect

3    me -- and was shot straight through my sign.

4              At some point after that, I found my

5    partner again and we reconvened.  Both of us were

6    concerned at that point with the level -- the number

7    of protesters in ratio to the number of police

8    officers and felt like it was time to go home.  So I

9    took my sign.  I left it actually at the capitol

10   building on the north side.  Officers weren't there.

11   I took a picture of it, and then we walked home.

12        Q    Okay.  So thank you for that.  And I'm

13   just going to ask some follow-up questions on it.

14              When you first arrived and when you were

15   taking the video -- I just want to be clear -- you

16   didn't see the deployment of the gas that is shown in

17   that video; is that correct?

18        A    I saw it.  It just wasn't in the video.

19   And it was consistently being redeployed.  It wasn't

20   like the day before where they would deploy and then

21   like all do it together, stop, reconvene, do it

22   again.  It just was consistent and random.

23        Q    Did you make any observations of any

24   individual officers that you saw deploying those --

25   the smoke or the gas?

1    location did you go to next?

2         A     I went to 14th and Broadway area.

3         Q     And when you were in the 14th and Broadway

4    area, is this the location you were with when the

5    PepperBall was shot through your sign?

6         A     Yes.

7         Q     Approximately how many protesters were in

8    that area before the PepperBall was deployed?

9         A     A hundred, at maximum.

10        Q     And were they chanting?

11        A     Yes.

12        Q     Was it loud?

13        A     Yeah.

14        Q     And I just want to be clear.  Prior to the

15   PepperBall being deployed, you didn't hear any sort

16   of announcements or warnings from any of the police

17   officers in the area; is that correct?

18        A     That's correct.

19        Q     And did you observe the officer that shot

20   at you with the PepperBall?

21        A     Yes.

22        Q     And how far from you was that officer when

23   the officer shot the PepperBall at you?

24        A     They were, I don't know, 10, 15 feet away.

25        Q     I'm sure it's similar to the questions

1   before, but were you able to determine whether that

2   officer was male or female?

3        A     I didn't see the specific officer who shot

4   me.  I saw the line of officers begin to shoot.

5   That's when I ducked behind my sign.  So I didn't see

6   the exact officer who shot me.

7        Q     And when you ducked behind your sign, I

8   think you testified that one of the PepperBalls went

9   through it and it hit you; is that correct?

10       A     Yes.

11       Q     Where did it hit you?

12       A     In my forearm.

13       Q     Which forearm?

14       A     Left, I believe.

15       Q     And did it leave any sort of marking on

16  your forearm?

17       A     Oh, yeah.

18       Q     And what kind of marking did it leave?

19       A     It bruised.

20       Q     And how long did you have that bruise?

21       A     I'm not sure.

22       Q     Did you take any pictures of that bruise?

23       A     No.

24       Q     And after you had the PepperBall

25  experience -- or strike that.  Let me go back.

1    Q    Approximately what time did you leave the

2    protest?

3    A    12:15, 12:20.

4    Q    And did you ever have to seek any sort of

5    professional medical attention for the bruise on your

6    forearm from the PepperBall?

7    A    No.

8    Q    And did you seek any professional medical

9    attention for the gassing that you experienced on the

10   second night?

11   A    No, but I probably should have.

12   Q    And, again, similar to the questions that

13   I asked you before the other incidences.  Am I

14   correct in saying that you haven't really thought

15   about a value that you would place on the experience

16   that you had on the second day?

17   A    That's correct.

18   Q    And physically, what were you feeling when

19   you got home after the second day of the protesting?

20   A    I was oddly exhausted, kind of felt sick.

21   I don't remember if it was that night or the night

22   after, but I threw up one of the nights, that tasted

23   very peppery.  Yeah, and both a mix of anger and

24   despair.

25   Q    So moving on to the third day of the

1      Q      Now, going back to the location where the
2    barrier was and the police starting to approach, tell
3    me what happens next.
4      A      So as the police approached, they started
5    firing pepper bullets, throwing gas, throwing
6    concussion grenades.  One of the concussion grenades
7    laterally hit Alicia in the leg and exploded right at
8    our feet.  So we ran towards the corner of 14th and
9    Broadway.  There are a lot of stairs there.  So
10   Alicia and I, as we were sort of getting our lives
11   together, we couldn't hear each other very well, but
12   there were some people stuck on the steps of the
13   capitol, trying to leave, as one of them was on
14   crutches.
15            And we watched an officer come up and rip
16   the goggles off of the person who was helping him and
17   pepper spray him straight in the face.  So we ran up
18   with a couple other people who helped get the guy in
19   crutches down.  We got the guy who had been
20   pepper-sprayed down and took him to a first aid booth
21   that had been set up on 14th, like halfway between
22   Lincoln and I think Grant is the top street.  There's
23   a little like inlet or alley that they were in.
24     Q      And going back to when the deployment of
25   the less lethal occurred in that barrier area, were

1    you personally hit with any PepperBall in that

2    location?

3        A     No PepperBall, but gas and the effects of

4    the concussion grenade.

5        Q     And that's my next question.  Did you see

6    the officer that deployed the concussion grenade?

7        A     No.  There were so many officers, I

8    couldn't tell who did what.

9        Q     Can you estimate the number of officers

10   that were approaching in that situation?

11       A     Probably about 30 to 40.

12       Q     And when the -- let me try that again.

13             When the concussion grenade went off, I

14   think you said that you and Alicia were having a hard

15   time hearing; is that correct?

16       A     Yes.

17       Q     Did that improve as the night went on?

18       A     I would say we regained our hearing about

19   25 percent that night.  It took several days for it

20   to recover fully.

21       Q     But several days later, it did recover

22   fully?

23       A     Yes.  As far as I know.  No one has told

24   me I have bad hearing yet.

25       Q     That's fair.

1    that makes sense.  If you ever get lost, we always

2    try to go back to the capitol.

3              And there were pretty much only police

4    officers there.  So we got directed, like

5    person-to-person, on where to go.  So they instructed

6    us to walk up 14th I believe to Grant and to head

7    right through police officers to go back to the side

8    of the protesters.  So we followed the police's

9    instruction.

10             We had a second police officer run up to

11   us and yell at us the same direction.  Most of this

12   time I became very protective of Alicia and would

13   push her behind me, because it felt very aggressive,

14   obviously.  As we walked through the frontline of

15   police, I had my back to them and was covering her

16   and she was looking at them.  I only made it about

17   halfway across the intersection to where the

18   protesters were, and they shot me with PepperBalls in

19   the back until we got to the other side and I could

20   get behind like a utility box.

21        Q     Your best memory or estimate, how many

22   times were you shot in the back with a PepperBall?

23        A     I think like three.  I remember having

24   three marks on my back.

25        Q     And were these marks also bruises?  Or did

*AB Litigation Services*

1    they cause a laceration or anything like that?

2    That's what I'm trying to get at.

3         A    No.  Bruises and redness and swelling, but

4    they didn't break the skin.

5         Q    And did you take any photographs of those

6    markings on your back?

7         A    No.

8         Q    And going back to when you guys kind of

9    reconvened at the capitol and you talked to the

10   officer who told you what direction to go, do you

11   remember anything about that officer, whether it was

12   female?  Male?

13        A    Male.

14        Q    And do you recall height?  Build?

15   Anything that -- any sort of badges on their uniform?

16        A    No, just normal DPD attire.

17        Q    And then the second officer that

18   approached you that was giving you the directions as

19   well, do you remember any -- any sort of identifying

20   markers of that officer?

21        A    He's the only one I remember.  He was

22   male, white and sort of overweight face.

23        Q    And I think you testified that you had

24   Alicia behind you during this time because you were

25   feeling protective of her.  What made you protective

1   or the night terrors?

2       A       Just being triggered by watching other

3   protests, watching other police violence, not feeling

4   like I have the right to protest anymore safely.

5       Q       Is there anything that would make you feel

6   like you could protest safely?  Is there anything

7   that you can think of that could be changed that

8   would help you feel like you could protest safely?

9       A       I think the police not being allowed to be

10  in the area, or the police that were there had no

11  weapons, including less than lethal.  They can stop

12  traffic if they really want to but nothing that they

13  can engage protesters with.

14      Q       And do you continue to have the night

15  terrors?

16      A       Yeah.

17      Q       Is that a nightly occurrence?  Or roughly

18  how often per week do you have the night terrors?

19      A       Lately it's been every night ████████████

20  ████████████████████████████████████████████

21  ████████████    But between then, it's any time I watch

22  something on the news that re-triggers that.

23      Q       You had mentioned that the sleeplessness

24  had gotten better ████████████████████████████████

25  ████████████████████    Were the night terrors also better

*AB Litigation Services*

1  said earlier that you received no medical treatment

2  for your physical injuries at the protests, you were

3  referring to professional medical treatment; is that

4  correct?

5      A    Correct.

6      Q    Okay.  Thank you.

7          MS. BAILEY:  So those are all the

8  questions I have.  And so then just one final point

9  for the record is that counsel has agreed to

10  designate the entire rough transcript confidential.

11  So along with that, we would just ask for 60 days to

12  review the confidential designations and sign the

13  transcript.

14          Do you agree with that, Ms. Jordan?

15          MS. JORDAN:  I do.  And I just have a

16  couple of follow-ups on those.

17                  EXAMINATION

18  BY MS. JORDAN:

19      Q    The YouTube channel you have, did you ever

20  post any videos on your YouTube channel about your

21  experiences at the George Floyd protests?

22      A    No, but I was doing free monthly HIIT

23  workouts at the time for clients.  And the Monday

24  following, you can see my face still being incredibly

25  puffy and red from the weekend before.