MIC... | RUSS...
STEPHON CLARK | GEORGE HA...
TAMIR RICE | ABDUL KAMAL
TRAYVON MARTIN | YVETTE SMITH
ERIC GARNER | HALLIS KIN...
PHILANDO CASTILE | HOWARD BO...
SAMUEL DUBOSE | BRIATAY MC...
SANDRA BLAND | COREY TAN...
WALTER SCOTT |
TERRANCE CRUTCHER |

Exhibit 44