AB Litigation Services

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF ASHLEE WEDGEWORTH
September 9, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:

    ARNOLD & PORTER KAYE SCHOLER, LLP
       By Gerardo Mijares-Shafai, Esq.
          601 Massachusetts Ave., NW
          Washington, DC 20001
          202.942.6114
          gerardo.mijares-shafai@arnoldporter.com
           Appearing on behalf of Plaintiffs


    DENVER CITY ATTORNEY'S OFFICE
       By Hollie R. Birkholz, Esq.
          201 West Colfax Avenue
          Department 1108
          Denver, Colorado 80202
          720.913.3100
          hollie.birkholz@denvergov.org
           Appearing on behalf of Defendants


    ALSO PRESENT:  Elisabeth Epps

Exhibit 45

1    14th and around again.
2         Q    Do you recall that specifically?  You
3    definitely recall making a circle and then going the
4    other direction?
5         A    Yes.
6         Q    Okay.  So I'm drawing some arrows here.
7    Oops.  And then you said back up Lincoln?
8         A    It could have -- yeah, it could have been
9    Lincoln, which way travel -- yeah.  So Lincoln
10   travels that way.  However, a lot of Lincoln was
11   blocked off.  So I can't recall specifically, but
12   somehow we made our way around to get back up Colfax.
13        Q    Okay.
14        A    A lot of Lincoln and Broadway was blocked
15   off during this time.
16        Q    Okay.  So correct me if I'm wrong, but to
17   summarize your testimony, when you attended the
18   protest on May 28th, it was after it was dark, you
19   were driving in your car in an easterly direction,
20   made a circle around the capitol and never got out of
21   your car during that time; is that correct?
22        A    Correct.
23        Q    Okay.  So I'm going to stop sharing my
24   screen.  Now, you mentioned that you observed
25   officers deploy teargas.  Where were the officers

AB Litigation Services

```
 1   located?
 2        A     I can't recall specifically.  However, I
 3   know that they were along Colfax, along 14th Street,
 4   on capitol grounds.  Yeah.
 5        Q     And you mentioned your windows were up
 6   while you were driving; is that correct?
 7        A     They were down at first and then, yes, had
 8   to be rolled up.
 9        Q     And, you know, at any point in time did
10   you inhale any of the gas or smoke?
11        A     Yes.
12        Q     Okay.  How far away from it was your car
13   when you believe you inhaled it?
14              MR. MIJARES-SHAFAI:  Objection,
15   foundation, vague.  What is -- how far away from
16   what?
17        A     Yeah, I don't know how to answer that.
18   The teargas and smoke was all throughout the air.  So
19   I don't know where it was initially deployed to know
20   how far away from it I was.  The entire area, you
21   know, was filled with teargas.  And throughout the
22   time of the protests, the closer you are to the
23   capitol, the worse it was.
24        Q     (BY MS. BIRKHOLZ)  At what point in time
25   did you guys roll up your windows?
```

```
 1        A      I can't recall.  Well, once we began to
 2   taste and feel the impacts of the teargas.
 3        Q      How do you know that it was teargas and
 4   not smoke?
 5        A      Because I know what Mace feels like.
 6        Q      So you would describe it as a Mace
 7   feeling?
 8        A      Yes.  A burning, tingling feeling.  You're
 9   coughing.  You can't talk.  You can't see.
10        Q      Okay.  And after you rolled up your
11   windows, did that improve the way that you felt?
12        A      No.
13        Q      Okay.  So tell me in your own words how
14   you felt as you were driving, kind of circling this
15   area.
16        A      Again, it made it difficult to breathe,
17   difficult to see.  If I licked my lips, you could
18   taste it.  It burns your skin.
19        Q      Did you see anything about the officers or
20   line of officers that deployed any gas or smoke in
21   that area?
22        A      I don't recall.
23        Q      Would you agree with me that you --
24   because you guys were driving around, you were not
25   actually protesting that evening?
```

AB Litigation Services

1    30 minutes after we did.
2        Q    And do you recall what you were wearing
3    that evening?
4        A    I do not.
5        Q    Do you remember what either of your
6    friends were wearing?
7        A    I do not.
8        Q    When you arrived to the capitol
9    approximately 9 o'clock or shortly thereafter on
10   May 29th, what did you observe happening?
11       A    There were many different things
12   happening.  Again, you know, there were chants.
13   There were marches.  There were speakers on capitol
14   grounds.  Other demonstrations of people lying down
15   in the street in complete silence for the amount of
16   time that George Floyd was on the ground.  Lots of
17   people driving by and honking and holding signs.
18       Q    How long did you stay in the area of the
19   capitol?
20       A    So, again, I think we were down there
21   until, you know, 1:30 or later.  And a lot of the
22   time, you know, was spent walking around.  You know,
23   we didn't stay in one place.
24       Q    Where did you all go the evening of the
25   29th?

```
 1       A      When we were walking around?
 2       Q      Yeah.  If you had to retrace your steps,
 3   you know, where generally did you all travel to?
 4       A      Yeah.  Again, down Lincoln, down Broadway,
 5   along Colfax, along 14th.  Yeah.  Yes.  That's all.
 6       Q      When you were traveling around, was it
 7   part of a march, or did you have destinations in
 8   mind?  What was -- or were you just kind of wandering
 9   around?
10       A      Yeah, just wandering around.
11       Q      So tell me in your own words what, I
12   guess, you believe or how you believe your
13   constitutional rights were violated during this
14   evening attendance at the protest.
15              MR. MIJARES-SHAFAI:  Objection.  She's not
16   a constitutional law expert.  She is a fact witness,
17   though.  So her injuries, things like that.  Just
18   want to put that on the record.
19       A      Again, this night we -- teargas was
20   dispersed within the crowd.  So, again, I remember
21   the closer we got to the capitol, the worse it was to
22   breathe due to the teargas.
23              This is also the night that we were shot
24   at with the rubber bullets by police, and Skye
25   suffered injury in that regard.  I was not hit by any
```

AB Litigation Services

 1   of the rubber bullets, but, again, did suffer due to
 2   breathing in teargas.  So inability to breathe,
 3   inability to see, impacts on my skin, my eyes and
 4   things like that.
 5        Q    (BY MS. BIRKHOLZ)  OKAY.  So in your
 6   interrogatory responses, the event on this date is
 7   with respect to the incident between 10 o'clock
 8   and 11 o'clock regarding the intersection of East
 9   Colfax and Grant when you're standing near the
10   parking lot at Capitol Hill Books.
11             Is that the incident that you describe
12   with Skye being hit with a PepperBall?
13        A    Yes.
14        Q    So I'd like to dig into that a little bit
15   more.  I'm going to share my screen, which is, again,
16   an overview map of that particular area.  And this is
17   again Exhibit 1, and it is Page 2 of Exhibit 1.
18             Can you see that overview okay?
19        A    Yes.
20        Q    Okay.  So if you would, tell me in your
21   own words what happened with respect to this
22   incident.
23        A    So on this day, Skye, Taylor and myself
24   were standing on Colfax -- I don't want to get the
25   street wrong, but I believe it's Grant where the

*AB Litigation Services*

1  bookstore is, across the street from the back of the
2  capitol.  And we were standing on that corner.  A cop
3  car drove by, and others who were in the street began
4  to throw like I want to say water bottles and -- I
5  don't want to say rocks, because I'm not for sure
6  that they were rocks, but they began throwing things
7  at the police car.
8           There were a group of officers who were
9  hanging out in the back parking lot near their
10 vehicles next to the bookstore.  So that would be
11 south of the bookstore, in that parking lot.  And as
12 the police car was driving by and others were
13 throwing things at the car, they just pointed
14 their -- I don't know if they're guns, but their
15 guns, if you will, towards the crowd and towards us
16 and just began shooting, you know, at anyone who was
17 standing around.
18           At that moment, you know, we could see the
19 bullets coming towards our feet.  And we could hear
20 the sounds, and we began to run and could also see
21 these bullets as we were running.  And Skye was hit a
22 few times on her back legs and butt.  I know that we
23 ran across Colfax.  A bit of struggle breathing, just
24 due to the teargas and all of the smoke in the air.
25 Yeah.

```
 1        A     Correct.
 2        Q     And this is Emerson, so I'm just going to
 3   draw a line here.  Is that approximately where the
 4   street was blocked off?
 5        A     Yes.  If -- I don't see the Wendy's, but
 6   it's near the Wendy's.  Across the street from that
 7   is a Good Times, so it was over in that area.
 8        Q     Yeah.  And the Wendy's might actually be
 9   over here, because this is --
10        A     Okay.
11        Q     So I'll actually just draw kind of a
12   highlight on Emerson Street.  So somewhere along
13   there; is that correct?
14        A     Uh-huh.  Yes.
15        Q     And then you mentioned that you guys
16   parked; is that correct?
17        A     Yeah.  So I would say it's right there
18   on -- where it says North Ogden, in that parking lot.
19        Q     Okay.  So I'm just going to put a circle
20   here.
21              Somewhere in here, is that where you
22   parked?
23        A     Yes.
24        Q     Okay.  All right.  So that sets the scene
25   for us.  So where did you go after you got out of the
```

AB Litigation Services

```
 1   car on -- after you parked in the parking lot?
 2       A     Yeah.  So there was marching and protests
 3   occurring down Colfax, and we assumed that it was
 4   going to go, you know, towards the capitol.  But,
 5   again, we realized that the police had it blocked off
 6   right there.  So we did walk down Colfax.  And,
 7   again, the closer you got to police, the harder it
 8   was to breathe with all the crowd and people standing
 9   and marching down Colfax.
10              I remember there being, you know, people
11   trying to get by and the police having this blocked
12   off.  So it appeared, you know, to be what you would
13   call a standoff.  And then during that time is,
14   again, when Mace and the smoke and the flash-bangs
15   and all of that were dispersed or deployed on the
16   crowd and -- to get the crowd to disperse.  And we
17   were not able to march down towards the capitol.
18       Q     So a few questions about that.  How many
19   people were in this area?  How many protestors were
20   in this area, if you recall?
21       A     I would say hundreds.
22       Q     Okay.  How close did you get to the police
23   line -- well, strike that.
24              Was the police line on Emerson Street,
25   kind of by this Wendy's?
```

```
 1      A      In that area, yes.  I don't want to say
 2   specifically that street.
 3      Q      Okay.  Were there any other police
 4   officers that were, you know, closer to Ogden Street
 5   or closer to, I don't know, Corona Street or
 6   further --
 7      A      Not that I recall.
 8      Q      Okay.  So then how close were you and Skye
 9   able to get to the police line?
10      A      Yeah.  So I know we walked along the
11   sidewalk over there on the south of Colfax.  And we
12   were able to get pretty close.  I mean, the closer
13   you got, the more difficult it was to breathe.  I
14   would not say that we were in the front of the line
15   or anything, for our own reasons and fear, but close
16   enough to see how the police were lined up and
17   walking the area.
18      Q      Okay.  So on this map, if I was to put a
19   star somewhere -- so this is the Ogden Theater.  This
20   is the Conoco station right here.  Were you closer to
21   the police line?  Were you within this first block,
22   or --
23      A      Yeah.  Yes.
24      Q      Okay.  So where -- if I was to put a star
25   like how close you guys got, where would it be?
```

```
 1      A      I would just maybe say right there in that
 2   shadowbox.
 3      Q      Right here?
 4      A      Uh-huh.  So, again, close enough to see
 5   but not in the front of the line.
 6      Q      Okay.  All right.  That is helpful.
 7             So when you got to that area, you know,
 8   what was happening?
 9      A      Again, it appeared to be a standoff with
10   protestors and police.  Protestors wanting to get by
11   and march down to the capitol, and police not
12   allowing that.  So, yeah.  And, again, in order for
13   them to disperse the crowd, you know, the teargas and
14   the Mace and the flash-bangs were deployed on the
15   crowd.
16             I remember seeing groups of people running
17   back to the car, people, you know, directly impacted
18   with teargas in their eyes, falling to the ground,
19   laying on the ground.  And I remember us running, you
20   know, back to get into the car.
21      Q      Were you close enough to the police line
22   to see what jurisdiction the officers were from?
23      A      Yeah.  I mean, there were cars around.  It
24   was definitely Denver Police.
25      Q      Okay.  Did you see any officers from any
```

```
 1   other jurisdictions in that location?
 2        A    I don't recall.
 3        Q    Did you see where the smoke or gas
 4   canisters were being deployed from along the line?
 5        A    I didn't see specifically who, no.
 6        Q    How close did you get physically to the
 7   smoke or gas that was being deployed?
 8        A    Close enough to be affected by it.
 9        Q    And what do you mean "affected by it"?
10        A    Well, again, teargas in our eyes,
11   inability to see, breathe, impacts to our skin,
12   lungs, throat.
13        Q    You also mentioned hearing flash-bangs,
14   and the interrogatory said either flash-bangs or
15   fireworks.
16             What specifically did you see or hear?
17        A    Loud banging noises.  I remember there
18   were also people in the crowd who were offering
19   earplugs, because they knew what to expect.
20        Q    Okay.  Were you -- at that time, did you
21   see any members of the crowd with fireworks --
22   deploying fireworks?
23        A    No, not at that time.
24        Q    Okay.  During the protest, did you ever
25   see anyone with fireworks or explosive devices?
```

AB Litigation Services

1   this particular time and location?
2       A    I know there was a time when we first
3   arrived when we were on Colfax and Lincoln and then
4   more in Civic Center Park.
5       Q    Okay.  So the first incident, where were
6   you guys located when there was any sort of use of
7   less lethal munitions by officers?
8       A    In Civic Center Park.
9       Q    Okay.  So there is --
10      A    So I would say along Lincoln but across
11  the street from the capitol, the beginning of the
12  park.
13      Q    Okay.  So there's Civic Center Park and
14  then there's this park that's in between Broadway and
15  Lincoln.  Are you talking about the park that's in
16  between Broadway and Lincoln or actually Civic Center
17  Park?
18      A    So no, we weren't near Broadway.  We were
19  closer to Lincoln.  So that park area right there.
20      Q    Okay.  Where particularly were you located
21  when the police utilized less-lethal munitions in
22  this area?
23      A    In the area that I just described.
24      Q    Okay.  Is that around right here in the
25  middle?

```
 1      A     Yes.  Yes.
 2      Q     Okay.  And what happened?
 3      A     Again, there was just -- there was lots of
 4   demonstration, you know, marching, speeches, things
 5   of that nature, crowds gathered.  And it wasn't until
 6   close to midnight when -- well, police were already
 7   formed near the bus station.  But closer to midnight,
 8   they began to form around the capitol so as a means
 9   to get people off of the capitol grounds.
10            And then after midnight is when they went
11   into the crowds and started Macing and deploying
12   teargas and flash-bangs and trying to grab people to
13   arrest them, yeah.
14      Q     Okay.  So did this -- this line ever move
15   while you were in this area so that police could make
16   arrests?
17      A     Yes.  They began to move off of the
18   capitol steps into the crowd.  And there were also
19   other patrol cars filled with officers.  I don't know
20   what you call them, but the trucks that the officers
21   hang off of, began to pull up and hop off of the
22   trucks to also grab people.
23      Q     Okay.  And did the police line in front of
24   the RTD station ever move or progress forward to try
25   and clear the area?
```

```
 1       A      Yes.
 2       Q      So what, if anything, do you believe you
 3   were exposed to in this area at this time?
 4       A      Again similar to how I've previously
 5   described:  The flash-bangs, the teargas, Mace.  I
 6   know that there were pepper bullets, but we were not
 7   impacted by them.  It was mostly the teargas.
 8       Q      How close were you to the line that
 9   deployed any of those munitions?
10       A      Not very close.  We maintained our
11   position across the street.  We did not go into the
12   capitol steps.
13       Q      Okay.  Would you say from either of the
14   lines, you were approximately half a block away from
15   either police line at the closest?
16              MR. MIJARES-SHAFAI:  Lack of foundation.
17              You can answer.
18       A      I mean, I don't know the exact
19   measurement, but we weren't that close to them, no.
20       Q      (BY MS. BIRKHOLZ)  Okay.  And so wherever
21   the munitions were being deployed -- like were you --
22   how close to any canisters of gas or smoke were you
23   that you observed?
24       A      I would say fairly close.  I mean, once
25   that's in the air, you can see it, you know.  So I
```

```
 1   don't know what you consider close, because it
 2   impacts the entire area.
 3        Q    How close to any actual canisters, if you
 4   observed any, were you at this location and time?
 5        A    I didn't observe any canisters.
 6        Q    Now, with respect to the flash-bangs that
 7   you indicated you overheard, how do you know it was a
 8   flash bang?
 9             MR. MIJARES-SHAFAI:  Objection, not a
10   weapons expert.  Form and foundation.
11        A    Loud noises, grenades.  Sounds like a
12   grenade, however we'd like to label them.
13        Q    (BY MS. BIRKHOLZ)  Okay.  So you heard
14   loud bangs essentially; is that correct?
15        A    Correct.
16        Q    Did you ever see any flashes?
17        A    I don't recall.
18        Q    Do you know whether or not you actually
19   observed or heard flash-bang devices in this area at
20   this time?
21        A    I do know that I heard them.  If we're
22   calling that a flash-bang, the loud grenade noise
23   that we hear.
24        Q    Did you observe any individuals in the
25   crowd utilizing either fireworks or explosives at
```