*AB Litigation Services*

CONFIDENTIAL TRANSCRIPT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)
_____

REMOTE DEPOSITION OF ZACHARY DANIEL PACKARD
July 16, 2021
_____

PLAINTIFFS:

ELISABETH EPPS, et al.

vs.

DEFENDANTS:

CITY AND COUNTY OF DENVER, et al.
_____

Exhibit 46

1     Q     And what did you observe when you arrived?

2     A     It was kind of scattered.  There was a

3  line of officers across Colfax Avenue and across

4  Washington making, like, an L formation.  There was

5  peaceful protesters kneeling on the ground in front

6  of some of the officers.  Other protestors were

7  chanting.  That's about it.

8     Q     And about how long were you there before

9  your injury occurred?

10    A     Not even 10 minutes.

11    Q     And while you were there, did you hear any

12 more of those curfew announcements or did you just

13 hear it once?

14    A     Just once.

15    Q     Do you know if more than one curfew

16 announcement was given?

17    A     I do not know.

18    Q     And -- and I know your injury was

19 difficult but, you know, I want to get into what you

20 remember of that.

21         So tell me -- tell me what happened.  Like

22 how -- how did you -- how did you get injured?

23    A     I was, like, in the very front of the

24 protest.  And police started firing less lethals.

25 And a canister came across the street, like

*AB Litigation Services*

1    basically right up to my feet.  And so I kicked it

2    out into the street, like out away from the

3    protestors.  And that was when I got hit in the

4    head.  I lost vision.  I heard ringing in my ears.

5    And I could feel that I was falling to the ground.

6    And then the next thing I know I was waking up in,

7    like, someone's arms, like a block away.

8        Q    Did you see the officer that had deployed

9    the canister that landed at your feet?

10       A    I did not.

11       Q    And when you kicked the canister, did you

12   intend to just kick it away from you or kick it at

13   the police officer?

14       A    I intended to kick it away.

15       Q    How long after you -- or strike that.

16            Did you actually kick it -- did your foot

17   make contact with the canister?

18       A    Yes.

19       Q    And then how long after your kicking the

20   canister did you get hit with the less lethal?

21       A    Almost immediately.

22       Q    And do you recall where on your body you

23   were hit?

24       A    Right here in my temple, like right by my

25   ear.

1       A     They spoke with him.

2       Q     And then I believe -- did Sean come and

3   pick you up and take you to the hospital?

4       A     Yes.

5       Q     Really quick, going back to May 30th, at

6   any time were you ever shot at with any less lethal

7   projectiles while you were protesting --

8       A     I was.

9       Q     -- on May 30th?

10            Tell me about that.

11      A     That goes back to watching that lady being

12  assaulted.  I yelled for them to stop, and one of

13  the officers turned to me and started opening fire

14  on me.

15      Q     Do you remember any sort of physical

16  features or identifying badges on their uniform that

17  you remember of the officer that shot you that

18  night?

19      A     No.

20      Q     And when they shot at you, did they hit

21  you?

22      A     I was using my skateboard to cover my

23  face, and it hit -- one hit my skateboard.  In one

24  of the documents it says three hit my skateboard.

25  That's not true, it was only one.

1    you?

2        A        ███████████████████████        I don't

3    really recall the first night. and I know I slept

4    for, like, 16 hours straight after that.  And then

5    they -- they got me up and walking and did some

6    brain -- brain exercises to see how my cognitive

7    abilities are.  And that's about it.  They tried to

8    get me to eat, but I didn't really have an appetite.

9        Q     And you were admitted, correct?  Do you

10   know what that means?  Like, you stayed at the

11   hospital?

12       A     Yes.

13       Q     How many days did you stay at the

14   hospital?

15       A     A total of four days.

16       Q     And I'm not looking for any medical

17   opinions because I know you're not a doctor, and I'm

18   not a doctor, but what is your general understanding

19   of the injuries that you received from that incident

20   on May 31st?

21       A     My skull was broken, I was bleeding in my

22   brain, and I had two broken discs in my neck.

23       Q     After your four-day stay at Swedish

24   Medical Center, did you receive any further medical

25   treatment for the injuries you received on May 31st?

*AB Litigation Services*

1      Q      How long did you have to wear that neck
2  brace?

3      A      They told me to wear it for three months,
4  so I did.

5      Q      And currently, like in present time, not
6  at this exact moment, but how does your neck feel
7  now?

8      A      It feels good.  There's some minor
9  annoyances but, like, nothing serious.

10     Q      You also had your skull and I think you
11  said facial fractures.  How have they healed?

12     A      They healed fine.  This was numb for,
13  like, four months, but it's -- it's back to -- back
14  to normal.

15     Q      Good.  And, again, for the record, when
16  you say, This was numb, you were pointing to your
17  right temple again, correct?

18     A      Correct.

19     Q      And for about four months after your
20  injury, you had some numbness in your right temple?

21     A      Correct.

22     Q      Okay.  But that has since gone away?

23     A      Yes.

24     Q      Are you able to continue to skateboard?

25     A      A little.  It's not worth the risk if I

1    Q    And were you able -- probably not.  Were

2    you able to still work for the restaurant in April,

3    May of 2020?

4    A    Yes.  So it was -- actually, it was like

5    two weeks before my injury, I was temporarily laid

6    off because of Covid.  And then after my injury I

7    couldn't go back to work when they -- when they were

8    ready to have me back.

9    Q    How were you paid at the restaurant -- if

10   you just answered, I do apologize -- hourly or

11   salary?

12   A    Hourly.

13   Q    And how much did you make at the

14   restaurant?

15   A    15.50.

16   Q    And how many hours did you work for the

17   restaurant?

18   A    I was part-time.

19   Q    And so just so I'm clear, had you worked

20   those two weeks prior -- at the restaurant prior to

21   your injury?

22   A    Not for Abejas.

23   Q    Okay.  Because you were laid off for

24   Covid?

25   A    Correct.

```
 1        A    I was making, like, 800 to a thousand a
 2   week, so I guess, yeah, like about 4 grand.
 3        Q    And what were you -- before Covid
 4   happened, what were you bringing home, like, monthly
 5   from the restaurant?
 6        A    I'm not sure.  ███████████████████
 7   ███████████████████
 8        Q    And the -- the job that you currently
 9   have, how much money do you make a month?
10        ███████████████████.
11        Q    Now, part of the claim is a lost wage
12   claim.  And I don't want to know anything that you
13   and your attorneys have ever discussed.  But in your
14   opinion, are you seeking lost wages from the date of
15   your accident until you were reemployed in June?  So
16   that would have been June through the end of the
17   year to the beginning of this year.
18        A    Yes.
19        Q    And based on what you just told me, you
20   make less money now than you did when you worked for
21   Black Diamond Contracting.  Are you also seeking the
22   difference between what you previously made and what
23   you make now?
24        A    We didn't really discuss that.
25        Q    Now, when you say "we," if it's something
```

1       Q     Okay.  And then starting at 31:02.

2             (Video clip played.)

3       Q     (By Ms. Jordan) Did you hear that curfew

4    order as well on the video?

5       A     Yes.

6             (Interruption by the court reporter.)

7             MS. JORDAN:  Yes, Exhibit 8.

8             (Exhibit 8 marked.)

9             MS. JORDAN:  I was going to tell you what

10   the document number was.  It is saved as COA BLM

11   416, underscore, Garcia Richard, underscore, 2020,

12   5-31.

13            And, Matt, I apologize, I think it's too

14   large to put into the chat for you.

15            MR. REIDY:  That's fine.  Just with that

16   identification, we can -- we can find it.

17      Q     (By Ms. Jordan) And in your own personal

18   opinion, after watching that incident, whether it

19   was you or not, what do you think the police did

20   wrong in that video clip?

21            MR. REIDY:  Objection to form.  You can go

22   ahead and answer to the best of your ability.

23      A     Well, it -- they were just playing a

24   prerecorded message.  They never said, If you don't

25   leave, we're going to start opening fire.

*AB Litigation Services*

1        A     Yes.

2        Q     And how do you personally think, nothing

3   your attorneys have told you, that your First

4   Amendment right was violated?

5        A     By violently disallowing me to protest.

6        Q     And is that based on being hit with the

7   less lethal munition?

8        A     Yes.  And viewing other people being

9   injured as well.

10       Q     And how did you and other people being

11  injured affect your First Amendment rights?

12       A     It makes me afraid to express and use

13  my -- my amendment rights.

14       Q     Now, I know you're not a lawyer, and I

15  don't want to know what you talked about with your

16  lawyer, but part of a lawsuit is damages.  And in

17  your own opinion, have you thought about what sort

18  of value moneywise you would put on constitutional

19  violations?

20       A     No.

21       Q     And that's fair.  I just was wondering if

22  you had ever thought of that yourself.

23             Do you -- strike that.

24             You -- you've stated earlier that you

25  still have a little bit of some neck annoyances.

*AB Litigation Services*

1    Describe that for me.

2         A    There's numbness, some slight discomfort.

3    And when I rub the back of my neck, it doesn't feel

4    the way it used to.

5         Q    Have you experienced any inability to move

6    your head from side to side because of your injury?

7         A    Minorly, yes.

8         Q    How about up and down?

9         A    It's more right or left.

10        Q    Right or left.  And is it that your --

11   your motion is restricted or does it cause pain?

12        A    Restricted motion.  Not really any pain.

13        Q    Do you have any medical appointments set

14   up to see anybody about your neck?

15        A    No.

16        Q    And I'm pretty sure I know the answer to

17   this, and you may have answered it, so I apologize,

18   you never had to undergo any sort of surgery as a

19   result of your injuries; is that correct?

20        A    Correct.

21        Q    Did you have any sort of out-of-pocket

22   expenses?  And I'll explain that to you.  When you

23   got out of the hospital, I had noticed in your

24   medical records they recommended you to get, like, a

25   shower chair.  Did you ever have to buy a shower

1    chair when you got discharged home?

2        A    No, I never bought a shower chair.  I

3    picked up prescriptions.  That would be, like, the

4    only thing I could think of.

5    ██████████████████████████████████████████

██████████████

████████████████████████████████████

████████████████████████████████████

██████████████████████████████████████████

███████████████████████████████████

███████████████████████████████████

█████████████████████████

███████████████████████████████

█████████████████████████████

███████████████████████████████

██████████████████████████████████████████████

████████████████████████████████████

████████████████████████████████████████

████████████

██████████████████████

██████████████████████████████████████

████████████████████████████████████

██████████████████████████████████

██████████████████████████████████████

████████████████████

 1      Q     Who refilled that prescription for you?

 2      A     There's an urgent care by my house that I

 3    went to.

 4      Q     And what is the name of that urgent care?

 5      A     Accentra (sic), I think.  Something like

 6    that.

 7      Q     Do you know where it's located?

 8      A     Yes.  It's Heritage and 6th Avenue in

 9    Golden.

10      Q     I think that's a Concentra.

11      A     Concentra, yes.

12      Q     Sorry, I actually know of the urgent care

13    you're talking about.

14            And did they give you an examination or

15    did they just refill your prescription?

16      A     They looked at my records and examined my

17    neck, and then -- and then they gave me a

18    prescription.

19      Q     And then the other prescription that you

20    don't remember what it was, do you know how long you

21    took it?

22      A     Until the bottle ran out, so probably

23    closer to a month.

24      Q     And you personally paid for these

25    prescriptions?

*AB Litigation Services*

1    A    Yes.

2    Q    How much did you pay for them?

3    A    I don't remember.  It wasn't very

4  expensive.

5    Q    Do you have receipts for that?

6    A    Yes.

7    Q    If you can locate them, will you give them

8  to your counsel?

9    A    Yes.

10   Q    Thank you.  And you said that your -- the

11  pain in your skull was excruciating.  How long did

12  you experience that excruciating pain?

13   A    For about two months.  Maybe 2-1/2 months.

14   Q    And then when it stopped being

15  excruciating, was it just less amount of pain or did

16  it completely go away?

17   A    It was less pain and, like, phasing into

18  the numbness that I was experiencing.

19   Q    So when you had the skull pain, was it --

20  like excruciating skull pain, was it your entire

21  skull?

22   A    Just the right side of my face.

23   Q    And then it went from excruciating pain,

24  then kind of turned it into that numbness you were

25  talking about?

*AB Litigation Services*

1       A    Correct.

2       Q    And that numbness is now gone, correct?

3       A    Correct.

4       Q    And you don't have skull pain anymore?

5       A    No.

6       Q    Your -- your current employment, I'm

7    sorry, I have it written down somewhere, but what is

8    it again?

9       A    Bob's Atomic Burgers.

10      Q    Correct.  What do you do there?

11      A    I'm a line cook.

12      Q    Do you have any aspirations to become a

13   chef or a cook or a professional cook?

14      A    No.  Maybe this is where we can segue.  I

15   was going to start my own business, actually, before

16   I was injured, and was -- I had to put that on the

17   back burner.

18      Q    Okay.  What sort of business were you

19   going to start?

20      A    Landscaping.

21      Q    Do you still have plans to start your

22   landscaping business?

23      A    Yes.

24      Q    And what sort of landscaping business --

25   and you don't have to pitch me your business

1    proposal, but more of is it just mow lawns or, like,

2    the landscape design?  What kind of landscaping

3    business do you want to start?

4         A    Design and garden maintenance.

5         Q    What sort of background do you have with

6    landscaping?

7         A    About five years of landscaping and

8    gardening experience.  I used to work for a man

9    named Tom Peace.

10        Q    And did Tom Peace own a landscaping

11   company?

12        A    Yes.

13        Q    So what sort of work did you do for him?

14        A    Garden installations, scaping, and, like,

15   watering and care.

16        Q    When you say "watering," do you mean, like

17   installing irrigation systems?

18        A    Yes.

19        Q    And you worked for him for about five

20   years; is that correct?  Is that what you said?

21        A    Yes.  So four years -- four summers for

22   four years.

23        Q    And when were those summers, like the

24   years?

25        A    Like 2014-'15 to 2017-'18.

1      A     No.

2      Q     The medical bills that we went over

3   earlier today, do you know if any payments have been

4   made on them?

5      A     There has not been any payments made on

6   them.

7      Q     In regards to the police department, do

8   you think that police provide any positive aspects

9   for the community?

10     A     Yes, I do.

11     Q     And what sort of positive aspects do you

12  think the police provide?

13     A     I mean, they keep people safe.  They get

14  drunk drivers off the road.  That's a big one for

15  me.  I know they do stuff for the community and for

16  kids.

17     Q     When you were at the protest on May 30th

18  and you guys were marching, about -- approximately

19  how large was the group?

20     A     It was pretty big.  Maybe -- maybe a

21  thousand people.

22     Q     And I think you said at one point it kind

23  of split up, the march did.  And then is that when

24  you saw the lady in the alleyway that got shot by

25  the pepper ball?

*AB Litigation Services*

```
 1        A    Yes.

 2        Q    How many people were in that area when you

 3   saw that incident?

 4        A    There was still a lot of people.  Sorry,

 5   will you tell me the question again?

 6        Q    Yeah.  When you witnessed the incident

 7   where the lady was getting shot with the pepper ball

 8   as she, I think you said, was running away and fell,

 9   how many people were in that area?

10        A    Maybe around a hundred.

11        Q    And on May 30th, do you recall ever

12   hearing that curfew order that we heard in the

13   video?

14        A    I never heard it.

15        Q    And there's a few people that we've talked

16   about today that I just want to ask you a few

17   questions about that are your friends who may have

18   information.

19             Chandler Price, you said he's been your

20   friend most of your life, correct?

21        A    That's my girlfriend.

22        Q    Damn it, wrong person.

23             Well, Chandler Price, she lives with you,

24   correct?

25        A    Yes.
```

*AB Litigation Services*

```
1                      EXAMINATION

2    BY MR. DOUGLAS:

3        Q    So good afternoon, Doctor -- Doctor.  Good

4    afternoon, Mr. Packard.  I'm Matt Douglas, and I'm

5    your attorney.  I'm going to ask you one series of

6    questions to clarify the timing of something that

7    you talked about earlier.

8            So do you recall being asked by

9    Miss Jordan about the -- starting your own

10   landscaping business?

11       A    Yes.

12       Q    Okay.  When did you start taking steps to

13   start your own landscaping business?

14       A    It was the fall of 2019.

15       Q    Okay.  And the specific steps that you

16   testified about, creating the logo, having someone

17   make the fliers, purchasing tools, during what time

18   period did you take those steps?

19       A    Between fall and spring '19 into '20.

20       Q    Okay.  And did the injury you suffered on

21   May 31st from being shot by the police affect your

22   ability to continue your work in starting a

23   landscaping business?

24       A    Yes.

25       Q    Okay.  How did it affect that?
```

*AB Litigation Services*

1      A    I couldn't lift things.  I couldn't drive

2   yet.  And so, I mean, I could have filed with the

3   State, but that would -- I still couldn't do the

4   work.

5      Q    And when did you restart your efforts to

6   start your own landscaping business?

7      A    This spring.

8      Q    Okay.

9           MR. REIDY:  That -- that's all I had.  I

10  thought that was a little unclear as to the timing

11  on the record, and I wanted to make sure.

12          MS. JORDAN:  No, I appreciate that.

13                      EXAMINATION

14  BY MS. JORDAN:

15     Q    I just have a couple quick follow-ups from

16  that.  You had just mentioned that you couldn't

17  drive following your injury.  How long after you got

18  injured were you not able to drive?

19     A    Around three months.

20     Q    And you also said that you couldn't

21  continue with the business at that time because you

22  couldn't lift things.  So since you're starting the

23  business now, does that mean that you can physically

24  do that job?

25     A    Most of it, yeah.  If there's something

*AB Litigation Services*

1    that's too heavy, I can get another, like, helper to

2    help me.  I think --

3         Q    And what would you -- oh, I'm so sorry.

4    What was that?

5         A    I think I'm good to go.  I think I can --

6    I can do all the work.

7         Q    And just -- if it was too heavy, what do

8    you consider the weight that would be too heavy?

9         A    A couple hundred pounds.

10        Q    Those are all the questions that I have.

11             And thank you, Matt, for the

12   clarification.

13             MR. DOUGLAS:  Sure.  And I don't have

14   anything further.  Thank you, Zach, for -- for being

15   here today.

16        Q    (By Ms. Jordan) Yes.  I appreciate your

17   time very much, Zach.

18        A    Thank you.  Is there one thing I can clear

19   up --

20        Q    Sure.

21        A    -- or is it too late?

22        Q    No, we're still on the record, but you

23   might get more questions.

24        A    Joe Schwonke, he was supposed to protest

25   with me.  And he did go down there with me, but as