



Case No. 1:20-cv-01878-RBJ   Document 286-43   filed 02/11/22   USDC Colorado   pg 3 of 11

















