*AB Litigation Services*

*** CONFIDENTIAL ***

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)

_____

DEPOSITION OF STANFORD SMITH
July 20, 2021

_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:

    ARNOLD & PORTER KAYE SCHOLER, LLP
       By Andreas E. Moffett, Esq.
       601 Massachusetts Ave., NW
       Washington, DC 20001
       202.942.5934
       andreas.moffett@arnoldporter.com
       Appearing on behalf of Plaintiffs

    ARNOLD & PORTER KAYE SCHOLER, LLP
       By Mindy Gorin, Esq.
       250 West 55th Street
       New York, New York, 10019
       201.873.2119
       mindy.gorin@arnoldporter.com
       Appearing on behalf of Plaintiffs

Exhibit 48

1    was at the capitol, on the front porch of the

2    capitol.

3         Q     (BY MS. HOFFMAN)  And I appreciate you

4    saying that.  And I'm always just looking for what

5    you observed or what you noted.  Obviously you can't

6    testify as to what other people made observations of.

7         A     Correct.

8         Q     How long were you at the capitol steps?

9         A     I was probably there for about an hour

10   maybe, because I got -- in the beginning -- I got

11   there about 3:00, and my phone died about 6:00.  So

12   it would have had to be probably like an hour, hour

13   and a half at the max too.  Because when my phone

14   started to get to about 1 percent, I went to go look

15   for a place to charge my phone.

16               And then during that time period, we ended

17   up getting pushed back into the park area by a line

18   of police that was very noticeable and it was very

19   long and it was very intimidating.  I feared for

20   my -- the safety of myself at that time when the

21   police came.  I felt like -- I felt very afraid

22   during that period.  I became very hypersensitive.

23   So I wanted to be with people.  I didn't want to be

24   found isolated.  And so I went with the way that they

25   told us to go.

*AB Litigation Services*

1      A      I didn't see rock -- I didn't see any

2  rocks being thrown.  But there could have been rocks

3  thrown.

4      Q      Did you see any bottles being thrown?

5      A      Yeah.  I saw water bottles, Gatorade

6  bottles with maybe water in it.  Just empty bottles

7  of water.  I didn't see -- I didn't see any rocks

8  being thrown.

9      Q      Did you see any fireworks?

10      A      I don't recall any fireworks.  I don't

11  know.

12      Q      Did you see any acts of property

13  destruction?

14      A      Property destruction.  Like graffiti?  I

15  don't know.

16      Q      Like graffiti, like setting fires, like

17  spray-painting, vandalism, anything of that nature.

18      A      I didn't really see -- I didn't see a

19  lot -- I mean, I don't know if there was.  I was

20  mainly paying attention to like trying to make sure

21  that I didn't shake my phone too much.  So it's hard

22  to see -- it's hard to see what's going on around you

23  and looking through a camera at the same time.

24          So a lot of the times, I was just looking

25  at my phone trying to capture an image going on

1    rather than actually seeing what was going on.  So

2    if -- the videos that I have show what I was looking

3    at at the time.  I had a very narrow view of what was

4    going on because I was paying attention to the phone.

5              They're pretty steady photos and stuff.

6    Like it wasn't a whole bunch of blur, as much as I

7    could take.  But at times, I couldn't take it, so it

8    became a little blurry because I couldn't take the

9    sting of the tear gas.

10    Q      Were you with Ja-Ja -- had you met up with

11   Ja-Ja before this happened?

12    A      He didn't -- he wasn't there when that

13   happened.  After the crowds had disbursed, I was -- I

14   had kind of lingered a little while so I could

15   find -- because that's when I called Ja-Ja to see

16   what he -- I told you I called him earlier to find

17   out where he is and so we could meet up in person.

18   And so he met up with me right about that time, after

19   the tear gas dispersion.

20    Q      Right about the dispersion?

21    A      After.

22    Q      After the dispersion?

23    A      He met up after the dispersion of the tear

24   gas.

25    Q      How long are you in the area before the

1   police are deploying tear gas and projectiles?

2       A      He was on the way.  So it would have had

3   to be probably about 30 minutes, about -- I got

4   there, and probably about ten minutes after I got

5   there, there was maybe the dispersion of tear gas.

6       Q      And did you personally inhale anything,

7   regarding the tear gas?

8       A      Yeah.  That's what I mentioned earlier

9   when I said I held on as long as I could, like trying

10  to hold the camera steady until I couldn't.  And then

11  I would like kind of run off, because I couldn't -- I

12  couldn't breathe any longer, so I had to get back to

13  safe air.

14      Q      So regarding the street view I showed you

15  earlier, where are the police?

16      A      There's a place called Romantix.  Do you

17  see that?

18      Q      Do you want me to share the screen again?

19      A      They were on Washington Street on the

20  opposite side of Cheba Hut.

21      Q      And where are you?

22      A      I was standing by Romantix.

23      Q      So approximately how far away are you from

24  the officers?

25      A      Maybe to the closest one, probably about

1    5 feet.

2         Q     And how --

3         A     Maybe -- it was at least the length of a

4    car.  Because they were on one side of a car and they

5    had some space, and I was mainly on -- I was like by

6    a car.  So at least a car's length.

7         Q     And did you see the canister launch?

8         A     No.  I saw the spray.  I heard and saw --

9    like -- I heard -- I heard -- it was a Boom.  And

10   then you hear it hit the ground, Pow.  And then it

11   goes, Shhhh.  And like then I didn't see who launched

12   it.  I saw where it launched from and I saw it land.

13   I remember seeing it land.  And I tried to get a

14   video of it, but the air was very quick.  I'm

15   sensitive, I guess, I don't know.  But I couldn't

16   take it.

17        Q     Okay.  So tell me a little bit more about

18   how you felt after you believe you inhaled some of

19   that tear gas.

20              MR. MOFFETT:  Object to form.

21        A     How did I feel?

22        Q     (BY MS. HOFFMAN)  Yeah.  Tell me about the

23   effects that you had.

24        A     Oh.  I was afraid.  I didn't know what was

25   coming next.  The adrenaline, fight or flight and get

1    to safety.  I was worried about my safety.

2         Q    Sure.  So I mean physical effects to your

3    body.  What physical effects to your body did you

4    feel after inhaling?

5         A    Oh.  Like you had onions put into your

6    eyes, onion juice or something.  It felt like it

7    started to become impossible to breathe.  Like it

8    hurt to breathe.  It was like almost like somebody

9    was holding my chest down, and you cannot make your

10   muscles move.  It's like trying to drink bleach.  I

11   don't know how bleach tastes, but I think that it

12   tastes pretty terrible.

13        Q    And how long did those effects last?

14        A    I can't say exactly how long that they

15   lasted.  But my eyes were -- they had become watery

16   for a long period of time afterwards.  So like seeing

17   became difficult for me.  I can't say exactly how

18   long.  It was at least a couple -- I felt it for a

19   while.

20        Q    When you say "a while," what do you mean?

21   Hours?  Days?

22        A    From what?  The tear gas?

23        Q    Yes.

24        A    From the tear gas?  Probably -- I felt --

25   my eyes felt -- like I could see again within

*AB Litigation Services*

1    minutes, a few minutes.  But they had an irritation

2    that lasted throughout the day.  Like my skin started

3    to feel bad with the whatever poison they put in

4    those things.  It gets in your skin.  It absorbs into

5    your skin.  It absorbs into your tissues.  And it

6    takes time for your body to break down the

7    half-life -- I'm not sure about the half-life of it.

8    I could get that for you if you need.

9         Q     I think I'm all set with that right now.

10             But do you -- are you alleging that you

11   suffered any other injuries at this location?

12        A     No.  No.  My main injuries were from being

13   Maced.

14        Q     Sure.  I want to get into that too.  I'm

15   just trying to get a sense of what happened outside

16   the Cheba Hut.  And so it's my understanding now that

17   at the Cheba -- outside the Cheba Hut is where you

18   inhaled some tear gas.

19        A     I believe it was tear gas.  I believe it

20   was tear gas, because it just -- from the sound of

21   it.  But I know I was coughing.  It wasn't just

22   tear -- like, I don't know.

23        Q     And what happened at the Cheba Hut did not

24   stop you from continuing with protest activities?

25        A     You said why?  Why did I --

*AB Litigation Services*

```
1        Q      No.  I said it did not stop you from
2   continuing with protest activities, correct?
3               MR. MOFFETT:  Object to form.
4        A      I wanted to make sure people were safe.  I
5   wanted to make sure people were safe, because I know
6   that in anyplace that they're shooting projectiles,
7   there's going to be some issues and people would need
8   to be taken care of.  And me being a dentist, I felt
9   an obligation to continue.  So yes.
10       Q      Okay.  So you continued to help people?
11       A      I wanted to continue to help people.
12       Q      And were you able to offer any medical
13  assistance over the course of the day?
14       A      Yes.
15       Q      Okay.  Approximately how many people were
16  you able to give medical assistance to?
17       A      I can't -- I can't recall.  I did a lot
18  of -- I tried to do a lot of prevention, not
19  necessarily reaction.  But most -- I helped out a
20  couple of people that had -- after that, the tear
21  gas, some -- I know that there was this one girl that
22  just -- she -- her eyes were like extremely red.  She
23  was close to the explosion.  And like -- I was like
24  telling her, You have to put water in your eyes, you
25  know.
```

1      I gave her a water bottle.  Well, I kept

2   my water bottle.  I gave her the water from the water

3   bottle.  But it just -- I would say maybe three.

4      Q     And just so I'm understanding again, I

5   have to put everything in terms of timeline.  This

6   woman you rendered aid to, is this the Cheba Hut

7   location still?

8      A     Yes.  It was -- I don't really recall.  It

9   was just throughout the time.  I gave her -- I know I

10   gave somebody some water and told them to go and get

11   some help.  But I don't recall.

12      Q     And did you seek any medical treatment

13   regarding the injury received at the Cheba Hut?

14      A     No, I did not seek medical attention for

15   that.

16      Q     And your eyes were able to -- you were

17   able to see the rest of the day, correct?

18      A     I still -- they had an irritation to them,

19   but I could still see.  I mean, it felt like a bad

20   case of allergies, I guess.  I don't really get a lot

21   of allergies, but I know people suffer from it.

22      Q     And did you stop anywhere to like pick up

23   drops or anything?  Eye drops?

24      A     No, because most of the places were closed

25   and there was nowhere that I saw that was open.  So I

1    just tried to blink and wash it out naturally with a

2    little bit of water and stuff.

3        Q    And did that help?

4        A    It soothed it, but it still had an

5    irritation, like I said earlier.

6        Q    And you mentioned some breathing

7    difficulties.  Did those clear up pretty quickly?

8        A    Yeah.  Those cleared up fairly quickly,

9    yeah.

10       Q    Any current -- any current injuries or

11   effects that you think are attributable to what

12   happened outside of the Cheba Hut?

13       A    I think -- I think -- say that one more

14   time.  I'm sorry.

15       Q    As you sit here today, do you have any

16   current injuries or effects that you think are

17   attributable to what happened outside of the Cheba

18   Hut?

19       A    I kind -- I think about it a lot, like a

20   PTSD type of thing.  I wouldn't -- I'm not -- I'm not

21   saying that I'm diagnosed with PTSD, but I think

22   about it.

23       Q    Okay.  And I'd like to get into that too

24   with you, but I think it makes more sense to jump to

25   what happened at the park.  So if you could tell

*AB Litigation Services*

1      A      Yeah.  It was peace right there.  Like

2   people were -- I heard a lot of ruckus everywhere

3   else, but in the -- and there's like this

4   peacefulness up until the time that I felt hell in my

5   eyes.

6      Q      So when you describe a change, are you

7   referring to you getting Maced in the face?

8      A      Yes.

9      Q      Okay.

10     A      Yes.  If that's what you want to call it.

11     Q      So why don't you tell me about what you

12  were doing in the minutes or seconds before that

13  happened.

14          MR. MOFFETT:  Object to form.

15     A      When it happened?  You want to know what

16  happened?

17     Q      (BY MS. HOFFMAN)  Yes.

18     A      Okay.  So I was -- I had just turned

19  around, I believe, and I was looking -- I hadn't even

20  fixed my eyes on anything after my turn.  I just

21  turned like my body, a 180.  And then right when I

22  did that, I just caught a glimpse of -- I didn't -- I

23  don't know if I saw it or heard it first, or felt it.

24  But it was -- it was simultaneous fire, liquid fire

25  that hit my face.

*AB Litigation Services*

1              It hit me in my face, and it just burned.

2    And all I knew is I had to get to safety.  I was

3    going to die right here.  I was going to be in the

4    news for being murdered.

5         Q     Did you make any observations of the

6    officer who Maced you?

7         A     No.  I don't know.  I just saw white --

8    white just coming at me.

9         Q     Did you make any observations of what the

10   officer was doing prior to deploying Mace?

11        A     I saw him -- I saw somebody walking up.  I

12   saw somebody walking up.  Like I was by these police

13   officers that I had been by for a good while.  We --

14   they even thanked me for helping -- like helping

15   being -- for what I was doing.  I can't tell you what

16   they were thanking me for, but they said, Thank you.

17             And I saw somebody just come from behind

18   their lines and spray me with Mace.  I just saw

19   them -- I saw something.  And I saw somebody walking.

20   It kind of caught my attention, because he was

21   walking aggressively.  He was walking fast, and

22   nobody was really walking right there near me.

23             And so I looked over.  And then right when

24   I looked, I saw something, like a black release of

25   white.  And the white hit me in the face, and I

1   left.  He didn't wait for me to move or anything.  He

2   just left.

3       Q     And --

4       A     And then --

5       Q     Sorry.  Continue.

6       A     And then I just waited there for a little

7   bit.  And I -- until I could see.  And then when I

8   could bear to see again, I started walking.  And then

9   it just kept on going in and out, my vision, for me

10  to be able to see.  It just kept on going in and out.

11      Q     So the police did not make you move from

12  your location on the ground?

13      A     Yeah.  He told me to get up and leave.

14  And I don't know what he did after that, but I got up

15  when I could.  I was physically unable to.

16      Q     Okay.  My question is, nobody forced you

17  off the ground.  There was an ask made, but nobody

18  actually followed up?

19            MR. MOFFETT:  Object to form.

20      A     It depends of what -- if an authoritative

21  figure that just makes you -- says Get up, a certain

22  way, I could say yes, that is forced.  Because I'm --

23  at this point, I feared for my life.  I don't even

24  have the protection of eyesight.  So when I say, Get

25  up, that's very -- that means, Get up.  I don't

*AB Litigation Services*

1    over the curb, I hit my shin.  It was a tall -- I

2    don't know what street I was on.  I don't know where

3    I was at.  I hit my shin and I fell.  And I just laid

4    there in the dirt.

5           I remember it was dirt because I was

6    super-dirty afterwards.  I didn't have a shirt on

7    because they had took the shirt off; it had too much

8    Mace on it.  And a lady came outside of her house

9    with water.  Called the ambulance, you know.

10   Q    And were no other protesters helping at

11   this point in time?

12   A    I was on a residential street away from

13   the -- away from downtown, away from the capitol.  I

14   did see -- I did see that police -- they were

15   stationed.  It seemed -- it was police that were --

16   they were there by -- they were in an empty -- a

17   vacant parking lot.  And they had like a lot of

18   armored vehicles there.

19          And I walked on the side.  They were on my

20   right.  And then they said -- they said, Hey, get

21   across the street.  Get across the street right now.

22          And I still couldn't see, but I went the

23   opposite way of whatever voice I heard.  And it came

24   from my right side, so I went this way, to my left.

25   And then I just walked down the street, and then I

1    night?

2        A    No.  I didn't seek further treatment --

3    medical treatment after that.

4        Q    When you say "further," you're referring

5    to the paramedics applying a solution earlier?

6        A    After -- no.  I'm saying I didn't go to

7    any kind of established hospital.  I didn't go to a

8    hospital -- or I didn't report to a hospital and I

9    didn't report to a care clinic.

10       Q    So the next day when you wake up, how is

11   the pain?

12       A    Excruciating.

13       Q    And what, within your face I guess, is

14   most in pain?

15            MR. MOFFETT:  Object to form.

16       Q    (BY MR. MOFFETT)  Sure.  That was a

17   terrible question.  Let me rephrase that.

18            I'm just trying to get a sense of where --

19   where in your face hurts.  Is it your eyes?  Is it --

20   if you're able to pinpoint where the pain is within

21   your face, or if it's your face in general.  Just

22   really trying to get more information about that.

23            MR. MOFFETT:  Object to form.

24            You can answer.

25       A    The pain, I felt it all the way to the

1    dermis.  I felt it through my whole face.  My face

2    felt stiff.  It felt like inflamed.  It felt really

3    rough and dry.  It felt -- my eyes felt like crusty.

4    Burning sensation in and out.

5            My -- it constantly -- like I didn't -- it

6    wasn't like I slept that night.  I kept on waking up

7    in a panic for multiple days, like -- like afraid.  I

8    felt uncomfortable.  Like it felt -- my skin didn't

9    heal for a long time.

10           As a matter of fact, I remember people at

11   the school said -- would still say when I started --

12   when I got to go see -- next time I was on campus,

13   people were asking me about it.  Like, Man your face

14   feels so rough.

15      Q    (BY MS. HOFFMAN)  So if we were to apply a

16   pain scale with 1 being no pain and 10 being the most

17   excruciating pain, immediately following the

18   deployment of Mace where are we on the pain scale?

19           MR. MOFFETT:  Object to form.

20      A    Excruciating.  10.

21      Q    (BY MS. HOFFMAN)  And the next day when

22   you wake up, where are you on the pain scale?

23           MR. MOFFETT:  Object to form.

24      A    6.  7.  6.5.

25      Q    (BY MS. HOFFMAN)  And when did your face

*AB Litigation Services*

1   start to feel normal again?

2          A     I don't know.  It's a gradual process.

3   The process of healing doesn't have a timeline.  Like

4   maybe -- I would say probably about two weeks until I

5   could feel like I was about back to normal.

6          Q     So about two weeks later, no more pain?

7          A     Yeah, about two weeks later.  Pain --

8   pain -- it depends -- pain -- I would say

9   paresthesia, without paresthesia.

10         Q     I'm not sure I know what you mean by that.

11  Can you further explain.

12         A     There's different types of feeling.  Pain

13  is one sensation.  Anesthesia is no sensation.

14  Paresthesia is altered sensation.  So I felt

15  paresthesia for up to two weeks.

16         Q     When did the pain stop?

17         A     Pain?

18         Q     Pain.  When did the pain stop?

19         A     Paresthesia feels -- is pain to my

20  sensation.  So about two weeks.

21         Q     And I believe you testified you were not

22  working during this timeframe, correct?

23         A     No.  I was -- no, I didn't say I wasn't

24  working.  I said I was doing work study.

25         Q     Work study.  Sorry.

1       A     And I'm finally getting some sleep.

2    Studying was long, long hours.  I'm sure -- you're a

3    lawyer.  You would know.

4       Q     So you mentioned that in the -- in the

5    days following May 30th, you had some problems

6    sleeping.  How long did that continue?

7       A     Oh, I would say about at least a month.

8    Because -- and I'm not saying every single night.  I

9    can't just say it.  But I know I dreamt about it

10   because I would wake up with my face feeling

11   super-dry, like I needed to -- like super-dry.  And

12   you live in Colorado.  You know how dry it is out

13   there.

14          So like I'd wake up in discomfort for at

15   least two weeks.  And so that's why I say at least a

16   month.  I don't dream about it anymore, but -- not

17   until I started having to go -- start the deposition.

18      Q     Got it.

19            Any problems with eating or weight?

20      A     Currently, no.

21            MR. MOFFETT:  Object to form.

22      Q     (BY MS. HOFFMAN)  Sorry.  I didn't hear

23   your response.

24      A     I'm eating healthy.

25      Q     Okay.  So the events of May 30th have not

*AB Litigation Services*

```
 1              (Ms. Birkholz joined the deposition.)
 2        Q     (BY MS. HOFFMAN)  So I'm going to repeat
 3   my question, because I don't think I got an answer
 4   from it.  Which is -- actually, strike that.
 5              You mentioned that you called the
 6   university regarding some symptoms of emotional
 7   distress.  Who did you call at the university?
 8        A     The student counsel -- I mean, like
 9   student -- the student group.  The healthcare center
10   for the students.
11        Q     And you indicated you never received a
12   response?
13        A     No.
14        Q     Did you make any other attempts to follow
15   up with any other doctors or healthcare providers
16   regarding your symptoms of emotional distress?
17              MR. MOFFETT:  Object to form.
18        A     No.
19        Q     (BY MS. HOFFMAN)  And do you believe that
20   your emotional distress relating to the protest has
21   gotten better over time?
22        A     Towards the situation and the police?  I
23   would say no.  It's probably -- I have a true fear
24   for the police.
25        Q     Your feelings of sleeplessness and the
```

*AB Litigation Services*

1    symptoms that you described earlier, are those still

2    ongoing?  Or do you think that those have gotten

3    better, as you sit here today?

4            MR. MOFFETT:  Object to form.

5        A    As -- as -- as events happened, they --

6    they re-flare up, and I have a fear.  But as I'm --

7            THE DEPONENT:  Oh, man.  My niece just

8    woke up.

9        A    Anyways, I have a healthy like -- I have a

10   normal sleep pattern now.  I'm okay.  But I have an

11   increased fear due to that situation, especially --

12       Q    (BY MS. HOFFMAN)  When you say "increased

13   fear," you mean fear of police officers?

14       A    Correct.

15           MR. MOFFETT:  Object to form.

16       Q    (BY MS. HOFFMAN)  Were you interviewed by

17   any media outlets about your injuries?

18       A    Yeah, I was.

19       Q    Okay.  Do you recall who?

20       A    The local -- hold on a second.

21           MR. MOFFETT:  Let the record reflect

22   Lindsay Jordan just joined the deposition.  And

23   additionally, I believe Ms. Blasingame just joined

24   the deposition.  I believe she's in the deposition

25   following this.