IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ

**EXHIBIT 55**
**PLAINTIFFS' OPPOSITION TO DENVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 55 is HALO video from Colfax and Logan on 5/31/2020 (DEN 3873).