

## DENVER
### The Mile High City

*Police and Sheriff*
*Discipline and Critical Incident Report*

*Third Quarter 2012*

Office of the
Independent Monitor

Nicholas E. Mitchell, *Independent Monitor*

Exhibit 56

**3**

# HIGHLIGHTED CASES

## MISSED OPPORTUNITY FOR IN-DEPTH TACTICS REVIEW

In the fall of 2011, the Occupy Protest Movement ("Occupy") originated in New York City in order to bring attention to issues of income inequality in the United States.  One of Occupy's distinguishing features was its reliance on the occupation of physical space as a primary protest strategy.  This often involved erecting tents or encampments in public space, usually in violation of municipal law.  Occupy ultimately spread to over 100 cities, including Denver, where protesters frequently attempted to set up tents in Civic Center Park.  Occupy's makeshift encampments created public safety and sanitation issues, and presented significant challenges for police departments throughout the United States.  Denver was no exception.

Every "Occupied" city dealt with the challenges presented by Occupy differently.  To its significant credit, Denver's approach included regular coordination between various city agencies and departments to evaluate and confer on how best to address the health and safety challenges presented by Occupy safely and peacefully.  This involved regular meetings among various stakeholders to discuss tactics and best practices for policing Occupy encampments with minimal risk to officers and civilians.  We commend the City for taking this approach.

On the afternoon of October 29, 2011, Denver Police responded to Civic Center Park to provide security during and after an Occupy Denver march and rally.  A highly-energized crowd was erecting tents in Civic Center Park in violation of municipal ordinance.  Officers were faced with a difficult decision—whether to immediately engage members of the crowd to ensure that the tents come down, risking confrontation— or wait and allow the crowd to disperse before enforcing that ordinance.

The decision was made to immediately address the ordinance violations, and a small group of officers made verbal requests that the tents be dismantled.  Although officers made these requests for voluntary compliance, many were outfitted with helmets and other riot gear, which sometimes provokes crowd response.  Many demonstrators became physically aggressive, and there were confrontations between protesters and police.  The small group of officers was surrounded, and DPD issued an emergency citywide call for additional police assistance.  Officers deployed O.C. spray and pepperballs, among other less-than-lethal force options, to maintain a perimeter or skirmish line.  Several civilians were injured during the ensuing melee, and many in the crowd were affected by the O.C. spray and struck with pepperballs, including one civilian struck in the face.  An officer was trampled, though thankfully not injured.  The incident, and the force used, received local and national media attention, and several complaints were filed with the DPD and the OIM.

During Occupy Denver's most active months, the DPD conducted regular debriefings concerning the protests.  The significant risks to officer and civilian safety created by this particular clash, however, called for a more detailed examination of the tactics used to determine whether different methods could prevent similar confrontations in the future.  Conducting such a comprehensive tactics review would serve to protect both the public and police officers, whose safety can be jeopardized when tactical decisions fail to achieve intended outcomes.

Understanding the potential benefits of such analysis, the OIM recommended that the DPD employ its Tactics Review Board ("TRB") to assess the tactics used during the October 29, 2011 clash with Occupy demonstrators.  Under DPD procedure, the TRB is to meet on a bi-monthly basis if cases require it.  The TRB is empowered to conduct a review of tactical situations in order to determine, among other things, "compliance with existing policy and procedure...[and] the need for revisions to policy, procedure or training."  The TRB may also make recommendations on tactics used or under consideration by the DPD, including crowd control tactics.

Among the tactical decisions that this incident presented for TRB review was the timing of DPD's engagement with the demonstrators shortly after the rally, the deployment of officers in riot gear when seeking voluntary compliance with police requests, the small number of officers used to engage a potentially aggressive crowd, and the use of less-than-lethal force during the incident.

The Department of Safety declined to accept our recommendation to employ the TRB to review this incident.  Instead, the Department of Safety believed it sufficient to rest on a debriefing.  The Department of Safety also cited a concern over resources as a reason for not doing the recommended TRB review.  It was unfortunate that this confrontation occurred.  Yet, it also presented an opportunity to review and learn from the tactics used with the goal of improving outcomes at future demonstrations.  As we work together to ensure the delivery of world-class police services, we encourage the Department of Safety and the DPD to embrace additional opportunities for such analysis if they should arise.