| | |
|---|---|
| Date: | Thu, 18 Jun 2020 3:34:42 PM (UTC) |
| Sent: | Thu, 18 Jun 2020 3:34:41 PM (UTC) |
| Subject: | RE: Floyd Protest UOF Information - Friday, May 29th CAD# 20-332215 |
| From: | Sanchez, Aaron D. - DPD SP1017 Commander <Aaron.Sanchez@denvergov.org > |
| To: | Campion, Jesse L. - DPD SP1007 Sergeant; Ujcich, Kevin C. - DPD SP1007 Sergeant; Abeyta Jr, David M. - DPD SP1007 Sergeant; Graham, Lawrence H. - DPD Sergeant; Lucero, Jaime E. - DPD Sergeant; Parks, Robert - DPD Police Officer 1st Grade; Bronson, John J. - DPD Sergeant; Foster, Anthony R. - DPD Sergeant; Blakesley, Mark T. - DPD SP1007 Sergeant; Suniga, Rudolph P. - DPD Sergeant; Saunders, Shawn T. - DPD Sergeant; Burton, Jason R. - DPD SP1007 Sergeant; Brill, Aaron E. - DPD SP1007 Sergeant; Denke, Eric H. - DPD SP1007 Sergeant; Torgeson, Roger M. - DPD SP1007 Sergeant |
| CC: | Cody, Mike E. - DPD SP1005 Lieutenant; Gallawa, Tony A. - DPD Lieutenant; Rebeterano, Aaron A. - DPD SP1005 Lieutenant |

==This is of utmost importance to protect you and your troops.  Thank you==



**Aaron Sanchez | Commander District 6**
Denver Police Department | City and County of Denver
720-913-2900 Phone | 720-641-4277 Cell
aaron.sanchez@denvergov.org

---

**From:** Campion, Jesse L. - DPD SP1007 Sergeant
**Sent:** Thursday, June 18, 2020 9:21 AM
**To:** Ujcich, Kevin C. - DPD SP1007 Sergeant <Kevin.Ujcich@denvergov.org >; Abeyta Jr, David M. - DPD SP1007 Sergeant <David.Abeyta2@denvergov.org >; Graham, Lawrence H. - DPD Sergeant <Lawrence.Graham@denvergov.org >; Lucero, Jaime E. - DPD Sergeant <Jaime.Lucero@denvergov.org >; Parks, Robert - DPD Police Officer 1st Grade <Robert.Parks@denvergov.org >; Bronson, John J. - DPD Sergeant <John.Bronson@denvergov.org >; Foster, Anthony R. - DPD Sergeant <Anthony.Foster@denvergov.org >; Blakesley, Mark T. - DPD SP1007 Sergeant <Mark.Blakesley@denvergov.org >; Suniga, Rudolph P. - DPD Sergeant <Rudy.Suniga@denvergov.org >; Saunders, Shawn T. - DPD Sergeant <Shawn.Saunders@denvergov.org >; Burton, Jason R. - DPD SP1007 Sergeant <Jason.Burton@denvergov.org >; Brill, Aaron E. - DPD SP1007 Sergeant <Aaron.Brill@denvergov.org >; Denke, Eric H. - DPD SP1007 Sergeant <Eric.Denke@denvergov.org >; Torgeson, Roger M. - DPD SP1007 Sergeant <Roger.Torgeson@denvergov.org >
**Cc:** Cody, Mike E. - DPD SP1005 Lieutenant <Michael.Cody@denvergov.org >; Gallawa, Tony A. - DPD Lieutenant <Barry.Gallawa@denvergov.org >; Rebeterano, Aaron A. - DPD SP1005 Lieutenant <Aaron.Rebeterano@denvergov.org >; Sanchez, Aaron D. - DPD SP1017 Commander <Aaron.Sanchez@denvergov.org >
**Subject:** RE: Floyd Protest UOF Information - Friday, May 29th CAD# 20-332215
**Importance:** High

All,

Lt. Berdahl is asking for this project to be completed by next week, please review this with you team and collect statements if they were involved.

If you have already completed this and/or responded to the first email letting me know your team was not involved, thank you and you can disregard this email.

Please collect and get me your statements by **Monday June 22**, so I can send them downtown.

Thank you,
Jesse

DEN011380

Exhibit 59



**Jesse Campion** | Sergeant
Denver Police Department | City and County of Denver
p: (720) 913.2830 | cell: (720) 591-7803
jesse.campion@denvergov.org

CONNECT WITH US | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

---

**From:** Campion, Jesse L. - DPD SP1007 Sergeant
**Sent:** Thursday, June 11, 2020 4:59 PM
**To:** Ujcich, Kevin C. - DPD SP1007 Sergeant <Kevin.Ujcich@denvergov.org>; Abeyta Jr, David M. - DPD SP1007 Sergeant <David.Abeyta2@denvergov.org>; Graham, Lawrence H. - DPD Sergeant <Lawrence.Graham@denvergov.org>; Lucero, Jaime E. - DPD Sergeant <Jaime.Lucero@denvergov.org>; Parks, Robert - DPD Police Officer 1st Grade <Robert.Parks@denvergov.org>; Bronson, John J. - DPD Sergeant <John.Bronson@denvergov.org>; Foster, Anthony R. - DPD Sergeant <Anthony.Foster@denvergov.org>; Blakesley, Mark T. - DPD SP1007 Sergeant <Mark.Blakesley@denvergov.org>; Suniga, Rudolph P. - DPD Sergeant <Rudy.Suniga@denvergov.org>; Saunders, Shawn T. - DPD Sergeant <Shawn.Saunders@denvergov.org>; Burton, Jason R. - DPD SP1007 Sergeant <Jason.Burton@denvergov.org>; Brill, Aaron E. - DPD SP1007 Sergeant <Aaron.Brill@denvergov.org>; Denke, Eric H. - DPD SP1007 Sergeant <Eric.Denke@denvergov.org>; Torgeson, Roger M. - DPD SP1007 Sergeant <Roger.Torgeson@denvergov.org>
**Cc:** Chavez, Kenneth D. - DPD Lieutenant <Kenneth.Chavez@denvergov.org>; Cody, Mike E. - DPD SP1005 Lieutenant <Michael.Cody@denvergov.org>; Gallawa, Tony A. - DPD Lieutenant <Barry.Gallawa@denvergov.org>; Rebeterano, Aaron A. - DPD SP1005 Lieutenant <Aaron.Rebeterano@denvergov.org>; Sanchez, Aaron D. - DPD SP1017 Commander <Aaron.Sanchez@denvergov.org>; Sorrentino, Lisa A. - DPD Executive Asst I <Lisa.Sorrentino@denvergov.org>
**Subject:** FW: Floyd Protest UOF Information - Friday, May 29th CAD# 20-332215

All,

I've been delegated as the point of contact in the District for the collection of officer statements for the UOF information related to the George Floyd Protest/Riots. You are receiving this email because you were working on Thursday, May 29th 2020.

Please review the below emails from Lt. Berdahl in reference to statements for the George Floyd Protest/Riots from Thursday, May 28th through Sunday, May 31st. They are asking for written statements from any officer who deployed Pepperball, 40mm, OC Fogger, Taser, or other chemical munitions (i.e. Smoke Grenades, OC Grenades, Stinger Grenades).

Each officer on your team will need to provide a written statement for everyday of the protest they deployed any less lethal munition or crowd control chemical agent. I realize many of you worked all four of these days, however, downtown is asking for a separate written statement for each day. If an officer on your team did not deploy less lethal or chemical munitions, they do not need to do a written statement.

These statements must be written on the attached DPD Statement Form (DPD 366), do not put these into RMS. Please have your officers review all their BWC for the day, and utilize HALO, if possible, to try and refresh their memory. Sergeants once you've collected and reviewed your officers' statements please send them to me, and once we've collected statements from everyone involved, I will put it all together and send it down to the Chiefs Office.

If you or the officers on your team did not participate in this event, please send me an email saying you were not involved, so I can cross you off the detail for that day.

I've attached the training material for the 40mm and Pepperball systems, along with the DPD Crowd Management Manual to assist with documentation and articulation.

Please use the below CAD numbers for the corresponding days:
Thursday, May 28th – 20-330514
Friday, May 29th – 20-332215
Saturday, May 30th – 20-334340
Sunday, May 31st – 20-336556

DEN011381

I apologize for the long email but given the amount of time from the event to this request for statements, I tried to provide as much detail as possible. That being said, I fully expect there to be questions and/or concerns. When questions come up please let me know and well work through them.

Thanks,
Jesse

DENVER THE MILE HIGH CITY

**Jesse Campion** | Sergeant
Denver Police Department | City and County of Denver
p: (720) 913.2830 | cell: (720) 591-7803
jesse.campion@denvergov.org
CONNECT WITH US | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

---

**From:** Chavez, Kenneth D. - DPD Lieutenant <Kenneth.Chavez@denvergov.org >
**Sent:** Wednesday, June 10, 2020 11:45 AM
**To:** Campion, Jesse L. - DPD SP1007 Sergeant <Jesse.Campion@denvergov.org >
**Subject:** FW: Floyd Protest UOF Information

Jesse,

See all below and attached.

You are the D6 POC for this.

Sorry,

**Lt. Kenneth D. Chavez I Denver Police District Six**
Safety | Denver Police Department | City and County of Denver
1566 Washington St. Denver, CO 80203
720.913.2904 Phone | 720.641.0213 Cell
kenneth.chavez@denvergov.org

DENVER THE MILE HIGH CITY

---

**From:** Berdahl, Paul A. - DPD Lieutenant
**Sent:** Wednesday, June 10, 2020 10:14 AM
**To:** Kyle, Rick R. - DPD Commander <Rick.Kyle@denvergov.org >; Aragon, Carlos R. - DPD Lieutenant < Carlos.Aragon@denvergov.org >; Cody, Mike E. - DPD SP1005 Lieutenant <Michael.Cody@denvergov.org >; Chavez, Kenneth D. - DPD Lieutenant <Kenneth.Chavez@denvergov.org >; Sanchez, Aaron D. - DPD SP1017 Commander < Aaron.Sanchez@denvergov.org >
**Cc:** Thomas, Ron E. - DPD SP1003 Division Chief <Ron.Thomas@denvergov.org >
**Subject:** FW: Floyd Protest UOF Information

Cmdrs and Admns,
If I can get an answer on who the POC for this project is I can push out lots of info that could help you identify those officers needing to complete statements.
Paul

---

**From:** Berdahl, Paul A. - DPD Lieutenant
**Sent:** Tuesday, June 9, 2020 12:08 PM

**To:** Bancroft, Kathleen J. - DPD SP1017 Commander <Kathleen.Bancroft@denvergov.org >; DeStaffany, Layla - DPD SP1017 Commander <Layla.DeStaffany@denvergov.org >; Fleecs, Mark A. - DPD Commander <Mark.Fleecs@denvergov.org >; Fountain, Marcus L. - DPD Commander <Marcus.Fountain@denvergov.org >; Kyle, Rick R. - DPD Commander < Rick.Kyle@denvergov.org >; Sanchez, Aaron D. - DPD SP1017 Commander <Aaron.Sanchez@denvergov.org >; Aragon, Carlos R. - DPD Lieutenant <Carlos.Aragon@denvergov.org >; Cody, Mike E. - DPD SP1005 Lieutenant <Michael.Cody@denvergov.org >; Marshall, Mark D. - DPD Lieutenant <Mark.Marshall@denvergov.org >; Penn, Marion P. - DPD Lieutenant < Marion.Penn@denvergov.org >; Porter, Vincent M. - DPD Lieutenant <Vince.Porter@denvergov.org >; Williams, James D. - DPD Lieutenant <James.Williams@denvergov.org >
**Cc:** Thomas, Ron E. - DPD SP1003 Division Chief <Ron.Thomas@denvergov.org >; Saunier, Kyle R. - DPD SP1011 Police Officer 1st Grade <Kyle.Saunier@denvergov.org >; Di Trolio, Elisa N. - DPD Management Analyst Senior < Elisa.DiTrolio@denvergov.org >; Wyckoff, Robert J. - DPD Lieutenant <Robert.Wyckoff@denvergov.org >
**Subject:** FW: Floyd Protest UOF Information

District Commanders and Admin Lieutenants,

Please see the e-mail from Lt Wycoff below which explains the items required to complete a Use of Force Report for each date from Thursday May 28 to Sunday May 31. These statements are to cover each and every Less Lethal deployment that occurred during an Officers, Sgt or Lt's shift. Most will encompass hours that will go past midnight, so for clarity, the statement contains all Use of Force reporting for that shift not date. We understand how complex this is under the fog of riotous actions but we must, as always, be able to articulate our LL deployments.

It will be critical for all completing statements to review our Use of Force policy and training materials for Less Lethal deployments. I want to ensure that the officers are using correct terms to avoid inconsistency and problematic language.

**The DC of Patrol requires each Commander to assign a project Sergeant or Lieutenant to this task to assist me**. Please make your selections today, if possible, and send that information to me so I can start.

Thanks
Paul



**Paul Berdahl | Lieutenant**
Division Chief of Patrol Office  | Denver Police Department | City and County of Denver
720-913-6034 Desk
paul.berdahl@denvergov.org

---

**From:** Wyckoff, Robert J. - DPD Lieutenant
**Sent:** Saturday, June 6, 2020 5:03 PM
**To:** Canino, Matthew D. - DPD Lieutenant <Matt.Canino@denvergov.org >; Pine, Thomas W. - DPD Lieutenant < Thomas.Pine@denvergov.org >
**Cc:** Berdahl, Paul A. - DPD Lieutenant <Paul.Berdahl@denvergov.org >
**Subject:** Floyd Protest UOF Information
**Importance:** High

Matt and Tom-

Chief Archer and Chief Thomas have tasked Paul Berdahl and I with gathering loads of data for an overall AAR/UOF report. We know how busy your teams have been, and the troops are spent, but please, at your earliest convenience, assist with the following:

- This event started on Thursday, May 28th, at 1600 hours.
-

- Chemical agent was deployed from a variety of DPD assets, at numerous D6 locations, from Thursday May 28th through Sunday, May 31st. If you are aware of any other dates that less lethal was deployed, please document.
- Please determine what Sergeants, Lt's and officers were working on the listed dates, and provide a roster, in a word doc, for each day, highlighting the Pepperball/40mm officers.
- Identify what officers deployed Pepperball, 40mm, fogger, taser, or other chemical munitions, and have those officers complete a written statement, explaining the environment around them, and reasons why less lethal was deployed. I understand that numerous locations were volatile, necessitating the deployment of less lethal at a variety of hot spots. The officers can use the same statement for each location.
- A separate statement is needed for each day that less lethal was deployed.
- A statement from any Lt or Sgt on the RDV is also requested, for each day LL was deployed. Please indicate any orders you provided, including dispersal orders, and whether or not you deployed chemical agent/LL at any location.
- This request is only for chemical agent UOF. Any hands-on UOF activity should be handled separately, by the involved officers chain of command.
- Please scan the docs and email to me, with originals sent via inter-departmental mail.

Please let the officers know that this is not an IAB investigation, but simply a collection of info for a very substantial UOF report. Please let me know if you have any questions.

Thank you



**Robert J. Wyckoff** | Lieutenant
Traffic Operations | City and County of Denver
p: (720) 337-1032  Robert.Wyckoff@denvergov.org

**CONNECT WITH US** | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook