Page **1** of **3**

GO/CAD No.

## Denver Police Department / Departamento de Policía de Denver
### STATEMENT / DECLARACIÓN

| Name (Last, First, Middle Initial) Nombre (apellido, nombre, inicial del segundo nombre) | Person Making Statement Is: |
|---|---|
| Beall, Rick | ☐ Officer   Serial Number 04064  <br>☐ Witness   ☐ Person Advised/Victim |

| Residence Street Address / Dirección de residencia | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
|  |  |  |  |  |

| Residence Phone / Teléfono de residencia | Business Phone / Teléfono del trabajo/empresa | Email Address / Correo electrónico | Date of Birth / Fecha de nacimiento |
|---|---|---|---|
| (   )    - | (720)913-1180 |  |  |

| Business Street Address / Dirección de trabajo/empresa | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
|  |  |  |  |  |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
|  |  | 06/14/2020 | 1100 |  |

| Concerning an Incident occurring at: / En referencia a un incidente que ocurrió en: | Location Where Statement was Taken: / Lugar donde se tomó la declaración |
|---|---|
| District 6 Protest |  |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On Sunday 06/14/2020, I completed a written statement regarding my actions regarding the District 6 "George Floyd" Protests which started about 17 days prior on 05/28/2020.

The following is a statement I previously provided regarding O.C. deployment on 05/28/2020 after my team and multiple Officers were being hit with bottles and rocks in the 1400 block Lincoln Street. (2020-330514)

On Thursday 05/28/2020, District 3 Impact Team (4 Officers) and myself were requested to District 6 for the protests regarding the death of George Floyd. On scene, we secured several scenes in the 1400 block Lincoln Street and the surrounding area. I deployed a fogger (O.C. agent) at several locations after myself and multiple Officers were hit with rocks and bottles. There were no injured parties after the deployment of O.C. agent.

==I was assigned to the Protests on 05/28/2020, 05/29, 05/30, 05/31, 06/01, 06/02, 06/04 and 06/06/20 with my team Officer Pittsley, Officer Cain, Officer Spencer and Officer LeFebre. Officer Sellers was on vacation and joined the team on the later dates of 06/02, 06/04 and 06/06. My team was equipped with less lethal and will document their activities with the systems. Myself and my team have been properly trained on the deployment and use of less lethal systems. At no point during the 8 days of protest assignment did I observe any team member deploy less lethal out of policy or during any peaceful protest.==

The following information are incidents that I specifically recall to the best of my knowledge.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

_6_  _15_ / 20 _20_
Date

_0716_ ☐ a.m. ☐ p.m.
Time Statement Completed

Sgt. R. May
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002797

Exhibit 60

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 05/28/2020, me and my team were deployed to multiple locations surrounding the State Capitol and southbound I-25 after protesters took over the Highway. After deploying to southbound I-25, we were requested to Platte in an effort to keep protesters from taking over the Highway again. During that incident, protesters threw bottles and rocks towards Officers and less lethal was deployed in an effort to reduce injury and maintain safety. While standing on post, I observed a bottle thrown at Officers and passed by my head not making contact. At the time, I believe a protester was injured and needed medical attention. A use of force was completed by another Sergeant on scene. My team was utilized at multiple location throughout the night around the State Capitol where Officers on the front lines were struck with rocks. Officer Spencer was close in proximity to me and was struck with a rock in her throat during one incident but did not require medical attention on scene. The crowd was hostile towards Police and less lethal was deployed to reduce injury to all parties involved. During this same evening, District 3 Impact and District 1 Impact parked their vehicles south of Civic Center along 14th Avenue. The vehicles were left unattended while assisting with the protests around the State Capital and multiple vehicles were damaged. My vehicle (T6164) had two tires slashed requiring a tow company to respond. An unknown party during this evening also broke my front windshield with an unknown item requiring a front windshield replacement.

Myself and my team transitioned to an RDV the second night of protests after our vehicles sustained extensive damage the first night. During a response along south Broadway with my team requiring Police, the RDV shut down and would not start again. I requested a tow to expedite in an effort to get the RDV out of the area before it was surrounded or damaged. We removed our essential equipment from the RDV and were picked on Broadway by Sergeant Abeyta (180) and his teams with their RDV. After that point, we responded to all calls for Police assistance and help as one team on their RDV during all our days of protest assignment except the last day on 06/06/2020. Lieutenant Williams was our direct supervisor and primarily rode on the RDV with the 180 and 380 Impact Teams and on scene during our deployments.

During the course of the first three nights of protests, District 3 Impact Team was utilized at multiple locations including the State Capitol and surrounding area, District 6 Police Station and Colfax Corridor where we responded to multiple volatile situations requiring less lethal deployment after large combative crowds were throwing rocks, bottles and other unknown items at Officers. ==At no point did I observe my team deploy less lethal on peaceful gatherings at these locations.== My Team was verbally and physically abused by large crowds who were using rocks, bottles and mortars (explosive fireworks) in an attempt to injure Officers.

Myself, my team and Sergeant Abeyta's team were on Colfax Avenue and Logan Street when the vehicle that struck Officers at 16th and Logan Street, were almost hit just seconds prior by that same vehicle. Officer Cain responded to Headquarters and provided a statement to Homicide regarding this case. Several of my Officers provided statements because they were almost struck by the vehicle themselves.

On 06/01/2020, the 180/380 RDV was dispatched to the area of Colfax Avenue/Broadway on a call of an assault. On scene, we were unable to locate the suspect but found a male victim on the ground. We set up a perimeter around the victim and waited for medical. At this time, the crowd across the street started throwing items at us

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

Date: 6 / 15 / 20 20
Time Statement Completed: 716 ☒ a.m. ☐ p.m.
Signature of Person Making Statement / Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)      DEN002798

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

while we were trying to get the male medical attention. The male was transported by ambulance. While securing the area an unknown party threw a mortar (Explosive) at us and it landed inside our established perimeter. The mortar exploded and we immediately withdrew from the area and got on the RDV. While leaving the area, Officer Pittsley lost his grip and fell off the RDV. After Officer Pittsley fell, I repositioned and had sprayed my fogger into the air with nobody around the area. The fogger did not affect anybody or require medical treatment. (BWC)

During curfew enforcement, our 180/380 teams had recovered several firearms on protesters out past curfew. On 06/06/2020, 180/380 Teams, Lieutenant Williams and Lieutenant DeSteffany (Acting Commander) responded to 14th/Court Place on a male party armed with a hatchet. We contacted the male and I observed the hatchet attached to his backpack. I was concerned, due to the fact we assisted on 06/04/2020 with a hatchet/shooting attack in the 1400 block Broadway during our protest assignment just 2 days prior. I completed a search of the backpack and found a loaded 9mm handgun. The male was jailed on investigation of POWPO/Investigative Hold for PCS. Our teams also assisted with locating and standing by with Detectives regarding several males armed with rifles on a separate incident.

==During our 8 days of protest assignment, my team showed great professionalism and restraint when verbally and physically abused by protesters day after day.== Lieutenant Williams provided great leadership and direction when responding to a countless number of violent and agitated protesters intent on injuring Officers.

No further information.

---

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

Date: 6 / 15 / 2020

Time Statement Completed: 0716 ☒ a.m. ☐ p.m.

Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002799

**Denver Police Department   Departamento de Policía de Denver**
**STATEMENT   DECLARACIÓN**

| Name (Last, First, Middle Initial) / Nombre (apellido, nombre, inicial del segundo nombre) | Person Making Statement Is: | | | |
|---|---|---|---|---|
| McDermott, Maxwell D. | ☐ Officer  Serial Number 16015 ☐ Witness  ☐ Person Advised/Victim | | | |

| Residence Street Address / Dirección de residencia | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
| 1311 W 46th Ave | Denver | Denver | Co | 80216 |

| Residence Phone / Teléfono de residencia | Business Phone / Teléfono del trabajo/empresa | Email Address / Correo electrónico | Date of Birth / Fecha de nacimiento |
|---|---|---|---|
| (720)913-7876 | ( ) - | Maxwell.mcdermott@denvergov.org | |

| Business Street Address / Dirección de trabajo/empresa | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
| 1311 W 46th Ave | Denver | Denver | Co | 80216 |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
| McDermott | 16015 | 06-23-2020 | 2040 | |

| Concerning an Incident occurring at: / En referencia a un incidente que ocurrió en | Location Where Statement was Taken: / Lugar donde se tomó la declaración |
|---|---|
| Denver | 1311 W 46th Ave |

**Summary of Statement (Continued)**
**Resumen de la declaración (Continuación)**

On 05-28-2020, 05-29-2020, 05-30-2020, 05-31-2020, 06-01-2020, 06-02-2020, 06-04-2020, and 06-06-2020 I was assigned to the District 1 IMPACT 180 team to assist in monitoring protests in response to the death of George Floyd. I assisted with crowd control and was briefed by supervisors on the policies and guidelines for the deployment of less lethal munition and use of force. I was contacted by my supervisor while on vacation and asked to voluntarily complete my statements on events that occurred through out the protests. I am completing this statement on 06-23-2020.

On 05-28-2020 at approximately 1500 hours while assigned to the District 1 Impact team I was monitoring a protest in the downtown area (District 6). On this day I was not assigned any less than lethal systems. I was wearing my full Denver Police uniform and was riding with Sergeant Abeyta in his white unmarked police SUV. We responded to the down town area and began to shadow the protests.

We responded to the area of 20th St / Chestnut Pl as the protest started to head to I-25. Believing they were attempting to 'take the highway to block traffic, we set up a field force line at 20th St/ Chestnut Pl. I did not deploy any less than lethal systems at this location.

I then responded to the area of I25 SB / 16th St, just north of the Highland Arch bridge, for protesters shutting down the highway. As I approached SB, as the passenger in Sgt Abeyta's vehicle I observed all Northbound lanes of I25 shut down due to protesters. I also observed several protesters in the SB 1,2, and 3 lanes. I observed several vehicles swerve to avoid the pedestrian protesters on the highway and observed them attempting to cut lanes to

---

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

Date: 06 / 23 / 2020
Time Statement Completed: 2111  ☐ a.m. ☒ p.m.

Signature of Person Making Statement / Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002934

Page 7 of 7

GO/CAD No.

## Denver Police Department / Departamento de Policía de Denver
### STATEMENT / DECLARACIÓN

| Field | Value |
|---|---|
| Name (Last, First, Middle Initial) | McDermott, Maxwell D. |
| Person Making Statement Is: | ☐ Officer ☐ Witness ☐ Person Advised/Victim — Serial Number 16015 |
| Residence Street Address | 1311 W 46th Ave |
| City | Denver |
| County | Denver |
| State | Co |
| Zip Code | 80216 |
| Residence Phone | (720)913-7876 |
| Business Phone | |
| Email Address | Maxwell.mcdermott@denvergov.org |
| Date of Birth | |
| Business Street Address | 1311 W 46th Ave |
| City | Denver |
| County | Denver |
| State | Co |
| Zip Code | 80216 |
| Officer Taking Statement | McDermott |
| Serial No. | 16015 |
| Date | 06-23-2020 |
| Time | 2040 |
| Concerning an Incident occurring at: | Denver |
| Location Where Statement was Taken: | 1311 W 46th Ave |

**Summary of Statement (Continued)**

around the dismounted team. They were visibly angry and yelling at the teams. I observed several object being thrown from the crowd. I observed a object being thrown and land in the grass in close proximity to my truck. I observed a fuse burning on it. I observed the fuse burn out and as I turned my head away I heard a loud explosion. It did not emanate any colored light a firework, I felt pain in my left ear, and it left my left ear ringing with pain and diminished hearing for an hour or so.

I again continued to drive the 180 and 380 team around and had no further use of force incidents.

==Throughout this Protest event, I did not witness any officers act in an inappropriate way, and observed my fellow team member act with great professionalism and restraint when confronted with verbal and physical abuse by violent protesters. This is statement is completed with my best recollection of the events.==

Nothing further.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.

Date: 06 / 23 / 20 20
Time Statement Completed: 2111 ☐ a.m. ☒ p.m.

Signature of Person Making Statement

DPD 366 (Rev. 06/19)

DEN002940

Page 1 of 10

GO/CAD No.

## Denver Police Department / Departamento de Policía de Denver
### STATEMENT / DECLARACIÓN

| Name (Last, First, Middle Initial) / Nombre | Person Making Statement Is: |
|---|---|
| Williams, James D. | ☒ Officer   Serial Number 92017 <br> ☐ Witness   ☐ Person Advised/Victim |

| Residence Street Address / Dirección de residencia | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
| | | | | |

| Residence Phone | Business Phone | Email Address | Date of Birth |
|---|---|---|---|
| ( )  - | ( )  - | | |

| Business Street Address / Dirección de trabajo/ empresa | City | County | State | Zip Code |
|---|---|---|---|---|
| District One | | | | |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
| Same | | 6/20/20 | 1600 | |

| Concerning an Incident occurring at: | Location Where Statement was Taken: |
|---|---|
| Floyd Protests | District One |

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

From Thursday, 5/28 through Tuesday, 6/2, I responded to provide command support for protests throughout the city. A number of these events turned into riotous situations with massive damage to property and numerous assaults to officers and members of the public. During this event I authorized the use of Pepper Ball, 40mm launchers and chemical munitions. Each authorization I made was done in accordance with Department policy. Furthermore, all force that I observed officers use was reasonable and appropriate and consistent with Department policy. The following is an account of the actions I took and directed officers to take during this response. This report is being completed weeks after the actual events. It is an accurate description of what occurred. However, due to the duration and intensity of the event, I am not completely certain as to times and exact locations. I will address my activities to the best of my recollection by each date.

**Thursday, May 28th, 2020**

At approximately 1830 hours I was advised that a large group of protestors were moving west past Union Station and towards Interstate 25. I was in contact with Sgt. Dave Abeyta (180) and the District 1 Impact Team. I moved to the west side of the highway to direct officers to prevent protestors that had crossed over the Highlands Bridge (over I-25) from entering the highway. We were successful with verbal advisements and prevented about a dozen protestors from accessing the highway on the west side. However, a large group of several hundred protestors crossed the bridge from Commons Park to Platte St and many protestors were able to get on to I-25. I drove down from 20th St and into the SB lanes and D1 Impact followed. I directed them to make several arrests of individuals who were standing and kneeling in traffic lanes blocking traffic and causing vehicles moving at high speeds to have to brake heavily. While these arrests were being made, I could see a very large crowd massed on the east side of I-25 yelling and screaming at SWAT and other officers who were deployed in the NB lanes. (Continued next page)

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi real saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

6 / 21 / 20 20   Date
0400   ☐ a.m. ☐ p.m.   Time Statement Completed

Signature of Person Making Statement  92017
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN003018

Page 1 of 5

Case No.:

**Denver Police Department**
**STATEMENT**

| NAME (LAST, FIRST, MIDDLE INITIAL) | | MAKING STATEMENT IS | | | |
|---|---|---|---|---|---|
| ABEYTA, DAVID (SR) SGT. 99063 | | X OFFICER | ☐ WITNESS | ☐ PERSON ADVISED | |
| RESIDENCE STREET ADDRESS | | COUNTY | STATE | | ZIP CODE |
| | | SOCIAL SECURITY NO | | DATE OF BIRTH/SERIAL NO 06100 | |
| BUSINESS STREET ADDRESS DISTRICT 1 | CITY | COUNTY | STATE | | ZIP CODE |
| OFFICER TAKING STATEMENT | SERIAL NO | DATE | | TIME | |
| CONCERNING AN INCIDENT AT | | LOCATION WHERE STATEMENT TAKEN | | | |

I was ordered to complete a written statement documenting my involvement during a series of major protests that began on May 28, 2020. Currently and at the time of the protest assignments, I am and was assigned as the Impact Team Sergeant (180 call sign). ==I was asked to document as much as I could remember during the dates of May 28th – May 31st. The times of the various actions taken are all over the place and after looking at the CAD notes, I am not able to be specific with the times of the impact team responses. It was my understanding that the entire operation(s) would be documented by the command post after each mandatory shift during the protests.==

**Thursday May 28th, 2020 Shift: 1200 hours to 0330**

I recall being on duty at District One when I received notification from my direct supervisor, Lieutenant Williams, to respond to police headquarters (HQ) for a mandatory briefing due to a protest. The briefing was to occur at 1600 hours. I did respond to H/Q and I did learn that multiple protesters were expected to march around downtown and possibly to demonstrate. I received instructions to assemble my assigned team (District One Impact Team) (I will refer to the unit as "Impact") and to be ready to assist with the assignment.

The team was sent to multiple locations during the remainder of the shift to deal with large crowds of protesters. The response times vary and I can only give approximate times for most of the locations we responded to due to the fact that these incidents occurred nearly three weeks ago from the date of this statement. The team was not logged on to any computer as we were a response team and not on regular patrol. The team was sent to assist multiple other units and I recall setting up a line to prevent protesters from gaining access to the highway. Multiple protesters were marching on 20th Street toward the highway (I25). Impact and many other units from what appeared to be from multiple districts did set up a line in the middle of the street near 20th Avenue and

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

6 / 15 / 20
Date

2200
Time Statement Completed

Signature of person making statement

DEN002778

Chestnut. The line extended across 20th Street so that the protesters did not gain access to the highway (dangerous situation, pedestrians on the highway). Multiple protesters filled the street as they walked W/B toward the highway and toward Chestnut Street where we were assembled (the line). The protesters were actually peaceful for the most part and did stop at the police line that was spread across 20th Street. Traffic was of course completely stopped at the intersection. I believe that we held this line for close to one hour until the crowd dispersed and continued walking elsewhere.

Sometime near 1800 hours to 1900 hours, I recall that Impact responded to the area of 16th and Central Street because protesters were headed in groups still W/B as if to proceed to the highway. Officers maintained a makeshift line in that area as well. We were then sent to the highway I-25 because information was coming through that protesters were actually on the highway and stopping traffic. Impact responded and arrests were made on the highway. I myself assisted with arresting a male protester who was on the S/B lanes of the highway. I was with an Impact Officer Max McDermott #16016. The subject was placed under arrest while other units arrested a few as well. Some of the impact team was split up during these arrests as I believe that Officers Connors and Hoffecker had to transport prisoners to be jailed / processed etc.

I then recall responding to the intersection of 16th Street and Platte Street where numerous protesters were gathered at Platte Street. Platte Street is very near to a fence that guards the I-25 Highway and there was a fear that more protesters would enter the highway and endanger motorists and themselves. I did observe that rocks and other objects were thrown at officers at this location. Officers from various units did respond to the attacks by deploying Pepper Ball and 40mm rounds at various subjects. It is important to note that on Thursday May 28th, NOT ONE MEMBER of Impact was armed with Pepper Ball or with a 40mm launcher. The Impact Team was not equipped with these defense systems on the first day of the protests as it was a regular patrol day and not a planned event for the team. I learned that at least one protester was injured by a 40mm less lethal system. I also was informed that a UOF report was to be completed. The line was held for quite some time at this location until the protesters retreated E/B to a unknown location.

Later in the evening, Impact responded to assist with multiple field force lines with multiple protesters (seemed like hundreds of protesters). While a part of a field force at E. 14th and Sherman Street, I did hear officers give several loud commands from a public address system to inform protesters that the assembly was now unlawful and that they needed to clear out of the area. The protesters did not comply and they were completely blocking traffic on E. 14th Avenue. The line of officers moved forward to attempt to clear out the unlawful assembly. Sometime during this incident, officers began getting struck by rocks, bottles and other objects (like water bottles etc.). I recall that Metro SWAT deployed CS Gas at one point. I was not gas mask ready at the time and I did suffer the effects of the gas myself. I retreated to my patrol vehicle on N. Broadway and E. 14th Ave and did place my gas mask on. I slowly recovered from the exposure. Eventually the crowd did disperse and officers continued patrols in the area in and around downtown (District Six). The team did not get released from this duty until after 0230 hours.

**Friday, May 29th, 2020 Shift: 1000 hours to 0230**

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

6 / 15 / 20
Date

2200
Time Statement Completed

Signature of person making statement

DEN002779

3 of 5

| | | |
|---|---|---|
| 100 | Lt. JD Williams | P92017 |
| 180 | Sgt. Dave Abeyta | P99063 |
| 181A | Max McDermott | P16015 |
| 181A | Adam Van Volkingburg | P17008 |
| 181C | Cole Connors | P14053 |
| 181C | Adam Hoffecker | P14051 |

380 Impact Team (Sgt. Rick Beall's team joined 180s team on the same RDV

Impact deployed on this date at 1000 hours and I did attend a supervisor briefing at H/Q at this time. On this date, some Impact Officers did have less lethal (Pepper Ball and 40mm) as we were prepared for the planned protests. Lieutenant Williams #92017 was with our unit and we all deployed together on an RDV police truck. Lieutenant Williams advised that the team would utilize less lethal munitions, Pepper Ball and 40mm and all necessary force only within the written policy of the DPD. The lieutenant made it clear that with the use of munitions (40mm); officers would only deploy when specific subjects are engaged in active aggression especially with the use of the 40mm weapon system. Individual subjects displaying active aggression would be targeted and a response to the unlawful behavior would then be deployed. This was made clear throughout the impact team's involvement in the daily protests and the order was followed by the impact team every day that we deployed. Impact was posted near 100 Block W. Colfax while a gathering / protest was occurring near the City and County Building. Officers then encountered many hostile protesters who threw eggs and other objects at officers. I do not believe that any officer utilized less lethal munitions at this point. Impact changed locations in an effort to avoid this particular crowd.

At approximately 1700 hours or so, Impact responded to the area of Colfax and Broadway on the N/E side, near the RTD bus turnaround. There is a huge section of landscaping rocks (large rocks) in that area and protesters were gathering these rocks (some of these same type of large rocks were thrown at officers). The team assisted in guarding the landscaping area as city workers utilized bull-dozers to dig up the rocks in an effort to conceal the rocks with dirt. I recall holding a line along Broadway near the turnaround for quite some time as the workers covered all of the landscape rocks with dirt. Impact encountered several verbally hostile protesters who were attempting to agitate the officers holding the line. I made sure that officers received breaks from time to time and generally walked the line in observation.

Later that evening, at approximately 2200 hours, the team responded to the State Capitol to assist other officers who were taking bottles, rocks and other items thrown at them by protesters. Officers were attempting to hold a line in the area and protesters were throwing objects at the officers. Some protesters were starting fires in Veterans Park. Some protesters were throwing large 2 x 4 wooden sticks at officers. I remember seeing protesters throwing very loud fireworks at the officers as well. To make things worse, subjects began going up and down Colfax Ave lighting fires and destroying windows to businesses all around the area. At one point, the fire department required protection from officers as they were trying to put out fires and were being hindered by protesters. It was dark out, there was gas in the air and it was a very dangerous situation for officers and protesters alike. I do know that members of Impact began using Pepper Ball deployments in response to objects being thrown. I did not observe any of Impact utilize any less lethal weapon in an improper manner. Our

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

6 / 15 / 20
Date

2200
Time Statement Completed

Signature of person making statement

4 of 5

380s team would remain with 180s team for most of the protest assignments to follow. The entire scene all around us was very chaotic and unstable.

**Saturday, May 30, 2020 Shift: 1000 hours to 0200**

100 Lt. JD Williams 92017
180 Sgt. Dave Abeyta 99063
181A Max McDermott 16015
181A Adam Van Volkinburg 17008
181D Cole Connors 14053
181B Ryan Moser 15076

180/380 conducted patrols along the E. Colfax and Broadway area. Colfax looked like a war zone (gas, fires, damage, people running around throwing rocks and bottles at officers)! I recall during these patrols our RDV sustained a large rock thrown at the truck, breaking the windshield. We attempted to locate the suspect but the party fled to a location unknown. The damage to property, fires and destruction continued along E. Colfax Ave. I at no time observed any Impact officer utilize less lethal implements in an improper manner or against policy. Team members will document their individual uses of any less lethal systems in their statements. I recall observing a line of officers conduct a push through Veterans Park as multiple protesters were in the park after curfew. Our team then proceeded South on Broadway Street as many protesters were on Broadway Street refusing to clear out of traffic. Our unit proceeded to continue the "Push" of a large crowd E/B on E. 12th Ave. Protesters were turning over large garbage dumpsters and lighting them on fire. Officers were taking rocks during this push as officers tried to restore order. This was E/B on E. 12th Ave from Broadway Street, East a few blocks. At one point at approximately 2300 hours, I recall that the teams were on N. Logan Street at Colfax Ave to clear out crowds and enforce the curfew law that was enacted by the Mayor. I had just entered the rear seat of the police RDV when an extremely reckless driver nearly struck the RDV as the driver turned left from E. Colfax Ave onto N. Logan Street (nearly striking the vehicle). I learned that he nearly struck some D1 Impact officers and then did strike at least two DPD officers; driver then fled the scene. Officers sustained serious injuries and were transported to the hospital. Impact remained on scene for the rest of the night holding the crime scene as the area was still extremely chaotic and investigators were on scene to conduct the serious investigation.

**Sunday, May 31· 2020 Shift: 1000 hours to 0200 hours**

The 180/380 teams were on duty patrolling the downtown area due to large crowds blocking intersections and in violation of the Mayor's curfew order. The teams were instructed by the command post to enforce curfew by arresting violators and calling Sheriff Scout Units to the scene; then to get back in service to continue our the enforcement. The team did make multiple arrests and followed the procedures listed above. Impact assisted in

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

6/15/20
Date

2200
Time Statement Completed

Signature of person making statement

DEN002781

5 of 5

patrolling the 1200 Block of Broadway and subjects were contacted for curfew violations. Loaded firearms were discovered and arrests were made for the weapons charges. 180/380s primary function was to patrol for curfew violations and to make arrests and this is what was done. Individual officers will document these arrests in their own written statements.

During the course of the entire protest assignment, District One Impact was deployed on the 28th, 29th, 30th and 31st of May. We also deployed in the month of June on the 1st, 2nd, 4th, and 6th. Nearly every shift worked was an extended overtime shift. I was ordered to complete a statement regarding duties during May 28th the 31st. I obtained various CAD notes and after actions to assist with the statement. Unfortunately, exact times and locations were not available for entire shifts during these protest assignments. Much of our duty (down time) was spent near police headquarters. We would post at this location and then respond to disturbances, crowd situations and finally curfew patrols throughout the daily assignments. Impact teams 180/380 worked well together and operated under the same duty assignment mission. Our teams were instructed to NOT utilize force unless it was clear that the force was absolutely necessary and reasonable. ==We were briefed by Lieutenant Williams that less lethal munitions and other force situations is authorized as long as used within policy. I did not observe any of my 180 team utilize any unauthorized force with less lethal munitions or otherwise.== During the course of this tough assignment, we responded to many, many crowd control situations. I recall at one point or another, we responded / patrolled Broadway (17th Street to W. 10th Ave); multiple side streets East of Broadway from E. 10th Ave to E. Colfax Ave to N. Clarkson Street. During the course of the assignment, we held the District Six Police Station briefly until crowds were cleared out of the area. ==During all of these incidents that I am able to recall, I did not observe any unauthorized use of force by any Denver police officer.==

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.*

6/15/2020
Date

2200.
Time Statement Completed

Signature of person making statement

DEN002782

**Denver Police Department** / **Departamento de Policía de Denver**
**STATEMENT** / **DECLARACIÓN**

| Name (Last, First, Middle Initial) / Nombre (apellido, nombre, Inicial del segundo nombre) | Person Making Statement Is: |
|---|---|
| Cervera, Alfonso | ☒ Officer    Serial Number 96008<br>☐ Witness    ☐ Person Advised/Victim |

| Residence Street Address / Dirección de residencia | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
|  |  |  |  |  |

| Residence Phone / Teléfono de residencia | Business Phone / Teléfono del trabajo/empresa | Email Address / Correo electrónico | Date of Birth / Fecha de nacimiento / |
|---|---|---|---|
| ( ) - | (720) 913-0400 |  |  |

| Business Street Address / Dirección de trabajo/ empresa | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |
|---|---|---|---|---|
| 1311 W. 46th Avenue | Denver | Denver | Co | 80211 |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
| Cervera | 96008 | 6/17/20 | 1400 |  |

| Concerning an Incident occurring at: / En referencia a un incidente que ocurrió en | Location Where Statement was Taken: / Lugar donde se tomó la declaración |
|---|---|
| Floyd Protests May 28th through June 2nd, 2020 | District 1 |

**Summary of Statement (Continued)** / Resumen de la declaración (Continuación)

The following statement covers events that occurred during the Floyd Protest and some riotous incidents that occurred between Thursday, 5/28/20 to Tuesday, 6/02/20 and incidents in which I observed, was involved or was in command over. I was not assigned to any protest events on Saturday, 5/30/20 as I was on a day off. This statement is compiled to the best of my recollection of the events which were chaotic, dynamic and rapidly evolving during the initial days of the protests and those incidents involving violent and tumultuous conduct by many unidentified members of the protest crowd which involved assaultive and destructive conduct by numerous crowd members specifically in the evening hours after dark which appeared to have no organized message or purpose other than to injure officers or destroy property.

During this event I Lieutenant Alfonso Cervera 96008 – District 1 authorized the use of Pepper Ball and did not directly authorize chemical munitions that were authorized and deployed by members of Metro SWAT who were also present at some of these incidents.

Despite not directly ordering or authorizing the deployment of chemical munitions the use was warranted based on the deteriorating conditions that were present, rapidly evolving, the assaultive and destructive nature of the crowd members present and the crowd members refusal to disperse after dispersal orders given, being ordered to get of the street and later after a curfew was initiated who fled from arrest and continued their riotous behavior.

==All deployment of Pepper Ball was reasonable, appropriate and consistent with Department policy. I did not personally observe any force used by officers or directed by myself that was inappropriate in response to crowd member actions.== To the contrary the officers who were under my direction or responded to assist that I personally observed displayed an exemplary level of restraint despite the violent attacks of rocks, objects, fireworks, Molotov cocktail being thrown and striking them in addition to the continuous verbal abuse directed to police by crowd members.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. *He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

Date: 6 / 22 / 2020

Time Statement Completed: 1600   ☐ a.m. ☐ p.m.

Signature of Person Making Statement / Firma de la persona que hace la declaración: 96008

DPD 366 (Rev. 06/19)

# Denver Police Department / Departamento de Policía de Denver
## STATEMENT / DECLARACIÓN

| Field | Value |
|---|---|
| Name (Last, First, Middle Initial) | Simmons, Jason |
| Person Making Statement Is: | ☒ Officer — Serial Number 04038 |
| Residence Street Address | |
| City / County / State / Zip Code | |
| Residence Phone | |
| Business Phone | (720)641-1133 |
| Email Address | Jason.simmons@denvergov.org |
| Date of Birth | |
| Business Street Address | 1311 W. 46th Ave. |
| City | Denver |
| County | Denver |
| State | CO |
| Zip Code | 80211 |
| Officer Taking Statement | J. Simmons |
| Serial No. | 04038 |
| Date | 6-12-20 |
| Time | 1300 |
| Concerning an Incident occurring at: | District 6 Protests / 5-30-20 |
| Location Where Statement was Taken: | District 1 |

### Summary of Statement (Continued)

After responding to the protests that had turned violent and into large riots throughout the downtown area on Thursday, 5-28-20, the City Wide IMPACT – Enforcement team was assigned to the protests from Friday 5-29-20, to Sunday 6-7-20.

Throughout Thursday 5-28-20 to Sunday 5-31-20, the protests turned into violent and dangerous riots where property was damaged and / or destroyed, officers from all jurisdictions and peaceful protesters were being injured by the agitators / suspect(s), most resulting in being transported to DHMC for treatment. Through the first week of protests / riots, officers experienced being struck by large rocks, glass bottles, larges cans of soup, golf balls shot from wrist rockets, large boards with nails and numerous other dangerous objects suspect(s) could throw. Officers had unknown flammable liquids thrown on them and then fireworks shot at them in attempts to ignite the flammable liquids. Molotov cocktails were lit and thrown at both offices and their vehicles.

During the CW1 – E Teams response, CW1 – E Officers deployed department approved Pepper Ball systems with PAVA live X rounds and 40mm launchers (Exact Impact Rounds / Foam / OC) when officers were being physically assaulted and being hit with various objects, all which could have resulted in serious bodily injury (SBI) and or death. These weapon systems were also deployed to disburse violent unruly crowds and / or groups who were damaging or breaking into businesses and starting fires, to trash dumpsters, buildings and cars. Only I deployed munitions other than pepper ball or 40mm exact rounds (2 OC Stinger Grenades). The CW1 – E Team was assigned to the protest from Thursday 5-28-20 to Monday 6-1-20 and Friday 6-5-20 to Monday 6-8-20.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.

Date: 6/12/2020
Time Statement Completed: 1300 p.m.
Signature of Person Making Statement: 04038

DPD 366 (Rev. 06/19)

DEN003437

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

CWI – E Officers / Sergeant only deployed pepper ball, 40mm or other munitions 5-28-20, 5-29-20, 5-30-20 and 5-31-20. The CWI – E Team was mostly utilized as a quick response arrest team. CWI – E Officers made numerous arrests resulting in the recovery of 3 handguns, 2 rifles and 1 shotgun. Several other weapons were recovered from suspect(s) such as a bat with large spikes on the barrel and numerous large knifes and machetes. All CWI – E Officers were struck with various objects causing them all pain, but none had to leave the line.

With this information, the CWI – E Sergeant (Jason Simmons 04038) covered riot response from the Denver Police Departments "Crowd Management Manual" (Revised 2-13-19) and the definition of a riot:

*"Riot means a public disturbance involving an assemblage of three or more persons which by tumultuous and violent conduct creates grave danger of damage or injury to property or persons or substantially obstructs the performance of any governmental function."*

With the "Crowd Management Matrix,"

Any decision to use force should take into consideration the following factors when determining "objectively reasonable" options based on the totality of the circumstances known at the time:

1. Imminent threat of injury to an officer(s) and /or others. The greater the level of the threat, the greater the level of force that may be used.
2. If the person is actively resisting seizure, the officer may escalate the justified (reasonable) level of force.
3. Circumstances are tense, uncertain, and rapidly evolving. Some incidents take hours to resolve, while others are over in seconds. The more intense, uncertain and rapidly evolving the incident, the higher the level of force that may be reasonable.
4. The more severe the crime, the more force that may justify escalating the level of force.
5. Attempting to evade seizure by flight may justify escalating the level of force.

The matrix was covered when pepper ball, 40mm launchers or other munitions would be utilized. Defensive resistance (toward police), active aggression (toward any person), aggressive or combative persons in a crowd control situation and riot/mob.

Per the Crowd Control Matrix – Use of the pepper ball system in crowd control situations may be appropriate in the following circumstances:

- To support the skirmish line.
- To use stand-off force application to encourage individuals to come down from trees, fences, walls, poles or signs when their elevated position or actions pose a threat to the field force. (The safety of targeted subjects must be considered in the event that pepper ball strikes cause them to fall.)
- Against subjects within a crowd who are actively throwing objects at police officers.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.*

Date: 6 / 12 / 20 20
Time Statement Completed: 1300 ☐ a.m. ☒ p.m.
Signature of Person Making Statement: 04038

DPD 366 (Rev. 06/19)

DEN003438

GO/CAD No. 20-334340

**Summary of Statement (Continued)**
Resumen de la declaración (Continuación)

- To mark individuals for future identification and arrest.
- To provide cover while arrest teams penetrate a crowd, or against individuals who attack the arrest team or violently interfere with the movement of the team or arrest process.

To deploy the pepper ball system, the behavior of the targeted individual must rise to at least the level of **Defensive Resistance.**

Per the Crowd Control Matrix – Use of the 40mm launcher in crowd control situations may be appropriate in the following circumstances:

- Against violent individuals within a crowd.
- Against subjects who are actively throwing objects at police officers.
- Against subjects who are at risk of causing imminent bodily injury to other persons.
- To mark individuals for future identification and arrest for illegal acts that include active aggression.
- To provide cover while arrest teams penetrate a crowd, or against individuals who attack the arrest team or violently interfere with the movement of the team or arrest process.

To deploy the 40mm launcher, the behavior of the individual must rise to at least the level of **Active Aggression.**

It was discussed at each briefing that I, Sergeant Simmons would be the only person within this team deploying anything other than pepper ball or 40mm. I gave all officers on the CWI – E Team a standing order if at any time they see a suspect(s) in the act of "Defensive Resistance" and / or "Active Aggression" they had my permission to stop the treat immediately by deploying their pepper ball systems to preserve life and to prevent injury to both officers and the peaceful protesters. Officers deploying the 40mm were also given a standing order and permission to immediately engage any suspect(s) in the act of "Active Aggression" and or "Aggravated Active Aggression" to preserve life and to prevent injury to both officers and the peaceful protesters.

On Saturday 5-30-20, Officer's J. Larson 16016, Allred 16022, Velarde 16030, Schultz 16043 and Rogers 17067 were assigned to the District 6 protests. The CWI – E Team was assigned to an RDV with the CWI – O Team, Sergeant C. Havard 98025, Officer's K. Saunier 13099, Z. Parrish 17037, N. Magee 14072 and L. Vento 15073. After the briefing, Sgt. Havard and I met with the officers and discussed the rules of engagement for the day (See above Introduction for details).

**1500 Block Washington St.**

At approximately 1000 hours, the CWI – E Team was directed to the 1500 Block of Washington St. to assist several teams protect the District 6 Station, 1566 Washington St. Upon arrival, a skirmish line had already been established. Several of the CWI – E officers were directed to various spots on the skirmish line and as a rear guard. I was supervising the rear guard and right flank and no one on either position deployed any gas munitions. The front skirmish line deployed gas munitions and pepper ball systems.

I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked. He leído la declaración anterior; los hechos alli contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

6 / 2 / 20 20
Date

1300  ☐ a.m. ☑ p.m.
Time Statement Completed

Signature of Person Making Statement
Firma de la persona que hace la declaración

GO/CAD No. 20-334430

## Denver Police Department / Departamento de Policía de Denver
### STATEMENT / DECLARACIÓN

| Field | Value |
|---|---|
| Name (Last, First, Middle Initial) | Magee, Nathaniel. Xavier James |
| Person Making Statement Is | ☒ Officer  ☐ Witness  ☐ Person Advised/Victim |
| Serial Number | 14072 |
| Residence Street Address | 1331 North Cherokee Street |
| City | Denver |
| County | Denver |
| State | CO |
| Zip Code | 80204 |
| Residence Phone | ( ) - |
| Business Phone | ( ) - |
| Email Address | |
| Date of Birth | [redacted] |
| Business Street Address | Same as Above |
| Officer Taking Statement | N. Magee |
| Serial No. | 14072 |
| Date | 06/18/2020 |
| Time | 1500 |
| Concerning an Incident occurring at | East 14th Avenue and North Logan Street |
| Location Where Statement was Taken | 1331 North Cherokee Street |

**Summary of Statement (Continued)**

On 05-30-2020, while working as a part of the Citywide Impact Team along with the Citywide Enforcement Team, while operating a marked Denver Police Department Rapid Deployment Vehicle, while wearing a standards Denver Police Department uniform along with gas mask and protective helmet, while working the George Floyd Downtown Protests, the Team and I responded to the area of East 14th Avenue and North Logan Street to assist with a large crowd in violation of curfew. This location is in the City and County of Denver.

It is noteworthy to mention that the Citywide Impact Team and the Citywide Enforcement Team were deployed due to large scale protests throughout the Downtown Denver region. During these protests, rioters were observed committing several crimes. Such crimes included but were not limited to Criminal Mischief-Graffiti, Burglary, Theft, Damage to Public and Private Property, Throwing Missiles, Arson, and several Weapons Offenses. The Team and I were deployed to mitigate any further destruction to property and/or harm to others. Also, a 9:00 p.m. curfew was implemented by the Mayor's Office for the entire City and County of Denver.

On this date, The Team was ordered by command staff to respond to East 14thh Avenue and North Logan Street due to a large crowd at this location violating curfew. Denver Police Command Post requested that the Team respond to this location and assist other officers form a skirmish line.

I was operating the Rapid Deployment Vehicle this day. I remained with the Rapid Deployment Vehicle to ensure that it was not subject to damage. It is noteworthy to mention that several police vehicles had previously been damaged and/or destroyed by rioters. I did not deploy any less lethal at this location and operated the Rapid Deployment Vehicle.

Nothing further at this time.

---

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

Date: 06 / 18 / 20 20

Time Statement Completed: 1520  ☐ a.m.  ☒ p.m.

Signature of Person Making Statement: [signed]

DPD 366 (Rev. 06/19)

DEN003375

## Denver Police Department / Departamento de Policía de Denver
## STATEMENT / DECLARACIÓN

| Name (Last, First, Middle Initial) / Nombre (apellido, nombre, inicial del segundo nombre) | | Person Making Statement Is: | | | |
|---|---|---|---|---|---|
| Leon, Eric | | x Officer  Serial Number 16006  ☐ Witness  ☐ Person Advised/Victim | | | |
| Residence Street Address / Dirección de residencia  950 N Josephine St | | City / Ciudad  Denver | County / Condado  Denver | State / Estado  Co | Zip Code / Código postal  80206 |
| Residence Phone / Teléfono de residencia  ( ) - | Business Phone / Teléfono del trabajo/empresa  (720)913-1333 | Email Address / Correo electrónico  Eric.leon@denvergov.org | | Date of Birth / Fecha de nacimiento / | |
| Business Street Address / Dirección de trabajo/ empresa | | City / Ciudad | County / Condado | State / Estado | Zip Code / Código postal |

| Officer Taking Statement | Serial No. | Date | Time | Hours |
|---|---|---|---|---|
| Leon | 16006 | 06/09/2020 | 1730 | |

| Concerning an Incident occurring at: / En referencia a un incidente que ocurrió en: | Location Where Statement was Taken: / Lugar donde se tomó la declaración  950 N Josephine St |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

On 05/28/2020 at approximately 1900 hours while working TAC48 in full Denver police uniform. We responded to E 14th Ave and N Lincoln St via our Denver Police Rapid Deployment Vehicle (RDV) on an Officer needs help call. District 3 Officers advised they needed help due to being trapped in a large hostile crowd at the listed statement. At this moment I was assigned pepper ball system.

Once at scene I observed multiple Police vehicles surrounded by a large hostile crowd standing in the middle of the street. Due to having the pepper ball system I stayed generally between the RDV and another Police vehicle. I observed multiple people pushing and attempting to cross the skirmish line. Police Officers who ordering people to get on the side walk. I advised one male to get on the side walk and to move back from the skirmish line. He continually attempted to cross the skirmish line and I pushed him back. During the skirmish line we began to get bottles and rocks thrown at us. While this was happening, I observed an unknown subject approach the rear driver side tire and used a knife to pop the tire. While attempting to grab that subject my Camera fell off and I was unaware that it fell off until I returned to the station. Shortly after the tire was popped the Police Officers who called for help were able to safely leave the area. At this point we were got back on the RDV's and returned to the station to fix our flat tire and redeployed on our second RDV. I did not shoot any pepper balls during this incident.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

06 / 09 / 20 20
Date

1730   ☐ a.m.  ☒ p.m.
Time Statement Completed

Leon 16006
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)                                                                                              DEN002912

| Page **2** of **2** | GO/CAD No. 20-330514 |
|---|---|

**Summary of Statement** (Continued)
Resumen de la declaración (Continuación)

Once on our second RDV we were advised to respond to District 6 station to assist with protesters there. We deployed in the 1500 block of Washington street and assisted Officers who were on a skirmish line at N Washington St and E Colfax Ave. I was still assigned the pepper ball system. While on the skirmish line we almost immediately began getting large rocks (approximately the size of softballs), water bottles, and other unknown hard objects thrown at us. ==Consistent with the Denver Police Department use of Force manual and Denver Police Department Crowd Management Manual,==

==-To support the skirmish line.==

==- Against subjects within a crowd who are actively throwing objects at police Officers.==

==I began to deploy and target subjects with pepper ball who were throwing objects. During this time I was struck with a large rock on my chest.==

We began to move the skirmish line west bound on E Colfax Ave. While moving the skirmish line westbound we continued getting rocks thrown at us, I observed multiple Officers get struck causing them to fall to ground. I again only targeted subjects who were throwing rocks and other objects.

*I have read the foregoing statement and the facts contained therein are true to the best of my knowledge and belief. I do not maintain that it contains all of the facts or details of the incident, but only those facts about which I have been asked.* He leído la declaración anterior; los hechos allí contenidos son verdaderos, según mi leal saber y entender. No sostengo que contiene todos los hechos o detalles sobre el incidente, sino sólo aquellos hechos que me han sido preguntados.

06 / 09 / 20 20
Date

1730   ☐ a.m. ☒ p.m.
Time Statement Completed

_[signature] /6006_
Signature of Person Making Statement
Firma de la persona que hace la declaración

DPD 366 (Rev. 06/19)

DEN002913