

# Transcript of Sergeant Rick Beall

**Date:** April 1, 2021
**Case:** Black Lives Matter 5280, et al. -v- City and County of Denver, et al.

**Planet Depos**
**Phone:** 888.433.3767
**Email::** transcripts@planetdepos.com
**www.planetdepos.com**

WORLDWIDE COURT REPORTING & LITIGATION TECHNOLOGY

Exhibit 61

| | | |
|---|---|---|
| 1 | A   I don't recall specifically, but I believe | 17:06:04 |
| 2 | there was a time we were on the -- that's the | 17:06:08 |
| 3 | south side of the capitol.  I believe my team was | 17:06:11 |
| 4 | there momentarily, or some type of large crowd. | 17:06:19 |
| 5 | Q   Can you see the screen? | 17:06:28 |
| 6 | A   Yes, ma'am. | 17:06:30 |
| 7 | Q   Okay.  I'm showing you your body-worn | 17:06:31 |
| 8 | camera, Bates stamped Denver 4021. | 17:06:36 |
| 9 | The time, date and time stamp on it is | 17:06:40 |
| 10 | 5-29-2020 at 2:54:15.  That's Greenwich, Greenwich | 17:06:47 |
| 11 | meantime. | 17:06:53 |
| 12 | A   I'm sorry -- | 17:06:56 |
| 13 | Q   Do you recall being at this intersection | 17:06:57 |
| 14 | on the evening of May 28th, at 8:54 p.m.? | 17:07:00 |
| 15 | A   That was the first night.  I know we were | 17:07:07 |
| 16 | there.  I don't know exactly what night, but yes, | 17:07:10 |
| 17 | at that intersection. | 17:07:13 |
| 18 | Q   Okay.  You did not review any of your | 17:07:14 |
| 19 | body-worn camera before your deposition, correct? | 17:07:17 |
| 20 | A   I have not. | 17:07:19 |
| 21 | Q   Did you ask to review any of it -- | 17:07:21 |
| 22 | (Interrupted crosstalk.) | 17:07:23 |
| 23 | A   I just want -- I could have seen it last | 17:07:24 |
| 24 | year when I uploaded it, but as far as before this | 17:07:27 |
| 25 | deposition, or recently, no. | 17:07:30 |

| | | |
|---|---|---|
| 1 | Q  Did you ask to see any of it before your | 17:07:32 |
| 2 | deposition today? | 17:07:36 |
| 3 | A  No. | 17:07:37 |
| 4 | Q  Why not? | 17:07:38 |
| 5 | A  I asked if I needed to, and I do not. | 17:07:39 |
| 6 | Q  I'm going to play a few seconds of this, | 17:07:52 |
| 7 | and then I'll ask you some questions. | 17:07:55 |
| 8 | We are starting at, the time on the camera | 17:07:56 |
| 9 | is 2:54:15. | 17:07:58 |
| 10 | A  Okay. | 17:08:02 |
| 11 | (Playing video.) | 17:08:03 |
| 12 | Q  I'm pausing it here, it played for 31 | 17:08:31 |
| 13 | seconds.  So there was a beep, and then the sound | 17:08:35 |
| 14 | came on; did you see that? | 17:08:38 |
| 15 | A  I did. | 17:08:40 |
| 16 | Q  That means that was the moment that you | 17:08:41 |
| 17 | turned your camera on, correct? | 17:08:43 |
| 18 | A  Yes, ma'am. | 17:08:44 |
| 19 | Q  And the body camera automatically records | 17:08:45 |
| 20 | for 30 seconds prior to that, correct? | 17:08:48 |
| 21 | A  Yes, ma'am. | 17:08:50 |
| 22 | Q  Why did you decide to turn your body-worn | 17:08:51 |
| 23 | camera on at that time? | 17:08:54 |
| 24 | A  I don't know why at this moment, but at | 17:08:55 |
| 25 | the time, I'm sure I had a reason, or depending on | 17:08:59 |

1   the crowd or what was going on, it might need to        17:09:02

2   be activated.                                           17:09:07

3       Q  I'll play it for a little bit more and           17:09:08

4   then I'm going to ask you, was this crowd peaceful      17:09:13

5   at this time?                                           17:09:17

6           (Playing video.)                                17:09:17

7       Q  We played it to 57 seconds into the video.       17:09:43

8   Does that refresh your recollection as to whether       17:09:48

9   the crowd was peaceful at that time?                    17:09:51

10      A  I believe, I don't see any bottles or            17:09:53

11  rocks being thrown.  Is that what you're asking,        17:09:57

12  or -- I don't know exactly what everyone is doing       17:10:00

13  in the crowd at the time.                               17:10:02

14      Q  You didn't see anything being thrown,            17:10:04

15  correct?                                                17:10:06

16      A  No.                                              17:10:07

17      Q  People are chanting, right?                      17:10:07

18      A  Yes, ma'am.                                      17:10:09

19      Q  They are standing on the sidewalk and on         17:10:10

20  the street, right?                                      17:10:12

21      A  Yes.                                             17:10:13

22      Q  You didn't see any acts of violence,            17:10:14

23  right?                                                  17:10:19

24      A  Not from that frame, no.                         17:10:19

25      Q  I'm going to play it starting at 6 minutes       17:10:21

| | | |
|---|---|---|
| 1 | 36 seconds into the video. | 17:10:43 |
| 2 | (Playing video.) | 17:10:46 |
| 3 | Q  I've paused it at 7:08.  Were there any | 17:11:17 |
| 4 | announcements that were being made by the police | 17:11:25 |
| 5 | at this time? | 17:11:28 |
| 6 | A  I don't recall specific announcements, | 17:11:28 |
| 7 | there could have been, but that was not coming | 17:11:31 |
| 8 | from me. | 17:11:34 |
| 9 | Q  Did you hear any announcements? | 17:11:37 |
| 10 | A  I did not, not to my recollection.  I | 17:11:41 |
| 11 | don't recall any specific announcements. | 17:11:44 |
| 12 | Q  I'm going to play it from 7:29 minutes | 17:11:46 |
| 13 | into the video. | 17:12:01 |
| 14 | A  Yes, ma'am. | 17:12:02 |
| 15 | (Playing video.) | 17:12:04 |
| 16 | Q  We can't hear you. | 17:12:07 |
| 17 | A  It stopped. | 17:12:09 |
| 18 | Q  Right.  I paused it.  Did you hear a | 17:12:14 |
| 19 | protest, in that clip that I just played, did you | |
| 20 | hear a protester yell, "we can't hear you"? | 17:12:18 |
| 21 | A  Oh, can you play it again? | 17:12:21 |
| 22 | Q  Sure. | 17:12:22 |
| 23 | (Playing video.) | 17:12:23 |
| 24 | Q  Did you hear a protester yell, "we can't | 17:12:34 |
| 25 | hear you"? | 17:12:39 |

1      A   I did hear someone yell, "we can't hear        17:12:40

2   you."                                                 17:12:43

3      Q   It's quite noisy, right?                       17:12:43

4      A   That is a noisy crowd, yes.                    17:12:45

5      Q   Right.  They are chanting, it's loud,          17:12:48

6   right?                                                17:12:50

7      A   Yes, ma'am.                                    17:12:50

8      Q   There is drums, somebody is banging a          17:12:51

9   drum, right?                                          17:12:55

10     A   It sounded like one.                           17:12:56

11     Q   There may or may not have been an              17:12:58

12  announcement going on in the background, right?       17:13:01

13     A   I don't recall any specific announcement.      17:13:04

14     Q   You would agree that if you're going to        17:13:09

15  make an announcement before using less-lethal         17:13:16

16  weapons on a bunch of protesters, you want to make    17:13:20

17  sure that they hear you, right?                       17:13:23

18     A   Yes, ma'am.                                    17:13:25

19     Q   If a crowd can't hear you, then they can't     17:13:26

20  comply with your order before force is used on        17:13:31

21  them, right?                                          17:13:34

22     MR. RINGEL:  Object to the form and the            17:13:34

23  foundation.                                           17:13:36

24     A   I believe so.                                  17:13:39

25     Q   You're familiar with the Denver Police         17:13:40

1    Department crowd-management manual, correct?                17:13:46

2        A   I have had to go through it, yes, ma'am.           17:13:48

3        Q   One of the things that it provides for is          17:13:51

4    to make sufficient announcements so that people            17:13:54

5    can hear in order to comply with an order, right?          17:13:57

6        A   I believe so, ma'am.                               17:14:01

7        Q   And at least one person in the crowd tried         17:14:02

8    to communicate that they couldn't hear by saying           17:14:08

9    "we can't hear you", right?                                17:14:10

10       MR. RINGEL:   Object to the form and                   17:14:13

11   foundation.                                                17:14:14

12       A   I did hear someone say "we can't hear              17:14:16

13   you."                                                      17:14:19

14       Q   Do you recall hearing that at the time?           17:14:20

15       A   I do not recall hearing that at the time.         17:14:24

16       Q   Would you have done something about that          17:14:26

17   if you had heard it at the time?                           17:14:31

18       A   If someone had said we can't hear you?            17:14:32

19       Q   Yeah, you know, if somebody was making an         17:14:37

20   announcement, one of your supervisors was making          17:14:41

21   an announcement, and somebody in the crowd said we        17:14:44

22   can't hear you, you would have gone over to your          17:14:46

23   supervisor and said, hey -- we need to find a             17:14:49

24   different way of communicating this, because they         17:14:52

25   can't hear us?                                             17:14:54

1    A   I would hope that information would get      17:14:55

2    communicated.                                    17:14:58

3    Q   Who did you think was responsible for        17:15:00

4    communicating that information?                  17:15:02

5    A   I'm not sure who was controlling that line   17:15:05

6    at the time.  Obviously, I'm off to the side, but 17:15:09

7    I'm sure whoever had us at that position would   17:15:12

8    have been controlling that incident.             17:15:16

9    Q   But that wasn't your job, right, to make     17:15:19

10   sure the crowd could hear any announcements?     17:15:21

11   A   No, I believe I was, I was with my           17:15:24

12   officers on the line.                            17:15:26

13   Q   So if you know a bunch of protesters are     17:15:31

14   about to get tear gassed, but they can't hear    17:15:34

15   whatever orders are being given to them, your job 17:15:38

16   is to just remain on the line with your officers 17:15:41

17   and allow the tear gassing to happen, right?     17:15:43

18   A   No, I believe, like I said, I'd hope to      17:15:46

19   get that information passed along, communicated to 17:15:49

20   whoever was deciding to tear gas.                17:15:52

21   Q   Right.  But you did not communicate that     17:15:55

22   information to anybody, did you?                  17:15:59

23   A   No, I did not hear that person that they     17:16:02

24   could not hear.                                  17:16:04

25   Q   Well, let's take a look.  We are going to    17:16:06

| | | |
|---|---|---|
| 1 | go 9 minutes 45 seconds into the video. | 17:16:21 |
| 2 | A  Okay. | 17:16:25 |
| 3 | (Playing video.) | 17:16:31 |
| 4 | Q  (Inaudible) protester? | 17:16:42 |
| 5 | A  I'm sorry, what? | 17:16:48 |
| 6 | Q  You just had a conversation with this | 17:16:50 |
| 7 | protester right here? | 17:16:52 |
| 8 | A  Yes. | 17:16:53 |
| 9 | Q  Right.  He came up to you and asked you, | 17:16:54 |
| 10 | what did the guy say on the PA, right? | 17:16:56 |
| 11 | A  For the field force, I heard him, I | 17:16:59 |
| 12 | responded to him that they are going to deploy | 17:17:02 |
| 13 | gas. | 17:17:05 |
| 14 | Q  Didn't you hear -- what did he ask you? | 17:17:07 |
| 15 | A  I don't recall specifically, but I just | 17:17:10 |
| 16 | heard myself say:  They are going to deploy gas. | 17:17:15 |
| 17 | Q  Okay.  Let's go back.  Pay attention to | 17:17:19 |
| 18 | what he says. | 17:17:23 |
| 19 | A  Okay. | 17:17:25 |
| 20 | (Playing video.) | 17:17:27 |
| 21 | A  He said:  What did the guy say on the PA? | 17:17:40 |
| 22 | Q  Right.  And you said:  They are going to | 17:17:43 |
| 23 | deploy gas. | 17:17:44 |
| 24 | Right? | 17:17:46 |
| 25 | A  Yes. | 17:17:46 |

1    Q   Okay.  So this was a protester indicating          17:17:46

2    that he couldn't hear, and he was asking you,          17:17:50

3    coming up to ask you what was said on the PA,          17:17:52

4    right?                                                 17:17:55

5    A   That's correct.                                    17:17:55

6    Q   You were aware that at least one person            17:17:55

7    couldn't hear what was being said on the PA,           17:17:59

8    right?                                                 17:18:02

9    A   He made himself aware, yes, he told me he          17:18:02

10   couldn't hear.                                         17:18:05

11   Q   As a sergeant, as a supervising officer on         17:18:06

12   the scene, did you have any concerns that other        17:18:11

13   people couldn't hear?                                  17:18:13

14   A   At the time I did not.                             17:18:14

15   Q   Why not?                                           17:18:16

16   A   I don't know why I didn't at the time.             17:18:17

17       This person asked if -- what we said.  He          17:18:22

18   came up and asked.                                     17:18:25

19   Q   So did you think it was the responsibility         17:18:27

20   of people who couldn't hear whatever announcement      17:18:30

21   was being made to come up and ask about the            17:18:32

22   announcement they couldn't hear?                       17:18:35

23       MR. RINGEL:  Object to the form.                   17:18:37

24   A   At the time I don't, I don't have any              17:18:39

25   memory of thinking it was anybody's responsibility     17:18:42

| | | |
|---|---|---|
| 1 | to come ask me. | 17:18:44 |
| 2 | Q  What was your understanding of why they | 17:18:53 |
| 3 | were about to deploy gas at this time? | 17:18:55 |
| 4 | A  Usually -- I don't have any specific | 17:18:59 |
| 5 | recollection, but it could have been a variation | 17:19:04 |
| 6 | of things.  I would have to see something to | 17:19:08 |
| 7 | remind me. | 17:19:10 |
| 8 | Q  Do you know if there had been an unlawful | 17:19:13 |
| 9 | assembly declared at that time? | 17:19:18 |
| 10 | A  I don't recall specifically at that time | 17:19:20 |
| 11 | it was an unlawful assembly. | 17:19:22 |
| 12 | Q  If there was nobody in the crowd who was | 17:19:24 |
| 13 | throwing rocks, or anything else, at the officers, | 17:19:27 |
| 14 | or posing any kind of threat to the life or safety | 17:19:29 |
| 15 | of officers, or other people, is there any reason | 17:19:32 |
| 16 | that it could be declared an unlawful assembly? | 17:19:35 |
| 17 | MR. RINGEL:  Object to the form and the | 17:19:40 |
| 18 | foundation. | 17:19:41 |
| 19 | A  I don't know if that was decided by the | 17:19:42 |
| 20 | higher-ups if it was deemed unlawful, for whatever | 17:19:44 |
| 21 | reason, being in the street, I don't know. | 17:19:48 |
| 22 | Q  What are the possible justifications for | 17:19:51 |
| 23 | the imminent use of tear gas on this crowd? | 17:19:54 |
| 24 | A  As far as why I would deploy tear gas, is | 17:19:58 |
| 25 | that what you're asking? | 17:20:04 |

1    Q  All right.  I want to focus you on Sunday,          18:11:19

2  May 31st?                                                18:11:21

3    A  Okay.                                               18:11:24

4    Q  Not 6-1?                                            18:11:25

5    A  Oh, May 31, okay.                                   18:11:27

6    Q  Maybe I misspoke?                                   18:11:29

7    A  Sorry.                                              18:11:31

8    Q  Sunday, May 31st.  Is there anything in             18:11:31

9  your report that refreshes your recollection as to       18:11:35

10  what you did on Sunday, May 31st?                        18:11:37

11    A  Nothing specifically, no.                          18:11:40

12    Q  That's because what, the only description          18:11:46

13  there is of what you did on that day is contained       18:11:48

14  on page 2, correct?                                     18:11:51

15    A  Correct.                                           18:11:52

16    Q  I'm showing you what's been Bates stamped          18:11:53

17  as Denver 5085.                                          18:12:13

18    A  Okay.                                              18:12:16

19    Q  This is a video that was taken in the              18:12:16

20  evening on May 31st.  The time stamp on the camera      18:12:18

21  is 6-01-2020, at 3:50 a.m., which is six hours          18:12:24

22  ahead of our time.                                       18:12:29

23       I'm going to play a few seconds of this            18:12:31

24  and then I'll ask you some questions.                    18:12:34

25    A  Okay.                                              18:12:36

1          (Playing video.)                                    18:12:38

2      Q  I've stopped it at, the time on the camera          18:13:16

3   is 3:50:58.                                               18:13:19

4          This is at the intersection of Logan and           18:13:24

5   Pennsylvania, correct?                                    18:13:25

6      A  I can't see the street sign, but...                 18:13:26

7      Q  Well, do you see this church right here?            18:13:28

8      A  Where at?  I don't work in District 6,              18:13:31

9   so -- okay, the cathedral, Logan.                         18:13:34

10     Q  Yeah, the cathedral.  Do you see the                18:13:37

11  cathedral?                                                18:13:41

12     A  Yes, ma'am.                                         18:13:42

13     Q  Okay.  Do you see the street sign right             18:13:42

14  here?                                                     18:13:44

15     A  Colfax.                                             18:13:46

16     Q  So this is the cathedral on Colfax,                 18:13:46

17  correct?                                                  18:13:49

18     A  Yes, ma'am.                                         18:13:49

19     Q  That cathedral is the Cathedral Basilica            18:13:59

20  of the Immaculate Conception, which is at the             18:14:25

21  intersection of Logan and Colfax, correct?               18:14:25

22     A  I believe so, yes.                                  18:14:17

23     Q  I'm showing you Google Maps Street View.            18:14:27

24         Do you see this cathedral right here?              18:14:35

25     A  Yes, ma'am.                                         18:14:37

| | | |
|---|---|---|
| 1 | Q  That's the cathedral that's depicted in | 18:14:38 |
| 2 | the video, correct? | 18:14:41 |
| 3 | A  Correct. | 18:14:42 |
| 4 | Q  So you and your team at the time that's | 18:14:42 |
| 5 | depicted in the video, which I'm going to put back | 18:14:45 |
| 6 | up in a minute, at 9:50 p.m., on May 31st, are at | 18:14:49 |
| 7 | Logan and Pennsylvania, correct? | 18:14:57 |
| 8 | A  Based on the video, yes. | 18:14:59 |
| 9 | Q  What happened prior to this? | 18:15:01 |
| 10 | MR. RINGEL:  You said Logan and | 18:15:05 |
| 11 | Pennsylvania.  Do you mean Logan and Colfax? | 18:15:07 |
| 12 | MS. WANG:  Yeah, sorry, Logan and Colfax. | 18:15:10 |
| 13 | Q  What were you and your team doing just | 18:15:12 |
| 14 | prior to this? | 18:15:16 |
| 15 | A  I do not recall. | 18:15:17 |
| 16 | Q  You were with Lieutenant Williams and | 18:15:21 |
| 17 | Sergeant Abeyta, and his team, correct? | 18:15:24 |
| 18 | A  We would have been teamed up at that time. | 18:15:28 |
| 19 | Q  And there were a lot of protesters who | 18:15:29 |
| 20 | were on this block in the ten minutes just | 18:15:31 |
| 21 | preceding the beginning of this video, correct? | 18:15:37 |
| 22 | MR. RINGEL:  Object to the form and the | 18:15:40 |
| 23 | foundation. | 18:15:41 |
| 24 | A  I have no idea what was going on before | 18:15:41 |
| 25 | that.  There was a lot of activity on Colfax. | 18:15:44 |

1    Q   What was the activity that you recall?                18:15:47

2    A   Nothing specifically.  I know we spent                18:15:49

3    time on Colfax, just a lot of dumpster fires,             18:15:55

4    bottles, rocks, fireworks.                                18:15:59

5    Q   So there was a lot of activity involving              18:16:03

6    protesters, correct, on Colfax?                           18:16:07

7    A   Yes.                                                  18:16:08

8    Q   Can you tell me why we don't have any                 18:16:09

9    video for you from May 31st, other than this one          18:16:14

10   that I just showed you?                                   18:16:18

11   A   I have no, no recollection of anything               18:16:20

12   specific that needed body-worn again.                     18:16:24

13   Q   So I'm showing you this again.                        18:16:27

14   A   Uh-huh.                                               18:16:29

15   Q   I'm just going to scroll through it.                  18:16:31

16   There doesn't appear to be any protesters around          18:16:32

17   at this time, right?                                      18:16:35

18   A   That's blank right now, hold on.  There              18:16:36

19   you go.                                                   18:16:40

20   Q   I'm just going to scroll through it.  This            18:16:40

21   video is a total of 1 minute, 26 seconds.                 18:16:44

22       Do you see this time counter?                         18:16:49

23   A   I do.                                                 18:16:50

24   Q   So your officers have formed a line here,             18:16:55

25   at Logan, right?                                          18:16:58

| | | |
|---|---|---|
| 1 | A  Yes. | 18:16:59 |
| 2 | Q  And there don't appear to be any | 18:17:00 |
| 3 | protesters around? | 18:17:05 |
| 4 | A  Correct. | 18:17:05 |
| 5 | Q  You have no recollection of what you were | 18:17:06 |
| 6 | doing before this, do you? | 18:17:10 |
| 7 | A  I, I cannot tell you, if we were called in | 18:17:12 |
| 8 | to form a line, or what was going on at that time, | 18:17:16 |
| 9 | that specific day and time for Colfax. | 18:17:19 |
| 10 | Q  If you had documented it in your report, | 18:17:22 |
| 11 | what you were doing at that location, just prior | 18:17:28 |
| 12 | to these events, we would know, right? | 18:17:30 |
| 13 | MR. RINGEL:  Object to the form. | 18:17:34 |
| 14 | A  Yes. | 18:17:36 |
| 15 | Q  If you had recorded it on your body | 18:17:37 |
| 16 | camera, we would know what you were doing just | 18:17:40 |
| 17 | before this, right? | 18:17:43 |
| 18 | MR. RINGEL:  Object to the form. | 18:17:43 |
| 19 | A  Yes, if I deemed it necessary, if we were | 18:17:45 |
| 20 | doing something I felt I needed my body-worn on | 18:17:48 |
| 21 | for, yes. | 18:17:51 |
| 22 | Q  We're at 1 minute 15 seconds into the | 18:17:52 |
| 23 | video. | 18:17:55 |
| 24 | I'm going to ask you who these two people | 18:17:55 |
| 25 | with the patches on their shoulders are? | 18:17:58 |

| | | |
|---|---|---|
| 1 | (Playing video.) | 18:18:02 |
| 2 | Q  Do you recognize them at all? | 18:18:07 |
| 3 | A  I definitely don't recognize the second | 18:18:09 |
| 4 | one. | 18:18:13 |
| 5 | The first one possibly could be Sergeant | 18:18:13 |
| 6 | Abeyta, based on body shape, but other than that, | 18:18:17 |
| 7 | I have no idea. | 18:18:21 |
| 8 | Q  There is what I will call -- this guy to | 18:18:22 |
| 9 | the right, with the red can in his hand, and then | 18:18:25 |
| 10 | the other guy who is bigger? | 18:18:29 |
| 11 | A  Yes. | 18:18:31 |
| 12 | Q  Which one -- | 18:18:31 |
| 13 | A  To the left would be Sergeant Abeyta, I | 18:18:32 |
| 14 | believe. | 18:18:37 |
| 15 | Q  If this other guy, this shorter guy with | 18:18:37 |
| 16 | the red can in his hand -- this is a fogger, | 18:18:41 |
| 17 | right? | 18:18:47 |
| 18 | A  Yes, that's an OC fogger. | 18:18:47 |
| 19 | Q  He's got these arrows on his shoulder? | 18:18:50 |
| 20 | A  Yeah, it's a little, I don't know on your | 18:18:52 |
| 21 | end, it looks like two or three, maybe three | 18:18:54 |
| 22 | stripes.  Is it three stripes? | 18:18:56 |
| 23 | Q  Let me play it again and try to -- | 18:18:58 |
| 24 | A  You can clearly tell that's a star on that | 18:19:01 |
| 25 | one.  I just couldn't tell on the other one. | 18:19:05 |

| | | |
|---|---|---|
| 1 | (Playing video.) | 18:19:05 |
| 2 | Q  Does that clarify for you at all? | 18:19:09 |
| 3 | A  I'm sorry, what? | 18:19:11 |
| 4 | Q  Did that help you see who that was at all? | 18:19:13 |
| 5 | A  No.  It looks like a supervisor. | 18:19:16 |
| 6 | Q  Okay.  So a sergeant or above? | 18:19:20 |
| 7 | Let me ask -- | 18:19:25 |
| 8 | (Interrupted crosstalk.) | 18:19:25 |
| 9 | A  -- have been a sergeant, if anything, | 18:19:26 |
| 10 | above would -- they wouldn't wear those stripes. | 18:19:29 |
| 11 | Q  So lieutenant wouldn't have these arrows? | 18:19:31 |
| 12 | A  No. | 18:19:34 |
| 13 | Q  This guy right here has three, has three | 18:19:34 |
| 14 | arrows -- | 18:19:40 |
| 15 | A  Yes. | 18:19:41 |
| 16 | Q  -- stacked on top of each other. | 18:19:42 |
| 17 | Is what Sergeant Abeyta has? | 18:19:43 |
| 18 | A  Yes.  Sergeant Abeyta is a sergeant, like | 18:19:46 |
| 19 | I said, without seeing his face, just based on | 18:19:52 |
| 20 | body shape, possibly Sergeant Abeyta. | 18:19:54 |
| 21 | And since we were teamed up, it wouldn't | 18:19:56 |
| 22 | be unlikely that we were at the same location. | 18:19:58 |
| 23 | Q  Do you know what kettling is? | 18:20:03 |
| 24 | A  I don't. | 18:20:05 |
| 25 | Q  You have never heard that term? | 18:20:07 |

| | | |
|---|---|---|
| 1 | the law, and you are going to try to arrest them? | 18:24:01 |
| 2 | A  Yes. | 18:24:03 |
| 3 | Q  I'm talking about using containment or | 18:24:04 |
| 4 | corralling methods on a group of protesters. | 18:24:07 |
| 5 | Have you ever heard of those terms used? | 18:24:11 |
| 6 | A  I can't say I have or have not heard those | 18:24:14 |
| 7 | terms.  I can't think of a specific incident where | 18:24:17 |
| 8 | we corralled or tried to surround a group of | 18:24:20 |
| 9 | protesters. | 18:24:23 |
| 10 | Q  On Sunday, May 31st, you and your team, | 18:24:24 |
| 11 | and Lieutenant Williams, were on Colfax pushing | 18:24:31 |
| 12 | protesters east, correct? | 18:24:37 |
| 13 | A  Without being refreshed, I'd have to see a | 18:24:41 |
| 14 | video, or -- | 18:24:44 |
| 15 | Q  Well, you didn't record any video. | 18:24:49 |
| 16 | A  Okay. | 18:24:50 |
| 17 | Q  You did before 9:50 p.m. -- | 18:24:50 |
| 18 | A  Okay. | 18:24:56 |
| 19 | Q  -- on Sunday May 31st. | 18:24:56 |
| 20 | So now you can't remember; is that right? | 18:24:58 |
| 21 | A  I don't have a specific memory of who | 18:25:01 |
| 22 | pushed protesters east on Colfax at that time. | 18:25:03 |
| 23 | Q  I'm showing you a Denver HALO camera video | 18:25:07 |
| 24 | that was produced to us.  It's from Sunday, May | 18:25:16 |
| 25 | 31st, at Colfax and Logan. | 18:25:20 |

| | | |
|---|---|---|
| 1 | I'm going to play it for you starting at | 18:25:22 |
| 2 | 9:36 p.m. | 18:25:26 |
| 3 | Just to orient you, this is Colfax, right | 18:25:28 |
| 4 | here, the street we are looking at. | |
| 5 | This is the Basilica, the church that we | 18:25:31 |
| 6 | were viewing in the other video, right here with | 18:25:34 |
| 7 | the bright lights. | 18:25:36 |
| 8 | (Playing video.) | 18:25:41 |
| 9 | Q  I'm playing it starting from 9:36 p.m. | 18:25:49 |
| 10 | A  Okay. | 18:25:53 |
| 11 | Q  I'm going to play it a little faster at | 18:26:04 |
| 12 | two-time speed. | 18:26:07 |
| 13 | Here we see a bunch of protesters have | 18:26:18 |
| 14 | started crossing this intersection in front of the | 18:26:22 |
| 15 | church, right? | 18:26:26 |
| 16 | A  Appears so. | 18:26:27 |
| 17 | Q  I'm going to pause it at 9:38:36 p.m. | 18:26:28 |
| 18 | Did you see people started running to the | 18:27:04 |
| 19 | west? | 18:27:08 |
| 20 | A  No.  Can you play it back?  You're saying | 18:27:11 |
| 21 | people run down the left side? | 18:27:15 |
| 22 | Q  Yes.  Do you see my curser? | 18:27:18 |
| 23 | A  Yeah. | 18:27:21 |
| 24 | Q  The people start running this way, and | 18:27:21 |
| 25 | there is clouds of tear gas back here. | 18:27:24 |

1     A  Okay.                                           18:27:26

2     Q  This street on the other side of the           18:27:26

3  church is Pennsylvania.  I'll rewind it a little     18:27:28

4  bit.                                                 18:27:33

5        Do you see how people are running?             18:27:47

6     A  I do.                                           18:27:50

7     Q  And do you see the clouds of tear gas in       18:27:51

8  the distance?                                        18:27:54

9        MR. RINGEL:  Object to form.                   18:27:54

10    A  It appears to be smoke or gas, yes.            18:27:55

11    Q  Smoke or gas.  Let's assume there is smoke     18:27:58

12  or tear gas over here along with the line of        18:28:23

13  officers, okay?  On the Pennsylvania block.         18:28:26

14    A  Okay.                                           18:28:30

15    Q  That prevents the protesters from going        18:28:30

16  that way, right?                                     18:28:33

17    A  Eastbound?                                      18:28:33

18    Q  Right.                                          18:28:35

19    A  Okay.                                           18:28:36

20    Q  I mean, would that be fair -- let's assume     18:28:37

21  that that was tear gas, and that there is a line    18:28:40

22  of officers standing across the street forming a    18:28:41

23  line at Pennsylvania?                                18:28:45

24    A  You're saying there is a line of officers     18:28:47

25  that way, okay.                                      18:28:49

| | |
|---|---|
| 1 | Q  Right. | 18:28:50 |
| 2 | MR. RINGEL:  Object to the form and the | 18:28:50 |
| 3 | foundation. | 18:28:51 |
| 4 | Q  If there is a line of officers at | 18:28:54 |
| 5 | Pennsylvania who are firing tear gas from that | 18:28:56 |
| 6 | direction, that prevents the protesters from going | 18:29:00 |
| 7 | in that direction, correct? | 18:29:04 |
| 8 | A  Yes. | 18:29:05 |
| 9 | Q  Do you see the clouds of tear gas from | 18:29:07 |
| 10 | this block on Logan? | 18:29:16 |
| 11 | A  I see fireworks and possible tear gas and | 18:29:17 |
| 12 | smoke, yes. | 18:29:21 |
| 13 | Q  Those sparks that we just saw going across | 18:29:22 |
| 14 | the street with the gas; what is that? | 18:29:35 |
| 15 | A  That one right there? | 18:29:37 |
| 16 | Q  Yes. | 18:29:40 |
| 17 | A  That's smoke or gas, yes. | 18:29:40 |
| 18 | Q  That's coming from Logan, right? | 18:29:43 |
| 19 | A  I have no idea where it's coming from. | 18:29:45 |
| 20 | Q  Do you think it's coming all the way from | 18:29:49 |
| 21 | Washington? | 18:29:52 |
| 22 | MR. RINGEL:  Object to the form. | 18:29:52 |
| 23 | A  I don't know where it came from. | 18:29:53 |
| 24 | Q  I'm pausing it at 9:41:59. | 18:30:17 |
| 25 | A  Okay. | 18:30:19 |

1    Q  There is smoke or tear gas right here,          18:30:19

2  right at the bottom of the screen, right?          18:30:21

3    A  Yes, ma'am.                                    18:30:23

4    Q  There is tear gas or smoke coming from the     18:30:23

5  other side as well, right?                          18:30:26

6    A  It appears to be.                              18:30:28

7    Q  And there's whole lot of protesters in the     18:30:31

8  middle, right?                                      18:30:34

9    A  Yes, ma'am.                                    18:30:35

10   Q  Which way are they supposed to go to get       18:30:36

11  out of here?                                        18:30:39

12      MR. RINGEL:  Object to the form and the        18:30:39

13  foundation.                                         18:30:41

14   A  If -- I, I don't know what's behind them        18:30:43

15  or where the tear gas came from, whether they      18:30:47

16  chose to stay at that location or not go.          18:30:51

17      It appears there's an alley way just north     18:30:53

18  of them, or south of their location.                18:30:56

19   Q  So you thought this alley --                   18:31:00

20   A  I don't know what is behind this camera.       18:31:01

21   Q  Well, it's Logan.                              18:31:04

22   A  I know, but I don't know if there is no        18:31:06

23  exit.                                               18:31:09

24   Q  Well, there is tear gas right here, so         18:31:10

25  regardless of what is all the way over here at     18:31:13

1   Logan, there is tear gas going off before you get          18:31:16

2   to Logan, right?                                           18:31:19

3        MR. RINGEL:  Object to the form and the               18:31:20

4   foundation.                                                18:31:22

5        A  Smoke or tear gas, yes.                            18:31:22

6        Q  Okay.  So it's reasonable to expect that           18:31:25

7   protesters are not going to think they can go              18:31:27

8   east, because there's tear gas coming from the             18:31:29

9   officers on Pennsylvania, right?                           18:31:32

10       MR. RINGEL:  Object to the form and the               18:31:35

11  foundation.                                                18:31:36

12       A  I don't know what they are thinking.               18:31:38

13       Q  Is it your expectation that if protesters          18:31:48

14  are encountered with gas coming from one side, and         18:31:51

15  gas coming from the other side, that they can't            18:31:55

16  go -- are they expected to go into the gas?                18:31:59

17       MR. RINGEL:  Object to the form and the               18:32:04

18  foundation.                                                18:32:05

19       A  I can't say or recall any incident that            18:32:06

20  gas or smoke may have been thrown where they               18:32:10

21  didn't have somewhere to go.                               18:32:12

22       Q  I'm asking you about a specific situation.         18:32:14

23  This one right here.  Where we have tear gas or            18:32:16

24  smoke, before you even get to Logan, and tear gas          18:32:20

25  or smoke at Pennsylvania.                                  18:32:25

| | | |
|---|---|---|
| 1 | Is it your expectation that the protesters | 18:32:30 |
| 2 | should decide to try to escape by running through | 18:32:34 |
| 3 | the gas? | 18:32:37 |
| 4 | MR. RINGEL:  Object to the form and the | 18:32:38 |
| 5 | foundation. | 18:32:40 |
| 6 | A  Without seeing what's set up on Logan, or | 18:32:41 |
| 7 | who threw that gas or smoke ,or not utilizing the | 18:32:46 |
| 8 | alley, I don't know what they are expected to do. | 18:32:48 |
| 9 | Q  So you think it's reasonable for them to | 18:32:51 |
| 10 | just go down this alley? | 18:32:53 |
| 11 | A  I don't know what is reasonable or not, | 18:32:56 |
| 12 | not knowing if they had an exit on the other side. | 18:32:59 |
| 13 | Q  Let's talk about the alley -- actually, | 18:33:02 |
| 14 | no, let's talk about the fence.  Okay? | 18:33:04 |
| 15 | A  Okay. | 18:33:07 |
| 16 | Q  I'm showing you Google Maps. | 18:33:07 |
| 17 | This is the Basilica and this is a six | 18:33:25 |
| 18 | foot iron metal fence. | 18:33:29 |
| 19 | Do you see this? | 18:33:31 |
| 20 | A  I do. | 18:33:32 |
| 21 | Q  Let's assume that that fence was there at | 18:33:32 |
| 22 | the time of the incident. | 18:33:35 |
| 23 | Would it be reasonable to expect the | 18:33:37 |
| 24 | protesters, who are being gassed from this side on | 18:33:38 |
| 25 | Pennsylvania, and gassed from this side on Logan, | 18:33:41 |

1   to climb this fence to get away?                        18:33:44

2        MR. RINGEL:  Object to the form and the            18:33:47

3   foundation.                                             18:33:48

4     A  Without the full picture, I don't know             18:33:51

5   what they would have been expected to do.               18:33:54

6     Q  Let's assume that there were officers on           18:33:56

7   Pennsylvania, who are tear gassing the protesters.      18:33:58

8     A  Okay.                                              18:34:01

9     Q  And that you and your team were on Logan           18:34:02

10  tear gassing the protesters.                            18:34:04

11       Would those actions in this location at            18:34:06

12  that time have been within DPD policy?                  18:34:08

13       MR. RINGEL:  Object to the form and the            18:34:12

14  foundation.                                             18:34:13

15    A  I don't believe that incident command              18:34:14

16  would have authorized to throw gas from the two         18:34:16

17  separate corners.                                       18:34:20

18    Q  Let's assume that Commander Phelan is              18:34:21

19  heard on the radio telling the two teams to push        18:34:25

20  and do exactly that?                                    18:34:28

21    A  To do that?                                        18:34:30

22    Q  Is that within policy?                             18:34:31

23       MR. RINGEL:  Object to form and                    18:34:32

24  foundation.                                             18:34:33

25    A  Depending on the circumstances, it may be          18:34:34

| | |
|---|---|
| 1 | if they see something that we don't see, where |
| 2 | there is risk to lives or property. |
| 3 | I couldn't answer for them. |
| 4 | Q  So we have tear gas on Logan, a metal |
| 5 | fence that's six feet high on the north side, and |
| 6 | tear gas coming from Pennsylvania. |
| 7 | On the south side, we have got the |
| 8 | protesters hemmed in by these buildings, and we |
| 9 | have this narrow alleyway. |
| 10 | Do you see this? |
| 11 | A  Yes, those are pretty large alleys with |
| 12 | cars that go through. |
| 13 | Q  Okay.  So you think that this was a |
| 14 | sufficient escape route for the protesters? |
| 15 | MR. RINGEL:  Object to the form and the |
| 16 | foundation. |
| 17 | A  Based on the situation, without having |
| 18 | full picture, I don't know if they had somewhere |
| 19 | else to go. |
| 20 | That would have been hard, obviously, to |
| 21 | get all protesters in that alley. |
| 22 | But it appeared from the HALO video you |
| 23 | showed me, most of them stuck around at the line. |
| 24 | Q  Let's take another look at that video. |
| 25 | I'm showing you again the HALO video from Colfax |

Time codes:
18:34:36
18:34:40
18:34:43
18:34:46
18:34:51
18:34:54
18:34:56
18:34:58
18:35:01
18:35:03
18:35:04
18:35:07
18:35:08
18:35:10
18:35:13
18:35:15
18:35:17
18:35:20
18:35:22
18:35:23
18:35:25
18:35:27
18:35:32
18:35:34
18:35:38

| | | |
|---|---|---|
| 1 | and Logan on May 31st, starting at 9:432 p.m. | 18:35:43 |
| 2 | We will watch it for a few minutes, then I | 18:35:51 |
| 3 | will ask you some questions. | 18:35:54 |
| 4 | A  Okay. | 18:35:56 |
| 5 | (Playing video.) | 18:35:58 |
| 6 | Q  I have paused it at 9:43:30. | 18:36:07 |
| 7 | Do you see these police officers that came | 18:36:11 |
| 8 | in from the west? | 18:36:14 |
| 9 | A  I do. | 18:36:15 |
| 10 | Q  That was your team, correct? | 18:36:15 |
| 11 | A  I have no idea what team it is.  It could | 18:36:17 |
| 12 | have been my team, yes. | 18:36:20 |
| 13 | Q  Well, let's take a look at 9:49. | 18:36:22 |
| 14 | We have got this line of officers right | 18:36:29 |
| 15 | here at Logan, right? | 18:36:31 |
| 16 | A  Yes, ma'am. | 18:36:34 |
| 17 | Q  That's where your body-worn camera picks | 18:36:35 |
| 18 | up, correct? | 18:36:40 |
| 19 | A  Okay. | 18:36:40 |
| 20 | Q  I mean, is that right? | 18:36:41 |
| 21 | A  Yes, without researching the body-worn | 18:36:42 |
| 22 | myself, I'm taking your word, if that shows where | 18:36:44 |
| 23 | I was at that time, it would have been me and my | 18:36:47 |
| 24 | four officers, along with these teams | 18:36:51 |
| 25 | (indiscernible). | 18:36:52 |

1    Q  So looking at your body-worn camera again,          18:36:52

2   (inaudible) you're here at this intersection at          18:37:10

3   3:51 a.m., which is 9:51 p.m., with this line of         18:37:14

4   officers that we saw in the HALO video, right?           18:37:19

5    A  It appears so.                                        18:37:22

6    Q  Okay.  So it was you and your officers who           18:37:23

7   came in from the west?                                    18:37:27

8    A  Along with multiple officers, yes,                    18:37:30

9   correct.                                                  18:37:32

10    Q  What other units were there?                         18:37:32

11    A  I don't recall, but you can tell that it's           18:37:35

12   a large number of officers.  I only had four             18:37:37

13   myself.                                                  18:37:40

14    Q  Okay.  You had four.  Abeyta had four,               18:37:42

15   right?                                                   18:37:46

16    A  He should have at the time.                          18:37:46

17    Q  We had Lieutenant Williams, right?                   18:37:49

18    A  Correct.                                             18:37:51

19    Q  Was there outside agencies with you at               18:37:52

20   that time?                                               18:37:58

21    A  I don't recall.  There was a large number            18:37:58

22   of officers, it looks like a lot of officers in          18:38:02

23   that video.                                              18:38:04

24    Q  The actions of you and your officers                 18:38:06

25   between 9:30 and 9:50 p.m., on May 31st, were            18:38:13

1    Q  I just have a couple more follow-ups and          18:54:17
2    then the Arnold & Porter people may have some        18:54:20
3    questions for you.                                    18:54:24
4        A  Yes, ma'am.                                    18:54:25
5    Q  So did you tell your officers on your team        18:54:25
6    when to turn their cameras on and not?                18:54:29
7        A  I do not.                                      18:54:32
8    Q  They decide on their own when to turn the         18:54:37
9    camera on?                                            18:54:38
10       A  Yes, ma'am.                                    18:54:39
11   Q  You did not give your officers, during the        18:54:40
12   protests, you did not give your officers on your     18:54:44
13   team any specific instructions as to when to turn    18:54:46
14   on and off their cameras?                            18:54:49
15       A  I would say it would not never happen.        18:54:51
16   There could be an incident that I would be, like,    18:54:54
17   just make sure everyone's body cams are on or, but   18:54:57
18   usually on a normal, routine basis, that's going     18:55:01
19   to be an individual officer's choice.                18:55:05
20   Q  With respect to the incident at the               18:55:07
21   Basilica between 9:35 and 9:50 p.m., on Sunday,      18:55:09
22   May, 31st, your other team members were all          18:55:14
23   present with you, correct?                           18:55:19
24       A  I believe so.  They were in the proximity.    18:55:20
25   Q  That would be Spencer, LeFebre, Pittsley          18:55:23

1    and Cane, right?                                    18:55:28

2        A  Yes, ma'am.                                  18:55:30

3        Q  Do you have any explanation for why we       18:55:31

4    don't have any video from any of them that starts  18:55:34

5    before 9:50?                                        18:55:40

6        A  I cannot tell you why they don't have        18:55:43

7    body-worn.                                          18:55:46

8        MS. WANG:  I have no further questions at       18:55:54

9    this time.                                          18:55:56

10       THE WITNESS:  Thank you, ma'am.                 18:55:58

11                    EXAMINATION

12   BY MS. DiBRELL:                                     18:56:17

13       Q  As I stated earlier today, my name is        18:56:17

14   Molly DiBrell.  I represent the Black Lives Matter  18:56:21

15   5280 Plaintiffs, and I work at Arnold & Porter.     18:56:22

16       A  Yes, ma'am.                                  18:56:28

17       Q  Thank you for taking the time to speak       18:56:29

18   with us, and if you can't hear me, please let me    18:56:31

19   know.                                               18:56:34

20       A  There is a little echo, but I can hear       18:56:34

21   you.                                                18:56:36

22       Q  If, for some reason, you can't understand    18:56:36

23   a question because of the echo, please let me       18:56:41

24   know.                                               18:56:44

25       A  Yes, ma'am.