Subject: Re: FOX31 Media Request
From: Patrick.Phelan@denvergov.org
To: Berdahl, Paul A. - DPD Lieutenant
CC: Wheaton, Julie A. - DPD SP1005 Lieutenant; Sich, Sylvia T. - DPD Captain; Casias, Jeremy R. - DPD SP1010 Technician

Julie is correct.

Sent from my iPhone

On Jun 9, 2020, at 10:47 AM, Berdahl, Paul A. - DPD Lieutenant <Paul.Berdahl@denvergov.org> wrote:

Cmdr Phelan should verify, but we did not, until the TRO, tell the responding agencies what types of LL systems they could or could not bring.  They were briefed to operate in coordination with DPD but deploy on their own Policy and Procedures and under their own command.  They were instructed to follow all their home agency reporting requirements.  After the issuance of the TRO, they were subject to the same order, provided a copy and briefed and any required changes.

**From:** Wheaton, Julie A. - DPD SP1005 Lieutenant
**Sent:** Tuesday, June 9, 2020 9:52 AM
**To:** Sich, Sylvia T. - DPD Captain <Sylvia.Sich@denvergov.org>; Phelan, Patrick K. - DPD Commander <Patrick.Phelan@denvergov.org>; Berdahl, Paul A. - DPD Lieutenant <Paul.Berdahl@denvergov.org>
**Cc:** Casias, Jeremy R. - DPD SP1010 Technician <Jeremy.Casias@denvergov.org>
**Subject:** FW: FOX31 Media Request
**Importance:** High

??

**From:** Casillas, Jay S. - DPD SP1010 Technician
**Sent:** Tuesday, June 09, 2020 9:49 AM
**To:** Wheaton, Julie A. - DPD SP1005 Lieutenant <Julie.Wheaton@denvergov.org>
**Subject:** FW: FOX31 Media Request
**Importance:** High

Hello LT,

Did we tell other agencies what kind of less lethal they could bring? What was their policy related to using their less lethal? Did we have to give the order or did they use their discretion and used it when they felt it was necessary?

<image001.png>   **Jay Casillas** | Technician
Denver Police Department | Media Relations Unit
City and County of Denver
p: (720) 913-6609 | Jay.Casillas@denvergov.org
**CONNECT WITH US** | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

**From:** Alex Rose <Alex.Rose@kdvr.com>
**Sent:** Monday, June 8, 2020 5:45 PM
**To:** PIO - DPD <DPDPIO@denvergov.org>
**Subject:** [EXTERNAL]  Re: FOX31 Media Request

Hey Jay,

Thanks for this. I've heard from a couple PIOs that Denver Police gave other agencies directives on what they could bring for crowd control, and DPD put policies in place for other agencies to follow.

Just hoping you guys can confirm this. I'm trying to give the public a better understanding of how this was organized between agencies.

**From:** PIO - DPD <DPDPIO@denvergov.org>
**Sent:** Monday, June 8, 2020 2:57 PM
**To:** Alex Rose <Alex.Rose@kdvr.com>
**Subject:** RE: FOX31 Media Request

Hello Alex,

This is the list of agencies that have helped us.

- Adams County Sheriff's Office: Tactical Team
- Arapahoe County Sheriff's Office: Tactical Team
- Aurora Police Department: Tactical Team
- Broomfield Police Department: Tactical Team
- Brighton Police Department / Commerce City Police Department: Combined Tactical Team
- Douglas County Sheriff's Office: Tactical Team
- Jefferson County Sheriff's Office / Arvada Police Department: JeffCo Regional Tactical Team
- Lakewood Police Department / Wheatridge Police Department: West Metro Tactical Team
- Westminster Police Department: Tactical Team

<image001.png>

**Jay Casillas** | Technician
Denver Police Department | Media Relations Unit
City and County of Denver
p: (720) 913-6609 | Jay.Casillas@denvergov.org

**CONNECT WITH US** | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

**From:** Alex Rose <Alex.Rose@kdvr.com>
**Sent:** Monday, June 8, 2020 1:34 PM
**To:** PIO - DPD <DPDPIO@denvergov.org>
**Subject:** [EXTERNAL]  Re: FOX31 Media Request

Wanted to circle back and see the progress of this request, and where we are for a headcount of departments that helped DPD with crowd control during the first weekend of protests.

**From:** Alex Rose
**Sent:** Tuesday, June 2, 2020 2:36 PM
**To:** PIO - DPD <DPDPIO@denvergov.org>
**Subject:** FOX31 Media Request

Hey guys,

Thank you again for providing Chief Pazen yesterday to answer our questions. We have a couple finance-related questions we would like answered:

1) How much money out of the DPD budget is dedicated to crowd control materials? (tear gas, pepper balls, riot gear, etc.)

2) Can we have pictures of the foam bullets, tear gas canisters, pepper balls and pepper spray used by officers so we can distinguish these in our coverage?

3) Where does DPD purchase this gear from? Does DPD have a contract with a private company, and if so, may we have a copy of said contract?

4) How many DPD cruisers have been damaged during the course of the past 5 nights? May we have pictures and estimates for the cost to repair damage?

5) How much money in overtime, and non-budgeted expenses has DPD had to use over the past 5 nights?

These are questions I don't expect you to have answers for tonight, but I would appreciate answers as soon as you get them. Please feel free to reach out if you have any questions.

Best,

**CAUTION:** This message was sent from outside the Nexstar organization. Please do not click links or open attachments unless you recognize the sender.