**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO**

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF DENVER, *et al*.,<br><br>    Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ |

**EXHIBIT 64
PLAINTIFFS' OPPOSITION TO DENVER DEFENDANTS' MOTION FOR
SUMMARY JUDGMENT**

Exhibit 64 is video from 9News on 6/1/2020 (6-1-2020 4).