IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ

**EXHIBIT 66**
**PLAINTIFFS' OPPOSITIOIN TO DENVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 66 is the BWC video from APD Sgt. Rick Beall (COABLM 4021).