

# KENTUCKIANA
## COURT REPORTERS

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

**CIVIL ACTION NO. 1:20-CV-01878-RBJ**

**ELISABETH EPPS, ET AL.**

**V.**

**CITY AND COUNTY OF DENVER, ET AL.**

**DEPONENT:**

**LIEUTENANT KEVIN CARROLL**

**DATE:**

**July 27, 2021**



a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856  |  502.589.2273

www.kentuckianareporters.com

Exhibit 68

1  everybody.  There -- there was a lot going on.
2      Q.   Okay.  So if somebody -- if a different
3  protestor, standing near the person who is standing
4  still with their hands up on the sidewalk, is throwing
5  something at the officers, is the officer allowed to
6  shoot the person who's standing still with their hands
7  up on the sidewalk?
8          MS. HOFFMAN:  Objection.  Form.
9      A.   Again, I'd have to look at the entire incident
10 to make that determination.
11     Q.   Okay.  So is it ever authorized by DPD policy
12 for an officer to shoot a person who is being --
13 standing still, with their hands up, not acting in an
14 aggressive manner, if there's other people near them
15 that are doing things that are aggressive?
16         MS. HOFFMAN:  Objection.  Form.
17     A.   Again, I'd have to look at the entire incident
18 and the circumstances before I'd make that
19 determination.
20     Q.   During the time that you were assigned to
21 police the protests, did you see any use of less lethal
22 weapons by any member of your team that you thought was
23 not authorized by DPD policy?
24     A.   No, I did not.
25     Q.   Okay.  During the time that you policed the

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   George Floyd protests last summer, did you ever
 2   authorize the use of less lethal weapons against
 3   protestors in a manner that was inconsistent with DPD
 4   policy?
 5        A.   No, I did not.
 6        Q.   Did you observe any police officer during the
 7   George Floyd protests last summer use less lethal
 8   weapons in a manner that you thought was inconsistent
 9   with DPD policy?
10        A.   No, I did not.
11        Q.   Okay.  Did you see any action by any officer
12   during the protest last summer that you thought
13   warranted discipline?
14             MS. HOFFMAN:  Objection.  Form.
15        A.   No, I did not.
16        Q.   All of your actions during the DP -- during
17   the George Floyd protests last summer were authorized by
18   DPD policy, correct?
19        A.   Correct.
20        Q.   Did you ever -- were all of the actions that
21   you observed other officers take during the George Floyd
22   protests last summer, were they authorized by DPD
23   policy?
24        A.   Yes.
25        Q.   Okay.  Did you ever -- were you on the radio
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com