LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



# KENTUCKIANA
## COURT REPORTERS

CIVIL ACTION NO. 1:20-CV-01878-RBJ

ELISABETH EPPS, ET AL.

V.

CITY AND COUNTY OF DENVER, ET AL.

DEPONENT:

CHIEF RONALD THOMAS

DATE:

October 13, 2021



✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

## www.kentuckianareporters.com

Exhibit 71

The Deposition of CHIEF RONALD THOMAS, taken on October 13, 2021

30

1  protestors.  That -- that was --

2      **Q.  Did you --**

3      A.  -- that was never our intent.

4      **Q.  Did you have any discussion at all, with**

5  **anybody in the command post, about officers' suppression**

6  **of the First Amendment rights of protestors at any time**

7  **during the first week of the protests?**

8      A.  Yeah, I mean, in -- in every operational

9  briefing, you know, we make it clear to the officers

10 that -- that we're not interested in suppressing

11 people's First

12 Amendment rights.  We understand everybody has their

13 right to peacefully protest.  And so, that's just not

14 our concern.  That's not the -- the -- the focus of our

15 enforcement.  Our enforce -- you know, the focus of our

16 enforcement is safety, certainly, and also, you know,

17 trying to prevent individuals that are engaging in -- in

18 violent destructive behavior.

19     **Q.  Did the City have any knowledge that officers**

20 **were suppressing the First Amendment rights of**

21 **protestors at any time during the protests?**

22     A.  We did receive complaints that -- that

23 suggested that that's what was happening, yes.

24     **Q.  When did you receive those complaints?**

25     A.  I believe within those first couple days of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the pro -- certainly not the first day, but within those

2  first couple days.

3       Q.   Okay.  And what did the City do to address

4  those complaints?

5       A.   I think just, you know, restating what our

6  mission was.  Making sure that, you know, the people

7  understood that -- that we were not trying to suppress

8  anyone's First Amendment rights, that we were really

9  just out to -- to maintain a safe environment.  And --

10  and then, you know, prevent people from engaging in

11  violent and destructive behavior.

12       Q.   Okay.  And how did you communicate this

13  information to the officers?

14       A.   Again, you know, during the operational

15  briefing, you know, communicating that very directly to

16  the supervisors in attendance, and having them

17  communicate that same information to their officers when

18  they met up with them to be deployed.

19       Q.   What discussion and knowledge did the City

20  have on the second day of the protests concerning topic

21  2B, officers' use of force on protestors, use of

22  excessive force on protestors?

23            MR. RINGEL:  Object to the form.

24       A.   Again, I think it was within those first

25  couple of days of the protests.  Again, not the first

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com