## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF DENVER, *et al*., <br><br> Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ |

## EXHIBIT 72
## PLAINTIFFS' OPPOSITION TO DENVER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Exhibit 72 is video from 9News on 5/29/2020 (5-29-2020 12).