Date:       Sat, 6 Jun 2020 5:44:52 PM (UTC)
Subject:    RE: Message from the Executive Director
From:       Hancock, Michael B. - MO Mayor
To:         Robinson, Murphy - DOS HA1417 Manager Department of Safety; Salazar, Alan B. - MO MA2952 Executive; Bronson, Kristin M. - CAO City Attorney

Well said, Director Robinson! Good job!!!

---

**From:** Robinson, Murphy - DOS HA1417 Manager Department of Safety
**Sent:** Saturday, June 6, 2020 12:04 AM
**To:** Salazar, Alan B. - MO MA2952 Executive <Alan.Salazar@denvergov.org >; Bronson, Kristin M. - CAO City Attorney <Kristin.Bronson@denvergov.org >; Hancock, Michael B. - MO Mayor <Michael.Hancock@denvergov.org >
**Subject:** FW: Message from the Executive Director

FYI the note I sent to the troops.



**Murphy Robinson**
Executive Director, Department of Public Safety
City and County of Denver
p: (720) 865-7104
murphy.robinson@denvergov.org
CONNECT WITH US | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

---

**From:** Public Safety
**Sent:** Saturday, June 6, 2020 12:01 AM
**To:** # DPD_Badged <#DPD_Badged@denvergov.org >
**Subject:** Message from the Executive Director

Members of the Denver Police Department,

Tonight we received a Temporary Restraining Order from a federal court that imposes limitations on our ability to use certain types of force during protest activities currently occurring in the City and County of Denver. To ensure compliance with this court order, it will be executed directly as ordered by the judge until it expires or until any modification is made to it. However, you should know that the language of the order is not reflective of the dedicated service that I have witnessed from our officers when on the front line. The city is working with the judicial system to get the order modified to allow us to comply with it without compromising safety.

In service to your city, you all have been asked to put yourselves in harm's way and alleviate violence and destruction during a time of civil unrest and pandemic. This is the first time in the city's history that the Denver Police Department has been ordered to work in such unique and difficult circumstances. Please be assured that there are things that all of us will learn from this deployment and things we will hope to improve upon during future responses.

I want you all to know that I sincerely appreciate your service to our city. I recognize how difficult these circumstances are for everyone involved. I know many of you have been stretched to your mental and physical limits during these continuous multi-day protests and criminal activities. Some of you have sustained injuries as you strive to protect our citizens and property, others of you have worked non-stop for the last 9 days, never wavering in your commitment to service. Your work and commitment is recognized by city leadership and is not only recognized, but greatly appreciated, by me. I continue to be proud of the men and women of the Denver Police Department as I know you all care for this city as much as every citizen choosing to exercise their constitutional rights for the purpose of effecting change.

As we continue to navigate the complexity of our society, the implementation of the national, regional, and local reform efforts, and the implementation of court orders, I ask you to remember why you donned the badge and took your oath. You represent something bigger than yourselves. This city is blessed to have you, and I pray that God keep you all safe.



Murphy Robinson

DEN007004

Exhibit 73

Case No. 1:20-cv-01878-RBJ   Document 286-65   filed 02/11/22   USDC Colorado   pg 2 of 2



Executive Director, Department of Public Safety

City and County of Denver

p: (720) 913-6020

murphy.robinson@denvergov.org

**CONNECT WITH US** | 311 | pocketgov.com | denvergov.org | Denver 8 TV | Facebook

DEN007005