# Arnold & Porter

**Patrick C. Reidy**
+1 312.583.2424 Direct
Patrick.Reidy@arnoldporter.com

August 20, 2021

**VIA E-MAIL**

Lindsay Jordan
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
lindsay.jordan@denvergov.org

      Re:    *Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (D.Colo.); *Fitouri, et al., v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH (D. Colo.)

Dear Lindsay:

We write in response to the City's August 11 designation of witnesses in response to Plaintiff's Notice of Rule 30(b)(6) deposition.

**Scheduling**

Thank you for the proposed dates. Plaintiffs are still coordinating schedules, and we will follow-up as soon as possible. In the meantime, please confirm that the City's 30(b)(6) deposition will count as one deposition against the 30 allotted depositions notwithstanding the City's decision to designate 6 separate witnesses.

**Topic 6**

Topic 6 is "The efforts by the City to identify officers involved in the events identified in the Complaints and Plaintiffs' answers to the City's Interrogatory No. 1."). We understand the City will only provide a witness to "to testify to the disciplinary process generally and with respect to *completed investigations* at the time of the deposition, including any completed IA investigations with resulted in the imposition of discipline." The City also refuses to stipulate that it will not introduce evidence at trial that it has open/ongoing investigations related to the events at issue in this case.

Arnold & Porter Kaye Scholer LLP
70 West Madison Street, Suite 4200  |  Chicago, IL 60602-4231  |  **www.arnoldporter.com**

EXHIBIT 76

# Arnold & Porter

Lindsay Jordan
August 20, 2021
Page 2

Please explain why the City believes it's position is appropriate. If the City insists that it will not disclose the existence of or substance of any pending IA investigations related to the events at issue in this case, Plaintiffs would again propose that 1) the City agree that it is not going to present evidence at trial regarding the existence or substance of any ongoing IA investigations related to the events at issue in this case; or (2) agree that Plaintiffs can take an additional 30(b)(6) deposition on this topic within 30 days before trial regarding any then-closed IA investigations. Absent agreement to these terms, Plaintiffs will seek relief from the Court.

### Topic 8

Topic 8 is "Whether the police officer conduct shown in the following videos is consistent with DPD policies, practices, and customs." We understand the City is refusing to provide a witness. Plaintiffs maintain that this topic is relevant and that if the City wants to consider additional material with respect to "the totality of the circumstances," it is free to do so. Furthermore, Plaintiffs maintain that the identified videos provide a clear video and audio of the circumstances.

To the extent the City's objection is based on undue burden due the number of incidents presented in Topic 8, Plaintiffs would agree to narrow the topic as follows:

> 8. Whether the police officer conduct shown in the following videos is consistent with DPD policies, practices, and customs:
>
> a. the use of force on Plaintiff Elisabeth Epps shown in DEN004180 at 3:04:41 GMT on May 29, 2020. The same incident is also visible in the video produced at BLM_00001019 at 3 minutes and 2 seconds into the video. Officer Jonathan Christian's body-worn camera shows that he shot Ms. Epps with a pepper ball as she crossed 14th Ave by herself and at a substantial distance from any group of protesters.
>
> b. the use of force on Plaintiff Elisabeth Epps shown in DEN004164 AVEDISIAN_Riot-3 0040-0120 at approximately 3:16:19 GMT on May 29, 2020. The same incident is also visible in the videos produced at 05292020 v133; 05292020 v138 - 091500 - 091800; 05292020 v138; and 05292020 v225. The video of this incident shows several police officers firing a barrage of pepperballs and other less lethal munitions on Ms. Epps and others at this time.

**Arnold & Porter**

Lindsay Jordan
August 20, 2021
Page 3

c. the use of force on Plaintiff Elisabeth Epps shown in DEN5028 at about 1:17:02 GMT and BLM_00001021 at about 53:27 into the video.  This incident is also visible in COABLM 290.  Plaintiff Epps was struck in the face by a pepper ball as Officer Valentine deployed several pepper balls at an individual that threw a plastic bottle over officer Valentine's head.

d. the use of force on Plaintiff Youssef Amghar shown in DEN 5017 and DEN 5047 at 7:08-7:09 p.m. MT (the same incident is visible in other videos produced in this case, such as COABLM 294, DEN 5022).

e. the use of force on the group of protesters, including Plaintiffs Fitouri, Parkins, Sannier, and Duran, gathered in front of the Cathedral Basilica of the Immaculate Conception shown in DEN003873 and DEN003874 from approximately 9:40 PM MT - 9:45 PM MT (The same incident is visible in other videos produced in this case, including COABLM 371, COABLM 376, COABLM 398, DEN5109, Fitouri 000228, and Fitouri 16836);

f. the use of force on the group of protesters in the area of Colfax and Lincoln in Civic Park, including Plaintiffs Epps, Lyman, and Wedgeworth as shown in DEN 3846 at 9:48:19 p.m. MT on May 28, 2020.  Also shown in these videos:  DEN004092; DEN004091; DEN004090; DEN004089; DEN004087; DEN004086; 05282020 v64; 05282020 v79; 05282020 v88; 05282020 v93; 05282020 v225;

g. the shooting of Zach Packard in the head with shotgun bean bag round or other projectile as reflected in the following photographs and videos from May 31st around 9:12 PM MT at the intersection of Colfax & Washington:  BLM_00000038, BLM_00000040, BLM_00000041, BLM_00000042, BLM_00001769, BLM_00001770, BLM_00001771, BLM_00001772, BLM_00001773, BLM_00001774, BLM_00001072, COABLM 508 at about 21:12:28 - 21:12:42; COABLM 450 at about 21:11:58 - 21:12:14; COABLM 416 at about  21:12:12 - 21:12:21; and Fitouri 18079 at about 21:12:00 - 21:12:13.

h. the use of force (shooting of a foam baton to the groin) on Plaintiff Jonathen De La Vaca Duran, at approximately 9:34 p.m. on May 31, 2020, at the intersection of Colfax Avenue and Pearl Street, as depicted in Fitouri 228 approximately 22:18 minutes;

# Arnold & Porter

Lindsay Jordan
August 20, 2021
Page 4

      If the City maintains that it cannot provide a witness to testify as to whether the use of force depicted in these videos is consistent with DPD policy (or not), Plaintiffs will seek relief from the Court. If the City is willing to stipulate that it will not introduce any evidence at trial concerning whether the uses of force during the events at issue in this case are or are not consistent with DPD policy, Plaintiffs will consider withdrawing Topic No. 8.

                                            Regards,

                                            /s/ *Patrick C. Reidy*
                                            Patrick C. Reidy (counsel for *Epps* Plaintiffs)
                                            /s/ *Elizabeth Wang*
                                            Elizabeth Wang (counsel for *Fitouri* Plaintiffs)