**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**EXHIBIT LIST TO PLAINTIFF DERAS'S OPPOSITION TO
JEFFCO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

| EXHIBIT No. | DESCRIPTION |
|---|---|
| 1 | Jacquelyn Parkins Deposition, excerpts |
| 2 | Sara Fitouri Deposition, excerpts |
| 3 | Claire Sannier Deposition, excerpts |
| 4 | DPD Officer Connors BWC from 5/30 at Colfax & Washington (conventionally submitted) |
| 5 | Joe Deras August 11, 2021 Deposition, excerpts |
| 6 | Joe Deras November 23, 2021 Deposition, excerpts |
| 7 | BLANK |
| 8 | Timothy Dreith Deposition, excerpts |
| 9 | Anthony Hamilton Deposition, excerpts |
| 10 | Screen Shots of HALO video 5/31 (Dkt. 253-8). |
| 11 | Patricio Serrant Deposition, excerpts |
| 12 | Timothy Stegink Deposition, excerpts |

| 13 | OIM Report, excerpts |
| 14 | Photos of Joe Deras Hand Injury |
| 15 | Photos of Joe Deras Backside Injury |
| 16 | Joe Deras Medical Records, excerpts |
| 17 | Norman Stamper Report (7/29/21), excerpts |
| 18 | Timothy Dreith Text Messages |
| 19 | Anthony Hamilton Text Messages |

Dated: February 11, 2022              Respectfully submitted,


                                      /s/ Makeba Rutahindurwa


Elizabeth Wang                        Makeba Rutahindurwa
LOEVY & LOEVY                         LOEVY & LOEVY
2060 Broadway, Suite 460             311 N. Aberdeen St.
Boulder, CO 80302                     Chicago, IL 60607
O: 720.328.5642                       O: 312.243.5900
elizabethw@loevy.com                  makeba@loevy.com
*Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2022, I served via CM/ECF the foregoing **Exhibit List to Plaintiff Deras's Opposition to JeffCo Defendants' Motion for Summary Judgment** on all counsel of record.

                                      /s/ Makeba Rutahindurwa