*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF JACQUELYN M. PARKINS
August 10, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.
_____



APPEARANCES:

     LOEVY & LOEVY
          By Makeba Rutahindurwa, Esq.
             311 North Aberdeen Street, 3rd Floor
             Chicago, Illinois  60607
               Appearing via Zoom on behalf of
               Plaintiffs

     DENVER CITY ATTORNEY'S OFFICE
     CIVIL LITIGATION SECTION
          By Lindsay M. Jordan, Esq.
             201 West Colfax Avenue, Dept. 1108
             Denver, Colorado  80202
               Appearing via Zoom on behalf of
               Defendants
```

```
 1   believe the officers did wrong on May 28th?
 2        A    I think that the way they continued to
 3   shoot those PepperBalls at people as they were
 4   running away definitely put a lot of individuals
 5   at risk for trampling, and it was completely
 6   unnecessary when people were getting off the
 7   bridge.
 8        Q    And then --
 9        A    Didn't someone get shot in the face and
10   lose an eye in that incident?
11        Q    I --  I actually don't know, so . . .
12        A    Yeah.  I think somebody got shot with a
13   PepperBall, and his eye was -- and he lost his eye
14   in that incident, so . . .
15        Q    When you were on the pedestrian bridge,
16   did you see anybody get shot with any PepperBalls
17   and either cover their face or fall to the ground?
18        A    Not that I remember.  It was pretty
19   chaotic.
20        Q    Then focusing on May 29th, during any
21   of the times that you experienced the -- the
22   deployment of the chemical munition, prior to that
23   time did you see anybody throwing objects at the
24   police?
25        A    On the 28th or the 29th?
```

```
 1      Q     On the 29th.
 2      A     I would sometimes see people throw
 3   water bottles, but that was all.  And they were
 4   usually open, because the water would be, like,
 5   flying out as it was thrown.
 6      Q     And so during your attendance at the
 7   protest on May 29th, did you ever observe any of
 8   the protesters telling people who were throwing
 9   things not to throw things?
10      A     Yes.
11      Q     Did you personally ever tell anybody
12   not to throw anything?
13      A     Yes.
14      Q     Similar to what we discussed on the
15   28th, without getting into legal issues or
16   arguments, what do you personally think the police
17   did wrong on May 29th?
18      A     Frankly, I think the way they were so
19   visible was an escalation in and of itself.  I
20   think coming in riot gear and -- and setting lines
21   the way that they did was not --  I mean, yeah, it
22   was not helpful.  And then not closing the
23   traffic -- or closing down the streets was
24   incredibly scary and unsafe.  I think that they
25   were just indiscriminately being violent against
```

```
 1   and Joe.
 2        Q    And then --  I'm sorry.  Moving back to
 3   one of the things from earlier, to your knowledge,
 4   was Joe ever injured during his protest
 5   activities?
 6        A    Yes.
 7        Q    On what date did that happen?
 8        A    On this day, the 31st.
 9        Q    Okay.  So at this point when you were
10   marching, it had not yet happened?
11        A    Yes.
12        Q    Okay.  So you're marching --  Did you
13   say you were marching east on Colfax?
14        A    Yes.
15        Q    You just told me, but I totally forgot.
16   So which direction were you marching?
17        A    East on Colfax.
18        Q    As you're marching east on Colfax, tell
19   me what happens next.
20        A     So we're marching and feeling real
21   twitchy, you know, waiting for the shoe to drop.
22   And so we get to the police station that has the
23   big mural that says "The streets are for the
24   people," and the group is approaching that.  I
25   think we are towards, like, the middle to back of
```

 1   the large crowd that's marching, and it seemed
 2   like about half of the group gets past the
 3   intersection that's on the west side of the police
 4   station, right?  So it's between --  So it's in
 5   that block, and about half of the folks get past
 6   that.  We can see that there's cops back there,
 7   but they haven't done anything, so we're just
 8   marching.
 9            Then, all of a sudden, there's flash
10   bangs and tear gas from that side street that
11   split the group in half.  We are caught off guard.
12   Sara, Emma and I were buddies, and so we stuck
13   together.  We lost Richelle and Joe for a while,
14   and we were just, like, trying to stay clear of
15   the gas without losing the group, losing all of
16   the people, as well as trying to find Joe and
17   Richelle.
18       Q    When you mentioned that the police
19   deployed flash bangs from the side street, what
20   side street are you talking about?
21       A    Can I pull up a map?
22       Q    Yeah.  Well, before we go there, are
23   you talking about the side street in front of the
24   police station or a different one?
25       A    So it's --  So it was from the north.

```
 1    They had a team that was in the street north of
 2    Colfax, facing Colfax, and it was the immediate
 3    west street that bordered that police station.
 4         Q    I think I have a map of it, so I'm
 5    going pull that up if my computer will open it.
 6              Okay.  Do you see the map?
 7         A    Yes.
 8         Q    And are we talking about the District 6
 9    police station that is on Colfax and Washington?
10         A    Yes.
11         Q    Okay.  So if we have Colfax --  Do you
12    see Colfax here (indicating)?
13         A    Yes.
14         Q    And then we have Washington in front?
15         A    Correct.
16         Q    Which side street was it that you
17    believe the flash bangs came from?
18         A    Washington.
19         Q    Okay.  And where were you on Colfax
20    when the flash bangs were deployed?
21         A    We were, like, right in front of X Bar.
22    So we were pretty close to --  They --  They came,
23    like, in front of us.  We were close to the middle
24    when they fired, so when they were deployed, we
25    were, like, right where that dot that says "X Bar"
```

```
 1   is.
 2          Q      Okay.  So, like, right where my cursor
 3   is?
 4          A      Correct.
 5          Q      Were you on the sidewalk or in the
 6   street?
 7          A      In the street.
 8          Q      And I know this is an approximation --
 9          A      Uh-huh.
10          Q      -- but, just roughly, were you right
11   around here somewhere (indicating)?
12          A      Uh-huh.
13          Q      Is that a yes?  I'm sorry.
14          A      Yes.  I'm sorry.
15          Q      And where were the police on Washington
16   when they deployed the flash bangs?
17          A      They were back a little bit.  You can
18   see, like, where --  So there's that piece that
19   jets out on the police station on the left side of
20   it on this map.
21          Q      Okay.
22          A      They were, like, right there I think.
23   Yeah.  Right where your cursor is now, they were
24   back a little.
25          Q      Okay.  Where were the flash bangs
```

```
 1   deployed, if you know?
 2        A    Right into the intersection where the
 3   people were.
 4        Q    So, like, kind of right where that
 5   white car is?
 6        A    Yes.
 7        Q    So, like, right around here
 8   (indicating)?
 9        A    Uh-huh.
10        Q    All right.
11             MS. JORDAN:  And we'll mark this as
12   Exhibit C.  I'll put it in the Chat.  If it's not
13   marked, let me know and I'll make sure I do it
14   right.
15        Q    (By Ms. Jordan)  Okay.  So once the
16   flash bang was deployed, where did you go?
17        A    So we found ourselves, like, in the
18   Cheba Hut parking lot, because we had backed away
19   enough to get out of the tear gas.  But we
20   didn't -- or wanted to stay close to where the
21   people were and try to find Joe -- Joe and
22   Richelle.
23        Q    Did your group of friends have any sort
24   of, like, meeting area if you got split up and
25   couldn't find each other?  We'll call it a rally
```

```
 1              Now, you mentioned earlier that you had
 2     sent some CORA requests to --  Who did you send
 3     the CORA requests to?
 4          A    Oh, I think mine was to the mayor's
 5     office.
 6          Q    And who else sent CORA requests to your
 7     knowledge?
 8          A    Sara Fitouri.  I think Joe sent one and
 9     I think maybe Richelle sent one.
10          Q    And to your understanding, who --  And
11     you don't have to tell me who individually did,
12     but roughly who did they send requests to?
13          A    I think it was the mayor, the sheriff,
14     Pazen.
15          Q    Was there --  Did you guys receive any
16     e-mails in response?
17          A    We received that there was nothing that
18     met the criteria that we requested.
19          Q    Just in general, on the days that you
20     attended the protests between May 28th and
21     June 2nd, did you ever observe any people in the
22     crowd carrying lacrosse sticks?
23          A    No.
24          Q    Did you ever see anybody carrying or
25     having with them, like, tennis racquets?
```

AB Litigation Services

```
 1       A      No.
 2       Q      Did you ever see any of the people in
 3    the crowd knocking down trash cans?
 4       A      I don't think so.
 5       Q      And I think we established that you saw
 6    broken windows, but you didn't see who actually
 7    broke the windows, correct?
 8       A      Yes.  That is correct.
 9       Q      And other than the broken windows, and
10    I think you said you saw some spray paint, as
11    well, did you observe any other property damage
12    in -- in that -- in the locations where you were
13    protesting?
14       A      No.  It was pretty limited to spray
15    paint that I saw.
16       Q      And did you ever see any of the people
17    in the crowd throwing anything other than water
18    bottles at police officers?
19       A      No.
20       Q      And did you ever see any of the
21    protesters or people in the crowd throw canisters
22    back at the police after they had been deployed?
23       A      Yes.
24       Q      On how many occasions, to your best
25    estimate, did you see that?
```

AB Litigation Services

```
 1      A     Many.  So folks would generally either
 2   put, like, a -- a traffic cone over them to
 3   contain the gas or try to kick them away from the
 4   protesters.  So they would get tossed back, yeah.
 5   There was a lot of them.  I don't know if I could
 6   put a number on it, but it happened a lot.
 7      Q     And just to make the record clear, did
 8   you ever personally throw anything at police
 9   officers?
10      A     I never threw anything at police
11   officers.
12      Q     Did you ever spray paint any buildings
13   downtown or any statues downtown?
14      A     No, never.
15      Q     Did you personally break any windows to
16   any of the buildings downtown?
17      A     No.  Never.
18      Q     And did you ever see any protesters set
19   fireworks or throw, like, fireworks into the
20   police location?
21      A     I saw protesters fire fireworks into
22   the sky.
23      Q     But not at the police; is that correct?
24      A     No.  I don't think so.
25            And were the protesters wearing masks?
```

```
 1   And by that I mean were they mostly wearing COVID
 2   mask or did they have on, like, special
 3   respirators?
 4       A    There were --  Every --  Almost
 5   everybody had some kind of mask on at some point,
 6   which was good, because we were all nervous about
 7   COVID then and now, but specifically then.  And
 8   there were a number of people who had more
 9   intensive respirators, but the majority of people
10   were wearing cloth masks of some kind.
11       Q    On either night of May 30th or
12   May 31st, prior to the curfew going into effect,
13   I'll represent to you that we have pictures where
14   there's been, like, fencing or road closure signs
15   that the protesters used to, like, block off a
16   street.  Were you ever involved in building any of
17   those -- and I don't want to say "barricades," but
18   for lack of a better word, like a barrier?
19       A    No.  I saw that it got built, but I
20   never touched any of it.
21       Q    Okay.  In your opinion, and if you
22   can --  And you may not be able to, but in your
23   opinion, if you can, what percentage of the people
24   protesting would you say were peaceful versus the
25   percentage that were not?
```

```
 1      A      Define "peaceful."
 2      Q      Chanting, being there, not throwing
 3   things at the police and not destroying property.
 4      A      95 percent.
 5      Q      Okay.  And do you have a different
 6   definition of "peaceful" than what I said of,
 7   like, basically not throwing things or destroying
 8   property?
 9      A      Well, I mean, when I think about
10   kicking the tear gas canisters back or away from
11   protesters, I think that's it's -- it's debatable
12   as to, like, whether they're throwing them at
13   police or kicking them away from people who do not
14   have respirators like the police do.
15      Q      During the time of the May 28th to
16   June 2nd time frame or subsequent, did you ever
17   write anything related to your experience?
18      A      Yes.
19      Q      And what did you write?
20      A      Social media posts --
21      Q      Oh, okay.
22      A      -- which have been turned over.
23      Q      Which I believe you have produced to
24   counsel; is that correct?
25      A      (Deponent nodded head.)
```

AB Litigation Services

```
1    STATE OF COLORADO)

2                    )ss.    REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4          I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10         I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15         I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19         In witness whereof, I have affixed my

20   signature this 19th day of August, 2021.

21          My commission expires July 30, 2025.

22

23
                              _____
24                            Tracy L. Harris, CRR, RMR, RPR
                              216 - 16th Street, Suite 600
25                            Denver, Colorado 80202
```