*AB Litigation Services*

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Case No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)
_____

DEPOSITION OF SARA E. FITOURI
August 3, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:


    LOEVY & LOEVY
        By Elizabeth Wang, Esq.
           2060 Broadway
           Suite 460
           Boulder, Colorado, 80302
           720.328.5642
           elizabethw@loevy.com
            Appearing on behalf of Plaintiffs


    DENVER CITY ATTORNEY'S OFFICE
        By Lindsay M. Jordan, Esq.
           201 West Colfax Avenue
           Department 1108
           Denver, Colorado 80202
           720.913.3100
           lindsay.jordan@denvergov.org
            Appearing on behalf of Defendants
```

```
 1   that day.  Sunday.  Caveat, unless Sunday was the day
 2   that we were marching during the day.  But I don't
 3   think that's true.  I'm thinking through real quick.
 4   I'm not sure.  It would have just been -- it was a
 5   protest before.
 6        Q    And does anything memorable stick out
 7   between when you arrived and when curfew went into
 8   effect?
 9        A    Not that I recall.
10        Q    Once curfew went into effect on the 31st,
11   did you hear any announcements made by the police
12   regarding the beginning of curfew?
13        A    Yes.
14        Q    And what did you hear?
15        A    I heard a pre-recorded announcement that
16   curfew had started.  It was recorded -- it was played
17   over a loudspeaker of some variety.
18        Q    Did you hear it more than once?
19        A    I think it replayed a few times, but it
20   was right around the time curfew was started.
21        Q    And once curfew went into effect, what did
22   you do?
23        A    I joined a march that was -- the march
24   eventually went down Colfax, but I don't know if that
25   was the first place we marched.
```

```
 1      Q    So at some point, you ended up marching
 2   down Colfax, correct?
 3      A    Yeah.
 4      Q    And what direction were you going or where
 5   were you headed, if you know?
 6      A    We were headed east on Colfax.
 7      Q    And was there a specific destination in
 8   mind, or were you just marching down Colfax?
 9      A    Sometimes when we were marching down
10   Colfax, it would be to the police station.  But other
11   times, it would just be using it as a large loop to
12   go on -- this day specifically, it seemed like the
13   protest was going to march right by the police
14   precinct.  I don't know where we would have gone.
15      Q    I think you just mentioned like a large
16   loop.  And I'm not saying you did the large loop on
17   March 31st.  But in general, when the large loop of
18   the march was being done, what streets did that
19   include?
20      A    It was always different.  It wasn't like
21   there were specific leaders of these protests.  But,
22   you know, at times we would march and either go south
23   or north a few blocks and move back around.
24      Q    On May 31st, did you experience any
25   deployment of teargas or PepperBall or flash-banging
```

```
 1   on that day?
 2        A     Yes.
 3        Q     And when was that?
 4        A     Well, the first time it occurred, we were
 5   going past Colfax -- or past the precinct on Colfax.
 6   We were in the middle of the march.  And out of the
 7   blue, they began shooting teargas and flash-bangs at
 8   the protesters as they passed by.
 9        Q     And when you say you were in the middle of
10   the march, do you mean you were in the middle of the
11   pack of marchers or middle of the route of the march?
12        A     So this was a big march, right, because
13   the group had not been separated.  So I think, again,
14   numbers were over a thousand, in the thousands.  And
15   so that meant the march would cover several city
16   blocks.  And they waited until half of the marchers
17   had passed through and then shot at the middle of the
18   march.
19        Q     And was this before or after curfew?
20        A     After curfew.
21        Q     And I'm just going to assume, similar to
22   the other times, you weren't close enough to identify
23   the individual officers that deployed any of the
24   munition; is that fair?
25        A     That's correct.
```

1      Q     And were you personally hit with any of
2   the munition when it was deployed at this time?
3      A     No.  I experienced teargas, but I wasn't
4   hit with anything.
5      Q     And who was with you at this time?  And I
6   know there's protesters, so who you knew personally.
7      A     Myself, Jackie -- sorry, myself, Jackie,
8   Richael and Joe.  But now you have me questioning
9   whether Youssef was there that day.  I don't recall
10  if Youssef was there that day.  Actually no, I don't
11  think Youssef was there that day.  I think it was
12  just me, Richael, Jackie, Emma and Joe.
13     Q     And prior -- well, strike that.
14           As you guys were -- strike that.
15           As the march was going on, was the -- the
16  protesters chanting and yelling?
17     A     They were chanting, yeah.
18     Q     And before the deployment of munition, you
19  didn't hear any sort of orders from the police; is
20  that correct?
21     A     That is correct.
22     Q     And -- okay.  So you're marching down
23  Colfax.  There's a deployment of munition.  What
24  happens next?
25     A     So there was general panic because it was

```
 1    in the middle of the march.  The march was separated
 2    over an intersection, and there was a ton of gas and
 3    flash-bangs going off in that intersection.  So folks
 4    like I think wanted to stay together but really
 5    couldn't get across that intersection.
 6               We went back into the parking lot looking
 7    for Joe and Emma, who had been -- who, when it all
 8    happened, had stayed together.  And at that point, we
 9    found out Joe had been hurt, and so we went with Joe
10    to find a medic.
11         Q     And when you say you went back to the
12    parking lot, is that your work parking lot?
13         A     No.  The parking lot right there is like
14    Argonaut and where the Goodwill is kind of.  And a
15    lot of the protesters, to get away from the teargas,
16    had flooded into that parking lot.
17         Q     And so you went to that parking lot and
18    then you met back up with Joe and Emma, correct?
19         A     Correct.
20         Q     And then you learned that Joe had been
21    injured.  Had he been injured during that deployment
22    of the march -- the deployment of the munition at the
23    march?
24         A     Yes.
25         Q     In your understanding, what injury did Joe
```

```
 1        Q     And, again, does anything memorable stand
 2   out to you on June 2nd?
 3        A     No.
 4        Q     So am I correct -- strike that.
 5              Is it your understanding that your claims
 6   that you're asserting in this lawsuit are just
 7   related to the events from the George Floyd protests
 8   that occurred on May 28th, 29th, 30th and 31st for
 9   you?
10        A     For me personally, those were the most
11   significant events, yes.
12        Q     And just generally on the days -- I'm just
13   going to now focus on May 28th to May 31st.  What
14   observations did you make of the protesters, meaning
15   generally what were they wearing?
16        A     Notably, almost everyone had a mask on, a
17   Covid mask, just like what you would expect a regular
18   Covid mask would look like.  A lot of -- people were
19   wearing everything.  There were some people very well
20   dressed up for a protest.  There were people wearing
21   a lot of Black Lives Matters shirts, so black.  Just
22   everyday clothes.
23        Q     Did you observe other protesters other
24   than the ones in your group having helmets and
25   goggles?
```

```
 1      A     Yes.
 2      Q     Did you ever at any time observe any of
 3   the protesters ever knocking down trash cans?
 4      A     No.
 5      Q     Did you ever see any of the protesters
 6   spray-painting public or private property?
 7      A     Yeah.  Yes.
 8      Q     Do you recall what days you saw that?
 9      A     I don't recall.
10      Q     Did you ever see any of the protesters
11   breaking any windows to any public or private
12   building?
13      A     I did not.
14      Q     Did you ever see any dumpster fires in the
15   protest area on those days?
16      A     Yes, I did.
17      Q     Did you see the people who actually set
18   those fires?
19      A     I did not.
20      Q     Okay.  Did you ever see any protesters
21   carrying lacrosse sticks with them?
22      A     I don't recall.  I don't know.
23      Q     That's fair.
24            Did you see any protesters -- you did
25   testify that you saw on the one occasion -- I forgot
```

```
 1   the date now -- but some water bottles, empty or
 2   half-full water bottles thrown at the police,
 3   correct?
 4        A    Correct.
 5        Q    Did you ever see any protesters throwing
 6   rocks at police?
 7        A    No.
 8        Q    Did you ever see any protesters set off
 9   firecrackers or fireworks in the direction of the
10   police?
11        A    Not in the direction of the police, no.
12        Q    But did you see some fireworks or
13   firecrackers being set off while you were in
14   attendance of the protests?
15        A    Not on those three days.  Once the police
16   were farther away from the protest, the protest had
17   like almost a more celebratory tone.  And so in some
18   of the marches, people would be shooting like bottle
19   rockets into the air.  But they were straight into
20   the air, and the police weren't around.
21        Q    At any time did you see any protesters
22   filling their backpacks with rocks?
23        A    No.
24        Q    And we've talked about some of your
25   injuries, but I just want to -- since this is my only
```

AB Litigation Services

```
 1   STATE OF COLORADO)
 2                   )   ss.        REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4             I, Barbara J. Davalos, do hereby certify
 5   that I am a Registered Merit Reporter, Certified
 6   Realtime Reporter and Notary Public within and for
 7   the State of Colorado; that previous to the
 8   commencement of the examination, the deponent was
 9   duly sworn to testify to the truth.
10             I further certify that this deposition was
11   taken in shorthand by me at the time and place herein
12   set forth, that it was thereafter reduced to
13   typewritten form, and that the foregoing constitutes
14   a true and correct transcript.
15             I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties or
17   attorneys herein, nor otherwise interested in the
18   result of the within action.
19             In witness whereof, I have affixed my
20   signature this 12th day of August, 2021.
21             My commission expires January 19, 2025.
22
23             _____
               Barbara J. Davalos, RMR, CRR
24             216 - 16th Street, Suite 600
               Denver, Colorado  80202
25
```