*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)
_____

DEPOSITION OF CLAIRE ANDREA SANNIER
August 5, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____

APPEARANCES:

    LOEVY & LOEVY
        By Elizabeth Wang, Esq.
           2060 Broadway
           Suite 460
           Boulder, Colorado, 80302
           720.328.5642
           elizabethw@loevy.com
            Appearing on behalf of Plaintiffs


    DENVER CITY ATTORNEY'S OFFICE
        By Lindsay M. Jordan, Esq.
           201 West Colfax Avenue
           Department 1108
           Denver, Colorado 80202
           720.913.3100
           lindsay.jordan@denvergov.org
            Appearing on behalf of Defendants

AB Litigation Services

```
 1   the DA to indict or prosecute police officers
 2   commensurate with their offenses.
 3        Q    And why is that?
 4        A    Because I've watched the system fail for
 5   my entire adult life.  You know, the first time we've
 6   ever seen a murderous police officer charged was as a
 7   result of these national -- the largest mobilization
 8   of the population in history.  And that's what it
 9   took.  And it won't happen again on its own either.
10   And I just -- I have no faith in that system.
11             I think most cops who mistreat people get
12   paid vacation.  And we've seen it time and time
13   again.  I mean, the cops who killed Elijah McClain in
14   Aurora are probably going to get back on the force
15   soon.  You know, like nothing has happened to them.
16   And it's just an absolute crime.
17        Q    And then just generally, your observations
18   of being at the protests from May 28th until June 1st
19   into the early morning, did you ever observe any of
20   the people in attendance spray-paint any public or
21   private property?
22        A    Yes.
23        Q    Did you see the people actually do it, or
24   did you just see that it had been done?
25        A    Mostly I saw that it had been done.  I
```

AB Litigation Services

1  can't think of a specific time I saw somebody
2  actually doing it.
3       Q    Did you ever see broken windows in
4  buildings that were downtown?
5       A    I think I saw one at some point.  And then
6  there were a few that were already -- like I never
7  saw any actually get broken other than once.
8       Q    When you saw the broken windows, where --
9  what location of downtown was that?
10      A    Mostly up and down 16th Street Mall.
11 Probably a few on Colfax as well.
12      Q    And what were the protesters generally
13 wearing?
14      A    Street clothes.  Most protesters were just
15 wearing totally normal street clothes.
16      Q    Did you ever see any protesters carrying
17 lacrosse sticks?
18      A    No, I did not.
19      Q    And did you ever see any protesters or
20 anybody in the protestor area throwing rocks at the
21 police?
22      A    I did not.
23      Q    When you were at the protest, did you ever
24 observe any dumpster fires?
25      A    I did see one, yes.

AB Litigation Services

```
 1      Q     And I'm assuming -- did you just see that
 2   it had been lit, or did you see the people who had
 3   lit it?
 4      A     I just saw that it had been lit.  It was
 5   very contained, in fact.  It was like very far away
 6   from any other buildings or structures.
 7      Q     And in what general location was that
 8   dumpster fire?
 9      A     It was in the park around the capitol.
10      Q     And I know you told me about -- I think it
11   was on the night of June 1st when you were outside
12   the capitol, there were fireworks lit off.
13            Did you observe any fireworks lit off on
14   any of the days prior to that during the protests?
15      A     Yeah.  I think I saw some on the Sunday as
16   well at night.  Always straight up into the air, you
17   know, in the middle of wide open spaces.
18      Q     Did you ever observe anybody in the
19   protest areas throwing canisters back at the police?
20      A     Yes.
21      Q     Did you at any time observe any of the
22   people gathering rocks or other projectiles in their
23   backpacks?
24      A     Absolutely not.
25      Q     Were people wearing masks?
```

AB Litigation Services

```
 1   STATE OF COLORADO)
 2                    )   ss.        REPORTER'S CERTIFICATE
 3   COUNTY OF DENVER )
 4              I, Barbara J. Davalos, do hereby certify
 5   that I am a Registered Merit Reporter, Certified
 6   Realtime Reporter and Notary Public within and for
 7   the State of Colorado; that previous to the
 8   commencement of the examination, the deponent was
 9   duly sworn to testify to the truth.
10              I further certify that this deposition was
11   taken in shorthand by me at the time and place herein
12   set forth, that it was thereafter reduced to
13   typewritten form, and that the foregoing constitutes
14   a true and correct transcript.
15              I further certify that I am not related to,
16   employed by, nor of counsel for any of the parties or
17   attorneys herein, nor otherwise interested in the
18   result of the within action.
19              In witness whereof, I have affixed my
20   signature this 16th day of August, 2021.
21              My commission expires January 19, 2025.
22
23              _____
                Barbara J. Davalos, RMR, CRR
24              216 - 16th Street, Suite 600
                Denver, Colorado  80202
25
```

Claire Andrea Sannier  - 08/05/2021                    174

Exhibit 3