IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ

**EXHIBIT 4**
**PLAINTIFFS' OPPOSITION TO JEFFERSON COUNTY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 4 is the BWC video from DPD Officer Connors (DEN4234).