*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)

_____

ZOOM DEPOSITION OF JOE CARLOS DERAS
August 11, 2021

_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

_____


APPEARANCES:

        LOEVY & LOEVY
                By Elizabeth Wang, Esq.
                    2060 Broadway, Suite 460
                    Boulder, Colorado  80302
                        Appearing via Zoom on behalf of
                        Plaintiffs

        DENVER CITY ATTORNEY'S OFFICE
        CIVIL LITIGATION SECTION
                By Hollie R. Birkholz, Esq.
                    201 West Colfax Avenue, Dept. 1108
                    Denver, Colorado  80202
                        Appearing via Zoom on behalf of
                        Defendants

Exhibit 5

1   with their hands up.  There was a lot of people

2   chanting.  There were some people laying on the

3   ground.

4        Q    Okay.  You know, obviously, I've seen

5   the videos at this location, and there's a fair

6   amount of things being thrown at the line.  When

7   you were present in this location, did you see

8   protesters throwing items at the police officers?

9             MS. WANG:  Objection, form.

10       A    The vast majority of people were not

11  throwing things.  I do remember seeing one person

12  in red throw, like, a water bottle.  And you

13  can --  I think I might have actually caught it on

14  video, too.  You can actually see that most people

15  are actually -- actually have their hands up.  I

16  mean, it's just this one person who, like, threw a

17  water bottle.  And as soon as he throws it,

18  there's, like, an unequal use of, like, force from

19  the police.  Like, they just had a water bottle

20  thrown at them, but they release, like, 100 rounds

21  of, like, PepperBalls and gas and all these

22  chemical weapons.  And you can see people running

23  away as soon as that happens.

24            But, like, they never made an attempt

25  to go and arrest that one person that was, like,

1    very clearly in the video, like, the only person

2    that was, like, throwing things.  He was wearing a

3    red shirt.  Like, it's not hard to find someone

4    like that.

5         Q    (By Ms. Birkholz)  While you were at

6    this intersection, did you see multiple people

7    throwing things?

8         A    I mean, I think I --  So, like I said,

9    it wasn't --  I mean, it wasn't, like, a ton of

10   people.  Like, most people were not doing anything

11   other than, like, chanting and holding their hands

12   up and --  Yeah.

13        Q    Did you ever observe any other

14   protesters utilizing lacrosse sticks to throw

15   rocks or other objects at the officers?

16        A    No.

17        Q    Did you ever observe fireworks being

18   thrown at the officers?

19        A    No.

20        Q    Did you ever observe the canisters of

21   smoke or gas that were thrown in the crowd being

22   turned and then thrown at the line of officers?

23        A    I saw a lot of people, like, kicking

24   away gases, canisters, putting them out.  I saw a

25   lot of people, like, putting cones over the

1   canisters and putting water over the cone to,

2   like, stop the gas from -- from continuing.  But I

3   never saw anyone, like, throw a canister straight

4   at an officer and hit them.

5        Q    Okay.  Did you ever see -- did I ask

6   you this? -- picking up and throwing rocks at

7   officers?

8        A    No.  I didn't --  I didn't see that.

9        Q    Okay.  Did you ever see anyone throw

10   bottles of urine and feces at officers?

11        A    No.  I saw water bottles.

12        Q    Did you ever see glass bottles being

13   thrown at officers?

14        A    No.  It was all plastic bottles that I

15   saw.

16        Q    Okay.  So after you were hit with a

17   PepperBall and the flash bang was utilized in this

18   area, what did you guys do?

19        A    We went back up to the Capitol.  We

20   were on the green outside of the west steps, and

21   we were there for a while, like -- for maybe,

22   like, 10 minutes or not even.  I think it was less

23   than that, actually.  I think it was for five

24   minutes that we were back on the green.  And

25   that's when the first tear gas canister that I

1    car.  That's me getting into my car and getting

2    out of the area.

3        Q     Okay.  As a result of the protest

4    activity that you engaged in on May 30th, did you

5    ever receive any medical treatment?

6        A     No.

7        Q     Okay.  And you returned to the protests

8    the next day; is that correct?

9        A     Yes.

10       Q     What time did you return to the protest

11   on May 31st?

12       A     Before sundown, so maybe, like,

13   7:00-ish.

14       Q     And why did you arrive so late that

15   day?

16       A     I think that's when the -- the calls

17   for the protests were being --  I mean, I think

18   there were protests all day, but there were

19   different groups coming and going.  I think that

20   we thought a lot of families would have gone

21   closer to the -- to the -- or earlier in the day

22   and stuff.  So as someone that had, like, more

23   time, I wanted to make sure I was there when there

24   was less people so that the message could be

25   heard -- or continued to be heard.

1      Q      Okay.  Were there less people there at

2    7 o'clock on May 31st than you had observed during

3    the day on May 30th?

4      A      Yeah.  I mean, it's hard to know how

5    many people there were by, like, actual numbers.

6    It always seemed like there was a bigger -- there

7    was, like, a big crowd at any time during those

8    four days.  I mean, I think it felt like it was

9    getting bigger every day.

10      Q      Okay.  So what did, I guess, other

11    people having their families down earlier in the

12    day have to do with your decision-making?  What

13    impact did that have on your decision-making?

14      A      I think there was, like, a fear that --

15    I think there was a well-founded fear, that, like

16    the police would attack anyone.  I think earlier

17    in the day, when there was daylight, they would be

18    less likely to do so, and so, like, if I remember

19    correctly --  I mean, I don't remember seeing

20    chemical weapons being discharged earlier in the

21    day until, maybe, like in the afternoon.

22            So being someone without a family, I

23    thought that that was kind of my responsibility to

24    show up when maybe there would be less people.

25      Q      Did you think that it was going to be

1    more dangerous after 7:00 as well?

2        A    I think I answered that in the last

3    question, but, yeah.

4        Q    Yeah.  Okay.  Who did you plan to

5    attend the protest with on this day?

6        A    On the 30th?

7        Q    Yeah.  No.  The 31st is what we're on

8    now.

9        A    Oh, the 31st.  I mean, I think I was

10   with Sara, Jackie --  I was with Sara, Jackie,

11   Youssef.  I think Emma Bliesener was there also

12   that day; she was there with me and --  Who else

13   would have been there.  Oh, Richelle.  Yeah,

14   Richelle was there, too.

15       Q    Okay.  The two new individuals that you

16   just mentioned, Richelle and --  I'm sorry.  I

17   missed the first one.  What are their last names?

18       A    Emma Bliesener and Richelle --  I don't

19   remember Richelle's last name.

20       Q    Young.  Does that sound correct?

21       A    Yeah, that sounds correct.

22       Q    All right.  Okay.  So you were down

23   there with these individuals.  How do you know

24   Richelle Young?

25       A    Richelle is a friend -- is a mutual

*AB Litigation Services*

```
 1    friend --  Or we have a mutual friend in common.

 2         Q      Okay.  Emma, how do you know her?

 3         A      I know Emma through work.  She's --

 4    She's worked on -- with different nonprofits in

 5    the Denver area.

 6         Q      Okay.  How did you get downtown this

 7    time?  Did you drive?

 8         A      I drove.

 9         Q      Did you park in the same parking lot?

10         A      I did.

11         Q      So at the Colorado Education

12    Association?

13         A      Yes.

14         Q      Okay.  So did you also meet your

15    friends there again around 7 o'clock?

16         A      Yes.

17         Q      Okay.  So when you arrive around

18    7 o'clock at the Colorado Education Association,

19    where do you go?

20         A      To the Capitol, to the west steps.

21         Q      What were you wearing on that day?

22         A      I was wearing a white hard hat --

23    construction hard hat, orange goggles, the bold --

24    the green -- the green-looking backpack.  I think

25    I was wearing a long-sleeved shirt, like a dark
```

1    long-sleeved and dark pants.

2         Q    Do you recall anything about what your

3    friends were wearing?

4         A    I think it was mostly, like, dark

5    clothes, maybe goggles and hard hats.

6         Q    Okay.  Were all of you wearing same the

7    color hard hat?

8         A    I think we were all wearing white hard

9    hats, yeah.

10        Q    And that was new on the 31st, right?

11        A    Yeah.  On the 29th, there was a woman

12   who was standing on the sidewalk who had gotten

13   shot by the police with a 40 -- I think it was,

14   like, with a 40 millimeter round or something, and

15   she had like lost an eye -- or she was losing an

16   eye at the time.  So I remember thinking how,

17   like, that could have -- that could have been any

18   one of us.  So I think a lot of us decided to wear

19   hard hats for protection that day.

20        Q    What day is it that you just described

21   that incident from?

22        A    The 29th is when she -- when the -- is

23   when the bystander was hit or the woman was hit.

24        Q    Okay.  Do you -- I apologize for

25   interrupting.  And you did not have a hard hat on

1    the 30th -- or, yeah -- on the 30th, though,

2    right?

3         A     No.

4         Q     Okay.  So where did you guys get them?

5         A     I had a hard hat because I worked for

6    the Colorado Education Association -- or for the

7    Painters Union, which is a construction union, and

8    so I just had -- had my hard hat.  I don't know

9    where everyone else got theirs.

10        Q     You didn't have multiple hard hats and

11   provide them to your friends?

12        A     No.

13        Q     Okay.  Were everyone's white?

14        A     Yeah.

15        Q     Okay.  All right.  So you guys went to

16   the Capitol.  Tell me --  Give me a rundown of

17   your day -- of your evening on May 31st.

18        A     So I think we were at the Capitol for a

19   while just hearing -- hearing the program, hearing

20   people on the speaker -- or on the megaphone.

21   Then I think it was right before 8:00 or right

22   after 8:00 when we started marching eastbound down

23   Colfax.  At this point, there was, like, a group

24   of, like, thousands of people.  It was hard to

25   see, like, the ends of the march on both the back

1    and the front ends because it was just huge.

2            So we marched for a really long time.

3    I mean, I think we marched all the way from the

4    Capitol over to -- over to, like, in front of the

5    precinct on Washington.  And I remember, like,

6    there was police officers who were -- who were

7    kind of blocking streets on the other side of

8    Colfax, so it must have been 16th Street.  And

9    every time we crossed an intersection, you could

10   see all the way back that there were police

11   officers and their cars on the other end.

12           But it wasn't until we got to, like,

13   right before Washington when --  I think it might

14   have been, like -- like, 20 feet away from the

15   intersection when we heard this loud, like, flash

16   bang go off.  We saw the light and then, like,

17   smoke started to come from that area.  And then,

18   like, people in front of us started running back

19   westbound.  But the people who were on the other

20   side of the -- of the -- of the street ran

21   eastbound, and then there was people who, like,

22   were right in the intersection who ran southbound.

23   The police were, like, northbound on Washington.

24           So they were, like --  I mean, there was

25   people on all sides of that intersection, and I

1    remember, after a flash bang, there was a

2    canister, like, maybe 10 feet in front of me that

3    started to, like, spill out.  At this point,

4    because, like, you know, we had been in tear gas

5    and had been shot and had, like, experienced these

6    chemical weapons for the last couple days, we

7    felt --  I mean, we were wearing, like, protective

8    goggles, you know, like the ski goggles that I was

9    wearing that really filtered out the air, so my

10   eyes were fine.

11           At that point, like, I was also wearing

12   a mask -- an N95 mask with, I think, a bandana

13   over -- over it with apple cider vinegar so that,

14   like, the smoke that I was inhaling wasn't as bad

15   or I could handle it a little bit more.  So when

16   I --  So, you know, when I saw the gas, like,

17   coming into contact with, like, the people in

18   front of -- or in back and to the side of me, I

19   tried to, like, remove it to the -- to the only

20   side where there weren't any people.

21           And --  And then I think there was a

22   second tear gas canister as well.  I tried to move

23   that away from the people as well, and that's when

24   I felt the first impact of a projectile, which at

25   the time I thought was a -- was a tear gas

1   canister, but I think after reviewing the video,

2   I'm not quite sure what it was.  I was --  Like,

3   it hit the top of my hard hat and I felt it, like,

4   falling, so I pulled it back up.  At that point,

5   then, a second shot was -- was fired, and it hit

6   the inside of my right hand on my palm.

7              At that point, I, like, turned around

8   and tried to leave the area.  I was hit again on

9   the back side of -- on the left side of my body

10  above, like -- or, like, right on the -- on the --

11  the waist area -- or right beneath the waist area.

12  And it felt like my thumb was, like --  It almost

13  felt like it was broken or seriously injured.

14  When I looked at it, I saw, like, a first degree

15  burn on the inside of the palm, and so I assumed

16  it was a tear gas canister.

17             Then I met up with Emma, who was right

18  behind me, and she was able to text for help.  So

19  we found people who were giving medical attention

20  at the -- at the protest, and they put it into a

21  makeshift splint so that I wouldn't damage it

22  further.  Then we walked -- were able to get back

23  to my car, after going down to, like, 13th Avenue,

24  I believe, or 14th, and then walking west back to

25  the -- to the CEA parking lot.  At that point,

1    Richelle drove me to the emergency room in my car,

2    and then she stayed with me until I got out.

3         Q     Okay.  So I have a few follow-up

4    questions with respect to that.  You indicated

5    that at first you thought it was a canister of gas

6    or smoke that hit you, but after watching the

7    video, you're not sure what it was.  What video

8    are you referring to?

9         A     There's a halo camera that recorded the

10   whole thing.

11        Q     Okay.  All right.  And I will show you,

12   again, Exhibit C.  This is Page 4 of Exhibit C.

13   And it is, again, a map that I believe captures

14   the area in which you've described and were

15   located at the time.  So where were you at the

16   time whatever munition impacted you?

17        A     So I think I was, like, right in front

18   of that car outside of X Bar.

19        Q     Right here (indicating)?

20        A     In the middle -- Yeah.  I was near the

21   middle of the street, like maybe closer to the

22   intersection.

23        Q     Right about there (indicating)?

24        A     A little bit closer to the

25   intersection.

1      Q      Okay.  All right.  What did the flash

2  bang look like?

3      A      It was just, like, a loud bang.  And

4  there was, like, some smoke and then, like, people

5  ran away.  So it was, like, really startling.  It

6  was just hard to see what -- who had thrown it and

7  where it had landed.

8      Q      Okay.  So there was a loud bang and

9  smoke this time.  Was there also a flash?

10     A      Yeah, I saw light.

11     Q      Okay.  So light and just one bang?

12     A      Yeah.

13     Q      Okay.  So, then, after it was deployed,

14  you were then, shortly thereafter, hit, correct?

15     A      Yeah.

16     Q      Okay.  The first time on the head, the

17  second time in the hand, and then the third time

18  in kind of the left buttock area; is that correct?

19     A      That's correct.

20     Q      Okay.  And you don't have any idea what

21  those objects were?

22     A      No, I don't.

23     Q      Okay.  Do you think that whatever the

24  objects were, they were fired from a gun of some

25  sort?  Or do you believe they were thrown?

```
 1        A      No.  It was definitely a projectile

 2   from, like, a gun, because --  Yeah.  I don't

 3   think anyone can throw as fast as the rounds hit.

 4        Q      Okay.  And are you certain it was not a

 5   canister?

 6        A      Yeah.  I don't know what kind of

 7   projectile it was, but it was a projectile of some

 8   sort.

 9        Q      Okay.  And did you have any opportunity

10   to observe anything about the officers that

11   were -- that you believe fired this munition?

12        A      No.

13        Q      Okay.  Do you have any idea what color

14   they were wearing?

15        A      No.

16        Q      All right.  So, then, after this, you

17   basically left the area with your friends and got

18   medical attention; is that correct?

19        A      Yeah.

20        Q      Okay.  And then you did not return to

21   the protests on June 1st and June 2nd?

22        A      Yes.

23        Q      Okay.  And why did you not go back on

24   those dates?

25        A      Well, when I --  So I wasn't --  I
```

1   went back on Wednesday after that?

2       A     Yeah.

3       Q     Okay.  All right.  So let's talk

4   about your medical injuries.  It looks like you

5   went to the emergency room after you left on the

6   31st, correct?

7       A     Yeah.

8       Q     Okay.  What medical facility did you go

9   to?

10      A     St. Joe's emergency room.

11      Q     Okay.  Pardon me?

12      A     It was the emergency room at St. Joe's.

13      Q     The emergency room at St. Joe's.  Okay.

14  It looks like you were admitted at about 9:17.  Is

15  that consistent with your recollection?

16      A     Yeah.

17      Q     Okay.  And this was, obviously, during

18  COVID.  You mentioned that Emma took you to the

19  hospital.  Was she able to accompany you into the

20  hospital, or . . .

21      A     Richelle.

22      Q     Oh, Richelle.  I'm sorry.  Excuse me.

23      A     It was Richelle, and she was not

24  allowed to be in the hospital.  She waited outside

25  of the hospital until I got out.

1        Q       Okay.  And it looks like you were

2    discharged shortly after 10:00 that day; is that

3    correct?

4        A       Yeah, that sounds right.

5        Q       Okay.  What medical treatment did they

6    provide to you at St. Joe's?

7        A       They --  Well, at first they took some

8    x-rays because they didn't know if it was

9    fractured or not because of the swelling.  And

10   then they gave me some -- some pain medication, I

11   believe, while I was there, or maybe they told me

12   to take Advil.  And I had a follow-up visit with a

13   specialist to look at my hand, like, maybe three

14   weeks after that, or maybe it was four weeks.  I'm

15   not quite sure.

16       Q       Okay.  So the radiology turned out

17   normal, correct?

18       A       I don't think they could see anything

19   because of the swelling, which was, like -- which

20   was, like, inconclusive.  So they sent me home,

21   but they told me to keep an eye on it.

22       Q       Okay.

23       A       And then if, when the swelling came

24   down, something was still wrong, then I would have

25   to go back in and, like, have them look at it.

1       Q      Okay.  But no fracture, right?  No

2   bony -- bony abnormalities?

3       A      Like I said, at that time, they weren't

4   sure whether there was a fracture or not.  So,

5   like, after the swelling came down, I went back to

6   the -- to the specialist, and I think he retook

7   some of the x-rays.  And he said that he couldn't

8   see anything, but he couldn't rule it out.  So if

9   it kept hurting, he said I would -- he told me

10  to --  Like, if it was really intrusive and --

11  and, like, I was unable to do things, then I would

12  have to go back and ask to do an MRI.

13             To be honest, like, it did continue to

14  hurt after that, but I wasn't sure that I could

15  pay the deductible or the premiums to -- to do the

16  procedure, so I, like, opted not to do it.

17      Q      Okay.  So you --  In the --  Strike

18  that.

19             While you were in the ER, did they give

20  you any medicine or did they tell you to take

21  Advil?

22      A      I don't remember.  I think they might

23  have just told me to take Advil.

24      Q      Okay.  And then I also have that you

25  went to the follow-up visit on June 9th with a

1    specialist at Western Orthopaedics.  Is that

2    consistent with your recollection?

3         A    I know it was after, but I don't

4    remember exactly when.

5         Q    Okay.  Do you remember going back to

6    him at all again after that one visit with him?

7         A    No.  I just had the one visit.

8         Q    Okay.  Did he provide you with any sort

9    of brace or stability mechanism for your hand or

10   wrist?

11        A    I had a brace from my emergency room

12   visit.

13        Q    Okay.  So it was the emergency room

14   that gave you the brace?

15        A    Yeah.

16        Q    Okay.  And what was the brace for?

17   What did they tell you the brace was for?

18        A    Well, I think, like, part of the fear

19   was that we didn't know if there was a fracture,

20   because there could be -- could have been, like, a

21   hairline fracture or something that could have

22   done more damage if it wasn't in a brace.  So I

23   think they were wanting to allow my hand swelling

24   to come down and to -- to mitigate any kind of,

25   like, further damage to the area.

1      Q      Okay.  Was it, like, a compression

2    brace of sorts?

3      A      Yes.

4      Q      Okay.  How long did you wear it?

5      A      For several weeks.  I think I --

6    Through July 4th, yeah, I was still wearing it.

7    Wait.  When was --  It was May, June, July,

8    August --  I think into August I was still wearing

9    it.  I don't remember if --  By Labor Day --  I

10   think by Labor Day, I was starting to take it off.

11     Q      Okay.  And it was not the doctor that

12   told you to stop wearing it, since you didn't see

13   the doctor again, correct?

14     A      Correct.

15     Q      Okay.  So you decided when to

16   discontinue wearing the brace; is that correct?

17     A      That's correct.

18     Q      Okay.  When --  Strike that.

19            After you stopped wearing the brace,

20   was your hand and thumb and fingers, like,

21   everything --  Your hand and wrist --  Strike

22   that.

23            After you stopped wearing the brace,

24   was everything with your hand and wrist healed?

25     A      No.  I mean, like, I still sometimes

1    feel, like, discomfort when it's cold, when the

2    temperature changes.  And, like, in the winter, it

3    is -- like, I can feel, like, a throbbing pain in

4    the inside of my, like, thumb.  But it's --

5    it's -- it's -- it's on and off.  Like, it's not

6    consistent.  And so I think by -- by September, I

7    could move my hand enough that I could type again,

8    and I could make food for myself again.  And so at

9    that point, I took it off.

10              Yeah.  I still have --  I still have --

11   I still have feelings or, like, random feelings

12   from the injury.

13        Q    What did the doctor tell you was the

14   diagnosis for your hand and wrist?

15        A    The ER doctor or the specialist?

16        Q    Either Dr. Mordick or the ER doctor.

17        A    So the ER doctor said that it was a

18   contusion to the -- to the palm, I think, or the

19   inner part of the hand.  It was a --  I think he

20   said there's a possibility of a fracture, but he

21   wasn't sure.  But I think the official thing was

22   a contusion.

23              And then the specialist, I think,

24   looked at, like, the motion and the range, but I

25   don't know if he provided a diagnosis -- a

1   diagnosis.  He recommended that I go back if it

2   didn't -- if the swelling and the -- the rotation

3   or the movement of the hand didn't come back

4   within the next, like, few weeks.

5        Q     Okay.  And was that visit with

6   Dr. Mordick on 6-9 of '20, was that the last

7   medical treatment that you've gotten for any of

8   your conditions resulting from the protests?

9        A     Yes.

10       Q     Okay.  How long did the bruise on your

11  left upper buttock remain?

12       A     I -- I don't know that I kept track,

13  but weeks.

14       Q     Okay.  So, like, a couple weeks?  Three

15  weeks?  Four weeks?

16       A     More like into -- into the --  It went

17  into months.

18       Q     Did it concern you that a black and

19  blue mark stayed for months?

20       A     I think, like, I had other, like,

21  smaller, like --  The PepperBall stayed with me

22  for, like, six months.  I --  I assumed that it

23  was --  That was just a really impactful, and --

24  and strong, like, hit, so I assumed that the body

25  was just taking, you know, that long to recover

1    from the damage that was done to it.

2              I have a background in health, and so,

3    like, I know that traumatic events like that take

4    time to heal, especially if I'm walking and using,

5    like, those muscles, because, like, they don't get

6    the chance to heal as fast as if they were

7    immobile.  So I didn't think it was out of the

8    normal for the amount of, like, pain and, like,

9    the amount of, like, force that was used when

10   those things were shot.

11        Q    Okay.  And you never sought any

12   treatment for, like, a lack of hearing or a change

13   in your hearing as a result of being close to the

14   flash bangs, correct?

15        A    I told the emergency room doctor, and

16   they, like, looked into my ear and said that it

17   was probably, like, strained or, like --  What was

18   the word they used?  I don't remember exactly the

19   word they used, but they didn't think that it --

20   They didn't see any blood, so they -- they said

21   that if it didn't heal up, to go back and -- and

22   have it taken -- taken a look at.  I think that

23   that lasted about a week.

24        Q    Okay.  You never had to get your

25   hearing tested or feel as though you have a change

1   in your hearing; is that correct?

2       A       Well, after the -- So after the

3   emergency room visit, I didn't have another exam

4   for my ear.

5       Q       Right.  And is -- And am I correct

6   that as a result of -- You know, after that

7   week -- right? --  I mean, you mentioned after a

8   week that you didn't have any additional concerns

9   regarding your hearing.  Am I correct that you --

10  You are not contending that you have any hearing

11  loss as a result of the flash bangs; is that

12  correct?

13      A       Yeah.  I don't have any hearing loss.

14      Q       Okay.  Are you familiar with the amount

15  of medical bills that were, I guess, billed as a

16  result of these incidents?

17      A       Yeah.  I have --  I think it's --  I

18  know I had one for $1700, and then there was

19  another for a few more hundred.  I think, in

20  total, it must have been somewhere around, like --

21  or upwards of, like, $2,000 in medical bills that

22  I paid out of pocket.  And I just recently

23  stopped --  Like, I was on a payment plan, and so

24  I just recently was able to pay those off.

25      Q       Okay.  And so that was the amount of

1    out-of-pocket expense, correct?

2          A       (Deponent nodded head.)

3          Q       Is that --

4          A       Yes.

5          Q       Okay.  Are you also familiar with the

6    amount that was, like, billed as a result of your

7    treatment?

8          A       I'm not.

9          Q       Okay.  So if I told you --  Or if I

10   asked you whether $4,360.86 was the correct total

11   of the medical billed for your experiences, would

12   you be able to answer that?

13         A       No.

14         Q       Okay.  But aside from the ER visit and

15   the follow-up with Western Orthopaedics, am I

16   correct that you haven't received any other

17   additional medical care or treatment from any

18   health care providers?

19         A       Yeah, that's the only treatment.

20         Q       Okay.  And am I correct that you don't

21   have any future plans for medical treatment?

22         A       Yes.

23         Q       That is correct?

24         A       You're correct, yes.

25         Q       Okay.  With respect to your medical

1    bills, did Medicaid or Medicare have any part in

2    assisting to pay for those?

3         A    No.

4         Q    Good.  That always makes it far more

5    difficult.

6              All right.  As to other types of

7    damages that, you know, you might or might not be

8    contending, am I correct that you are not claiming

9    any lost wage claim as a result of these

10   incidents?

11        A    Right.  There's no claim.

12        Q    Okay.  You didn't miss any time from

13   work, correct?

14        A    No.

15        Q    Okay.  Let's talk about your emotional

16   state.  I know that you've kind of touched on this

17   in some of your responses, but if you could,

18   describe, you know, your -- the emotional distress

19   that you relate to these experiences.

20        A    You know, I think that -- So it's --

21   it's -- it's a difficult --  I think, like, it's

22   been a difficult year.  I think most of us thought

23   we were going to go out, just like any other

24   protest --  Like, I've been protesting for many

25   years and had never experienced anything like

1    this.  To be met with such force was really

2    shocking and, I think, like, it added a layer

3    of -- of -- of fear to -- to police.

4              So, like, I don't --  Any time there's,

5    like a police officer who is stopping me or in my

6    general vicinity, I think I have very -- I have,

7    like, reactions to that.  Like, I start thinking

8    back to, like, the type of violence that the --

9    that they exhibited during those days.  And I

10   think, like, that --  So instead of, like --  So

11   instead of feeling, like, safe and, like,

12   protected and, like --  I --  So I feel the

13   opposite when I see a police officer now.

14             I'm --  Like, it was really difficult

15   to sleep because of the physical pain, but also

16   just because of, like --  I mean, there -- there

17   would be times where I'd wake up from -- from --

18   from a dream where we were running away from

19   police and being shot at.  And that's -- that's,

20   like, a reoccurring dream that -- that I've had.

21   It was more -- more present when -- when things

22   were still fresh, but from time to time, it's

23   still --  Like, when you --  When I read an

24   article or see a story or something like that, it

25   might come back at night.

1               Is there anything else you want to ask?

2       Q      Yeah.  How do you feel that's impacted

3   your -- your life?

4       A      Well, I think, like, at the time, I was

5   really struggling with -- with COVID and

6   isolation.  And so, like, going through those,

7   like --  Going through, like, those situations

8   where police officers were shooting at us and then

9   assaulting us, I think, like, added a layer of --

10   of anxiety that I was dealing with at the time

11   and, like, contributed to, I think, like --  I

12   mean, I was --  I'm on antidepressants now, which

13   I wasn't before.

14               So that's the thing that's -- that's

15   changed.  And it's just, like, I had no --  I had

16   no experience with those kinds of feelings and

17   thoughts beforehand, and --  Yeah.  It's just,

18   like, trying to figure out, like, what the

19   medication -- what medication was going to help

20   and that was, like, a struggle unto itself.

21       Q      So, you know, you mentioned COVID in

22   there and how it was isolating and, you know,

23   obviously had an impact on things.  Would you say

24   that the antidepressants are as a result of COVID

25   or as a result of the events that took place at

1   the protests?  Was it just a result of 2020 in

2   general or all of it?

3       A    Yeah.  I mean, I think I definitely,

4   like, had stress --  I was struggling before that

5   with anxiety, but it wasn't as --  I think I was

6   seeing a psychiatrist at that point, or maybe,

7   like, right after that, but I had not been --  So

8   I had not been prescribed any medication until --

9   until then.  I think that it was just, like, the

10  added anxiety.  You know, I think I was handling,

11  like, the -- the anxiety of COVID and the

12  depression -- and I wouldn't say, like, super

13  well, but well enough that I didn't, like, take

14  medication at the time.

15          And I think after seeing the video and

16  after seeing, like, the response to the -- to the

17  protests that we're asking for justice in this

18  case, that the anxiety really got really bad and

19  the depression kind of set in.  And so I've

20  been --  Yeah, I've been on medication since then.

21      Q    Okay.  Did you start --  You mentioned

22  you're not sure if you started seeing a

23  psychiatrist before or after the protests.  Do you

24  recall specifically when you began seeing them?

25      A    I don't remember exactly when it was,

1    but I remember it was around the same time.

2        Q    Okay.  And I guess I'd ask, if you're

3    claiming, you know, the -- the anxiety and the

4    depression as part of this, we'll need to request

5    those records from your counsel.  And I presume

6    you would then be seeking the, you know, medical

7    expenses for the prescription medicine.  If you

8    are not claiming those, then I will not ask you

9    those questions or request those records.

10            So do you know whether you're claiming

11   that your -- that the psychologist visits are due

12   to the protests or not?

13       A    We haven't --  Me and Liz haven't

14   talked about that, but I think, like, part of the

15   claim is that, like, the protests had an emotional

16   and distressing effect on my life.  So, yeah, that

17   is part of the claim.  I don't --  I don't think

18   we've --  I mean, we've not talked about anything

19   further than that.

20       Q    Okay.  Well, if you guys --  I would

21   ask that --  You know, if you talk about it

22   afterwards --  I mean, we would request those

23   records unless you change your mind after speaking

24   with counsel after this deposition, as well as

25   whatever medical bills that you assert are as a

1    result of the antidepressants.

2            So aside from the psychologist, have

3    you sought any other counseling or treatment for

4    your emotional state following the protests?

5        A    No.

6        Q    Was there anything aside from COVID --

7    I know you mentioned COVID -- you know, that might

8    have been going on immediately before these

9    protests?  So, like, any marital issues, any

10   health concerns of you and your family, any issues

11   with work?

12       A    No.

13       Q    Okay.  So what --  If you had to say,

14   you know, "100 percent of my total well-being is

15   the entire circle," what percentage of your

16   emotional well-being was affected by the protests

17   in particular?

18           MS. WANG:  Objection, form, vague.

19           You can answer if you understand the

20   question.

21       A    Yeah.  I don't know that I do

22   understand.  I mean, like, I think --  I don't

23   know if I could put a percentage on my mental

24   health and, like, how each part of my -- or, like,

25   those experiences, like, affect my mental health.

1    I don't know.

2         Q    (By Ms. Birkholz)   Okay.   As between,

3    you know, the stress and isolation of COVID versus

4    your experiences at the protests, which one had a

5    greater emotional effect on you?

6         A    At the time, like, that was all I could

7    think of.  It was 100 percent, like, the reason

8    why my mental health deteriorated during that

9    time.

10        Q    And you are speaking of the protests --

11   correct? -- as opposed to COVID?

12        A    Yes.

13        Q    Okay.  All right.  You mentioned your

14   sleep was affected.  Are there any other ways in

15   which, I guess, you -- you had outward facing

16   symptoms as a result of the distress?

17        A    Yeah.  I mean, like, I think I also

18   mentioned, like, the anxiety of being around

19   police officers.  If they're driving around behind

20   me or, like, they're present physically, I think

21   it's kind of always running through my head that,

22   like, this -- they could get violent at any

23   moment.

24        Q    What's the name of the psychiatrist

25   you're seeing?

1          A       Her last name is Poon.

2          Q       Okay.  And --

3          A       Oh, sorry.

4          Q       No.  I --  Go ahead.

5          A       I don't remember the first name.

6          Q       Okay.  When's the last time you saw

7     that individual?

8          A       Like, three weeks ago.

9          Q       And what's the --  How frequently do

10    you see the psychiatrist?

11         A       She's about once a month now.

12         Q       Okay.

13         A       At the beginning, it was once every

14    couple of weeks.

15         Q       Okay.  And have you sought any sort of

16    counseling from anyone else, such as religious

17    figures, friends, family members, et cetera?

18         A       No.

19         Q       Okay.  The medication you mentioned was

20    an antidepressant, but I don't believe I asked you

21    which one it was.  What medication are you on

22    specifically?

23         A       Sertraline.

24         Q       Sertraline.

25                 MS. WANG:  Can we take a five-minute

1    break?

2            MS. BIRKHOLZ:  Yep.  Let's take five.

3            (Recess from 1:24 p.m. to 1:30 p.m.)

4            MS. BIRKHOLZ:  Back on the record.

5        Q    (By Ms. Birkholz)  All right.  So

6    before we left for our break, we were talking

7    about kind of your emotional damages.  You know,

8    are there --  Are there any aspects to your

9    damages that we haven't covered?

10           We've, obviously, talked about your

11   medical treatment, your emotional well-being.  Are

12   there any other types of damages that you're

13   claiming that we haven't discussed?

14       A    Nothing that we haven't already talked

15   about in the litigation, yeah.

16       Q    With respect to the officers' actions

17   during the George Floyd protests, what is it in

18   your own words that you believe they did wrong?

19       A    They murdered an incident man.

20       Q    No.  I'm talking about the Denver

21   Police during the George Floyd protests.

22       A    Oh, sorry.  What they did wrong?

23   They --  They --  I mean, there's a lot they did

24   wrong.  First, they didn't actively try to -- to

25   keep people safe.  Instead, they did the opposite.

1     Q     Aside from the people that we've

2  already discussed, is there anyone that you

3  spoke to your claims or these incidents about

4  that we, you know, again, haven't mentioned

5  already?

6     A     No.

7     Q     Okay.  Have you written any blog posts

8  or contributed to any media articles with respect

9  to your experiences?

10    A     No.

11    Q     Have you ever been interviewed by any

12  members of the media with respect to your

13  incidents?

14    A     No.

15    Q     Have any of your family -- family

16  members been interviewed with respect to your --

17  your incidents with the George Floyd protests?

18    A     No.

19          MS. BIRKHOLZ:  All right.  I think that

20  is all the questions I have.  I'm not sure if your

21  counsel has any questions, but I sincerely

22  appreciate your time today and certainly wish you

23  all the best going forward.

24          THE DEPONENT:  Thank you.

25          MS. WANG:  I have a few questions, Joe.

```
 1                      EXAMINATION
 2   BY MS. WANG:
 3        Q    I have a few questions, Joe.  During
 4   the days that you attended the George Floyd
 5   protests in Denver, did you throw anything?
 6        A    No.
 7        Q    Did you destroy any property?
 8        A    No.
 9        Q    Did you commit any act of violence
10   against any police officer or anybody else?
11        A    No.
12        Q    Did you see any of your friends who you
13   were with during the protests do any of those
14   things?
15        A    No.
16        Q    Do you believe that the police reacted
17   violently to the George Floyd protests in Denver
18   because of the protesters' message of protesting
19   the police?
20        A    Yes.
21        Q    Why?
22        A    I feel like they were maybe wanting to
23   suppress the message that police oftentimes
24   assault and -- and -- and are more of a menace in
25   our communities than they are helpful.  And so,
```

1    like, when people are talking about, like, keeping

2    them accountable and making sure that they play by

3    the same laws that everyone else does, like, I

4    think that -- that there was also some reaction on

5    their part to try and stop that message from being

6    heard.

7         Q     And is this belief of yours based on

8    your attendance at many prior protests in Denver?

9         A     No.   It's from this -- this protest.

10        Q     I mean, what -- what was different

11   about the prior --  Have you ever attended prior

12   protests where the -- protests in Denver where the

13   protests -- where the protesters were explicitly

14   protesting police brutality?

15        A     I have.

16        Q     Okay.   Was --  How was this protest

17   different?

18        A     I don't think --  I don't have --  I

19   don't --  I don't --  I had never experienced tear

20   gas or rubber bullets or projectiles or any of the

21   weapons that were used at these protests.  It just

22   felt very different from any -- any of the other

23   protests I had ever been to.

24        Q     During the occasions when you --

25   Strike that.

1              During the times that you attended the

2     George Floyd protests in Denver, did you ever hear

3     the police give any warnings to the protesters

4     before they used chemical weapons on you?

5          A     No.

6          Q     Did you ever hear any kind of

7     announcements or dispersal orders given by police

8     before chemical weapons were used on you and other

9     protesters?

10         A     No.

11         Q     When you were at the intersection of

12    Lincoln and Colfax on Saturday, May 30th from

13    about 6:00 p.m. to 8:00 p.m., did you have an

14    understanding of what the police wanted you and

15    the protesters to do?

16         A     No.

17         Q     Was there any message communicated to

18    you by the police -- to the protesters by the

19    police about where you could stand or where you

20    could protest in that public space before curfew?

21         A     No.

22               MS. WANG:  I have no further questions.

23               MS. BIRKHOLZ:  Nothing further here.

24               (The deposition concluded at

25                1:51 p.m., August 11, 2021.)

*AB Litigation Services*

1    STATE OF COLORADO)

2                    )ss.   REPORTER'S CERTIFICATE

3    COUNTY OF DENVER )

4         I, Tracy L. Harris, do hereby certify that I

5    am a Certified Realtime Reporter, Registered Merit

6    Reporter, and Notary Public within the State of

7    Colorado; that previous to the commencement of the

8    examination, the deponent was duly sworn to

9    testify to the truth.

10        I further certify that this deposition was

11   taken in shorthand by me at the time and place

12   herein set forth, that it was thereafter reduced

13   to typewritten form, and that the foregoing

14   constitutes a true and correct transcript.

15        I further certify that I am not related to,

16   employed by, nor of counsel for any of the parties

17   or attorneys herein, nor otherwise interested in

18   the result of the within action.

19        In witness whereof, I have affixed my

20   signature this 20th day of August, 2021.

21        My commission expires July 30, 2025.

22

23

24                    _____
                      Tracy L. Harris, CRR, RMR, RPR
                      216 - 16th Street, Suite 600
25                    Denver, Colorado 80202