

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# JOSEPH DERAS

# DATE:
# November 23, 2021



Exhibit 6

Page 14

1  other documents or videos?
2      A.   No.
3      Q.   Okay.  So you mentioned in your prior
4  deposition, which was August of this year, that you were
5  assaulted by the Denver police, and I was just curious,
6  was that a reference to the incident on May 31st, or was
7  that in reference to an earlier incident during the
8  protests in Denver?
9      A.   That was in reference to the 31st and --
10     Q.   Okay.
11     A.   -- I mean -- yeah.
12     Q.   Okay.  Did you have other incidents during the
13 protest that form the basis for your claims in the
14 lawsuit?
15     A.   Yes.
16     Q.   Okay.  And if you can just very briefly tell
17 me the base -- the basis of your claims that are not the
18 incident on May 31st, that would be helpful.
19     A.   Yeah.  I think it's, like, a targeting of free
20 speech oppression.  There's a lot of - what's it called?
21          There's also physical targeting from the
22 police towards me and in terms of, like, PepperBalls and
23 -- and flash-bang grenades and munitions like that.
24     Q.   Sure.  So let's -- yeah.  So I want to get --
25          I get -- I want to get really specific about

Page 15

1  that.  So you mentioned targeting by the police with
2  PepperBalls, and I think you just said flash-bangs as
3  well.
4           So in your prior deposition, you talked about
5  injuries you received on May 30th.  That is the day
6  before May 31st when you had contact with the regional
7  SWAT team.  So talk to me about those injuries.  What
8  injuries did you sustain on the 30th?
9           MS. RUTAHINDURWA:  Objection.  Form.  You can
10   answer.
11     A.   Well, on the 30th, I think I arrived at the
12 capitol in, like, the evening, and the -- the first --
13 the first thing that I can remember was actual
14 PepperBalls that were shot at my forearm.  I believe we
15 have pictures of that that went into discovery.  In that
16 same time frame, I also experienced a flash-bang grenade
17 that was on my right side, and it hurt my right ear.  I
18 believe it was my right ear.  And in that same time
19 span, they also shot tear gas canisters onto the west
20 steps of the capitol, at which I was at, and inhaled a
21 lot of tear gas at that time.  So that was the 30th.
22          I think I was also chased and hit with rubber
23 bullets that night through some of the alleyways down in
24 -- in -- closer to, like, east of the capitol.
25     Q.   Okay.  And so, you mentioned being hit with

Page 16

1  PepperBalls on -- in your deposition, I think you
2  identified that as the inside of your wrist and your
3  forearm and that you had tenderness for six to seven
4  months after that.  Do you -- does that sound like your
5  injuries related to the PepperBalls?
6      A.   Yeah.  It was on the outside of the wrist.
7      Q.   Outside of the wrist.  Okay.
8           And was that the same arm that you were hit on
9  May 31st?
10     A.   Yes.
11     Q.   Okay.  So on the 30th, you're hit with
12 PepperBalls on the outside of your wrist and forearm and
13 then on the 31st, can you describe the injury to that
14 same arm?
15     A.   Yeah, so that's -- if you're referring to,
16 like, the -- the tear gas or, like, the projectile, I
17 think, like, we haven't been able to identify what it
18 was that they have -- they were -- they targeted me with
19 it, but it was a projectile that -- the one that first
20 hit my head and took off my helmet, and then there was
21 one on the inside of -- of the hand, like, right in the
22 area of the palm and the thumb, and then there was a
23 last injury that
24 I was hit with, was another projectile that hit me, the
25 lower left backside, like, above my waist.

Page 17

1      Q.   Okay.  Yeah.  So --
2      A.   Right around the waist.
3      Q.   Yeah.  So let's talk about just the -- the two
4  injuries on the 30th and the 31st that are to your
5  wrist, forearm, and hand.
6           So on the 30th, what arm is that?
7      A.   I'm not quite sure.  I mean, I think I
8  recollect it was my right arm.
9      Q.   Okay.  And that's --
10     A.   I'll have to look at the picture.
11     Q.   And that's the same arm where you were hit in
12 the palm on the 31st?
13     A.   (Witness nods head.)
14     Q.   Okay.  And so, between the 30th and the 31st,
15 did you seek any medical treatment for that injury to
16 your -- the outside of your wrist and forearm?
17     A.   No.  I think at the time it didn't feel -- it
18 didn't feel -- like, the outside injury didn't feel,
19 like, it required more medical attention, and I think,
20 like, over the days, I developed a soreness that just
21 didn't go away or, like, a tenderness that didn't go
22 away.
23     Q.   Okay.  And so, between the 30th and when you
24 go back to the protest on the 31st, do you do any -- any
25 other first aid yourself or -- or --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 18

1   A.   No.
2   Q.   -- take any measures?  No.
3        Okay.  So you don't take Advil, you don't take
4   acetaminophen, anything like that?
5   A.   Yeah, I took Advil.
6   Q.   Okay.  You -- but you didn't wrap the arm and
7   take any other measures like that?
8   A.   (Witness nods head.)
9   Q.   All right.  And when you returned to the
10  protest on May 31st, you mentioned the flash-bang and
11  you mentioned the tear gas that you encountered on the
12  30th.  Were you still feeling the effects of those
13  encounters or those devices?
14  A.   Yeah.  I think the tear -- the -- the flash-
15  bang particularly was with me for a while.  I think I
16  might have injured the inside of the drum because I did
17  feel sharp pains for several, like, days afterwards.
18       Like, just any kind of loud noise or and kind
19  of, like, movement of my -- like, my -- my jaw or
20  anything that, like, affected the stability of the inner
21  ear, I think, like, produced pain.
22  Q.   Okay.  And did you ever have medical treatment
23  for that injury?
24  A.   When I went in for -- when I went in for my
25  hand, I did have the doctor look at my inner ear, and he

Page 19

1   said to keep a look at it -- or to keep an eye on it and
2   if it got worse, that I could come back in and get it
3   looked at better.
4   Q.   Okay.  But was any treatment prescribed for
5   your ear at that time?
6   A.   No.
7   Q.   Okay.  And so, you spoke with Ms. Birkholz
8   about the incident or the events on May 31st, and when
9   -- in your deposition, your prior deposition, and when
10  you and she were talking about that incident, you
11  mentioned that you thought the protests were going to be
12  more dangerous after 7:00 p.m., and -- and I paraphrase.
13       Why -- do you remember why you thought that?
14  A.   I think, like, there was, like, a pattern
15  across the country and in Denver that the later it got,
16  police were just -- lose their patience or use more --
17  more force.  And so, I -- I do particularly remember
18  that there was a lot of people coming and going all day
19  and particularly, like, earlier in the day was families,
20  people felt safer just because there was daylight and so
21  as it got later, there was less people and I -- yeah.  I
22  think, like, I -- I -- I chose to -- to attend later in
23  the day, just because I -- I didn't want there to be
24  less -- less people out there bringing higher risk of
25  being targeted by police.

Page 20

1        I think there's safety in numbers, and I --
2   yeah, I felt like it was my -- my responsibility to --
3   to be there and -- and have a voice for the message that
4   we were -- the message of, like, being against, like,
5   the police brutality and the excessive force that was
6   being used on -- on -- on citizens and -- and
7   particularly on -- on Black -- Black people on a daily
8   life -- on a daily basis.
9   Q.   Okay.  And so, you mentioned that earlier in
10  the day you felt that there were more people.  Were you
11  present at the protest earlier in the day on May 31st?
12  A.   On the 31st, no.
13  Q.   Okay.  So earlier in the -- the prior days
14  when you attended the protest?
15  A.   Uh-huh.
16  Q.   Okay.
17       MS. KLYMKOWSKY:  I don't think I know who
18  Heather Kuhlman is.
19       VIDEOGRAPHER:  I was going to say there's a
20  Heather Kuhlman that just joined.
21       MS. KUHLMAN:  Yeah.  Hi, my name is Heather.  I
22  work at Bruno, Colin & Lowe.  Mike Lowe can't attend
23  the deposition today.  So I'm just observing, but I
24  won't be participating.
25       MS. KLYMKOWSKY:  Okay.

Page 21

1        MS. KUHLMAN:  Thank you.
2        MS. KLYMKOWSKY:  Thank you.
3        Is there anything, Maggie or Sandra, you need
4   from Ms. Kuhlman?
5        VIDEOGRAPHER:  We can get it afterwards.
6        MS. KLYMKOWSKY:  Okay.
7        MS. KUHLMAN:  Okay.
8   BY MS. KLYMKOWSKY:
9   Q.   So I'm sorry, Mr. Deras.  You were saying that
10  there were more peop -- you observed when you attended
11  the protest on prior -- on days prior to the 31st that
12  there were more people during the day than there were in
13  the evening, fair statement?
14  A.   Yes.
15  Q.   Okay.  And so, when did you return to the
16  protest on May 31st, or when -- when did you join the
17  protest on May 31st?
18  A.   It was later in the evening.  I'd say like --
19  there was still daylight out, and it was in the middle
20  of the summer, so it was, like, after 7:00.
21  Q.   Okay.  After 7:00?
22  A.   Yeah.
23  Q.   And were you aware that there was a curfew
24  order in place on the 31st?
25  A.   I was.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 22

1  Q.  Okay.  Had you made a decision not to honor
2  that curfew order?
3  A.  I think my First Amendment right is a
4  constitutional right that force, like, overrules, like,
5  any kind of curfew or municipal, like, order.
6  Q.  I understand that, but fair to say that the
7  answer is, yes, you had decided that you were not going
8  to follow the curfew order?
9  A.  I've answered your question.
10  Q.  Yeah.  I think it's a yes or no question.
11  So -- so, yes?  Mr. Deras?
12  A.  Like I said, I think my constitutional right
13  to free speech supersedes any kind of curfew, and so
14  that's why --
15  Q.  And I -- and I understand that.  I'm not
16  trying to be difficult, and I just ask that you answer
17  the question.
18  So you made a decision not to follow the
19  curfew order, correct?
20  MS. RUTAHINDURWA:  Objection.  Argumentative.
21  You can answer.
22  MS. KLYMKOWSKY:  I would just ask that you have
23  your client answer the question.  It is a yes or no
24  question.
25  A.  I think I believe I said yes.

Page 23

1  BY MS. KLYMKOWSKY:
2  Q.  Okay.  So you return to the protest on the
3  31st, and can you describe what you were wearing that
4  evening around your estimate 7:00 p.m.?
5  A.  I was wearing a hard hat, orange goggles, dark
6  long sleeve, and a dark pant, jeans.
7  Q.  Okay.  What kind of goggles were they?
8  A.  Like, ski goggles.
9  Q.  Okay.  And let's talk about what you remember
10  about the incident at Colfax and Washington.  Now,
11  that's at approximately 8:30, correct?
12  A.  Yes.
13  Q.  Okay.  And did you try to leave the area when
14  things escalated or when you felt -- well, strike that.
15  You get to the inter -- the intersection of
16  Colfax and Washington, and how would you describe the
17  tenor of the crowd at that time?
18  A.  Well, the crowd was pretty -- I think like
19  pretty consistently marching just down east on Colfax
20  from the capitol.  I remember seeing police lining up on
21  the other side of Colfax, so that would be 16th.  So,
22  like, I could see down the -- the streets and see them
23  on the north side every few -- every few blocks.
24  Q.  Okay.
25  A.  The closer we got to Washington, I remember

Page 24

1  seeing -- or I remember hearing first, like, a loud
2  bang, just go off, like, maybe ten-ish, 20-ish feet in
3  front of me.  That was at the intersection of Colfax and
4  -- and Washington and immediately, like, gas starting to
5  -- to disperse from the middle of the -- of the street.
6  And since we were so -- so close, we could smell the --
7  the pepper gas, it was, like, hard to -- to see.  And
8  so, I think quickly, I put my goggles on, so I would be
9  able to see.
10  I put on a -- a handkerchief, so that I could
11  breathe, and that was, like -- I think it was vinegar,
12  apple cider vinegar that was in the handkerchief to
13  filter out some of the chemical weapons.
14  And I remember people running in all -- all
15  ways.
16  So, like, there was, like, people who ran
17  further to the east across Washington and then since I
18  was on the other side, I was on -- on the west side of
19  Washington.  And then people ran into the south side of
20  Washington, and so there's people on all three sides of
21  the -- of the intersection, trying to get away from the
22  gas.
23  Q.  Okay.  And so, was that the first time that
24  you heard or saw anything, I think you said, you know,
25  like an explosion or not -- not an explosion, like a

Page 25

1  bomb but I -- I'm sorry, I can't remember the word you
2  used, like a -- a loud noise and, you know, that
3  resulting projectile, was that the first time you heard
4  anything like that?
5  A.  That night, yes.
6  Q.  That night?
7  A.  Yeah.
8  Q.  Okay.  And so, would you consider that to be
9  about the point when things escalated?
10  MS. RUTAHINDURWA:  Object to the extent it
11  assumes facts, but you can answer.
12  A.  That was the first time that I saw any kind of
13  escalation.  Like, everyone was peaceful before that,
14  and then it was just chaos.
15  Q.  Okay.  So you didn't observe any fireworks or
16  firework-type devices being set off before that?
17  A.  No.
18  Q.  How -- and how many people do you think were
19  in the area at this time, how many protesters?
20  A.  Hard to say, but thousands.
21  Q.  Okay.  And would you say that that was more
22  people or fewer people than the crowds that you had seen
23  during the day previously in the protest?
24  A.  I had only been to the protest on Friday
25  during the day.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 26

1  Q. Okay.
2  A. I believe that, like, each time, regardless of
3  when I went back, like, each day it had gotten bigger.
4  So, like, the -- the Thursday protest was smaller than
5  the Friday protest was smaller than the Saturday protest
6  was smaller than the Sunday protest. So, like, every
7  day it just kept getting bigger and bigger.
8  Q. And so, you said you didn't observe anything
9  being set off or thrown by the crowd prior to this 8:30
10 incident?
11 A. I did not see anything like that.
12 Q. Okay. So I am -- bear with me. I'm going to
13 try and share my screen and show you a video. So I'll
14 represent to you that this is Denver's HaloCam at the
15 intersection of Colfax and Washington. And I'm just
16 going to play this, and -- and I'll also represent to
17 you that the timestamp is 8:08.
18      (VIDEO PLAYED)
19 Q. So none of those things look like fireworks to
20 you?
21 A. Say that again.
22 Q. None of the things that you can see in the
23 video look like fireworks to you?
24 A. I don't see any fireworks. No, ma'am.
25 Q. Okay. I'm going to play it again and you can

Page 27

1  tell me the same thing, but just thought I'd --
2      (VIDEO PLAYED)
3  Q. So none of that looks like fireworks?
4  A. Like, the cops are throwing tear gas and
5  people are throwing it back.
6  Q. Okay. And how -- sorry. Now I have to go
7  back to Zoom, so I can see everyone. I'll stop sharing.
8      How much experience do you have with tear gas
9  and flash-bangs and things like that?
10 A. I mean, like, that was the first time I had
11 ever experienced tear gas.
12 Q. So not something that you're necessarily used
13 to seeing or identifying if it was in the area?
14 A. No.
15 Q. Okay. Is it possible that anything you saw
16 the night of May 31st, between, let's say 8:00 and 9:00
17 was a firework?
18 A. I can't say.
19 Q. I'm sorry. What?
20 A. I can't say. I don't know.
21 Q. Okay. So you don't know if it's a firework
22 and by the same logic, you wouldn't know it was a
23 flash-bang for sure?
24 A. I mean, like, I know what a firework sounds
25 like, so...

Page 28

1  Q. Okay. And do you remember hearing any
2  fireworks that night --
3  A. I don't.
4  Q. -- at any time?
5  A. No.
6  Q. No?
7  A. I remember hearing loud -- loud bangs, which,
8  like --
9      COURT REPORTER: I'm sorry, sir. Could you
10    speak up? I'm having a hard time hearing you. I'm
11    so sorry.
12 A. I -- I remember hearing, like, loud bangs,
13 which I don't think were fireworks, but...
14 BY MS. KLYMKOWSKY:
15 Q. Okay. What did you think they were at the
16 time?
17 A. Flash-bangs. Flash-bang grenades.
18 Q. Okay. And so, in that video clip that I just
19 showed you, you testified that you -- you thought those
20 were flash-bangs or gas canisters that the officers were
21 deploying and that crowd members were throwing back,
22 correct?
23 A. Yes.
24 Q. Okay. And were you able -- when you were in
25 that intersection or in the area of that intersection on

Page 29

1  May 31st, did you see those in the air or on the ground
2  or both?
3  A. On the ground.
4  Q. Okay.
5  A. The tear gas canisters or --
6  Q. Well -- so it sounds like you saw tear gas
7  canisters on the ground or what you thought were tear
8  gas canisters?
9  A. (Witness nods head.)
10 Q. Okay. Did you see any other types of
11 projectiles on the ground?
12 A. I don't recall seeing anything.
13 Q. Okay. So how would you know what direction
14 those came from? Did you observe that personally?
15 A. Like, the -- the tear gas canisters that were
16 thrown from the police line into the --
17 Q. Yeah.
18 A. Yeah.
19 Q. Yeah, you saw -- you saw that. Okay. Were
20 there any projectiles that it was possible that came
21 from the crowd and not from the officers that you
22 observed?
23 A. I didn't observe that.
24 Q. Okay. How well do you feel like you were able
25 to see that intersection in the time that you were in

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 30

1  that area?
2  A.  I mean, like, it -- it happened really fast,
3  but I think what I can definitely say I saw was tear gas
4  canisters in the intersection where people were marching
5  peacefully and then people running away from those
6  canisters.
7  Q.  Okay.  And so, some people -- so you were able
8  to observe people running away.  Did you also observe
9  people throwing them back at the officer line?
10  A.  Yeah, I saw people trying to protect the rest
11  of the protesters from inhaling the gas and putting it
12  through -- putting it in areas of the -- of this
13  intersection that people weren't -- that weren't in, so
14  the gas would stay away from people.
15  Q.  Okay.  But specifically you saw people
16  throwing gas canisters back at the officer line,
17  correct?
18      MS. RUTAHINDURWA:  Objection.  Asked and
19    answered.  You can answer.
20  A.  I saw people throwing tear gas canisters away
21  from where people were standing without any, like,
22  respiration protection, and that was in the same general
23  direction as the police officers.
24  Q.  And when you were in the intersection of
25  Colfax and Washington, were you able -- you were aware

Page 31

1  that there was an officer line by District 6?
2  A.  I was aware.  I saw that.
3  Q.  Okay.  And how far would you say they were
4  from the intersection?
5  A.  I mean, it's hard to, like, say, but --
6  without, like, measuring.  I'm pretty bad at putting
7  distances, but anywhere between, like, 30, 40 feet,
8  maybe.
9  Q.  Okay.  And could you observe anything about
10  the officers?
11  A.  They were just, like, in full riot gear, like,
12  with, like, respiration masks, very well protected.
13  Q.  Okay.  So besides the respiration mask, what
14  does full riot gear mean to you?
15  A.  Like, padding, like -- it's called, like, the
16  bullet proof, like, vests, the -- the shields.  I think
17  they had shields.  It was hard to -- to see in between
18  the gas, but it looked like they had a tank there as
19  well or some sort of utility vehicle, they were -- yeah.
20      They had large automatic weapons.
21  Q.  Okay.  And could you tell what agency the
22  officers were from?
23  A.  I can't -- I couldn't.
24  Q.  Okay.  And so, in your deposition back in
25  August, you testified that you -- you saw members of the

Page 32

1  crowd kicking and throwing items towards the officer
2  line, and you estimated it was about a half block.  And
3  I completely understand your inability to judge
4  distances because I'm terrible at that, too, but does
5  that sound -- does that sound about right?
6  A.  Yeah.
7  Q.  Okay.  And you also just talked about, you
8  know, that it was difficult to see the officer line
9  through the smoke.  Were you able to tell how many
10  officers were in the line at Colfax and Washington or,
11  you know, back from that intersection?
12  A.  I mean, I never counted --
13  Q.  Okay.
14  A.  -- but it was -- it was a larger, like, I
15  wouldn't say large, but, like, if I had to guess how
16  many there were, maybe a dozen.
17  Q.  Okay.  And you, again, in your prior
18  deposition testified about removing two canisters, so
19  can you talk to me about how you removed those?
20  A.  I kicked them away from where people were
21  standing.
22  Q.  Okay.  And did you kick them towards the
23  officer line?
24  A.  I kicked them going north on Washington, which
25  was in the general direction of the officers.

Page 33

1  Q.  Okay.  Were you able to tell when you were in
2  that intersection which side of the officer line the
3  projectiles were coming from?
4  A.  No.
5  Q.  No.  Do you think that you would have kicked
6  the canister or the canisters that you talked about if
7  you hadn't been wearing a hard hat?
8  A.  No.
9  Q.  Okay.  And -- and goggles and a mask?
10  A.  No.
11  Q.  Okay.  And now I want to talk to you about the
12  specific -- each of those three projectiles that you
13  allege hit you.
14      So you go into the intersection, and you said
15  the first projectile hit you in the helmet or on your
16  head.
17      Tell me what you remember about that
18  projectile or about that -- that impact, excuse me.
19  A.  I mean, like, I remember feeling it because my
20  -- my hard hat, like, came off, like, it was -- and I
21  had to, like, pull my -- my hand over to pull it back on
22  to my head.
23  Q.  Okay.
24  A.  It hit, like, right -- right in front, like
25  near the -- the forehead, I guess or, like, the -- the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 34

1  front side of the -- the hard hat.
2      Q.  Okay.  So where would that correspond to in
3  terms of your head underneath the helmet?  Is it in your
4  hairline?  Is it --
5      A.  Hairline.
6      Q.  -- forehead?  Hairline.
7          Okay.  And what else -- do you remember
8  anything else about that impact?
9      A.  No.  I mean, like, I didn't see, like, who
10 shot it, but I know that it, like, came from -- from,
11 like, the police line.
12     Q.  Okay.  So you move into the intersection and
13 you kick this canister towards the officer line, and you
14 stated that you wouldn't -- you don't think you would
15 have done that if you weren't wearing your hard hat and
16 goggles and a mask.  And so, talk to me about why it was
17 that the way that you were outfitted mattered in terms
18 of your decision to kick the canister?
19     A.  I mean, there was just, like, a ton of stories
20 and videos that had come out from prior days where
21 people who weren't wearing hard hats had been hit in the
22 head.  Specifically, I saw one of -- a person who was
23 just standing on Colfax and Broadway, like, not even on
24 the street.  It was just, like, on -- on the -- on -- in
25 the park, at Civic Center, and, like, you see the person

Page 35

1  just standing there and then out of nowhere a police
2  officer shoots him in the head, and he falls to the
3  ground.
4          And so, like, I think after seeing multiple
5  videos and hearing stories about people being seriously
6  hurt, like, people's eyes were -- were being shot at, it
7  was the -- like, it -- it was just, like, a personal
8  safety issue.  Like, if we were going to exercise our
9  First Amendment right, then these were, like, the --
10 -- the things that would help me be out there as long as
11 possible without being injured.
12     Q.  Okay.  So why kick the canister as opposed to
13 -- to moving away, like a lot of the crowd did, that you
14 said a lot of the crowd moved away?
15     A.  A lot of the crowd didn't have, like,
16 respiration, like, filtration or, like, even, like, the
17 very, like, minimal, like, bandanna with apple cider
18 vinegar or, like, goggles.  And so, like, there was
19 people out there with flip-flops, you know, kids
20 sometimes out there, teenagers.  And so, kids who had
21 been there for the first time and didn't know that
22 police would react this way, who -- who thought that
23 they were going to be allowed to speak their -- their
24 First Amendment rights without -- without that kind of
25 reaction.  And so, when there was chemical weapons being

Page 36

1  deployed and I had the opportunity to get that gas away
2  from them, then that's when I made the decision to,
3  like, do as much as possible to keep other people safe.
4      Q.  Okay.  And so, what did you expect would
5  happen when you kicked the gas canister at the officer
6  line or in the direction of the officer line?
7      A.  What did I expect?  Like, expected the gas to
8  -- I mean, like, my -- my whole goal there was to get
9  the gas away from people.
10     Q.  Okay.  Did you expect to be hit with
11 projectiles?
12     A.  No.
13     Q.  Okay.  Even though you would show up in
14 protective gear, that was based on what you had seen
15 previously at the protests?
16     A.  Yeah.
17     Q.  Okay.  So you get hit on the hard hat with a
18 projectile, any -- and -- and I apologize if you said
19 this already, any idea what that projectile was?
20     A.  No.  I mean, like, I think, like, at the
21 beginning, I thought it was a tear gas canister because
22 that's what I had been seeing in the area.
23     Q.  Okay.
24     A.  But after looking at the video, I'm not sure
25 what it was.

Page 37

1      Q.  Okay.  And are you sure that it came from the
2  officer line?
3      A.  Yes.
4      Q.  Okay.  How are you sure of that?
5      A.  Because it hit me straight on.
6      Q.  Okay.
7      A.  No other way that it could have come from.
8      Q.  Okay.  And can you talk to me about any
9  injuries that you had as a result of that projectile
10 hit?
11     A.  To the hard hat?
12     Q.  Yeah, to the hard hat.
13     A.  I didn't receive an injury.
14     Q.  Okay.  You said it came directly from the
15 officer line.  Were you able to see -- were you able to
16 see it after it hit you?
17     A.  No.
18     Q.  Okay.  And so, you have no sense of what color
19 it was, what shape it was, any of its characteristics,
20 correct?  Sorry, Mr. Deras, did you answer that?
21     A.  No, I don't.
22     Q.  Okay.  Okay.  And so, what do you do as soon
23 as that projectile hits the hard hat and hits you?
24     A.  I put up my hand to put my hard hat back on,
25 as it was, like, flying off and as my hand was coming



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 38

1  back down, I feel another projectile hit the inside of
2  my hand.
3      Q.  Okay.
4      A.  And when I hit -- when I -- when I feel that,
5  I turn around to -- to go -- to go south -- or not
6  south, west on Colfax, and that's when I -- I feel a
7  third projectile hit the backside.
8      Q.  Okay.  So let me break that down a little bit.
9          So are you still facing the officer line when
10 your hand is hit?
11     A.  Yes.
12     Q.  Okay.  Are you able to see what hit your hand?
13     A.  No.
14     Q.  Okay.  And I think you testified earlier
15 that's the same arm that you had PepperBall impacts on,
16 on the 30th?
17     A.  (Witness nods head.)
18     Q.  And what area of your hand were you hit on?
19     A.  It was the inside of, like, my palm, like,
20 near my thumb.
21     Q.  Okay.  And -- and -- and how does it feel when
22 it hits you?
23     A.  Like, a -- like, a bat had, like, hit the
24 inside.
25     Q.  A bat?

Page 39

1      A.  Yeah.  Like, where --
2      Q.  A baseball bat?
3      A.  Yeah, like, a baseball bat had, like, hit the
4  inside of my hand.
5      Q.  Okay.
6      A.  And it was pretty shocking, so I, like, turned
7  around and, like, tried to, like, get out of the
8  space --
9      Q.  Okay.
10     A.  -- felt like I was in danger.
11     Q.  And do you see -- do you see that projectile
12 on the ground anywhere?
13     A.  No.
14     Q.  No.  So no impression of size or shape or
15 color?
16     A.  No.
17     Q.  Okay.  And then you turn away from the officer
18 line, right?
19     A.  (Witness nods head.)
20     Q.  Okay.
21         MS. RUTAHINDURWA:  Sorry.  Joe, I'm just going
22    to ask that you answer verbally just so that we have
23    a clear record.
24         MS. KLYMKOWSKY:  Yeah.  I'm sorry, and I meant
25    to remind you of that as well.

Page 40

1  BY MS. KLYMKOWSKY:
2      Q.  So my question was, after you're hit in the
3  palm by your -- inside of your palm by your right thumb,
4  you turn away from the officer line, correct?
5      A.  Yes.
6      Q.  Okay.  And at that point, are you hit as
7  you're turning, or do you think that you were turned so
8  that your back fully faced the officer line when you're
9  hit the third time?
10         MS. RUTAHINDURWA:  Objection to form.  You can
11    answer.
12     A.  I was turned away from them.
13     Q.  Okay.  So you think you completed your turn?
14     A.  Yes.
15     Q.  Okay.  Do you think it's possible that that
16 third projectile was fired before you turned around?
17     A.  I have no idea.
18     Q.  Okay.  And where does that third projectile
19 hit you?
20     A.  It's on my, like, left upper, like, waist area
21 and, like, going down into, like, my -- yeah, underneath
22 my waistline.
23     Q.  Underneath your waistline, so underneath the
24 waistline of your pants?
25     A.  Yeah.

Page 41

1      Q.  So would you consider it your buttock?
2      A.  Yeah.  Yeah.
3      Q.  Okay.  And would you say full on your buttock,
4  or would you say sort of that area between your buttock
5  and your lower back?
6      A.  Yeah, I mean, like, I think it's pretty, like,
7  closer to -- to my butt than it is to my -- my waist.
8      Q.  Okay.  And are you able -- and are you able to
9  -- well, first of all, how -- what does that hit feel
10 like?
11     A.  Well, at first it felt -- it didn't feel -- I
12 think, like, my arm was, like, at the point, like, my
13 main concern.
14     Q.  Okay.
15     A.  I -- because it was really -- it had, like,
16 felt like the inside of, like, the bone had been -- had
17 been broken or, like, crushed, and so that's where a lot
18 of my pain was.  And so, I didn't really notice my back
19 as much as my finger --
20     Q.  Okay.
21     A.  -- at the time.
22     Q.  Were you able to observe anything about the
23 item that hit you in that low back buttock region?
24     A.  No.
25     Q.  Okay.  And did it stop you from getting out of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 42

1  the intersection?
2  A.  No.
3  Q.  Okay.  So do you have any sense of whether the
4  three things that hit you were the same types of things
5  or whether they were different or you just don't know?
6  A.  Yeah, I don't -- I have no idea.
7  Q.  Okay.  And, again, you weren't able to tell
8  specifically with regard to the three projectiles that
9  hit you where they came from in the officer line?
10     MS. RUTAHINDURWA:  Objection to the extent it
11     misstates prior testimony.
12     MS. KLYMKOWSKY:  I just ask for form
13     objections.
14     MS. RUTAHINDURWA:  Objection.  Form.  You can
15     answer.
16  A.  Sorry.  Can you repeat the question?
17  BY MS. KLYMKOWSKY:
18  Q.  Sure.  So we talked in general terms earlier
19  about whether you could tell before you were hit with
20  anything where projectiles were coming from, if there
21  was a particular area of the officer line they were --
22  they were coming from, and now I'm interested to know if
23  with regard to the three projectiles that hit you, which
24  you believe came from the officer line, if you could
25  identify where in the officer line they may have come

Page 43

1  from?
2  A.  No.
3  Q.  Okay.  And was there ever a period of time on
4  the 31st, besides kicking the gas canister, that you
5  threw anything at law enforcement officers?
6  A.  No.
7  Q.  I'm sorry.  I -- I just missed that.  You're
8  really quiet.
9  A.  No.  There was not.
10 Q.  Okay.  Was there ever a time on other days of
11 the protests that you threw or kicked things at -- at
12 law enforcement officers?
13 A.  No.
14 Q.  Okay.  Did you see anyone else from the crowd
15 throwing things at officers on May 31st?
16 A.  No.
17 Q.  And how about at other times during the
18 protests?
19 A.  I think, like, on the first day and the second
20 day, I think I saw water bottles being thrown in the
21 air, but, like, I feel like that's the extent to what I
22 saw.
23 Q.  Okay.  And you -- did you miss any work for --
24 as a result of your injuries on May 31st?
25 A.  No.

Page 44

1  Q.  Okay.  And I know you're not claiming lost
2  earnings, but you didn't take a sick day or time off or
3  anything like that?
4  A.  I was working from home, and so I was able to
5  talk to my supervisor about, like, the type of work that
6  I could do.  I couldn't type, so...
7  Q.  I'm sorry.  You couldn't?
8  A.  I -- I couldn't type.
9  Q.  Okay.
10 A.  My arm.
11 Q.  Got you.
12 A.  Yes.
13 Q.  Okay.  And to the extent you're able to tell,
14 do you think you couldn't type because of the hit to
15 that part of your thumb or because of the hits from the
16 PepperBalls?
17 A.  It was because of the injury on the 31st, the
18 -- my whole hand was in a brace.  I couldn't move it.
19 Q.  Okay.  So let's talk about that.  When -- so
20 you get hit with these three projectiles, and then what
21 do you do next?
22 A.  So I'm outside of the area, like, on -- on the
23 west side of the intersection of Washington.  I find
24 Emma Blistner (phonetic), and we try to find the other
25 folks that I was there with, Sarah, Jackie, Yusef, and

Page 45

1  Rochelle.  And in -- in the same time frame, we're
2  looking for any kind of street medics that are in the
3  area.
4      We find someone near the Good Times in the
5  area, and in that parking lot, they wrap up my arm and,
6  like, put it in a -- in a splint.  And from there, I --
7  me and Rochelle -- Rochelle drives me to the -- to the
8  ER at Saint Joe's --
9  Q.  Okay.
10 A.  -- where they look at my -- my -- my hand.
11 Q.  Okay.  Did you have the medics that you met on
12 the street look at your head or your back?
13 A.  No.  They looked at my arm.
14 Q.  Sorry.  They --
15 A.  They just looked at my hand.
16 Q.  Okay.  And so, can you just walk me through
17 what they do when they look at your hand?
18 A.  Well, they, like, look for, like, for pain
19 level and, like, they try and ask questions about how it
20 feels and ask me to try and make movements with it.  At
21 the time, I was really -- really swollen, so I couldn't
22 really move it.
23 Q.  Okay.
24 A.  And then they -- they wrapped it up in a
25 splint.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 46

1  Q. Okay. And so -- and, again, I'm just going to
2  break that down. So they asked you about your pain
3  level. What did you rate your pain level as when you
4  were talking to them?
5  A. I don't remember. It was pretty -- pretty
6  high.
7  Q. Okay. Do they use that 1 to 10 pain scale?
8  A. I think that, yeah, they -- they asked for the
9  1 to 10.
10 Q. Okay. But you don't remember the number you
11 gave them?
12 A. No, I don't.
13 Q. Okay. Do you think it was a 10?
14 A. I don't know. It would have been close to it.
15 Q. Okay. And you said that it was swollen?
16 A. (Witness nods head.)
17 Q. So it was -- it looked visibly different from
18 your other hand?
19 A. Yeah.
20 Q. And you also mentioned that they asked you to
21 -- to move it? Were you able to do that?
22 A. No, I wasn't.
23 Q. Okay. Did they do anything that you
24 understood to be checking for breaks?
25 A. Yeah. I think, like, that's what they were

Page 47

1  trying to determine if it was broken or not. I don't
2  know if they had, yeah, the right information to
3  determine that.
4  Q. So in really concrete terms, are they standing
5  there asking you questions and you're -- you're trying
6  to move your hand, or do they actually physically
7  examine you by trying to move your hand for you in any
8  way?
9  A. They're not touching my hand at the time.
10 Q. Okay. Is there any point during that
11 interaction where they do a diagnostic where they're
12 touching you?
13 A. Diagnose -- no.
14 Q. Okay. Do they touch you to splint your hand?
15 A. Yeah.
16 Q. Okay. And so, how long would you say that the
17 interaction with the medics out in the community lasts?
18 A. 15 minutes.
19 Q. 15 minutes?
20 A. Yeah.
21 Q. Okay. And then you go to Saint Joseph?
22 A. Yes.
23 Q. And do you have a sense of when you arrived?
24 A. No.
25 Q. Okay. How long are you there?

Page 48

1  A. Maybe, like, an hour.
2  Q. Okay. Is that all time that you spent
3  interacting with medical folks, or is that time -- does
4  that include time you spent waiting?
5  A. Yeah.
6      MS. RUTAHINDURWA: Objection to form.
7  A. Wait times together, everything.
8  Q. Okay. And so, when you -- how long do you
9  think you wait?
10 A. I don't know.
11 Q. You don't know? Okay.
12 A. It's a while. It's a while.
13 Q. I'm sorry, Mr. Deras, I think that your audio
14 is just really, really quiet, so I apologize that I
15 keep, like, leaning in and -- and trying to hear you.
16     So you wait for a while, and then talk to me
17 about the interaction you have with the med -- medical
18 staff at Saint Joe's.
19 A. Well, they -- they do -- they do an x-ray at
20 the time when I -- when I'm -- when I'm at the --
21     COURT REPORTER: I'm sorry. Could you -- could
22 you speak up? I'm having a hard time.
23 A. I got an x-ray and they, like, put ice to get
24 the swelling down. They said that they couldn't see any
25 kind of fractures at the time, but it could have been

Page 49

1  the swelling. And so, they put the -- the splint or,
2  like, the brace on and told me to, like, keep -- keep --
3  keep it on as much as possible and that if I was unable
4  to do things, like -- that I could go back to the MR --
5  to -- to get an MRI.
6  Q. Okay. Do they prescribe any medications or
7  recommend any medications at that time?
8  A. Yeah. I think they just told me to take
9  ibuprofen.
10 Q. Okay. And in your discovery responses from
11 last October, you mentioned that it was difficult to do
12 normal things, such as writing, typing, and cooking.
13 Can you talk to me about how long that -- those
14 difficulties lasted?
15 A. I don't remember, but it was, like, for as
16 long as I had the brace, which was quite a bit of time.
17 Like, maybe two to three weeks.
18 Q. Two to three weeks?
19 A. Yeah.
20 Q. And did you -- did you have any injuries
21 associated with that hit to your hard hat?
22 A. No.
23 Q. Okay. And how about the hit to your buttock,
24 low back?
25 A. Yeah. The doctor looked at it that night and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 50

1  couldn't see much, but it was -- because I think at the
2  time it was just, like -- like, really recent.  And so,
3  like, after a couple days or -- or not a couple days,
4  but after that night, I started to see, like, more
5  swelling and there was a bruise that was starting to
6  develop, and then it was just like really difficult to
7  sleep on my back or on that side of the -- of my body.
8      Q.  Okay.
9      A.  And that was with me for -- for a while.  I
10 don't remember exactly how long.
11     Q.  Would you -- would you estimate that you felt
12 that injury for a week after the 31st or longer?
13     A.  Longer.
14     Q.  Okay.  How about two weeks?
15     A.  I think it was longer than that.  I think
16 maybe at two weeks is when it started to feel different,
17 but...
18     Q.  Okay.  Let's talk about that a little bit
19 more.  When you go home on the night of May 31st, do you
20 remember what time you got home?
21     A.  The 31st?
22     Q.  Yeah.  So you go -- so this incident happens
23 in the intersection?
24     A.  Yeah.
25     Q.  You -- you go to Saint Joe's.  Do you get home

Page 51

1  the night of the -- do you -- do you go home the night
2  of the 31st?
3      A.  Yeah.
4      Q.  Okay.
5      A.  Yeah.  Like, after the -- after I was at the
6  hospital --
7      Q.  Okay.
8      A.  -- it was late.  It -- it was still the 31st.
9          Like, it wasn't past midnight.  If I had to,
10 like, guess a time frame, like, 10:00 to 11:00-ish,
11 11:30 when I got home.
12     Q.  Okay.  And when you go to bed that night, on
13 the night of May 31st, at around 10:00 or 11:00-ish, do
14 you experience the back pain you just talked about that
15 night?
16     A.  No.  Not that night.
17     Q.  Sorry.  No -- no what?
18     A.  No.  I didn't feel it that night.
19     Q.  Okay.  Do you think you felt it the next
20 night?
21     A.  Yeah, that's when -- I think that's when it
22 started to -- to develop.
23     Q.  Okay.  And you -- you also mention that you
24 noticed bruising.  When do you think you noticed or
25 observed the bruising to your back?

Page 52

1      A.  I'm sure it was, like, the next day.
2      Q.  Okay.
3      A.  Like, it started -- like, it wasn't, like -- I
4  think, like, it got darker and bigger, like, in the
5  following days, and so it wasn't quite, like, it -- you
6  know, like, a bell curve where it, like, gets bigger and
7  then it comes back down.  So, like, I think there was a
8  couple days where I was starting -- where it was, like,
9  getting worse and then it started getting better, but --
10     Q.  Sure.
11     A.  -- the next day is when I started to see it.
12     Q.  So at its worse, how big do you think the
13 bruise was?
14     A.  Maybe, like, four inches across and maybe,
15 like, two or three inches up, like...
16     Q.  Sorry, Mr. Deras, I just can't always tell
17 when you're done talking.  So four inches across and
18 maybe -- I'm sorry, what was the last bit?
19     A.  Three inches, like, up in -- like, in -- in
20 height, like up and down.
21     Q.  Okay.  And when approximately after the -- the
22 31st do you think that was?
23     A.  Maybe, like, in the -- in the following, like,
24 two days is when I started to notice it.
25     Q.  Okay.  And when do you think the bruise had

Page 53

1  completely faded?
2      A.  I don't remember.
3      Q.  Okay.  Is it -- it's completely faded now?
4      A.  Yeah.
5      Q.  Do you think you still had a bruise a month
6  out?
7      A.  Yes.
8      Q.  Okay.  Do you, sitting here today, have any
9  lasting -- do you feel any lasting effects in your back
10 from that -- from that impact?
11     A.  No.
12     Q.  Okay.  And how about your hand -- and that --
13 again, that right forearm, wrist, those -- strike that.
14         Your right forearm, wrist, and hand were all
15 injured on May 30th and May 31st.  Do you have any
16 lasting effects from those combined injuries?
17     A.  No.
18     Q.  No?
19     A.  (Nods head.)
20     Q.  Okay.  And you saw Thomas Mordick of Western
21 Orthopaedics on June 9th of 2020.  Is that -- is that
22 Dr. Mordick?
23     A.  Yeah.
24     Q.  Okay.
25     A.  He's a specialist.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Page 54

1  Q. He's a specialist. What does he specialize
2  in?
3  A. Well, I saw him for my arm, so he's like the
4  -- like, the hand -- or not the hand, but the part --
5  what's it called, orthopedics, I think, or something
6  like that.
7  Q. Okay. And so, what caused you to go in and
8  see
9  Dr. Mordick?
10  A. Well, I think it was, like, a few weeks after
11  and I was, like, scheduled to get it looked at again and
12  make sure that nothing was -- was broken or there was
13  like microfractures, which was, like, a possibility at
14  the time.
15  Q. Okay. And what occurred at that -- what
16  occurred at that visit?
17  A. He -- like he -- he, like, assessed, like, my
18  hand. He, like, told me if, like, certain things hurt
19  when he would press on parts of the hand. I -- I
20  believe that was -- that was the extent of it. I don't
21  remember if he did another x-ray. He might have.
22  Q. Okay.
23  A. The -- the -- I guess the outcome of the --
24  the visit was that, like, things are starting to heal up
25  again. There was still some lingering pain when I saw

Page 55

1  him, but he also said that if I -- that -- that if I
2  still have pain within the next three weeks, that I
3  could come back and we would look at it again. But I
4  believe after that is when things started to -- to heal
5  up a little bit, and so I didn't -- I decided to not go
6  back again.
7  Q. Okay. And so, that visit was on June 9th of
8  2020. Do you remember if you were still wearing the
9  splint that they put on at Saint Joe's?
10  A. Yeah. I was still wearing it.
11  Q. Okay. And you said that Dr. Mordick said you
12  could come back in three weeks if you didn't feel that
13  things were improving?
14  A. (Witness nods head.)
15  Q. But three weeks later, you decide not to do
16  that. Are you still wearing the splint at the -- at
17  that time?
18  A. When I saw Dr. Mordick, yes.
19  Q. When you saw Dr. Mordick, yes, but how about
20  three weeks after that appointment?
21  A. No. I believe, like, that's when I -- when
22  things started to feel better, so I took it off.
23  Q. Okay. And around that June 9th appointment
24  with Dr. Mordick, were you able to do things like write
25  by hand?

Page 56

1  A. When I saw Dr. Mordick?
2  Q. Uh-huh.
3  A. I -- no. I think, like, at that time it was
4  still pretty swollen, so there was a little difficulty
5  in writing.
6  Q. Okay. And you're -- are you left-handed or
7  right-handed?
8  A. Right-handed.
9  Q. Okay. And were you able to type at the time
10  that you saw Dr. Mordick using your right hand?
11  A. Yeah. Yeah. I could punch in. Yes.
12  Q. You could punch in. Okay.
13  How about cooking?
14  A. Yeah. I think I was cooking by then.
15  Q. Okay. Were there other things that were
16  difficult for you to do following -- immediately
17  following the injury to your hand?
18  A. Yeah, I mean, like, I couldn't cook, so a lot
19  of, like, food I was just, like, heating up.
20  Q. Okay.
21  A. I was -- I wasn't -- I wasn't able to have
22  full mobility of the arm, so that was really difficult.
23  Q. Okay.
24  MS. RUTAHINDURWA: Rebecca, can we take a
25  five-minute break?

Page 57

1  MS. KLYMKOWSKY: Absolutely. So it's 2:10 now.
2  Let's come back at 2:15.
3  MS. RUTAHINDURWA: Great. Thank you.
4  MS. KLYMKOWSKY: And we can go off the record.
5  VIDEOGRAPHER: The time is 2:10, and we are off
6  the record.
7  (OFF THE RECORD)
8  VIDEOGRAPHER: We are back on the record for
9  the deposition of Joe Deras being conducted by
10  videoconference. My name is Maggie Patterson.
11  Today is November 23, 2021. The time is 2:17.
12  BY MS. KLYMKOWSKY:
13  Q. Let's see. Mr. Deras, I don't think I have a
14  whole lot left for you, but I just want to make sure
15  that I ask the things I need to ask you. I think you
16  testified earlier that you didn't see anyone throwing
17  things at officers in the intersection of Colfax and
18  Washington at roughly 8:30. Is that a fair summary of
19  your testimony?
20  A. Yes.
21  Q. Did you see anyone kicking anything at the
22  officer line?
23  A. Like, not before -- before there was, like,
24  tear gas or flash-bangs.
25  Q. Okay. Do you -- were you able to observe the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 58

1  first time that officers fired a gas canister or flash-
2  bangs or tear gas, those types of projectiles at that
3  intersection?
4      A.   I mean, I saw the tear gas go -- or the flash-
5  bang go up.
6      Q.   Okay.
7      A.   I saw --
8      Q.   Go ahead.
9      A.   -- I saw the -- what's it called, the -- the
10 light come from the flash-bang --
11     Q.   Okay.
12     A.   -- at the intersection that was, like, in
13 front of me.  Like, I wasn't quite at the intersection
14 when I saw it.
15     Q.   Okay.  So this was shortly before 8:30?
16     A.   Yes.
17     Q.   Okay.  But fair to say the crowd that was
18 marching, you weren't leading the crowd, right --
19     A.   Yes.
20     Q.   -- so people had marched past that
21 intersection previously --
22     A.   Yeah, there was, like, several hundred people
23 in front of me and, like, several hundred behind me,
24 like, possibly thousands.
25     Q.   Okay.  So you're in the middle of this big

Page 59

1  crowd.  Are you able to observe the beginning of
2  officers firing things, or do you think that it was
3  occurring before you reached that intersection?
4      A.   No.  I think I saw the first -- the first
5  firing.
6      Q.   Okay.  And do you have any -- what -- what's
7  your impression of why the officers fired the first
8  thing you saw them fire?
9      A.   I think they just wanted to hit protesters.
10     Q.   Okay.  But you don't know for sure, correct?
11     A.   No.  I don't know what they're thinking.
12     Q.   Sure.  Yeah.  No.  Fair.
13          So I want to turn back to following your visit
14 with Dr. Mordick on June 9th of 2020.  So three weeks
15 later you decide things are feeling well enough with
16 your arm -- your right arm and hand that you don't go
17 back, correct?
18     A.   Yes.
19     Q.   Okay.  And did you, between that time and
20 sitting here today, seek any additional treatment for
21 these injuries?
22     A.   No.
23     Q.   Okay.  Do you feel that you have completely
24 recovered from the injury to your right arm and hand?
25     A.   Yes.

Page 60

1      Q.   Okay.  Do you feel that you've completely
2  recovered from the injury to your lower left back?
3      A.   Yes.
4      Q.   Okay.  And so -- and so, there's -- there's
5  nothing that you feel you can't do today that you could
6  do prior to those injuries?
7      A.   Yes.
8      Q.   Okay.
9          MS. KLYMKOWSKY:  Mr. Deras, I am going to
10     invite the other counsel -- other defendants'
11     counsel on -- on the Zoom to ask you some questions
12     and, then, of course, your attorney can also ask you
13     questions if she would like.  Those questions, as I
14     think you probably know from being involved in this
15     lawsuit now for a while, may prompt more questions
16     from me, and then we'll be done for the afternoon.
17          So with that, I'm going to mute and let either
18     Ms. Birkholz or Mr. Morales if they have questions
19     for you and then Makeba, if you have questions or
20     Heather.
21          MS. BIRKHOLZ:  I do not have any questions for
22     you.  Thank you.
23               EXAMINATION
24 BY MR. MORALES:
25     Q.   Good afternoon, Mr. Deras.  Peter Morales.

Page 61

1          How are you?
2      A.   Good.
3      Q.   I represent the City of Aurora.  I actually
4  only have a few.  It's my understanding, but -- and you
5  may not have the same understanding because, of course,
6  we have some of the timelines and stuff, but I just
7  wanted to make sure about this.
8          Well, first off, on the night of the events,
9  you -- you weren't able to identify any of the -- the
10 law enforcement personnel in particular as being between
11 Jeff Co or Aurora or Denver; is that -- is that true?
12     A.   Right.  I don't know who it was.
13     Q.   Okay.  So as a practical matter, whatever your
14 claims are, you don't -- you don't even know if they're
15 leveled against Aurora; is that correct, as you sit
16 there today?
17     A.   Yes.
18          MR. MORALES:  Okay.  That's -- that's the limit
19     of my questions.  I appreciate your time.
20          MS. RUTAHINDURWA:  So I have a follow-up
21     question just based on that testimony.
22               CROSS-EXAMINATION
23 BY MS. RUTAHINDURWA:
24     Q.   You're aware that we amended the complaint to
25 sue Jeff Co and Jefferson County SWAT team based on the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Page 62

```
 1  injuries you sustained on May 31st?
 2      A.   Yes.
 3           MS. KLYMKOWSKY:  Object to form.  I don't -- I
 4  don't think that's accurate, but go ahead.
 5      A.   Yes.
 6           MS. RUTAHINDURWA:  Okay.  That's it.  No
 7  further questions.
 8           MS. KLYMKOWSKY:  Okay.
 9           One -- Mr. Deras, I never -- well, Ms. --
10  Ms. Kuhlman, do you have any questions?
11           MS. KUHLMAN:  No, I don't.  Thank you.
12                REDIRECT EXAMINATION
13  BY MS. KLYMKOWSKY:
14      Q.   I won't say one question, Mr. Deras, because
15  that's a terrible thing that attorneys say, and it's
16  almost always a lie.
17           You had commented earlier that you observed
18  people kicking things in the direction of the officer
19  line after the first flash-bang.  Do you remember that?
20      A.   Yes.
21      Q.   Okay.  Were you able to observe whether any of
22  those things reached the officer line?
23      A.   No.
24      Q.   Okay.  And similarly, although I think I know
25  the answer, you weren't able to observe whether any of
```

Page 63

```
 1  those things hit officers in the officer line, correct?
 2      A.   No.  I was not able to see that.
 3           MS. KLYMKOWSKY:  Okay.  Mr. Deras, I really
 4  appreciate your time today.  I know depositions are
 5  not anyone's idea of fun, so I do really appreciate
 6  the time and the answers.  I don't think I have
 7  anything more for you except I hope you have a
 8  wonderful Thanksgiving.
 9           THE WITNESS:  Thank you.
10           VIDEOGRAPHER:  All right.
11           MR. MORALES:  Same from the City.  Thank you
12  very much.
13           VIDEOGRAPHER:  The time is 2:25.  This
14  concludes the deposition.  We are off the record.
15           (DEPOSITION CONCLUDED AT 2:25 P.M.)
16
17
18
19
20
21
22
23
24
25
```

Page 64

```
 1             CERTIFICATE OF REPORTER
 2                STATE OF COLORADO
 3
 4  I do hereby certify that the witness in the foregoing
 5  transcript was taken on the date, and at the time and
 6  place set out on the Title page hereof by me after first
 7  being duly sworn to testify the truth, the whole truth,
 8  and nothing but the truth; and that the said matter was
 9  recorded stenographically and mechanically by me and
10  then reduced to typewritten form under my direction, and
11  constitutes a true record of the transcript as taken,
12  all to the best of my skill and ability.  I certify that
13  I am not a relative or employee of either counsel, and
14  that I am in no way interested financially, directly or
15  indirectly, in this action.
16
17
18
19
20  [signature: Sandra Ventura]       [notary seal:
21                                    SANDRA VENTURA
                                      NOTARY PUBLIC
                                      STATE OF COLORADO
                                      NOTARY ID 20214029598
                                      MY COMMISSION EXPIRES JULY 26, 2025]
22  SANDRA VENTURA
23  COURT REPORTER/NOTARY
24  MY COMMISSION EXPIRES ON: 07/26/2025
25  SUBMITTED ON: 12/30/2021
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com