

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## COURT REPORTERS

**CIVIL ACTION NO. 1:20-CV-01878-RBJ**

**(CONSOLIDATED WITH 1:20-CV-01922-RBJ-MEH)**

# ELISABETH EPPS, ET AL.

## V.

# CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## TIMOTHY DREITH

## DATE:

## November 09, 2021



✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 8

The Deposition of TIMOTHY DREITH, taken on November 09, 2021

23

 1    Q.   And you've been provided training on certain

 2  areas of the body that you're allowed to target with

 3  your bean bag shotgun, correct?

 4    A.   Yes, ma'am.

 5    Q.   And what are those areas?

 6    A.   So there's green zones and yellow zones and

 7  red zones.

 8    Q.   What are the green zones?

 9    A.   Green zones would be arms and legs, buttocks,

10  and then yellow zones would be the back and stomach, and

11  then the red zones would be the chest, neck, face and

12  groin.

13    Q.   Okay.  So red zone means you can't target that

14  area, right?

15    A.   Red -- red zone means you should not target

16  that area.

17    Q.   Okay.  And why?

18    A.   Well, because those areas are more likely to

19  cause injury, and the purpose of a less-lethal weapon is

20  to -- is to not -- the red zones could cause death.  The

21  purpose of the less lethal is to not cause death.

22    Q.   So what are the yellow zones?  I mean, what

23  does the yellow zone mean?

24    A.   Yellow zone is an area that can be utilized if

25  that's the only thing you have available.  It's slightly

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of TIMOTHY DREITH, taken on November 09, 2021

24

1   more likely to cause injury and should be avoided if

2   possible.

3        Q.   And what do the green zones mean?

4        A.   Green zone is the preferred target area.  It's

5   the least likely to cause serious injury or death.

6        Q.   And what kind of -- what are the types of acts

7   that the person, the target, would have to be displaying

8   for you to be allowed to shoot the person at all?

9        A.   Well --

10            MS. KLYMKOWSKY:  Object to form.

11       A.   -- like I said, they would have to be trying

12  to hurt someone or actively resisting arrest, that kind

13  of thing.

14       Q.   When you were -- you were at the protest in

15  Denver on May 31, 2020 at 8:30 p.m. on -- at the

16  intersection of Colfax and Washington, correct?

17       A.   Yes.

18       Q.   And at the time that you were there, you and

19  the other Jefferson County regional SWAT team members

20  were operating under the command of the DPD, correct?

21       A.   Yes.

22       Q.   And the DPD was using the incident command

23  system, right?

24            MS. KLYMKOWSKY:  Object to form.

25       A.   I don't know the answer to that question.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of TIMOTHY DREITH, taken on November 09, 2021

37

 1      A.   Yes.

 2      Q.   Okay.  Do you know if that was Mark Donohue

 3  who threw the gas canister?

 4      A.   I'm not sure who that was.  I couldn't say for

 5  sure who that was.

 6      Q.   Okay.  So you then state that you were looking

 7  for individuals who were throwing items at you.  And

 8  when you did see somebody pick up an object and throw

 9  it, you would deploy a bean bag round, correct?

10      A.   Yes.

11      Q.   Okay.  Then you continue to describe the

12  activities of the protestors.  You state here, "I saw

13  people repeatedly kicking and throwing gas canisters

14  back at our team.  Items were being thrown at us from

15  deep in the crowd.  There was a white cloud of CS powder

16  in the air.  This caused a large number of protestors to

17  move away down Colfax Ave. to the west.  This encounter

18  continued for about five minutes while the team held our

19  ground.  During this time, I fired approximately 15 bean

20  bag rounds.  I attempted to give verbal commands through

21  the gas mask I was wearing and over the loud volume of

22  so many protestors yelling at once."  Do you see that?

23      A.   Yes.

24      Q.   Okay.  So is it fair to say that you fired

25  approximately 15 bean bag rounds at people who were



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of TIMOTHY DREITH, taken on November 09, 2021

38

1   kicking and throwing gas canisters at your team?

2         MS. KLYMKOWSKY:  Object to form.  Foundation.

3   A.   As well as rocks and bottles and other items.

4   Q.   Okay.  So you fired your bean bag shotgun at

5   people who were kicking and throwing objects at the

6   police, right?

7   A.   Correct.

8   Q.   What justified your shooting of the bean bag

9   shotgun at people who were kicking objects at the

10  police?

11        MS. KLYMKOWSKY:  Object to form.  Foundation.

12  A.   To prevent people from being hurt and to

13  disperse the crowd.

14  Q.   Okay.  What kind of gear were you wearing

15  and --

16  A.   I had a -- sorry.  Go ahead.

17  Q.   Protective gear.

18  A.   Yeah.  So I was wearing a gas mask and a

19  helmet, and I was wearing gloves and my SWAT uniform,

20  and I had a tactical vest on.

21  Q.   Okay.  And your team members were wearing the

22  same items?

23        MS. KLYMKOWSKY:  Object to foundation.

24  A.   Yes.

25  Q.   Okay.  So everybody in the skirmish line had

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

56

1    break.

2         VIDEOGRAPHER:  The time is 4:14 [sic], and we

3    are off the record.

4            (OFF THE RECORD)

5         VIDEOGRAPHER:  The time is 2:22, and we are

6    back on the record.

7    BY MS. WANG:

8         Q.   I'm showing you again Denver 3871.  The

9    timestamp is 8:30:30 p.m.  I want you to focus on this

10   canister in the middle of the intersection, and there's

11   a person in a white helmet who's going to run up to it.

12   I'll play it for a few seconds, and then I'll ask you

13   some questions, okay?

14        A.   Okay.

15            (VIDEO PLAYED)

16        Q.   I've paused it at 8:30:38 p.m.  Do you see

17   this person in the gray sweatshirt and white helmet?

18        A.   I do.

19        Q.   Okay.  Do you watch this portion of the video

20   before this deposition?

21        A.   I did.

22        Q.   Did you shoot at that person with your

23   less-lethal shotgun?

24        A.   I don't recall specifically.

25        Q.   Was he doing anything that warranted shooting

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

57

1   at him with a bean bag shotgun?

2          MS. KLYMKOWSKY:  Object to form.  Foundation.

3      A.   Yeah.  I don't know.  He was kicking the

4   thing.  I couldn't tell exactly what he was doing from -

5   - from here.

6      Q.   So you're saying, based on viewing this video,

7   you're not sure what he was doing?

8      A.   I mean, it looks like he's kicking -- kicking

9   the thing or trying to pick it up.  I'm not -- I'm not

10  sure.

11     Q.   Well, let's -- let's play it again, starting

12  at 8:30:28 p.m.

13         (VIDEO PLAYED)

14     Q.   Okay.  I've paused it at 8:30:36 p.m.  He's

15  kicking this canister, right?

16     A.   That's (audio distorts) --

17         MS. KLYMKOWSKY:  Object to the form.

18     A.   Yeah.

19     Q.   I'm sorry?

20         MS. KLYMKOWSKY:  Object to form.

21         MS. WANG:  Not you.  The witness went in and

22     out.

23         MS. KLYMKOWSKY:  Oh.

24     A.   Yeah.  That's what it looks like he's doing.

25  He looks like he's kicking it.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1 BY MS. WANG:

2  Q. Okay.  Do you have a recollection of shooting

3 at this person?

4  A. I --

5   MS. KLYMKOWSKY:  Object to form.

6  A. I don't have --

7  Q. You're going to -- Mr. Dreith, you're just

8 going to have to wait a second.  Let your attorney

9 object, so that she can make the objection for the

10 record and then answer the question, okay?  So we don't

11 have crosstalk on the record.  Okay.  There was an

12 objection.  And then what was your answer?

13   MS. KLYMKOWSKY:  Object to form.  Go ahead,

14  Tim.

15  A. No.  I don't recall shooting him.

16  Q. Okay.  Was he doing something -- like kicking

17 that tear gas canister, was he doing something that

18 warranted shooting at him with a bean bag shotgun?

19   MS. KLYMKOWSKY:  Form.  Foundation.

20  A. I -- I'm not sure.  I mean, there's more that

21 goes into it than just watch thing video from -- from a

22 pole camera.  At that date in time and from another

23 angle, I don't know.

24  Q. Well, let's try to separate out a couple

25 things.  Okay.  So there's -- there's what you can see



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

62

```
 1          MS. KLYMKOWSKY:  Object to the form.
 2     Foundation.
 3          A.   It's what he's doing and the entire situation.
 4     Not necessarily what the other people are actively
 5     doing, but taking into consideration the entire
 6     surroundings.
 7          Q.   Let's -- let's watch the entire clip of this
 8     person in the intersection, and then I'll ask you
 9     another question.  We're going to start from
10     8:30:16 p.m.
11               (VIDEO PLAYED)
12          Q.   Okay.  I'm pausing it at 8:30:38 p.m.  He
13     doesn't kick it very far, right?
14          A.   No.  It doesn't look like he got ahold of it
15     very good.  Yeah.  It's just a small distance.
16          Q.   Right.  I mean, he didn't even make it past
17     this crosswalk right here that goes across Washington on
18     the north side of Colfax, right?
19               MS. KLYMKOWSKY:  Object to form.
20          A.   That's what it looks like, yeah.
21          Q.   Okay.  And then he starts turning back, right?
22          A.   Right.
23          Q.   Okay.  So based on what you see in this video,
24     was that person posing a threat of physical injury or
25     harm to others?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1        A.    Well, the problem is, I don't know how far he

 2   was going to kick it before he stopped.

 3        Q.    Okay.  So was -- based on what you saw in the

 4   video, was it -- in your view, would it be justified to

 5   shoot that person with an impact projectile in order to

 6   present harm to others?

 7             MS. KLYMKOWSKY:  Object to form.

 8        A.    I think potentially it could be, but it also

 9   maybe could not.  I mean, it's not clear just from that

10   one part of the video whether it would -- would be or

11   not.  I mean, it's hard to say what he would have done

12   or what he wouldn't have done had nothing else happened

13   to him.

14        Q.    Okay.

15        A.    I mean --

16        Q.    So let's say that you were standing in the

17   skirmish line, which you were, at 8:30 p.m. on May 31st

18   at Colfax and Washington, and let's say that you saw

19   that individual running up into the intersection and

20   kicking a gas canister and you didn't know how far he

21   might kick it, okay?

22        A.    Okay.

23        Q.    Under your training and the policies of the

24   Jefferson County Sheriff's Office, would you have been

25   permitted to shoot a bean bag at him?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

64

1      A.   Well, if I would -- I would if I felt he was a

2   threat to me.

3      Q.   And based on what you saw on the video, do you

4   think that you would have found him to be a threat to

5   you?

6           MS. KLYMKOWSKY:  Object to form.

7      A.   It's hard to say from that angle.

8      Q.   If you or any of the other Jefferson County

9   SWAT officers had had body-worn cameras on or

10  Jefferson County had required you pursuant to a policy

11  to wear your body-worn cameras, then we might have a

12  better idea of what actually happened at that

13  intersection, right?

14          MS. KLYMKOWSKY:  Object to form.

15     A.   It's -- it's possible, but those cameras only

16  pick up so much as well.  There would definitely be

17  another camera angle, but there's also a lot of gas, as

18  you can see, in that area, and so maybe it would and

19  maybe it wouldn't.

20     Q.   Could you see what you were aiming at through

21  all those clouds of CS gas --

22          MS. KLYMKOWSKY:  Object to form.

23     Q.   -- when you shot your bean bag shotgun 15

24  times?

25          MS. KLYMKOWSKY:  Object to form.  Foundation.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   I could see the individuals that I was

2  targeting.

3    Q.   Okay.  So at the time that you -- according to

4  your report -- fired approximately 15 bean bag rounds at

5  people who are kicking and throwing gas canisters back

6  at your team, there were actually clouds of CS gas

7  between you and the objects, your targets, right?

8         MS. KLYMKOWSKY:  Object to form.  Foundation.

9    A.   There was some CS in the air, yes.

10   Q.   Okay.  But you say that you could still see

11  your target?

12         MS. KLYMKOWSKY:  Object to form.

13   A.   I could see my target.

14   Q.   Under the use-of-force policy, are you allowed

15  to shoot your bean bag shotgun at somebody who is acting

16  in a manner that's just defensive resisting, that counts

17  as defensive resistance?

18   A.   Not necessarily, no.

19   Q.   Okay.  Would you characterize this person who

20  was in the intersection with the white helmet, was he

21  acting -- was he putting up defensive resistance or

22  active aggression, or what level of resistance was he

23  offering?

24         MS. KLYMKOWSKY:  Object to form.

25   A.   I would say that because he's kicking that gas

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  canister, that he's actively aggressive.

2       Q.   Okay.  And so, under -- if the person is

3  offering active aggression, then you are allowed to

4  shoot them with your bean bag shotgun?

5            MS. KLYMKOWSKY:  Object to form.  Foundation.

6       A.   Correct.

7       Q.   And are you allowed to target his head?

8       A.   No.

9            MS. KLYMKOWSKY:  Object to form.

10      Q.   What about his lower back?

11      A.   The green zone is in the buttocks.  The lower

12  back would be a yellow zone.

13      Q.   Okay.  And what about the hand?

14      A.   The hand would be a green zone.

15      Q.   Okay.  I'm going to play it again at

16  8:30:34 p.m.

17            (VIDEO PLAYED)

18      Q.   I'm pausing it at 8:30:39 p.m.  Did you see

19  this white object that's right here?

20      A.   Yeah.  I see it.

21      Q.   What does that look like to you?

22      A.   Well, it's hard to say what that is.  It's

23  kind of a little blur.

24      Q.   Could that be a bean bag shotgun?

25            MS. KLYMKOWSKY:  Object to form.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Or a bean bag from a shotgun?

2            MS. KLYMKOWSKY:  Same objection.

3      A.    It's possible.  It could be.

4      Q.    This little black rubber thing right here, is

5   that consistent with an ARWEN rubber round?

6            MS. KLYMKOWSKY:  Object to form.  Foundation.

7      A.    No.  The ARWEN rounds don't -- aren't that --

8   that color.

9      Q.    What color are they?

10     A.    Green.

11     Q.    Is this consistent with any of the projectiles

12   that your team had on that day?

13     A.    Well, it's --

14           MS. KLYMKOWSKY:  Object to form.  Foundation.

15     A.    It's hard to say what that is from here.  It's

16   just kind of a few pixels on this thing, but it's

17   possible that it -- it could be from a 40-millimeter

18   foam baton.

19     Q.    Did you guys have foam batons at this time?

20     A.    Yeah.

21     Q.    After a few minutes -- for a few minutes while

22   you were at -- or for a period of time while you were at

23   that intersection at Colfax and Washington on May 31st

24   at 8:30, it was just members of the SWAT team with DPD

25   Sergeant Stack, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of TIMOTHY DREITH, taken on November 09, 2021

94

1  on handgun.  And in order to do that, you had to get

2  permission to modify your weapon and then have the

3  weapon modified and then purchase the optic and

4  suppressor height sights to change -- to install on the

5  -- on the gun so that you can still see your sights

6  through the window of the red dot sight when -- in case

7  the optic fails.

8      Q.   And so, why are you -- why did you say this

9  to, what, Deputy Colley?

10     A.   Yeah, Deputy Colley.  He and I were the only

11  ones, I think, at that time who had all of the necessary

12  equipment and permission and everything in order to

13  transition to that.  I believe we were probably talking

14  about going through the transition course hosted by the

15  Sheriff's Office so that we would then be authorized to

16  carry that weapon system.

17     Q.   He said to you in response, "Guess we get to

18  thump some more rioters tonight.  I'm playing this time"

19  --

20     A.   Yes.

21     Q.   -- do you see that?

22     A.   I do.

23     Q.   And he sent that on Saturday, May 30th at

24  12:26 a.m.?

25     A.   That would be p.m., I think.  I'm not sure.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q.    P.M.?

2        A.    12 -- I -- I think it would be p.m.

3        Q.    P.M.  Okay.  Why did he say that to you?

4              MS. KLYMKOWSKY:  Foundation.

5        A.    I think he said it because he wasn't there on

6  Friday night.

7        Q.    Why is he saying, "I'm playing this time"?

8        A.    I --

9              MS. KLYMKOWSKY:  Foundation.

10       A.    I think that's in reference to the fact that

11  he was not there on Friday --

12       Q.    So --

13       A.    -- but I'm not sure.

14       Q.    Okay.  So he didn't get to thump rioters the

15  previous night, but he gets to play this time; is that

16  what he's saying?

17             MS. KLYMKOWSKY:  Foundation.  Form.

18       A.    Yeah.  I think he's saying that he wasn't

19  there, so he's going to be there this time.

20       Q.    And he's excited about thumping some rioters,

21  right?

22             MS. KLYMKOWSKY:  Foundation.

23       A.    Yeah.  That would probably be a question for

24  Deputy Colley.

25       Q.    Your response is, "Yay," with a lot of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    exclamation points, right?

2        A.    Correct.

3        Q.    And so, why did you respond that way?

4        A.    I was excited that he was going to be able to

5    be there.  I like working with Deputy Colley.

6        Q.    Okay.  Did you say to him, you know, maybe we

7    shouldn't think about it in terms of thumping rioters or

8    playing games?

9            MS. KLYMKOWSKY:  Object to form.

10       A.    I did not say that.

11       Q.    You approved of his message, right?

12           MS. KLYMKOWSKY:  Object to form.

13       A.    I was happy that he was going to be there.

14       Q.    To help you thump some rioters?

15           MS. KLYMKOWSKY:  Object to form.  Foundation.

16       Q.    Were you excited about thumping some rioters

17   with Deputy Colley?

18       A.    I was excited that he was going to be there

19   with me.

20       Q.    What did he say in response to you?  Do you

21   know why this is redacted?

22       A.    I have no idea.

23       Q.    Do you recall what he said to you?

24       A.    I do not.

25       Q.    Is this a photo of you at JCS0157?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of TIMOTHY DREITH, taken on November 09, 2021

104

1   officer who's out in the field, the policy does not have

2   an exhaustive list of all the circumstances, right?

3           MS. KLYMKOWSKY:  Object to form.  Foundation.

4       A.   Correct.

5       Q.   So the policy and the practice of the

6   Jefferson County Sheriff's Office is to leave it up to

7   the officer's discretion as to when they can use their

8   less-lethal weapons, correct?

9           MS. KLYMKOWSKY:  Object to form.  Foundation.

10      A.   Using the policy as a guideline, yes.

11      Q.   I'm showing you JCS0239, which is a few pages

12  into the use-of-force policy.  Do you see this section

13  on kinetic energy impact projectiles?

14      A.   Yes.

15      Q.   Okay.  That includes the bean bag shotgun, the

16  40-millimeter launcher, and the AREWEN, right?

17      A.   Yes.

18      Q.   Kinetic energy impact projectiles is just a

19  reference to a kind of weapon that shoots projectiles?

20          MS. KLYMKOWSKY:  Object to foundation.

21      Q.   Right?

22      A.   For the most part, yeah.

23      Q.   Okay.  So in the -- this sentence right here

24  it says, "Although classified as less lethal, the

25  potential exists for less-lethal munitions to inflict

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  serious injury when they strike the face, eyes, and

2  neck.  Therefore, when deploying a less-lethal munition

3  system, deputies will avoid intentionally striking those

4  body areas unless a life-threatening situation exists."

5  Do you see that?

6      A.   Yes.

7      Q.   Okay.  And then it says, "The use of kinetic

8  energy impact projectiles is considered deadly force if

9  intentionally deployed at the head or neck."  Do you see

10 that?

11     A.   I see that.

12     Q.   Okay.  So if you were to aim and shoot your

13 Remington 7 -- or Remington 870 shotgun at a person's

14 head, that would be considered deadly force, right?

15     A.   If you intentionally, yes.

16     Q.   Okay.  And deadly force -- that kind of deadly

17 force would only be warranted if the person is doing

18 what?

19     A.   Trying to kill someone or cause serious bodily

20 injury.

21     Q.   Okay.  The person that we watched on video

22 earlier who was in the intersection, the guy with the

23 white helmet who was kicking the tear gas canister, was

24 he doing something that warranted the use of deadly

25 force on him?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.    No.

 2            MS. KLYMKOWSKY:  Object to foundation.

 3      A.    It did not appear that way.

 4      Q.    So it would not be appropriate to

 5  intentionally aim a kinetic energy impact projectile at

 6  that guy's head?

 7      A.    Correct.  Not in those circumstances.

 8      Q.    And you might accidently shoot somebody in the

 9  head when you're aiming for some other part of their

10  body, right?

11      A.    It's possible, yes.

12      Q.    What kind of training do you undergo to make

13  sure that you're aiming at that right body part of

14  somebody when that person is likely to be moving around?

15            MS. KLYMKOWSKY:  Foundation.

16      A.    We train at the firearms range using

17  silhouette targets.

18      Q.    That -- that are moved around?

19      A.    Sometimes.

20      Q.    Are you given any kind of training that, you

21  know, because the risk of serious bodily injury, if you

22  were to hit somebody's head is -- is -- you know,

23  there's a serious risk there.  Are you trained that you

24  should not aim at somebody unless you're absolutely

25  certain they're -- you're not going to hit them in the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1   head?

2           MS. KLYMKOWSKY:  Foundation.

3       A.   The training involves targeting a specific

4   area and then attempting to hit that area.

5       Q.   Okay.  And the training -- I mean, does the

6   training involve, like, moving targets?

7       A.   Sometimes.

8       Q.   Okay.  Did you receive any instructions from

9   your commanders that you were to give warnings or

10  announcements to people in the crowd before shooting any

11  of your kinetic energy impact projectiles at Colfax and

12  Washington on May 31st at 8:30 p.m.?

13      A.   I don't recall receiving those instructions on

14  that date.

15      Q.   Okay.  Did DPD Sergeant Robert Stack ever tell

16  you that that was required, that you have to give

17  dispersal orders or announcements or warnings before

18  shooting?

19          MS. KLYMKOWSKY:  Form.  Foundation.

20          MR. HUSS:  Form.  Foundation.

21      A.   I don't recall receiving those instructions on

22  that day from anyone.

23      Q.   Okay.  And did you hear any warnings,

24  announcements, or dispersal orders given before you or

25  and other members of your team began using your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1   less-lethal weapons at the intersection of Colfax and

 2   Washington on May 31st at 8:30 p.m.?

 3        A.   I don't specifically recall.

 4        Q.   Did your BearCat have some kind of like PA

 5   system that you could make announcements if you needed

 6   to?

 7        A.   The BearCat does have a PA system.

 8        Q.   Did you make any announcements on that day at

 9   that time?

10        A.   I did not.

11             MS. KLYMKOWSKY:  Object to form.  Foundation.

12        A.   I did not.

13        Q.   Do you know if anybody else on your team did?

14        A.   Not that I'm aware of.

15        Q.   Does Jefferson County Sheriff's Office policy

16   require you to make any sort of announcements or give

17   warning or dispersal orders before using your kinetic

18   energy impact projectiles?

19        A.   The policy does say that warning should be

20   given.

21        Q.   And you don't know if warning was given?

22             MS. KLYMKOWSKY:  Form.

23        A.   I don't recall.

24        Q.   Does it say in the use-of-force policy that

25   warning should be given?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    CERTIFICATE OF REPORTER

 2                      STATE OF COLORADO

 3

 4   I do hereby certify that the witness in the foregoing

 5   transcript was taken on the date, and at the time and

 6   place set out on the Title page hereof by me after first

 7   being duly sworn to testify the truth, the whole truth,

 8   and nothing but the truth; and that the said matter was

 9   recorded stenographically and mechanically by me and

10   then reduced to typewritten form under my direction, and

11   constitutes a true record of the transcript as taken,

12   all to the best of my skill and ability.  I certify that

13   I am not a relative or employee of either counsel, and

14   that I am in no way interested financially, directly or

15   indirectly, in this action.

16

17

18

19

20

21

22   SANDRA VENTURA

23   COURT REPORTER/NOTARY

24   MY COMMISSION EXPIRES ON: 07/26/2025

25   SUBMITTED ON: 11/18/2021
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com