

LOUISVILLE  LEXINGTON  LONDON  FLORENCE  CINCINNATI  INDIANAPOLIS  ORLANDO  JACKSONVILLE  TAMPA

**KENTUCKIANA COURT REPORTERS**

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# ANTHONY HAMILTON

# DATE:

# December 09, 2021



a courtroom powerhouse

schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 9

```
 1   2020, right?
 2       A.   Correct.
 3       Q.   And then the next day was May 30th, correct?
 4       A.   Correct.
 5       Q.   And then you also went on May 31st and again
 6   on June 1st, right?
 7       A.   Correct.
 8       Q.   Okay.  So you're saying you don't recall
 9   whether or not you wrote the portions pertaining to
10   those particular days after each shift or whether you
11   wrote it all later?
12       A.   Correct.  I don't recall.
13       Q.   Okay.  Nevertheless, the statements in your
14   report are true and accurate to the best of your
15   recollection at the time, correct?
16       A.   Correct.
17       Q.   Okay.  So do you have an independent
18   recollection of being in a skirmish line with other JCRS
19   officers on May 31, 2020 at the intersection of Colfax
20   and Washington at 8:30 p.m.?
21       A.   I do.
22       Q.   Okay.  And what do you recall about what you
23   were doing at that -- well, let me strike that.
24            At that time, Aurora had not arrived yet,
25   correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  A. I don't know.
2  Q. Okay. We're at 8:30:19 p.m. I'm going to --
3  we're going to play it, and then I'll ask you a few
4  questions.
5             (VIDEO PLAYED)
6  Q. Okay. I've paused it at 8:30:36 p.m. Did you
7  see this gentleman in the white helmet come up from the
8  bottom here?
9  A. Yes.
10 Q. Have you watched this video with particular
11 attention on this individual before?
12 A. Yes.
13 Q. Okay. I'll play it for a few more seconds and
14 then ask you a question.
15             (VIDEO PLAYED)
16 Q. Okay. I paused it at 8:30:40 p.m. Did you
17 shoot this individual with your bean bag shotgun?
18      MS. BENDER: Objection. Foundation.
19 A. I don't recall.
20 Q. Okay. Do you recall -- I'm going to play it
21 again. Do you recall this individual at all?
22 A. I do not.
23 Q. What does it look to you like he was doing in
24 this video?
25      MS. BENDER: Objection. Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   It appears that he was trying to kick
2 something on the ground.
3    Q.   Okay.  Let me point you to a particular
4 section.  Just a moment.  Well, we're paused at 8:30:31
5 p.m.  Do you see this tear gas canister down here?
6         MS. BENDER:  Objection.
7    A.   Yes.
8         MS. BENDER:  Foundation.
9    Q.   This is a tear gas canister, right?
10   A.   It appears to be behaving that way.  Without
11 looking at it closer, I couldn't tell.
12   Q.   I'm pausing it at 8:30:37 p.m.  This
13 individual in the white helmet came up from the south
14 side of the street through the intersection and appears
15 to kick a tear gas canister, right?
16   A.   That's what it appears as, yes.
17   Q.   It doesn't look like he goes very far, does
18 it?
19   A.   With -- with it paused, I don't...
20   Q.   All right.  Let's play it again.  From
21 8:30:09, and I can zoom in.
22        (VIDEO PLAYED)
23   Q.   All right.  8:30:33.  Here he comes.  I'm
24 pausing it at 8:30:40.  It barely went a few feet,
25 right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   Yes.
 2        Q.   Okay.  It didn't even get past the crosswalk,
 3   right?
 4        A.   Yes.
 5        Q.   How many feet back is your line -- you and the
 6   other officers at this time, how many feet back from the
 7   crosswalk?
 8        A.   From my recollection and the video, I would
 9   say maybe 20, 30 feet.
10        Q.   This tear gas canister that this individual in
11   the white helmet kicked came nowhere near you, right?
12        A.   It doesn't appear that way, no.
13        Q.   Okay.  And given what we saw about where the
14   marchers were before, this entire -- there were marchers
15   on the west side.  There were marchers that had crossed
16   already on the east, and there was marchers on the south
17   side of the street, right?
18        A.   Yes.
19        Q.   Okay.  There are marchers on the east, west,
20   and the south, right?
21        A.   From what I recall, yes.
22        Q.   And the marchers were -- by and large,
23   they -- they were not wearing gas masks or anything like
24   that, right?
25        A.   Some were, from what I recall.
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   Q.  Okay.  But most of them weren't, right?
2   A.  I think that's fair to say.
3   Q.  Okay.  You and your team members were wearing
4   gas masks, though, right?
5   A.  Yes.
6   Q.  Okay.  And based on what you saw of this
7   individual in the white helmet kicking this tear gas
8   canister, did he pose a threat of serious bodily injury
9   to you?
10  A.  Yes.
11  Q.  Okay.  Why don't you tell me how?
12  A.  Well, in several instances, these certain
13  individuals were kicking these objects back at us,
14  either gas canisters.  We had received, like I had said,
15  airborne projectiles.  So the -- the fear was that if
16  someone were to kick that gas canister and it tumbled
17  towards us, it could cause some injury, especially if it
18  -- if it went end over end, popped up or hit someone in
19  the face or it could catch a shin or a knee.  That could
20  cause some -- some serious injuries to one of us.
21  Q.  Were you wearing shin guards?
22  A.  I don't -- I don't recall.  We did at some
23  point, but this night we were not wearing shin guards.
24      We -- we wore shin guards from the fallout
25  from this.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q. Okay. So the tear gas doesn't get in your
2  eyes, nose, or mouth?
3  A. Correct.
4  Q. Okay. How heavy is a tear gas canister?
5  A. I don't know. I don't know the specifics on
6  how heavy it is.
7  Q. Did this person the white helmet, you have no
8  independent recollection of him, actually?
9  A. Correct.
10  Q. And you do not recall if you shot him with
11  your bean bag shotgun, right?
12  A. Correct.
13  Q. So you actually can't tell me whether or not
14  you have any memory of him posing a threat to you at
15  that time, right?
16  A. Not him specifically, no.
17  Q. You would agree that each use of force that an
18  officer uses has to be in response to something that
19  particular person is doing, right?
20  A. Yes.
21  Q. Okay. I'm showing you JCRSO37, which is page
22  2 of your report. There's a highlighted section here,
23  and I'll -- I'll just read it for the record. It says,
24  "After recovering my line position on Washington just
25  north of Colfax and facing south, the aforementioned

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    approaching crowd arrived in the intersection.  The
2    crowd participants were chanting and yelling at us.  I
3    don't recall specifically what was said.  After several
4    moments, projectiles were thrown at JCRS officers -- or
5    operators to include bottles and rocks.  As the protest
6    became violent, JCRS operators began deploying gas to
7    disperse the crowd in an attempt to avoid injury to
8    operators or other officers.
9            With nearly every gas deployment, crowd
10   participants would attempt to throw or kick gas canister
11   back -- gas canisters back at us.  As the actions of
12   these crowd participants met the level of active
13   aggression, I began engaging these individuals with my
14   less-lethal shotgun utilizing 12-gauge super-sock
15   drag-stabilized impact munition.  During the tense,
16   unknown and rapidly evolving events, I recall engaging
17   and impacting three or four protestors under the active
18   aggression circumstances."  Do you see that?
19        A.   Yes.
20        Q.   Okay.  So that's true, right?
21        A.   Yes.
22        Q.   You shot three or four protesters with your
23   super-sock 12-gauge drag-stabilized impact munition at
24   people who were throwing or kicking gas canisters at
25   you, right?

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.    Yes.
2    Q.    And based on what you saw in the video, you
3 believe that this person in the white helmet was kicking
4 a gas canister towards the line of officers, right?
5    A.    It appears that way, yes.  Yes.
6    Q.    Okay.  How is it that this person's actions
7 met the level of active aggression?
8    A.    So, as I mentioned, kicking or throwing a gas
9 canister is -- at that point, becomes a projectile, and
10 directing it at us is active aggression.  There's a
11 threat of injury using a projectile in that -- in that
12 instance, and it's clearly directed back at us.
13   Q.    Well, let's talk about throwing a canister
14 versus kicking one.  You would agree -- I -- I mean,
15 it's fair to say that throwing a tear gas canister, a
16 metal canister at a bunch of officers, makes it a
17 projectile, right?  Something that projects through the
18 air, correct?
19   A.    Yes.
20   Q.    That's what projectile normally means, right,
21 some -- an object flying through the air?
22   A.    Yes.
23   Q.    Okay.  Somebody kicking a tear gas canister,
24 unless Cristiano Ronaldo, which this guy in the white
25 helmet did not appear to be, does not usually become a

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  projectile, right?
2          MS. BENDER:  Objection.  Form and foundation.
3      A.   I -- the fear was that it would become a
4  projectile.  That it would go airborne.
5      Q.   Okay.  Have you -- did you see any protestors
6  actually kick a tear gas canister so hard that it became
7  airborne?
8      A.   Not in this instance, no.
9      Q.   Okay.  And this guy in the white helmet didn't
10 even kick it past the crosswalk, right?
11     A.   Correct.
12     Q.   And it's fair to say that tear gas -- you
13 would see the white gas in this video, right?
14     A.   Yes.
15     Q.   Okay.  But tear gas, when it disperses through
16 the air, you can be affected by it even if you're not
17 standing in a -- in the middle of a wide cloud of gas?
18     A.   There's a potential, yes.
19     Q.   Right.  So the people who are in this -- the
20 protestors who were in this -- in -- around the
21 intersection at the same, to the west, to the east, and
22 to the south, would have all been affected by the tear
23 gas even though they're not standing in the middle of
24 this cloud of white gas, right?
25         MS. BENDER:  Objection.  Form.  Foundation.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   There's a potential, yes, that they could be
 2   exposed.
 3        Q.   Well, how far in your experience, as a SWAT
 4   operator, does gas disperse?
 5        A.   It depends on a number of factors, namely
 6   conditions, wind conditions, temperature and then
 7   obviously proximity.  The closer one -- one is to the
 8   canister, the more likelihood -- the more likely they
 9   are to be affected by it.  So it's difficult to say a
10   given set radius from the canister, how close someone
11   would have to be to be affected by it.  Wind could --
12   could carry it a lot further than if it was in an
13   enclosed room.
14        Q.   The munitions that come out of your 12-gauge
15   shotgun are cloth or some kind of bag filled with lead
16   pellets, right?
17        A.   Yes.
18        Q.   Okay.  And those lead pellets, do you know
19   what level of force they shoot out with?
20        A.   I -- I -- I don't recall.  I don't recall what
21   the statistic -- or the specifications are on them.
22        Q.   They can cause serious injury, correct?
23             MS. BENDER:  Objection.  Form.
24        A.   They can, depending on where they impact.
25        Q.   Okay.  And if you were to shoot one at
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   somebody's head, that's not permitted, right?
2           MS. BENDER:  Objection.  Form.
3       A.   Correct.  That is not a -- that is not a
4   target zone that -- that can be used in a less-lethal
5   application.
6       Q.   And why is that?
7       A.   Given the sensitivity of eyes, nose, mouth,
8   face, head, throat, there's some -- there's some
9   vitality there that is typically not -- not typically,
10  it's not -- it's not warranted in a less-lethal
11  application to target those areas.
12      Q.   So you couldn't target somebody's head unless
13  they were actually posing a threat of deadly -- unless
14  deadly force were required, right?
15      A.   Again, it cut on me.  Can you repeat?
16      Q.   You couldn't target somebody's head with your
17  12-gauge shotgun unless deadly force were required,
18  right?
19      A.   That's correct.
20      Q.   What about shooting somebody's back?  Is that
21  a permissible target area?
22      A.   There are different zones that can be
23  impacted, but most of the back is a red zone until you
24  get to the lower -- the lower portion.  More towards the
25  buttocks is considered a viable target zone.  Most of

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    A.   Well, like I said, we take some photos to
2  document and some just -- just because we are all
3  together, and we don't -- we work different shifts.  We
4  don't get to see each other very often, so...
5    **Q.   Were you excited to go assist Denver with the**
6  **mutual -- with the protests?**
7         MS. BENDER:  Objection.  Form.
8    A.   Not necessarily exciting. It wasn't exciting.
9  It was dangerous.  I was glad to be working with my
10 team, with the SWAT team.  Like I mentioned earlier, we
11 train a lot together, so we -- you know, we get a chance
12 to work together.  That's always a good thing, but I was
13 -- it wasn't particularly exciting to go down there, no.
14   **Q.   I'm going you JCS0122.  This is you, Anthony**
15 **Hamilton, right?  Do you need me to make it bigger?**
16   A.   I'm sorry.  What?
17   **Q.   Can you see this?**
18   A.   Yes.
19   **Q.   Okay.  These are text messages between you,**
20 **Jordan Bybee.  Who is TP?  Trent Pitton?**
21   A.   I believe that's Trent Pitton, yes.
22   **Q.   Is that the same as Michael Pitton?**
23   A.   Yes.
24   **Q.   Okay.  Who is the AB?  Anthony Brown?**
25   A.   Yes.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q. Okay. So this is text message exchange, a
2  group text exchange between you Bybee, Pitton, and
3  Brown, right?
4  A. Yes.
5  Q. You texted this little photo that says, "Best
6  job I ever had," right?
7  A. Yes.
8  Q. It was a still frame of Brad Pitt from the
9  movie Inglorious Bastards, right?
10  A. No.
11  Q. What movie is it from?
12  MS. BENDER: Objection. Form.
13  A. It's a movie called Fury.
14  Q. Fury. Okay. What's that movie about?
15  MS. BENDER: Objection. Form.
16  A. It's about a tank commander and his team, his
17  tank team during World War II.
18  Q. World War II. Okay. So Brad Pitt is fighting
19  the Nazis in the movie, right?
20  A. Yes.
21  MS. BENDER: Objection. Form.
22  Q. Did you feel like you were fighting the Nazis
23  when you went out to assist Denver with the protests?
24  MS. BENDER: Objection. Form.
25  A. No, I did not.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Did you believe it was a war and you were a
2  tank commander?
3         MS. BENDER:  Objection.  Form.
4    A.   No, I did not.
5    Q.   Did you believe it was -- did you have the
6  feeling that it was us versus -- that you were in a war
7  with the protesters?
8         MS. BENDER:  Objection.  Form.
9    A.   No.  I do not believe we were in a war.
10   Q.   Then why did you pick a war movie meme to text
11 to your teammates here?
12        MS. BENDER:  Objection.  Form.
13   A.   Because that's the movie the quote came from.
14   Q.   Okay.  So you picked this particular photo,
15 still frame, of Brad Pitt from a World War II war movie
16 where he's a tank commander saying, "Best job I ever
17 had," because it's the only thing you could find online
18 where somebody said this is the best job I ever had?
19        MS. BENDER:  Objection.  Form.
20   A.   I -- I don't recall it being a particularly
21 thorough search for an image containing that quote.
22   Q.   Do you have an us-versus-them mentality when
23 you go out to these protests?
24   A.   No.
25        MS. BENDER:  Objection.  Form.

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   No, I do not.
 2        Q.   No?
 3             MS. BENDER:  Objection.  Form.
 4        Q.   Showing you JCS0118.  Here are some more
 5   photos.  This is a photo of you guys that somebody took,
 6   right, and then imposed an American flag over it, right?
 7             MS. BENDER:  Objection.  Foundation.
 8        A.   Yes.
 9        Q.   This is just an exchange between you and
10   Jordan Bybee, right?
11        A.   Yes.
12        Q.   Who created this little photo here of the flag
13   superimposed of the photo on you guys?
14             MS. BENDER:  Objection.  Form.
15        A.   I don't know who created it.
16        Q.   Your comment to it was -- somebody sent it to
17   you, right?
18        A.   I'm -- I'm sorry.  Say that again.
19        Q.   Somebody sent you this photo with the flag
20   superimposed on it, right?
21        A.   Yes, ma'am.
22        Q.   And your response was, "So sick," right?
23        A.   Yes.
24             MS. BENDER:  Objection.  Form.
25        Q.   You thought this photo was cool, correct?
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              MS. BENDER:  Objection.  Form.
 2       A.   I thought the superimposition of the American
 3  flag was cool.
 4       Q.   Because that's what you about your team
 5  members represent?
 6              MS. BENDER:  Objection.  Form.
 7       Q.   Right?
 8       A.   I -- yes, I believe we represent the people of
 9  America.
10       Q.   And the protesters don't?
11              MS. BENDER:  Objection.  Form.
12       A.   No, I don't agree with that.  They do
13  represent America.
14       Q.   They do represent America.
15              MS. WANG:  All right.  Can we take a
16        five-minute break?
17              MS. BENDER:  Sure.
18              MS. WANG:  Thanks.
19              VIDEOGRAPHER:  We are off that record.  The
20        time is 2:10 p.m.
21                  (OFF THE RECORD)
22              VIDEOGRAPHER:  We are back on the record for
23        the deposition of Anthony Hamilton being conducted
24        by videoconference.  My name is Savanna Squires.
25        Today is
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com