

HALO D6 Colfax-Washington May 31, 2020 at 8:28:32. Plaintiffs Deras, Parkins, and Fitouri are circled, wearing black clothing and white hard hats.



HALO D6 Colfax-Washington May 31, 2020 at 8:28:46. Plaintiffs Deras, Parkins, and Fitouri are circled, wearing black clothing and white hard hats, and have been stalled by JCRS's use of a flashbang grenade (as depicted in this still frame).

Exhibit 10