Page 1

1      IN THE UNITED STATES DISTRICT COURT
          OF THE DISTRICT OF COLORADO
2
   Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-CV-01922-RBJ-MEH
3  & 1l20-cv-03155-KLM (consolidated)
   _____
4
5  ELISABETH EPPS, et al.,
6         Plaintiffs,
7  vs.
8  CITY AND COUNTY OF DENVER, et al.,
9         Defendants.
   _____
10
    VIDEO VIDEOCONFERENCED DEPOSITION OF PATRICIO SERRANT
11                    July 16, 2021
   _____
12
   VIDEOCONFERENCED APPEARANCES:
13
   ON BEHALF OF THE PLAINTIFFS:
14         PATRICK C. REIDY, ESQ.
           Arnold & Porter Kaye Scholer LLP
15         70 West Madison Street, Suite 4200
           Chicago, Illinois  60602
16         Phone:  312-583-2424
           Email:  patrick.reidy@arnoldporter.com
17
   ON BEHALF OF THE PLAINTIFFS:
18         ELIZABETH WANG, ESQ.
           Loevy & Loevy
19         312 North May Street, Suite 100
           Chicago, Illinois  60607
20         Phone:  312-243-5900
           Email:  elizabethW@loevy.com
21
22
23
24
25

Page 2

1   ON BEHALF OF THE DEPONENT:
            MEGAN PLATT, ESQ.
2           Assistant City Attorney-Police Legal Advisor
            15151 East Alameda Parkway, Suite 5300
3           Aurora, Colorado  80012
            Phone:  303-793-7030
4           Email:  mplatt@auroragov.org
5   ON BEHALF OF THE DEFENDANTS:
            ROBERT HUSS, ESQ.
6           Denver City Attorney's Office
            201 West Colfax
7           Denver, Colorado  80202
            Phone:  720-913-8050
8           Email:  robert.huss@denvergov.org
9
    ALSO PRESENT: Dennis Clayton, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1  PURSUANT TO WRITTEN NOTICE and the
2  appropriate rules of civil procedure, the video
3  videoconferenced deposition of PATRICIO SERRANT, called
4  for examination by the Plaintiffs, was taken remotely,
5  commencing at 12:04 p.m. on July 16, 2021, before Laurel
6  S. Tubbs, a Registered Professional Reporter, Certified
7  Realtime Reporter and Notary Public in and for the State
8  of Colorado.
9                              INDEX
10  EXAMINATION:                                          PAGE
11   By Mr. Reidy                                      6, 132
    By Ms. Wang                                           84
12
    EXHIBITS:                                            PAGE
13
     Exhibit 1   Bates Stamped DEN003925 to DEN004018     33
14
     Exhibit 2   Video COABLM 508                         54
15
     Exhibit 3   Video DEN003871                          58
16
     Exhibit 4   Video COABLM 450                         67
17
     Exhibit 5   Video                                    70
18               COABLM416_Garcia,Richard_2020531
19   Exhibit 6   Photograph BLM_00001072                  74
20   Exhibit 7   Photograph BLM_0000042                   75
21   Exhibit 8   Photograph BLM_000038                    76
22   Exhibit 9   Photograph BLM_000040                    77
23
24
25

Page 90

1              Do you see where that vehicle is at?  This
2     is a one-way going north -- or I'm sorry.  Going south.
3     So right here.
4              So you see where that entrance to the
5     parking lot to the police station.
6         Q.   Right.
7         A.   Yeah.  Right there is where we -- both our
8     vans -- because we have two vans -- we parked right there
9     and that's where we got out.
10        Q.   Okay.  So that's why your video's --
11        A.   Show us walking.
12        Q.   -- like somewhere around here and you're
13    walking south?
14        A.   Yes.  Yes, ma'am.
15        Q.   Okay.  So there was not a significant
16    number of minutes where you were doing something and then
17    you turned your cameras on.  In other words -- let me ask
18    you this way.
19             Your -- your camera -- and that -- and I'll
20    represent to you that other Aurora officers who were at
21    this intersection on this day, none of them really start
22    until after 8:30.  Okay.  And some of them, it's just a
23    few minutes after 8:30; it's like 8:39, 8:40, but none of
24    them start really earlier than that.
25             And so is that an indication that you did

Page 91

1   not arrive at this intersection until after 8:30?
2            A.   It could be.  But, you know,
3   until -- until we -- so let me explain.  So we could have
4   gotten dropped off there and just kind of, you know, did
5   like a little quick -- you know, maybe a quick -- you
6   know, a quick plan to try to figure out what we're going
7   to do.  You know, we usually -- we actually marched.  So
8   it was like, you know, we were in two -- two separate
9   rows, columns.
10              So we could have, you know, gotten
11  off -- getting the columns ready before we started
12  walking, and that's when we activated the video, as we
13  were walking over.
14           Q.   Okay.  But -- well, let me just -- let me
15  just not beat around the bush.  And I'll show you a
16  particular video.
17           A.   Okay.
18           Q.   So -- sorry.  It's just going to take me a
19  second to pull it up.
20              Okay.  Can you see this video?
21           A.   Yes, ma'am.
22           Q.   This is video from Denver, Bates stamped
23  Denver 3871.  It's a Halo camera from Colfax and
24  Washington dated May 31st, 2020.  Mr. Reidy was showing
25  you a little bit later after 9:00, but this -- this is

Page 92

1  back at 8:28, and I just want to play it for a few minutes
2  and ask you questions.
3            But just to orient you, this camera is at
4  the intersection of Colfax and Washington.  But right now,
5  it's sort of facing west, and this is Washington right
6  here [indicating].
7       A.   Yes.
8       Q.   I'm sorry.  This is Colfax right here, and
9  this is Washington like this way [indicating].
10      A.   Yes.  I can tell.
11      Q.   Okay.  All right.  So let's just play it
12  for a couple of minutes, and then I'll ask you some
13  questions.
14           (Video playing.)
15      Q.   I've got to start a little bit earlier.
16  Okay.  We'll start at 8:28:17 p.m.
17           (Video playing.)
18      Q.   Okay.  So let me pause it -- actually --
19  yeah, let me pause it.  I'm pausing it at 8:28:38.  So do
20  you see how there is a large group of marchers marching
21  east -- or -- yeah, marching east?
22      A.   Yes.
23      Q.   Okay.  Were you and your officers there at
24  the time that there was a large crowd marching east?
25      A.   No.

Page 93

1      Q.   Okay.  By the time you and your officers
2   got there, what -- at the intersection of Colfax and
3   Washington on May 31st, what did you see in the
4   intersection?
5      A.   There was groups of people.  It wasn't a
6   large -- I mean, there was some crowds, but it wasn't
7   like this.  No.
8      Q.   Okay.  All right.  And I'll represent to
9   you, you know, a little bit earlier on, you'll see that
10  for -- for a good period of time, there's basically just a
11  large crowd marching --
12     A.   Yes.
13     Q.   -- east.
14          Okay.  So let me go forward a little bit.
15  We'll play it from 8:28:23.
16          (Video playing.)
17     Q.   Okay.  Do you see how the crowd is moving
18  back?
19     A.   Yes.
20     Q.   And then there's a flash?
21     A.   Yes.
22     Q.   Okay.  So now -- now the camera has moved
23  to the intersection -- I'm going to pause it at 8:29:06.
24  The camera has now moved to the intersection of Colfax and
25  Washington, and it's facing north on Washington, and

Page 94

1   there's smoke or gas on the street.
2          Do you see that?
3       A.  Yes.
4       Q.  Okay.  So at this time, it's 8:29:06 p.m.
5   And we'll play it for another little bit, and then I'll
6   ask you some questions.  But try to focus on these
7   officers that are standing just north of this street.
8       A.  Yes.
9          (Video playing.)
10      Q.  I'm going to pause it.  It's 8:29:35.
11         Do you see these officers standing right
12  here next to the station, just north of Colfax on
13  Washington?
14      A.  Yes.
15      Q.  Are those your officers?
16      A.  No.
17      Q.  Okay.  Do you know if that's Jefferson
18  County S.W.A.T. team?
19      A.  I think they -- I think it is, yes.
20      Q.  Okay.  Do you see this vehicle back here
21  with its lights on?
22      A.  Yes.
23      Q.  Do you recognize that as an Aurora vehicle?
24      A.  I -- I cannot tell.
25      Q.  Oops.  That's a little bit too close.

VERITEXT LEGAL SOLUTIONS
COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Exhibit 11