

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# TIMOTHY STEGINK

# DATE:

# October 21, 2021



Exhibit 12

```
 1        A     They fire Super-Sock bean bag rounds.
 2        Q     Okay.  And what's in the bean bag rounds?
 3        A     Basically, it looks like a -- a sock tied up
 4   at one end, and it has a small metal inside.
 5        Q     Like pellets -- metal pellets?
 6        A     Yes.
 7        Q     Okay.  And so the ARWEN 37 millimeter, what
 8   does that fire?  What kind of munitions does that fire?
 9        A     So that's -- those fire 37 millimeter SAGE
10   KO1 rounds.  They are a softer -- softer round, that we
11   can fire at individuals.
12        Q     I'm sorry, you said -- what is the name of it
13   again?
14        A     SAGE, S-A-G-E KO1.
15        Q     Okay.  And so are they -- do they look like
16   the foam batons, or what do they look like?
17        A     They basically look like an ice cream scoop
18   for lack of a better term.
19        Q     An ice cream scoop?  Like, the round --
20        A     Yeah, so -- yeah so if you take a scoop of ice
21   cream, put it on top of an ice cream cone, that's
22   basically what it would look like.
23        Q     Okay.  What is the composition of the
24   material?  Is it -- is it foam, or plastic, or rubber,
25   or
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

Exhibit 12

```
 1              (VIDEO PAUSES)
 2       Q    I've stopped it at 8:30:37 p.m.  It looks as
 3  if he's kicking a tear gas cannister, right?
 4       A    Yes.
 5       Q    There were people within the march of the
 6  protest on all sides here, correct?  You can't see them
 7  on camera but they were on all sides of the
 8  intersection, right?
 9            MS. KLYMKOWSKY:  Object to form.
10       A    Yes.
11       Q    Okay.  From this distance -- and you have no
12  recollection of seeing this person at the time, right?
13            MS. KLYMKOWSKY:  Object to form.
14       A    Not specifically, no.
15       Q    Okay.  If this person is kicking a tear gas
16  Cannister, as seen in this video, is it likely to
17  actually go this distance and hit an officer?
18            MS. KLYMKOWSKY:  Object to form.
19       A    It's possible --
20       Q    If you --
21       A    It's possible.
22       Q    Would you have been in fear of serious bodily
23  injury or death from this person in the intersection
24  kicking this tear gas cannister from this distance?
25            MS. KLYMKOWSKY:  Object to form.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit 12