

**DENVER**
OFFICE OF THE
INDEPENDENT MONITOR

# The Police Response to the 2020 George Floyd Protests in Denver, an Independent Review

Nicholas E. Mitchell
Independent Monitor

Exhibit 13

Fitouri 018379

death, and because they can still fire standard ammunition, there is a risk that officers mistakenly load them with lethal rounds.[207]

Based on the documentation reviewed by the OIM, the DPD did not deploy less-lethal shotguns during the GFP. The DPD Use of Force Policy does not reference their use, and none of the inventory documents suggest that the DPD had less-lethal shotgun munitions in inventory prior to the GFP. In response to a request for information about DPD use of less-lethal shotguns, the DPD indicated that it does not use less-lethal shotguns. Despite this, several Mutual Aid Partners reported using less-lethal shotguns during the first five days of the GFP, and officers from these agencies deployed more than 150 less-lethal shotgun rounds.

## Beanbag Rounds



In addition to foam and rubber-ball projectiles, 40mm launchers and less-lethal shotguns can also fire beanbag rounds. The velocity and range depend on the manufacturer and deployment device, but the "beanbags" are generally filled with #9 lead shot. One manufacturer warns that "[s]hots to the head, neck, thorax, heart, or spine can result in fatal or serious injury."[208] Research partly funded by the Department of Justice describes several instances in which beanbag rounds have been fatal.[209]

Documents produced by the DPD do not indicate that any DPD officers used beanbag rounds during the GFP. As with less-lethal shotguns, the DPD Use of Force Policy does not mention the munition, and the pre-GFP inventory documents do not include any beanbag rounds. Although DPD officers did not deploy beanbag rounds, several Mutual Aid Partners reported using them. Officers from these agencies deployed more than 200 beanbag rounds during the GFP.

## Conclusions and Recommendations Regarding Mutual Aid

The DPD understandably reached out to neighboring jurisdictions for mutual aid during the GFP, and DPD command staff have persuasively explained the value of that aid. Yet, we believe that the framework under which it was provided was deficient in several important ways. Therefore:

*13) The OIM recommends that the DPD develop mutual aid agreements with neighboring jurisdictions that address potential crowd control assistance. These*