# EXHIBIT 14







