SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218

Deras, Joe Carlos
Sex: M
Adm: 5/31/2020, D/C: 5/31/2020

**05/31/2020 - ED in Saint Joseph Hospital - Emergency Services - SCL Health (continued)**

**Clinical Notes (continued)**

Abdominal:
  Palpations: Abdomen is soft.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal:
  Right shoulder: Normal.
  Right elbow: Normal.
  Right wrist: Normal.
  Lumbar back: He exhibits tenderness (contusion, left lateral back. No laceration.). He exhibits no bony tenderness.
  Right hand: He exhibits tenderness (over thenar eminance and anatomical snuffbox), bony tenderness and swelling (and echymosis). He exhibits normal range of motion (ROM intake, noting pain), normal capillary refill, no deformity and no laceration. Normal sensation noted. Decreased sensation is not present in the ulnar distribution, is not present in the medial distribution and is not present in the radial distribution. Normal strength noted. He exhibits no finger abduction, no thumb/finger opposition and no wrist extension trouble.
  Hands:

Skin:
  General: Skin is warm and dry.
  Capillary Refill: Capillary refill takes less than 2 seconds.
Neurological:
  General: No focal deficit present.
  Mental Status: He is alert and oriented to person, place, and time.
  Gait: Gait normal.

**ED COURSE and RESULTS**

**Clinical Impressions** as of May 31 2211
Injury of right hand, initial encounter
Contusion of left side of back, initial encounter

**RADIOLOGY INTERPRETATION**

Xr Hand Unilateral 3 Views

Result Date: 5/31/2020

Printed on 12/4/20  1:57 PM

Page 5

Exhibit 16

SAINT JOSEPH HOSPITAL
1375 E 19th Ave
Denver CO 80218

Deras, Joe Carlos
Sex: M
Adm: 5/31/2020, D/C: 5/31/2020

**05/31/2020 - ED in Saint Joseph Hospital - Emergency Services - SCL Health (continued)**

**Clinical Notes (continued)**

EXAMINATION: XR HAND UNILATERAL 3 VIEWS RIGHT  DATE OF EXAM: 5/31/2020 9:42 PM HISTORY: Right hand trauma. COMPARISON: None. FINDINGS: Bones: Intact, no fracture or focal destruction. Joint spaces: Well-preserved. Soft tissues: Normal. IMPRESSION: 1. Normal. This study was interpreted by a fellowship-trained board certified radiologist with Diversified Radiology of Colorado. Should there be any questions regarding this patient's study or any other general questions, please feel free to contact us directly at: (303) 914-8800. Peder E. Horner, MD Board Certified: Diagnostic Radiology; Vascular and Interventional Radiology Diversified Radiology of Colorado www.divrad.com ircolorado.org Slot 98 Electronically signed by: Peder Horner, M.D. 5/31/2020 10:05 PM

\* Radiology studies were personally reviewed by me.

**ED ORDERS**

Orders Placed This Encounter
Procedures
- XR Hand Unilateral 3 Views
- Ice Pack
- Splint/Sling Application

**MEDICATIONS ADMINISTERED IN ED**

Medications
diptheria- acellular pertussis-tetanus toxoid vaccine (BOOSTRIX) (2.5-8-5) PF injection 0.5 mL (has no administration in time range)
acetaminophen (TYLENOL) tablet 1,000 mg (1,000 mg Oral Given 5/31/20 2142)

**LAB RESULTS**

No results found for this visit on 05/31/20.

\* All labs ordered above and resulted were personally reviewed by me.

**PROCEDURES**

Procedures

**ED COURSE, ASSESSMENT AND PLAN**

Patient presents with hand pain. Xray shows no evidence of fracture, but considering area of tenderness concern for occult scaphoid fracture. Splint placed. Initial and repeat neurovascular exam reassuring, doubt neurovascular injury. No evidence of dislocation. Recommend PCP follow-up in 5 days for reevaluation. Importance of doing so stressed. Very strict return precautions were discussed at bedside and included in discharge summary.

**CLINICAL IMPRESSION**

| Diagnosis | Comment |
|---|---|
| Injury of right hand, initial encounter | |