# Exhibit 18



**Thank you Colley! It was great to see you today! You and I are the only ones ready to transition.**

Sat, May 30, 12:26

Guess we get to thump some more rioters tonight. I'm playing this time

**Yay!!!!!!!!!**

Sat, May 30, 14:41

**Cool!**

Plus if I work tonight maybe I don't have to tomorrow

Mon, Jun 1, 16:07



JCSO 000156