# Exhibit 19

**JB:** I'll be a little later, I have to go get rounds from Craig Nelson

**Anthony Hamilton**


BEST JOB I EVER HAD

**Trent Pitton**

**TP:** Anyone get with mff for gas and 40mm?

**Anthony Brown**

**AB:** I haven't and I'll be a few minutes late since I need to drop my kids off

**Trent Pitton**

**TP:** I'll call gomp

Fri, Jun 12, 10:41

**Trent Pitton**

JCSO 000112



2 People >

**JB:** I wish he would have taken it when I was over there with you guys! Lol



Anthony Hamilton

**AH:** SO...SIIIIIIIICK!!!



JCSO 000118