

Andrew Ringel
ringela@hallevans.com
303-628-3453

File No. 14781-41

December 28, 2021

*Via Electronic Mail*

Clifford L. Beem, Esq.
A. Mark Isley, Esq.
Danielle C. Beem, Esq.
Beem & Isley, P.C.
730 17th St., Ste. 850
Denver, Colorado 80202

S. Birk Baumgartner, Esq.
Adam R. Yoast, Esq.
Baumgartner Law, L.L.C.
300 E. Hampden Ave., Suite 4041
Englewood, Colorado 80113

    Re:    ***Rebecca Agwu et. al. v. The City and County of Denver et. al.,*** United States District Court for the District of Colorado, Civil Action No. 21-cv-02478-RBJ

           ***Alexandra Barbour et. al. v. The City and County of Denver et. al.,*** United States District Court for the District of Colorado, Civil Action No. 21-cv-02477-KLM

Dear Counsel:

    This letter addresses a common issue concerning the above two matters. On June 28, 2021, the District Court in ***Black Lives Matter 5280 et. al. v. City and County of Denver et. al.,*** United States District Court for the District of Colorado, Civil Action No. 20-cv-01872-RBJ, a consolidated case, issued the attached Order on Fitouri Plaintiffs' Motion for Class Certification. (ECF 127). The District Court certified the following Arrest Class in its Order:

> Those persons who were present during the protests in downtown Denver, Colorado, from May 30, 2020 through June 5, 2020, who were arrested for violation of emergency curfew (D.R.M.C. 1-13), and in some cases were also arrested on an accompanying charge of failure to obey a lawful order (D.R.M.C. 38-31(c)), who were taken into police custody and detained for some period of time, but who were not charged with any other violations, and whose charges were dismissed.

[ECF 127, at 8].

1001 Seventeenth Street     P 303-628-3300
Suite 300     F 303-628-3368
Denver, CO 80202     www.hallevans.com

EXHIBIT 1

Clifford L. Beem, Esq.
A. Mark Isley, Esq.
Danielle C. Beem, Esq.
S. Birk Baumgartner, Esq.
Adam R. Yoast, Esq.
December 28, 2021


Pursuant to the District Court's Order, notice was provided to the 313 potential class members of the Arrest Class. No one opted out of the class pursuant to the notice as reflected in the attached Status Report Regarding Class Certification Notice and its exhibits. [*See* ECF 158, 158-1, 158-2, 158-3]. Litigation of the Arrest Class is ongoing.

Review of the complaints in both the above matters reveals there are a total of 13 Plaintiffs who are also members of the Arrest Class who did not opt out. From the *Agwu* matter they are: (1) Benjamin Baily; (2) Asa Briggs; (3) John Cameron; (4) Dan Delany; (5) Allyn Havens; (6) Lily Knowles; (7) Ryan Joe Pflazer; (8) David Seaver; (9) Sable Spottswood; (10) Jonathan Ziegler; (11) James Sweetman; and (12) Gregory Trickel. From the *Barbour* matter the one Plaintiff is Cody Schmitt. Further review of the complaints in both matters reveals these 13 Plaintiffs are pursing claims within the scope of the Arrest Class in these separate lawsuits.

Under well-settled law, a member of a class who does not opt out of the class proceedings is precluded from pursuing a separate lawsuit. *See, e.g., **Johnson v. City of Tulsa**,* 489 F.3d 1089, 1110 (10th Cir. 2007); ***McNeil v. Guthrie**,* 945 F.2d 1163, 1165-66 (10th Cir. 1991); ***Low v. Trump Univ., LLC**,* 881 F.3d 1111, 1119 (9th Cir. 2018); ***Zarecor v. Morgan Keegan & Co.**,* 801 F.3d 882, 888 (8th Cir. 2015).

Based on the above precedent, we believe the appropriate procedure is for these Plaintiffs to voluntarily dismiss their claims subject to the existing Arrest Class. To the extent any of these Plaintiffs have other claims they can proceed. To the extent they do not they need to be dismissed as Plaintiffs entirely. We are willing to agree to a voluntary dismissal of these 13 Plaintiffs' Arrest Class claims without prejudice so their claims can continue to be litigated as part of the Arrest Class. Please advise as soon as possible whether this solution is acceptable to you and your clients.

In the event these 13 Plaintiffs do not voluntarily dismiss their Arrest Class claims, we will be filing a motion to dismiss those claims from these two cases.

Finally, I have copied Elizabeth Wang, Esq. on this correspondence because she is lead class counsel for the Arrest Class.

Thank you for your attention. Please do not hesitate to contact me directly should you have any questions or concerns.

                Very truly yours,

                /s/ Andrew D. Ringel

                Andrew D. Ringel
                of HALL & EVANS, L.L.C.

Enclosures

Clifford L. Beem, Esq.
A. Mark Isley, Esq.
Danielle C. Beem, Esq.
S. Birk Baumgartner, Esq.
Adam R. Yoast, Esq.
December 28, 2021

cc: Elizabeth Wang, Esq. (via electronic mail w/encls.)
     Katherine Hoffman, Esq. (via electronic mail w/encls.)
     Patrick Collopy, Esq. (via electronic mail w/encls.)