```
                                                              Page 1
 1            IN THE UNITED STATES DISTRICT COURT
              OF THE DISTRICT COURT OF COLORADO
 2
     Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
 3   & 1:20-cv-03155-KLM (Consolidated)
     _____
 4
 5   BLACK LIVES MATTER 5280, et al.,
 6           Plaintiffs,
 7   vs.
 8   CITY AND COUNTY OF DENVER, et al.,
 9           Defendants.
     _____
10
              VIDEO VIDEOCONFERENCED DEPOSITION OF
11                   NICHOLAS ETHAN MITCHELL
                         June 25, 2021
12   _____
13   VIDEOCONFERENCED APPEARANCES:
14   ON BEHALF OF THE PLAINTIFFS BLACK LIVES MATTER 5280:
             MICHAEL J. SEBBA, ESQ.
15           Arnold & Porter Kaye Scholer LLP
             777 South Figueroa Street, 44th Floor
16           Los Angeles, California  90017
             Phone:  213-243-4229
17           Email:  michael.sebba@arnoldporter.com
18   ON BEHALF OF THE PLAINTIFFS BLACK LIVES MATTER 5280:
             EDWARD ARO, ESQ.
19           Arnold & Porter Kaye Scholer LLP
             1144 15th Street, Suite 3100
20           Denver, Colorado  80202
             Phone:  303-863-2380
21           Email:  ed.aro@arnoldporter.com
22   ON BEHALF OF THE PLAINTIFFS BLACK LIVES MATTER 5280:
             PATRICK C. REIDY, ESQ.
23           Arnold & Porter Kaye Scholer LLP
             70 West Madison Street, Suite 4200
24           Chicago, Illinois  60602
             Phone:  312-583-2424
25           Email:  patrick.reidy@arnoldporter.com
```

Page 62

1   impossible to figure out everything that happened during
2   the George Floyd protests or investigate every incident.
3   And that wasn't fundamentally the -- our charge from City
4   Council and what we set out to do with this report.
5              We set out to understand the way in which
6   the department organized its response to the protests and
7   the policy framework that the department was operating
8   within and identify weaknesses or deficiencies that may
9   have contributed to some of the problems and challenges
10  that we observed during the protests.
11             And I think we -- there may have been
12  issues that we were not able to address, but I think that
13  we invested sufficient time to analyze many of the issues
14  that came up as we conducted the investigation.  There
15  was a whole separate process involving Internal Affairs
16  investigations that were opened to evaluate the conduct
17  of officers in individual incidents.
18             And while we also invested a tremendous
19  amount of time into overseeing those investigations, much
20  of that work is not reflected in the report that you've
21  marked as Exhibit 1 here.
22       Q.   Understood.
23             So as part of this report, you made a
24  number of conclusions and recommendations, correct?
25       A.   Yes.

Page 147

1     A.    I think it sounds accurate to say that to
2  the extent there were constitutional violations alleged
3  in this lawsuit, those are kind of jury questions.  Those
4  are not the questions that we were attempting to analyze
5  or resolve in that report.
6     Q.    Well, more broadly, separate from this
7  lawsuit, you weren't attempting to analyze whether
8  anyone's constitutional rights were violated by the Denver
9  Police Department as part of the George Floyd protests
10 response in your report, right?
11    A.    Not in the report, though certainly
12 in -- as I mentioned earlier, there was, you know, north
13 of 100 Internal Affairs investigations opened in response
14 to allegations of inappropriate force.  And we did, in
15 the context of all of that work, which we were doing
16 simultaneously as we were doing this investigation, we
17 were concerned with and looking at potential violations
18 of policy or potential constitutional violations that
19 arose in connection with individual incidents.
20          So for me, since I was doing both things
21 at the same time, they blend together a little bit.  But
22 in the report, I agree with you, those were not the
23 questions that we were evaluating.
24    Q.    Okay.  And someone in the Denver Police
25 Department is disciplined not because they violate