**IN THE UNITED STATES DISTRICT COURT**
**OF THE DISTRICT COURT OF COLORADO**

Civil Action Nos. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

_____

**ENTRY OF APPEARANCE**
_____

    Brian Williams of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), hereby enters his appearance on behalf of Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zach Packard, Hollis Lyman and Stanford Smith. The undersigned's firm name, office address, telephone number, and primary CM/ECF email address are set forth in the signature block below, and the undersigned hereby certifies that he is a member in good standing of the bar of this Court.

Dated: February 15, 2022

Respectfully submitted,

By: */s/ Brian M. Williams*
    Brian M. Williams
    Arnold & Porter Kaye Scholer, LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    brian.williams@arnoldporter.com

*Counsel for Epps Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on February 15, 2022, I served via CM/ECF the foregoing **ENTRY OF APPEARANCE** on all counsel of record.

                                                  */s/ Tanya D. Huffaker*