IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE – ROBERT A. WEINER

Robert A. Weiner, Esq., of Hall & Evans, LLC, enters his appearance on behalf of the Denver Defendants.

DATED and respectfully submitted this 18th day of February, 2022.

*s/ Robert A. Weiner*

| | |
|---|---|
| Andrew D. Ringel, Esq. | Hollie R. Birkholz, Assistant City Attorney |
| Katherine N. Hoffman, Esq. | Lindsay M. Jordan, Assistant City Attorney |
| Robert A. Weiner, Esq. | Denver City Attorney's Office |
| Hall & Evans, LLC | Civil Litigation Section |
| 1001 17th Street, Suite 300 | 201 West Colfax Ave., Dept. 1108 |
| Denver, CO 80202 | Denver, Colorado 80202 |
| Telephone: (303) 628-3300 | Telephone: (720) 913-3100 |
| Facsimile: (303) 628-3368 | Facsimile: (720) 913-3155 |
| E-mail: ringela@hallevans.com | Email: hollie.birkholz@denvergov.org |
| hoffmank@hallevans.com | lindsay.jordan@denvergov.org |
| weinerr@hallevans.com | |

*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

# CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 18th day of February, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

In addition, the foregoing was placed in the United States Mail, first-class postage prepaid and addressed to the following non-CM/ECF participant:

Cidney Fisk
5100 Leetsdale Dr., Apt. 438
Denver, Colorado 80246

and

Cidney Fisk
14362 E. Road
Delta, Colorado 81416

*s/Cindy Blanton, Legal Assistant*
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Robert A. Weiner, Esq.
of Hall & Evans, LLC
1001 17th Street, Suite 300
Denver, CO 80202
Phone: 303-628-3300
Fax: 303-628-3368
ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com

**ATTORNEYS FOR DENVER DEFENDANTS**