



**Denver Police Department**
Internal Affairs Bureau

1331 Cherokee St.
Denver, CO 80204
p: 720.913.6019
f: 720.913.7042
www.denvergov.org/police

09-16-2020

RE: IAB Case Number P2020-0150

Dear ███,

Your complaint was received by the Denver Police Internal Affairs Bureau on June 8, 2020 and assigned to Sergeant James Dixon for follow-up investigation.

In your complaint you state that while sitting in a fenced in yard, of a private residence, around 14th and Pennsylvania, a police vehicle drove past and fired pepper ball rounds at you and some other persons with you, and deployed a Flash Bang. There were no injuries.

This case has been fully investigated and based on the following facts; this case has been declined for further disciplinary review.

- Sergeant Dixon interviewed you in relation to these allegations. Initially, you explained that in the evening hours of May 30th, into the morning of the 31st, a large white Denver Police Expedition, with the word POILCE written on the side, drove past the location where you were seated and fired "pepper rounds" at you and some friends. You stated that the vehicle never stopped, but continued to drive down the street as the officers firing hung out of the rear driver side window. You stated that you tried to get into the residence as the officers continued to fire rounds at you, and into the residence. At that point, you explained that the officers set off a "flash grenade" in the yard.

- Sergeant Dixon has reviewed all of the available video footage from the HALO system at and around the time of this alleged event. Sergeant Dixon covered a time span from 2300 hours on 05-30-2020 through 0140 hours on 05-31-2020 using the location of Colfax and Pennsylvania. Sergeant Dixon was unable to locate any footage consistent with the communicated scenario. Sergeant Dixon visited the area and attempted to locate any privately-owned video. There was no video footage of this incident.

- Sergeant Dixon then re-contacted you and explained that there was no evidence to support this event and asked for some clarification. You returned a call to Sergeant Dixon and changed the description of the police vehicle. You now explained that the vehicle was not white, instead, it was a black Police cruiser. You also changed the style of the vehicle to the smaller, Explorer.

- The Denver Police Department does not utilize black Explorer styled police cruisers. In addition, the rear portion of the Explorers are "caged", preventing the rear occupants from escaping or accessing the exterior environment. Thus, also denying an occupant any ability to fire pepper ball rounds or deploy flash bangs, from the rear driver or passenger side of the vehicle.

- Due to the inability to identify officers, no further disciplinary review of this matter is possible. We appreciate your information and regret that a more comprehensive outcome is not possible; however, a general review of allegations of misconduct associated with the protests and the tactics police officers used will be conducted by the Office of the Independent monitor and your complaint will be forwarded for that review.  In the future, if you are willing to provide additional information that would aid in the identification of the involved officers; please contact the Denver Police Internal Affairs Bureau at (720) 913-6019 so that we may reinitiate our investigation of your complaint.

If you have further questions, comments, or concerns, feel free to contact the Office of Independent Monitor at 720-913-3306.

Sincerely,

Megan Dodge, Commander
Internal Affairs Bureau