IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: February 23, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Sarah Mitchell |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *R. Reeves Anderson* |
| | *Matthew Douglas* |
| | *Timothy Macdonald* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

**COURTROOM MINUTES**

**TELEPHONE DISCOVERY CONFERENCE**

Court in Session: 9:01 a.m.

Appearance of counsel.

Discussion held on recent rulings and pending motions.

**ORDERED:** [169] Defendant's Motion to Preclude Former Independent Monitor Nicholas E. Mitchell as a witness is DENIED.

[244] Plaintiffs' Motion to Limit the Expert Opinion Testimony of Mr. Steve Ijames is DENIED.

**ORDERED:** **[245] Plaintiffs' Motion to Limit the Expert Opinion Testimony of Josh Garcia is DENIED.**

**[246] Plaintiffs' Motions *in Limine* are found moot in part, granted in part and denied in part as outlined on the record.**

**[252] Plaintiffs' Motion to Bar Testimony from Marc Sears and Jason Petrucelli (Aurora Defendants' Non-Retained Experts) is TAKEN UNDER ADVISEMENT with the Court's inclination to deny the motion.**

Discussion held on the plaintiff Cidney Fisk who is not represented by counsel.

Discussion held on jury questionnaire.

Parties are limited to four two-minute mini-statements.

Discussion held on deposition designations.

Discussion held on exhibits.

Argument given on using excerpts from 30(b)(6) depositions.

**ORDERED:** **Plaintiffs are allowed to use excerpts from 30(b)(6) in a limited manner, as outlined on the record.**

Argument given on using depositions of officers as managing agents, no ruling given at this time.

Argument given on issue as to Officer Christian and not violating policy by not writing a report, no ruling given at this time.

Argument given on Office of Independent Monitor written report, no ruling given at this time.

Argument given on number of witnesses.

**10:49 a.m.**     **Court in recess.**
**11:05 a.m.**     **Court in session.**

Jury instructions reviewed and ruled upon as stated on the record.

Court in Recess:  12:37 p.m.          Hearing concluded.          Total time in Court:  03:20