## OPT-OUT AFFIDAVIT OF *ASA BRIGGS*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF GA )
) ss.
COUNTY OF Fulton )

I, Asa Briggs, of 2788 Defoors Ferry RD NW, 30318, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like to my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, Asa Briggs, in Atlanta, State of Ga, this 17 day of Feb, 2022.

My commission expires 12/2/2022
Witness my hand and official seal.

_____
Notary Public

Deeshannon Nekola Johnson
NOTARY PUBLIC
Fulton County, GEORGIA
My Commission Expires 12/02/2022

EXHIBIT 6 PAGE 1

## OPT-OUT AFFIDAVIT OF *LILY KNOWLES*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF COLORADO )
) ss.
COUNTY OF ARAPAHOE )

I, Lily Knowles, of 5173 Ute Rd Indian Hills CO, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like to my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, LILY KNOWLES, in ENGLEWOOD, State of COLORADO, this 17 day of FEBRUARY, 2022.

My commission expires 01/11/2026.
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 2

## OPT-OUT AFFIDAVIT OF *RYAN JON PFLANZER*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF COLORADO )
) ss.
COUNTY OF ARAPAHOE )

I, RYAN JON PFLANZER, of 1205 WASHINGTON #209 DENVER, CO being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like to my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, RYAN PFLANZER, in ENGLEWOOD, State of COLORADO, this 17 day of FEBRUARY, 2022.

My commission expires 01/11/2026.
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 3

## OPT-OUT AFFIDAVIT OF *GREGORY TRICKEL*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF Colorado )
) ss.
COUNTY OF Arapahoe )

I, G. Collin Trickel, of 631 S. Arbutus St. Lakewood CO 80228
being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like to my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT,

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, Collin Trickel, in Englewood, State of Colorado, this 17 day of February, 2022.

My commission expires 01/11/2026.
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 4

## OPT-OUT AFFIDAVIT OF *DANIEL DELANY*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF __Colorado__     )
                                   ) ss.
COUNTY OF __Arapahoe__  )

I, __Daniel Delany__, of __28 Pine Brook Rd, Boulder, Co, 80324__ being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like to my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, __DANIEL DELANY__, in __ENGLEWOOD__, State of __COLORADO__, this __18__ day of __FEBRUARY__, 2022.

My commission expires __01/11/2026__.
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 5

## OPT-OUT AFFIDAVIT OF *JOHN CAMERON*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF COLORADO )
) ss.
COUNTY OF ARAPAHOE )

I, JOHN CAMERON, of 3241 YORK ST, DENVER, CO being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, John Cameron, in Arapahoe, State of Colorado, this 21 day of February, 2022.

My commission expires 01/11/2026.
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 6

## OPT-OUT AFFIDAVIT OF *CODY SCHMITT*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF Colorado )
) ss.
COUNTY OF Arapahoe )

I, Cody Schmitt, of 3845 Gardenwall Ct. Fort Collins, CO, 80524, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02477-DDD-KLM, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, CODY SCHMITT, in Englewood, State of Colorado, this 21 day of February, 2022.

My commission expires 01/11/2026.
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 7

# OPT-OUT AFFIDAVIT OF *SABLE SPOTTSWOOD*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF __TEXAS__ )
) ss.
COUNTY OF __TARRANT__ )

I, __Sable Spottswood__, of __1800 Skyline Dr.__, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, __SABLE SPITTSWOOD__, in __ARLINGTON__, State of __TEXAS__, this __21__ day of __FEB__, 2022.

My commission expires __3/19/2025__.
Witness my hand and official seal.

MISTY R. GARCIA
Notary Public, State of Texas
Comm. Expires 03-19-2025
Notary ID 132985484

_____
Notary Public

EXHIBIT 6 PAGE 8

## OPT-OUT AFFIDAVIT OF *JAMES SWEETMAN*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF Colorado )
) ss.
COUNTY OF Arapahoe )

I, James Sweetman, of 4209 S Granby Way Apt. E, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, James Sweetman, in Englewood, State of Colorado, this 21 day of February, 2022.

My commission expires 01/11/2026
Witness my hand and official seal.

BRIAN MICHAEL MCCOY
NOTARY PUBLIC
State of Colorado
Notary ID # 20224001461
My Commission Expires 01/11/2026

_____
Notary Public

EXHIBIT 6 PAGE 9

## OPT-OUT AFFIDAVIT OF JONATHAN ZIEGLER

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF  TEXAS  )
                 ) ss.
COUNTY OF TARRANT )

I, Jonathan Ziegler, of 1800 Skyline Drive, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

_____
Signature of Affiant

Subscribed and sworn to before me by the affiant, Jonathan Ziegler in Arlington, State of Texas, this 21 day of Feb, 2022.

My commission expires 3/19/2025.
Witness my hand and official seal.

_____
Notary Public

MISTY R. GARCIA
Notary Public, State of Texas
Comm. Expires 03-19-2025
Notary ID 132985484

EXHIBIT 6 PAGE 10

## VERIFICATION

I, David Seaver, of Playa El Tunco km 42 1/2, El Tunco El Salvador, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

_David Seaver (Feb 23, 2022 13:12 CST)_
David Seaver

Feb 23, 2022
Date

EXHIBIT 6 PAGE 11

# Verification for Signature
Final Audit Report                                                                 2022-02-23

| | |
|---|---|
| Created: | 2022-02-23 |
| By: | Carly Kelley (carly@baumgartnerlaw.com) |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAjgp6wbTuWsx6cluxxy8wXWIMN-rOjzws |

## "Verification for Signature" History

- Document created by Carly Kelley (carly@baumgartnerlaw.com)
  2022-02-23 - 7:09:45 PM GMT- IP address: 71.205.106.41

- Document emailed to David Seaver (vidoseaver@gmail.com) for signature
  2022-02-23 - 7:10:09 PM GMT

- Email viewed by David Seaver (vidoseaver@gmail.com)
  2022-02-23 - 7:11:38 PM GMT- IP address: 66.249.83.43

- Document e-signed by David Seaver (vidoseaver@gmail.com)
  Signature Date: 2022-02-23 - 7:12:10 PM GMT - Time Source: server- IP address: 190.87.166.74

- Agreement completed.
  2022-02-23 - 7:12:10 PM GMT



Adobe Sign

EXHIBIT 6 PAGE 12

## OPT-OUT AFFIDAVIT OF *BENJAMIN BIALY*

RE: Opt-Out of Class Membership in 1:20-cv-01878-RBJ

STATE OF Colorado )
) ss.
COUNTY OF Arapahoe )

I, Benjamin Bialy, of 15438 East Dorado Place, Centennial Colorado 80015, being of lawful age and first duly sworn, state the following:

1. I am aware of the Class Action Lawsuit known as *Elizabeth Epps, et al. v. City and County of Denver, et al.*, 1:20-cv-01878-RBJ (consolidated with *Fitouri, et al. v. City and County of Denver, et al.*, 1:20-cv-01922-RBJ-MEH) in the Federal District Court of Colorado, which is being prosecuted by the law firm Lovey and Lovey, P.C., and involves claims against the City and County of Denver related to curfew violations.

2. Before I had any knowledge or notice of the Class Action Lawsuit, I was already represented by attorneys of the law firms, Baumgartner Law, LLC, and Beem & Isley, P.C.

3. My attorneys have filed a lawsuit on my behalf, known as *Rebecca Agwu, et al. v. City and County of Denver, et al.*, 1:21-cv-02478-RBJ, that involves similar claims.

4. I voluntarily request to be excluded as a class member in the Class Action Lawsuit (referred to as *Epps* and/or *Fitouri*), and I would like my attorneys to continue representing me on all claims in the *Agwu* lawsuit.

FURTHER, AFFIANT SAYETH NAUGHT.

Benjamin Bialy
Signature of Affiant

Subscribed and sworn to before me by the affiant, Benjamin Bialy, in Arapahoe County, State of Colorado, this 28th day of February, 2022.

My commission expires 01/20/2026.
Witness my hand and official seal.

Notary Public

NORA LIVINGSTON
Notary Public
State of Colorado
Notary ID # 20224002872
My Commission Expires 01-20-2026

EXHIBIT 6 PAGE 13