## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3000 | | CAD Reports from 05.28.2020, DEN00002028-2063 | | | | |
| 3001 | | CAD Report from 05.31.2020, DEN2064-2077 | | | | |
| 3002 | | CAD Report from 06.01.2020, DEN2093-2105 | | | | |
| 3003 | | CAD Report from 06.02.2020, DEN2078-2092 | | | | |
| 3004 | | *Exhibit Withdrawn* | | | | |
| 3005 | | DPD BWC – McDermott DEN4031 (14th & Sherman, 5.28.2020) | | | | |
| 3006 | | *Exhibit Withdrawn* | | | | |
| 3007 | | Officer Statements of Jonathan Christian, DEN002851-2853; Deposition Exhibit 5; DEN006061 | | | | |
| 3008 | | DPD Operations Plan for George Floyd Protest 5/29/2020, DEN 11046-11057 | | | | |
| 3009 | | Safariland Training Group – Chemical Agents Instructor Course DEN117-234 | | | | |
| 3010 | | DPD Training Bulletin – First Amendment Considerations, DEN1912-1915 | | | | |

**PAGE NO. 1**

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3011 | | 40mm and PepperBall Operator Certification – full day course PDF, DEN 011571-011689 | | | | |
| 3012 | | Photos of damage to property, DEN032313-032523 | | | | |
| 3013 | | Plaintiffs' Media Files provided by Cidney Fisk, DEN032524 | | | | |
| 3014 | | Plaintiffs' Information, DEN032525-032665 | | | | |
| 3015 | | Crime Reports Log during protest, DEN032666-032667 | | | | |
| 3016 | | Damaged Property Data, DEN032668-032669 | | | | |
| 3017 | | DPD Officers' Injuries Table, DEN032670-032673 | | | | |
| 3018 | | DPD Officers' Injuries, DEN032674-032678 | | | | |
| 3019 | | Protest Expenses, DEN032679-032682 | | | | |
| 3020 | | Calls during Protest, DEN032683-032690 | | | | |
| 3021 | | Reported Crimes during Protests, DEN032691-032697 | | | | |

**DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3022 | | Summary Report of DPD injuries during protest, DEN032701-032711 | | | | |
| 3023 | | HALO Footage May 28, 2020, DEN3844 | | | | **Ps 529=DEN3846**<br>**Ps 530=DEN3847**<br>**Ps 531=DEN3848**<br>**Ps 532=DEN4850** |
| 3023a | | HALO Footage May 28, 2020, DEN3845 | | | | |
| 3023b | | HALO Footage May 28, 2020, DEN3849 | | | | |
| 3023c | | HALO Footage May 28, 2020 - DEN15727 | | | | |
| 3024 | | HALO Footage May 29, 2020, DEN3855 | | | | **Ps #533=DEN3851**<br>**Ps 534=DEN3852**<br>**Ps 535=DEN3853**<br>**Ps 536=DEN3854**<br>**Ps 537=DEN3857**<br>**Ps 538=DEN3858**<br>**Ps 539=DEN3859**<br>**Ps 815=DEN15732** |
| 3024a | | HALO Footage May 29, 2020, DEN 3856 | | | | |
| 3024b | | HALO Footage May 29, 2020, DEN 3860 | | | | |
| 3024c | | HALO Footage May 29, 2020, DEN15728 | | | | |
| 3024d | | HALO Footage May 29, 2020 - DEN15729 | | | | |
| 3024e | | HALO Footage May 29, 2020, DEN15730 | | | | |
| 3024f | | HALO Footage May 29, 2020, 15731 | | | | |
| 3024g | | HALO Footage May 29, 2020, DEN 15732 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3024h | | HALO Footage May 29, 2020, DEN 15733 | | | | |
| 3024i | | HALO Footage May 29, 2020, DEN 15734 | | | | |
| 3024j | | HALO Footage May 29, 2020, DEN15746 | | | | |
| 3024k | | HALO Footage May 29, 2020, DEN 15747 | | | | |
| 3024l | | HALO Footage May 29, 2020, DEN 15748 | | | | |
| 3025 | | HALO Footage May 30, 2020, DEN3863 | | | | **Ps #540=DEN3861** <br> **Ps 541=DEN3862** <br> **Ps 542=DEN3864** <br> **543=DEN3865** <br> **816=DEN15740** |
| 3025a | | HALO Footage May 30, 3866 | | | | |
| 3025b | | HALO Footage May 30, 3867 | | | | |
| 3025c | | HALO Footage May 30, 3868 | | | | |
| 3025d | | HALO Footage May 30, 3869 | | | | |
| 3025e | | HALO Footage May 30, 3870 | | | | |
| 3025f | | HALO Footage May 30, DEN15735 | | | | |
| 3025g | | HALO Footage May 30, DEN15736 | | | | |
| 3025h | | HALO Footage May 30, DEN15737 | | | | |
| 3025i | | HALO Footage May 30, DEN15738 | | | | |
| 3025j | | HALO Footage May 30, DEN15739 | | | | |
| 3025k | | HALO Footage May 30, DEN15740 | | | | |
| 3025l | | HALO Footage May 30, DEN15741 | | | | |
| 3025m | | HALO Footage May 30, DEN15742 | | | | |
| 3025n | | HALO Footage May 30, DEN15743 | | | | |
| 3025o | | HALO Footage May 30, DEN15744 | | | | |
| 3025p | | HALO Footage May 30, DEN15749 | | | | |
| 3026 | | HALO Footage May 31, 2020, DEN3875 | | | | **Ps 544=DEN3871** |

**DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  | **Ps 545=DEN3872** <br> **Ps 546=DEN3873** <br> **Ps 547=DEN3874** <br> **Ps 548=DEN3876** <br> **Ps 549=DEN3878** |
| 3026a |  | HALO Footage May 31, 2020, DEN 3877 |  |  |  |  |
| 3026b |  | HALO Footage May 31, 2020, DEN3879 |  |  |  |  |
| 3027 |  | HALO Footage June 2, 2020, DEN3882 |  |  |  |  |
| 3028 |  | HALO Footage June 3, 2020, DEN3883-3885 |  |  |  |  |
| 3028a |  | HALO Footage June 3, 2020, DEN3884 |  |  |  |  |
| 3028b |  | HALO Footage June 3, 2020, DEN3885 |  |  |  |  |
| 3029 |  | GO Report 20-335686, DEN032714-033438 |  |  |  |  |
| 3030 |  | 5/31/2020 Dispersal Order BWC, DEN031587 |  |  |  |  |
| 3031 |  | Protests and Curfew related arrests 5/28/20-6/1/20, DEN0009641-009657 |  |  |  |  |
| 3032 |  | Colorado Education Association Parking Lot Video Fitouri 12185 |  |  |  |  |
| 3033 |  | Officer Injury Photos (DEN32302-32312 & DEN33439-33511) |  |  |  |  |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3034 | | ***EXHIBIT WITHDRAWN*** | | | | |
| 3035 | | Downton Denver Business Improvement District - Summary of Protest Damage, DEN009737-009740 | | | | |
| 3036 | | Downton Denver Partnership - Log of damages, DEN009741-009761 | | | | |
| 3037 | | Downtown Denver Partnership - Log of Damages, DEN009762-009842 | | | | |
| 3038 | | 6/7/20 Email re: City damages and WC claims due to protests, DEN009858 | | | | |
| 3039 | | City Property Damage Report, DEN009859 | | | | |
| 3040 | | Protests Claims and Incidents monetary value, DEN009860 | | | | |
| 3041 | | Chemical Agent timeline sheet 5/29/2020, DEN 4938 | | | | |
| 3042 | | 40 MM discharge charts for 05.28.2020, DEN 4911 | | | | |
| 3043 | | 40 MM discharge charts for 05.29.2020, DEN4912 | | | | |

**PAGE NO. 6**

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3044 | | 40 MM discharge charts for 05.30.2020, DEN4913-4914 | | | | |
| 3045 | | 40 MM discharge charts for 05.31.2020, DEN4915 | | | | |
| 3046 | | Denver Fire Department Fire Response Report for 05.28.2020 at Colfax and Broadway, DEN4255-4257 | | | | |
| 3047 | | Denver Fire Department Fire Response Report for 05.29.2020 on Colfax, DEN4259-4261 | | | | |
| 3048 | | Denver Fire Department Fire Response Report for 05.29.2020 at 14th and Broadway, DEN4263-4265 | | | | |
| 3049 | | Denver Fire Department Fire Response Report for 05.30.2020 at Colfax and Broadway, DEN4267-4269 | | | | |
| 3050 | | Denver Fire Department Fire Response Report for 05.30.2020 at 14th and Bannock, DEN4271-4273 | | | | |
| 3051 | | Denver Fire Department Fire Response Report for 05.30.2020 at Colfax and Broadway, DEN4276-4278 | | | | |
| 3052 | | Phone camera footage, internal correspondence, IAB complaint from 3rd party, DEN 4254, 4253-4256, 4249-4252, 4248-4254, 4243 | | | | **Ps #631= contains DEN4248** |
| 3053 | | Text Messages for Lieutenant Williams from 5/30/20-6/2/20. Also includes photos of damaged DPD vehicle, DEN14802-14918 | | | | |
| 3054 | | Video of Protesters on Interstate 25 Fitouri17708 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3055 | | Video from Pedestrian Bridge over Interstate 25 Fitouri000241 | | | | |
| 3056 | | Photographs, DEN 16269-16275 | | | | |
| 3057 | | Google Maps, Deposition Exhibit B – Blasingame | | | | |
| 3058 | | Google Map of areas | | | | |
| 3059 | | Text Message with Alyssha re glasses BLM 1081 (Hollis) | | | | |
| 3060 | | Text Message with Alyssha re MA degrees and research, BLM 1091 (Hollis) | | | | |
| 3061 | | May 31, 2020 text message to Mama re: cops keeping their distance, BLM 1095 (Hollis) | | | | |
| 3062 | | June 2, 2020 text message to Mama re: trying to decide what next steps should be – BLM 1097 (Hollis) | | | | |
| 3063 | | ***Exhibit Withdrawn – Duplicates*** | | | | **Pls # 106=BLM1009 Ps 107=BLM1010 Ps 62=BLM 16(?)** |
| 3064 | | Email RE importance to complete Use of Force Reports for each date 5/28/20-5/31/20, DEN011211-011212 | | | | |
| 3065 | | Email RE deadline for Reports, DEN011216-011220 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3066 | | *Exhibit Withdrawn* | | | | |
| 3067 | | Chemical Munitions/Protest Timeline Email that goes along with timeline, DEN011222-011224 | | | | |
| 3068 | | Table of DPD personnel injured, DEN011230-011231 | | | | |
| 3069 | | Email RE Officer Injuries, DEN011292 | | | | |
| 3070 | | DPD TeleStaff- Daily Detail Report for 05.30.2020, DEN011350-011355 | | | | |
| 3071 | | Agency Incident Report Agency Incident No. DPD-20-0332214 for 05.28.2020, DEN011356-011364 | | | | |
| 3072 | | AAR Report for 5/30/20, DEN011404-011407 | | | | |
| 3073 | | Incident Detail Report dated 5/30/20, DEN 011427-011430 | | | | |
| 3074 | | Email from Robert Wyckoff regarding cancelled day off for certain teams, DEN011433-011436 | | | | |
| 3075 | | Spreadsheet of 72 officers who were injured during protest and accompanying email, DEN011453-011454 | | | | |
| 3076 | | Spreadsheet with Roster of DPD on duty, DEN011470—011471 | | | | |
| 3077 | | DPD Telestaff – Daily Detail Report, DEN011482-011488 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3078 | | Agency Incident Report Agency Incident No. DPD-20-0332215 for 05.29.2020, DEN011489-011491 | | | | |
| 3079 | | DPD Telestaff – Daily Detail Report for 05.30.2020, DEN 011544-011550 | | | | |
| 3080 | | Agency Incident Report Agency Incident No. DPD-20-0334340 for 05.30.2020, DEN 011551-011553 | | | | |
| 3081 | | Agency Incident Report Agency Incident No. DPD-20-0336556 for 05.31.2020, DEN011558-011560 | | | | |
| 3082 | | DPD Telestaff – Daily Detail Report for 05.30.2020, DEN011565-011570 | | | | |
| 3083 | | DRMC Section 2-98 | | | | |
| 3084 | | Colorado State Patrol Video Footage for May 28, 2020 | | | | |
| 3085 | | Colorado State Patrol Video Footage for May 29, 2020, DEN003841 | | | | |
| 3086 | | Colorado State Patrol Video Footage for May 30, 2020 | | | | |
| 3087 | | Colorado State Patrol Video Footage for May 31, 2020, DEN003843 | | | | |
| 3088 | | Colorado State Patrol Video Footage for June 1, 2020 | | | | |
| 3089 | | Colorado State Patrol Video Footage for June 2, 2020 | | | | |
| 3090 | | Colorado State Police Video: 05282020 v29 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

CASE NO.: 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

CASE CAPTION: *Epps, et al., v. City and County of Denver, et al*.

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3091 |  | Photographs of damage to Jefferson Country Regional SWAT vehicle JCSO000068, 172, 182, 000185-000186, 188 |  |  |  |  |
| 3092 |  | 06/02 – AirOne., DEN 3919 – 3924 |  |  |  |  |
| 3093 |  | *Exhibit Withdrawn* |  |  |  |  |
| 3094 |  | BWC 05.28.20 – Platte, DEN 3893, 94, 95, 96, 97, 99, 3900, 3901 – 3904; 3906-09 |  |  |  | **Ps 557=DEN3898<br>Ps 558=DEN3905<br>Ps 559=DEN3910<br>Ps 560=DEN3911** |
| 3095 |  | BWC 05.28.20 – 14th/Logan, DEN 4019 – 4020 |  |  |  |  |
| 3096 |  | BWC 05.28.20 – Colfax/Washington, DEN4046, 4048, 4053-4058, 4060-4064, 4066-4069, 471, 4073, 4074, 4076, 4077, 4079-4085 |  |  |  | **See Ps 576-591** |
| 3097 |  | *Exhibit Withdrawn* |  |  |  |  |
| 3098 |  | BWC – DEN8051 – 8061 |  |  |  | **Ps 756=8056** |
| 3099 |  | BWC – 40 mm Officers, DEN 8062 – 8070 |  |  |  |  |
| 3100 |  | Aurora Police Department Incident Report case summary, COAEPP 22 |  |  |  |  |
| 3101 |  | Video footage from the Colfax and Washington intersection and the Colfax and Pearl intersection |  |  |  |  |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| | | the evening of May 31, 2020, labeled JCSO 1164-1165 | | | | |
| 3102 | | Video Footage from Jefferson County, JCSO000002 | | | | |
| 3103 | | Mutual Aid, DEN9017 – 9026 | | | | |
| 3104 | | Officer Statement of Keith Valentine, DEN 3011 - 3012 | | | | |
| 3105 | | Claire's journal pages, Fitouri 22825-22835 | | | | |
| 3106 | | Photographs taken by Plaintiffs of blocking traffic, Fitouri 10962, 10963 and 10971 | | | | |
| 3107 | | Photograph displaying destruction to businesses, Fitouri 11138, 17855, 17875 | | | | |
| 3108 | | Dumpster Fire Photographs taken by Plaintiffs, Fitouri 10980, 17845 | | | | |
| 3109 | | Photograph displaying people on highways, Fitouri 232, 240 | | | | |
| 3110 | | Officer Statement of Briana Cordova, DEN006163-6164 | | | | |
| 3111 | | Officer Statement of Tyler Danielson, DEN003312 | | | | |
| 3112 | | Photograph produced by Plaintiffs, BLM 51 | | | | |
| 3113 | | Sannier Photo, Fitouri 17860 | | | | |
| 3114 | | Officer Statements of Kenneth D. Chavez, DEN 3298-3299; DEN 3090-3091 | | | | |
| 3115 | | Statement of Ben Longoria, DEN002918 – 2919; DEN003131; 3365; 3617; 3766 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3116 | | Officer Statement of James D. Williams, DEN 3830 - 3839 | | | | |
| 3117 | | COABLM 237_Campbell, Matthew_2020-05-30_19-25-40.AVI | | | | |
| 3118 | | COABLM 256_Dyer, Lance_2020-05-30_19-15-03.AVI | | | | |
| 3119 | | COABLM 269_Fox, Rhett_2020-05-30_20-09-19.AVI | | | | |
| 3120 | | COABLM 274_Maksyn, Brent_2020-05-30_15-25-40.AVI | | | | |
| 3121 | | COABLM 302_Rosenblatt, Jason_2020-05-30_23-54-10.AVI | | | | |
| 3122 | | COABLM 303_Rosenblatt, Jason_2020-05-30_22-48-08.AVI | | | | |
| 3123 | | COABLM 540_Wilson, Nicholas_2020-05-31_22-49-37.AVI | | | | |
| 3124 | | Denver Maps | | | | |
| 3125 | | Officer Statements of Greg Dulayev, DEN13613-13614 | | | | |
| 3126 | | Officer Statements of Nathaniel Trobee, DEN13604 - 13607 | | | | |
| 3127 | | Officer Statements of Wednesday Avedisian, DEN13319 – 13322; 13517 – 13520; 13858 - 13861 | | | | |
| 3128 | | Officer Statements of Jacob Vaporis, DEN013166 – 13167; 13485 – 13486; 13800 – 13803; 14272 - 14273 | | | | |

## DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3129 | | Supplemental report of Stephen Redfearn, DEN8933 - 8934 | | | | |
| 3130 | | Officer Statements of Eric Gray, DEN14590-14591; DEN14656-14657; 14686-14689; 14742-14745; 14558 - 14559 | | | | |
| 3131 | | COABLM 344_Woodyard, Nathan_2020-05-30_17-35-06 | | | | |
| 3132 | | BLAKESLY_Colfax_and_Broadway, DEN004167 | | | | |
| 3133 | | May 30, 2020 – Hoffecker Body Cam, DEN4237 | | | | |
| 3134 | | May 30 BWC – Jossi_Protest-2, DEN5036 | | | | |
| 3135 | | BURKIN_Protest-5, DEN5005 | | | | |
| 3136 | | CARMODY_Riot 6 – BWC, DEN5012 | | | | |
| 3137 | | Grove_Riot 5, DEN 5026 | | | | |
| 3138 | | Grove_Riot , DEN 5027 | | | | |
| 3139 | | Denver Police Department General Offense Report, Fitouri 007710 | | | | |
| 3140 | | Denver Police Department Arrest Citation, Fitouri 003920 | | | | |
| 3141 | | Photograph of Broken Car windows at Capitol, Fitouri0011081 | | | | |
| 3142 | | Jeff Co Statement of Hamilton, DEN 9051-9054 | | | | |
| 3143 | | Written Discovery Responses | | | | |
| 3144 | | All deposition exhibits | | | | |
| 3145 | | Any exhibit disclosed or listed by any other party | | | | |

**DENVER DEFENDANTS THIRD SUPPLEMENTAL EXHIBIT LIST**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al*.

| NUMBER | OFF. PARTY | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|---|
| 3146 | | Any video produced through discovery or deposition (We will continue to narrow the video we potentially intend to use at trial). | | | | |
| 3147 | | Any exhibit necessary for the purposes of impeachment or rebuttal | | | | |
| 3148 | | Any remainder of any exhibit introduced by any other party pursuant to Fed. R. Evid. 106 | | | | |

PAGE NO. 15