IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## DENVER DEFENDANTS' THIRD AMENDED WITNESS LIST

Defendants City and County of Denver, Officer Jonathan Christian, and Officer Keith Valentine (collectively referred to as "Denver Defendants"), by and through their attorneys, hereby submit this Witness List for the trial scheduled to begin March 7, 2022.

### I.   NON-EXPERT WITNESSES

**A.   Will Call Non-Expert Witnesses:**

1. Commander (Ret.) Patrick Phelan. Estimated time for direct examination: 2.5 hours.

2. Division Chief Ron Thomas. Estimated time for direct examination: 2.0 hours.

3. Commander Michael O'Donnell. Estimated time for direct examination: 2.0 hours.

4. Sergeant Eric Knutson. Estimated time for direct examination: 1.0 to 1.5 hours.

5. Technician Ryan Grothe. Estimated time for direct examination: 1.0 to 1.5 hours.

6. Lieutenant Thomas Pine. Estimated time for direct examination: 1.0 to 1.5 hours.

7. Lieutenant Vincent Porter. Estimated time for direct examination: 1.0 to 1.5 hours.

8. Lieutenant Matthew Canino. Estimated time for examination: 1.0 to 1.5 hours.

9. Sgt. Robert Parsons.  Estimated time for direct examination: 45 min.

10. Matt Woods. Estimated time for direct examination: 45 min

11. Officer Tana Cunningham. Estimated time for direct examination: 2.0 hour.

12. Lt. Patrick Shaker, Aurora Police Department.  Estimated time for direct examination 1.0 hours.

13. Sgt. Anthony Hamilton, Jefferson County Sherriff's Office.  Estimated time for direct examination 1.0 hours.

B.     **May Call Non-Expert Witnesses**

1. Officer  Keith Valentine.  Estimated time for direct examination: 1.0 hour.

2. Officer Johnathan Christian. Estimated time for direct examination: 1.0 hour.

3. Officer Kenneth Chavez. Estimated time for direct examination: 1.0 hour.

4. Lieutenant James D. Williams. Estimated time for direct examination: 1.0 hour.

5. Lieutenant Kevin Carroll. Estimated time for direct examination: 1.0 hour.

6. Commander Hans Levens. Estimated time for direct examination: 2.0 hours.

7. Lt Aaron Sanchez. Estimated time for direct examination: 45 min

8. Elisabeth Epps. Estimated time for cross-examination: 2.0 hours.

9. Ashlee Wedgeworth. Estimated time for cross-examination: 1.5 hours.

10. Amanda Blasingame. Estimated time for cross-examination: 2.0 hours.

11. Maya Rothlein. Estimated time for cross-examination: 2.0 hours.

12. Zach Packard. Estimated time for cross-examination: 1.0 hours.

13. Hollis Lyman. Estimated time for cross-examination: 2.0 hours.

14. Cidney Fisk. Estimated time for cross-examination: 1.0 hours.

15. Stanford Smith. Estimated time for cross-examination: 1.0 hours.

16. Sara Fitouri. Estimated time for cross-examination: 2.0 hours.

17. Jacquelyn Parkins. Estimated time for cross-examination: 2.0 hours.

18. Kelsey Taylor. Estimated time for cross-examination: 1.5 hours.

19. Joe Deras. Estimated time for cross-examination: 1.5 hours.

20. Claire Sannier. Estimated time for cross-examination: 2.0 hours

21. Cidney Fisk. Estimated time for cross-examination: 2:0 hours.

## II.   DEFENDANTS' EXPERT WITNESSES

A.   **Will Call Expert Witness**

   1.   None

B.   **May Call Expert Witnesses**

   1.   Steve Ijames. Estimated time for direct examination: 3.0 hours.

   2.   Norman Stamper. Estimated time for cross examination: 2.5 hours.

   3.   Edward Maguire. Estimated time for cross examination: 2.5 hours.

In addition to the witnesses listed above, Denver Defendants reserve the right to call (1) any witness listed, subpoenaed or called by any other party; (2) any witness necessary for rebuttal or impeachment; and (3) any witness necessary to authenticate, lay foundation, or otherwise admit any exhibit.

Denver Defendants also reserve the right to supplement or modify their witness list prior to and at trial.

Finally, this Witness List does not constitute the Denver Defendants' Order of Proof.