IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>CITY AND COUNTY OF DENVER, *et al.*,<br>    Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ &<br>1:20-cv-01922-RBJ-MEH |

**PLAINTIFFS' JOINT TRIAL EXHIBIT LIST**

Plaintiffs' Joint Trial Exhibit List is attached.

Respectfully submitted,

By: /s/ Elizabeth Wang                  By: /s/ Timothy R. Macdonald
    Elizabeth Wang                          Timothy R. Macdonald
    LOEVY & LOEVY                           ARNOLD & PORTER KAYE SCHOLER LLP
    2060 Broadway, Suite 460                1144 Fifteenth Street, Suite 3100
    Boulder, CO 80302                       Denver, Colorado 80202
    Telephone: (720) 328-5642               Telephone: (303) 863-1000
    elizabethw@loevy.com                    Timothy.Macdonald@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 4, 2022, I served via CM/ECF the foregoing on all counsel of record.
/s/ Elizabeth Wang