## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,
       Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,
       Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

## PLAINTIFFS' AMENDED WITNESS LIST

Plaintiffs, by and through undersigned counsel, hereby submit this Witness List for the trial scheduled to begin March 7, 2022.

### I.    WILL CALL WITNESSES

1. Amanda Blasingame. Estimated time for direct exam: 45 minutes.
2. Zachary Packard. Estimated time for direct exam: .75 to 1.0 hours.
3. Claire Sannier. Estimated time for direct exam: 1.0 to 1.5 hours.
4. Elisabeth Epps. Estimated time for direct exam: 1.5 hours.
5. Hollis Lyman. Estimated time for direct exam: 1.0 hours.
6. Maya Rothlein. Estimated time for direct exam: .75 to 1.0 hours.
7. Stanford Smith. Estimated time for direct exam: 45 minutes.
8. Ashlee Wedgeworth. Estimated time for direct exam: 45 minutes.
9. Joe Deras. Estimated time for direct exam: 1.0 to 1.5 hours.
10. Sara Fitouri. Estimated time for direct exam: 1.0 to 1.5 hours.
11. Jackie Parkins. Estimated time for direct exam: 1.0 hours.

12. Kelsey (Elle) Taylor. Estimated time for direct exam: 1.0 hours.

13. Edward Maguire. Estimated time for direct exam: 2 to 3 hours.

14. Norman Stamper. Estimated time for direct exam: 3 to 4 hours.

15. Nicholas Mitchell. Estimated time for direct exam: 2.5 hours.

16. Jonathan Christian. Estimated time for direct exam: 45 minutes.

17. Keith Valentine. Estimated time for direct exam: 1.0 hours.

18. Patrick Phelan. Estimated time for direct exam: 1.5 hours.

19. Hans Levens. Estimated time for direct exam: 1.5 hours.

20. Kevin Carroll. Estimated time for direct exam: 45 minutes.

21. Ken Chavez. Estimated time for direct exam: 1.0 hours.

22. John Coppedge. Estimated time for direct exam: 1.0 hours.

23. Aaron Sanchez. Estimated time for direct exam: 1.0 hours.

24. Sylvia Sich. Estimated time for direct exam: 45 minutes.

25. James Williams. Estimated time for direct exam: 45 minutes.

26. Michael O'Donnell. Estimated time for direct exam: 30 minutes.

27. Eric Knutson. Estimated time for direct exam: 30 minutes.

28. Ryan Grothe. Estimated time for direct exam: 30 minutes.

29. Vincent Porter. Estimated time for direct exam: 45 minutes.

## II.   MAY CALL WITNESSES

1. Tana Cunningham. Estimated time for direct exam: 30 minutes.

2. Paul Pazen. Estimated time for direct exam: 45 minutes.

3. Patricio Serrant. Estimated time for direct exam: 45 minutes.

    4.     Madeleine Kelly. Estimated time for direct exam: 30 minutes.

In addition to the witnesses listed above, Plaintiffs reserve the right to call (1) any witness listed, subpoenaed or called by any other party; (2) any witness necessary for rebuttal or impeachment; and (3) any witness necessary to authenticate, lay foundation, or otherwise admit any exhibit.

Plaintiffs also reserve the right to supplement or modify their witness list prior to and at trial.

Finally, this Witness List does not constitute the Plaintiffs' Order of Proof.

Dated: March 4, 2022                        Respectfully submitted,

| By: */s/ Elizabeth Wang* | By: */s/ Timothy R. Macdonald* |
|---|---|
| Elizabeth Wang | Timothy R. Macdonald |
| LOVEY & LOVEY | Matthew J. Douglas |
| 2060 Broadway, Suite 460 | Edward Packard Aro |
| Boulder, CO 80302 | R. Reeves Anderson |
| Telephone: (720) 328-5642 | Colin M. O'Brien |
| elizabethw@lovey.com | Brian M. Williams |
|  | Arnold & Porter Kaye Scholer, LLP |
| Makeba Rutahindurwa | 1144 Fifteenth Street, Suite 3100 |
| LOEVY & LOEVY | Denver, Colorado 80202 |
| 311 N. Aberdeen St. | Telephone: (303) 863-1000 |
| Chicago, IL 60607 | Timothy.Macdonald@arnoldporter.com |
| Telephone: (312) 243-5900 | Matthew.Douglas@arnoldporter.com |
| makeba@loevy.com | Ed.Aro@arnoldporter.com |
|  | Reeves.Anderson@arnoldporter.com |
| *Counsel for Fitouri Plaintiffs* | Colin.Obrien@arnoldporter.com |
|  | Brian.Williams@arnoldporter.com |
|  |  |
|  | Diana Sterk |
|  | Mindy Gorin |
|  | Arnold & Porter Kaye Scholer, LLP |
|  | 250 West 55th Street |
|  | New York, New York 10019-9710 |
|  | Telephone: (212) 836-8000 |
|  | Diana.Sterk@arnoldporter.com |
|  | Mindy.Groin@arnoldporter.com |

Leslie C. Bailey
Andreas Moffett
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555
Leslie.Bailey@arnoldporter.com
Andreas.Moffett@arnoldporter.com

Patrick C. Reidy
Arnold & Porter Kaye Scholer LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org

4

Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Epps Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I served via CM/ECF the foregoing **PLAINTIFFS' RESPONSE TO DENVER DEFENDANTS SECOND TRIAL BRIEF** on all counsel of record.

*/s/ Tanya D. Huffaker*