IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Johnathen Duran and the Denver Defendants, through his attorneys, hereby file this Stipulation of Dismissal of Plaintiff Duran's claims against Defendant City and County of Denver pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs relating thereto.

Respectfully submitted,

| | |
|---|---|
| s/ Elizabeth Wang | s/ Hollie R. Birkholz |
| Counsel for Fitouri Plaintiffs | Counsel for the Denver Defendants |
| | |
| Elizabeth Wang | Hollie R. Birkholz, Assistant City Attorney |
| Loevy & Loevy | Denver City Attorney's Office |
| 2060 Broadway, Ste. 460 | Civil Litigation Section |
| Boulder, CO 80302 | 201 West Colfax Ave., Dept. 1108 |
| O: 720.328.5642 | Denver, CO 80202 |
| elizabethw@loevy.com | O: 720.913.3100 |
| | hollie.birkholz@denvergov.org |
| *Counsel for Fitouri Plaintiffs* | *Counsel for the Denver Defendants* |

**Certificate of Service**

    I, Elizabeth Wang, an attorney, hereby certify that on March 4, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

                                                  s/ Elizabeth Wang
                                                  Counsel for Fitouri Plaintiffs