# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

ELISABETH EPPS, *et al.*,
  Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,
  Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

## PLAINTIFFS' AMENDED JOINT TRIAL EXHIBIT LIST

  Plaintiffs' Amended Joint Trial Exhibit List is attached.

  Respectfully submitted,

By: /s/ Elizabeth Wang
  Elizabeth Wang
  LOEVY & LOEVY
  2060 Broadway, Suite 460
  Boulder, CO 80302
  Telephone: (720) 328-5642
  elizabethw@loevy.com

By: /s/ Timothy R. Macdonald
  Timothy R. Macdonald
  ARNOLD & PORTER KAYE SCHOLER LLP
  1144 Fifteenth Street, Suite 3100
  Denver, Colorado 80202
  Telephone: (303) 863-1000
  Timothy.Macdonald@arnoldporter.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 4, 2022, I served via CM/ECF the foregoing on all counsel of record.
/s/ Michael J. Sebba