**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## STIPULATIONS

Plaintiffs and Defendants, through their attorneys, hereby stipulate as follows:

1. The date/time stamps reflected in Denver police officers' body-worn camera (BWC) video is Greenwich Mean Time, which is six (6) hours ahead of Mountain Time.

2. The date/time stamps reflected in Aurora police officers' body-worn camera (BWC) video is Mountain Time.

3. The body-worn camera (BWC) video produced in this litigation by both Denver Police Department (DPD) and Aurora Police Department (APD) have a buffering mode. The BWC continuously loops a video recording for up to 30 seconds before the recording is started by the officer. While buffering, video only (no audio) is being recorded.

4. For the body-worn camera (BWC) videos produced by Denver, the last name of the officer is indicated in the filename for the video.

5. The locations of the produced HALO cameras videos that were provided in Denver's supplemental disclosure documents is true and correct.

6. Denver and DPD did not enter into any written mutual aid agreements with any of the agencies that assisted during the GFP.

Dated: March 6, 2022                              Respectfully submitted,

*s/ Elizabeth Wang*                               *s/ Timothy R. Macdonald*
Elizabeth Wang                                    Timothy R. Macdonald
LOEVY & LOEVY                                     ARNOLD & PORTER KAYE SCHOLER LLP
2060 Broadway, Suite 460                          1144 Fifteenth Street, Suite 3100
Boulder, CO 80302                                 Denver, Colorado 80202
Telephone: (720) 328-5642                         Telephone: (303) 863-1000
elizabethw@loevy.com                              Timothy.Macdonald@arnoldporter.com

*Counsel for Fitouri Plaintiffs*                  *Counsel for Epps Plaintiffs*


*s/ Hollie R. Birkholz*
Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
O: 720.913.3100
hollie.birkholz@denvergov.org

*Counsel for the Denver Defendants*