IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: March 7, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Terri Lindblom |

| Parties | Counsel |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs** | *R. Reeves Anderson*<br>*Edwin Aro*<br>*Leslie Bailey*<br>*Timothy Macdonald*<br>*Diana Sterk*<br>*Makeba Turahindurwa*<br>*Elizabeth Wang* |
| v. | |
| CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | *Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

### COURTROOM MINUTES

**JURY TRIAL DAY ONE**

Court in Session:  9:06 a.m.

Appearance of counsel.

Discussion held on timing.

9:07 a.m.    Twenty-nine (29) potential jurors are brought to the Court and seated by random computer selection.

Court's preliminary remarks to jurors.

Court's statement of the case to jurors.

Court advises jury panel regarding its jury selection practice.

Attorneys and parties are introduced.

All jurors sworn for voir dire.

9:59 a.m.	Voir dire of the jury panel by the Court.

Excused for cause:

1.	100458375
2.	100430129
3.	100427888
4.	100440301

**10:31 a.m.	Court in recess.**
**10:45 a.m.	Court in session – jury panel present.**

10:46 a.m.	Voir dire of the jury panel by Mr. Macdonald.

Excused for cause:

5.	100455436

10:56 a.m.	Continued voir dire of the jury panel by Mr. Macdonald.

Challenges for cause:

6.	100461828
7.	100433407

**12:03 p.m.	Court in recess.**
**1:05 p.m	Court in session – jury panel present.**

1:07 p.m.	Continued voir dire of the jury panel by Mr. Macdonald.

1:17 p.m.	Voir dire of the jury panel by Mr. Ringel.

Plaintiff's Peremptory Challenges:
1.	100443311
2.	100441541
3.	100466316

Defendant's Peremptory Challenges:

1. 100438901
2. 100448368
3. 100436375

2:17 p.m.   Eight jurors sworn to try the case:

1. 100427127
2. 100453776
3. 100458004
4. 100453619
5. 100470808
6. 100433762
7. 100439367
8. 100432549

Court instructs the jury on its practices for trial.

Jury excused.

**2:38 p.m.     Court in recess.**
**2:53 p.m.     Court in session - jury escorted in.**

2:55 p.m.   Opening Statement by Mr. Macdonald.

3:49 p.m.   Opening Statement by Ms. Turahindurwa.

4:03 p.m.   Opening Statement by Ms. Jordan.

Jury excused, to return tomorrow at 9:00 a.m.

Witness sequestration order issued.

Court in Recess:  4:37 p.m.          Trial continued.          Total time in Court:  06:00