IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.   20-cv-01878-RBJ

ELISABETH EPPS et al.

v

CITY AND COUNTY OF DENVER et al.

| JUROR NO. | JUROR NAME | CHALLENGES P or D and number (example P #1) |
|---|---|---|
| 1.  100443311 | 1. | P #1 |
| 2.  100455436 | 2. | |
| 3.  100441541 | 3. | P #3 |
| 4.  100438901 | 4. | D #1 |
| 5.  100466316 | 5. | P #2 |
| 6.  100427127 | 6. | |
| 7.  100453776 | 7. | |
| 8.  100461828 | 8. | |
| 9.  100458375 | 9. | |
| 10. 100458004 | 10. | |
| 11. 100448368 | 11. | D #3 |
| 12. 100453619 | 12. | |
| 13. 100433407 | 13. | |
| 14. 100470808 | 14. | |

JUROR NAMES REDACTED

| JUROR NO. | JUROR NAME | CHALLENGES P or D and number (example P #1) |
|---|---|---|
| 15.  100433762 | 15. | |
| 16.  100439367 | 16. JUROR NAMES REDACTED | |
| 17.  100436375 | 17. | D #2 |
| 18.  100432549 | 18. | |