IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  20-cv-01878-RBJ | Date:  March 8, 2022 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Terri Lindblom |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | *Timothy Macdonald*<br>*Patrick Reidy*<br>*Michael Sebba*<br>*Makeba Turahindurwa*<br>*Elizabeth Wang*<br><br><br><br>*Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

**COURTROOM MINUTES**

**JURY TRIAL DAY TWO**

Court in Session:  9:00 a.m.

Preliminary matters addressed.

Pause in proceedings for late juror.

Plaintiff, Claire Sannier, called and sworn.

9:15 a.m.      Direct examination of Ms. Sannier by Ms. Wang.
               **Exhibits 27, 338, 398, 530, 532, 554, 638, 666, 879, 946, 947, 1007, 1220 and 1225 are admitted.**
10:42 a.m.     **Court in recess – jury escorted out.**

| | |
|---|---|
| **10:57 a.m.** | **Court in session – jury escorted in.** |
| 11:00 a.m. | Continued examination of Ms.Sannier by Ms. Wang. **Exhibits 32, 35, 546 and 1240 are admitted.** |
| 11:30 a.m. | Cross examination of Ms. Sannier by Ms. Hoffman. **Exhibit 3105 is admitted.** |
| **12:03 p.m.** | **Court in recess – jury escorted out.** |
| **1:18 p.m.** | **Court in session – jury escorted in.** |
| 1:20 p.m. | Continued cross examination of Ms. Sannier by Ms. Hoffman. **Exhibits 1008 and 1010 are admitted.** |
| 1:55 p.m. | Redirect examination of Ms. Sannier by Mr. Wang. |

Juror questions reviewed at the bench.

| | |
|---|---|
| 1:59 p.m. | Juror questions asked of Ms. Sannier by the Court. |
| 2:01 p.m. | Additional examination of Ms. Sannier by Ms. Wang. |

Plaintiff, Stanford Smith, called and sworn.

| | |
|---|---|
| 2:03 p.m. | Direct examination of Dr. Smith by Mr. Sebba. **Exhibits 30, 132, 133, 134, 135, 136, 626, 678, 1206, 1207 and 1241 are admitted.** |
| 2:42 p.m. | Cross examination of Dr. Smith by Ms. Jordan. **Exhibits 3112 and 3131 are admitted.** |
| 3:04 p.m. | Redirect examination of Dr. Smith by Mr. Sebba. |
| **3:07 p.m.** | **Court in recess – jury escorted out.** |
| **3:22 p.m.** | **Court in session - jury escorted in.** |

Plaintiff, Zachary Packard, called and sworn.

| | |
|---|---|
| 3:24 p.m. | Direct examination of Mr. Packard by Mr. Reidy. **Exhibits 76, 243, 246, 247, 248, 249, 251, 379, 386, 544a, 1012, 1097, 1098, 1099, 1100, 1117 and 1118 are admitted.** |
| 4:16 p.m. | Cross examination of Mr. Packard by Ms. Birkholz. |

**Exhibits 244, 245 and 713 are admitted.**

4:34 p.m.        Redirect examination of Mr. Packard by Mr. Reidy.

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:39 p.m.        Trial continued.        Total time in Court:  05:51