

## Juror Question (s)

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Commander Arron Sanchez

Question: Do you Belive that the protsters were upset spes.Ficly with BPD Before the 1st evening of the protests or is it the escolation of force that they were upset About;

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 3

ACTION BY THE COURT:      ☑ Permitted
                          ☐ Denied
   no objection            ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Commander Sanchez

Question:

What were the orders of the day?

And were they communicated to all officers working the protests

| Juror Questioning Procedure |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 4

ACTION BY THE COURT:   ☑ Permitted   ☐ Denied   ☐ Rephrased

no objection



**Juror Question (s)**

Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.

For Witness: Cheif Aaron Sanchez

Question: At what point during a protest, are less lethal weapons deployed? ~or~ What actions by the protesters justify L.L. Weapons?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 5

ACTION BY THE COURT:   ☑ Permitted
                      ☐ Denied
no objection          ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ~~Sergeant~~ Chief (Song) Aaron Sanchez

Question: AS a Commanding Officer are you required to follow up with complaints against officers within a certain amount of time?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 6

ACTION BY THE COURT:

☑ Permitted
☐ Denied
☐ Rephrased

no objection