IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01878-RBJ | Date: March 10, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Terri Lindblom |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *Edwin Aro* |
| | *Matthew Douglas* |
| | *Timothy Macdonald* |
| | *Makeba Turahindurwa* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

## AMENDED COURTROOM MINUTES

**JURY TRIAL DAY THREE**

Court in Session: 9:02 a.m.

Plaintiffs' witness, Division Chief Aaron Sanchez, called and sworn.

9:06 a.m.   Direct examination of Chief Sanchez by Mr. Douglas.
**Exhibits 787, 1094, 1177, 1241a and 3114 are admitted.**

10:17 a.m.   Cross examination of Chief Sanchez by Ms. Hoffman.

**11:01 a.m.   Court in recess – jury escorted out.**
**11:13 a.m.   Court in session – jury not present.**

Discussion held on a video exhibit related to the plaintiffs' expert witness.

Jury present.

| | |
|---|---|
| 11:16 a.m. | Continued cross examination of Chief Sanchez by Ms. Hoffman. |
| 11:22 a.m. | Redirect examination of Chief Sanchez by Mr. Douglas. |

Juror questions reviewed at the bench.

| | |
|---|---|
| 11:28 a.m. | Juror questions asked of Chief Sanchez by the Court. |
| 11:33 a.m. | Additional examination of Chief Sanchez by Mr. Douglas. |

Plaintiffs' witness, Chief Norman Stamper, called and sworn.

11:34 a.m.     Direct examination of Chief Stamper by Mr. Aro.
               **Exhibit 1242 is admitted.**

**11:57 p.m.    Court in recess – jury escorted out.**
**1:17 p.m.     Court in session – jury escorted in.**

1:19 p.m.      Continued direct examination of Chief Stamper by Mr. Aro.
               **Exhibits 24, 42, 75, 106, 529, 596, 598, 644, 645, 648, 656, 658, 710, 964, 1015, 1016, 1039, 1127, 1129, 1130, 1165, 1176, 1190 and 1235 are admitted.**

**2:59 p.m.    Court in recess – jury escorted out.**
**3:13 p.m.    Court in session - jury escorted in.**

3:14 p.m.      Continued direct examination of Chief Stamper by Mr. Aro.
               **Exhibits 14, 372, 472, 547, 562, 623, 670, 672, 709, 741 and 1126 are admitted.**

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:19 p.m.          Trial continued.          Total time in Court:  05:31