IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:   20-cv-01878-RBJ | Date: March 10, 2022 |
| Courtroom Deputy:   Julie Dynes | Court Reporter: Terri Lindblom |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | *Edwin Aro*<br>*Mindy Gorin*<br>*Timothy Macdonald*<br>*Andreas Moffett*<br>*Makeba Rutahindurwa*<br>*Elizabeth Wang*<br><br><br>*Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

## COURTROOM MINUTES

**JURY TRIAL DAY FOUR**

Court in Session: 9:02 a.m.

Plaintiffs' witness, Chief Norman Stamper, recalled and remains under oath.

| | |
|---|---|
| 9:04 a.m. | Continued direct examination of Chief Stamper by Mr. Aro.<br>**Exhibits 349, 662 and 669 are admitted.** |
| 10:13 a.m. | Cross examination of Chief Stamper by Mr. Ringel. |
| **10:58 a.m.** | **Court in recess – jury escorted out.** |
| **11:12 a.m.** | **Court in session – jury escorted in.** |

| | |
|---|---|
| 11:13 a.m. | Continued cross examination of Chief Stamper by Mr. Ringel. |

**11:54 p.m.    Court in recess – jury escorted out.**
**1:17 p.m.     Court in session – jury escorted in.**

| | |
|---|---|
| 1:19 p.m. | Continued cross examination of Chief Stamper by Mr. Ringel. |
| 2:10 p.m. | Redirect examination of Chief Stamper by Mr. Aro. |

Jury excused.

Juror questions reviewed at the bench.

**2:24 p.m.    Court in recess.**
**2:31 p.m.    Court in session - jury escorted in.**

| | |
|---|---|
| 2:32 p.m. | Juror questions asked of Chief Stamper by the Court. |
| 2:34 p.m. | Additional examination of Chief Stamper by Mr. Ringel. |

Plaintiff, Sara Fitouri, called and sworn.

| | |
|---|---|
| 2:35 p.m. | Direct examination of Ms. Fitouri by Ms. Rutahindurwa.  **Exhibits 544, 676, 930, 931, 933, 934, 994, 1011a, 1011c and 1120 are admitted.** |
| 3:46 p.m. | Cross examination of Ms. Fitouri by Mr. Weiner. |
| 4:21 p.m. | Redirect examination of Ms. Fitouri by Ms. Rutahindurwa and Ms. Wang. |

Jury excused, to return tomorrow at 9:00 a.m.

Discussion held on exhibits related to individual plaintiffs that have settled.

Court in Recess:  4:28 p.m.            Trial continued.            Total time in Court:  05:42