

**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Norman Stamper

Question: If the police followed the IACP policies, would there be as many injuries to police?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.

2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.

3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.

4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.

5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 7

ACTION BY THE COURT:    ☑ Permitted
                        ☐ Denied
no objections           ☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Norman Stamper

Question: Do chemical agents - pepper spray, pepper balls, tear gas cause lasting enviromental impacts? ~~Or any long term Health Concerns?~~ already answered

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 8

ACTION BY THE COURT:
△ objection sustained

☐ Permitted
☑ Denied
☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: Chief Stamper

Question: is the use of chemical weapons on inocent protestors a cause of escolation on the part of the other protesters who witniss the events

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

******************************Juror: Please do not mark below this line**************************

Question No. 9

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
no objections          ☐ Rephrased



### Juror Question (s)

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Chief Stamper

Question: Do you Belive that ~~in your opin~~ the police's use of Pepper Balls on inocent protesters that First day set the tone of Police escolation of use of Chemical means of ~~dispurity~~ dispersal of lawful protesters.

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror: Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 10

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
no objection           ☐ Rephrased