**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

| | |
|---|---|
| ELISABETH EPPS, *et al.*, <br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF DENVER, *et al*., <br> Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH |

**PLAINTIFFS' THIRD AMENDED EXHIBIT LIST WITH DEFENDANTS' STIPULATIONS**

Plaintiffs' Third Amended Exhibit List with Defendants' Stipulations is attached.

Respectfully submitted,

By: /s/ Elizabeth Wang
    Elizabeth Wang
    LOEVY & LOEVY
    2060 Broadway, Suite 460
    Boulder, CO 80302
    Telephone: (720) 328-5642
    elizabethw@loevy.com

By : /s/ Timothy R. Macdonald
    Timothy R. Macdonald
    ARNOLD & PORTER KAYE SCHOLER LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    Timothy.Macdonald@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 10, 2022, I served via CM/ECF the foregoing on all counsel of record. /s/ Timothy MacDonald.