IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01878-RBJ | Date: March 11, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Terri Lindblom |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | *Mindy Gorin*<br>*Timothy Macdonald*<br>*Andreas Moffett*<br>*Makeba Rutahindurwa*<br>*Diana Sterk*<br>*Elizabeth Wang*<br><br><br><br>*Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

**COURTROOM MINUTES**

**JURY TRIAL DAY FIVE**

Court in Session: 9:00 a.m.

Plaintiff, Maya Rothlein, called and sworn.

9:03 a.m.    Direct examination of Ms. Rothlein by Mr. Moffett.
             **Exhibits 9d, 9f, 53, 54, 56, 58, 59, 60, 1095b and 1095c are admitted.**

Bench conference held.

9:47 a.m.    Cross examination of Ms. Rothlein by Mr. Ringel.
             **Exhibit 3143 is admitted.**

10:13 a.m.      Redirect examination of Ms. Rothlein by Mr. Moffett.

Plaintiff, Amanda Blasingame, called and sworn.

10:16 a.m.      Direct examination of Ms. Blasingame by Ms. Gorin.
**Exhibits 82 and 1217 are admitted.**

**10:50 a.m.**      **Court in recess – jury escorted out.**
**11:03 a.m.**      **Court in session – jury not present.**

Discussion held on addressing witnesses on the stand.

Jury present.

11:06 a.m.      Continued direct examination of Ms. Blasingame by Ms. Gorin.
**Exhibit 856 is admitted.**

11:33 a.m.      Cross examination of Ms. Blasingame by Mr. Ringel.
**Exhibit 7 is admitted.**

**12:00 p.m.**      **Court in recess – jury escorted out.**
**1:19 p.m.**      **Court in session – jury not present.**

Discussion held on trial timing.

Jury present.

1:23 p.m.      Continued cross examination of Ms. Blasingame by Mr. Ringel.

Plaintiffs' witness, Commander Hans Levens, called and sworn.

1:34 p.m.      Direct examination of Commander Levens by Ms. Sterk.
**Exhibits 730, 731, 793, 830, 831, 832, 833, 835, 836, 844, 845, 1133 and 1228 are admitted.**

**2:52 p.m.**      **Court in recess.**
**3:07 p.m.**      **Court in session - jury escorted in.**

3:09 p.m.      Continued direct examination of Commander Levens by Ms. Sterk.
**Exhibit 659, 726, 727, 804, 847, 1096, 1136, 1243 and 1243c are admitted.**

4:09 p.m.      Cross examination of Commander Levens by Ms. Jordan.

4:30 p.m.      Redirect examination of Commander Levens by Ms. Sterk.

Juror questions revied at the bench.

4:35 p.m.        Juror questions asked of Commander Levens by the Court.

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:41 p.m.            Trial continued.            Total time in Court:  05:54