

**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Commander Hanz Levens

Question: if the oficer cant Identify the superviser Why is it a lawFull order to deploy pepper bells, if the superviser were Asked Who gave said order and they all say I didnt is it still a LawFull order

### Juror Questioning Procedure

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

*If additional space is needed, please use the back of this form.*

******************************Juror: Please do not mark below this line**************************

Question No. 11

ACTION BY THE COURT:

☑ Permitted
☐ Denied
☐ Rephrased

no objections



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: Com. Hans Levans

Question: If a officer is found to have Violate policy - namely in regard to U.O.f. are they required to take additional training to prevent another incident?

| Juror Questioning Procedure |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

*****************************Juror: Please do not mark below this line**************************

Question No. 12

ACTION BY THE COURT:   ☑ Permitted
                       ☐ Denied
                       ☐ Rephrased

no objections