**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3000 | CAD Reports from 05.28.2020, DEN00002028-2063 | X | | | |
| 3001 | CAD Report from 05.31.2020, DEN2064-2077 | X | | | |
| 3002 | CAD Report from 06.01.2020, DEN2093-2105 | X | | | |
| 3003 | CAD Report from 06.02.2020, DEN2078-2092 | X | | | |
| 3004 | *Exhibit Withdrawn* | | | | |
| 3005 | DPD BWC – McDermott DEN4031 (14th & Sherman, 5.28.2020) | | | | |
| 3006 | *Exhibit Withdrawn* | | | | |
| 3007 | Officer Statements of Jonathan Christian, DEN002851-2853; Deposition Exhibit 5; DEN006061 | X | | | |
| 3008 | DPD Operations Plan for George Floyd Protest 5/29/2020, DEN 11046-11057 | X | | | |
| 3009 | Safariland Training Group – Chemical Agents Instructor Course DEN117-234 | X | | | |
| 3010 | DPD Training Bulletin – First Amendment Considerations, DEN1912-1915 | X | | | |
| 3011 | 40mm and PepperBall Operator Certification – full day course PDF, DEN 011571-011689 | X | | | |
| 3012 | Photos of damage to property, DEN032313-032523 | | | | |

**PAGE NO. 1**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3013 | Plaintiffs' Media Files provided by Cidney Fisk, DEN032524 | | | | |
| 3014 | Plaintiffs' Information, DEN032525-032665 | | | | |
| 3015 | Crime Reports Log during protest, DEN032666-032667 | | | | |
| 3016 | Damaged Property Data, DEN032668-032669 | | | | |
| 3017 | DPD Officers' Injuries Table, DEN032670-032673 | | | | |
| 3018 | DPD Officers' Injuries, DEN032674-032678 | | | | |
| 3019 | Protest Expenses, DEN032679-032682 | | | | |
| 3020 | Calls during Protest, DEN032683-032690 | | | | |
| 3021 | Reported Crimes during Protests, DEN032691-032697 | | | | |
| 3022 | Summary Report of DPD injuries during protest, DEN032701-032711 | | | | |
| 3023 | HALO Footage May 28, 2020, DEN3844 | | | | |
| 3023a | HALO Footage May 28, 2020, DEN3845 | | | | |
| 3023b | HALO Footage May 28, 2020, DEN3849 | | | | |
| 3023c | HALO Footage May 28, 2020 - DEN15727 | | | | |
| 3024 | HALO Footage May 29, 2020, DEN3855 | | | | |
| 3024a | HALO Footage May 29, 2020, DEN 3856 | | | | |
| 3024b | HALO Footage May 29, 2020, DEN 3860 | | | | |
| 3024c | HALO Footage May 29, 2020, DEN15728 | | | | |
| 3024d | HALO Footage May 29, 2020 - DEN15729 | | | | |

**PAGE NO. 2**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3024e | HALO Footage May 29, 2020, DEN15730 | | | | |
| 3024f | HALO Footage May 29, 2020, 15731 | | | | |
| 3024g | HALO Footage May 29, 2020, DEN 15732 | | | | |
| 3024h | HALO Footage May 29, 2020, DEN 15733 | | | | |
| 3024i | HALO Footage May 29, 2020, DEN 15734 | | | | |
| 3024j | HALO Footage May 29, 2020, DEN15746 | | | | |
| 3024k | HALO Footage May 29, 2020, DEN 15747 | | | | |
| 3024l | HALO Footage May 29, 2020, DEN 15748 | | | | |
| 3025 | HALO Footage May 30, 2020, DEN3863 | | | | |
| 3025a | HALO Footage May 30, 3866 | | | | |
| 3025b | HALO Footage May 30, 3867 | | | | |
| 3025c | HALO Footage May 30, 3868 | | | | |
| 3025d | HALO Footage May 30, 3869 | | | | |
| 3025e | HALO Footage May 30, 3870 | | | | |
| 3025f | HALO Footage May 30, DEN15735 | | | | |
| 3025g | HALO Footage May 30, DEN15736 | | | | |
| 3025h | HALO Footage May 30, DEN15737 | | | | |
| 3025i | HALO Footage May 30, DEN15738 | | | | |
| 3025j | HALO Footage May 30, DEN15739 | | | | |
| 3025k | HALO Footage May 30, DEN15740 | | | | |
| 3025l | HALO Footage May 30, DEN15741 | | | | |
| 3025m | HALO Footage May 30, DEN15742 | | | | |
| 3025n | HALO Footage May 30, DEN15743 | | | | |
| 3025o | HALO Footage May 30, DEN15744 | | | | |
| 3025p | HALO Footage May 30, DEN15749 | | | | |
| 3026 | HALO Footage May 31, 2020, DEN3875 | | | | |
| 3026a | HALO Footage May 31, 2020, DEN 3877 | | | | |
| 3026b | HALO Footage May 31, 2020, DEN3879 | | | | |

**PAGE NO. 3**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County  of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|--------|-------------|------|-----|-----|----------|
| 3027 | HALO Footage June 2, 2020, DEN3882 | | | | |
| 3028 | HALO Footage June 3, 2020, DEN3883-3885 | | | | |
| 3028a | HALO Footage June 3, 2020, DEN3884 | | | | |
| 3028b | HALO Footage June 3, 2020, DEN3885 | | | | |
| 3029 | GO Report 20-335686, DEN032714-033438 | | | | |
| 3030 | 5/31/2020 Dispersal Order BWC, DEN031587 | | | | |
| 3031 | Protests and Curfew related arrests 5/28/20-6/1/20, DEN0009641-009657 | | | | |
| 3032 | Colorado Education Association Parking Lot Video Fitouri 12185 | **X** | | | |
| 3033 | Officer Injury Photos (DEN32302-32312 & DEN33439-33511) | | | | |
| 3034 | *EXHIBIT WITHDRAWN* | | | | |
| 3035 | Downton Denver Business Improvement District - Summary of Protest Damage, DEN009737-009740 | | | | |
| 3036 | Downton Denver Partnership - Log of damages, DEN009741-009761 | | | | |
| 3037 | Downtown Denver Partnership - Log of Damages, DEN009762-009842 | | | | |

**PAGE NO. 4**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| | | | | | |
| 3038 | 6/7/20 Email re: City damages and WC claims due to protests, DEN009858 | | | | |
| 3039 | City Property Damage Report, DEN009859 | | | | |
| 3040 | Protests Claims and Incidents monetary value, DEN009860 | | | | |
| 3041 | Chemical Agent timeline sheet 5/29/2020, DEN 4938 | X | | | |
| 3042 | 40 MM discharge charts for 05.28.2020, DEN 4911 | X | | | |
| 3043 | 40 MM discharge charts for 05.29.2020, DEN4912 | X | | | |
| 3044 | 40 MM discharge charts for 05.30.2020, DEN4913-4914 | X | | | |
| 3045 | 40 MM discharge charts for 05.31.2020, DEN4915 | X | | | |
| 3046 | Denver Fire Department Fire Response Report for 05.28.2020 at Colfax and Broadway, DEN4255-4257 | X | | | |
| 3047 | Denver Fire Department Fire Response Report for 05.29.2020 on Colfax, DEN4259-4261 | | | | |
| 3048 | Denver Fire Department Fire Response Report for 05.29.2020 at 14th and Broadway, DEN4263-4265 | | | | |
| 3049 | Denver Fire Department Fire Response Report for 05.30.2020 at Colfax and Broadway, DEN4267-4269 | | | | |

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3050 | Denver Fire Department Fire Response Report for 05.30.2020 at 14th and Bannock, DEN4271-4273 | | | | |
| 3051 | Denver Fire Department Fire Response Report for 05.30.2020 at Colfax and Broadway, DEN4276-4278 | | | | |
| 3052 | Phone camera footage, internal correspondence, IAB complaint from 3rd party, DEN 4254, 4253-4256, 4249-4252, 4248-4254, 4243 | | | | |
| 3053 | Text Messages for Lieutenant Williams from 5/30/20-6/2/20. Also includes photos of damaged DPD vehicle, DEN14802-14918 | | | | |
| 3054 | Video of Protesters on Interstate 25 Fitouri17708 | X | | | |
| 3055 | Video from Pedestrian Bridge over Interstate 25 Fitouri000241 | X | | | |
| 3056 | Photographs, DEN 16269-16275 | | | | |
| 3057 | Google Maps, Deposition Exhibit B – Blasingame | | | | |
| 3058 | Google Map of areas | | | | |
| 3059 | Text Message with Alyssha re glasses BLM 1081 (Hollis) | | | | |
| 3060 | Text Message with Alyssha re MA degrees and research, BLM 1091 (Hollis) | | | | |
| 3061 | May 31, 2020 text message to Mama re: cops keeping their distance, BLM 1095 (Hollis) | | | | |
| 3062 | June 2, 2020 text message to Mama re: trying to decide what next steps should be – BLM 1097 (Hollis) | | | | |

**PAGE NO. 6**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3063 | *Exhibit Withdrawn – Duplicates* | | | | |
| 3064 | Email RE importance to complete Use of Force Reports for each date 5/28/20-5/31/20, DEN011211-011212 | X | | | |
| 3065 | Email RE deadline for Reports, DEN011216-011220 | X | | | |
| 3066 | *Exhibit Withdrawn* | | | | |
| 3067 | Chemical Munitions/Protest Timeline Email that goes along with timeline, DEN011222-011224 | | | | |
| 3068 | Table of DPD personnel injured, DEN011230-011231 | | | | |
| 3069 | Email RE Officer Injuries, DEN011292 | | | | |
| 3070 | DPD TeleStaff- Daily Detail Report for 05.30.2020, DEN011350-011355 | X | | | |
| 3071 | Agency Incident Report Agency Incident No. DPD-20-0332214 for 05.28.2020, DEN011356-011364 | | | | |
| 3072 | AAR Report for 5/30/20, DEN011404-011407 | | | | |
| 3073 | Incident Detail Report dated 5/30/20, DEN 011427-011430 | | | | |
| 3074 | Email from Robert Wyckoff regarding cancelled day off for certain teams, DEN011433-011436 | | | | |
| 3075 | Spreadsheet of 72 officers who were injured during protest and accompanying email, DEN011453-011454 | | | | |
| 3076 | Spreadsheet with Roster of DPD on duty, DEN011470—011471 | | | | |
| 3077 | DPD Telestaff – Daily Detail Report, DEN011482-011488 | X | | | |
| 3078 | Agency Incident Report  Agency Incident No. DPD-20-0332215 for 05.29.2020, DEN011489-011491 | | | | |
| 3079 | DPD Telestaff – Daily Detail Report for 05.30.2020, DEN 011544-011550 | X | | | |

**PAGE NO. 7**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County  of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3080 | Agency Incident Report Agency Incident No. DPD-20-0334340 for 05.30.2020, DEN 011551-011553 | | | | |
| 3081 | Agency Incident Report Agency Incident No. DPD-20-0336556 for 05.31.2020, DEN011558-011560 | | | | |
| 3082 | DPD Telestaff – Daily Detail Report for 05.30.2020, DEN011565-011570 | X | | | |
| 3083 | DRMC Section 2-98 | | | | |
| 3084 | Colorado State Patrol Video Footage for May 28, 2020 | | | | |
| 3085 | Colorado State Patrol Video Footage for May 29, 2020, DEN003841 | | | | |
| 3086 | Colorado State Patrol Video Footage for May 30, 2020 | | | | |
| 3087 | Colorado State Patrol Video Footage for May 31, 2020, DEN003843 | | | | |
| 3088 | Colorado State Patrol Video Footage for June 1, 2020 | | | | |
| 3089 | Colorado State Patrol Video Footage for June 2, 2020 | | | | |
| 3090 | Colorado State Police Video: 05282020 v29 | | | | |
| 3091 | Photographs of damage to Jefferson Country Regional SWAT vehicle JCSO000068, 172, 182, 000185-000186, 188 | | | | |
| 3092 | 06/02 – AirOne., DEN 3919 – 3924 | | | | |
| 3093 | ***Exhibit Withdrawn*** | | | | |
| 3094 | BWC 05.28.20 – Platte, DEN 3893, 94, 95, 96, 97, 99, 3900, 3901 – 3904; 3906-09 | | | | |
| 3095 | BWC 05.28.20 – 14th/Logan, DEN 4019 – 4020 | | | | |

**PAGE NO. 8**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3096 | BWC 05.28.20 – Colfax/Washington, DEN4046, 4048, 4053-4058, 4060-4064, 4066-4069, 471, 4073, 4074, 4076, 4077, 4079-4085 | | | | |
| 3097 | *Exhibit Withdrawn* | | | | |
| 3098 | BWC – DEN8051 – 8061 | | | | |
| 3099 | BWC – 40 mm Officers, DEN 8062 – 8070 | | | | |
| 3100 | Aurora Police Department Incident Report case summary, COAEPP 22 | | | | |
| 3101 | Video footage from the Colfax and Washington intersection and the Colfax and Pearl intersection the evening of May 31, 2020, labeled JCSO 1164-1165 | | | | |
| 3102 | Video Footage from Jefferson County, JCSO000002 | | | | |
| 3103 | Mutual Aid, DEN9017 – 9026 | | | | |
| 3104 | Officer Statement of Keith Valentine, DEN 3011 - 3012 | X | | | |
| 3105 | Claire's journal pages, Fitouri 22825-22835 | | | | |
| 3106 | Photographs taken by Plaintiffs of blocking traffic, Fitouri 10962, 10963 and 10971 | | | | |
| 3107 | Photograph displaying destruction to businesses, Fitouri 11138, 17855, 17875 | | | | |
| 3108 | Dumpster Fire Photographs taken by Plaintiffs, Fitouri 10980, 17845 | | | | |
| 3109 | Photograph displaying people on highways, Fitouri 232, 240 | X | | | |
| 3110 | Officer Statement of Briana Cordova, DEN006163-6164 | | | | |
| 3111 | Officer Statement of Tyler Danielson, DEN003312 | | | | |
| 3112 | Photograph produced by Plaintiffs, BLM 51 | | | | |

**PAGE NO. 9**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County  of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3113 | Sannier Photo, Fitouri 17860 | X | | | |
| 3114 | Officer Statements of Kenneth D. Chavez, DEN 3298-3299; DEN 3090-3091 | X | | | |
| 3115 | Statement of Ben Longoria, DEN002918 – 2919; DEN003131; 3365; 3617; 3766 | | | | |
| 3116 | Officer Statement of James D. Williams, DEN 3830 - 3839 | X | | | |
| 3117 | COABLM 237_Campbell, Matthew_2020-05-30_19-25-40.AVI | | | | |
| 3118 | COABLM 256_Dyer, Lance_2020-05-30_19-15-03.AVI | | | | |
| 3119 | COABLM 269_Fox, Rhett_2020-05-30_20-09-19.AVI | | | | |
| 3120 | COABLM 274_Maksyn, Brent_2020-05-30_15-25-40.AVI | | | | |
| 3121 | COABLM 302_Rosenblatt, Jason_2020-05-30_23-54-10.AVI | | | | |
| 3122 | COABLM 303_Rosenblatt, Jason_2020-05-30_22-48-08.AVI | | | | |
| 3123 | COABLM 540_Wilson, Nicholas_2020-05-31_22-49-37.AVI | | | | |
| 3124 | Denver Maps | | | | |
| 3125 | Officer Statements of Greg Dulayev, DEN13613-13614 | | | | |
| 3126 | Officer Statements of Nathaniel Trobee, DEN13604 - 13607 | | | | |
| 3127 | Officer Statements of Wednesday Avedisian, DEN13319 – 13322; 13517 – 13520; 13858 - 13861 | | | | |
| 3128 | Officer Statements of Jacob Vaporis, DEN013166 – 13167; 13485 – 13486; 13800 – 13803; 14272 - 14273 | | | | |
| 3129 | Supplemental report of Stephen Redfearn, DEN8933 - 8934 | | | | |
| 3130 | Officer Statements of Eric Gray, DEN14590-14591; DEN14656-14657; 14686-14689; 14742-14745; 14558 - 14559 | | | | |
| 3131 | COABLM 344_Woodyard, Nathan_2020-05-30_17-35-06 | | | | |
| 3132 | BLAKESLY_Colfax_and_Broadway, DEN004167 | | | | |
| 3133 | May 30, 2020 – Hoffecker Body Cam, DEN4237 | | | | |

**PAGE NO. 10**

**DENVER DEFENDANTS FOURTH SUPPLEMENTAL EXHIBIT LIST WITH PLAINTIFFS' STIPULATIONS**

**CASE NO.:** 20-CV-1878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

**CASE CAPTION:** *Epps, et al., v. City and County of Denver, et al.*

| NUMBER | DESCRIPTION | STIP | IN | OUT | COMMENTS |
|---|---|---|---|---|---|
| 3134 | May 30 BWC – Jossi_Protest-2, DEN5036 | | | | |
| 3135 | BURKIN_Protest-5, DEN5005 | | | | |
| 3136 | CARMODY_Riot 6 – BWC, DEN5012 | | | | |
| 3137 | Grove_Riot 5, DEN 5026 | | | | |
| 3138 | Grove_Riot , DEN 5027 | | | | |
| 3139 | Denver Police Department General Offense Report, Fitouri 007710 | | | | |
| 3140 | Denver Police Department Arrest Citation, Fitouri 003920 | | | | |
| 3141 | Photograph of Broken Car windows at Capitol, Fitouri0011081 | | | | |
| 3142 | Jeff Co Statement of Hamilton, DEN 9051-9054 | | | | |
| 3143 | Written Discovery Responses | | | | |
| 3144 | All deposition exhibits | | | | |
| 3145 | Any exhibit disclosed or listed by any other party | | | | |
| 3146 | Any video produced through discovery or deposition (We will continue to narrow the video we potentially intend to use at trial). | | | | |
| 3147 | Any exhibit necessary for the purposes of impeachment or rebuttal | | | | |
| 3148 | Any remainder of any exhibit introduced by any other party pursuant to Fed. R. Evid. 106 | | | | |
| 3149 | Halo Map of Colfax and Logan | | | | |
| 3150 | Photographs taken by DeLaVaca Duran, day time (excerpts from Plaintiffs' Exhibit 910); Fitouri 000142, 000144-000159 | | | | |

**PAGE NO. 11**