IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

| | | |
|---|---|---|
| Civil Action: | 20-cv-01878-RBJ | Date:  March 14, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |

---

| Parties | Counsel |
|---|---|
| ELISABETH EPPS et al. | *Michael Douglas* |
| | *Mindy Gorin* |
| | *Timothy Macdonald* |
| | *Makeba Rutahindurwa* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| **v.** | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

---

## COURTROOM MINUTES

---

**JURY TRIAL DAY SIX**

Court in Session:  9:00 a.m.

Jury present.

Mini statement given by Mr. Macdonald.

Plaintiff, Joe Deras, called and sworn.

9:09 a.m.        Direct examination of Mr. Deras by Ms. Rutahindurwa.
**Exhibits 878, 881, 882, 1004a, 1005c and 3054 are admitted.**

| | |
|---|---|
| 9:50 a.m. | Cross examination of Mr. Deras by Ms. Jordan. **Exhibits 548, 989g, and 1224 are admitted.** |

10:16 a.m.     Redirect examination of Mr. Deras by Ms. Rutahindurwa.

**10:18 a.m.     Court in recess – jury escorted out.**
**10:34 a.m.     Court in session – jury escorted in.**

Plaintiffs' witness, Keith Valentine, called and sworn.

10:36 a.m.     Direct examination of Mr. Valentine by Mr. Douglas.
               **Exhibits 513, 585, 687, 691, 1111 and 1134 are admitted.**

**12:11 p.m.     Court in recess – jury escorted out.**
**1:34 p.m.      Court in session – jury escorted in.**

1:30 p.m.      Continued direct examination of Mr. Valentine by Mr. Douglas.
               **Exhibit 542 is admitted.**

1:59 p.m.      Cross examination of Mr. Valentine by Mr. Weiner.

**3:00 p.m.      Court in recess – jury escorted out.**
**3:13 p.m.      Court in session - jury escorted in.**

3:15 p.m.      Continued cross examination of Mr. Valentine by Mr. Weiner.
               **Exhibits 624 and 1121 are admitted.**

3:40 p.m.      Redirect examination of Mr. Valentine by Mr. Douglas.

Juror questions reviewed at the bench.

3:59 p.m.      Juror questions asked of Mr. Valentine by the Court.

4:07 p.m.      Video deposition of Commander Michael O'Donnell played.

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:31 p.m.          Trial continued.          Total time in Court:  05:37