IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01878-RBJ | Date: March 15, 2022 |
|---|---|---|
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |

| Parties | Counsel |
|---|---|
| ELISABETH EPPS et al._**Plaintiffs**_ | *Michael Douglas*<br>*Mindy Gorin*<br>*Timothy Macdonald*<br>*Andreas Moffett*<br>*Makeba Rutahindurwa*<br>*Elizabeth Wang* |
| v. | |
| CITY AND COUNTY OF DENVER et al._**Defendants**_ | *Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

## COURTROOM MINUTES

**JURY TRIAL DAY SEVEN**

Court in Session: 9:01 a.m.

Jury present.

9:03 a.m.     Continued presentation of video deposition of Commander Michael O'Donnell.

**ORDERED: Exhibit 452 is admitted.**

Plaintiffs' witness, Commander Patrick Phalen, called and sworn.

9:31 a.m.     Direct examination of Commander Phalen by Ms. Wang.
              **Exhibits 39 and 753 are admitted.**

| | |
|---|---|
| **10:40 a.m.** | **Court in recess – jury escorted out.** |
| **10:57 a.m.** | **Court in session – jury escorted in.** |

10:59 a.m.     Continued direct examination of Commander Phalen by Ms. Wang.
               **Exhibits 570, 723 and 788 are admitted.**

| | |
|---|---|
| **12:00 p.m.** | **Court in recess – jury escorted out.** |
| **1:15 p.m.** | **Court in session – jury not present.** |

Discussion held on evidentiary issues with rulings as outlined on the record.

Jury present.

1:18 p.m.     Continued direct examination of Commander Phalen by Ms. Wang.

Mini statement given by Ms. Birkholz.

1:24 p.m.     Cross examination of Commander Phalen by Ms. Birkholz.
              **Exhibits 448, 449, 450, 451, 467 (Use of Force Policy only), 470, 473, 474, 475, 476, 477, 525 (1st video 7:46-8:11, 51:30-52:22; 2nd video first 10 seconds) 720, 3021, 3107. 3108, 3124 and 3149 are admitted.**

| | |
|---|---|
| **3:02 p.m.** | **Court in recess – jury escorted out.** |
| **3:14 p.m.** | **Court in session - jury escorted in.** |

3:15 p.m.     Continued cross examination of Commander Phalen by Ms. Birkholz.
              **Exhibits 453, 454, 527 (17:09-18:09), 528 (first 1 minute and 10 seconds), 3012, 3106 and 3150 are admitted.**

4:16 p.m.     Redirect examination of Commander Phalen by Ms. Wang.

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:30 p.m.          Trial continued.          Total time in Court:  05:45