IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

---

Civil Action:      20-cv-01878-RBJ                    Date:  March 16, 2022
Courtroom Deputy:   Julie Dynes                        Court Reporter: Kevin Carlin

---

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *Michael Douglas* |
| | *Timothy Macdonald* |
| | *Andreas Moffett* |
| | *Diana Sterk* |
| | *Makeba Rutahindurwa* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

---

## COURTROOM MINUTES

---

**JURY TRIAL DAY EIGHT**

Court in Session:  8:57 a.m.

Jury present.

Plaintiffs' witness, Commander Patrick Phalen, recalled and remains under oath.

9:00 a.m.      Continued redirect examination of Commander Phalen by Ms. Wang.
            **Exhibits 299, 351, 392, 471, 528 (in its entirety), 1260, 1261, 3031 (page 1),
            3070, 3077, 3079 and 3082 are admitted.**

Juror questions reviewed at the bench.

10:09 a.m.      Juror questions asked of Commander Phalen by the Court.

**10:18 a.m.      Court in recess – jury escorted out.**
**10:31 a.m.      Court in session – jury escorted in.**

Plaintiffs' witness, Jonathan Christian, called and sworn.

10:32 a.m.      Direct examination of Mr. Christian by Mr. Macdonald.
                **Exhibits 108, 502, 613 and 739 are admitted.**

11:22 a.m.      Cross examination of Mr. Christian by Mr. Ringel.
                **Exhibit 1106 is admitted.**

**12:00 p.m.     Court in recess – jury escorted out.**
**1:15 p.m.      Court in session – jury escorted in.**

1:16 p.m.       Continued cross examination of Mr. Christian by Mr. Ringel.

1:20 p.m.       Redirect examination of Mr. Christian by Mr. Macdonald.

Juror questions reviewed at the bench.

1:41 p.m.       Juror questions asked of Mr. Christian by the Court.

Plaintiff, Kelsey Taylor, called and sworn.

1:43 p.m.       Direct examination of Ms. Taylor by Ms. Wang.
                **Exhibits 9g, 559 (in part) and 949 are admitted.**

2:25 p.m.       Cross examination of Ms. Taylor by Mr. Weiner.

**3:02 p.m.      Court in recess – jury escorted out.**
**3:14 p.m.      Court in session - jury escorted in.**

3:15 p.m.       Continued cross examination of Ms. Taylor by Mr. Weiner.

3:30 p.m.       Redirect examination of Ms. Taylor by Ms. Wang.

Juror questions reviewed at the bench.

3:37 p.m.       Juror question asked of Ms. Taylor by the Court.

Plaintiff, Ashlee Wedgeworth, called and sowrn.

3:40 p.m.          Direct examination of Ms. Wedgeworth by Ms. Sterk.
                   **Exhibits 45, 545, 712 and 1263 are admitted.**

4:05 p.m.          Cross examination of Ms. Wedgeworth by Mr. Weiner.

4:36 p.m.          Redirect examination of Ms. Wedgeworth by Ms. Sterk.

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:40 p.m.          Trial continued.          Total time in Court:  06:03