IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: March 17, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *Michael Douglas* |
| | *Timothy Macdonald* |
| | *Andreas Moffett* |
| | *Makeba Rutahindurwa* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY NINE**

Court in Session: 8:54 a.m.

Jury not present.

Argument given on disputed witness testimony and evidence with rulings as outlined on the record.

Jury present.

Plaintiff, Jacquelyn Parkins, called and sworn.

9:13 a.m.   Direct examination of Ms. Parkins by Ms. Rutahindurwa.
   **Exhibits 636 and 674 are admitted.**

9:54 a.m.      Cross examination of Ms. Parkins by Ms. Birkholz.
               **Exhibit 989h are admitted.**

10:06 a.m.     Redirect examination of Ms. Parkins by Ms. Rutahindurwa.

Juror questions reviewed at the bench.

10:10 a.m.     Juror question asked of Ms. Parkins by the Court.

Jury excused.

Discussion held on testimony of Nicholas Mitchell.

**10:16 a.m.     Court in recess.**
**10:27 a.m.     Court in session – jury escorted in.**

Plaintiffs' witness, Nicholas Mitchell, called and sworn.

10:29 a.m.     Direct examination of Mr. Mitchell by Mr. Macdonald.
               **Exhibits 754, 861, 864 and 874 are admitted.**

Jury excused.

Discussion held on trial timing.

**12:01 p.m.     Court in recess.**
**1:17 p.m.      Court in session – jury escorted in.**

1:18 p.m.      Continued direct examination of Mr. Mitchell by Mr. Macdonald.

1:34 p.m.      Cross examination of Mr. Mitchell by Mr. Ringel.

1:42 p.m.      Redirect examination of Mr. Mitchell by Mr. Macdonald

Juror questions reviewed at the bench.

2:59 p.m.      Juror questions asked of Mr. Mitchell by the Court.

**3:02 p.m.      Court in recess – jury escorted out.**
**3:15 p.m.      Court in session - jury escorted in.**

Plaintiff, Elizabeth Epps, called and sworn.

3:17 p.m.          Direct examination of Ms. Epps by Mr. Macdonald.
                   **Exhibits 17, 20, 62, 64, 66, 67, 569, 571, 605 and 1250 are admitted.**

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:37 p.m.              Trial continued.              Total time in Court:  06:03