IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  20-cv-01878-RBJ | Date: March 17, 2022 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *Leslie Bailey* |
| | *Michael Douglas* |
| | *Timothy Macdonald* |
| | *Makeba Rutahindurwa* |
| | *Diana Sterk* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

### COURTROOM MINUTES

**JURY TRIAL DAY TEN**

Court in Session: 9:01 a.m.

Jury present.

Plaintiff, Elizabeth Epps, recalled and remains under oath.

9:03 a.m.   Continued direct examination of Ms. Epps by Mr. Macdonald.
**Exhibits 61, 63, 68 and 110 are admitted.**

9:30 a.m.   Cross examination of Ms. Epps by Mr. Weiner.
**Exhibits 107 and 109 are admitted.**

**10:49 a.m.**     **Court in recess – jury escorted out.**
**11:03 a.m.**     **Court in session – jury escorted in.**

11:04 a.m.     Continued cross examination of Ms. Epps by Mr. Weiner.

11:09 a.m.     Redirect examination of Ms. Epps by Mr. Macdonald.

Juror questions reviewed at the bench.

11:11 a.m.     Juror questions asked of Ms. Epps by the Court.

Mini statement given by Mr. Macdonald.

Plaintiff, Katherine Hollis Lyman, called and sworn.

11:15 a.m.     Direct examination of Ms. Lyman by Ms. Bailey.
               **Exhibits 70, 137, 138, 535 and 1264 are admitted.**

**12:05 p.m.**     **Court in recess – jury escorted out.**
**1:24 p.m.**      **Court in session – jury escorted in.**

1:26 p.m.     Cross examination of Ms. Lyman by Ms. Hoffman.
              **Exhibit 84 is admitted.**

Plaintiffs' witness, Edward Maguire, called and sworn.

2:04 p.m.     Direct examination of Professor Maguire by Ms. Sterk.
              **Exhibits 455, 461 and 465 are admitted.**

**2:57 p.m.**     **Court in recess – jury escorted out.**
**3:13 p.m.**     **Court in session - jury escorted in.**

3:14 p.m.     Continued direct examination of Professor Maguire by Ms. Sterk.
              **Exhibit 457 is admitted.**

3:36 p.m.     Cross examination of Professor Maguire by Mr. Ringel.

Jury excused, to return Monday March 21, 2022, at 9:00 a.m.

Discussion held on timing of an oral rule 50 motion and evidence as it relates to Defendant Christian.

Court in Recess:  4:27 p.m.          Trial continued.          Total time in Court:  05:31