


**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ______________________

Question: Attending every day of the protest, Was your intention to document and broadcast the protest and peacefully protest, or to look for documentation of police misconduct and/or use of force? Or both?

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

***If additional space is needed, please use the back of this form.***

****************************Juror: Please do not mark below this line**************************

**Question No.** 34

**ACTION BY THE COURT:**

No objections

☑ **Permitted**
☐ **Denied**
☐ **Rephrased**



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: ______________________

Question: Do you feel, live streaming media coverage, the evidence you have captured filming the protest and lawsuits like this one make change more quickley and effectively than the meetings of advisory boards/committees and policy makers you regularly attend?

*If additional space is needed, please use the back of this form.*

**Juror Questioning Procedure**

1. Please write your question in a clear and legible manner.
2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.
3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.
4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.
5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.

****************************Juror: Please do not mark below this line**************************

**Question No.** 35

**ACTION BY THE COURT:**

- ☑ **Permitted**
- ☐ **Denied**
- ☐ **Rephrased**

no objections