IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: 20-cv-01878-RBJ | Date: March 21, 2022 |
|---|---|
| Courtroom Deputy: Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | *Michael Douglas*<br>*Timothy Macdonald*<br>*Makeba Rutahindurwa*<br>*Diana Sterk*<br>*Elizabeth Wang*<br><br><br><br>*Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

## COURTROOM MINUTES

**JURY TRIAL DAY ELEVEN**

Court in Session:  8:59 a.m.

Jury present.

Plaintiffs' witness, Edward Maguire, recalled and remains under oath.

9:00 a.m.    Continued Cross examination of Professor Maguire by Mr. Ringel.

9:38 a.m.    Redirect examination of Professor Maguire by Ms. Sterk.

Juror questions reviewed at the bench.

9:43 a.m.          Juror questions asked of Professor Maguire by the Court.

Plaintiffs rest their case.

Jury excused.

Argument given on oral motion for judgment as a matter of law under rule 50 by Mr. Ringel.

**ORDERED:   Oral motion to dismiss as to the claims of Cidney Fisk under rule 50 is GRANTED. Those claims are dismissed with prejudice.**

Continued argument given on oral motion for judgment as a matter of law under rule 50 by Mr. Ringel, Ms. Sterk and Ms. Wang.

**ORDERED:   Oral motion for judgment as a matter of law under rule 50 is GRANTED as to economic damages in the form of medical expenses or otherwise as to Joe Deras, Amanda Blasingame, Claire Sannier and Ashlee Wedgeworth and is otherwise DENIED, as outlined on the record.**

**Request by Ms. Sterk to put a clip report of the actual pieces of testimony that were played into the record is GRANTED.**

**10:43 a.m.        Court in recess.**
**10:56 a.m.        Court in session – jury escorted in.**

Defense witness, Commander Michael O'Donnell, called and sworn.

10:58 a.m.         Direct examination of Commander O'Donnell by Ms. Hoffman.

**11:59 p.m.        Court in recess – jury escorted out.**
**1:23 p.m.         Court in session – jury escorted in.**

1:24 p.m.          Continued direct examination of Commander O'Donnell by Ms. Hoffman.
                   **Exhibits 141, 509, 581, 3013, 3056, 3096 and 3137 are admitted.**

2:42 p.m.          Cross examination of Commander O'Donnell by Mr. Douglas.
                   **Exhibits 582 and 1265 are admitted.**

**3:09 p.m.         Court in recess – jury escorted out.**
**3:21 p.m.         Court in session – jury escorted in.**

3:23 p.m.          Continued cross examination of Commander O'Donnell by Mr. Douglas.
                   **Exhibits 606 are admitted.**

4:07 p.m.        Redirect examination of Commander O'Donnell by Ms. Hoffman.

Juror question reviewed at the bench.

4:13 p.m.        Juror questions asked of Commander O'Donnell by the Court.

Defense witness, Lieutenant Thomas Pine, called and sworn.

4:19 p.m.        Direct examination of Lieutenant Pine by Ms. Birkholz.

Jury excused, to return tomorrow at 9:00 a.m.

**ORDERED:  Exhibit 1266 is admitted.**

Court in Recess:  4:31 p.m.            Trial continued.            Total time in Court:  05:43