IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  20-cv-01878-RBJ | Date:  March 22, 2022 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs**<br><br>v.<br><br>CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | *Michael Douglas*<br>*Timothy Macdonald*<br>*Makeba Rutahindurwa*<br>*Diana Sterk*<br>*Elizabeth Wang*<br><br><br><br>*Hollie Birkholz*<br>*Katherine Hoffman*<br>*Lindsay Jordan*<br>*Andrew Ringel*<br>*Robert Weiner* |

**COURTROOM MINUTES**

**JURY TRIAL DAY TWELVE**

Court in Session: 9:15 a.m.

Jury present.

Defense witness, Lieutenant Thomas Pine, recalled and remains under oath.

| | |
|---|---|
| 9:16 a.m. | Continued direct examination of Lieutenant Pine by Ms. Birkholz.<br>**Exhibits 9 (all) and 510 are admitted.** |
| 9:47 a.m. | Cross examination of Lieutenant Pine by Ms. Wang.<br>**Exhibit 6 is admitted.** |

10:03 a.m.      Redirect examination of Lieutenant Pine by Ms. Birkholz.

Defense witness, Sergeant Eric Knutson, called and sworn.

10:06 a.m.      Direct examination of Sergeant Knutson by Ms. Hoffman.

**10:41 a.m.      Court in recess – jury escorted out.**
**10:59 a.m.      Court in session – jury escorted in.**

11:01 a.m.      Continued direct examination of Sergeant Knutson by Ms. Hoffman.
              **Exhibits 469 and 3010 are admitted.**

**12:04 p.m.     Court in recess – jury escorted out.**
**1:19 p.m.      Court in session – jury escorted in.**

1:20 p.m.       Continued direct examination of Sergeant Knutson by Ms. Hoffman.
              **Exhibit 467 (Body Worn Camera Technology) is admitted.**

1:34 p.m.       Cross examination of Sergeant Knutson by Ms. Sterk.

Juror questions reviewed at the bench.

1:54 p.m.       Juror questions asked of Sergeant Knutson by the Court.

2:00 p.m.       Additional examination of Sergeant Knutson by Ms. Sterk.

Defense witness, Matthew Woods, called and sworn.

2:02 p.m.       Direct examination of Mr. Woods by Ms. Hoffman.
              **Exhibit 3039 is admitted.**

2:27 p.m.       Cross examination of Mr. Woods by Ms. Sterk.

Juror questions reviewed at the bench.

2:32 p.m.       Juror questions asked of Mr. Woods by the Court.

Defense witness, Lieutenant Vincent Porter, called and sworn.

2:33 p.m.       Direct examination of Lieutenant Porter by Mr. Weiner.

**3:06 p.m.      Court in recess – jury escorted out.**
**3:20 p.m.      Court in session – jury escorted in.**

3:21 p.m.        Continued direct examination of Lieutenant Porter by Mr. Weiner.

3:39 p.m.        Cross examination of Lieutenant Porter by Ms. Wang.

3:57 p.m.        Redirect examination of Lieutenant Porter by Mr. Weiner.

Juror questions reviewed at the bench.

3:59 p.m.        Juror questions asked of Lieutenant Porter by the Court.

Defense witness, Technician Ryan Grothe, called and sworn.

4:01 p.m.        Direct examination of Technician Grothe by Ms. Jordan.
                 **Exhibit 462 is admitted.**

Jury excused, to return tomorrow at 9:20 a.m.

Discussion held on jury instructions.

Court in Recess:  4:42 p.m.           Trial continued.           Total time in Court:  05:31