

**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: _____

Question: Does Contagion ~~Cause~~ Crowd Psychology Affect Officers As Well, And do you cover that in your Class

| Juror Questioning Procedure |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

****************************Juror:  Please do not mark below this line**************************

Question No. 43

ACTION BY THE COURT:

no objections

☑ Permitted
☐ Denied
☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the __witness__ in this case, not to the Judge or attorneys.*

For Witness: _____

Question: _____ Knutson _____

If an officer deploys

LLWs during euse

at all an event like a

Football tell gating or

protest, should they

turn on their BWC?

*If additional space is needed, please use the back of this form.*

| **Juror Questioning Procedure** |
| --- |
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

****************************Juror:  Please do not mark below this line************************

**Question No.** 44

**ACTION BY THE COURT:**

☑ Permitted
☐ Denied
☐ Rephrased

no objections



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _Knutson_

Question: _____

If an officer has/had
been disciplined for
their use of force, is
the refresher course
then mandatory?

<table>
<tr><td colspan="2"><strong>Juror Questioning Procedure</strong></td></tr>
<tr><td>1.</td><td>Please write your question in a clear and legible manner.</td></tr>
<tr><td>2.</td><td>Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form.</td></tr>
<tr><td>3.</td><td>The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked.</td></tr>
<tr><td>4.</td><td>The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness.</td></tr>
<tr><td>5.</td><td>If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused.</td></tr>
</table>

*If additional space is needed, please use the back of this form.*

****************************Juror: Please do not mark below this line**************************

**Question No.** 45

**ACTION BY THE COURT:**

☑ Permitted
☐ Denied
☐ Rephrased

no objection



**Juror Question (s)**

*Please remember, you may submit a question only to the <u>witness</u> in this case, not to the Judge or attorneys.*

For Witness: _____

Question: RIOT GEAR OBSCURES
AN OFFICER'S IDENTITY, IS
THERE ANY POLICY REGARDING
A REQUIREMENT TO HAVE A
BADGE NUMBER / NAME VISIBLE
WHILE ON DUTY?

_____

_____

_____

_____

_____

_____

| **Juror Questioning Procedure** |
| :--- |
| 1.  Please write your question in a clear and legible manner. |
| 2.  Your question must be submitted in writing and using this form.  Please do not identify yourself in any way on the form. |
| 3.  The Judge will make a determination whether or not the question is proper.  The Judge will use the same standards that are applied to questions offered by attorneys.  Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4.  The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5.  If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*Juror:  Please do not mark below this line\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Question No. 46

**ACTION BY THE COURT:**

☑ Permitted

☐ Denied

☐ Rephrased

no objection



**Juror Question (s)**

*Please remember, you may submit a question only to the witness in this case, not to the Judge or attorneys.*

For Witness: _____

Question: Are you Aware Denve is Claiming 4.2 million in damage from the protest

_____
_____
_____
_____
_____
_____
_____
_____

| **Juror Questioning Procedure** |
| --- |
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

****************************Juror:  Please do not mark below this line**************************

Question No. 47

**ACTION BY THE COURT:**

no objection

☑ Permitted
☐ Denied
☐ Rephrased



**Juror Question (s)**

*Please remember, you may submit a question only to the underline witness in this case, not to the Judge or attorneys.*

For Witness: _____

Question: Can you explain how your experience and encounters were different from your experience working other protests? ~~Was there a particular moment to you that~~ ~~stara~~ What event or moment has stuck with you most?

| **Juror Questioning Procedure** |
|---|
| 1. Please write your question in a clear and legible manner. |
| 2. Your question must be submitted in writing and using this form. Please do not identify yourself in any way on the form. |
| 3. The Judge will make a determination whether or not the question is proper. The Judge will use the same standards that are applied to questions offered by attorneys. Existing rules of law, evidence, and procedures apply to every question that is asked. |
| 4. The Judge may need to modify the question to make it conform to legal standards or to make the question clearer to the witness. |
| 5. If the question can be asked, the Judge will read it to the witness at an appropriate time before the witness is excused. |

*If additional space is needed, please use the back of this form.*

****************************Juror:  Please do not mark below this line*************************

Question No. 48

ACTION BY THE COURT:

☑ Permitted
☐ Denied
☐ Rephrased

No objection