IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 20-cv-01878-RBJ | Date:  March 23, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |

| Parties | Counsel |
|---|---|
| ELISABETH EPPS et al. | *R. Reeves Anderson* |
| | *Michael Douglas* |
| | *Timothy Macdonald* |
| | *Makeba Rutahindurwa* |
| | *Elizabeth Wang* |
| | *Brian Williams* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY THIRTEEN**

Court in Session:  9:19 a.m.

Jury present.

Defense witness, Technician Ryan Grothe, recalled and remains under oath.

9:21 a.m.        Cross examination of Technician Grothe by Mr. Macdonald.

9:33 a.m.        Redirect examination of Technician Grothe by Ms. Jordon.

Juror questions reviewed at the bench.

9:36 a.m.        Juror questions asked of Technician Grothe by the Court.

Defense witness, John Coppedge, called and sworn.

9:38 a.m.        Direct examination of Mr. Coppedge by Mr. Weiner.

9:40 a.m.        Cross examination of Mr. Coppedge by Mr. Macdonald.

9:57 a.m.        Redirect examination of Mr. Coppedge by Mr. Weiner.

Defense witness, Sergeant Anthony Hamilton, called and sworn.

10:01 a.m.       Direct examination of Sergeant Hamilton by Ms. Birkholz.
                 **Exhibits 3091 and 3102 are admitted.**

**10:42 a.m.       Court in recess – jury escorted out.**
**10:54 a.m.       Court in session – jury escorted in.**

10:55 a.m.       Cross examination of Sergeant Hamilton by Ms. Rutahindurwa.
                 **Exhibits 382, 716 and 3098 are admitted.**

11:25 a.m.       Redirect examination of Sergeant Hamilton by Ms. Birkholz.

Juror questions reviewed at the bench.

11:29 a.m.       Juror questions asked of Sergeant Hamilton by the Court.

Defense witness, Officer Tana Cunningham, called and sworn.

11:31 a.m.       Direct examination of Officer Cunningham by Ms. Jordan.
                 **Exhibit 3151 is admitted.**

**12:02 p.m.       Court in recess – jury escorted out.**
**1:15 p.m.        Court in session – jury escorted in.**

1:17 p.m.        Continued direct examination of Officer Cunningham by Ms. Jordan.

1:23 p.m.        Cross examination of Officer Cunningham by Ms. Wang.
                 **Exhibit 663 is admitted.**

1:34 p.m.        Redirect examination of Officer Cunningham by Ms. Jordan.

Bench conference held.

Defense witness, Sergeant Robert Parsons, called and sworn.

1:38 p.m.      Direct examination of Sergeant Parsons by Ms. Hoffman.
               **Exhibits 3018 and 3022 are admitted.**

1:57 p.m.      Cross examination of Sergeant Parsons by Mr. Williams.

Juror questions reviewed at the bench.

2:05 p.m.      Juror questions asked of Sergeant Parsons by the Court.

2:05 p.m.      Additional examination of Sergeant Parsons by Mr. Williams.

Defense witness, Lieutenant Matthew Canino, called and sworn.

2:07 p.m.      Direct examination of Lieutenant Canino by Ms. Hoffman.
               **Exhibits 500, 552 and 555 are admitted.**

Jury excused.

Discussion held on witness availability.

**2:58 p.m.      Court in recess.**
**3:10 p.m.      Court in session – jury escorted in.**

3:11 p.m.      Cross examination of Lieutenant Canino by Ms. Sterk.

Juror questions reviewed at the bench.

3:24 p.m.      Juror questions asked of Lieutenant Canino by the Court.

3:26 p.m.      Additional examination of Lieutenant Canino by Ms. Hoffman.

3:26 p.m.      Additional examination of Lieutenant Canino by Ms. Sterk.

Jury excused, to return tomorrow at 9:00 a.m.

Jury instructions and verdict form reviewed and ruled upon, as outlined on the record.

Court in Recess:  5:40 p.m.            Trial continued.            Total time in Court:  06:36