IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| Civil Action: | 20-cv-01878-RBJ | Date: March 24, 2022 |
| Courtroom Deputy: | Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al.<br><br>**Plaintiffs** | R. Reeves Anderson<br>Matthew Douglas<br>Timothy Macdonald<br>Makeba Rutahindurwa<br>Elizabeth Wang |
| v. | |
| CITY AND COUNTY OF DENVER et al.<br><br>**Defendants** | Hollie Birkholz<br>Katherine Hoffman<br>Lindsay Jordan<br>Andrew Ringel<br>Robert Weiner |

### COURTROOM MINUTES

**JURY TRIAL DAY FOURTEEN**

Court in Session: 9:04 a.m.

Jury not present.

Discussion held on verdict form and witness testimony.

Jury present.

Mini statement given by Mr. Ringel.

Defense witness, Division Chief Ronald Thomas, called and sworn.

| | |
|---|---|
| 9:11 a.m. | Direct examination of Chief Thomas by Mr. Ringel. |

**10:38 a.m.   Court in recess – jury escorted out.**
**10:56 a.m.   Court in session – jury escorted in.**

Discussion held on juror lunches.

**ORDERED:  Lunches are to be provided to the jurors today and throughout deliberations.**

10:57 a.m.   Continued direct examination of Chief Thomas by Mr. Ringel.

Jury excused re: lunch menus.

Discussion held on the verdict form and copies of jury instructions.

Jury present.

11:11 a.m.   Continued direct examination of Chief Thomas by Mr. Ringel.

12:11 p.m.   Cross examination of Chief Thomas by Mr. Douglas.
             **Exhibit 634 is admitted.**

12:36 p.m.   Redirect examination of Chief Thomas by Mr. Ringel.

Juror questions reviewed at the bench.

12:48 p.m.   Juror questions asked of Chief Thomas by the Court.

Jury excused.

Discussion held on the verdict form.

**1:07 p.m.    Court in recess.**
**2:09 p.m.    Court in session – jury escorted in.**

Jury instructed.

3:07 p.m.    Closing argument by Mr. Macdonald.

4:08 p.m.    Closing argument by Ms. Wang.

Jury excused, to return tomorrow at 9:00 a.m.

Court in Recess:  4:35 p.m.         Trial continued.         Total time in Court:  06:11