**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

## MOTION FOR LEAVE TO COMMUNICATE WITH JURORS POST-TRIAL

Defendants, City and County of Denver and Jonathan Christian (collectively, "Defendants"), through their undersigned counsel, submit the following Motion for Leave to Communicate with Jurors Post-Trial.

**AS GROUNDS**, Defendants state:

### CERTIFICATE OF CONFERRAL

In accordance with D.C.COLO.LCivR 7.1(a), undersigned counsel has conferred with Plaintiffs' counsel prior to this trial commencing regarding the relief sought herein, who stated that Plaintiffs do not oppose such relief.

Given the number of cases Denver is defending relating to the conduct of its and other jurisdictions' police officers during the George Floyd protests in May and June 2020, Defendants' counsel would like to speak to jurors about topics that may assist counsel in addressing these future cases. Recognizing the sensitive position that jurors are in, Defendants propose the following

restrictions on such communications: (1) only counsel may be present when speaking with the jurors; (2) the communication may only take place after the trial; (3) the communication may only occur within Courtroom A902; (4) and only with those jurors who voluntarily choose to return into the courtroom to speak with counsel; and (5) there will be no communication with a juror after that juror has left Courtroom A902. Counsel for Defendants agrees that no inquiry will be made into the jury's deliberations or to examine with them the validity or consistency of their verdict.

WHEREFORE, Defendants and their counsel respectfully request permission to speak with any and all jurors willing to communicate with counsel after the trial subject to the above-listed restrictions.

DATED this 25th day of March, 2022.

Respectfully submitted,

By: *s/ Hollie R. Birkholz*
Hollie R. Birkholz, Assistant City Attorney
Robert Huss, Assistant City Attorney
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org
robert.huss@denvergov.org
lindsay.jordan@denvergov.org

Andrew D. Ringel, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
*Counsel for the City and County of Denver and the*

2

*individually named Denver Police Department Officers*

3

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of March, 2022, the foregoing **MOTION TO COMMUNICATE WITH JURORS** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Andreas Moffett
Mindy Gorin
Diana Sterk
Brian Williams
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
mindy.gorin@arnoldporter.com
Mindy.sterk@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com
*Counsel for Plaintiffs*

Office of the Aurora City Attorney
Isabelle Sabra Evans
Peter Ruben Morales
ievans@auroragov.org
pmorales@auroragov.org
*Counsel for Defendant City of Aurora, Officers Brukbacher, Budaj, McNamee and Serrant in their official capacities*

Bruno, Colin & Lowe, P.C.
David M. Goddard
Michael T. Lowe
Heather D. Kuhlman
dgoddard@brunolawyers.com
mlowe@brunolawyers.com
hkuhlman@brunolawyers.com
*Counsel for Defendants Brukbacher, Budaj, McNamee, Serrant in individual capacities*

Jefferson County Attorney's Office
Rebecca Klymkowsky
Eric Butler
rklymkow@jeffco.us
ebutler@jeffco.us
*Counsel for Defendants Board of Commissioners of Jefferson County, Sheriff Jeff Shrader*

Andrew D. Ringel
Kate Hoffman
Robert Weiner
Hall and Evans
ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Counsel for Defendants City and County of Denver and the individually named Denver Police Officers*

*s/ Sarah Pesley*
Denver City Attorney's Office