IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | |
|---|---|
| Civil Action:  20-cv-01878-RBJ | Date:  March 25, 2022 |
| Courtroom Deputy:  Julie Dynes | Court Reporter: Kevin Carlin |

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS et al. | *Matthew Douglas* |
| | *Timothy Macdonald* |
| | *Makeba Rutahindurwa* |
| | *Elizabeth Wang* |
| **Plaintiffs** | |
| v. | |
| CITY AND COUNTY OF DENVER et al. | *Hollie Birkholz* |
| | *Katherine Hoffman* |
| | *Lindsay Jordan* |
| | *Andrew Ringel* |
| | *Robert Weiner* |
| **Defendants** | |

## COURTROOM MINUTES

**JURY TRIAL DAY FIFTEEN**

Court in Session:  9:03 a.m.

9:05 a.m.      Closing argument by Ms. Jordan.

10:04 a.m.    Rebuttal argument by Ms. Wang.

10:20 a.m.    Rebuttal argument by Ms. Macdonald.

Bailiff sworn.  Jury excused to begin deliberations.

**10:40 p.m.**      **Court in recess.**
**3:35 p.m.**       **Court in session – jury escorted in.**

Verdict reached in favor of the plaintiffs, see verdict for details.

Jury excused.

Court in Recess:  3:46 p.m.          Trial concluded.          Total time in Court:  01:48

Clerk's note:   Exhibits and depositions returned to counsel or a representative of counsel. Counsel to retain exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.