IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## MOTION FOR WITHDRAWAL AS ATTORNEY

Lindsay M. Jordan, of the Denver City Attorney's Office, submits this Motion for Withdrawal as counsel of record for Defendants, City and County of Denver and Johnathan Christian, pursuant to D.C.COLO.LAttyR 5(b) and states as follows:

### CERTIFICATE OF CONFERRAL

This Motion for Withdrawal is exempt from the duty to confer under D.C.COLO.LCivR 7.1(b)(4).

1. Ms. Jordan has recently resigned from and is leaving her employment with the Denver City Attorney's Office as of April 8, 2021. Therefore, good cause exists to allow her to withdraw as counsel for Defendants City and County of Denver and Johnathan Christian in this matter.

2. Assistant Denver City Attorney Hollie Birkholz, Esq. and Robert Huss, Esq. and Andrew Ringel, Esq., Katherine N. Hoffman, Esq. and Robert A. Weiner, Esq. of Hall & Evans,

LLC, will continue to represent Defendants City and County of Denver and Johnathan in this action as counsel of record.

3. No parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting relief sought in this Motion because Ms. Birkholz, Mr. Huss, Mr. Ringel, Ms. Hoffman and Mr. Weiner will continue to represent Defendants City and County of Denver and Jonathan Christian in this matter.

4. As required by D.C.COLO.LAttyR 5(b), a copy of this Motion is being served on Ms. Jordan's clients in addition to all counsel of record.

Wherefore, for good cause shown, undersigned counsel, Lindsay M. Jordan, respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendants City and County of Denver and Johnathan Christian in this action.

Dated this 6th day of April, 2022.

Respectfully submitted,

By: *s/ Lindsay M. Jordan*
Lindsay M. Jordan, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: lindsay.jordan@denvergov.org
*Counsel for Denver Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2022, the foregoing **MOTION FOR WITHDRAWAL AS ATTORNEY** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Timothy R. Macdonald
Patrick Reidy
Leslie Bailey
Andreas Moffett
Mindy Gorin
Diana Sterk
Brian Williams
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
timothy.macdonald@arnoldporter.com
patrick.reidy@arnoldporter.com
leslie.bailey@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
mindy.gorin@arnoldporter.com
Mindy.sterk@arnoldporter.com
Brian.williams@arnoldporter.com

ACLU of Colorado
Arielle Kay Herzberg
Mark Silverstein
Sara R. Neel
aherzberg@aclu-co.org
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com
*Counsel for Plaintiffs*

Office of the Aurora City Attorney
Isabelle Sabra Evans
Peter Ruben Morales
ievans@auroragov.org
pmorales@auroragov.org
*Counsel for Defendant City of Aurora and Aurora Officers Brukbacher, Budaj, McNamee and Serrant in their official capacities*

Bruno, Colin & Lowe, P.C.
David M. Goddard
Michael T. Lowe
Heather D. Kuhlman
dgoddard@brunolawyers.com
mlowe@brunolawyers.com
hkuhlman@brunolawyers.com
*Counsel for Defendants Brukbacher, Budaj, McNamee, Serrant in their individual capacities*

Andrew D. Ringel
Kate Hoffman
Robert Weiner
Hall and Evans
ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Counsel for Defendants City and County of Denver and the individually named Denver Police Officers*

*s/ Sarah Peasley*
Denver City Attorney's Office