IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*,

        Plaintiffs,

  v.

CITY AND COUNTY OF DENVER, *et al.*,

        Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Leslie C. Bailey of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), as counsel for Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith, moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

**Certificate of Conferral Pursuant to Local Civil Rule 7.1:** Because this motion is brought pursuant to D.C.Colo.LAttyR 5(b), conferral is not required.  *See* Local Civil Rule 7.1(b)(4).

1. My last day as an attorney at Arnold & Porter is April 11, 2022.  Therefore, I respectfully submit that good cause exists to allow me to withdraw as counsel in this matter pursuant to D.C.Colo.LAttyR 5(b).

2. Timothy R. Macdonald, Matthew J. Douglas, Edwin P. Aro, R. Reeves Anderson, and other attorneys at Arnold & Porter have entered appearances for Plaintiffs in this action as counsel of record.

3. Given that Plaintiffs will continue to be represented by attorneys at Arnold & Porter, no parties will be prejudiced by the withdrawal of the undersigned, and there will be no delay in any upcoming deadlines.

4. Advisement pursuant to D.C.Colo.LAttyR 5(b): Plaintiffs have been provided notice of this Motion, which includes advisement regarding their responsibility to comply with all court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, who will continue to comply with this responsibility on their behalf.

Dated: April 11, 2022    Respectfully submitted,

By: */s/ Leslie C. Bailey*
    Leslie C. Bailey
    Andreas Moffett
    ARNOLD & PORTER KAYE SCHOLER LLP
    601 Massachusetts Ave., NW
    Washington, DC  20001-3743
    Telephone: (202) 942-5000
    Facsimile: (202) 942-5555
    Leslie.Bailey@arnoldporter.com
    Andreas.Moffett@arnoldporter.com

    Timothy R. Macdonald
    Matthew J. Douglas
    Edward Packard Aro
    R. Reeves Anderson
    Colin M. O'Brien
    Brian M. Williams
    ARNOLD & PORTER KAYE SCHOLER, LLP

2

1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Brian.Williams@arnoldporter.com

Diana Sterk
Mindy Gorin
ARNOLD & PORTER KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Diana.Sterk@arnoldporter.com
Mindy.Groin@arnoldporter.com

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

*In cooperation with the American Civil Liberties Union Foundation of Colorado*

Mark Silverstein
Sara Neel

Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773
Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Epps Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2022, I served via CM/ECF the foregoing **MOTION TO WITHDRAW AS COUNSEL** on all counsel of record.

*/s/ Tanya D. Huffaker*