IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR ATTORNEYS' FEES AND BILL OF COSTS**

Plaintiffs, through their attorneys, hereby file this unopposed motion for an extension of time to file a petition for attorneys' fees and bill of costs, as follows:

1. On April 15, 2022, the Court entered judgment on the verdict from the jury trial in March 2022. Dkt. 360.

2. Under Rule 54(d), Plaintiffs' petition for attorneys' fees and bill of costs are due within 14 days, or by April 29, 2022. Fed. R. Civ. P. 54(d)(2)(B)(i).

3. Plaintiffs request an extension of time to file their fee petition and bill of costs until June 1, 2022, for the following reasons: Lead counsel for the Fitouri Plaintiffs, Elizabeth Wang, has an eight-day jury trial scheduled before this Court beginning on May 2, 2022, in *O'Connell v. Alejo, et al.*, 18-CV-1359-RBJ. Ms. Wang is lead trial counsel for Plaintiff Krystal O'Connell, and will be assisted at trial by only one other attorney. She is currently preparing for that trial; the Trial Preparation Conference is scheduled for April 25, 2022. In addition, Ms. Wang has *Daubert*

motions due in a major wrongful conviction case, *Gray v. City of Chicago, et al.*, 18-CV-2624 (N.D. Ill.), on May 20, 2022, and a response to summary judgment in another wrongful conviction case, *Mims v. City of Chicago, et al.*, 18-cv-7192 (N.D. Ill.), due on May 25, 2022. Counsel for the Epps Plaintiffs has a jury trial starting on April 18, 2022 in *Scherbarth v. Woods*, et al., 16-CV-02391-SKC (D. Colo.). In addition, May 30 is Memorial Day. Thus, the Plaintiffs respectfully request until June 1, 2022 to file their petitions for attorneys' fees under Section 1988 and bills of costs.

      4.      There is good cause for granting this motion.

      5.      Counsel for Plaintiffs have conferred with counsel for Defendants, and this motion is unopposed.

WHEREFORE, Plaintiffs respectfully request an extension of time to June 1, 2022 to file their petitions for Section 1988 attorneys' fees and bills of costs.

Respectfully submitted,

| By: */s/ Elizabeth Wang* | By: */s/ Timothy R. Macdonald* |
|---|---|
| Elizabeth Wang | Timothy R. Macdonald |
| LOEVY & LOEVY | Matthew J. Douglas |
| 2060 Broadway, Suite 460 | Edward Packard Aro |
| Boulder, CO 80302 | R. Reeves Anderson |
| Telephone: (720) 328-5642 | Colin M. O'Brien |
| elizabethw@loevy.com | Arnold & Porter Kaye Scholer, LLP |
| | 1144 Fifteenth Street, Suite 3100 |
| Makeba Rutahindurwa | Denver, Colorado 80202 |
| LOEVY & LOEVY | Telephone: (303) 863-1000 |
| 311 N. Aberdeen St. | Timothy.Macdonald@arnoldporter.com |
| Chicago, IL 60607 | Matthew.Douglas@arnoldporter.com |
| Telephone: (312) 243-5900 | Ed.Aro@arnoldporter.com |
| makeba@loevy.com | Reeves.Anderson@arnoldporter.com |
| *Counsel for Fitouri Plaintiffs* | Colin.Obrien@arnoldporter.com |
| | *Counsel for the Epps Plaintiffs* |

**Certificate of Service**

  I, Elizabeth Wang, an attorney, hereby certify that on April 18, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

              s/ Elizabeth Wang
              Counsel for Fitouri Plaintiffs