**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**FITOURI PLAINTIFFS' UNOPPOSED MOTION TO SET TRIAL DATE
FOR ARREST CLASS CLAIMS**

---

Fitouri Plaintiffs, through their attorneys, hereby file this unopposed motion to set a trial

date for the claims of the Arrest Class, as follows:

1.      The Court bifurcated the claims of the Arrest Class into a separate trial.

2.      The claims of the Arrest Class are ready for trial. The Court ruled on Denver's

motion for summary judgment on the claims of the curfew arrest class. Dkt. 304. Thus, Plaintiffs

and Class Representatives Claire Sannier and Kelsey Taylor respectfully request that the Court set

a trial date for the claims of the Arrest Class and a date for the Trial Preparation Conference.[1]

3.      The parties have conferred, and Defendants do not oppose this motion. The parties

also agree that the expected length of the trial is 5 days.

---

[1] Currently, Plaintiffs' and Class Counsel (Elizabeth Wang) already has a trial scheduled for July 25-29, 2022, and December 5-16, 2022 (although this December trial is likely to get rescheduled).

WHEREFORE, Plaintiffs respectfully request that the Court set a trial date for the claims of the Arrest Class and a date for the Trial Preparation Conference.

Respectfully submitted,

s/ Elizabeth Wang

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Class Counsel*

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
makeba@loevy.com

### Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on April 19, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Class Counsel