IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## PLAINTIFFS' UNOPPOSED MOTION TO SET TRIAL DATE FOR CLAIMS AGAINST AURORA DEFENDANTS

Plaintiffs, through their attorneys, hereby file this unopposed motion to set trial dates for the claims against the Aurora Defendants, as follows:

1. The Court bifurcated the claims against the Aurora Defendants into a separate trial.

2. Thus, Plaintiffs respectfully request a trial date for the claims against the Aurora Defendants and a date for the Trial Preparation Conference.[1]

3. The parties have conferred, and Defendants do not oppose this motion. Plaintiffs anticipate that the trial will take approximately 5 days.

WHEREFORE, Plaintiffs respectfully request that this Court set a trial date for the claims against the Aurora Defendants and a date for the Trial Preparation Conference.

---

[1] Currently, Fitouri Plaintiffs' counsel (Elizabeth Wang) already has a trial scheduled for July 25-29, 2022 and December 5-16, 2022 (although this December trial is likely to get rescheduled). Stating further, Plaintiffs' and Class Counsel (Elizabeth Wang) has a trial preparation conference in front of this Court on April 13, 2023, with trial scheduled to start on April 24, 2023.

Respectfully submitted,

| | |
|---|---|
| /s/ Makeba Rutahindurwa | /s/ Timothy MacDonald |
| Elizabeth Wang<br>Loevy & Loevy<br>2060 Broadway, Ste. 460<br>Boulder, CO 80302<br>O: 720.328.5642<br>elizabethw@loevy.com<br><br>Makeba Rutahindurwa<br>Loevy & Loevy<br>311 N. Aberdeen St., 3rd Fl.<br>Chicago, IL 60607<br>O: 312.243.5900<br>makeba@loevy.com<br>*Counsel for Fitouri Plaintiffs* | Timothy MacDonald<br>Arnold & Porter<br>1144 Fifteenth Street, Suite 3100<br>Denver, CO 80202<br>O: 303.863.2334<br>Timothy.Macdonald@arnoldporter.com<br>*Counsel for Epps Plaintiffs* |

**Certificate of Service**

    I, Makeba Rutahindurwa, an attorney, hereby certify that on April 29, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Makeba Rutahindurwa  
Counsel for Fitouri Plaintiffs
