IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO AURORA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiffs, through their attorneys, hereby file this unopposed motion for an extension of time to file their response brief to the Aurora Defendants' motion for summary judgment, as follows:

**Certificate of Conferral**

1. Plaintiffs and Aurora Defendants have conferred about this motion, and Defendants do not oppose it.

**Discussion**

2. Plaintiffs' response to the Aurora Defendants' motion for summary judgment [Dkt. 259] is currently due on May 23, 2022, with a reply deadline for June 6, 2022. Dkt. 368.

3. Plaintiffs respectfully request an extension until June 8, 2022 to file their response, due to numerous obligations that Plaintiff Duran's lead counsel, Elizabeth Wang, has in other cases over the next several weeks, including: *Daubert* motions relating to several experts due in *Gray v.*

*City of Chicago*, No. 18-cv-2624 (N.D. Ill.), a major wrongful conviction case, due on May 20, 2022; response to motion for summary judgment due in *Mims v. City of Chicago*, No. 18-cv-7192 (N.D. Ill.), another wrongful conviction case, due on May 25, 2022; depositions of defendant officers in *Browning v. Las Vegas Metropolitan Police Dep't*, No. 20-cv-1381 (D. Nev.), a wrongful conviction case, during the weeks of May 9 and 16, 2022; final pretrial order and other pretrial materials in *Stewart v. Frankenreiter*, No. 19-cv-1588 (D. Colo.), due on June 6, 2022; and fee petition on the claims that were tried to verdict against Denver in this case in March, due on June 1, 2022.

4. There is good cause for granting this motion. Furthermore, given that the trial on these claims will not be until June 2023, the granting of this motion will not delay further proceedings in this case.

5. Plaintiffs and Defendants have conferred about this motion and Defendants have no objection.

WHEREFORE, Plaintiffs respectfully request until June 8, 2022 to file their response to the Aurora Defendants' motion for summary judgment.

Respectfully submitted,

By: /s/ Elizabeth Wang
 Elizabeth Wang
 LOEVY & LOEVY
 2060 Broadway, Suite 460
 Boulder, CO 80302
 Telephone: (720) 328-5642
 elizabethw@loevy.com

 Makeba Rutahindurwa
 LOEVY & LOEVY

311 N. Aberdeen St.
Chicago, IL 60607
Telephone: (312) 243-5900
makeba@loevy.com
*Counsel for Plaintiff Duran*

## Certificate of Service

    I, Elizabeth Wang, an attorney, hereby certify that on May 6, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

                                        s/ Elizabeth Wang
                                        Counsel for Plaintiff Duran