IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge R. Brooke Jackson

Civil Action No. 1:20-cv-01878-RBJ

ELISABETH EPPS, et al,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al,

    Defendants.

---

### ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE FOR THE AURORA DEFENDANTS

---

    This matter is set for a **five-day Jury Trial** to commence on **June 19, 2023 at 9:00 a.m.** on the docket of Judge R. Brooke Jackson U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado.

    A Trial Preparation Conference is set for **June 1, 2023 at 1:30 p.m.** Lead Counsel should attend in person.

    During the Trial Preparation Conference the parties should be prepared to address: jury instructions, jury selections, witnesses and evidence, anticipated evidentiary issues, stipulations as to fact, and any other issue affecting the duration or course of the trial. The parties are directed to confer prior to the Trial Preparation Conference to reach agreement on as many, if not all, of the proposed jury instructions. The proposed stipulated and disputed jury instructions should be emailed to Jackson_chambers@cod.uscourts.gov at least one week in advance of the Trial Preparation Conference. Please submit a single integrated proposed set of instructions. They should be numbered and grouped with the same-subject disputed instructions together and

indicate on each individual instruction if they are plaintiff's or defendant's proposal. Stipulated instructions should be individually labeled as such.

For additional information, please review my practice standards located at

http://www.cod.uscourts.gov/JudicialOfficers/ActiveArticleIIIJudges/HonRBrookeJackson.aspx

DATED this 10th day of May, 2022.

BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge