**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**PLAINTIFFS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE
RESPONSES TO DENVER DEFENDANTS' POST-TRIAL MOTIONS**

Plaintiffs, through their attorneys, hereby file this unopposed motion for an extension of time to file their response briefs to the Denver Defendants' post-trial motions, as follows:

**Certificate of Conferral**

Plaintiffs and Denver Defendants have conferred about this motion, and Defendants do not oppose it.

**Discussion**

1. Defendants City and County of Denver and Christian filed their motions for judgment as a matter of law, or a new trial, or remittitur, on May 13, 2022. Dkts. 373, 374.

2. Under the Local Rules, Plaintiffs' responses to these motions are currently due on June 3, 2022.

3. Plaintiffs respectfully request a two-week extension until June 17, 2022 to file their responses, due to the need to review the transcripts of the 3-week trial in order to adequately

respond to the motions, and also due to numerous obligations that Plaintiffs' counsel have in other cases over the next several weeks. This includes: a response to motion for summary judgment due in *Mims v. City of Chicago*, No. 18-cv-7192 (N.D. Ill.), due on May 25, 2022; deposition of defendant officer in *Browning v. Las Vegas Metropolitan Police Dep't*, No. 20-cv-1381 (D. Nev.), on May 27, 2022; fee petition in this case due on June 1, 2022; response to Aurora Defendants' motion for summary judgment in this case due on June 8, 2022; *Daubert* motions relating to several experts in *Gray v. City of Chicago*, No. 18-cv-2624 (N.D. Ill.), due on June 10, 2022; final pretrial order and other pretrial materials in *Stewart v. Frankenreiter*, No. 19-cv-1588 (D. Colo.), due on June 6, 2022. In addition, one of Fitouri Plaintiffs' counsel is out this week until May 25, 2022. And, Monday 30, 2022 is Memorial Day.

4. There is good cause for granting this motion, as discussed above.

5. Plaintiffs and Defendants have conferred about this motion and Defendants have no objection.

WHEREFORE, Plaintiffs respectfully request until June 17, 2022 to file their responses to the Denver Defendants' motions for judgment as a matter of law, or a new trial, or remittitur.

Respectfully submitted,

By: s/ Elizabeth Wang
   Elizabeth Wang
   LOEVY & LOEVY
   2060 Broadway, Suite 460
   Boulder, CO 80302
   Telephone: (720) 328-5642
   elizabethw@loevy.com

   Makeba Rutahindurwa
   LOEVY & LOEVY

By: s/ R. Reeves Anderson
   Timothy R. Macdonald
   Matthew J. Douglas
   Edward Packard Aro
   R. Reeves Anderson
   Colin M. O'Brien
   Arnold & Porter Kaye Scholer, LLP
   1144 Fifteenth Street, Suite 3100
   Denver, Colorado 80202
   Telephone: (303) 863-1000

| | |
|---|---|
| 311 N. Aberdeen St. | Timothy.Macdonald@arnoldporter.com |
| Chicago, IL 60607 | Matthew.Douglas@arnoldporter.com |
| Telephone: (312) 243-5900 | Ed.Aro@arnoldporter.com |
| makeba@loevy.com | Reeves.Anderson@arnoldporter.com |
| *Counsel for Fitouri Plaintiffs* | Colin.Obrien@arnoldporter.com |
| | *Counsel for Epps Plaintiffs* |

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on May 19, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs