# EXHIBIT 3

**\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\***

AO 133(Rev. 12/09)  Bill of Costs

USDC Colo. Version – (Rev. 10/01/2020)

| BILL OF COSTS | | | |
|---|---|---|---|
| **United States District Court** | DISTRICT | **DISTRICT OF COLORADO** | |
| ELISABETH EPPS, et al., | DOCKET NO. | | |
| v. | CASE NO. | 1:20-cv-01878-RBJ (consolidated) | |
| CITY AND COUNTY OF DENVER, et al., | | | |

Judgment having been entered in the above entitled action on

against **Defendants**                                                                    the clerk is requested to tax the following as costs:

| BILL OF COSTS | | |
|---|---|---|
| Fees of the clerk | $ | 400.00 |
| Fees for service of summons and complaint | $ | 0.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ | 17,309.10 |
| Fees and disbursements for printing | $ | 10,517.52 |
| Fees for witnesses (itemized on reverse side) | $ | 216.00 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ | 220.24 |
| Docket fees under 28 U.S.C. § 1923 | $ | 0.00 |
| Costs incident to taking of depositions | $ | 33,152.52 |
| Costs as shown on Mandate of Court of Appeals | $ | 0.00 |
| Other costs (Please itemize) | $ | 0.00 |

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**                              **TOTAL** $ **61,815.38**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney

| Print Name | Matthew Douglas | Phone Number | 303-863-1000 |
|---|---|---|---|
| For: | Epps Plaintiffs | Date | |
| | Name of Claiming Party | | |

| Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: | Date and Time |
|---|---|
| | Amount Taxed $ |
| Costs are hereby taxed in the following amount and included in the judgment: | (BY) DEPUTY CLERK |
| CLERK OF COURT | DATE: |
| JEFFREY P. COLWELL | |

Case No. 1:20-cv-01878-RBJ   Document 378-3   filed 06/01/22   USDC Colorado   pg 3 of 77

USDC Colo. Version - (Rev. 10/01/2020) AO 133

(Rev. 12/09)  Bill of Costs

# UNITED STATES DISTRICT COURT

| **Witness Fees (see 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates)** | | | | | | | |
|---|---|---|---|---|---|---|---|
| | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
| NAME , CITY AND STATE OF RESIDENCE | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| K. Chavez, Aurora, Colorado | 1 | 40.00 | | | | 50.00 | $90.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | **TOTAL** | | $90.00 |

# NOTICE

**Section 1920, Title 28, U.S. Code provides:**

A judge or clerk of any court of the United States may tax as costs the following:

(1)  Fees of the clerk and marshal;
(2)  Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
(3)  Fees and disbursements for printing and witnesses;
(4)  Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5)  Docket fees under section 1923 of this title;
(6)  Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

**Rule 54(d)(1)**:  "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs:**

Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

Detail Cost Transaction File List
Arnold & Porter Kaye Scholer LLP
Costs Pursuant to § 1920

Transaction Date       Amount

Trial Transcripts/Hearing/Realtime Costs

| Transaction Date | Amount | |
|---|---|---|
| 5/25/2021 | $125.35 | Transcript Charges: 5/20/21 Hearing in the Epps Matter |
| 3/14/2022 | $132.30 | Transcript Charges: Copy of the transcript for the Trial /Preparation Conference |
| 3/22/2022 | $3,239.10 | Transcript Charges: First week of trial transcript 3/7/22-3/11-22 |
| 3/28/2022 | $6,173.20 | Transcript Charges: Realtime feed for final two weeks of trial |
| 4/4/2022 | $591.00 | Transcript Charges: Certified Transcripts for first week of trial 3/7/22-3/11/22 |
| 4/12/2022 | $4,334.97 | Transcript Charges: Rough and final transcripts from court reporter |
| 4/20/2022 | $2,625.88 | Transcript Charges: Certified Transcripts for first week of trial 3/7/22-3/11/22 |
| 5/5/2022 | $87.30 | Transcript Charges: Copy of the Trial Preparation Transcript on 2/4/22 |

| | $17,309.10 | **Total Trial Transcripts** |
|---|---|---|

Outside Vendor Costs

| Transaction Date | Amount | |
|---|---|---|
| 3/8/2022 | $4,301.86 | Outside Duplicating Charges: Marathon Document Solutions, Copies of Plaintiffs' exhibits for trial as requested by the court |
| 3/21/2022 | $1,519.17 | Outside Duplicating Charges: Marathon Document Solutions, Witness binders for Cross-Exam and exhibit copies |
| 3/22/2022 | $2,059.95 | Outside Duplicating Charges: Marathon Document Solutions, Witness binders for Cross-Exam and exhibit copies |
| 3/22/2022 | $817.97 | Outside Duplicating Charges: Marathon Document Solutions, Witness binders for Cross-Exam and exhibit copies |
| 3/23/2022 | $1,038.25 | Outside Duplicating Charges: Marathon Document Solutions, Witness binders for Cross-Exam and exhibit copies |
| 3/25/2022 | $780.32 | Outside Duplicating Charges: Marathon Document Solutions, Witness binders for Cross-Exam and exhibit copies |

| | $10,517.52 | **Total Outside Vendor Costs** |
|---|---|---|

Deposition/Videographer Costs

| 3/12/2021 | $1,089.20 | Depositions & Original Transcript Charge: Planet Depos, LLC, Deposition Transcripts of Officers H. Hanson and A. Tak |
| 5/18/2021 | $473.00 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Certified Copy of Deposition Transcript of Officer John Sampson, Patrick C. Reidy |
| 5/18/2021 | $522.45 | Depositions & Copy Transcript Charge: Exhibit 5 LLC, Deposition Transcript of Matthew Canino |
| 6/1/2021 | $836.00 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition of Officer Tana Cunningham, Michael Sebba |
| 6/2/2021 | $2,148.60 | Depositions & Original Transcript Charge: Veritext, Deposition of witness K. Valentine Jr. |
| 6/4/2021 | $525.23 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition of Sergeant David Abeyta, Michael Sebba |
| 6/25/2021 | $1,842.40 | Depositions & Original Transcript Charge: Veritext, Deposition of Officer Jonathan Michael Christian |
| 6/25/2021 | $1,741.00 | Depositions & Copy Transcript Charge: Veritext, Videographer Fees re Deposition of Keith V. Valentine, Jr. |
| 7/6/2021 | $685.52 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition of Lt. James D. Williams |
| 7/8/2021 | $1,094.50 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition Transcripts of Lt. Vince Porter and Lt. Thomas Pine |
| 7/8/2021 | $840.72 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition Transcript of Chief of Police Paul Pazen |
| 7/14/2021 | $1,719.00 | Depositions & Copy Transcript Charge: Veritext, Videographer Fees re Deposition of Nicholas Ethan Mitchell |
| 7/14/2021 | $3,256.95 | Depositions & Original Transcript Charge: Veritext, Court Reporter Fees re Deposition of Nicholas Ethan Mitchell |
| 7/14/2021 | $1,422.00 | Depositions & Copy Transcript Charge: Veritext, Videographer Fees re Deposition of Officer Jonathan Michael Christian |
| 7/26/2021 | $430.00 | Transcript Charge: PACE Ventures Inc., Copy Transcript of Maya Janae Rothlein |
| 7/27/2021 | $371.60 | Transcript Charge: PACE Ventures Inc., Copy Transcript of Zachary Daniel Packard |
| 7/30/2021 | $1,607.60 | Depositions & Copy Transcript Charge: PACE Ventures, Inc., Deposition Transcripts of Stanford Smith and Amanda Blasingame |
| 8/4/2021 | $637.80 | Depositions & Copy Transcript Charge: PACE Ventures, Inc., Deposition Transcript of Katherine Hollis Lyman |
| 8/9/2021 | $1,922.16 | Depositions & Original Transcript Charge: Veritext, Deposition and Transcript of P. Serrant |
| 8/24/2021 | $700.25 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Commander Patrick Phelan |

| 9/2/2021 | $473.50 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Kevin Carroll and Ronald Espinosa |
|---|---|---|
| 9/7/2021 | $357.50 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition Transcripts of Chief Ron Thomas |
| 9/7/2021 | $466.75 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition Transcript of Crpl. Richard Eberharter |
| 9/21/2021 | $544.60 | Depositions & Copy Transcript Charge: PACE Ventures, Inc., Deposition Transcript of Ashlee Wedgeworth |
| 9/21/2021 | $172.50 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition of Crpl. Richard Eberharter |
| 9/28/2021 | $403.40 | Depositions & Copy Transcript Charge: PACE Ventures, Inc., Deposition Transcript of Cidney Erin Berry Fisk |
| 9/28/2021 | $596.20 | Depositions & Copy Transcript Charge: PACE Ventures, Inc., Deposition Transcript of Elizabeth Epps |
| 10/11/2021 | $1,719.00 | Depositions & Copy Transcript Charge: Veritext, Videographer Fees for Deposition of Patricio Serrant |
| 10/15/2021 | $369.30 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition of Ryan Grothe |
| 10/18/2021 | $408.50 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Sgt. Marco Martinez |
| 10/18/2021 | $105.00 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Deposition of Lt. Michael O'Donnell |
| 10/22/2021 | $169.25 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Ron Thomas |
| 10/25/2021 | $410.25 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Sgt. Knutson and Transcript Services |
| 10/26/2021 | $267.75 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Michael O'Donnell |
| 11/16/2021 | $415.50 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Copy of Deposition transcript for H. Levens |
| 11/18/2021 | $222.50 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Timothy Dreith |
| 1/12/2022 | $308.00 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Copies of Deposition transcripts of M. Hildebrand and C. Juul |
| 1/13/2022 | $431.70 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Aurora Police Officer Lt. P. Shaker |
| 1/28/2022 | $442.57 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Copies of Deposition transcripts of M. Sears and J. Petrucelli |
| 2/21/2022 | $334.11 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of Aurora Police Officer Lt. P. Shaker |
| 2/28/2022 | $334.11 | Transcript Charge: Kentuckiana Court Reporters, Deposition & transcript of Sgt. R. Parsons |
| 3/2/2022 | $130.90 | Depositions & Original Transcript Charge: Kentuckiana Court Reporters, Deposition of M. Woods |

| 3/21/2022 | $203.65 | Depositions & Copy Transcript Charge: Kentuckiana Court Reporters, Copy of the M. Woods Deposition transcript |
|---|---|---|

| | $33,152.52 | **Total Deposition/Videographer Costs** |
|---|---|---|

Complaint Filing/Service of Process/Witness/Records Costs

| 6/26/2020 | $400.00 | Filing Fees: Filing Fee for Complaint |
|---|---|---|
| 6/29/2020 | $220.24 | Document Retrieval Costs: Z. Packard Swedish Medical Center Records |
| 3/6/2022 | $216.00 | Process Server Charge: Serve Subpoena on K. Chavez |

| $836.24 | **Total Complaint Filing/Service of Process/Witness/ Records Costs** |
|---|---|

| $61,815.38 | **Total Bill of Costs** |
|---|---|

# COURT HEARING/TRIAL TRANSCRIPTS

**United States District Court**

Date: 05/21/2021

**District of Colorado**

Invoice Number: 20210057

To:

**Make Checks Payable To:**

**Arnold & Porter**
1144 Fifteenth St., Ste. 3100
Denver, CO, 80202

**Sarah K. Mitchell, RPR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 473051144
PO Box 1272
Denver, CO, 80201
**Phone:** (303) 335-2108
**Email:** sarah_k_mitchell@cod.uscourts.gov

Case Details:

**Case Number:** 20-CV-01878-RBJ
**Case Title:** BLM 5280 vs. Denver
**Case Description:** Telephone Discovery Hearing
**Criminal or Civil:** Civil

**Proceeding Date:** May 20, 2021
**Judge Hearing Case:** Judge Jackson

Transcripts:

**Date Ordered:** May 21, 2021
**Transcripts Requested By:** Tanya Huffaker

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 3-Day Original | 23 | $5.45 | $125.35 |

**Total:** $125.35

**Amount Due:** $125.35

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

*/s/ Sarah K. Mitchell*

Invoice ID: 0500-3063-4263

3/14/22, 12:55 PM                View Invoice | Reporter Suite - App for Court Reporters, Scopists and Proofreaders. Manage reports, invoices, expenses, time tr...

**United States District Court**                                        Date: 03/14/2022
**District of Colorado**                                          Invoice Number: 20220158

To:                                              Make Checks Payable To:

Arnold & Porter                                  **Sarah K. Mitchell, RPR, CRR**
1144 Fifteenth St., Ste. 3100                    **Official US Court Reporter**
Denver, CO, 80202                                EIN / Tax ID: 473051144
                                                 PO Box 1272
                                                 Denver, CO, 80201
                                                 **Phone:** (303) 335-2108
                                                 **Email:** sarah_k_mitchell@cod.uscourts.gov

Case Details:

**Case Number:** 20-cv-01878-RBJ                 **Proceeding Date:** Feb 23, 2022
**Case Title:** Epps vs. Denver                  **Judge Hearing Case:** Judge Jackson
**Case Description:** Trial Prep Conference
**Criminal or Civil:** Civil

Transcripts:

**Date Ordered:** Mar 14, 2022
**Date Delivered:** Mar 14, 2022
**Transcripts Requested By:** Tanya Huffaker

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 3-Day 1st Copy | 126 | $1.05 | $132.30 |

**Total:** $132.30

**Amount Due:** $132.30

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

*/s/ Sarah K. Mitchell*

https://app.reportersuite.com/shared-invoices/84312-ccde8bf6-b5dc-4e7f-b95e-dfda7b4be8e2                     1/1

Invoice ID: 0500-3076-0623

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE COLORADO | | |
|---|---|---|---|

INVOICE NO: 20220012

**MAKE CHECKS PAYABLE TO:**

Leslie Bailey
Arnold & Porter LLP

Denver,

Phone:

Therese Lindblom, CSR,RMR,CRR
Official Court Reporter
1157 S Logan Street
Denver, CO 80210

Phone:   (303) 335-2105

Tax ID:   82-0586542
thereselindblomwork@gmail.com

| ☐ CRIMINAL | ☒ CIVIL | DATE ORDERED: 03-07-2022 | DATE DELIVERED: 03-11-2022 |
|---|---|---|---|

Case Style: 20CV1878, Epps et al v City of Denver, et al
Realtime transcripts 3/7-11/2022

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | 1062 | 3.05 | 3,239.10 | | | | | | | 3,239.10 |

| Misc. Desc. | | MISC. CHARGES: | |
|---|---|---|---|
| | | TOTAL: | 3,239.10 |
| | | LESS DISCOUNT FOR LATE DELIVERY: | |
| | | TAX (If Applicable): | |
| | | LESS AMOUNT OF DEPOSIT: | |
| | | TOTAL REFUND: | |
| Date Paid: | Amt: | TOTAL DUE: | $3,239.10 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged  and page format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 03-22-2022 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

Invoice ID: 0500-3083-7945

**United States District Court**
**Colorado**

Date: 03/28/2022
Invoice Number: 10821

To:

**Ms. Leslie C. Bailey**
**Arnold & Porter Kaye Scholer LLP**
1144 Fifteenth Street
Suite 3100
Denver, CO, 80202
**Phone:** (303) 863-1000
**Email:** leslie.bailey@arnoldporter.com

Make Checks Payable To:

**Mr. Kevin Carlin, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 46-0721109
PO Box 1272
Denver, CO, 80201
**Phone:** (303) 335-2595
**Email:** kevin_carlin@cod.uscourts.gov

Case Details:

**Case Number:** 20-cv-1878-RBJ
**Case Title:** Elisabeth Epps et al vs. City and County of
Denver et al
**Case Description:** 3/14/22- 191 pgs 3/15/22- 217 pgs
3/16/22- 244 pgs 3/17/22- 215 pgs 3/18/22- 211 pgs 3/21/22-
214 pgs 3/22/22- 228 pgs 3/23/22- 255 pgs 3/24/22- 189 pgs
3/25/22- 60 pgs
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 14, 2022
**Courthouse:** Denver
**Judge Hearing Case:** R. Brooke Jackson

Transcripts:

**Date Ordered:** Mar 14, 2022
**Date Delivered:** Mar 25, 2022
**Transcripts Requested By:** Arnold & Porter

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| Realtime Original | 2024 | $3.05 | $6,173.20 |

**Total:** $6,173.20

**Amount Due:** $6,173.20

*/s/ Kevin Carlin*

Invoice ID: 0500-3112-5618

**United States District Court**
**Colorado**

Date: 04/12/2022
Invoice Number: 10826

To:

**Ms. Tanya Huffaker**
**Arnold & Porter Kaye Scholer LLP**
1144 Fifteenth Street
Suite 3100
Denver, CO, 80202
**Phone:** (303) 863-2383
**Email:** Tanya.Huffaker@arnoldporter.com

Make Checks Payable To:

**Mr. Kevin Carlin, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 46-0721109
PO Box 1272
Denver, CO, 80201
**Phone:** (303) 335-2595
**Email:** kevin_carlin@cod.uscourts.gov

Case Details:

**Case Number:** 20-cv-1878-RBJ
**Case Title:** Elisabeth Epps et al vs. City and County of
Denver
**Case Description:** 3/14/22- 195 3/15/22- 222 3/16/22- 249
3/17/22- 219 3/18/22- 214 3/21/22- 219 3/22/22- 233 3/23/22-
280 3/24/22- 193 3/25/22- 63
**Criminal or Civil:** Civil

**Proceeding Date:** Mar 14, 2022
**Courthouse:** Denver
**Judge Hearing Case:** R. Brooke Jackson

Transcripts:

**Date Ordered:** Mar 29, 2022
**Date Delivered:** Apr 12, 2022
**Transcripts Requested By:** Leslie Bailey

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 14-Day Original | 2033 | $4.25 | $8,640.25 |
| 14-Day 1st Copy | 33 | $0.90 | $29.70 |

**Total:** $8,669.95

**Amount Due:** $8,669.95

Notes

The Rule 30 hearing was previously ordered by another party, so for the 3/21 transcript, 33 pages are billed at the copy rate of $0.90, and the remainder is billed at
the original rate.

*/s/ Kevin Carlin*

Invoice ID: 0500-3122-1664

| AO44 (Rev. 12/89) | UNITED STATES DISTRICT COURT FOR THE COLORADO | |
|---|---|---|

INVOICE NO: 20220018

**MAKE CHECKS PAYABLE TO:**

Tanya Huffaker
Arnold & Porter

Washington, DC

Phone:

Therese Lindblom, CSR,RMR,CRR
Official Court Reporter
1157 S Logan Street
Denver, CO 80210

Phone:     (303) 335-2105

Tax ID:     82-0586542
thereselindblomwork@gmail.com

| ☐ CRIMINAL   ☒ CIVIL | DATE ORDERED: 04-04-2022 | DATE DELIVERED: 04-20-2022 |
|---|---|---|

**Case Style:** 20CV1878, Epps v Denver
Trial to jury 3/7-11/2022

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 130 | 3.65 | 474.50 | | | | | | | 474.50 |
| Expedited | 985 | 4.85 | 4,777.25 | | | | | | | 4,777.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |
| Misc. Desc. | | | | | | | MISC. CHARGES: | | | |
| | | | | | | | TOTAL: | | | 5,251.75 |
| | | | | | LESS DISCOUNT FOR LATE DELIVERY: | | | | | |
| | | | | | | | TAX (If Applicable): | | | |
| | | | | | LESS AMOUNT OF DEPOSIT: | | | | | |
| | | | | | | | TOTAL REFUND: | | | |
| **Date Paid:** | | **Amt:** | | | | | TOTAL DUE: | | | $5,251.75 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 04-20-2022 |
|---|---|

(All previous editions of this form are cancelled and should be destroyed)

Invoice ID: 0500-3141-0884

**United States District Court**
**District of Colorado**

Date: 05/05/2022
Invoice Number: 20220168

To:

Arnold & Porter
1144 Fifteenth St., Ste. 3100
Denver, CO, 80202

Make Checks Payable To:

**Sarah K. Mitchell, RPR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 473051144
PO Box 1272
Denver, CO, 80201
**Phone:** (303) 335-2108
**Email:** sarah_k_mitchell@cod.uscourts.gov

Case Details:

**Case Number:** 20-cv-01878-RBJ
**Case Title:** Epps, et al vs. Denver, et al
**Case Description:** TPC
**Criminal or Civil:** Civil

**Proceeding Date:** Feb 04, 2022
**Judge Hearing Case:** Judge Jackson

Transcripts:

**Date Ordered:** May 05, 2022
**Date Delivered:** May 05, 2022
**Transcripts Requested By:** Tanya Huffaker

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 14-Day 1st Copy | 97 | $0.90 | $87.30 |

**Total:** $87.30

**Amount Due:** $87.30

Notes

Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited
transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed
and delivered within 14 days, payment would be at the ordinary delivery rate.

*/s/ Sarah K. Mitchell*

# FEES AND DISBURSEMENTS FOR PRINTING

Invoice ID: 0500-3059-5962



Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/8/2022 | 49384 |

| BILL TO | SHIP TO |
|---------|---------|
| Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn:  Accounts Payable | Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn:  Accounts Payable |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| Epps v. Denver | Net 15 | TAR | 3/8/2022 | Courier | Tanya H. | 22030024 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 23,758 | BBK | 8.5x11 B&W Prints | 0.10 | 2,375.80T |
| 1,005 | Tabs | Standard Tabs | 0.35 | 351.75T |
| 235 | CT | Custom Index Tabs | 0.60 | 141.00T |
| 1 | OCC | 4' x 8' Color exhibit mounted on foam core/dry erase application | 576.00 | 576.00T |
| 1 | Delivery | Delivery-Courthouse | 25.00 | 25.00T |
| 1 | 3TRB | 3" Three Ring Binder | 14.00 | 14.00T |
| 1 | 4TRB | 4" Three Ring Binder | 20.00 | 20.00T |
| 15 | 5TRB | 5" Three Ring Binder | 30.00 | 450.00T |
| | | Case No. 1:20-cv-01878 | | |
| | | Sales Tax | 8.81% | 348.31 |

| | **Total** | |
|--|-----------|--|
| | | $4,301.86 |

Invoice ID: 0500-3075-5522



Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/21/2022 | 49487 |

| BILL TO | SHIP TO |
|---------|---------|
| Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn:  Accounts Payable | Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn:  Accounts Payable |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| Epps v. Denver | Net 15 | TAR | 3/21/2022 | Courier | Tanya H. | 22030080 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 4,034 | BBK | 8.5x11 B&W Prints | 0.10 | 403.40T |
| 1,092 | Color | 8.5 x 11 Color Laser | 0.79 | 862.68T |
| 10 | CT | Custom Index Tabs | 0.60 | 6.00T |
| 5 | Tabs | Standard Tabs | 0.35 | 1.75T |
| 1 | 3TRB | 3" Three Ring Binder | 14.00 | 14.00T |
| 20 | CES | 11 X 17 Color Laser | 1.50 | 30.00T |
| 16 | MFL | Manila Folder with custom label | 1.99 | 31.84T |
| 7 | RW | Redweld | 4.50 | 31.50T |
| 1 | Delivery | Delivery-Court | 15.00 | 15.00T |
| | | Sales Tax | 8.81% | 123.00 |

| **Total** | | |
|-----------|--|--|
| | | $1,519.17 |

Invoice ID: 0500-3075-7750



Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/22/2022 | 49490 |

| BILL TO | SHIP TO |
|---------|---------|
| Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn:  Accounts Payable | Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn:  Accounts Payable |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| Epps v. Denver | Net 15 | TAR | 3/22/2022 | Courier | Tanya H. | 22030076 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 2,582 | BBK | 8.5x11 B&W Prints | 0.10 | 258.20T |
| 1,818 | Color | 8.5 x 11 Color Laser | 0.79 | 1,436.22T |
| 5 | Tabs | Standard Tabs | 0.39 | 1.95T |
| 6 | CT | Custom Index Tabs | 0.60 | 3.60T |
| 24 | Bind | GBC Binding | 3.50 | 84.00T |
| 31 | MFL | Manila Folder with custom label | 1.99 | 61.69T |
| 9 | RW | Redweld | 4.50 | 40.50T |
| 1 | 1TRB | 1" Three Ring Binder | 7.00 | 7.00T |
| | | 00991692.00006 | | |
| | | Sales Tax | 8.81% | 166.79 |

| | Total | |
|--|-------|--|
| | | $2,059.95 |

Invoice ID: 0500-3079-4798



Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

# Invoice

| DATE | INVOICE # |
|---|---|
| 3/22/2022 | 49495 |

| BILL TO | SHIP TO |
|---|---|
| Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn: Accounts Payable | Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn: Accounts Payable |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|---|---|---|---|---|---|---|
| 0091692.00006 | Net 15 | TAR | 3/22/2022 | Courier | Tanya H. | 22030085 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|---|---|---|---|---|
| 1,746 | BBK | 8.5x11 B&W Prints | 0.10 | 174.60T |
| 630 | Color | 8.5 x 11 Color Laser | 0.79 | 497.70T |
| 6 | MFL | Manila Folder with custom label | 1.99 | 11.94T |
| 1 | RW | Redweld | 4.50 | 4.50T |
| 18 | Bind | GBC Binding | 3.50 | 63.00T |
| | | Sales Tax | 8.81% | 66.23 |

| Total | $817.97 |
|---|---|

Invoice ID: 0500-3079-4652



Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/23/2022 | 49500 |

| BILL TO | SHIP TO |
|---------|---------|
| Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn: Accounts Payable | Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn: Accounts Payable |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| 0091692.00006 | Net 15 | TAR | 3/23/2022 | Courier | Tanya H. | 22030090 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 3,030 | BBK | 8.5x11 B&W Prints | 0.10 | 303.00T |
| 768 | Color | 8.5 x 11 Color Laser | 0.79 | 606.72T |
| 3 | MFL | Manila Folder with custom label | 1.99 | 5.97T |
| 3 | RW | Redweld | 4.50 | 13.50T |
| 1 | Delivery | Delivery-Court | 25.00 | 25.00T |
| | | Sales Tax | 8.81% | 84.06 |

| | **Total** | |
|---|------------|--------|
| | | $1,038.25 |

Invoice ID: 0500-3082-5183



Marathon Document Solutions, Inc.

700 17th St. #800
Denver, CO 80202
(303) 607-9999

# Invoice

| DATE | INVOICE # |
|------|-----------|
| 3/25/2022 | 49514 |

| BILL TO | SHIP TO |
|---------|---------|
| Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn: Accounts Payable | Arnold & Porter<br>144 Fifteenth Street<br>Suite 3100<br>Denver, CO 80202<br>Attn: Accounts Payable |

| P.O. NUMBER | TERMS | REP | SHIP | VIA | F.O.B. | MDS Job# |
|-------------|-------|-----|------|-----|--------|----------|
| 0091692.00006 | Net 15 | TAR | 3/25/2022 | Courier | Tanya H. | 22030099 |

| QUANTITY | ITEM CODE | DESCRIPTION | PRICE EACH | AMOUNT |
|----------|-----------|-------------|------------|--------|
| 1,182 | BBK | 8.5x11 B&W Prints | 0.10 | 118.20T |
| 547 | Color | 8.5 x 11 Color Laser | 0.79 | 432.13T |
| 94 | MF | Manila Folder | 0.99 | 93.06T |
| 0.75 | HT | Hand Time (per hour) organise and assemble | 65.00 | 48.75T |
| 1 | Delivery | Courthouse Delivery | 25.00 | 25.00T |
| | | Sales Tax | 8.81% | 63.18 |

| | **Total** | |
|---|-----------|---|
| | | $780.32 |

# DEPOSITION COSTS

Invoice ID: 0500-2570-1459

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389769 | 3/12/2021 | 352385 |
| **Job Date** | **Case No.** | |
| 2/19/2021 | 1:20-CV-01878-RBJ | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. -v- City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**Planet Depos**
We Make It Happen

Attorney - Tim Macdonald
CM# 0091692.00006

Tanya Huffaker
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

TRANSCRIPT WITH INDEX OF:

| | | | |
|---|---|---|---|
| Detective Heather Hanson - LEF | 73.00 | Pages | 222.65 |
| LEF File | 1.00 | Files | 95.00 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Sergeant Anthony Tak - LEF | 207.00 | Pages | 631.35 |
| Exhibits | 13.00 | Pages | 5.20 |
| LEF File | 1.00 | Files | 95.00 |
| Processing Fee | 1.00 | | 40.00 |

**TOTAL DUE >>>   $1,089.20**

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Tanya Huffaker
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

Invoice No.   : 389769
Invoice Date  : 3/12/2021
**Total Due**    : **$1,089.20**

Remit To: **Planet Depos, LLC**
**P.O. BOX 69136**
**Baltimore, MD 21264-9136**

Job No.    : 352385
BU ID      : 29-CHI-R
Case No.   : 1:20-CV-01878-RBJ
Case Name  : Black Lives Matter 5280, et al. -v- City and County of Denver, et al.

Invoice ID: 0500-2661-8131

# INVOICE

1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65453 | 5/18/2021 | 57591 |
| **Job Date** | **Case No.** | |
| 4/23/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

1 CERTIFIED COPY OF TRANSCRIPT OF:
    Officer John Sampson

                                                  473.00

**TOTAL DUE  >>>**          **$473.00**

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                  No set address
                  Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Invoice No.   : 65453
Invoice Date  : 5/18/2021
**Total Due**    **: $473.00**

Remit To: **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

Job No.    : 57591
BU ID     : KY MAIN
Case No.   : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name : ME
            Black Lives Matter 5280, et al. v. City and
            County of Denver, et al.

Invoice ID: 0500-2689-3339



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65855 | 6/1/2021 | 57592 |

| Job Date | Case No. |
|---|---|
| 4/30/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- |

| Case Name |
|---|
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

DEPOSITION OF:

| | | | | | | |
|---|---|---|---|---|---|---|
| Officer Tana Cunningham | | | | | | |
| Pages | 199.00 | Pages | @ | 2.750 | | 547.25 |
| Realtime | 199.00 | Pages | @ | 1.250 | | 248.75 |
| Video - Copy | 1.00 | | @ | 40.000 | | 40.00 |
| E-Delivery | 1.00 | | @ | 0.000 | | 0.00 |
| | | TOTAL DUE  >>> | | | | $836.00 |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                  No set address
                  Remote Location, KY

The original transcript has been split equally between Loevy & Loevy and Arnold & Porter Kaye Scholer.

Tax ID: 20-5938206

*Please detach bottom portion and return with payment.*

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

Invoice No.   : 65855
Invoice Date  : 6/1/2021
**Total Due**     : **$836.00**

Remit To: **Kentuckiana Reporters**
         **P.O. Box 3983**
         **Louisville, KY 40201**

Job No.      : 57592
BU ID        : KY MAIN
Case No.     : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-ME
Case Name    : Black Lives Matter 5280, et al. v. City and County of Denver, et al.

Invoice ID: 0500-2818-7287



**Exhibit 5, LLC**                                                    **Invoice**

26 South Aberdeen Street
Unit 6
Chicago, IL 60607
Phone: (312) 945-7784

| **Invoice Date** | **Invoice #** |
|---|---|
| Tuesday, May 18, 2021 | 2273mar |

Michael J. Sebba
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

Phone:                    Fax:

| **Witness:** | Matthew Canino |
|---|---|
| **Case:** | Black Lives Matter 5280 et al. v. City and County of Denver et al. |
| **Venue:** | US District Court - District of Colorado |
| **Case #:** | 1:2020cv01878 cons |
| **Date:** | 4/28/2021 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 2:28 PM |
| **Reporter:** | stfall, Stephanie Hotard |
| **Claim #:** | |
| **File #:** | |

**Tape Detail**

| Start | Finish | Elapsed |
|---|---|---|
| 10:01 | 2 :28 | **232** |

*1057ted*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| A | Notary Public Hourly Attendance with Transcript | $54.00 | 4.5 | $243.00 |
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 162 | $801.90 |
| SPLIT | 50% Split between firms -Arnold Porter/Loevy | ($522.45) | 1 | ($522.45) |
| | | **Sub Total** | | $522.45 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $522.45 |

**Fed. I.D. # 45-5331855**
*We appreciate your business!*

Invoice ID: 0500-2689-3919



**KENTUCKIANA**
——COURT REPORTERS——

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66075 | 6/4/2021 | 58212 |

| Job Date | Case No. |
|---|---|
| 5/21/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- |

| Case Name |
|---|
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

DEPOSITION COPY OF :

| | | | | | |
|---|---|---|---|---|---|
| Sergeant David Abeyta-- | 237.00 | Pages | @ | 1.000 | 237.00 |
| Exhibits - Color | 11.00 | Pages | @ | 0.180 | 1.98 |
| Realtime | 229.00 | Pages | @ | 1.250 | 286.25 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$525.23** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Per request of the attorneys the charges associated with the transcript have been split equally between Ms. Wang & Mr. Sebba.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

Invoice No.   : 66075
Invoice Date  : 6/4/2021
**Total Due**   : **$525.23**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.   : 58212
BU ID   : KY MAIN
Case No.   : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
: ME
Case Name  : Black Lives Matter 5280, et al. v. City and
County of Denver, et al.

Invoice ID: 0500-2668-9216

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Bill To: Patrick Reidy | |
| Arnold & Porter Kaye Scholer LLP | |
| 1144 Fifteenth Street | |
| Suite 3100 | |
| Denver, CO, 80202 | |

| | |
|---|---|
| **Invoice #:** | **5049616** |
| **Invoice Date:** | **6/2/2021** |
| **Balance Due:** | **$2,148.60** |

**Case: Black Lives Matter 5280 Et Al. v. City And County Of Denver Et Al. (1:20cv01878RBJ)**   Proceeding Type: Depositions

Job #: 4587185   |   Job Date: 5/19/2021   |   Delivery: Normal

Location:            Denver, CO

Billing Atty:        Patrick Reidy

Scheduling Atty:  Patrick Reidy | Arnold & Porter Kaye Scholer LLP

| Witness: Keith V. Valentine , Jr. | Quantity | Price | Amount |
|---|---|---|---|
| Original Transcript - Medical, Technical or Video | 193.00 | $4.75 | $916.75 |
| Exhibits | 843.00 | $0.25 | $210.75 |
| Realtime Services | 155.00 | $1.85 | $286.75 |
| Realtime Services - Remote Connection | 1.00 | $100.00 | $100.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $125.00 | $125.00 |
| Discount - Professional Courtesy | 2685.75 | ($0.20) | ($537.15) |
| Veritext Exhibit Package (ACE) | 1.00 | $48.50 | $48.50 |
| Attendance (Full Day) | 5.50 | $60.00 | $330.00 |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

Notes:   Pro Bono discount has been applied

Courtesy Discount Applied

---

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42654

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | |
|---|---|
| **Invoice #:** | **5049616** |
| **Invoice Date:** | **6/2/2021** |
| **Balance Due:** | **$2,148.60** |

---

Invoice ID: 0500-2668-9216

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| | |
|---|---|
| Invoice Total: | $2,685.75 |
| Courtesy Discounts: | ($537.15) |
| Net Total: | $2,148.60 |
| Payment: | $0.00 |
| Credit: | $0.00 |
| Interest: | $0.00 |
| Balance Due: | $2,148.60 |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42654

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| Invoice #: | 5049616 |
|---|---|
| Invoice Date: | 6/2/2021 |
| Balance Due: | $2,148.60 |

Invoice ID: 0500-2784-8617

# I N V O I C E

1 of 1



KENTUCKIANA
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67315 | 7/6/2021 | 59216 |
| **Job Date** | **Case No.** | |
| 6/24/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lt. James D. Williams | 164.00 Pages | @ | 2.930 | 480.52 |
| Realtime | 164.00 Pages | @ | 1.250 | 205.00 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$685.52** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Please note that the transcript charges have been split equally between Loevy & Loevy and Arnold & Porter Kaye Scholer, LLP.

Thank you !

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$685.52** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

| | |
|---|---|
| Invoice No. | : 67315 |
| Invoice Date | : 7/6/2021 |
| **Total Due** | : **$685.52** |

Remit To: **Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 59216 |
| BU ID | : KY MAIN |
| Case No. | : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-ME |
| Case Name | : Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

Invoice ID: 0500-2784-8859

# INVOICE
1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67429 | 7/8/2021 | 59062 |
| **Job Date** | **Case No.** | |
| 6/17/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Chief of Police Paul Pazen | 189.00 Pages | @ | 2.930 | 553.77 |
| Exhibits - Scanned | 807.00 Pages | @ | 0.100 | 80.70 |
| Realtime | 165.00 Pages | @ | 1.250 | 206.25 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE >>>** | | | **$840.72** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, KY

Costs have been split between Loevy & Loevy with Arnold & Porter per the instruction of the court reporter.

| | |
|---|---|
| **( - ) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$840.72** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

Invoice No.   : 67429
Invoice Date  : 7/8/2021
**Total Due**     : **$840.72**

Remit To: **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

Job No.     : 59062
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name   : ME
              Black Lives Matter 5280, et al. v. City and
              County of Denver, et al.

Invoice ID: 0500-2705-6528

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Andreas Moffett | | |
|---|---|---|---|
| | Arnold & Porter Kaye Scholer LLP | **Invoice #:** | **5085415** |
| | 601 Massachusetts Ave NW | **Invoice Date:** | **6/25/2021** |
| | Washington, DC, 20001 | **Balance Due:** | **$1,842.40** |

| Case: Black Lives Matter 5280, et al. v. City and County of Denver, et al. (1:20cv01878RBJ) | Proceeding Type: Depositions |
|---|---|

Job #: 4587168   |   Job Date: 6/4/2021   |   Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Andreas Moffett |
| Scheduling Atty: | Patrick Reidy | Arnold & Porter Scholer LLP |

| Witness: Officer Jonathan Michael Christian | | Quantity | Price | Amount |
|---|---|---|---|---|
| | Original Transcript - Medical, Technical or Video | 155.00 | $4.75 | $736.25 |
| | Exhibits | 1.00 | $0.65 | $0.65 |
| | Realtime Services - Remote | 126.00 | $1.85 | $233.10 |
| | Realtime Services - Remote Connection | 3.00 | $100.00 | $300.00 |
| | Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| | Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $125.00 | $125.00 |
| | Discount - Professional Courtesy | 2303.00 | ($0.20) | ($460.60) |
| | Attendance (Full Day) | 4.00 | $60.00 | $240.00 |
| | Exhibit Share | 1.00 | $345.00 | $345.00 |
| | Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | Pro Bono discount has been applied | **Invoice Total:** | **$2,303.00** |
|---|---|---|---|
| | Courtesy Discount Applied | **Courtesy Discounts:** | **($460.60)** |
| | | **Net Total:** | **$1,842.40** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,842.40** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | | | |
|---|---|---|---|
| Veritext | To pay online, go to www.veritext.com | **Invoice #:** | **5085415** |
| P.O. Box 71303 | Veritext accepts all major credit cards | **Invoice Date:** | **6/25/2021** |
| Chicago IL 60694-1303 | (American Express, Mastercard, Visa, Discover) | **Balance Due:** | **$1,842.40** |
| Fed. Tax ID: 20-3132569 | | | |

42654

Invoice ID: 0500-2747-1662

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| | | |
|---|---|---|
| Bill To: Tanya Huffaker | **Invoice #:** | **5090668** |
| Arnold & Porter Kaye Scholer LLP | **Invoice Date:** | **6/25/2021** |
| 370 17th St | **Balance Due:** | **$1,741.00** |
| Ste 4400 | | |
| Denver, CO, 80202 | | |

| Case: Black Lives Matter 5280 Et Al. v. City And County Of Denver Et Al. (1:20cv01878RBJ) | Proceeding Type: Depositions |
|---|---|

Job #: 4587185   |   Job Date: 5/19/2021   |   Delivery: Normal

Location:          Denver, CO

Billing Atty:      Tanya Huffaker

Scheduling Atty:   Patrick Reidy | Arnold & Porter Kaye Scholer LLP

| Witness: Keith V. Valentine , Jr. | | Quantity | Price | Amount |
|---|---|---|---|---|
| | Video - Initial Services | 1.00 | $296.00 | $296.00 |
| | Video - Additional Hours | 5.00 | $132.00 | $660.00 |
| | Video - Media and Cloud Services | 5.00 | $40.00 | $200.00 |
| | Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| | Video - Digitizing & Transcript Synchronization | 5.00 | $100.00 | $500.00 |

| Notes: | Pro Bono discount has been applied to Video rates | **Invoice Total:** | **$1,741.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,741.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.   No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

---

**THIS INVOICE IS 34 DAYS PAST DUE, PLEASE REMIT - THANK YOU**

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42654

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| | | |
|---|---|---|
| **Invoice #:** | **5090668** |
| **Invoice Date:** | **6/25/2021** |
| **Balance Due:** | **$1,741.00** |

Invoice ID: 0500-2784-8762

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67450 | 7/8/2021 | 59153 |
| Job Date | Case No. | |
| 6/22/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| Case Name | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Mindy A. Gorin
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

| | | | | | |
|---|---|---|---|---|---|
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lt. Vince Porter | 147.00 | Pages | @ | 2.930 | 430.71 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Realtime | 124.00 | Pages | @ | 1.250 | 155.00 |
| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lt. Thomas Pine | 128.00 | Pages | @ | 2.930 | 375.04 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Realtime | 107.00 | Pages | @ | 1.250 | 133.75 |
| | **TOTAL DUE  >>>** | | | | **$1,094.50** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Please note that the transcript cost have been split equally between Loevy & Loevy and Arnold & Porter Kaye Scholer, LLP.

Thank you !

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$1,094.50** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Mindy A. Gorin
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

Invoice No.   : 67450
Invoice Date : 7/8/2021
**Total Due**    : **$1,094.50**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.      : 59153
BU ID        : KY MAIN
Case No.     : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name  : ME
Black Lives Matter 5280, et al. v. City and
County of Denver, et al.

Invoice ID: 0500-2729-3576

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Michael Sebba | | | |
|---|---|---|---|---|
| | Arnold & Porter Kaye Scholer LLP | CM# 0091692.00006 | **Invoice #:** | **5123641** |
| | 250 West 55th Street | | **Invoice Date:** | **7/14/2021** |
| | New York, NY, 10019 | | **Balance Due:** | **$1,719.00** |

| Case: Black Lives Matter 5280 Et Al. v. City And County Of Denver Et Al. (120cv01878RBJ) | Proceeding Type: Depositions |
|---|---|

Job #: 4665525   |   Job Date: 6/25/2021   |   Delivery: Expedited

Location:          Denver, CO

Billing Atty:      Michael Sebba

Scheduling Atty:  Patrick Reidy | Arnold & Porter Kaye Scholer LLP

| Witness: Nicholas Ethan Mitchell | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $296.00 | $296.00 |
| Video - Additional Hours | 4.00 | $132.00 | $528.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Media and Cloud Services | 4.00 | $40.00 | $160.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $125.00 | $500.00 |

| Notes: | Pro Bono video rates have been applied | **Invoice Total:** | **$1,719.00** |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | **Balance Due:** | **$1,719.00** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

42654

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5123641** |
|---|---|
| **Invoice Date:** | **7/14/2021** |
| **Balance Due:** | **$1,719.00** |

Invoice ID: 0500-2747-1683

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Tanya Huffaker | | | |
|---|---|---|---|---|
| | Arnold & Porter Kaye Scholer LLP | | **Invoice #:** | **5132852** |
| | 370 17th St | | **Invoice Date:** | **7/14/2021** |
| | Ste 4400 | | **Balance Due:** | **$1,422.00** |
| | Denver, CO 80202 | | | |

| Case: Black Lives Matter 5280, et al. v. City and County of Denver, et al. (1:20cv01878RBJ) | **Proceeding Type: Depositions** |
|---|---|

Job #: 4587168   |   Job Date: 6/4/2021   |   Delivery: Normal

| Location: | Denver, CO |
|---|---|
| Billing Atty: | Tanya Huffaker |
| Scheduling Atty: | Patrick Reidy | Arnold & Porter Kaye Scholer LLP |

| Witness: Officer Jonathan Michael Christian | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $296.00 | $296.00 |
| Video - Additional Hours | 3.00 | $132.00 | $396.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Media and Cloud Services | 3.00 | $40.00 | $120.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 3.00 | $125.00 | $375.00 |

| Notes: | Pro Bono video rates have been applied | **Invoice Total:** | **$1,422.00** |
|---|---|---|---|
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,422.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| Please remit payment to: | | |
|---|---|---|
| Veritext | To pay online, go to www.veritext.com | **Invoice #:** **5132852** |
| P.O. Box 71303 | Veritext accepts all major credit cards | **Invoice Date:** **7/14/2021** |
| Chicago IL 60694-1303 | (American Express, Mastercard, Visa, Discover) | **Balance Due:** **$1,422.00** |
| Fed. Tax ID: 20-3132569 | | |

42654

Invoice ID: 0500-2747-1683

| | |
|---|---|
| **From:** | capture@arnoldporter.com |
| **Sent:** | Thursday, July 29, 2021 7:43 AM |
| **To:** | Invoices@arnoldporter.com |
| **Subject:** | Invoices 5132852 |
| **Attachments:** | 5132852.pdf |

External E-mail

Thank you,

**Roxanna Silva**
Finance Representative
-------------------------------------------------------
**VERITEXT**
330 Old Country Rd Ste 300 **|** Mineola, NY 11501
**P** 516.608.2405
rsilva@veritext.com

Want to pay your bill online? Go to our website, www.veritext.com
and click on the "**Pay by Credit Card**" link.



Remote Solutions for Legal Teams   **|**   Remote Resources for Court Reporters & Videographers

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com

Invoice ID: 0500-2741-4386

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Patrick Reidy, Esq.
Arnold & Porter Kaye Scholer LLP - Denver
1144 15th Street
Suite 3100
Denver, CO 80202

### *Invoice #306953*

| Date | Terms |
|---|---|
| 07/26/2021 | Due Upon Receipt |

| Assignment #204493 on 07/15/2021 | |
|---|---|
| **Case:** Acker et al v. City and County of Denver Colorado | **Shipped On:** 07/26/2021 |
| **Case Number#:** 20-cv-3155-RBJ/1:20-cv-01878-RBJ/1:20-cv-01 922-RBJ | **Shipped Via:** Email<br>**Delivery Type:** Standard |

| Description | | | | Amount |
|---|---|---|---|---|
| **Copy Transcript of Maya Janae Rothlein** | | | | |
| Administration and Processing Fee | | | | $ 60.00 |
| Electronic Copy | | | | $ 312.00 |
| Scanned Exhibits | | | | $ 58.00 |
| Delivery / Email Only | | | | $ 0.00 |
| | | | | $ 430.00 |

| | Amount Due: | $ 430.00 |
|---|---|---|
| | Paid: | $ 0.00 |

| Balance Due: | $ 430.00 |
|---|---|
| **Payment Due:** | **08/25/2021** |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**
--------------------------------------------------------------------------------------------------------------------------------------------------------
**Tax ID 84-1334569**
**Invoice No. : 306953**
**Job No. : 204493**
**Amount Due: $ 430.00**

**Remit To: AB Litigation Services**
**216 16th Street, Suite 600**
**Denver, CO 80202**

**Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Invoice ID: 0500-2743-4258

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Matthew J. Douglas, Esq.
Arnold & Porter Kaye Scholer LLP - Denver
1144 15th Street
Suite 3100
Denver, CO 80202

### *Invoice #306989*

| Date | Terms |
|------|-------|
| 07/27/2021 | Due Upon Receipt |

**Assignment #204491 on 07/16/2021**

**Case:** Acker et al v. City and County of Denver
Colorado
**Case Number#:** 20-cv-3155-RBJ/1:20-cv-01878-RBJ/1:20-cv-01
922-RBJ

**Shipped On:** 07/27/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | | Amount |
|-------------|--|--|--|--------|
| **Copy Transcript of Zachary Daniel Packard** | | | | |
| Administration and Processing Fee | | | | $ 60.00 |
| Electronic Copy | | | | $ 294.00 |
| Scanned Exhibits | | | | $ 7.60 |
| Exhibit CD / DVD / Other Media | | | | $ 10.00 |
| Delivery / Email Only | | | | $ 0.00 |
| | | | | $ 371.60 |

Amount Due: $ 371.60
Paid: $ 0.00

| Balance Due: | $ 371.60 |
|--------------|----------|
| Payment Due: | 08/26/2021 |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**
--------------------------------------------------------------------------------------------------------------------------------
Tax ID 84-1334569
**Invoice No. : 306989**
**Job No. : 204491**
**Amount Due: $ 371.60**

Remit To: AB Litigation Services
216 16th Street, Suite 600
Denver, CO 80202

**Payment by electronic check or credit card may be made here: http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Invoice ID: 0500-2826-0685

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



**AB Litigation**
SERVICES

Matthew J. Douglas, Esq.
Arnold & Porter Kaye Scholer LLP - Denver
1144 15th Street
Suite 3100
Denver, CO 80202

### *Invoice #307088*

| Date | Terms |
|------|-------|
| 07/30/2021 | Due Upon Receipt |

**PAST DUE**

**Assignment #204494 on 07/20/2021**

**Case:** Acker et al v. City and County of Denver Colorado
**Case Number#:** 20-cv-3155-RBJ/1:20-cv-01878-RBJ/1:20-cv-01 922-RBJ

**Shipped On:** 07/29/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | Amount |
|-------------|--------|
| **Copy Transcript of Stanford Smith** | |
| Administration and Processing Fee | $ 60.00 |
| Electronic Copy | $ 486.00 |
| Scanned Exhibits | $ 0.40 |
| Realtime Std Service | $ 190.40 |
| | $ 736.80 |
| **Copy Transcript of Amanda Blasingame** | |
| Administration and Processing Fee | $ 60.00 |
| Electronic Copy | $ 564.00 |
| Scanned Exhibits | $ 2.80 |
| Exhibit CD / DVD / Other Media | $ 20.00 |
| Realtime Std Service | $ 224.00 |
| | $ 870.80 |
| **Other** | |
| Delivery / Email Only | $ 0.00 |
| | $ 0.00 |

| | |
|---|---|
| Amount Due: | $ 1,607.60 |
| Paid: | $ 0.00 |

| | |
|---|---|
| **Balance Due:** | **$ 1,607.60** |
| **Payment Due:** | **08/29/2021** |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**

-------------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 307088
Job No. : 204494
Amount Due: $ 1,607.60

Invoice ID: 0500-2826-0685

*Invoice #307088*

Remit To: AB Litigation Services
216 16th Street, Suite 600
Denver, CO 80202

Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

Invoice ID: 0500-2754-5127

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Matthew J. Douglas, Esq.
Arnold & Porter Kaye Scholer LLP - Denver
1144 15th Street
Suite 3100
Denver, CO 80202

### *Invoice #307239*

| Date | Terms |
|------|-------|
| 08/04/2021 | Due Upon Receipt |

**Assignment #204490 on 07/22/2021**

**Case:** Acker et al v. City and County of Denver
Colorado
**Case Number#:** 20-cv-3155-RBJ/1:20-cv-01878-RBJ/1:20-cv-01
922-RBJ

**Shipped On:** 08/02/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | | Amount |
|-------------|--|--|--|--------|
| **Copy Transcript of Katherine Hollis Lyman** | | | | |
| Administration and Processing Fee | | | | $ 60.00 |
| Electronic Copy | | | | $ 417.00 |
| Scanned Exhibits | | | | $ 1.20 |
| Realtime Std Service | | | | $ 159.60 |
| Delivery / Email Only | | | | $ 0.00 |
| | | | | $ 637.80 |

| | |
|--|--|
| Amount Due: | $ 637.80 |
| Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 637.80** |
| **Payment Due:** | **09/03/2021** |

**\*\*Please include the invoice number on all payments**

 **If paying by check, please detach this portion and return with your payment**
-------------------------------------------------------------------------------------------------------------------------------
Tax ID 84-1334569
**Invoice No. : 307239**
**Job No. : 204490**
**Amount Due: $ 637.80**

**Remit To: AB Litigation Services**
         **216 16th Street, Suite 600**
         **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Invoice ID: 0500-2761-5812

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Patrick Reidy | | |
|---|---|---|---|
| | Arnold & Porter Kaye Scholer LLP | **Invoice #:** | **5178103** |
| | 1144 Fifteenth Street | **Invoice Date:** | **8/9/2021** |
| | Suite 3100 | **Balance Due:** | **$1,922.16** |
| | Denver, CO, 80202 | | |

| Case: Epps, Elisabeth, et al. v. City And County Of Denver, et al. (120cv01878RBJ) | Proceeding Type: Depositions |
|---|---|

Job #: 4710228   |   Job Date: 7/16/2021   |   Delivery: Normal

Location:          Denver, CO

Billing Atty:      Patrick Reidy

Scheduling Atty:   Patrick Reidy | Arnold & Porter Kaye Scholer LLP

| Witness: Patricio Serrant | Quantity | Price | Amount |
|---|---|---|---|
| Original Transcript - Medical, Technical or Video | 172.00 | $4.75 | $817.00 |
| Attendance (Hourly) | 4.50 | $60.00 | $270.00 |
| Exhibits | 98.00 | $0.65 | $63.70 |
| Realtime Services - Remote | 140.00 | $1.85 | $259.00 |
| Realtime Services - Remote Connection | 2.00 | $100.00 | $200.00 |
| Veritext Virtual Primary Participants | 1.00 | $295.00 | $295.00 |
| Exhibits - Linked (SBF, PTZ, LEF) | 1.00 | $125.00 | $125.00 |
| Discount - Professional Courtesy | 2402.70 | ($0.20) | ($480.54) |
| Exhibit Share | 1.00 | $345.00 | $345.00 |
| Electronic Delivery and Handling | 1.00 | $28.00 | $28.00 |

| Notes: | Pro Bono discount has been applied | | |
|---|---|---|---|
| | | **Invoice Total:** | **$2,402.70** |
| | Courtesy Discount Applied | **Courtesy Discounts:** | **($480.54)** |
| | | **Net Total:** | **$1,922.16** |
| | | **Payment:** | **$0.00** |
| | | **Credit:** | **$0.00** |
| | | **Interest:** | **$0.00** |
| | | **Balance Due:** | **$1,922.16** |

TERMS:   Payable upon receipt.  Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303
Fed. Tax ID: 20-3132569

To pay online, go to www.veritext.com
Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

| **Invoice #:** | **5178103** |
|---|---|
| **Invoice Date:** | **8/9/2021** |
| **Balance Due:** | **$1,922.16** |

42654

Invoice ID: 0500-2779-4901

# STATEMENT <span>1 of 1</span>



| Account No. | Date |
|---|---|
| C8823 | 8/24/2021 |

| 1 - 30 days | 31 - 60 days | 61 - 90 days |
|---|---|---|
| $0.00 | $0.00 | $700.25 |
| **91 - 120 days** | **121 days & Over** | **Total Due** |
| $0.00 | $0.00 | **$700.25** |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| Invoice Date | Invoice No. | Balance | Job No. | Job Date | Witness | Case |
|---|---|---|---|---|---|---|
| 6/10/2021 | 66335 | 700.25 | 58215 | 5/25/2021 | Commander Patrick Phelan | Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Account No.  : C8823
Date         : 8/24/2021

**Total Due**   : **$700.25**

Remit To:  **Kentuckiana Reporters**
         **P.O. Box 3983**
         **Louisville, KY 40201**

Invoice ID: 0500-2779-4901

# INVOICE

1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 66335 | 6/10/2021 | 58215 |
| **Job Date** | **Case No.** | |
| 5/25/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Commander Patrick Phelan | 212.00 | Pages | @ | 1.750 | 371.00 |
| Rough Draft | 181.00 | Pages | @ | 0.500 | 90.50 |
| Realtime | 181.00 | Pages | @ | 1.250 | 226.25 |
| Read & Sign - Original | 1.00 | | @ | 12.500 | 12.50 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$700.25** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Please note that Loevy & Loevy and Arnold & Porter have agreed to split all transcript costs in this matter equally.

Thank you !

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$700.25** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 66335 |
| Invoice Date | : | 6/10/2021 |
| **Total Due** | : | **$700.25** |

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

| | | |
|---|---|---|
| Job No. | : | 58215 |
| BU ID | : | KY MAIN |
| Case No. | : | 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-ME |
| Case Name | : | Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

Invoice ID: 0500-2809-0783

# INVOICE



**KENTUCKIANA**
COURT REPORTERS

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69761 | 9/7/2021 | 60968 |

| Job Date | Case No. | |
|---|---|---|
| 8/24/2021 | 1:20-cv-01878-RBJ | |

| Case Name | | |
|---|---|---|
| Elisabeth Epps vs. City and County of Denver, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Crpl. Richard Eberharter | | | | | |
|---|---|---|---|---|---|
| Real time | 161.00 | Pages | @ | 1.750 | 281.75 |
| Read & Sign - Original | 138.00 | Hours | @ | 1.250 | 172.50 |
| E-Delivery | 1.00 | | @ | 12.500 | 12.50 |
| | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE   >>>** | | | **$466.75** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Invoice No.   : 69761
Invoice Date  : 9/7/2021
**Total Due**   : **$466.75**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.   : 60968
BU ID   : KY MAIN
Case No.   : 1:20-cv-01878-RBJ
Case Name   : Elisabeth Epps vs. City and County of
Denver, et al.

Invoice ID: 0500-2796-7237

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69756 | 9/7/2021 | 60540 |
| **Job Date** | **Case No.** | |
| 8/26/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |



Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Chief Ron Thomas | 107.00 | Pages | @ | 1.750 | 187.25 |
| Read & Sign - Original | 1.00 | | @ | 12.500 | 12.50 |
| Realtime | 107.00 | Pages | @ | 1.250 | 133.75 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Chief Ron Thomas [Confidential Portion] | 8.00 | Pages | @ | 1.750 | 14.00 |
| Realtime | 8.00 | Pages | @ | 1.250 | 10.00 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | | | **TOTAL DUE >>>** | | **$357.50** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
                     No set address
                     Remote Location, KY

Original cost split between Loevy & Loevy and Arnold & Porter.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | |
|---|---|
| Invoice No. | : 69756 |
| Invoice Date | : 9/7/2021 |
| **Total Due** | : **$357.50** |

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 60540 |
| BU ID | : KY MAIN |
| Case No. | : 1:20-cv-01878-RBJ |
| Case Name | : Elisabeth Epps vs. City and County of Denver, et al. |

Invoice ID: 0500-2815-8009

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Gerardo Mijares-Shafai, Esq.
Arnold & Porter Kaye Scholer LLP - Washington, DC
601 Massachusetts Ave, NW
Washington, DC 20001-3743

*Invoice #308485*

| Date | Terms |
|---|---|
| 09/21/2021 | Due Upon Receipt |

**Assignment #205324 on 09/09/2021**

**Case:** Epps v. City and County of Denver
**Case Number#:** 20-cv-01878-RBJ & 20-cv-01922-R

**Shipped On:** 09/21/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | | Amount |
|---|---|---|---|---|
| **Copy Transcript of Ashlee Wedgeworth** | | | | |
| Administration and Processing Fee | | | | $ 60.00 |
| Electronic Copy | | | | $ 483.00 |
| Scanned Exhibits | | | | $ 1.60 |
| Delivery / Email Only | | | | $ 0.00 |
| | | | | $ 544.60 |

| | | |
|---|---|---|
| Amount Due: | $ 544.60 |
| Paid: | $ 0.00 |

| Balance Due: | $ 544.60 |
|---|---|
| Payment Due: | 10/22/2021 |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**
--------------------------------------------------------------------------------------------------------------------------------
**Tax ID** 84-1334569
**Invoice No. : 308485**
**Job No. : 205324**
**Amount Due: $ 544.60**

**Remit To:** AB Litigation Services
216 16th Street, Suite 600
Denver, CO 80202

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Invoice ID: 0500-2893-1844

# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69646 | 9/2/2021 | 60204 |
| Job Date | Case No. | |
| 7/27/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |



Andreas E. Moffett
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lt. Kevin Carroll -- | 146.00 | Pages | @ | 1.750 | 255.50 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Real time | 1.00 | Hours | @ | 85.000 | 85.00 |
| Real time | 3.00 | Hours | @ | 55.000 | 165.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Officer Ronald M. Espinosa -- | 87.00 | Pages | @ | 1.750 | 152.25 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Real time | 2.00 | Hours | @ | 55.000 | 110.00 |
| | | **TOTAL DUE  >>>** | | | **$767.75** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                          No set address
                          Remote Location, KY

Please note that the transcript costs have been split equally with Loevy & Loevy.

Thank you !

| | |
|---|---|
| **(-) Payments/Credits:** | 294.25 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$473.50** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Andreas E. Moffett
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Invoice No.   : 69646
Invoice Date  : 9/2/2021
**Total Due**    : **$473.50**

Remit To: **Kentuckiana Reporters**
              **P.O. Box 3983**
              **Louisville, KY 40201**

Job No.     : 60204
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ
Case Name   : Elisabeth Epps vs. City and County of
                 Denver, et al.

Invoice ID: 0500-2825-5714

# INVOICE

1 of 1



## KENTUCKIANA
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 70357 | 9/21/2021 | 60968 |
| Job Date | Case No. | |
| 8/24/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

DEPOSITION OF:
    Crpl. Richard Eberharter
    Realtime

| | | | | |
|---|---|---|---|---|
| 138.00 Pages | @ | 1.250 | 172.50 |
| **TOTAL DUE >>>** | | | **$172.50** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
                No set address
                Remote Location, KY

Please disregard invoice # 69761. We were notified that your office should have only
been billed for the Real-time service.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | |
|---|---|
| Invoice No. | : 70357 |
| Invoice Date | : 9/21/2021 |
| **Total Due** | : **$172.50** |

Remit To: **Kentuckiana Reporters**
           **P.O. Box 3983**
           **Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 60968 |
| BU ID | : KY MAIN |
| Case No. | : 1:20-cv-01878-RBJ |
| Case Name | : Elisabeth Epps vs. City and County of Denver, et al. |

Invoice ID: 0500-2825-4729

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203


**AB Litigation**
SERVICES

Timothy R. MacDonald, Esq.
Arnold & Porter Kaye Scholer LLP - Denver
1144 15th Street
Suite 3100
Denver, CO 80202

*Invoice #308681*

| Date | Terms |
|------|-------|
| 09/28/2021 | Due Upon Receipt |

**Assignment #205358 on 09/16/2021**

**Case:** Epps v. City and County of Denver
**Case Number#:** 20-cv-01878-RBJ & 20-cv-01922-R

**Shipped On:** 09/27/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | Amount |
|-------------|--|--|--------|
| **Copy Transcript of Elisabeth Epps** | | | |
| Administration and Processing Fee | | | $ 60.00 |
| Electronic Copy | | | $ 531.00 |
| Scanned Exhibits | | | $ 5.20 |
| Delivery / Email Only | | | $ 0.00 |
| | | | $ 596.20 |

| | | |
|--|--|--|
| | Amount Due: | $ 596.20 |
| | Paid: | $ 0.00 |

| | |
|--|--|
| **Balance Due:** | **$ 596.20** |
| **Payment Due:** | **10/28/2021** |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**
------------------------------------------------------------------------------------------------------------------------------------
**Tax ID 84-1334569**
**Invoice No. : 308681**
**Job No. : 205358**
**Amount Due: $ 596.20**

**Remit To:** AB Litigation Services
        216 16th Street, Suite 600
        Denver, CO 80202

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

Invoice ID: 0500-2825-7327

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Michael J. Sebba, Esq.
Arnold & Porter Kaye Scholer LLP - Los Angeles
777 South Figueroa Street
44th Floor
Los Angeles, CA 90017

*Invoice #308598*

| Date | Terms |
|---|---|
| 09/28/2021 | Due Upon Receipt |

**Assignment #205556 on 09/14/2021**

**Case:** Epps v. City and County of Denver
**Case Number#:** 20-cv-01878-RBJ & 20-cv-01922-R

**Shipped On:** 09/23/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | | Amount |
|---|---|---|---|---|
| **Copy Transcript of Cidney Erin Berry Fisk** | | | | |
| Administration and Processing Fee | | | | $ 60.00 |
| Electronic Copy | | | | $ 333.00 |
| Scanned Exhibits | | | | $ 0.40 |
| Exhibit CD / DVD / Other Media | | | | $ 10.00 |
| Delivery / Email Only | | | | $ 0.00 |
| | | | | $ 403.40 |

Amount Due: $ 403.40
Paid: $ 0.00

| Balance Due: | $ 403.40 |
|---|---|
| Payment Due: | 10/29/2021 |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**
------------------------------------------------------------------------------------------------------
Tax ID 84-1334569
Invoice No. : 308598
Job No. : 205556
Amount Due: $ 403.40

Remit To: AB Litigation Services
          216 16th Street, Suite 600
          Denver, CO 80202

Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

Invoice ID: 0500-2844-6866

**Veritext, LLC - Midwest Region**
Tel. 312.442.9087 Email: billing-chi@veritext.com
Fed. Tax ID: 20-3132569



| Bill To: | Patrick Hall | | | |
|---|---|---|---|---|
| | Arnold & Porter Kaye Scholer LLP | | **Invoice #:** | **5307193** |
| | 1144 Fifteenth Street | | **Invoice Date:** | **10/11/2021** |
| | Suite 3100 | | **Balance Due:** | **$1,719.00** |
| | Denver, CO, 80202 | | | |

| Case: Epps, Elisabeth, et al. v. City And County Of Denver, et al. (120cv01878RBJ) | Proceeding Type: Depositions |
|---|---|

Job #: 4710228   |   Job Date: 7/16/2021   |   Delivery: Normal

Location:          Denver, CO

Billing Atty:      Patrick Hall

Scheduling Atty:   Patrick Reidy | Arnold & Porter Kaye Scholer LLP

| Witness: Patricio Serrant | Quantity | Price | Amount |
|---|---|---|---|
| Video - Initial Services | 1.00 | $296.00 | $296.00 |
| Video - Additional Hours | 4.00 | $132.00 | $528.00 |
| Video - Exhibits - Linked (LEF, PTZ, XMEF, SBF) | 1.00 | $150.00 | $150.00 |
| Video - Media and Cloud Services | 4.00 | $40.00 | $160.00 |
| Video - Electronic Access | 1.00 | $85.00 | $85.00 |
| Video - Digitizing & Transcript Synchronization | 4.00 | $125.00 | $500.00 |

| Notes: | Pro Bono rates have been applied | **Invoice Total:** | **$1,719.00** |
|---|---|---|---|
| | | Payment: | $0.00 |
| | | Credit: | $0.00 |
| | | Interest: | $0.00 |
| | | **Balance Due:** | **$1,719.00** |

TERMS:   Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors.  No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

| **Pay by Check - Remit to:** | **Pay By ACH (Include invoice numbers):** | | |
|---|---|---|---|
| Veritext | A/C Name: Veritext | **Invoice #:** | **5307193** |
| P.O. Box 71303 | Bank Name: BMO Harris Bank | **Invoice Date:** | **10/11/2021** |
| Chicago IL 60694-1303 | A/C #: 4353454 ABA: 071000288 | **Balance Due:** | **$1,719.00** |
| Fed. Tax ID: 20-3132569 | SWIFT: HATRUS44 | | |
| | Pay by Credit Card: www.veritext.com | | |

42654

Invoice ID: 0500-2999-8534

# INVOICE
1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71235 | 10/15/2021 | 61784 |
| **Job Date** | **Case No.** | |
| 9/28/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

DEPOSITION OF:

| | | | | | |
|---|---|---|---|---|---|
| Ryan Grothe -- | 96.00 | Pages | @ | 1.750 | 168.00 |
| Exhibits - Scanned | 18.00 | Pages | @ | 0.350 | 6.30 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Realtime | 1.00 | Pages | @ | 85.000 | 85.00 |
| Realtime | 2.00 | Pages | @ | 55.000 | 110.00 |
| | | **TOTAL DUE >>>** | | | **$369.30** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
                   No set address
                   Remote Location, KY

The cost of the transcript has been split 50/50 between Loevy & Loevy and Arnold & Porter.

Thank you !

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$369.30** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 71235 |
| Invoice Date | : | 10/15/2021 |
| **Total Due** | : | **$369.30** |

Remit To: **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

| | | |
|---|---|---|
| Job No. | : | 61784 |
| BU ID | : | KY MAIN |
| Case No. | : | 1:20-cv-01878-RBJ |
| Case Name | : | Elisabeth Epps vs. City and County of Denver, et al. |

Invoice ID: 0500-2999-8614

# I N V O I C E

1 of 2



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71274 | 10/18/2021 | 61744 |
| **Job Date** | **Case No.** | |
| 9/22/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Sgt. Marco Martinez -- | 122.00 | Pages | @ | 1.750 | 213.50 |
|---|---|---|---|---|---|
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Realtime | 1.00 | Pages | @ | 85.000 | 85.00 |
| Realtime | 2.00 | Pages | @ | 55.000 | 110.00 |
| | | **TOTAL DUE   >>>** | | | **$408.50** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Invoice No.   : 71274
Invoice Date  : 10/18/2021
**Total Due**    : **$408.50**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.     : 61744
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ
Case Name   : Elisabeth Epps vs. City and County of
Denver, et al.

Invoice ID: 0500-2999-8685



# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71280 | 10/18/2021 | 60421 |
| Job Date | Case No. | |
| 8/4/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

DEPOSITION OF:
    Lt. Michael O'Donnell

| | | | | | |
|---|---|---|---|---|---|
| Realtime | | 1.00 | Pages | @ 85.000 | 85.00 |
| Realtime | | 3.50 | Pages | @ 55.000 | 192.50 |

                              **TOTAL DUE >>>**    **$277.50**

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
                 No set address
                 Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

                                       **( - ) Payments/Credits:**    172.50

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Invoice No.  : 71280
Invoice Date  : 10/18/2021
**Total Due**    : **$105.00**

Remit To:  **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

Job No.    : 60421
BU ID      : KY MAIN
Case No.  : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
                 Denver, et al.

Invoice ID: 0500-2999-8771

# INVOICE
1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71512 | 10/22/2021 | 61787 |
| Job Date | Case No. | |
| 10/13/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Ron Thomas -- | 41.00 | Pages | @ | 1.750 | 71.75 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | @ | 12.500 | 12.50 |
| Realtime | 1.00 | Pages | @ | 85.000 | 85.00 |
| | TOTAL DUE  >>> | | | | $169.25 |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
               No set address
               Remote Location, KY

Transcript cost shared 50/50 between Loevy & Loevy and Arnold and Porter.

Thank you !

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $169.25 |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | |
|---|---|
| Invoice No. | : 71512 |
| Invoice Date | : 10/22/2021 |
| **Total Due** | : **$169.25** |

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

| | |
|---|---|
| Job No. | : 61787 |
| BU ID | : KY MAIN |
| Case No. | : 1:20-cv-01878-RBJ |
| Case Name | : Elisabeth Epps vs. City and County of Denver, et al. |

Invoice ID: 0500-2968-3702

# INVOICE

1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71549 | 10/25/2021 | 61786 |
| **Job Date** | **Case No.** | |
| 10/12/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Gerardo Mijares-Shafai
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sgt. Knutson | 123.00 Pages | @ | 1.750 | 215.25 |
| Realtime | 1.00 Pages | @ | 85.000 | 85.00 |
| Realtime | 2.00 Pages | @ | 55.000 | 110.00 |
| | **TOTAL DUE  >>>** | | | **$410.25** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

The transcript cost has been split 50/50 between Loevy & Loevy and Arnold & Porter.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Gerardo Mijares-Shafai
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Invoice No.   : 71549
Invoice Date  : 10/25/2021
**Total Due**    : **$410.25**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.    : 61786
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
Denver, et al.

Invoice ID: 0500-2999-8865

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71656 | 10/26/2021 | 62543 |
| **Job Date** | **Case No.** | |
| 10/15/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Michael O'Donnell | 73.00 | Pages | @ | 1.750 | 127.75 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Realtime | 1.00 | Pages | @ | 85.000 | 85.00 |
| Realtime | 1.00 | Pages | @ | 55.000 | 55.00 |
| | | **TOTAL DUE   >>>** | | | **$267.75** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

The transcript has been split 50/50 between Loevy & Loevy and Arnold & Palmer.

Thank you !

| | |
|---|---|
| ( - ) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$267.75** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Invoice No.   : 71656
Invoice Date  : 10/26/2021
**Total Due**    : **$267.75**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.     : 62543
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name   : ME
Black Lives Matter 5280, et al. v. City and County of Denver, et al.

Invoice ID: 0500-3090-4303

# INVOICE <small>1 of 1</small>



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 72490 | 11/16/2021 | 62915 |
| **Job Date** | **Case No.** | |
| 11/5/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Ed Aro
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Commander Hans Levens | 126.00 | Pages | @ | 1.750 | 220.50 |
| Real time | 1.00 | Hours | @ | 85.000 | 85.00 |
| Real time | 2.00 | Hours | @ | 55.000 | 110.00 |
| | **TOTAL DUE >>>** | | | | **$415.50** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| **(=) New Balance:** | **$415.50** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Ed Aro
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

Invoice No.  : 72490
Invoice Date : 11/16/2021
**Total Due**   : **$415.50**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.   : 62915
BU ID     : KY MAIN
Case No.  : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name : ME
Black Lives Matter 5280, et al. v. City and
County of Denver, et al.

Invoice ID: 0500-2999-8961

# INVOICE
1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 72618 | 11/18/2021 | 63058 |
| Job Date | Case No. | |
| 11/9/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Timothy Dreith | 130.00 Pages | @ | 1.750 | 227.50 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| Real time | 1.00 Hours | @ | 85.000 | 85.00 |
| Real time | 2.50 Hours | @ | 55.000 | 137.50 |
| | **TOTAL DUE  >>>** | | | **$450.00** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

The cost of the Original transcript has been split 50/50 between Loevy & Loevy and Arnold Porter.

Thank you !

| | |
|---|---|
| **(-) Payments/Credits:** | 227.50 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$222.50** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

Invoice No.  : 72618
Invoice Date : 11/18/2021
**Total Due**  : **$222.50**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.  : 63058
BU ID  : KY MAIN
Case No.  : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of Denver, et al.

Invoice ID: 0500-3097-8611



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 74777 | 1/12/2022 | 64714 |
| Job Date | Case No. | |
| 12/30/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | | | | |
|---|---|---|---|---|
| Mark Hildebrand -- | | | | |
| Minimum transcript order | 1.00 | @ | 208.500 | 208.50 |
| Christopher Juul -- | | | | |
| Minimum transcript order | 1.00 | @ | 99.500 | 99.50 |
| | **TOTAL DUE >>>** | | | **$308.00** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

THIS INVOICE HAS BEEN DISCOUNTED 50% - Elizabeth Wang, Esq. with Loevy & Loevy has received an invoice for the remaining 50%
(Splitting costs with Loevy), $308 is the current balanced owed by your firm. Thank you! ******

To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $308.00 |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Patrick Reidy
Arnold & Porter
70 West Madison Street
Suite 4200
Chicago, IL 60602

| | | |
|---|---|---|
| Invoice No. | : | 74777 |
| Invoice Date | : | 1/12/2022 |
| **Total Due** | : | **$308.00** |

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

| | | |
|---|---|---|
| Job No. | : | 64714 |
| BU ID | : | C and V |
| Case No. | : | 1:20-cv-01878-RBJ |
| Case Name | : | Elisabeth Epps vs. City and County of Denver, et al. |

Invoice ID: 0500-2985-5566



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 74711 | 1/13/2022 | 64712 |
| Job Date | Case No. | |
| 12/29/2021 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Matthew J. Douglas
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

DEPOSITION OF:

| | | | | | |
|---|---|---|---|---|---|
| Lt. Patrick Shaker | | | | | |
| Exhibits - Scanned | 92.00 | Pages | @ | 1.750 | 161.00 |
| Exhibits - Scanned | 2.00 | Pages | @ | 0.350 | 0.70 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | @ | 25.000 | 25.00 |
| Real time | 73.00 | Hours | @ | 1.250 | 91.25 |
| Cory Budaj -- | | | | | |
| Real time | 123.00 | Hours | @ | 1.250 | 153.75 |
| | | TOTAL DUE >>> | | | **$431.70** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Please note that the cost for the transcript of Patrick Shaker has been split 50/50
between Loevy & Loevy and Arnold & Porter.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Matthew J. Douglas
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

Invoice No.    : 74711
Invoice Date  : 1/13/2022
**Total Due**     : **$431.70**

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

Job No.    : 64712
BU ID      : C and V
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
              Denver, et al.

Invoice ID: 0500-3101-7517

# INVOICE

1 of 2

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75330 | 1/28/2022 | 65284 |
| Job Date | Case No. | |
| 1/25/2022 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |



Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Marc Sears | 51.00 | Pages | @ | 3.330 | 169.83 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Real time | 37.00 | Hours | @ | 1.250 | 46.25 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Jason Petrucelli | 53.00 | Pages | @ | 3.330 | 176.49 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Real time | 40.00 | Hours | @ | 1.250 | 50.00 |

**TOTAL DUE >>>**  **$442.57**

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

2 DAY EXPEDITE.

THE ORIGINAL TRANSCRIPT IS BEING SPLIT 50/50 BETWEEN LOEVY & LOEVY AND ARNOLD & PORTER.

THANK YOU !

**(-) Payments/Credits:**   0.00

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

Invoice No.   : 75330
Invoice Date  : 1/28/2022
**Total Due**    : **$442.57**

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

Job No.    : 65284
BU ID      : C and V
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
Denver, et al.

Invoice ID: 0500-3101-7517

# INVOICE

<span>2 of 2</span>



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 75330 | 1/28/2022 | 65284 |
| Job Date | Case No. | |
| 1/25/2022 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

| (+) Finance Charges/Debits: | 0.00 |
|---|---|
| (=) New Balance: | **$442.57** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Michael J. Sebba
Arnold & Porter Kaye Scholer, LLP
250 West 55th Street
New York, NY 10019

| Invoice No. | : 75330 |
|---|---|
| Invoice Date | : 1/28/2022 |
| **Total Due** | : **$442.57** |

Remit To: **Kentuckiana Reporters**
**PO Box 3983**
**Louisville, KY 40201**

| Job No. | : 65284 |
|---|---|
| BU ID | : C and V |
| Case No. | : 1:20-cv-01878-RBJ |
| Case Name | : Elisabeth Epps vs. City and County of Denver, et al. |

Invoice ID: 0500-3096-4650

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76367 | 2/28/2022 | 66531 |

| Job Date | Case No. | |
|---|---|---|
| 2/21/2022 | 1:20-cv-01878-RBJ | |

| Case Name |
|---|
| Elisabeth Epps vs. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Andreas E. Moffett
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sgt. Robert Parsons | 108.00 Pages | @ | 1.170 | 126.36 |
| Exhibits - Scanned | 831.00 Pages | @ | 0.250 | 207.75 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$334.11** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Invoice split 3 ways between plaintiffs.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| | |
|---|---|
| (-) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | **$334.11** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Andreas E. Moffett
Arnold & Porter
601 Massachusetts Ave, NW
Washington, DC 20001-3743

Invoice No.  : 76367
Invoice Date : 2/28/2022
**Total Due**  : **$334.11**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.  : 66531
BU ID  : KY MAIN
Case No.  : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
Denver, et al.

Invoice ID: 0500-3083-1125



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76364 | 2/28/2022 | 66531 |
| **Job Date** | **Case No.** | |
| 2/21/2022 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Brian Williams
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Sgt. Robert Parsons | 108.00 | Pages | @ | 1.170 | 126.36 |
| Exhibits - Scanned | 831.00 | Pages | @ | 0.250 | 207.75 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | | **$334.11** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Invoice split 3 ways between plaintiffs.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Brian Williams
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

Invoice No.   : 76364
Invoice Date  : 2/28/2022
**Total Due**   : **$334.11**

Remit To: **Kentuckiana Reporters**
         **P.O. Box 3983**
         **Louisville, KY 40201**

Job No.    : 66531
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
             Denver, et al.

Invoice ID: 0500-3052-7179

# I N V O I C E

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76550 | 3/2/2022 | 66532 |
| Job Date | Case No. | |
| 2/22/2022 | 1:20-cv-01878-RBJ | |
| Case Name | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| Payment Terms | | |
| Net 30 | | |

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| Matthew Woods -- | | | | | |
|---|---|---|---|---|---|
| | 71.00 | Pages | @ | 3.500 | 248.50 |
| Exhibits - Scanned | 38.00 | Pages | @ | 0.350 | 13.30 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE   >>>** | | | **$261.80** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

Invoice No.   : 76550
Invoice Date  : 3/2/2022
**Total Due**    : **$261.80**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.    : 66532
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
Denver, et al.

Invoice ID: 0500-3072-6031

# INVOICE
1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 77221 | 3/21/2022 | 66532 |
| **Job Date** | **Case No.** | |
| 2/22/2022 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Diana Sterk
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

DEPOSITION COPY OF :

| | | | | | |
|---|---|---|---|---|---|
| Matthew Woods | 81.00 | Pages | @ | 2.350 | 190.35 |
| Exhibits - Scanned | 38.00 | Pages | @ | 0.350 | 13.30 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | | **TOTAL DUE  >>>** | | | **$203.65** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
            No set address
            Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Diana Sterk
Arnold & Porter
1144 Fifteenth Street
Suite 3100
Denver, CO 80202

Invoice No.  : 77221
Invoice Date : 3/21/2022
**Total Due**     : **$203.65**

Remit To: **Kentuckiana Reporters**
       **P.O. Box 3983**
       **Louisville, KY 40201**

Job No.     : 66532
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
             Denver, et al.

# FILING FEES

**Consol Defendant**

**Anthony Hamilton**
*Deputy Sheriff*
*TERMINATED: 02/22/2022*

**Consol Defendant**

**Timothy Dreith**
*Deputy Sheriff, Doe Defendants 1-10*
*TERMINATED: 02/22/2022*

**Interested Party**

**Baumgartner Law, LLC**                    represented by   **Stephen B. Baumgartner**
                                                              Baumgartner Law, LLC
                                                              300 East Hampden Avenue
                                                              Suite 401
                                                              Englewood, CO 80113
                                                              720-626-9418
                                                              Fax: 720-634-1018
                                                              Email: birk@baumgartnerlaw.com
                                                              *ATTORNEY TO BE NOTICED*

**Interested Party**

**Beem & Isley, PC**                        represented by   **Stephen B. Baumgartner**
                                                              (See above for address)
                                                              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 06/25/2020 | 1 | COMPLAINT against All Defendants (Filing fee $ 400,Receipt Number 1082-7357861)Attorney Timothy R. Macdonald added to party Apryl Alexander(pty:pla), Attorney Timothy R. Macdonald added to party Black Lives Matter 5280(pty:pla), Attorney Timothy R. Macdonald added to party Amanda Blasingame(pty:pla), Attorney Timothy R. Macdonald added to party Elisabeth Epps(pty:pla), Attorney Timothy R. Macdonald added to party Cidney Fisk(pty:pla), Attorney Timothy R. Macdonald added to party Hollis Lyman(pty:pla), Attorney Timothy R. Macdonald added to party Zach Packard(pty:pla), Attorney Timothy R. Macdonald added to party Phillip Rothlein(pty:pla), Attorney Timothy R. Macdonald added to party Stanford Smith(pty:pla), Attorney Timothy R. Macdonald added to party Ashlee Wedgeworth(pty:pla), filed by Phillip Rothlein, Elisabeth Epps, Zach Packard, Cidney Fisk, Apryl Alexander, Hollis Lyman, Ashlee Wedgeworth, Black Lives Matter 5280, Stanford Smith, Amanda Blasingame. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(Macdonald, Timothy) (Entered: 06/25/2020) |
| 06/25/2020 | 2 | CORPORATE DISCLOSURE STATEMENT. (Macdonald, Timothy) (Entered: 06/25/2020) |
| 06/25/2020 | 3 | NOTICE OF CASE ASSOCIATION by Timothy R. Macdonald on behalf of All Plaintiffs (Macdonald, Timothy) (Entered: 06/25/2020) |
| 06/25/2020 | 4 | NOTICE of Entry of Appearance *of Mark Silverstein* by Mark Silverstein on behalf of All Plaintiffs Attorney Mark Silverstein added to party Apryl Alexander(pty:pla), Attorney Mark Silverstein added to party Black Lives Matter 5280(pty:pla), Attorney Mark Silverstein added to party Amanda Blasingame(pty:pla), Attorney Mark Silverstein |

# FEES FOR COPIES

Invoice ID: 0500-2716-8054



```
******AUTO**MIXED AADC 300
1750 1 MB 0.450                    001750
ARNOLD AND PORTER LLP
1144 15TH ST STE 3100
DENVER, CO 80202-2848

                                   2pgs
```



## CiOX
### HEALTH

**SEND CORRESPONDENCE ONLY TO:**
**P.O. Box 1812**
**Alpharetta GA 30023-1812**

| Notice Date | Customer No. | Page |
|---|---|---|
| 06/29/21 | 2324787 | 1 of 2 |

**ACCT:  2324787**            **CT: ATTY**

**ARNOLD AND PORTER LLP**
**1144 15TH ST STE 3100**
**DENVER, CO 80202-2848**

**REMIT TO:**
**CIOX Health**
**PO BOX 409740**
**ATLANTA GA 30384**
**Federal Tax ID: 58-2659941**

### DELINQUENT NOTICE

| AGED BALANCES | | | | Total Due USD  220.24 |
|---|---|---|---|---|
| 0-30 Days | 31-60 Days | 61-90 Days | Over 90 Days | |
| 0.00 | 0.00 | 0.00 | 220.24 | |

**Please be advised that your account is past due.  You are receiving this letter because our records indicate you have failed to pay for requested medical records.**



| CONTINUED ON NEXT PAGE |
|---|

Invoice ID: 0500-2716-8054

## CIOX HEALTH

**Page 2 of 2**

| Date | 06/29/21 |
|---|---|
| Customer No. | 2324787 |

SEND CORRESPONDENCE ONLY TO:
P.O. Box 1812
Alpharetta GA 30023-1812

Requests noted with * represent records which have been held pending your approval or payment.
Your request will be cancelled if payment is not received within 165 days of your original request.

| INV NBR | DESC/PATIENT NAME AND ID, FACILITY | INV DATE | INV AMT | BAL DUE | PAID | AMT (if different) |
|---|---|---|---|---|---|---|
| 0327377873 | PACKARD ZACHARY SWEDISH MEDICAL CENTER DOB 07/05/1991 | 01/19/21 | 220.24 | 220.24 | ☐ | |

| PLEASE RETURN ALL PAGES WITH YOUR PAYMENT. | TOTAL AMOUNT | 220.24 |
|---|---|---|
| | TOTAL REMITTANCE USD | |

**Fast. Secure. Free.**

PayCioxHealth is a free, online payment processing service that provides you a fast and convenient way to pay your Ciox Health invoice. You can now pay your Ciox Health invoice by visiting https://paycioxhealth.com/pay/ which provides options to pay by ECheck or your major credit card.

For questions, please contact us at 800-367-1500 or collections@cioxhealth.com

# WITNESS FEES/SERVICE OF PROCESS

Invoice ID: 0500-3055-5708

**Royal Process Serving**
9473 Cove Creek Drive
Highlands Ranch, CO 80129
PH 303.475.9624
Tax ID# 84-1563221

# Invoice

| Date | Invoice # |
|------|-----------|
| 3/6/2022 | 30964 |

| Bill To |
|---------|
| Arnold & Porter, LLP<br>1144 Fifteenth Street, Suite 3100<br>Denver, CO 80202-2848 |



E-MAILED
3/6

| Description | Serviced | Amount |
|-------------|----------|--------|
| Elisabeth Epps, et al v. City and County of Denver, et al | | |
| Serve Subpoena on Kenneth Chavez at 106 Hunters Cove Road, Mead, CO 80542 | 3/6/2022 | 65.00 |
| 112 total Miles. 40 included in "normal" serve (72 X .50= $36.00) | 3/6/2022 | 36.00 |
| Rush Fee | 3/6/2022 | 25.00 |
| Mileage Fee Check | 3/6/2022 | 90.00 |
| Per Noemi Sanchez | | |

| | **Total** | |
|---|-----------|---|
| | | $216.00 |