**\*\*\* NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME IN THE LOWER RIGHT CORNER OF THIS FORM (CHOOSE ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.\*\*\***

AO 133(Rev. 12/09)  Bill of Costs
USDC Colo. Version – (Rev. (10/01/2020)

# BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| Elisabeth Epps, et al<br>v.<br>City and County of Denver, et al | DOCKET NO.<br>CASE NO. | 1:20-cv-1878-RBJ |

Judgment having been entered in the above entitled action on **4/15/22**

against **Defendants** the clerk is requested to tax the following as costs:

**[Dkt. 362 extended time to 6/1/22 to file]**

## BILL OF COSTS

| | |
|---|---:|
| Fees of the clerk | $ 1,796.00 |
| Fees for service of summons and complaint | $ 55.00 |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ 22,791.95 |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ 497.34 |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions | $ |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |
| **TOTAL** | **$ 25,140.29** |

**Please review and comply with D.C.COLO.LCivR 54.1**

**(See Notice section on reverse side)**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney **s/ Elizabeth Wang**

Print Name **Elizabeth Wang**   Phone Number **720-328-5642**

For: **Plaintiffs Fitouri, Parkins, Deras, Taylor, Sannier**   Date **6/1/22**
Name of Claiming Party

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time:

Date and Time **6/29/22 9:30 a.m.**

Amount Taxed $

Costs are hereby taxed in the following amount and included in the judgment:

(BY) DEPUTY CLERK

CLERK OF COURT
JEFFREY P. COLWELL

DATE:

Case No. 1:20-cv-01878-RBJ   Document 379   filed 06/01/22   USDC Colorado   pg 2 of 10

USDC Colo. Version - (Rev. 10/01/2020) AO 133

(Rev. 12/09) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | | $0.00 |
| | | | | | | TOTAL | $0.00 |

Witness Fees (see 28 U.S.C. § 1821 for statutory fees and www.gsa.gov for locality per diem rates)

## NOTICE

**Section 1920, Title 28, U.S. Code provides:**

A judge or clerk of any court of the United States may tax as costs the following:

(1) Fees of the clerk and marshal;
(2) Fees for printed or electronically recorded transcripts necessarily obtained for use in the case;
(3) Fees and disbursements for printing and witnesses;
(4) Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case;
(5) Docket fees under section 1923 of this title;
(6) Compensation of court appointed experts, compensation of interpreters, and salaries, fees, expenses, and costs of special interpretation services under section 1828 of this title.

A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree.

See also **Sec. 1924, Verification of bill of costs** [and keep in mind the equivalent effect of declarations under 28 U.S.C. § 1746]:

Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed.

The **Federal Rules of Civil Procedure** provides as follows regarding costs:

**Rule 54(d)(1)**: "Unless a federal statute, these rules, or a court order provides otherwise, costs - - other than attorney's fees - - should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 14 days' notice. On motion served within the next 7 days, the court may review the clerk's action."

**D.C.COLO.LCivR 54.1 Taxation of Costs:**

Each judgment or final order shall indicate any party entitled to costs. Unless otherwise ordered, the clerk shall tax costs in favor of a prevailing party or parties. A bill of costs shall be filed on the form provided by the court within 14 days after entry of the judgment or final order. After filing a bill of costs and prior to appearing before the clerk, counsel and any unrepresented party seeking costs shall file a written statement that they have conferred as to disputes regarding costs. If all disputes are resolved, a stipulation specifying costs shall be filed with the court.

| Loevy & Loevy -- Section 1920 Bill of Costs Summary | | | | | |
|---|---|---|---|---|---|
| (related to claims tried to verdict) | | | | | |
| | | | | | |
| **Vendor/Payee** | **Date** | **Invoice # / Location** | **Amount** | **Sec. 1920 subsection** | **Grounds for Award** |
| US COURT-DIST OF CO | 7/1/20 | 901 19TH ST STE 105A | $400.00 | Sec. 1920(1) | fees of the clerk or marshal (filing fee) |
| TJC Process Servers, LLC | 7/9/20 | P122444 | $55.00 | Sec. 1920(1) | process service (service of complaint and summons on Defendant Denver) |
| TJC Process Servers, LLC | 8/22/20 | P122493 | $55.00 | Sec. 1920(1) | process service of SDT to Lakewood PD (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| TJC Process Servers, LLC | 8/22/20 | P122494 | $55.00 | Sec. 1920(1) | process service of SDT to Wheat Ridge PD (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| TJC Process Servers, LLC | 8/22/20 | P122496 | $75.00 | Sec. 1920(1) | process service of SDT to Jefferson County SO (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| TJC Process Servers, LLC | 8/22/20 | P122497 | $55.00 | Sec. 1920(1) | process service of SDT to Westminster PD (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| TJC Process Servers, LLC | 8/22/20 | P122498 | $75.00 | Sec. 1920(1) | process service of SDT to Douglas Co SO (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| TJC Process Servers, LLC | 8/22/20 | P122499 | $80.00 | Sec. 1920(1) | process service of SDT to Denver SD (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |

| | | | | | |
|---|---|---|---|---|---|
| TJC Process Servers, LLC | 8/22/20 | P122500 | $75.00 | Sec. 1920(1) | process service of SDT to Commerce City PD (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| TJC Process Servers, LLC | 8/26/20 | P122509 | $55.00 | Sec. 1920(1) | process service of SDT to 7News Denver (for video from protest) |
| TJC Process Servers, LLC | 8/26/20 | P122510 | $55.00 | Sec. 1920(1) | process service of SDT to 9News-KUSA (for video from protest) |
| TJC Process Servers, LLC | 8/26/20 | P122511 | $55.00 | Sec. 1920(1) | process service of SDT to CBS Broadcasting (for video from protest) |
| TJC Process Servers, LLC | 8/26/20 | P122512 | $55.00 | Sec. 1920(1) | process service of SDT to Fox31 Denver (for video from protest) |
| TJC Process Servers, LLC | 8/26/20 | P122513 | $55.00 | Sec. 1920(1) | process service of SDT to Univision (for video from protest) |
| City of Arvada | 9/9/20 | | $252.00 | Sec. 1920(4) | copies/exemplification (records from Arvada PD, via SDT) |
| TJC Process Servers, LLC | 9/11/20 | P122525 | $55.00 | Sec. 1920(1) | process service of SDT (to RTD, attempted) (for video from protest) |
| TJC Process Servers, LLC | 9/26/20 | P122550 | $55.00 | Sec. 1920(1) | process service of SDT (to RTD, successful) (for video from protest) |
| Western Orthopedics | 12/4/20 | | $5.00 | Sec. 1920(4) | copies/exemplification (medical records) |
| CIOX Health | 12/8/20 | 0324160585 | $35.83 | Sec. 1920(4) | copies/exemplification (medical records) |
| CIOX HEALTH | 3/9/21 | 925 NORTHPOINT PKWY | $19.23 | Sec. 1920(4) | copies/exemplification (medical records) |
| Planet Depos | 3/12/21 | 389014 | $1,129.35 | Sec. 1920(2) | court reporter/transcript (defendant Anthony Tak dep transcript & court reporter fees; used in Dkt. 91; witness listed on trial witness list) |

| | | | | | |
|---|---|---|---|---|---|
| Exhibit 5, LLC | 3/15/21 | 2060mar | $272.00 | Sec. 1920(2) | court reporter/transcript (Capt. Stephen Redfearn dep court reporter fees; witness listed on trial witness list; dep tr. used in Dkts. 91, 286) |
| Exhibit 5, LLC | 3/15/21 | 2059mar | $333.00 | Sec. 1920(2) | court reporter/transcript (Sgt. Patrick Shaker dep court reporter fee; witness listed on trial witness list; dep tr. used in Dkts. 91, 286) |
| Exhibit 5, LLC | 4/12/21 | 2138mar | $662.60 | Sec. 1920(2) | court reporter/transcript (Capt. Stephen Redfearn dep transcript; witness listed on trial witness list; dep tr. used in Dkts. 91, 286) |
| Exhibit 5, LLC | 4/15/21 | 2157mar | $647.55 | Sec. 1920(2) | court reporter/transcript (Sgt. Patrick Shaker dep transcript; witness listed on trial witness list; dep tr. used in Dkts. 91, 286) |
| Planet Depos | 4/15/21 | 399702 | $1,368.25 | Sec. 1920(2) | court reporter/transcript (Ofc. Adam Bolton and defendant Sgt. Rick Beall dep transcripts and court reporter fee; used in Dkts. 91, 286; witnesses listed on trial witness list) |
| Exhibit 5, LLC | 5/14/21 | 2257mar | $522.45 | Sec. 1920(2) | court reporter/transcript (defendant Lt. Matthew Canino dep transcript and court reporter fee; testified at trial; used in Dkts. 91, 255) |
| Kentuckiana Reporters | 5/18/21 | 65452 | $588.50 | Sec. 1920(2) | court reporter/transcript (defendant Ofc. John Sampson dep transcript and court reporter fee; witness listed on trial witness list; used in Dkt. 117) |
| Sarah Mitchell | 5/25/21 | | $108.90 | Sec. 1920(2) | court reporter/transcript (transcript of Phelan and Pine testimony in Abay PI hrg; used in Dkt. 117; used for witnesses who testified at trial) |

| Vendor | Date | Invoice | Amount | Statute | Description |
|---|---|---|---|---|---|
| Kentuckiana Reporters | 6/1/21 | 65852 | $486.75 | Sec. 1920(2) | court reporter/transcript (defendant Ofc. Tana Cunningham dep transcript; testified at trial; used in Dkt. 117) |
| Kentuckiana Reporters | 6/4/21 | 66076 | $238.98 | Sec. 1920(2) | court reporter/transcript (defendant Sgt. David Abeyta dep transcript; used in Dkts. 117, 286; witness listed on trial witness list) |
| Kentuckiana Reporters | 6/10/21 | 66337 | $432.00 | Sec. 1920(2) | court reporter/transcript (defendant Cmdr. Patrick Phelan dep transcript; testified at trial; used in Dkts. 117, 286) |
| Kentuckiana Reporters | 7/6/21 | 67314 | $421.92 | Sec. 1920(2) | court reporter/transcript (defendant Lt. James Williams dep transcript and court reporter fee; witness listed on trial witness list; used in Dkt. 286) |
| Kentuckiana Reporters | 7/8/21 | 67428 | $564.15 | Sec. 1920(2) | court reporter/transcript (Chief Pazen dep transcript; witness listed on trial witness list, used in Dkt. 286) |
| Kentuckiana Reporters | 7/8/21 | 67449 | $717.85 | Sec. 1920(2) | court reporter/transcript (defendant Lts. Vincent Porter and Thomas Pine dep transcripts; testified at trial; used in Dkt. 286) |
| PACE VENTURES, INC/AB Litigation Services | 8/11/21 | | $489.00 | Sec. 1920(2) | court reporter/transcript (Plaintiff Johnathen Duran dep transcript; witness listed on trial witness list) |
| PACE VENTURES, INC/AB Litigation Services | 8/17/21 | | $579.00 | Sec. 1920(2) | court reporter/transcript (Plaintiff Sara Fitouri dep transcript; testified at trial; used in Dkt. 286) |
| PACE VENTURES, INC/AB Litigation Services | 8/17/21 | | $663.00 | Sec. 1920(2) | court reporter/transcript (Plaintiff Claire Sannier dep transcript; testified at trial; used in Dkt. 286) |

| Vendor | Date | Invoice | Amount | Statute | Description |
|---|---|---|---|---|---|
| Kentuckiana Reporters | 8/17/21 | 68999 | $627.00 | Sec. 1920(2) | court reporter/transcript (defendant Lt. Michael O'Donnell dep transcript; testified at trial) |
| AB Litigation Services | 8/17/21 | 307530 | $513.00 | Sec. 1920(2) | court reporter/transcript (plaintiff Youssef Amghar dep transcript and court reporter fee; used in Dkt. 246, 286; witness on trial witness list) |
| Kentuckiana Reporters | 8/20/21 | 69096 | $407.75 | Sec. 1920(2) | court reporter/transcript ($1,175.50 minus partial refund of $767.75 dated 9/7/21) (defendants Lt. Kevin Carroll and Ofc. Ronald Espinosa dep transcripts; Carroll testified at trial; both listed on trial witness lists; Carroll dep. used in Dkt. 286) |
| AB Litigation Services | 8/24/21 | 307657 | $648.00 | Sec. 1920(2) | court reporter/transcript (plaintiff Jacquelyn Parkins dep transcript and court reporter fee; testified at trial, used in Dkt. 286) |
| PACE VENTURES, INC/AB Litigation Services | 8/26/21 | | $724.80 | Sec. 1920(2) | court reporter/transcript (plaintiff Joe Deras dep transcript; testified at trial, used in Dkt. 286) |
| Kentuckiana Reporters | 9/7/21 | 69760 | $264.50 | Sec. 1920(2) | court reporter/transcript (defendant Cpl. Richard Eberharter dep transcript and court reporter fee; listed on trial witness list; used in Dkt. 286) |
| Kentuckiana Reporters | 9/7/21 | 69754 | $189.25 | Sec. 1920(2) | court reporter/transcript (DC Ronald Thomas dep transcript and court reporter fee; testified at trial; used in Dkt. 286) |
| AB Litigation Services | 9/10/21 | 308206 | $333.40 | Sec. 1920(2) | court reporter/transcript (plaintiff Kelsey Taylor dep transcript and court reporter fees; testified at trial; used in Dkt. 286) |

| | | | | | |
|---|---|---|---|---|---|
| TJC Process Servers, LLC | 9/30/21 | | $55.00 | Sec. 1920(1) | process service of SDT |
| Kentuckiana Reporters | 10/15/21 | 71236 | $174.30 | Sec. 1920(2) | court reporter/transcript (Ryan Grothe dep transcript and court reporter fee; testified at trial; used in Dkt. 286) |
| Kentuckiana Reporters | 10/18/21 | 71275 | $213.50 | Sec. 1920(2) | court reporter/transcript (defendant Sgt. Marco Martinez dep transcript; listed on trial witness list; used in Dkt. 286) |
| TJC Process Servers, LLC | 10/19/21 | P122999 | $75.00 | Sec. 1920(1) | process service of SDT on Golden PD (mutual-aid agency which provided assistance to Denver at protest, for documents and video) |
| Kentuckiana Reporters | 10/22/21 | 71510 | $84.25 | Sec. 1920(2) | court reporter/transcript (DC Ronald Thomas Rule 30b6 dep transcript and court reporter fee; testified at trial) |
| Kentuckiana Reporters | 10/25/21 | 71550 | $189.00 | Sec. 1920(2) | court reporter/transcript (Sgt. Erik Knutson dep transcript and court reporter fee; testified at trial; used in Dkt. 286) |
| Kentuckiana Reporters | 10/26/21 | 71653 | $110.25 | Sec. 1920(2) | court reporter/transcript (defendant Cmdr Michael O'Donnell Rule 30b6 dep transcript and court reporter fee; testified at trial, used in Dkt. 286) |
| All City Serves LLC | 11/1/21 | 2311 | $59.00 | Sec. 1920(1) | process service of SDT to Springfield PD re: documents relating to Steve Ijames, defense expert |
| Critical Process Service | 11/1/21 | 4029 | $35.00 | Sec. 1920(1) | process service of SDT to IACP re: documents relating to Steve Ijames, defense expert |
| Day and Night Process Serving | 11/1/21 | | $50.00 | Sec. 1920(1) | process service of SDT on Defense Technology re: documents relating to Steve Ijames, defense expert |

| Vendor | Date | Invoice | Amount | Statute | Description |
|---|---|---|---|---|---|
| Kentuckiana Reporters | 11/1/21 | 71880 | $435.20 | Sec. 1920(2) | court reporter/transcript (Timothy Stegink dep transcript and court reporter fees; listed on trial witness list) |
| All City Serves LLC | 11/2/21 | 2312 | $59.00 | Sec. 1920(1) | process service of SDT to Greene County, MO re: documents relating to Steve Ijames, defense expert |
| Kentuckiana Reporters | 11/16/21 | 72491 | $192.50 | Sec. 1920(2) | court reporter/transcript (Cmdr. Hans Levens dep transcript; testified at trial; used in Dkt. 286) |
| All City Serves LLC | 11/19/21 | 2325 | $208.00 | Sec. 1920(1) | process service of dep subpoena and SDT on defense expert Steve Ijames (because defense counsel refused to accept service) |
| Kentuckiana Reporters | 12/1/21 | 73084 | $402.50 | Sec. 1920(2) | court reporter/transcript (defendant Timothy Dreith dep transcript; listed as witness on trial witness list; used in Dkt. 245) |
| Kentuckiana Reporters | 12/7/21 | 73262 | $128.00 | Sec. 1920(2) | court reporter/transcript (Plaintiff Joe Deras dep transcript; testified at trial; used in Dkt. 246) |
| Kentuckiana Reporters | 12/20/21 | 73829 | $234.50 | Sec. 1920(2) | court reporter/transcript (defendant Anthony Hamilton dep transcript; testified at trial; used in Dkt. 245) |
| Kentuckiana Reporters | 2/28/22 | 76362 | $194.25 | Sec. 1920(2) | court reporter/transcript (Sgt. Robert Parsons dep transcript; testified at trial) |
| Kentuckiana Reporters | 3/2/22 | 76550 | $130.90 | Sec. 1920(2) | court reporter/transcript (Matthew Woods dep transcript, split cost with co-Plaintiffs' counsel A&P; listed as witness on trial witness list) |
| STAPLES   00114157 | 3/19/22 | 000504382 | $185.28 | Sec. 1920(4) | copies/exemplification (printing documents/exhibits for trial) |

| | | | | | |
|---|---|---|---|---|---|
| Kevin Carlin | 4/12/22 | 10826 | $4,334.98 | Sec. 1920(2) | L&L share of total $8,669.95 transcript invoice for trial transcripts needed for response to post-trial motions |
| Therese Lindblom | 4/20/22 | 20220018 | $2,034.87 | Sec. 1920(2) | L&L share of total $5,251.75 transcript invoice for trial transcripts needed for response to post-trial motions |
| **TOTAL** | | | **$25,140.29** | | |
| | | | | | |
| **Breakdown of Costs** | | | Total | | |
| Section 1920(1) | | | $1,851.00 | | |
| Section 1920(2) | | | $22,791.95 | | |
| Section 1920(3) | | | $0.00 | | |
| Section 1920(4) | | | $497.34 | | |
| Section 1920(5) | | | $0.00 | | |
| Section 1920(6) | | | $0.00 | | |