

Exhibit 1









| US COURT-DIST OF CO | 7/1/20 | MY 9TH F 915 WM | $400.00 | CRUZ, Arianna | Eng fee | | ELIZABETH W | | Government | | Court Costs, including Alimony and Ch ld Support | 303-335-2053 | CO | 9534077H465039049U7 |

**TJC Process Servers, LLC.**
6767 S. High Drive Morrison, CO 80465
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | July 9, 2020 | P122444 |

## RN - Ryan Nolan

Bill To:
Brian Swift
Loevy & Loevy
2060 Broadway 460
Boulder, CO

Cruz, Ambrose

File No:
Servee: **CITY ANAD COUNTY OF DENVER MAYORS OFFICE**
Case No: **20'cv-1922-MEH**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff:
Defendant:

**Documents: SUMMONS and COMPLAINT;**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **SERVED** | | | 55.00 |
| Description: Servee: CITY ANAD COUNTY OF DENVER MAYORS OFFICE, served @1437 N. BANNOCK STREET DENVER, CO, 80202 on 7/8/2020 at 1:13 PM | | | |
| Completed on 7/8/2020 | | | |
| | | **TOTAL DUE** | **$ 55.00** |

7/9/20

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
6767 S. High Drive Morrison, CO 80465
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122493 |

**21 - Julie Cuthriell**

Bill To:
**Brian Swift**
**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No: **BLM**
Servee: **Lakewood Police Department, Attn: Records**
Case No: **1-20-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED | | | 55.00 |
| Description: Servee: Lakewood Police Department, Attn: Records, served @445 S. Allison Pkwy LAKEWOOD, CO, 80226 on 8/21/2020 at 1:15 PM<br><br>Completed on 8/21/2020 | | | |
| | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122494 |

### 21 - Julie Cuthriell

Bill To:
**Brian Swift**
**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No: **BLM**
Servee: **Wheat Ridge Police Department, Attn: Police Records,**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED | | | 55.00 |
| Description: Servee: Wheat Ridge Police Department, Attn: Police Records,, served @7500 W. 29th Ave., WHEAT RIDGE, CO, 80033 on 8/20/2020 at 12:36 PM  Completed on 8/20/2020 | | | |
| | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122496 |

## 21 - Julie Cuthriell

Bill To:
**Brian Swift**
**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No: **BLM**
Servee: **Jefferson County Sheriff's Department, Attn: Records Unit,**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED OUTER AREA  GOLDEN | | | 75.00 |
| Description: Servee: Jefferson County Sheriff's Department, Attn: Records Unit,, served @200 Jefferson County Parway GOLDEN, CO, 80419 on 8/21/2020 at 11:03 AM<br><br>Completed on 8/21/2020 | | | |
| | | TOTAL DUE | $ 75.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122497 |

## 21 - Julie Cuthriell

Bill To:
Brian Swift
Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No: **BLM**
Servee: **Westminster Police Department, Attn: Records Section,**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: **SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **NO CHARGE** | | | .00 |
| **SERVED** | | | 55.00 |

8/25/20

Description: Servee: Westminster Police Department, Attn: Records Section,, served @9110 Yates St., WESTMINSTER, CO, 80031 on 8/20/2020 at 11:45 AM

Completed on 8/20/2020

| | TOTAL DUE | $ 55.00 |
|---|---|---|

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122498 |

### 21 - Julie Cuthriell

Bill To:
**Brian Swift**
**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No: **BLM**
Servee: **Douglas County Sheriff's Office, Attn: Records**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| CASTLE ROCK OUTER AREA | | | 75.00 |
| Description: Servee: Douglas County Sheriff's Office, Attn: Records, served @4000 Justice Way CASTLE ROCK, CO, 80109 on 8/18/2020 at 2:33 PM<br><br>Completed on 8/18/2020 | | | |
| | | TOTAL DUE | $ 75.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122499 |

### 21 - Julie Cuthriell

Bill To:
**Brian Swift**
**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No: **BLM**
Servee: **Denver Sheriff's Department, Attn: Records,**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

**Documents:** SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| 490 W. COLFAX | | | 55.00 |
| 201 W. COLFAX | | | 25.00 |
| **Description:** Servee: Denver Sheriff's Department, Attn: Records,, was not served @490 W. Colfax Ave DENVER, CO, 80204 on 8/21/2020 at 11:22 AM   **Completed on 8/21/2020** | | | |
| | | **TOTAL DUE** | **$ 80.00** |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
6767 S. High Drive Morrison, CO 80465
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 22, 2020 | P122500 |

### 21  - Julie Cuthriell

Bill To:
**Brian Swift**
**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No: **BLM**
Servee: **Commerce City Police Department, Attn: Records**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

**Documents: SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTSOR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION WITH RYDER;**

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **SERVED COMMERCE CITY OUTER AREA** | | | 75.00 |
| **Description: Servee: Commerce City Police Department, Attn: Records, served @7887 E. 60th Ave COMMERCE CITY, CO, 80022 on 8/21/2020 at 12:15 PM**<br><br>**Completed on 8/21/2020** | | | |
| | | TOTAL DUE | **$ 75.00** |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 26, 2020 | P122509 |

### 21  - Julie Cuthriell

**Bill To:**

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:
Servee: **7News Denver / Scripps Media, Inc., c/o Corporation Service Company**
Case No: **1-20-cv-1878-RBJ**
  Court: **UNITED STATES DISTRICT COURT**
  Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| served | | | 55.00 |

Description: Servee: 7News Denver / Scripps Media, Inc., c/o Corporation Service Company,
served @1900 W. LITTLETON BLVD. LITTLETON, CO, 80120 on 8/26/2020 at 12:30 PM

Completed on 8/26/2020

| | TOTAL DUE | $ 55.00 |
|---|---|---|

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 26, 2020 | P122510 |

### 21 - Julie Cuthriell

Bill To:

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:
Servee: 9NEWS-KUSA / Multimedia Holdings Corp., c/o
Registered Agent: CT Corporations System
Case No: 1-20-cv-1878-RBJ
Court: UNITED STATES DISTRICT COURT
Plaintiff: Black Lives Matter 5280, et al
Defendant: City and County of Denver, et al.

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| served | | | 55.00 |

Description: Servee: 9NEWS-KUSA / Multimedia Holdings Corp., c/o Registered Agent: CT Corporations System, served @7700 E. ARPAHOE ROAD CENTENNIAL, CO, 80112 on 8/26/2020 at 11:20 AM

Completed on 8/26/2020

| | TOTAL DUE | $ 55.00 |
|---|---|---|

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
**Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461**

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 26, 2020 | P122511 |

### 21 - Julie Cuthriell

Bill To:

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:
Servee: **CBS Broadcasting Inc., c/o Corporation Service Company**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED | | | 55.00 |
| Description: Servee: CBS Broadcasting Inc., c/o Corporation Service Company, served @1900 W. LITTLETON BLVD. LITTLETON, CO, 80120 on 8/26/2020 at 12:30 PM  Completed on 8/26/2020 | | | |
| | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 26, 2020 | P122512 |

### 21 - Julie Cuthriell

Bill To:

**Loevy & Loevy**
**2060 Broadway 460**
**Boulder, CO**

File No:
Servee: **Fox31 Denver KDVR-TV / Nexstar Broadcasting, Inc.,**
**c/o Corporation Service Company**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED | | | 55.00 |
| Description: Servee: Fox31 Denver KDVR-TV / Nexstar Broadcasting, Inc., c/o Corporation Service Company, served @1900 W. LITTLETON BLVD. LITTLETON, CO, 80120 on 8/26/2020 at 12:30 PM | | | |
| Completed on 8/26/2020 | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | August 26, 2020 | P122513 |

## 21 - Julie Cuthriell

Bill To:

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:
Servee: Univision / Univision Interactive Media, Inc., c/o
Registered Agent: CT Corporations System
Case No: 1-20-cv-1878-RBJ
Court: UNITED STATES DISTRICT COURT
Plaintiff: Black Lives Matter 5280, et al
Defendant: City and County of Denver, et al.

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED | | | 55.00 |
| Description: Servee: Univision / Univision Interactive Media, Inc., c/o Registered Agent: CT Corporations System, served @7700 E. ARPAHOE ROAD CENTENNIAL, CO, 80112 on 8/26/2020 at 11:20 AM | | | |
| Completed on 8/26/2020 | | | |
| | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.



CITY OF
ARVADA

OFFICE OF THE CITY ATTORNEY
FACSIMILE: 720-898-7175 ▲ TDD: 720-898-7869
PHONE: 720-898-7180



September 9, 2020

Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
elizabethw@loevy.com

**Re:  Response to subpoena for production of documents, *Black Lives Matter 5280 et al. v. City and County of Denver, et al.*, #1-20-cv-1878-RBJ**

Ms. Wang,

Please see below Arvada's responses to Plaintiff's subpoena for documents dated August 14, 2020.

Arvada is aware that your office and counsel for the City and County of Denver have discussed and agreed that you will seek Documents produced by the Denver Police Department directly from that agency. Therefore, Arvada will provide certain responsive Documents in redacted form, and refers Plaintiff to the Denver Police Department, or other agencies, for Documents where appropriate.

Arvada utilizes a fee-based vendor product to conduct e-mail searches. Arvada incurred e-mail search project fees of $252.00 to search for e-mails responsive to Plaintiff's subpoena. Arvada requests Plaintiff remit that amount as reasonable compensation to cover its cost of production. Arvada attaches a receipt documenting such fees (note that information in the receipt unrelated to this subpoena is redacted). Arvada does not seek reimbursement of other fees related to this response.

Arvada can provide responsive Documents as noted below:

**REQUEST FOR PRODUCTION #1:**

"All video or audio recordings of Protests and/or law enforcement activity relating to the Protests on or near the grounds of the Colorado State Capitol from May 28, 2020 through June 2, 2020. This includes but is not limited to any video recordings from body-worn cameras."

**RESPONSE #1:**

Arvada Police officers are not equipped with body-worn cameras. Arvada will provide

other video recordings and still images in its custody responsive to Plaintiff's subpoena.

**REQUEST FOR PRODUCTION #2:**

"All radio transmissions or electronic communications (or Documents memorializing the same) relating to the Protests on or near the grounds of the Colorado State Capitol from May 28, 2020 through June 2, 2020."

**RESPONSE #2:**

The Jefferson County Communications Center Authority ("Jeffcom") is the regional communications center for all police agencies in Jefferson County. Jeffcom has custody and control of all police radio transmission records of agencies in Jefferson County, and any documents memorializing such transmissions ("Jeffcom Records"). Jeffcom is a separate governmental entity from the Arvada Police Department. Arvada does not have custody or control of Jeffcom Records. Plaintiff is referred to Jeffcom to obtain any such radio or electronic transmission records.

**REQUEST FOR PRODUCTION #3:**

"All Documents containing, constituting, or memorializing Communications that refer or relate to the Protests. This Request includes but is not limited to (a) all Communications between any Arvada Police officers; (b) all Communications between any Arvada Police officers and any Denver Police officer; (c) all Communications between any Arvada Police officers and any officer from any law enforcement agency outside of Denver providing mutual aid assistance during the Protests."

**RESPONSE #3:**

Arvada searched for Communications responsive to Plaintiff's subpoena involving Arvada officers who responded to the Protests. Arvada will provide responsive Communications consisting of e-mails and text messages.

**REQUEST FOR PRODUCTION #4:**

"All Documents relating to the locations, movements, or assignments of all Arvada Police officers involved in or assigned to the Protests, such as, for example, any police reports, arrest lists, attendance sheets, timecards, Documents relating to duties or assignments, ticket books, log sheets, etc."

**RESPONSE #4:**

Arvada will provide an After Action Review, Arvada Police case reports #AR20-9346 and AR20-9266, a use of force incident summary and narrative related to case AR20-9266, and time accounting records for involved Arvada officers responsive to Plaintiff's

munitions logs relating to the Protests, from May 28, 2020 through June 2, 2020."

**RESPONSE #8:**

Arvada refers Plaintiff to information in the After Action Review and Arvada case report #AR20-9346.

Please provide a check for the e-mail search project fee of $252.00 payable to the City of Arvada to:

City of Arvada, City Attorney's Office
Attn: Erika Pierce
8101 Ralston Road
Arvada, CO 80002

Upon receipt, I will arrange to provide the responsive Documents to your office.  Thank you.

Regards,

Aaron P. Jacks
Assistant City Attorney

.ail - Fwd: Arvada PD Response to SDT                    https://mail.google.com/mail/u/0?ik=80dfa106fe&view=pt&search..


LOEVY & LOEVY
A CIVIL RIGHTS LAW FIRM

**Andy Thayer <andy@loevy.com>**

## Fwd: Arvada PD Response to SDT
2 messages

**Elizabeth Wang** <elizabethw@loevy.com>
To: Andy Thayer <andy@loevy.com>

Fri, Sep 11, 2020 at 10:54 AM

Could you please send a $252 check to the City of Arvada, as stated in the attached letter? (See the end of the letter for the address, etc.)

This is for Fitouri, Sara, case.

Elizabeth Wang
Loevy & Loevy
2060 Broadway | Ste. 460
Boulder | CO 80302
T 720.328.5642
F 312.243.5902
www.loevy.com
Pronouns: she, her

---------- Forwarded message ---------
From: **Aaron Jacks** <ajacks@arvada.org>
Date: Tue, Sep 8, 2020 at 1:59 PM
Subject: Arvada PD Response to SDT
To: <elizabethw@loevy.com>, Julie Richards <jrichards@arvada.org>, Aaron Jacks <ajacks@arvada.org>

Ms. Wang,
Arvada has searched for records responsive to your subpoena in Black Lives Matter 5280 et al. v. City and County of Denver et al. Please see a letter requesting reimbursement of certain fees related to Arvada's document search and a related receipt attached.

If your office will remit the requested fees to the City to cover the cost of production, I will arrange to get the responsive documents to you. Thank you.

--
Aaron Jacks
Assistant City Attorney
Police Legal Advisor
8101 Ralston Road
Arvada, CO 80002
Tel. (720) 898-7195
FAX: (720) 898-7175
ajacks@arvada.org


CITY OF
ARVADA

**TJC Process Servers, LLC.**
**6767 S. High Drive Morrison, CO 80465**
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | September 11, 2020 | P122525 |

### RN  - Ryan Nolan

Bill To:

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:
Servee:  **Regional Transportaion District, Attn: Jenifer Ross-Amato (Registered Agent)**
Case No:  **1-20-cv-1878-RBJ**
Court:  **UNITED STATES DISTRICT COURT**
Plaintiff:  **Black Lives Matter 5280, et al**
Defendant:  **City and County of Denver, et al.**

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| NON SERVE | | | 55.00 |
| Description: Servee: Regional Transportaion District, Attn: Jenifer Ross-Amato (Registered Agent), was not served @1660 Blake Street DENVER, CO, 80202 on 9/10/2020 at 4:47 AM | | | |
| Completed on 9/10/2020 | | | |
| | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

**TJC Process Servers, LLC.**
6767 S. High Drive Morrison, CO 80465
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | September 26, 2020 | P122550 |

## RN - Ryan Nolan

Bill To:

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:

Servee: **Regional Transportaion District, Attn: Jenifer Ross-Amato (Registered Agent)**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Black Lives Matter 5280, et al**
Defendant: **City and County of Denver, et al.**

Documents: UNITED STATES DISTRICT COURT SUBPOENA;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| SERVED | | | 55.00 |
| Description: Servee: Regional Transportaion District, Attn: Jenifer Ross-Amato (Registered Agent), served @1660 Blake Street DENVER, CO, 80202 on 9/23/2020 at 11:14 AM<br><br>Completed on 9/23/2020 | | | |
| | | TOTAL DUE | $ 55.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.



**LOEVY & LOEVY**
A CIVIL RIGHTS LAW FIRM

**Andy Thayer <andy@loevy.com>**

## Fitouri, Sarah - $5 check needed for response to HIPPA request
1 message

**Brian Swift** <brians@loevy.com>                                          Fri, Dec 4, 2020 at 1:14 PM
To: Andy Thayer <andy@loevy.com>
Cc: Elizabeth Wang <elizabethw@loevy.com>

Andy - see the attached fax from Western Orthopedics. They don't accept cc. Could you send them a check, please?

Thanks!
B

📄 **2020.12.03_fax from Western Ortho_Dr.Mordick_invoice Deras records.pdf**
52K

$12/4/20$



## WESTERN ORTHOPAEDICS

*Excellence in Motion*

1830 Franklin Street, Suite 450
Denver, CO 80218
Phone: 303-321-1333
Toll-Free: 888-900-1333
Fax: 303-321-0620

**James C. Holmes, M.D.**
Orthopaedic Specialist
Sports Medicine
Disorders of the Knee

**Timothy J. Birney, M.D.**
Orthopaedic Specialist
Disorders of the Spine

**Edward (Ted) H. Parks, M.D.**
Orthopaedic Specialist
Sports Medicine
Joint Replacement/Reconstruction
Arthroscopy

**Armodios M. Hatzidakis, M.D.**
Orthopaedic Specialist
Shoulder and Elbow

**Raj Bazaz, M.D.**
Orthopaedic Specialist
Shoulder and Knee
Sports Medicine

**Kevin K. Nagamani, M.D.**
Orthopaedic Specialist
Foot and Ankle Surgery

**Brian J. White, M.D.**
Orthopaedic Specialist
in Disorders of the Hip

**Steven M. Traina, M.D.**
Orthopaedic Specialist
in Disorders of the Knee
Shoulder and Sports Medicine

**Thomas G. Mordick, II, M.D.**
Hand Surgery

**Benjamin W. Sears, M.D.**
Orthopaedic Specialist
Disorders of the Shoulder
and Elbow

**Sean Baran, M.D.**
Orthopaedic Specialist
Disorders of the Hip and Knee
Sports Medicine
Joint Replacement

**E. Patrick Curry, M.D.**
Orthopaedic Specialist
Disorders of the Spine

**www.Western-Ortho.com**

---

December 3, 2020

Re: Deras, Joe
Chart Number: 169475
DOB: 10/29/1990

To Whom It May Concern:

You have requested additional medical records for the above
patient. Western Orthopaedics is authorized by Colorado
State Law to charge reasonable fees for copying medical
records. We charge $5.00 for each CD of X-ray images.

For a CD copy of the X-ray images, please send a check for
$5.00 to Western Orthopaedics at the address above to **Attn:
Cynthia/Medical Records.**

If you also requested medical records, we use the copy
service Ciox for the paper chart. They will copy the chart
and send you a separate invoice for their services.

If you have any questions concerning this matter, please do
not hesitate to contact me at **303-321-1333**

Sincerely,

*Cynthia*

Cynthia
Medical Records

WESTERN ORTHOPAEDICS, P.C.
Tax ID# 84-0774761



# FAX



1830 Franklin Street, Suite 450, Denver, CO 80218
Phone: 303-321-1333 • Toll-Free: 888-900-1333 • Fax: 303-321-0620
www.Western-Ortho.com

**WESTERN ORTHOPAEDICS**
*Excellence in Motion*

Cover + Number of Pages: **2**          Current Date: December 3, 2020

From: **Cynthia - Medical Records**

To: **Attn: Elizabeth Wang w/Loevy & Loevy**

Fax Number: **312.243.5902**

Regarding: **Joe Deras**          ID#: **169475**

☐ Urgent          ■ For Review          ☐ Please Reply          ☐ Please Comment

Message:

| Invoice for CD of Imaging          (5/31/2020 to present) |
| --- |

Have a Great Day!!

Please note:
This message is intended only for the use of the individual entity to which it is addressed and may contain information that is privileged, confidential, and exempt from disclosure under applicable law. If you are not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this message in error, please notify us immediately by telephone and return the original message to us via the U.S. Postal Service. Thank you.

**Ciox Health**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

## CIOX
HEALTH
**INVOICE**

Invoice #: **0324160585**
Date: **12/08/2020**
Customer #: **2333668**

| Ship to: | Bill to: | Records from: |
|---|---|---|
| ELIZABETH WANG<br>LOEVY AND LOEVY<br>2060 BROADWAY<br>STE 460<br>BOULDER,CO 80302-5261 | ELIZABETH WANG<br>LOEVY AND LOEVY<br>2060 BROADWAY<br>STE 460<br>BOULDER,CO 80302-5261 | SCL   ST JOSEPH HOSPITAL<br>1835 N FRANKLIN ST<br>DENVER,CO 80218-1126 |

**Requested By:** LOEVY AND LOEVY
**Patient Name:** DERAS JOE

**DOB :** 10/29/1990

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 18.53 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 18 | 0.85 | 15.30 |
| Per Page Copy (Paper) 2 | 10 | 0.00 | 0.00 |
| Shipping | | | 2.00 |
| Subtotal | | | 35.83 |
| Sales Tax | | | 0.00 |
| Invoice Total | | | 35.83 |
| Balance Due | | | 35.83 |

*Fitouri, Sams* 12/16/20

**Terms: Net 30 days**   **Please remit this amount : $35.83(USD)**



| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | CASE REFERENCES ONLY! | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category | MCC Description | Merchant City | Merchant State | Transaction Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| C OX HEALTH | 3/5/21 | 608 NORTHPORT PKWY | $ 15.23 | PITOURO Bare | tablets medical records for J Denes | BRIAN | | Health Services And Supplies | HEALTH PRACTITIONERS MEDICAL DRVCS-NOT ELSEWHERE | 8002871500 | GA | 52700427108735087310612 |

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 389014 | 3/12/2021 | 352385 |
| **Job Date** | **Case No.** | |
| 2/19/2021 | 1:20-CV-01878-RBJ | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. -v- City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Elizabeth Wang, Esquire
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607

| | | | |
|---|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | | |
| Detective Kimberly Hanson | 73.00 | Pages | 251.85 |
| TRANSCRIPT WITH INDEX OF: | | | |
| Sergeant Anthony Tak | 207.00 | Pages | 714.15 |
| Exhibits | 13.00 | Pages | 5.20 |
| Processing Fee | 1.00 | | 40.00 |
| Attendance | 7.00 | | 280.00 |
| Evening Attendance | 1.50 | | 90.00 |
| | **TOTAL DUE   >>>** | | **$1,381.20** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:   1048289      Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

Elizabeth Wang, Esquire
Loevy & Loevy
311 N. Aberdeen Street
3rd Floor
Chicago, IL 60607

| | | |
|---|---|---|
| Invoice No. | : | 389014 |
| Invoice Date | : | 3/12/2021 |
| **Total Due** | : | **$1,381.20** |

Remit To:  **Planet Depos, LLC**
          **P.O. BOX 69136**
          **Baltimore, MD 21264-9136**

| | | |
|---|---|---|
| Job No. | : | 352385 |
| BU ID | : | 29-CHI-R |
| Case No. | : | 1:20-CV-01878-RBJ |
| Case Name | : | Black Lives Matter 5280, et al. -v- City and County of Denver, et al. |

# Exhibit 5, LLC

**Invoice**

26 South Aberdeen Street
Unit 6
Chicago, IL 60607
Phone: (312) 945-7784

| Invoice Date | Invoice # |
|---|---|
| Monday, March 15, 2021 | 2060mar |

Brian Swift
Loevy & Loevy
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

*Consolidated w/ Fitouri*

Phone:                    Fax:

| **Witness:** | Capt. Stephen Redfearn |
|---|---|
| **Case:** | Black Lives Matter 5280 et al. v. City and County of Denver et al. |
| **Venue:** | US District Court - District of Colorado |
| **Case #:** | 1:20cv01878-RBJ co |

| | | **Tape Detail** | | |
|---|---|---|---|---|
| **Date:** | 3/12/2021 | Start | Finish | Elapsed |
| **Start Time:** | 2:30 PM | 2 :34 | 6 :02 | **187** |
| **End Time:** | 6.02 PM | | | |
| **Reporter:** | Brenda Portillo | | | |
| **Claim #:** | | | | |
| **File #:** | | | | *805mar* |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| ANW | Notary Public Hourly Attendance- No Transcript | $74.00 | 3 | $222.00 |
| AAHNW | After Hours Hourly Attendance - No Transcript | $100.00 | 0.5 | $50.00 |
| | | **Sub Total** | | $272.00 |
| | | Payments | | $0.00 |
| | | **Balance Due** | | $272.00 |

Fed. I.D. # 45-5331855

*We appreciate your business!*

# Exhibit 5, LLC

# Invoice

26 South Aberdeen Street
Unit 6
Chicago, IL 60607
Phone: (312) 945-7784

| Invoice Date | Invoice # |
|---|---|
| Monday, March 15, 2021 | 2059mar |

Brian Swift
Loevy & Loevy
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Sgt. Patrick Shaker |
| **Case:** | Black Lives Matter 5280 et al. v. City and County of Denver et al. |
| **Venue:** | US District Court - District of Colorado |

| | | Tape Detail | | |
|---|---|---|---|---|
| **Case #:** | 1:20cv01878-RBJ co | | | |
| **Date:** | 3/12/2021 | **Start** | **Finish** | **Elapsed** |
| **Start Time:** | 10:00 AM | 10:03 | 2:16p | 226 |
| **End Time:** | 2:16 PM | | | |
| **Reporter:** | Brenda Portillo | | | |
| **Claim #:** | | | | |
| **File #:** | | | | *804mar* |

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| ANW | Notary Public Hourly Attendance- No Transcript | $74.00 | 4.5 | $333.00 |
| | | **Sub Total** | | $333.00 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $333.00 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

# Exhibit 5, LLC

**Invoice**

26 South Aberdeen Street
Unit 6
Chicago, IL 60607
Phone: (312) 945-7784

| Invoice Date | Invoice # |
|---|---|
| Monday, April 12, 2021 | 2138mar |

Brian Swift
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO  80302

Phone:                    Fax:

| | |
|---|---|
| **Witness:** | Stephen Redfearn |
| **Case:** | Black Lives Matter 5280 et al. v. City and County of Denver et al. |
| **Venue:** | US District Court - District of Colorado |
| **Case #:** | 1:2020cv01878 cons |
| **Date:** | 3/12/2021 |
| **Start Time:** | 2:30 PM |
| **End Time:** | 6:02 PM |
| **Reporter:** | Nait, Amanda Wendorff |
| **Claim #:** | |
| **File #:** | |

### Tape Detail

| Start | Finish | Elapsed |
|---|---|---|
| 2 :34 | 6 :02 | 187 |

*805mar*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 148 | $732.60 |
| AR | Hourly Attendance Refund with Transcript Order | ($20.00) | 3.5 | ($70.00) |
| | | **Sub Total** | | $662.60 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $662.60 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*

# Exhibit 5, LLC

# Invoice

26 South Aberdeen Street
Unit 6
Chicago, IL 60607
Phone: (312) 945-7784

| Invoice Date | Invoice # |
|---|---|
| Thursday, April 15, 2021 | 2157mar |

Brian Swift
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO  80302

Phone:          Fax:

| | |
|---|---|
| **Witness:** | Patrick Shaker |
| **Case:** | Black Lives Matter 5280 et al. v. City and County of Denver et al. |
| **Venue:** | US District Court - District of Colorado |
| **Case #:** | 1:2020cv01878 cons |
| **Date:** | 3/12/2021 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 2:16 PM |
| **Reporter:** | ortillo, Stephanie Hotard |
| **Claim #:** | |
| **File #:** | |

| Tape Detail | | |
|---|---|---|
| Start | Finish | Elapsed |
| 10:03 | 2:16p | 226 |

File #: 804mar

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 149 | $737.55 |
| AR | Hourly Attendance Refund with Transcript Order | ($20.00) | 4.5 | ($90.00) |
| | | **Sub Total** | | $647.55 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $647.55 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*



**Planet Depos**
We Make It *Happen*



Elizabeth Wang, Esquire
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO 80302

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 399702 | 4/15/2021 | 363684 |
| **Job Date** | **Case No.** | |
| 4/1/2021 | 1:20-CV-01878-RBJ | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. -v- City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

| | | |
|---|---|---|
| TRANSCRIPT WITH INDEX OF: | | |
| Officer Adam Bolton | 214.00  Pages | 738.30 |
| TRANSCRIPT WITH INDEX OF: | | |
| Sergeant Rick Beall | 171.00  Pages | 589.95 |
| Processing Fee | 1.00 | 40.00 |
| **TOTAL DUE >>>** | | **$1,368.25** |

Due upon receipt and is not contingent on client payment.

For your convenience we now accept payments via wire transfer.
Account Number:    1048289              Wire Routing Number: 055001096
We accept all major credit cards, subject to a 3% convenience fee.

For billing questions, please email billing@planetdepos.com or call 888.433.3767.  Invoice disputes must be brought to our attention within 30 days of receipt.  Thank you for your business.

**Tax ID:** 26-3280557

*Please detach bottom portion and return with payment.*

## Exhibit 5, LLC

# Invoice

26 South Aberdeen Street
Unit 6
Chicago, IL 60607
Phone: (312) 945-7784

| Invoice Date | Invoice # |
|---|---|
| Friday, May 14, 2021 | 2257mar |

Brian Swift
Loevy & Loevy
2060 Broadway
Suite 460
Boulder, CO  80302

Phone:                          Fax:

| | |
|---|---|
| **Witness:** | Matthew Canino |
| **Case:** | Black Lives Matter 5280 et al. v. City and County of Denver et al. |
| **Venue:** | US District Court - District of Colorado |
| **Case #:** | 1:2020cv01878 cons |
| **Date:** | 4/28/2021 |
| **Start Time:** | 10:00 AM |
| **End Time:** | 2:28 PM |
| **Reporter:** | stfall, Stephanie Hotard |
| **Claim #:** | |
| **File #:** | |

### Tape Detail

| Start | Finish | Elapsed |
|---|---|---|
| 10:01 | 2 :28 | 232 |

*1057ted*

| Item | Description | Each | Quan | Total |
|---|---|---|---|---|
| A | Notary Public Hourly Attendance with Transcript | $54.00 | 4.5 | $243.00 |
| OT | PDF Transcript Bundle, Full-Sized, Condensed, | $4.95 | 162 | $801.90 |
| SPLIT | 50% Split between firms -Arnold Porter/Loevy | ($522.45) | 1 | ($522.45) |
| | | **Sub Total** | | $522.45 |
| | | **Payments** | | $0.00 |
| | | **Balance Due** | | $522.45 |

**Fed. I.D. # 45-5331855**

*We appreciate your business!*



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 65452 | 5/18/2021 | 57591 |

| Job Date | Case No. | |
|---|---|---|
| 4/23/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |

| Case Name |
|---|
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Officer John Sampson -- | 161.00 | Pages | @ | 3.500 | 563.50 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | @ | 25.000 | 25.00 |
| | **TOTAL DUE >>>** | | | | **$588.50** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

Invoice No.   : 65452
Invoice Date  : 5/18/2021
**Total Due**  : **$588.50**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.    : 57591
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name  : ME
Black Lives Matter 5280, et al. v. City and County of Denver, et al.

Fitouri

# M Gmail

Andy Thayer <andy@loevy.com>

## Need a check for a transcript order - urgent
5 messages

**Brian Swift** <brians@loevy.com>                                    Tue, May 25, 2021 at 11:37 AM
To: Andy Thayer <andy@loevy.com>, Elizabeth Wang <elizabethw@loevy.com>

Andy,

Liz asked me to order a transcript of a prelim hearing in Denver. I just heard back from the Court reporter. She will
need a check before she will release the transcript. However, she did say we could send a photo of the check via
email to expedite the order.

Can we get a photo of a check for $108.90 made out to Sarah Mitchell? And then could you drop that check in the
mail addressed to:

Sarah Mitchell
PO Box 1272
Denver, CO 80201

Thank you!

---

**Andy Thayer** <andy@loevy.com>                                     Tue, May 25, 2021 at 12:43 PM
To: Brian Swift <brians@loevy.com>
Cc: Elizabeth Wang <elizabethw@loevy.com>

What case is this for?
[Quoted text hidden]

--
Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

---

**Elizabeth Wang** <elizabethw@loevy.com>                            Tue, May 25, 2021 at 12:48 PM
To: Andy Thayer <andy@loevy.com>
Cc: Brian Swift <brians@loevy.com>

Brian, we no longer need it on an urgent basis, since I'm in this dep right now and it will be over soon. If it costs us
less to order it regular delivery, then please do that.

Andy, this is for Fitouri, Sara / BLM 5280 v. CIty of Denver

Elizabeth Wang
Loevy & Loevy
2060 Broadway | Ste. 460
Boulder | CO 80302
T 720.328.5642
F 312.243.5902
www.loevy.com
Pronouns: she, her

[Quoted text hidden]

---

**Andy Thayer** <andy@loevy.com>                                     Tue, May 25, 2021 at 12:51 PM
To: Elizabeth Wang <elizabethw@loevy.com>
Cc: Brian Swift <brians@loevy.com>

Okay, just to confirm, the $108.90 charge doesn't include any expedite fees, right Brian? I can get this out today and
send you a screenshot of the check -- I just want to make sure we're not overpaying.

Thanks!

AT
[Quoted text hidden]

---

**Brian Swift** <brians@loevy.com>                                   Tue, May 25, 2021 at 1:08 PM
To: Andy Thayer <andy@loevy.com>
Cc: Elizabeth Wang <elizabethw@loevy.com>

No, this is the straight cost for the transcript.
[Quoted text hidden]

5/25/21

|  | NO. | 60660 |
| --- | --- | --- |
|  | DATE | 07/06/2021 |
| PAY TO THE ORDER OF  Kentuckiana Reporters | $ | 981.10 |

Nine hundred eighty-one and 10/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

Kentuckiana Reporters
P O Box 3983
Louisville, KY  40201

CLEARED

MEMO   Invs #65852 & 67324 dated 6/1 & 7/6/21--Fitouri/Washington

**Expenses**   **$981.10**   Items   $0.00

| ACCOUNT | AMOUNT | MEMO | CUSTOMER:JOB |
| --- | --- | --- | --- |
| Transcripts |  | 486.75 Officer Tana Cunningham original dep transcript | Fitouri, Sara v. Denver |
| Transcripts |  | 494.35 Det John Tewey original dep transcript |  |

|  | NO. | 60472 |
| --- | --- | --- |
|  | DATE | 06/11/2021 |
| PAY TO THE ORDER OF  Kentuckiana Reporters | $ | 2,468.35 |

Two thousand four hundred sixty-eight and 35/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

Kentuckiana Reporters
P O Box 3983
Louisville, KY  40201

CLEARED

MEMO   Invs #66314, 66337, 66358, 66365 & 66374 dated 6/9-6/10/21--Velez/Fitouri/Reyes

**Expenses**   **$2,468.35**   Items   $0.00

| ACCOUNT | AMOUNT | MEMO | CUSTOMER:JOB | BI |
| --- | --- | --- | --- | --- |
| Court Reporter | 185.00 | Victor Perez dep |  |  |
| Transcripts | 432.00 | Cmdr Patrick Phelan original dep trans | Fitouri, Sara v. Denver |  |
| Transcripts | 1,096.35 | Otis Robinson original dep trans |  |  |
| Court Reporter | 350.00 | Edwin Dickinson dep Vol. 1 |  |  |
| Court Reporter | 405.00 | Edwin Dickinson dep Vol. 2 |  |  |

|  | NO. | 60426 |
| --- | --- | --- |
|  | DATE | 05/04/2021 |
| PAY TO THE ORDER OF  Kentuckiana Reporters | $ | 238.98 |

Two hundred thirty-eight and 98/100* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * DOLLARS

ADDRESS

Kentuckiana Reporters
P O Box 3983
Louisville, KY  40201

CLEARED

MEMO   Inv #66076 dated 6/4/21--Fitouri, Sara--Sgt David Abeyta dep trans copy

**Expenses**   **$238.98**   Items   $0.00

| ACCOUNT | AMOUNT | MEMO | CUSTOMER:JOB |
| --- | --- | --- | --- |
| Transcripts | 238.98 |  |  |



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67314 | 7/6/2021 | 59216 |

| Job Date | Case No. | |
|---|---|---|
| 6/24/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |

| Case Name |
|---|
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Lt. James D. Williams --

E-Delivery

| | | | | |
|---|---|---|---|---|
| 144.00 | Pages | @ | 2.930 | 421.92 |
| 1.00 | | @ | 0.000 | 0.00 |

TOTAL DUE >>>                                                    $421.92

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Please note that the transcript charges have been split equally between Loevy & Loevy and Arnold & Porter Kaye Scholer, LLP.

Thank you !

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $421.92 |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

Invoice No.    : 67314
Invoice Date   : 7/6/2021
**Total Due**   : **$421.92**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.    : 59216
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-ME
Case Name  : Black Lives Matter 5280, et al. v. City and County of Denver, et al.

# I N V O I C E

1 of 1



**KENTUCKIANA**
—— COURT REPORTERS ——

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67428 | 7/8/2021 | 59062 |

| Job Date | Case No. | |
|---|---|---|
| 6/17/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |

| Case Name | |
|---|---|
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | |

| Payment Terms | |
|---|---|
| Net 30 | |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Chief of Police Paul Pazen -- | 165.00 | Pages | @ | 2.930 | 483.45 |
| Exhibits - Scanned | 807.00 | Pages | @ | 0.100 | 80.70 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | | **$564.15** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Costs have been split between Loevy & Loevy with Arnold & Porter per the instruction of the court reporter.

| | |
|---|---|
| **(-) Payments/Credits:** | 0.00 |
| **(+) Finance Charges/Debits:** | 0.00 |
| **(=) New Balance:** | **$564.15** |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

Invoice No.    : 67428
Invoice Date   : 7/8/2021
**Total Due**    : **$564.15**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.     : 59062
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name   : ME
Black Lives Matter 5280, et al. v. City and
County of Denver, et al.

| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | Case References | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category | MCC Description | Merchant City | Merchant State | Transaction Reference Number / Acct # | Posting Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



| PACE VENTURES, INC. | 3/11/21 | | $189.00 | FITOURE, Sara | dep transcript – Joe Del La Vaca Duran | BRIAN SWIFT | | | 7389 | | | 8/13/21 |

| PACE VENTURES, INC. | 8/17/21 | | $579.00 | FITOURI, Sara | | dep transcript - Sara Fitouri | BRIAN SWIFT | | | 7339 | | | 8/19/21 |
| PACE VENTURES, INC. | 8/17/21 | | $663.00 | FITOURI, Sara | | dep transcript - Claire Sannier | BRIAN SWIFT | | | 7339 | | | 8/19/21 |





# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 67449 | 7/8/2021 | 59153 |

| Job Date | Case No. |
|---|---|
| 6/22/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- |

| Case Name |
|---|
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lt. Vince Porter -- | 131.00 Pages | @ | 2.930 | 383.83 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Lt. Thomas Pine -- | 114.00 Pages | @ | 2.930 | 334.02 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$717.85** |

Location of Job : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Please note that the transcript cost have been split equally between Loevy & Loevy and Arnold & Porter Kaye Scholer, LLP.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

Invoice No.   : 67449
Invoice Date  : 7/8/2021
**Total Due**    : **$717.85**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.      : 59153
BU ID        : KY MAIN
Case No.     : 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-
Case Name    : ME
Black Lives Matter 5280, et al. v. City and
County of Denver, et al.

**AB Litigation Services**

216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Makeba Rutahindurwa, Esq.
Loevy & Loevy - Chicago
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

## *Invoice #307530*

| Date | Terms |
|------|-------|
| 08/17/2021 | Due Upon Receipt |

| Assignment #205027 on 08/05/2021 |
|---|

**Case:** Epps v. City and County of Denver      **Shipped On:** 08/16/2021
**Case Number#:** 20-cv-01878-RBJ & 20-cv-01922-R      **Shipped Via:** Email
     **Delivery Type:** Standard

| Description | | | Amount |
|---|---|---|---|
| **Copy Transcript of Youssef Amghar** | | | |
| Administration and Processing Fee | | | $ 60.00 |
| Electronic Copy | | | $ 453.00 |
| Delivery / Email Only | | | $ 0.00 |
| | | | $ 513.00 |

| | |
|---|---|
| Amount Due: | $ 513.00 |
| Paid: | $ 0.00 |

| Balance Due: | **$ 513.00** |
|---|---|
| Payment Due: | **09/16/2021** |

**\*\*Please include the invoice number on all payments**

**If paying by check, please detach this portion and return with your payment**

-----------------------------------------------------------------------------------------------------------------------------------------------

**Tax ID 84-1334569**
**Invoice No. : 307530**
**Job No. : 205027**
**Amount Due: $ 513.00**

**Remit To: AB Litigation Services**
        **216 16th Street, Suite 600**
        **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

# INVOICE

1 of 1



KENTUCKIANA
— COURT REPORTERS —

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69096 | 8/20/2021 | 60204 |
| **Job Date** | **Case No.** | |
| 7/27/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

| | | | | | |
|---|---|---|---|---|---|
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Lt. Kevin Carroll -- | 146.00 | Pages | @ | 3.500 | 511.00 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Real time | 1.00 | Hours | @ | 85.000 | 85.00 |
| Real time | 3.00 | Hours | @ | 55.000 | 165.00 |
| ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
| Officer Ronald M. Espinosa -- | 87.00 | Pages | @ | 3.500 | 304.50 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Real time | 2.00 | Hours | @ | 55.000 | 110.00 |
| **TOTAL DUE  >>>** | | | | | **$1,175.50** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

Invoice No.   : 69096
Invoice Date  : 8/20/2021
**Total Due**   : **$1,175.50**

Remit To: **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

Job No.    : 60204
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
             Denver, et al.

# INVOICE

1 of 1



**KENTUCKIANA**
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 68999 | 8/17/2021 | 60421 |

| Job Date | Case No. | |
|---|---|---|
| 8/4/2021 | 1:20-cv-01878-RBJ | |

| Case Name | | |
|---|---|---|
| Elisabeth Epps vs. City and County of Denver, et al. | | |

| Payment Terms | | |
|---|---|---|
| Net 30 | | |

Elizabeth Wang
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Lt. Michael O'Donnell -- | 172.00 | Pages | @ | 3.500 | 602.00 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | @ | 25.000 | 25.00 |
| | **TOTAL DUE   >>>** | | | | **$627.00** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

Invoice No.    : 68999
Invoice Date  : 8/17/2021
**Total Due**     : **$627.00**

Remit To: **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.      : 60421
BU ID        : KY MAIN
Case No.     : 1:20-cv-01878-RBJ
Case Name   : Elisabeth Epps vs. City and County of
Denver, et al.

**AB Litigation Services**

216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203



Makeba Rutahindurwa, Esq.
Loevy & Loevy - Chicago
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

## Invoice #307657

| Date | Terms |
|------|-------|
| 08/24/2021 | Due Upon Receipt |

**Assignment #204356 on 08/10/2021**

**Case:** Epps v. City and County of Denver
**Case Number#:** 20-cv-01878-RBJ & 20-cv-01922-R

**Shipped On:** 08/19/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | Amount |
|-------------|--|--|--------|
| **Copy Transcript of Jacquelyn M. Parkins** | | | |
| Administration and Processing Fee | | | $ 60.00 |
| Electronic Copy | | | $ 588.00 |
| Delivery / Email Only | | | $ 0.00 |
| | | | $ 648.00 |

| | | |
|--|--|--|
| Amount Due: | $ 648.00 |
| Paid: | $ 0.00 |

| Balance Due: | $ 648.00 |
|--------------|----------|
| Payment Due: | 09/23/2021 |

**\*\*Please include the invoice number on all payments**

If paying by check, please detach this portion and return with your payment
-------------------------------------------------------------------------------------------------------------------------

**Tax ID 84-1334569**
**Invoice No. : 307657**
**Job No. : 204356**
**Amount Due: $ 648.00**

**Remit To: AB Litigation Services**
             **216 16th Street, Suite 600**
             **Denver, CO 80202**

**Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.**

# INVOICE

1 of 1



**KENTUCKIANA**
——COURT REPORTERS——

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69760 | 9/7/2021 | 60968 |
| **Job Date** | **Case No.** | |
| 8/24/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
 Crpl. Richard Eberharter --
  E-Delivery
  Read & Sign - Original

| | | | | |
|---|---|---|---|---|
| 144.00 | Pages | @ | 1.750 | 252.00 |
| 1.00 | | @ | 0.000 | 0.00 |
| 1.00 | | @ | 12.500 | 12.50 |
| **TOTAL DUE  >>>** | | | | **$264.50** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
    No set address
    Remote Location, KY

9/16/21

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 69754 | 9/7/2021 | 60540 |
| **Job Date** | **Case No.** | |
| 8/26/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |

| **Payment Terms** |
|---|
| Net 30 |

**KENTUCKIANA**
COURT REPORTERS

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302



ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Chief Ron Thomas -- | 94.00 | Pages | @ | 1.750 | 164.50 |
| Read & Sign - Original | 1.00 | | @ | 12.500 | 12.50 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Chief Ron Thomas [Confidential Portion] -- | 7.00 | Pages | @ | 1.750 | 12.25 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |

**TOTAL DUE  >>>**          **$189.25**

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Original cost split between Loevy & Loevy and Arnold & Porter.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

**AB Litigation Services**
216 16th Street Suite 600
Denver, CO 80202
Phone: 303-296-0017
Fax: 303-296-0203


**AB Litigation**
SERVICES

Makeba Rutahindurwa, Esq.
Loevy & Loevy - Chicago
311 North Aberdeen Street
3rd Floor
Chicago, IL 60607

## *Invoice #308205*

| Date | Terms |
|------|-------|
| 09/10/2021 | Due Upon Receipt |

---

**Assignment #205359 on 08/31/2021**

**Case:** Epps v. City and County of Denver
**Case Number#:** 20-cv-01878-RBJ & 20-cv-01922-R

**Shipped On:** 09/09/2021
**Shipped Via:** Email
**Delivery Type:** Standard

| Description | | | | Amount |
|-------------|--|--|--|--------|
| **Copy Transcript of Kelsey Taylor** | | | | |
| Administration and Processing Fee | | | | $ 60.00 |
| Electronic Copy | | | | $ 273.00 |
| Scanned Exhibits | | | | $ 0.40 |
| Delivery / Email Only | | | | $ 0.00 |
| | | | | $ 333.40 |

| | Amount Due: | $ 333.40 |
|--|-------------|----------|
| | Paid: | $ 0.00 |

| **Balance Due:** | **$ 333.40** |
|------------------|--------------|
| **Payment Due:** | **10/11/2021** |

**\*\*Please include the invoice number on all payments**

If paying by check, please detach this portion and return with your payment

---------------------------------------------------------------------------------------------------------------------------------

Tax ID 84-1334569
Invoice No. : 308205
Job No. : 205359
Amount Due: $ 333.40

Remit To: AB Litigation Services
          216 16th Street, Suite 600
          Denver, CO 80202

Payment by electronic check or credit card may be made here:  http://bit.ly/ABLSQuickPay or by calling 303-296-0017.

# STATEMENT

TJC

| Page | Customer No. |
|---|---|
| 1 | LOEVY |
| **INVOICE DATE** | **Total Due** |
| 09/30/2021 | $ 55.00 |

**TJC Process Servers, LLC.**
6767 S. High Drive | Morrison | CO 80465
T (303) 478-3894 | F (303) 697-4461 |

Loevy & Loevy
2060 Broadway, # 460
Boulder, CO
P (720) 502-2103 F

10/12/21

ANY BILLING QUESTIONS
PLEASE CONTACT ACCOUNTING
TEL # (303) 478-3894

| Customer No. | Page | Invoice Date | Amount Due | | |
|---|---|---|---|---|---|
| LOEVY | 1 | 09/30/2021 | $ 55.00 | | |

| Select No. | DATE | Case Name | Sort No. | Amount | Total |
|---|---|---|---|---|---|
| | | | | 55.00 | 55.00 |
| P122935 | 08/31/2021 | CT Corporation System | | | |
| | | | | | $ 55.00 |

# PAYMENT DUE UPON RECEIPT

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71236 | 10/15/2021 | 61784 |
| **Job Date** | **Case No.** | |
| 9/28/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

**KENTUCKIANA**
COURT REPORTERS

Elizabeth Wang
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

DEPOSITION OF:
Ryan Grothe --
Exhibits - Scanned
E-Delivery

| | | | | |
|---|---|---|---|---|
| 96.00 | Pages | @ | 1.750 | 168.00 |
| 18.00 | Pages | @ | 0.350 | 6.30 |
| 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE >>>** | | | | **$174.30** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

The cost of the transcript has been split 50/50 between Loevy & Loevy and Arnold & Porter.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

---

Gmail

**Invoice**
4 messages

Ann Madrick <amadrick@kentuckianareporters.com>
To: Andy@loevy.com

See attachment

Thank you !

**Ann Madrick**
**Office Manager**
**Kentuckiana Court Reporters**
730 West Main Street
Suite 101
Louisville, KY 40202
(502) 589-2273

📄 Invoice-71236.pdf
140K

Andy Thayer <andy@loevy.com>
To: Elizabeth Wang <elizabethw@loevy.com>
Cc: Brian Swift <brians@loevy.com>

Hi Liz,

Can you please tell me if this $174.30 Kentuckiana Reporters invoice
okay to pay?

Thanks!

AT
[Quoted text hidden]

Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
311 N Aberdeen St., 3rd fl
Chicago, IL 60607
not particular about pronouns
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

📄 Invoice-71236.pdf
140K

Andy Thayer <andy@loevy.com>
To: Elizabeth Wang <elizabethw@loevy.com>
Cc: Brian Swift <brians@loevy.com>



**KENTUCKIANA**
COURT REPORTERS

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71275 | 10/18/2021 | 61744 |

| Job Date | Case No. |
|---|---|
| 9/22/2021 | 1:20-cv-01878-RBJ |

| Case Name |
|---|
| Elisabeth Epps vs. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sgt. Marco Martinez -- | 122.00 Pages | @ | 1.750 | 213.50 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$213.50** |

Location of Job  : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

Invoice No.   : 71275
Invoice Date  : 10/18/2021
**Total Due**     : **$213.50**

Remit To:  **Kentuckiana Reporters**
**P.O. Box 3983**
**Louisville, KY 40201**

Job No.      : 61744
BU ID        : KY MAIN
Case No.     : 1:20-cv-01878-RBJ
Case Name    : Elisabeth Epps vs. City and County of
               Denver, et al.

**TJC Process Servers, LLC.**
6767 S. High Drive Morrison, CO 80465
Phone: (303) 478-3894 ~ Fax/Office: (303) 697-4461

| ACCOUNT NO: | INVOICE DATE: | INVOICE NO: |
|---|---|---|
| LOEVY | October 19, 2021 | P122999 |

### WALTER - Walter Greene

Bill To:

Loevy & Loevy
2060 Broadway 460
Boulder, CO

File No:
Servee: **Golden Police Department, Custodian of Records**
Case No: **1-20-cv-1878-RBJ**
Court: **UNITED STATES DISTRICT COURT**
Plaintiff: **Epps, et al.**
Defendant: **City and County of Denver, et al.**

Documents: Subpoena;

| DESCRIPTION OF SERVICES RENDERED | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|
| **GOLDEN OUTER AREA** | | | 75.00 |
| Description: Servee: Golden Police Department, Custodian of Records, served @911 10th street GOLDEN, CO, 80401 on 10/18/2021 at 10:40 AM<br><br>Completed on 10/18/2021 | | | |
| | | TOTAL DUE | $ 75.00 |

Thank you for choosing TJC Process Servers, LLC.!
For billing inquiries, please contact our Accounting Department at (303) 478-3894.

1 of 1

10/19/2021, 10:13 AM



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71510 | 10/22/2021 | 61787 |

| Job Date | Case No. |
|---|---|
| 10/13/2021 | 1:20-cv-01878-RBJ |

| Case Name |
|---|
| Elisabeth Epps vs. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

**KENTUCKIANA**
COURT REPORTERS

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Ron Thomas --

| | | | | |
|---|---|---|---|---|
| | 41.00 Pages | @ | 1.750 | 71.75 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | @ | 12.500 | 12.50 |
| | **TOTAL DUE  >>>** | | | **$84.25** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

Transcript cost shared 50/50 between Loevy & Loevy and Arnold and Porter.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

---

Gmail

**Invoice**
3 messages

**Ann Madrick** <amadrick@kentuckianareporters.com>
To: Andy@loevy.com

See attachment

Thank you !

**Ann Madrick**
**Office Manager**
**Kentuckiana Court Reporters**
720 West Main Street
Suite 101
Louisville, KY 40202
(502) 589-2273

Invoice-71510.pdf
140K

**Andy Thayer** <andy@loevy.com>
To: Elizabeth Wang <elizabethw@loevy.com>

Hi Liz,

Can you please tell me if this $84.25 Kentuckiana Reporters Ir pay?

Thanks!

AT

Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
311 N Aberdeen St., 3rd fl
Chicago, IL 60607
not particular about pronouns
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

Invoice-71510.pdf
140K

**Elizabeth Wang** <elizabethw@loevy.com>
To: Andy Thayer <andy@loevy.com>

yes



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71550 | 10/25/2021 | 61786 |

| Job Date | Case No. |
|---|---|
| 10/12/2021 | 1:20-cv-01878-RBJ |

| Case Name |
|---|
| Elisabeth Epps vs. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

## KENTUCKIANA
### COURT REPORTERS

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Sgt. Knutson --
E-Delivery

| | | | | |
|---|---|---|---|---|
| 108.00 | Pages | @ | 1.750 | 189.00 |
| 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$189.00** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

The transcript cost has been split 50/50 between Loevy & Loevy and Arnold & Porter.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

T 720.328.5640
F 312.243.5902
www.loevy.com
Pronouns: she, her

[Quoted text hidden]

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71653 | 10/26/2021 | 62543 |
| **Job Date** | **Case No.** | |
| 10/15/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

**KENTUCKIANA**
COURT REPORTERS

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Michael O'Donnell -- | 63.00 Pages | @ | 1.750 | 110.25 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | **$110.25** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

The transcript has been split 50/50 between Loevy & Loevy and Arnold & Palmer.

Thank you !

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

---

Loevy & Loevy Mail - Invoice

**M** Gmail

**Invoice**
3 messages

Ann Madrick <amadrick@kentuckianareporters.com>
To: Andy@loevy.com

See attachment

Thank you !

**Ann
Madrick
Office
Manager
Kentuckiana
Court
Reporters**

730 West Main Street
Suite 101
Louisville, KY 41202
(502) 589-2273

📄 Invoice-71653.pdf
140K

Andy Thayer <andy@loevy.com>
To: Elizabeth Wang <elizabethw@loevy.com>
Cc: Brian Swift <brians@loevy.com>

Hi Liz,

Can you please tell me if this $110.25 Kentuckiana Reporters ir
in Sara Fitouri's case is okay to pay?

Thanks!

AT
(Quoted text hidden)

Andy Thayer
Office Manager
Loevy & Loevy Attorneys at Law
311 N Aberdeen St, 3rd fl
Chicago, IL 60607
not particular about pronouns
312.243.5900, tel
312.243.5902, fax
www.Loevy.com

1 of 2

ht

## All City Serves LLC

3126 E Valley Water Mill Rd #5904
Springfield, MO 65803
Phone: 417-268-9378   Fax: ---
41-2250746



**Invoice # 2312**

| Client Info: | Invoice Info: |
|---|---|
| Loevy & Loevy<br>Loevy & Loevy<br>2060 Broadway  suite 460<br>Boulder, CO  80302 | Client Ref #  14099718-A<br>Job #  2312<br>Invoice Date:  11/2/2021<br>Client ID:  97 |

**Case Info:**

Court Name: United States District Court
Court Division: DISTRICT Of Colorado
Case # 1-20-cv-1878-RBJ

Plaintiff:
Elizabeth Epps. et.al
 -versus-
Defendant:
City and County of Denver , et.al

**Service Info:**

Serve To: Springfield Police Department Custodian of Records
Service: GOVERNMENT SERVICE
Date: 11/01/2021  Time: 11:58 AM

Location:
321 E Chestnut Expressway  Springfield, MO 65802

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Process Service Greene County Missouri** | **$59.00** | **$59.00** |
| | | **Sub Total** | **$59.00** |
| | | **Amount Paid to Date** | **$0.00** |
| | | **TOTAL** | **$59.00** |



## CRITICAL PROCESS SERVICE

10310 Beechgrove Drive, , Chesterfield, VA 23832

Phone: (804) 295-4248          Fax: (804) 608-1120

**Brian Swift**

Loevy & Loevy
311 N Aberdeen St, Suite 3
Chicago, IL, 60607     Telephone: (720) 502-2103     Fax:

## Invoice# 4029
## Date of Invoice: 11/01/2021

**Plaintiff:**    Elizabeth Epps, et al.

**Case Number:**  1:20-cv-1878-RBJ        **Firm #:**  Fitouri        **Return Date:**   11/15/2021

**Court:**   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLORADO

**Process Server:**   JAMES  ANDERSON

**Process Type:**   SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION; RIDER

| Defendant: #1 | International Association of Chiefs of Police (IACP), c/o r/a CT Corporation System | | | **Type Of Service:** | CORPORATE SERVICE |
|---|---|---|---|---|---|
| **Person Served:** | Teresa Brown , Employee authorized to accept | | | **Date Of Service:** | 10/29/2021 2:37 PM |
| **Sex** | **Age** | **Height** | **Build** | **Hair Color** | **Race** |
| FEMALE | 40s | 5'4" | OVER 200 LBS | BLACK | BLACK |
| **Type Of Premise:** | | | | | |

**Location:**    4701 Cox Rd Suite 285 ,Glen Allen, Virginia, 23060

| PROCESS SERVICE | Total |
|---|---|
| $35.00 | $35.00 |

| | |
|---:|---:|
| Total | $35.00 |
| Amount Received | $0.00 |
| **Balance Due** | **$35.00** |

### THANK YOU FOR YOUR BUSINESS!
### INVOICES ARE DUE UPON RECEIPT

11/2/2021 2:39 PM                                                                1 of 1



**Elizabeth Wang <elizabethw@loevy.com>**

## Fitouri - invoices for SDT service in VA, MO & WY

**Brian Swift** <brians@loevy.com>                                    Wed, Nov 3, 2021 at 9:34 AM
To: Andy Thayer <andy@loevy.com>, Elizabeth Wang <elizabethw@loevy.com>

Good morning Andy,

I've attached below the invoices for service in VA and MO (2 from MO).

I have not rec'd the invoice for the WY service (they issue them once a month), but I asked if we could send them a check to their addre   without one  They   aid that would be fine  I figured it'd be be  t to pay them and get it done  So, here i the info for the WY process server:

Day and Night Process Serving
PO Bo   21015
Cheyenne, WY 82003

The cost of service was $50.

Thanks!

---

**3 attachment**

 **invoice_service_IACP_11-1-2021.pdf**
82K

 **invoice_service_Springfield PD_11-1-2021.pdf**
100K

**invoice_service_Greene Cnty SO_11-1-2021.pdf**
124K



**All City Serves LLC**
3126 E Valley Water Mill Rd #5904
Springfield, MO  65803
Phone: 417-268-9378   Fax: --
41-2250746

**Invoice # 2325**

| Client Info: | | Invoice Info: | |
|---|---|---|---|
| Loevy & Loevy<br>Loevy & Loevy<br>2060 Broadway  suite 460<br>Boulder, CO  80302 | | Client Ref #  14132664<br>Job #  2325<br>Invoice Date:  11/19/2021<br>Client ID:  97 | |

**Case Info:**

Court Name: United States District Court
Court Division: DISTRICT of Colorado
Case # 1-20-cv-1878-RBJ

Plaintiff:
Elizabeth Epps et.al
 -versus-
Defendant:
City and County of Denver et.al

**Service Info:**

Serve To: Steve Ijames
Service: PERSONAL
Date: 11/18/2021  Time: 01:05 PM

Location:
1258 SOUTH ROSEMOOR DR  NIXA, MO 65714

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Process Service Christian County Missouri** | $65.00 | $65.00 |
| 1 | **2nd Serve Same Address** | $39.00 | $39.00 |
| 1 | **3rd serve same address** | $39.00 | $39.00 |
| 1 | **Additional Attempts (4-6)** | $65.00 | $65.00 |
| | | Sub Total | $208.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $208.00 |



# INVOICE

1 of



## KENTUCKIANA
COURT REPORTERS

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 71880 | 11/1/2021 | 62711 |
| **Job Date** | **Case No.** | |
| 10/21/2021 | 1:20-cv-01878-RBJ | |
| | Case Name | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| | Payment Terms | |
| | Net 30 | |

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

---

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Timothy Stegink --

| | | | | |
|---|---|---|---|---|
| | 105.00 | Pages | 3.900 | 409.50 |
| Exhibits - Scanned | 2.00 | Pages | 0.350 | 0.70 |
| E-Delivery | 1.00 | | 0.000 | 0.00 |
| Read & Sign - Original | 1.00 | | 25.000 | 25.00 |
| | **TOTAL DUE** | >> | | **$435.20** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*



**All City Serves LLC**

3126 E Valley Water Mill Rd #5904
Springfield, MO  65803
Phone: 417-268-9378   Fax: --
41-2250746

**Invoice # 2311**

| Client Info: | Invoice Info: |
|---|---|
| Loevy & Loevy<br>Loevy & Loevy<br>2060 Broadway  suite 460<br>Boulder, CO  80302 | Client Ref #  14099718<br>Job #  2311<br>Invoice Date:  11/1/2021<br>Client ID:  97 |

**Case Info:**

Court Name: United States District Court
Court Division: DISTRICT Of Colorado
Case # 1-20-cv-1878-RBJ

Plaintiff:
Elizabeth Epps. et.al
 -versus-
Defendant:
City and County of Denver , et.al

**Service Info:**

Serve To: Greene County Sheriffs Department Custodian of Records
Service: GOVERNMENT SERVICE
Date: 11/01/2021  Time: 11:34 AM

Location:
100 N Booneville  Springfield, MO 65802

| Qty: | Description | Unit Price: | Line Amount: |
|---|---|---|---|
| 1 | **Process Service Greene County Missouri** | $59.00 | $59.00 |
| | | Sub Total | $59.00 |
| | | Amount Paid to Date | $0.00 |
| | | TOTAL | $59.00 |





# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 72491 | 11/16/2021 | 62915 |
| **Job Date** | **Case No.** | |
| 11/5/2021 | 1:20-cv-01878-RBJ & 1:20-cv-01922- | |
| **Case Name** | | |
| Black Lives Matter 5280, et al. v. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |



**KENTUCKIANA**
—COURT REPORTERS—

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
Commander Hans Levens --

|  |  |  |  |  |
|---|---|---|---|---|
| 110.00 Pages | @ | 1.750 | 192.50 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$192.50** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

| (-) Payments/Credits: | 0.00 |
|---|---|
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $192.50 |

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
DOCKET NUMBER 1-20-CV-1878-RBJ**

**ELISABETH EPPS, et al.,**
        Plaintiffs,

    vs.

**CITY AND COUNTY OF DENVER, et al.,**
        Defendants,

RETURN OF SERVICE

I, George Gliem of Day & Night Process Serving LLP hereby certify, that I am over the age of 21 years old; that I am not a party to the lawsuit; that I received the within **Subpoena to Produce Documents, Information or Objects or to Permit Inspection of Premises in a Civil Action** and served the same at **1908 Thomes Avenue, Cheyenne, Wyoming** on **October 30, 2021** at **1:30 p.m.** by delivering a true, full and correct copy of the same, together with all endorsements to: **Jessica Hendricks, Secretary of CT Corporation Systems, Inc. as Registered Agent for Defense Technology**.

6. _____    Upon an Attorney of record or other Agent for Service.
7. ☒    Upon a corporation, by delivery of copies to their Registered Agent.
8. _____    A person in charge of, or chief executive officer thereof or to the secretary, clerk of its principal office, or place of business (Department or agency of the state, municipal or other public corporation.)

I declare under the penalty of perjury that this information is true.

**George Gliem**
Day & Night Process Serving
PO Box 21015
Cheyenne, Wyoming 82003
(307) 634-7085

Subscribed and sworn to before me this ⎯IS⎯ day of November, 2021 by **George Gliem**.

Notary Public

My Commission Expires: Nov 30, 2024

| | |
|---|---|
| **Cost of Service:** | $50.0 |
| **Client's Name:** | Loevy & Loevy |
| **Hearing Date:** | November 15, 2021 |
| **Hearing Time:** | 12:00 p.m. |

CASEY TESTA · NOTARY PUBLIC
COUNTY OF LARAMIE · STATE OF WYOMING
MY COMMISSION EXPIRES NOV 30, 2024

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
## for the
District of Colorado

| | |
|---|---|
| Elisabeth Epps, et al. | ) |
| _Plaintiff_ | ) |
| v. | ) Civil Action No. ___1-20-cv-1878-RBJ___ |
| City and County of Denver, et al. | ) |
| | ) |
| _Defendant_ | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To:           Defense Technology, c/o Registered Agent: CT Corporation System,
1908 Thomas Ave., Cheyenne, WY 82001

_(Name of person to whom this subpoena is directed)_

☑ _Production:_ **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: see attached Rider

| Place: Loevy & Loevy 2060 Broadway, suite 460 Boulder, CO 80302 | Date and Time: 11/15/2021 12:00 pm |
|---|---|

☐ _Inspection of Premises:_ **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date:   10/28/2021

| _CLERK OF COURT_ | | |
|---|---|---|
| | OR | |
| _____ | | ___s/Elizabeth Wang___ |
| _Signature of Clerk or Deputy Clerk_ | | _Attorney's signature_ |

The name, address, e-mail address, and telephone number of the attorney representing _(name of party)_ _____Plaintiff_____
_____ , who issues or requests this subpoena, are:
Elizabeth Wang, Loevy & Loevy, 2060 Broadway, suite 460, Boulder, CO 80302, elizabethw@loevy.com, 720.328.5642

## Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).



# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 73084 | 12/1/2021 | 63058 |
| **Job Date** | **Case No.** | |
| 11/9/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Elizabeth Wang
Loevy & Loevy - Boulde
2060 Broadway
Suite 460
Boulder, CO 80302

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:
   Timothy Dreith --
     E-Delivery

| | | | | |
|---|---|---|---|---|
| 115.00 | Pages | @ | 3.500 | 402.50 |
| 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE   >>>** | | | | **$402.50** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
              No set address
              Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 73262 | 12/7/2021 | 63362 |
| **Job Date** | **Case No.** | |
| 11/23/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

| 1 CERTIFIED COPY OF TRANSCRIPT OF: | | | | | |
|---|---|---|---|---|---|
| Joe Deras -- | 64.00 | Pages | @ | 2.000 | 128.00 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE   >>>** | | | | **$128.00** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

# INVOICE

1 of 1



**KENTUCKIANA**
—COURT REPORTERS—

Elizabeth Wang
Loevy & Loevy - Boulder
2060 Broadway
Suite 460
Boulder, CO 80302

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 73829 | 12/20/2021 | 63830 |
| **Job Date** | **Case No.** | |
| 12/9/2021 | 1:20-cv-01878-RBJ | |
| **Case Name** | | |
| Elisabeth Epps vs. City and County of Denver, et al. | | |
| **Payment Terms** | | |
| Net 30 | | |

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

Anthony Hamilton

E-Delivery

| | | | | |
|---|---|---|---|---|
| 67.00 | Pages | @ | 3.500 | 234.50 |
| 1.00 | | @ | 0.000 | 0.00 |
| **TOTAL DUE >>>** | | | | **$234.50** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
No set address
Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*



# I N V O I C E

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76362 | 2/28/2022 | 66531 |

| Job Date | Case No. |
|---|---|
| 2/21/2022 | 1:20-cv-01878-RBJ |

| Case Name |
|---|
| Elisabeth Epps vs. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | |
|---|---|---|---|---|
| Sgt. Robert Parsons -- | | | | |
| 95.00 Pages | @ | 1.170 | 111.15 | |
| Exhibits - Scanned | 831.00 Pages | @ | 0.100 | 83.10 |
| E-Delivery | 1.00 | @ | 0.000 | 0.00 |
| **TOTAL DUE  >>>** | | | | **$194.25** |

Location of Job    : ALL PARTIES TO APPEAR REMOTELY
                No set address
                Remote Location, KY
Invoice split 3 ways between plaintiffs.

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

Invoice No.   : 76362
Invoice Date  : 2/28/2022
**Total Due**   : **$194.25**

Remit To: **Kentuckiana Reporters**
           **P.O. Box 3983**
           **Louisville, KY 40201**

Job No.    : 66531
BU ID      : KY MAIN
Case No.   : 1:20-cv-01878-RBJ
Case Name  : Elisabeth Epps vs. City and County of
             Denver, et al.

# INVOICE

1 of 1



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 76550 | 3/2/2022 | 66532 |

| Job Date | Case No. | |
|---|---|---|
| 2/22/2022 | 1:20-cv-01878-RBJ | |

| Case Name |
|---|
| Elisabeth Epps vs. City and County of Denver, et al. |

| Payment Terms |
|---|
| Net 30 |

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

ORIGINAL AND 1 CERTIFIED COPY OF TRANSCRIPT OF:

| | | | | | |
|---|---|---|---|---|---|
| Matthew Woods -- | 71.00 | Pages | @ | 3.500 | 248.50 |
| Exhibits - Scanned | 38.00 | Pages | @ | 0.350 | 13.30 |
| E-Delivery | 1.00 | | @ | 0.000 | 0.00 |
| | **TOTAL DUE  >>>** | | | | **$261.80** |

Location of Job   : ALL PARTIES TO APPEAR REMOTELY
                    No set address
                    Remote Location, KY

****** To pay online, go to www.kentuckianareporters.com . Kentuckiana Reporters accepts all major credit cards.

**Tax ID:** 20-5938206

*Please detach bottom portion and return with payment.*

Makeba Rutahindurwa
Loevy & Loevy
311 N. Aberdeen Street, 3rd Floor
Chicago, IL 60607

Invoice No.   : 76550
Invoice Date  : 3/2/2022
**Total Due**   : **$261.80**

Remit To: **Kentuckiana Reporters**
          **P.O. Box 3983**
          **Louisville, KY 40201**

Job No.     : 66532
BU ID       : KY MAIN
Case No.    : 1:20-cv-01878-RBJ
Case Name   : Elisabeth Epps vs. City and County of
              Denver, et al.

| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | CASE REFERENCES ONLY! For HHS issues put " CHECK chk " etc For EP issues put "EP 1 ISSUE omg" etc For OVERHEAD charges just put "OVERHEAD" | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category / MCC Code | MCC Description | Merchant City | Merchant State | Transaction Reference Number / Auorl # | MCC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| STAPLES   00114157 | 3/19/22 | 00694380 | $185.28 | FITOURI Sara | print docs for trial | BRIAN SWIFT | STATIONERY STORE/SUPPLIES | 423143 | 5943 | BOULDER | CO | 24164072079100500643827 | |

AO44
(Rev. 12/89)

# UNITED STATES DISTRICT COURT
## FOR THE COLORADO

INVOICE NO:  20220018

### MAKE CHECKS PAYABLE TO:

Tanya Huffaker
Arnold & Porter

Washington, DC

Phone:

Therese Lindblom, CSR,RMR,CRR
Official Court Reporter
1157 S Logan Street
Denver, CO 80210

Phone:     (303) 335-2105

Tax ID:   82-0586542
thereselindblomwork@gmail.com

| ☐ CRIMINAL | X  CIVIL | DATE ORDERED: 04-04-2022 | DATE DELIVERED: 04-20-2022 |

**Case Style:** 20CV1878, Epps v Denver
Trial to jury 3/7-11/2022

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | 130 | 3.65 | 474.50 | | | | | | | 474.50 |
| Expedited | 985 | 4.85 | 4,777.25 | | | | | | | 4,777.25 |
| Daily | | | | | | | | | | |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

| Misc. Desc. | MISC. CHARGES: | |
|---|---|---|
| | TOTAL: | 5,251.75 |
| | LESS DISCOUNT FOR LATE DELIVERY: | |
| | TAX (If Applicable) | |
| | LESS AMOUNT OF DEPOSIT: | |
| | TOTAL REFUND: | |
| Date Paid:          Amt: | TOTAL DUE: | $5,251.75 |

## ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame.  For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

## CERTIFICATION
I certify that the transcript fees  charged  and page  format  used  comply with the requirements of this court and the Judicial Conference of the United States.

| SIGNATURE | DATE 04-20-2022 |

*(All previous editions of this form are cancelled and should be destroyed)*

**United States District Court**
**Colorado**

Date: 04/12/2022
Invoice Number: 10826

To:

**Ms. Tanya Huffaker**
**Arnold & Porter Kaye Scholer LLP**
1144 Fifteenth Street
Su te 3100
Denver, CO, 80202
**Phone:** (303) 863-2383
**Email:** Tanya.Huffaker@arnoldporter.com

Make Checks Payable To:

**Mr. Kevin Carlin, RMR, CRR**
**Official US Court Reporter**
EIN / Tax ID: 46-0721109
PO Box 1272
Denver, CO, 80201
**Phone:** (303) 335-2595
**Email:** kevin_carlin@cod.uscourts.gov

Case Details:

**Case Number:** 20-cv-1878-RBJ
**Case Title:** Elisabeth Epps et al vs. C ty and County of Denver
**Case Description:** 3/14/22- 195 3/15/22- 222 3/16/22- 249 3/17/22- 219 3/18/22- 214 3/21/22- 219 3/22/22- 233 3/23/22- 260 3/24/22- 193 3/25/22- 63
**Criminal or Civil:** Civ l

**Proceeding Date:** Mar 14, 2022
**Courthouse:** Denver
**Judge Hearing Case:** R. Brooke Jackson

Transcripts:

**Date Ordered:** Mar 29, 2022
**Date Delivered:** Apr 12, 2022
**Transcripts Requested By:** Leslie Bailey

Charges:

| Page Type | Page Count | Rate | Sub-Total |
|---|---|---|---|
| 14-Day Original | 2033 | $4.25 | $8,640.25 |
| 14-Day 1st Copy | 33 | $0.90 | $29.70 |

**Total:** $8,669.95

**Amount Due:** $8,669.95

Notes

The Rule 50 hearing was previously ordered by another party, so for the 3/21 transcript, 33 pages are billed at the copy rate of $0.90, and the remainder is billed at the original rate.

*/s/ Kevin Carlin*