**Exhibit List to Fitouri Plaintiffs' Petition for Attorneys' Fees under Section 1988**

Exhibit A:   Declaration and Timesheet of Elizabeth Wang

Exhibit B:   Declaration and Timesheet of Makeba Rutahindurwa

Exhibit C:   Declaration and Timesheet of Jon Loevy

Exhibit D:   Declaration and Timesheet of David B. Owens

Exhibit E:   Declaration and Timesheet of Steven Art

Exhibit F:   Declaration and Timesheet of Katie Roche

Exhibit G:   Declaration of Erica Grossman

Exhibit H:   Declaration and Timesheet of Brian Swift

Exhibit I:   Declaration and Timesheet of Andy Thayer

Exhibit J:   Order in *Willmeng v. City of Lafayette, Colo.*, No. 1:19-cv-150 (D. Colo.)

Exhibit K:   Fitzpatrick Matrix

Exhibit L:   March 17, 2022 Order awarding fees to Loevy & Loevy attorneys and paralegals in *Calloway v. Chicago Police Dep't*, No. 19 CH 14190 (Cook County)

Exhibit M:   Spreadsheet of Section 1988 Expenses, with receipts and invoices

Exhibit N:   3/14/22 Trial Transcript (Officer Valentine cross and redirect, excerpts), pp. 141-42, 177-78

Exhibit O:   3/23/22 Trial Transcript (Officer Hamilton cross, excerpts), pp. 2598-2600

Exhibit P:   Lt. Vincent Porter Deposition, excerpts (pp. 84-86)