IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF MAKEBA RUTAHINDURWA

Pursuant to 28 U.S.C. § 1746, I, Makeba Rutahindurwa, declare as follows:

1. I am a litigation and trial attorney for the Fitouri Plaintiffs. I have worked on this case since October 2020, when I first joined Loevy & Loevy. I was supervised by Elizabeth Wang and had a primary role in this case, including: conducting extensive review of the documents and videos produced in discovery to assist with developing Plaintiffs' case and strategy; taking depositions; writing and litigating motions, including arguing Plaintiffs' motion for class certification; and preparing the case for trial.

2. I graduated from Stanford Law School in 2019. During law school, I worked with the International Human Rights Clinic, where I traveled to India and Puerto Rico to document human rights abuses. I also worked with the Immigrants' Rights Clinic, advocating on behalf of a client seeking asylum, and participated in the Three Strikes Project, helping to successfully overturn a client's life sentence. I spent my summers working primarily on voting rights cases at the NAACP Legal Defense and Educational Fund, Inc. and on excessive force and wrongful

1

conviction cases at Loevy & Loevy. Upon graduation, I was awarded the Deborah L. Rhode Public Interest Award, which was given to two third-year students who demonstrated outstanding contributions to public service during law school. I also graduated with the highest *pro bono* distinction for completing over 300 hours of *pro bono* work and for being a Public Interest Mentor and then Fellow.

3. From 2019 to 2020, I served as a law clerk for the Honorable Andrew Gordon in the United States District Court for the District of Nevada. As a law clerk, I drafted opinions, provided legal analysis and recommendations on difficult or novel legal issues, and assisted on a one-week trial relating to police use of excessive force. I also wrote a bench memorandum for a Ninth Circuit immigration asylum appeal when Judge Gordon sat by designation on the panel.

4. I was admitted to the bar of the State of Illinois in October 2020. I have been an attorney in good standing and licensed to practice law in Illinois and the following jurisdictions: U.S. District Court for the District of Colorado, U.S. District Court for the Northern District of Illinois, U.S. District Court for the Southern District of Illinois, and U.S. District Court for the Eastern District of Missouri.

5. Since joining Loevy & Loevy in October 2020, I have been representing plaintiffs in civil rights litigation ranging from wrongful convictions involving Fourth and/or Fourteenth Amendment violations, to cases involving malicious prosecution, excessive force, First Amendment violations, and denial of medical care in jails and prisons. I am lead counsel in two cases, *Cusick v. Gualandri, et. al.*, No. 20-cv-06017 (N.D. Ill.), and *Billups-Dryer v. Sheehan, et. al.*, No. 20-cv-01597 (N.D. Ill.), and I play a significant primary role in six other cases. I have managed all aspects of a case, including but not limited to drafting complaints, propounding and responding to discovery requests, conducting document review, leading meet and confers with

opposing counsel, responding to motions to compel and motions for a protective order, and arguing such motions before the court, taking dozens of witness, party, and expert depositions, successfully writing and litigating dispositive motions (*see e.g.*, *Cusick*, 2021 WL 5447041 (N.D. Ill. Nov. 22, 2021) and *Irons v. Neske, et. al.*, 2021 WL 4191614 (E.D. Mo. Sept. 15, 2021), managing expert witnesses, and preparing a case for trial. I also contributed to a U.S. Supreme Court amicus brief on behalf of the National Association of Criminal Defense Lawyers and the American Civil Liberties Union in *Lombardo v. City of St. Louis, Missouri*, No. 20-391 (2021), a case on appeal from the 8th Circuit and presenting the issue of whether a reasonable jury could find that officers used excessive force when they put a handcuffed and shackled person face-down on the ground and pressed into his back until he suffocated to death. Our brief sought to establish a uniform national rule governing the use of lethal force against retrained arrestees and pretrial detainees. The experience I have gained in my one-and-a-half years at Loevy & Loevy far exceeds that of my law school peers and those with the same years of experience at most other firms.

## Hourly Rate and Time Spent

6. The hourly rate I am seeking in this case is $375 per hour. The requested rate is commensurate with rates charged by attorneys of like experience and skill practicing in this field and lower than the rates in the Fitzpatrick Matrix for fee shifting cases in the District of Columbia for attorneys with 3 years' experience ($490).

7. I have reviewed the attached billing records for my time spent in this matter. They are a fair and accurate depiction of the time I spent working on this case and are reasonable in terms of the time spent on each task. In submitting my hours, I exercised billing judgment by excluding hours that were spent on tasks exclusively relating to Plaintiffs' claims that have not

3

yet been tried (i.e., Plaintiff Jonathen Duran's claims against the Aurora Defendants and the Arrest Class's claims against Denver regarding the curfew), as well as hours spent exclusively on Plaintiffs' claims that were dismissed or settled (i.e., Plaintiffs Youssef Amghar and Jonathen Duran's claims, which were settled, and Plaintiff Joe Deras's claims against the Jefferson County Defendants, which were dismissed).

    I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 1, 2022.

Makeba Rutahindurwa

| Timesheet of Makeba Rutahindurwa | | |
| --- | --- | --- |
| (relating to claims tried to verdict) | | |
| Date | Description of Task | Hours |
| 10/7/2020 | call w/ Liz and Pat Reidy re: discovery strategy | 0.50 |
| 10/7/2020 | mtg w/ Tara Thompson, Liz, and Brian to discuss discovery strategy | 0.75 |
| 10/9/2020 | call w/ Liz and Plainitff Taylor re discovery responses | 0.75 |
| 10/12/2020 | draft Taylor response to discovery requests | 1.50 |
| 10/12/2020 | prep for call w/ plaintiffs re discovery responses | 0.50 |
| 10/12/2020 | call w/ Liz and Plaintiff Parkins re discovery responses | 1.00 |
| 10/12/2020 | call w/ Liz and Plaintiff Fitouri re discovery responses | 1.50 |
| 10/14/2020 | Call w/ Liz and A&P attorneys to discuss discovery responses | 1.50 |
| 10/16/2020 | draft Plaintiffs' responses to discovery requests | 4.50 |
| 10/19/2020 | draft Plaintiffs' responses to discovery requests | 1.50 |
| 10/19/2020 | legal research re: excessive force claims in this circuit | 2.00 |
| 10/19/2020 | call w/ Liz and Plaintiff Sannier re discovery responses | 1.50 |
| 10/19/2020 | draft Plaintiffs' responses to discovery requests | 0.75 |
| 10/23/2020 | telephone conference with Def atty David Cooperstein, A&P attys, and Liz about discovery | 1.50 |
| 10/28/2020 | call w/ Liz re video review assignments | 0.25 |
| 11/3/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 1.00 |
| 11/5/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 2.00 |
| 11/6/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 7.25 |
| 11/9/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 3.00 |
| 11/11/2020 | zoom mtg w/ Patrick Reidy, Mollie DiBrell and Liz re discovery issues | 0.25 |
| 11/12/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 3.50 |
| 11/13/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 1.50 |

| | | |
|---|---|---|
| 11/16/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 0.50 |
| 11/17/2020 | reviewing Aurora body cam video review from supp production to SDT (to assist in further discovery) | 4.00 |
| 11/17/2020 | review Aurora PD emails from supp production to SDT | 1.25 |
| 11/18/2020 | review Aurora PD emails from supp production to SDT | 1.25 |
| 11/18/2020 | reviewing body cam video from 5/31/2020 (to assist in further discovery) | 4.25 |
| 11/18/2020 | call w/ Liz and Pat Reidy re discovery | 0.50 |
| 11/19/2020 | reviewing body cam video from 5/31/2020 (to assist in further discovery) | 1.75 |
| 11/19/2020 | meet and confer w/ David Cooperstein, Liz, and Pat Reidy | 1.75 |
| 11/19/2020 | reviewing body cam video from 5/31/2020 (to assist in further discovery) | 3.25 |
| 11/20/2020 | reviewing body cam video from 5/31/2020 (to assist in further discovery) | 2.75 |
| 11/23/2020 | reviewing body cam video produced (to assist in further discovery) | 2.00 |
| 11/23/2020 | call w/ Liz re Monell claim | 0.50 |
| 11/24/2020 | reviewing body cam video produced (to assist in further discovery) | 2.00 |
| 11/25/2020 | reviewing body cam video produced (to assist in further discovery) | 2.00 |
| 11/26/2020 | reviewing body cam video produced (to assist in further discovery) | 3.00 |
| 11/30/2020 | reviewing body cam video produced (to assist in further discovery) | 5.75 |
| 12/1/2020 | reviewing body cam video produced (to assist in further discovery) | 4.00 |
| 12/2/2020 | reviewing training materials and research *Monell* cases | 2.00 |
| 12/4/2020 | legal research on *Monell* claim and crowd management | 2.50 |
| 12/7/2020 | legal research protest cases; less lethal; *Monell* | 5.50 |
| 12/8/2020 | review and take notes on the OIM report | 3.25 |
| 12/9/2020 | review OIM report cont'd and attend city council meeting w/ Nick Mitchell | 4.25 |
| 12/16/2020 | call w/ liz and call w/ A&P & Liz re OIM report | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 12/23/2020 | review outside agency document production; creating notes to inform further discovery and strategy | 5.25 |
| 12/24/2020 | review outside agency document production; creating notes to inform further discovery and strategy | 1.00 |
| 12/28/2020 | review outside agency document production; creating notes to inform further discovery and strategy | 1.00 |
| 12/29/2020 | review outside agency document production; creating notes to inform further discovery and strategy | 2.75 |
| 1/8/2021 | call w/ Liz re discovery | 0.25 |
| 1/8/2021 | mtg w/ Patrick Reidy and Mollie DiBrell and Liz re discovery | 0.50 |
| 1/14/2021 | draft supplemental interrogatory requests to City | 0.50 |
| 1/15/2021 | meet and confer with Liz, Hollie Birkholz, Mandy MacDonald, Pat Reidy, Matt Douglas, Tim Macdonald, Andy McNulty, re: discovery issues | 2.00 |
| 1/21/2021 | internal call w/ Liz, Pat Reidy, and Mollie Dibrell | 0.50 |
| 1/21/2021 | debrief w/ Liz | 0.25 |
| 1/25/2021 | researching *Monell* and emailing with Mollie Dibrell, Pat Reidy, and Liz re *Monell* discovery and draft conferral letter | 0.25 |
| 1/28/2021 | internal call w/ A&P lawyers (Mollie, Michael Sebba, Pat Reidy) re strategy | 0.50 |
| 1/28/2021 | meet and confer w/ Hollie Birkholz, Mandy MacDonald, Liz and A&P | 1.00 |
| 1/28/2021 | call w/ Liz and Tara Thompson re strategy | 0.50 |
| 2/1/2021 | call w/ Liz, Pat Reidy, Mollie & ACLU re discovery | 0.50 |
| 2/5/2021 | internal call w/ Liz and A&P re discovery, and upcoming deps | 1.50 |
| 2/8/2021 | Review notes re APD officers' actions for Dep prep and email Liz thoughts | 0.50 |
| 2/10/2021 | review radio communications; taking notes | 0.25 |
| 2/17/2021 | DEN video and document review; taking notes | 0.75 |
| 2/17/2021 | preparing materials to assist Liz with Tak's deposition | 1.00 |
| 2/18/2021 | meeting with Liz, Patrick Reidy, Matt Douglas re: Tak dep | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 2/18/2021 | preparing materials to assist Liz with Tak's deposition | 1.25 |
| 2/19/2021 | sitting in on Hanson dep, providing notes during and after | 1.50 |
| 2/19/2021 | sitting in on Tak dep, providing notes during and after | 4.00 |
| 2/19/2021 | meet and confer w/ Liz, Pat Reidy, and Hollie Birkholz re deps and discovery | 0.25 |
| 2/22/2021 | reviewing defendants' document production; taking notes | 5.50 |
| 2/23/2021 | reviewing defendants' document production; taking notes | 4.00 |
| 2/24/2021 | call w/ Liz re new case consolidation and deadlines for reviewing documents | 0.50 |
| 2/24/2021 | reviewing defendants' document production; taking notes | 4.00 |
| 2/25/2021 | reviewing defendants' document production; taking notes | 6.75 |
| 2/26/2021 | reviewing body cam video produced (to assist in further discovery) | 2.75 |
| 2/28/2021 | reviewing body cam video produced (to assist in further discovery) | 1.25 |
| 3/1/2021 | reviewing body cam video produced (to assist in further discovery) | 3.25 |
| 3/2/2021 | reviewing body cam video produced (to assist in further discovery) | 1.50 |
| 3/3/2021 | reviewing body cam video produced (to assist in further discovery) | 3.00 |
| 3/4/2021 | call w/ Liz re deps and dep preparation | 0.75 |
| 3/8/2021 | call w/ Liz re discovery hearing | 0.25 |
| 3/8/2021 | attending telephonic discovery hearing | 0.50 |
| 3/10/2021 | reviewing preparing materials for Shaker and Redfearn depositions | 0.75 |
| 3/11/2021 | internal call w/ Liz and A&P re deps | 0.50 |
| 3/12/2021 | sitting in and taking notes on Shaker and Redfearn dep | 8.50 |
| 3/12/2021 | research *Monell* claims and case law | 0.50 |
| 3/16/2021 | meet and confer w/ Hollie Birkholz, Liz re discovery issues | 1.50 |
| 3/23/2021 | reviewing body cam video produced (to assist in further discovery) | 4.00 |

| Date | Description | Hours |
|---|---|---|
| 3/24/2021 | research on damages and Section 1983 claims | 4.25 |
| 3/30/2021 | call w/ Liz re depositions and status of doc review | 0.75 |
| 3/31/2021 | call w/ Liz and A&P re depositions | 0.50 |
| 4/2/2021 | call w/ Liz and A&P re damages | 0.50 |
| 4/28/2021 | Cunningham dep prep (including review of docs and video) | 3.00 |
| 4/29/2021 | Cunningham dep prep (including review of docs and video) | 7.75 |
| 4/30/2021 | Cunningham dep prep and Taking Cunningham dep | 6.50 |
| 5/12/2021 | call w/ Liz re Valentine Dep | 0.25 |
| 5/13/2021 | reviewing video (in prep for expert reports) | 2.00 |
| 5/14/2021 | reviewing video (in prep for expert reports) | 2.50 |
| 5/17/2021 | reviewing video (in prep for expert reports) | 1.75 |
| 5/18/2021 | doc review for Valentine dep and creating outline for dep | 4.00 |
| 5/19/2021 | Valentine dep prep and taking Valentine's deposition | 7.50 |
| 5/20/2021 | attending discovery hearing | 0.50 |
| 5/24/2021 | reviewing video (in prep for expert reports) | 4.00 |
| 5/25/2021 | pulling materials to assist with Phelan deposition | 1.00 |
| 5/25/2021 | sitting in on Phelan dep, providing notes during and after | 5.00 |
| 5/31/2021 | Cunningham dep transcript review | 0.50 |
| 6/1/2021 | reviewing videos and police reports for Christian Dep Prep | 3.00 |
| 6/3/2021 | Christian Dep Prep; creating outline | 2.75 |
| 6/4/2021 | Christian Dep Prep (including review of docs and video) | 1.50 |
| 6/4/2021 | Christian final prep and taking Deposition | 5.00 |
| 6/16/2021 | reviewing video for and drafting responses to defendant 2nd discovery requests | 5.25 |
| 6/17/2022 | reviewing video for and drafting responses to defendant 2nd discovery requests | 2.75 |
| 6/18/2021 | reviewing video for and drafting response to defendant 2nd discovery requests | 5.00 |
| 6/21/2022 | draft responses to defendant 2nd discovery requests | 4.50 |
| 6/22/2022 | draft responses to defendant 2nd discovery requests | 6.25 |
| 6/25/2021 | preparation and attending Nick Mitchell deposition | 5.00 |
| 7/26/2021 | drafting Amended complaint | 2.00 |
| 7/29/2021 | call w/ Liz re Claire Sannier Dep prep | 1.50 |

| Date | Description | Hours |
|---:|---|---:|
| 7/29/2021 | prep Sannier for deposition w/ Liz | 3.00 |
| 7/30/2021 | meeting to prep Parkins, Deras, Amghar, and Fitouri for deps | 3.00 |
| 8/6/2021 | conferring with Liz and David Owens about settlement strategy | 0.25 |
| 8/9/2021 | prep Taylor for deposition w/ Liz | 1.00 |
| 8/10/2021 | Defending Parkins Deposition | 4.00 |
| 8/13/2021 | Draft mtn for leave to file 2AC | 0.75 |
| 8/23/2021 | review and edit amended complaint | 0.75 |
| 8/24/2021 | amended mtn for leave to file 2AC and reviewing AC | 5.50 |
| 8/26/2021 | attend and take notes on Chief Thomas dep | 4.00 |
| 8/30/2021 | calling Elle Taylor to check in and discuss re: upcoming dep | 0.25 |
| 8/31/2021 | prep and defending Taylor's dep | 2.25 |
| 9/15/2021 | document review from def's supp production | 3.75 |
| 10/27/2021 | reading motion to modify trial date & taking notes | 1.00 |
| 10/27/2021 | drafting my portion and revising response in opp to def's motion to modify trial date | 3.00 |
| 11/19/2021 | drafting unopposed mtn for leave to file 3AC + the 3AC | 2.50 |
| 11/24/2021 | reviewing order on discovery deadlines and trial date | 0.25 |
| 11/29/2021 | reviewing Duran and Deras materials for opened deps + settlement | 2.00 |
| 11/29/2021 | reviewing Deras materials pertaining to his damages | 1.25 |
| 11/29/2021 | call with MR and BS to plan for trial prep | 0.50 |
| 11/30/2021 | meeting with Ed Aro, Tim Macdonald and MR re: trial prep and Ijames | 1.00 |
| 12/7/2021 | meeting with Reeves Anderson, Sam Callahan, & Liz re: jury instructions | 1.00 |
| 12/14/2021 | reviewing Plaintiffs' depositions and discovery responses and drafting Indiv. Plaintiff's settlement demand to Denver | 1.50 |
| 12/15/2021 | reviewing Plaintiffs' depositions and discovery responses and drafting Indiv. Plaintiff's settlement demand to Denver | 2.75 |
| 12/17/2021 | reading expert report, def's report, and rebuttal draft | 3.00 |
| 12/30/2021 | reviewing Plaintiffs' depositions and discovery responses and drafting Indiv. Plaintiff's settlement demand to Denver | 9.50 |

| Date | Description | Hours |
|---|---|---|
| 12/31/2021 | reviewing Plaintiffs' depositions and discovery responses and drafting Indiv. Plaintiff's settlement demand to Denver | 6.75 |
| 1/10/2022 | Meeting with A&P and Liz re pre-trial to do list and SJ | 1.00 |
| 1/11/2022 | call with Liz about to do list, tasks in prep for SJ and trial | 0.25 |
| 1/13/2022 | drafting Daubert motion to exclude Ijames (reviewing Ijames report and starting writing) | 3.00 |
| 1/14/2022 | drafting Daubert motion to exclude Ijames | 5.25 |
| 1/15/2022 | drafting Daubert motion to exclude Ijames | 9.50 |
| 1/16/2022 | drafting Daubert motion to exclude Ijames | 4.75 |
| 1/17/2022 | drafting MIL (motion in limine) to bar references to prior bad acts | 0.50 |
| 1/18/2022 | drafting MILs to bar appealing to jurors as taxpayers, and defendants' inability to pay | 1.50 |
| 1/18/2022 | drafting MILs to bar reference to property destruction and 3rd party behavior | 5.75 |
| 1/18/2022 | revising MILs | 0.75 |
| 1/19/2022 | revising MILs | 1.50 |
| 1/20/2022 | attending mediation - individual Pl's claims | 8.50 |
| 1/21/2022 | reviewing minute order re: SJ letters | 0.25 |
| 1/21/2022 | reading draft jury instructions for review/edits; looking at witness list | 2.25 |
| 1/24/2022 | reviewing order following in camera review of OIM memos | 0.25 |
| 1/25/2022 | call w/ Liz re: SJ and pretrial outstanding tasks | 0.75 |
| 1/27/2022 | call w/ Liz re: trial preparation | 0.75 |
| 1/28/2022 | internal call w/ A&P and Liz re jury instructions | 0.75 |
| 1/28/2022 | meet and confer with defense counsel, Liz, Reeves Anderson, Sam Callahan re: jury instructions | 1.25 |
| 1/31/2022 | t/c with Reeves Anderson, Colin O'Brien, and Liz re: MSJ strategy and division of tasks | 0.75 |
| 2/3/2022 | research prep and draft outline to argue MIL4 at trial prep | 2.75 |
| 2/3/2022 | reviewing Liz's notes re MIL argument and editing | 1.50 |
| 2/4/2022 | attending Denver Trial Preparation Conference | 4.00 |
| 2/15/2022 | meeting with Liz, Tim Macdonald, Ed Aro and Pat Reidy (A&P) re: witnesses for trial, discussion of strategy | 2.00 |

| Date | Description | Hours |
|---|---|---|
| 2/18/2022 | trial prep - reviewing videos and documents for plaintiff Fitouri direct exam prep and zoom meeting w/ Jackie, Joe and Sara | 2.75 |
| 2/21/2022 | Parsons & Woods dep prep and call w/ Liz re: Parsons dep and strategy | 8.50 |
| 2/22/2022 | preparing for Woods deposition and taking dep | 3.00 |
| 2/22/2022 | draft outline and meeting w/ Sara Fitouri re prep for direct exam | 3.50 |
| 2/23/2022 | reviewing videos, Discovery responses, Plainitff production to prep for direct exams | 9.00 |
| 2/24/2022 | reviewing videos and documents and meeting w Deras for direct prep. | 5.50 |
| 2/28/2022 | preparing for trial; drafting plaintiff direct outlines; reviewing A&P opening slides, videos on the exhibit list, identifying Plaintiffs in videos for their exams | 6.50 |
| 3/1/2022 | call w/ Liz to confer about order on Denver MSJ and strategize | 0.25 |
| 3/1/2022 | reviewing video for and drafting Sara Fitouri direct exam outline | 4.50 |
| 3/1/2022 | reviewing video for and starting Joe Deras direct exam outline | 3.25 |
| 3/2/2022 | call w/ Liz strategizing about witness order | 0.50 |
| 3/2/2022 | reviewing Def's exhibit list | 1.00 |
| 3/2/2022 | video review for direct exams | 4.00 |
| 3/3/2022 | meeting to prep Sara Fitouri and Joe Deras for trial | 6.00 |
| 3/3/2022 | direct exam outline drafts; reviewing materials for trial | 4.00 |
| 3/4/2022 | direct exam outline drafts; reviewing materials for trial | 3.25 |
| 3/5/2022 | creating opening power point and outline for opening | 4.00 |
| 3/6/2022 | opening powerpoint, confer w/ Liz re doing the opening, drafting outline | 12.00 |
| 3/7/2022 | reviewing opening statement | 2.00 |
| 3/7/2022 | attending trial | 8.25 |
| 3/7/2022 | strategizing with Liz, A&P attorneys | 1.00 |
| 3/7/2022 | helping Liz prepare Claire Sannier for testimony; discussing strategy with Liz | 3.00 |
| 3/8/2022 | attending trial | 8.00 |
| 3/8/2022 | strategizing with Liz, A&P attorneys | 1.00 |
| 3/9/2022 | attending trial | 7.50 |
| 3/9/2022 | strategizing with Liz, A&P attorneys | 1.25 |

| Date | Description | Hours |
|---|---|---|
| 3/9/2022 | preparing Sara Fitouri for testimony | 4.00 |
| 3/10/2022 | attending trial | 7.75 |
| 3/10/2022 | strategizing with Liz, A&P attorneys | 2.00 |
| 3/11/2022 | attending trial | 8.00 |
| 3/11/2022 | strategizing with Liz and A&P attorneys about witnesses, trial | 2.00 |
| 3/13/2022 | outlining and preparing Joe Deras direct exam | 6.00 |
| 3/13/2022 | outlining Parkins direct exam | 3.00 |
| 3/14/2022 | attending trial | 7.75 |
| 3/14/2022 | strategizing with Liz, A&P attorneys | 0.75 |
| 3/14/2022 | reviewing and outlining Parkins direct exam | 1.00 |
| 3/15/2022 | attending trial | 7.75 |
| 3/15/2022 | strategizing with Liz and helping prep Elle Taylor for her testimony | 2.00 |
| 3/16/2022 | attending trial | 8.00 |
| 3/16/2022 | strategizing with Liz, A&P attorneys | 0.75 |
| 3/16/2022 | strategizing with Liz; preparing Jackie Parkins for exam; editing Parkins exam | 5.75 |
| 3/17/2022 | attending trial | 8.00 |
| 3/17/2022 | strategizing with Liz, A&P attorneys | 1.00 |
| 3/17/2022 | strategizing w/ Liz re Rule 50 mtn | 0.50 |
| 3/17/2022 | reviewing jury instructions from Judge | 0.25 |
| 3/18/2022 | attending trial | 7.75 |
| 3/18/2022 | strategizing with Liz, A&P attorneys | 2.25 |
| 3/20/2022 | meeting with clients and Liz to discuss closing arguments | 0.75 |
| 3/21/2022 | attending trial | 7.75 |
| 3/21/2022 | strategizing with Liz and A&P attorneys | 1.00 |
| 3/21/2022 | preparing Hamilton cross exam outline | 1.50 |
| 3/22/2022 | attending trial | 8.00 |
| 3/22/2022 | strategizing with Liz and A&P attorneys | 1.00 |
| 3/22/2022 | strategizing w/ Liz re Hamilton & preparing Hamilton cross exam outline | 5.50 |
| 3/23/2022 | attending trial | 9.00 |
| 3/23/2022 | strategizing with Liz and A&P attorneys | 1.50 |
| 3/23/2022 | call with David Owens & Liz, re: strategy, closing | 0.50 |
| 3/23/2022 | call w/ Jon Loevy to strategize about closing argument | 0.75 |
| 3/24/2022 | attending trial | 8.00 |
| 3/24/2022 | strategizing with Liz and A&P attorneys | 1.00 |
| 3/24/2022 | conferring with Liz about closing argument | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 3/25/2022 | attending trial | 2.50 |
| 3/25/2022 | discussing with clients what happens after verdict, possible post-trial motions and appeal | 1.00 |
| 3/31/2022 | emailing, conferring with Liz and Steve Art about judgment and Rule 54(b) | 0.25 |
| 4/12/2022 | call with Liz re: doing research on Rule 54(b) and pre-judgment interest | 0.25 |
| 4/15/2022 | research on Rule 54(b), pre-judgment interest and potential motion | 4.00 |
| 4/18/2022 | research on Rule 54(b), pre-judgment interest and potential motion | 2.50 |
| 5/13/2022 | call with Liz re: fee petition and post-trial motion response | 0.50 |
| 5/13/2022 | reading Denver's post-trial motion | 0.75 |
| 5/16/2022 | reading sample fee petitions from other cases; reviewing case law | 2.50 |
| 5/26/2022 | review materials for fee petition | 0.50 |
| 5/29/2022 | drafting fee petition | 2.25 |
| 5/30/2022 | drafting fee petition | 11.50 |
| 5/31/2022 | reviewing declaration and timesheet; editing fee petition | 2.25 |
| 6/1/2022 | finding additional receipts for expenses; case law for fee petition; reviewing declaration of local civil rights attorney in support of fees; reviewing petition | 1.25 |
| | **TOTAL** | **675.25** |