IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## DECLARATION OF BRIAN SWIFT

Pursuant to 28 U.S.C. § 1746, I, Brian Swift, declare as follows:

1. I am employed full time as a paralegal with Loevy & Loevy.

2. I earned my B.A. in English from Susquehanna University in 1993 and graduated from the paralegal program at Arapahoe Community College in Littleton, Colorado in 2013.

3. I have worked as a paralegal at Loevy & Loevy since November 2013. I have experience supporting attorneys in all critical areas of civil rights litigation, including: trial preparation; researching case law; editing, cite-checking, and proofreading briefs; drafting correspondence, pleadings, and discovery; investigating cases; and all related administrative tasks. In this case, I spent a significant amount of time reviewing bodycam, HALO, Colorado State Patrol (CSP), and other video and assisting attorneys Elizabeth Wang and Makeba Rutahindurwa in gathering material needed from the video and documents to support their litigation and trial strategy.

4. I have reviewed the timesheet being filed contemporaneously with this declaration containing my hours in this case and attest that it is accurate. I made a good faith effort to

1

Exhibit H

exclude hours that were excessive, redundant or otherwise unnecessary. My timesheet excludes many hours, such as time spent discussing asigments with Elizabeth Wang and/or Makeba Rutahindurwa and time spent emailing or speaking with the Defendants' paralegals about various issues or problems. Additionally, I excluded a significant amount of time spent processing video files we received from the Defendants and from responses to our subpoenas duces tecum (SDTs). This was the time needed to download and save (either to our firm's network or to external hard drives) all of the video files we received in this case.

5. The rate I am seeking for work performed in this case is $175 per hour. This is lower than $200 per hour rate that has been awarded to Loevy & Loevy paralegals in other fee-shifting cases. *See* Order ¶ 12, *Calloway v. Chicago Police Department*, No. 19 CH 14190 (Cir. Ct. Cook Cnty., Ill.) (attached as an exhibit to the fee petition).

I declare under penalty of perjury that the foregoing is true and accurate.

FURTHER DECLARANT SAYETH NOT

*Brian Swift*
Brian Swift

Dated: June 1, 2022

| **Timesheet of Brian Swift** | | |
| --- | --- | --- |
| (Time related to claims tried to verdict) | | |
| | | |
| DATE | DESCRIPTION OF TASK | HOURS |
| 6/29/2020 | pulling prior protest case docket in Denver from Pacer, per E. Wang request | 0.25 |
| 6/30/2020 | online research for E. Wang re: protest cases | 0.25 |
| 7/1/2020 | coordinating a process server to served Defs | 0.25 |
| 7/1/2020 | drafting notices of appearance for E. Wang and D. Twetten | 0.25 |
| 7/6/2020 | creating spreadsheet of clients' incidents and HALO camera locations | 1.50 |
| 7/9/2020 | reviewing proof of service from process server | 0.25 |
| 7/14/2020 | download, save, organize files from clients | 0.25 |
| 7/23/2020 | preparing summonses for newly named officers | 0.50 |
| 8/11/2020 | conferring w/ E. Wang re: ordering transcripts; researching cost of transcripts from Abay TRO and PI hearings | 0.25 |
| 8/11/2020 | filing executed waivers of service | 0.25 |
| 8/11/2020 | reviewing email from E. Wang re: document subpoenas to send out | 0.25 |
| 8/12/2020 | download, save, organize files from clients | 0.25 |
| 8/12/2020 | organize VIDEO subfolder and move videos to appropriate folder | 0.25 |
| 8/12/2020 | research No. 20-cv-1616, contacting court reporter re: cost of transcript, pulling documents for E. Wang | 0.25 |
| 8/13/2020 | conducting online research re: less-lethal weapons; saving publicly available info for E. Wang | 2.00 |
| 8/14/2020 | determine proper service for SDTs to additional outside agencies; sending SDT to Arapahoe Co | 0.50 |
| 8/17/2020 | determine proper service for SDTs to additional outside agencies; sending SDTs to outside agencies | 1.00 |
| 8/17/2020 | draft SDTs and send to opposing counsel | 0.50 |
| 8/19/2020 | phone call with Adams County Sheriff's Office re SDT response | 0.25 |
| 8/20/2020 | search CO SoS website for the registered agents for local media companies | 1.00 |
| 8/21/2020 | draft SDTs for media companies and combine with riders | 0.25 |
| 8/24/2020 | draft SDT for Denver Sheriff Dept, sending to DSD | 0.25 |
| 8/25/2020 | draft SDT for Aurora PD, sending to APD | 0.25 |
| 8/26/2020 | communicating with process server re: SDT to 7news | 0.25 |
| 8/29/2020 | review all material submitted by clients, organize and save files | 2.00 |
| 8/31/2020 | download, save, and organize SDT responses; reviewing invoices from process servers for SDTs | 1.25 |

| Date | Description | Hours |
|---|---|---|
| 8/31/2020 | saving defs Rule 26a1 disclosures, renaming files to lead with bates | 0.50 |
| 9/1/2020 | prepare Plaintiff's documents and videos for Rule 26a1 disclosures (organize, Bates-stamp), upload for production) | 2.50 |
| 9/2/2020 | prepare Plaintiff's documents and videos for Rule 26a1 disclosures (organize, Bates-stamp), upload for production) | 4.00 |
| 9/3/2020 | draft SDT for RTD, locate registered agent | 0.25 |
| 9/3/2020 | prepare Plaintiff's documents and videos for Rule 26a1 disclosures (organize, Bates-stamp), upload for production) | 4.00 |
| 9/4/2020 | creating spreadsheet of SDT responses to track responses | 0.50 |
| 9/4/2020 | prepare Plaintiff's documents and videos for Rule 26a1 disclosures (organize, Bates-stamp), upload for production) | 4.00 |
| 9/8/2020 | downloading videos produced by CBS4 in response to SDT | 0.25 |
| 9/9/2020 | uploading and emailing Rule 26a1 disclosures to counsel | 0.50 |
| 9/10/2020 | prepare SDT response for supplemental Rule 26a1 disclosures | 5.00 |
| 9/11/2020 | prepare SDT response for supplemental Rule 26a1 disclosures; uploading and emailing to counsel | 5.00 |
| 9/21/2020 | reviewing email from E. Wang re: document production and other tasks | 0.25 |
| 9/24/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 9/25/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 9/26/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 9/27/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 9/28/2020 | copy Rule 26a1 SDT responses to hard drive/case file; preparing supp disclosures to produce to counsel | 0.50 |
| 9/29/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 9/30/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 10/1/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 10/2/2020 | copy Rule 26a1 SDT responses to hard drive/case file; preparing 2nd supp disclosures to produce to counsel | 0.50 |
| 10/5/2020 | copy Rule 26a1 SDT responses to hard drive/case file | 0.50 |
| 10/7/2020 | meeting with E. Wang, T. Thompson, M. Rutahindurwa to confer re: discovery strategy | 0.75 |
| 10/8/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/8/2020 | emailing with E. Wang about lenghty amount of time to download Aurora BWC videos (15-20 min. per video, hundreds of videos) | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 10/8/2020 | preparing 4th supp disclosures to disclose to counsel; preparing disclosure | 0.25 |
| 10/9/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/12/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/13/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/14/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/14/2020 | prepare files from client for production | 1.50 |
| 10/15/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/16/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/16/2020 | prepare files for production, organizing and Bates-stamping (Response to City's Request for Docs) | 2.00 |
| 10/19/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/20/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/21/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/22/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/23/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/23/2020 | prepare files for production (Response to City's Request for Docs) | 0.25 |
| 10/24/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/25/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 10/26/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/26/2020 | preparing Plaintiffs' responses to discovery requests and documents, Bates-stamping documents being produced; uploading and sending to counsel | 1.00 |
| 10/27/2020 | download BWC videos (Aurora PD SDT response) one at a time, because APD refused to provide all BWC videos on external hard drive | 0.50 |
| 10/27/2020 | re-Bates-stamping documents from Aurora PD SDT response that did not have stamp; sending to counsel | 0.25 |
| 10/28/2020 | organize and prepare hard drives to be mailed to opposing counsel and A&P | 0.50 |
| 10/29/2020 | organize and prepare hard drives to be mailed to opposing counsel and A&P, draft cover letter and mail with 5th supp response | 0.50 |
| 11/2/2020 | preparing 5th supp disclosures, bates-stamping, producing to counsel | 0.25 |
| 11/3/2020 | save Commerce City PD SDT response (1st package) to network, organize files | 1.00 |
| 11/4/2020 | prepare Commerce City PD SDT response for production | 2.00 |
| 11/4/2020 | save Commerce City PD SDT response (1st package) to hard drive and extract zipped folders, organize files | 0.50 |
| 11/6/2020 | download and save BLM5820 Ps' production and organize network folder | 1.25 |
| 11/17/2020 | download and save Defs' 2nd supp Rule 26a1 disclosures, rename file names so they lead with Bates number | 1.00 |
| 12/1/2020 | draft 7th supp Rule 26a1 disclosures, sending to counsel | 0.25 |
| 12/1/2020 | produce Jefferson County's SDT response | 0.25 |
| 12/15/2020 | preparing 8th supp disclosures for production, bates-stamping docs, sending to counsel | 0.25 |
| 12/17/2020 | download HALO videos, save videos to network and hard drives | 0.50 |
| 12/18/2020 | download HALO videos, save videos to network and hard drives | 0.50 |
| 12/23/2020 | preparing additional documents for production to defs, Bates-stamping and preparing 9th supp disclosures, sending to counsel | 0.75 |
| 12/28/2020 | download BWC videos, save videos to network and hard drive | 0.50 |
| 12/29/2020 | download BWC videos, save videos to network and hard drive | 0.50 |
| 12/30/2020 | download BWC videos, save videos to network and hard drive | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 12/31/2020 | download BWC videos, save videos to network and hard drive | 0.50 |
| 1/4/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 1/5/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 1/6/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 1/7/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 1/8/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 1/11/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 1/12/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 1/13/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 1/14/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 1/15/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 1/18/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 1/19/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 1/20/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 1/21/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 7.00 |
| 1/22/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 1/25/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 1/25/2021 | reviewing and downloading Defs' 7th supp disclosures; emailing with Denver's paralegal about issues with the disclosures, missing files | 1.00 |
| 1/26/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 1/27/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 1/28/2021 | preparing Fitouri Ps' 10th supp disclosures, and Bates-stamping documents for production | 0.50 |
| 1/29/2021 | preparing notice of deps for K. Hanson and A. Tak and dep subs | 0.25 |
| 2/2/2021 | download and save videos from 9th supp disclosures | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 2/3/2021 | download and save videos from 9th and 10th supp disclosures | 0.50 |
| 2/4/2021 | download and save videos from 10th and 11th supp disclosures | 0.50 |
| 2/8/2021 | review DPD videos, BWC and HALO, take notes (to assist attorneys in discovery, depositions, trial) | 2.50 |
| 2/9/2021 | reviewing Denver's radio communications files, noting errors, emailing with Denver's paralegal about fixing errors | 0.75 |
| 2/12/2021 | reviewing Denver's radio communications files, noting errors, emailing with Denver's paralegal about fixing errors | 0.50 |
| 2/16/2021 | review Defs' supp disclosures for Bates numbering errors, rename files to include full Bates range | 2.00 |
| 2/16/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.50 |
| 2/17/2021 | review Defs' supp disclosures for Bates numbering errors, rename files to include full Bates range; emailing with Denver's paralegal re: fixing errors | 1.75 |
| 2/17/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.50 |
| 2/19/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.00 |
| 2/22/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.00 |
| 2/22/2021 | sending out Fitouri Ps' privilege log | 0.25 |
| 2/23/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 2/24/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 2/25/2021 | draft subpoenas and Notice for P. Shaker and S. Redfearn depositions | 0.50 |
| 2/26/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.00 |
| 3/1/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 1.00 |
| 3/2/2021 | download and save CSP's SDT response and produce | 0.25 |
| 3/8/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 3.50 |
| 3/9/2021 | review Aurora PD BWC, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 3/10/2021 | emailing with Denver's paralegal about missing files in supp production | 0.25 |
| 3/10/2021 | review DPD BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.00 |
| 3/30/2021 | preparing notices of deps for A. Bolton and R. Beall | 0.25 |

| Date | Description | Hours |
|---|---|---|
| 3/31/2021 | preparing amended dep notices for A. Bolton and R. Beall; confirmining deps with court reporter | 0.25 |
| 3/31/2021 | preparing notices of deps and dep subs for M. Canino, J. Williams, V. Porter, R. Pine deps | 0.25 |
| 4/5/2021 | match DPD officers' BWC videos with notes listing incidents | 4.00 |
| 4/6/2021 | match DPD officers' BWC videos with notes listing incidents | 2.50 |
| 4/7/2021 | preparing notice of dep for M. Canino dep | 0.25 |
| 4/13/2021 | preparing notices of deps for J. Sampson and T. Cunningham | 0.25 |
| 4/29/2021 | confirming T. Cunningham dep with court reporter, sending link to counsel | 0.25 |
| 4/29/2021 | preparing notices of deps for D. Abeyta and P. Phelan deps | 0.25 |
| 5/12/2021 | preparing notice of deposition for Chief Pazen dep | 0.25 |
| 5/17/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 5/18/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 5/19/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 5/20/2021 | confirming court reporter for D. Abeyta dep, sending link to counsel | 0.25 |
| 5/20/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.75 |
| 5/21/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.50 |
| 5/24/2021 | confirming Phelan deposition with court reporter, sending link to counsel | 0.25 |
| 5/24/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 5/25/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.25 |
| 5/26/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 5/27/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.25 |
| 5/28/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 5/31/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.00 |
| 6/1/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.00 |
| 6/2/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 1.75 |

| Date | Description | Hours |
|---|---|---|
| 6/3/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 6/4/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.50 |
| 6/7/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.25 |
| 6/8/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 6/9/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 6/10/2021 | preparing notice of depositions for V. Porter and T. Pine deps | 0.25 |
| 6/10/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 6/11/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.50 |
| 6/14/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.25 |
| 6/15/2021 | preparing 2nd amd notice of deposition for J. Williams | 0.25 |
| 6/15/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.25 |
| 6/16/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 6/17/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.75 |
| 6/18/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.75 |
| 6/21/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.50 |
| 6/22/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.00 |
| 6/24/2021 | preparing video for re-production, sending to counsel at defense counsel's request | 0.25 |
| 6/24/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 6/25/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 6/28/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.75 |
| 6/29/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.50 |
| 6/30/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.25 |
| 7/1/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |

| Date | Description | Hours |
|---|---|---|
| 7/2/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 7/5/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.25 |
| 7/6/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 7/7/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 7/8/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.75 |
| 7/9/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.50 |
| 7/12/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 7/13/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.25 |
| 7/14/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.75 |
| 7/15/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.50 |
| 7/16/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 7/19/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 7/20/2021 | preparing notice of depositions for K. Carroll and R. Espinosa deps | 0.25 |
| 7/20/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 7/21/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.25 |
| 7/22/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.00 |
| 7/23/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.50 |
| 8/1/2021 | review, consolidate lists of materials shared with experts | 4.00 |
| 8/2/2021 | preparing notice of deposition for M. O'Donnell dep | 0.25 |
| 8/2/2021 | review, consolidate and finalize list of materials shared with experts | 2.00 |
| 8/3/2021 | preparing notice of deposition for R. Thomas dep | 0.25 |
| 8/3/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.25 |
| 8/4/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 8/5/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.75 |

| Date | Description | Hours |
|---|---|---|
| 8/6/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 8.00 |
| 8/10/2021 | Bates-stamping Deras records for production, sending to counsel | 0.25 |
| 8/12/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.75 |
| 8/13/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.25 |
| 8/24/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 3.50 |
| 8/25/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.75 |
| 8/26/2021 | preparing SDT to Verizon Wireless | 0.25 |
| 8/26/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 8/27/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 7.00 |
| 8/30/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 8/31/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.25 |
| 9/1/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 6.00 |
| 9/2/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 4.00 |
| 9/3/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.75 |
| 9/6/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 2.50 |
| 9/7/2021 | review DPD & Aurora BWC videos, take notes (to assist attorneys in discovery, depositions, trial) | 5.00 |
| 9/10/2021 | draft deposition subpoena for T.Stegink and email to counsel | 0.25 |
| 9/13/2021 | reviewing material to provide to experts | 1.00 |
| 9/14/2021 | reviewing material to provide to experts | 0.50 |
| 9/20/2021 | draft NoD for M.Martinez and schedule with court reporter | 0.50 |
| 9/21/2021 | preparing waivers of service for new defs in second amended complaint | 0.75 |
| 10/11/2021 | confirming E. Knutson dep with court reporter, sending link to counsel | 0.25 |
| 10/12/2021 | confirmining R. Thomas dep with court reporter, sending link to counsel | 0.25 |
| 10/14/2021 | confirmining M. O'Donnell dep with court reporter, sending link to counsel | 0.25 |

| Date | Description | Hours |
|---|---|---|
| 10/18/2021 | preparing amended dep notice for T. Stegink and email to counsel | 0.25 |
| 10/18/2021 | preparing SDT to Golden PD | 0.25 |
| 10/19/2021 | Bates-stamping additional production (DPD response to OIM report) | 0.25 |
| 10/27/2021 | contact outside agencies/entities re service, and prepare SDTs for records re: defense expert S. Ijames | 2.00 |
| 10/27/2021 | contact the recordkeeper for the Golden PD and ask for status update of the SDT response | 0.25 |
| 10/28/2021 | locate process servers in VA, MO and WY and ararnge for service of SDTs fo Ijames records | 1.25 |
| 10/29/2021 | prepare Golden PD's SDT response for production | 0.50 |
| 10/29/2021 | preparing T. Dreith deposition notice, arranging for court reporter | 0.25 |
| 11/3/2021 | draft SDT for defense expert S. Ijames and serve copy via email | 0.25 |
| 11/9/2021 | draft revised riders for the SDT of S. Ijames | 0.25 |
| 11/9/2021 | review all videos produced by Defendants and ensure all have been logged and reviewed, in preparation for summary judgment and trial | 1.25 |
| 11/10/2021 | Bates stamped SDT responses from Greene County Sheriff's Office, IACP and Springfield PD and produce | 0.25 |
| 11/10/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 1.00 |
| 11/11/2021 | Bates stamp IACP SDT response and produce | 0.25 |
| 11/12/2021 | draft SDT and deposition subpoena for Steve Ijames | 1.00 |
| 11/15/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 1.25 |
| 11/16/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 2.75 |
| 11/17/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 2.50 |
| 11/18/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 2.00 |
| 11/19/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 1.25 |
| 11/22/2021 | preparing deposition notice and arranging court reporter for A. Hamilton dep | 0.25 |
| 11/23/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 0.75 |
| 11/29/2021 | prepare Steve Ijames's response to his SDT for production and produce | 1.75 |
| 11/29/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 0.50 |
| 11/30/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 5.25 |

| Date | Description | Hours |
|---|---|---|
| 12/1/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 1.00 |
| 12/2/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 3.00 |
| 12/3/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 2.00 |
| 12/4/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 0.50 |
| 12/6/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 3.00 |
| 12/7/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 3.00 |
| 12/8/2021 | prepare material rec'd from S.Ijames for production and produce | 1.75 |
| 12/8/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 2.75 |
| 12/9/2021 | prepare material rec'd from S. Ijames for production and produce | 1.50 |
| 12/9/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 5.00 |
| 12/10/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 4.00 |
| 12/13/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 5.75 |
| 12/14/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 6.50 |
| 12/15/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 3.25 |
| 12/28/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 3.50 |
| 12/29/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 5.50 |
| 12/30/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 3.50 |
| 12/31/2021 | review and log all remaining videos, in preparation for summary judgment and trial | 4.50 |
| 1/3/2022 | review and log all remaining videos, in preparation for summary judgment and trial | 2.50 |
| 1/5/2022 | review and log all remaining videos, in preparation for summary judgment and trial | 2.50 |
| 1/13/2022 | review and log all remaining videos, in preparation for summary judgment and trial | 3.00 |
| 1/14/2022 | review and log all remaining videos, in preparation for summary judgment and trial | 4.00 |
| 1/18/2022 | pull exhibits for MIL - Daubert | 1.00 |

| Date | Description | Hours |
|---|---|---|
| 1/18/2022 | review and log all remaining videos, in preparation for summary judgment and trial | 3.25 |
| 1/19/2022 | prepare exhbits for MIL - Daubert and file | 0.50 |
| 1/19/2022 | review and log all remaining videos, in preparation for trial | 2.25 |
| 1/20/2022 | review and log all remaining videos, in preparation for trial | 2.75 |
| 1/21/2022 | revise draft of trial exhibit list | 3.25 |
| 1/25/2022 | review depositions and create digest for trial | 1.00 |
| 1/26/2022 | review depositions and create digest for trial | 2.00 |
| 1/27/2022 | review depositions and create digest for trial | 2.25 |
| 2/1/2022 | review depositions and create digest for trial | 0.25 |
| 2/2/2022 | review depositions and create digest for trial | 3.00 |
| 2/3/2022 | review depositions and create digest for trial | 1.50 |
| 2/4/2022 | review depositions and create digest for trial | 3.00 |
| 2/7/2022 | review depositions and create digest for trial | 3.00 |
| 2/8/2022 | pull docs for exhibits to Plaintiffs' response to MSJ | 4.50 |
| 2/9/2022 | pull pages from deposition transcripts for response to MSJ | 5.00 |
| 2/9/2022 | review exhibit list to ensure all exhibits are present | 1.00 |
| 2/10/2022 | pull pages from deposition transcripts for response to MSJ | 1.50 |
| 2/10/2022 | work with legal assistant from Arnold & Porter and prepare exhibits for response to MSJ | 3.00 |
| 2/11/2022 | pull pages from deposition transcripts for response to MSJ | 1.00 |
| 2/11/2022 | review all exhibits and add exhibit stamp to each | 1.25 |
| 2/17/2022 | preparing deposition notices for R. Parsons, M. Woods; arranging court reporter | 0.25 |
| 3/3/2022 | preparing additional videos, photos for production; producing to counsel | 0.50 |
| 3/5/2022 | printing documents attorneys need for trial, organizing trial boxes and trial exhibits | 8.00 |
| 3/6/2022 | printing documents attorneys need for trial, organizing trial boxes and trial exhibits | 8.00 |
| 3/7/2022 | attending trial | 8.00 |
| 3/9/2022 | review P. Phelan deposition and produce digest for attorney use at trial | 6.00 |
| 3/10/2022 | review and make notes of pertinent sections of radio dispatch for attorney use in witness examination | 3.25 |
| 3/10/2022 | review and summarize radio dispatch for attorney use in witness examination | 1.25 |
| 5/19/2022 | reviewing hours and timesheet for fee petition | 1.50 |
| 5/31/2022 | organizing and finalized invoices and receipts for fee petition and bill of costs | 1.25 |
| 5/31/2022 | reviewing and finalizing declaration for fee petition | 0.25 |

| | | |
|---|---|---|
| 6/1/2022 | finalizing exhibits for fee petition and receipts for bill of costs; determining amount of discovery produced in the case; reviewing and labeling exhibits for fee petition | 3.25 |
| | | |
| **TOTAL** | | **785.00** |
| | | |
| **Notes:** | *Time spent downloading Denver BWC and HALO was reduced to 0.5 per day, despite actual time required ranging from 4-8 hours per day. | |
| | *Time spent downloading Aurora BWC was reduced to 0.5 each day even though it took 15-20 *per video* to download. Aurora's counsel refused to produce the videos on an external hard drive so that it would take less time to save the files. Denver Defendants' counsel (David Cooperstein) requested that Plaintiffs spend the time downloading them and produce them to defendants on an external hard drive. | |