| Loevy & Loevy -- Section 1988 Expenses | | | | |
|---|---|---|---|---|
| (related to claims tried to verdict) | | | | |
| | | | | |
| Vendor/Payee | Date | Invoice # / Location | Amount | Grounds for Award |
| Pacer | 6/30/20 | | $2.20 | legal research |
| CO DEPT OF PUBLIC SAFETY | 7/8/20 | 600 17TH STREET # 2150 S | $51.89 | obtaining video from CSP via CORA |
| Westlaw | 7/23/20 | | $707.53 | legal research |
| DENVER BOULDER COURIER | 9/10/20 | 1898 S FLATIRON CT S | $69.71 | postage/communications |
| USPS PO 0752200258 | 9/28/20 | 603 S PUBLIC RD | $14.98 | postage/communications |
| Pacer | 9/30/20 | | $31.80 | legal research |
| DENVER BOULDER COURIER | 10/1/20 | 2300 CENTRAL AVE STE | $32.20 | postage/communications |
| USPS PO 0708860134 | 10/29/20 | 1905 15TH ST | $9.90 | postage/communications |
| USPS PO 0708860134 | 10/30/20 | 1905 15TH ST | $5.45 | postage/communications |
| USPS PO 0708860134 | 11/18/20 | 1905 15TH ST | $11.29 | postage/communications |
| Pacer | 12/31/20 | | $1.00 | legal research |
| USPS PO 0708860134 | 1/12/21 | 1905 15TH ST | $7.09 | postage/communications |
| Pacer | 3/31/21 | | $28.20 | legal research |
| DENVER BOULDER COURIER | 4/1/21 | 2300 CENTRAL AVE STE | $48.02 | postage/communications (also partial process service) |
| Westlaw | 4/28/21 | | $53.06 | legal research |
| Westlaw | 4/28/21 | | $314.16 | legal research |
| USPS | 5/20/21 | | $7.95 | postage/communications |
| Pacer | 6/30/21 | | $11.70 | legal research |
| USPS | 9/7/21 | | $7.95 | postage/communications |
| Pacer | 9/30/21 | | $19.70 | legal research |
| USPS | 10/13/21 | | $8.70 | postage/communications |
| Pacer | 12/31/21 | | $33.80 | legal research |
| USPS | 1/12/22 | | $8.95 | postage/communications |
| Judicial Arbiter Group, Inc. | 1/26/22 | 21-1369-01 | $1,499.92 | mediation cost (cost of mediation of individual claims) |

Exhibit M

| | | | | |
|---|---|---|---|---|
| UNITED     0162390875055 | 1/27/22 | | $177.20 | transportation (airfare for Makeba R. for pretrial conference) |
| HILTON HOTELS | 2/4/22 | 439313 | $151.63 | hotel (for Makeba R. for pretrial conference) |
| Westlaw | 2/9/22 | | $835.03 | legal research |
| AIRBNB  HMTYTA8QJW | 2/16/22 | HMTYTA8QJW41580 05959 | $3,057.19 | hotel (for Makeba R. during trial) ($3,448.24-391.05 refund on 2/19) |
| UNITED     0162395429062 | 2/19/22 | | $228.60 | transportation (airfare for Makeba R. for trial) |
| UNITED     0162397413942 | 3/1/22 | | $183.00 | transportation (airfare for Makeba R. for trial) |
| UNITED     0169974861259 | 3/1/22 | | $35.00 | transportation (airfare for Makeba R. for trial - bag fee) |
| DENVER BOULDER COURIERS I | 3/1/22 | 689030202060015 | $45.97 | postage/communications |
| USPS | 3/1/22 | | $26.95 | postage/communications |
| USPS | 3/3/22 | | $8.95 | postage/communications |
| AIRBNB  HMTYTA8QJW | 3/19/22 | HMTYTA8QJW41580 05959 | $154.26 | hotel (for Makeba R. during trial) |
| UNITED     0169980785214 | 3/27/22 | | $35.00 | transportation (airfare for Makeba R. for trial - bag fee) |
| DENVER BOULDER COURIERS I | 4/4/22 | 710040502060011 | $38.67 | postage/communications |

**TOTAL**                                        **$7,964.60**

PACER CHARGES

**Report for** ▆▆▆▆▆

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| | 18480 | 0 | $1,848.00 |
| | 332 | 0 | $33.20 |
| | 60 | 0 | $6.00 |
| | 22 | 0 | $2.20 |
| | 30 | 0 | $3.00 |
| | 1 | 0 | $0.10 |
| | 114 | 0 | $11.40 |
| | 30 | 0 | $3.00 |
| | 118 | 0 | $11.80 |
| | 1 | 0 | $0.10 |
| | 50 | 0 | $5.00 |
| | 16 | 0 | $1.60 |
| | 38 | 0 | $3.80 |
| | 123 | 0 | $12.30 |
| | 68 | 0 | $6.80 |
| | 1263 | 0 | $126.30 |
| | 86 | 0 | $8.60 |
| | 22 | 0 | $2.20 |
| CRUZ, AMBROSE | 22 | 0 | $2.20 |
| | 17 | 0 | $1.70 |
| | 26 | 0 | $2.60 |
| | 8 | 0 | $0.80 |
| | 60 | 0 | $6.00 |
| | 3 | 0 | $0.30 |
| | 59 | 0 | $5.90 |
| | 485 | 0 | $48.50 |
| | 30 | 0 | $3.00 |
| | 33 | 0 | $3.30 |
| | 2 | 0 | $0.20 |
| | 60 | 0 | $6.00 |
| | 102 | 0 | $10.20 |
| | 148 | 0 | $14.80 |
| | 3 | 0 | $0.30 |
| | 153 | 0 | $15.30 |
| | 54 | 0 | $5.40 |
| | 597 | 0 | $59.70 |
| | 51 | 0 | $5.10 |
| | 36 | 0 | $3.60 |
| | 15 | 0 | $1.50 |
| | 32 | 0 | $3.20 |
| | 4 | 0 | $0.40 |
| | 73 | 0 | $7.30 |
| | 625 | 0 | $62.50 |
| | 2 | 0 | $0.20 |
| | 83 | 0 | $8.30 |
| | 6 | 0 | $0.60 |
| | 59 | 0 | $5.90 |
| | 202 | 0 | $20.20 |
| | 89 | 0 | $8.90 |
| | 79 | 0 | $7.90 |

| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | CASE REFERENCES ONLY! For CP cases put "CP ( ONES  nbr)" etc | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category | MCC Description | Merchant City | Merchant State | Transaction Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CO DEPT OF PUBLIC SAFE | 7/8/20 | 690 17TH STREET # 2100 S | $51.89 | CRUZ  Ambrose | obtaining video from CDP via CORA | ELIZABETH | | Government | Government Services - Not Elsewhere Classified | 3035343468 | CO | 55480720190091278001072 |

| | | | |
|---|---|---|---|
| **Account:** | LOEVY & LOEVY, CHICAGO IL (1003226449) | | |
| **Date Range:** | August 27, 2019 - July 23, 2020 | | |
| **Report Format:** | Summary-Account by Client | | |
| **Products:** | Westlaw, Westlaw Retired, WestlawNext Canada | | |
| **Content Families:** | All Content Families | | |

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Cl |
|---|---|---|---|---|---|---|---|---|---|

Account: **1003226449**
  Client -



| Client CRUZ, AMBROSE | | | | | | |
|---|---|---|---|---|---|---|
| Totals for Included | 1,275 | | 128,841.00 USD | 128,191.89 USD | 649.11 USD | 58.42 USD | 707.53 |
| Totals for Client CRUZ, AMBROSE | 1,275 | | 128,841.00 USD | 128,191.89 USD | 649.11 USD | 58.42 USD | 707.53 |



| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | CASE REFERENCES ONLY! For civil cases, put " ONE3  chn " etc. For EP cases, put "EP ( ONE3   chn" etc. For OVERHEAD charges, put put "OVERHEAD" | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category | MCC Description | Merchant City | Merchant State | Transaction Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| FITOUR G 63 - CUNE T 01 | | | | | | | | | | | | |
| DENVER BOULDER COURIER | 9/10/20 | 1696 S FLAT RON CT S | $69.71 | FITOUR) Sara | pick up SDT resp  deliver to L&L | BRIAN | | Freight/Courier/Warehouse Services | Courier Services | 303-4449533 | CO | 55439875059122557453492 |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| USPS PO 0752200258 | 9/28/20 | 803 S PUBL C RD | $14.98 | FITOURI Sam | | send hard drives to OC and A&P | BRIAN | | Freight/Courier/Warehouse Services | Postal Services - Government Only | LAFAYETTE | CO | 023053700730004833757327 |
| DENVER BOULDER COURIER | 10/1/20 | 2360 CENTRAL AVE STE | $32.20 | FITOURI Sam | | hand deliver hard drive with P's 1st supp disclosres to OC | BRIAN | | Freight/Courier/Warehouse Services | Courier Services | | 303-4449533 | CO | 55438670278182767353286 |

## PACER CHARGES

| Report for<br>Client Code | Pages | Audio | Cost |
|---|---|---|---|
| | 15940 | 0 | $1,594.00 |
| - | 474 | 0 | $47.40 |
| | 2 | 0 | $0.20 |
| | 19 | 0 | $1.90 |
| | 91 | 0 | $9.10 |
| | 135 | 0 | $13.50 |
| | 44 | 0 | $4.40 |
| | 12 | 0 | $1.20 |
| | 1 | 0 | $0.10 |
| | 8 | 0 | $0.80 |
| | 54 | 0 | $5.40 |
| | 30 | 0 | $3.00 |
| | 2 | 0 | $0.20 |
| | 64 | 0 | $6.40 |
| | 28 | 0 | $2.80 |
| | 397 | 0 | $39.70 |
| | 34 | 0 | $3.40 |
| | 597 | 0 | $59.70 |
| | 51 | 0 | $5.10 |
| | 56 | 0 | $5.60 |
| | 6 | 0 | $0.60 |
| | 907 | 0 | $90.70 |
| | 154 | 0 | $15.40 |
| | 5 | 0 | $0.50 |
| | 62 | 0 | $6.20 |
| | 13 | 0 | $1.30 |
| | 12 | 0 | $1.20 |
| FITOURI, SARA | 318 | 0 | $31.80 |
| | 121 | 0 | $12.10 |
| | 117 | 0 | $11.70 |
| | 15 | 0 | $1.50 |
| | 145 | 0 | $14.50 |
| | 33 | 0 | $3.30 |
| | 10 | 0 | $1.00 |
| | 69 | 0 | $6.90 |
| | 1 | 0 | $0.10 |
| | 4 | 0 | $0.40 |
| | 129 | 0 | $12.90 |
| | 334 | 0 | $33.40 |
| | 1 | 0 | $0.10 |
| | 34 | 0 | $3.40 |
| | 11 | 0 | $1.10 |
| | 46 | 0 | $4.60 |
| | 193 | 0 | $19.30 |
| | 57 | 0 | $5.70 |
| | 90 | 0 | $9.00 |
| | 24 | 0 | $2.40 |
| | 43 | 0 | $4.30 |
| | 43 | 0 | $4.30 |
| | 178 | 0 | $17.80 |
| | 4 | 0 | $0.40 |
| | 417 | 0 | $41.70 |
| | 30 | 0 | $3.00 |
| | 11 | 0 | $1.10 |
| | 23 | 0 | $2.30 |
| | 39 | 0 | $3.90 |
| | 17 | 0 | $1.70 |
| | 20 | 0 | $2.00 |
| | 35 | 0 | $3.50 |
| | 16 | 0 | $1.60 |
| | 13 | 0 | $1.30 |
| | 116 | 0 | $11.60 |
| | 883 | 0 | $88.30 |
| | 33 | 0 | $3.30 |
| | 21 | 0 | $2.10 |
| | 20 | 0 | $2.00 |
| | 22 | 0 | $2.20 |
| | 8 | 0 | $0.80 |
| | 19 | 0 | $1.90 |
| | 4 | 0 | $0.40 |
| | 21 | 0 | $2.10 |
| | 21 | 0 | $2.10 |
| | 2345 | 0 | $234.50 |
| | 18 | 0 | $1.80 |
| | 30 | 0 | $3.00 |
| | 24 | 0 | $2.40 |
| | 12 | 0 | $1.20 |
| | 80 | 0 | $8.00 |

## PACER CHARGES

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| **Report for** ███████ | | | |
| | 15681 | 0 | $1,568.10 |
| - | 32 | 0 | $3.20 |
| | 1 | 0 | $0.10 |
| | 13 | 0 | $1.30 |
| | 14 | 0 | $1.40 |
| | 54 | 0 | $5.40 |
| | 13 | 0 | $1.30 |
| | 4 | 0 | $0.40 |
| | 103 | 0 | $10.30 |
| | 11 | 0 | $1.10 |
| | 1 | 0 | $0.10 |
| | 430 | 0 | $43.00 |
| | 33 | 0 | $3.30 |
| | 45 | 0 | $4.50 |
| | 76 | 0 | $7.60 |
| | 2 | 0 | $0.20 |
| | 53 | 0 | $5.30 |
| | 57 | 0 | $5.70 |
| | 143 | 0 | $14.30 |
| | 35 | 0 | $3.50 |
| | 21 | 0 | $2.10 |
| | 4 | 0 | $0.40 |
| FITOURI, SARA | 10 | 0 | $1.00 |
| | 36 | 0 | $3.60 |
| | 30 | 0 | $3.00 |
| | 34 | 0 | $3.40 |
| | 6 | 0 | $0.60 |
| | 161 | 0 | $16.10 |
| | 46 | 0 | $4.60 |
| | 11 | 0 | $1.10 |
| | 69 | 0 | $6.90 |
| | 19 | 0 | $1.90 |
| | 55 | 0 | $5.50 |
| | 36 | 0 | $3.60 |
| | 16 | 0 | $1.60 |
| | 31 | 0 | $3.10 |
| | 30 | 0 | $3.00 |
| | 60 | 0 | $6.00 |
| | 48 | 0 | $4.80 |
| | 2 | 0 | $0.20 |
| | 24 | 0 | $2.40 |
| | 28 | 0 | $2.80 |
| | 4 | 0 | $0.40 |
| | 4 | 0 | $0.40 |
| | 16 | 0 | $1.60 |
| | 28 | 0 | $2.80 |
| | 4 | 0 | $0.40 |
| | 157 | 0 | $15.70 |
| | 120 | 0 | $12.00 |
| | 12 | 0 | $1.20 |
| | 46 | 0 | $4.60 |
| | 2 | 0 | $0.20 |
| | 224 | 0 | $22.40 |

| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | CASE REFERENCES ONLY! For chB cases put " ONES   sbs " sts For EP cases  put "EP ( ONES   sbs)" sts For OVERHEAD charges put sd "OVERHEAD" | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category | MCC Description | Merchant City | Merchant State | Transaction Reference Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|



| USPS PO 0706860134 | 10/29/20 | 1905 15TH ST | $9.90 | FITOURI Sara | mail hard drives to OC and A&P | BRIAN | | Freight/Courier/Warehouse Services | Postal Services - Government Only | BOULDER | CO | 023053703040004836308147 |

| USPS PO 0706860134 | 10/30/20 | 1905 15TH ST | $5.45 | FITOURI Sara | mail hard drive with CSP videos to Makeba | BRIAN | | Freight/Courier/Warehouse Services | Postal Services - Government Only | BOULDER | CO | 023053703050005017561174 |



| USPS PO 0706860134 | 11/18/20 | 1905 15TH ST | $11.29 | FITOURI Sarah | mail 6th supp disclosures to OC and A&P | BRIAN | | Freight/Courier/Warehouse Services | Postal Services - Government Only | BOULDER | CO | 023053733400000784752 |



| USPS PO 0705860134 | 1/12/21 | 1905 15TH ST | $7.09 | FITOURI Sarah | send Hard drive to A.McNulty @ K L & N  LLP | BRIAN | Freight/Courier/Warehouse Services | Postal Services - Government Only | BOULDER | CO | 0230537101300048571829S |

PACER CHARGES

**Report for** ███████

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| | 13415 | 0 | $1,341.50 |
| | 128 | 0 | $12.80 |
| | 17 | 0 | $1.70 |
| | 10 | 0 | $1.00 |
| | 40 | 0 | $4.00 |
| | 4 | 0 | $0.40 |
| | 3 | 0 | $0.30 |
| | 11 | 0 | $1.10 |
| | 98 | 0 | $9.80 |
| | 40 | 0 | $4.00 |
| | 36 | 0 | $3.60 |
| | 10 | 0 | $1.00 |
| | 529 | 0 | $52.90 |
| | 85 | 0 | $8.50 |
| | 28 | 0 | $2.80 |
| | 42 | 0 | $4.20 |
| | 27 | 0 | $2.70 |
| FITOURI, SARA | 282 | 0 | $28.20 |
| | 10 | 0 | $1.00 |
| | 107 | 0 | $10.70 |
| | 10 | 0 | $1.00 |
| | 93 | 0 | $9.30 |
| | 155 | 0 | $15.50 |
| | 23 | 0 | $2.30 |
| | 79 | 0 | $7.90 |
| | 20 | 0 | $2.00 |
| | 5 | 0 | $0.50 |
| | 83 | 0 | $8.30 |
| | 3 | 0 | $0.30 |
| | 6 | 0 | $0.60 |
| | 103 | 0 | $10.30 |
| | 54 | 0 | $5.40 |
| | 4 | 0 | $0.40 |
| | 28 | 0 | $2.80 |
| | 40 | 0 | $4.00 |
| | 19 | 0 | $1.90 |
| | 4 | 0 | $0.40 |
| | 18 | 0 | $1.80 |
| | 17 | 0 | $1.70 |
| | 7 | 0 | $0.70 |
| | 189 | 0 | $18.90 |
| | 30 | 0 | $3.00 |
| | 24 | 0 | $2.40 |
| | 128 | 0 | $12.80 |
| | 24 | 0 | $2.40 |
| | 2 | 0 | $0.20 |
| | 4 | 0 | $0.40 |
| | 37 | 0 | $3.70 |
| | 4 | 0 | $0.40 |



| DENVER BOULDER COURIER | 4/1/21 | 2060 CENTRAL AVE STE | $48.02 | FITOURI Sami | Part of overall $238.02 charge 1) serve atty subpoenas 2) hire courier to pick up thumb drive with video files and deliver to LBL | BRIAN | | | Freight/Courier/Warehouse Services | Courier Services | 303-4443833 | CO | 55436F78937760430221 |

| | | | | | |
|---|---|---|---|---|---|
| 1 | 143.00 USD | 142.43 USD | 0.57 USD | 0.05 USD | 0.63 USD |
| 133 | 9,681.00 USD | 9,642.11 USD | 38.89 USD | 3.50 USD | 42.39 USD |
| 133 | 9,681.00 USD | 9,642.11 USD | 38.89 USD | 3.50 USD | 42.39 USD |
| 153 | 10,293.00 USD | 10,251.65 USD | 41.35 USD | 3.72 USD | 45.07 USD |
| 153 | 10,293.00 USD | 10,251.65 USD | 41.35 USD | 3.72 USD | 45.07 USD |
| 2 | 86.00 USD | 85.65 USD | 0.35 USD | 0.03 USD | 0.38 USD |
| 2 | 86.00 USD | 85.65 USD | 0.35 USD | 0.03 USD | 0.38 USD |

**Client FITOURI**

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 319 | 57,146.00 USD | 56,916.43 USD | 229.57 USD | 20.66 USD | 250.24 USD |
| Totals for Client FITOURI | 319 | 57,146.00 USD | 56,916.43 USD | 229.57 USD | 20.66 USD | 250.24 USD |

**Client FITOURI, SARA**

| | | | | | |
|---|---|---|---|---|---|
| Totals for Included | 176 | 12,314.00 USD | 12,264.53 USD | 49.47 USD | 4.45 USD | 53.92 USD |
| Totals for Client FITOURI, SARA | 176 | 12,314.00 USD | 12,264.53 USD | 49.47 USD | 4.45 USD | 53.92 USD |

| | | | | | |
|---|---|---|---|---|---|
| 290 | 35,143.00 USD | 35,001.82 USD | 141.18 USD | 12.71 USD | 153.89 USD |
| 290 | 35,143.00 USD | 35,001.82 USD | 141.18 USD | 12.71 USD | 153.89 USD |
| 18 | 1,712.00 USD | 1,705.12 USD | 6.88 USD | 0.62 USD | 7.50 USD |
| 18 | 1,712.00 USD | 1,705.12 USD | 6.88 USD | 0.62 USD | 7.50 USD |
| 191 | 19,598.00 USD | 19,519.27 USD | 78.73 USD | 7.09 USD | 85.82 USD |
| 191 | 19,598.00 USD | 19,519.27 USD | 78.73 USD | 7.09 USD | 85.82 USD |
| 339 | 2,850.00 USD | 2,838.55 USD | 11.45 USD | 1.03 USD | 12.48 USD |
| 339 | 2,850.00 USD | 2,838.55 USD | 11.45 USD | 1.03 USD | 12.48 USD |
| 328 | 2,341.00 USD | 2,331.60 USD | 9.40 USD | 0.85 USD | 10.25 USD |
| 328 | 2,341.00 USD | 2,331.60 USD | 9.40 USD | 0.85 USD | 10.25 USD |
| 126 | 10,333.00 USD | 10,291.49 USD | 41.51 USD | 3.74 USD | 45.25 USD |
| 126 | 10,333.00 USD | 10,291.49 USD | 41.51 USD | 3.74 USD | 45.25 USD |
| 273 | 17,984.00 USD | 17,911.75 USD | 72.25 USD | 6.50 USD | 78.75 USD |
| 273 | 17,984.00 USD | 17,911.75 USD | 72.25 USD | 6.50 USD | 78.75 USD |
| 25 | 3,100.00 USD | 3,087.55 USD | 12.45 USD | 1.12 USD | 13.57 USD |
| 25 | 3,100.00 USD | 3,087.55 USD | 12.45 USD | 1.12 USD | 13.57 USD |
| 79 | 4,711.00 USD | 4,692.07 USD | 18.93 USD | 1.70 USD | 20.63 USD |
| 79 | 4,711.00 USD | 4,692.07 USD | 18.93 USD | 1.70 USD | 20.63 USD |
| 1 | 43.00 USD | 42.83 USD | 0.17 USD | 0.02 USD | 0.19 USD |
| 1 | 43.00 USD | 42.83 USD | 0.17 USD | 0.02 USD | 0.19 USD |
| 431 | 30,465.00 USD | 30,342.61 USD | 122.39 USD | 11.01 USD | 133.40 USD |
| 431 | 30,465.00 USD | 30,342.61 USD | 122.39 USD | 11.01 USD | 133.40 USD |
| 3 | 229.00 USD | 228.08 USD | 0.92 USD | 0.08 USD | 1.00 USD |
| 3 | 229.00 USD | 228.08 USD | 0.92 USD | 0.08 USD | 1.00 USD |
| 190 | 11,238.00 USD | 11,192.85 USD | 45.15 USD | 4.06 USD | 49.21 USD |
| 190 | 11,238.00 USD | 11,192.85 USD | 45.15 USD | 4.06 USD | 49.21 USD |
| 25 | 6,285.00 USD | 6,259.75 USD | 25.25 USD | 2.27 USD | 27.52 USD |
| 25 | 6,285.00 USD | 6,259.75 USD | 25.25 USD | 2.27 USD | 27.52 USD |
| 3 | 104.00 USD | 103.58 USD | 0.42 USD | 0.04 USD | 0.46 USD |
| 3 | 104.00 USD | 103.58 USD | 0.42 USD | 0.04 USD | 0.46 USD |
| 65 | 4,874.00 USD | 4,854.42 USD | 19.58 USD | 1.76 USD | 21.34 USD |
| 65 | 4,874.00 USD | 4,854.42 USD | 19.58 USD | 1.76 USD | 21.34 USD |
| 87 | 6,294.00 USD | 6,268.71 USD | 25.29 USD | 2.28 USD | 27.56 USD |
| 87 | 6,294.00 USD | 6,268.71 USD | 25.29 USD | 2.28 USD | 27.56 USD |

*Cut on dotted line.* 49

## Instructions

1. Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0391 6043 36**

| | |
|---|---|
| Trans. #: 534064806 | Priority Mail® Postage: **$7.95** |
| Print Date: 05/20/2021 | Total: $7.95 |
| Ship Date: 05/20/2021 | |
| Expected Delivery Date: 05/24/2021 | |

**From:**   ANDY THAYER          Ref#: Stamper
LOEVY & LOEVY ATTORNEYS AT LAW
311 N ABERDEEN ST # 3
CHICAGO IL 60607-1249

**To:**   NORMAN STAMPER
PO BOX 1056
EASTSOUND WA 98245-1056

\* Retail Pricing Priority Mail rates apply.  There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE**®    *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

## PACER CHARGES

**Report for** ▇▇▇▇▇▇

| Client Code | Pages | Audio | Cost |
|---|---|---|---|
| | 13274 | 0 | $1,327.40 |
| - | 4 | 0 | $0.40 |
| | 11 | 0 | $1.10 |
| | 30 | 0 | $3.00 |
| | 26 | 0 | $2.60 |
| | 81 | 0 | $8.10 |
| | 25 | 0 | $2.50 |
| | 13 | 0 | $1.30 |
| | 18 | 0 | $1.80 |
| | 525 | 0 | $52.50 |
| | 14 | 0 | $1.40 |
| | 177 | 0 | $17.70 |
| | 18 | 0 | $1.80 |
| FITOURI | 27 | 0 | $2.70 |
| FITOURI, SARA | 90 | 0 | $9.00 |
| | 12 | 0 | $1.20 |
| | 44 | 0 | $4.40 |
| | 48 | 0 | $4.80 |
| | 12 | 0 | $1.20 |
| | 4 | 0 | $0.40 |
| | 9 | 0 | $0.90 |
| | 97 | 0 | $9.70 |
| | 121 | 0 | $12.10 |
| | 4 | 0 | $0.40 |
| | 3 | 0 | $0.30 |
| | 29 | 0 | $2.90 |
| | 60 | 0 | $6.00 |
| | 50 | 0 | $5.00 |
| | 5 | 0 | $0.50 |
| | 68 | 0 | $6.80 |
| | 8 | 0 | $0.80 |
| | 44 | 0 | $4.40 |
| | 96 | 0 | $9.60 |
| | 712 | 0 | $71.20 |
| | 84 | 0 | $8.40 |
| | 5 | 0 | $0.50 |
| | 13 | 0 | $1.30 |
| | 622 | 0 | $62.20 |
| | 47 | 0 | $4.70 |
| | 100 | 0 | $10.00 |
| | 497 | 0 | $49.70 |
| | 10 | 0 | $1.00 |
| | 6 | 0 | $0.60 |
| | 101 | 0 | $10.10 |
| | 50 | 0 | $5.00 |
| | 8 | 0 | $0.80 |
| | 14 | 0 | $1.40 |
| | 99 | 0 | $9.90 |
| | 93 | 0 | $9.30 |
| | 30 | 0 | $3.00 |
| | 1 | 0 | $0.10 |
| | 2 | 0 | $0.20 |
| | 57 | 0 | $5.70 |
| | 1 | 0 | $0.10 |

*Cut on dotted line*

## Instructions

1. Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, DO NOT TAPE OVER BARCODE. Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**
**9405 5036 9930 0496 3016 59**

| | | Priority Mail® Postage: | $7.95 |
|---|---|---|---|
| Trans. #: | 542966735 | Total: | $7.95 |
| Print Date: | 09/07/2021 | | |
| Ship Date: | 09/07/2021 | | |
| Expected Delivery Date: | 09/10/2021 | | |

**From:** ANDY THAYER   .                          Ref#: NStamper
LOEVY & LOEVY ATTORNEYS AT LAW
311 N ABERDEEN ST # 3
CHICAGO IL 60607-1249

**To:** NORMAN STAMPER
PO BOX 1056
EASTSOUND WA 98245-1056

\* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE**® *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

| | | |
|---|---|---|
| 20 | 0 | $2.00 |
| FITOURI, SARA    197 | 0 | $19.70 |
| 261 | 0 | $26.10 |
| 52 | 0 | $5.20 |
| 4 | 0 | $0.40 |
| 35 | 0 | $3.50 |
| 44 | 0 | $4.40 |
| 17 | 0 | $1.70 |
| 55 | 0 | $5.50 |
| 134 | 0 | $13.40 |
| 60 | 0 | $6.00 |
| 68 | 0 | $6.80 |
| 76 | 0 | $7.60 |
| 10 | 0 | $1.00 |
| 7 | 0 | $0.70 |
| 6 | 0 | $0.60 |
| 31 | 0 | $3.10 |
| 161 | 0 | $16.10 |
| 46 | 0 | $4.60 |
| 28 | 0 | $2.80 |
| 33 | 0 | $3.30 |
| 127 | 0 | $12.70 |
| 30 | 0 | $3.00 |
| 4 | 0 | $0.40 |
| 33 | 0 | $3.30 |
| 60 | 0 | $6.00 |
| 48 | 0 | $4.80 |
| 128 | 0 | $12.80 |
| 4 | 0 | $0.40 |
| 4 | 0 | $0.40 |
| 64 | 0 | $6.40 |
| 7 | 0 | $0.70 |
| 8 | 0 | $0.80 |
| 34 | 0 | $3.40 |
| 106 | 0 | $10.60 |
| 87 | 0 | $8.70 |
| 3 | 0 | $0.30 |
| 4 | 0 | $0.40 |
| 41 | 0 | $4.10 |
| 4 | 0 | $0.40 |
| 5 | 0 | $0.50 |
| 44 | 0 | $4.40 |
| 88 | 0 | $8.80 |
| 158 | 0 | $15.80 |
| 8 | 0 | $0.80 |
| 28 | 0 | $2.80 |
| 66 | 0 | $6.60 |
| 18 | 0 | $1.80 |
| 23 | 0 | $2.30 |
| 89 | 0 | $8.90 |
| 4 | 0 | $0.40 |
| 73 | 0 | $7.30 |
| 5 | 0 | $0.50 |
| 99 | 0 | $9.90 |
| 6 | 0 | $0.60 |
| 168 | 0 | $16.80 |
| 1 | 0 | $0.10 |
| 326 | 0 | $32.60 |
| 37 | 0 | $3.70 |
| 5 | 0 | $0.50 |
| 25 | 0 | $2.50 |

*Cut on dotted line*

## Instructions

1. **Each Click-N-Ship® label is unique. Labels are to be used as printed and used only once. DO NOT PHOTO COPY OR ALTER LABEL.**

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package. A self-adhesive label is recommended. If tape or glue is used, **DO NOT TAPE OVER BARCODE. Be sure all edges are secure.**

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

**USPS TRACKING # :**

**9405 5036 9930 0031 5297 53**

| Trans. #: | 545864399 | Priority Mail® Postage: | $8.70 |
|---|---|---|---|
| Print Date: | 10/13/2021 | Total: | $8.70 |
| Ship Date: | 10/13/2021 | | |
| Expected | | | |
| Delivery Date: | 10/16/2021 | | |

**From:**   ANDY THAYER                              Ref#: Fitouri
LOEVY & LOEVY ATTORNEYS AT LAW
311 N ABERDEEN ST # 3
CHICAGO IL 60607-1249

**To:**   NORMAN STAMPER
PO BOX 1056
EASTSOUND WA 98245-1056

* Retail Pricing Priority Mail rates apply. There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE** ®   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

|  | | | |
|---|---|---|---|
|  | 22 | 0 | $2.20 |
|  | 72 | 0 | $7.20 |
|  | 592 | 0 | $59.20 |
|  | 1 | 0 | $0.10 |
| FITOURI | 67 | 0 | $6.70 |
| FITOURI, SARA | 271 | 0 | $27.10 |
|  | 1 | 0 | $0.10 |
|  | 438 | 0 | $43.80 |
|  | 5 | 0 | $0.50 |
|  | 32 | 0 | $3.20 |
|  | 69 | 0 | $6.90 |
|  | 14 | 0 | $1.40 |
|  | 280 | 0 | $28.00 |
|  | 86 | 0 | $8.60 |
|  | 32 | 0 | $3.20 |
|  | 265 | 0 | $26.50 |
|  | 3 | 0 | $0.30 |
|  | 409 | 0 | $40.90 |
|  | 156 | 0 | $15.60 |
|  | 20 | 0 | $2.00 |
|  | 5 | 0 | $0.50 |
|  | 14 | 0 | $1.40 |
|  | 150 | 0 | $15.00 |
|  | 19 | 0 | $1.90 |
|  | 60 | 0 | $6.00 |
|  | 264 | 0 | $26.40 |
|  | 32 | 0 | $3.20 |
|  | 60 | 0 | $6.00 |
|  | 39 | 0 | $3.90 |
|  | 30 | 0 | $3.00 |
|  | 40 | 0 | $4.00 |
|  | 1 | 0 | $0.10 |
|  | 61 | 0 | $6.10 |
|  | 7 | 0 | $0.70 |
|  | 5 | 0 | $0.50 |
|  | 25 | 0 | $2.50 |
|  | 145 | 0 | $14.50 |
|  | 21 | 0 | $2.10 |
|  | 88 | 0 | $8.80 |
|  | 11 | 0 | $1.10 |
|  | 18 | 0 | $1.80 |
|  | 93 | 0 | $9.30 |
|  | 114 | 0 | $11.40 |
|  | 28 | 0 | $2.80 |
|  | 16 | 0 | $1.60 |
|  | 32 | 0 | $3.20 |
|  | 30 | 0 | $3.00 |
|  | 56 | 0 | $5.60 |
|  | 44 | 0 | $4.40 |
|  | 64 | 1 | $8.80 |
|  | 10 | 0 | $1.00 |
|  | 29 | 0 | $2.90 |
|  | 7 | 0 | $0.70 |
|  | 8 | 0 | $0.80 |
|  | 13 | 0 | $1.30 |
|  | 4 | 0 | $0.40 |
|  | 1 | 0 | $0.10 |
|  | 4 | 0 | $0.40 |
|  | 281 | 0 | $28.10 |
|  | 46 | 0 | $4.60 |
|  | 51 | 0 | $5.10 |
|  | 33 | 0 | $3.30 |
|  | 12 | 0 | $1.20 |
|  | 4 | 0 | $0.40 |
|  | 670 | 0 | $67.00 |
|  | 4 | 0 | $0.40 |

*Cut on dotted line*

## Instructions

1. Each Click-N-Ship® label is unique.  Labels are to be used as printed and used only once.  DO NOT PHOTO COPY OR ALTER LABEL.

2. Place your label so it does not wrap around the edge of the package.

3. Adhere your label to the package.  A self-adhesive label is recommended.  If tape or glue is used, DO NOT TAPE OVER BARCODE.  Be sure all edges are secure.

4. To mail your package with PC Postage®, you may schedule a Package Pickup online, hand to your letter carrier, take to a Post Office™, or drop in a USPS collection box.

5. Mail your package on the "Ship Date" you selected when creating this label.

## Click-N-Ship® Label Record

### USPS TRACKING # :
### 9405 5036 9930 0134 7586 47

| Trans. #: | 553925468 | Priority Mail® Postage: | **$8.95** |
| Print Date: | 01/12/2022 | Total: | **$8.95** |
| Ship Date: | 01/13/2022 | | |
| Expected | | | |
| Delivery Date: | 01/18/2022 | | |

**From:**  ANDY THAYER
LOEVY & LOEVY ATTORNEYS AT LAW
311 N ABERDEEN ST # 3
CHICAGO IL 60607-1249

**To:**  NORMAN STAMPER
PO BOX 1056
EASTSOUND WA 98245-1056

* Retail Pricing Priority Mail rates apply   There is no fee for USPS Tracking® service on Priority Mail service with use of this electronic rate shipping label. Refunds for unused postage paid labels can be requested online 30 days from the print date.

**UNITED STATES POSTAL SERVICE** ®   *Thank you for shipping with the United States Postal Service!*
*Check the status of your shipment on the USPS Tracking® page at usps.com*

## Judicial Arbiter Group, Inc.
www.jaginc.com

1601 Blake Street
Suite 400
Denver, CO  80202

Voice:  303-572-1919
Fax:    303-571-1115
Email:  jburt@jaginc.com



# INVOICE

| Bill To: |
|---|
| Elizabeth Wang, Esq.<br>Loevy & Loevy<br>2060 Broadway, Suite 460<br>Boulder, CO  80302 |

Invoice Number:   21-1369-01
Invoice Date:     Jan 26, 2022
Period covered:   1/18/22 - 1/20/22

Federal Tax ID# 84-1011313



| Arbiter | Hourly Rate |
|---|---|
| Meyer, William | $410.00 |

| Hours | Description | Your Rate/Hr | Hrs x Rate/Hr |
|---|---|---|---|
| 1.30 | Preparation Time (class action) | 205.00 | 266.50 |
| 6.00 | Settlement Conference 1/19/22 (class action) | 205.00 | 1,230.00 |
| 2.00 | Settlement Conference (Jacquelyn Parkins case)<br>2 Party Split (Plaintiffs and City of Denver) | 205.00 | 410.00 |
| 1.30 | Preparation Time (individual claims) | 102.50 | 133.25 |
| 6.00 | Settlement Conference 1/20/22 (individual claims)<br>4 Party Split (Plaintiffs/City of Denver/City of Aurora/Jefferson County) | 102.50 | 615.00 |
| 1.00 | Settlement Conference - 1/20/22<br>3 Party Split (Plaintiffs/City of Denver/City of Aurora) | 136.67 | 136.67 |
| 1.00 | Settlement Conference - 1/20/22<br>2 Party Split (Plaintiffs/City of Denver)<br><br>Sara Fitouri, et al. v. Denver Police Department, City of Aurora, et al. | 205.00 | 205.00 |

|  |  |
|---|---|
| Subtotal | $2,996.42 |
| Less Deposit/Payment Receive |  |
| **TOTAL Due** | **$2,996.42** |

**Please make checks payable to: Judicial Arbiter Group, Inc.**

This bill is for your share of the total charges.
It has been split between the number of parties referenced above.

For proper credit please enclose a copy with your payment.



| Vendor / Description of Product | Transaction Date | Merchant Property Address | Amount | CASE REFERENCES | Brief Description of Reason for Charge | Cardholder | Cost Categories | Purchase Category / MCC Code | MCC Description | Merchant City | Merchant State | Transaction Reference Number / Acct # | Posting Date | Transaction Unique Identifier | Purchase ID | MCC Group Code | MCC Group Description | Merchant Order Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|



| UNITED | 0162390875855 | 1/27/22 | | $177.20 | FITOURU Sara | | flight to Denver or in-person pretrial confe ence | | MAKEBA RUTAHINDURWA | | | 3000 | UNITED AIRLINES | | 800-932-0722 | | TX | 0480163507100074849081 | 1/26/22 | 0481034018918480322-01 2858081 | | | | 23132 | AIRLINE | |

6/1/22, 11:22 AM                          Loevy & Loevy Mail - Fwd: eTicket Itinerary and Receipt for Confirmation P0NTE3

                                                    **Makeba Rutahindurwa <makeba@loevy.com>**

---

### Fwd: eTicket Itinerary and Receipt for Confirmation P0NTE3
1 message

---

**Makeba Rutahindurwa** <makeba.rutahindurwa@gmail.com>                     Wed, Jun 1, 2022 at 11:19 AM
To: Makeba Rutahindurwa <makeba@loevy.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "United Airlines, Inc." <Receipts@united.com>
> **Date:** January 26, 2022 at 10:47:23 PM CST
> **To:** makeba.rutahindurwa@gmail.com
> **Subject: eTicket Itinerary and Receipt for Confirmation P0NTE3**

                                                             Wed, Jan 26, 2022

## Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page
for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out
about important travel requirements specific to your trip.

Confirmation Number:

# P0NTE3

| Flight 1 of 2 UA407 | Class: United Economy (K) |
|---|---|
| Thu, Feb 03, 2022 | Thu, Feb 03, 2022 |
| **02:32 PM** | **04:18 PM** |
| Chicago, IL, US (ORD) | Denver, CO, US (DEN) |

| Flight 2 of 2 UA1898 | Class: United Economy (K) |
|---|---|
| Fri, Feb 04, 2022 | Fri, Feb 04, 2022 |
| **05:45 PM** | **09:07 PM** |
| Denver, CO, US (DEN) | Chicago, IL, US (ORD) |

Traveler Details

RUTAHINDURWA/MAKEBA

---

6/1/22, 11:22 AM                         Loevy & Loevy Mail - Fwd: eTicket Itinerary and Receipt for Confirmation P0NTE3

eTicket number: **0162390875055**                                        Seats: **ORD-DEN 51A**
                                                                                **DEN-ORD 48L**


Purchase Summary

Method of payment:                                                  **Visa ending in** ▮▮▮▮
Date of purchase:                                                   **Thu, Jan 27, 2022**

Airfare:                                                                      **137.68 USD**
U.S. Transportation Tax:                                                       **10.32 USD**
U.S. Flight Segment Tax:                                                        **9.00 USD**
September 11th Security Fee:                                                   **11.20 USD**
U.S. Passenger Facility Charge:                                                 **9.00 USD**

Total Per Passenger:                                                          **177.20 USD**

# Total:                                                          177.20 USD

## Carbon Footprint

Your estimated carbon footprint for this trip is **0.31192 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

## Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

NONREF/0VALUAFTDPT

Cancel reservations before the scheduled departure time or TICKET HAS NO VALUE.

## Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
| --- | --- | --- | --- | --- |
| Thu, Feb 03, 2022<br>Chicago, IL, US (ORD - O'Hare)<br>to Denver, CO, US (DEN) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |
| Fri, Feb 04, 2022<br>Denver, CO, US (DEN)<br>to Chicago, IL, US (ORD - O'Hare) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

## Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if
1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

## eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.

**Hilton**

**HOTELS & RESORTS**

HILTON DENVER CITY CENTER
1701 CALIFORNIA STREET
DENVER, CO  80202
United States of America
TELEPHONE 303-297-1300  • FAX 303-298-7474
Reservations
www.hilton.com or 1 800 HILTONS

Rutahindurwa, Makeba

1220 W JACKSON BLVD
914
CHICAGO IL  60606
UNITED STATES OF AMERICA

| | |
|---|---|
| Room No: | 617/K1 |
| Arrival Date: | 2/3/2022 5:10:00 PM |
| Departure Date: | 2/4/2022 1:41:00 PM |
| Adult/Child: | 2/0 |
| Cashier ID: | ZRIVERS |
| Room Rate: | 131.00 |
| AL: | |
| HH # | 1490169487 BLUE |
| VAT # | |
| Folio No/Che | 439313 A |

Confirmation Number: 3220595890

HILTON DENVER CITY CENTER 2/4/2022 1:41:00 PM

| DATE | DESCRIPTION | ID | REF NO | CHARGES | CREDIT | BALANCE |
|---|---|---|---|---|---|---|
| 2/3/2022 | GUEST ROOM | JRENNOL DS | 1499219 | $131.00 | | |
| 2/3/2022 | STATE TAX | JRENNOL DS | 1499219 | $5.24 | | |
| 2/3/2022 | CITY TAX | JRENNOL DS | 1499219 | $14.08 | | |
| 2/3/2022 | TID TAX | JRENNOL DS | 1499219 | $1.31 | | |
| 2/4/2022 | VS *2287 | ZRIVERS | 1499654 | | ($151.63) | |
| | **BALANCE** | | | | | $0.00 |

Hilton Honors(R) stays are posted within 72 hours of checkout. To check your earnings or book your next stay at more than 6,500+ hotels and resorts in 119 countries, please visit Honors.com

Thank you for choosing Hilton. You'll get more when you book directly with us - more destinations, more points, and more value. Book your next stay at hilton.com.

Page:1

| HILTON HOTELS | 2/4/22 | 436913 | $151.63 | FITOURI Sara | hotel | MAKEBA RUTAMINDURWA | | HOTELS | HILTON HOTELS HILTON | 303-8971300 | OO | 24755422538150383558598 |

**Account:** LOEVY & LOEVY, CHICAGO IL (1003226449)
**Date Range:** April 29, 2021 - February 09, 2022
**Report Format:** Summary-Account by Client
**Products:** Westlaw, Westlaw Canada, Westlaw Retired
**Content Families:** All Content Families

| Account by Client | Database Time | Transactions | Docs/Lines | Connect Time | Standard Charge | Amount of Discount | Special Pricing Charge | Tax Amount | Total Charge |
|---|---|---|---|---|---|---|---|---|---|
| **Account: 1003226449** | | | | | | | | | |
| Client - | | | | | | | | | |
| Client FITOURI | | | | | | | | | |
| Totals for Included | | 394 | | | 79,036.00 USD | 78,677.54 USD | 358.46 USD | 32 26 USD | 390.72 USD |
| Totals for Client FITOURI | | 394 | | | 79,036.00 USD | 78,677.54 USD | 358.46 USD | 32 26 USD | 390.72 USD |
| Client FITOURI, SARA | | | | | | | | | |
| Totals for Included | | 890 | | | 89,877.00 USD | 89,469.38 USD | 407.62 USD | 36 69 USD | 444 31 USD |
| Totals for Client FITOURI, SARA | | 890 | | | 89,877.00 USD | 89,469.38 USD | 407.62 USD | 36 69 USD | 444 31 USD |



| AIRBNB  HMTYTABQJW | 2/16/22 | HMTYTABQJW15000859 | $3,448.24 | FITOURI  Sara | AirBnB for Makebe for trial | MARGARET CUNLIFFE | | HOTELS | OTHER HOTELS | AIRBNB.COM | CA | 244921520471134984700902 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| AIRBNB HMTYTA8QJW | 2/19/22 | 8385 | -$391.05 FITOURI Sami | Refund re AirBnB for trial | MARGARET CUNLIFFE | | HOTELS | OTHER HOTELS | AIRBNB.COM | CA | 74492152050715802207580 |
| UNITED    0162395429062 | 2/19/22 | | $228.60 FITOURI Sami | light to Denver for trial | MAAKEBA RUTAHINDURWA | | AIRLINE | UNITED AIRLINES | 800-932-2732 | TX | 24592162050100030211040 |

6/1/22, 10:44 AM                          Loevy & Loevy Mail - eTicket Itinerary and Receipt for Confirmation E2EB6B



**Makeba Rutahindurwa <makeba@loevy.com>**

---

## eTicket Itinerary and Receipt for Confirmation E2EB6B
1 message

---

**United Airlines, Inc.** <Receipts@united.com>                          Fri, Feb 18, 2022 at 11:03 PM
To: MAKEBA@loevy.com

                                                      Sat, Feb 19, 2022

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page for the latest updates

**Get ready for your trip:** Visit the Travel-Ready Center, your one-stop digital assistant, to find out about important travel requirements specific to your trip.

Confirmation Number:

# E2EB6B

Flight 1 of 1 UA407                                                      Class: United Economy (S)

Wed, Mar 02, 2022                                                        Wed, Mar 02, 2022

## 02:45 PM                                                              ## 04:24 PM

Chicago, IL, US (ORD)                                                    Denver, CO, US (DEN)

Traveler Details

RUTAHINDURWA/MAKEBA
eTicket number: **0162395429062**                                       Seats: **ORD-DEN -----**
Frequent Flyer: **UA-XXXXX158 Member**

Purchase Summary

| | |
|---|---|
| Method of payment: | **Visa ending in** ▆ |
| Date of purchase: | **Sat, Feb 19, 2022** |

| | |
|---|---|
| Airfare: | **199.07 USD** |
| U.S. Transportation Tax: | **14.93 USD** |
| U.S. Flight Segment Tax: | **4.50 USD** |
| September 11th Security Fee: | **5.60 USD** |
| U.S. Passenger Facility Charge: | **4.50 USD** |

6/1/22, 10:44 AM                     Loevy & Loevy Mail - eTicket Itinerary and Receipt for Confirmation E2EB6B

| Total Per Passenger: | 228.60 USD |
|---|---|

| **Total:** | **228.60 USD** |
|---|---|

### Carbon Footprint

Your estimated carbon footprint for this trip is **0.12520 tonnes of CO2.**

You can reduce your environmental impact by participating in our CarbonChoice program which supports projects that reduce greenhouse gases. Learn more.

### Fare Rules

Additional charges may apply for changes in addition to any fare rules listed.

REFUNDABLE

### MileagePlus Accrual Details

| Makeba Rutahindurwa | | | | | |
|---|---|---|---|---|---|
| Date | Flight | From/To | Award Miles | PQP | PQF |
| Wed, Mar 02, 2022 | 407 | Chicago, IL, US (ORD) to Denver, CO, US (DEN) | 1000 | 200 | 1 |
| MileagePlus accrual totals: | | | 1000 | 200 | 1 |

### Baggage allowance and charges for this itinerary

| Origin and destination for checked baggage | 1st bag charge | 2nd bag charge | 1st bag weight and dimensions | 2nd bag weight and dimensions |
|---|---|---|---|---|
| Wed, Mar 02, 2022 Chicago, IL, US (ORD - O'Hare) to Denver, CO, US (DEN) | 35 USD | 45 USD | 50lbs(23kg) - 62in(157cm) | 50lbs(23kg) - 62in(157cm) |

### Important Information about MileagePlus Earning

- Accruals vary based on the terms and conditions of the traveler's frequent flyer program, the traveler's frequent flyer status and the itinerary selected. United MileagePlus® mileage accrual is subject to the rules of the MileagePlus program
- Once travel has started, accruals will no longer display. You can view your MileagePlus account for posted accrual
- You can earn up to 75,000 award miles per ticket. The 75,000 award miles cap may be applied to your posted flight activity in an order different than shown
- Accrual is only displayed for MileagePlus members who choose to accrue to their MileagePlus account.
- Our Premier Program changes January 1, 2020. If your itinerary includes travel with a scheduled departure in 2020, you may see our old Premier accrual metrics if
1) you booked prior to May 1, 2019 and are viewing an emailed receipt or 2) you booked prior to August 1, 2019 and are viewing a receipt online.  The terms and conditions of Premier qualification can be found at united.com/qualify.

### eTicket Reminders

- **Check-in Requirement** - Bags must be checked and boarding passes obtained at least 45 minutes prior to scheduled departure. Baggage will not be accepted and advance seat assignments may be cancelled if this condition is not met.
**EXCEPTION**: When departing from Anchorage, Atlanta, Austin, Baltimore, Chicago, Cincinnati, Cleveland, Dallas/Ft. Worth, Denver, Detroit, Fort Lauderdale, Greenville-Spartanburg, Guam, Honolulu, Houston, Indianapolis, Jacksonville, Kona, Las Vegas, Los Angeles, Maui, Miami, New York (LGA), Newark, Orange County (SNA), Orlando, Philadelphia, Phoenix, Pittsburgh, Raleigh/Durham, Reno, San

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| DENVER BOULDER COURIERS I | 3/1/22 | 9840X02000X010 | $45.97 | FITOURI Sara | courier hard drive to A&P | BRIAN SWIFT | | OTHER | COURIER SERVICES-AIR/GROUND | 303-4449833 | DO | 24735402200117081296007 |
| UNITED   0162397413942 | 3/1/22 | | $183.00 | FITOURI Sara | travel return from trial | MAKEBA RUTAHINDURWA | | AIRLINE | UNITED AIRLINES | 800-932-2732 | TX | 24892182080100019006890 |
| UNITED   0169974861259 | 3/1/22 | | $35.00 | FITOURI Sara | checked bag re trial | MAKEBA RUTAHINDURWA | | AIRLINE | UNITED AIRLINES | 800-932-2732 | TX | 24892182081100455780079 |
| USPS.COM CLICKNSHIP | 3/1/22 | 9377358783041072 | $26.95 | FITOURI Sara | | ANDY THAVER | | OFFICE SUPPLIES | POSTAGE STAMPS | 800-344-7779 | DO | 24137482081001496320930 |

6/1/22, 10:45 AM                         Loevy & Loevy Mail - Receipt for Ancillary Purchase with United

                                    Makeba Rutahindurwa <makeba@loevy.com>

---

## Receipt for Ancillary Purchase with United
1 message

---

**United Airlines, Inc.** <Receipts@united.com>                        Tue, Mar 1, 2022 at 3:07 PM
To: MAKEBA@loevy.com

                                              Tue, Mar 01, 2022

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page
for the latest updates

Flight 1 of 1 UA407

Wed, Mar 02, 2022                                          Wed, Mar 02, 2022
Chicago, IL, US (ORD)                                        Denver, CO, US (DEN)

Traveler Details

RUTAHINDURWA/MAKEBA                                eTicket number: **0162395429062**
First Checked Bag (0169974861259)                             **ORD-DEN**

Purchase Summary

Method of payment:                                        **Visa ending in** ▮
Date of purchase:                                          **Tue, Mar 01, 2022**

First Checked Bag (Reference Number: 0169974861259):                      **35.00 USD**

# Total:                                                  **35.00 USD**

A STAR ALLIANCE MEMBER

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

Loevy & Loevy Mail - Receipt for Ancillary Purchase with United

View our Privacy Policy                    View our Legal Notices

6/1/22, 11:30 AM                    Loevy & Loevy Mail - Fwd: Your United reservation for Aguadilla, PR, US (BQN) is processing

                                        Makeba Rutahindurwa <makeba@loevy.com>

---

## Fwd: Your United reservation for Aguadilla, PR, US (BQN) is processing
1 message

**Makeba Rutahindurwa** <makeba.rutahindurwa@gmail.com>                    Wed, Jun 1, 2022 at 11:27 AM
To: Makeba Rutahindurwa <makeba@loevy.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "United Airlines, Inc." <unitedairlines@united.com>
> **Date:** February 28, 2022 at 8:29:49 PM CST
> **To:** makeba.rutahindurwa@gmail.com
> **Subject: Your United reservation for Aguadilla, PR, US (BQN) is processing**

Add UnitedAirlines@news.united.com to your address book. See instructions.

Monday, February 28, 2022

# Thank you for choosing United

  **Easily prepare for your trip**
TRC logo    Use the Travel-Ready Center to find up-to-date travel restrictions and tools to help you travel more efficiently. Learn about COVID-19 testing, vaccination and entry requirements, find and schedule tests, upload documentation and more.

    We're processing your reservation and will send you an eTicket Itinerary and Receipt email once completed. This process usually takes less than an hour, but in rare cases it could take longer. If you don't receive an eTicket Itinerary and Receipt email within 24 hours, please call the United Customer Contact Center

---

Confirmation number:                                Denver, CO, US (DEN)
                                                to Aguadilla, PR, US (BQN)

# I65HSD

                                                    Manage reservation

}
# New purchase summary

New trip

| 1 adult (18-64) | $986.60 |
|---|---|
| Taxes and fees difference | $0.00 |
| Original trip | - $803.60 |
| Change fee | No fee |

| **Total amount paid** | **$183.00** |
|---|---|

Credit card payment: $183.00 (Visa-**2287)

## Trip summary

### Fri, Mar 25, 2022

 UA 436      1 Connection
8h 20m total

| **1:30 pm** | ✈ | **7:11 pm** | Duration: 3h 41m |
|---|---|---|---|
| Denver, CO, US (DEN) | | New York/Newark, NJ, US (EWR) | United Economy (V) |

 Wi-Fi    Power outlets

- - - - - - - - - - - - - - - - - - 46m Layover - - - - - - - - - - - - - - - - - -

 UA 569

| **7:57 pm** | ✈ | **11:50 pm** | Duration: 3h 53m |
|---|---|---|---|
| New York/Newark, NJ, US (EWR) | | Aguadilla, PR, US (BQN) | United Economy (V) |

 Wi-Fi   Power outlets

### Sun, Mar 27, 2022

 UA 2088      Nonstop

| **2:20 pm** | ✈ | **6:33 pm** | Duration: 5h 13m |
|---|---|---|---|
| San Juan, PR, US (SJU) | | Chicago, IL, US (ORD) | United Economy (M) |

 Wi-Fi    Power outlets

## Travelers

| MAKEBA RUTAHINDURWA | DEN to EWR | 31A | Frequent flyer: | UA-*****158 |
| | EWR to BQN | 31F | Email address: | MAKEBA.RUTAHINDURWA@GMAIL.COM |
| | SJU to ORD | | Phone number: | +1 (702) 460-1191 |

### REAL ID requirement

Do you have a REAL ID? Check for the star. Beginning May 3, 2023, every air traveler 18 and older will need a REAL ID-compliant driver's license to fly within the United States. If you don't have a REAL ID, you'll need to use another acceptable form of identification, such as a passport, when flying within the U.S.

## Additional trip planning tools

Baggage Policies: View current baggage acceptance allowances.
Passport and Visa Information: International Travel Documentation requirements

## Carry-on baggage allowed

United accepts the following items, per customer to be carried on the aircraft at no charge:

One carry-on bag no more than 45 linear inches or 114 linear centimeters
One personal item (such as a shoulder or laptop bag)

Due to FAA regulations, operating carriers may have different carry-on requirements. Please check with the operating carrier for more information or go to united.com/baggage.

## Checking bags for this itinerary

Checked baggage service charges are collected at any point in the itinerary where bags are checked. The bag service charges below reflect a maximum outside linear dimension of 62 linear inches (157 cm).

| First and second baggage service charges per traveler as listed below: | 1st bag | 2nd bag | Weight per bag |
|---|---|---|---|
| Fri, Mar 25, 2022 | | | |
| Denver, CO, US (DEN) to Aguadilla, PR, US (BQN) | $35 per traveler | $45 per traveler | 50 lbs (23 kgs) |
| Sun, Mar 27, 2022 | | | |
| San Juan, PR, US (SJU) to Chicago, IL, US (ORD) | $35 per traveler | $45 per traveler | 50 lbs (23 kgs) |

6/1/22, 11:30 AM                           Loevy & Loevy Mail - Fwd: Your United reservation for Aguadilla, PR, US (BQN) is processing

These amounts represent an estimate of the first and second checked baggage service charges that may apply to your itinerary. If your itinerary contains multiple travelers, the service charges may vary by traveler, depending on status or memberships.

First and second bag service charges do not apply to active-duty members of the U.S. military and their accompanying dependents. For additional information regarding baggage charges, allowances, weight/size restrictions, exceptions or embargoes, or charges for overweight, oversized, excess, odd-sized baggage, special items or sporting equipment, visit united.com/baggage.

united.com          Deals & offers          Reservations          Earn miles
My account

**STAY CONNECTED**

   

A STAR ALLIANCE MEMBER 

Copyright © 2022 United Airlines, Inc.All Rights Reserved

View our Privacy Policy.

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this e-mail is intended for the original recipient only.

United MileagePlus
900 Grand Plaza Dr.
Houston, TX 77067 USA



| USPS.COM CLICKNSHIP | 3/3/22 | 9378873533041442 | $8.95 | FITOURI Sara | | ANDY THAYER | | OFFICE SUPPLIES | POSTAGE STAMPS | 800-344-7779 | DC | 2413748208380030285880 |

6/1/22, 10:42 AM                                    Airbnb: Vacation Rentals, Cabins, Beach Houses, Unique Homes & Experiences



← To Itinerary

# Your payment details

## Denver

**21 nights in Denver**

Sat, Mar 5, 2022  →  Sat, Mar 26, 2022

Entire home/apt · 1 bed · 2 guests

Confirmation code: HMTYTA8QJW



## Payments

**23 nights in Denver**                                                                    $3,448.24

Feb 16, 2022 · 11:15AM PST

VISA ···· ██

Get receipt

**Reservation change: -3 nights, +1 guest**                                            -$391.05

Feb 18, 2022 · 08:50PM PST

VISA ···· ██

Get receipt

Track refund

**Reservation change: +1 night**                                                        $154.26

Mar 19, 2022 · 08:22AM PDT

VISA ···· ██

Get receipt

**Amount paid (USD)**                                                        **$3,211.45**

                                                                        Makeba Rutahindurwa <makeba@loevy.com>

## Fwd: Receipt for Ancillary Purchase with United
1 message

**Makeba Rutahindurwa** <makeba.rutahindurwa@gmail.com>                          Wed, Jun 1, 2022 at 10:57 AM
To: Makeba Rutahindurwa <makeba@loevy.com>

Sent from my iPhone

Begin forwarded message:

> **From:** "United Airlines, Inc." <Receipts@united.com>
> **Date:** March 24, 2022 at 9:08:55 PM CDT
> **To:** makeba.rutahindurwa@gmail.com
> **Subject: Receipt for Ancillary Purchase with United**

                                                                              Thu, Mar 24, 2022

# Thank you for choosing United.
A receipt of your purchase is shown below. Please retain this email receipt for your records.

**Note:** There are travel restrictions in place due to the coronavirus. Check our Important notices page
for the latest updates

Flight 1 of 2 UA569

Fri, Mar 25, 2022                                                                          Fri, Mar 25, 2022
New York/Newark, NJ, US (EWR)                                                       Aguadilla, PR, US (BQN)

Flight 2 of 2 UA436

Fri, Mar 25, 2022                                                                          Fri, Mar 25, 2022
Denver, CO, US (DEN)                                                                New York/Newark, NJ, US (EWR)

Traveler Details

RUTAHINDURWA/MAKEBA                                                  eTicket number: **0162397439574**
First Checked Bag (0169980237956)                                                               **DEN-BQN**

Purchase Summary

Method of payment:                                                                    **Visa ending in** ▮
Date of purchase:                                                                      **Thu, Mar 24, 2022**

First Checked Bag (Reference Number: 0169980237956):                                              **35.00 USD**

# Total:                                                                                    **35.00 USD**

A STAR ALLIANCE MEMBER

Copyright © 2022 United Airlines, Inc. All Rights Reserved

**E-mail Information**
**Please do not reply to this message using the "reply" address.**
The information contained in this email is intended for the original recipient only.

View our Privacy Policy                    View our Legal Notices



| DENVER BOULDER COURIERS I | 4/4/22 | 1100400020800011 | $38.67 | FITOURI  Sara | deliever hard drive to Arnold & Porter | BRIAN SWIFT | COURIER SERVICES-AIR/GROUND | 423144 | 4215 | 303-4449833 | CO | 247554220951609568843ad66 |