```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 20-cv-1878-RBJ

 4   ELISABETH EPPS AND SARA FITOURI, ET AL.,

 5         Plaintiffs,

 6         vs.

 7   CITY AND COUNTY OF DENVER, ET AL.,

 8         Defendants.

 9   -----------------------------------------------------------

10                        REPORTER'S TRANSCRIPT

11                          Jury Trial, Vol. 6

12   -----------------------------------------------------------

13         Proceedings before the HONORABLE R. BROOKE JACKSON,
     Judge, United States District Court for the District of
14   Colorado, commencing on the 14th day of March, 2022, in
     Courtroom A902, United States Courthouse, Denver, Colorado.
15

16                            APPEARANCES
     For the Plaintiffs:
17   TIMOTHY R. MACDONALD, MATTHEW J. DOUGLAS, and MINDY A. GORIN,
     Arnold & Porter Kaye Scholer LLP, 1144 Fifteenth Street, Suite
18   3100, Denver, CO 80202

19   ELIZABETH C. WANG and MAKEBA RUTAHINDURWA, Loevy & Loevy, 2060
     Broadway Street, Suite 460, Boulder, CO 80302
20

21   For the Defendants:
     ANDREW D. RINGEL, KATHERINE HOFFMAN, and ROBERT A. WEINER, Hall
22   & Evans LLC, 1001 Seventeenth Street, Suite 300, Denver, CO
     80202
23
     HOLLIE R. BIRKHOLZ and LINDSAY M. JORDAN, Denver City Attorney's
24   Office, 201 West Colfax Avenue, Denver, CO 80202

25   Reported By KEVIN P. CARLIN, RMR, CRR, 901 19th Street, Room
     A259, Denver, CO 80294, (303)335-2358
```

Proceedings reported by mechanical stenography; transcription produced via computer.

Exhibit N

20-cv-1878-RBJ   KEITH VALENTINE - Cross   03-14-2022

1   What do you do -- what does your team do to try to extricate
2   these two officers?
3   A   To the best of my recollection, I mean, there was a kind of
4   on-the-fly plan to put in -- or put in place to try to get to
5   these guys.  And it was essentially just try to get the crowd
6   out of the way as best as we could to get to the car to get --
7   to give them the ability or the space to get out.
8           In that moment, you know, when we drove kind of up to
9   the crowd, we were immediately surrounded on all sides, and so
10  we were doing the best we could to kind of watch each other's
11  back and watch our, you know, people around us, things like
12  that.  And I remember getting to the officers, and just kind of
13  wondering, like, what was going on.  And then I hear this
14  massive explosion behind me.  I'm sorry.
15  Q   Take your time.  Do you need a break?
16  A   No.  I heard this explosion.  The only thing I could think
17  was I was going to look next to me and somebody was going to be
18  pretty badly hurt.  For context, that explosion did not come
19  from us.  The crowd had pushed in and encircled us and threw
20  some sort of improvised firework to the back of our truck,
21  exploding the tire underneath the fuel tank, which for context,
22  if you think about it, an explosion going off under a fuel tank,
23  I think not just the officers, but the people that were actually
24  interested in expressing their frustrations with the system or
25  whatever the circumstances were, you know, the officers were not

20-cv-1878-RBJ   KEITH VALENTINE - Cross   03-14-2022

1   the only ones that were in danger at that moment.
2          And the explosion itself was so rattling and
3   disorienting that, you know, the first thing I did was ask the
4   people next to me, you know, if they were okay.  Because I was
5   certain -- I mean, I don't know what it was.  And then I
6   remember getting back to the truck, and the entire rear wheel
7   was blown off.
8   Q    And were you able to check on your fellow officers to see
9   if everybody was okay?
10  A    Yeah.
11  Q    Did you check on other -- well, not other, but did you
12  check on citizens, protesters, who legitimately were there
13  trying to voice their displeasure?
14  A    Things were so chaotic and adversarial that I didn't have
15  the opportunity to ask individuals if they were okay.  But I
16  did, you know -- I distinctly remember scanning the crowd,
17  because in my mind at the time, I was pretty convinced that
18  there's no way that an explosion of that magnitude could go off
19  and not have somebody extremely injured.
20  Q    Okay.  And you mentioned it was adversarial.
21  A    Yeah.
22  Q    Specifically what do you mean by that?  Other than this
23  explosion and the rocks being hit, were there other things that
24  you were personally observing or hearing?
25  A    Yes.

20-cv-1878-RBJ   KEITH VALENTINE - Redirect   03-14-2022

1  described?
2  A    I'm unaware.  I don't know.
3           MR. DOUGLAS:  Okay.  Okay.  So, I want to put up
4  Exhibit 5, please.  And this -- I believe this is not in
5  evidence yet.  And if not, I would offer it.  It's HALO cam from
6  14th and Lincoln around 7:00 p.m. on May 28th.  I would offer
7  that.
8           MR. WEINER:  No objection.
9           THE COURT:  Admitted.
10 Q.   (By Mr. Douglas) All right.  Mr. Valentine, is this the
11 incident that you were describing at the beginning of your
12 testimony where this -- this vehicle is surrounded by protesters
13 at 14th and Lincoln?
14 A    Possibly.  I haven't seen this video, so I don't know.
15 Q    Okay. But this is -- if you look at the timestamp, it's
16 May 28th, 7:13 p.m., a couple hours after you started your shift
17 that day; right?
18 A    That's correct.
19 Q    And you said it was a white RDV vehicle.  That's what this
20 is; right?
21 A    That's also correct.
22 Q    And you said it was surrounded by protesters; right?
23 A    Correct.
24 Q    So, does this appear to be that scene?
25 A    Yes.

Kevin P. Carlin, RMR, CRR

20-cv-1878-RBJ   KEITH VALENTINE - Redirect   03-14-2022

1  Q   Okay. I want to go to -- actually, this is -- yeah. 7:13.
2  Let's play it from here, please.
3      (A video was played.)
4  Q   All right. You can stop that. Did you see what happened
5  there?
6  A   Mm-hmm.
7  Q   Did you see the tire go flat?
8  A   Yes.
9  Q   Okay. Did you see any explosion around that time?
10 A   No.
11 Q   Okay. Is it possible -- is it possible that someone did
12 something to the tire to make it go flat that wasn't an
13 explosion?
14 A   Sure. Anything is possible. Explode it. I don't know.
15 Q   Okay. Let's go to Exhibit 513, which is your officer
16 statement. And let's put up page one of that.
17 A   Okay.
18 Q   All right. Let's pull up that first paragraph. It says on
19 May 28th, 2020, so that's your report from this very day; right?
20 A   Yes.
21 Q   Okay. At approximately 1900 hours, that's 7 o'clock;
22 right?
23 A   Yup.
24 Q   While working TAC49 in full Denver Police uniform, we
25 responded to East 14th Avenue and North Lincoln Street via our