2537

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 20-cv-1878-RBJ

 4   ELISABETH EPPS AND SARA FITOURI, ET AL.,

 5        Plaintiffs,

 6        vs.

 7   CITY AND COUNTY OF DENVER, ET AL.,

 8        Defendants.

 9   ------------------------------------------------------------

10                        REPORTER'S TRANSCRIPT

11                         Jury Trial, Vol. 13

12   ------------------------------------------------------------

13           Proceedings before the HONORABLE R. BROOKE JACKSON,
     Judge, United States District Court for the District of
14   Colorado, commencing on the 23rd day of March, 2022, in
     Courtroom A902, United States Courthouse, Denver, Colorado.
15

16                             APPEARANCES
     For the Plaintiffs:
17   TIMOTHY R. MACDONALD, MATTHEW J. DOUGLAS, BRIAN M. WILLIAMS, and
     R. REEVES ANDERSON, Arnold & Porter Kaye Scholer LLP, 1144
18   Fifteenth Street, Suite 3100, Denver, CO 80202

19   ELIZABETH C. WANG and MAKEBA RUTAHINDURWA, Loevy & Loevy, 2060
     Broadway Street, Suite 460, Boulder, CO 80302
20

21   For the Defendants:
     ANDREW D. RINGEL, KATHERINE HOFFMAN, and ROBERT A. WEINER, Hall
22   & Evans LLC, 1001 Seventeenth Street, Suite 300, Denver, CO
     80202
23
     HOLLIE R. BIRKHOLZ and LINDSAY M. JORDAN, Denver City Attorney's
24   Office, 201 West Colfax Avenue, Denver, CO 80202

25   Reported By KEVIN P. CARLIN, RMR, CRR, 901 19th Street, Room
     A259, Denver, CO 80294, (303)335-2358
```

Proceedings reported by mechanical stenography; transcription produced via computer.

Exhibit O

2598

20-cv-1878-RBJ   ANTHONY HAMILTON - Cross   03-23-2022

1      MS. BIRKHOLZ: No further questions, Your Honor.
2      THE COURT: Cross? Does anybody over there need a
3  break before we go to cross? Yes? Okay. Let's do that. Ten
4  minutes.
5      (Jury out at 10:42 a.m.)
6      (Recess at 10:42 a.m., until 10:54 a.m.)
7      (Jury in at 10:54 a.m.)
8      THE COURT: All right. Cross examination?
9      MS. RUTAHINDURWA: Thank you, Your Honor.
10                     **CROSS EXAMINATION**
11  BY MS. RUTAHINDURWA
12  Q   Good morning, Sergeant Hamilton.
13  A   Good morning.
14  Q   I'd like to start off where you left off during direct
15  examination. You said you felt that there were protesters who
16  were baiting you and your team by asking you to go into the
17  crowd and help a protester who was injured; right?
18  A   Yes.
19      MS. RUTAHINDURWA: Okay. I'm showing you Exhibit 382,
20  which I'd like to move into evidence.
21      MS. BIRKHOLZ: No objection.
22      THE COURT: Admitted.
23      MS. RUTAHINDURWA: And let's play about 30 seconds,
24  and then I'm going to ask you some questions.
25      (A video was played.)

Kevin P. Carlin, RMR, CRR

2599

20-cv-1878-RBJ   ANTHONY HAMILTON - Cross   03-23-2022

1  Q.    (By Ms. Rutahindurwa) We can pause now.  So, just for
2  reference, this is the body-worn camera of an Aurora police
3  officer on May 31st, at around 8:57 p.m.; correct?
4         MS. BIRKHOLZ:  Your Honor, lacks foundation.
5  Q.    (By Ms. Rutahindurwa) Okay.  This is what the camera
6  shows right up here, and you would agree with me that Aurora
7  officers were at the location of Colfax and Washington at some
8  point after 8:30 p.m. to help you with that intersection; right?
9  A    Yes.
10 Q    Okay.  And did you hear what the protesters were saying in
11 that clip?
12 A    I didn't -- I couldn't make it out.
13 Q    So, you didn't hear them -- one of the officers say, get
14 him over here?  The protester is screaming, I can't, they're on
15 the fucking ground, we need an ambulance.  And one of the
16 officers saying, drag him.  Did you hear that?
17 A    I did not.
18 Q    Let's play it one more time.
19      (A video was played.)
20 Q    Pause it again.  Did you hear it that time?
21 A    Yes.
22 Q    Okay.  And this is what you described as protesters baiting
23 you into the crowd?
24         MS. BIRKHOLZ:  Objection, Your Honor.  Misstates
25 testimony.

Kevin P. Carlin, RMR, CRR

1         THE COURT:  Overruled.  You can answer.
2         THE WITNESS:  There was -- I don't recall experiencing
3    that action itself.  I know that there was someone that was
4    being -- that was claimed to have been injured, and we kept
5    advising them to bring them to us.  We would get them out.
6    Q.    (By Ms. Rutahindurwa) You're aware that moving someone
7    with a serious injury can be dangerous in itself; right?
8    A     It can be.
9    Q     It can cause more injury?
10   A     That's possible.
11   Q     And it takes a little bit of strength to move someone who
12   is, like dragged, dead weight on the ground; right?
13   A     Strength or a number of people.
14   Q     And at that intersection, you and your team did not render
15   any aid to any of the protesters who claim that they were
16   injured?
17        MS. BIRKHOLZ:  Objection, Your Honor.  He hasn't
18   established that he was present.
19        THE COURT:  Overruled.
20        THE WITNESS:  I didn't help anyone.  I didn't render
21   aid, no.
22   Q.    (By Ms. Rutahindurwa) Are you aware that a protester
23   named Susie Dennis was shot by Jefferson County SWAT officers at
24   the intersection of Colfax and Washington on May 31st that
25   evening and had part of her finger shot off?