

# CIVIL ACTION NO. 1:20-cv-01878-RBJ

# (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

# BLACK LIVES MATTER 5280, ET AL.

## vs

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:
# LIEUTENANT VINCE PORTER

# DATE:
# June 22, 2021



schedule@kentuckianareporters.com
877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit P

```
 1        Q.   Did your officers on your team use pepper
 2   balls on protesters that evening on May 30th in the
 3   Capitol Hill neighborhood?
 4        A.   Yes.
 5        Q.   And did you see who -- what the protesters
 6   were doing that caused the use of pepper balls then?
 7        A.   They were either throwing projectiles at us or
 8   they were damaging property or lighting fires or
 9   blockading streets.
10        Q.   Were there any other teams of officers in that
11   area on May 30th, and by "that area," I mean in the
12   Capitol Hill neighborhood between Lincoln and Pearl and
13   12th and 14th Streets?
14        A.   I believe so, yes.
15        Q.   Do you know what other teams were in that
16   location at that time?
17        A.   No.
18        Q.   Do you know how late into the evening you were
19   there?
20        A.   No.  It was a pretty late night, though.
21        Q.   On May 31st at 8:30 p.m., were you and your
22   team at the intersection of Colfax and Washington on the
23   west side of the District 6 station?
24        A.   Yes.
25        Q.   Okay.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.   West side of District 6 of Colfax and
 2   Washington?
 3        Q.   Right.
 4        A.   My team was split at that time.  Some of us
 5   were on the east side of the station; some of us were on
 6   the west side of the station.
 7        Q.   Okay.  Did you ever have -- did anybody ever
 8   ask you or interview you about where you and your team
 9   were on May 31st?
10        A.   No.
11        Q.   All right.  So you never had any conversations
12   with anybody from the city's attorney office asking you
13   if you and your team may have been at the intersection
14   of Colfax and Washington on May 31st?
15             MS. JORDAN:  Objection to the form and
16        foundation.  To the extent that this would ask for
17        the attorney-client, I instruct the witness not to
18        answer.
19        Q.   Were you ever given any interrogatory
20   questions, any written questions to look at, asking for
21   locations of you and your team?
22        A.   I don't recall receiving any written
23   questions.  I was asked to go to internal affairs.  I
24   don't know if I had write my answer or if they took an
25   oral answer.  I don't recall.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   When did you have to go to internal affairs?
 2        A.   A few months ago.
 3        Q.   And what kinds of questions did you have to
 4   ask -- answer there?
 5        A.   They were asking if that was -- they showed me
 6   a picture of a scene somewhere and asked if that was my
 7   team.
 8        Q.   What day did that concern?
 9        A.   I don't recall.
10        Q.   I'm showing you a HALO camera footage video
11   from Colfax and Washington on May 31, 2020, at --
12   starting at 8:20 p.m.  First of all, do you recall
13   whether you were on the east side or the west side of
14   District 6?
15        A.   I was on the east side.
16        Q.   You were on the east side?
17        A.   Yes.
18        Q.   But your team was split between the east side
19   and the west side?
20        A.   Most of my team was with me, but some of them
21   went to the west side.
22        Q.   Do you recall which members of your team were
23   on the west side?
24        A.   I do not.
25        Q.   Were they commanded by a sergeant or other
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com