1            IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2
   Civil Action No. 20-cv-01878-RBJ
3
   ELISABETH EPPS,
4  AMANDA BLASINGAME,
   ASHLEE WEDGEWORTH,
5  MAYA ROTHLEIN,
   ZACH PACKARD,
6  HOLLIS LYMAN,
   CIDNEY FISK,
7  STANFORD SMITH,
   SARA FITOURI,
8  JACQUELYN PARKINS,
   KELSEY TAYLOR,
9  JOE DERAS, and
   CLAIRE SANNIER,
10
        Plaintiffs,
11
   vs.
12
   CITY AND COUNTY OF DENVER, and
13 JONATHAN CHRISTIAN,
14     Defendants.

15 ─────────────────────────────────────────────────────

16                    **REPORTER'S TRANSCRIPT**
                    TRIAL TO JURY – DAY TWO
17

18 ─────────────────────────────────────────────────────

19        Proceedings before the HONORABLE R. BROOKE JACKSON,

20 Senior Judge, United States District Court for the District of

21 Colorado, continuing at 9:00 a.m., on the 8th day of March,

22 2022, in Courtroom A902, United States Courthouse, Denver,

23 Colorado.

24             THERESE LINDBLOM, Official Reporter
            901 19th Street, Denver, Colorado 80294
25         Proceedings Reported by Mechanical Stenography
              Transcription Produced via Computer

Exhibit 1

Claire Sannier – Direct

1     otherwise, it was quite typical.  The police line up, they act

2     very threatening, people chant, and then at some point we all

3     get attacked.

4     Q.  After this event, where did you go next?

5     A.  So at this point, we needed to regroup.  One of my friends

6     was wearing contact lenses at the time, and these pepper balls

7     are extremely painful if you have contact lenses, because the

8     particulate, I guess, gets stuck behind your contacts, and it's

9     stuck in your eyes, and it's just burning.  She was completely

10    blinded for maybe as much as an hour.  So we had to wash her

11    eyes out and try to help her get her contacts out, so we went

12    to a nearby parking lot.

13    Q.  And, then, did you engage in some more marching that day?

14    A.  Yeah, we did.  We marched back towards the capitol, and I

15    think at some point we marched on Colfax.  There were a couple

16    of different marches.

17    Q.  Did you go back to the capitol lawn area at some point on

18    day three?

19    A.  Yeah.  In the evening, we stopped on the capitol lawn.  And

20    for a while, we were mostly let to stay there in the park.  The

21    police were across the street at that bus station that you saw

22    from the previous night, but they were letting us be for a

23    little while.  So we ate some food and tried to, like,

24    recuperate.  People were demonstrating in the street on

25    Lincoln, and then the police just started attacking over and

Claire Sannier - Direct

 1   over and over again.

 2              *MS. WANG:*  Showing you Exhibit 1225.

 3              *MS. HOFFMAN:*  No objection.

 4              *THE COURT:*  It's admitted.

 5              (Exhibit 1225 admitted.)

 6   *BY MS. WANG:*

 7   *Q.*  So I'll point.  Where did you end up when you were talking

 8   about being on the capitol lawn?

 9   *A.*  Yeah.  So you can see the capitol building on the far

10   right, and then there is that big stairway that leads up to it.

11   We were just north of that, in the lawn there.

12   *Q.*  All right.  This area that I scribbled in?

13   *A.*  That's right.

14   *Q.*  Okay.  Now, this is Lincoln Street; right?

15   *A.*  That's right.

16   *Q.*  And this is Colfax here?

17   *A.*  That's correct.

18   *Q.*  Okay.  So when you came back down from the mall, did you

19   come this way?

20   *A.*  Yeah.  We came from 16th Street, which then meets Broadway,

21   and then you just cross Colfax, and you're in the park.

22   *Q.*  Okay.  And the bus station that you mentioned earlier,

23   where is that?

24   *A.*  It's where you just circled, but it's on the north part of

25   the frame.

Claire Sannier - Direct

1   Q.   Okay.  And so where -- how many protesters were in this

2   general area at that time?

3   A.   There were still thousands of people, as I recall.

4   Q.   Okay.  And, then, so you relaxed for a while with friends

5   on the lawn?

6   A.   That's right.

7   Q.   Who were you with?

8   A.   It was a pretty large group of people.  My friend Mariah

9   was there, her boyfriend Jake, a bunch of other people.

10  Q.   Now, when you came back to this area of the capitol after

11  marching up and down 16th Street Mall, did you already smell

12  tear gas?

13  A.   Yeah.  I mean, you could smell tear gas in the morning.  It

14  was just -- the whole city was soaked in it.

15  Q.   Now, was there a time when you joined protesters in the

16  street on Lincoln?

17  A.   There was.  Yeah.  So the police decided -- again, as best

18  we could tell, it was totally arbitrary.  They certainly didn't

19  say anything to us.  They started to line up on Colfax in this

20  big, long line, brandishing all of their weapons.  And people

21  got into the street on Lincoln and lined up, you know, two

22  dozen feet away and knelt on the ground, put our hands up, held

23  up signs, and chanted a lot of the same stuff you've already

24  heard.

25  Q.   All right.  So the police formed a line going across

Claire Sannier - Direct

1    Colfax?

2    *A.*   Yes, that's right.

3    *Q.*   And then there was a group of protesters on Lincoln, here?

4    *A.*   That's right.

5    *Q.*   Okay.  And you joined them?

6    *A.*   I did.  Yes.

7    *Q.*   Okay.  And so what -- what were the police who were in this

8    line on Lincoln wearing?

9    *A.*   They were wearing --

10   *Q.*   -- on Colfax wearing?

11   *A.*   I'm sorry.  They were wearing all black.  They had boots,

12   knee pads, elbow pads, body armor, helmets, face shields, gas

13   masks.  They had handguns, they had pepper spray, they had

14   tasers.  Everything I've ever seen a police officer have, they

15   all had all of it.

16   *Q.*   Were they intimidating?

17   *A.*   Incredibly intimidating.  They looked like an occupying

18   army.  It felt like we were under siege in our own city at the

19   state capitol.

20   *Q.*   What were the protesters wearing?

21   *A.*   The protesters were wearing clothes.  I mean there were a

22   couple of people that had respirators that they bought at paint

23   stores.  There were people with T-shirts and jeans and

24   backpacks.

25   *Q.*   And you had your respirator?

Claire Sannier - Direct

1    A.   I did.

2    Q.   Okay.  Did you see any protesters with weapons?

3    A.   Certainly not.

4    Q.   Okay.  And so how -- how far -- well, you were up and down

5    between the street and the lawn; is that right?

6    A.   That's right.  Yeah.  So -- when you say "up and down," I

7    mean, it was because they kept gassing us.  So we would be

8    demonstrating in the middle of the street, at some random

9    interval they would decide to shoot us and throw grenades at

10   us, we would have to flee back to the lawn.  We would treat

11   those injuries, regroup, and go back into the street.

12   Q.   Was there an ebb and flow between the protesters and the

13   police action?

14   A.   Yeah, pretty much.  I mean, the police certainly never told

15   us where to go; they never said that we weren't allowed to be

16   anywhere we were; and they never actually, like, continued to

17   push us.  They would stand in the one line and keep shooting at

18   us, letting us all run away in terror; wait for a while; we

19   would line back up; and then eventually they would shoot us

20   again.  That happened at least a half dozen times.

21   Q.   Okay.  So you were ultimately on the street on Lincoln with

22   a bunch of protesters?

23   A.   Yeah.

24   Q.   If you were being gassed, you would run up to the lawn or

25   somewhere farther away?

Claire Sannier – Direct

1   A.   That's right.

2   Q.   And did the police ever tell you, like, no, you can't be in

    the street, but you can be here in this park?

4   A.   They never told me a single thing.

5   Q.   Did you hear any announcements that day before or any

6   warnings that you would be gassed if you didn't obey some

7   order?

8   A.   No.

9        THE COURT:  Ms. Wang, she has said maybe a dozen times

10  she never heard anything from the police at all.  I think you

11  can stop asking her that.

12  BY MS. WANG:

13  Q.   Did you ever see anyone throw a water bottle?

14  A.   Yeah.  A couple times after the police would throw these

15  grenades, people would toss a water bottle that would land

16  somewhere in between the police and the protesters, as people

17  ran away.

18  Q.   And did you ever see any attempt by the police during this

19  incident to isolate anybody throwing anything?

20  A.   No, absolutely not.  They would basically just shoot the

21  entire crowd, the whole crowd would run away, and that was it.

22  There was never any -- it didn't ever seem to be in response to

23  something.  It didn't seem to be focused on some particular

24  person or action.

25  Q.   Did you see any pattern in how other officers responded

Claire Sannier - Direct

1    when one officer would fire?

2    A.   Yeah.   That was one thing that really stuck out, actually.

3    Occasionally, one officer would start shooting at some random

4    interval, and then everybody would just be shooting.   It would

5    either be, like, someone would pepper-spray someone, and then

6    the whole crowd would be shot and grenades would be thrown.

7    There was never any sense to it.

8              *MS. WANG:*   Showing you Exhibit 879.

9              *THE COURT:*   879?

10             *MS. HOFFMAN:*   No objection.

11             *THE COURT:*   It's admitted.

12             (Exhibit 879 admitted.)

13   *BY MS. WANG:*

14   Q.   So this is a screenshot from a video that was shot at the

15   intersection of Lincoln and Colfax at 7:00 p.m. on May 30.   Do

16   you see yourself in this screenshot?

17   A.   I do.   Yeah.   I'm just near the center of the frame.   I

18   have, like, a purple baseball cap on; and my hands are in the

19   air.

20   Q.   What are you wearing there?

21   A.   A T-shirt -- a black T-shirt and jeans.

22   Q.   Okay.   How far back from the police line were you at this

23   time?

24   A.   Probably a couple dozen feet.

25   Q.   Okay.   Do you see the girl over here in the green shirt?

Claire Sannier - Direct

1    A.   Yes, I do.

2    Q.   Do you recognize her?

3    A.   Yeah.  She's one of my co-plaintiffs.  I think that's Elle

4    Taylor.

5    Q.   Did you know her at the time?

6    A.   I did not.

7    Q.   So what was going on at this time, 7:00 p.m.?

8    A.   This was one of those repeated events -- I could not

9    possibly say which one -- but we were lined up and

10   demonstrating against the police, asking them to stop attacking

11   us.

12   Q.   Okay.  So you had earlier described this pattern where you

13   would be gassed, go up to the lawn, you'd come back to the

14   street.  Why did you come back?

15   A.   I mean, it's the same reason I came back every day.

16   Everything the police did was proving my point.  Like, my

17   concern is, the police seemed to be out of control and capable

18   of doing an extreme amount of violence against specifically

19   black people.  And then every time I showed up to say so, they

20   did a bunch of violence to me; and they just continued to prove

21   it.  I mean, it was -- it was brutality to justify brutality.

22   Q.   What did you observe about the general demeanor of the

23   crowd at this time?

24   A.   So this crowd was doing a lot of, like, calming each other.

25   This was obviously an incredibly tense and scary situation.

126

Claire Sannier – Direct

1    Nobody has armor on, and they're shooting us with projectiles.

2    So people were obviously very tense, and people were very

3    angry.  So, periodically, you know, if someone to shout

4    particularly loudly or started to go sort of closer to the

5    officers, somebody would try to calm them down and pull them

6    back into the crowd.  There was a lot of deescalation among

7    protesters.

8    Q.  Was there a time when you walked closer to the front of the

9    line?

10   A.  There was.  Yeah.  I usually tried to be about as close to

11   the front of the line as I could.  The notion was that I was

12   able-bodied, I had at least some idea of what these weapons

13   would do, and I knew a lot of people were there for the first

14   time.  I had, you know, a paint respirator and some goggles

15   that hopefully would help some; so I tried to be as close to

16   the front as I could.

17             MS. WANG:  Showing you Exhibit 27.

18             THE COURT:  All right.  That's a video?

19             MS. WANG:  It's a screenshot from the video, Your

20   Honor.

21             THE COURT:  Any objection?

22             MS. HOFFMAN:  No objection.

23             THE COURT:  It's admitted.

24             (Exhibit 27 admitted.)

25

Claire Sannier - Direct

1    *BY MS. WANG:*

2    *Q.* All right.  This is a screenshot from a video from a

3    Colorado State Patrol camera.  The time is 7:02:23 p.m.

4    Mountain Time on May 30.

5          Now, do you see yourself in this?

6    *A.* Yeah, I do.  It's -- I'm sort of off to the left.  I'm in

7    that same -- the same -- it seems very close to the same

8    moment.  I'm on my knees; I've got my hands in the air.  Yeah,

9    that's me.

10   *Q.* That's you circled in the yellow?

11   *A.* That's correct.

12   *Q.* What are you doing at this time?

13   *A.* The same thing I had been doing for at least a half hour,

14   just kneeling and demonstrating.

15   *Q.* Why did you kneel?

16   *A.* Kneeling was a way of being even more vulnerable.  Right?

17   Like, the chant was, "Hands up.  Don't shoot," and it was -- I

18   mean, it was about asking the police to stop attacking us.  And

19   being on my knees, it's -- I'm just completely non-threatening;

20   and that was the image I wanted the police to see before they

21   shot us.  I'm basically saying, my hands are in the air, I'm on

22   my knees, are you going to shoot me anyway?  And they did over

23   and over again.

24   *Q.* You earlier talked about attempts at deescalation by the

25   protesters.

Claire Sannier - Direct

1   *A.* I did. Yeah.

2   *Q.* Did the police ever make any attempt to deescalate tension

3   with the protesters at this point in time?

4   *A.* No. I never saw the police do anything other than

5   constantly escalate. Every time that they attacked us with

6   tear gas, that was this huge escalation that was unwarranted.

7   And they also often would laugh at us, which I didn't think was

8   a particularly calming behavior for a professional on the job

9   to have.

10  *Q.* They would laugh at you?

11  *A.* Yeah.

12  *Q.* Can you describe any attempts by -- any specific attempts

13  by protesters to deescalate during the time that you were

14  kneeling in the front line there?

15  *A.* Yeah. There was one time in particular. This guy was

16  doing yoga in the middle of the group. Obviously, can't speak

17  for him; but for me, it was sort of a calming and almost absurd

18  thing, that this man was doing, essentially, stretching in the

19  middle of this incredibly tense situation. And it really drew

20  sort of the -- like I said, like, the absurdity of the

21  situation, that this group of people in armor is facing off

22  against a bunch of people in T-shirts, and then this guy starts

23  doing yoga in the middle.

24       *MS. WANG:* Showing you Exhibit 638.

25       *MS. HOFFMAN:* No objection.

Claire Sannier - Direct

1          *THE COURT:*  Admitted.

2               (Exhibit 638 admitted.)

3     *BY MS. WANG:*

4     *Q.*  All right.  Now, is this what you were just describing,

5     this guy right here?

6     *A.*  Yeah, that's right.  It's that guy in the mask.

7     *Q.*  Okay.  What was he doing?

8     *A.*  He started just doing yoga positions.  He did the splits,

9     and he did like some kind of handstand later on.  It was very

10    impressive.  And also it had this kind of, like I said, almost

11    a humorous effect that was calming.  To me, at least.

12    *Q.*  What's the mask he's wearing?

13    *A.*  So the mask is a Guy Fawkes mask, which is a reference to

14    this political figure from, like, Victorian England, who is

15    against tyranny and state violence.

16    *Q.*  And where are you?

17    *A.*  I'm, like, right behind that guy -- yeah -- where you were

18    circling.  Next to the purple umbrella.

19    *Q.*  Okay.  So what happened -- what did the officers do in

20    response to this guy doing the splits?

21    *A.*  They pointed their guns at him.

22    *Q.*  This officer right here?

23    *A.*  That's right.

24    *Q.*  Okay.  And what -- what was he pointing?

25    *A.*  That looks like a .45 -- one of those 40-millimeter

Claire Sannier - Direct

1   canister launchers that shoots these, you know, plastic

2   bullets.

3   Q.  So how did the protesters respond to that?

4   A.  They tried to deescalate.  They asked that man, Why are you

5   pointing their gun at him?  I think one of the protesters

6   called it a bazooka.

7            MS. WANG:  Okay.  So -- showing you Exhibit 638.

8            (Video played.)

9   BY MS. WANG:

10  Q.  So what has happened up to this point?

11  A.  I mean, basically, this guy sort of did the splits in the

12  street, started to do this yoga, and then an officer pointed

13  his gun at him.  And then the woman with the megaphone there

14  was saying, "Oh, you're going to shoot him for doing the

15  splits?"

16  Q.  Okay.  So this girl with the pink megaphone?

17  A.  That's right.

18  Q.  How did the officer respond to that?

19  A.  The officer eventually stopped pointing his gun, I believe;

20  but they also advanced on these people.  And you can see

21  another officer starts threatening to pepper-spray them.

22            (Video played.)

23  Q.  All right.  Did you see this guy in the brown shirt

24  yelling, "What are you doing?"

25  A.  I did, yeah.  I also thought that was a particularly

Claire Sannier - Direct

1    powerful moment, to me.  It seemed like what he was doing was

2    essentially asking each officer to consider themselves like an

3    individual making choices in this behavior.  Like, why are you

4    doing the thing that you're doing?  Why are you on that side of

5    this line?  Why are you threatening all of us with weapons?

6    What is it that you're doing?  To me, that was also an attempt

7    to deescalate.

8              (Video played.)

9    *Q.*  All right.  So what is happening here?

10   *A.*  Yeah.  This is another example -- this happened, I mean,

11   dozens of times.  As that person became more and more upset,

12   another member of the protest crowd tried to keep that person

13   safe in case those police officers wanted to retaliate for what

14   he was saying.

15             (Video played.)

16   *Q.*  So what happened here?

17   *A.*  Yeah.  So the guy said, "What is so funny?"  That was an

18   officer laughing at him for some reason, and then they just

19   pepper-sprayed them.  And they got all four of those people

20   directly in that line for no reason at all.  And this -- I

21   mean, this is so typical.  This happened dozens of times over

22   the course of the weekend.

23   *Q.*  What is this guy in the red parka -- what does his sign

24   say?

25   *A.*  It says "Prosecute Killer Cops" -- KKK, killer cops.

132

Claire Sannier - Direct

1    Q.  Did you see the girl with the pink megaphone come over?

2    A.  I did.

3    Q.  What was she doing?

4    A.  She is basically trying to protect those people.

5    Q.  Did the officer give any warning before spraying?

6    A.  No.  He didn't say anything.

7    Q.  Were any of these people doing anything that seemed to

8    warrant spraying?

9    A.  No.  It was the opposite.  Those people were doing exactly

10   what we came there to do, was to tell the police we don't

11   approve of their behavior.  And then they just continued to

12   behave in this way.

13   Q.  What is the stuff on the ground?

14   A.  Yeah, this is a good point.  This crap was all over the

15   city.  There is these shells from the different weapons that

16   they're firing; there is all of these empty canisters all over

17   the place; and all of those streaks on the ground, every one of

18   them is a pepper ball.  I would see them all over the city.  I

19   would see them for months afterwards.  They were destroying my

20   town.

21   Q.  Were you still kneeling at this time in the front?

22   A.  I was.  I'm basically right behind the guy with the

23   skateboard, still on my knees.

24   Q.  Was there a time when you could not continue kneeling?

25   A.  Yeah.  I think it's pretty shortly after this, they just

133

Claire Sannier - Direct

1   lobbed two grenades at us; and at that point I had to leave.

2   Q.   Showing you Exhibit 666.

3           MS. HOFFMAN:   No objection.

4           THE COURT:   I didn't hear an objection?

5           MS. HOFFMAN:   Sorry.  No objection.

6           (Exhibit 666 admitted.)

7           (Video played.)

8   BY MS. WANG:

9   Q.   Did you see this guy that was walking across the street?

10  A.   Yeah, I did.

11  Q.   What was he doing?

12  A.   He was holding his middle finger up to the police to

13  indicate, I presume, disapproval, which I shared.

14  Q.   And what did the officer do to him?

15  A.   Pepper-sprayed him.

16  Q.   So are you right here still?

17  A.   Yep, that's me.

18  Q.   Okay.  What happened at this time?

19  A.   Yeah.  So after that guy got pepper-sprayed, I mean, it was

20  kind of the same thing.  The guy in the brown shirt was

21  indicating that this one person seemed to have some kind of

22  temper problem.  He kept attacking people and threatening

23  people, and then the police threw two grenades at us.  That's

24  what those two explosions you heard were.

25  Q.   Now, did you see the protesters do anything that would

134

Claire Sannier - Direct

1   warrant the throwing of explosives?

2   *A.*   I didn't see the protesters do anything at all.   This just

3   happened.

4   *Q.*   Okay.   Let's take a look at this from another angle.

5   Showing you Exhibit 338.

6           *MS. HOFFMAN:*   No objection.

7           *THE COURT:*   Admitted.

8           (Exhibit 338 admitted.)

9           (Video played.)

10  *BY MS. WANG:*

11  *Q.*   Are these the same two explosions that caused you to get up

12  from the line and flee?

13  *A.*   The first two were, and there were several after.

14          *MS. HOFFMAN:*   Objection, Your Honor.

15  *BY MS. WANG:*

16  *Q.*   What happened after the protesters -- after you ran away

17  from this line?

18  *A.*   Yeah.   So I actually didn't run.   We would periodically --

19  I actually started chanting, "Walk, don't run," as a way of

20  trying to encourage people not to run.   Running in a crowd is

21  dangerous, especially when you can't see or breathe.   I was

22  walking away from the line of police at this time.

23  *Q.*   And then what happened next?

24  *A.*   A flash-bang landed directly next to my foot and exploded.

25  *Q.*   How did that feel?

135

Claire Sannier - Direct

1   *A.*  This was -- I mean, each day had some new horror to it.

2   This was something -- it was incredibly disorienting; it was

3   extremely loud and bright; my ears rang afterwards.  I mean, it

4   really is like it is in the movies when an explosion goes off

5   next to someone.  I was stunned; I stopped walking; I didn't

6   know where I was.  Another protester came back into the cloud

7   of tear gas I was in and grabbed my arm and said, time to go,

8   kind of snapped me out of it, so I could get back to safety.

9   *Q.*  And where did you go after that?

10  *A.*  We went back onto the lawn and tried to recover.

11  *Q.*  Okay.  Was there a curfew on May 30?

12  *A.*  I believe so.  Yes.

13  *Q.*  What did you think of the curfew?

14  *A.*  The curfew was a further attempt to suppress our speech.

15  Right?  We had come out to speak; the police had attacked us.

16  We had come out the next day; the police attacked us more.  The

17  next day they decided, okay, we're going to make it illegal to

18  be in the street.  That to me seemed like an overreach.  It was

19  exactly the kind of thing we were protesting, so I was

20  unwilling to comply with that.

21  *Q.*  Later that evening were you subjected to more force by

22  police officers?

23  *A.*  Yeah, we were.

24  *Q.*  And what happened then?

25  *A.*  So people -- a lot of people after, you know, the hours of

Claire Sannier - Direct

1  this particular exchange did get tired and go home; and then

2  some of the rest of us continued to march.  We ended up down in

3  the Capitol Hill neighborhood.  That's just south and east of

4  the capitol building.

5  Q.  And what force were you subjected to at that time?

6  A.  So this was another completely new experience.  We were

7  marching through the streets, chanting, as I've done, like I

8  said, a lot in the past.  And the police were just chasing us

9  around.  They would kind of block us off at one street, and

10 then we would turn and go down a different street, and then

11 they would drive around and get behind us, and then we would

12 run away.  The whole time, every time they showed up, they

13 would just start shooting at us.  Sometimes they would shoot at

14 us while hanging off of these vehicles.  Again, nobody ever

15 said anything.

16 Q.  On day four of the protest -- sorry.  Strike that.  When

17 you were being chased around in the neighborhood southeast of

18 the capitol, were you hit with anything?

19 A.  Yeah.  A couple times I was hit with pepper balls when I

20 was running away.

21 Q.  On day four, May 31, did you attend the protest again?

22 A.  I did.

23         THE COURT:  Let's take a break here.  Let's take ten

24 or twelve minutes here.

25         (Recess at 10:42 a.m.)

137

Claire Sannier - Direct

1          (In open court at 10:59 a.m.)

2          *THE COURT:*  It's starting to get a little bit

3   repetitive.

4          *MS. WANG:*  I'm on the last two days.

5          *THE COURT:*  It can turn from interesting to tedious,

6   I'm just giving you some advice.  So far, though, it's

7   interesting.

8          (Jury present at 11:00 a.m.)

9          *MS. WANG:*  May I proceed, Your Honor?

10          *THE COURT:*  Sure.

11  *BY MS. WANG:*

12  *Q.*  I'm showing you Exhibit 338, which has been moved into

13  evidence.

14          So I just want to orient you to the time here.  So do

15  you see this date and time in the corner here?

16  *A.*  Yes, I do.

17  *Q.*  Okay.  So this is a -- this is an Aurora body camera video;

18  right?

19  *A.*  Sure.  Yeah.

20  *Q.*  And it's May 30, 2020, at 17:07?

21  *A.*  That looks right.

22  *Q.*  I'm sorry.  19:07.

23  *A.*  7:00 p.m.

24  *Q.*  That's military time for 7:07 p.m.?

25  *A.*  That's right.

Claire Sannier - Direct

1   *Q.*  Okay.  It was at this time that you were tear-gassed and

2   flash-banged while you were kneeling?

3   *A.*  That's right.  One of many times, yes.

4          *MR. RINGEL:*  That's GMT.

5          *MS. WANG:*  Minus 6.

6          *MR. RINGEL:*  Got it.  I'm sorry.  Never mind.

7   *BY MS. WANG:*

8   *Q.*  So the Aurora videos are at the correct time.  The GMT

9   minus 6 is Mountain Time.

10  *A.*  Yeah.

11         *MS. HOFFMAN:*  I'm going to object to the attorney

12  testifying.

13         *MS. WANG:*  I mean, it's stipulated, so I just want

14  to -- we can either talk about the stipulation, however you

15  want, but --

16         *THE COURT:*  Sorry.  What's your problem?

17         *MS. WANG:*  The stipulation -- I can read the

18  stipulation if you'd like, counsel.

19         *MR. RINGEL:*  Why don't we admit it in evidence.

20         *MS. WANG:*  I'm moving Exhibit 1240 into evidence, the

21  stipulations, Your Honor.

22         *THE COURT:*  All right.

23         *MS. HOFFMAN:*  No objection.

24         *THE COURT:*  1240 is stipulation about something.

25         *MS. WANG:*  It's not on the list, but it was filed at

139

Claire Sannier - Direct

1   Docket 313.  We can give you a copy, Your Honor.

2          THE COURT:  Okay.  Thank you.  So it's admitted.

3          (Exhibit 1240 admitted.)

4      MS. WANG:  Okay.  So you can take that down.

5          THE COURT:  It says 313 but you're calling it 1230.

6      MS. WANG:  Well, Judge, it was filed on the docket as

7   Docket No. 313; but we're just calling it Exhibit 1240.

8          THE COURT:  All right.  It's admitted.

9      MS. WANG:  Now, that -- so we just want to read to the

10  jury some of the stipulations.

11         THE COURT:  Yes, you can do that.

12     MS. WANG:  I'm sorry?

13         THE COURT:  Go ahead.

14     MS. WANG:  So the date time stamp reflected in the

15  Denver police officers' body-worn camera video is Greenwich

16  Mean Time, which is six hours ahead of Mountain Time.  The date

17  and timestamps reflected in Aurora police officers' body-worn

18  camera is Mountain Time.  The body-worn camera video produced

19  in this litigation by both Denver Police Department and Aurora

20  Police Department have a buffering mode.  The body-worn camera

21  continuously loops a video recording for up to 30 seconds

22  before the recording is started by the officer.  And while

23  buffering only video, no audio, is being recorded.  In

24  addition, for the body-worn camera videos produced by Denver,

25  the last name of the officer is indicated in the file name of

Claire Sannier - Direct

1    the video.

2            It's also stipulated that the locations of the

3    produced HALO camera videos that were provided in Denver's

4    supplemental disclosure documents is true and correct.  And

5    it's also agreed by the parties that Denver and DPD did not

6    enter into any written mutual aid agreements with any of the

7    agencies that occurred during the GFP -- George Floyd protests.

8            THE COURT:  Okay.  When you get to the times, you

9    should feel free to remind the jurors and me as to what you've

10   stipulated that it means.

11           MS. WANG:  Yes, Your Honor.  All right.

12   BY MS. WANG:

13   Q.  Now, Claire, day four, May 31, did you attend the protests

14   again on that day?

15   A.  I did.

16   Q.  Was there a difference in this day compared to other days?

17   A.  Yeah.  So where each of the previous days had been further

18   police escalation, this was a day where they seemed to stay a

19   pretty good distance from us.

20   Q.  And when they stayed away from you, what was the reaction

21   of the crowd?

22   A.  The crowd got to the business we were there to do.  We were

23   completely peaceful, we marched, we chanted, we demonstrated,

24   and we were -- everything -- all of the chaos and pandemonium

25   of the previous days was, you know, not present.  There was no