*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-CV-01878-RBJ
(consolidated with 20-CV-01922-RBJ-MEH)
_____

ZOOM DEPOSITION OF JOE CARLOS DERAS
August 11, 2021
_____

ELISABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.
_____


APPEARANCES:

    LOEVY & LOEVY
        By Elizabeth Wang, Esq.
           2060 Broadway, Suite 460
           Boulder, Colorado  80302
             Appearing via Zoom on behalf of
             Plaintiffs

    DENVER CITY ATTORNEY'S OFFICE
    CIVIL LITIGATION SECTION
        By Hollie R. Birkholz, Esq.
           201 West Colfax Avenue, Dept. 1108
           Denver, Colorado  80202
             Appearing via Zoom on behalf of
             Defendants

AB Litigation Services

```
 1   the 30th -- or, yeah -- on the 30th, though,
 2   right?
 3        A    No.
 4        Q    Okay.  So where did you guys get them?
 5        A    I had a hard hat because I worked for
 6   the Colorado Education Association -- or for the
 7   Painters Union, which is a construction union, and
 8   so I just had -- had my hard hat.  I don't know
 9   where everyone else got theirs.
10        Q    You didn't have multiple hard hats and
11   provide them to your friends?
12        A    No.
13        Q    Okay.  Were everyone's white?
14        A    Yeah.
15        Q    Okay. All right.  So you guys went to
16   the Capitol.  Tell me --  Give me a rundown of
17   your day -- of your evening on May 31st.
18        A    So I think we were at the Capitol for a
19   while just hearing -- hearing the program, hearing
20   people on the speaker -- or on the megaphone.
21   Then I think it was right before 8:00 or right
22   after 8:00 when we started marching eastbound down
23   Colfax.  At this point, there was, like, a group
24   of, like, thousands of people.  It was hard to
25   see, like, the ends of the march on both the back
```

AB Litigation Services

1   and the front ends because it was just huge.
2             So we marched for a really long time.
3   I mean, I think we marched all the way from the
4   Capitol over to -- over to, like, in front of the
5   precinct on Washington.  And I remember, like,
6   there was police officers who were -- who were
7   kind of blocking streets on the other side of
8   Colfax, so it must have been 16th Street.  And
9   every time we crossed an intersection, you could
10  see all the way back that there were police
11  officers and their cars on the other end.
12            But it wasn't until we got to, like,
13  right before Washington when --  I think it might
14  have been, like -- like, 20 feet away from the
15  intersection when we heard this loud, like, flash
16  bang go off.  We saw the light and then, like,
17  smoke started to come from that area.  And then,
18  like, people in front of us started running back
19  westbound.  But the people who were on the other
20  side of the -- of the -- of the street ran
21  eastbound, and then there was people who, like,
22  were right in the intersection who ran southbound.
23  The police were, like, northbound on Washington.
24            So they were, like --  I mean, there was
25  people on all sides of that intersection, and I

AB Litigation Services

```
 1   remember, after a flash bang, there was a
 2   canister, like, maybe 10 feet in front of me that
 3   started to, like, spill out.  At this point,
 4   because, like, you know, we had been in tear gas
 5   and had been shot and had, like, experienced these
 6   chemical weapons for the last couple days, we
 7   felt --  I mean, we were wearing, like, protective
 8   goggles, you know, like the ski goggles that I was
 9   wearing that really filtered out the air, so my
10   eyes were fine.
11             At that point, like, I was also wearing
12   a mask -- an N95 mask with, I think, a bandana
13   over -- over it with apple cider vinegar so that,
14   like, the smoke that I was inhaling wasn't as bad
15   or I could handle it a little bit more.  So when
16   I --  So, you know, when I saw the gas, like,
17   coming into contact with, like, the people in
18   front of -- or in back and to the side of me, I
19   tried to, like, remove it to the -- to the only
20   side where there weren't any people.
21             And --  And then I think there was a
22   second tear gas canister as well.  I tried to move
23   that away from the people as well, and that's when
24   I felt the first impact of a projectile, which at
25   the time I thought was a -- was a tear gas
```