```
                IN THE UNITED STATES DISTRICT COURT
                    FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ

ELISABETH EPPS,
AMANDA BLASINGAME,
ASHLEE WEDGEWORTH,
MAYA ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK,
STANFORD SMITH,
SARA FITOURI,
JACQUELYN PARKINS,
KELSEY TAYLOR,
JOE DERAS, and
CLAIRE SANNIER,

    Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, and
JONATHAN CHRISTIAN,

    Defendants.
```
_____

**REPORTER'S TRANSCRIPT**
TRIAL TO JURY - DAY FOUR
_____

Proceedings before the HONORABLE R. BROOKE JACKSON, Senior Judge, United States District Court for the District of Colorado, continuing at 9:02 a.m., on the 10th day of March, 2022, in Courtroom A902, United States Courthouse, Denver, Colorado.

THERESE LINDBLOM, Official Reporter
901 19th Street, Denver, Colorado 80294
Proceedings Reported by Mechanical Stenography
Transcription Produced via Computer

Exhibit 3

1    announcement I ever heard, and it was just warning us that a
2    curfew was going into effect.  I never heard from an officer
3    that they were going to use force or that they were asking us
4    to do anything.  We weren't given any orders.
5    Q.  Where did you go when you -- after curfew?
6    A.  So Sunday after curfew, we -- it was peaceful at the
7    capitol.  There were no police around right at curfew, and so
8    the group began to march down Colfax.
9    Q.  And can you describe the atmosphere of the crowd?
10   A.  Yeah.  It was similar to other days.  Something I noticed
11   different was that, typically, as soon as the police began
12   attacking us, a lot of people went home.  There were folks who
13   didn't stay out for that part of the night.  Because at this
14   point no force had been used, there were a lot more daytime
15   protesters who were part of the group.  A lot of families,
16   people wearing sandals -- it's the middle of summer -- who were
17   still a part of the group.  It was a large group going down
18   Colfax.
19   Q.  And how long were you marching down Colfax for?
20   A.  We marched -- it probably took us 15 minutes, maybe.  We
21   were marching to about Washington -- well, we were going to
22   continue to march, but we marched to Washington and Colfax.
23   Q.  And what made you stop continuing marching?
24   A.  So at the point we got to -- so we're marching down Colfax.
25   Washington and Colfax is where the police precinct at.  And at

1    the time, half the march had passed the intersection.  We were
2    in the middle-ish of the march.  And right as we were
3    approaching the intersection, the police began tear-gassing and
4    pepper-balling and flash-banging the protesters in the
5    intersection.
6             *MS. RUTAHINDURWA:*  I'm showing you Exhibit 544.
7             This is stipulated into evidence.
8             *THE COURT:*  Okay.  Admitted.
9             (Exhibit 544 admitted.)
10   *BY MS. RUTAHINDURWA:*
11   *Q.*  I'm going to play a short clip of the -- what you just
12   described.
13            (Video played.)
14            So it's paused at 8:28 p.m.  Do you see yourself in
15   this screenshot?
16   *A.*  Yes, I do.
17   *Q.*  Can you circle yourself.
18   *A.*  We -- you can see our helmets.  We're the group down here.
19   *Q.*  When you say "we," are you referring to Jackie and Joe?
20   *A.*  Yeah.  At this time we had Jackie, Joe, myself, our friend
21   Rochelle and Emma were also with us.
22            *MS. RUTAHINDURWA:*  We can take this down.
23   *BY MS. RUTAHINDURWA:*
24   *Q.*  And I've taken screenshots of Exhibit 544, the video we
25   just watched.  Do you see yourself on this screen?  Do you

1  recognize this to be the group that you were part of?
2  A.  Yes, I can see the -- the way I know that this is us is
3  there were three of us wearing hard hats and then one wearing a
4  regular bicycle helmet.  That's our group right there.
5           MS. RUTAHINDURWA:  Let's turn to the next page.
6  BY MS. RUTAHINDURWA:
7  Q.  Still around the same location?
8  A.  Yes.
9           MS. RUTAHINDURWA:  Next page.
10 BY MS. RUTAHINDURWA:
11 Q.  It's like where is Waldo?
12 A.  (Indicating.)
13 Q.  Thank you.
14          Next page.
15          Next page.
16          And what is happening here?
17 A.  It looks like things -- things are starting to get hectic.
18 I would imagine -- this is us here -- this was as the tear gas
19 and the flash-bangs began.
20          MS. RUTAHINDURWA:  Let's go to the next page.
21 BY MS. RUTAHINDURWA:
22 Q.  Do you recognize that bright light?
23 A.  Yeah.  That would be the -- in my experience, that is the
24 flash of a flash-bang.
25          MS. RUTAHINDURWA:  And the next page.

1  *BY MS. RUTAHINDURWA:*

2  *Q.* And you're right here?

3  *A.* Yes, I am.

4  *Q.* So you've been moving back?

5  *A.* Yes. I remember at this point we weren't sure what to do.

6  The march was broken in half, and the intersection was really

7  hard to get through. It was very thick gas. And so we weren't

8  sure whether we should turn around and march the other way or

9  try to connect back up with the rest of the march going

10  forward, so we paused for a bit.

11       *MS. RUTAHINDURWA:* Let's go to the last page, page 9.

12  *BY MS. RUTAHINDURWA:*

13  *Q.* Do you see this cloud of gas right here?

14  *A.* Yes, I do.

15  *Q.* Is this the tear gas you were describing that happened at

16  this intersection?

17  *A.* Yes, that's some of it. This tear gas in this section

18  continued for a while. And we were all experiencing this

19  effect, including the ones who were on the left of the screen

20  here.

21       *MS. RUTAHINDURWA:* We can take this exhibit down.

22  *BY MS. RUTAHINDURWA:*

23  *Q.* So describe to us what happened after the march was

24  stopped, due to the tear gas?

25  *A.* So at some point I got separated from Joe and Emma, and

1   Jackie and Rochelle and I were -- you couldn't see it there,
2   but behind there is a parking lot for Good Times and a liquor
3   store.  And so we were looking for Joe around that area, by
4   trying to go wide to see where they ended up, if they ended up
5   pushed to the other side.  And at some point Joe reached out to
6   me, texting that he had been really hurt and that he was trying
7   to find a medic.
8   Q.  Did you meet up with Joe?
9   A.  I did.  I met up with him while he was talking to a medic.
10  They were recommending that we took him to the hospital because
11  they weren't sure if his was finger was broken or just really
12  messed up.  And so at that point we actually got pushed out of
13  the area, because they began pepper-balling and throwing tear
14  gas in the directions of the medics at that point.  And so we
15  tried to make our way back to CEA in order to get Joe to the
16  hospital.
17  Q.  Did you go with Joe to the hospital?
18  A.  I didn't.  Rochelle, who was with us, agreed to take Joe to
19  the hospital.
20  Q.  And what did you do?
21  A.  Jackie and I and Emma waited -- we went back up to CEA to
22  make sure they got on the way to the hospital, and then we
23  rejoined the march on Colfax, heading east.
24  Q.  What happened after you joined the march?
25  A.  So pretty quickly after we joined the march, we were in