

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## — COURT REPORTERS —

## CIVIL ACTION NO. 1:20-cv-01878-RBJ

## ELISABETH EPPS, ET AL.

## V.

## CITY AND COUNTY OF DENVER, ET AL.

## DEPONENT:

## PATRICK SHAKER

## DATE:

## December 29, 2021



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com

☎ 877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 7

1              IN THE UNITED STATES DISTRICT COURT

2                 FOR THE DISTRICT OF COLORADO

3               CIVIL ACTION NO. 1:20-cv-01878-RBJ

4           (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

5

6                   ELISABETH EPPS, ET AL.,

7                          Plaintiffs,

8

9                              V.

10

11            CITY AND COUNTY OF DENVER, ET AL.,

12                         Defendants.

13

14

15

16

17

18

19

20

21

22

23   DEPONENT:   PATRICK SHAKER

24   DATE:       DECEMBER 29, 2021

25   REPORTER:   LINDSEY N. JOHNSON



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        APPEARANCES

 2

 3    ON BEHALF OF THE FITOURI PLAINTIFFS:

 4    Elizabeth Wang, Esq.

 5    Loevy & Loevy

 6    2060 Broadway

 7    Suite 460

 8    Boulder, Colorado 80302

 9    Telephone No.: 720-328-5642

10    E-mail: elizabethw@loevy.com

11    (Appeared via videoconference)

12

13    ON BEHALF OF THE EPPS PLAINTIFFS:

14    Matthew J. Douglas, Esq.

15    Timothy R. Macdonald, Esq.

16    Arnold & Porter Kaye Scholer LLP

17    1144 Fifteenth Street

18    Suite 3100

19    Denver, Colorado 80202

20    Telephone No.: 303-863-2315

21    E-mail: matthew.douglas@arnoldporter.com

22            timothy.macdonald@arnoldporter.com

23    (Appeared via videoconference)

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

3

```
 1                 APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:

 4   Eric Butler, Esq.

 5   Jefferson County Attorney's Office

 6   100 Jefferson County Parkway

 7   Suite 5500

 8   Golden, Colorado 80419

 9   Telephone No.: 303-271-6511

10   E-mail: ebutler@jeffco.us

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE CITY OF AURORA DEFENDANTS:

14   Isabelle Evans, Esq.

15   City of Aurora City Attorney

16   15151 East Alameda Parkway

17   Aurora, Colorado 80012

18   Telephone No.: 303-341-8700

19   E-mail: ievans@auroragov.org

20   (Appeared via videoconference)

21

22

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                      APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:

 4   Robert Huss, Esq.

 5   Denver City and County Attorney's Office

 6   201 West Colfax Avenue

 7   Denver, Colorado 80202

 8   Telephone No.: 720-913-8072

 9   E-mail: robert.huss@denvergov.org

10   (Appeared via videoconference)

11

12   ON BEHALF OF THE DEPONENT, LIEUTENANT PATRICK SHAKER:

13   Michael Lowe, Esq.

14   Bruno, Colin & Lowe, P.C.

15   1999 Broadway

16   Suite 4300

17   Denver, Colorado 80202

18   Telephone No.: 303-831-1099

19   E-mail: mlowe@brunolawyers.com

20   (Appeared via videoconference)

21

22   Also Present:  Leah Sharp, Videographer

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

5

1                           INDEX

2                                              Page

3   PROCEEDINGS                                   7

4   DIRECT EXAMINATION BY MS. WANG                9

5   EXAMINATION BY MR. DOUGLAS                   59

6

7                          EXHIBITS

8   Exhibit                                    Page

9   1 - Color photo with officers and yellow boxes   71

10  2 - Color snapshot of video with officers        72

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                        STIPULATIONS

 2

 3   The VIDEO deposition of PATRICK SHAKER was taken at the

 4   office of Pike Reporting Company, located at 600 17th

 5   Street, Suite 2800, Denver, Colorado 80202, via

 6   videoconference in which all participants attended

 7   remotely, on Wednesday, the 29th day of December 2021,

 8   at 1:32 p.m. MST; said video deposition was taken

 9   pursuant to the FEDERAL Rules of Civil Procedure.  The

10   oath in this matter was sworn remotely pursuant to FRCP

11   30.

12

13   It is agreed that Lindsey N. Johnson, being a Notary

14   Public and Court Reporter for the State of Colorado, may

15   swear the witness and that the reading and signing of

16   the completed transcript by the witness is not waived.

17

18

19

20

21

22

23

24

25
```



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1                    PROCEEDINGS

 2

 3        VIDEOGRAPHER:  We are now on the record.

 4        My name is Leah Sharp.  I'm the online video

 5   technician and Lindsey Johnson is the court reporter

 6   today representing Kentuckiana Reporters, located at

 7   30 South Whacker Drive on the 22nd floor in Chicago,

 8   Illinois.  Today is the 29th day of December 2021.

 9   The time is 1:32 p.m.  We are convened by

10   videoconference to take the deposition of Lieutenant

11   Patrick Shaker in the matter of the Elisabeth Epps,

12   et al., versus the City and County of Denver, et

13   al., pending in the United States District Court for

14   the District of Colorado.  Civil action number

15   1:20-CV-01878-RBJ.  Will everyone, but the witness,

16   please state your appearance, how you're attending,

17   and the location you are attending from, starting

18   with the plaintiffs' counsel?

19        MS. WANG:  Elizabeth Wang, attorney for the

20   Fitouri plaintiffs, attending remotely via video

21   from Springfield, Pennsylvania.

22        MR. DOUGLAS:  Matt Douglas, representing the

23   Epps plaintiffs, attending remotely from Littleton,

24   Colorado.

25        MS. EVANS:  Isabelle Evans, representing the
```

Kentuckiana Reporters
30 South Whacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

8

1   City of Aurora, attending remotely from Aurora.

2        MR. LOWE:  Mike Lowe, representing the

3   individually named Aurora defendants, attending

4   remotely in Denver, Colorado.

5        MR. BUTLER:  Eric Butler, appearing remotely

6   from Golden, Colorado, representing the Jefferson

7   County defendants.

8        MR. HUSS:  Rob Huss, representing the Denver

9   defendants, appearing remotely from Denver,

10  Colorado.

11       VIDEOGRAPHER:  All right.  And then, Lieutenant

12  Shaker, will you please state your full name for the

13  record?

14       THE WITNESS:  Patrick Shaker.

15       VIDEOGRAPHER:  All right.  And then will you

16  please hold up that ID for the camera for me?  Do

17  all parties present agree that the witness is, in

18  fact, Patrick Shaker?

19       MS. WANG:  Yes.

20       MR. DOUGLAS:  Yes.

21       VIDEOGRAPHER:  All right.  And, sir, will you

22  please raise your right hand to be sworn in by the

23  court reporter?

24       COURT REPORTER:  Do you swear or affirm that

25  the testimony you are about to give will be the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

9

1    truth, the whole truth, and nothing but the truth?

2         THE WITNESS:  I do.

3         THE WITNESS:  Thank you.

4         Ms. Wang.

5                DIRECT EXAMINATION

6  BY MS. WANG:

7    Q.   Lieutenant Shaker, is your -- what's your

8  current rank?

9    A.   My current rank is lieutenant.

10   Q.   Okay.  You're not a commander?

11   A.   No, ma'am.

12   Q.   Okay.  So you were -- were you a sergeant or a

13 lieutenant at the time of the protests in Denver in

14 May/June 2020?

15   A.   I was a sergeant at that time.

16   Q.   Okay.  All right.  You understand that you

17 have been designated by the City of Aurora to provide

18 testimony on some specified topics related to training

19 and policies of the Aurora Police Department, correct?

20   A.   Yes, ma'am.

21   Q.   Okay.  Can you see my screen?

22   A.   Yes.

23   Q.   I'm showing you the plaintiffs' notice of

24 deposition of the City of Aurora pursuant to Federal

25 Rule of Civil Procedure 30(b)(6).  Have you seen this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

10

1  document before?

2      A.   I have.

3      Q.   Okay.  And you -- we're looking at page 2.

4  You've been designated to provide testimony on Topics

5  2AB and 3AB today, correct?

6      A.   Yes, that's correct.

7      Q.   Okay.  And in summary, those two topics

8  concern Aurora's policies, practices, and training

9  relating to crowd management, crowd control, field force

10  tactics, as well as use of less lethal weapons and

11  non-lethal force, correct?

12      A.   It does.

13      Q.   How did you prepare for this deposition today?

14      A.   I prepared through reviewing the policies and

15  procedures that we had on file through our PSS.

16      Q.   What's PSS?

17      A.   It's our Professional Standards Section.  I

18  believe it is called something else now, though.

19      Q.   And so when you say you reviewed the policies

20  and procedures that you have through your PSS, do you

21  mean that you asked the PSS section to give you certain

22  policies to review, or what do you mean by that?

23      A.   Yeah.  I asked the -- the record keepers,

24  basically the custodians of our policies, to send me

25  copies of our policies and procedures effective from --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   specifically pertaining to our emergency response team

2   from 2015 on.

3        Q.   Okay.  So the notice asks for testimony from

4   2015 to 2020, right?

5        A.   Yes.

6        Q.   Okay.  And so you prepared yourself by

7   reviewing your policies and procedures relevant to that

8   time period for the topics listed, right?

9        A.   Yes.

10       Q.   Okay.  And what else did you do to prepare for

11   this deposition?

12       A.   The only other things that I did was I

13   reviewed my own certificates for the trainings that I

14   received specifically regarding crowd management.

15       Q.   And why did you do that?

16       A.   Just to affirm my dates that I actually had

17   for -- well, when I went to specific trainings for field

18   force operations and other crowd management functions.

19       Q.   Did you review any documents that your

20   attorneys provided you?

21       A.   I did.

22       Q.   What did you review?

23       A.   There were documents pertaining to trainings

24   and schedules, as well as some PowerPoints for the

25   emergency response team.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

12

1    Q.   Okay.  So there were PowerPoints related to

2    training?

3    A.   Yes, ma'am.

4    Q.   What else?  What else did you review -- or

5    what else did your attorneys provide you for review?

6    A.   Aside from the PowerPoints and some schedules,

7    training outlines, I don't recall what else there was

8    involved in that.

9    Q.   Is it your understanding that the documents

10   that you reviewed in preparation for this deposition

11   here today have been produced by the City of Aurora to

12   the plaintiffs in this case?

13   A.   Yes, that is my understanding.

14   Q.   Okay.  When you asked for material from your

15   professional -- you said professional services section?

16   A.   I believe it's professional standards section,

17   but I'm pretty sure they changed their name in a

18   reorganization within the last year, so I'm not sure

19   what they're called now.

20   Q.   Okay.  So when you asked for the record

21   keepers at your department for policies and procedures

22   relevant to the topics that you'll be testifying on here

23   today, did you come across any documents that you then

24   provided to your attorneys to produce?

25   A.   As far as I know, they have all those

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

13

1  documents already.

2      Q.   Okay.  Did you review any videos in

3  preparation for your deposition?

4      A.   I did not.

5      Q.   Did you review the PowerPoint presentations

6  that were created by the force investigations unit that

7  reviewed the use of force by the Aurora police officers

8  who provided mutual aid to the protests?

9      A.   I did not.

10     Q.   Have you seen that document before?

11     A.   No, I have not.

12     Q.   Were you interviewed by anybody for that

13  investigation?

14     A.   I don't believe I was, no.

15     Q.   Okay.  So is there any other -- are there any

16  other materials that you've reviewed in preparation for

17  your deposition here today other than what we have

18  already discussed?

19     A.   Not to my recollection, no.

20     Q.   Are there any ways in which Aurora's policies

21  with respect to crowd management, crowd control, and

22  field force tactics have changed from 2015 to 2020?

23     A.   There are.

24     Q.   Okay.  Tell me about the changes.

25     A.   Most of the changes have been subtle.  Our

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

14

1    core training still is the MCATI system, which is

2    managing actions through incidents, which is training

3    that is federally provided by the Center For Domestic

4    Preparedness, CDP under FEMA, and that is something that

5    is a federally recognized system that we use, and that

6    is core system that we as an agency used for our

7    training since 2015.  There are numerous subtleties that

8    I could go over the ones I recollect, but for the most

9    part, the core system is the MCATI system that we have

10   used.

11       Q.   What is the MCATI system?

12       A.   The MCATI system or the Managing Civil

13   Actions and Threat Incidents is a basic crowd management

14   or crowd control model provided by the federal

15   government, specifically through the Center For

16   Domestic Preparedness for multiple agencies throughout

17   the United States to have a common ground for crowd

18   management.

19       Q.   Okay.  What does that MCATI -- what does that

20   system teach officers about crowd management or crowd

21   control, other than line movements?

22       A.   The basics of it are the line movements,

23   formations, what specifically techniques to perform

24   things such as an arrest from a crowd, and those are

25   mostly the formations and, again, the line movements.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

15

1    Q.   Okay.  So let's -- let's talk about -- since

2    we're talking about training, we'll talk about Topic 3

3    right now.  Let me pull up a document.  Okay.  Can you

4    see my screen?

5    A.   Yes, I can.

6    Q.   So this is COABLM002801-0822.  It's a crowd

7    management PowerPoint dated 2020.  Do you see this?

8    A.   I do.

9    Q.   Is this one of the documents that you reviewed

10   in preparation for your dep?

11   A.   It is.

12   Q.   Okay.  And this is the training that was

13   provided to officers regarding crowd management as of

14   2020?

15   A.   To some officers.

16   Q.   What officers?

17   A.   The majority of our non-emergency response

18   team members on the police department, sworn members.

19   Q.   So this -- this presentation in the --

20   documented in this PowerPoint was provided to people who

21   are not on the emergency response team?

22   A.   Both on the emergency response team and for

23   general police department for our sworn members.  Being

24   that it was part of an in-service training, so it

25   covered basically every sworn member on the department,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

16

1  but it was specifically tailored towards our

2  non-emergency response team personnel.

3      **Q.**  **Okay.  And so in what ways is this PowerPoint**

4  **tailored specifically to the non-ERT personnel?**

5      A.  It is not as in-depth or detailed training

6  presentation as we would give to our emergency response

7  team personnel.  It covers the -- again, the basics of

8  line movements and formations for officers for the

9  MCATI system and the way we utilize it for the Aurora

10 Police Department.

11     **Q.**  **Were all of the Aurora police officers who**

12 **provided mutual aid to Denver last summer members of the**

13 **ERT?**

14     A.  To my knowledge, yes.

15     **Q.**  **Okay.  So it's fair to say that the majority**

16 **of this PowerPoint that we're reviewing on the screen**

17 **right now deals with line formations.  There's a few**

18 **slides on gas mask deployments, right?**

19     A.  Portions of it do deal with the formations and

20 gas masks, but it also contains information on the

21 system and some training tips and topics for what to do

22 during, before, and after an incident, as well.

23     **Q.**  **Does this PowerPoint say anything about the**

24 **circumstances under which officers are allowed to use**

25 **force during a protest?**

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

17

1    A.   I don't believe so, but I would have to review

2  the whole thing to make sure.

3    Q.   Okay.  Does this PowerPoint contain any

4  information about what type of force an officer is

5  permitted to use during a protest?

6    A.   I do not believe so, no.

7    Q.   Does this PowerPoint contain any information

8  about when to use a particular type of weapon such as

9  when it is appropriate to throw C gas cannister as

10  opposed to using a less lethal shotgun as opposed to

11  using a 40-millimeter launcher?

12    A.   It does not.

13    Q.   Okay.  So is there a PowerPoint presentation

14  dealing with crowd movements, crowd control, or crowd

15  management that is more detailed that is directed the

16  mobile -- or not the mobile -- the ERT?

17    A.   I believe so, yes.

18    Q.   And that was in the materials that you

19  reviewed?

20    A.   I believe so, but I could be mistaken on that.

21    Q.   Well, I want to make sure that we have all of

22  the documents that we need to question you about

23  policies of the Aurora Police Department before we

24  continue.  So is there a more specific detailed

25  PowerPoint presentation or other training document that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

18

1   deals with crowd management and MCATI system that is

2   geared towards ERT members?

3        A.   It would be the one -- if I recall the

4   documents that I was provided, there's one that we give

5   to the basic academy classes.  That would be almost an

6   identical -- that would be probably the PowerPoint that

7   we would be using.  I don't know if we created one

8   specifically for the ERT and for the academy, but we do

9   have one that is more a little bit encompassing, and

10  that one was provided in the -- yes, that looks like the

11  one.

12       Q.   Okay.  So I put up on the screen COAEPP720 to

13  751, and it says "Aurora Police" -- on the front page,

14  it says "Aurora Police Mobile Field Force Training

15  Basic Class", right?

16       A.   Yes.

17       Q.   Okay.  So does this -- this is one of the

18  documents that you reviewed for your deposition today,

19  right?

20       A.   Correct.

21       Q.   Okay.  And this is 32-page PowerPoint contains

22  the information that is provided to ERT members for

23  their training on mobile field force and crowd

24  management, right?

25       A.   Yes.  The majority of it, the basics.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

19

1    Q.   Okay.  So there is an even more detailed

2   PowerPoint you're saying that exists?

3    A.   No.

4    Q.   Okay.  So what do they get trained on other

5   than the basics?

6    A.   Tactical movements, which we can't do with a

7   PowerPoint, specific less lethal training as far as what

8   we train them, weapon systems that they use, line

9   formations, some of the contingencies, range work, as

10   well.

11    Q.   Anything else?

12    A.   I'm sure there are other things, but from off

13   the top of my head, those are some of the things I can

14   name.

15    Q.   Is it fair to say that you believe that the

16   City of Aurora has produced to us in this litigation all

17   of the documents relevant to training of officers on the

18   ERT with respect to crowd management, crowd control,

19   field force tactics, and the use of less lethal weapons?

20    A.   From my recollection, everything that I

21   reviewed is the stuff that -- is the presentation

22   material that we have trained on.

23    Q.   Okay.  And so there is nothing else that

24   Aurora trains its officers on that's not in the

25   materials that have been provided, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1          MS. EVANS:  Object to form.

2     A.    Not to my knowledge.

3     Q.    Okay.  Is there anything in the -- let's take

4  a look.  We're going to open that PowerPoint back up.

5  I'm showing you, again, COAEPP720 to 751.  Is there

6  anything in this document that concerns when field force

7  is appropriate at all during a protest?

8     A.    I would have to review it in its entirety, but

9  I believe there was policy or procedure in there

10  regarding -- there we go -- CRS24905, prohibited law

11  enforcement action response to protests.

12     Q.    Okay.  Well, this actually says "SB217/1250

13  changes," right?

14     A.    At the top, yes, it does.

15     Q.    Right.  And SB217 refers to the law in

16  Colorado that was passed in June of 2020 after the

17  protests, right?

18     A.    Yes.

19     Q.    Okay.  So this didn't exist in May and June of

20  2020 during the GFP?

21     A.    This particular slide, the way it is phrased

22  now, no, it did not.

23     Q.    Okay.  So is there anything else about this

24  PowerPoint that -- so this PowerPoint, you can't tell me

25  when this was created?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

21

 1       A.    Not with exact certainty, no.

 2       Q.    But it appears that it was created after the

 3   events at issue in this case, right?

 4       A.    Incorrect.

 5       Q.    Okay.

 6       A.    The -- the particular slide that you're

 7   talking about was definitely created after the 2020

 8   protests.  Like any other training document that we

 9   would use in an ongoing evolving process, it is a living

10   document, as in -- for example, it gets changed and it

11   gets modified.  As we come across better ways to do

12   things, we update our training, we update our policies

13   and procedures, laws change, as did with SB217 and

14   HB1250.  Those obviously changed what we did, so we had

15   to update this living document as we go forward.

16       Q.    Okay.  So because the law required you to

17   adjust how force is used during a protest, you put a

18   slide in here regarding SB217 after that was passed,

19   right?

20            MS. EVANS:  Object to form.

21       A.    Not solely because the law changed.  We

22   updated, like I said, all of our policies and

23   procedures, and we update continually our documents as

24   we go forward with our training, and we improve upon it.

25       Q.    Okay.  So other than this slide relating to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

22

1   the SB217, are you telling me that the rest of this

2   training PowerPoint was the same prior to -- or at the

3   time of the protests in May and June -- early June of

4   2020?

5       A.   I would have to go through each individual

6   slide to make sure that there were not any other

7   corrections in it that came down after 2020 or after the

8   Denver response from Aurora in 2020.

9       Q.   Okay.  Is there anything else in this

10  PowerPoint -- and I'll scroll through it slowly -- that

11  provides any information on when officers are allowed to

12  use any force at all during a protest and what type of

13  force is allowed to be used in response to which

14  circumstances?  I'm at the end.

15      A.   From that slide -- from those slides, no,

16  there's nothing else other than what was from SB20 --

17  SB217 HB1250, which was updated.

18      Q.   Right.  Which wasn't in place at the time of

19  the protests?

20      A.   No.

21      Q.   Okay.  Let's take a look at COAEPP752 to 792.

22  This is another PowerPoint.  Do you know when this was

23  in place?  I'll scroll through it.  Could you tell

24  whether this one was one in place at the time of the

25  protests in May and June of 2020?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1       A.    I could not.

2       Q.    This one doesn't have a slide on SB217,

3    correct?

4       A.    It does not, no.

5       Q.    Is there any information in here that

6    describes the circumstances under which force is

7    permitted during a protest and what type of force is

8    permitted?

9       A.    Not that I saw, no.

10      Q.    Okay.  You'd agree that the majority of this

11   PowerPoint concerns movements, line movements, and then

12   at the end it discusses donning and offing your gas

13   mask?

14      A.    Yes, I would.

15      Q.    Okay.  Let's look at another document that

16   Aurora produced, COAEPP795A33.  This one has the same

17   cover sheet as the other ones, it looks to me, although

18   the language is in a little bit different order, I

19   think.  Can you tell which -- what this is dated?  When

20   this was in effect?

21      A.    I cannot give exact dates on that, but it

22   would be after 2008.

23      Q.    Okay.  But before SB217, because there's not a

24   slide in here about that, right?

25      A.    Perhaps.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  You'd agree that this PowerPoint

2  presentation also includes no information about the

3  circumstances under which force is permitted during a

4  protest or what kind of force?

5    A.   Yes, I would agree.

6    Q.   Okay.  The majority of this presentation is

7  similar to the others, which concerns line movements and

8  putting on and taking off your gas mask, right?

9    A.   It does.

10    Q.   Okay.  I'm now showing you COAEPP834 to 852.

11  This says, "Crowd management Aurora Police Department

12  third quarter in-service."  To whom was this presented?

13        I'll scroll through it for you.

14    A.   This would be something -- again, this would

15  be an in-service training, so this would be something

16  that was presented to all sworn members at our -- one of

17  our quarterly in-services during our year of annual

18  in-service training at some point.  It's a third

19  quarter, so it would be during the latter part of the

20  year.

21    Q.   Is there any information in here that explains

22  to officers when force is allowed during a protest and

23  what type of force is allowed?

24    A.   Not specifically, no.

25    Q.   I'm showing you COAEPP708 to 718.  The first

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

25

1  page of this one says, "Aurora Police Emergency

2  Response Team 2020 Leader Training Class."  What is

3  this?

4       A.   This was a presentation or a training class

5  that we started to develop for incoming supervisors for

6  the emergency response team.

7       Q.   Okay.  And when was it put into place?

8       A.   It began in the first quarter of 2020, but I

9  do not know if they are still continuing it.

10       Q.   So was -- were any supervisors or leaders in

11  the police department trained on the material in this

12  PowerPoint presentation by the time of the protests in

13  May of 2020?

14       A.   The ERT leadership would have been.

15       Q.   Okay.  So here on page COAEPP00716, there's a

16  slide that says, "Important "Policy 584 Chemical

17  Irritants Munitions."  Do you see this?

18       A.   I do.

19       Q.   So there is some information here about when

20  these air types of munitions can be used, but it says,

21  "The deployment of these air types of munitions can be

22  both offensive as well as defensive."  Do you see that?

23       A.   I do.

24       Q.   There's no further explanation of what that

25  means, right?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    In that bullet point, no.

2      Q.    Okay.  And there's nothing else on the rest of

3  the page that explains what that means, right?

4      A.    No.

5      Q.    And there's nothing in the rest of the slide

6  -- the slide show that says what that means?  And I'll

7  scroll through it for you.  That's it.

8      A.    Nothing else in the slide show, no.

9      Q.    And there's nothing in this PowerPoint about

10  40-millimeter launchers, right?

11      A.    Specifically in bullet points, no.

12      Q.    There's nothing in this slide show about the

13  use of less lethal shotguns, right?

14      A.    Specifically in the bullet points, no.

15      Q.    There's nothing in this slide show about

16  anything other than -- about any weapon other than the

17  information on this page, COAEPP716, right?

18      A.    As far as verbiage, no.

19      Q.    I'm showing you COAEPP854 to 899.  It's

20  another PowerPoint presentation that says, "Aurora

21  police crowd management and MCATI/ERT manual."  Has

22  Sergeant Brukbacher's name on it.  Do you see this?

23      A.    I do.

24      Q.    Okay.  What was this used for?  I'll scroll

25  through it.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   I couldn't tell you specifically what it was

2   used for, because I did not create this PowerPoint.

3      Q.   Is it fair to say that, you know, having

4   scrolled through this PowerPoint, the majority of it

5   deals with line movements and donning and doffing your

6   gas mask?

7      A.   It does.

8      Q.   Okay.  There's a few tidbits of food for

9   thought at the end, the last few slides, right?

10      A.   Yes.

11      Q.   It doesn't say anything in here about the

12   circumstances under which force can be used or what type

13   of force is appropriate in a protest situation, right?

14      A.   In this slide, no.

15      Q.   I'm showing you COAEPP927 to 935.  Does this

16   look familiar to you?  I'll scroll through it.  It's

17   only nine pages.

18      A.   Yes, it looks familiar to me.

19      Q.   What was this used for?

20      A.   From my recollection, this was a presentation

21   that we or that ERT emergency response team members gave

22   to our citizen's police academy on what we do.

23      Q.   Okay.  So it wasn't a training for officers,

24   really?

25      A.   That document, no.



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   I'm showing you COAEPP936 to 968.  Do you see

2   this document?

3      A.   I do.

4      Q.   It says, "Aurora Police ERT Mobile Field

5   Force Training."  I'll scroll through it.  Do you know

6   what this one was used for and when it was in effect?

7      A.   This was used for training of sworn members.

8   I could not tell you if it was an in-service training

9   that was presented at some time or when it was effect,

10  but it contains the information or most of the same

11  information as the other PowerPoint presentations

12  similar to this.

13     Q.   Right.  And it contains no information with

14  when force may be used and what types of weapons may be

15  appropriate in certain protest situations, right?

16     A.   No.

17     Q.   I'm showing you COAEPP969 to 981.  I'm going

18  to scroll through it.  This one is -- has the same line

19  formation information as the other slide shows, right?

20     A.   For the most part, yes.

21     Q.   Okay.  It says, "Aurora Police Department" --

22  on the first page, COAEPP969, it says, "Second quarter

23  in-service 2015."  What is that indicating?

24     A.   The second quarter in-service indicates that

25  it was, again, a sworn -- an in-service or quarterly

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  training that was, or depending on the year, quarterly

2  or three times a year, training given to all sworn

3  members of the department during their annual

4  recertification and post-certifications trainings.

5      Q.   So there was the other -- I mean, there were

6  several that looked similar to this, right?  And there

7  was one that said 2020 on it that we looked at earlier,

8  correct?

9      A.   I don't remember one that said 2020 on it.  I

10  could be mistaken, though.

11      Q.   I'm showing you COABLM2801 to 2802.  Do you

12  see this one that says 2020 on it?

13      A.   I do.

14      Q.   Okay.  So that other one that we were just

15  looking at said 2015, was that later updated so that

16  anybody who was receiving training in 2020 would have

17  been reviewing information in this PowerPoint that we

18  have up on the screen?

19      A.   I'm not sure if I understand the question.

20      Q.   So a lot of these PowerPoints look very

21  similar, right?

22      A.   They do.

23      Q.   Some of them have dates on them, and some of

24  them don't, right?

25      A.   Correct.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Okay.  So this one says 2020, right?

2      A.   It does.

3      Q.   The one we were just looking at said 2015 and

4  had the same similar looking cover sheet, right?

5      A.   Yes.

6      Q.   So my question is:  Are these just different

7  versions of the same information that was presented in

8  different years?

9      A.   Yes.

10      Q.   Okay.  So if this one says 2020, what does

11  that indicate about, like, the time period during which

12  officers were trained on crowd management using this

13  slide show?

14      A.   That would indicate that during our first

15  quarter in-service trainings of 2020, sworn officers

16  that attended that in-service were given this

17  presentation.

18      Q.   Okay.  And then going back to the other one,

19  which I will put up right now, COAEPP969, the fact that

20  this says, "Second quarter in-service 2015," indicates

21  what?

22      A.   That during the second quarter of 2015, crowd

23  management was given to all sworn members during their

24  annual in-service training.

25      Q.   Okay.  And they would have been trained using



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    the information in this PowerPoint, right?

 2         A.    Not exclusively, but yes.

 3         Q.    **What do you mean "not exclusively"?**

 4         A.    When we talked about PowerPoints, everybody is

 5    familiar with the thought process or the notion of depth

 6    by PowerPoint, as people call it.  You cannot contain

 7    every single tidbit of information and every fact of

 8    every kind of training in PowerPoint, otherwise most

 9    trainings would be several days long in PowerPoint,

10    especially something as complex as crowd management.  So

11    you highlight the bullet points of what is important,

12    and then there is a lot of discussion and explanation

13    regarding them, and it also allows for the interaction

14    of the classes.  And especially with adult learning, it

15    is very important to have that two-way conversation with

16    people, so that they understand the material and that we

17    can help them understand -- anybody that's an

18    instructor, anything that they may have a misconception

19    about, so when I say, "not exclusively," I mean there is

20    no way that anybody could, without really putting

21    together multitudes of the pages of PowerPoint slides,

22    encompass everything.  In fact, I think it would be

23    doubtful if anyone could ever encompass every piece of

24    information needed for any training class -- the bullet

25    points of the PowerPoint, hence the term "bullet

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    points."

 2         Q.   You would want to put --

 3         A.   Does that --

 4         Q.   Yes, that does help answer the question.  My

 5    next question, though, is that you would want to put

 6    important information on the PowerPoint slides, right?

 7         A.   Important information or information to

 8    governance discussion.

 9         Q.   Okay.  You would agree that some people are

10    visual learners, and it helps them to see something in

11    writing like a PowerPoint, rather than just listening to

12    an instructor, right?

13              MS. EVANS:  Object to the form.

14         A.   From my experience personally, not outside the

15    scope of this testimony, I would have to say that as an

16    adult learner, I found that they -- there are some

17    people that are solely visual learners, yes, and they do

18    need -- or not solely, but they rely heavily on visual

19    learning cues, which PowerPoints aid in.

20         Q.   Right.  And one of the reasons to create a

21    PowerPoint at all, as opposed to just giving information

22    orally, is so that people have something to look at, so

23    they can remember the important points in a class,

24    right?

25         A.   Again, outside the scope specifically of my
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

33

1  testimony, but me personally from doing some instruction

2  in the past, yes, I found that it is important to put

3  some of the most important points, but, again, not all

4  of them, because sometimes, especially with the cases of

5  crowd management, there can be a lot of information that

6  can go into even the smallest of bullet points.

7      Q.   During the crowd management trainings that

8  Aurora Police Department provides to the ERT, is there

9  discussion of circumstances under which force can be

10  used on protesters and what types of force?

11      A.   Yes.

12      Q.   Why is that not reflected in any of the

13  PowerPoint presentations?

14      A.   The PowerPoint presentations that you were

15  shown -- that you showed me are just that PowerPoint

16  presentations specifically regarding formations,

17  movements, the way we do our commands, hand signals, and

18  how to properly don and doff your gas mask.  The stuff

19  that you can put on a PowerPoint, we have specific

20  documents, specifically our directed manuals, as well as

21  SOPs, that cover the training on less lethal and when it

22  can and cannot be used in any situation.

23      Q.   I'm showing you COAEPP1023 to 1104.  Can you

24  see this?

25      A.   I can.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

34

1      Q.   So it's a PowerPoint on -- that says,

2  "12-Gauge Less Lethal User Certification", right?

3      A.   It does.

4      Q.   When was this used and what for?

5      A.   I would believe that the start date or the

6  create date on it was approximately 2013, and it was

7  used pretty much continuously by the academy and others

8  in training on less lethal.

9      Q.   Was this used specifically for training people

10  in how to use the less lethal shotgun?

11     A.   Portions of it, yes.

12     Q.   What do you mean portions of it?

13     A.   It covers things other than less lethal

14  shotgun.

15     Q.   Right.  But was there -- this presentation was

16  given to people who were seeking certification on less

17  lethal shotgun, right?

18     A.   It was.

19     Q.   Okay.  Is there a PowerPoint for the

20  certification of users of the 40-millimeter?

21     A.   Not specifically, no.

22     Q.   Why not?

23     A.   We're dealing with kinetic impact projectiles,

24  such as like the 40-millimeter and the 12-gauge less

25  lethal shotgun, Remington 870 shotgun rounds that we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  used -- or not round -- shotgun rounds, but less lethal

2  beanbag rounds we used.  The target areas, the way we

3  deploy them, and the way we train with them other than

4  the minutia of the specific weapon system or the

5  specific launching system really is the same.  We target

6  the same areas with both the 40-millimeter foam baton

7  rounds, and as well as with the 12-gauge -- the less

8  lethal beanbag rounds.  The methods for deploying them

9  and the situations for deploying them are the same.  We

10  don't differentiate just because it's a 40-millimeter

11  that it can be deployed in different circumstances than

12  -- as opposed to a 12-gauge less lethal beanbag round.

13  The overall core structure and fundamentals of the

14  training for less lethal is the same for both systems.

15  It's just that the launching systems are different in

16  what they launch.

17      Q.   So the PowerPoint that we were just looking at

18  that said, "12-Gauge Less Lethal User

19  Certification," on the front, do you use that same

20  PowerPoint for training people on the certification of

21  40-millimeter launcher?

22      A.   The department has, yes.

23      Q.   Okay.  What other -- I'm putting this back on

24  the screen.  What other uses -- in what other situations

25  do you train officers using this PowerPoint

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    presentation?

2         A.   Other than training specifically for user

3    certification and the less lethal weapon systems, I

4    don't know if there is any other way we would use it.

5         Q.   Okay.  And then the less lethal weapons used

6    by the ERT during the George Floyd protests were the

7    40-millimeter launcher and the 12-gauge less lethal

8    shotgun, right?

9         A.   The two systems we used, yes, were the

10   40-millimeter single or multi-launcher or a 12-gauge

11   less lethal beanbag round.

12        Q.   What do you train officers on the

13   circumstances under which force may be used during a

14   protest and what kinds of weapons may be used under what

15   circumstances?

16             MS. EVANS:  Object as to form.

17        A.   Force used during a protest for our specific

18   launching systems for the kinetic impact projectiles

19   does not differ from when it -- when it can be used in

20   any other police circumstance, specifically there's no

21   difference between the two.

22        Q.   Okay.  So tell me what is the training that

23   you provide officers on when they can use the

24   40-millimeter launcher?  Let's start with that one.

25        A.   The 40-millimeter launcher can be used by

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

37

1    those that have been certified in the weapons system or

2    the launching system itself, and that, again, goes to

3    the certification course that we were talking about, and

4    once they are certified in it when an issue arises or

5    when there's a circumstance that a person may be a

6    danger to themselves or other people or threaten the use

7    of imminent -- or use of weapons or imminent danger to

8    other people, that system can be used as a alternative

9    to other more serious or possibly more dangerous means.

10        Q.   Anything else that you tell officers about

11   when they can use the 40-millimeter launcher?

12        A.   We tell them there's lots of different things

13   that we can tell them about it.  Again, we go back into

14   discussion on specific circumstances, debates on when it

15   could be appropriate and when it could not be

16   appropriate.  These are, again, those discussion points,

17   but core fundamentally, we stick to what we have found

18   is the most appropriate way to use it, as well as -- as

19   well as the legal justifications for it as dictated by

20   local law, by state law, federal law, and, of course, by

21   Supreme Court rulings on use of force.

22        Q.   What's the training that you provide to

23   officers specifically on when they can use the less

24   lethal shotgun?

25        A.   Less lethal shotgun would be similar, if not

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

38

1    identical, other than the launching system,

2    familiarization and certification in that specific

3    launching system.  The deployment of it would be

4    identical to a 40-millimeter.

5        Q.   So officers are trained that they may use

6    either the 40-millimeter launcher or the less lethal

7    shotgun when they think it's necessary, because

8    somebody's posing a threat?

9            MS. EVANS:  Object as to form.

10       A.   Not specifically in those simplified terms.

11   There are a multitude of factors to go into any decision

12   to use force, and by simply saying that using it just

13   because somebody could prevent -- could pose a threat to

14   somebody would be an oversimplification and wouldn't

15   encompass all of the circumstances of it.

16       Q.   Okay.  So where in any of these documents that

17   you reviewed preparing for this deposition and in any of

18   the documents that have been produced to us from the

19   City of Aurora is it explained all of these nuances and

20   the circumstances under which officers are allowed to

21   use their less lethal weapons, where is it?

22       A.   It's within the policies and procedures,

23   giving the base outline of when we can and cannot use

24   it, as well as the discussion and the practical

25   application during training scenarios.  Couple that with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the officer's judgement, each individual case

2  specifically on when they can and cannot use force, and

3  that is an individual officer determination.

4      Q.   Okay.  So Aurora policy provides discretion to

5  officers on when they can use their less lethal weapons,

6  right?

7      A.   It does.

8      Q.   Okay.  And if the officer can provide a

9  justification or an articulation of when they used their

10  less lethal weapon, then it would be consistent with

11  Aurora policy and training, correct?

12          MS. EVANS:  Object as to form.

13      A.   Could you repeat the question for me?

14      Q.   Let's start with the -- let's -- let me

15  withdraw that.  We'll go to the policy, okay?  Let's

16  take a look at COAEPP.  This one is not Bates stamped.

17  It's produced to us unBates-stamped.  The title of the

18  document is, "0508.  Less Lethal Devices Weapons and

19  Techniques."  Do you see this?

20      A.   I do.

21      Q.   Okay.  It says, "Effective 01 -- 09-01-1998.

22  Revised 3-31-2020."  So that means -- what does that

23  mean in terms of the effective date of the policy?

24      A.   What that means, from my understanding

25  personally of this, is the way these policies work, once

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  it becomes effective such as this one in 1998, it is,

2  again, a -- what I would call a living document, and

3  they revise them as they go through and update policies

4  and best practices.

5      Q.   Okay.  So it says, "Revised March 31, 2020,"

6  so was this still in effect at the time of the protests

7  in May and June of 2020?

8      A.   To my recollection, yes.

9      Q.   Okay.  So this was the operative policy at the

10  time of the protests?

11      A.   Correct.

12      Q.   Okay.  So this is the policy that Aurora has

13  dealing with the use of less lethal weapons, right?

14      A.   It is.

15      Q.   Okay.  And during the trainings that you

16  provide to ERT members on use of less lethal weapons, do

17  you present to them this policy and talk about it?

18      A.   We definitely talk about it, not specifically

19  handing them pieces of paper for it.  As all officers

20  are required to know and be familiar with the policies,

21  especially what policies pertaining to less lethal

22  weapons -- or less lethal devices, weapons, and, of

23  course, our uses of force or use of force overall.

24      Q.   Okay.  So officers are expected to have

25  already read and be familiar with everything in the



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    directives manual?

2        A.    To a certain extent, yes.

3        Q.    Okay.  Why do you say, "to a certain extent"?

4        A.    Our policy manual is pretty large, so they

5    should all know what the policies are, however, there's

6    also an understanding that it is a pretty broad

7    document.  I mean, it covers a lot of stuff, so

8    refreshing themselves on the minor points, the minutia

9    would be -- end up happening, which is why we provide

10   them online to people, and they have ready-access to

11   them at any given moment in their police vehicles, as

12   well.

13       Q.    Okay.  So this policy states here in

14   Section 582, "Deployment and Use of Less Lethal

15   Weapons."  "The concept and the use of the less lethal

16   weapons is to meet operational objectives with less

17   potential for causing death or serious injury than with

18   the use of the firearm.  Members are permitted to draw

19   or display their less lethal weapons when there are

20   grounds to believe it may be necessary to deploy their

21   weapons.  Justification for the use of less lethal force

22   must be in compliance with the Colorado revised

23   statutes, as well as with appropriate components within

24   directives."  Do you see that?

25       A.    I do.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    Is there anything else in this document that
 2   tells officers -- or provides any guidance to officers
 3   on when they can use their less lethal weapons?
 4        A.    I would have to read it over in entirety, but
 5   I believe that is a summary of what a -- of a guideline
 6   for when they can do it.
 7        Q.    Okay.  So when you say, "It's a guideline,"
 8   why do you say it's a guideline?
 9        A.    It gives officers the information they need to
10   make their individual choices on when they can use or
11   deploy a less lethal weapon.
12        Q.    It simply says, "Members are permitted to draw
13   or display their less lethal weapons when there are
14   grounds to believe that it may be necessary to employ
15   weapons."  That sentence actually just is talking about
16   when they are permitted to draw or display their
17   weapons, right?
18        A.    Correct.
19        Q.    Okay.  Then it says, "Justification for the
20   use of less lethal force must be in compliance with the
21   Colorado revised statutes, as well as appropriate
22   components of directives."  What Colorado revised
23   statute is that sentence referring to?
24        A.    That would be any Colorado revised statute
25   that would be applicable to the use of weapons or use of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  force.

2      Q.   Okay.  And then it says, "As well as

3  appropriate components within directives."  What

4  directives?

5      A.   Specifically, I couldn't give you a directed

6  number, but use of force less lethal weapons, use of

7  force policy covers much of that, as well, so you would

8  have to refer back to those.

9      Q.   Okay.  Well, this is the less lethal weapons

10  policy, right?

11      A.   Specifically, yes.

12      Q.   This directive is not referring to itself, is

13  it?

14      A.   No.  It's referring to other directives, as

15  well.

16      Q.   Okay.  And then let's look at some of the

17  specific items, and let's talk about whether or not

18  those sections talk about when officers are allowed to

19  use those particular weapons.  There is Section 584,

20  "Chemical Irritants/Munitions."  Does this section, this

21  subsection say anything about when officers may use

22  irritants or munitions other than to say it can be

23  defensive, as well as offensive?

24      A.   Well, it goes into some explanation as to --

25  as far as, you know, when you can use them, you know,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  talking about -- where is the specific portion here that

2  I'm looking at -- evaluation of the use, that was the

3  word I was looking for.  Evaluation of the use of the

4  weapon system priority or the chemical irritant prior to

5  using it, so it does provide some guidance on it, yes,

6  and, again, we're talking about going back to the

7  discretion of the officers.

8          Q.    Where does it say "evaluation"?  Oh --

9          A.    Members --

10          Q.    -- members -- I see.  Okay.  "Members and

11  especially supervisors should evaluate the use of

12  chemical irritants munitions for potential consequences

13  prior to use of an offensive basis."  What does that

14  mean?

15          A.    It means as a supervisor or as somebody else

16  that is going to deploy a chemical irritant of some

17  kind, we should also look at the totality of the

18  circumstances on it and whether or not their -- they

19  would be useful or they would be appropriate in those

20  circumstances.

21          Q.    So it says you can deploy chemical

22  irritants/munitions defensively, as well as offensively.

23  That's what the first sentence says, right?

24          A.    Yes.

25          Q.    That basically covers all possibilities,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  because you know you're going to use the weapon

2  offensively or use it defensively, right?

3         MS. EVANS:  Object as to form.

4     A.   In this case, it's not a weapon, per se.  It

5  is a chemical irritant or munition.

6     Q.   Okay.  It is a use of -- it can be a use of

7  force, right?

8     A.   Yes.

9     Q.   It doesn't describe what "defensive" means,

10 right?

11    A.   This particular directive, no.

12    Q.   Is there another directive that explains

13 "defensive"?

14    A.   I believe "use of force" covers "defensive."

15    Q.   Okay.  This policy doesn't describe

16 "offensive," right?

17    A.   No, it does not.

18    Q.   Is there anything in the impact weapons

19 Section 585 that says when an officer is allowed to used

20 an impact weapon at all?

21    A.   In that specific directive, no.

22    Q.   It just tells you not to target certain areas

23 like the groin and the head, right?

24    A.   Correct.

25    Q.   That's just a guideline, according to Aurora

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    policy and training, right?

 2            MS. EVANS:  Object as to form.

 3        A.   Specifically when talking about the impact

 4    weapons, as you see in the actual verbiage, it said,

 5    "Members should avoid targeting neck, throat, heart,

 6    kidney, spine, groin, and knee joints."  Again, policies

 7    cannot cover every single contingency that comes up.

 8    There may, in fact, be a time when an officer may have

 9    to target those areas in very limited forms.

10        Q.   You attended the protests last summer,

11    correct?

12        A.   Which ones?

13        Q.   The ones in Denver.  You were -- you provided

14    -- you were one of the officers who provided mutual aid

15    to Denver on May 30 and 31, 2020, correct?

16        A.   I was.

17        Q.   You had officers under your command, right?

18        A.   Correct.

19        Q.   You did not see any use of force by any

20    Aurora police officer under your command that was

21    inconsistent with Aurora policy or training, correct?

22            MS. EVANS:  Object.  This is outsides the scope

23         of the designated topics of the 30(b)(6) deposition.

24            MS. WANG:  You can answer.

25        A.   Again, being outsides the scope of my



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    testimony, specifically in this portion, my personal

2    knowledge and my personal observations were that I did

3    not see that happen, no.

4    BY MS. WANG:

5        Q.    Is there anything in the kinetic energy

6    projectile Section 586 that describes when officers can

7    use those weapons and under what circumstances?

8        A.    There is not.

9        Q.    In Section 587, "OC Spray," there is some

10   discussion of when OC spray is allowed, right?

11       A.    There is.

12       Q.    There's a bullet point list of when -- it

13   says, "OC spray should not be used against a subject

14   who," and then there's a list of four items, right?

15       A.    Yes.

16       Q.    It doesn't say when OC spray can be used, does

17   it?

18       A.    It does not.

19       Q.    Do you know why?

20       A.    Again, going back to use of force policies and

21   procedures, individual officers need to make those

22   determinations on a case-by-case basis.

23       Q.    So -- okay.  So the reason why this policy

24   does not specify the circumstances under which OC spray

25   is allowed is because officers need to just make that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   sort of determination on a case-by-case basis based on

2   the circumstances?

3          MS. EVANS:  Object as to form.

4   A.    Correct.

5   Q.    Is that true of the other weapons, as well?

6   A.    From my understanding, yes.

7   Q.    Is it fair to say that the Aurora policy 5.8

8   on less lethal devices, weapons, and techniques is a

9   guideline in that all circumstances, officers are

10  permitted under Aurora policy and training to use their

11  discretion deciding when to use a particular weapon?

12         MS. EVANS:  Object as to form.

13  A.    Yes.  Discretion is the fundamental, based

14  upon the circumstances.

15  Q.    So Aurora policy and training does not provide

16  any hard limits on when officers can use particular

17  weapons, because it all depends on the circumstances; is

18  that right?

19  A.    To a certain extent, yes.

20  Q.    To what extent?

21  A.    You're dealing with a -- a not static world, a

22  very, very gray world.  You cannot encompass every

23  single scenario that an officer could face in every day

24  and every single minute of their shift.  It would also

25  be impossible to do so in a document, so officers are

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

49

1  given the discretion based upon their knowledge and

2  their training and their experience, local and state law

3  and federal law, court cases, use of force training, to

4  make determinations on when the best time would be to

5  use certain degrees of force and what force in their

6  mind and their opinion reasonably they believe the most

7  appropriate in that situation.

8      **Q.   So how do Aurora police officers go --**

9  **supervisors go about deciding whether a particular**

10  **officer's use of force is consistent or inconsistent**

11  **with policy if the officer is just allowed to use their**

12  **discretion to decide?**

13      A.   As Aurora police supervisors, we look at the

14  totality of the circumstances, what the officers were

15  thinking, what the situation was, what outliers there

16  may or may not have been, any knowledge that was gained

17  during the investigation, or any knowledge that the

18  officers had prior to it, and we evaluate the totality

19  of those circumstances, and we look at it to see if

20  there was something that could have been -- or that

21  should not have happened.

22      **Q.   Have you ever disciplined an Aurora police**

23  **officer for excessive use of force during your career?**

24          MS. EVANS:  Object as to form.

25      A.   Again, outside the scope of my testimony

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   today, but I have not personally disciplined anyone for

2   excessive force.

3        Q.   I'm showing you Fitouri 018538 to 540.  It is

4   Aurora's use of force policy, 05.03.  Do you see this?

5        A.   I do.

6        Q.   Was this the policy that was in force in May

7   and June of 2020?

8        A.   From my understanding, yes.

9        Q.   Okay.  Now, this is the use of force policy in

10  the directives manual that you have mentioned a few

11  times, correct?

12       A.   Correct.

13       Q.   Section 351, "Use of Physical Force," says,

14  "Physical force may be used as allowed by state

15  statutes," cites the two statutes, and then it says,

16  "These two statutes are copied below from CRS."  Do you

17  see that?

18       A.   I do.

19       Q.   That's all of the policy says, right?  About

20  the use of force?

21            MS. EVANS:  Object as to form.

22       A.   That's all I see in on it, yes.

23       Q.   How do you training officers on this policy?

24       A.   The easiest or the best way to train when you

25  have a policy such as this is you go over the statutes,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

51

1  and then you talk about situational circumstances: when

2  to do it, when not to do it, what the limitations are of

3  each use of force, what certain systems allow and what

4  certain systems don't allow, as far as the force being

5  used, what would be most appropriate or what would be a

6  better option, things of that nature.

7     Q.   Are there any PowerPoints on that?

8     A.   Not to my knowledge, no.

9     Q.   Why not?

10    A.   I could not speak to why they have not created

11 PowerPoints on those.

12    Q.   So when you train officers on the use of force

13 and on policy 5 -- 05.03, it's all verbal?

14        There's no written material that's given out

15 to officers?

16    A.   I wouldn't say that.  There's always constant

17 updates as far as what our directives say.  Obviously,

18 this was from 2016.  I'm sure there were several updates

19 since 2016, or at least an update since then for 2020

20 and beyond.

21    Q.   Well, I'll represent to you that when we

22 requested from the City of Aurora the policies that were

23 in effect at the time of the protests relating to the

24 use of force, this is the one that they gave us, so is

25 there some other policy that you're aware of?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    I am not.

2      Q.    This document that I'm showing you now was

3  produced to us a few days ago.  It is Bates stamped

4  COAEPP986 to 987.  It is also a policy on the use of

5  physical force 5.3, but it says, "Effective date 1998.

6          September 1, 1998.  Revised May 3, 2011."  Do

7  you see that?

8      A.    I do.

9      Q.    This is actually an older policy than the one

10  we were just looking at, right?

11      A.    It appears to be, yes.

12      Q.    This one is not the one that was in effect at

13  the time of the protests in May and June of 2020,

14  correct?

15      A.    From my understanding, no.

16      Q.    What are the -- you were saying that when you

17  train officers on the use of force policy, you run

18  through situations and examples with them; is that

19  right?

20      A.    Any good supervisor would, yes.

21      Q.    Okay.  Give me some examples of what you --

22  what are the circumstances that you have gone through

23  with officers?

24      A.    I can't give you exact circumstances, because,

25  again, these are things that change on a daily basis in



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1    our profession.  I can give you broad examples, or I can

2    come up with an example now of a hypothetical situation

3    that I could potentially present to an officer, but

4    nothing that I actually gave to somebody, because,

5    again, that would be hard to dictate when or if that

6    ever occurred.

7         Q.   Okay.  So as the witness designated by the

8    City of Aurora to provide binding testimony on the City

9    of Aurora on your training and policies with respect to

10   the use of force, crowd management, and the use of less

11   lethal weapons, you can't tell me any specific examples

12   of how you would teach officers on how to use force?

13        MS. EVANS:  Object as to form.

14        A.   That's not exactly -- not what I said.  What

15   I said is I couldn't give you specific examples of what

16   I would personally give, because I can't recollect to

17   the exact nature of anything that I would be able to

18   give to somebody, however, I can give you a broad

19   example, or I could give you some hypotheticals of what

20   we could, as supervisors, provide to people.

21        Q.   Okay.  Give me some examples.

22        A.   A hypothetical or a situation recently that we

23   had just discussed in one of our briefings was a person

24   armed with a knife in the backyard, and if they are

25   enclosed in a gate, at what point do you have to go



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   hands-on with them, or at what point should you back

2   away, given the circumstances.  For example, we would

3   cover things such as legally what can you do, as opposed

4   to possibly what should you do, and go over the

5   different tactical situations, because in many uses of

6   force situations, there's never a one-answer-fits-all.

7   There's always things that you could look at and reflect

8   upon, maybe do differently.  Every officer is going to

9   react differently to different situations, as well, so

10  it really isn't -- again, going to be one of those

11  things that you discuss with the officers, and you help

12  them make individual choices and judgements on use of

13  force that would best represent the department and

14  effectively garner a positive outcome from the

15  situation.

16       Q.   I'm showing you COAEPP1540.  Do you see this

17  e-mail?

18       A.   I do.

19       Q.   There's an e-mail here from Lieutenant --

20  Sergeant Bruckbacher to captain -- now Commander

21  Redfearn dated Saturday, June 6, 2020.  Do you see that?

22       A.   I do.

23       Q.   Okay.  So there's discussion here what weapons

24  were used by Aurora during the GFP in Denver, and

25  there's this discussion, because there was a question

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

55

1  from a reporter about it.  Sergeant Brukbacher lists

2  here, "40 mm foam baton direct impact munitions, 12

3  gauge beanbag direct impact munitions, CS smoke

4  grenades, OC vapor grenades, CS sting ball grenades."

5  Do you see that?

6      A.   I do.

7      Q.   Okay.  Is there anything in Aurora policy or

8  training materials relating to the use of the CS sting

9  ball grenades?

10     A.   There is not.

11     Q.   Is there anything in the Aurora policy or

12 training materials about the use of the OC vapor

13 grenades?

14     A.   Not to my knowledge, no.

15     Q.   Is there anything in Aurora policy or training

16 about the use of CS smoke grenades, including triple

17 chasers, jet light, and standard?

18     A.   There is mention of them as an overall

19 chemical munition hand throw.

20     Q.   Is there any mention in the Aurora policy or

21 the training materials in the 40-millimeter foam baton

22 direct impact munitions?

23     A.   Yes.  There should be training documents on

24 the 40-millimeter foam baton rounds.

25     Q.   What do you train officers on what to do in a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    protest situation when there's a large number of

2    peaceful protesters, but a few individuals in the crowd

3    that are maybe throwing objects at officers or engaging

4    in aggressive actions like that?

5        A.    Could you clarify for me what you mean by a

6    few?

7        Q.    Well, let's say there's 500 peaceful

8    protesters and three people in the crowd who may be

9    interspersed in the crowd who are throwing objects

10   including water bottles, maybe rocks.  What are officers

11   trained to do?

12       A.    In those specific instances, the ideal would

13   be to isolate, contain, and arrest those individuals, if

14   practical.

15       Q.    Did you ever deem a situation like that

16   practical during the GFP when you were present?

17           MS. EVANS:  Object as to form.  This is outside

18       the scope.

19       A.    I'm sorry.  GFP?

20       Q.    George Floyd protests.

21       A.    From my experience and from my observations,

22   there was never a time that I saw that that would have

23   been practical.

24       Q.    Okay.  So what do you train officers on what

25   to do when it's not practical to try to isolate and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  arrest a specific individual in the crowd?

2      A.   If we are unable to, say, isolate a specific

3  individual in the crowd and arrest them, which would

4  ultimately be our goal, and they are presenting a threat

5  of bodily injury to the officers or to the other people

6  in the crowd, then the officers that are less lethal

7  operators are -- had the capability at that point if it

8  is safe to do so and circumstances dictate it, to safely

9  use a connective impact projectile such as 12-gauge less

10 lethal beanbag sock round or the 40-millimeter foam

11 baton round to engage that suspect -- or subject so that

12 they do not cause harm or injury to somebody else.

13     Q.   So officers are supposed to target the

14 specific individuals who are acting aggressively, right?

15     A.   In that instance, yes.

16     Q.   They can't indiscriminately shoot into a

17 crowd?

18     A.   We do not train on that, no.

19     Q.   Do you provide any training to officers on how

20 to accurately target individuals in a crowd when there's

21 tear gas and it's difficult to see?

22     A.   We do.

23     Q.   Okay.  What do you train officers in that

24 regard?

25     A.   Obviously, it's very difficult to replicate

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

58

1  those situations exactly, however, during some of the --

2  if you saw some of the training documents, we refer to

3  our range days.  Many of those range days, we utilize

4  the practical aspect of these field force maneuvers, and

5  some of the things that we do is we take our less lethal

6  operators, and we have them operating in a line

7  formation as they would standard do behind the line, and

8  we give them the opportunity to engage specific targets

9  from behind the line on the range where it is safe to do

10  so and hitting the appropriate areas.

11      **Q.  Did you see Officer Budaj commit any action on**

12  **May 31, 2020, that was inconsistent with Aurora policy**

13  **or training?**

14      MS. EVANS:  Object as to form.  Outside the

15      scope.

16   A.  Me personally, I did not.

17      MS. WANG:  I have no further questions at this

18      time.  Do you want take a break?

19      MR. DOUGLAS:  That's what I was about to

20      suggest, and I'm curious if we can get a count --

21      well, we can go off the record.

22      VIDEOGRAPHER:  We are off the record at 2:49.

23        (OFF THE RECORD)

24      VIDEOGRAPHER:  We are back on the record for

25      the deposition of Patrick Shaker being conducted by

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    videoconference.  My name is Leah Sharp.  Today is

2    the 29th day of December 2021.  The time is

3    3:03 p.m.

4         MR. DOUGLAS:  All right.  We're back on the

5    record.

6                     EXAMINATION

7    BY MR. DOUGLAS:

8         Q.   Lieutenant Shaker, my name is Matt Douglas.

9    I represent the Epps group of plaintiffs in this case,

10   and I have some additional questions that I'm going to

11   ask you today.  I want to start by putting up the

12   notice.  I'll share my screen.  So Ms. Wang reviewed

13   this with you.  This is something you've seen before,

14   right?  The deposition notice?

15        A.   Correct, yes.

16        Q.   Okay.  I want to go down to the topics that

17   you were assigned to talk about today.  Starting with

18   Topic 2, the City of Aurora's written and unwritten

19   policies and practices in effect from May 2015 through

20   June 2020, related to A, crowd management, crowd

21   control, field force tactics, including the management

22   of protests and B, use of the less lethal weapons and

23   non-lethal force.  That's what you're designated to talk

24   about in Topic 2, correct?

25        A.   Correct, sir.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Okay.  Focusing on policies and practices,

2  Ms. Wang showed you some portions of what's referred to

3  as the directives manual, correct?

4    A.   Correct.

5    Q.   Are there any other written policies or

6  practices that you reviewed for the purpose of this

7  deposition relating to either Topics 2A or 2B that are

8  not part of the directives manual?

9    A.   There is not.

10    Q.   Okay.  So all of the City of Aurora's written

11  policies and practices in effect during that time period

12  would be contained in that directives manual relating to

13  Topics A and B, correct?

14    A.   I'll have to backtrack on that one.  I

15  apologize.  I misunderstood your first question.  There

16  is also the standard operating procedures for the

17  emergency response team as well.

18    Q.   Okay.  Okay.  Anything other than the

19  directives manual and the standard operating procedures

20  for the emergency response team?

21    A.   Not to my knowledge.

22    Q.   Okay.  And what about unwritten policies or

23  practices?  Are there any unwritten policies or

24  practices that the City of Aurora has relating to

25  Topics 2A or B?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.    Not to my knowledge, no.

 2      Q.    Okay.  All right.  Then as to Topic 3, the

 3   training, Ms. Wang showed you a number of PowerPoints

 4   and training materials relating to the crowd management

 5   Topic A and use of less lethal weapons and non-lethal

 6   force.  Do you recall being asked about those?

 7      A.    I do.

 8      Q.    Okay.  I just want to ask, some of those

 9   documents did not come from the lawyers, you obtained

10   those on your own, correct?  From PSS?

11      A.    The policies and procedures I obtained from

12   PSS, or whatever they're called now.

13      Q.    Okay.  So all of the training materials that

14   you reviewed in preparation for your deposition for

15   Topic 3 came from the attorneys, your -- the City of

16   Aurora's attorneys?

17      A.    Correct.

18            MR. DOUGLAS:  Okay.  Then I would just make a

19      formal request for the record of counsel to make

20      sure that all those documents that were provided to

21   Lieutenant Shaker for his review related to Topic 3

22   have, in fact, been produced.

23            MS. EVANS:  And they have.  Those were produced

24      in response to the discovery request.

25            MR. DOUGLAS:  Great.  Thank you.  Okay.  I'll

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

62

 1    put that down.

 2   BY MR. DOUGLAS:

 3       Q.   Okay.  Lieutenant Shaker, do you know -- have

 4   there been changes to any of the policies relating to

 5   crowd control, crowd management, including management of

 6   protests, since those protests ended in early June of

 7   2020?

 8           MS. EVANS:  Object as to form.  This is outside

 9       the scope.

10       Q.   You can answer.

11       A.   From my experience outside, obviously, 2020,

12   there have been changes since then, yes.

13       Q.   Okay.  And can you just tell me generally what

14   your understanding is of those changes --

15           MR. DOUGLAS:  Same objection.

16       Q.   -- at a high level?

17       A.   My personal understanding is -- a lieutenant

18   in the police department is there's been changes to some

19   of the verbiage in it clarifying how some things are

20   worded, for example, we had used "crowd control" and

21   "crowd management" almost synonymously prior to, since

22   our policies were a little older, and since then, it's

23   changed more to really defining that it's a crowd

24   management function rather than a crowd control

25   function, and I believe, if I am not mistaken, that we

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  have done some more definition of actually what we have

2  had for munitions.

3      Q.  Okay.  Have there also been changes, to your

4  understanding, of the policies or practices of relating

5  to use of less lethal weapons and non-lethal force?

6      A.  Are you asking since 2020?

7      Q.  Yes.

8      A.  Okay.  From my personal knowledge, obviously,

9  outside the scope of what I was asked to testify on,

10  what I recall is there has been some changes to our less

11  lethal and our use of force policies.

12      Q.  Okay.  Can you tell me generally what your

13  understanding is of those changes?

14      A.  Again, just clarification from my

15  understanding of how things are defined.  We have

16  updated tier systems for our use of force policies,

17  things of that nature.

18      Q.  What do you mean by "tier systems"?

19      A.  Again, outside the scope of what I'm

20  testifying to, but my personal knowledge of it is we had

21  a personal understanding is here at Aurora Police

22  Department, we use a graduated tier system for use of

23  force reporting.

24      Q.  For when it's required to report a use of

25  force formally within the department?  Is that what you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  mean?

2        MS. EVANS:  Object as to form.

3     A.   Yes.

4     Q.   Okay.  And have there been any changes in any

5  of the APD policies, to your knowledge, since the

6  protests in May and June of 2020, providing additional

7  guidance on justification for use of force or less

8  lethal weapons?

9        MS. EVANS:  Object as to form.  Outside the

10     scope.

11     A.   I'd have to look at -- again, I -- from my

12  personal knowledge and understanding, I would have to

13  look at the actual policy that's updated now and find

14  out what exactly has been changed or updated.

15     Q.   Okay.  Do you know whether there were any

16  changes in any APD policies after the protests in May

17  and June of 2020 that were intended to address anything

18  learned from the incidents involving the use of less

19  lethal force during the Denver protests following the

20  death of George Floyd?

21        MS. EVANS:  Same objection.

22     A.   Again, from my personal understanding, there

23  were some changes that were made.  Specifically, we

24  recognized munitions accountability, as far as

25  management of our munitions and how we do that.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.   Okay.  And tell me your understanding of that,

2   the changes made relating to munitions accountability

3   that have been made?

4           MS. EVANS:  Same objection.

5      A.   From my personal understanding of what was

6   written in, we have now designated a specific person to

7   count the munitions and keep a better track of who was

8   given what munitions during an event.

9      Q.   And other than those changes, are you aware

10   any changes to APD policies that were intended to

11   address anything more from the incidents involving the

12   use of less lethal force during the Denver protests

13   following the death of George Floyd?

14          MS. EVANS:  Same objection.

15     A.   To my personal knowledge, no.

16     Q.   Okay.  All right.  In discussing the written

17   policies that were in effect in May of -- May and June

18   of 2020, I want to ask you if any of those policies

19   specifically cover under what circumstances it is

20   acceptable to shoot someone with a less lethal shotgun?

21     A.   Our use of force policy covers when we can use

22   force, and it does cover the varying types of force and

23   when they can be used.

24     Q.   Okay.  So anything in the policies providing

25   guidance to an officer on when it may be justifiable to



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

66

1   shoot someone with a less lethal shotgun would be

2   contained in the use of force portion of the directives

3   manual; is that correct?

4        A.   To my knowledge, yes.

5        Q.   And what about the requirement to give verbal

6   warnings before deployment of any less lethal force?

7   Is that -- well, is that covered by the directives'

8   manual policies that you reviewed during the deposition

9   today?

10       A.   I don't recall if it was covered by that, but

11  it is covered by our training.

12       Q.   Okay.  Do you recall -- well, strike that.  Do

13  the training materials for Aurora police officers

14  require a verbal warning before the use of OC spray on

15  an individual?

16       A.   Are you asking before or after 2020?

17       Q.   The ones in effect as of the time of the

18  protests in 2020?

19       A.   Those trainings and policies do not require a

20  verbal warning.

21       Q.   What about the use of OC spray on an

22  individual who is not an imminent threat to officers or

23  anyone else or themselves who's given an order to

24  disperse but does not leave?  Is -- does APD policy or

25  training materials address whether it's appropriate and

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   justifiable to use OC spray on that individual?

2       A.   The training does cover when that does happen

3   specifically in a crowd management format on the line if

4   somebody does not move back.

5       Q.   Okay.  And what does the training say about

6   that?

7       A.   If that person is refusing a lawful order to

8   get back, the ideal, again, would be to make a physical

9   arrest, but due to personnel constraints, the number of

10  people required to make an arrest, and the safety issues

11  that are inherent when somebody refuses and potentially

12  get behind the line formation, that OC can be used.

13      Q.   Okay.  So if that individual is standing in

14  front of a line of officers, not moving, not threatening

15  in any way, but does not leave, it's just justifiable to

16  use OC spray on the individual, rather than arrest the

17  individual under APD policy; is that correct?

18          MR. DOUGLAS:  Object to form.

19      A.   Depending on the circumstances, it could be.

20      Q.   Okay.  Under what circumstances would it be

21  acceptable to use OC spray rather than arrest that

22  individual?

23      A.   Under the hypothetical situation that I could

24  provide to you where a circumstance could dictate that

25  is you have a limited number of officers on the line

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   formation with no relief or no ability to make a

2   physical arrest without compromising the line, and that

3   compromising of the line would cause significant risk of

4   danger or injury to the officers coupled with violent

5   outbreaks, such as water bottles filled with unknown

6   fluids, explosive -- improvised explosive devices being

7   thrown at officers, rocks, bottles, chunks of concrete.

8   As we saw in Denver, that significantly increases the

9   chances of a real danger to those officers, should that

10   person get behind the line.

11       Q.   Okay.  So if I understand you correctly, there

12   would need to be -- it would need to be a circumstance

13   where there was a significant risk of injury or harm to

14   the officers in making the arrest of that person,

15   correct?

16       A.   From that one specific hypothetical, yes.

17       Q.   If an Aurora officer violated any of the APD

18   policies that you've discussed today, you would expect

19   them to be the subject of a disciplinary procedure under

20   department policy, correct?

21           MS. EVANS:  Object as to form.  Outside the

22       scope.

23       A.   From my understanding personally as

24   Lieutenant Shaker, yes, they would be subject to some

25   kind of hearing or review.  Maybe not disciplinary in

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  nature, but at least a review.

 2      Q.   Okay.  Hang on one second.  Okay.  I want to

 3  -- well, I want to ask you a couple of questions about

 4  APD uniforms.  I believe you said that all of the

 5  Aurora Police Department personnel deployed to assist in

 6  the crowd management during the protests following

 7  George Floyd's death and protests in Denver were ERT

 8  members.  Is that your understanding?

 9      A.   That is my understanding, correct.

10      Q.   And are there particular characteristics of

11  the uniforms worn by Aurora ERT members that you would

12  look to identify those members during that time frame?

13          MS. EVANS:  Object as to form.  Outside the

14      scope.

15      A.   Me personally as Lieutenant Shaker, I could

16  say that there are specifics on our uniforms that I

17  could look for.

18      Q.   Okay.  And what specifics would those be?

19          MS. EVANS:  Same objection.

20      A.   Again, as Lieutenant Shaker, we use a

21  standardized navy or dark navy blue BDU uniform,

22  manufactured dependent upon whatever the department

23  availability or whatever we have gone with, with a --

24  typically long sleeve, especially for crowd management

25  or crowd control situations, with -- Aurora police

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  patches on it.
 2       Q.   Okay.  Anything else you would point to?
 3       A.   Not specifically, no.
 4       Q.   Okay.  I want to share my screen.  I'll show
 5  you a couple different pictures.  This one -- I want to
 6  -- can you see the picture on my screen, Lieutenant
 7  Shaker?
 8       A.   I can.
 9       Q.   Okay.  Can you tell me based on what you see
10  of this first the officer in the yellow box, does that
11  appear to be a uniform consistent with what APD officers
12  were wearing during the protests?
13            MS. EVANS:  Same objection.
14       A.   From my personal opinion, it is hard to tell,
15  but it does not appear to be consistent.
16       Q.   Okay.  And why would you say it does not
17  appear to be consistent?
18            MS. EVANS:  Same objection.
19       A.   From my personal opinion looking at it, it
20  appears that that person is a wearing a darker color
21  than a dark -- our navy uniform, short sleeve, and the
22  police on the back -- however, I do need to make this
23  caveat that looking at this picture, it is pretty
24  grainy.  The "police" on the back is a different style
25  than it was standard on our uniforms.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of PATRICK SHAKER, taken on December 29, 2021

71

```
 1        Q.   Okay.  And for the record, this is a

 2   screenshot.  It is a little grainy because of that from

 3   a video produced by the Colorado State Patrol under the

 4   file name 05302020V88.AVE.

 5                  (EXHIBIT 1 MARKED FOR IDENTIFICATION)

 6   BY MR. DOUGLAS:

 7        Q.   And let me also ask you -- if you look at the

 8   entire line of officers standing there, do any of the

 9   those officers appear to you, from this photograph, to

10   be Aurora police officers?

11             MS. EVANS:  Same objection.

12        A.   From my personal opinion as

13   Lieutenant Shaker, I can look at this, and it does not

14   appear that these are Aurora police officers.

15        Q.   Okay.  And based on your time spent during

16   these protests on the ground, if you were walking up to

17   this line of officers from a distance, seeing this view

18   without other information, what officers would you

19   believe them to be?

20             MS. EVANS:  Same objection.

21        A.   Me personally as a lieutenant -- as

22   Lieutenant Patrick Shaker, looking just at this, I would

23   have no idea who they would be.

24        Q.   Okay.  Let me show you another picture.

25             Okay.  I believe, Lieutenant Shaker, this is a
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

72

1   screenshot from -- from your body worn camera.  Does

2   this look familiar to you?

3        A.   It does.

4        Q.   Okay.  And can you tell me -- maybe I can make

5   this bigger.  No, I don't think so.  Strike that.  Can

6   you tell me looking at this picture -- I'll identify

7   this, by the way, as Exhibit 2, and we'll call the last

8   picture Exhibit 1, just because I don't have the

9   Bates for this, but -- well, I guess -- okay.

10                (EXHIBIT 2 MARKED FOR IDENTIFICATION)

11   BY MR. DOUGLAS:

12        Q.   COABLM317, Shaker Patrick, 2020 May 30 of 17

13   -- or May 30th at timestamp 17:37:05.  Is that what this

14   appears to you to be?

15        A.   It appears so, yes.

16        Q.   Okay.  Are the officers that could be seen in

17   this photograph, are those -- can you tell if those are

18   Aurora Police Department officers?

19        A.   Some of them appear to be, yes.

20        Q.   Then let's go -- okay.  So this closest person

21   right here that I've just circled in the middle of the

22   picture at the bottom, is that an APD officer?

23        A.   From the limited scope of this picture, it

24   appears to be, yes.

25        Q.   Okay.  All right.  The person to right of



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

73

1  them, the officer there that I'm circling, so it's the

2  second person from left to right in this photograph, is

3  that an Aurora PD officer?

4      A.   From me personally looking at it, it appears

5  it is consistent with an Aurora police officer.

6      Q.   Okay.  What about this third person now to the

7  right in line?  Does that appear to be an Aurora

8  Police Department officer?

9      A.   Personally looking at the photograph, it

10  appears that it is consistent with an Aurora police

11  officer's uniform or what they were wearing that day.

12      Q.   Okay.  What about the fourth person from the

13  left now who we can see here that I'm circling?  Does

14  that appear to be an Aurora Police Department officer?

15      A.   Personally, I couldn't tell you if it was or

16  not, based upon the distance --

17      Q.   Okay.

18      A.   -- and lack of detail on that image.

19      Q.   And I will admit to you as we get to the next

20  three or four people to the right, it's less clear.  Is

21  it fair to say that you can't say with respect to any of

22  other people further to the right, or can you?

23      A.   Personally, I cannot speak to any of those,

24  no.

25      Q.   Okay.  Do you know -- well, actually, you



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    should know, because this is within the topics.  I

2    should start that over.  Strike that.  Did the Aurora

3    Police Department policies, practices, or training

4    materials in effect at the time of the May and June 2020

5    protests in Denver prohibit or -- well, strike that.

6    Let me try that again.  Did the Aurora Police Department

7    policies, practices, or training materials in effect at

8    the time of the May/June 2020 protests address whether

9    it is appropriate to shoot less lethal munitions

10   indiscriminately into a crowd?

11        A.   Our training did, yes.

12        Q.   Okay.  What did the training say about that?

13        A.   The Aurora Police Department's training on

14   less lethal munitions is they are specifically targeted

15   at individuals, not at overall crowds.

16        Q.   Okay.  Can you point me to any written

17   training materials that express that?

18        A.   I cannot, no.

19        Q.   Okay.  But is it your testimony that if

20   someone did fire less lethal munitions indiscriminately

21   into a crowd, that that would be a violation of APD

22   policy that was in effect at the time?

23        A.   Based upon our training and other directives,

24   there's nothing, like I said, that says specifically

25   about firing indiscriminately into a crowd, but it does

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1  specifically say that it needs to be targeted at an

 2  individual and their actions, and given that training --

 3  and that is the way we train that is consistent with

 4  those policies -- there would be -- that would be

 5  something that would not be -- that would be something

 6  we would train that would be against our policies and

 7  practices.

 8      Q.   Okay.  And if someone did that, you would

 9  expect that they would have been the subject of some

10  sort of disciplinary procedure, based on that violation

11  of training and policy, correct?

12      A.   I would expect that there would be some kind

13  of review after that, yes.

14      Q.   Okay.  You testified previously at a

15  deposition about some concerns that the City of Denver

16  had about Aurora's use of less lethal shotguns as one of

17  its crowd control measures.  Do you recall that?

18          MS. EVANS:  Object to form.  Outside the scope.

19      A.   Personally I do, yes.

20      Q.   Okay.  And one question that I have that

21  really does bring it to today, I promise is:  Do you

22  know whether or not Aurora -- the City of Aurora's

23  policies and practices with regard to less lethal

24  weapons that were in effect at the time of these

25  protests, whether they were different than the Denver
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  policies for use of less lethal weapons, specifically

2  relating to less lethal shotguns?

3        MR. HUSS:  Objection.  Outside the scope.

4        Also form and foundation.

5  A.    Personally, as Lieutenant Shaker, I have no

6  knowledge of Denver's policies or procedures or

7  practices, so regarding less lethal munitions, so I

8  couldn't speak to it.

9  Q.    Okay.  Do you have an understanding of what

10  the concerns of Denver were related to Aurora's use of

11  less lethal shotguns?

12        MR. HUSS:  Same objection.

13  A.    Personally, as Lieutenant Shaker, I do not

14  know what those concerns were.  I don't recall what they

15  were.

16  Q.    Do you have any knowledge of what Aurora's

17  justification was for using less lethal shotguns during

18  this assist of Denver with crowd management in these

19  protests?

20        MS. EVANS:  Object as to form.

21  A.    I personally, as Lieutenant Shaker, recall

22  that there were -- we had made the case or made the

23  point that our training is with the 40-millimeter less

24  lethal launcher or the Remington 870 less lethal

25  12-gauge launcher, and that was a system that we trained

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  and utilized on, so it was the integral part of our

2  crowd management system, so we needed to keep it so we

3  don't move away from our own training and experience of

4  our officers.

5      Q.   Okay.  One more document I want to show you,

6  which is -- which is a document that you were asked

7  about by Ms. Wang, and this is the less lethal devices

8  weapons and techniques, a portion of the directives

9  manual that was in effect as of the time of the

10 protests, correct?

11     A.   From my understanding, yes.

12     Q.   Okay.  And you were asked about this

13 discussion in 5.8.2 that said, "Justification for the

14 use of the less lethal force must be in compliance of

15 Colorado revised statutes, as well as appropriate

16 components within directives."  Do you recall being

17 asked about that?

18     A.   I do.

19     Q.   Okay.  And your testimony, I believe, was that

20 what's being referred to here are Colorado statutes and

21 a specific discussion within the use of force portion of

22 the directives manual, correct?

23     A.   Correct.

24     Q.   Okay.  I just want to pin this down.  Is there

25 any other Colorado statute or -- well, strike that.  Let

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    me broaden it.

2            Is there any other written policy or procedure

3    that is being referenced here that officers should look

4    at for more detail about justification for the use of

5    less lethal force other than what you identified for Ms.

6    Wang?

7        A.   Specifically reference, no.

8        Q.   Okay.  Is there anything else that's generally

9    referenced?

10       A.   There is a policy governing that -- based on

11   the question that was asked earlier, I wasn't -- I

12   wasn't able to answer it completely, too, but there's a

13   use of force policy regarding all of our uses of force,

14   and it does describe in the use of force policy, our use

15   of weapons -- of other means, alternate means, and when

16   to use them and when not to.

17       Q.   Right.  And you were shown that.  That's the

18   use of force portion of the directives manual, correct?

19            That you are talking about?

20       A.   Correct.

21       Q.   Okay.  My question really is:  Is there

22   anything else?

23       A.   To my knowledge, no.

24            MR. DOUGLAS:  Okay.  Those are all of the

25       questions I have.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MS. WANG:  No more questions.

2        MS. EVANS:  No questions from me.

3        MR. DOUGLAS:  All right.  Thank you,

4    Lieutenant.

5        VIDEOGRAPHER:  All right.  We are off the

6    record at 3:35.

7            (DEPOSITION CONCLUDED AT 3:35 P.M.)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

80

1                    CERTIFICATE OF REPORTER

2                      STATE OF COLORADO

3

4    I do hereby certify that the witness in the foregoing

5    transcript was taken on the date, and at the time and

6    place set out on the Title page here of by me after

7    first being duly sworn to testify the truth, the whole

8    truth, and nothing but the truth; and that the said

9    matter was recorded stenographically and mechanically by

10   me and then reduced to typwritten form under my

11   direction, and constitutes a true record of the

12   transcript as taken, all to the best of my skill and

13   ability.  I certify that I am not a relative or employee

14   of either counsel, and that I am in no way interested

15   financially, directly or indirectly, in this action.

16

17

18

19   

20

21

22   LINDSEY N. JOHNSON,

23   COURT REPORTER/NOTARY

24   COMMISSION EXPIRES:  08/05/2024

25   SUBMITTED ON:  01/10/2022

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**Exhibits**

**Exhibit 1_**
**Shaker** 71:5
72:8

**Exhibit 2_**
**Shaker** 72:7,10

**0**

**01** 39:21

**018538** 50:3

**05.03** 50:4
51:13

**0508** 39:18

**05302020V88.**
**AVE** 71:4

**09-01-1998**
39:21

**1**

**1** 52:6 71:5 72:8

**1104** 33:23

**12** 55:2

**12-gauge** 34:2,
24 35:7,12,18
36:7,10 57:9
76:25

**17** 72:12

**17:37:05** 72:13

**1998** 40:1 52:5,
6

**1:20-CV-**
**01878-RBJ**
7:15

**1:32** 7:9

**2**

**2** 10:3 59:18,24
72:7,10

**2008** 23:22

**2011** 52:6

**2013** 34:6

**2015** 11:2,4
13:22 14:7
28:23 29:15
30:3,20,22
59:19

**2016** 51:18,19

**2020** 9:14 11:4
13:22 15:7,14
20:16,20 21:7
22:4,7,8,25
25:2,8,13 29:7,
9,12,16 30:1,
10,15 40:5,7
46:15 50:7
51:19 52:13
54:21 58:12
59:20 62:7,11
63:6 64:6,17
65:18 66:16,18
72:12 74:4,8

**2021** 7:8 59:2

**22nd** 7:7

**2802** 29:11

**29th** 7:8 59:2

**2:49** 58:22

**2A** 60:7,25

**2AB** 10:5

**2B** 60:7

**3**

**3** 15:2 52:6
61:2,15,21

**3-31-2020**
39:22

**30** 7:7 46:15
72:12

**30(b)(6)** 9:25
46:23

**30th** 72:13

**31** 40:5 46:15
58:12

**32-page** 18:21

**351** 50:13

**3:03** 59:3

**3:35** 79:6,7

**3AB** 10:5

**4**

**40** 55:2

**40-millimeter**
17:11 26:10
34:20,24 35:6,
10,21 36:7,10,
24,25 37:11
38:4,6 55:21,24
57:10 76:23

**5**

**5** 51:13

**5.3** 52:5

**5.8** 48:7

**5.8.2** 77:13

**500** 56:7

**540** 50:3

**582** 41:14

**584** 25:16
43:19

**585** 45:19

**586** 47:6

**587** 47:9

**6**

**6** 54:21

**7**

**718** 24:25

**751** 18:13 20:5

**792** 22:21

**8**

**852** 24:10

**870** 34:25
76:24

**899** 26:19

**9**

**935** 27:15

**968** 28:1

**981** 28:17

**987** 52:4

**A**

**ability** 68:1

**academy** 18:5,
8 27:22 34:7

**acceptable**
65:20 67:21

**accountability**
64:24 65:2

**accurately**
57:20

**acting** 57:14

**action** 7:14
20:11 58:11

**actions** 14:2,
13 56:4 75:2

**actual** 46:4
64:13

**additional**
59:10 64:6

**address** 64:17
65:11 66:25
74:8

**adjust** 21:17

**admit** 73:19

**adult** 31:14
32:16

**affirm** 8:24
11:16

**agencies**
14:16

**agency** 14:6

**aggressive**
56:4

**aggressively**
57:14

**agree** 8:17
23:10 24:1,5
32:9

**aid** 13:8 16:12
32:19 46:14

**air** 25:20,21

**allowed** 16:24
22:11,13 24:22,
23 38:20 43:18
45:19 47:10,25
49:11 50:14

**alternate**
78:15

**alternative**
37:8

**annual** 24:17
29:3 30:24

**APD** 64:5,16
65:10 66:24
67:17 68:17
69:4 70:11
72:22 74:21

**apologize**
60:15

**appearance**
7:16

**appearing** 8:5,
9

**appears** 21:2
52:11 70:20
72:14,15,24
73:4,10

**applicable**
42:25

**application**
38:25

**approximately**
34:6

**areas** 35:2,6
45:22 46:9
58:10

**arises** 37:4

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

armed 53:24

arrest 14:24
56:13 57:1,3
67:9,10,16,21
68:2,14

articulation
39:9

asks 11:3

aspect 58:4

assigned
59:17

assist 69:5
76:18

attended 30:16
46:10

attending
7:16,17,20,23
8:1,3

attorney 7:19

attorneys
11:20 12:5,24
61:15,16

Aurora 8:1,3
9:17,19,24
12:11 13:7
16:9,11 17:23
18:13,14 19:16,
24 22:8 23:16
24:11 25:1
26:20 28:4,21
33:8 38:19
39:4,11 40:12
45:25 46:20,21
48:7,10,15
49:8,13,22
51:22 53:8,9
54:24 55:7,11,
15,20 58:12
60:24 63:21
66:13 68:17
69:5,11,25
71:10,14 72:18
73:3,5,7,10,14
74:2,6,13 75:22

Aurora's 10:8
13:20 50:4
59:18 60:10
61:16 75:16,22
76:10,16

availability
69:23

avoid 46:5

aware 51:25
65:9

___

**B**

back 20:4
30:18 35:23
37:13 43:8 44:6
47:20 54:1
58:24 59:4
67:4,8 70:22,24

backtrack
60:14

backyard
53:24

ball 55:4,9

base 38:23

based 48:1,13
49:1 70:9 71:15
73:16 74:23
75:10 78:10

basic 14:13
18:5,15

basically
10:24 15:25
44:25

basics 14:22
16:7 18:25 19:5

basis 44:13
47:22 48:1
52:25

Bates 39:16
52:3 72:9

baton 35:6
55:2,21,24
57:11

BDU 69:21

beanbag 35:2,
8,12 36:11 55:3
57:10

began 25:8

bigger 72:5

binding 53:8

bit 18:9 23:18

blue 69:21

bodily 57:5

body 72:1

bottles 56:10
68:5,7

bottom 72:22

box 70:10

break 58:18

briefings
53:23

bring 75:21

broad 41:6
53:1,18

broaden 78:1

Bruckbacher
54:20

Brukbacher
55:1

Brukbacher's
26:22

Budaj 58:11

bullet 26:1,11,
14 31:11,24,25
33:6 47:12

Butler 8:5

___

**C**

call 31:6 40:2
72:7

called 10:18
12:19 61:12

camera 8:16
72:1

cannister 17:9

capability 57:7

captain 54:20

career 49:23

case 12:12
21:3 39:1 45:4

59:9 76:22

case-by-case
47:22 48:1

cases 33:4
49:3

causing 41:17

caveat 70:23

CDP 14:4

Center 14:3,15

certainty 21:1

certificates
11:13

certification
34:2,16,20
35:19,20 36:3
37:3 38:2

certified 37:1,4

chances 68:9

change 21:13
52:25

changed 12:17
13:22 21:10,14,
21 62:23 64:14

characteristic
s 69:10

chasers 55:17

chemical
25:16 43:20
44:4,12,16,21
45:5 55:19

Chicago 7:7

choices 42:10
54:12

chunks 68:7

circled 72:21

circling 73:1,
13

circumstance
36:20 37:5
67:24 68:12

circumstance
s 16:24 22:14
23:6 24:3 27:12

33:9 35:11
36:13,15 37:14
38:15,20 44:18,
20 47:7,24
48:2,9,14,17
49:14,19 51:1
52:22,24 54:2
57:8 65:19
67:19,20

cites 50:15

citizen's 27:22

City 7:12 8:1
9:17,24 12:11
19:16 38:19
51:22 53:8
59:18 60:10,24
61:15 75:15,22

Civil 7:14 9:25
14:12

clarification
63:14

clarify 56:5

clarifying
62:19

class 18:15
25:2,4 31:24
32:23

classes 18:5
31:14

clear 73:20

closest 72:20

COABLM0028
01-0822 15:6

COABLM2801
29:11

COABLM317
72:12

COAEPP
39:16

COAEPP0071
6 25:15

COAEPP1023
33:23

COAEPP1540
54:16



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**COAEPP708** 24:25

**COAEPP716** 26:17

**COAEPP720** 18:12 20:5

**COAEPP752** 22:21

**COAEPP795A 33** 23:16

**COAEPP834** 24:10

**COAEPP854** 26:19

**COAEPP927** 27:15

**COAEPP936** 28:1

**COAEPP969** 28:17,22 30:19

**COAEPP986** 52:4

**color** 70:20

**Colorado** 7:14, 24 8:4,6,10 20:16 41:22 42:21,22,24 71:3 77:15,20, 25

**command** 46:17,20

**commander** 9:10 54:20

**commands** 33:17

**commit** 58:11

**common** 14:17

**completely** 78:12

**complex** 31:10

**compliance** 41:22 42:20 77:14

**components** 41:23 42:22

43:3 77:16

**compromising** 68:2,3

**concept** 41:15

**concern** 10:8

**concerns** 20:6 23:11 24:7 75:15 76:10,14

**CONCLUDED** 79:7

**concrete** 68:7

**conducted** 58:25

**connective** 57:9

**consequences** 44:12

**consistent** 39:10 49:10 70:11,15,17 73:5,10 75:3

**constant** 51:16

**constraints** 67:9

**contained** 60:12 66:2

**contingencies** 19:9

**contingency** 46:7

**continually** 21:23

**continue** 17:24

**continuing** 25:9

**continuously** 34:7

**control** 10:9 13:21 14:14,21 17:14 19:18 59:21 62:5,20, 24 69:25 75:17

**convened** 7:9

**conversation**

31:15

**copied** 50:16

**copies** 10:25

**core** 14:1,6,9 35:13 37:17

**correct** 9:19 10:5,6,11 18:20 23:3 29:8,25 39:11 40:11 42:18 45:24 46:11,15,18,21 48:4 50:11,12 52:14 59:15,24, 25 60:3,4,13 61:10,17 66:3 67:17 68:15,20 69:9 75:11 77:10,22,23 78:18,20

**corrections** 22:7

**correctly** 68:11

**counsel** 7:18 61:19

**count** 58:20 65:7

**County** 7:12 8:7

**couple** 38:25 69:3 70:5

**coupled** 68:4

**court** 7:5,13 8:23,24 37:21 49:3

**cover** 23:17 30:4 33:21 46:7 54:3 65:19,22 67:2

**covered** 15:25 66:7,10,11

**covers** 16:7 34:13 41:7 43:7 44:25 45:14 65:21

**create** 27:2 32:20 34:6

**created** 13:6 18:7 20:25 21:2,7 51:10

**crowd** 10:9 11:14,18 13:21 14:13,14,17,20, 24 15:6,13 17:14 18:1,23 19:18 24:11 26:21 30:12,22 31:10 33:5,7 53:10 56:2,8,9 57:1,3,6,17,20 59:20 61:4 62:5,20,21,23, 24 67:3 69:6, 24,25 74:10,21, 25 75:17 76:18 77:2

**crowds** 74:15

**CRS** 50:16

**CRS24905** 20:10

**CS** 55:3,4,8,16

**cues** 32:19

**curious** 58:20

**current** 9:8,9

**custodians** 10:24

_____

**D**

**daily** 52:25

**danger** 37:6,7 68:4,9

**dangerous** 37:9

**dark** 69:21 70:21

**darker** 70:20

**date** 34:5,6 39:23 52:5

**dated** 15:7 23:19 54:21

**dates** 11:16 23:21 29:23

**day** 7:8 48:23 59:2 73:11

**days** 31:9 52:3 58:3

**deal** 16:19

**dealing** 17:14 34:23 40:13 48:21

**deals** 16:17 18:1 27:5

**death** 41:17 64:20 65:13 69:7

**debates** 37:14

**December** 7:8 59:2

**decide** 49:12

**deciding** 48:11 49:9

**decision** 38:11

**deem** 56:15

**defendants** 8:3,7,9

**defensive** 25:22 43:23 45:9,13,14

**defensively** 44:22 45:2

**defined** 63:15

**defining** 62:23

**definition** 63:1

**degrees** 49:5

**Denver** 7:12 8:4,8,9 9:13 16:12 22:8 46:13,15 54:24 64:19 65:12 68:8 69:7 74:5 75:15,25 76:10, 18

**Denver's** 76:6

**dep** 15:10

**department** 9:19 12:21

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

15:18,23,25
16:10 17:23
24:11 25:11
28:21 29:3 33:8
35:22 54:13
62:18 63:22,25
68:20 69:5,22
72:18 73:8,14
74:3,6

**Department's**
74:13

**dependent**
69:22

**depending**
29:1 67:19

**depends** 48:17

**deploy** 35:3
41:20 42:11
44:16,21

**deployed**
35:11 69:5

**deploying**
35:8,9

**deployment**
25:21 38:3
41:14 66:6

**deployments**
16:18

**deposition**
7:10 9:24 10:13
11:11 12:10
13:3,17 18:18
38:17 46:23
58:25 59:14
60:7 61:14 66:8
75:15 79:7

**depth** 31:5

**describe** 45:9,
15 78:14

**describes**
23:6 47:6

**designated**
9:17 10:4 46:23
53:7 59:23 65:6

**detail** 73:18
78:4

**detailed** 16:5

17:15,24 19:1

**determination**
39:3 48:1

**determination
s** 47:22 49:4

**develop** 25:5

**devices** 39:18
40:22 48:8 68:6
77:7

**dictate** 53:5
57:8 67:24

**dictated** 37:19

**differ** 36:19

**difference**
36:21

**differentiate**
35:10

**differently**
54:8,9

**difficult** 57:21,
25

**direct** 9:5 55:2,
3,22

**directed** 17:15
33:20 43:5

**directive** 43:12
45:11,12,21

**directives**
41:1,24 42:22
43:3,4,14 50:10
51:17 60:3,8,
12,19 66:2
74:23 77:8,16,
22 78:18

**directives'**
66:7

**disciplinary**
68:19,25 75:10

**disciplined**
49:22 50:1

**discovery**
61:24

**discretion**
39:4 44:7
48:11,13 49:1,

12

**discuss** 54:11

**discussed**
13:18 53:23
68:18

**discusses**
23:12

**discussing**
65:16

**discussion**
31:12 32:8 33:9
37:14,16 38:24
47:10 54:23,25
77:13,21

**disperse** 66:24

**display** 41:19
42:13,16

**distance** 71:17
73:16

**District** 7:13,
14

**document**
10:1 13:10 15:3
17:25 20:6
21:8,10,15
23:15 27:25
28:2 39:18 40:2
41:7 42:1 48:25
52:2 77:5,6

**documented**
15:20

**documents**
11:19,23 12:9,
23 13:1 15:9
17:22 18:4,18
19:17 21:23
33:20 38:16,18
55:23 58:2
61:9,20

**doff** 33:18

**doffing** 27:5

**Domestic**
14:3,16

**don** 33:18

**donning** 23:12
27:5

**doubtful** 31:23

**Douglas** 7:22
8:20 58:19
59:4,7,8 61:18,
25 62:2,15
67:18 71:6
72:11 78:24
79:3

**draw** 41:18
42:12,16

**Drive** 7:7

**due** 67:9

---

**E**

---

**e-mail** 54:17,19

**earlier** 29:7
78:11

**early** 22:3 62:6

**easiest** 50:24

**effect** 23:20
28:6,9 40:6
51:23 52:12
59:19 60:11
65:17 66:17
74:4,7,22 75:24
77:9

**effective** 10:25
39:21,23 40:1
52:5

**effectively**
54:14

**Elisabeth** 7:11

**Elizabeth** 7:19

**emergency**
11:1,25 15:21,
22 16:6 25:1,6
27:21 60:17,20

**employ** 42:14

**enclosed**
53:25

**encompass**
31:22,23 38:15
48:22

**encompassin
g** 18:9

**end** 22:14
23:12 27:9 41:9

**ended** 62:6

**energy** 47:5

**enforcement**
20:11

**engage** 57:11
58:8

**engaging** 56:3

**entire** 71:8

**entirety** 20:8
42:4

**Epps** 7:11,23
59:9

**Eric** 8:5

**ERT** 16:13
17:16 18:2,8,22
19:18 25:14
27:21 28:4 33:8
36:6 40:16
69:7,11

**et al** 7:12

**evaluate** 44:11
49:18

**evaluation**
44:2,3,8

**Evans** 7:25
20:1 21:20
32:13 36:16
38:9 39:12 45:3
46:2,22 48:3,12
49:24 50:21
53:13 56:17
58:14 61:23
62:8 64:2,9,21
65:4,14 68:21
69:13,19 70:13,
18 71:11,20
75:18 76:20
79:2

**event** 65:8

**events** 21:3

**evolving** 21:9

**exact** 21:1
23:21 52:24
53:17



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**EXAMINATION** 9:5 59:6

**examples** 52:18,21 53:1, 11,15,21

**excessive** 49:23 50:2

**exclusively** 31:2,3,19

**exhibit** 71:5 72:7,8,10

**exist** 20:19

**exists** 19:2

**expect** 68:18 75:9,12

**expected** 40:24

**experience** 32:14 49:2 56:21 62:11 77:3

**explained** 38:19

**explains** 24:21 26:3 45:12

**explanation** 25:24 31:12 43:24

**explosive** 68:6

**express** 74:17

**extent** 41:2,3 48:19,20

_____

**F**

**face** 48:23

**fact** 8:18 30:19 31:7,22 46:8 61:22

**factors** 38:11

**fair** 16:15 19:15 27:3 48:7 73:21

**familiar** 27:16, 18 31:5 40:20, 25 72:2

**familiarization** 38:2

**federal** 9:24 14:14 37:20 49:3

**federally** 14:3, 5

**FEMA** 14:4

**field** 10:9 11:17 13:22 18:14,23 19:19 20:6 28:4 58:4 59:21

**file** 10:15 71:4

**filled** 68:5

**find** 64:13

**fire** 74:20

**firearm** 41:18

**firing** 74:25

**Fitouri** 7:20 50:3

**floor** 7:7

**Floyd** 36:6 56:20 64:20 65:13

**Floyd's** 69:7

**fluids** 68:6

**foam** 35:6 55:2, 21,24 57:10

**Focusing** 60:1

**food** 27:8

**force** 10:9,11 11:18 13:6,7,22 16:25 17:4 18:14,23 19:19 20:6 21:17 22:12,13 23:6,7 24:3,4,22,23 27:12,13 28:5, 14 33:9,10 36:13,17 37:21 38:12 39:2 40:23 41:21 42:20 43:1,6,7 45:7,14 46:19 47:20 49:3,5, 10,23 50:2,4,6,

9,13,14,20 51:3,4,12,24 52:5,17 53:10, 12 54:6,13 58:4 59:21,23 61:6 63:5,11,16,23, 25 64:7,19 65:12,21,22 66:2,6 77:14,21 78:5,13,14,18

**form** 20:1 21:20 32:13 36:16 38:9 39:12 45:3 46:2 48:3,12 49:24 50:21 53:13 56:17 58:14 62:8 64:2,9 67:18 68:21 69:13 75:18 76:4,20

**formal** 61:19

**formally** 63:25

**format** 67:3

**formation** 28:19 58:7 67:12 68:1

**formations** 14:23,25 16:8, 17,19 19:9 33:16

**forms** 46:9

**forward** 21:15, 24

**found** 32:16 33:2 37:17

**foundation** 76:4

**fourth** 73:12

**frame** 69:12

**front** 18:13 35:19 67:14

**full** 8:12

**function** 62:24,25

**functions** 11:18

**fundamental** 48:13

**fundamentally** 37:17

**fundamentals** 35:13

_____

**G**

**gained** 49:16

**garner** 54:14

**gas** 16:18,20 17:9 23:12 24:8 27:6 33:18 57:21

**gate** 53:25

**gauge** 55:3

**gave** 27:21 51:24 53:4

**geared** 18:2

**general** 15:23

**generally** 62:13 63:12 78:8

**George** 36:6 56:20 64:20 65:13 69:7

**GFP** 20:20 54:24 56:16,19

**give** 8:25 10:21 16:6 18:4 23:21 43:5 52:21,24 53:1,15,16,18, 19,21 58:8 66:5

**giving** 32:21 38:23

**goal** 57:4

**Golden** 8:6

**good** 52:20

**governance** 32:8

**governing** 78:10

**government**

14:15

**graduated** 63:22

**grainy** 70:24 71:2

**gray** 48:22

**Great** 61:25

**grenades** 55:4,9,13,16

**groin** 45:23 46:6

**ground** 14:17 71:16

**grounds** 41:20 42:14

**group** 59:9

**guess** 72:9

**guidance** 42:2 44:5 64:7 65:25

**guideline** 42:5, 7,8 45:25 48:9

_____

**H**

**hand** 8:22 33:17 55:19

**handing** 40:19

**hands-on** 54:1

**Hang** 69:2

**happen** 47:3 67:2

**happened** 49:21

**happening** 41:9

**hard** 48:16 53:5 70:14

**harm** 57:12 68:13

**HB1250** 21:14 22:17

**head** 19:13 45:23



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

hearing 68:25

heart 46:5

heavily 32:18

helps 32:10

high 62:16

highlight 31:11

hitting 58:10

hold 8:16

Huss 8:8 76:3, 12

hypothetical 53:2,22 67:23 68:16

hypotheticals 53:19

—————

I

ID 8:16

idea 71:23

ideal 56:12 67:8

identical 18:6 38:1,4

IDENTIFICATION 71:5 72:10

identified 78:5

identify 69:12 72:6

Illinois 7:8

image 73:18

imminent 37:7 66:22

impact 34:23 36:18 45:18,20 46:3 55:2,3,22 57:9

important 25:16 31:11,15 32:6,7,23 33:2, 3

impossible

48:25

improve 21:24

improvised 68:6

in-depth 16:5

in-service 15:24 24:12,15, 18 28:8,23,24, 25 30:15,16,20, 24

in-services 24:17

incident 16:22

incidents 14:2, 13 64:18 65:11

includes 24:2

including 55:16 56:10 59:21 62:5

incoming 25:5

inconsistent 46:21 49:10 58:12

Incorrect 21:4

increases 68:8

indicating 28:23

indiscriminately 57:16 74:10, 20,25

individual 22:5 39:1,3 42:10 47:21 54:12 57:1,3 66:15,22 67:1,13,16,17, 22 75:2

individually 8:3

individuals 56:2,13 57:14, 20 74:15

information 16:20 17:4,7 18:22 22:11 23:5 24:2,21 25:19 26:17

28:10,11,13,19 29:17 30:7 31:1,7,24 32:6, 7,21 33:5 42:9 71:18

inherent 67:11

injury 41:17 57:5,12 68:4,13

instance 57:15

instances 56:12

instruction 33:1

instructor 31:18 32:12

integral 77:1

intended 64:17 65:10

interaction 31:13

interspersed 56:9

interviewed 13:12

investigation 13:13 49:17

investigations 13:6

involved 12:8

involving 64:18 65:11

irritant 44:4,16 45:5

irritants 25:17 43:22 44:12

irritants/ munitions 43:20 44:22

Isabelle 7:25

isolate 56:13, 25 57:2

issue 21:3 37:4

issues 67:10

items 43:17 47:14

—————

J

Jefferson 8:6

jet 55:17

Johnson 7:5

joints 46:6

judgement 39:1

judgements 54:12

June 20:16,19 22:3,25 40:7 50:7 52:13 54:21 59:20 62:6 64:6,17 65:17 74:4

justifiable 65:25 67:1,15

justification 39:9 41:21 42:19 64:7 76:17 77:13 78:4

justifications 37:19

—————

K

keepers 10:23 12:21

Kentuckiana 7:6

kidney 46:6

kind 24:4 31:8 44:17 68:25 75:12

kinds 36:14

kinetic 34:23 36:18 47:5

knee 46:6

knife 53:24

knowledge

16:14 20:2 47:2 49:1,16,17 51:8 55:14 60:21 61:1 63:8,20 64:5,12 65:15 66:4 76:6,16 78:23

—————

L

lack 73:18

language 23:18

large 41:4 56:1

launch 35:16

launcher 17:11 35:21 36:7,24,25 37:11 38:6 76:24,25

launchers 26:10

launching 35:5,15 36:18 37:2 38:1,3

law 20:10,15 21:16,21 37:20 49:2,3

lawful 67:7

laws 21:13

lawyers 61:9

Leader 25:2

leaders 25:10

leadership 25:14

Leah 7:4 59:1

learned 64:18

learner 32:16

learners 32:10, 17

learning 31:14 32:19

leave 66:24 67:15

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

left 73:2,13

legal 37:19

legally 54:3

lethal 10:10
17:10 19:7,19
26:13 33:21
34:2,8,10,13,
17,25 35:1,8,
12,14,18 36:3,
5,7,11 37:24,25
38:6,21 39:5,
10,18 40:13,16,
21,22 41:14,15,
19,21 42:3,11,
13,20 43:6,9
48:8 53:11
57:6,10 58:5
59:22 61:5
63:5,11 64:8,19
65:12,20 66:1,6
74:9,14,20
75:16,23 76:1,
2,7,11,17,24
77:7,14 78:5

level 62:16

lieutenant
7:10 8:11 9:7,9,
13 54:19 59:8
61:21 62:3,17
68:24 69:15,20
70:6 71:13,21,
22,25 76:5,13,
21 79:4

light 55:17

limitations
51:2

limited 46:9
67:25 72:23

limits 48:16

Lindsey 7:5

list 47:12,14

listed 11:8

listening 32:11

lists 55:1

litigation 19:16

Littleton 7:23

living 21:9,15
40:2

local 37:20
49:2

located 7:6

location 7:17

long 31:9 69:24

looked 29:6,7

lot 29:20 31:12
33:5 41:7

lots 37:12

Lowe 8:2

———————

M

made 64:23
65:2,3 76:22

majority 15:17
16:15 18:25
23:10 24:6 27:4

make 17:2,21
22:6 42:10
47:21,25 49:4
54:12 61:18,19
67:8,10 68:1
70:22 72:4

making 68:14

management
10:9 11:14,18
13:21 14:13,18,
20 15:7,13
17:15 18:1,24
19:18 24:11
26:21 30:12,23
31:10 33:5,7
53:10 59:20,21
61:4 62:5,21,24
64:25 67:3
69:6,24 76:18
77:2

managing
14:2,12

maneuvers
58:4

manual 26:21
41:1,4 50:10
60:3,8,12,19

66:3,8 77:9,22
78:18

manuals 33:20

manufactured
69:22

March 40:5

MARKED 71:5
72:10

mask 16:18
23:13 24:8 27:6
33:18

masks 16:20

material 12:14
19:22 25:11
31:16 51:14

materials
13:16 17:18
19:25 55:8,12,
21 61:4,13
66:13,25 74:4,
7,17

Matt 7:22 59:8

matter 7:11

May/june 9:14
74:8

MCATI 14:1,9,
11,12,19 16:9
18:1

MCATI/ERT
26:21

means 25:25
26:3,6 37:9
39:22,24 44:15
45:9 78:15

measures
75:17

meet 41:16

member 15:25

members
15:18,23 16:12
18:2,22 24:16
27:21 28:7 29:3
30:23 40:16
41:18 42:12
44:9,10 46:5
69:8,11,12

mention 55:18,
20

mentioned
50:10

methods 35:8

middle 72:21

Mike 8:2

mind 49:6

minor 41:8

minute 48:24

minutia 35:4
41:8

misconceptio
n 31:18

mistaken
17:20 29:10
62:25

misunderstoo
d 60:15

mm 55:2

mobile 17:16
18:14,23 28:4

model 14:14

modified 21:11

moment 41:11

move 67:4 77:3

movements
14:21,22,25
16:8 17:14 19:6
23:11 24:7 27:5
33:17

moving 67:14

multi-launcher
36:10

multiple 14:16

multitude
38:11

multitudes
31:21

munition 45:5
55:19

munitions

25:17,20,21
43:22 44:12
55:2,3,22 63:2
64:24,25 65:2,
7,8 74:9,14,20
76:7

mutual 13:8
16:12 46:14

———————

N

named 8:3

nature 51:6
53:17 63:17
69:1

navy 69:21
70:21

neck 46:5

needed 31:24
77:2

non-
emergency
15:17 16:2

non-ert 16:4

non-lethal
10:11 59:23
61:5 63:5

notice 9:23
11:3 59:12,14

notion 31:5

nuances 38:19

number 7:14
43:6 56:1 61:3
67:9,25

numerous
14:7

———————

O

Object 20:1
21:20 32:13
36:16 38:9
39:12 45:3
46:2,22 48:3,12
49:24 50:21
53:13 56:17
58:14 62:8



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

64:2,9 67:18
68:21 69:13
75:18 76:20

**objection**
62:15 64:21
65:4,14 69:19
70:13,18 71:11,
20 76:3,12

**objectives**
41:16

**objects** 56:3,9

**observations**
47:2 56:21

**obtained** 61:9,
11

**OC** 47:9,10,13,
16,24 55:4,12
66:14,21 67:1,
12,16,21

**occurred** 53:6

**offensive**
25:22 43:23
44:13 45:16

**offensively**
44:22 45:2

**officer** 17:4
39:3,8 45:19
46:8,20 48:23
49:11,23 53:3
54:8 58:11
65:25 68:17
70:10 72:22
73:1,3,5,8,14

**officer's** 39:1
49:10 73:11

**officers** 13:7
14:20 15:13,15,
16 16:8,11,24
19:17,24 22:11
24:22 27:23
30:12,15 35:25
36:12,23 37:10,
23 38:5,20 39:5
40:19,24 42:2,9
43:18,21 44:7
46:14,17 47:6,
21,25 48:9,16,
25 49:8,14,18
50:23 51:12,15

52:17,23 53:12
54:11 55:25
56:3,10,24
57:5,6,13,19,23
66:13,22 67:14,
25 68:4,7,9,14
70:11 71:8,9,
10,14,17,18
72:16,18 77:4
78:3

**offing** 23:12

**older** 52:9
62:22

**one-answer-**
**fits-all** 54:6

**ongoing** 21:9

**online** 7:4
41:10

**open** 20:4

**operating** 58:6
60:16,19

**operational**
41:16

**operations**
11:18

**operative** 40:9

**operators** 57:7
58:6

**opinion** 49:6
70:14,19 71:12

**opportunity**
58:8

**opposed** 17:10
32:21 35:12
54:3

**option** 51:6

**orally** 32:22

**order** 23:18
66:23 67:7

**outbreaks**
68:5

**outcome** 54:14

**outliers** 49:15

**outline** 38:23

**outlines** 12:7

**outsides**
46:22,25

**oversimplifica**
**tion** 38:14

---

**P**

---

**p.m.** 7:9 59:3
79:7

**pages** 27:17
31:21

**paper** 40:19

**part** 14:9 15:24
24:19 28:20
60:8 77:1

**parties** 8:17

**passed** 20:16
21:18

**past** 33:2

**patches** 70:1

**Patrick** 7:11
8:14,18 58:25
71:22 72:12

**Patrol** 71:3

**PD** 73:3

**peaceful** 56:2,
7

**pending** 7:13

**Pennsylvania**
7:21

**people** 15:20
31:6,16 32:9,
17,22 34:9,16
35:20 37:6,8
41:10 53:20
56:8 57:5 67:10
73:20,22

**perform** 14:23

**period** 11:8
30:11 60:11

**permitted** 17:5
23:7,8 24:3
41:18 42:12,16
48:10

**person** 37:5
53:23 65:6 67:7
68:10,14 70:20
72:20,25 73:2,
6,12

**personal** 47:1,
2 62:17 63:8,
20,21 64:12,22
65:5,15 70:14,
19 71:12

**personally**
32:14 33:1
39:25 50:1
53:16 58:16
68:23 69:15
71:21 73:4,9,
15,23 75:19
76:5,13,21

**personnel**
16:2,4,7 67:9
69:5

**pertaining**
11:1,23 40:21

**photograph**
71:9 72:17
73:2,9

**phrased** 20:21

**physical**
50:13,14 52:5
67:8 68:2

**picture** 70:6,23
71:24 72:6,8,
22,23

**pictures** 70:5

**piece** 31:23

**pieces** 40:19

**pin** 77:24

**place** 22:18,23,
24 25:7

**plaintiffs** 7:20,
23 12:12 59:9

**plaintiffs'** 7:18
9:23

**point** 24:18
26:1 47:12
53:25 54:1 57:7
70:2 74:16

76:23

**points** 26:11,
14 31:11,25
32:1,23 33:3,6
37:16 41:8

**police** 9:19
13:7 15:18,23
16:10,11 17:23
18:13,14 24:11
25:1,11 26:21
27:22 28:4,21
33:8 36:20
41:11 46:20
49:8,13,22
62:18 63:21
66:13 69:5,25
70:22,24 71:10,
14 72:18 73:5,
8,10,14 74:3,6,
13

**policies** 9:19
10:8,14,19,22,
24,25 11:7
12:21 13:20
17:23 21:12,22
38:22 39:25
40:3,20,21 41:5
46:6 47:20
51:22 53:9
59:19 60:1,5,
11,22,23 61:11
62:4,22 63:4,
11,16 64:5,16
65:10,17,18,24
66:8,19 68:18
74:3,7 75:4,6,
23 76:1,6

**policy** 20:9
25:16 39:4,11,
15,23 40:9,12,
17 41:4,13
43:7,10 45:15
46:1,21 47:23
48:7,10,15
49:11 50:4,6,9,
19,23,25 51:13,
25 52:4,9,17
55:7,11,15,20
58:12 64:13
65:21 66:24
67:17 68:20
74:22 75:11
78:2,10,13,14

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

89

portion 44:1
47:1 66:2 77:8,
21 78:18

portions 16:19
34:11,12 60:2

pose 38:13

posing 38:8

positive 54:14

possibilities
44:25

possibly 37:9
54:4

post-
certifications
29:4

potential 41:17
44:12

potentially
53:3 67:11

Powerpoint
13:5 15:7,20
16:3,16,23
17:3,7,13,25
18:6,21 19:2,7
20:4,24 22:2,
10,22 23:11
24:1 25:12
26:9,20 27:2,4
28:11 29:17
31:1,6,8,9,21,
25 32:6,11,21
33:13,14,15,19
34:1,19 35:17,
20,25

Powerpoints
11:24 12:1,6
29:20 31:4
32:19 51:7,11
61:3

practical 38:24
56:14,16,23,25
58:4

practices 10:8
40:4 59:19
60:1,6,11,23,24
63:4 74:3,7
75:7,23 76:7

preparation

12:10 13:3,16
15:10 61:14

prepare 10:13
11:10

prepared
10:14 11:6

Preparedness
14:4,16

preparing
38:17

present 8:17
40:17 53:3
56:16

presentation
15:19 16:6
17:13,25 19:21
24:2,6 25:4,12
26:20 27:20
30:17 34:15
36:1

presentations
13:5 28:11
33:13,14,16

presented
24:12,16 28:9
30:7

presenting
57:4

pretty 12:17
34:7 41:4,6
70:23

prevent 38:13

previously
75:14

prior 22:2 44:4,
13 49:18 62:21

priority 44:4

procedure
9:25 20:9 68:19
75:10 78:2

procedures
10:15,20,25
11:7 12:21
21:13,23 38:22
47:21 60:16,19
61:11 76:6

**PROCEEDING
S** 7:1

process 21:9
31:5

produce 12:24

produced
12:11 19:16
23:16 38:18
39:17 52:3
61:22,23 71:3

profession
53:1

professional
10:17 12:15,16

prohibit 74:5

prohibited
20:10

projectile 47:6
57:9

projectiles
34:23 36:18

promise 75:21

properly 33:18

protest 16:25
17:5 20:7 21:17
22:12 23:7
24:4,22 27:13
28:15 36:14,17
56:1

protesters
33:10 56:2,8

protests 9:13
13:8 20:11,17
21:8 22:3,19,25
25:12 36:6
40:6,10 46:10
51:23 52:13
56:20 59:22
62:6 64:6,16,19
65:12 66:18
69:6,7 70:12
71:16 74:5,8
75:25 76:19
77:10

provide 9:17
10:4 12:5 36:23
37:22 39:8
40:16 41:9 44:5

48:15 53:8,20
57:19 67:24

provided
11:20 12:24
13:8 14:3,14
15:13,20 16:12
18:4,10,22
19:25 46:13,14
61:20

providing 64:6
65:24

PSS 10:15,16,
20,21 61:10,12

pull 15:3

purpose 60:6

pursuant 9:24

put 18:12 21:17
25:7 30:19
32:2,5 33:2,19
62:1

putting 24:8
31:20 35:23
59:11

_____

**Q**

quarter 24:12,
19 25:8 28:22,
24 30:15,20,22

quarterly
24:17 28:25
29:1

question 17:22
29:19 30:6
32:4,5 39:13
54:25 60:15
75:20 78:11,21

questions
58:17 59:10
69:3 78:25
79:1,2

_____

**R**

raise 8:22

range 19:9
58:3,9

rank 9:8,9

react 54:9

read 40:25 42:4

ready-access
41:10

real 68:9

reason 47:23

reasons 32:20

recall 12:7 18:3
61:6 63:10
66:10,12 75:17
76:14,21 77:16

received 11:14

receiving
29:16

recently 53:22

recertification
29:4

recognized
14:5 64:24

recollect 14:8
53:16

recollection
13:19 19:20
27:20 40:8

record 7:3 8:13
10:23 12:20
58:21,22,23,24
59:5 61:19 71:1
79:6

Redfearn
54:21

refer 43:8 58:2

reference 78:7

referenced
78:3,9

referred 60:2
77:20

referring 42:23
43:12,14

refers 20:15

reflect 54:7

reflected

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

33:12

**refreshing**
41:8

**refuses** 67:11

**refusing** 67:7

**regard** 57:24
75:23

**related** 9:18
12:1 59:20
61:21 76:10

**relating** 10:9
21:25 51:23
55:8 60:7,12,24
61:4 62:4 63:4
65:2 76:2

**relevant** 11:7
12:22 19:17

**relief** 68:1

**rely** 32:18

**remember**
29:9 32:23

**Remington**
34:25 76:24

**remotely** 7:20,
23 8:1,4,5,9

**reorganization**
12:18

**repeat** 39:13

**replicate** 57:25

**report** 63:24

**reporter** 7:5
8:23,24 55:1

**Reporters** 7:6

**reporting**
63:23

**represent**
51:21 54:13
59:9

**representing**
7:6,22,25 8:2,6,
8

**request** 61:19,
24

**requested**
51:22

**require** 66:14,
19

**required** 21:16
40:20 63:24
67:10

**requirement**
66:5

**respect** 13:21
19:18 53:9
73:21

**response**
11:1,25 15:17,
21,22 16:2,6
20:11 22:8,13
25:2,6 27:21
60:17,20 61:24

**rest** 22:1 26:2,5

**review** 10:22
11:19,22 12:4,5
13:2,5 17:1
20:8 61:21
68:25 69:1
75:13

**reviewed**
10:19 11:13
12:10 13:7,16
15:9 17:19
18:18 19:21
38:17 59:12
60:6 61:14 66:8

**reviewing**
10:14 11:7
16:16 29:17

**revise** 40:3

**revised** 39:22
40:5 41:22
42:21,22,24
52:6 77:15

**risk** 68:3,13

**Rob** 8:8

**rocks** 56:10
68:7

**round** 35:1,12
36:11 57:10,11

**rounds** 34:25

35:1,2,7,8
55:24

**Rule** 9:25

**rulings** 37:21

**run** 52:17

─────────
**S**
─────────

**safe** 57:8 58:9

**safely** 57:8

**safety** 67:10

**Saturday**
54:21

**SB20** 22:16

**SB217** 20:15
21:13,18 22:1,
17 23:2,23

**SB217/1250**
20:12

**scenario** 48:23

**scenarios**
38:25

**schedules**
11:24 12:6

**scope** 32:15,25
46:22,25 49:25
56:18 58:15
62:9 63:9,19
64:10 68:22
69:14 72:23
75:18 76:3

**screen** 9:21
15:4 16:16
18:12 29:18
35:24 59:12
70:4,6

**screenshot**
71:2 72:1

**scroll** 22:10,23
24:13 26:7,24
27:16 28:5,18

**scrolled** 27:4

**section** 10:17,
21 12:15,16
41:14 43:19,20
45:19 47:6,9

50:13

**sections** 43:18

**seeking** 34:16

**send** 10:24

**sentence**
42:15,23 44:23

**September**
52:6

**sergeant** 9:12,
15 26:22 54:20
55:1

**services** 12:15

**Shaker** 7:11
8:12,14,18 9:7
58:25 59:8
61:21 62:3
68:24 69:15,20
70:7 71:13,22,
25 72:12 76:5,
13,21

**share** 59:12
70:4

**Sharp** 7:4 59:1

**sheet** 23:17
30:4

**shift** 48:24

**shoot** 57:16
65:20 66:1 74:9

**short** 70:21

**shotgun** 17:10
34:10,14,17,25
35:1 36:8
37:24,25 38:7
65:20 66:1

**shotguns**
26:13 75:16
76:2,11,17

**show** 26:6,8,
12,15 30:13
70:4 71:24 77:5

**showed** 33:15
60:2 61:3

**showing** 9:23
20:5 24:10,25
26:19 27:15
28:1,17 29:11

33:23 50:3 52:2
54:16

**shown** 33:15
78:17

**shows** 28:19

**signals** 33:17

**significant**
68:3,13

**significantly**
68:8

**similar** 24:7
28:12 29:6,21
30:4 37:25

**simplified**
38:10

**simply** 38:12
42:12

**single** 31:7
36:10 46:7
48:23,24

**sir** 8:21 59:25

**situation** 27:13
33:22 49:7,15
53:2,22 54:15
56:1,15 67:23

**situational**
51:1

**situations**
28:15 35:9,24
52:18 54:5,6,9
58:1 69:25

**sleeve** 69:24
70:21

**slide** 20:21
21:6,18,25
22:6,15 23:2,24
25:16 26:5,6,8,
12,15 27:14
28:19 30:13

**slides** 16:18
22:15 27:9
31:21 32:6

**slowly** 22:10

**smallest** 33:6

**smoke** 55:3,16



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

91

**sock** 57:10

**solely** 21:21
32:17,18

**somebody's**
38:8

**SOPS** 33:21

**sort** 48:1 75:10

**South** 7:7

**speak** 51:10
73:23 76:8

**specific** 11:17
17:24 19:7
33:19 35:4,5
36:17 37:14
38:2 43:17 44:1
45:21 53:11,15
56:12 57:1,2,14
58:8 65:6 68:16
77:21

**specifically**
11:1,14 14:15,
23 16:1,4 18:8
24:24 26:11,14
27:1 32:25
33:16,20 34:9,
21 36:2,20
37:23 38:10
39:2 40:18
43:5,11 46:3
47:1 64:23
65:19 67:3 70:3
74:14,24 75:1
76:1 78:7

**specifics**
69:16,18

**spent** 71:15

**spine** 46:6

**spray** 47:9,10,
13,16,24 66:14,
21 67:1,16,21

**Springfield**
7:21

**stamped** 39:16
52:3

**standard**
55:17 58:7
60:16,19 70:25

**standardized**
69:21

**standards**
10:17 12:16

**standing** 67:13
71:8

**start** 34:5
36:24 39:14
59:11 74:2

**started** 25:5

**starting** 7:17
59:17

**state** 7:16 8:12
37:20 49:2
50:14 71:3

**states** 7:13
14:17 41:13

**static** 48:21

**statute** 42:23,
24 77:25

**statutes** 41:23
42:21 50:15,16,
25 77:15,20

**stick** 37:17

**sting** 55:4,8

**strike** 66:12
72:5 74:2,5
77:25

**structure**
35:13

**stuff** 19:21
33:18 41:7

**style** 70:24

**subject** 47:13
57:11 68:19,24
75:9

**subsection**
43:21

**subtle** 13:25

**subtleties** 14:7

**suggest** 58:20

**summary** 10:7
42:5

**summer** 16:12
46:10

**supervisor**
44:15 52:20

**supervisors**
25:5,10 44:11
49:9,13 53:20

**supposed**
57:13

**Supreme**
37:21

**suspect** 57:11

**swear** 8:24

**sworn** 8:22
15:18,23,25
24:16 28:7,25
29:2 30:15,23

**synonymousl
y** 62:21

**system** 14:1,5,
6,9,11,12,20
16:9,21 18:1
35:4,5 37:1,2,8
38:1,3 44:4
63:22 76:25
77:2

**systems** 19:8
35:14,15 36:3,
9,18 51:3,4
63:16,18

———————

**T**

———————

**tactical** 19:6
54:5

**tactics** 10:10
13:22 19:19
59:21

**tailored** 16:1,4

**taking** 24:8

**talk** 15:1,2
40:17,18 43:17,
18 51:1 59:17,
23

**talked** 31:4

**talking** 15:2

21:7 37:3 42:15
44:1,6 46:3
78:19

**target** 35:2,5
45:22 46:9
57:13,20

**targeted** 74:14
75:1

**targeting** 46:5

**targets** 58:8

**teach** 14:20
53:12

**team** 11:1,25
15:18,21,22
16:2,7 25:2,6
27:21 60:17,20

**tear** 57:21

**technician** 7:5

**techniques**
14:23 39:19
48:8 77:8

**telling** 22:1

**tells** 42:2 45:22

**term** 31:25

**terms** 38:10
39:23

**testified** 75:14

**testify** 63:9

**testifying**
12:22 63:20

**testimony**
8:25 9:18 10:4
11:3 32:15 33:1
47:1 49:25 53:8
74:19 77:19

**thing** 17:2

**things** 11:12
14:24 19:12,13
21:12 34:13
37:12 51:6
52:25 54:3,7,11
58:5 62:19
63:15,17

**thinking** 49:15

**thought** 27:9
31:5

**threat** 14:13
38:8,13 57:4
66:22

**threaten** 37:6

**threatening**
67:14

**throat** 46:5

**throw** 17:9
55:19

**throwing** 56:3,
9

**thrown** 68:7

**tidbit** 31:7

**tidbits** 27:8

**tier** 63:16,18,22

**time** 7:9 9:13,
15 11:8 22:3,
18,24 25:12
28:9 30:11
40:6,10 46:8
49:4 51:23
52:13 56:22
58:18 59:2
60:11 66:17
69:12 71:15
74:4,8,22 75:24
77:9

**times** 29:2
50:11

**timestamp**
72:13

**tips** 16:21

**title** 39:17

**today** 7:6,8
10:5,13 12:11,
23 13:17 18:18
50:1 59:1,11,17
66:9 68:18
75:21

**top** 19:13 20:14

**Topic** 15:2
59:18,24 61:2,
5,15,21



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of PATRICK SHAKER, taken on December 29, 2021

92

**topics** 9:18
10:4,7 11:8
12:22 16:21
46:23 59:16
60:7,13,25 74:1

**totality** 44:17
49:14,18

**track** 65:7

**train** 19:8 35:3,
25 36:12 50:24
51:12 52:17
55:25 56:24
57:18,23 75:3,6

**trained** 19:4,22
25:11 30:12,25
38:5 56:11
76:25

**training** 9:18
10:8 12:2,7
14:1,2,7 15:2,
12,24 16:5,21
17:25 18:14,23
19:7,17 21:8,
12,24 22:2
24:15,18 25:2,4
27:23 28:5,7,8
29:1,2,16 30:24
31:8,24 33:21
34:8,9 35:14,20
36:2,22 37:22
38:25 39:11
46:1,21 48:10,
15 49:2,3 50:23
53:9 55:8,12,
15,21,23 57:19
58:2,13 61:3,4,
13 66:11,13,25
67:2,5 74:3,7,
11,12,13,17,23
75:2,11 76:23
77:3

**trainings**
11:13,17,23
29:4 30:15 31:9
33:7 40:15
66:19

**trains** 19:24

**triple** 55:16

**true** 48:5

**truth** 9:1

**two-way** 31:15

**type** 17:4,8
22:12 23:7
24:23 27:12

**types** 25:20,21
28:14 33:10
65:22

**typically** 69:24

___

**U**

**ultimately** 57:4

**unable** 57:2

**unbates-
stamped** 39:17

**understand**
9:16 29:19
31:16,17 68:11

**understanding**
12:9,13 39:24
41:6 48:6 50:8
52:15 62:14,17
63:4,13,15,21
64:12,22 65:1,5
68:23 69:8,9
76:9 77:11

**uniform** 69:21
70:11,21 73:11

**uniforms** 69:4,
11,16 70:25

**unit** 13:6

**United** 7:13
14:17

**unknown** 68:5

**unwritten**
59:18 60:22,23

**update** 21:12,
15,23 40:3
51:19

**updated** 21:22
22:17 29:15
63:16 64:13,14

**updates** 51:17,
18

**user** 34:2 35:18
36:2

**users** 34:20

**utilize** 16:9
58:3

**utilized** 77:1

___

**V**

**vapor** 55:4,12

**varying** 65:22

**vehicles** 41:11

**verbal** 51:13
66:5,14,20

**verbiage** 26:18
46:4 62:19

**versions** 30:7

**versus** 7:12

**video** 7:4,20
71:3

**videoconferen
ce** 7:10 59:1

**videos** 13:2

**view** 71:17

**violated** 68:17

**violation** 74:21
75:10

**violent** 68:4

**visual** 32:10,
17,18

___

**W**

**walking** 71:16

**Wang** 7:19
8:19 9:4,6
46:24 47:4
58:17 59:12
60:2 61:3 77:7
78:6 79:1

**warning** 66:14,
20

**warnings** 66:6

**water** 56:10
68:5

**ways** 13:20
16:3 21:11

**weapon** 17:8
19:8 26:16 35:4
36:3 39:10
42:11 44:4
45:1,4,20 48:11

**weapons**
10:10 19:19
28:14 36:5,14
37:1,7 38:21
39:5,18 40:13,
16,22 41:15,16,
19,21 42:3,13,
15,17,25 43:6,
9,19 45:18 46:4
47:7 48:5,8,17
53:11 54:23
59:22 61:5 63:5
64:8 75:24 76:1
77:8 78:15

**wearing** 70:12,
20 73:11

**Whacker** 7:7

**withdraw**
39:15

**word** 44:3

**worded** 62:20

**work** 19:9
39:25

**world** 48:21,22

**worn** 69:11
72:1

**writing** 32:11

**written** 51:14
59:18 60:5,10
65:6,16 74:16
78:2

___

**Y**

**year** 12:18
24:17,20 29:1,2

**years** 30:8

**yellow** 70:10



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com