1           IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLORADO
2
Civil Action No. 20-cv-01878-RBJ
3
ELISABETH EPPS,
4  AMANDA BLASINGAME,
   ASHLEE WEDGEWORTH,
5  MAYA ROTHLEIN,
   ZACH PACKARD,
6  HOLLIS LYMAN,
   CIDNEY FISK,
7  STANFORD SMITH,
   SARA FITOURI,
8  JACQUELYN PARKINS,
   KELSEY TAYLOR,
9  JOE DERAS, and
   CLAIRE SANNIER,
10
      Plaintiffs,
11
vs.
12
CITY AND COUNTY OF DENVER, and
13 JONATHAN CHRISTIAN,
14
      Defendants.
15  _____

16                  **REPORTER'S TRANSCRIPT**
                  TRIAL TO JURY - DAY TWO
17
    _____
18

19          Proceedings before the HONORABLE R. BROOKE JACKSON,

20  Senior Judge, United States District Court for the District of

21  Colorado, continuing at 9:00 a.m., on the 8th day of March,

22  2022, in Courtroom A902, United States Courthouse, Denver,

23  Colorado.

24          THERESE LINDBLOM, Official Reporter
              901 19th Street, Denver, Colorado 80294
25        Proceedings Reported by Mechanical Stenography
                Transcription Produced via Computer

Exhibit 10

Zachary Packard – Direct

1   basic plant care, stuff like that.

2   Q.  You're also a skateboarder, huh?

3   A.  Yes.

4   Q.  Tell me about that some more.

5   A.  Yeah.  I started skateboarding when I was ten years old.  I

6   used to compete when I was in high school.  I've been to

7   Barcelona to go skateboarding.  And, you know, getting into my

8   20s -- I'm 30 now -- but in my 20s, I started doing it more

9   just for fun and less for competition.

10  Q.  Anything else you like to do in your free time?

11  A.  Yes.  I'm an artist.  I do collage, using, like, old

12  magazines from the '50s and '60s.  Found items that I see

13  laying on the ground, stuff like that.

14  Q.  What's your favorite piece?

15  A.  It's my biggest piece, actually.  It's 4 feet by 4 feet,

16  hanging in my kitchen right now, on plywood.

17  Q.  What does it look like?

18  A.  It's pretty dynamic.  There is a lot of, like, really

19  intricate detail.  You could stare at it from this close and

20  see something you wouldn't see from, you know, like, 4 feet

21  away.

22  Q.  Okay.  All right.  Can you tell us why you're here today?

23  A.  Yeah.  I'm here because in 2020, I saw the video of George

24  Floyd's murder, and it deeply upset me.  I heard that there was

25  protests happening in major cities, and I heard that Denver was

Zachary Packard – Direct

1    one of them.  I had never protested before, but I felt like it

2    was my obligation for my generation, my age, to go out and join

3    the protests.

4            MR. REIDY:  Mr. Bupp, could you please present

5    Exhibit 1118.

6    BY MR. REIDY:

7    Q.  Mr. Packard, do you recognize Exhibit 1118?

8    A.  Yes, sir.  That's George Floyd.

9            MR. REIDY:  Your Honor, I'd like to move Exhibit 1118

10   into evidence.

11           MS. BIRKHOLZ:  No objection.

12           THE COURT:  Okay.  It's admitted.

13           (Exhibit 1118 admitted.)

14   BY MR. REIDY:

15   Q.  Do you remember seeing this photo of Mr. Floyd?

16   A.  Yes, sir.

17           MR. REIDY:  Mr. Bupp, could you please present

18   Exhibit 1117.

19   BY MR. REIDY:

20   Q.  Mr. Packard, do you recognize Exhibit 1117?

21   A.  Yes.  That is Derek Chauvin with his knee on George Floyd's

22   neck.

23           MR. REIDY:  Your Honor, I'd like to move Exhibit 1117

24   into evidence.

25           MS. BIRKHOLZ:  No objection, Your Honor.

255

Zachary Packard – Direct

1      *THE COURT:*  All right.  It's admitted.

2          (Exhibit 1117 admitted.)

3  *BY MR. REIDY:*

4  *Q.*  All right.  Mr. Packard, you testified that you saw the

5  video of George Floyd's murder; right?

6  *A.*  Correct.

7  *Q.*  Do you recognize Exhibit 1117 from that video?

8  *A.*  Yes, sir.  I do.

9  *Q.*  And is this the video that motivated you to go out and

10 protest?

11 *A.*  Absolutely.

12 *Q.*  All right.  What days did you protest?

13 *A.*  I -- my first night there was May 30.

14 *Q.*  Okay.  Did you --

15 *A.*  And -- as well as May 31.  Sorry.

16 *Q.*  Okay.  So day three and day four of the protests; right?

17 *A.*  Correct.

18 *Q.*  Okay.  So starting with May 30, can you tell us a little

19 bit about how you got down to the protests?

20 *A.*  Yeah.  I took the light rail downtown.  My friend Nate

21 Perkins texted me, telling me that he was down there with some

22 friends of ours, but that some of them were leaving, so he was

23 just asking if I wanted to go down there and join with him.

24 *Q.*  Who is Nate Perkins?

25 *A.*  Nate Perkins is a family friend of mine.  We grew up

Zachary Packard – Direct

1  together, since a young age.  And for what it's worth, he's

2  Native -- sorry -- not Native American -- he is

3  African-American, so not only does he know how passionate I am

4  about social injustice, but I also know a little of what, like,

5  he's had to go through as a black man growing up in America.

6  Q.  So you said he texted you on May 30?

7  A.  Correct.

8  Q.  About what time was that?

9  A.  It was the afternoon sometime.

10  Q.  Okay.  And then did you meet up with him downtown or before

11  you got on the light rail?

12  A.  Once I was downtown, we met up.

13  Q.  Where did you get on the light rail?

14  A.  I got on the light rail at the courthouse in Golden, the

15  last stop on the W line, which is very close to where I live.

16  Q.  Okay.  Where did you get off?

17  A.  Not exactly sure where I got off.  The whole thing is

18  pretty blurry, and I wasn't paying attention.  I just knew like

19  where they were to go meet them.

20       MR. REIDY:  Okay.  Mr. Bupp, would you present

21  admitted Exhibit 1241.

22  BY MR. REIDY:

23  Q.  Mr. Packard, could you please mark on the map, you know,

24  approximately where you met up with Nate?

25  A.  Yeah.  I know for sure it was the Capitol Hill area.  I

Zachary Packard - Direct

1    know it was near Colfax.  So this is kind of a big guesstimate,

2    but I'm going to draw -- sorry -- I was not -- I was not

3    anywhere on capitol grounds.  It was like here.

4    Q.  Okay.  So you were a little east of the capitol?

5    A.  Correct.

6    Q.  On those streets just east of the capitol?

7    A.  Yes, sir.

8    Q.  And what time did you get there?

9    A.  I believe it was right around 7 o'clock.

10   Q.  And other than Nate, did you meet with anybody else?

11   A.  Yeah.  My friend Carl was down there.  He was in a

12   wheelchair.  He had just gotten ACL surgery, but he had also

13   seen the video and felt like he wanted to go, so I told him I

14   would push him around.

15   Q.  Okay.  So you got down there around 7 o'clock.  Was that

16   around sunset?

17   A.  Yeah -- like, just before, maybe.

18   Q.  Okay.  Other than you and Carl, anybody else you were with?

19   A.  Well, yeah.  It was, me, Carl, Nate, and a lady named Cat

20   Porter (ph), who I had just met, like, getting down there.  And

21   there was some other friends of ours, but they were deciding to

22   leave at that point.

23   Q.  Okay.  All right.  So tell us what -- tell us what happened

24   next after you got downtown.  You met up with Nate, Carl, and

25   Cat?

Zachary Packard – Direct

1   A.   Yeah.   We went to join one of the marches, which we did;

2   and it was beautiful.   It was a nice summery night.   I saw

3   people from, like, all backgrounds, all ages, singing,

4   chanting, some dancing, even.   It was very beautiful.   Very

5   unified.

6   Q.   How big was the crowd, do you think?

7   A.   A couple hundred, maybe close to a thousand.   I'm not

8   exactly sure.

9   Q.   How long did you march?

10  A.   We marched for around an hour, maybe a little more than an

11  hour.

12  Q.   Do you remember what you wore that night?

13  A.   No, I do not remember.

14  Q.   Did you wear a gas mask that night?

15  A.   No, sir.

16  Q.   Did you wear goggles that night?

17  A.   No, sir.

18  Q.   All right.   So you marched around for about an hour?

19  A.   Correct.

20  Q.   Okay.   What happened next?

21  A.   The sun was, like, fully set at that point.   It was dark

22  out.   And, like, pretty much out of nowhere, the march got

23  broken up by riot police and tear gas.

24  Q.   You said out of nowhere the police broke up the protests?

25  A.   Correct.

Zachary Packard - Direct

1    Q.  What do you mean by that?

2    A.  I -- I mean, I didn't hear a warning.  I didn't -- I didn't

3    see any, like, crazy behavior.  And then all of a sudden, we

4    just saw tear gas, and we were being rushed by the police

5    officers.

6    Q.  You said you didn't hear any warnings?

7    A.  No, sir.

8    Q.  Did you throw anything?

9    A.  No, sir.

10   Q.  Did any of your friends throw anything?

11   A.  No.

12   Q.  Did you engage in any violence?

13   A.  No.

14   Q.  Did you see anybody else engaging in violence?

15   A.  No, sir.

16   Q.  Did you engage in any property destruction?

17   A.  Absolutely not.

18   Q.  What about your friends?

19   A.  No.

20   Q.  Did you see anybody else engage in any property

21   destruction?

22   A.  No, sir.

23   Q.  All right.  So the police deployed -- what did you say they

24   deployed?

25   A.  There is clouds of tear gas coming down the street; and

Zachary Packard – Direct

1   there was two officers moving forward ahead of other officers,

2   using the pepper ball guns.

3   Q.  Okay.  And what did you see those officers do?

4   A.  They were just firing indiscriminately at people.  There

5   was a woman running opposite their direction, and they were

6   just shooting at her.  At one point she tripped and fell, and

7   the two officers continued to shoot her with pepper balls.  At

8   that point I started screaming at them to stop.  And at that

9   point, one of the officers closest to me turned to me and shot

10   a pepper ball at me.

11   Q.  Did you get hit?

12   A.  No.  I was shielding my face with my skateboard at that

13   time.

14   Q.  If not for your skateboard, would you have been hit?

15   A.  Yes.  In the face.

16   Q.  How did that feel?

17   A.  It was kind of scary, and I didn't feel like it was

18   justified.

19   Q.  Did you experience the effects of the pepper ball or the

20   tear gas?

21   A.  Absolutely.  I could already smell the tear gas in the air;

22   but even just from that one pepper ball hitting my skateboard,

23   even though it was blocked by wood, I could still smell it and

24   feel it on my face.

25   Q.  And what did that feel like?

Zachary Packard – Direct

1    A.  It was burning.  Burning and itchy.

2    Q.  All right.  So what happened -- what happened next?

3    A.  At that point we decided to go back to my friend Cat's

4    house.  She said that she uses it, protest or not, as a place

5    for people to go when they need a safe place.  So we went back

6    to her house and, like, organized a ride home.

7    Q.  That was it for the third night of the protest for you?

8    A.  Yes.

9    Q.  All right.  Then you attended the next day; right?  Day

10   four, May 31?

11   A.  Yes, that's correct.

12   Q.  Okay.  Can you tell us a little bit about how you got

13   downtown and made -- on day four?

14   A.  Yeah.  I took the light rail again.  I called my friend Joe

15   and asked him if he wanted to go down there with me, and he

16   said yes.  I stopped at the King Soopers on my way to the

17   courthouse to take the light rail.  I picked up some swim

18   goggles to try to avoid having tear gas in my eyes again.  Joe

19   met me at the light rail station, and we took the light rail

20   downtown.  We took it to the Auraria station, at which point we

21   found out that the protest was, like, pretty far away from

22   there.  So I called my friend Carl from the night before, he

23   drove down to pick me up -- to pick me and Joe up and just

24   drive us closer to where it was.

25   Q.  Okay.  So, again, using the telestrator, Exhibit 1241, can

Zachary Packard - Direct

1  you help orient us about where you think the -- your friend

2  Carl dropped you off?

3  *A.*  Yeah.  I know it was, like, a few blocks from Washington

4  and Colfax, because we ended up walking, like, a little ways.

5  So I want to say it was somewhere around here.

6  *Q.*  Okay.  And about what time of day was that?

7  *A.*  It was nighttime.  It was after dark, maybe like -- and the

8  sun had just gone down, so I want to say it was around 9:00.

9  *Q.*  Okay.  And so Carl had given you and Joe a lift over there?

10  *A.*  Correct.

11  *Q.*  Okay.  Were you with anybody else?

12  *A.*  No, sir.

13  *Q.*  Okay.  So once you got out of the car, can you tell us what

14  happened next?

15  *A.*  Yeah.  We got out, and we started walking down Colfax.

16  *Q.*  Did you see anything along the way?

17  *A.*  I mean, I saw, like, graffiti here and there; but there

18  wasn't a lot of people on the streets.  At some point we met up

19  with the protests -- what was left of the protest at Washington

20  and Colfax.

21        MR. REIDY:  Okay.  Mr. Bupp, could you please present

22  Exhibit 544A.

23  *BY MR. REIDY:*

24  *Q.*  Mr. Packard, do you recognize Exhibit 544A?

25  *A.*  Yes, sir.

Zachary Packard – Direct

1    Q.  What do you see depicted in Exhibit 544A?

2    A.  So as we walked up, one --

3    Q.  Sorry, I don't mean to interrupt.  For purposes of getting

4    this into evidence, just -- is this --

5             THE COURT:  Is there an objection to it?

6             MS. BIRKHOLZ:  No objection, Your Honor.

7             THE COURT:  544 what?

8             MR. REIDY:  A.

9             THE COURT:  544A is admitted.

10            (Exhibit 544A admitted.)

11   BY MR. REIDY:

12   Q.  Sorry about that.  Okay.  So Mr. Packard, go ahead, tell us

13   what you see in Exhibit 544A.

14   A.  Right when we walked up, the first thing I noticed is that

15   there was this group of people sitting on the ground right in

16   front of the officers.  And the other thing that sticks out the

17   most was this -- sorry -- this man holding the sign.

18   Q.  Okay.  And so this is a HALO camera -- Denver HALO camera

19   at the intersection of Colfax and Washington.  Do you see the

20   time at the top left corner?

21   A.  Yes, sir.

22   Q.  What does that say?

23   A.  22:11:10.

24   Q.  Okay.  So I believe there is -- I think there is -- the

25   time is probably in Central Time here.  You arrived at the

Zachary Packard – Direct

1   intersection at about 9:00 p.m.; right?

2   A.  Correct.

3   Q.  Okay.  Okay.  Do you remember seeing the red umbrella

4   turned up in the intersection?

5   A.  No.  Actually, I -- I do not have a memory of that.

6   Q.  Okay.  How many people -- protesters would you say were in

7   the intersection at this time?

8   A.  Outside of the ones that you can see in the picture, there

9   was not that many.  It was pretty scattered.  I want to say

10  less than 100.

11  Q.  Okay.  And did you see police officers at the intersection?

12  A.  Yes, sir.  I immediately noticed the line of officers here,

13  and there is also a line of officers further down Colfax on the

14  right.

15  Q.  Okay.  Off camera a little bit?

16  A.  Yes.

17  Q.  Okay.  Do you remember what the officers were wearing?

18  A.  They were all wearing riot gear.  Some were wearing, like,

19  green fatigue colored, some were just in all black.

20  Q.  Were they wearing gas masks?

21  A.  Yes, sir.

22  Q.  Okay.  And at this point at about 9:00 p.m., you arrived at

23  the intersection, it was just you and Joe; right?

24  A.  Correct.

25  Q.  But there was some scattered protesters in the

Zachary Packard – Direct

1    intersection, as well?

2    *A.*  Yes, sir.

3    *Q.*  Okay.  Can you tell us what happened next.

4    *A.*  Yeah.  Almost immediately after we arrived, the police

5    started deploying tear gas, at which point one of them got

6    lobbed across the street and right up to, like, where I was

7    standing.  Just almost out of instinct, I jumped into action to

8    kick the can, like, out of harm's way.

9    *Q.*  Okay.  Then what happened after that?

10   *A.*  I was almost immediately struck in the head by something

11   and knocked unconscious.

12        *MR. REIDY:*  Okay.  And I know this is a little bit

13   difficult to look at; but, Your Honor, I'd like to admit into

14   evidence exhibits -- which I believe are stipulated -- 243,

15   246, 247, 248, 249, and 251.

16        *THE COURT:*  All right.  Say it again.  243 --

17        *MR. REIDY:*  243, 246, 247, 248, 249, and 251.

18        *THE COURT:*  No objection?

19        *MS. BIRKHOLZ:*  No objection, Your Honor.

20        *THE COURT:*  All right.

21        (Exhibits 243, 246-249, and 251 admitted.)

22        *MR. REIDY:*  All right.  Mr. Bupp, could you please put

23   up Exhibit 243, please.

24   *BY MR. REIDY:*

25   *Q.*  Mr. Packard, what do you see in Exhibit 243?

Zachary Packard – Direct

1    *Q.*  -- approximately?

2    *A.*  So you see the intersection is here, this Office Depot sign

3    is here, and I would have been right about there.

4    *Q.*  Okay.  So in the intersection underneath the southeast --

5    sorry -- southwest light pole --

6    *A.*  Yes.

7    *Q.*  -- stoplight?

8    *A.*  Yes, sir.

9              MR. REIDY:  Okay.  Mr. Bupp, could you please play the

10   video.

11             (Video played.)

12   *BY MR. REIDY:*

13   *Q.*  Mr. Packard, what did you see in that video?

14   *A.*  I saw me kick the can, then I was immediately knocked

15   unconscious.  Then you can see another protester coming to try

16   to drag me to safety.

17   *Q.*  How far did the can go that you kicked?

18   *A.*  Five or ten feet.  It wasn't a very good kick.

19             MR. REIDY:  Mr. Bupp, can you please play that video

20   one more time.

21   *BY MR. REIDY:*

22   *Q.*  Mr. Packard, this time I want you to pay attention to the

23   alarm that you hear, the time between the alarm stops and when

24   you see yourself kick the can and get knocked out.  Okay?

25   *A.*  Okay.

Zachary Packard – Direct

1          (Video played.)

2          Now, just a moment, just for the record, we can see up

3    in the upper left-hand corner the time stamp here is 21:11:29;

4    correct?

5    A.   Correct.

6    Q.   9:11 and 30 seconds p.m.

7    A.   Yeah.

8    Q.   Okay.  Now this time, I want you to listen for what we

9    heard in the prior video about -- from the officers who said,

10   you know, If they start kicking this, go ahead and see if you

11   can hit them.  Listen for that, listen for the siren, when the

12   siren stops, and when you hear the officer in this camera fire

13   a shot.  Okay?

14   A.   Okay.

15          MR. REIDY:  All right, Mr. Bupp.  Go ahead.

16          (Video played.)

17          Sorry, go ahead.

18   BY MR. REIDY:

19   Q.   If you -- do you recognize the weapon that that officer was

20   firing?

21   A.   Yes, sir.  That was a 12-gauge shotgun.

22   Q.   Okay.  What do you understand by the combination of the

23   video we watched at Exhibit 356 with the officer who said, Go

24   ahead and see if you can hit them, and Exhibit 379, that we

25   just watched?

276

Zachary Packard – Direct

 1  *A.*  That he did, indeed, go ahead and hit me.

 2  *Q.*  All right.  Mr. Packard, did -- after you were knocked out,

 3  did the police come to your aid?

 4  *A.*  No, sir.

 5  *Q.*  What do you remember next?

 6  *A.*  I woke up down the block some ways.  I was in someone's

 7  arms, and there was another person pouring saline solution in

 8  my eyes.  And they laid me down and continued to give me

 9  medical aid.

10  *Q.*  How much pain were you in at this point?

11  *A.*  A lot.  It was like a nine or a ten.

12  *Q.*  Can you describe some of the things you felt?

13  *A.*  Yeah.  I was -- felt like I was on fire.  I was burning

14  everywhere.  I was -- I was very -- I was very loopy.  I was

15  having a hard time like thinking straight.  I was not talking

16  well.  Yeah, very disoriented, is the word I was looking for.

17  *Q.*  All right.  So after you came to, what do you remember

18  next?

19  *A.*  I asked them to get my phone out of my bag and call my

20  friend Christian.  Christian McDonald.

21  *Q.*  Why did you ask them to call Christian?

22  *A.*  At the time he was living up on Grant Street, and I knew he

23  was getting off of work around that time and would be in the

24  area on his way home.

25  *Q.*  Okay.  So where -- did Christian come to pick you up?

Zachary Packard – Direct

1   A.   Yes.  He came to pick me up and took me to the hospital.

2   Q.   Which hospital did he take you to?

3   A.   He took me to Rose Medical Center.

4   Q.   Okay.  What did they do at Rose?

5   A.   While I was still in the ER waiting room, they pulled a

6   bunch of machines up and scanned my brain and determined that I

7   had a hemorrhage, a fractured skull, a fractured jawbone, and

8   two broken disks in my neck.

9   Q.   That sounds pretty serious.  What did -- what did Rose

10  Medical do next?

11  A.   They decided that because of the severity of my injury was

12  too great and that Swedish Medical Center had a better

13  neurological program; so they called an ambulance and had me

14  taken to Swedish Medical Center.

15  Q.   And what happened once you were at Swedish?

16  A.   They got me a room in the ER.  They plugged me into all of

17  the machines and, like, continually gave me brain scans all

18  night to make sure the bleeding wasn't getting worse.

19       MR. REIDY:  Okay.  Mr. Bupp, could you please put up

20  Exhibit 76.

21       Your Honor, I would like to move Exhibit 76 into

22  evidence.

23       MS. BIRKHOLZ:  No objection.

24       THE COURT:  All right.  It's admitted.

25       (Exhibit 76 admitted.)

Zachary Packard – Direct

1   skateboarding, if you take care of your body and you're

2   healthy, you live a healthy lifestyle, you can skate at a

3   technical level into your 40s and 50s.  So I still had some

4   glory years left.  But at this point, it's more of a risk than

5   there is a reward.  I don't have the confidence that I used to

6   have to, like, push myself and challenge myself.  So my

7   relationship with skateboarding is not what it used to be.

8   Q.  Okay.  So before -- before we close, just a couple more

9   questions.

10          Did any police officers at any time provide you any

11   aid after you were knocked out?

12   A.  No, sir.

13   Q.  How did you learn that you were shot in the shoulder after

14   you were shot in the head?

15          MS. BIRKHOLZ:  Objection.  Speculation.

16          THE COURT:  Overruled.

17          THE WITNESS:  Two people that rescued me told me that

18   they were taking fire while they were trying to get me to

19   safety.

20   BY MR. REIDY:

21   Q.  So you were shot again while you were lying on the ground?

22   A.  Yes, sir.

23   Q.  What do you hope to accomplish with this lawsuit?

24   A.  I would like measures to be put in place that will ensure

25   that police are held accountable for the way they act, I would

Zachary Packard – Cross

1   like to feel safe around police officers again, and I want to

2   see change.  I want to know that all of this work is actually

3   going to go somewhere positive and do something good.

4           MR. REIDY:  All right.  No further questions.

5           THE COURT:  Cross-examination.

6           Do you expect it to be long?

7           MS. BIRKHOLZ:  I sure hope not, Your Honor.  Hollie

8   Birkholz for the defendants.

9           THE COURT:  Thank you.

10          MS. BIRKHOLZ:  May I proceed?

11          THE COURT:  Yes.

12          MS. BIRKHOLZ:  Thank you.

13                        **CROSS-EXAMINATION**

14  BY MS. BIRKHOLZ:

15  Q.  Good afternoon, Mr. Packard.  As I said, my name is Hollie

16  Birkholz; and I represent the defendants in this action.

17          Mr. Reidy showed you a bunch of body-worn camera from

18  the Aurora officers.  And you know from that that it was the

19  Aurora officers that were on the north side of Colfax at the

20  time you were shot; correct?

21  A.  That's correct.

22  Q.  I'm sorry.  Did you say correct?

23  A.  That's correct.

24  Q.  Okay.  And so you believe it was an Aurora officer, Officer

25  McNamee, that shot you; is that correct?

1    A.   That's correct.

2    Q.   And, in fact, you've sued Officer McNamee with the Aurora

3    Police Department; is that correct?

4    A.   Yes.

5    Q.   You've also sued the Aurora Police Department for the same

6    types of claims you're suing Denver; correct?

7    A.   That's correct.

8    Q.   Now, you mentioned that you have a passion for social

9    injustice; but you had never protested before these protests.

10   How did you express that passion prior to your attendance at

11   these protests?

12   A.   By being a good person, just helping my friends and family

13   wherever I can.

14   Q.   And how does that address social injustice?

15   A.   I mean, yes, I am very passionate about social justice.

16   This is something that I was starting to grow into more in my

17   20s.  And I don't really know the avenues in which I could do

18   anything about social injustice other than to protest.

19   Q.   But you had never protested before these protests; correct?

20   A.   That's correct.

21   Q.   Okay.  Let's go to the May 30 date, when you went to the

22   George Floyd protest for the first time.

23          You indicated that you did observe graffiti everywhere

24   downtown when you arrived; correct?

25   A.   I didn't say everywhere; but, yes, I observed it.