*AB Litigation Services*

CONFIDENTIAL TRANSCRIPT

```
IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Case No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)
_____

REMOTE DEPOSITION OF ZACHARY DANIEL PACKARD
July 16, 2021
_____

PLAINTIFFS:

ELISABETH EPPS, et al.

vs.

DEFENDANTS:

CITY AND COUNTY OF DENVER, et al.
_____
```

```
 1      Q    And what did you observe when you arrived?
 2      A    It was kind of scattered.  There was a
 3 line of officers across Colfax Avenue and across
 4 Washington making, like, an L formation.  There was
 5 peaceful protesters kneeling on the ground in front
 6 of some of the officers.  Other protestors were
 7 chanting.  That's about it.
 8      Q    And about how long were you there before
 9 your injury occurred?
10      A    Not even 10 minutes.
11      Q    And while you were there, did you hear any
12 more of those curfew announcements or did you just
13 hear it once?
14      A    Just once.
15      Q    Do you know if more than one curfew
16 announcement was given?
17      A    I do not know.
18      Q    And -- and I know your injury was
19 difficult but, you know, I want to get into what you
20 remember of that.
21           So tell me -- tell me what happened.  Like
22 how -- how did you -- how did you get injured?
23      A    I was, like, in the very front of the
24 protest.  And police started firing less lethals.
25 And a canister came across the street, like
```

*AB Litigation Services*

1   basically right up to my feet.  And so I kicked it
2   out into the street, like out away from the
3   protestors.  And that was when I got hit in the
4   head.  I lost vision.  I heard ringing in my ears.
5   And I could feel that I was falling to the ground.
6   And then the next thing I know I was waking up in,
7   like, someone's arms, like a block away.
8         Q    Did you see the officer that had deployed
9   the canister that landed at your feet?
10        A    I did not.
11        Q    And when you kicked the canister, did you
12  intend to just kick it away from you or kick it at
13  the police officer?
14        A    I intended to kick it away.
15        Q    How long after you -- or strike that.
16             Did you actually kick it -- did your foot
17  make contact with the canister?
18        A    Yes.
19        Q    And then how long after your kicking the
20  canister did you get hit with the less lethal?
21        A    Almost immediately.
22        Q    And do you recall where on your body you
23  were hit?
24        A    Right here in my temple, like right by my
25  ear.

*AB Litigation Services*

```
 1   you?
 2        A    I was on IVs and pain medication.  I don't
 3   really recall the first night. and I know I slept
 4   for, like, 16 hours straight after that.  And then
 5   they -- they got me up and walking and did some
 6   brain -- brain exercises to see how my cognitive
 7   abilities are.  And that's about it.  They tried to
 8   get me to eat, but I didn't really have an appetite.
 9        Q    And you were admitted, correct?  Do you
10   know what that means?  Like, you stayed at the
11   hospital?
12        A    Yes.
13        Q    How many days did you stay at the
14   hospital?
15        A    A total of four days.
16        Q    And I'm not looking for any medical
17   opinions because I know you're not a doctor, and I'm
18   not a doctor, but what is your general understanding
19   of the injuries that you received from that incident
20   on May 31st?
21        A    My skull was broken, I was bleeding in my
22   brain, and I had two broken discs in my neck.
23        Q    After your four-day stay at Swedish
24   Medical Center, did you receive any further medical
25   treatment for the injuries you received on May 31st?
```

*Zachary Daniel Packard  - 07/16/2021*                             35

```
 1        Q    How long did you have to wear that neck
 2   brace?
 3        A    They told me to wear it for three months,
 4   so I did.
 5        Q    And currently, like in present time, not
 6   at this exact moment, but how does your neck feel
 7   now?
 8        A    It feels good.  There's some minor
 9   annoyances but, like, nothing serious.
10        Q    You also had your skull and I think you
11   said facial fractures.  How have they healed?
12        A    They healed fine.  This was numb for,
13   like, four months, but it's -- it's back to -- back
14   to normal.
15        Q    Good.  And, again, for the record, when
16   you say, This was numb, you were pointing to your
17   right temple again, correct?
18        A    Correct.
19        Q    And for about four months after your
20   injury, you had some numbness in your right temple?
21        A    Correct.
22        Q    Okay.  But that has since gone away?
23        A    Yes.
24        Q    Are you able to continue to skateboard?
25        A    A little.  It's not worth the risk if I
```

```
 1        Q    And were you able -- probably not.  Were
 2   you able to still work for the restaurant in April,
 3   May of 2020?
 4        A    Yes.  So it was -- actually, it was like
 5   two weeks before my injury, I was temporarily laid
 6   off because of Covid.  And then after my injury I
 7   couldn't go back to work when they -- when they were
 8   ready to have me back.
 9        Q    How were you paid at the restaurant -- if
10   you just answered, I do apologize -- hourly or
11   salary?
12        A    Hourly.
13        Q    And how much did you make at the
14   restaurant?
15        A    15.50.
16        Q    And how many hours did you work for the
17   restaurant?
18        A    I was part-time.
19        Q    And so just so I'm clear, had you worked
20   those two weeks prior -- at the restaurant prior to
21   your injury?
22        A    Not for Abejas.
23        Q    Okay.  Because you were laid off for
24   Covid?
25        A    Correct.
```

```
 1       A    I was making, like, 800 to a thousand a
 2   week, so I guess, yeah, like about 4 grand.
 3       Q    And what were you -- before Covid
 4   happened, what were you bringing home, like, monthly
 5   from the restaurant?
 6       A    I'm not sure.  Maybe, like, 600 -- or
 7   maybe like 1,200 a month.
 8       Q    And the -- the job that you currently
 9   have, how much money do you make a month?
10       A    About 1,200.
11       Q    Now, part of the claim is a lost wage
12   claim.  And I don't want to know anything that you
13   and your attorneys have ever discussed.  But in your
14   opinion, are you seeking lost wages from the date of
15   your accident until you were reemployed in June?  So
16   that would have been June through the end of the
17   year to the beginning of this year.
18       A    Yes.
19       Q    And based on what you just told me, you
20   make less money now than you did when you worked for
21   Black Diamond Contracting.  Are you also seeking the
22   difference between what you previously made and what
23   you make now?
24       A    We didn't really discuss that.
25       Q    Now, when you say "we," if it's something
```

```
 1        Q    Okay.  And then starting at 31:02.
 2             (Video clip played.)
 3        Q    (By Ms. Jordan) Did you hear that curfew
 4   order as well on the video?
 5        A    Yes.
 6             (Interruption by the court reporter.)
 7             MS. JORDAN:  Yes, Exhibit 8.
 8             (Exhibit 8 marked.)
 9             MS. JORDAN:  I was going to tell you what
10   the document number was.  It is saved as COA BLM
11   416, underscore, Garcia Richard, underscore, 2020,
12   5-31.
13             And, Matt, I apologize, I think it's too
14   large to put into the chat for you.
15             MR. REIDY:  That's fine.  Just with that
16   identification, we can -- we can find it.
17        Q    (By Ms. Jordan) And in your own personal
18   opinion, after watching that incident, whether it
19   was you or not, what do you think the police did
20   wrong in that video clip?
21             MR. REIDY:  Objection to form.  You can go
22   ahead and answer to the best of your ability.
23        A    Well, it -- they were just playing a
24   prerecorded message.  They never said, If you don't
25   leave, we're going to start opening fire.
```

```
 1       A    Yes.
 2       Q    And how do you personally think, nothing
 3   your attorneys have told you, that your First
 4   Amendment right was violated?
 5       A    By violently disallowing me to protest.
 6       Q    And is that based on being hit with the
 7   less lethal munition?
 8       A    Yes.  And viewing other people being
 9   injured as well.
10       Q    And how did you and other people being
11   injured affect your First Amendment rights?
12       A    It makes me afraid to express and use
13   my -- my amendment rights.
14       Q    Now, I know you're not a lawyer, and I
15   don't want to know what you talked about with your
16   lawyer, but part of a lawsuit is damages.  And in
17   your own opinion, have you thought about what sort
18   of value moneywise you would put on constitutional
19   violations?
20       A    No.
21       Q    And that's fair.  I just was wondering if
22   you had ever thought of that yourself.
23            Do you -- strike that.
24            You -- you've stated earlier that you
25   still have a little bit of some neck annoyances.
```

*AB Litigation Services*

```
 1   Describe that for me.
 2        A    There's numbness, some slight discomfort.
 3   And when I rub the back of my neck, it doesn't feel
 4   the way it used to.
 5        Q    Have you experienced any inability to move
 6   your head from side to side because of your injury?
 7        A    Minorly, yes.
 8        Q    How about up and down?
 9        A    It's more right or left.
10        Q    Right or left.  And is it that your --
11   your motion is restricted or does it cause pain?
12        A    Restricted motion.  Not really any pain.
13        Q    Do you have any medical appointments set
14   up to see anybody about your neck?
15        A    No.
16        Q    And I'm pretty sure I know the answer to
17   this, and you may have answered it, so I apologize,
18   you never had to undergo any sort of surgery as a
19   result of your injuries; is that correct?
20        A    Correct.
21        Q    Did you have any sort of out-of-pocket
22   expenses?  And I'll explain that to you.  When you
23   got out of the hospital, I had noticed in your
24   medical records they recommended you to get, like, a
25   shower chair.  Did you ever have to buy a shower
```

1   chair when you got discharged home?

2       A   No, I never bought a shower chair.  I

3   picked up prescriptions.  That would be, like, the

4   only thing I could think of.

5       Q   And how -- what prescriptions did you have

6   to take?

7       A   Antiseizure medication.  And they

8   prescribed me pain medication.  I think it was

9   oxy -- oxycodone.  I think there was another one,

10  but I can't remember what it was right now.

11      Q   How long did you have to take the

12  antiseizure medication?

13      A   For about a month.  I think the

14  prescription lasted me about a month.

15      Q   And you didn't have to refill it?

16      A   It said if I wasn't experiencing symptoms,

17  that I wouldn't need to, and so I -- I never did.

18      Q   Did you have any seizures following your

19  injury?

20      A   No, thankfully.

21      Q   And how long did you take the oxycodone?

22      A   A little longer than a month.  I got it

23  refilled once because the pain in my skull was

24  excruciating.  So I took the pain medication for

25  closer to two months.

```
 1         Q     Who refilled that prescription for you?
 2         A     There's an urgent care by my house that I
 3   went to.
 4         Q     And what is the name of that urgent care?
 5         A     Accentra (sic), I think.  Something like
 6   that.
 7         Q     Do you know where it's located?
 8         A     Yes.  It's Heritage and 6th Avenue in
 9   Golden.
10         Q     I think that's a Concentra.
11         A     Concentra, yes.
12         Q     Sorry, I actually know of the urgent care
13   you're talking about.
14               And did they give you an examination or
15   did they just refill your prescription?
16         A     They looked at my records and examined my
17   neck, and then -- and then they gave me a
18   prescription.
19         Q     And then the other prescription that you
20   don't remember what it was, do you know how long you
21   took it?
22         A     Until the bottle ran out, so probably
23   closer to a month.
24         Q     And you personally paid for these
25   prescriptions?
```

```
 1        A     Yes.
 2        Q     How much did you pay for them?
 3        A     I don't remember.  It wasn't very
 4   expensive.
 5        Q     Do you have receipts for that?
 6        A     Yes.
 7        Q     If you can locate them, will you give them
 8   to your counsel?
 9        A     Yes.
10        Q     Thank you.  And you said that your -- the
11   pain in your skull was excruciating.  How long did
12   you experience that excruciating pain?
13        A     For about two months.  Maybe 2-1/2 months.
14        Q     And then when it stopped being
15   excruciating, was it just less amount of pain or did
16   it completely go away?
17        A     It was less pain and, like, phasing into
18   the numbness that I was experiencing.
19        Q     So when you had the skull pain, was it --
20   like excruciating skull pain, was it your entire
21   skull?
22        A     Just the right side of my face.
23        Q     And then it went from excruciating pain,
24   then kind of turned it into that numbness you were
25   talking about?
```

```
 1        A    Correct.
 2        Q    And that numbness is now gone, correct?
 3        A    Correct.
 4        Q    And you don't have skull pain anymore?
 5        A    No.
 6        Q    Your -- your current employment, I'm
 7   sorry, I have it written down somewhere, but what is
 8   it again?
 9        A    Bob's Atomic Burgers.
10        Q    Correct.  What do you do there?
11        A    I'm a line cook.
12        Q    Do you have any aspirations to become a
13   chef or a cook or a professional cook?
14        A    No.  Maybe this is where we can segue.  I
15   was going to start my own business, actually, before
16   I was injured, and was -- I had to put that on the
17   back burner.
18        Q    Okay.  What sort of business were you
19   going to start?
20        A    Landscaping.
21        Q    Do you still have plans to start your
22   landscaping business?
23        A    Yes.
24        Q    And what sort of landscaping business --
25   and you don't have to pitch me your business
```

*AB Litigation Services*

```
 1   proposal, but more of is it just mow lawns or, like,
 2   the landscape design?  What kind of landscaping
 3   business do you want to start?
 4        A    Design and garden maintenance.
 5        Q    What sort of background do you have with
 6   landscaping?
 7        A    About five years of landscaping and
 8   gardening experience.  I used to work for a man
 9   named Tom Peace.
10        Q    And did Tom Peace own a landscaping
11   company?
12        A    Yes.
13        Q    So what sort of work did you do for him?
14        A    Garden installations, scaping, and, like,
15   watering and care.
16        Q    When you say "watering," do you mean, like
17   installing irrigation systems?
18        A    Yes.
19        Q    And you worked for him for about five
20   years; is that correct?  Is that what you said?
21        A    Yes.  So four years -- four summers for
22   four years.
23        Q    And when were those summers, like the
24   years?
25        A    Like 2014-'15 to 2017-'18.
```

*AB Litigation Services*

```
 1                      EXAMINATION
 2   BY MR. DOUGLAS:
 3        Q    So good afternoon, Doctor -- Doctor.  Good
 4   afternoon, Mr. Packard.  I'm Matt Douglas, and I'm
 5   your attorney.  I'm going to ask you one series of
 6   questions to clarify the timing of something that
 7   you talked about earlier.
 8             So do you recall being asked by
 9   Miss Jordan about the -- starting your own
10   landscaping business?
11        A    Yes.
12        Q    Okay.  When did you start taking steps to
13   start your own landscaping business?
14        A    It was the fall of 2019.
15        Q    Okay.  And the specific steps that you
16   testified about, creating the logo, having someone
17   make the fliers, purchasing tools, during what time
18   period did you take those steps?
19        A    Between fall and spring '19 into '20.
20        Q    Okay.  And did the injury you suffered on
21   May 31st from being shot by the police affect your
22   ability to continue your work in starting a
23   landscaping business?
24        A    Yes.
25        Q    Okay.  How did it affect that?
```

AB Litigation Services

```
 1       A    I couldn't lift things.  I couldn't drive
 2   yet.  And so, I mean, I could have filed with the
 3   State, but that would -- I still couldn't do the
 4   work.
 5       Q    And when did you restart your efforts to
 6   start your own landscaping business?
 7       A    This spring.
 8       Q    Okay.
 9            MR. REIDY:  That -- that's all I had.  I
10   thought that was a little unclear as to the timing
11   on the record, and I wanted to make sure.
12            MS. JORDAN:  No, I appreciate that.
13                       EXAMINATION
14   BY MS. JORDAN:
15       Q    I just have a couple quick follow-ups from
16   that.  You had just mentioned that you couldn't
17   drive following your injury.  How long after you got
18   injured were you not able to drive?
19       A    Around three months.
20       Q    And you also said that you couldn't
21   continue with the business at that time because you
22   couldn't lift things.  So since you're starting the
23   business now, does that mean that you can physically
24   do that job?
25       A    Most of it, yeah.  If there's something
```

Zachary Daniel Packard - 07/16/2021                      79

*AB Litigation Services*

```
 1   that's too heavy, I can get another, like, helper to
 2   help me.  I think --
 3        Q    And what would you -- oh, I'm so sorry.
 4   What was that?
 5        A    I think I'm good to go.  I think I can --
 6   I can do all the work.
 7        Q    And just -- if it was too heavy, what do
 8   you consider the weight that would be too heavy?
 9        A    A couple hundred pounds.
10        Q    Those are all the questions that I have.
11             And thank you, Matt, for the
12   clarification.
13             MR. DOUGLAS:  Sure.  And I don't have
14   anything further.  Thank you, Zach, for -- for being
15   here today.
16        Q    (By Ms. Jordan) Yes.  I appreciate your
17   time very much, Zach.
18        A    Thank you.  Is there one thing I can clear
19   up --
20        Q    Sure.
21        A    -- or is it too late?
22        Q    No, we're still on the record, but you
23   might get more questions.
24        A    Joe Schwonke, he was supposed to protest
25   with me.  And he did go down there with me, but as
```