

Exhibit 14



















