**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO**

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

Civ. No. 1:20-cv-01878-RBJ (consol.)

---

**EXHIBIT 15, CONVENTIONALLY FILED, TO
PLAINTIFFS' OPPOSITION TO AURORA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

---

Exhibit 15 is Serrant BWC, 5/31/2020 (Trial Ex. 386, COABLM508).