**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO**

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF DENVER, *et al.*,<br><br>    Defendants. | Civ. No. 1:20-cv-01878-RBJ (consol.) |

**EXHIBIT 17, CONVENTIONALLY FILED, TO
PLAINTIFFS' OPPOSITION TO AURORA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 17 is McNamee BWC, 5/31/2020 (Trial Ex. 379, COABLM450).