# Munition Types used in Denver Deployment

## 40mm Kinetic Energy Impact Projectile Rounds

- CTS Model 4557 Foam Baton Round (Black)
- Defense Tech Exact Impact LE (Extended Range)
- Defense Tech Exact Impact Foam Baton Round (Blue)
- CTS Frangible OC Powder Round (Orange)

## 12 GA Kinetic Energy Impact Projectile Rounds

- West Coast Sock Round
- CTS Super Sock
- Defense Tech Drag Stabilized Bean Bag

## Gas Munitions

- CTS CS Triple-Phaser
- Defense Tech CS Triple Chaser
- CTS CS Jet Lite
- CTS CS Riot Smoke
- CTS White Smoke (no irritant)
- CTS OC-Vapor
- CTS 40mm Launchable CS/CN Gas (Only deployed by Brukbacher)

## Aerosol OC

- Defense Tech MK-9 Stream/Fog
- Galls MK-9 Stream/Fog
- CTS MK-9 Stream/Fog

## Noise Flash Distraction Devices (NFDD/Flash Bang/Sting Ball)

- CTS 7290 Flash Bang
- Defense Tech Tactical Diversionary Device
- CTS Sting Ball (CS and Inert)

Exhibit 18

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

General Offense Information

  Operational status : **OUTSIDE ASSIST**
  Reported on : **Jun-03-2020 (Wed.) 1639**
  Occurred between : **May-30-2020 (Sat.) 0900** and **May-30-2020 (Sat.) 0900**
  Approved on : **Jun-03-2020 (Wed.)**  by : **26215 - CARLSON, CASSIDEE**
  Report submitted by : **26215 - CARLSON, CASSIDEE**
  Org unit : **OPERATIONS DIST 2**
  Location : **15001 E ALAMEDA PKY**
  Place name : **MJC**
  Municipality : **AURORA** County : **ARAPAHOE**
  District : **2** Beat : **15** Grid : **8H4**
  Felony/Misdemeanor : **M**
  Special study : **NOT APPLICABLE**
  Family violence : **No**

Offenses (Completed/Attempted)

  Offense : **#1  9022 - 0 OUTSIDE ASSIST - COMPLETED**
  Location : **OTHER/UNKNOWN**
  Offender suspected of using : **NOT APPLICABLE**

**AURORA POLICE DEPARTMENT**
**GENERAL OFFENSE HARDCOPY**
**\*\*PUBLIC\*\***

**GO 2020-18764 (OUTSIDE ASSI)**

Related text page(s)

```
   Document: SUPPLEMENTAL
     Author: 24203 - BRUKBACHER, MATTHEW J.
    Subject: CROWD MANAGEMENT ASSIST
Related date/time: Jun-03-2020
```

On 05-30-20 at about 0900 hrs, I gathered resources from the Aurora Police Department Emergency Response Team. My current assignment is as the coordinator/facilitator for the team. The team deployed at the request of DPD to assist with crowd control for protests/riots that were on-going within their jurisdiction.

Upon arrival and deployment, we were placed on the 16th street mall. Around 1530 hrs, we were re-deployed to support Denver units engaged with the crowd at Civic Center Park and the State Capitol Building. Aurora ERT was placed at Colfax and Lincoln and was in direct contact with the crowd. We were ordered to move the crowd towards Civic Center Park and hold them there, while public works removed rocks in an RTD lot. As we moved the crowd, we began taking rocks, bottles and fireworks directed at officers. These items were a significant life safety threat to officers. Chemical munitions were deployed at that time. Grenadiers were instructed to deploy their direct impact foam baton munitions and/or 12 GA bean bag munitions at persons who posed a direct threat to officers. These include, but are not limited to, protesters throwing rocks, picking up gas munitions and throwing them back to officers, throwing explosive devices and Molotov cocktails.

I personally deployed approximately forty (40mm) foam baton rounds at unknown persons within the crowd. My target area for all of these deployments was the abdomen, consistent with training provided. I estimate that less than 10 rounds failed to contact the target. The parties struck with these munitions secreted back into the crowd and I was unable to make an arrest on these persons. It is important to note that I was struck by at least 3 large rocks causing minor injury to my upper arms and groin.

I also personally deployed roughly 25 cans of gas munitions, specifically CS and OC gas. These munitions were used to disperse the violent crowd and prevent further assaults on officers. I deployed the gas munitions consistent with training with the training I received.

The numbers above are for the entire deployment which lasted until approximately 0100 hrs on 05-31-20. We moved the crowd through several locations and then assisted DPD at numerous other locations. I am not clear on all the locations we were deployed. It is important to note that the numbers above are estimations. The event was highly dangerous and dynamic, so I was unable to count the exact number of rounds or gas canisters deployed.

My body worn camera was on my chest and activated according to department policy. It was recording the events described above to the best of my ability.