# IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

Civ. No. 1:20-cv-01878-RBJ (consol.)

**EXHIBIT 19, CONVENTIONALLY FILED, TO PLAINTIFFS' OPPOSITION TO AURORA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 19 is Brukbacher BWC, 5/31/2020 (COABLM371).