*AB Litigation Services*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with
20-CV-01922-RBJ-MEH)

------------------------------------------------------

VIDEOCONFERENCE DEPOSITION OF JOHNATHEN D. DURAN
August 3, 2021

------------------------------------------------------

ELIZABETH EPPS, et al.,

Plaintiffs,

vs.

CITY AND COUNTY OF DENVER, et al.,

Defendants.

------------------------------------------------------

APPEARANCES:

        LOEVY & LOEVY
            By Elizabeth Wang, Esq.
               2060 Broadway, Suite 460
               Boulder, Colorado 80302
                 and
        LOEVY & LOEVY
            By Makeba Rutahindurwa, Esq.
               311 North Aberdeen Street, Third Floor
               Chicago, Illinois 60607
                 Appearing on behalf of Plaintiffs.

        HALL & EVANS, L.L.C.
            By Katherine Hoffman, Esq.
               1001 17th Street, Suite 300
               Denver, Colorado 80202
                 Appearing on behalf of Defendant.

*AB Litigation Services*

1              Pursuant to Notice and the Federal Rules

2     of Civil Procedure, the deposition of JOHNATHEN D.

3     DURAN, called by Defendants, was taken on Tuesday,

4     August 3, 2021, commencing at 1:30 p.m., via remote

5     videoconference, before Vanessa D. Campbell,

6     Registered Professional Reporter and Notary Public

7     within and for the State of Colorado.

8

9                        I N D E X

10    VIDEOCONFERENCE DEPOSITION OF JOHNATHEN D. DURAN

11    EXAMINATION BY:                          PAGE

12         Ms. Wang                            111

13         Ms. Rutahindurwa                    --

14         Ms. Hoffman                          3

15

16    EXHIBITS

17         (None)

18

19

20

21

22

23

24

25

```
 1                    P R O C E E D I N G S
 2                    JOHNATHEN D. DURAN,
 3    being first duly sworn in the above cause, was
 4    examined and testified as follows:
 5                         EXAMINATION
 6    BY MS. HOFFMAN:
 7         Q    Good afternoon, Mr. Duran.  How are you
 8    today?
 9         A    Very lovely.  And yourself?
10         Q    I'm good.  My name is Kate Hoffman.  I
11    represent Denver and the defendants in this lawsuit,
12    so I'll be asking you a number of questions here
13    today.
14              Before we start, I'd just like to go over
15    a couple of ground rules.  First, it is important
16    that you give verbal responses to all the questions
17    that I'm going to ask you, and that's just very
18    important, because there is a transcript, so I'm
19    just going to ask that you avoid shaking your head,
20    nodding your head, saying things like uh-huh, uh-oh,
21    things of that nature.  Just verbal responses are
22    key so we can just have that clear transcript.
23         A    I understand.
24         Q    Great.  Second, it's very easy to become
25    conversational, so I'm just going to ask that you
```

*AB Litigation Services*

1    let me ask the entirety of my question before you

2    answer it.

3         A    I understand.

4         Q    Great.  If you don't understand anything

5    I'm asking, just let me know and I'm happy to

6    rephrase it.  If you do answer the question as

7    asked, I'm going to assume you understood it.

8         A    I understand.

9         Q    Let's see.  If you need a break at any

10   point in time, let me know.  We can take bathroom

11   breaks, water breaks, whatever you need.  I am just

12   going to ask that you answer the question I've asked

13   of you before we go on break.

14        A    I understand.

15        Q    Obviously we're here today because of your

16   participation in the protests, the George Floyd

17   protests.  So I'll be referring to protests

18   throughout this deposition.  I probably will

19   shorthand it to protests instead of going through

20   the formal George Floyd protests, but just know when

21   I refer to protests throughout the course of this

22   deposition I'm referring to the protests that took

23   place in Denver from May 28th, 2020 to June 2nd,

24   2020.

25        A     That's fair.  And I would just like to

1    clarify that I was not participating in the

2    protests, I was a journalist covering the protests,

3    which overlaps what you said, but I was not there as

4    a protester.

5        Q    Great.  Thank you for clarifying that.

6             And then, finally, obviously we are

7    proceeding via Zoom.  How are things on your end?

8    Are you able to hear and see me clearly?

9        A    Your room's a little bit dark, but I can

10   see your face and hear you.

11       Q    Okay.  Great.  No, it is, unfortunately, a

12   little dark in here, and I do apologize for that,

13   but if at any point in time you have any problems

14   seeing or hearing me, let me know so we can address

15   that and we can back up to the last point in time

16   where you were able to see and -- and hear

17   everything clearly.

18       A    Will do.

19       Q    Okay.  Great.  So I think that that covers

20   everything and we can just jump right in.

21            Let's start by if you could please state

22   and spell your name for the record.

23       A    Johnathen David Duran.  J-o-h-n-a-t-h-e-n;

24   David is traditional, D-a-v-i-d, and Duran like the

25   band, D-u-r-a-n.

 1      Q    Great.  Have you taken any medications in

 2   the last 24 hours?

 3      A    I had a 500-milligram acetaminophen around

 4   7:00 p.m. yesterday.

 5      Q    Okay.  And have you had any alcohol in the

 6   last 24 hours?

 7      A    I have not.

 8      Q    Have you used any drugs, including

 9   marijuana, in the last 24 hours?

10      A    I have not.

11      Q    So do you believe that there's anything

12   impairing your ability to answer the questions that

13   I'm asking you today?

14      A    Not that I'm aware of.

15      Q    And do you have any physical or mental

16   limitations that would impair your ability to answer

17   questions today?

18      A    No.

19      Q    Okay.  Did you review any documents in

20   preparation for today's deposition?

21      A    I reread my statement.

22      Q    And when you say your statement, what are

23   you referring to?

24      A    The statement of facts that I provided

25   through my lawyer in regard to this case.

1       Q       So you're referring to discovery

2    responses; am I understanding you correctly?

3       A       Yes.   The Declaration of Johnathen D.

4    Duran I believe is the title of it.

5       Q       Okay.   And did you refer -- or did you

6    review anything else in addition to that declaration

7    you just spoke about?

8       A       I did read -- I did read the disposition

9    of my complaint through the Office of the

10   Independent Monitor.

11      Q       Okay.

12      A       And I rewatched my video that I provided

13   as evidence of -- of my assault.

14      Q       Okay.   And it's my understanding that

15   you've supplied a number of videos.   Did you review

16   all of the videos?

17      A       Just the one from about a minute before I

18   was impacted to the end of that video.   And by

19   impacted, I mean shot with a rubber bullet.

20      Q       Understood.   Thank you.

21              And then so anything else in addition to

22   the Office of Independent Monitor document, the

23   declaration and the video?

24      A       No.   That was all I reviewed.

25      Q       Thank you.

 1            And aside from any communications with

 2     your attorney, did you speak with anybody else to

 3     prepare for this deposition?

 4        A    I did not speak with anybody else to

 5     prepare for this deposition.

 6            I also speak relatively quickly, so if I'm

 7     going fast, please ask me to slow down.  Feel free

 8     to interrupt me.  I want to make sure the

 9     stenographer gets all my words accurately.

10        Q    We appreciate that, Mr. Duran.

11            What is your date of birth?

12        A    06/21/1978.

13        Q    And since I'm terrible at math, that would

14     make you how old at the time of the protests?

15        A    At the time of the protests, 42, I

16     believe.  On June 21st, directly after that, I

17     turned 43.

18        Q    Okay.  And where were you born?

19        A    I was born in Los Angeles, California.

20        Q    And were you raised in -- in L.A.?

21        A    No.  My parents moved a lot.  My dad was a

22     truck driver.

23        Q    Okay.  So understanding that you moved a

24     lot, I guess is there a primary location that you --

25     that you grew up, or could you take me through some

1    of the locations that you grew up in?

2         A    I could take you through some of those.  I

3    live in Erie now.  I've been here in five years.

4         Q    And before that?

5         A    I was in Las Vegas.

6         Q    And how long were you in Las Vegas?

7         A    Two months.

8         Q    And where were you before Las Vegas?

9         A    Amsterdam.

10        Q    Oh, these are some fun locations.  Good

11   for you.

12             And how long were you in Amsterdam?

13        A    Two years.

14        Q    Two years.  And before then.

15        A    Davis, California, where I attended

16   college.

17        Q    So am I to assume that you were in the

18   Davis area for approximately four years, give or

19   take?

20        A    A little longer.  I stayed after to work

21   for the Yolo County Housing Association, doing some

22   estate work over there.  That was from --I moved

23   there in 2007 and I left in 2014 to Amsterdam.

24             So I think believe that's seven years,

25   right?  I'm also not very good at math.

AB Litigation Services

1        Q     Fair.

2              Have you gone by any other names than

3     Johnathen De La Vaca Duran?  And I apologize if I --

4        A     My legal name is Johnathen David Duran, as

5     I gave.  I use De La Vaca as my pseudonym, my nom de

6     plume.  It's a writing name.

7        Q     Understood.  Great.

8              Have you gone by any other names other

9     than your given name, Johnathen David Duran?

10       A     No.

11       Q     Okay.  Well, I guess other than your

12    pseudonym.

13       A     Exactly.

14       Q     How long have you used your writing

15    pseudonym?

16       A     Since I've been writing for Yellow Scene

17    Magazine.

18       Q     And how long have you been writing for

19    Yellowstone?

20       A     Yellow Scene, S-c-e-n-e.  Yellow Scene

21    Magazine.  I've been here since, I want to say 2017,

22    although my first article for them was in late 2016.

23       Q     And if you could tell me a little bit

24    about your family.  Where do your parents live?

25       A     I don't know.

1      Q     Okay.  Do you have any brothers or

2    sisters?

3      A     Yes.

4      Q     Where do they live?

5      A     I don't know.

6      Q     So you've lost contact with your family.

7      A     We're estranged.

8      Q     Okay.  Do any members of your family have

9    any familiarity with the events that you're claiming

10   as part of this lawsuit?

11     A     Not that I'm aware of.

12     Q     And where do you live presently?  What's

13   your address?

14           MS. WANG:  Objection.  I'm going to

15   object.  He can be contacted through us.

16           MS. HOFFMAN:  Okay.  Understanding that

17   there's privacy concerns with the question, would

18   you be comfortable if we simply went off the record

19   and marked this portion of the testimony as -- as

20   confidential?

21           MS. WANG:  I mean --

22           (Interruption by the court reporter.)

23           MS. WANG:  Why do you need his address?

24   He's represented by me, he may be contacted through

25   me.

*AB Litigation Services*

1          MS. HOFFMAN:  It would be -- I mean, it's

2    relevant to this litigation for purposes of -- of

3    confirming his identity.  It's a pretty standard

4    deposition question.

5          MS. WANG:  It's not a pretty standard

6    deposition question.  The court reporter got the

7    address -- his address before the deposition began.

8    There's no dispute, unless you're disputing his

9    identity.  I don't think that his address, home

10   address, needs to be on the record, whether it's

11   confidential or not.

12         MS. HOFFMAN:  Okay.  So if I could just

13   understand the basis for your instruction to

14   Mr. Duran not to -- not to answer just so that's

15   clear for the record, and we can move on.

16         MS. WANG:  I am objecting on privacy and

17   relevance grounds to Mr. Duran giving his home

18   address on the record in this deposition when he may

19   be contacted through counsel who represents him,

20   meaning me.

21         MS. HOFFMAN:  And understanding, again, as

22   I've offered it, it would be off the record and be

23   labeled as -- as confidential and protected pursuant

24   to the protective order, but I don't want to stick

25   on this any longer than necessary and we can move

1    on.

2            MS. WANG:  Well, there's a difference

3    between off the record and on the record but marked

4    as confidential.  So what is it that you want?

5    She -- the court reporter got his address at the

6    very beginning off the record.

7            MS. HOFFMAN:  I would like for the

8    question to be answered and for it to be marked --

9    or, sorry, for it to be protected pursuant to the

10   protective order if there's privacy concerns, given

11   that it involved personally identifiable

12   information.

13           MS. WANG:  I'm objecting to relevance

14   grounds.

15           MS. HOFFMAN:  Okay.  I understand your

16   objection and we can move on.

17       Q    (By Ms. Hoffman)  How long -- sorry.

18   Strike that.

19           Do you live with anyone in Erie, Colorado?

20       A    I do.

21       Q    Okay.  Who do you live with?

22       A    People that live in this home.

23       Q    Okay.  And who are the people that live in

24   the home?

25       A    The publisher of Yellow Scene Magazine is

*AB Litigation Services*

1    the landlord here, and she lives on the top floor.

2    I live on the bottom floor.

3        Q    And I'm sorry.  If you did say the name, I

4    missed it.  Who was the publisher from Yellow Scene

5    Magazine who lives at this home with you?

6        A    Her name is Shavonne Blades.

7        Q    And that is -- does anybody else live at

8    this particular location with you?

9        A    She has a boyfriend, but I don't know

10   about anybody else or what they do here.

11       Q    And were you in any romantic relationships

12   during the times of the protests?

13       A    I was not.

14       Q    Do you have any children?

15       A    I do not.

16       Q    And beyond college at UC Davis, or in the

17   Davis, California area, did you attend any higher

18   education?

19       A    I went to the University of California at

20   Davis, and prior to that I transferred from

21   Riverside Community College.

22       Q    And what was your major?

23       A    At which school?

24       Q    At UC Davis.

25       A    Community and regional development, with a

1   minor in sociology and landscape architecture.

2        Q    And I believe you testified previously

3   you've worked for Yellow Scene since approximately

4   2017?

5        A    That's correct.

6        Q    Okay.  Although you wrote some articles

7   for them prior to that?

8        A    One.

9        Q    One prior to that.

10            And what is your position with Yellow

11   Scene?

12        A    I'm the managing editor.

13        Q    And can you describe some of your duties

14   in your position for me?

15        A    Absolutely.  I work with the publisher to

16   create our marketing calendar for the year; we do a

17   media kit that outlines the articles that we hope to

18   cover every month; I recruit and train writers; I

19   assign stories; I receive stories back and edit

20   those; I organize photo shoots, and I'm responsible

21   for the magazine in its totality and completion

22   being uploaded to the printers, printed and

23   distributed to the community.

24        Q    And have you held the position of managing

25   editor from 2017, when you started with Yellow

 1   Scene, to present?

 2        A    That's correct.

 3        Q    And what type of magazine is Yellow Scene?

 4   Like what topics do they cover?

 5        A    It covers numerous topics every month.

 6   It's variable.

 7             So we have, for example, a June outdoor

 8   issue, we have an August education issue.  So the --

 9   the topic of the magazine changes monthly, but we

10   have regular sections, including news, political

11   quotes, entertainment, which is our Scene section,

12   and a local cuisine section.  And then we also do

13   regular online articles, which cover a variety of

14   topics, from community interest to investigative

15   journalism to political intrigue.

16        Q    Okay.  And do you have any hobbies?

17        A    Yes.

18        Q    Can you tell me about those?  What do you

19   like to do in your free time?

20        A    Poetry.

21        Q    Okay.  Anything else?

22        A    No, not really.  I'm into poetry.  I do

23   like hanging out with my friends, going out, you

24   know.  Going -- live music.  I'm a big fan of live

25   music.  I can dance a cha-cha pretty good.

*AB Litigation Services*

1      Q      Good.   Have you ever been a party to a

2      civil lawsuit before?

3      A      I have not.

4      Q      Have you ever been arrested?

5      A      I have.

6      Q      When were you arrested?

7             MS. WANG:  I'm going to object.  So

8      during -- during written discovery, when the City

9      sent written interrogatories about this, we

10     objected.  I'm willing to allow him to answer to any

11     arrests in the last 10 years.

12            MS. HOFFMAN:  Understood.

13     Q     (By Ms. Hoffman)  Have you been arrested

14     in the last 10 years?

15     A      I have not.

16     Q     (By Ms. Hoffman)  If we could just go on

17     break for one minute.

18     A      Okay.

19            (A recess was taken from 1:45 p.m. to

20            1:48 p.m.)

21     Q     (By Ms. Hoffman)  Other than arrests, have

22     you had any previous interactions with law

23     enforcement?

24     A      I have.

25     Q      Can you describe those for me?

*AB Litigation Services*

1      A      Absolutely.  As the editor of Yellow Scene

2   Magazine I oftentimes have opportunities to work

3   with the police in our community, to see them at

4   local events.

5             I've interviewed different officers in our

6   communities, I've interviewed your district

7   attorney, Michael Doherty, and I did have a call

8   with one of the majors from the Colorado State

9   Patrol executive unit after I was assaulted by a

10   protester during the January 6th MAGA protest, the

11   Donald Trump protest, during the inauguration of

12   Biden.

13      Q      And how -- I guess did those prior

14   interactions with law enforcement give you any sort

15   of opinions of police departments in general?

16      A      It was all in the -- in my role as a

17   professional editor, so for me it was very lovely.

18   Normal.  I -- no opinions.

19      Q      Understood.

20             Prior to the George Floyd protests and the

21   Trump protest you just mentioned, have you

22   participated in any other protests?

23      A      I have.

24      Q      Okay.  Can you tell me about those?  What

25   protests?

*AB Litigation Services*

```
 1        A     Sure.   Yeah, my publisher is -- thinks

 2   it's important to document U.S. citizens and others

 3   addressing the government, so we tend to regularly

 4   cover protests.

 5             The article I wrote in 2016 for Yellow

 6   Scene was at Standing Rock, where we went to cover

 7   the Native Americans who were attempting to protect

 8   their water from, you know, corporate greed.

 9        Q     And with respect to any of the other

10   protests that you've covered previously, did the

11   police use any force against protesters?

12        A     In all the ones that I've been to, only at

13   Standing Rock, and then at the George Floyd protest

14   in Denver.  And also the Elijah McClain violin

15   vigil.

16        Q     Okay.  Tell me about the force used at the

17   Standing Rock protest.

18        A     There was a lot of protest activity, there

19   was an encampment on Native American grounds.  The

20   police there were heavy militarized, including the

21   use of canines operated by private security

22   personnel.

23             There was a woman who had her arm

24   essentially blown off by a tear gas canister shot

25   directly into a crowd.  There were people attempting
```

*AB Litigation Services*

1   to climb a hill in subzero temperatures who were

2   hosed down by the police to induce hypothermia and

3   slippage.

4           So I was there documenting, so none of

5   that happened to me because I was not engaged as a

6   protester but as a journalist.

7       Q    And you mentioned another protest in

8   addition to the George Floyd protests where -- where

9   force was used.  What was that protest?

10      A    The violin vigil.

11      Q    Okay.  Tell me about the force that you

12  witnessed or encountered at that protest.

13      A    Sure.  There were numerous officers from

14  the Aurora Police Department out in front of their

15  building in the county complex there where the court

16  and the police department are located.

17          Folks had shown up to play violins in

18  tribute to Elijah McClain, who was murdered by the

19  police there, and the police ended up opening fire

20  on the crowd without any provocation that I saw, and

21  I was -- I was witnessing it trying -- I was

22  actually there just to listen to the violins, and

23  then I had to turn on my camera and start recording,

24  and somebody threw me a pair of goggles, which I put

25  on, and a few minutes later I was maced while

1    filming next to a -- probably a 15-year-old black

2    girl who fell on the floor crying, and I grabbed her

3    by her arm and pulled her out to safety so she could

4    get medical attention.

5        Q    Okay.  And the Standing Rock protest, when

6    did that occur?

7        A    That was 2016.

8        Q    That was 2016.  And the Elijah McClain

9    protest, when did that occur?

10       A    That was probably late June.  Mid-June.

11       Q    Of what year?

12       A    Oh, 2020.

13       Q    Okay.  So the Elijah McClain protest

14   occurred after the George Floyd protests.

15       A    I believe so, but I can't speak to that

16   timeline.  I had a lot of trauma that I was dealing

17   with after being shot by a rubber bullet in my

18   testicle.

19       Q    To your knowledge, have you attended any

20   protests after the George Floyd protests?

21       A    I want to say yes, but it was not on

22   purpose.  There was a small group of people, I want

23   to say two or three, in Boulder that were protesting

24   something, and I wasn't sure what it was, and -- so

25   I pulled over to just say hi and find out what that

*AB Litigation Services*

1    was.

2              And I can't recall exactly what it was

3    about, but I'm pretty sure it was something Donald

4    Trump, about QAnon.  It was definitely QAnon people.

5    And I had never seen them mobilize in Boulder

6    County, so I wanted to say hi and see if they had

7    anything to say to the media.  They didn't want to

8    talk to me.

9              MS. HOFFMAN:  Okay.  And I'd like to

10   circle back to the -- to my previous question about

11   arrests.  And I just want to follow up, Counsel,

12   with you.

13             Am I -- am I understanding that you are

14   instructing your client not to answer any questions

15   about arrests that occurred over 10 years ago?

16             MS. WANG:  Yes.

17             MS. HOFFMAN:  Okay.  And can I -- can you

18   tell me the basis for that instruction?

19             MS. WANG:  Relevance, not likely to lead

20   to the discovery of admissible evidence.

21             MS. HOFFMAN:  Okay.  And so I'd state on

22   the record that we would then preserve our rights to

23   potentially go to court to seek a protective order

24   to compel that testimony if -- if need be.

25             MS. WANG:  I mean, if you want to tell me

1    why you think that's relevant.

2              MS. HOFFMAN:  It's relevant because

3    potential arrests and potential -- all potential

4    interactions with law enforcement could certainly

5    color an individual's preexisting perception and

6    beliefs regarding law enforcement, which goes to the

7    heart of this matter.

8              MS. WANG:  It actually doesn't, because

9    he's a journalist, not a protester.  So he wasn't

10   attending with -- with -- you know, to protest.  He

11   was attending as a journalist.

12             MS. HOFFMAN:  I -- I understand the

13   relevance objection.  I -- I still respectfully

14   disagree and do believe it does go to the heart of

15   this issue in this matter, that he was still

16   reporting as a journalist, but still giving his own

17   take and perceptions, certainly, in his live stream.

18             So it does go to the heart of this matter,

19   and it is relevant to have more information about

20   his beliefs and perceptions of law enforcement, and

21   that's our position.

22             MS. WANG:  All right.  Let's take a quick

23   break.

24             (A recess was taken from 1:56 p.m. to 1:59

25             p.m.)

*AB Litigation Services*

1            MS. WANG:  I'll let you ask the question.

2            MS. HOFFMAN:  Thank you.

3        Q    (By Ms. Hoffman)  Mr. Duran, have you been

4    arrested more than 10 years ago?

5        A    I have.

6        Q    Okay.  When were you arrested?

7        A    I was 18 years old, and I was arrested for

8    jaywalking over a railroad track, not using the

9    official crosswalk.

10        Q    And is that the only arrest that you have?

11        A    When I was 14, my brother stole a bicycle

12    headlight from Walmart, and we were both arrested

13    for that.  You know, guilty by association.

14        Q    And regarding the incident when you were

15    18, did any criminal charges come from that?

16        A    Yes.  I was arrested for -- I was -- they

17    gave me a plea deal.  They tried to -- I don't know

18    what it was.  It was so long ago I'd have to review

19    the documents, but I pled to trespassing on the

20    railroad tracks.  It was on federal property.

21        Q    And did you have to do probation or pay a

22    fine or anything?

23        A    I believe so.  I don't recall the

24    disposition of the case.

25        Q    And regarding the incident that occurred

1    even prior in time, when you were 14 years old, did

2    any criminal charges come from that?

3        A    That one actually stands out to me.  I was

4    given 50 hours of community service.  It was -- it

5    was actually rather nice, because I went to work for

6    a nonviolence organization in East Riverside,

7    California, and that was the first time I had an

8    opportunity to edit documents, and sent me on my

9    path to becoming an editor today.

10       Q    That's great.

11       A    Actually -- it's actually a beautiful

12   redemption story.

13       Q    And did either of those experiences --

14   strike that.

15            Did you -- where -- where did the offense

16   when you were 18 years old, where did that occur?

17       A    Riverside.

18       Q    Riverside, California?

19       A    That's correct.

20       Q    Okay.  And when you were 14 years old?

21       A    Same.

22       Q    And I assume that you interacted with law

23   enforcement in the course of both arrests, correct?

24       A    That is correct.

25       Q    And did your interactions with law

*AB Litigation Services*

1    enforcement from either of these incidents, do they

2    stay with you, do they color your perception of law

3    enforcement?

4         A    They colored my perception of how I behave

5    in public.

6         Q    And how is that?

7         A    Respect for dignity for my environment and

8    the law.

9         Q    Mr. Duran, were you carrying a cell phone

10   during the protests?

11        A    I was.

12        Q    And what is your provider?

13        A    Verizon.

14        Q    And do you still have the same number and

15   provider today?

16        A    I do.  I still have the same cell phone.

17        Q    And what kind of cell phone is that?

18        A    LG, G7 ThinQ, and ThinQ has a Q on the

19   end, not a K.

20        Q    And does that phone synch with the cloud

21   or other storage programs?

22        A    It does.  It synchs to my Google account

23   through my editorial e-mail address.

24        Q    And were you using G location or any

25   tracking services at the time of the protests?

*AB Litigation Services*

```
1          A     I believe my Google location was on, and
2     they track location automatically, so I would say
3     yes.
4          Q     And how many days did you attend the
5     protests?
6          A     Two, until I was unable to continue.
7          Q     And those days were May 30th and May 31st,
8     correct?
9          A     That is correct.
10         Q     And on May 30th did you call anyone from
11    the protests?
12         A     I believe I had a phone call with my
13    publisher to make sure where -- where we were at in
14    relation to each other.  She was covering separately
15    from me, also walking around taking pictures and
16    video.
17         Q     And what is your publisher's name?
18         A     Shavonne Blades.
19         Q     And did you text anyone from the protests
20    on May 30th?
21         A     Not that I recall.  I remember I was in
22    coordination with my friend Adrienna Lujan.  It's
23    A-d-r-i-e-n-n-a, Lujan is L-u-j-a-n, and she is a
24    medical care provider through Heal Denver, H-e-a-l
25    Denver, and she was there acting as a medic.
```

*AB Litigation Services*

1          And her and I were talking about the event

2     while we were on-site together.  So we must have

3     coordinated that morning.

4          Q    And do you recall sending any e-mails

5     while you were at the protests on May 30th?

6          A    I do not.

7          Q    Now I'm going to ask you the exact same

8     questions with respect to May 31st.  Do you recall

9     calling anyone from the protest on May 31st?

10         A    I do not.

11         Q    Do you recall texting anyone from the

12    protest from May 31st?

13         A    I do not recall.

14         Q    And do you recall sending any e-mails from

15    the protest on May 31st?

16         A    Do not recall.

17         Q    And do you still have all these messages

18    or call logs?  Have you preserved everything?

19         A    Everything that I had was shared with my

20    legal team.

21         Q    And Adrienna, the individual that you

22    mentioned earlier, you were able to meet up with her

23    at the protests on May 30th?

24         A    Yes.  She was with me when I was pepper

25    balled by the police while photographing.

```
 1          Q     Okay.  Let's see.  Do you use any social

 2    media apps?

 3          A     I do.

 4          Q     What social media apps do you use?

 5          A     I have Facebook and I have Instagram, and

 6    I have a Twitter, but I don't use my Twitter.

 7          Q     And are your handles public or private?

 8          A     I don't know.

 9          Q     And what's your handle on Facebook?

10          A     Well, that account was disabled.

11          Q     Was it active at the time of the protests?

12          A     It was.

13          Q     And why did you decide to disable it?

14          A     Oh, no, Facebook deleted it.

15          Q     Let's see.  And do you still have your

16    Instagram account?

17          A     I do.

18          Q     And did you have that at the time of the

19    protests?

20          A     I did.

21          Q     And what's your Instagram handle?

22          A     It is theg, t-h-e-g, .ist.  The -- it's

23    like a play on the word "the gist".

24          Q     And you indicated you have a Twitter

25    account, but I believe you said you don't use it?
```

1       A     Excuse me.  I don't use it and I don't

2    know the name of it.

3       Q     Did you have any other equipment with you

4    in addition to your phone at the time of the

5    protests?

6       A     Yes.

7       Q     Okay.  What other equipment did you have?

8       A     I had this camera bag and this camera.  It

9    is a Sony Alpha 1 series.

10      Q     And did you have that camera bag and that

11   particular camera with you on both days you attended

12   the protests, so May 30th and May 31st?

13      A     That is correct.  I also had my press pass

14   on a lanyard around my neck.  You can see how big it

15   is in relation to my head.

16            And on the second day, not -- not

17   technical equipment, but I had a white helmet that

18   said Media on it four times all the way around,

19   because I saw a journalist on May 30th who had been

20   pepper sprayed pretty bad, tear gassed with one, and

21   I thought, That's a good idea.  Maybe they won't

22   shoot me again, and then --

23      Q     I definitely do want to get into all the

24   items and equipment you were carrying.  I just have

25   a couple of other social-media-related questions for

1    you.

2            Did you post to any social media

3    applications from the protests?

4        A    I did.  I posted on Facebook out of

5    concern for my ability to make it home after being

6    shot in the testicle.  I posted that, This is what

7    happened, this is how I'm feeling, and this is my

8    path home, so if I don't make it somebody would

9    hopefully find me.  I was -- I was feeling poorly.

10       Q    Okay.  So what you're describing, I'm

11   assuming that's like a status update to Facebook.

12       A    Status update to Facebook on what had

13   happened to me and my -- my efforts to make it home.

14       Q    And is that still on your Facebook, or has

15   that been deleted?

16       A    Yeah, Facebook was deleted.

17       Q    Understood.

18            And that Facebook post, that would have

19   been on May 31st; is that correct?

20       A    May 31st, on my way home after being shot

21   in the testicle.

22       Q    Do you recall posting anything on May 30th

23   to social media?

24       A    I must have.  We tend to post our images

25   as part of our media work.  I don't know if those

1    were shared to Yellow Scene magazine.

2              Oh, I have a -- I apologize, I totally

3    spaced.  I have a professional journalist Facebook

4    account that's called Johnathen Duran, and as a --

5    as a journalist, and I definitely have some photos

6    and video from there from that day -- from those

7    days.

8        Q    I'm sorry, what is the nature of that

9    account again?

10       A    That's the one I use as a public person

11   and not my private stuff.  It's good to keep your

12   public and private life separate.  So that's my

13   public, professional, I'm a journalist, this is my

14   account as a journalist.  You know, like the Kyle

15   Clark Facebook account?  Like that.

16       Q    Okay.  So you had a personal account

17   that's been deleted by Facebook, you also have a --

18   a professional account.

19       A    That is correct.

20       Q    Through Facebook.

21       A    That is correct.  And that account still

22   exists, and it's public.

23       Q    Understood.

24              Let's see.  Did you stream anything from

25   the protests?

```
 1        A     That is correct.  I did.

 2        Q     And was that on both days?

 3        A     I believe on both days, and specifically

 4   on the second day, I definitely streamed for a long

 5   time, and I have it on video, of when the -- when

 6   the rubber bullet struck my testicle and bounced

 7   off.

 8        Q     After the protest did you publish any

 9   articles for Yellow Scene regarding the protests?

10        A     I feel like we must have, but I -- I can't

11   recall.  I think I -- I was in a lot of pain and I

12   couldn't really move for a couple of days, so I

13   don't know that I ever got to it.

14              I'm pretty sure the photos and videos were

15   uploaded, and there was also a lot of conversation

16   around a class action starting, and I was -- people

17   were e-mail -- it was a mess.

18              My memory of that time is -- is a little

19   bit -- I don't want to say convoluted, that's the

20   wrong word.  There was a lot going on.

21              I'd be happy to verify --

22        Q     Even --

23              (Interruption by the court reporter.)

24        A     -- that later, yeah.

25              And also, Yellow Scene magazine,
```

1  yellowscene.com is available online if you want to

2  review that.

3      Q    (By Ms. Hoffman)   Thank you.

4           Did you post anything to social media

5  after the protests regarding the protests?

6      A    Probably just the photos and video.   I

7  definitely did some photo editing.   There was

8  absolutely a photo essay of the Black Lives Matter

9  protests in the magazine.   We did that in mid-June.

10  That is correct, there's a photo essay.

11          Three different photographers, including

12  myself, submitted their photos, and we published

13  that in the print edition of the magazine, and

14  that's available online.   I believe it's the Faces

15  of Summer June 2020 article.

16      Q    Prior to George Floyd -- prior to the

17  George Floyd protests, did you have an opinion about

18  the use of force used by the Denver Police

19  Department?

20      A    I had heard stories about it.   There are

21  other folks, victims of police violence in Denver

22  that I had been reached out to in the course of my

23  work as an editor, but I didn't have any personal

24  opinions about it because I'd never seen or

25  experienced any.

1    Q    And after the protests did your opinion

2    change, or did your opinion form?

3    A    I think that's when it began to form.

4    That's correct.

5    Q    And what is your opinion now?

6    A    I think it's still in flux.  You know,

7    there's -- there are concerns of a lack of oversight

8    around police use of, you know, munitions,

9    indiscriminate shooting.

10          I think in one of the videos you heard me

11   say that they're indiscriminately shooting at

12   people.  If I'm a journalist in a media hat and a

13   camera and I get shot, that's either really poor

14   targeting by the police or it's indiscriminate.

15          So I think for me it was -- it was who's

16   in charge of this, who's tracking all this behavior,

17   and so I'm still really trying to figure it out.  I

18   haven't gotten to a -- to a full conclusion of how I

19   feel about it.  So it's still in flux.  No opinion

20   formed.

21   Q    And are you a member of Black Lives Matter

22   or any related organizations?

23   A    No.

24   Q    So I'm going to ask you a bunch of

25   questions relating specifically to May 30th, your --

1    your coverage of the protests on that date.  So if I

2    don't give you a date, until I move on to the next

3    day, you can assume that I'm talking about May 30th.

4            With that being said, if you have any

5    questions, don't hesitate to let me know and I can

6    rephrase.

7            So regarding your coverage of the protest

8    on May 30th, did you -- were you asked by work to

9    attend the protest that day?

10       A    I was.

11       Q    And who asked you to go?

12       A    My publisher.

13       Q    And is that Shavonne?

14       A    Shavonne Blades.

15           We only have one publisher.  When I say

16   publisher I mean Shavonne Blades.

17       Q    Thank you.

18           And was the purpose of you going there to

19   write an article, to take photos?

20       A    It was -- day one I was going to take

21   mostly photographs with my -- with my

22   point-and-shoot camera.  I'm a better photographer

23   than a videographer, so I was hoping to take some --

24   some photos of the event.

25       Q    And how did you learn of the protests?

*AB Litigation Services*

```
1        A     Through social media, through the first
2  couple days of it starting.  I wasn't there for the
3  first couple days.
4              I think it started like the 29th, there
5  were folks already out mobilizing and talking about
6  it, and then it -- when it was going on my publisher
7  was tipped off by somebody that they were happening
8  and that we should go and cover it.
9        Q     And do you know who organized the
10 protests?
11       A     I have no idea.
12       Q     And the social media post you referenced,
13 did that provide information as to the time and the
14 date that people should appear for the protests?
15       A     I believe so.
16       Q     And do you recall what you did before
17 going to the protest on May 30th?
18       A     In terms of my, like, breakfast and
19 showering, or ...  Are you talking -- I don't
20 understand the question.
21       Q     In terms of your day, what did you do in
22 the day before going to the protest on May 30th?
23       A     Well, I had breakfast and I showered, and
24 then I probably packed a bag and my camera, and I
25 drove down that first day with my publisher, as I
```

 1   indicated earlier, and then we parked and separated

 2   and said we'll meet you afterwards, and then we both

 3   went off to document, take photos and video.

 4        Q    And how long is the drive from Erie to

 5   Denver?

 6        A    From Erie to there is about 32 minutes,

 7   depending on traffic.  I think it was a little bit

 8   longer given the amount of traffic.

 9        Q    And who drove, you or Shavonne?

10        A    Shavonne.

11        Q    And where did you park?

12        A    I don't recall.  I believe it was north of

13   the protest area.  Because we came from the north,

14   so we didn't want to drive through everything to get

15   anywhere else.

16        Q    In addition to yourself and Shavonne, was

17   anybody else from Yellow Scene assigned to cover the

18   protests on that date, May 30th?

19        A    Nobody else participated in the coverage

20   except for my publisher and myself.

21        Q    And I believe you previously mentioned

22   that on May 30th you were wearing a press pass.

23   What other equipment were you wearing on May 30th?

24        A    On May 30th I was wearing a black -- like

25   one of those, like, moisture-wicking T-shirts that

1   helps you like breathe so you don't sweat a lot.

2          Because it was warm and I was carrying a

3   backpack with water bottles, so I was dehydrated,

4   carrying my camera bag, and I was wearing -- I

5   believe I was wearing goggles and a face mask, but

6   it was still pandemic so I was wearing a mask no

7   matter what.  I was wearing gray Adidas and black

8   jeans as well.

9     Q     And without getting into the details of

10  what happened at every location you went to on

11  May 30th, can you take me through the different

12  locations you visited on May 30th?

13    A     Sure.  I was mostly in the Liberty Park

14  and Civic Center Park area.  I was on Colfax and

15  Lincoln, along the strip where the bus stops are

16  with my friend Adrienna.

17          I was watching the crowd inside Civic

18  Center Station.  There were like several hundred

19  people in that area, and there was a line of

20  officers and other emergency services in the -- in

21  the fire lane, in the drive area where the buses

22  would normally go through.

23          And I witnessed two or three truckloads

24  of -- of, like, green jumpsuited police officers

25  that looked pretty high level compared to, like, the

1    regular black and whites on the street, pull in, and

2    they circled around the back and cleared the plaza

3    of Civic Center Station with flash-bang grenades and

4    tear gas and pepper balls.

5              And I was standing on that strip, the same

6    strip, I never left it, on Colfax between Lincoln in

7    front of the park, and I was taking photos with my

8    press pass (indicating), and I got shot twice with

9    pepper balls, so I backed away because either the

10   police are not good at shooting their -- their

11   munitions at aggressive protesters or they were

12   targeting journalists, which made me concerned.

13             I then went across the street to the

14   Capitol building, and that lawn is sloping, as I'm

15   sure you're aware, and there's stairs that go up it,

16   and from there, as the police moved forward -- later

17   on they moved forward and were tear gassing and the

18   wind was blowing, and I got tear gassed on the

19   Capitol lawn, State Capitol, with other folks.

20             So we went around the back of the Capitol

21   building, the second street behind the Capitol, I'm

22   not sure what the name of it is off the top of my

23   head.  But then we went down to 16th Street Mall,

24   and I wanted to, like, try to wash my face and get

25   the tear gas off me.

1            And I believe we had a beer.  Me and my

2    friend Adrienna had a beer somewhere to, like, take

3    a break, and then I went back to document the

4    protests, and I was back at the corner of Civic

5    Center Station.  This time I was on the Civic Center

6    Station corner at, you know, Colfax and Lincoln,

7    Civic Center Station, Capitol building diagonal from

8    me, and there I witnessed the police clear the

9    corner.

10           There were protest activity in the street,

11   mostly people on their knees with their hands up,

12   saying, Hands up, don't shoot, and -- and then the

13   police shot them and tear gassed them and threw

14   flash-bang grenades, and the tear gas circled around

15   again, and I was tear gassed pretty bad.

16           I had worn the wrong kind of goggles, they

17   had a foam edge, so tear gas seeped through into my

18   eyes, so I had to take those off.  It was the wrong

19   kind of goggles.  I was not prepared to be tear

20   gassed by the police.

21           And then I threw up at a park right down

22   the street and went home.

23      Q    Okay.  So I'd like to ask a few follow-up

24   questions, so I'm going to back you up to the

25   beginning of the day.  It seems like your day starts

1    at Liberty Park, correct?

2              (Interruption by the court reporter.)

3              THE DEPONENT:  You are correct.  I'm

4    sorry, I'm very fast when I talk, and I do need to

5    slow down a little.

6         A    I definitely parked, and we went in

7    different directions, my publisher and I, and I went

8    straight to the Capitol complex where the majority

9    of folks were gathering.

10        Q    (By Ms. Hoffman)  And then I believe you

11   testified previously you spend the majority of your

12   day at Liberty Park; is that correct?

13        A    That's correct.

14        Q    Okay.  And you are not alleging that you

15   were injured during your time in Liberty Park; is

16   that correct?

17        A    No, I definitely said that I was shot

18   twice with pepper balls and backed up, because I was

19   sure the police were either poorly targeting or were

20   targeting journalists.

21        Q    My understanding is that occurred in

22   relation to Civic Center Station.

23        A    Yes.  I was -- there's a little, tiny park

24   right across the street from the Capitol, that's

25   Liberty Park, and then Civic Center Park is west of

1    that, right, so that Liberty Park on the sidewalk

2    where I was in between 11th and whatever street is

3    south of that, or west of that, at Colfax, the bus

4    stop is directly across the street from Civic Center

5    Station.

6         Q    Okay.

7         A    So when they were -- they were shooting

8    into Liberty Park.  So people were --

9         Q    Thank you for clearing that up.

10             (Interruption by the court reporter.)

11        A    The next sentence was people that were not

12   in Civic Center Station were being shot as if they

13   were in Civic Center Station.

14        Q    (By Ms. Hoffman)  So what time do you

15   arrive at the Capitol on May 30th?

16        A    Late afternoon.  Must have been like 5:00,

17   5:30.

18        Q    And what time do you believe that you were

19   shot while standing on the sidewalk in front of

20   Liberty Park?

21        A    6:20?  I mean, it was -- it was pretty

22   soon.  There was a lot of activity, and it all

23   happened so fast.

24        Q    And were you shot -- were the two shots

25   close in time to one another, or there was a large

1   break, you're shot once and then you're shot a

2   second time sometime later?

3        A    They were pretty quick in succession.

4   There was a lot of fire from the police, and -- and

5   rather indiscriminate, so I don't know if the same

6   officer shot me twice or if it was different

7   officers, but I got shot in the arm, and within a

8   few minutes I got shot in the ankle.

9        Q    And which arm were you shot in?

10       A    It was my left arm.

11       Q    And where on your left arm are you shot?

12       A    Upper biceps, like (indicating).  There's

13  also a photo of it included in my declaration.

14       Q    And so that left a mark, correct?

15       A    Yeah, a painful mark.

16       Q    And how did that feel?

17       A    Painful.

18       Q    And how long did you feel pain from that?

19       A    Three days.

20       Q    And did you ever seek any medical

21  treatment for that?

22       A    It was a bruise.  I'm a former EMT, so I'm

23  pretty well-versed in -- in taking care of people

24  and also myself, so I -- I could tell that the

25  bruise was not going to be a substantial injury

*AB Litigation Services*

1    requiring medical assistance, but it was going to

2    require some time for healing, ice packs, stuff like

3    that.

4              Also limited activity.  Made, like,

5    flexing my arm a little bit more difficult than it

6    should have been.

7         Q    And where else were you shot in addition

8    to your arm?

9         A    I was shot in my ankle.

10        Q    And what ankle?

11        A    I believe it was my left ankle.

12        Q    And I believe you testified earlier that

13   you were wearing pants.  So did that strike your

14   pant leg?

15        A    That is correct.  There's also a --

16        Q    Did you ever --

17             (Interruption by the court reporter.)

18        A    There's also a photo of that included in

19   my declaration.

20        Q    (By Ms. Hoffman)  And did the pepper ball

21   to your ankle, did that leave any sort of bruise or

22   mark?

23        A    It did not.  Just pepper powder on my

24   pants.  Say that three times fast.

25        Q    And did the pepper ball to your ankle, did

*AB Litigation Services*

1  that hurt at all?

2       A    I felt the impact, but it was not painful.

3  The pants absorbed the impact.

4       Q    And did you see the officer who -- who

5  fired either pepper ball at you?

6       A    I did not, but in the course of my

7  photography there is an image from that moment, and

8  there's an officer aiming at me, or in my direction,

9  and in my thinking that might have been the guy, but

10 I cannot positively identify the shooter.

11      Q    And you've referred to a photograph.  Do

12 you happen to know the Bates number of that

13 photograph?

14      A    I don't know.

15      Q    And can you describe the officer?

16      A    I cannot.  Not without reviewing that

17 photograph.  Also, most of them were covered up

18 pretty significantly to prevent identification.  Or

19 in a way that would limit identification.

20      Q    So you've testified that you're on the

21 sidewalk in front of Liberty Park facing Civic

22 Center Station, correct?

23      A    That is correct.

24      Q    And I apologize if my geography seems a

25 little off.  I am new to the area, so I am still

1    learning it, so just bear with me.

2        A    Okay.

3        Q    Where -- where are the police located in

4    relation to you?

5        A    They're in Civic Center Station further

6    north.  Civic Center Station has -- on the side --

7    to the south side of it there's a dirt lot that's

8    probably in development, then there's Civic Center

9    Station where the buses pull in, and then they were

10   on the far side of that.

11           So they wanted to clear the dirt lot and

12   push everybody south across Colfax into Liberty Park

13   and into Civic Center.  That's how they -- what is

14   it?  It's like crowd control, keeping people in

15   certain areas and keeping public infrastructure

16   safe.

17           So push them into the park, south, and so

18   they were shooting from the north, south towards

19   Liberty Park, which is where I was shot.

20       Q    And how far away were you from the line of

21   police officers?

22       A    I mean, at first it was significantly far,

23   probably 300 feet, at least, when they started, but

24   they did move all the way down to the edge of Colfax

25   to clear Civic Center Station up to Colfax, which

1   means if we're across the street from each other,

2   that's just the width of Colfax.

3       Q    And what were the protesters doing at this

4   time?

5       A    Protesting.

6       Q    Did you see any protesters engaged in any

7   acts of property destruction?

8       A    I did not.

9       Q    Did you see any protesters throwing

10  anything?

11      A    I did not.

12      Q    You didn't see any protesters throwing any

13  bottles?

14      A    Does bottles subsume as a category under

15  anything?  Because I didn't see protesters throwing

16  anything.

17      Q    If you could tell me in general, what kind

18  of equipment were the protesters carrying?

19      A    Equipment?  I think most of them were

20  wearing gas masks or face masks.  Some folks might

21  have been wearing backpacks, probably filled with

22  water.

23            My friend Adrienna is a medic and she had,

24  you know, the Milk of Magnesia and other stuff to

25  clear people's eyes from tear gas use, but I -- I

*AB Litigation Services*

1    actually can't speak to what other people were

2    carrying, because I am not other people nor was I

3    documenting other equipment.

4        Q    Well, in the course of -- of documenting

5    through photographs, did you see anybody carrying

6    golf clubs?

7        A    I didn't see anybody carrying weapons of

8    any kind except the police.

9        Q    So after you're shot two times with pepper

10   balls, do you continue to stay at that location?

11       A    As I testified, I backed away because I

12   wasn't sure if the police were indiscriminately

13   shooting or targeting journalists, and then I went

14   to the Capitol ground, on the actual building, on

15   the slope where tear gas bombs were let off, and I

16   was tear gassed, and then I circled around the back

17   of that building, and I don't know the name of that

18   street, but, yeah, circled around the back of the

19   Capitol.

20       Q    Were you shot first in the ankle or were

21   you shot first in the --

22       A    Arm first.

23       Q    -- arm?  Arm first.

24            And was your friend Adrienna with you at

25   this time when you were shot?

**AB Litigation Services**

1    A    She was.

2    Q    So then you back away because you believe

3    that there -- that they could be targeting

4    journalists.  Did you see any other journalists get

5    hit by less lethal?

6    A    I didn't see any other journalists get

7    hit, but I saw a second journalist, as I testified

8    earlier, in an orange helmet.  She's the one that

9    gave me the idea to get a helmet.

10         But when I came around the back of the

11   Capitol building she was there with another person,

12   and clearly tear gas crying from her face and mucus

13   coming out of her nose.

14   Q    So then you back away to the Capitol, and

15   that is where you are subject to tear gas; is that

16   correct?

17   A    That's correct.

18   Q    And how long are you at the Capitol before

19   the police deploy tear gas?

20   A    From when I was shot in the arm and the

21   ankle, then I backed away, Capitol.  Probably within

22   15 to 20 minutes, maybe a little longer, maybe a

23   little shorter.  That kind of hectic scene is

24   oftentimes hard to track time accurately, but when I

25   got to the top of the slope at the Capitol, I was

1    there probably five minutes before I was tear

2    gassed.

3        Q    And what were protesters doing at the

4    Capitol location?

5        A    They were protesting.

6        Q    Did you see any protesters vandalizing

7    anything at this location?

8        A    I did not.  I did notice that the Capitol

9    building had been vandalized, but I didn't see

10   anybody doing anything.

11       Q    And did you see the officers -- strike

12   that.

13            Where were the officers in relation to you

14   at the Capitol?

15       A    They were still to the north, moving from

16   Civic Center Station south.  They had crossed over

17   to the corner of Liberty Park and were clearing the

18   park and clearing the street on Lincoln.  On Lincoln

19   and Colfax.

20       Q    And were the police issuing -- sorry, what

21   was that?

22       A    I was indicating the actual corner where

23   they were at clearing the -- Lincoln and Colfax is

24   the corner they were on, and all the way down Colfax

25   towards the next street north -- or west.

*AB Litigation Services*

1     Q     Did you see the officer who threw that

2     tear gas canister?

3     A     I did not.

4     Q     Did you see any protesters throw anything

5     at this location?

6     A     I did not.

7     Q     How did it feel when you were tear gassed?

8     A     Extremely uncomfortable.  I have chronic

9     bronchitis and I've been in the hospital with

10    pneumonia historically, so I have -- I have bad

11    lungs from birth, and when I was unable to breathe

12    because I was tear gassed while engaged as a

13    journalist, it -- it made my ability to focus and

14    breathe pretty difficult, and I felt unsafe and --

15    and I was -- I was scared.  I thought I would end up

16    in the hospital from that.

17    Q     You mentioned you have chronic bronchitis.

18    When were you diagnosed with that?

19    A     As a baby.  Yeah, I was -- I was premature

20    and I had a lot of health issues.

21    Q     And are you under -- or were you under any

22    treatment for chronic bronchitis at the time of the

23    protests?

24    A     I was not.  I was not.  But I have

25    compromised lungs, so any chemical agent or aerosol

1   irritants can -- can really damage me.

2           I almost choked to death in my own house

3   when I burned a tortilla once.  It's a -- it's a

4   real problem.

5       Q   So you mentioned that -- that after the

6   tear gas is deployed you couldn't breathe.  How long

7   could you not breathe?

8       A   Five to seven minutes.  It was a lot of

9   choking, just trying to get it out, trying to wipe

10  my face off, trying to get it away from me.  It was

11  difficulty breathing.  Not that I couldn't breathe,

12  but difficulty breathing.  If I couldn't breathe I

13  would have died.  But it was difficulty breathing

14  and it was painful breathing.

15      Q   And after the five to seven minutes did

16  that fully subside?

17      A   No.  No, no.  It didn't fully subside for

18  several hours.  That's the nature of -- of chest

19  complications.

20          But my breathing eased, and that's why I

21  went down to the 16th Street Mall, as I indicated,

22  to get water, and my friend was like, Let's have a

23  beer.

24          I got about halfway through my beer, it

25  didn't taste great in my mouth.  But I was just

1    trying to take a breath, relax, calm down my heart

2    and get my anxiety under control after -- after my

3    strained-breathing situation.

4         Q    And you did not seek any medical treatment

5    at that time, correct?

6         A    I did not.  I don't have health insurance.

7    It's not provided through my company, so I'm one of

8    the Americans that doesn't seek medical care as

9    often as we should, which is important --

10   unfortunate.  But I felt like I wasn't dying, wasn't

11   going to die, so I did not.

12        Q    So then you go to get a beer.  Where do

13   you go to get a beer?

14        A    I don't know the name of the bar.  It's on

15   16th Street Mall.  16th and ... I couldn't tell you.

16   I could probably go down there and find the bar and

17   then give you the name, but I don't know the name

18   off the top of my head.  I apologize.

19        Q    And --

20        A    But it was the only place open.  Like

21   everything looked closed because of the protests,

22   and they were open, so ...

23        Q    And were you with Adrienna at that

24   location?

25        A    I was.

```
 1         Q     And anyone else?

 2         A     Nope.

 3         Q     And how -- how long were you at the

 4    restaurant on 16th Street?

 5         A     Probably 45 minutes.  I really needed a

 6    good break from the chemical irritant in my lungs.

 7    I just sat there and relaxed.

 8         Q     And you had half a beer?

 9         A     About half a beer.

10         Q     Any food?

11         A     I did not.

12         Q     And then where do you go after having a

13    beer?

14         A     We went back to the corner of Civic Center

15    Station, to the northwest of the Capitol building,

16    at Colfax and Lincoln to document.

17               Then crossed the street to the corner.

18    Same -- like the corner east.  So the same area,

19    like 11th -- Colfax and Lincoln, but this is then

20    directly north of the Capitol building.  There's an

21    empty parking lot there, and that's where I was tear

22    gassed a second time.

23               That was a wind issue.  Police were not

24    targeting our area, but the wind blew it over.

25         Q     Okay.  So what time do you arrive at
```

*AB Litigation Services*

1    Lincoln Street near Civic Center Station?

2        A     That must have been 7:30, 8:00.  It was

3    later.

4              I could probably review my pictures and

5    video and find those time stamps.  I apologize for

6    not knowing them with specificity.

7        Q     And how many people are in this area?

8        A     Not many.  On the corner that I was on, in

9    that parking lot directly north of the Capitol

10   building, might have been 10 to 20 people spaced out

11   throughout the area.  Other folks filming, some

12   folks just cutting through.

13             There's an alleyway that runs south and

14   north/north to south right behind that parking lot,

15   so folks were using that as a -- as a walkway.

16             But it wasn't a -- it wasn't a gathering

17   area for protesters, not in any significant way.

18   That's where I witnessed, as I told you earlier, all

19   the protesters on their knees in front of the

20   officers, and they were shot while they were on

21   their knees and pepper sprayed while they were on

22   their knees.

23             MS. WANG:  Can we take a short break?

24   Five minutes?  I just need to use the restroom.

25             MS. HOFFMAN:  Okay.

```
 1              THE DEPONENT:  Yes.

 2              (A recess was taken from 2:38 p.m. to

 3               2:45 p.m.)

 4        Q    (By Ms. Hoffman)  Mr. Duran, I believe

 5    that you were testifying that you saw a number of

 6    people on their -- on their knees get --

 7        A    Pepper sprayed and tear gassed.

 8              (Interruption by the court reporter.)

 9        A    Yes, I did see that.

10        Q    (By Ms. Hoffman)  And around how many

11    officers were there?

12        A    15 to 20.  It's hard to tell because they

13    were spread out all the way down Colfax as well.

14    There were a lot of officers out there.

15        Q    And do you recall what the officers were

16    wearing, like what color their uniform was?

17        A    No, I don't recall.

18        Q    Do you recall the officers giving any

19    warnings?

20        A    I don't remember hearing any warnings.

21        Q    And did you see any protesters doing

22    anything beyond the -- the protesters on their

23    knees?

24        A    No.

25        Q    Where were you in relation to the
```

1   protesters on their knees?

2       A    As I testified, I was on the -- in the

3   parking lot on the corner of Colfax and Lincoln,

4   just north of the Capitol building.

5       Q    And you're with Adrienna still?

6       A    I am.

7       Q    So is it your testimony that the officers

8   pepper spray and tear gas the protesters and then

9   through the wind that drifts to you?

10      A    That's what I believe, that's correct.

11      Q    And how did it feel when you felt the

12  effects of -- of -- is it tear gas and pepper spray?

13      A    It was tear gas.  Pepper spray's heavier,

14  so I believe that probably fell where it was

15  sprayed.

16      Q    And describe how you felt.

17      A    Same as I described earlier, but with a

18  little bit added intensity because it was my second

19  time being tear gassed.

20      Q    So the same symptoms in terms of

21  difficulty breathing.

22      A    Yeah.  But worse because it was my second

23  time being tear gassed.  That's when I told you I

24  ran down the alley to a park there and I threw up.

25  And there's a picture of me with snot in my

1    declaration.

2         Q    So how long until you felt like you could

3    breathe normally again?

4         A    I went home after that because I was in

5    too much pain, and probably a few more hours.

6         Q    And you never sought medical treatment,

7    correct?

8         A    I did not.

9         Q    And did you drive home with Shavonne?

10        A    That's correct.

11        Q    Okay.  So you then coordinated with her

12   over the course of the -- the protest to meet back

13   up?

14        A    At the end of the protest when I left I

15   messaged her that I was ready to leave.

16        Q    And how long was your walk from where you

17   were back to your car?

18        A    Three blocks, maybe.  Not far.

19        Q    And then did you drive or did Shavonne

20   drive?

21        A    Shavonne drove.

22        Q    And then you were assigned to cover the

23   protest the following day as well, May 31st,

24   correct?

25        A    That is correct.

AB Litigation Services

1      Q      Okay.  And is it Shavonne who again asked

2   you to cover?

3      A      That is correct.

4      Q      And did you raise any concerns to Shavonne

5   based on the injuries that you received on May 30th?

6      A      I believe we had a discussion about the

7   indiscriminate use of force on protesters, and

8   that's why I put a helmet on, to help indicate to

9   officers that I was there as a journalist.  But it's

10   still my job to cover.

11      Q      I'm not sure that's fully responsive to

12   the question, so I'm going to ask it again.

13             Did you raise any concerns regarding the

14   injuries you received and your ability to cover the

15   protest on May 31st?

16      A      No.  No.

17      Q      And were you still suffering any effects

18   from the injuries that you received on May 30th the

19   following day?

20      A      No.

21      Q      So you were able to breathe fine?

22      A      Pretty much back to normal, that is

23   correct.

24      Q      And with respect to the injury on your

25   arm, you were able to lift at least a camera.

*AB Litigation Services*

1        A      Yeah.  Definitely.

2        Q      And I assume these conversations with

3   Shavonne took place in your home since you guys

4   share a location --

5        A      Yeah.  The office --

6        Q      -- is that correct?

7        A      The office is here, too, so it's a

8   live/work space.  So we spoke in the office.

9        Q      And are you aware if Shavonne is a member

10  of Black Lives Matter or any related organizations?

11       A      I'm not aware of what organizations she is

12  or is not a part of.

13       Q      And have you known Shavonne since 2017?

14       A      2016, when we went to Standing Rock.

15       Q      And can you describe her physical

16  appearance?

17       A      She's tall.  What, five-nine, something

18  like that.  Red hair.  She's a white woman,

19  Caucasian.  I couldn't speculate on her weight.

20  Maybe 135, 140.  I have no idea.

21       Q      And did you let anybody else know besides

22  Shavonne that you'd be attending the protest on

23  May 31st?  Any friends?

24       A      I don't recall.

25       Q      And when did you arrive at the protest?

*AB Litigation Services*

1      A     Midafternoon.  I'm not 100 percent sure of

2    the time.

3      Q     And do you recall what you did in the day

4    prior to going to the protest?

5      A     Regular morning stuff.  Pack a bag, I made

6    sure that my helmet had "Media" written on it four

7    times in large letters, changed out my goggles for

8    better ones that fit better, and that was it, and I

9    went down to the protest.

10      Q     And regarding the previous day, May 30th,

11    were you wearing your goggles at all times?

12      A     I tried to, but as I testified, they were

13    permeable edges, so the tear gas would seep in, and

14    then it didn't help, so they would be on my head or

15    on my eyes depending on the moment.

16      Q     And what kind of goggles were they?

17      A     I'm not aware of the brand or type.

18      Q     Are they like swimming goggles or for like

19    a particular sport?

20      A     I have no idea.  It's a manufacturing

21    company that does goggles for all kinds of uses, and

22    I -- I think I ordered -- K something?  KM, maybe?

23    I have no idea.

24      Q     So you switch out the goggles on May 31st

25    given the issues.  What goggles are you using on

```
 1   May 31st?

 2        A    I believe these are swimming goggles.

 3        Q    And in addition to the swimming goggles

 4   and the helmet, what other equipment are you

 5   carrying on May 31st?

 6        A    I believe they might have been snowboard

 7   goggles, because they also had a -- like a black

 8   shield, you know?  And there's also a photo of those

 9   with my media helmet on with my declaration so you

10   can see those better.

11            But I had all the same equipment, exactly

12   the same, except I was wearing gray pants instead of

13   black and I had my white media helmet that said

14   "Media" on it four times.

15        Q    And you're carrying the same camera bag

16   with the same camera, correct?

17        A    That is correct.

18        Q    And how did you travel to the protests on

19   May 31st?

20        A    I drove myself.

21        Q    So you did not go with Shavonne on the

22   31st?

23        A    No, Shavonne stayed home that day.

24        Q    And do you recall where you parked?

25        A    I do not.  Same general area.  There -- I
```

*AB Litigation Services*

1    remember I was next to a church, but I don't recall

2    the name of the church.

3         Q    And do you recall checking social media to

4    find out where people were meeting up with respect

5    to the protests on May 31st?

6         A    No.  The assumption is that they were all

7    going to be at the same area of the Capitol, so no.

8         Q    So then without, again, getting into

9    detail, just giving me locations, can you take me

10   through the locations you visited on May 31st?

11        A    Yes.  I got to Civic Center Park and

12   looked around, took some photos.  I noticed that

13   there were several independent, small marches taking

14   place through downtown.  I followed one that went

15   down Blake, circled around, came back up to the

16   Civic Center Park, kind of dispersed.

17             I sat on the -- right by that fountain

18   that's on the corner of, what, Colfax and something.

19   Colfax and Broadway, I believe it is, there's a

20   large fountain there, or there was a large fountain

21   there, statue.  Maybe it's still there.  No idea.

22   But I sat there for a while and watched people just

23   move around.  I was there for probably 45 minutes or

24   an hour.  Half an hour?  No idea.

25             Then I noticed everybody gathering at the

1   Capitol.  The crowd was getting thicker.  I went up

2   and sat in the same area of Colfax and Lincoln north

3   of the Capitol, and then the protest activity began,

4   large march moving up Colfax east, which I followed.

5           A few blocks down there was a -- some

6   officers in one of the side streets to the north,

7   and flash-bang grenades went off relatively close to

8   me, preventing me from continuing.  There was a bit

9   of an engagement with protesters trying to get

10  around the officers and continue their march, which

11  I eventually did.

12          I followed a group that were marching.  I

13  was filming and taking photos.  I don't remember the

14  streets that we traveled, but I circled back around

15  with them and came to a standstill at the -- the

16  gyro place, the gyros restaurant.  There were

17  officers attempting to break the march that were

18  stretched all the way across Colfax, all the way

19  behind the gyro location.

20          I witnessed officers facing east launching

21  flash-bang grenades and pepper balls at folks that

22  were on Colfax.  I had moved down a side street

23  trying to get around the gyro location, and I

24  noticed there were officers behind the gyro

25  location, as well, preventing anybody from going

1    around that building.

2              I stood at the edge of the parking lot

3    from the gyro location to where it becomes a house,

4    and officers marched towards me, and I'm on video

5    telling them, I'm media, I'm media, and they're

6    aiming at me, so I decided to back away because it

7    didn't seem like they were going to allow me to do

8    my job.

9              I went down to an alley that's south of

10   that location and cut west to get around that

11   blockage.  In that alley I saw a Univision team also

12   recovering from whatever they had been through.

13             Then I cut north again back to Colfax, and

14   that's where I saw protesters pushing trash cans

15   into the street to prevent themselves from being

16   shot by the police.

17             I was there by myself when a friend, who

18   was also a street medic, saw me and came over.  Her

19   name is Chelsea Himmelbrand, she goes by Skye, and

20   she was there in shorts with big red crosses on her

21   chest and back and carrying an umbrella, a

22   see-through umbrella, and I was standing with her

23   talking about the protest and seeing what she was

24   experiencing as a street medic when I was shot in

25   the testicle, and I doubled over in pain and I

1   yelled an expletive live on air, that you could see

2   the rubber bullet bounce off of me, and you can see

3   my friend reach down to grab it as I turned to run

4   away.

5          And then from there to when I had to leave

6   because the pain was increasing and my testicle was

7   expanding and swelling, it seemed like I was trying

8   to cope and still do my job, but then I ended up

9   having to leave.  After the kettling situation at

10  the basilica, officers came from the east and west

11  and pushed everybody into a side street, and then I

12  went home.

13       Q    Okay.  Again, we're going to need to go

14  back through and get some more detail because you --

15  you described quite a bit of events there.

16          So starting again with your arrival in the

17  downtown area on May 31st, you indicated you joined

18  a small march and -- and spent some amount of time

19  at a fountain?

20       A    I --

21       Q    Did you observe any uses of --

22       A    I indicated that I followed a march to

23  documented.  I did not join a march.  I was not

24  there to protest, I was there as a journalist.

25       Q    Thank you for clarifying.

*AB Litigation Services*

1          So you followed a march and then you sat

2    at a fountain for approximately 45 minutes.  Did you

3    observe any police uses of force at this time?

4          A    I did not.

5          Q    And what was the -- the scene nearby you?

6          A    People milling about, people protesting,

7    signs, people talking.  There wasn't a lot going on.

8    It was relatively calm.

9          Q    And approximately how long are you in the

10   downtown area before force kind of starts to start

11   up?

12              MS. WANG:  Objection.  Form.  Vague.

13              You may answer.

14         A    I'm not sure how long I was there.  Do you

15   mean the time I was sitting in the middle because

16   nothing was going on?  I don't recall how long I was

17   there from beginning to when things began.  I feel

18   like it might have been an hour or two before curfew

19   was supposed to start when the police started

20   mobilizing.

21         Q    (By Ms. Hoffman)  And when did you arrive?

22         A    Midafternoon.  I'm not 100 percent sure.

23         Q    And do you take photographs in your

24   capacity as a journalist?

25         A    I did.  They're -- they're probably

*AB Litigation Services*

1   included in my -- I have no idea where they're at,

2   but, yeah, I did take photos.

3       Q    Did you also take videos?

4       A    The first half of it, I'm not sure if I

5   took video.  The second half of it I was taking

6   video, which is why there's a video of me being shot

7   in the testicle.

8       Q    And was that a stream that was uploaded

9   online?

10      A    That is correct.  There was a Facebook

11  Live.

12      Q    And would that be from your personal

13  account or -- or a private account?

14      A    I don't recall.

15      Q    So breaking down some of the events that

16  you described, in the area of Colfax and Lincoln I

17  believe you described some flash-bang grenades; is

18  that correct?

19      A    No.  I said that I was standing to the

20  north of the Capitol, that same corner of Lincoln

21  and Colfax, and a march began to move east on

22  Colfax.  And it was a block or two, three blocks

23  when the flash-bangs began from a side street.

24      Q    And where were the officers?

25      A    They were north of Colfax in one of the

1   side streets.  I'm not familiar with all those small

2   streets, so I couldn't tell you which one it is, but

3   I could see it on a map.

4        Q    And approximately how many officers were

5   there?

6        A    I can't speculate on that.

7        Q    Approximately how many protesters were

8   there?

9        A    The crowd was pretty thick.  I would guess

10  several hundred, maybe up to even a thousand.

11       Q    And what were the protesters doing?

12       A    Chanting, protesting.

13       Q    And did you see -- were any of the

14  protesters carrying any equipment?

15       A    Not that I'm aware of.  Nothing that stood

16  out.  No weapons.

17       Q    Did you see -- did you see any protesters

18  carrying golf clubs?

19       A    I don't remember seeing any golf clubs at

20  any point ever.

21       Q    Lacrosse sticks.

22       A    No.

23       Q    Rocks.

24       A    No.

25       Q    Did you see any protesters vandalize any

1    properties?

2       A    I did not see any protesters vandalize

3    property, but I saw a guy that looked like he had

4    just finished doing graffiti behind a bush against a

5    brick wall.

6           MS. HOFFMAN:   Okay.   Can we take a quick

7    break?   Just a few minutes.

8           THE DEPONENT:   Sure.

9           (A recess was taken from 3:04 p.m. to

10          3:08 p.m.)

11      Q    (By Ms. Hoffman)   Mr. Duran, I'd like to

12   show you a video, so hopefully I can pull off the

13   screen share successfully.   And for the record, this

14   is Fitouri 203.

15          THE COURT REPORTER:   Is this an exhibit?

16          MS. HOFFMAN:   I believe it's -- it's -- I

17   don't believe it needs to be entered into -- as an

18   exhibit.   It's part of the documents in this case.

19          (Video played.)

20      Q    (By Ms. Hoffman)   So Mr. Duran, is that

21   your voice?

22      A    It is my voice.

23      Q    Okay.   And that's your Facebook Live that

24   you were describing earlier?

25      A    That is correct.

1        Q     Okay.  And do you recall seeing

2    individuals vandalize?

3        A     I didn't recall, but that video reminds me

4    that did happen.  I was offended because that is a

5    popular LGBT establishment, which is why I said,

6    Leave gay bars alone, guys.

7        Q     And you did mention in that video

8    encountering vandalism in general.  Do you recall

9    seeing vandalism at any other spots?

10       A     The one I mentioned.

11       Q     Behind the bush, or near the bush?

12             (No verbal response.)

13       Q     Anything else?

14             (Interruption by the court reporter.)

15       A     I said yes.  And no, I don't recall any

16   other spots.

17       Q     (By Ms. Hoffman)  Do you recall seeing

18   individuals with fireworks?

19       A     I recall seeing fireworks.  I don't recall

20   seeing anybody lighting fireworks or where they came

21   from.

22       Q     I'm going to show you another snippet, if

23   you'd just bear with me.

24             (Video played.)

25       Q     And do you recall making that comment?

1      A     I didn't recall making that comment, but

2   apparently I did, which is what I indicated, that I

3   saw fireworks but I didn't see anybody lighting them

4   off.

5      Q     Did you see them shooting up into the sky?

6      A     That's what I said.

7      Q     And approximately how many fireworks did

8   you see?

9      A     I was not counting fireworks.

10      Q     I'm obviously not asking you to give an

11   exact amount of fireworks, but can you give a rough

12   estimate?

13      A     Over the course of the night?  The entire

14   night?

15      Q     Yes.

16      A     No, I couldn't offer an estimate that

17   would ...

18      Q     And did you see any fireworks launched in

19   the direction of police officers?

20      A     It's possible that might be on video.  I

21   don't recall specifically seeing anybody launch

22   anything at officers.  Fireworks at officers.

23             And also, because of the flash-bang

24   grenades, a lot of times we couldn't tell if they

25   were fireworks or flash-bang grenades.  I'm not a

1    trained pyrotechnician person.

2        Q    So going back to the incident that you

3    were describing with -- with police officers

4    shooting flash-bangs and -- what else did you

5    describe at the Colfax-Lincoln area?

6        A    East of Colfax and Lincoln, a few blocks

7    down, there were flash-bang grenades, and then there

8    were clouds of smoke, which I assume were tear gas.

9             Could definitely hear popping sounds that

10   sounded like pepper balls, but I wasn't struck with

11   any of those so I couldn't testify to whether that

12   was happening.  I was also told that there were

13   pepper balls being shot from the roofs above us.

14       Q    Okay.  Did you see -- did you see officers

15   on the roof?

16       A    I did see officers on two or three

17   different rooftops.

18       Q    Okay.  And did you see officers actually

19   shooting from the roofs?

20       A    I did not.  It was dark and they're

21   wearing clothes to camouflage their identity and

22   location, and my camera is not good enough to zoom

23   in on that.

24       Q    But would some of these weapons have

25   bright lights or bangs?  Is that fair to say?  For

1    example, flash-bangs.

2        A    I can't -- I can't -- flash-bang explodes,

3    so you can see where it lands, but you can't see

4    where it originates from.

5            I'm also not a trained weapons expert, so

6    I can't speak to what these officers' weapons do

7    when they're fired.

8        Q    Of course.

9            So you indicated you were not struck

10   with -- with any pepper balls at this location; is

11   that correct?

12       A    That's correct.

13       Q    Were you struck with any weapons at this

14   location?

15       A    I was hit with some of the tear gas.

16       Q    And approximately how long had you been

17   there when you were hit with the tear gas?

18       A    I don't recall.

19       Q    Were you wearing your goggles?

20       A    I was.

21       Q    And how were these goggles?

22       A    A little better than the ones before, but

23   not great.  And also, tear gas can get into your

24   mouth and nose, and my mask situation didn't work as

25   well as I had hoped, so I definitely inhaled.

AB Litigation Services

1        Q      Okay.

2        A      Sorry, I had a Bill Clinton joke in my

3    head.

4        Q      How did you feel after inhaling tear gas?

5        A      How bad?

6        Q      How -- how bad?  What hurt?  Can you

7    describe it?

8        A      The tear gas is supposed to make you cry.

9    It's a little bit of a burn.  It creates a heat

10   sensation, it makes breathing difficult, skin

11   irritant.  So, yeah, I just felt generally bad.  But

12   it wasn't in my eyes, and I didn't really inhale too

13   much through my nose.  It was like throat -- throat

14   burn.

15       Q      So not in your eyes but a little bit of a

16   throat burn?

17       A      (Indicates by nodding.)

18       Q      And how long did the throat burn persist?

19       A      I don't recall.

20       Q      Minutes, hours?

21       A      It was there the entire time I was there,

22   but my body stopped paying attention to it after I

23   was shot in the testicle with the rubber bullet,

24   about 35 minutes later, so ...

25       Q      And were you able to continue to speak

*AB Litigation Services*

1   without difficulty?

2        A    To some degree, yeah.

3        Q    And you were -- continue.

4        A    I was not gagging.

5        Q    And you were able to continue your live

6   broadcast, correct?

7        A    I was, definitely.

8        Q    Did you see any protesters throwing

9   objects at police at this location?

10       A    I did not see anybody throw anything at

11  the police directly, but I definitely saw one or two

12  put little, like, water bottles in the air, and I

13  definitely saw at least one person kick a canister

14  back towards the police after they had launched it

15  at the crowd.

16       Q    And did you encourage protesters to do

17  that?

18       A    I was there as a journalist, not as a

19  protester, and I did not encourage anybody to commit

20  any acts of violence.  I would not.

21       Q    So after you inhale the tear gas, do you

22  step off to the side?

23       A    I was standing by a restaurant on the

24  corner.  I don't remember where that was, but I

25  stood there for a while and aired out my eyes.

1          These were the goggles that I told you

2    were dark, so I had to take those off because I

3    couldn't actually see later, but I was glad I was

4    wearing those when I was tear gassed the first time.

5         Q    And how long do you -- are you off to the

6    side?

7         A    I don't recall.

8         Q    And are you with anybody at this time?

9    Anybody you knew.

10        A    I was there by myself.

11        Q    And did you stop your live broadcast when

12   you take the break, or do you continue?

13        A    I believe I took a break.  There were at

14   least two broadcasts that I did that I recall.

15        Q    Do you recall receiving any curfew

16   notifications?

17        A    I don't.

18        Q    Let's see.  At some points in time do you

19   end up in the area of Colfax and Emerson?

20        A    I believe so.  But I'm not from downtown

21   Denver, I'm not familiar with the area, so I can't

22   speak to the actual street names I was on.

23        Q    If I can just have a minute.

24             And this -- this question excludes any

25   conversations that you had with your attorney, but

*AB Litigation Services*

1   do you recall preparing -- or do you recall

2   reviewing a response to Denver's first set of

3   interrogatories on your behalf?

4        A    Can you repeat that?

5        Q    I'll just pull it up.  That's probably

6   easier.

7             Sorry that I have to get up so close to

8   the computer.  I'm blind, so that is why I'm doing

9   that.

10            Okay.  Can you see that?

11       A    Yes.

12       Q    Okay.  So I'm directing you to about

13  halfway through the page, it says, March went down a

14  side street and De La Vaca followed, continuing to

15  do his job as a journalist.  Do you see what I'm

16  reading?

17       A    100 percent.

18       Q    So if you could read the next two lines to

19  yourself and let me know when you're done.

20       A    Done.

21       Q    Okay.  Great.

22            So fair to say that in your response to

23  interrogatories you are alleging that you observed

24  officers kettle protesters in the area of Colfax and

25  Emerson; is that correct?

*AB Litigation Services*

1          A     That's correct.

2          Q     Okay.  So I want to get to how you arrived

3     at Colfax and Emerson.  If you could just take me

4     through what street you took to end up there.

5          A     As I testified earlier, after the

6     flash-bang incident, we followed -- the march split

7     in half, different directions.  The march went down

8     a side street, which I don't know what street that

9     is.  I continued down it, live streaming and taking

10    photos.  It circled a couple of blocks, and I don't

11    know which streets those were.

12             We ended up back on Colfax, and I was

13    headed west on Colfax, which was where I came across

14    those officers breaking the -- the march again,

15    dividing people in half, what I -- what I call

16    kettling, and that's where I told you was at the

17    gyro location.  I was west of the gyro location.

18         Q     What is your understanding of the word

19    kettling?

20         A     That's when officers come from multiple

21    sides to corral protesters into a specific area,

22    either for arrest or to force them into a specific

23    direction for crowd control.

24         Q     And how are you familiar with that term?

25         A     I'm a journalist.  My job is to understand

*AB Litigation Services*

```
 1   a lot of things.

 2        Q    Have you documented incidents of kettling

 3   previously in your journalism career?

 4        A    I've seen other incidents of kettling in

 5   my journalism career.

 6        Q    And with what departments?  With what

 7   police departments?

 8        A    I don't recall.

 9        Q    And the side street that took you to

10   Colfax and Emerson, there was no police barricades

11   on that street, correct?

12        A    Not that I recall.

13        Q    So do you recall where the police

14   barricades were set up?

15        A    I never indicated there were barricades.

16   What I indicated was there was a line of officers

17   across Colfax and behind the gyro location,

18   preventing folks from continuing in their

19   constitutionally-protected march.

20             That would have been westward down Colfax,

21   which is why, as I testified, I went south behind

22   the gyro location, but officers continued

23   threatening me with their firearms and I went

24   through the alley.

25             There were no police barricades, there
```

1    were police bodies and police vehicles.

2             MS. HOFFMAN:  If we could just go off

3    record for one minute while I just pull up another

4    video.

5             (Pause.)

6             MS. HOFFMAN:  If you don't mind, if we can

7    take a one-minute break, that would probably be most

8    efficient.

9             (A recess was taken from 3:24 p.m. to

10            3:27 p.m.)

11    Q    (By Ms. Hoffman)  Mr. Duran, I'm going to

12    share this with you.

13            (Video played.)

14    Q    And is that the location where you were

15    claiming that -- that kettling was occurring?

16    A    That is not.

17    Q    That is not.

18            What did you see at the location I showed

19    you?

20    A    I don't recall.

21    Q    And in the location you showed me, you

22    were pointing out police blocking off two different

23    streets, correct?

24    A    That's what appears to be happening.

25    Q    Okay.  And in the video you indicate that

*AB Litigation Services*

1   they're doing that to corral protesters, correct?

2        A    That's what I said.

3        Q    Okay.  And did you see any protesters

4   being corralled in that video?

5        A    I don't recall.

6        Q    And you were able to enter and exit that

7   location without any issues, correct?

8        A    I don't recall.

9        Q    Did you see yourself encounter any issues

10  on the video?

11       A    I didn't see the whole video.

12       Q    Did you see yourself enter that location

13  without any issues on the video?

14       A    No, I did not see myself enter.  I saw

15  myself in the area.

16       Q    You didn't see yourself walk into that

17  intersection?

18       A    I saw myself in the intersection.  I

19  didn't see myself walking into the intersection or

20  where I came from.

21            I don't recall that incident.  It was over

22  a year ago, and as I indicated when we began, there

23  was only certain videos that I reviewed, which is

24  the one where I was shot in the testicle -- in my

25  testicle with a rubber bullet.  I didn't review

*AB Litigation Services*

1    these other videos.

2         Q     Okay.  So where were you when you

3    described that the officers -- where you believe

4    that officers were pointing firearms at you in a

5    threatening manner?

6         A     At the gyro location.

7         Q     Gyro location.  And do you have a street

8    address for that?

9         A     I don't.

10        Q     And were you with anybody else at that

11   location?

12        A     I was not.

13        Q     And were you still Facebook streaming,

14   live streaming?

15        A     I believe I was, but I'm not certain.

16        Q     And approximately how many officers

17   approached you?

18        A     There was a line across Colfax that

19   stretched behind the gyro location.  There must have

20   been 20 to 30 officers, and they moved forward

21   toward me, which was eastward, both up Colfax and

22   behind the gyro location with their weapons drawn,

23   and so there was probably 10 to 15 in that parking

24   lot behind the gyro location.  And I can't tell you

25   how many of those were actually aiming directly at

1  me, but it was enough that I felt threatened and

2  left the area.

3      Q    And did anybody discharge a weapon?

4      A    They had been discharging weapons.  On the

5  video that I recorded before I went to that -- right

6  behind that gyro location there was flash-bang

7  grenades and popping sounds, indicating pepper

8  balls, but when I was standing there and I felt

9  threatened, I had not been shot at and I don't

10  remember any more shots happening at that moment.

11      Q    Did any officers discharge any weapons at

12  you?

13      A    At me, no.

14      Q    Did any officers make any comments

15  threatening to discharge any weapons at you?

16      A    Aiming a weapon at somebody is a threat.

17      Q    Okay.  The question is did anybody make

18  any verbal comments?

19      A    There were no verbal comments, which is

20  more threatening.  A warning would be helpful.

21      Q    And then where were you when you were shot

22  in the groin area?

23      A    I was east of the basilica, but west of

24  the gyro location.

25      Q    And to the best of your memory, from the

*AB Litigation Services*

1   gyro location where -- the incident you just

2   described, are you then going to the east of the

3   basilica, west of the gyro location, where you were

4   then shot in the groin?

5        A    That's correct.

6        Q    Okay.  So no other locations or stops or

7   breaks.

8        A    As I testified, I had to go south from the

9   gyro location, because the officers had blocked off

10  the area, and I took an alley westward to the next

11  block, and then I cut back up to Colfax.

12       Q    And did you run into anybody at the --

13  east of the basilica west of the gyro place

14  location?

15       A    Run into anybody?

16       Q    Run into anybody you knew.

17       A    I did not, but a friend ran into me.

18       Q    And is this Skye?

19       A    This is Skye.

20       Q    How do you know Skye?

21       A    Skye's a longtime friends.  She works in

22  the area.  Her boyfriend's a law student.  I just

23  know her from the community.

24       Q    And did you run into anybody else you

25  knew?

1      A      Not that I recall.  I believe she was with

2    her boyfriend, but I didn't have a chance to speak

3    with him.  They were in a small group of street

4    medics that were trying to help out.

5      Q      So she was acting in a street medic

6    capacity?

7      A      That's correct.

8      Q      And approximately how many protesters are

9    at this location?

10     A      Indeterminate amount.  There were folks in

11   the area pushing trash cans into the street directly

12   in front of me on camera.  It looked like 7 to 10

13   people, behind me there were more, but I don't know

14   where they were going or what they were doing

15   because I was facing east documenting them pushing

16   the trash cans into the street and the police there

17   engaging.

18     Q      Anything else that you saw pushed onto the

19   street?

20     A      Yeah, I think there were fences.  I'm not

21   sure where those came from.  I assume they came from

22   Tom's Diner, which had been recently closed down and

23   had been boarded up and stuff.

24     Q      And where were the police approaching from

25   and from what direction?

*AB Litigation Services*

1        A        They were from the west.  Oh, I'm sorry.

2    No, the east.  The east.  Yes, because I was -- I

3    was headed west.

4        Q        So coming east from the basilica area?

5        A        No, that's west.  They were coming east

6    from behind the gyro location.  I had circled around

7    them through the alley, and so they were behind me

8    to the east and then had turned to engage the

9    protesters that were putting the trash cans in the

10   street, which would -- then the officers were facing

11   westward.

12       Q        Did you see any protesters throw anything

13   at this location?

14       A        I did not, but on reviewing the video I

15   definitely saw at least one water bottle in the air.

16   I did not see it launched that I recall.

17       Q        Do you recall any warnings being given?

18       A        I don't recall any warnings being given.

19       Q        And were you able to make any observations

20   of the police officers in terms of what they're

21   wearing or equipment they're carrying?

22       A        I believe I said they were dressed like

23   Stormtroopers.  All black, black face masks,

24   couldn't see their faces, their eyes, their badges,

25   you couldn't see names.  There were no identifying

1   marks, no numbers.  It said Police on the chest I

2   believe.

3          Did somebody drop out?  Oh, Makeba dropped

4   out.

5          They didn't have even the name of their

6   city, so you couldn't really determine if they were

7   Aurora Police or Denver.  It appeared to be a

8   willful obfuscation of identification on the part of

9   the officers.

10      Q    Can you describe the pain you felt when

11   you were struck?

12      A    Yeah, it was horrific.  At first I

13   screamed an expletive live on air and I had to get

14   my brain right to not cuss like that.  I said I was

15   shot in the dick.

16          And it felt like -- I think I joked that

17   it was -- it felt like the first time that you were

18   really kicked hard in the balls, but it ended up

19   worse than that.  It's the kind of injury where it

20   grows over time, it gets more severe, becomes more

21   intense.

22          I tried to cope to continue doing my job,

23   but I couldn't, and eventually I just had to leave.

24          Like the entire abdomen, groin are on

25   fire, it hurts severely, you can't walk right.  I

*AB Litigation Services*

1   was check -- I was in the dark, in the street in

2   chaos, trying to check myself for blood or leaking

3   fluids.

4           As I said, I was an EMT, so I was like,

5   Well, my testicle's still there.  I don't know

6   what's going on in the inside, but it's the worst

7   pain I felt in my life.

8       Q    And were you able to walk after that?

9       A    Barely.  I was -- I was holding myself

10  and -- and trying to walk.  I had to get out of

11  there.

12          And as I said, I was coping, but at some

13  point as I was leaving I -- I literally had to stop,

14  unzip my pants.  I tried to sit down.  And I met two

15  street medics who were unaffiliated with the group

16  that I knew, and they came up to me because I was

17  sitting there, and they asked me for a ride home.  I

18  told them I couldn't, that I had just got shot with

19  a rubber bullet in my groin, and they offered me

20  acetaminophen and ice packs, which is the only way I

21  made it home.  They -- they helped.

22          And because they provided that I felt bad

23  leaving them there.  Even though I was in pain, I

24  did drive them a few blocks out.  The Ubers and

25  Lyfts were not coming to the area because of the

1    police presence and the activity.  So I dropped them

2    off somewhere, I don't recall where, and then I --I

3    hop --I indicated I hopscotched home, pulling over

4    out of pain until I made it.

5        Q    And were you also able to run from the

6    police?

7        A    I was not able to run, no.  I -- I walked

8    as quick as I could, as a lot of people were running

9    past me at the corner where that kettling happened

10   at the basilica, and I think I indicated that paddy

11   wagons were coming from the east, and other

12   officers, and the other police that had just shot me

13   in the testicle were coming from the west, so

14   everybody cut down that side street.

15           That's where I went, and you can see me

16   walking backwards slowly, and then I said that I had

17   to leave and go home because I couldn't continue

18   anymore.

19       Q    And approximately how long did you

20   continue to -- to work after the injury?

21       A    That was like 10 minutes, 15 minutes,

22   maybe.  It wasn't really that I was there to work,

23   there was just too many people to really get out,

24   and I wasn't sure where the police were coming from.

25           I was actively trying to find safe spaces

*AB Litigation Services*

1   to stand as I walked away, because I had to keep

2   taking breaks as I was leaving because the pain was

3   too severe.

4       Q    You would agree with me that you were able

5   to continue the Facebook Live stream for an

6   additional 10 minutes.

7       A    So I was continuing to film while holding

8   my -- on the video you can hear me say there's no

9   blood or fluids, because I'm actively checking

10  myself while I'm trying to walk away.

11          I stepped onto the basilica steps because

12  it looked like a little recess to hide in, filmed on

13  both sides, and then I tried to walk away when the

14  kettling happened, and then I indicated on the video

15  I can't continue.  I'm in too much pain, I've got to

16  go home.

17      Q    And was Skye or any of the other medics

18  able to provide any on-scene aid?

19      A    We got separated.  I walked away because

20  they were trying to help people, and you can hear

21  her on the video yelling, Medic, eye wash, tear gas,

22  or something like this, and I --I walked away

23  because I was in too much pain.  I was actively

24  trying to get away from the situation.  I was -- I

25  was in fear for my personal safety.

*AB Litigation Services*

1      Q      Okay.  So you walked away from the medics?

2      A      I walked away from everybody.  I was

3   trying to get to my car.

4      Q      And in trying to get to your car, is that

5   your testimony, when you encountered another

6   incidence of kettling?

7      A      When the -- when I was at the basilica and

8   the recess of the basilica on the steps, a kettling

9   incident happened, and everybody had started running

10  down a street.  And I moved around a side street

11  because I didn't want to be anywhere near the

12  officers after what had just happened to me.

13     Q      And can you give me the address where you

14  observed that occur?

15     A      I cannot.

16     Q      You were still live streaming at this

17  time?

18     A      Yes, that's within the same 10 minutes.

19     Q      So if there was a kettling incident, it

20  would have been captured on your live stream,

21  correct?

22     A      That's correct.

23     Q      And did you see any protesters be arrested

24  at that time?

25     A      I did not.  I left.

1      Q     So you were able to -- to evade the

2   kettling by going down a different street.

3      A     Luckily, I was standing on the corner and

4   I was very close to the side street, and as it began

5   to happen and everyone started running down the side

6   street, I followed.  It's on video.

7          And -- and so yes, I was able to avoid --

8   I mean, kettling, you can't say I avoided the

9   kettling, because they did exactly what they wanted,

10  which is to force people down a different path.

11         The kettling incident happened, I was in

12  the middle of it, but I don't know who was arrested,

13  and I was not arrested.

14     Q     But you were able to avoid being corralled

15  by going down a different street, correct?

16     A     The point of that kettling move was to

17  force people down a side street.  So I was not --

18     Q     My question --

19     A     -- down a side street.

20         MS. WANG:  I'm sorry.  Stop interrupting

21  my client.  Are you finished, Mr. Duran?

22     A     I was trying to explain the kettling

23  incident is from east to west to force people into a

24  side street and out of the main group that was

25  there, so by -- by the fact of me being there in

1   between officers, I was subject to the kettling

2   incident, and they forced us down a side street,

3   which is the intention of that kettling move.

4        Q     (By Ms. Hoffman)  My question is you were

5   able to avoid being corralled by going down a

6   different street, correct?

7        A     I -- asked and answered.

8        Q     Sir, it's up to your attorney to raise

9   objections and, frankly, you didn't answer my

10  question.

11           MS. WANG:  He did answer your question.

12  You can -- you can try -- you can answer her

13  question again.

14       A     I was corralled down a side street.

15       Q     (By Ms. Hoffman)  Okay.

16       A     The corralling down a side street is the

17  kettling move.

18       Q     At no point in time were you trapped by

19  the police, correct?

20       A     I was not trapped.

21       Q     And you walked to your car at this point?

22       A     Hobbled to my car, but yes.

23       Q     And how far away was your car?

24       A     Same distance as the night before.  I

25  parked in the same basic area, about three blocks,

1   four blocks.  Took me 40 minutes to walk to my car,

2   30 minutes.  Painful.

3        Q     And where do you run into the medics?

4        A     I don't recall.

5        Q     Do you know the medics' names?

6        A     I do not.

7        Q     But you provided them a ride home?

8        A     I did.

9        Q     And how many medics were there?

10       A     There were two.  I didn't provide them a

11  ride home, I dropped them off at a gas station.

12  They just needed to get out of the area so they

13  could summon a Lyft or an Uber.

14       Q     Were they male, female, combination?

15       A     I didn't ask them their gender or sexual

16  identities.

17       Q     And after you dropped them off at the gas

18  station, you then drive back home?

19       A     Yes.

20       Q     Okay.

21       A     I pulled over twice on the way home just

22  dealing with pain.

23       Q     And at what point in time did you go to

24  the doctor for pain?

25       A     I did not go to the doctor for pain.  As a

1   medic myself, as a former EMT, I -- I examined

2   myself, and I contacted my medical provider.  I

3   don't have health insurance, I have health care,

4   it's like preventative, and we have a telemedicine

5   situation set up.  Because it was a pandemic it's

6   all on the Spruce app, and I messaged her.  I said,

7   This is what happened, this is what I feel, this is

8   what it looks like.  What do you think?  And she

9   gave me advice through telemedicine.

10          Q    If you'd just give me one minute.

11               (Pause.)

12          Q    Can you see that?

13          A    Yes that would be my Nextera Healthcare.

14          Q    Okay.

15          A    It's blurry.  I can't read it.

16          Q    Is that better?

17               MS. WANG:  It's still blurry for me.

18          A    Yeah, it's still blurry there.  Nice.

19          Q    (By Ms. Hoffman)  Okay.  Is that better?

20          A    Yes.

21          Q    Okay.  Let me know when you want me to

22   scroll down.

23          A    You can scroll.

24          Q    Okay.

25          A    Good.

1      Q     Okay.  Okay.  And that was the -- the

2    message with a doctor that's provided through your

3    health plan that you described.

4      A     Yes, through my health -- health care

5    information.  Dr. Carrie Wilcox, I reached out and

6    said, This is what happened to me, what should I be

7    looking out for?  Seeking advice.

8      Q     And was there any follow-up to the

9    messages that you just viewed?

10     A     There was not.

11     Q     And what we -- we read there was that the

12   swelling started to go down after you took two

13   acetaminophen within an hour of the incident; is

14   that correct?

15     A     I'm not sure what date that message was.

16   It might have been the next morning.  Do you have

17   the time stamp on that?

18     Q     Sure.

19     A     You can just read it.  You don't have to

20   show us again.

21     Q     The time stamp -- or the date reads

22   June 2nd of 2020.  I'm happy to share again.

23     A     That's perfect.  Yeah, it sounds like two

24   days later, as my swelling was going down, I -- I

25   reached out, still kind of concerned.  I was shot on

1    May 31st.

2        Q    So in addition to following up via -- via

3    text message with Dr. Wilcox, you never went in

4    to -- to see a doctor or hospital, correct?

5        A    No.  I'm a former EMT, I've dealt with a

6    lot of trauma patients, I've worked in an ER tech

7    capacity, so I have a very good understanding of

8    injury and pain thresholds, so for me

9    self-evaluation and monitoring myself were -- were

10   sufficient.

11       Q    So because of your -- your ER past, you

12   were able to review your injuries and did not

13   believe that there was anything substantial that

14   required following up in person with a doctor; is

15   that correct?

16       A    That's correct.  Going to a doctor would

17   cost me money, and they would review my testicle,

18   tell me that it's swollen, and give me some ice

19   packs and then charge me $3,000.

20       Q    How was your pain the following day,

21   June 1st?

22       A    My pain was substantial.  I could not walk

23   correctly for two to three days.  The pain was going

24   down and the swelling was going down, but I could

25   feel the bruise in my testicle for almost a full

1   month.

2           I joked to a friend later that it's weird

3   how you don't notice your -- your testicles until

4   they're injured.  They bounce around so much, never

5   even notice them.

6       Q    When would you say that you no longer felt

7   any pain?

8       A    Probably almost a full month.  It was 20,

9   25 days before I felt like I could walk normal,

10  before I could run, do any kind of sports activity,

11  stuff like that.

12      Q    And the ground injury seemed the most

13  severe, but did you have any longer-lasting effects

14  with respect to any of the other injuries that we've

15  covered today?

16      A    No, no lasting effects.

17      Q    Did you take any photos of your injuries?

18      A    I took photos of the pepper balls, I did

19  not take a picture of my testicles.

20      Q    Did you miss any work because of your

21  injuries?

22      A    Yeah, I was supposed to cover the rest of

23  the protest the following days, but not only could I

24  not do that, physically incapable, but also I was

25  scared to go down there.

1          Two days in a row being targeted by police

2   with media identification felt intentional, and I

3   didn't want to subject myself to a third one.

4          Q    Did you file a workers' compensation

5   claim?

6          A    I did not.  I'm on salary.  I didn't,

7   like, lose pay, I just couldn't do my job.

8          Q    And notwithstanding not being able to go

9   in and physically cover the protests, were you able

10  to write articles for your job?

11         A    I think I took two or three days off to

12  myself just to recover.  I'm a big bath guy, so I

13  sat in the bath a lot as I dealt with the trauma and

14  pain, and then I got in -- I think mid-June, we

15  called it the photo essay, so I was able to do some

16  photo editing later that week.

17         Q    And if I told you that you published an

18  article to the website entitled Class Action Lawsuit

19  Filed Against Police Department Alleges Police

20  Violations on June 5th of 2020, does that sound

21  right?

22         A    That sounds right, yes.  Later that week I

23  was doing some work.

24         Q    Let's see.  Did you suffer any emotional

25  distress as a result of this?

1       A    I'm in fear of Denver police and Aurora

2   police, definitely.

3       Q    Did you lose any sleep?

4       A    I want to say yes.  I'm a little bit of an

5   insomniac and I have anxiety, so it all kind of

6   works together to -- to make sleep difficult.

7   Trauma stays in my brain.

8       Q    And in addition to a fear of police, do

9   you believe that you suffered actual emotional

10  distress as a result?

11      A    100 percent.

12      Q    How long did the sleep issues persist?

13      A    I can't say.  I developed extra anxiety

14  because of my lung issues during the pandemic as

15  well, so for me it's been a nonstop horror show of

16  Am I breathing correctly?  What's going on?

17           I developed laryngopharyngeal reflux,

18  which I've never had any reflux/acid reflux issues.

19  Since that incident, ongoing.

20           I talked to my doctor about that later,

21  like, Where did this come from?  Is it anxiety?

22  I've had a lot more anxiety and digestion, neck

23  issues since the incidents.

24      Q    Okay.  Fair to say that some of these

25  issues that you were suffering anxiety from did not

1    relate to the protest?

2         A    I think they kind of combined.  Later on I

3    remember asking my doctor if it's possible that

4    being tear gassed and pepper sprayed on-site is what

5    created my anxiety and reflux issues.

6              Like even -- like right now I have throat

7    pain.  It's just nonstop for me at this point.

8         Q    And what doctor was that?

9         A    Carrie Wilcox.

10        Q    So that was another text exchange?

11        A    I'm not sure if it was a text exchange or

12   if it was over -- I think I did a telemedicine

13   video, and I don't know if those videos are

14   recorded.  But I definitely hit her up and said,

15   Look, I think I'm having shallowness breathing, my

16   throat hurts, and we talked about that.

17        Q    Do you recall when that conversation

18   occurred?

19        A    I don't.

20        Q    Was it weeks after the protests, months

21   after the protests?

22        A    I can't recall.

23        Q    And did she issue any diagnoses as part of

24   that telemedicine visit?

25        A    No.  No, no.  She said that it's hard to

1    tell where a reflux comes from.  It could be an age

2    thing, it could be an after effect of anything,

3    including anxiety induced, which my anxiety spiked

4    as well since then.  But she recommended Prilosec to

5    help keep my reflux down.

6         Q    And are you taking Prilosec at this time?

7         A    I take Tums.  I don't have a lot of trust

8    in pharmaceuticals, it stresses me out sometimes,

9    but Tums seems to work.  Helps, like, calm my belly

10   and keep everything in ...  It's easier to get, too.

11   It's cheaper.

12        Q    Fair.

13             Any other follow-up after your

14   telemedicine visit with Dr. Wilcox?

15        A    No.  Probably had more coronavirus tests

16   than anybody else.

17        Q    Okay.  So fair to say that given your --

18   your preexisting lung issues that you had some

19   anxiety relating to COVID.

20        A    I had some anxiety related to COVID, and I

21   wasn't sure where my breathing issues were coming

22   from, so I ended up taking a lot of coronavirus

23   tests just to make sure I wasn't dying.

24        Q    In addition to the text message exchange

25   from June 2nd, 2020 with Dr. Wilcox that we viewed

1    together, as well as the telemedicine visit with

2    Dr. Wilcox that we just discussed, any further

3    follow-up regarding physical ailments resulting from

4    the protests?

5         A    No.

6         Q    In addition to the text message with --

7    with Dr. Wilcox as well as the telemedicine visit

8    with Dr. Wilcox, any further follow-up regarding any

9    emotional distress issues?

10        A    Good question.  It's -- it's an

11   interesting answer.

12             I have had -- since that incident onward

13   to today I've had a very emotional year.  A lot of,

14   like, trauma has come up for me, and I -- I just

15   signed up.  I actually have my first appointment

16   with Mental Health Partners tomorrow to talk about

17   the history of trauma in my life, including this

18   incident.

19        Q    And what's the name of the provider?

20        A    Mental Health Partners.

21        Q    And that's to discuss emotional issues

22   relating to the protests as well as beyond that?

23        A    As well as my life in general.  I believe

24   in therapy for everybody.

25        Q    And so fair to say as we sit here today

*AB Litigation Services*

1    you have not received any formal emotional distress

2    diagnoses relating to the protests.

3         A    I have not.

4         Q    Do you believe that your emotional

5    distress has gotten better or worse since the

6    protests?

7         A    Worse.

8         Q    Why do you think that?

9         A    Just tracking my own emotional well-being,

10   and the reason I signed up for Mental Health

11   Partners is I felt emotionally I was struggling over

12   the -- or for a while, and it just got to a point

13   where I thought it was time to talk to somebody

14   about it.

15        Q    Based on your own independent knowledge

16   and nothing that you have learned or spoken about

17   with your counsel, what value do you place on your

18   alleged constitutional violations in this case?

19        A    The utmost value.  Freedom of the press is

20   sacred.  It's constitutionally protected.  To be

21   disallowed from doing my job, either intentionally

22   or not, is a violation of my constitutional right.

23             It's incredibly important for law

24   enforcement to respect the rights of journalists to

25   collect and disseminate information about what's

1    going on in the world.  When that right's taken

2    away, it overthrows what we consider freedom in

3    America, and that's the reason I joined the lawsuit.

4    That cannot be allowed to stand.

5         Q    And how do you believe that you personally

6    were damaged as a result of that?

7         A    One more time?

8         Q    How do you believe you personally were

9    damaged as a result of that?

10        A    How was I personally damaged?

11        Q    Correct.

12        A    That's an interesting choice of words.

13   I'm not sure I get the meaning of your question.

14   Can you rephrase?

15        Q    I'll move on.

16             Have you done anything to mitigate your

17   damages?

18        A    It's the same word, damages.  What do you

19   mean damages?

20        Q    Well, as -- as a part of this lawsuit

21   you're seeking damages, presumably, from the

22   defendants.  So the question is have you done

23   anything to mitigate or lessen any damages that you

24   believe you've suffered as a result of this -- of

25   this action?

*AB Litigation Services*

1        A    Lessen damages.   There were not a lot of

2   avenues of redress.   I did file a complaint through

3   the Office of Independent Monitor seeking some sort

4   of redress, acknowledgment of wrongdoing, but that

5   was denied.   And this is ongoing, so I have nothing

6   to say about damages at all.

7        Q    When did you file the complaint with the

8   Office of Independent Monitor?

9        A    Pretty shortly after the incident.   I

10  believe I was referred to them by a friend in the

11  political world, but I don't recall the date that I

12  actually filed the complaint.

13       Q    And was that against the Denver Police

14  Department as a whole as opposed to any specific

15  officers?

16       A    I don't recall.   That was a year ago.   I

17  don't remember exactly what it said, but it was

18  about the -- specifically about the rubber bullet

19  incident, and I did list the other pepper ball

20  incidents in the -- in the complaint.

21       Q    I believe you mentioned that the complaint

22  was denied, but do you have any other information

23  about what happened with -- in terms of the response

24  or findings with respect to your complaint?

25            MS. WANG:  Objection.  Form.

1          You can answer.

2     A     So I had a phone call with an internal

3     affairs officer, which I found uncomfortable and

4     unfortunate.  I felt like he was attempting to

5     manipulate and put words into my mouth, which I

6     rejected in a matter of that conversation.

7          I honestly thought that going through the

8     Office of the Independent Monitor, that I would be

9     working with an investigator that was not part of

10    the police department, but the officer is a member

11    of the police department, even if he is in IA or

12    internal affairs.

13         Several reasons listed for my denial, main

14    one being that there's no video of them shooting me,

15    and I can't identify the officer directly, so the

16    whole team and whole unit was exonerated, which

17    doesn't make sense to me.

18         They can't track their own troop movements

19    in the streets, which, again, goes back to police

20    oversight and regulation.

21         Why aren't officers required to document

22    when they fire munitions in the street?  Why aren't

23    the officers in a specific unit listed?  Why aren't

24    there GPS trackers available so we know where each

25    officer is at every moment?  Why wasn't the

*AB Litigation Services*

1    commanders able to tell us which unit was there

2    instead of us having to guess?

3             There's a lot of oversight issues that bug

4    me, and they're all listed in the exoneration of the

5    police when they denied my complaint.

6        Q    You mentioned speaking with an internal

7    affairs investigator.  Did you also file a complaint

8    with the Denver Police Department's Office of

9    Internal Affairs?

10       A    I did not.  I -- I didn't even know that

11   was an option.

12       Q    In addition to your Office of Independent

13   Monitor complaint, did you file any other complaints

14   relating to the protests?

15       A    I did not.

16       Q    Were you interviewed by any media outlets

17   regarding your injuries?

18       A    I was not.

19       Q    Do you know if any of your friends talked

20   to the press about your involvement at the protests?

21       A    I do not.

22            MS. HOFFMAN:  I don't believe I have that

23   much more.  If we could just go off record for a

24   minute just so I can confirm that.

25            (A recess was taken from 4:04 p.m. to

```
 1                 4:07 p.m.)

 2              MS. HOFFMAN:  I just wanted to tell you I

 3    don't have any more questions for you today.  I do

 4    appreciate your time and I wish you the best moving

 5    forward.  So nothing else for me.

 6              THE DEPONENT:  Thank you very much.

 7              MS. WANG:  I have a few follow-up

 8    questions.

 9                      EXAMINATION

10    BY MS. WANG:

11       Q    Let me -- give me a moment to pull up --

12    pull up a video.

13              Can you see my screen?

14       A    I can.

15       Q    Okay.  I'm showing you the video that's

16    been Bates stamped as Fitouri 228.

17       A    Okay.

18       Q    Is this a video that you shot on the

19    evening of May 31st?

20       A    Oh, yeah, definitely.  So far, yes.

21       Q    I'm going to play starting from 19

22    minutes, 26 seconds, I'm going to play a clip of it

23    and then I'll ask you some questions when I pause it

24    okay?

25       A    Perfect.
```

```
 1                 (Video played.)

 2         Q     All right.  I'm pausing it at 19 minutes,

 3    44 seconds.

 4                 Is the girl who was just talking Skye?

 5         A     That is Skye.

 6         Q     Okay.  Is this guy next to her, is that

 7    her boyfriend?

 8         A     No, I don't know who these guys are.

 9         Q     Okay.

10         A     I never met them.

11         Q     Okay.  I'm going to continue playing it

12    and then I'll ask another question.  We're at 19

13    minutes, 44 seconds.

14                 (Video played.)

15         Q     Okay.  I'm going to pause it at 20

16    minutes, 28 seconds.

17                 Did you hear the popping sounds?

18         A     I did.

19         Q     Do you recall what those were?

20         A     Sounds to me like pepper balls.  Looks

21    like most folks are running, as well, because

22    they're probably being impacted.

23         Q     Okay.  We'll continue playing it and then

24    I'll ask you another question.  This is at 20

25    minutes, 28 seconds.
```

```
 1                   (Video played.)

 2        Q     I'm going to pause it at 28 minutes, 34

 3   seconds.

 4              Do you see this smoke or gas in the

 5   distance here?

 6        A     Yes.

 7        Q     Do you recall what that was?

 8        A     I do not recall what that was.

 9        Q     Okay.  I'm going to continue playing it.

10                   (Video played.)

11        Q     I'm going to pause it at 21 minutes, 27

12   seconds.

13              Is that the moment when you were hit with

14   a rubber bullet or thrown batten?

15        A     That is correct.

16        Q     What were you doing at the moment you were

17   hit with that in the groin?

18        A     I was filming the confrontation between

19   protesters and the police, and I was walking

20   backwards to do so with my press pass in front on

21   chest and my media helmet on.

22        Q     When you say that there was a

23   confrontation between police and the protesters,

24   what do you mean by that?

25        A     I mean, it looks like the police were
```

1   still attempting to clear that street from the gyro

2   location east -- I'm sorry, westward, and they were

3   moving towards those folks that had put those

4   trashcans and fences into the street.  I'm not sure

5   what the point of the fences or the trashcans were,

6   but they were using them as cover from police

7   munitions.

8        Q    I'm going to continue playing it and then

9   ask you another question.  We're at 21 minutes, 27

10  seconds.

11            (Video played.)

12       Q    I'm going to pause it at 22 minutes, 13

13  seconds.

14            What is it that your friend handed you?

15       A    She handed me a rubber bullet, which I

16  still have.  You can see it like next to my head.

17  That's how big it is.

18            I don't know if you noticed, I walked

19  right past them.  They were stopping in an alley and

20  I was trying to get out of there.  She had to come

21  back and grab me to try to bring me back to not lose

22  me, but I was disoriented.

23            And I also paused when I said I got shot

24  with something because I was going to use another

25  expletive, but my brain was trying to kick back in

1    and keep it semiprofessional.  But that's a rubber

2    bullet.

3         Q    I'm going to forward it a bit and then ask

4    you some more questions.

5              Okay.  We're at 24 minutes, 53 seconds.

6    I'll play a clip of it and then ask you a question.

7              (Video played.)

8         Q    Okay.  I'm pausing it at 25 minutes, 26

9    seconds.

10             So at this time in the video, where are

11   you?

12        A    I'm, what, 20 feet from the basilica.  I

13   had moved to the sidewalk, took a pause -- one of my

14   pauses on the way out from pain.

15             It looks like I'm filming and doing my

16   job.  I'm just holding the camera, but I'm actually

17   checking my abdomen and my pants for blood or

18   fluids.

19        Q    Is this the basilica on Colfax between

20   Logan and Pennsylvania?

21        A    I believe that's correct.  There's only

22   one basilica on that stretch, but I'm -- again, I'm

23   not as familiar with the street names as I should

24   be.

25        Q    Okay.  And what were the protesters doing

1   at this time?

2        A     I mean, there was a whole crowd milling

3   about.  There were folks moving in from other small

4   marches, I think joining up.  I'm not -- I'm not

5   sure exactly what was going on.  I was a little

6   disoriented.

7             There was still that group that were

8   behind the -- the dumpsters, and I don't know what

9   they were doing.  I was -- I was trying to stay

10  filming while checking my body.

11       Q     Okay.  I forwarded it to 25 minutes, 53

12  seconds into the video.  Can you see this still?

13       A     I can.

14       Q     Okay.  Do you see the street sign in the

15  distance?

16       A     It says Pennsylvania.

17       Q     Okay.  And this is on Colfax at

18  Pennsylvania?

19       A     Perfect.  That makes sense.

20       Q     And do you see the large police vehicle

21  and the officers at Pennsylvania?

22       A     I do.

23       Q     Is that the group of officers who were --

24  were moving west on Colfax as you were being pushed

25  west?

*AB Litigation Services*

 1        A     I believe that's correct.  That's the

 2   group of officers that were there by the gyro

 3   location that were moving west and shot me in the

 4   testicle.

 5        Q     Is there a group of officers who

 6   eventually came from the other side?  Came from --

 7   came from the west and pushed east on Colfax?

 8        A     Yes, both sides.

 9        Q     Okay.  And what did you observe about

10   those officers?

11        A     Hard -- it's hard to, like, notice

12   anything about them because they're obscured.  You

13   know, they're behind bright lights, they're in dark

14   clothes, they have masks on.  But they're walking in

15   formation, they have weapons out, you hear

16   indiscriminate popping sounds in different

17   directions, clouds of smoke, which I assume are tear

18   gas.  Not a lot of warning.  No warning.  I didn't

19   hear any warnings from either side.

20        Q     Okay.  I'll continue playing it for -- for

21   a bit and then ask you another question.  It's at 25

22   minutes, 50 seconds.

23              (Video played.)

24        Q     All right.  I'm going to pause it at 27

25   minutes, 44 seconds.

1          So what was happening at this time?

2     A     At this time I was observing another large

3     side protest come on to the main thoroughfare.

4          From the earlier part of the video, you

5     can see there wasn't that many people in the street

6     where I was at.  Lots of space between me, and I had

7     a clear line of vision to the police, and a whole

8     large group of folks came, I'm not sure where,

9     probably from the Capitol complex or from another

10    side street, and, you know, marching with their

11    hands up, saying, Hands up, don't shoot, whose

12    streets, our streets.  Traditional protest chants.

13    They're protesting, engaging in their

14    constitutionally-protected rights.

15    Q     And was there -- was that -- was there a

16    line of officers on Pennsylvania stopping them from

17    going further?

18    A     Yes.

19    Q     Okay.  I'm going to continue playing it

20    and then ask you another question.  It's at 27

21    minutes, 44 seconds.

22          (Video played.)

23    Q     I'm going to stop it at 28 minutes, 15

24    seconds.

25          Was there another group of officers at

1    Colfax and Logan?

2        A    There were.

3        Q    Okay.  Are these -- can these officers be

4    seen in this still shot at 20 minutes, 15 seconds?

5        A    That's correct.

6        Q    Okay.  What were those officers doing?

7        A    They were firing munitions and approaching

8    the protesters from behind as the officers on

9    Pennsylvania were firing from the other side,

10   forcing everybody in this kettle situation to

11   disappear down a side street.

12       Q    What munitions did you see fired?

13       A    Flash-bang grenades, pepper ball.  Sounds

14   like an airsoft rifle, you can hear those in the

15   background the whole time.  And there's a bunch of

16   smoke in the air, so you assume tear gas or some

17   type of smoke canisters.

18            Also, earlier, I didn't notice it before,

19   but there was a group of folks that were hit with,

20   like, sand or something, and they weren't sure if

21   they were firing salt rocks or sand pellets or

22   whatnot, but there were like a lot of little, like,

23   hard pieces that were hitting people.

24       Q    Did you hear any warnings from either

25   group of police officers before munitions were fired

*AB Litigation Services*

1    by them?

2        A    I did not.

3            MS. WANG:  I do not have any further

4    questions at this time.

5            THE DEPONENT:  Thank you.

6            MS. HOFFMAN:  Okay.  Nothing further.  I

7    think we can go off record.

8            (The deposition concluded at 4:22 p.m.,

9             August 3, 2021.)

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

*AB Litigation Services*

```
1              I, JOHNATHEN D. DURAN, do hereby certify

2      that I have read the foregoing transcript and that

3      the same and accompanying amendment sheets, if any,

4      constitute a true and complete record of my

5      testimony.

6

7                              _____
                               Signature of Deponent
8
                               (    ) No amendments
9                              (    ) Amendments attached

10
               Acknowledged before me this _____ day of
11
         _____, 2021.
12

13                   Notary Public:  _____

14                   My commission expires _____

15                   Seal:

16

17     VDC

18

19

20

21

22

23

24

25
```

*AB Litigation Services*

```
 1   STATE OF COLORADO   )

 2                       )  ss.      REPORTER'S CERTIFICATE

 3   COUNTY OF DENVER    )

 4           I, Vanessa D. Campbell, do hereby certify

 5   that I am a Registered Professional Reporter and

 6   Notary Public within the State of Colorado; that

 7   previous to the commencement of the examination, the

 8   deponent was duly sworn to testify to the truth.

 9           I further certify that this deposition was

10   taken in shorthand by me at the time and place

11   herein set forth and was thereafter reduced to

12   typewritten form, and that the foregoing constitutes

13   a true and correct transcript.

14           I further certify that I am not related

15   to, employed by, nor of counsel for any of the

16   parties or attorneys herein, nor otherwise

17   interested in the result of the within action.

18           In witness whereof, I have affixed my

19   signature this 11th day of August, 2021.

20           My commission expires November 6, 2022.

21

22                         _____
                           Vanessa D. Campbell, RPR, CRR
23                         216 - 16th Street, Suite 600
                           Denver, Colorado  80202
24

25
```

*AB Litigation Services*

```
 1    AB LITIGATION SERVICES
      216 -16th Street, Suite 600
 2    Denver, Colorado  80202

 3    August 11, 2021

 4    Elizabeth Wang, Esq.
      2060 Broadway, Suite 460
 5    Boulder, Colorado 80302

 6    Re:   Deposition of JOHNATHEN D. DURAN
            Acker et al vs. City and County of Denver
 7          Civil Action No. 20-cv-01878-RBJ (consolidated
            with 20-cv-01922-RBJ-MEH)

 8

 9    The aforementioned deposition is ready for reading
      and signing.  Please attend to this matter by
10    following BOTH of the items indicated below:

11    _____ Call 303-296-0017 and arrange with us to read
             and sign the deposition in our
12           office

13    _XXX_ Have the deponent read your copy and sign the
            signature page and amendment sheets, if
14          applicable; the signature page is attached

15    _____ Read the enclosed copy of the deposition and
             sign the signature page and amendment sheets,
16           if applicable; the signature page is attached

17    _XXX_ WITHIN 30 DAYS OF THE DATE OF THIS LETTER

18    _____ by _____ due to a trial date of _____

19    Please be sure the original signature page and
      amendment sheets, if any, are SIGNED BEFORE A NOTARY
20    PUBLIC and returned to AB Litigation Services for
      filing with the original deposition.  A copy of
21    these changes should also be forwarded to counsel of
      record.  Thank you.

22

23    AB LITIGATION SERVICES

24    cc:  All Counsel

25
```

*AB Litigation Services*

```
 1    AB LITIGATION SERVICES
      216 - 16th Street, Suite 600
 2    Denver, Colorado  80202

 3

 4

 5                   JOHNATHEN D. DURAN
                     August 3, 2021
 6          Acker et al vs. City and County of Denver
      Civil Action No. 20-cv-01878-RBJ (consolidated with
 7                 20-cv-01922-RBJ-MEH)

 8

 9    The original deposition was filed with Katherine

10    Hoffman, Esq., on approximately the 11th day of

11    August, 2021.

12    _____ Signature waived

13    _____ Signature not requested

14    _____ Unsigned; signed signature page and amendment
             sheets, if any, to be filed at trial
15
      _XXX_ Unsigned; original amendment sheets and/or
16          signature pages should be forwarded to
            AB Litigation Services to be filed in the
17          envelope attached to the sealed original.

18

19    Thank you.

20    AB LITIGATION SERVICES

21

22    cc:  All Counsel

23

24

25
```

*AB Litigation Services*

- AMENDMENT SHEET -

Deposition of JOHNATHEN D. DURAN
August 3, 2021
Acker et al vs. City and County of Denver
Civil Action No. 20-cv-01878-RBJ (consolidated with
20-cv-01922-RBJ-MEH)

The deponent wishes to make the following changes in
the testimony as originally given:

| Page | Line | Should Read | Reason |
|------|------|-------------|--------|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Signature of Deponent: _____

Acknowledged before me this _____ day of

_____, 20___.

(seal)          Notary's signature _____

My commission expires _____.

*AB Litigation Services*

**$**

**$3,000** 99:19

**-**

**--I** 9:22 91:2,3 92:22

**0**

**06/21/1978** 8:12

**1**

**1** 30:9
**10** 17:11,14 22:15 24:4 56:10 84:23 87:12 91:21 92:6 93:18
**100** 62:1 68:22 79:17 102:11
**111** 2:12
**11th** 43:2 55:19
**13** 114:12
**135** 61:20
**14** 24:11 25:1,20
**140** 61:20
**15** 50:22 57:12 84:23 91:21 118:23 119:4
**15-year-old** 21:1
**16th** 40:23 53:21 54:15 55:4
**18** 24:7,15 25:16
**19** 111:21 112:2,12
**1:30** 2:4
**1:45** 17:19
**1:48** 17:20
**1:56** 23:24
**1:59** 23:24
**1st** 99:21

**2**

**20** 50:22 56:10 57:12 84:20 100:8 112:15, 24 115:12 119:4
**2007** 9:23
**2014** 9:23
**2016** 10:22 19:5 21:7,8 61:14
**2017** 10:21 15:4,25 61:13
**2020** 4:23,24 21:12 34:15 98:22 101:20 104:25
**2021** 2:4 120:9
**203** 71:14
**21** 113:11 114:9
**21st** 8:16
**22** 114:12
**228** 111:16
**24** 6:2,6,9 115:5
**25** 100:9 115:8 116:11 117:21
**26** 111:22 115:8
**27** 113:11 114:9 117:24 118:20
**28** 112:16,25 113:2 118:23
**28th** 4:23
**29th** 37:4
**2:38** 57:2
**2:45** 57:3
**2nd** 4:23 98:22 104:25

**3**

**3** 2:4,14 120:9
**30** 84:20 96:2
**300** 47:23
**30th** 27:7,10,20 28:5,

23 30:12,19 31:22 35:25 36:3,8 37:17, 22 38:18,22,23,24 39:11,12 43:15 60:5, 18 62:10
**31st** 27:7 28:8,9,12, 15 30:12 31:19,20 59:23 60:15 61:23 62:24 63:1,5,19,22 64:5,10 67:17 99:1 111:19
**32** 38:6
**34** 113:2
**35** 76:24
**3:04** 71:9
**3:08** 71:10
**3:24** 82:9
**3:27** 82:10

**4**

**40** 96:1
**42** 8:15
**43** 8:17
**44** 112:3,13 117:25 118:21
**45** 55:5 64:23 68:2
**4:04** 110:25
**4:07** 111:1
**4:22** 120:8

**5**

**50** 25:4 117:22
**500-milligram** 6:3
**53** 115:5 116:11
**5:00** 43:16
**5:30** 43:17
**5th** 101:20

**6**

**6:20** 43:21

**6th** 18:10

**7**

**7** 87:12
**7:00** 6:4
**7:30** 56:2

**8**

**8:00** 56:2

**A**

**A-D-R-I-E-N-N-A** 27:23
**abdomen** 89:24 115:17
**ability** 6:12,16 31:5 52:13 60:14
**absolutely** 15:15 18:1 34:8
**absorbed** 46:3
**account** 26:22 29:10,16,25 32:4,9, 14,15,16,18,21 69:13
**accurately** 8:9 50:24
**acetaminophen** 6:3 90:20 98:13
**acknowledgment** 108:4
**acting** 27:25 87:5
**action** 33:16 101:18 107:25
**active** 29:11
**actively** 91:25 92:9, 23
**activity** 19:18 41:10 43:22 45:4 65:3 91:1 100:10
**acts** 48:7 77:20
**actual** 49:14 51:22 78:22 102:9

*AB Litigation Services*

added 58:18

addition 7:6,21 20:8 30:4 38:16 45:7 63:3 99:2 102:8 104:24 105:6 110:12

additional 92:6

address 5:14 11:13, 23 12:7,9,10,18 13:5 26:23 84:8 93:13

addressing 19:3

Adidas 39:7

admissible 22:20

Adrienna 27:22 28:21 39:16 41:2 48:23 49:24 54:23 58:5

advice 97:9 98:7

aerosol 52:25

affairs 109:3,12 110:7,9

afternoon 3:7 43:16

age 104:1

agent 52:25

aggressive 40:11

agree 92:4

aid 92:18

ailments 105:3

aiming 46:8 66:6 84:25 85:16

air 67:1 77:12 88:15 89:13 119:16

aired 77:25

airsoft 119:14

alcohol 6:5

alleged 106:18

Alleges 101:19

alleging 42:14 79:23

alley 58:24 66:9,11 81:24 86:10 88:7 114:19

alleyway 56:13

allowed 107:4

Alpha 30:9

America 107:3

American 19:19

Americans 19:7 54:8

amount 38:8 67:18 73:11 87:10

Amsterdam 9:9,12, 23

Angeles 8:19

ankle 44:8 45:9,10, 11,21,25 49:20 50:21

anxiety 54:2 102:5, 13,21,22,25 103:5 104:3,19,20

anymore 91:18

apologize 5:12 10:3 32:2 46:24 54:18 56:5

app 97:6

apparently 73:2

appearance 61:16

appeared 89:7

appears 82:24

applications 31:3

appointment 105:15

approached 84:17

approaching 87:24 119:7

approximately 9:18 15:3 68:2,9 70:4,7 73:7 75:16 84:16 87:8 91:19

apps 29:2,4

architecture 15:1

area 9:18 14:17 38:13 39:14,19,21 46:25 55:18,24 56:7, 11,17 63:25 64:7 65:2 67:17 68:10 69:16 74:5 78:19,21

79:24 80:21 83:15 85:2,22 86:10,22 87:11 88:4 90:25 95:25 96:12

areas 47:15

arm 19:23 21:3 44:7, 9,10,11 45:5,8 49:22, 23 50:20 60:25

arrest 24:10 80:22

arrested 17:4,6,13 24:4,6,7,12,16 93:23 94:12,13

arrests 17:11,21 22:11,15 23:3 25:23

arrival 67:16

arrive 43:15 55:25 61:25 68:21

arrived 80:2

article 10:22 19:5 34:15 36:19 101:18

articles 15:6,17 16:13 33:9 101:10

assault 7:13

assaulted 18:9

assign 15:19

assigned 38:17 59:22

assistance 45:1

association 9:21 24:13

assume 4:7 9:17 25:22 36:3 61:2 74:8 87:21 117:17 119:16

assuming 31:11

assumption 64:6

attempting 19:7,25 65:17 109:4 114:1

attend 14:17 27:4 36:9

attended 9:15 21:19 30:11

attending 23:10,11 61:22

attention 21:4 76:22

attorney 8:2 18:7 78:25 95:8

August 2:4 16:8 120:9

Aurora 20:14 89:7 102:1

automatically 27:2

avenues 108:2

avoid 3:19 94:7,14 95:5

avoided 94:8

aware 6:14 11:11 40:15 61:9,11 62:17 70:15

---

**B**

baby 52:19

back 5:15 15:19 22:10 40:2,20 41:3,4, 24 49:16,18 50:2,10, 14 55:14 59:12,17 60:22 64:15 65:14 66:6,13,21 67:14 74:2 77:14 80:12 86:11 96:18 109:19 114:21,25

backed 40:9 42:18 49:11 50:21

background 119:15

backpack 39:3

backpacks 48:21

backwards 91:16 113:20

bad 30:20 41:15 52:10 76:5,6,11 90:22

badges 88:24

bag 30:8,10 37:24 39:4 62:5 63:15

ball 45:20,25 46:5 108:19 119:13

balled 28:25

*AB Litigation Services*

**balls** 40:4,9 42:18 49:10 65:21 74:10,13 75:10 85:8 89:18 100:18 112:20

**band** 5:25

**bangs** 74:25

**bar** 54:14,16

**Barely** 90:9

**barricades** 81:10, 14,15,25

**bars** 72:6

**based** 60:5 106:15

**basic** 95:25

**basilica** 67:10 85:23 86:3,13 88:4 91:10 92:11 93:7,8 115:12, 19,22

**basis** 12:13 22:18

**Bates** 46:12 111:16

**bath** 101:12,13

**bathroom** 4:10

**batten** 113:14

**bear** 47:1 72:23

**beautiful** 25:11

**beer** 41:1,2 53:23,24 54:12,13 55:8,9,13

**began** 12:7 35:3 65:3 68:17 69:21,23 83:22 94:4

**beginning** 13:6 41:25 68:17

**behalf** 79:3

**behave** 26:4

**behavior** 35:16

**beliefs** 23:6,20

**belly** 104:9

**biceps** 44:12

**bicycle** 24:11

**Biden** 18:12

**big** 16:24 30:14 66:20 101:12 114:17

**Bill** 76:2

**birth** 8:11 52:11

**bit** 5:9 10:23 33:19 38:7 45:5 58:18 65:8 67:15 76:9,15 102:4 115:3 117:21

**black** 21:1 34:8 35:21 38:24 39:7 40:1 61:10 63:7,13 88:23

**Blades** 14:6 27:18 36:14,16

**Blake** 64:15

**blew** 55:24

**blind** 79:8

**block** 69:22 86:11

**blockage** 66:11

**blocked** 86:9

**blocking** 82:22

**blocks** 59:18 65:5 69:22 74:6 80:10 90:24 95:25 96:1

**blood** 90:2 92:9 115:17

**blowing** 40:18

**blown** 19:24

**blurry** 97:15,17,18

**boarded** 87:23

**bodies** 82:1

**body** 76:22 116:10

**bombs** 49:15

**born** 8:18,19

**bottle** 88:15

**bottles** 39:3 48:13, 14 77:12

**bottom** 14:2

**Boulder** 21:23 22:5

**bounce** 67:2 100:4

**bounced** 33:6

**boyfriend** 14:9 87:2 112:7

**boyfriend's** 86:22

**brain** 89:14 102:7 114:25

**brand** 62:17

**break** 4:9,13 17:17 23:23 41:3 44:1 55:6 56:23 65:17 71:7 78:12,13 82:7

**breakfast** 37:18,23

**breaking** 69:15 80:14

**breaks** 4:11 86:7 92:2

**breath** 54:1

**breathe** 39:1 52:11, 14 53:6,7,11,12 59:3 60:21

**breathing** 53:11,12, 13,14,20 58:21 76:10 102:16 103:15 104:21

**brick** 71:5

**bright** 74:25 117:13

**bring** 114:21

**broadcast** 77:6 78:11

**broadcasts** 78:14

**Broadway** 64:19

**bronchitis** 52:9,17, 22

**brother** 24:11

**brothers** 11:1

**bruise** 44:22,25 45:21 99:25

**bug** 110:3

**building** 20:15 40:14,21 41:7 49:14, 17 50:11 51:9 55:15, 20 56:10 58:4 66:1

**bullet** 7:19 21:17 33:6 67:2 76:23 83:25 90:19 108:18 113:14 114:15 115:2

**bunch** 35:24 119:15

**burn** 76:9,14,16,18

**burned** 53:3

**bus** 39:15 43:3

**buses** 39:21 47:9

**bush** 71:4 72:11

—————

**C**

**calendar** 15:16

**California** 8:19 9:15 14:17,19 25:7,18

**call** 18:7 27:10,12 28:18 80:15 109:2

**called** 2:3 32:4 101:15

**calling** 28:9

**calm** 54:1 68:8 104:9

**camera** 20:23 30:8, 10,11 35:13 36:22 37:24 39:4 60:25 63:15,16 74:22 87:12 115:16

**camouflage** 74:21

**Campbell** 2:5

**canines** 19:21

**canister** 19:24 52:2 77:13

**canisters** 119:17

**cans** 66:14 87:11,16 88:9

**capacity** 68:24 87:6 99:7

**Capitol** 40:14,19,20, 21 41:7 42:8,24 43:15 49:14,19 50:11,14,18,21,25 51:4,8,14 55:15,20 56:9 58:4 64:7 65:1,3 69:20 118:9

**captured** 93:20

**car** 59:17 93:3,4 95:21,22,23 96:1

*AB Litigation Services*

care 27:24 44:23 54:8 97:3 98:4

career 81:3,5

Carrie 98:5 103:9

carrying 26:9 30:24 39:2,4 48:18 49:2,5,7 63:5,15 66:21 70:14, 18 88:21

case 6:25 24:24 71:18 106:18

category 48:14

Caucasian 61:19

cell 26:9,16,17

Center 39:14,18 40:3 41:5,7 42:22,25 43:4,12,13 46:22 47:5,6,8,13,25 51:16 55:14 56:1 64:11,16

cha-cha 16:25

chance 87:2

change 35:2

changed 62:7

Chanting 70:12

chants 118:12

chaos 90:2

charge 35:16 99:19

charges 24:15 25:2

cheaper 104:11

check 90:1,2

checking 64:3 92:9 115:17 116:10

Chelsea 66:19

chemical 52:25 55:6

chest 53:18 66:21 89:1 113:21

children 14:14

choice 107:12

choked 53:2

choking 53:9

chronic 52:8,17,22

church 64:1,2

circle 22:10

circled 40:2 41:14 49:16,18 64:15 65:14 80:10 88:6

citizens 19:2

city 17:8 89:6

Civic 39:14,17 40:3 41:4,5,7 42:22,25 43:4,12,13 46:21 47:5,6,8,13,25 51:16 55:14 56:1 64:11,16

civil 2:2 17:2

claim 101:5

claiming 11:9 82:15

clarify 5:1

clarifying 5:5 67:25

Clark 32:15

class 33:16 101:18

clear 3:22 12:15 41:8 47:11,25 48:25 114:1 118:7

cleared 40:2

clearing 43:9 51:17, 18,23

client 22:14 94:21

climb 20:1

Clinton 76:2

clip 111:22 115:6

close 43:25 65:7 79:7 94:4

closed 54:21 87:22

clothes 74:21 117:14

cloud 26:20

clouds 74:8 117:17

clubs 49:6 70:18,19

Colfax 39:14 40:6 41:6 43:3 47:12,24, 25 48:2 51:19,23,24 55:16,19 57:13 58:3 64:18,19 65:2,4,18,

22 66:13 69:16,21, 22,25 74:6 78:19 79:24 80:3,12,13 81:10,17,20 84:18,21 86:11 115:19 116:17, 24 117:7 119:1

Colfax-lincoln 74:5

collect 106:25

college 9:16 14:16, 21

color 23:5 26:2 57:16

Colorado 2:7 13:19 18:8

colored 26:4

combination 96:14

combined 103:2

comfortable 11:18

commanders 110:1

commencing 2:4

comment 72:25 73:1

comments 85:14, 18,19

commit 77:19

communications 8:1

communities 18:6

community 14:21, 25 15:23 16:14 18:3 25:4 86:23

company 54:7 62:21

compared 39:25

compel 22:24

compensation 101:4

complaint 7:9 108:2,7,12,20,21,24 110:5,7,13

complaints 110:13

completion 15:21

complex 20:15 42:8 118:9

complications 53:19

compromised 52:25

computer 79:8

concern 31:5

concerned 40:12 98:25

concerns 11:17 13:10 35:7 60:4,13

concluded 120:8

conclusion 35:18

confidential 11:20 12:11,23 13:4

confirm 110:24

confirming 12:3

confrontation 113:18,23

constitutional 106:18,22

constitutionally 106:20

constitutionally-protected 81:19 118:14

contact 11:6

contacted 11:15,24 12:19 97:2

continue 27:6 49:10 65:10 76:25 77:3,5 78:12 89:22 91:17,20 92:5,15 112:11,23 113:9 114:8 117:20 118:19

continued 80:9 81:22

continuing 65:8 79:14 81:18 92:7

control 47:14 54:2 80:23

conversation 33:15 103:17 109:6

conversational 3:25

*AB Litigation Services*

**conversations** 61:2 78:25

**convoluted** 33:19

**coordinated** 28:3 59:11

**coordination** 27:22

**cope** 67:8 89:22

**coping** 90:12

**corner** 41:4,6,9 51:17,22,24 55:14, 17,18 56:8 58:3 64:18 69:20 77:24 91:9 94:3

**coronavirus** 104:15,22

**corporate** 19:8

**corral** 80:21 83:1

**corralled** 83:4 94:14 95:5,14

**corralling** 95:16

**correct** 15:5 16:2 25:19,23,24 27:8,9 30:13 31:19 32:19,21 33:1 34:10 35:4 42:1, 3,12,13,16 44:14 45:15 46:22,23 50:16,17 54:5 58:10 59:7,10,24,25 60:3, 23 61:6 63:16,17 69:10,18 71:25 75:11,12 77:6 79:25 80:1 81:11 82:23 83:1,7 86:5 87:7 93:21,22 94:15 95:6, 19 98:14 99:4,15,16 107:11 113:15 115:21 117:1 119:5

**correctly** 7:2 99:23 102:16

**cost** 99:17

**counsel** 12:19 22:11 106:17

**counting** 73:9

**county** 9:21 20:15 22:6

**couple** 3:15 30:25 33:12 37:2,3 80:10

**court** 11:22 12:6 13:3 20:15 22:23 33:23 42:2 43:10 45:17 57:8 71:15 72:14

**cover** 15:18 16:4,13 19:4,6 37:8 38:17 59:22 60:2,10,14 100:22 101:9 114:6

**coverage** 36:1,7 38:19

**covered** 19:10 46:17 100:15

**covering** 5:2 27:14

**covers** 5:19 16:5

**COVID** 104:19,20

**create** 15:16

**created** 103:5

**creates** 76:9

**criminal** 24:15 25:2

**crossed** 51:16 55:17

**crosses** 66:20

**crosswalk** 24:9

**crowd** 19:25 20:20 39:17 47:14 65:1 70:9 77:15 80:23 116:2

**cry** 76:8

**crying** 21:2 50:12

**cuisine** 16:12

**curfew** 68:18 78:15

**cuss** 89:14

**cut** 66:10,13 86:11 91:14

**cutting** 56:12

---

**D**

**D-A-V-I-D** 5:24

**D-U-R-A-N** 5:25

**dad** 8:21

**damage** 53:1

**damaged** 107:6,9,10

**damages** 107:17,18, 19,21,23 108:1,6

**dance** 16:25

**dark** 5:9,12 74:20 78:2 90:1 117:13

**date** 8:11 36:1,2 37:14 38:18 98:15,21 108:11

**David** 5:23,24 10:4,9

**Davis** 9:15,18 14:16, 17,20,24

**day** 30:16 32:6 33:4 36:3,9,20 37:21,22, 25 41:25 42:12 59:23 60:19 62:3,10 63:23 99:20

**days** 27:4,7 30:11 32:7 33:2,3,12 37:2,3 44:19 98:24 99:23 100:9,23 101:1,11

**de** 10:3,5 79:14

**deal** 24:17

**dealing** 21:16 96:22

**dealt** 99:5 101:13

**death** 53:2

**decide** 29:13

**decided** 66:6

**declaration** 7:3,6,23 44:13 45:19 59:1 63:9

**defendants** 2:3 3:11 107:22

**degree** 77:2

**dehydrated** 39:3

**deleted** 29:14 31:15, 16 32:17

**denial** 109:13

**denied** 108:5,22 110:5

**Denver** 3:11 4:23 19:14 27:24,25 34:18,21 38:5 78:21 89:7 102:1 108:13

**110:8**

**Denver's** 79:2

**department** 20:14, 16 34:19 101:19 108:14 109:10,11

**Department's** 110:8

**departments** 18:15 81:6,7

**depending** 38:7 62:15

**deploy** 50:19

**deployed** 53:6

**DEPONENT** 42:3 57:1 71:8 111:6 120:5

**deposition** 2:2,10 4:18,22 6:20 8:3,5 12:4,6,7,18 120:8

**describe** 15:13 17:25 46:15 58:16 61:15 74:5 76:7 89:10

**describing** 31:10 71:24 74:3

**destruction** 48:7

**detail** 64:9 67:14

**details** 39:9

**determine** 89:6

**developed** 102:13, 17

**development** 14:25 47:8

**diagnosed** 52:18

**diagnoses** 103:23 106:2

**diagonal** 41:7

**dick** 89:15

**die** 54:11

**died** 53:13

**difference** 13:2

**difficult** 45:5 52:14 76:10 102:6

---

*AB Litigation Services*

**difficulty** 53:11,12, 13 58:21 77:1

**digestion** 102:22

**dignity** 26:7

**Diner** 87:22

**directing** 79:12

**direction** 46:8 73:19 80:23 87:25

**directions** 42:7 80:7 117:17

**directly** 8:16 19:25 43:4 55:20 56:9 77:11 84:25 87:11 109:15

**dirt** 47:7,11

**disable** 29:13

**disabled** 29:10

**disagree** 23:14

**disallowed** 106:21

**disappear** 119:11

**discharge** 85:3,11, 15

**discharging** 85:4

**discovery** 7:1 17:8 22:20

**discuss** 105:21

**discussed** 105:2

**discussion** 60:6

**disoriented** 114:22 116:6

**dispersed** 64:16

**disposition** 7:8 24:24

**dispute** 12:8

**disputing** 12:8

**disseminate** 106:25

**distance** 95:24 113:5 116:15

**distress** 101:25 102:10 105:9 106:1,5

**distributed** 15:23

**district** 18:6

**dividing** 80:15

**doctor** 96:24,25 98:2 99:4,14,16 102:20 103:3,8

**document** 7:22 19:2 38:3 41:3 55:16 109:21

**documented** 67:23 81:2

**documenting** 20:4 49:3,4 87:15

**documents** 6:19 24:19 25:8 71:18

**Doherty** 18:7

**Donald** 18:11 22:3

**doubled** 66:25

**downtown** 64:14 67:17 68:10 78:20

**drawn** 84:22

**dressed** 88:22

**drifts** 58:9

**drive** 38:4,14 39:21 59:9,19,20 90:24 96:18

**driver** 8:22

**drop** 89:3

**dropped** 89:3 91:1 96:11,17

**drove** 37:25 38:9 59:21 63:20

**drugs** 6:8

**duly** 3:3

**dumpsters** 116:8

**Duran** 2:3,10 3:2,7 5:23,24 7:4 8:10 10:3,4,9 12:14,17 24:3 26:9 32:4 57:4 71:11,20 82:11 94:21

**duties** 15:13

**dying** 54:10 104:23

**E**

**e-mail** 26:23 33:17

**e-mails** 28:4,14

**earlier** 28:22 38:1 45:12 50:8 56:18 58:17 71:24 80:5 118:4 119:18

**eased** 53:20

**easier** 79:6 104:10

**east** 25:6 55:18 65:4, 20 67:10 69:21 74:6 85:23 86:2,13 87:15 88:2,4,5,8 91:11 94:23 114:2 117:7

**eastward** 84:21

**easy** 3:24

**edge** 41:17 47:24 66:2

**edges** 62:13

**edit** 15:19 25:8

**editing** 34:7 101:16

**edition** 34:13

**editor** 15:12,25 18:1, 17 25:9 34:23

**editorial** 26:23

**education** 14:18 16:8

**effect** 104:2

**effects** 58:12 60:17 100:13,16

**efficient** 82:8

**efforts** 31:13

**Elijah** 19:14 20:18 21:8,13

**emergency** 39:20

**Emerson** 78:19 79:25 80:3 81:10

**emotional** 101:24 102:9 105:9,13,21 106:1,4,9

**emotionally** 106:11

**empty** 55:21

**EMT** 44:22 90:4 97:1 99:5

**encampment** 19:19

**encounter** 83:9

**encountered** 20:12 93:5

**encountering** 72:8

**encourage** 77:16,19

**end** 5:7 7:18 26:19 52:15 59:14 78:19 80:4

**ended** 20:19 67:8 80:12 89:18 104:22

**enforcement** 17:23 18:14 23:4,6,20 25:23 26:1,3 106:24

**engage** 88:8

**engaged** 20:5 48:6 52:12

**engagement** 65:9

**engaging** 87:17 118:13

**enter** 83:6,12,14

**entered** 71:17

**entertainment** 16:11

**entire** 73:13 76:21 89:24

**entirety** 4:1

**entitled** 101:18

**environment** 26:7

**equipment** 30:3,7, 17,24 38:23 48:18,19 49:3 63:4,11 70:14 88:21

**ER** 99:6,11

**Erie** 9:3 13:19 38:4,6

**essay** 34:8,10 101:15

**essentially** 19:24

**establishment** 72:5

*AB Litigation Services*

estate 9:22

estimate 73:12,16

estranged 11:7

evade 94:1

evening 111:19

event 28:1 36:24

events 11:9 18:4
67:15 69:15

eventually 65:11
89:23 117:6

evidence 7:13 22:20

exact 28:7 73:11

EXAMINATION
2:11 3:5 111:9

examined 3:4 97:1

exchange 103:10,11
104:24

excludes 78:24

Excuse 30:1

executive 18:9

exhibit 71:15,18

EXHIBITS 2:16

exists 32:22

exit 83:6

exonerated 109:16

exoneration 110:4

expanding 67:7

experienced 34:25

experiences 25:13

experiencing 66:24

expert 75:5

explain 94:22

expletive 67:1 89:13
114:25

explodes 75:2

extra 102:13

Extremely 52:8

eye 92:21

eyes 41:18 48:25
62:15 76:12,15 77:25
88:24

F

face 5:10 39:5 40:24
48:20 50:12 53:10
88:23

Facebook 29:5,9,14
31:4,11,12,14,16,18
32:3,15,17,20 69:10
71:23 84:13 92:5

faces 34:14 88:24

facing 46:21 65:20
87:15 88:10

fact 94:25

facts 6:24

fair 4:25 10:1 74:25
79:22 102:24 104:12,
17 105:25

familiar 70:1 78:21
80:24 115:23

familiarity 11:9

family 10:24 11:6,8

fan 16:24

fast 8:7 42:4 43:23
45:24

fear 92:25 102:1,8

federal 2:1 24:20

feel 8:7 33:10 35:19
44:16,18 52:7 58:11
68:17 76:4 97:7
99:25

feeling 31:7,9

feet 47:23 115:12

fell 21:2 58:14

felt 46:2 52:14 54:10
58:11,16 59:2 76:11
85:1,8 89:10,16,17
90:7,22 100:6,9
101:2 106:11 109:4

female 96:14

fences 87:20 114:4,
5

figure 35:17

file 101:4 108:2,7
110:7,13

filed 101:19 108:12

filled 48:21

film 92:7

filmed 92:12

filming 21:1 56:11
65:13 113:18 115:15
116:10

finally 5:6

find 21:25 31:9 54:16
56:5 64:4 91:25

findings 108:24

fine 24:22 60:21

finished 71:4 94:21

fire 20:19 39:21 44:4
89:25 109:22

firearms 81:23 84:4

fired 46:5 75:7
119:12,25

fireworks 72:18,19,
20 73:3,7,9,11,18,22,
25

firing 119:7,9,21

fit 62:8

Fitouri 71:14 111:16

five-nine 61:17

flash-bang 40:3
41:14 65:7,21 69:17
73:23,25 74:7 75:2
80:6 85:6 119:13

flash-bangs 69:23
74:4 75:1

flexing 45:5

floor 14:1,2 21:2

Floyd 4:16,20 18:20
19:13 20:8 21:14,20
34:16,17

fluids 90:3 92:9
115:18

flux 35:6,19

foam 41:17

focus 52:13

folks 20:17 34:21
37:5 40:19 42:9
48:20 56:11,12,15
65:21 81:18 87:10
112:21 114:3 116:3
118:8 119:19

follow 22:11

follow-up 41:23
98:8 104:13 105:3,8
111:7

food 55:10

force 19:11,16 20:9,
11 34:18 60:7 68:3,
10 80:22 94:10,17,23

forced 95:2

forcing 119:10

form 35:2,3 68:12
108:25

formal 4:20 106:1

formation 117:15

formed 35:20

forward 40:16,17
84:20 111:5 115:3

forwarded 116:11

found 109:3

fountain 64:17,20
67:19 68:2

frankly 95:9

free 8:7 16:19

freedom 106:19
107:2

friend 27:22 39:16
41:2 48:23 49:24
53:22 66:17 67:3
86:17 100:2 108:10
114:14

friends 16:23 61:23
86:21 110:19

front 20:14 40:7
43:19 46:21 56:19
87:12 113:20

*AB Litigation Services*

**full** 35:18 99:25 100:8

**fully** 53:16,17 60:11

**fun** 9:10

---

### G

**G7** 26:18

**gagging** 77:4

**gas** 19:24 40:4,25 41:14,17 48:20,25 49:15 50:12,15,19 52:2 53:6 58:8,12,13 62:13 74:8 75:15,17, 23 76:4,8 77:21 92:21 96:11,17 113:4 117:18 119:16

**gassed** 30:20 40:18 41:13,15,20 49:16 51:2 52:7,12 55:22 57:7 58:19,23 78:4 103:4

**gassing** 40:17

**gathering** 42:9 56:16 64:25

**gave** 10:5 24:17 50:9 97:9

**gay** 72:6

**gender** 96:15

**general** 18:15 48:17 63:25 72:8 105:23

**generally** 76:11

**geography** 46:24

**George** 4:16,20 18:20 19:13 20:8 21:14,20 34:16,17

**girl** 21:2 112:4

**gist** 29:23

**give** 3:16 9:18 18:14 36:2 54:17 73:10,11 93:13 97:10 99:18 111:11

**giving** 12:17 23:16 57:18 64:9

**glad** 78:3

**goggles** 20:24 39:5 41:16,19 62:7,11,16, 18,21,24,25 63:2,3,7 75:19,21 78:1

**golf** 49:6 70:18,19

**good** 3:7,10 9:10,25 16:25 17:1 30:21 32:11 40:10 55:6 74:22 97:25 99:7 105:10

**Google** 26:22 27:1

**government** 19:3

**GPS** 109:24

**grab** 67:3 114:21

**grabbed** 21:2

**graffiti** 71:4

**gray** 39:7 63:12

**great** 3:24 4:4 5:5, 11,19 6:1 10:7 25:10 53:25 75:23 79:21

**greed** 19:8

**green** 39:24

**grenades** 40:3 41:14 65:7,21 69:17 73:24,25 74:7 85:7 119:13

**grew** 8:25 9:1

**groin** 85:22 86:4 89:24 90:19 113:17

**ground** 3:15 49:14 100:12

**grounds** 12:17 13:14 19:19

**group** 21:22 65:12 87:3 90:15 94:24 116:7,23 117:2,5 118:8,25 119:19,25

**grows** 89:20

**guess** 8:24 10:11 18:13 70:9 110:2

**guilty** 24:13

**guy** 46:9 71:3 101:12 112:6

**guys** 61:3 72:6 112:8

**gyro** 65:16,19,23,24 66:3 80:17 81:17,22 84:6,7,19,22,24 85:6, 24 86:1,3,9,13 88:6 114:1 117:2

**gyros** 65:16

---

### H

**H-E-A-L** 27:24

**hair** 61:18

**half** 55:8,9 64:24 69:4,5 80:7,15

**halfway** 53:24 79:13

**handed** 114:14,15

**handle** 29:9,21

**handles** 29:7

**hands** 41:11,12 118:11

**hanging** 16:23

**happen** 46:12 72:4 94:5

**happened** 20:5 31:7,13 39:10 43:23 91:9 92:14 93:9,12 94:11 97:7 98:6 108:23

**happening** 37:7 74:12 82:24 85:10 118:1

**happy** 4:5 33:21 98:22

**hard** 50:24 57:12 89:18 103:25 117:11 119:23

**hat** 35:12

**head** 3:19,20 30:15 40:23 54:18 62:14 76:3 114:16

**headed** 80:13 88:3

**headlight** 24:12

**Heal** 27:24

**healing** 45:2

**health** 52:20 54:6 97:3 98:3,4 105:16, 20 106:10

**Healthcare** 97:13

**hear** 5:8,10,16 74:9 92:8,20 112:17 117:15,19 119:14,24

**heard** 34:20 35:10

**hearing** 5:14 57:20

**heart** 23:7,14,18 54:1

**heat** 76:9

**heavier** 58:13

**heavy** 19:20

**hectic** 50:23

**held** 15:24

**helmet** 30:17 50:8,9 60:8 62:6 63:4,9,13 113:21

**helped** 90:21

**helpful** 85:20

**helps** 39:1 104:9

**hesitate** 36:5

**hide** 92:12

**high** 39:25

**higher** 14:17

**hill** 20:1

**Himmelbrand** 66:19

**historically** 52:10

**history** 105:17

**hit** 50:5,7 75:15,17 103:14 113:13,17 119:19

**hitting** 119:23

**hobbies** 16:16

**Hobbled** 95:22

**Hoffman** 2:14 3:6,10 11:16 12:1,12,21 13:7,15,17 17:12,13, 16,21 22:9,17,21 23:2,12 24:2,3 34:3 42:10 43:14 45:20

---

56:25 57:4,10 68:21
71:6,11,16,20 72:17
82:2,6,11 95:4,15
97:19 110:22 111:2
120:6

**holding** 90:9 92:7
115:16

**home** 12:9,17 13:22,
24 14:5 31:5,8,13,20
41:22 59:4,9 61:3
63:23 67:12 90:17,21
91:3,17 92:16 96:7,
11,18,21

**honestly** 109:7

**hop** 91:3

**hope** 15:17

**hoped** 75:25

**hoping** 36:23

**hopscotched** 91:3

**horrific** 89:12

**horror** 102:15

**hosed** 20:2

**hospital** 52:9,16
99:4

**hour** 64:24 68:18
98:13

**hours** 6:2,6,9 25:4
53:18 59:5 76:20

**house** 53:2 66:3

**Housing** 9:21

**hundred** 39:18
70:10

**hurt** 46:1 76:6

**hurts** 89:25 103:16

**hypothermia** 20:2

———————————

**I**

———————————

**IA** 109:11

**ice** 45:2 90:20 99:18

**idea** 30:21 37:11
50:9 61:20 62:20,23
64:21,24 69:1

**identifiable** 13:11

**identification**
46:18,19 89:8 101:2

**identify** 46:10
109:15

**identifying** 88:25

**identities** 96:16

**identity** 12:3,9 74:21

**image** 46:7

**images** 31:24

**impact** 46:2,3

**impacted** 7:18,19
112:22

**impair** 6:16

**impairing** 6:12

**important** 3:15,18
19:2 54:9 106:23

**inauguration** 18:11

**incapable** 100:24

**incidence** 93:6

**incident** 24:14,25
74:2 80:6 83:21 86:1
93:9,19 94:11,23
95:2 98:13 102:19
105:12,18 108:9,19

**incidents** 26:1 81:2,
4 102:23 108:20

**included** 44:13
45:18 69:1

**including** 6:8 16:10
19:20 34:11 104:3
105:17

**increasing** 67:6

**incredibly** 106:23

**independent** 7:10,
22 64:13 106:15
108:3,8 109:8 110:12

**Indeterminate**
87:10

**indicating** 40:8
44:12 51:22 85:7

**indiscriminate**
35:9,14 44:5 60:7

117:16

**indiscriminately**
35:11 49:12

**individual** 28:21

**individual's** 23:5

**individuals** 72:2,18

**induce** 20:2

**induced** 104:3

**information** 13:12
23:19 37:13 98:5
106:25 108:22

**infrastructure**
47:15

**inhale** 76:12 77:21

**inhaled** 75:25

**inhaling** 76:4

**injured** 42:15 100:4

**injuries** 60:5,14,18
99:12 100:14,17,21
110:17

**injury** 44:25 60:24
89:19 91:20 99:8
100:12

**inside** 39:17 90:6

**insomniac** 102:5

**Instagram** 29:5,16,
21

**instructing** 22:14

**instruction** 12:13
22:18

**insurance** 54:6 97:3

**intense** 89:21

**intensity** 58:18

**intention** 95:3

**intentional** 101:2

**intentionally** 106:21

**interacted** 25:22

**interactions** 17:22
18:14 23:4 25:25

**interest** 16:14

**interesting** 105:11
107:12

**internal** 109:2,12
110:6,9

**interrogatories**
17:9 79:3,23

**interrupt** 8:8

**interrupting** 94:20

**interruption** 11:22
33:23 42:2 43:10
45:17 57:8 72:14

**intersection** 83:17,
18,19

**interviewed** 18:5,6
110:16

**intrigue** 16:15

**investigative** 16:14

**investigator** 109:9
110:7

**involved** 13:11

**involvement** 110:20

**irritant** 55:6 76:11

**irritants** 53:1

**issue** 16:8 23:15
55:23 103:23

**issues** 52:20 62:25
83:7,9,13 102:12,14,
18,23,25 103:5
104:18,21 105:9,21
110:3

**issuing** 51:20

**ist** 29:22

**items** 30:24

———————————

**J**

———————————

**J-O-H-N-A-T-H-E-N**
5:23

**January** 18:10

**jaywalking** 24:8

**jeans** 39:8

**job** 60:10 66:8 67:8
79:15 80:25 89:22

*AB Litigation Services*

101:7,10 106:21
115:16

**Johnathen** 2:2,10
3:2 5:23 7:3 10:3,4,9
32:4

**join** 67:23

**joined** 67:17 107:3

**joining** 116:4

**joke** 76:2

**joked** 89:16 100:2

**journalism** 16:15
81:3,5

**journalist** 5:2 20:6
23:9,11,16 30:19
32:3,5,13,14 35:12
50:7 52:13 60:9
67:24 68:24 77:18
79:15 80:25

**journalists** 40:12
42:20 49:13 50:4,6
106:24

**jump** 5:20

**jumpsuited** 39:24

**June** 4:23 8:16 16:7
21:10 34:15 98:22
99:21 101:20 104:25

---

**K**

**Kate** 3:10

**keeping** 47:14,15

**kettle** 79:24 119:10

**kettling** 67:9 80:16,
19 81:2,4 82:15 91:9
92:14 93:6,8,19 94:2,
8,9,11,16,22 95:1,3,
17

**key** 3:22

**kick** 77:13 114:25

**kicked** 89:18

**kind** 26:17 41:16,19
48:17 49:8 50:23
62:16 64:16 68:10
89:19 98:25 100:10
102:5 103:2

**kinds** 62:21

**kit** 15:17

**KM** 62:22

**knees** 41:11 56:19,
21,22 57:6,23 58:1

**knew** 78:9 86:16,25
90:16

**knowing** 56:6

**knowledge** 21:19
106:15

**Kyle** 32:14

---

**L**

**L-U-J-A-N** 27:23

**L.A.** 8:20

**La** 10:3,5 79:14

**labeled** 12:23

**lack** 35:7

**Lacrosse** 70:21

**landlord** 14:1

**lands** 75:3

**landscape** 15:1

**lane** 39:21

**lanyard** 30:14

**large** 43:25 62:7
64:20 65:4 116:20
118:2,8

**laryngopharyngeal**
102:17

**Las** 9:5,6,8

**lasting** 100:16

**late** 10:22 21:10
43:16

**launch** 73:21

**launched** 73:18
77:14 88:16

**launching** 65:20

**law** 17:22 18:14 23:4,
6,20 25:22,25 26:2,8
86:22 106:23

**lawn** 40:14,19

**lawsuit** 3:11 11:10
17:2 101:18 107:3,20

**lawyer** 6:25

**lead** 22:19

**leaking** 90:2

**learn** 36:25

**learned** 106:16

**learning** 47:1

**leave** 45:21 59:15
67:5,9 72:6 89:23
91:17

**leaving** 90:13,23
92:2

**left** 9:23 40:6 44:10,
11,14 45:11 59:14
85:2 93:25

**leg** 45:14

**legal** 10:4 28:20

**lessen** 107:23 108:1

**lethal** 50:5

**letters** 62:7

**level** 39:25

**LG** 26:18

**LGBT** 72:5

**Liberty** 39:13 42:1,
12,15,25 43:1,8,20
46:21 47:12,19 51:17

**life** 32:12 90:7
105:17,23

**lift** 60:25

**lighting** 72:20 73:3

**lights** 74:25 117:13

**limit** 46:19

**limitations** 6:16

**limited** 45:4

**Lincoln** 39:15 40:6
41:6 51:18,23 55:16,
19 56:1 58:3 65:2
69:16,20 74:6

**lines** 79:18

**list** 108:19

**listed** 109:13,23
110:4

**listen** 20:22

**literally** 90:13

**litigation** 12:2

**live** 9:3 10:24 11:4,
12 13:19,21,22,23
14:2,7 16:24 23:17
67:1 69:11 71:23
77:5 78:11 80:9
84:14 89:13 92:5
93:16,20

**live/work** 61:8

**lives** 14:1,5 34:8
35:21 61:10

**local** 16:12 18:4

**located** 20:16 47:3

**location** 8:24 14:8
26:24 27:1,2 39:10
49:10 51:4,7 52:5
54:24 61:4 65:19,23,
25 66:3,10 74:22
75:10,14 77:9 80:17
81:17,22 82:14,18,21
83:7,12 84:6,7,11,19,
22,24 85:6,24 86:1,3,
9,14 87:9 88:6,13
114:2 117:3

**locations** 9:1,10
39:12 64:9,10 86:6

**Logan** 115:20 119:1

**logs** 28:18

**long** 9:6,12 10:14,18
13:17 24:18 33:4
38:4 44:18 50:18
53:6 55:3 59:2,16
68:9,14,16 75:16
76:18 78:5 91:19
102:12

**longer** 9:20 12:25
38:8 50:22 100:6

**longer-lasting**
100:13

**longtime** 86:21

**looked** 39:25 54:21
64:12 71:3 87:12

*AB Litigation Services*

92:12

**Los** 8:19

**lose** 101:7 102:3 114:21

**lost** 11:6

**lot** 8:21,24 19:18 21:16 33:11,15,20 39:1 43:22 44:4 47:7, 11 52:20 53:8 55:21 56:9,14 57:14 58:3 66:2 68:7 73:24 81:1 84:24 91:8 99:6 101:13 102:22 104:7, 22 105:13 108:1 110:3 117:18 119:22

**Lots** 118:6

**lovely** 3:9 18:17

**Luckily** 94:3

**Lujan** 27:22,23

**lung** 102:14 104:18

**lungs** 52:11,25 55:6

**Lyft** 96:13

**Lyfts** 90:25

**M**

**maced** 20:25

**made** 40:12 45:4 52:13 62:5 90:21 91:4

**MAGA** 18:10

**magazine** 10:17,21 13:25 14:5 15:21 16:3,9 18:2 32:1 33:25 34:9,13

**Magnesia** 48:24

**main** 94:24 109:13 118:3

**major** 14:22

**majority** 42:8,11

**majors** 18:8

**make** 8:8,14 27:13 31:5,8,13 76:8 85:14, 17 88:19 102:6

104:23 109:17

**Makeba** 89:3

**makes** 76:10 116:19

**making** 72:25 73:1

**male** 96:14

**Mall** 40:23 53:21 54:15

**managing** 15:12,24

**manipulate** 109:5

**manner** 84:5

**manufacturing** 62:20

**map** 70:3

**march** 65:4,10,17 67:18,22,23 68:1 69:21 79:13 80:6,7, 14 81:19

**marched** 66:4

**marches** 64:13 116:4

**marching** 65:12 118:10

**marijuana** 6:9

**mark** 44:14,15 45:22

**marked** 11:19 13:3,8

**marketing** 15:16

**marks** 89:1

**mask** 39:5,6 75:24

**masks** 48:20 88:23 117:14

**math** 8:13 9:25

**matter** 23:7,15,18 34:8 35:21 39:7 61:10 109:6

**Mcclain** 19:14 20:18 21:8,13

**meaning** 12:20 107:13

**means** 48:1

**media** 15:17 22:7 29:2,4 30:18 31:2,23, 25 34:4 35:12 37:1,

12 62:6 63:9,13,14 64:3 66:5 101:2 110:16 113:21

**medic** 27:25 48:23 66:18,24 87:5 92:21 97:1

**medical** 21:4 27:24 44:20 45:1 54:4,8 59:6 97:2

**medications** 6:1

**medics** 87:4 90:15 92:17 93:1 96:3,9

**medics'** 96:5

**meet** 28:22 38:2 59:12

**meeting** 64:4

**member** 35:21 61:9 109:10

**members** 11:8

**memory** 33:18 85:25

**mental** 6:15 105:16, 20 106:10

**mention** 72:7

**mentioned** 18:21 20:7 28:22 38:21 52:17 53:5 72:10 108:21 110:6

**mess** 33:17

**message** 98:2,15 99:3 104:24 105:6

**messaged** 59:15 97:6

**messages** 28:17 98:9

**met** 90:14 112:10

**Michael** 18:7

**mid-june** 21:10 34:9 101:14

**Midafternoon** 62:1 68:22

**middle** 68:15 94:12

**militarized** 19:20

**Milk** 48:24

**milling** 68:6 116:2

**mind** 82:6

**minor** 15:1

**minute** 7:17 17:17 78:23 82:3 97:10 110:24

**minutes** 20:25 38:6 44:8 50:22 51:1 53:8, 15 55:5 56:24 64:23 68:2 71:7 76:20,24 91:21 92:6 93:18 96:1,2 111:22 112:2, 13,16,25 113:2,11 114:9,12 115:5,8 116:11 117:22,25 118:21,23 119:4

**missed** 14:4

**mitigate** 107:16,23

**mobilize** 22:5

**mobilizing** 37:5 68:20

**moisture-wicking** 38:25

**moment** 46:7 62:15 85:10 109:25 111:11 113:13,16

**money** 99:17

**Monitor** 7:10,22 108:3,8 109:8 110:13

**monitoring** 99:9

**month** 15:18 16:5 100:1,8

**monthly** 16:9

**months** 9:7 103:20

**morning** 28:3 62:5 98:16

**mouth** 53:25 75:24 109:5

**move** 12:15,25 13:16 33:12 36:2 47:24 64:23 69:21 94:16 95:3,17 107:15

**moved** 8:21,23 9:22 40:16,17 65:22 84:20 93:10 115:13

*AB Litigation Services*

**movements** 109:18

**moving** 51:15 65:4 111:4 114:3 116:3,24 117:3

**mucus** 50:12

**multiple** 80:20

**munitions** 35:8 40:11 109:22 114:7 119:7,12,25

**murdered** 20:18

**music** 16:24,25

**N**

**names** 10:2,8 78:22 88:25 96:5 115:23

**Native** 19:7,19

**nature** 3:21 32:8 53:18

**nearby** 68:5

**neck** 30:14 102:22

**needed** 55:5 96:12

**news** 16:10

**Nextera** 97:13

**nice** 25:5 97:18

**night** 73:13,14 95:24

**nodding** 3:20 76:17

**nom** 10:5

**nonstop** 102:15 103:7

**nonviolence** 25:6

**normal** 18:18 60:22 100:9

**north** 38:12,13 47:6, 18 51:15,25 55:20 56:9 58:4 65:2,6 66:13 69:20,25

**north/north** 56:14

**northwest** 55:15

**nose** 50:13 75:24 76:13

**Notary** 2:6

**notice** 2:1 51:8 100:3,5 117:11 119:18

**noticed** 64:12,25 65:24 114:18

**notifications** 78:16

**notwithstanding** 101:8

**number** 3:12 7:15 26:14 46:12 57:5

**numbers** 89:1

**numerous** 16:5 20:13

**O**

**obfuscation** 89:8

**object** 11:15 17:7

**objected** 17:10

**objecting** 12:16 13:13

**objection** 11:14 13:16 23:13 68:12 108:25

**objections** 95:9

**objects** 77:9

**obscured** 117:12

**observations** 88:19

**observe** 67:21 68:3 117:9

**observed** 79:23 93:14

**observing** 118:2

**occur** 21:6,9 25:16 93:14

**occurred** 21:14 22:15 24:25 42:21 103:18

**occurring** 82:15

**offended** 72:4

**offense** 25:15

**offer** 73:16

**offered** 12:22 90:19

**office** 7:9,22 61:5,7, 8 108:3,8 109:8 110:8,12

**officer** 44:6 46:4,8, 15 52:1 109:3,10,15, 25

**officers** 18:5 20:13 39:20,24 44:7 47:21 51:11,13 56:20 57:11,14,15,18 58:7 60:9 65:6,10,17,20, 24 66:4 67:10 69:24 70:4 73:19,22 74:3, 14,16,18 79:24 80:14,20 81:16,22 84:3,4,16,20 85:11, 14 86:9 88:10,20 89:9 91:12 93:12 95:1 108:15 109:21, 23 116:21,23 117:2, 5,10 118:16,25 119:3,6,8,25

**officers'** 75:6

**official** 24:9

**oftentimes** 18:2 50:24

**on-scene** 92:18

**on-site** 28:2 103:4

**one-minute** 82:7

**ongoing** 102:19 108:5

**online** 16:13 34:1,14 69:9

**onward** 105:12

**open** 54:20,22

**opening** 20:19

**operated** 19:21

**opinion** 34:17 35:1, 2,5,19

**opinions** 18:15,18 34:24

**opportunities** 18:2

**opportunity** 25:8

**opposed** 108:14

**option** 110:11

**orange** 50:8

**order** 12:24 13:10 22:23

**ordered** 62:22

**organization** 25:6

**organizations** 35:22 61:10,11

**organize** 15:20

**organized** 37:9

**originates** 75:4

**outdoor** 16:7

**outlets** 110:16

**outlines** 15:17

**overlaps** 5:3

**oversight** 35:7 109:20 110:3

**overthrows** 107:2

**P**

**p.m.** 2:4 6:4 17:19,20 23:24,25 57:2,3 71:9, 10 82:9,10 110:25 111:1 120:8

**Pack** 62:5

**packed** 37:24

**packs** 45:2 90:20 99:19

**paddy** 91:10

**pain** 33:11 44:18 59:5 66:25 67:6 89:10 90:7,23 91:4 92:2,15,23 96:22,24, 25 99:8,20,22,23 100:7 101:14 103:7 115:14

**painful** 44:15,17 46:2 53:14 96:2

**pair** 20:24

**pandemic** 39:6 97:5 102:14

**pant** 45:14

**pants** 45:13,24 46:3 63:12 90:14 115:17

**parents** 8:21 10:24

**park** 38:11 39:13,14 40:7 41:21 42:1,12, 15,23,25 43:1,8,20 46:21 47:12,17,19 51:17,18 58:24 64:11,16

**parked** 38:1 42:6 63:24 95:25

**parking** 55:21 56:9, 14 58:3 66:2 84:23

**part** 11:10 31:25 61:12 71:18 89:8 103:23 107:20 109:9 118:4

**participated** 18:22 38:19

**participating** 5:1

**participation** 4:16

**Partners** 105:16,20 106:11

**party** 17:1

**pass** 30:13 38:22 40:8 113:20

**past** 91:9 99:11 114:19

**path** 25:9 31:8 94:10

**patients** 99:6

**Patrol** 18:9

**pause** 82:5 97:11 111:23 112:15 113:2, 11 114:12 115:13 117:24

**paused** 114:23

**pauses** 115:14

**pausing** 112:2 115:8

**pay** 24:21 101:7

**paying** 76:22

**pellets** 119:21

**Pennsylvania** 115:20 116:16,18,21 118:16 119:9

**people** 13:22,23 19:25 21:22 22:4 33:16 35:12 37:14 39:19 41:11 43:8,11 44:23 47:14 49:1,2 56:7,10 57:6 64:4,22 68:6,7 80:15 87:13 91:8,23 92:20 94:10, 17,23 118:5 119:23

**people's** 48:25

**pepper** 28:24 30:20 40:4,9 42:18 45:20, 23,25 46:5 49:9 56:21 57:7 58:8,12, 13 65:21 74:10,13 75:10 85:7 100:18 103:4 108:19 112:20 119:13

**percent** 62:1 68:22 79:17 102:11

**perception** 23:5 26:2,4

**perceptions** 23:17, 20

**perfect** 98:23 111:25 116:19

**permeable** 62:13

**persist** 76:18 102:12

**person** 32:10 50:11 74:1 77:13 99:14

**personal** 32:16 34:23 69:12 92:25

**personally** 13:11 107:5,8,10

**personnel** 19:22

**pharmaceuticals** 104:8

**phone** 26:9,16,17,20 27:12 30:4 109:2

**photo** 15:20 34:7,8, 10 44:13 45:18 63:8 101:15,16

**photograph** 46:11, 13,17

**photographer** 36:22

**photographers** 34:11

**photographing** 28:25

**photographs** 36:21 49:5 68:23

**photography** 46:7

**photos** 32:5 33:14 34:6,12 36:19,24 38:3 40:7 64:12 65:13 69:2 80:10 100:17,18

**physical** 6:15 61:15 105:3

**physically** 100:24 101:9

**picture** 58:25 100:19

**pictures** 27:15 56:4

**pieces** 119:23

**place** 4:23 54:20 61:3 64:14 65:16 86:13 106:17

**plan** 98:3

**play** 20:17 29:23 111:21,22 115:6

**played** 71:19 72:24 82:13 112:1,14 113:1,10 114:11 115:7 117:23 118:22

**playing** 112:11,23 113:9 114:8 117:20 118:19

**plaza** 40:2

**plea** 24:17

**pled** 24:19

**plume** 10:6

**pneumonia** 52:10

**poetry** 16:20,22

**point** 4:10 5:13,15 70:20 90:13 94:16 95:18,21 96:23 103:7 106:12 114:5

**point-and-shoot** 36:22

**pointing** 82:22 84:4

**points** 78:18

**police** 18:3,15 19:11, 20 20:2,14,16,19 28:25 34:18,21 35:8, 14 39:24 40:10,16 41:8,13,20 42:19 44:4 47:3,21 49:8,12 50:19 51:20 55:23 66:16 68:3,19 73:19 74:3 77:9,11,14 81:7, 10,13,25 82:1,22 87:16,24 88:20 89:1, 7 91:1,6,12,24 95:19 101:1,19 102:1,2,8 108:13 109:10,11,19 110:5,8 113:19,23,25 114:6 116:20 118:7 119:25

**political** 16:10,15 108:11

**poor** 35:13

**poorly** 31:9 42:19

**popping** 74:9 85:7 112:17 117:16

**popular** 72:5

**portion** 11:19

**position** 15:10,14,24 23:21

**positively** 46:10

**post** 31:2,18,24 34:4 37:12

**posted** 31:4,6

**posting** 31:22

**potential** 23:3

**potentially** 22:23

**powder** 45:23

**preexisting** 23:5 104:18

**premature** 52:19

**preparation** 6:20

**prepare** 8:3,5

**prepared** 41:19

**preparing** 79:1

*AB Litigation Services*

**presence** 91:1

**present** 16:1

**presently** 11:12

**preserve** 22:22

**preserved** 28:18

**press** 30:13 38:22 40:8 106:19 110:20 113:20

**pretty** 12:3,5 16:25 22:3 30:20 33:14 39:25 41:15 43:21 44:3,23 46:18 52:14 60:22 70:9 108:9

**prevent** 46:18 66:15

**preventative** 97:4

**preventing** 65:8,25 81:18

**previous** 17:22 22:10 62:10

**previously** 15:2 19:10 38:21 42:11 81:3

**Prilosec** 104:4,6

**primary** 8:24

**print** 34:13

**printed** 15:22

**printers** 15:22

**prior** 14:20 15:7,9 18:13,20 25:1 34:16 62:4

**privacy** 11:17 12:16 13:10

**private** 19:21 29:7 32:11,12 69:13

**probation** 24:21

**problem** 53:4

**problems** 5:13

**Procedure** 2:2

**proceeding** 5:7

**professional** 2:6 18:17 32:3,13,18

**programs** 26:21

**properties** 71:1

**property** 24:20 48:7 71:3

**protect** 19:7

**protected** 12:23 13:9 106:20

**protective** 12:24 13:10 22:23

**protest** 18:10,11,21 19:13,17,18 20:7,9, 12 21:5,9,13 23:10 28:9,12,15 33:8 36:7, 9 37:17,22 38:13 41:10 59:12,14,23 60:15 61:22,25 62:4, 9 65:3 66:23 67:24 100:23 103:1 118:3, 12

**protester** 5:4 18:10 20:6 23:9 77:19

**protesters** 19:11 40:11 48:3,6,9,12,15, 18 51:3,6 52:4 56:17, 19 57:21,22 58:1,8 60:7 65:9 66:14 70:7, 11,14,17,25 71:2 77:8,16 79:24 80:21 83:1,3 87:8 88:9,12 93:23 113:19,23 115:25 119:8

**protesting** 21:23 48:5 51:5 68:6 70:12 118:13

**protests** 4:16,17,19, 20,21,22 5:2 8:14,15 14:12 18:20,22,25 19:4,10 20:8 21:14, 20 26:10,25 27:5,11, 19 28:5,23 29:11,19 30:5,12 31:3 32:25 33:9 34:5,9,17 35:1 36:1,25 37:10,14 38:18 41:4 52:23 54:21 63:18 64:5 101:9 103:20,21 105:4,22 106:2,6 110:14,20

**provide** 37:13 92:18 96:10

**provided** 6:24 7:12

54:7 90:22 96:7 98:2

**provider** 26:12,15 27:24 97:2 105:19

**provocation** 20:20

**pseudonym** 10:5, 12,15

**public** 2:6 26:5 29:7 32:10,12,13,22 47:15

**publish** 33:8

**published** 34:12 101:17

**publisher** 13:25 14:4 15:15 19:1 27:13 36:12,15,16 37:6,25 38:20 42:7

**publisher's** 27:17

**pull** 40:1 47:9 71:12 79:5 82:3 111:11,12

**pulled** 21:3,25 96:21

**pulling** 91:3

**purpose** 21:22 36:18

**purposes** 12:2

**pursuant** 2:1 12:23 13:9

**push** 47:12,17

**pushed** 67:11 87:18 116:24 117:7

**pushing** 66:14 87:11,15

**put** 20:24 60:8 77:12 109:5 114:3

**putting** 88:9

**pyrotechnician** 74:1

## Q

**QANON** 22:4

**question** 4:1,6,12 11:17 12:4,6 13:8 22:10 24:1 37:20 60:12 78:24 85:17 94:18 95:4,10,11,13

105:10 107:13,22 112:12,24 114:9 115:6 117:21 118:20

**questions** 3:12,16 6:12,17 22:14 28:8 30:25 35:25 36:5 41:24 111:3,8,23 115:4 120:4

**quick** 23:22 44:3 71:6 91:8

**quickly** 8:6

**quotes** 16:11

## R

**railroad** 24:8,20

**raise** 60:4,13 95:8

**raised** 8:20

**ran** 58:24 86:17

**reach** 67:3

**reached** 34:22 98:5, 25

**read** 7:8 79:18 97:15 98:11,19

**reading** 79:16

**reads** 98:21

**ready** 59:15

**real** 53:4

**reason** 106:10 107:3

**reasons** 109:13

**recall** 22:2 24:23 27:21 28:4,8,11,13, 14,16 31:22 33:11 37:16 38:12 57:15, 17,18 61:24 62:3 63:24 64:1,3 68:16 69:14 72:1,3,8,15,17, 19,25 73:1,21 75:18 76:19 78:7,14,15 79:1 81:8,12,13 82:20 83:5,8,21 87:1 88:16,17,18 91:2 96:4 103:17,22 108:11,16 112:19 113:7,8

*AB Litigation Services*

**receive** 15:19

**received** 60:5,14,18 106:1

**receiving** 78:15

**recently** 87:22

**recess** 17:19 23:24 57:2 71:9 82:9 92:12 93:8 110:25

**recommended** 104:4

**record** 5:22 11:18 12:10,15,18,22 13:3, 6 22:22 71:13 82:3 110:23 120:7

**recorded** 85:5 103:14

**recording** 20:23

**recover** 101:12

**recovering** 66:12

**recruit** 15:18

**red** 61:18 66:20

**redemption** 25:12

**redress** 108:2,4

**refer** 4:21 7:5

**referenced** 37:12

**referred** 46:11 108:10

**referring** 4:17,22 6:23 7:1

**reflux** 102:17,18 103:5 104:1,5

**reflux/acid** 102:18

**regard** 6:25

**regional** 14:25

**Registered** 2:6

**regular** 16:10,13 40:1 62:5

**regularly** 19:3

**regulation** 109:20

**rejected** 109:6

**relate** 103:1

**related** 35:22 61:10 104:20

**relating** 35:25 104:19 105:22 106:2 110:14

**relation** 27:14 30:15 42:22 47:4 51:13 57:25

**relationships** 14:11

**relax** 54:1

**relaxed** 55:7

**relevance** 12:17 13:13 22:19 23:13

**relevant** 12:2 23:1,2, 19

**remember** 27:21 57:20 64:1 65:13 70:19 77:24 85:10 103:3 108:17

**reminds** 72:3

**remote** 2:4

**repeat** 79:4

**rephrase** 4:6 36:6 107:14

**reporter** 2:6 11:22 12:6 13:5 33:23 42:2 43:10 45:17 57:8 71:15 72:14

**reporting** 23:16

**represent** 3:11

**represented** 11:24

**represents** 12:19

**require** 45:2

**required** 99:14 109:21

**requiring** 45:1

**reread** 6:21

**respect** 19:9 26:7 28:8 60:24 64:4 100:14 106:24 108:24

**respectfully** 23:13

**response** 72:12

**79:**2,22 108:23

**responses** 3:16,21 7:2

**responsible** 15:20

**responsive** 60:11

**rest** 100:22

**restaurant** 55:4 65:16 77:23

**restroom** 56:24

**result** 101:25 102:10 107:6,9,24

**resulting** 105:3

**review** 6:19 7:6,15 24:18 34:2 56:4 83:25 99:12,17

**reviewed** 7:24 83:23

**reviewing** 46:16 79:2 88:14

**rewatched** 7:12

**ride** 90:17 96:7,11

**rifle** 119:14

**right's** 107:1

**rights** 22:22 106:24 118:14

**Riverside** 14:21 25:6,17,18

**Rock** 19:6,13,17 21:5 61:14

**rocks** 70:23 119:21

**role** 18:16

**romantic** 14:11

**roof** 74:15

**roofs** 74:13,19

**rooftops** 74:17

**room's** 5:9

**rough** 73:11

**row** 101:1

**rubber** 7:19 21:17 33:6 67:2 76:23 83:25 90:19 108:18 113:14 114:15 115:1

**rules** 2:1 3:15

**run** 67:3 86:12,15,16, 24 91:5,7 96:3 100:10

**running** 91:8 93:9 94:5 112:21

**runs** 56:13

**Rutahindurwa** 2:13

─────────────

**S**

**S-C-E-N-E** 10:20

**sacred** 106:20

**safe** 47:16 91:25

**safety** 21:3 92:25

**salary** 101:6

**salt** 119:21

**sand** 119:20,21

**sat** 55:7 64:17,22 65:2 68:1 101:13

**scared** 52:15 100:25

**scene** 10:16,20 13:25 14:4 15:3,11 16:1,3,11 18:1 19:6 32:1 33:9,25 38:17 50:23 68:5

**school** 14:23

**screamed** 89:13

**screen** 71:13 111:13

**scroll** 97:22,23

**seconds** 111:22 112:3,13,16,25 113:3,12 114:10,13 115:5,9 116:12 117:22,25 118:21,24 119:4

**section** 16:11,12

**sections** 16:10

**security** 19:21

**see-through** 66:22

**seek** 22:23 44:20 54:4,8

*AB Litigation Services*

**seeking** 98:7 107:21 108:3

**seep** 62:13

**seeped** 41:17

**self-evaluation** 99:9

**semiprofessional** 115:1

**sending** 28:4,14

**sensation** 76:10

**sense** 109:17 116:19

**sentence** 43:11

**separate** 32:12

**separated** 38:1 92:19

**separately** 27:14

**series** 30:9

**service** 25:4

**services** 26:25 39:20

**set** 79:2 81:14 97:5

**severe** 89:20 92:3 100:13

**severely** 89:25

**sexual** 96:15

**shaking** 3:19

**shallowness** 103:15

**share** 61:4 71:13 82:12 98:22

**shared** 28:19 32:1

**Shavonne** 14:6 27:18 36:13,14,16 38:9,10,16 59:9,19, 21 60:1,4 61:3,9,13, 22 63:21,23

**shield** 63:8

**shoot** 30:22 41:12 118:11

**shooter** 46:10

**shooting** 35:9,11 40:10 43:7 47:18

**seeking** 49:13 73:5 74:4,19 109:14

**shoots** 15:20

**short** 56:23

**shorter** 50:23

**shorthand** 4:19

**shortly** 108:9

**shorts** 66:20

**shot** 7:19 19:24 21:17 31:6,20 35:13 40:8 41:13 42:17 43:12,19,24 44:1,6,7, 8,9,11 45:7,9 47:19 49:9,20,21,25 50:20 56:20 66:16,24 69:6 74:13 76:23 83:24 85:9,21 86:4 89:15 90:18 91:12 98:25 111:18 114:23 117:3 119:4

**shots** 43:24 85:10

**show** 71:12 72:22 98:20 102:15

**showed** 82:18,21

**showered** 37:23

**showering** 37:19

**showing** 111:15

**shown** 20:17

**side** 47:6,7,10 65:6, 22 67:11 69:23 70:1 77:22 78:6 79:14 80:8 81:9 91:14 93:10 94:4,5,17,19, 24 95:2,14,16 117:6, 19 118:3,10 119:9,11

**sides** 80:21 92:13 117:8

**sidewalk** 43:1,19 46:21 115:13

**sign** 116:14

**signed** 105:15 106:10

**significant** 56:17

**significantly** 46:18 47:22

**signs** 68:7

**simply** 11:18

**Sir** 95:8

**sisters** 11:2

**sit** 90:14 105:25

**sitting** 68:15 90:17

**situation** 54:3 67:9 75:24 92:24 97:5 119:10

**skin** 76:10

**sky** 73:5

**Skye** 66:19 86:18,19, 20 92:17 112:4,5

**Skye's** 86:21

**sleep** 102:3,6,12

**slippage** 20:3

**slope** 49:15 50:25

**sloping** 40:14

**slow** 8:7 42:5

**slowly** 91:16

**small** 21:22 64:13 67:18 70:1 87:3 116:3

**smoke** 74:8 113:4 117:17 119:16,17

**snippet** 72:22

**snot** 58:25

**snowboard** 63:6

**social** 29:1,4 31:2,23 34:4 37:1,12 64:3

**social-media- related** 30:25

**sociology** 15:1

**Sony** 30:9

**sort** 18:14 45:21 108:3

**sought** 59:6

**sound** 101:20

**sounded** 74:10

**sounds** 74:9 85:7

**signs** 98:23 101:22 112:17, 20 117:16 119:13

**south** 43:3 47:7,12, 17,18 51:16 56:13,14 66:9 81:21 86:8

**space** 61:8 118:6

**spaced** 32:3 56:10

**spaces** 91:25

**speak** 8:2,4,6 21:15 49:1 75:6 76:25 78:22 87:2

**speaking** 110:6

**specific** 80:21,22 108:14 109:23

**specifically** 33:3 35:25 73:21 108:18

**specificity** 56:6

**speculate** 61:19 70:6

**spell** 5:22

**spend** 42:11

**spent** 67:18

**spiked** 104:3

**split** 80:6

**spoke** 7:7 61:8

**spoken** 106:16

**sport** 62:19

**sports** 100:10

**spots** 72:9,16

**spray** 58:8,12

**spray's** 58:13

**sprayed** 30:20 56:21 57:7 58:15 103:4

**spread** 57:13

**Spruce** 97:6

**stairs** 40:15

**stamp** 98:17,21

**stamped** 111:16

**stamps** 56:5

**stand** 92:1 107:4

*AB Litigation Services*

standard 12:3,5

standing 19:6,13,17 21:5 40:5 43:19 61:14 66:22 69:19 77:23 85:8 94:3

stands 25:3

standstill 65:15

start 3:14 5:21 20:23 68:10,19

started 15:25 37:4 47:23 68:19 93:9 94:5 98:12

starting 33:16 37:2 67:16 111:21

starts 41:25 68:10

state 2:7 5:21 18:8 22:21 40:19

statement 6:21,22, 24

station 39:18 40:3 41:5,6,7 42:22 43:5, 12,13 46:22 47:5,6,9, 25 51:16 55:15 56:1 96:11,18

statue 64:21

status 31:11,12

stay 26:2 49:10 116:9

stayed 9:20 63:23

stays 102:7

stenographer 8:9

step 77:22

stepped 92:11

steps 92:11 93:8

stick 12:24

sticks 70:21

stole 24:11

stood 66:2 70:15 77:25

stop 43:4 78:11 90:13 94:20 118:23

stopped 76:22

stopping 114:19 118:16

stops 39:15 86:6

storage 26:21

stories 15:19 34:20

Stormtroopers 88:23

story 25:12

straight 42:8

strained-breathing 54:3

stream 23:17 32:24 69:8 92:5 93:20

streamed 33:4

streaming 80:9 84:13,14 93:16

street 40:1,13,21,23 41:10,22 42:24 43:2, 4 48:1 49:18 51:18, 25 53:21 54:15 55:4, 17 56:1 65:22 66:15, 18,24 67:11 69:23 78:22 79:14 80:4,8 81:9,11 84:7 87:3,5, 11,16,19 88:10 90:1, 15 91:14 93:10 94:2, 4,6,15,17,19,24 95:2, 6,14,16 109:22 114:1,4 115:23 116:14 118:5,10 119:11

streets 65:6,14 70:1, 2 80:1 82:23 109:19 118:12

stresses 104:8

stretch 115:22

stretched 65:18 84:19

strike 13:18 25:14 45:13 51:11

strip 39:15 40:5,6

struck 33:6 74:10 75:9,13 89:11

struggling 106:11

student 86:22

stuff 32:11 45:2 48:24 62:5 87:23 100:11

subject 50:15 95:1 101:3

submitted 34:12

subside 53:16,17

substantial 44:25 99:13,22

subsume 48:14

subzero 20:1

successfully 71:13

succession 44:3

suffer 101:24

suffered 102:9 107:24

suffering 60:17 102:25

sufficient 99:10

Summer 34:15

summon 96:13

supplied 7:15

supposed 68:19 76:8 100:22

sweat 39:1

swelling 67:7 98:12, 24 99:24

swimming 62:18 63:2,3

switch 62:24

swollen 99:18

sworn 3:3

symptoms 58:20

synch 26:20

synchs 26:22

---

**T**

t-h-e-g 29:22

T-SHIRTS 38:25

taking 27:15 40:7

44:23 64:13 65:13 69:5 80:9 92:2 104:6, 22

talk 22:8 42:4 105:16 106:13

talked 102:20 103:16 110:19

talking 28:1 36:3 37:5,19 66:23 68:7 112:4

tall 61:17

targeted 101:1

targeting 35:14 40:12 42:19,20 49:13 50:3 55:24

taste 53:25

team 28:20 66:11 109:16

tear 19:24 30:20 40:4,17,18,25 41:13, 14,15,17,19 48:25 49:15,16 50:12,15,19 51:1 52:2,7,12 53:6 55:21 57:7 58:8,12, 13,19,23 62:13 74:8 75:15,17,23 76:4,8 77:21 78:4 92:21 103:4 117:17 119:16

tech 99:6

technical 30:17

telemedicine 97:4,9 103:12,24 104:14 105:1,7

telling 66:5

temperatures 20:1

tend 19:3 31:24

term 80:24

terms 37:18,21 58:20 88:20 108:23

terrible 8:13

testicle 21:18 31:6, 21 33:6 66:25 67:6 69:7 76:23 83:24,25 91:13 99:17,25 117:4

testicle's 90:5

*AB Litigation Services*

**testicles** 100:3,19

**testified** 3:4 15:2 42:11 45:12 46:20 49:11 50:7 58:2 62:12 80:5 81:21 86:8

**testify** 74:11

**testifying** 57:5

**testimony** 11:19 22:24 58:7 93:5

**tests** 104:15,23

**text** 27:19 99:3 103:10,11 104:24 105:6

**texting** 28:11

**theg** 29:22

**therapy** 105:24

**thick** 70:9

**thicker** 65:1

**thing** 104:2

**things** 3:20,21 5:7 68:17 81:1

**thinking** 46:9

**thinks** 19:1

**Thinq** 26:18

**thoroughfare** 118:3

**thought** 30:21 52:15 106:13 109:7

**thousand** 70:10

**threat** 85:16

**threatened** 85:1,9

**threatening** 81:23 84:5 85:15,20

**thresholds** 99:8

**threw** 20:24 41:13, 21 52:1 58:24

**throat** 76:13,16,18 103:6,16

**throw** 52:4 77:10 88:12

**throwing** 48:9,12,15 77:8

**thrown** 113:14

**time** 4:10 5:13,15 8:14,15 16:19 25:1,7 26:25 29:11,18 30:4 33:5,18 37:13 41:5 42:15 43:14,18,25 44:2 45:2 48:4 49:25 50:24 52:22 54:5 55:22,25 56:5 58:19, 23 62:2 67:18 68:3, 15 76:21 78:4,8,18 89:17,20 93:17,24 95:18 96:23 98:17,21 104:6 106:13 107:7 111:4 115:10 116:1 118:1,2 119:15 120:4

**timeline** 21:16

**times** 14:12 30:18 45:24 49:9 62:7,11 63:14 73:24

**tiny** 42:23

**tipped** 37:7

**title** 7:4

**today** 3:8,13 4:15 6:13,17 25:9 26:15 100:15 105:13,25 111:3

**today's** 6:20

**told** 56:18 58:23 74:12 78:1 80:16 90:18 101:17

**Tom's** 87:22

**tomorrow** 105:16

**top** 14:1 40:22 50:25 54:18

**topic** 16:9

**topics** 16:4,5,14

**tortilla** 53:3

**totality** 15:21

**totally** 32:2

**track** 24:8 27:2 50:24 109:18

**trackers** 109:24

**tracking** 26:25 35:16 106:9

**tracks** 24:20

**traditional** 5:24 118:12

**traffic** 38:7,8

**train** 15:18

**trained** 74:1 75:5

**transcript** 3:18,22

**transferred** 14:20

**trapped** 95:18,20

**trash** 66:14 87:11,16 88:9

**trashcans** 114:4,5

**trauma** 21:16 99:6 101:13 102:7 105:14, 17

**travel** 63:18

**traveled** 65:14

**treatment** 44:21 52:22 54:4 59:6

**trespassing** 24:19

**tribute** 20:18

**troop** 109:18

**truck** 8:22

**truckloads** 39:23

**Trump** 18:11,21 22:4

**trust** 104:7

**Tuesday** 2:3

**Tums** 104:7,9

**turn** 20:23

**turned** 8:17 67:3 88:8

**Twitter** 29:6,24

**type** 16:3 62:17 119:17

---

**U**

**U.S.** 19:2

**Uber** 96:13

**Ubers** 90:24

**UC** 14:16,24

**uh-huh** 3:20

**uh-oh** 3:20

**umbrella** 66:21,22

**unable** 27:6 52:11

**unaffiliated** 90:15

**uncomfortable** 52:8 109:3

**understand** 3:23 4:3,4,8,14 12:13 13:15 23:12 37:20 80:25

**understanding** 7:2, 14 8:23 11:16 12:21 22:13 42:21 80:18 99:7

**understood** 4:7 7:20 10:7 17:12 18:19 31:17 32:23

**unfortunate** 54:10 109:4

**uniform** 57:16

**unit** 18:9 109:16,23 110:1

**University** 14:19

**Univision** 66:11

**unsafe** 52:14

**unzip** 90:14

**update** 31:11,12

**uploaded** 15:22 33:15 69:8

**Upper** 44:12

**utmost** 106:19

---

**V**

**Vaca** 10:3,5 79:14

**Vague** 68:12

**vandalism** 72:8,9

**vandalize** 70:25 71:2 72:2

**vandalized** 51:9

*AB Litigation Services*

**vandalizing** 51:6

**Vanessa** 2:5

**variable** 16:6

**variety** 16:13

**Vegas** 9:5,6,8

**vehicle** 116:20

**vehicles** 82:1

**verbal** 3:16,21 72:12
85:18,19

**verify** 33:21

**Verizon** 26:13

**victims** 34:21

**video** 7:12,18,23
27:16 32:6 33:5 34:6
38:3 56:5 66:4 69:5,6
71:12,19 72:3,7,24
73:20 82:4,13,25
83:4,10,11,13 85:5
88:14 92:8,14,21
94:6 103:13 109:14
111:12,15,18 112:1,
14 113:1,10 114:11
115:7,10 116:12
117:23 118:4,22

**videoconference**
2:5,10

**videos** 7:15,16
33:14 35:10 69:3
83:23 84:1 103:13

**viewed** 98:9 104:25

**vigil** 19:15 20:10

**violation** 106:22

**violations** 101:20
106:18

**violence** 34:21
77:20

**violin** 19:14 20:10

**violins** 20:17,22

**vision** 118:7

**visit** 103:24 104:14
105:1,7

**visited** 39:12 64:10

**voice** 71:21,22

**W**

**wagons** 91:11

**walk** 59:16 83:16
89:25 90:8,10 92:10,
13 96:1 99:22 100:9

**walked** 91:7 92:1,19,
22 93:1,2 95:21
114:18

**walking** 27:15 83:19
91:16 113:19 117:14

**walkway** 56:15

**wall** 71:5

**Walmart** 24:12

**Wang** 2:12 11:14,21,
23 12:5,16 13:2,13
17:7 22:16,19,25
23:8,22 24:1 56:23
68:12 94:20 95:11
97:17 108:25 111:7,
10 120:3

**wanted** 22:6 40:24
47:11 94:9 111:2

**warm** 39:2

**warning** 85:20
117:18

**warnings** 57:19,20
88:17,18 117:19
119:24

**wash** 40:24 92:21

**watched** 64:22

**watching** 39:17

**water** 4:11 19:8 39:3
48:22 53:22 77:12
88:15

**weapon** 85:3,16

**weapons** 49:7 70:16
74:24 75:5,6,13
84:22 85:4,11,15
117:15

**wearing** 38:22,23,24
39:4,5,6,7 45:13
48:20,21 57:16 62:11
63:12 74:21 75:19
78:4 88:21

**website** 101:18

**week** 101:16,22

**weeks** 103:20

**weight** 61:19

**weird** 100:2

**well-being** 106:9

**well-versed** 44:23

**west** 42:25 43:3
51:25 66:10 67:10
80:13,17 85:23 86:3,
13 88:1,3,5 91:13
94:23 116:24,25
117:3,7

**westward** 81:20
86:10 88:11 114:2

**whatnot** 119:22

**white** 30:17 61:18
63:13

**whites** 40:1

**width** 48:2

**Wilcox** 98:5 99:3
103:9 104:14,25
105:2,7,8

**willful** 89:8

**wind** 40:18 55:23,24
58:9

**wipe** 53:9

**witnessed** 20:12
39:23 41:8 56:18
65:20

**witnessing** 20:21

**woman** 19:23 61:18

**word** 29:23 33:20
80:18 107:18

**words** 8:9 107:12
109:5

**work** 9:20,22 15:15
18:2 25:5 31:25
34:23 36:8 75:24
91:20,22 100:20
101:23 104:9

**worked** 15:3 99:6

**workers'** 101:4

**working** 109:9

**works** 86:21 102:6

**world** 107:1 108:11

**worn** 41:16

**worse** 58:22 89:19
106:5,7

**worst** 90:6

**write** 36:19 101:10

**writers** 15:18

**writing** 10:6,14,16,
18

**written** 17:8,9 62:6

**wrong** 33:20 41:16,
18

**wrongdoing** 108:4

**wrote** 15:6 19:5

**Y**

**year** 15:16 21:11
83:22 105:13 108:16

**years** 9:3,13,14,18,
24 17:11,14 22:15
24:4,7 25:1,16,20

**yelled** 67:1

**yelling** 92:21

**Yellow** 10:16,20
13:25 14:4 15:3,10,
25 16:3 18:1 19:5
32:1 33:9,25 38:17

**yellowscene.com**
34:1

**Yellowstone** 10:19

**yesterday** 6:4

**Yolo** 9:21

**Z**

**zoom** 5:7 74:22