LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA



**KENTUCKIANA**
— COURT REPORTERS —

## CIVIL ACTION NO. 1:20-cv-01878-RBJ

## ELISABETH EPPS, ET AL.

## V.

## CITY AND COUNTY OF DENVER, ET AL.

### DEPONENT:

### CORY BUDAJ

### DATE:

### December 29, 2021



a courtroom
**powerhouse**

✉ schedule@kentuckianareporters.com
☎ 877.808.5856  |  502.589.2273

www.kentuckianareporters.com

Exhibit 22

1              IN THE UNITED STATES DISTRICT COURT

2

3              FOR THE DISTRICT OF COLORADO

4

5          CIVIL ACTION NO. 1:20-cv-01878-RBJ

6

7      (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)

8

9

10              ELISABETH EPPS, ET AL.,

11

12                  Plaintiffs,

13

14                      V.

15

16          CITY AND COUNTY OF DENVER, ET AL.,

17

18                  Defendants.

19

20

21

22

23   DEPONENT:   CORY BUDAJ

24   DATE:       DECEMBER 29, 2021

25   REPORTER:   LINDSEY N. JOHNSON



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

2

```
 1                    APPEARANCES

 2

 3   ON BEHALF OF THE FITOURI PLAINTIFFS:

 4   Elizabeth Wang, Esq.

 5   Loevy & Loevy

 6   2060 Broadway

 7   Suite 460

 8   Boulder, Colorado 80302

 9   Telephone No.: (720) 328-5642

10   E-mail: elizabethw@loevy.com

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE EPPS PLAINTIFFS:

14   Matthew J. Douglas, Esq.

15   Timothy R. Macdonald, Esq.

16   Arnold & Porter Kaye Scholer LLP

17   1144 Fifteenth Street

18   Suite 3100

19   Denver, Colorado 80202

20   Telephone No.: (303) 863-2315

21   E-mail: matthew.douglas@arnoldporter.com

22           timothy.macdonald@arnoldporter.com

23   (Appeared via videoconference)

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

3

```
 1                    APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:

 4   Eric Butler, Esq.

 5   Jefferson County Attorney's Office

 6   100 Jefferson County Parkway

 7   Suite 5500

 8   Golden, Colorado 80419

 9   Telephone No.: (303) 271-6511

10   E-mail: ebutler@jeffco.us

11   (Appeared via videoconference)

12

13   ON BEHALF OF THE CITY OF AURORA DEFENDANTS:

14   Isabelle Evans, Esq.

15   City of Aurora City Attorney

16   15151 East Alameda Parkway

17   Aurora, Colorado 80012

18   Telephone No.: (303) 341-8700

19   E-mail: ievans@auroragov.org

20   (Appeared via videoconference)

21

22

23

24

25
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

4

```
 1                    APPEARANCES (CONTINUED)

 2

 3   ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:

 4   Robert Huss, Esq.

 5   Denver City and County Attorney's Office

 6   201 West Colfax Avenue

 7   Denver, Colorado 80202

 8   Telephone No.: 720-913-8072

 9   E-mail: robert.huss@denvergov.org

10   (Appeared via videoconference)

11

12   ON BEHALF OF THE DEPONENT, CORY BUDAJ:

13   David Goddard, Esq.

14   Bruno, Colin & Lowe, P.C.

15   1999 Broadway

16   Suite 4300

17   Denver, Colorado 80202

18   Telephone No.: 303-831-1099

19   E-mail: dgoddard@brunolawyers.com

20   (Appeared via videoconference)

21

22   Also Present:  Leah Sharp, Videographer

23

24

25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

5

1                            INDEX

2                                                Page

3   PROCEEDINGS                                    7

4   DIRECT EXAMINATION BY MS. WANG                 9

5   EXAMINATION BY MR. DOUGLAS                    124

6

7                          EXHIBITS

8   Exhibit                                       Page

9   1 - Color photo with officers and yellow boxes   127

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

6

STIPULATIONS

The VIDEO deposition of CORY BUDAJ was taken at the
office of Pike Reporting Company, located at 600 17th
Street, Suite 2800, Denver, Colorado 80202, via
videoconference in which all participants attended
remotely, on Wednesday, the 29th day of December 2021,
at 9:00 a.m. MST; said video deposition was taken
pursuant to the FEDERAL Rules of Civil Procedure.  The
oath in this matter was sworn remotely pursuant to FRCP
30.

It is agreed that Lindsey N. Johnson, being a Notary
Public and Court Reporter for the State of Colorado, may
swear the witness.

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
— COURT REPORTERS —

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

7

```
 1                    PROCEEDINGS

 2

 3       VIDEOGRAPHER:  Good morning.  My name is Leah

 4  Sharp.  I'm the online video technician, and Lindsey

 5  Johnson is the court reporter today representing

 6  Kentuckiana Reporters, located at 30 South Wacker

 7  Drive on the 22nd floor in Chicago, Illinois.  Today

 8  is the 29th day of December 2021.  The time is

 9  9:00 a.m.  We're convened by videoconference to take

10  the deposition of Cory -- is it Budaj?

11       THE WITNESS:  Budaj.

12       VIDEOGRAPHER:  Budaj.  All right.  In the

13  matter of Elisabeth Epps, et al., versus City and

14  County of Denver, et al., pending in the United

15  States District Court for the District of Colorado,

16  civil action number 120-CV-01878-RBJ.  Will

17  everyone, but the witness, please state your

18  appearance, how you are attending, and the location

19  you are attending from, starting with the

20  plaintiffs' counsel?

21       MS. WANG:  Elizabeth Wang for the Fitouri

22  plaintiffs, attending via video remotely from

23  Springfield, Pennsylvania.

24       MR. DOUGLAS:  Matt Douglas with Arnold & Porter

25  on behalf of the Epps plaintiffs, attending remotely
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

8

1    by video from Littleton, Colorado.

2          MR. BUTLER:  Eric Butler from the Jefferson

3    County Attorney's Office, attending remotely from

4    Golden on behalf of the Jefferson defendants.

5          MR. GODDARD:  David Goddard --

6          MR. HUSS:  I --

7          MR. GODDARD:  David Goddard on behalf of

8    Officer Budaj, attending remotely from Arvada,

9    Colorado.

10         MR. HUSS:  Rob Huss on behalf of the Denver

11   defendants, attending remotely from Denver.

12         MS. EVANS:  Isabelle Evans on behalf of the

13   City of Aurora, attending remotely by video from

14   Denver.

15         VIDEOGRAPHER:  All right.  And Mr. Budaj, will

16   you please state your full name for the record?

17         THE WITNESS:  Cory Budaj.  Last is B-U-D-A-J.

18         VIDEOGRAPHER:  All right.  And do you have a

19   driver's license or any kind of photo identification

20   to hold up to the camera for me?

21         THE WITNESS:  I do.

22         VIDEOGRAPHER:  Awesome.  All right.  Do all

23   parties agree that the witness is, in fact,

24   Mr. Cory Budaj?

25         MS. WANG:  Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1            MR. DOUGLAS:  Yes.

 2            MR. HUSS:  Yes.

 3            MR. GODDARD:  Yes.

 4            MS. EVANS:  Yes.

 5            MR. BUTLER:  Yes.

 6            VIDEOGRAPHER:  All right.  And then, sir, would

 7      you please raise your right hand for the court

 8      reporter?

 9            COURT REPORTER:  Do you swear or affirm that

10      the testimony you are about to give will be the

11      truth, the whole truth, and nothing but the truth?

12            THE WITNESS:  I do.

13            COURT REPORTER:  Thank you.

14                  DIRECT EXAMINATION

15 BY MS. WANG:

16      Q.   Could you please state your name and spell it

17 for the record?

18      A.   It's Cory Budaj, C-O-R-Y, and the last is

19 B-U-D-A-J.

20      Q.   Where you attending the deposition from?

21      A.   I'm currently seated at District 3 of the

22 Aurora Police Department, 23911 East Arapahoe Road.

23      Q.   And are you in a room by yourself?

24      A.   I am.  This is our designated court room for

25 online testimony.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

10

```
 1        Q.   Did you choose to sit in that room for this
 2   deposition?
 3        A.   I did.  This is -- I was going to attend down
 4   to Mr. Goddard's office downtown.  He's not feeling
 5   well, so instead of being in the same room, it was just
 6   as easy to come to this room.
 7        Q.   Did you place that American flag behind you?
 8        A.   I did not.  This is literally how the court
 9   room is set up every day.
10        Q.   Is there another place that you could sit in
11   the room where there's not an American flag behind you?
12        A.   I could possibly turn the camera this way, if
13   you would like.
14        Q.   Well, I'm not asking you to.  I'm just asking
15   if you made the choice to sit in a location where there
16   is an American flag behind you?
17        A.   No.  This is literally the exact spot that is
18   here every day.
19        Q.   Okay.  And that's the only place in the room
20   that you can sit, right?
21        A.   Facing on this side of the computer, yes.
22        Q.   All right.  Did you -- how did you prepare for
23   this deposition?
24        A.   Meeting with my lawyers.  I reviewed my
25   written reports.  I reviewed my body camera and the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  files that were presented to me from my attorneys.

 2      Q.   How many -- how many meetings did you have

 3  with your attorneys?

 4      A.   Just one, it was yesterday.

 5      Q.   How long was it?

 6      A.   A couple hours.

 7      Q.   Who did you meet with?

 8      A.   Mr. Goddard.

 9      Q.   Was he the only person you met with?

10      A.   No.  There was one other person.  I believe it

11  was his assistant in the room at the same time.  I could

12  not tell you her name.

13      Q.   Was it Julie?

14      A.   I believe that it was.

15      Q.   How many reports of yours did you review?

16      A.   Both of my written reports.  I only authored

17  two reports.  One for the 30th, and one for the 31st.

18      Q.   How many body-worn camera videos did you

19  review?

20      A.   Numerous.  I reviewed all of the body-worn

21  cameras that I had, and I also reviewed, like I said,

22  the other ones that were sent to me that were

23  Officer Bubna and Lieutenant Brukbacher.

24          MR. GODDARD:  Hey, Liz, if I could clarify the

25      record, I don't think Officer Budaj knows our staff.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

12

1          He actually met with Attorney Heather Kuhlman

2      and I yesterday, not Julie Bozeman.

3          MS. WANG:  Okay.

4          MR. GODDARD:  But I don't expect him to know

5      those --

6          MS. WANG:  You mean Officer Budaj?

7          MR. GODDARD:  Yes.

8  BY MS. WANG:

9      Q.   **How many body-worn cameras from Officer Bubna**

10  **did you review?**

11      A.   You know, I don't have a specific number.  I

12  believe it was four or five.

13      Q.   **What base did they cover?**

14      A.    It was just the dates that we were down at the

15  protest downtown Denver, so that would be the 30th and

16  the 31st, ma'am.

17      Q.   **Okay.  So you reviewed all of the**

18  **Officer Bubna's body-worn cameras for the 30th and the**

19  **31st?**

20      A.   I would not say all of them, no.  I -- I'm not

21  quite sure how many he had.

22      Q.   **Okay.  But you reviewed several?**

23      A.   Yes, ma'am.

24      Q.   **What's your best estimate of how many?**

25      A.   Five.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

13

1      Q.    How many videos from -- body-worn camera
2  videos from Brukbacher did you review?
3      A.    I would assume about the same, about five.
4      Q.    And what were the days of the body-worn camera
5  from Brukbacher that you reviewed?
6      A.    I believe that would just be the 31st.
7      Q.    Did you review any other body-worn camera
8  video?
9      A.    No, ma'am.
10     Q.    Did you review any other documents besides
11  your two reports?
12     A.    I did.  I just refreshed my memory in regards
13  to the standard SOPs for the Aurora Police Department.
14     Q.    Okay.  So you reviewed SOPs.  Which ones?
15     A.    In regards to use of force and then the --
16  specifically regarding less lethal.
17     Q.    That's 5.8?
18     A.    I couldn't tell you the exact.  I believe that
19  is it.  I don't have it in front of me, obviously.
20     Q.    Are those the only two SOPs that you reviewed?
21     A.    The special order in regards to ERT for the
22  2020.
23     Q.    And what was the topic of that order?
24     A.    It was the increase of ERT in staffing and the
25  required trainings due to possible upcoming protests.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

14

1      Q.   What else?  What other SOPs did you review?

2      A.   I believe that's -- that should cover it.

3      Q.   Any other documents -- what other documents

4 have you reviewed in preparation for this deposition

5 besides the SOPs that we just discussed, the special

6 order, and your two reports?

7      A.   I did review the Force Review Board's report

8 that referenced the protests.

9      Q.   For which days?

10     A.   That would be both the 30th and the 31st.

11     Q.   And is this in the form of PowerPoint?

12     A.   I believe it is.

13     Q.   So you reviewed --

14     A.   That's how I was presented to it -- sorry.

15     Q.   Go ahead.  Go ahead.

16     A.   That's how I reviewed it, yes.  It was

17 presented on the files presented from my lawyer's office

18 in PowerPoint.

19     Q.   Right.  And there was a PowerPoint for the

20 30th and one for the 31st; is that right?

21     A.   I just reviewed the one in reference to the

22 31st.

23     Q.   Okay.  You did not review the PowerPoint

24 presentation created by the Force Review Board for the

25 30th?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        A.    I do not believe so.
 2        Q.    Did you review every page of the PowerPoint
 3   presentation for the 31st?
 4        A.    I believe so.
 5        Q.    Was there anything that you saw in there that
 6   was inaccurate, from your knowledge?
 7        A.    Again, that was an overview of their report of
 8   what happened.  That's -- that was not mine, so I
 9   couldn't state if it was accurate or not.  That was
10   their overview of the entire incident.
11        Q.    Right.  Okay.  So you weren't there for the
12   entire incident.  So you're saying you wouldn't know
13   whether things that you weren't present for were
14   accurate or not accurate, right?
15        A.    Yes.
16        Q.    Okay.  Did you look in particular at the
17   slides relating to you?
18        A.    I did.
19        Q.    Was the information contained on those
20   PowerPoint slides for May 31st pertaining to you, were
21   those accurate?
22        A.    To the best of my recollection, yes.
23        Q.    Okay.  What other documents have you reviewed?
24        A.    I believe that would cover it.
25        Q.    When I first asked you this question, you said
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    reports body-worn camera video and files presented to

2    you by your attorneys.  So are there any other files

3    that were presented to you by your attorneys other than

4    what we have discussed so far?

5         A.   I believe that covers it.

6         Q.   When you -- strike that.  When the Force

7    Investigation Unit was reviewing the actions of the

8    Aurora police officers for the George Floyd protests

9    which ultimately resulted in the creation of those

10   PowerPoint presentations, were you reviewed by anybody

11   from that unit?

12        A.   Was I reviewed?

13        Q.   I'm sorry.  Were you interviewed?

14        A.   No, ma'am.

15        Q.   Have you been interviewed by anybody -- other

16   than your attorneys in relation to this case, have you

17   been reviewed by anybody regarding your actions at the

18   George Floyd protests in Denver last summer?

19        A.   No, ma'am.

20        Q.   Okay.  So when I -- throughout this

21   deposition, I may refer to the protests or the George

22   Floyd protests or the protests in Denver.  I will be

23   referring to the protests which occurred in Denver on

24   May 30 -- well, beginning on May 28, but from May 28 to

25   approximately June 2, 2020; is that fair?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

17

```
 1        A.    Yes.

 2        Q.    Okay.  You attended the protests in Denver and

 3   provided mutual aid on May 30 and 31st; is that correct?

 4        A.    Yes, it is.

 5        Q.    Are there any other days that you attended the

 6   George Floyd protests?

 7        A.    No, ma'am.

 8        Q.    Have you spoken to anybody else about this

 9   deposition besides your attorneys?

10        A.    No, ma'am.

11        Q.    Have you spoken to anyone else besides your

12   attorneys about this lawsuit?

13        A.    Could you explain?  I mean, obviously, I have

14   family relations that I advised them that it's

15   occurring, but are you speaking in generalities, or are

16   you speaking in terms of specifics?

17        Q.    Have you spoken to any family members about

18   the fact that you have been sued as a defendant in this

19   lawsuit?

20             MR. GODDARD:  I'm going to object to the form.

21        Obviously, that question could implicate spousal

22        privilege.  So, Officer Budaj, I would instruct you

23        to answer that question, but not speak about any

24        conversations you may have had with the spouse that

25        would be protected under spousal privilege.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

18

```
 1          MS. WANG:  Well, he's got to answer the
 2     question that I asked first, and then we can talk
 3     about whether or not he's going to assert a
 4     privilege.  Go ahead.
 5          MR. GODDARD:  Okay.  I believe your question
 6     was, "Tell me about your conversations."  I may have
 7     misunderstood that, but --
 8          MS. WANG:  You misunderstood.
 9 BY MS. WANG:
10     Q.   My question was:  What family members have you
11 spoken to about the fact that you have been sued as a
12 defendant in this lawsuit?
13     A.   My wife.
14     Q.   Okay.  Are there any other family members to
15 whom you have spoken about the fact that you have been
16 named as a defendant in this lawsuit?
17     A.   I would believe my mother and father.
18     Q.   What did you tell your mother and father about
19 this lawsuit?
20     A.   That I have been named in a lawsuit regarding
21 the protests that happened downtown Denver.
22     Q.   Did you text them about that or put that in
23 writing?
24     A.   That would be a verbal conversation, phone
25 call.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    What did you tell them about it?

2      A.    That I was being named in a lawsuit as one of

3  the Aurora officers present down at the Denver protests.

4      Q.    Why did you tell them about it?  Why did you

5  tell them about it?

6      A.    It's obviously concerning.  Nobody likes to be

7  named in a lawsuit, and within general family dynamics,

8  I think they would like to know.  I mean, I share

9  positives and negatives with them.

10      Q.    What did you tell your wife about the fact

11  that you have been named as a defendant officer in this

12  lawsuit?

13           MR. GODDARD:  Objection.  Calls for privileged

14      communication.

15           MS. WANG:  Well, are you going to assert the

16      spousal privilege in this case?

17           THE WITNESS:  Are you asking me directly, or

18      are you speaking to my attorney?

19           MS. WANG:  Well, the privilege holder is you,

20      so my question is directed to you.

21           THE WITNESS:  Then I would assert that

22      privilege.

23  BY MS. WANG:

24      Q.    So if I ask you at trial what communications

25  you've had with your wife about the fact that you've



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    been named as a defendant in this lawsuit, you're going

 2    to refuse to answer the question and cite to the spousal

 3    privilege, correct?

 4         A.   I didn't speak with her in regards to any

 5    specifics, but I don't think that me telling my wife

 6    that I've been named in a lawsuit is anything -- it's

 7    not anything super secret.  I didn't go into any real

 8    great details, but I don't think her knowing about it is

 9    a big deal one way or the other.  I just don't think she

10    needs to answer what I have done.

11         Q.   She doesn't need to answer for what you've

12    done, but either you're going to assert the privilege or

13    you're not, and so, you know, if you think it's not a

14    big deal and you would like to answer the question, you

15    can.  I'm just telling -- asking you, if you are

16    asserting a privilege now respect to any communications

17    that you had with your wife about your involvement in

18    this lawsuit, are you going to maintain that same

19    position or attempt to come off the privilege were the

20    court to allow you to do so at trial?

21         A.   I would continue.  I would assert the

22    privilege.

23         Q.   Okay.  So you are going to assert the spousal

24    privilege and refuse to answer any questions about what

25    communications you had with your wife about this
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  lawsuit?

2      A.   Yes.

3      Q.   And that's the position that you are going to

4  maintain at trial?

5      A.   Yes.

6      Q.   Is there anybody else that you spoke with

7  about your involvement in this lawsuit, other than your

8  wife and your parents?

9      A.   I would -- definitely then.  So the other

10 co-named defendants.  I know that I've spoken with

11 Lieutenant Brukbacher.  When I was named in it, I

12 advised him that I had been named in it, and the same

13 with -- I believe it's Sergeant Serrant.

14     Q.   How did you find out that they were named?

15     A.   I really can't say 100 percent how I found

16 out.  I just -- I believe it was during the initial

17 conversations with my lawyers.

18     Q.   Well, I don't want to know about your

19 conversations with your lawyers, and if you have -- did

20 you have -- let me ask you this:  Did you have any

21 meetings with your lawyers where the other defendants

22 were also present?

23     A.   No, ma'am.

24     Q.   Okay.  So these conversations that you are

25 talking about, let's go one by one.  Did you speak with

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

22

```
 1   Officer McNamee about being named as a defendant or

 2   defendants in this lawsuit?

 3        A.   No, ma'am.

 4        Q.   Okay.  So the two other defendants, Aurora

 5   defendants that you spoke with about being sued in this

 6   lawsuit are Serrant and Brukbacher, correct?

 7        A.   Yes, ma'am.

 8        Q.   And you had those conversations outside the

 9   presence of any attorneys, right?

10        A.   Yes, ma'am.

11        Q.   Were those in-person conversations, or how did

12   they take place?

13        A.   In-person.  They are both positioned here in

14   District 3, such as myself.

15        Q.   When did you have those -- let's go one by

16   one.  When did you have a conversation with Brukbacher

17   about being named as a defendant in this lawsuit?

18        A.   Shortly after I was named.

19        Q.   And when was that, to your recollection?

20        A.   I couldn't tell you specifically.  I don't

21   have the specific date.  I know that when I was advised

22   that I was named in it, that it was shortly thereafter.

23             It was just in passing when I saw him in the

24   building.

25        Q.   What did you say to him?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1     A.   That I had been named and added to the current

2     lawsuit.

3          Q.   Did you say anything to Brukbacher about what

4     the specific allegations were against you?

5          A.   I did not.

6          Q.   What was your reason for telling Brukbacher?

7          A.   It's -- he's a co-worker.  He's -- he was down

8     at the protests with me.  I work closely with him, and I

9     consider him a friend.  It's just a casual conversation,

10    a shared moment, if you will.

11         Q.   What did he say?

12         A.   He advised me that he also obviously had been

13    named and that this was not his first, and he had asked

14    if I had previously been named in anything, and I

15    advised him no, and then he said everything was going to

16    be all right.

17         Q.   Okay.  So you have not previously been named

18    in any lawsuit?

19         A.   No, ma'am.

20         Q.   Okay.  And when Brukbacher was telling you

21    that he has been previously been named as a defendant in

22    a lawsuit before, was he saying just generally or was he

23    saying with respect to the protests?

24         A.   I couldn't tell you.  It was just -- I

25    wouldn't infer anything from his words.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

24

1     Q.   Were you -- have you ever been provided with a

2  copy of the complaint in this case?

3     A.   Yes, ma'am.

4     Q.   You reviewed it?

5     A.   I did.

6     Q.   When you had this conversation with

7  Brukbacher, was it before or after you were provided

8  with a copy of the complaint?

9     A.   It was probably after.

10    Q.   Did you ever see a copy -- the copy of the

11  complaint that you were provided in this case, was it

12  the one that named you as a defendant?

13    A.   Yes, ma'am.

14    Q.   Have you ever seen a copy of the complaint

15  filed by the plaintiffs that the Arnold & Porter counsel

16  represent?

17    A.   No, ma'am.

18    Q.   Okay.  So you don't know one way or another

19  what are the allegations against Brukbacher, Serrant,

20  and McNamee?

21    A.   No, ma'am.

22    Q.   Did Brukbacher say anything to you in this

23  conversation that you had with him about the what the

24  allegations were against him?

25    A.   No, ma'am.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

25

1      Q.    What -- did you have any other conversations

2  with Brukbacher about this lawsuit?

3      A.    No, ma'am.

4      Q.    When did you have a conversation with

5  Serrant?

6      A.    Roughly at the same approximate time.  It was

7  shortly after I had been named, so it would be rough --

8  in same that approximate time frame after I had been

9  advised that I was named.

10      Q.    Did you seek out -- what's his rank now,

11  Serrant?

12      A.    Sergeant Serrant.

13      Q.    Did you seek out Sergeant Serrant to have this

14  conversation with him?

15      A.    I did not.  His office is approximately 15, 20

16  feet away from the desk that I was positioned, so it was

17  just in passing, seeing him come into his office.

18      Q.    So when you had this conversation with

19  Serrant about the lawsuit, did you know that he had also

20  been named as a defendant?

21      A.    Yes.

22      Q.    How did you learn that?

23      A.    The same, just through general conversation.

24      Q.    But did you know that before you began this

25  conversation with Serrant?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

26

1      A.   No.  It -- well, I shouldn't say -- it's hard

2   to say.  It's one of those that -- that's not a very

3   memorable conversation.  It's not like it sticks out, so

4   I couldn't say if it happened shortly before or shortly

5   after, but it was in the same time frame.

6      **Q.   What did you say to him?**

7      A.   The same that I told Lieutenant Brukbacher,

8   that I had been named.

9      **Q.   And what did he say in response?**

10     A.   He just advised roughly the same that

11  Lieutenant Brukbacher did, that he had already given his

12  deposition prior, and that's really the end of that

13  conversation.  It was very short.

14     **Q.   Is there anybody else at the Aurora Police**

15  **Department that you've had any conversation with about**

16  **the fact that you are a defendant in this lawsuit?**

17     A.   Not that I can specifically say that I sat

18  with someone and had that conversation.

19     **Q.   Have you ever been disciplined by the Aurora**

20  **Police Department for anything?**

21     A.   Yes, ma'am.

22     **Q.   What for?**

23     A.   Numerous years ago, another officer and myself

24  had taken a gentleman, an elderly gentleman into the

25  jail.  During the time frame of that arrest, we did not

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  do our -- what was considered a thorough pat-down, and

2  he had hidden a small fireman in his groin region.

3          It was located by the jail staff, and so we

4  were disciplined for what came about to be an incomplete

5  search of a prisoner prior to taking them into a

6  controlled facility.

7      Q.    Okay.  What kind of discipline was imposed?

8      A.    A ten-hour suspension.

9      Q.    Does that mean you -- did you get pay or lose

10 pay over that?

11     A.    I lost pay.  But they took it out as a

12 vacation day, so I lost one day of pay on my paycheck,

13 but I didn't lose actually any time.  They just took it

14 as a vacation day.

15     Q.    Is there anything else that you have

16 disciplined for by the Aurora Police Department?

17     A.    No, ma'am.

18     Q.    You were not disciplined for any actions that

19 you took during the George Floyd protests, correct?

20     A.    No, ma'am.

21     Q.    You're not aware of any officers from the

22 Aurora Police Department being disciplined for anything

23 relating to the George Floyd protests, correct?

24          MR. GODDARD:  Object to the form.

25     Q.    You can answer.  Your attorney may make

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

28

1   objections from time to time.

2         Unless it concerns a matter of privilege, you

3   can answer the question.

4       A.   Okay.  No.  I'm not aware of anybody receiving

5   discipline for the protests.

6       Q.   Were you ever told that you would be given an

7   award or be nominated or recommended for an award for

8   your actions during the protests?

9       A.   I was advised of that after the fact.  Months

10  later, we had received -- we had received the ERT that

11  the officers down there had received accommodation.

12      Q.   Was it the Meritorious Service Ribbon?

13      A.   Yes, that is correct.

14      Q.   Okay.  When did that -- so that -- you and the

15  other officers on the ERT who provided mutual aid to

16  Denver during the protests did, in fact, receive the

17  Meritorious Service Ribbon?

18      A.   Yes, ma'am.

19      Q.   And when did you receive that?

20      A.   A couple months ago.

21      Q.   So is that something that's just given out

22  within the Aurora Police Department?

23      A.   I couldn't tell you.  Traditionally, any

24  awards of that nature are through a recommendation by

25  another officer, your sergeant, a supervisor, and it's



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  based off of their determination of actions taken if it

2  rises to a level that they deem to be above normal.

3      Q.   Okay.  So was there a ceremony -- well, let me

4  back up.

5           How did you -- how were you informed that you

6  and the other officers on the ERT who provided mutual

7  aid during the protests would be provided the

8  Meritorious Service Ribbon?

9      A.   I believe it was in an e-mail.

10     Q.   Okay.  And it was in October, approximately?

11     A.   I couldn't state for certain.  I didn't pay

12 much mention to it.

13     Q.   You did not pay much attention to it?

14     A.   No -- yeah.  I didn't -- I didn't really pay a

15 lot of attention to the e-mail.  I saw that ERT was

16 being presented with it, and then I didn't think much of

17 it after that.

18     Q.   So who presented you with the award?

19     A.   I didn't attend any award ceremony.  I

20 literally got my certificate and pin in my mailbox.

21     Q.   Okay.  And the certificate -- who was the

22 e-mail from?

23     A.   I couldn't state for certain.  It would

24 probably be somebody in the command staff, of that

25 nature.  It was probably from the chief's office.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

30

1        Q.    Okay.  Do you know who makes the determination

2    whether or not to award an officer the

3    Meritorious Service Ribbon?

4        A.    I know that there is an awards board that's

5    made up of other officers and command staff, but I

6    couldn't tell you who's on it.

7        Q.    Okay.  But there are people within the

8    department or within the City of Aurora?

9        A.    Yes, ma'am.

10       Q.    Okay.  And the e-mail informing you that you

11   were being given the Meritorious Service Ribbon, was

12   that a mass e-mail to all of the officers who provided

13   mutual aid to the protests?

14            MR. GODDARD:  Object to the form.

15       A.    I couldn't state exactly who it all went out

16   to.  Again, it's not that I really focused on what the

17   e-mail was, other than the fact of the award.  I didn't

18   pay attention to the other recipients.

19       Q.    You didn't -- you don't recall whether it was

20   an e-mail just to you or to everybody?

21       A.    I believe that it was a broader e-mail, but I

22   couldn't state specifically who was listed.

23       Q.    Okay.  What -- so then you got an award and a

24   pin.  You said -- the award was via e-mail, the

25   certificate?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

31

```
 1      A.   No.  It was placed in my mailbox.

 2      Q.   Oh, in your physical mailbox?

 3      A.   Yes, ma'am.

 4      Q.   Okay.  At work?

 5      A.   Yes, ma'am.

 6      Q.   And then do you know what is the effect of an

 7  award or an accommodation in terms of that -- what that

 8  information does in terms of your status within the

 9  department, or does it assist you if you were to apply

10  for a promotion, things like that?

11      A.   It does not affect anything.  It is just an

12  individual recognition.  It doesn't go towards any

13  promotion books or anything like that.  It is just the

14  department's way of showing appreciation for your

15  actions.

16      Q.   Okay.  And so is it your understanding, based

17  on the fact that not only were you not disciplined for

18  any actions that you took that during the George Floyd

19  protests, but you were, in fact, given an award for your

20  actions during the George Floyd protests, that being the

21  Aurora Police Department and the City of

22  Aurora approved of your actions during the protests?

23           MR. GODDARD:  Object to the form.

24      A.   I'm sorry.  Could you state that question

25  again?  I missed part of it.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

32

1     Q.   Based on the fact that you got an award for

2  your actions during the George Floyd protests, is it

3  your belief and understanding that the City of Aurora

4  approved of your actions during the protests?

5     A.   I can't -- I would assume they approved of my

6  actions, yes.

7     Q.   The fact that you were given an award by your

8  department for your actions during the George Floyd

9  protests, does it lead you to conclude that were you to

10  attend another protest of that nature, you should do

11  exactly what you did?

12          MR. GODDARD:  Object to the form.

13     A.   I -- I would state that they would not have

14  any problem with my actions.

15     Q.   What is your highest level of education?

16     A.   I have a -- my bachelor's.

17     Q.   From what institution?

18     A.   The Metropolitan State College, and it was in

19  literature with a minor in biology.

20     Q.   And when did you obtain that degree?

21     A.   Many, many moons ago.  Too many moons ago.

22     Q.   When did you join the Aurora Police

23  Department?

24     A.   February 10, 2003.

25     Q.   Okay.  Can you give me a rundown of what were



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**KENTUCKIANA**
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

33

```
 1    -- and so strike that.
 2             Were you -- have you been continuously
 3    employed at the Aurora Police Department since 2003?
 4       A.   Yes, ma'am.
 5       Q.   Okay.  So can you give me a rundown of what
 6    are the different positions that you have had in the
 7    Aurora Police Department since you joined, and, you
 8    know, approximately the dates or length of time?
 9       A.   I've been a patrol officer since day one, so
10    we're coming up almost 19 years, just a continuous
11    patrol officer.  For approximately 17 years, I have been
12    on ERT, the emergency response team.  I was a field
13    training officer in FTO for approximately 13 years, and
14    up until recently, again, I had been on patrol, but I
15    had been on light duty now pending upcoming surgery here
16    in about two weeks.
17       Q.   Okay.  Do you expect to return to work after
18    your surgery?
19       A.   I'm hoping so.  I have bills to pay.
20       Q.   Okay.  So what is your current rank?
21       A.   Just a patrol officer.
22       Q.   Okay.  Have you ever applied for a supervisory
23    position?
24       A.   I have taken the Sergeant's Exam twice, and I
25    did not -- I did not make the cut on that attempt.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      Q.    Was it a -- it's a written exam?

2      A.    Yes, ma'am.

3      Q.    Okay.  And then you have to get a certain

4  score on it in order make the cut?

5      A.    It's a several-layer process.  The first would

6  be a written exam, and then after that, you do an oral,

7  and your -- then your training certificates, et cetera,

8  are added to that, as well, for a final outcome.

9      Q.    What do you do on the ERT?

10     A.    I was a designated marksman for many years,

11 and I transitioned to grenadier.

12     Q.    And when -- what years were you a designated

13 marksman?

14     A.    I couldn't give you exact specifics.  It was

15 during the 17 years that I had done it.  I would say it

16 was approximately five years that I was a marksman

17 before transitioning to grenadier for the last, roughly,

18 two years --

19     Q.    I --

20     A.    -- and I'm currently no longer on the ERT.

21     Q.    And you're no longer on ERT?

22     A.    No, ma'am.

23     Q.    Okay.  So I'm just trying to make these dates

24 up.  You said you were on the ERT for 17 years?

25     A.    Yes, ma'am.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   And just can you give me what approximate
2  years the actual years were?
3    A.   It would have been -- I joined the department
4  in 2003, so that would have been approximately 2004 that
5  I joined the ERT, and I left ERT last year at the end of
6  2020.
7    Q.   Okay.  So you're saying the first five years
8  you were a designated marksman?
9    A.   No.  For the first five years, roughly, I was
10  -- five to six, just standard ERT member, which would be
11  for line formation, and then I was with the designated
12  marksman, like I said, approximately, five years, and
13  the last two, approximately as a grenadier.
14    Q.   Okay.  Why did you leave the ERT?
15    A.   ERT is additional work.  It's additional time,
16  and truly coming up on 19 years with the department, I
17  wanted to do a little bit more time with my family.  ERT
18  has taken away numerous things.  You're required to be
19  -- work special functions, so 4th of July to any items
20  like that, and after 17 years, I just wanted to spend
21  more time with my family on major events, instead of
22  volunteering my time to do other things.
23    Q.   Okay.  So what did you do as a designated
24  marksman?
25    A.   You work hand-in-hand with the SWAT snipers,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  and you basically are their cover while they focus on

2  major problems.  You make sure that nobody is looking at

3  them, that they can do their job safely.  As it relates

4  to ERT, you can provide cover, over-cover watch over

5  large events to make sure that nothing's going on that

6  could be deemed lethal.

7       Q.   So what -- I mean, what kinds of weapons were

8  you trained to use as a designated marksman?

9       A.   It was a modified AR-15, similar to what we

10 carry as a patrol rifle.  It just had better optics on

11 it, a bi-pod to -- for stability, items of that nature.

12      Q.   Okay.  So is it fair to say that you have

13 special training in marksmanship?  Is that what you call

14 it?

15      A.   Yes, ma'am.  That's very fair.

16      Q.   Okay.  Can you describe a little bit your

17 special training in marksmanship?

18      A.   We would go out every month with the SWAT

19 snipers and do additional training in regards to

20 different shooting drills, distances, wind calculations,

21 items of that nature.

22      Q.   And then were you also trained on -- is part

23 of the training also to target accurately objects or

24 people who are moving?

25      A.   I would state that we would do drills of that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  nature, but not a specific training, per se.

2      Q.   Okay.  That's -- you would agree that that's a

3  part of being a good marksman, is shooting accurately

4  moving objects?

5      A.   Yes, ma'am.

6      Q.   Were you provided any specific training on how

7  to target people accurately when there's also tear gas

8  and other things that may obscure your vision?

9      A.   We did not do specific training with those --

10  with that exact criteria that you mentioned.  That would

11  be a -- probably be a very difficult training to set up.

12      Q.   What did you do as a grenadier that was

13  different than being a designated marksman?

14      A.   A marksman is with a lethal rifle.  It's the

15  same thing -- it would be, like I said, a standard

16  patrol rifle.  Grenadier is actually a -- works with

17  less lethal munitions, and they are hand-in-hand with

18  the ERT units that are on the ground as it results to

19  protests.

20      Q.   Okay.  So what kinds of training have you had

21  in -- what weapons were you trained on as a grenadier?

22      A.   The less lethal shotgun, which is a modified

23  Remington 870 --

24          THE WITNESS:  Bless you.

25      A.   -- and the 40-millimeter launcher, which is

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    the Penn Arms and shoots a foam baton round.

2        Q.    Okay.  So the less lethal shotgun, it shoots

3    bean bag rounds --

4        A.    Yes, ma'am.

5        Q.    -- what some people call bean bag rounds?

6        A.    Yes, ma'am.

7        Q.    Okay.  What are those made of?

8        A.    It's -- I have not actually -- I don't have

9    the expertise in regards to what's inside the exact bean

10   bag in regards to weight and dynamics.  It's just a bean

11   bag round.

12       Q.    Okay.  But it's -- it's basically cloth -- is

13   it fair to say that it's a cloth bag filled with lead

14   pellets?

15       A.    Okay.

16       Q.    Is that -- is that fair?

17       A.    That would be fair.

18       Q.    Okay.  The 40-millimeter launcher launches --

19   foam batons you said, right?

20       A.    It's called a foam baton round, yes, ma'am.

21       Q.    Foam baton round.  Okay.  What are those made

22   of?

23       A.    Not trying to be -- just a foam round.  It's

24   just -- I couldn't describe it anything more than that.

25   It's just a foam tip.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

39

1       Q.   When you say "foam," we're not talking Nerf

2  gun, right?  It's not as soft as that, it's harder,

3  correct?

4       A.   Yes, ma'am.

5       Q.   Have you ever been hit by one, like as part of

6  a training or anything?

7       A.   No, ma'am.

8       Q.   Were you ever trained on the amount of force

9  that a foam baton round generates when it hits a target?

10      A.   Specific pounds per square inch, et cetera --

11      Q.   Right.

12      A.   -- no, ma'am.

13      Q.   Were you ever trained on the amount of force

14  that a less lethal shotgun round generates when it hits

15  a target?

16      A.   Again, as a specific pounds per square inch,

17  no, ma'am.

18      Q.   What about more generally?

19      A.   We were trained on general distances and safe

20  practices.

21      Q.   Okay.  So tell me what -- how you were trained

22  on what were the safe practices for the use of a

23  40-millimeter launcher?

24      A.   The standard 40-millimeter round, it is

25  recommended that you do not fire at someone within five

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  feet, and an extended distance, you don't want to -- you

2  lose accuracy at the end of its range, which is

3  approximately about 45 yards.

4      Q.   Okay.  So are you trained not to try to shoot

5  at something greater than 45 yards?

6      A.   No.  That's the recommended range that they

7  advise.  It's their recommendation, as it -- as it sits,

8  and that's what we try to use as a standard.

9      Q.   Okay.  So 45 yards is 135 feet, correct?

10     A.   I don't have a calculator in front of me.  It

11 sounds approximate.

12     Q.   Okay.  So you're saying you are not trained on

13 -- you're saying the foam baton loses accuracy when

14 you're trying to shoot at something greater -- farther

15 than 45 yards away, right?

16     A.   It's just their -- I'm literally giving you

17 their recommended -- what the recommendation is on that.

18     Q.   Right.  That's fine.  Go ahead.  I'm not

19 asking for the physics of it, okay?

20     A.   I understand.  I couldn't tell you why that's

21 the recommendation, that's just the standard

22 recommendation.

23     Q.   Right.  So are you trained not to try to shoot

24 at something greater than 45 yards away, because you're

25 going to lose accuracy?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

41

1     A.   You would probably have to talk with our --

2  someone from our academy range.  I'm just letting you

3  know that's our recommended distance.

4     Q.   I know.  What I'm asking is:  How were you

5  trained?  Do you recall any training that you have ever

6  received telling you don't try to shoot at something

7  more than 45 yards away with a 40-milliliter launcher?

8     A.   I don't think I really understand your

9  question.  If you could explain it a little bit more?

10     Q.   You stated originally a few questions ago that

11  you were trained on what the safe practices were for the

12  use of a 40-milliliter launcher, correct?

13     A.   Yes.

14     Q.   Okay.  And one of the things that you said

15  about what a safe practice would be is you do not fire

16  at somebody within five feet, right?

17     A.   Yes.

18     Q.   And tell me what you were trained on why you

19  don't shoot at somebody closer than five feet with a

20  40-millimeter launcher?

21     A.   It would -- the recommendation was just stated

22  that we do not do it within five feet.

23     Q.   Why?  You were not told why?

24     A.   Well, I would assume that it could be any

25  number of things.  I can't tell you exactly why they

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 43 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

42

1    don't recommend that.  That is their recommendation.

2         I'm not trying to be argumentative.

3    Literally, it comes across as the recommendation is you

4    do not shoot closer than five feet, and you don't shoot

5    further than 45 as it relates -- it's not argumentative.

6    It's literally -- that's their recommendation.  I

7    couldn't tell you why that's their recommendation, but

8    that's their recommendation.

9         Q.    And when you say, "they -- their

10   recommendation," are you referring to the manufacturer?

11        A.    Yes, ma'am.

12        Q.    Okay.  So you have no idea why it is the

13   manufacturer has recommended that you do not shoot a

14   40-millimeter launcher at somebody closer than five

15   feet, you just know that's the recommendation?

16        A.    I could make an assumption, but that's -- that

17   would be my assumption based off of comparative to what

18   their rationale is.

19        Q.    Well, you're not giving me a rationale that

20   they're given you, so what is your assumption as to why

21   you don't you shoot at somebody with a 40-millimeter

22   launcher closer than five feet?

23             MR. GODDARD:  Object to the form.

24        A.    I would assume that it would -- that the

25   impact would be greater than they would desire.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.   Right.  It might cause much more serious

2    injury than intended, right?

3         MR. GODDARD:  Object to the form.

4    A.   Again, I don't know why they assume that.  It

5    could be.

6    Q.   And you have no understanding or beliefs, one

7    way or the other, as to why it is the manufacturer

8    recommends that you don't shoot a 40-millimeter launcher

9    greater than 45 yards away?

10   A.   Of course, I have my own opinion.

11   Q.   What is it?

12   A.   I would -- I would probably state that you

13   would -- you could lose accuracy, the same that I would

14   say that for any other munitions.  That would be my

15   assumption.

16   Q.   Right.  Why don't you want to lose accuracy?

17   A.   I think that's pretty self-explanatory, but it

18   -- because you -- the desire, if you're going to use

19   munitions, it would be for a specific intended target.

20   Q.   Right.  Not only a specific intended target

21   like a person, a specific person, but also a specific

22   body part?

23   A.   Yes, ma'am.

24   Q.   Okay.  Were you -- what other safe practices

25   were you trained on for the use of a 40-millimeter



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

44

```
 1   launcher?
 2       A.   There are prohibited areas that you should not
 3   target.
 4       Q.   Such as?
 5       A.   It would be the head, the neck, throat, heart,
 6   spine, kidneys, groin, and knee joints.
 7       Q.   Were you told why you should not target those
 8   areas?
 9       A.   Well, they -- it could cause serious injuries.
10       Q.   Okay.  So there's no circumstances under which
11   you are allowed to use your 40-millimeter launcher to
12   target somebody's groin, correct?
13           MR. GODDARD:  Object to the form.
14       A.   And that would be incorrect.  You could, if
15   the situation transitioned from a non-lethal or less
16   lethal to a lethal response, if you -- if that was the
17   only equipment that you had in your hand at the time, if
18   you had to take that shot, you could, but then again,
19   that is on a lethal situation, not on non-lethal.
20       Q.   Okay.  So if the circumstances required or
21   authorized you to use lethal force, you could target
22   somebody in one of those prohibited areas if that's the
23   only weapon you had?
24       A.   Yes, ma'am.
25       Q.   Okay.  With respect to the less lethal
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  shotgun, the one that fires bean bag rounds, are there

2  the same prohibited areas?

3      A.   Yes, ma'am.

4      Q.   And then what other safe practices were you

5  taught on how to use that weapon?

6      A.   It would be the same as any other firearm

7  rules.  The -- all weapons should be treated as if they

8  are always loaded.  You don't want to point your muzzle

9  at anything that you don't to want use it on.  Keep your

10 finger out of the trigger guard and off the trigger

11 until your sights are on target and prepared to shoot,

12 and you always make sure you target beyond.

13     Q.   And then is there a recommended range for the

14 use of the less lethal shotgun?

15     A.   It would be, I believe, within the 25-yard.  I

16 know that things have changed.  Munitions have become

17 better over the years.

18     Q.   Okay.  What other training have you been

19 provided with respect to how to use the less lethal

20 shotgun or the 40-millimeter launcher, other than what

21 we've talked about?

22     A.   The only training that I have received has

23 been through the Aurora Police Department through ERT in

24 regards to those items.

25     Q.   Right.  And so I'm what I'm asking now is to

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   tell me what other training you recall receiving about

2   how to use those two weapons other than the recommended

3   ranges and distances and prohibited target areas?

4       A.   So we do a qualification to make sure that you

5   are proficient, you have to, obviously, demonstrate your

6   efficiency with it, and if you don't qualify on it,

7   you're not allowed to carry it.

8       Q.   Okay.  So what is -- the qualification is a

9   practical test, like you have to shoot certain targets?

10      A.   Yes, ma'am.

11      Q.   All right.  And then what is that testing?

12  What kind of exercises do you go through in that

13  qualification?

14      A.   As with any qualification, it's just your

15  proficiency.  It shows that you know how to manipulate

16  the item and use it accordingly.

17      Q.   Okay.  That you know how to use the weapon.

18  Does it also include being able to shoot at certain

19  distances?

20      A.   Yes, ma'am.

21      Q.   Does it include being able to accurately

22  target specific areas of the body?

23      A.   Yes, ma'am.

24      Q.   Okay.  And you've been qualified on both of

25  those weapons, the less lethal shotgun and the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   40-millimeter launcher?

2        A.   Yes, ma'am.

3        Q.   Okay.  Are there any other training that you

4   have received from the Aurora Police Department with

5   respect to how to use the 40-millimeter launcher or the

6   less lethal shotgun other than being given a

7   qualification test as to proficiency and use of the

8   weapon, being taught what the safe practices are on the

9   distances, and being taught what the prohibited areas

10  for targeting are?

11       A.   To be able to -- you have to actually go

12  through a course to be able to do that, and that's --

13  that was brought to us through ERT.  That as to -- to be

14  a grenadier, we actually went through the class, the

15  functionality, everything for the 40, as well as the

16  less lethal shotgun, so that's a specific training class

17  that you go through.  It's not in regards to just pick

18  it up and show you -- show that you can use it, you

19  actually go through a training.

20       Q.   Right.  I get that.  I'm -- what I'm asking

21  you is about the substance of the training.  So the

22  substance of the training -- and tell me if I'm mistaken

23  about this or leaving anything out.  The substance of

24  the training that you have received from the Aurora

25  Police Department on how to use the 40-millimeter

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   launcher and the less lethal shotgun is how to use the

2   weapon, how to target certain areas of the body, and how

3   not to target prohibited areas of the body, and what the

4   recommended distances are for use of a particular

5   weapon, right?

6        A.   That would be -- I would say yes.

7        Q.   Okay.  On May 30 and 31st of 2020, were you

8   assigned -- was the 40-millimeter launcher assigned to

9   you?

10       A.   Yes, ma'am.

11       Q.   Okay.  And what kind of -- was it a

12  single-shot launcher or multi-launcher?

13       A.   Single.

14       Q.   Both days?

15       A.   Yes, ma'am.

16       Q.   Okay.  And you were under Sergeant Shaker both

17  days?

18       A.   Yes, ma'am.

19       Q.   What were you wearing on May 31, 2020?

20       A.   ERT has a specific uniform.  They're BDUs,

21  comparative to a standard patrol uniform, just a little

22  bit more functional.  I had my chest rig for my

23  munitions being a grenadier, standard duty belt, and

24  helmet.

25       Q.   Okay.  So BDU means battle dress uniform,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

49

1    correct?

2        A.    I believe so.

3        Q.    Okay.  You said a chest rig for your

4    munitions?

5        A.    It was a vest that carried all of my munitions

6    on my chest.

7        Q.    So can you describe -- I mean, it looked like

8    a vest?

9        A.    It's a vest that comes around front that zips

10   up and then has pockets on the front that I could put

11   the 40-millimeter rounds so that I would have them at my

12   disposal.

13       Q.    Okay.  And then did you have some sort of bag

14   or something that was hanging off your leg or hanging

15   down from your belt?

16       A.    That would be my gas mask, yes.  I had, on my

17   right hip, I believe it was my gas mask bag that was --

18   that was down.

19       Q.    Okay.  So when you have your gas mask on, you

20   have a bag for your gas mask when you're not wearing it?

21       A.    Yes, ma'am.

22       Q.    All right.  And then the bag just -- it hangs

23   off of your belt, you said?

24       A.    Yes.  It wraps around your thigh and connects

25   to your duty belt.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    What did the back of your vest say?

2    A.    I believe it was a police logo.

3    Q.    So is -- and it just said "police"?

4    A.    It's a -- yes.  It's a Velcro that we -- that

5    they were trying to put on all officers to be able to

6    identify that we were police.

7    Q.    Oh, you mean the white lettering that said

8    "police" was Velcro?

9    A.    Yes, ma'am.

10    Q.    Okay.  So what is the -- you had all sorts of

11    pads, right?  Did you have, like, elbow pads, other

12    pads?

13    A.    Depending on the position that you were --

14    what your role was, the frontline officers had different

15    equipment than grenadiers, et cetera.  If you were on

16    the line, you would have more padding, large chest pads,

17    et cetera.  For the grenadier, I could not have the

18    large chest pad and then the vest, it wouldn't fit.  I

19    didn't have any chest pads on.  I did have padding on my

20    legs and feet, but not on my upper body or on my chest.

21    Q.    Okay.  But the Velcro thing that said "police"

22    on the back of your uniform, was that something you

23    Velcroed to the munitions vest, the chest rig?

24    A.    Yes, ma'am.  Yes, ma'am.  Those vests are

25    interchangeable, so any unit could use them if they

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 52 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

51

1  wanted.  If it was gangs, if it was our K-9 unit, or if

2  it was SWAT, they could use the same vest, and it's just

3  designed so that you could put Velcro on there,

4  depending on whatever unit that you're with.

5      Q.   Were your -- were the foam baton rounds that

6  you had on May 31st, were they a particular color?

7      A.   They were blue and black tipped, depending on

8  where they were obtained.  By that, I mean, during the

9  protests, we did re-supply.  I know munitions were

10  brought down, but I remember observing both blue and

11  black tip.  They are the same.  It's just a different

12  color.  It doesn't indicate anything special on either

13  one.

14     Q.   They're the same substance?

15     A.   Yes, ma'am.  One is blue, and one's black.

16     Q.   You had a body-worn camera on the 31st and the

17  30th?

18     A.   Yes, ma'am.  And it was positioned on the

19  right side of my vest.

20     Q.   It was working?

21     A.   To the best of my knowledge.

22     Q.   You viewed your body-worn camera videos for

23  both the 30th and the 31st, right?

24     A.   Yes, ma'am.

25     Q.   And the video that we have does not cover all

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

52

1   of the dates that you were there -- or all of the times

2   that you were there, right?

3       A.   Say that one more time.

4       Q.   There are gaps in your body-worn camera video

5   for both the 30th and the 31st, correct?

6       A.   Yes, ma'am.

7           MR. GODDARD:   Object to the form.

8       Q.   I'm sorry.  What was your answer?

9       A.   It was not on continuously.

10      Q.   Okay.  Why wasn't it -- does the fact that

11  there are gaps in your body-worn camera footage mean

12  that the times that there's -- that we don't have video

13  for means that you turned it off?

14          MR. GODDARD:   Object to the form.

15      A.   Yes.

16      Q.   Okay.  So your body-worn camera video was not

17  malfunctioning at any time on May 31, 2020?

18      A.   Not to my knowledge.

19      Q.   If we don't have your body-worn camera video

20  for a particular segment of time on May 31, 2020, it

21  means that it was a time that you turned on off, right?

22          MR. GODDARD:   Object to the form.

23      A.   Not necessarily.  The unfortunate thing with

24  our previous cameras, they -- they did not have a very

25  long battery life.  On standard patrol, it wouldn't last

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   a full ten-hour shift, so we were manipulating the

2   camera on and off, depending on if we were actively --

3   if there was anything going on.  To conserve battery, we

4   would turn it off for the periods that we were just down

5   for any of that.  The unfortunate with the old cameras,

6   the manipulation of it was a slide, and there were

7   certain times that I know on patrol, and I could not

8   state it if it happened downtown, that your camera

9   would, through incidental contact, it would be turned

10  off.

11      Q.   Okay.  So let's focus on your body-worn camera

12  video that you reviewed for May 31st of 2020.  There

13  were gaps in the footage, correct?

14           MR. GODDARD:  Object to the form.

15      A.   I'm not sure -- there were gaps between the

16  videos, if that's what you're referencing.

17      Q.   Yes.  There were gaps in the videos, right?

18           MR. GODDARD:  Object to the form.

19      Q.   So let me ask it this way:  How many hours

20  were you on duty on Sunday, May 31, 2020?

21      A.   13 hours.

22      Q.   13 hours.  And those 13 hours, you were in

23  Denver for the George Floyd protests, right?

24      A.   Yes, ma'am.

25      Q.   We don't have 13 hours of video for you for

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   May 31, 2020, right?

2       A.   No, we don't.

3       Q.   Okay.  So for May 31, 2020, the first video we

4   have starts at 3:32 p.m., right?

5       A.   I don't have the exact specifics.

6       Q.   Okay.  Let's do this --

7           MS. WANG:  Actually, you know what?  Let's take

8       a five-minute break, and we'll come back.

9           THE WITNESS:  Okay.

10          VIDEOGRAPHER:  We are off the record at 10:09.

11            (OFF THE RECORD)

12          VIDEOGRAPHER:  We are back on the record at

13      10:15.

14  BY MS. WANG:

15      Q.   Do you know whether or not the gaps in your

16  video for May 31, 2020, were due to the fact that you

17  inadvertently shut it off?

18          MR. GODDARD:  Object to the form.

19      A.   There were times that I know that I turned it

20  off when we weren't doing anything if we were on a

21  break.  There are other times, I -- again, if it's

22  inadvertent, I couldn't tell you why.

23      Q.   Can you see this video?

24      A.   Yes, ma'am.

25      Q.   Okay.  For the record, I'm showing you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

55

1   COABLM379.  It's a body-worn camera for Officer Budaj

2   for Sunday, May 31st.  It starts at 15:30:54, which is

3   3:30 p.m.  Is this one of the videos that you reviewed?

4   I'm going to just forward through it a little bit.

5        A.   Okay.

6        Q.   Does this look familiar?

7        A.   It does.

8        Q.   Okay.  I want to play it starting from

9   15:32:29.

10             (VIDEO PLAYS)

11             OFFICER:  If we're not engaging right now, you

12        can turn your cameras off.

13             (VIDEO STOPS)

14   BY MS. WANG:

15        Q.   Okay.  So did you hear that?

16        A.   Yes, ma'am.

17        Q.   Who said that to you?

18        A.   That was me.

19        Q.   That wasn't somebody else giving you an

20   instruction?

21        A.   No, ma'am.  That sounded like my voice.

22        Q.   Did you give orders to other officers on your

23   team about when to turn their cameras on and off?

24        A.   I wouldn't call them orders, because I don't

25   hold a rank higher than them.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 57 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

56

1     Q.   Well, when you said, "If we're not engaging

2   right now, we can turn our cameras off," you then turned

3   your camera off, right?

4     A.   Yes, ma'am.

5     Q.   And then your other officers on your team

6   turned their cameras off, too?

7          MR. GODDARD:  Object to the form.

8     A.   I don't know if they did or not.

9     Q.   Were you wearing a backpack on May 31, 2020?

10    A.   No, ma'am.

11    Q.   Were you wearing anything with straps on it?

12    A.   During the deployment, I did have a hydration

13   pack that I wore if I was on extended -- extended

14   duration.  If it wasn't an extended time period, I would

15   remove it and leave it in the vehicle where we were --

16   when we were driving around.

17    Q.   Okay.  So hydration pack, do you mean like one

18   of those CamelBaks?

19    A.   Similar, yes.

20    Q.   So on May 31, 2020, at 9:30 p.m., did you have

21   the hydration pack on?

22    A.   I couldn't tell you specifically yes or no.  I

23   know that I had it as part of some of the equipment that

24   I had.  I couldn't tell you at that exact time if

25   I had it on or not.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

57

1    Q.   At 9:34 p.m. on May 31, 2020, did you have

2    your hydration pack on?

3          MR. GODDARD:  Asked and answered.

4    A.   Again, I couldn't state if I did or not.  I --

5    I don't remember.

6    Q.   Okay.  The hydration pack that you did have

7    for some periods -- had your hydration pack on during

8    some periods of time on May 31, 2020, correct?

9    A.   Yes, ma'am.

10   Q.   And when you had it on, it would have covered

11   up a little bit, some of the letters that said "police"

12   on your vest, right?

13   A.   I would assume.

14   Q.   Okay.  So if the counsel for the City of

15   Aurora, Peter Morales, represented to me that you say

16   that you did not have a backpack or anything with straps

17   on, that would be a lie, right?

18         MS. EVANS:  Objection to the form.

19         MR. GODDARD:  Object to the form.

20   A.   I'm assuming I'm still to answer that?

21   Q.   Yes.

22   A.   I don't -- I can't state if that would be a

23   lie that -- what Peter Morales told you.

24   Q.   Okay.  But your testimony under oath today is

25   that you do not know whether or not you had on your

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    hydration pack at 9:34 p.m. on May 31, 2020?

2         A.    That is my testimony, yes.

3         Q.    Okay.  You didn't have a backpack, though,

4    right?

5         A.    No.  I carried all of my munitions on front.

6         Q.    But the hydration pack could look like there

7    was something strapped to your back that covered up some

8    of the letters of the police logo, right?

9         A.    Yes, it could.

10        Q.    Okay.  Did you review Officer Bubna's

11   body-worn camera video?

12             MR. GODDARD:  Object to the form.

13        A.    Yes.

14        Q.    You can answer that question.

15        A.    Yes.

16        Q.    Did you --

17        A.    I didn't review all of his video, obviously,

18   just the ones that were presented to me.

19        Q.    Right.  Did you review the -- Officer Bubna's

20   body-worn camera video for 9:30 p.m. on May 31, 2020?

21        A.    Yes, ma'am.

22        Q.    Did you see yourself in that video?

23        A.    I do not believe so.

24        Q.    Do you know one way or another, or you're not

25   sure?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

59

```
 1        A.    I'm not sure.
 2        Q.    You can't -- were you shown a screenshot from
 3   Officer Bubna's body-worn camera video, which my client,
 4   we allege is you?
 5        A.    I have seen that.
 6        Q.    Is that you?
 7        A.    I don't believe it is.
 8        Q.    Why?
 9        A.    That image appears to have a larger, bulky
10   backpack that I -- again, I carried all of my munitions
11   on front.  The tape on the back of the helmet appears to
12   be multicolored, and my -- at no point during the
13   deployment did I have multicolored tape, and tactically,
14   from that image that you presented, that officer
15   appeared to be taking a shot with other officers in
16   close proximity in front of him, and that's something
17   that I would not do.
18        Q.    Okay.  So let's review.  You say that that
19   image from Bubna's body-worn camera, which I'll show you
20   in a bit, appears to have -- the officer appears to have
21   multicolored tape on the back of his helmet, right?
22        A.    Yes, ma'am.
23        Q.    You had gray tape, right?
24        A.    I believe so.  And the image appears to be
25   multicolored.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.   Did you review the video or just the

 2   screenshot?

 3        A.   Both.

 4        Q.   Okay.  The pack that is on the officer's back

 5   looks bigger than your hydration pack, you're saying?

 6        A.   From the image, the still image that you

 7   provided specifically, it appears to be larger and

 8   bulkier.  It looks like a backpack.

 9        Q.   Okay.  And then the third reason you say it's

10   not you is because the officer is shooting when there

11   are other -- there appear to be other officers standing

12   in front of him?

13        A.   Yes.  To the right and in front over by the

14   Bear, the armored personnel --

15        Q.   Uh-huh.

16        A.   -- if I'm going with that image, yes.

17        Q.   Okay.  Now, can you see this video?

18        A.   Yes, ma'am.

19        Q.   I'm showing you COABLM380.  It is another one

20   of your body-worn camera videos from May 31, 2020.  This

21   one starts at 16:33:28 GMT-6, so Denver time.  Is this

22   one of the videos that you reviewed?  I'm going to

23   scroll through it a little bit.

24                  (VIDEO PLAYS)

25   BY MS. WANG:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

61

```
 1        Q.    Does that look familiar?

 2        A.    Yes, ma'am.

 3        Q.    Okay.  I'm going to play it from 16:42:42.

 4        A.    Okay.

 5             (VIDEO PLAYS)

 6          OFFICER:  He was on this corner, but where is

 7       he now?  Our SWAT asset.

 8             (VIDEO STOPS)

 9   BY MS. WANG:

10        Q.    Okay.  I stopped at 16:42:53.  That's your

11   right arm that just appeared in that clip?

12        A.    I believe so.

13        Q.    You are wearing a bracelet, right?

14        A.    Yes.

15        Q.    You have tattoos on your wrist, correct?

16        A.    Yeah.

17        Q.    Okay.  You are wearing that bracelet today?

18   Can you show it to the camera?

19        A.    Just a thin blue line.  Just black and blue.

20        Q.    Okay.  And can we see the other side of your

21   wrist, the inside to see your tattoos?  Okay.  So you

22   had those on May 31, 2020, right?

23        A.    Yes, ma'am.

24        Q.    Both the tattoos and the bracelet, right?

25        A.    Yes, ma'am.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1        Q.    What's the bracelet signify?

 2        A.    Thin blue line.  It's just a brotherhood of

 3   police officers.  I got this one specifically for when a

 4   good friend of mine died on the job.

 5        Q.    Okay.  So this video -- let me pull it up

 6   again.  We're going to skip to the end.  It ends at

 7   16:48:55, right?

 8        A.    I can't see your screen, but I --

 9        Q.    Oh, sorry.  You can't see the screen?

10        A.    No.  I was looking for the timestamp.  I can

11   see it.

12        Q.    I've got it at the end here.  Do you see that?

13        A.    Okay.

14        Q.    Right here?

15        A.    (No verbal response.)

16        Q.    Did you turn this off at the end, because you

17   were just driving around?  There was nothing you were

18   engaging, in terms of protesters?

19        A.    Yeah.  There does not appear to be anything

20   going on at that moment.

21        Q.    Okay.  So this one ends because you turned it

22   Off, right?

23        A.    I believe so.  Again, I can't -- if I saw my

24   hand come up onto the screen in front of the camera and

25   then go down, I could tell you better.
```



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

63

```
 1        Q.    Okay.  So your camera is on the right side of
 2   your vest -- of your chest, you said?
 3        A.    Yes, it was.
 4        Q.    So -- and then where's the button?  Right on
 5   the camera?
 6        A.    It's a slide, and so literally, it's -- it
 7   covers up part of the camera, the actual lens, when you
 8   flip it up and then down, so it's just -- it's a slide
 9   in the middle.
10        Q.    Okay.  So if you are turning your camera off,
11   you would see your hand come up to the camera.  Is that
12   what you're saying?
13        A.    Like I said, I -- we don't use that anymore,
14   and I'm trying to remember if it would be -- I'm just
15   assuming that you would see my hand possibly.  Again,
16   I'm -- I don't want to lock myself in when I'm not quite
17   sure of what the manipulation if you would see it or
18   not.  I'm assuming you could.
19        Q.    All right.  Can you see this video I have on
20   the screen now?
21        A.    Yes, ma'am.
22        Q.    All right.  So this is the COABLM383.  It's
23   another one of your body-worn camera videos.  It's for
24   May 31, 2020.  It starts at 21:15:37.  Is this one of
25   the videos that you reviewed in preparation for this
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   deposition?  I can scroll through it a little bit.  Does

2   this look familiar?

3        A.   There was a -- like I said, you're asking for

4   a quick snippet in reference.  That looks familiar, yes,

5   but, again, on a 13-hour day, there was a lot of

6   imagery.

7        Q.   Okay.  So this is the next video that we have

8   from you in chronological order for May 31st of 2020.

9   The last video that we watched ended at 16:48, right?

10       A.   Okay.

11       Q.   You want me to put it up on the screen again?

12       A.   No.  I -- that's fine.  I will --

13       Q.   Okay.  Okay.  This one starts at 21:15:37,

14   right?

15       A.   Yes, ma'am.

16       Q.   So there's a lengthy, hours-long gap between

17   these two videos, right?

18       A.   Yes, ma'am.

19       Q.   What were you doing before 21:15?

20       A.   We were driving around.  They would position

21   us in different areas, and unless we were actively

22   engaged with activity, I probably would not have turned

23   my camera on.

24       Q.   What were you doing at 8:30 p.m. on May 31st?

25   Do you recall?

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   8:30 p.m.  I don't recall exactly.

2      Q.   Okay.  Do you recall generally?

3      A.   I do not know specifically where I was or

4   anything of that nature.

5      Q.   All right.  Going to COABLM383, let's play it

6   for the a little bit at 21:15:45, and my question to you

7   will be -- there will be some people talking.  It

8   appears to be a sergeant, and I'm going to ask you to

9   identify the people who are talking and what

10  instructions you are being given.  Okay?

11     A.   Okay.

12          (VIDEO PLAYS)

13  BY MS. WANG:

14     Q.   Actually, let me go back a little bit just so

15  you can hear that clearly.  We're going to start at

16  21:15:44.

17          (VIDEO PLAYS)

18          OFFICER:  All right.  We're going to pull

19     everybody back, except for 3 and grenadier gear.

20     The rest will stay right over here, okay?  We're

21     just going to sit tight until we're ready to --

22          (VIDEO STOPS)

23  BY MS. WANG:

24     Q.   Did you turn it off then?

25     A.   Again, I couldn't state if I did or did not.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

66

```
 1        Q.    You don't know?

 2        A.    I do not know.

 3        Q.    What -- who was giving you instructions?

 4        A.    I couldn't specifically name the -- I know

 5   that I was around Sergeant Shaker, and -- as he was my

 6   squad leader.  I couldn't tell you -- it you could have

 7   been Lieutenant Brukbacher.  I -- it -- the voice sounds

 8   vaguely familiar, but I couldn't tell you without

 9   anything more.

10        Q.    Okay.  Were you with Sergeant Shaker the whole

11   time during the evening of May 31, 2020?

12        A.    I believe so.  He was my squad leader.

13        Q.    Who else was on your squad that you recall?

14        A.    Officer Spano.  And the only reason I remember

15   that is he was the other grenadier on our squad, and I

16   couldn't tell you if he was there.  I know he was on our

17   squad on the 30th.  I believe he may have been -- had

18   other duties on the 31st.  I couldn't tell you the

19   specifics of my squad for the 31st, ma'am.

20        Q.    Who else had a 40-millimeter launcher on your

21   squad on the 31st?

22        A.    I could not tell you.

23        Q.    Let me pull up another document.  Actually,

24   wait.  Let's pull up another video.  Okay.  Do you see

25   this video?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    Yes, ma'am.

2      Q.    All right.  This is COABLM381.  It's body-worn

3  camera starting at 21:46:05.  The last video that we

4  watched ended about half an hour before this, right?

5      A.    Yes --

6      Q.    Okay.

7      A.    -- I believe so.

8      Q.    Were you -- what were you doing between 9:15

9  and 9:45 -- between 9:15 and 9:46 p.m. on May 31st?

10     A.    Again, I can't give you specifics.  I know,

11 you know, we were driving around, assisting other units

12 as required.  I -- I couldn't give you a specific --

13 exactly what I was doing during that half hour or what's

14 going on at that moment without viewing more.

15     Q.    Well, you reviewed the entire PowerPoint that

16 was produced by the Force Investigations Unit, right?

17     A.    Yes, ma'am.

18     Q.    And during the time period of 9:15 and 9:45 on

19 May 31, 2020, for which there's a gap in your body-worn

20 camera footage, you deployed 40-millimeter launchers,

21 right?

22         MR. GODDARD:  Object to the form.

23     Q.    What was your answer?

24     A.    Yes.

25     Q.    Did you deploy 40-millimeter launcher between



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   9:15 and 9:46 p.m. on May 31st?

2       A.   Yes, ma'am.

3       Q.   You also threw a grenade at 9:41 p.m., right?

4       A.   Yes, ma'am.

5       Q.   Those uses of force by you are depicted on

6   other officers' body-worn camera footage, right?

7           MR. GODDARD:  Object to the form.

8           COURT REPORTER:  What was your answer, Officer?

9           MS. WANG:  I'm sorry.  What?

10          COURT REPORTER:  I didn't get the answer.

11      A.   (No verbal response.)

12  BY MS. WANG:

13      Q.   Those uses of force by you, your use of

14  40-millimeter -- of the 40-millimeter launcher and

15  deployment of the gas grenade at 9:41 p.m., those uses

16  of force by you were depicted on other Aurora officers'

17  body-worn camera footage, right?

18          MR. GODDARD:  Object to the form.

19      A.   Yes.  As it's listed within the use of force

20  report.

21      Q.   Right.  And the use of force report is

22  accurate, right?

23          MR. GODDARD:  Object to the form.

24      A.   I would -- I did not author the report.  I

25  would assume that, yes, it is correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        Q.   So when the use of force report or the

2    PowerPoint presentation states that "Officer Budaj is

3    depicted in Officer Wilson's body-worn camera using a

4    40-millimeter launcher," that's accurate, right?

5            MR. GODDARD:   Object to the form.

6        A.   Yes.

7            MS. WANG:   Officer Budaj, you just need to give

8        a pause to allow your attorney to make an objection

9        for the record if he wishes to, so we can have a

10       clear record, okay?

11           THE WITNESS:   I understand.  I did not know

12       that he was making the objection at that time.  I

13       can --

14           MS. WANG:   Just give it a little pause.

15           THE WITNESS:   I'll give a gap.

16   BY MS. WANG:

17       Q.   Okay.  All right.  So and then when -- strike

18   that.  Now, let's go back to this video, COABLM381.

19   Let's play this for a little bit, and I'll ask if you

20   reviewed this video in preparation for your deposition.

21           (VIDEO PLAYS)

22   BY MS. WANG:

23       Q.   I'm going to pause it at 21:46:36.  Did you

24   see how the first 30 seconds didn't have sound?

25       A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

70

1      Q.   Is that because the video -- your camera

2   automatically records the 30-second period before you

3   turn it on, but there's no audio for that?

4      A.   There is a buffer, yes.

5      Q.   Okay.  So this moment at second 31 of the

6   video indicates when you turned it on, right?

7      A.   I believe that's how it works, yes.

8      Q.   Let me continue playing it.

9           (VIDEO PLAYS)

10  BY MS. WANG:

11     Q.   Did you turn it off?

12     A.   It appears that the endplate of my 40 brushed

13  up against it.

14     Q.   Okay.  So you think, based on watching the end

15  of this video, I can skip to the end and replay it.

16          (VIDEO PLAYS)

17  BY MS. WANG:

18     Q.   Okay.  So you think it shut off, because you

19  brushed up against the camera with your weapon?

20     A.   Yeah, it -- just looking, that's how it

21  appears in that video.

22     Q.   Okay.  You said it's a slide?

23     A.   Yes, ma'am.

24     Q.   You can't tell me what you were doing between

25  9:15 and 9:46 p.m.?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1      A.   I can.  I can tell you in reference, the

 2   general location, what we were doing.

 3      Q.   Okay.  Tell me what you were doing.

 4      A.   So if it's on the 31st then, we had responded

 5   to the general area of District 6 for Denver to assist

 6   other units as there was a large mass gathering around

 7   District 6 that they were concerned about.  We responded

 8   there to act as lateral support for other units.

 9      Q.   Where were you?

10      A.   Again, it's approaching -- if I had a map in

11   front of me, I could kind of show you a little bit

12   better, but I know that we responded up heading towards

13   District 6, towards Colfax.  I believe -- is that off of

14   Pearl?  No.  That would be --

15      Q.   Washington?

16      A.   That could be.  Again, I'm not 100 percent

17   familiar with the streets in Denver.  It sounds -- the

18   intersection for District 6 at Washington and Colfax,

19   that would be yes.

20      Q.   Do you see my screen?

21      A.   Yes, ma'am.

22      Q.   Okay.  I'm showing you a portion of the

23   PowerPoint slide, PowerPoint presentation for May 31,

24   2020, pages Fitouri 019211 to 218.  Is this part of what

25   you reviewed?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

72

1    A.   Yes, ma'am.

2    Q.   I'm going to scroll through it.  Okay.  So in

3   this section of the report, there's an overview of what

4   happened in what the Force Investigation Unit termed

5   Phase 4 of APD actions in Denver on May 31, 2020, right?

6    A.   Yes, ma'am.

7    Q.   Okay.  So here's a map.  At page

8   Fitouri 019214.  This is District 6 right here in the

9   middle, right?  I can make it bigger.  Do you see where

10   it says, "Denver Police Department District 6"?

11    A.   Yes, ma'am.

12    Q.   Okay.  And this is Washington, correct, in the

13   middle?

14    A.   Okay.

15    Q.   And this is Colfax going east to west, right?

16    A.   Yes, ma'am.

17    Q.   Okay.  So between 9:15 -- and this Pearl --

18   strike that.  This is Pearl on the west side going north

19   and south, right?

20    A.   Yes, ma'am.

21    Q.   Okay.  And there's an alley here between

22   Pearl and Washington, right?

23    A.   Yes, ma'am.

24    Q.   Okay.  Between -- at 9:15 p.m., where were

25   you?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    Okay.

2      Q.    **Where were you at 9:15 p.m.?**

3      A.    I know that we had responded to the area.  If

4  looking at this map is on a north designation, we

5  responded down Washington heading south towards Colfax

6  as the large mass had gathered in front of District 6 on

7  Colfax.  Other units were already present at that

8  location, so we responded down to, again, provide

9  lateral support off of Washington, which is the parking

10  lot as you state towards where the one red line is

11  towards the alleyway, and I would say that's where I was

12  at approximately at 9:15.

13      Q.    **Okay.  So do you recall being -- were you at**

14  **the intersection of Colfax and Washington at 8:30 p.m.?**

15          **Were you with a number of Aurora officers who**

16  **arrived there to provide support to the Jefferson County**

17  **SWAT Team?**

18      A.    I believe that is correct.

19      Q.    **Okay.  And that was at -- a bit after 8:30,**

20  **right?**

21      A.    I couldn't say specifically, but that sounds

22  correct.

23      Q.    **And then at some point between 8:30 and 9:15,**

24  **you went over to this alley?**

25      A.    Yes.  They did not have -- it wasn't -- I

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

74

1   wasn't that far down, but close approximation to that --

2       Q.   Okay.

3       A.   -- it would have been right about where your

4   cursor is at, there roughly towards that parking lot,

5   just to make sure that unknown parties didn't try and

6   get through that parking lot over towards District 6.

7       Q.   Okay.  So to be clear about what we're talking

8   about, there's an alley between Pearl and

9   Washington, and there's a little parking lot here that

10  says "Tom's Diner Parking," and then there's another

11  parking lot behind X Bar, right?

12      A.   Yes.

13      Q.   Okay.  So you were stationed in this alley

14  with other police officers between Pearl and Washington

15  to make sure that people didn't try to go through this

16  alley behind X Bar to get to District 6, right?

17      A.   Yes.

18      Q.   Were you with the Bearcat at that time?

19      A.   No.

20      Q.   When did the Bearcat get there?

21      A.   I could not tell you the specific time that it

22  arrived.  When I was at that location, it was not there.

23  I don't remember seeing it at that location.

24      Q.   At about 9:30 p.m., did you and other officers

25  come out of this alley south towards Colfax and push

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  protesters west?

2      A.    I actually did not go that direct route.  I

3  went back through the alley way towards District 6 and

4  then south down on Washington towards that intersection

5  right there.

6      Q.    So you didn't come out when the Bearcat came

7  out?

8      A.    Is that the avenue -- I thought the Bearcat

9  came down off of Washington compared to the alley way.

10     Q.    No.  Let's do this.  Let's look at this one,

11 okay?  Fitouri 019217.  Do you see this?

12     A.    Yes.

13     Q.    Okay.  This is the alley right here that I

14 have my cursor on.

15     A.    Okay.

16     Q.    This is the Tom's Diner, this building right

17 in the middle --

18     A.    Okay.

19     Q.    -- and this is Pearl.

20     A.    Okay.

21     Q.    And this is Colfax going east-west.  Do you

22 see that?

23     A.    Yes, ma'am.

24     Q.    Okay.  So according to the investigators who

25 created this PowerPoint, this was a push west on -- west

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1    push on Colfax to Pearl at 21:34, 9:34 p.m., right?

 2        A.   Okay.

 3        Q.   And at this time, this was a Bearcat, the

 4    Aurora Bearcat, right?

 5        A.   Okay.

 6        Q.   Is that correct?

 7        A.   Yes.  Our terminology might be off.  We just

 8    call it the Bear, and then the Bearcat, I believe, is

 9    the smaller one that Denver has.

10        Q.   Oh, I see.  The Aurora Bear.

11        A.   Okay.

12        Q.   And then these were the officers that were

13    present at this time, right?

14        A.   According to their report, yes.

15        Q.   All right.  It's got you here --

16        A.   Yes.

17        Q.   -- on the left side of the Bear, right?

18        A.   Yes.

19        Q.   And that's where you were at 9:34 p.m., right?

20        A.   To the left of the Bear, yes.

21        Q.   Okay.  Did you answer interrogatories in this

22    case?  Questions, written questions?

23        A.   Say that again.

24        Q.   Did you answer written questions called

25    interrogatories in this case?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

77

```
 1        A.    Yes.

 2        Q.    And you signed those and verified them under

 3   oath, correct?

 4        A.    Yes.

 5        Q.    Okay.  And you have no idea who Plaintiff

 6   Jonathan Duran is, right?

 7        A.    I don't.  No, ma'am.

 8        Q.    You did not shoot anybody in the groin with

 9   your 40-millimeter launcher on May 31, 2020?

10        A.    I did not.

11        Q.    There are no circumstances under which you can

12   shoot a person with a 40-millimeter launcher in the

13   groin unless the situation calls for deadly force,

14   right?

15        A.    It's a prohibited area that we try to avoid,

16   yes.

17        Q.    Okay.  So unless Plaintiff Jonathan Duran was

18   committing an act that warranted you to respond with

19   lethal force, you would not have been permitted to shoot

20   him with a 40-millimeter launcher in the groin, right?

21             MR. GODDARD:  Object to the form.

22        A.    It would not have been a targeted area.

23        Q.    Are you saying that you may have shot

24   Plaintiff Jonathan Duran accidentally in the groin?

25             MR. GODDARD:  Object to the form.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 79 of
148
The Deposition of CORY BUDAJ, taken on December 29, 2021
78

 1        A.    No.  I couldn't state -- I do not believe that
 2    that was myself that fired that 40-millimeter round,
 3    and, again, I could not state.
 4        Q.    Okay.  So you can't tell us in any way,
 5    anything that Plaintiff Jonathan Duran was doing that
 6    may have warranted any use of force whatsoever, right?
 7        A.    I do not recall.  I don't know what your
 8    client looks like.  I could not tell you in way, shape,
 9    or form.  I -- I have never seen him before in my life.
10        Q.    Okay.  You did not shoot a person who was
11    wearing a white helmet that said "media" on it in the
12    groin with your 40-millimeter launcher on May 31, 2020,
13    right?
14        A.    I did not.
15        Q.    Okay.  And you would agree that it's not a
16    reasonable use of force to shoot a somebody with a
17    40-millimeter launcher simply because there are other
18    individuals around him hiding behind dumpsters?
19            MR. GODDARD:  Object to the form.
20        A.    No.  I would say no.
21        Q.    That's not a -- you would agree with me, that
22    would not be a reasonable use of force?
23            MR. GODDARD:  Object to the form.
24        A.    The use of force would have to be specific to
25    that person.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

79

1    Q.   Right.  So when you're going to shoot somebody

2    with a 40-millimeter launcher, it has to be in response

3    to something that that person is doing, right?

4    A.   I would agree.

5    Q.   And so if there's a journalist in the midst of

6    a bunch of people and those other people are creating

7    makeshift fences with fences or with dumpsters but he's

8    not participating in that, that would not justify an

9    officer shooting him with a 40-millimeter launcher,

10   right?

11       MR. GODDARD:  Object to the form.

12   A.   Again, it would be action specific, so I state

13   -- it would have to be his specific actions.

14   Q.   And you can't say that Jonathan Duran was

15   throwing anything at 9:34 p.m. on May 31, 2020, right?

16   A.   Again, I never saw him, so I could not state

17   what he was doing.

18   Q.   Right.  If a journalist was in a crowd and was

19   not throwing any objects and was backing up in response

20   to officers moving forward in a line, would that warrant

21   shooting that person with a 40-millimeter launcher,

22   those circumstances?

23       MR. GODDARD:  Object to the form.

24   A.   I would -- I would state the same answer as I

25   did a second ago.  It would have to be action specific,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   so no.
 2         Q.    Can you see my screen?
 3         A.    I can.
 4         Q.    Okay.  I have put up on the screen
 5   Fitouri 228.  It's a video taken by Jonathan Duran on
 6   May 31, 2020.  We're going to play it from 20:50.
 7   That's the minutes into the video, and then I'm going to
 8   ask you some questions, okay?
 9         A.    Okay.
10               (VIDEO PLAYS)
11   BY MS. WANG:
12         Q.    Okay.  I'm pausing at 22:13.  First of all, do
13   you see this, this foam baton round here?
14         A.    Yes, ma'am.
15         Q.    Does that look like the 40-millimeter launcher
16   rounds that you had?
17         A.    It is similar, yes.
18         Q.    Okay.  At the beginning of the clip when --
19   you heard the moment when he was hit, right?  You heard
20   the thud, and then he groaned?
21         A.    Yes, ma'am.
22         Q.    Did it appear from you from watching this
23   video that he was doing anything that warranted the use
24   of force on him?
25         A.    Again, I don't see anything in his hands.  I
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

 1  don't know if he's throwing anything.  It doesn't appear

 2  that he is.  I couldn't state anything other than it

 3  appears he's backing up.

 4      Q.   Okay.  And does his backing up warrant the use

 5  of force on him?

 6      A.   Just that the act of backing up?

 7      Q.   Right.

 8      A.   No.

 9      Q.   Okay.  What about the fact that there's people

10  around him who are hiding behind this dumpster and this

11  fence here?  Is that -- the fact that there's these

12  people right here -- I paused it at 20:45, okay?

13  There's a -- other people have moved dumpsters into the

14  street.  They've got this makeshift fencing and they're

15  hiding they're behind it.  Do you see that?

16      A.   Yes, ma'am.

17      Q.   He's not participating in that, right?

18          MR. GODDARD:  Object to the form.

19      A.   Based off of the small snip that you are

20  presenting, I -- it does not appear so.

21      Q.   Okay.  So does the fact that these other

22  people are doing these actions, hiding behind the

23  fencing and this dumpster, does that warrant shooting

24  Jonathan Duran, the person who filmed this video, with

25  the 40-millimeter launcher?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

82

1     A.   Again, it would be action specific, so

2   probably not.

3     Q.   Okay.  Given your training, you are capable of

4   accurately targeting somebody from the distance of a

5   block, right, or half a block?

6          MR. GODDARD:  Object to the form.

7     A.   I would -- I would state that, yes, there is

8   some accuracy at that level.

9     Q.   Okay.  So let's look at this map,

10  Fitouri 019217.  If you were in the middle of this block

11  by the Bear, as indicated on this diagram, and

12  Plaintiff Duran was on the other side of Pearl, a little

13  bit west of the crosswalk and backing up, is that a

14  distance that you could accurately target a person?

15    A.   Would you be able to provide any specific

16  measurements in regards to that, or is it just in

17  generalities?

18    Q.   Sure.  Let's go on to Google and have a scale.

19  Can you see my Google Map?

20    A.   I can.

21    Q.   So I've zoomed in on the intersection of

22  Colfax and Pearl.

23    A.   Okay.

24    Q.   And do you see the scale down here that says

25  "20 feet"?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

83

1      A.    I don't --

2      Q.    I've got my cursor on it, too.

3      A.    It's very small, so, no, I actually can't see

4   that on my screen.

5      Q.    Well, let's assume that we've got a distance

6   here between where you were standing next to the

7   Bearcat on May 31, 2020, at 9:34 p.m.  Let's assume that

8   we can -- that the distance between where you were and

9   where Plaintiff Duran was, was about one block.

10          Okay.  And we'll figure out what one block

11   was.  We'll say it's about 60 to 80 feet.  Is that a

12   distance you can accurately target somebody with a

13   40-millimeter launcher?

14          MR. GODDARD:  Object to the form.

15      A.    There's a lot of assumptions there, but I

16   would say yes.

17      Q.    That's much shorter than the recommended range

18   for use of the 40-millimeter launcher, right?  Because

19   you told me earlier you lose accuracy at 45 yards, which

20   is 135 feet, right?

21      A.    That is their recommendation, so yes.

22      Q.    And you received a specialized training, not

23   only as a grenadier, but also as a marksman in how to

24   accurately target individuals when you're trying to

25   shoot them, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

84

```
 1        A.    Two completely different weapon systems, but

 2   yes, they both have optics to be able to target

 3   accordingly.

 4        Q.    Okay.  So let's go back to Mr. Duran's video

 5   for a moment.

 6        A.    Okay.

 7        Q.    Can you see my screen?

 8        A.    I can.

 9        Q.    Okay.  Now, we're going to play it from

10   21:08.

11             (VIDEO PLAYS)

12   BY MS. WANG:

13        Q.    Can you see that this says "Pearl"?  21:00.

14   Do you see this sign right here?

15        A.    Yes.

16        Q.    It says "Pearl", right?

17        A.    Okay.

18        Q.    Okay.  So we're going to figure out exactly

19   when he was shot and where you were at that time, all

20   right?  So I've got the video, Fitouri 228 at 21:08.

21   Do you see this light is green -- or -- this light is

22   red?

23        A.    Okay.

24        Q.    I'm going to play it.

25             (VIDEO PLAYS)
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

85

```
 1              OFFICER:  Move back.
 2                 (VIDEO STOPS)
 3   BY MS. WANG:
 4       Q.   Okay.  I paused it.  21:12.  Do you see how
 5   the light turned green, the light at Pearl?
 6       A.   Yes.
 7       Q.   Okay.  We're going to play it and see how many
 8   seconds past between when the light turns green and when
 9   he gets shot in the groin, okay?
10                 (VIDEO PLAYS)
11              UNIDENTIFIED SPEAKER:  Oh shit, they're using
12       live rounds. Watch out.
13                 (VIDEO STOPS)
14   BY MS. WANG:
15       Q.   21:25, right?  13 seconds passed between when
16   the light turned green and he was shot in the groin.
17              Would you agree with that?
18              MR. GODDARD:  Object to the form.
19       A.   I --
20       Q.   You want me to play it again?
21       A.   I'm -- again, the screen that you're showing
22   me is very small.  If you're indicating that it's 13
23   seconds on the time frame of this camera, then I would
24   agree to that, if that's what it says.  I cannot see --
25       Q.   You can't see this number down here?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.    It is --

2      Q.    Okay.

3      A.    Your screen is a quarter of what I have got,

4  and from that, it's even smaller.  If you are saying

5  it's 13 seconds, I would say okay.

6      Q.    Okay.  You said 13 -- you'll agree that he is

7  hit with the 40-millimeter launcher round foam baton

8  round 13 seconds after that light at Pearl turns green,

9  right?

10          MR. GODDARD:  Object to the form.

11     A.    Again, I couldn't state for certain, but we

12  would -- I mean, I'm not sure the specifics on that.

13          You're asking me to give a very specific time

14  frame of that from when it turns, and that looks

15  approximately.

16     Q.    You would -- whatever the time that elapses on

17  this video and you hear the thud, you'd agree he gets

18  hit when you hear the thud, and he groans, right?

19          MR. GODDARD:  Object to the form.

20     A.    Again, I would -- it doesn't show a specific

21  hit.  It indicates that he is in distress, so I would

22  assume.  Again, I don't see anything specific.

23     Q.    So he's not videoing his groin at the moment

24  that the round hits him in the groin.  We would agree on

25  that, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 88 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

87

1        A.    Sure.

2        Q.    But you heard a thud, and then he groaned,

3   correct?

4        A.    Okay.

5        Q.    Okay.  So you would agree with me that if

6   there's 13 seconds that passed between when that light

7   at Pearl turns green and the thud, then that's the

8   amount of time that elapses between when the light turns

9   green, and he's hit, right?

10            MR. GODDARD:  Object to the form.

11       A.    Roughly, yes.

12       Q.    Okay.  You would agree with me that the

13  officers who were at Colfax and Pearl at 9:34 p.m. on

14  May 31, 2020, were Aurora police officers, correct?

15            MR. GODDARD:  Object to the form.

16       A.    There were multiple jurisdictions there at the

17  same time.  There were Aurora officers there.  There

18  were Denver, and I believe JeffCo.  There were multiple

19  agencies.  I couldn't tell you all who was there at that

20  time.

21       Q.    Okay.  You are telling us under oath today

22  that you have a specific recollection of Denver

23  officers, Aurora officers, and Jefferson County SWAT

24  officers coming out of the alley with the Bearcat -- the

25  alley between Pearl and Washington at 9:34 p.m.  You

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

88

```
 1   have that recollection?

 2         MR. GODDARD:  Object to the form.

 3      A.   No, ma'am.  What I'm telling you is I know

 4   that throughout the entire event, there were --

 5      Q.   Okay.

 6      A.   -- multiple --

 7      Q.   All right.  The entire event on May 31, 2020,

 8   there were multiple agencies involved.  That's your

 9   testimony, right?

10      A.   Yes, ma'am.

11      Q.   Okay.  You're not saying that at -- coming out

12   of the Bearcat -- coming out of the alley with the

13   Bearcat at 9:34 p.m., included Denver, Aurora, and

14   Jefferson County, right?

15         MR. GODDARD:  Object to the form.

16      A.   I could not give you specifics of who exactly

17   was there.  I'm testifying that I know that there were

18   multiple agencies there.

19      Q.   All right.  So we're going to show you

20   COABLM375.  This is Bubna's body-worn camera.  You

21   reviewed this prior to your deposition, correct?

22      A.   Yes, ma'am.

23      Q.   Okay.  We're going to play it starting from

24   21:33:53, and then I'll ask you some questions.

25              (VIDEO PLAYS)
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   BY MS. WANG:
 2       Q.   First of all, this vehicle is the Aurora
 3   Bear, correct?
 4       A.   Yes, ma'am.
 5            (VIDEO PLAYS)
 6          OFFICER:  We got to get to that other side,
 7       too.
 8            (VIDEO STOPS)
 9   BY MS. WANG:
10       Q.   And let me pause it at 21:34:10.  These are
11   Aurora officers with the Bear, right?
12       A.   I couldn't state specifically without seeing
13   more of their uniform, and, again, I could not state yes
14   or no.  I would --
15       Q.   You what?
16       A.   I could not state if they were all Aurora
17   officers or not.
18       Q.   Okay.  Let's continue.
19            (VIDEO PLAYS)
20   BY MS. WANG:
21       Q.   Okay.  Do you see this officer right here?
22   I've paused at 21:34:32.
23       A.   Yes.
24       Q.   Is that you?
25       A.   I do not believe so.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

90

```
 1        Q.   This officer's tape on the back of his helmet
 2   is gray, right?
 3             MR. GODDARD:   Object to the form.
 4        A.   The portion I see, yes.
 5        Q.   There's a red Office Depot sign here.  Do you
 6   see?
 7        A.   I do.
 8        Q.   It's lighted up, right?  It's lit up?
 9        A.   Yes, yes.
10        Q.   It's reflecting red on the things around it,
11   correct?
12        A.   (No verbal response.)
13        Q.   So for instance, it's reflecting red off of
14   this street sign right here?  Do you see that?  It's
15   pink?
16        A.   Yes.
17        Q.   It's reflecting red off of this dumpster
18   cover, right?
19        A.   Yes.
20        Q.   It's reflecting red off of up Bubna's glove
21   here -- or his hand?
22        A.   Okay.
23        Q.   Is that correct?
24        A.   Yes.
25        Q.   I mean, the dumpster cover is not pink or red,
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  right?

2          MR. GODDARD:  Object to the form.

3     A.  I do not believe so.

4     Q.  Okay.  Let's continue.

5        (VIDEO PLAYS)

6  BY MS. WANG:

7     Q.  Do you see the glow -- I've paused it at

8  21:34:36.  Do you see the glow off of this officer's

9  helmet right here, the red glow?

10     A.  Yes.

11         MR. GODDARD:  Object to the form.

12     Q.  It's possible that glow is from the

13  Office Depot sign, and it's not because he's got red and

14  silver tape on his helmet, right?

15         MR. GODDARD:  Object to the form.

16     A.  It could be.

17     Q.  This looks like the weapon you had that

18  evening, right?

19         MR. GODDARD:  Object to the form.

20     A.  It could be, yes.  It could be a launcher,

21  yes.

22     Q.  Okay.  And you're saying this is not you, or

23  you don't -- or you're not sure if it's you?

24     A.  I do not believe that is me.

25     Q.  This officer appears to be shooting at this

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

92

1    moment, right?

2         MR. GODDARD:  Object to the form.

3         A.   They are at -- I mean, the launcher is raised,

4    so whether or not they're on target or if they are

5    shooting...

6         Q.   If this -- I'm sorry?

7         A.   It is raised.

8         Q.   Okay.  And he may have been -- you can't tell

9    one way or the other if he's actually shooting, but that

10   is the position he would be holding the weapon in if he

11   was shooting, right?

12        A.   It would be if he was shooting or if he was

13   acquiring a target, yes.

14             (VIDEO PLAYS)

15        OFFICER:  We're going to hold back.

16             (VIDEO STOPS)

17   BY MS. WANG:

18        Q.   Okay.  I'm pausing it at 21:35.  We've got a

19   better view of these officers' uniforms.  Do they appear

20   to be Aurora police to you?

21        A.   It does.

22        Q.   Okay.  The Jefferson County SWAT officers were

23   in green fatigues, right?

24             MR. GODDARD:  Object to the form.

25        A.   I don't know what all of their officers --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

93

```
 1   what all of their SWAT officers wear.
 2        Q.   Okay.  But this officer that I showed you --
 3   let's go back.
 4              (VIDEO PLAYS)
 5   BY MS. WANG:
 6        Q.   Right here at 21:34:36, he's a wearing a
 7   uniform that's consistent with an Aurora police
 8   officers' uniform, right?
 9        A.   It appears to be.
10        Q.   It doesn't look green, right?
11        A.   No, it's not green.
12        Q.   Right.  It's black or blue?
13        A.   Okay.
14        Q.   What color uniform did you have?
15        A.   It was blue.
16        Q.   Okay.  A dark blue, navy blue, right?
17        A.   Yes, ma'am.
18        Q.   This officer's uniform right here is
19   consistent with what you were wearing, right?
20        A.   It is similar, yes.
21        Q.   Okay.  So let's go back.  21:34:32.
22              (VIDEO PLAYS)
23   BY MS. WANG:
24        Q.   Okay.  I've stopped it at 21:34:33.  This
25   officer is wearing something with straps on it, right?
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 95 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

94

1    On the back?

2         A.   Yes.

3         Q.   Okay.  And you're saying that -- and you're

4    saying that doesn't look like your hydration pack?

5         A.   Again, that appears to be a large, bulky

6    backpack, in my opinion.

7         Q.   Okay.  And you're saying that's -- that's not

8    you?

9         A.   I do not believe it is me.

10        Q.   Okay.  I'm going to pull up another video.

11   We've got COABLM547.  This is the body-worn camera video

12   of Officer Wilson.  Did you review this one prior to

13   your deposition?

14        A.   I don't believe -- I couldn't tell you yet or

15   not.  I don't believe so.

16        Q.   Actually, wait.  Let me show you another

17   document.  Can you see my screen?

18        A.   Yes, ma'am.

19        Q.   This is -- I'm showing you a portion of the

20   PowerPoint slide presentation for May 31, 2020.  It's

21   Fitouri 019242 through 246.  Did you review this prior

22   to your deposition?

23        A.   I did.

24        Q.   It says here on, this first page 19242, "BWC

25   working but was not recording during the UOF."  Do you

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    see that?

2         A.    I do.

3         Q.    Did that investigator get that information

4    from you?

5         A.    No.  Again, I was never interviewed.

6         Q.    Okay.  Do you know why it says this?

7         A.    I do not.  I would assume that it -- through

8    their investigation that was what they determined.

9         Q.    You didn't delete any of your body-worn camera

10   video, right?

11        A.    No, ma'am.

12        Q.    Is there a way for you to delete video?

13        A.    No.  It goes into a general server.

14        Q.    All right.  So whatever you recorded, you

15   uploaded to the server, right?

16        A.    Yes, ma'am.

17        Q.    You don't think that the City of Aurora

18   deleted any video before they produced it to us, right?

19             MR. GODDARD:  Object to the form.

20        Q.    Right?

21        A.    No, ma'am.

22             MR. GODDARD:  Same objection.

23        Q.    So if there's video missing from your

24   body-worn camera, it's either because you didn't record

25   it because you turned off your video or you accidentally

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   knocked into it and turned off your video, right?

2        MR. GODDARD:   Object to the form.

3        A.   That would be a safe assumption.

4        Q.   And you can't tell me when it is you turned it

5   off and when you accidentally turned it off?

6        A.   That is correct.

7        Q.   Okay.  I'm showing you Fitouri 019246.  Do you

8   see this slide?

9        A.   I do.

10        Q.   Did you review any of the videos in this slide

11   before your deposition?

12        A.   No.  It would not allow me to open them up on

13   my computer.

14        Q.   All right.  You were provided this

15   information, though, before your deposition?

16        A.   Yes.  I remember seeing that screen, but it

17   would not allow me to use any of the links.

18        Q.   Okay.  So we've got the entirety of these

19   videos, so we've got Budaj deploying 40mm from Wilson

20   BWC 21:35 hours.  It says, "Also captures

21   Officer Sweeney deploy gas cannister," right?

22        A.   That's what it states, yes.

23        Q.   So you would agree you deployed from your

24   40-millimeter as depicted on Wilson's body-worn camera

25   at 21:35, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1        MR. GODDARD:  Object to the form.

2     A.    That is what they are stating in the report.

3     **Q.    And you have previously -- the next statement**

4  **says, "Budaj grenade Colfax and Pennsylvania Wilson BWC**

5  **21:41 hours," right?**

6     A.    That's what it states, yes.

7     **Q.    And you did, in fact, deploy a grenade at**

8  **Colfax and Pennsylvania at 21:41 hours, right?**

9        MR. GODDARD:  Object to the form.

10    A.    Again, I am now -- you're asking me specifics

11 times of when I did comparative to what they're

12 documenting.  I can go off of their investigation and

13 say that's what they are accurately stating.

14    **Q.    You've previously -- when I asked you earlier**

15 **in the deposition whether or not you deployed a**

16 **cannister of gas at Colfax and Pennsylvania at 9:41**

17 **p.m., you said yes, right?**

18    A.    Yes.  What I'm stating to you is I did deploy

19 gas.  The exact times are based off of if it's in that

20 report and they're stating that that is the time, I

21 would testify to that's what they're stating the exact

22 time is.  I could not tell you personally what it was,

23 but based off of the report, yes, that's what it's

24 indicating.

25    **Q.    And you answered the complaint, right?  You**

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

98

1   submitted an answer?

2        A.   Say again?

3        Q.   You submitted an answer -- let me put it up on

4   the screen.  Do you see this document?

5        A.   I see the screen.

6        Q.   City of Aurora's answer to Fitouri plaintiff's

7   third amended class-action complaint and the jury

8   demand.  This an answer from the City of Aurora and you,

9   right?  To the allegations in my clients' third amended

10  class-action complaint, right?

11       A.   Okay.  Yes.

12       Q.   And you state here that you admit that you

13  deployed a cannister of gas at approximately 9:41 p.m.,

14  right?

15       A.   Yes, ma'am.

16       Q.   And you, in fact, deployed a cannister of gas

17  at 9:41 p.m., right?

18       A.   Yes, ma'am.

19            MR. GODDARD:  Objection to the form.

20       Q.   Okay.  Let's watch a video of that.  So I have

21  got -- oh, wait.  Let me share my screen.  I've got

22  COABLM547, the officer -- Officer Wilson's body-worn

23  camera video up on the screen.  Can you see this?

24       A.   Yes, ma'am.

25       Q.   Okay.  So we're going to play it from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

99

```
 1    21:40:51, okay?
 2         A.   Yes, ma'am.
 3         Q.   And we're going to look for an officer who's
 4    deploying a cannister or grenade at this intersection at
 5    this time at 21:41, okay?  But we're going to play it
 6    from 21:40:51.
 7              (VIDEO PLAYS)
 8    BY MS. WANG:
 9         Q.   I paused it at 21:48:19.  Did you see this
10    officer throw a cannister of gas?
11         A.   Yes, ma'am.
12         Q.   That's you, right?
13         A.   It could be, yes.  I don't have the name tag
14    on it, but if we're going with the time frame on the
15    stamp then yes.
16         Q.   He's wearing something with straps on the
17    Back, right?
18         A.   Yes.
19         Q.   This looks like the officer who was in the
20    Bubna video, right?
21              MR. GODDARD:  Object to the form.
22         A.   Except for the -- the helmet.  It appears more
23    like the officer on the left that has the red on the
24    helmet there.
25         Q.   Let's assume that the red was a reflection
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    from the neon red off of that Office Depot sign that the

2    officer was standing in front of.  Assuming that, does

3    this officer look like the officer in the Bubna video?

4         MR. GODDARD:  Objection to the form.

5    A.    Similar, yes.

6    Q.    Do you agree that this is you?

7    A.    I would -- I couldn't state for certain that

8    it's me, but it appears -- I mean, based off of the

9    timestamp and what the other report is indicating.

10   Q.    Well, you would agree that the Force

11   Investigation Unit was conducting this investigation

12   into the use of force by Aurora officers of the

13   G -- GFP?  They conducted an investigation that was

14   designed to find out what uses of force were used by

15   officers during the protests, right?

16        MR. GODDARD:  Object to the form.

17   A.    Yes.

18   Q.    And so there's no reason that you can think of

19   why an officer would put an inaccurate time into this

20   video, right?

21        MR. GODDARD:  Object to the form.

22   Q.    Into the PowerPoint, right?

23        MR. GODDARD:  Object to the form.

24   A.    I would agree.

25   Q.    Okay.  So according to the PowerPoint slide,



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

101

1    the officer who throws the grenade at the intersection

2    of Colfax and Pennsylvania on May 31st -- I'm showing

3    you this again -- was you, right?

4         A.   Again, according to that report, yes.

5         Q.   Okay.  And there's no other officer -- well,

6    we can watch the minute of time, but according to the

7    report, it's from -- it's at 21:41, correct?

8              MR. GODDARD:  Object to the form.

9         Q.   That's what the report says, right?

10        A.   Yes.

11             MR. GODDARD:  Same objection.

12        Q.   So we're going to start at 21:41:58.  You tell

13   me if there's any other officer that can be seen -- that

14   can be seen in this video throwing a grenade, okay?

15             (VIDEO PLAYS)

16             OFFICER:  We have people over here.

17             (VIDEO STOPS)

18   BY MS. WANG:

19        Q.   I paused it at 21:42.  That's the only officer

20   during that minute of video that is throwing a grenade,

21   right?

22             MR. GODDARD:  Object to the form.

23        A.   That's what it appears to be.

24        Q.   And you also have the launcher, right?  Did

25   you see when the officer turned around?  Did you see the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

102

1  launcher?

2      A.   I -- I'm looking for it now.

3      Q.   Well, let me ask you this, I've got it up at

4  21:41:15.  Kind of weapon grenade is this?

5      A.   That appears to be the CS sting ball.

6      Q.   What's a CS sting ball?

7      A.   I'm sorry.  Again, it's just without being

8  able to see the exact on that, it just appears to be the

9  grenade as you described prior.

10      Q.   Well, I just want to know what kind of grenade

11  it is?

12      A.   I couldn't tell you specifically.

13      Q.   Do you recall what you threw at 9:41 p.m.?

14      A.   As it's described to the report by you is the

15  grenade.

16      Q.   Well, is there a difference between a CS

17  grenade and a sting ball?

18      A.   Again, I'm -- I do not have that information

19  in front of me.  I believe the sting ball is the

20  reference that's been used prior for the grenade.

21      Q.   What?  What's the difference between a CS

22  grenade and a sting ball?

23      A.   They would be the same, is what I'm saying, is

24  nomenclature.

25      Q.   Okay.  How is the CS grenade different than a

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1    gas -- tear gas cannister, a CS cannister?

 2        A.   It's the same.  When I say "CS," it's a form

 3    of gas.  That's all that it is, a gas grenade.  CS is

 4    just a form of gas.

 5        Q.   Okay.  So this grenade, as depicted in this

 6    still frame of this video, looks like a little round

 7    black rubber -- a black thing, right?

 8        A.   Yes.

 9        Q.   Okay.  It doesn't look like a silver metal gas

10    cannister, right?

11        A.   True.

12        Q.   Does this -- this grenade that you threw, is

13    it -- does it release little rubber pellets?

14        A.   Yes.

15             MR. GODDARD:  Object to the form.

16        Q.   Okay.  Is that what is commonly referred to as

17    a sting ball?

18        A.   Yes.

19        Q.   Were you trained on how to use a sting ball?

20        A.   Yes.

21        Q.   When?

22        A.   It was during -- it's part of the -- as a

23    grenadier, it's part of the same training.  You get that

24    in regards to the sameness as with the 40-millimeter

25    launcher.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

104

```
 1        Q.   Is there a reference anywhere in the SOPs that
 2   you reviewed prior to this deposition to -- how to use a
 3   sting ball?
 4        A.   Yes.  It's part of the less lethal munitions.
 5        Q.   What are the circumstances under which you can
 6   use a sting ball?  What have you been trained?
 7        A.   It's the same as any other less lethal
 8   munitions, ma'am.  It's in regards to -- you can use
 9   those if you are in imminent threat of injury to
10   yourself or third parties.
11        Q.   Okay.  But it is more dangerous -- would you
12   agree that it's more dangerous than just a cannister of
13   CS that releases gas without the rubber pellets?
14             MR. GODDARD:  Object to the form.
15        A.   I couldn't tell you if it's more lethal or
16   less lethal than that.  They're both quantified as less
17   lethal munitions.
18        Q.   You would agree, though, that an object that
19   explodes and releases little rubber pellets everywhere
20   in the addition to CS gas is inherently more dangerous
21   than just a cannister of gas, right?
22             MR. GODDARD:  Object to the form.
23        A.   I couldn't say one way or the other.
24        Q.   You can't tell me, based on your years of
25   experience, whether you think one would be more
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   dangerous than the other?

2       A.   That becomes my opinion with it, and I would

3   still say no.  I wouldn't see one as being more or less

4   than the other.  They have different advantages and

5   disadvantages.

6       Q.   When would you need to use a sting ball as

7   opposed to just a cannister of gas?

8       A.   That comes down to the situation and the

9   operator.

10      Q.   Well, what have you --

11      A.   I was using what was provided to me for this.

12  It wasn't that I got to go open up a chest of munitions

13  and decide what I wanted to get.  The munitions that I

14  was using were presented to me.  I did not decide to use

15  a gas grenade comparative to a sting ball.  The sting

16  ball was what was presented to us for use.

17      Q.   Who was it given to you by?

18      A.   The munitions were at our staging area.  It

19  was the munitions provided to the grenadiers.  We had

20  our 40-millimeter launchers and the availability of

21  sting ball grenades as they were handed out, so I can't

22  say exactly who handed it to me.  They were for

23  grenadier use.

24      Q.   I'm showing you Fitouri 019246.  It states --

25  the third line on this page states says, "Budaj



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

106

```
1   deploying 40-millimeter.  Sweeney BWC 21:41 hours."  Do
2   you see that?
3        A.   I do.
4        Q.   You were deploying 40-millimeter launcher at
5   21:41 hours, correct?
6        A.   According to the report --
7             MR. GODDARD:  Object to the form.
8        A.   According to the report, yes.
9        Q.   Okay.  I'm showing you COABLM526.  Sweeney
10  BWC for May 31, 2020, starting at 21:41:53.  We're going
11  to play it for a minute, and then I'll ask you
12  questions.  It's sideways, so...
13       A.   Yes, it is.
14            (VIDEO PLAYS)
15  BY MS. WANG:
16       Q.   I've paused it at 21:41:55.  Is this you?
17       A.   Yes, it is.
18       Q.   Okay.
19            (VIDEO PLAYS)
20  BY MS. WANG:
21       Q.   And so this video depicted you shooting your
22  40-millimeter launcher at that time, right?
23       A.   It appears so, yes.
24       Q.   You're wearing something that had straps on
25  the back, right?
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

107

```
 1        A.    That would be the hydration.

 2              MS. WANG:  Let's take a five-minute break.

 3              MS. EVANS:  Before we head off for the break,

 4        how much longer are you anticipating going with

 5   Officer Budaj?

 6              MS. WANG:  Well, we have four hours on the

 7        record time, so...

 8              MS. EVANS:  I'm just asking if you are

 9        anticipating taking the entire four hours or if you

10        -- there might be a break before you start with

11   Lieutenant Shaker at 1:00?

12              MS. WANG:  Let me confer with -- I mean, the

13        Arnold Porter attorneys will also have questions, so

14        I anticipate that we'll probably use our entire

15        time.

16              MS. EVANS:  Okay.  So are you still planning to

17        start with Shaker directly at 1:00?  I just want to

18        make sure.  He's coming in on his vacation, so I

19        want to make sure I give him an accurate time.

20              MS. WANG:  What time is it now in Denver?

21              MS. EVANS:  It's 11:38 right now.

22              MS. WANG:  How much -- are we off the record?

23              VIDEOGRAPHER:  We can go off the record.  Give

24        me one second.  We are off the record at 11:39.

25              (OFF THE RECORD)
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

108

1          VIDEOGRAPHER:  We are back on the record for

2      the deposition of Cory Budaj being conducted by

3      video conference.  My name is Leah Sharp.  Today is

4      the 29th day of December, and the time is 11:48 a.m.

5  BY MS. WANG:

6      Q.    When you shoot your 40-millimeter launcher --

7  let's assume that you're shooting at a target 60 to 80

8  feet away, how long does it take to when you pull the

9  trigger and the foam baton round hits the target?

10         MR. GODDARD:  Object to the form.

11     A.    I couldn't give you specifics.  I don't know

12  the exact feet per second of the round.

13     Q.    Would it be fair estimate it at about a

14  second?

15         MR. GODDARD:  Object to the form.

16     A.    Again, I couldn't state specific.  It's not

17  long.

18     Q.    I'm showing you COABLM375.  Bubna's video

19  again.

20     A.    Okay.

21     Q.    We've got it at 21:34:23.  Okay.  Do you see

22  how this light is green -- or I'm sorry.  This light is

23  red.  The light at Pearl is red, right?

24     A.    Okay.

25     Q.    This Bearcat just came out of the alley and is

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

109

```
 1   heading west on Colfax towards Pearl, correct?

 2        A.   Yes.

 3        Q.   Okay.  So this light up front here, the street

 4   light that is red at 21:34:23 is at Pearl, right?

 5        A.   I believe that is Pearl, yes.

 6        Q.   Okay.  I'm going to play it.

 7             (VIDEO PLAYS)

 8   BY MS. WANG:

 9        Q.   It turned green.  Do you see that?

10        A.   Yes.

11        Q.   At 21:34:25, right?

12        A.   It -- it's green at that marker that you're

13   indicating, yes.

14        Q.   21:34:25.  It just turned green, right?

15        A.   Between the two slides, it is now green, yes.

16        Q.   Okay.  So let's play it from 21:34:25.

17             That's when the light turned green, correct?

18        MR. GODDARD:  Object to the form.

19        A.   Again, I don't know when it exactly turned

20   green.  It's green at 21:34:25.

21        Q.   According to this video, right?  This video,

22   according to the timestamp in big red font in the upper

23   left-hand corner of this video, you can see these

24   numbers, right?

25        A.   Yes.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

The Deposition of CORY BUDAJ, taken on December 29, 2021

110

1      Q.   And it says the 21:34:25, right?

2      A.   The light is green at that timestamp.

3      Q.   Oh, you want me to go back?  Do you disagree

4   that it -- at 21:34:24, it's red, right?

5      A.   Yes.

6      Q.   Okay.  21:34:25, it turned green, right?

7      A.   It is green, yes.

8      Q.   Okay.  We're going to count how many seconds

9   it takes between when the light turned green and when

10  this officer raises, who we believe is you, raises his

11  40-millimeter.  Okay?

12           (VIDEO PLAYS)

13           OFFICER:  Well, watch this.

14           (VIDEO STOPS)

15  BY MS. WANG:

16     Q.   21:34:36, right?

17     A.   Okay.

18     Q.   It's 12 seconds, right?

19     A.   Okay.

20          MR. GODDARD:  Object to the form.

21     Q.   He raises it at 21:34:36, and then the next

22  second later, puts it down?

23     A.   Is that --

24     Q.   That's a question.  He raised it at 21:34:36,

25  right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1      A.   Yes, ma'am.  It is raised at that mark.

2      Q.   That's 12 seconds after the light turned

3   green, right?

4      A.   Yes, ma'am.

5           MR. GODDARD:  Object to the form.

6      Q.   And, in fact, it's right at this moment when

7   this firework goes off next to the Bearcat, on the other

8   side of the Bearcat.  Do you see that firework right

9   there, that 21:34:36 to 37?

10      A.   Okay, yes.

11      Q.   Okay.  The officer raised his weapon at that

12   moment, right?

13      A.   It was raised at that moment.

14      Q.   So if Jonathan Duran was hit by a

15   40-millimeter foam baton round 13 seconds after the

16   light turned green at Pearl, it was that officer who

17   shot him, right?

18           MR. GODDARD:  Object to the form.

19      A.   Not necessarily --

20           MR. GODDARD:  Object to the form.

21      A.   -- you would -- while they -- while that

22   officer does have that weapon raised, it doesn't

23   necessarily guarantee that that's the officer.  There

24   were multiple officers on that line.  Did it come from

25   that officer?  Did it come from one on the other side of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   the Bear?  Did it come from one on the other corner?  I

2   couldn't be 100 percent.  I wouldn't be able to say

3   100 percent that was it.

4        Q.   All right.  Well, according to Jonathan

5   Duran's video, he was shot with a foam baton round,

6   which he picked up, and you can see in the video, right?

7             MR. GODDARD:  Object to the form.

8        A.   Yes.

9        Q.   And you don't know who else had a foam

10  40-millimeter launcher who was with that Bear at that

11  time, right?

12       A.   There were numerous other officers there that

13  had 40's, correct?

14       Q.   Well, I'm asking you.

15       A.   I know that there was more than just myself

16  that had 40-millimeter launchers during that engagement.

17       Q.   Well, Bubna had one.  The guy whose video we

18  were just watching, right?

19       A.   Yes.

20       Q.   He didn't -- he wasn't firing at that time,

21  though, right?

22       A.   No.

23       Q.   You would agree that whoever shot Jonathan

24  Duran shot him 12 or 13 seconds after that light turned

25  green, right?

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

113

```
 1            MR. GODDARD:  Object to the form.
 2       A.   Approximately, yes.
 3       Q.   And there's nothing in Bubna's video that
 4  indicates that he was shooting at that time or even had
 5  his weapon raised?
 6       A.   Correct.
 7       Q.   Okay.  Another officer who had a 40-millimeter
 8  launcher at that time and at that location was Officer
 9  Smick, right?
10       A.   I'm not sure.
11       Q.   You don't know?
12       A.   (No verbal response.)
13       Q.   Let's assume that officer -- let's assume that
14  Officer Smick had a 40-millimeter, okay?  And, in fact,
15  let's pull up COABLM514.  Do you see this?
16       A.   Yes, ma'am.
17       Q.   This is Smick's body-worn camera for 531.  It
18  starts at 80:20 -- 80:42.  Do you see this?
19       A.   Yes.
20       Q.   This is a 40-millimeter launcher, correct?
21       A.   Yes.
22       Q.   Okay.  So let's watch Smick's video.  We're
23  going to start it at 21:33:45.
24            (VIDEO PLAYS)
25  BY MS. WANG:
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

114

1      Q.   Okay.  Did you see that firework go off?

2      A.   Yes, ma'am.

3      Q.   21:34:28 in this video.  Did you see him fire?

4      A.   He was manipulating.  I can't say at that

5  moment that it's going off.  It does not appear he's

6  firing, no.

7      Q.   Okay.  Let's go again.  21:34:20.

8           (VIDEO PLAYS)

9  BY MS. WANG:

10     Q.   Okay.  I've paused it at 21:34:35.  So he was

11  putting a round into his launcher, and then he walked up

12  towards the Bear, and the firework went off, and then he

13  raised his weapon but did not fire, right?

14     A.   That's what it appears, yes.

15     Q.   The officers who were in front of you with the

16  Bear had batons, right?

17          MR. GODDARD:  Object to the form.

18     A.   I can't state 100 percent.  I know that some

19  of them had batons.  I couldn't state 100 percent what

20  other officers had.

21     Q.   Well, we got Bubna, you, Sweeney, Wilson,

22  Perela, Woodyard, right?

23     A.   Yes.

24     Q.   It's not Bubna that fires, Bubna had a

25  40-millimeter, and he didn't fire, right?  At 9:34 p.m.



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   he did not fire?

2       A.    Yes.

3       Q.    Correct?

4       A.    I believe that's true.

5       Q.    Smick, we just watched, he didn't fire at

6   9:34 p.m., correct?

7       A.    It appears not.

8       Q.    And then we can determine from the reports who

9   else had a 40-millimeter, right?

10      A.    Yes.

11      Q.    And if nobody else did, then it's you, right?

12          MR. GODDARD:   Object to the form.

13      A.    Well, you've got -- you've got JeffCo listed

14  there, and I'm not sure what JeffCo officers were there

15  and what they were -- what they had deployed.

16      Q.    All right.  Well, if a JeffCo officer

17  testified under oath that that officer depicted in

18  Bubna's video is not wearing a JeffCo uniform, you have

19  no reason to disagree, right?

20      A.    Say it one more time.

21      Q.    The officer that's depicted in that Bubna

22  video, the one that we're saying is you, was wearing a

23  uniform consistent with what you were wearing that

24  evening, right?

25      A.    Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

116

1      Q.   And if a JeffCo officer says, "That officer is

2  not wearing a uniform that it looks like a JeffCo

3  uniform," you have no reason to disagree with that,

4  right?

5      A.   That is true.  I was not indicating that the

6  officer that is indicated in Bubna's video is JeffCo.

7           I'm just stating that according to that last

8  slide, it indicates that there were JeffCo officers at

9  that location.  That's all.  I don't know what they

10  deployed, what -- how many there were, anything.  That's

11  the only statement I was making.

12      Q.   When did you write your reports relating to

13  the protests on this -- the protests in Denver?

14      A.   Shortly after the event.

15      Q.   How shortly?

16      A.   I know that it was within a day.

17      Q.   So within a day of May 31st, you wrote your

18  reports?

19      A.   They needed to be done prior to -- yeah, prior

20  to going home and being done, because that was --

21  knowing the seriousness of the event, they wanted all

22  reports tabulated as soon as possible, I know.

23      Q.   All right.  And I'm showing you

24  Fitouri 018762 to 763.  Have you seen this before?

25      A.   Yes.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q.    This is your report from May 31, 2020, right?

2    A.    Yep.

3    Q.    It says here, "Submission information.

4  Submitted on June 4, 2020."  Do you see that?

5    A.    Yes, I do.

6    Q.    What does that mean?

7    A.    It says June 4, 2020, yes.

8    Q.    What does it mean that it was submitted on

9  that date?

10   A.    That's when I -- that's when I submitted the

11  report.

12   Q.    So it wasn't the next day.  It was a few days

13  later, right?

14   A.    Okay, yes.  I wasn't trying to mislead.  It

15  was shortly thereafter.

16   Q.    It states in the text narrative of your report

17  at Fitouri 018763, "I deployed approximately 15

18  40-millimeter foam baton rounds out of a Penn Arms

19  launcher at unknown persons in the violent crowd."  Do

20  you see that?

21   A.    Yes, ma'am.

22   Q.    Who were you deploying your rounds at?

23       MR. GODDARD:  Object to the form.

24   A.    As it states, unknown -- unknown persons.  If

25  I had any information, I would have put that into the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 119 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021
118

1    report.

2         Q.   I don't mean for you to tell me what their

3    names were.  I'm asking you:  What were they doing?

4              What were they doing?  What were the unknown

5    persons in the violent crowd doing that caused you to

6    deploy your 40-millimeter rounds at them?

7         A.   Throughout the event, we were subjected to the

8    large mortar fireworks as indicated in the videos.

9              We were thrown bottles and rocks and numerous

10   other items all the way up to paint ball rounds from

11   unknown parties, so the persons that were targeted by

12   less lethal munitions are actively engaged in violence,

13   violent actions towards this officer and other officers

14   on scene.

15        Q.   So you're saying all of the people that you

16   shot at with your 40-millimeter launcher were engaged in

17   violent actions such as throwing objects?

18        A.   Yes, ma'am, I would state that.

19        Q.   Did somebody tell you how you should write

20   your reports?

21        A.   Just not, like, specifically, but to make sure

22   that we included as we do with all of our reports,

23   location, times, dates, and the relevant events.

24        Q.   When did you receive this instruction?

25        A.   That's -- that's the general instruction from

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

119

1  day one of the academy all the way up of what you should

2  put in your reports.  There's nothing specific other

3  than just the -- what a good report should have.

4      Q.   Was it your understanding during the time that

5  you were providing mutual aid on May 30th and 31st of

6  2020, that you did not have to write an individualized

7  use of force report for your actions on those days?

8      A.   I was pretty sure that we would have to

9  provide a report.

10     Q.   I'm showing you COAAEPP001528 to 1529.  Do you

11  see this?

12     A.   Okay.  Could --

13     Q.   Sorry.  Do you want me to make it bigger?

14     A.   No.  I'm just trying to read it.  "To Cory

15  Budaj."  Okay.  "Forwarded message."

16     Q.   Okay.  You received this e-mail, right?

17     A.   Yes, ma'am.

18     Q.   You received it on June 3, 2020, right?

19     A.   Okay.  Yes.

20     Q.   You received it before you submitted your

21  reports on June 4th, right?

22     A.   Yes, ma'am.

23     Q.   And what were you forwarded from

24  Sergeant Brukbacher was a message from

25  Lieutenant Carlson that was dated June 2, 2020, right?



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

120

1      A.    Okay.

2      Q.    **Do you see this forward, the forwarded e-mail?**

3      A.    I'm looking at it, yes.  I'm --

4      Q.    **I -- I can scroll down, if you like.**

5      A.    I'm just wondering what you're wanting me to

6   look at is all.

7      Q.    **I'm just asking you:  Did you receive this?**

8      A.    It appears that I did, yes.  I -- again,

9   months after the fact you're -- I can't recall the exact

10   e-mail, but if it's got my name on it, then I would

11   assume that, yes, you didn't -- it looks like an e-mail

12   that was directed to me from Officer Brukbacher --

13   Sergeant Brukbacher.

14      Q.    **So let me ask you this:  Do you recall**

15   **receiving this message from Carlson, Lieutenant Carlson,**

16   **on June 2, 2020?  Were you one of the recipients of this**

17   **original message from Lieutenant Carlson?**

18      A.    I could not tell you if I received that one

19   specifically.  According to this, it looks like I was --

20   it forwarded to me from Brukbacher.

21      Q.    **Is it possible that this message from Carlson**

22   **was, in fact, sent to all of the officers, but**

23   **Sergeant Brukbacher forwarded it to specifically just to**

24   **make sure that you saw it?**

25            MR. GODDARD:  Object to the form.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

121

```
1        A.    It could be.
2        Q.    I mean, so the message from Carlson says
3    "Team, here's how we will do this.  We have pulled a
4    case number for each day.  I will take care of the GO.
5              Appears he needs to write supplemental reports
6    under the appropriate day that your action was taken.
7    If you were an arresting officer," et cetera, et cetera.
8    Then the second bullet point, it says, "If you used
9    force, shot less lethal baton strike through gas or any
10   other use of force, please write a report on the day
11   that you used such force.  Do your best to justify each
12   use of force.  Some of this will be generic wording."
13   Then she states in the two sentences later, "What you
14   can remember now could be helpful for a potential
15   lawsuit later."  Do you see that?
16       A.    Yes, ma'am.
17       Q.    Okay.  So does this jog your memory at all as
18   to whether she sent to this to you and all of the other
19   officers?
20       A.    Again, I don't have a specific recollection of
21   it.
22       Q.    Okay.  But from the way that she's -- the
23   message, the contents of the message, she's directing
24   this to everybody who needs to write a report, right?
25       A.    Okay, yes.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

122

```
 1        Q.    I mean, is that a fair characterization of the
 2   e-mail?
 3        A.    It would appear to be so, yes.
 4        Q.    Okay.  Regardless of whether you got this
 5   e-mail directly from Carlson or read it only when
 6   Sergeant Brukbacher forwarded it to you, what was your
 7   understanding of this section right here that says, "If
 8   you used force, shot less lethal baton strike through
 9   gas, or any other use of force, do your best to justify
10   each use of force and that you remember now could be
11   helpful for a potential lawsuit later."  What did you
12   understand by that language?
13        A.    Well, exactly what it states, that if you used
14   force to document it as best you can for a situation
15   just like we're going through now.
16        Q.    So it's fair to say that this is before any
17   supervisors or anybody else has actually reviewed each
18   of the officers' uses of force, right?
19             MR. GODDARD:  Object to the form.
20        A.    Yeah, I couldn't state when they reviewed the
21   use of force.  I would assume that that would be later.
22        Q.    Would you agree that this language in the
23   second bullet point of Lieutenant Carlson's e-mail was
24   telling officers to justify their uses of force and to
25   remember information that could be helpful for a lawsuit
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   later?

 2        A.   What I -- I would agree that, yes, you should

 3   justify the uses of force in case it comes to a lawsuit

 4   later, yes.

 5        Q.   Did you have any discussions with anybody at

 6   the Aurora Police Department about whether or not

 7   Aurora officers may be sued for their uses of force

 8   during the protests before you were specifically named?

 9        A.   No.

10        Q.   Did you write your reports with an eye towards

11   justifying your uses of force in case there was a

12   potential lawsuit later?

13        A.   I -- no.  I wrote my report to justify all

14   uses of force the same way I would for any use of force,

15   whether it was a protest or on any other call.

16        Q.   Did you review any of your body-worn camera

17   video before you wrote your reports?

18        A.   I can't necessarily state that I did.  I

19   believe I did.

20        Q.   Why?

21        A.   That's always a good, best practice.

22        Q.   Why is that always a good, best practice?

23        A.   Well, because it gives a specific time frame

24   and other items that you can focus in on comparative to

25   just, again, remembering small tidbits out of 13-hour
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

124

1    day.  It allows you something a little bit better to

2    reference.  I would say just as your client, I'm --

3    obviously reviewed his camera that he was recording to

4    be able to document what happened.

5         MS. WANG:  I have no further questions at this

6       time.

7                   EXAMINATION

8    BY MR. DOUGLAS:

9         Q.    All right.  Good afternoon, Officer Budaj.

10             My name is Matt Douglas.  I represent the Epps

11   plaintiffs in this case, and I have just a few

12   additional questions I wanted to ask you today.

13        A.    Yes, sir.

14        Q.    First of all, I want ask you some questions

15   specifically about the uniforms that were worn by

16   Aurora police officers who were deployed to assist

17   Denver in the management of the crowds relating to the

18   George Floyd protests in May and June of 2020.

19             Specifically talking about Aurora Police

20   Department officers, were there distinctive

21   characteristics that you would describe to allow you to

22   identify who in a particular group of officers were the

23   APD officers deployed during -- during those protests?

24        A.    We -- we did a couple -- obviously, you've got

25   unique patches on some of our uniforms.  While our

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

125

```
 1    SWAT officers have a similar uniform, they have
 2    different patches.  It's a little bit more subdued.
 3            The one item that we did try and do is put our
 4    name on the back of our helmets, obviously, to -- just
 5    to be able to identify when everybody's in uniform with
 6    gas mask, helmet, and everything, it becomes very cookie
 7    cutter, if you will.  Everyone looks the same.
 8        Q.    Okay.  Let's talk about the patches.  Were
 9    there different patches for the different types of
10    officers or squad leaders, grenadiers?  How did those
11    look?
12        A.    No.  Our patches are the Aurora patch.  The
13    only different patches that I can recall would be on our
14    SWAT officers, which are the same Aurora patch, but like
15    I said, subdued.  It's just darker.
16        Q.    And where is that patch on the uniform?
17        A.    On the shoulders.  Right about here.
18        Q.    Okay.  What about the colors of the uniforms?
19    Were all of the Aurora Police Department officers
20    deployed to assist Denver in the managing of those
21    crowds in May and June of 2020?  Were all those that
22    dark navy blue that you said was the uniform that you
23    were wearing in the videos we saw?
24            MR. GODDARD:  Object to the form.
25        A.    I couldn't state.  I don't know what -- I know
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  the SWAT officers have different types of uniforms.

2  From working with them in the past, I know they do have

3  a similar color, but they also have different uniforms,

4  based on -- I've seen some with a camouflage pattern in

5  the past.  I don't know what they were wearing.  The

6  only other thing that would be distinct, the patches

7  would be covered.  If we -- if the line officers are

8  wearing their riot gear, that would cover up over the

9  shoulder, down the arms, the legs, and they become less

10  apparent.

11      Q.   Okay.  But for any officers who were not

12  wearing something with a camouflage pattern, would those

13  uniforms -- any Aurora officers be dark navy in color?

14          MR. GODDARD:  Object to the form.

15      A.   I would -- again, I would believe that they

16  would all be similar, yes.

17      Q.   Okay.  Was there anything specific or

18  distinctive about the emergency response team officer

19  uniforms that were worn during those protests?

20      A.   No, sir.  They would be the same BDU uniforms

21  that were observed.

22      Q.   Okay.  All right.  I want to put up a

23  document --

24          MR. DOUGLAS:  Actually, Liz, did you have

25      exhibit numbers for any of those?  I actually --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

127

1              MS. WANG:  No.  I just gave the Bates number.

2              MR. DOUGLAS:  Okay.  I'm going to go old school

3         and mark something as Exhibit 1, and I'm going to

4         put that up if I can.

5              (EXHIBIT 1 MARKED FOR IDENTIFICATION)

6    BY MR. DOUGLAS:

7         Q.   Okay.  Can you see the photograph I've put up

8    on my screen?

9         A.   Yes.

10        Q.   Okay.  And I'm going to represent to you this

11   is a -- it's an annotated screenshot taken from a video

12   that was produced by the Colorado State Patrol with a

13   file name, just for the record, of 05302020V88.AVE.  So

14   we've marked that as Exhibit 1.  Is this something that

15   you're seen before, Officer Budaj?

16        A.   I can't state that I have.

17        Q.   Okay.  So if you look at the officer who's in

18   a yellow box, there's a yellow box around him a little

19   bit to the right of the center of this picture, can you

20   tell me if that officer is identifiable to you as an

21   Aurora Police Department officer?

22        A.   It does not appear to be an Aurora officer.

23        Q.   Okay.  Why do you say it does not appear to be

24   an Aurora officer?

25        A.   It does not appear that that party is wearing

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

128

1  the large, padded riot gear on their upper torso, and I

2  don't see any patches on the sleeve, and that would

3  really be the only -- the only thing that I would be

4  able to notice --

5       Q.   Okay.

6       A.   -- I don't see any tape on the back of the

7  helmet either.

8       Q.   **That might be a little hard to see in this**

9  **view.  So if you -- if you had come across this line of**

10  **officers during the time that you were in Denver**

11  **assisting with these protests, what department would you**

12  **have believed this officer to be with?**

13       MR. GODDARD:  Object to the form.

14       A.   Again, I don't know all of the uniforms that

15  were present.  The only one that I know that doesn't

16  have patches on their uniform traditional, would be

17  Denver.

18       Q.   **Okay.  And if you look at the entire line of**

19  **officers depicted in this picture, Exhibit 1, are there**

20  **any officers there that you would identify as Aurora**

21  **Police Department officers?**

22       A.   It does not appear so.

23       Q.   **Okay.**

24       A.   Nothing that jumps out immediately

25  identifiable.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

129

```
 1        Q.   Okay.  What about this person to the right of
 2   the person in the yellow box?  Is that a patch on their
 3   shoulder that you see there?
 4        A.   I can't tell if it's a patch or the hashmarks,
 5   if it's a supervisor, if it's a sergeant or a -- you
 6   know, like stripes.
 7        Q.   Okay.  So if you had seen this line of
 8   officers on May 30 of 2020, from a distance without
 9   further information, you would have assumed that this
10   was a line of Denver Police Department officers?
11        A.   Yes.
12            MR. DOUGLAS:  Okay.  Okay.  I don't have any
13        other questions.
14            MR. GODDARD:  I don't have any questions for
15        Officer Budaj.
16            MS. EVANS:  No questions from me.
17            MR. BUTLER:  No questions here.
18            MR. HUSS:  No questions.
19            MR. GODDARD:  Okay.  Are we done?
20            VIDEOGRAPHER:  All right.  We are off the
21        record at 12:23.
22               (DEPOSITION CONCLUDED AT 12:23 P.M.)
23
24
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

130

```
 1               CERTIFICATE OF REPORTER

 2                 STATE OF COLORADO

 3

 4  I do hereby certify that the witness in the foregoing

 5  transcript was taken on the date, and at the time and

 6  place set out on the Title page here of by me after

 7  first being duly sworn to testify the truth, the whole

 8  truth, and nothing but the truth; and that the said

 9  matter was recorded stenographically and mechanically by

10  me and then reduced to typwritten form under my

11  direction, and constitutes a true record of the

12  transcript as taken, all to the best of my skill and

13  ability.  I certify that I am not a relative or employee

14  of either counsel, and that I am in no way interested

15  financially, directly or indirectly, in this action.

16

17

18

19

20

21

22  LINDSEY N. JOHNSON,

23  COURT REPORTER/NOTARY

24  COMMISSION EXPIRES:  08/05/2024

25  SUBMITTED ON:  01/10/2022
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

## Exhibits

**Exhibit 1_
Budaj** 127:3,5,
14 128:19

---

### 0

---

**018762** 116:24

**018763** 117:17

**019211** 71:24

**019214** 72:8

**019217** 75:11
82:10

**019242** 94:21

**019246** 96:7
105:24

**05302020V88.
AVE** 127:13

---

### 1

---

**1** 127:3,5,14
128:19

**10** 32:24

**100** 21:15
71:16 112:2,3
114:18,19

**10:09** 54:10

**10:15** 54:13

**11:38** 107:21

**11:39** 107:24

**11:48** 108:4

**12** 110:18 111:2
112:24

**120-CV-01878-
RBJ** 7:16

**12:23** 129:21,
22

**13** 33:13 53:21,
22,25 85:15,22
86:5,6,8 87:6
111:15 112:24

**13-hour** 64:5
123:25

**135** 40:9 83:20

**15** 25:15 117:17

**1529** 119:10

**15:30:54** 55:2

**15:32:29** 55:9

**16:33:28** 60:21

**16:42:42** 61:3

**16:42:53** 61:10

**16:48** 64:9

**16:48:55** 62:7

**17** 33:11 34:15,
24 35:20

**19** 33:10 35:16

**19242** 94:24

**1:00** 107:11,17

---

### 2

---

**2** 16:25 119:25
120:16

**20** 25:15 82:25

**2003** 32:24
33:3 35:4

**2004** 35:4

**2020** 13:22
16:25 35:6
48:7,19 52:17,
20 53:12,20
54:1,3,16 56:9,
20 57:1,8 58:1,
20 60:20 61:22
63:24 64:8
66:11 67:19
71:24 72:5 77:9
78:12 79:15
80:6 83:7 87:14
88:7 94:20
106:10 117:1,4,
7 119:6,18,25
120:16 124:18
125:21 129:8

**2021** 7:8

**20:45** 81:12

**20:50** 80:6

**218** 71:24

**21:00** 84:13

**21:08** 84:10,20

**21:12** 85:4

**21:15** 64:19

**21:15:37** 63:24
64:13

**21:15:44** 65:16

**21:15:45** 65:6

**21:25** 85:15

**21:33:45**
113:23

**21:33:53** 88:24

**21:34** 76:1

**21:34:10** 89:10

**21:34:20** 114:7

**21:34:23**
108:21 109:4

**21:34:24** 110:4

**21:34:25**
109:11,14,16,
20 110:1,6

**21:34:28** 114:3

**21:34:32** 89:22
93:21

**21:34:33** 93:24

**21:34:35**
114:10

**21:34:36** 91:8
93:6 110:16,21,
24 111:9

**21:35** 92:18
96:20,25

**21:40:51** 99:1,
6

**21:41** 97:5,8
99:5 101:7
106:1,5

**21:41:15** 102:4

**21:41:53**
106:10

**21:41:55**
106:16

**21:41:58**
101:12

**21:42** 101:19

**21:46:05** 67:3

**21:46:36** 69:23

**21:48:19** 99:9

**228** 80:5 84:20

**22:13** 80:12

**22nd** 7:7

**23911** 9:22

**246** 94:21

**25-yard** 45:15

**28** 16:24

**29th** 7:8 108:4

---

### 3

---

**3** 9:21 22:14
65:19 119:18

**30** 7:6 16:24
17:3 48:7 69:24
129:8

**30-second**
70:2

**30th** 11:17
12:15,18 14:10,
20,25 51:17,23
52:5 66:17
119:5

**31** 48:19 52:17,
20 53:20 54:1,
3,16 56:9,20
57:1,8 58:1,20
60:20 61:22
63:24 66:11
67:19 70:5
71:23 72:5 77:9
78:12 79:15
80:6 83:7 87:14
88:7 94:20
106:10 117:1

**31st** 11:17
12:16,19 13:6
14:10,20,22
15:3,20 17:3
48:7 51:6,16,23
52:5 53:12 55:2
64:8,24 66:18,
19,21 67:9 68:1
71:4 101:2
116:17 119:5

**37** 111:9

**3:30** 55:3

**3:32** 54:4

---

### 4

---

**4** 72:5 117:4,7

**40** 47:15 70:12

**40's** 112:13

**40-milliliter**
41:7,12

**40-millimeter**
37:25 38:18
39:23,24 41:20
42:14,21 43:8,
25 44:11 45:20
47:1,5,25 48:8
49:11 66:20
67:20,25 68:14
69:4 77:9,12,20
78:2,12,17
79:2,9,21 80:15
81:25 83:13,18
86:7 96:24
103:24 105:20
106:1,4,22
108:6 110:11
111:15 112:10,
16 113:7,14,20
114:25 115:9
117:18 118:6,
16

**40mm** 96:19

**45** 40:3,5,9,15,
24 41:7 42:5
43:9 83:19

**4th** 35:19
119:21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**5**

**5.8** 13:17

**531** 113:17

**6**

**6** 71:5,7,13,18
72:8,10 73:6
74:6,16 75:3

**60** 83:11 108:7

**7**

**763** 116:24

**8**

**80** 83:11 108:7

**80:20** 113:18

**80:42** 113:18

**870** 37:23

**8:30** 64:24 65:1
73:14,19,23

**9**

**9:00** 7:9

**9:15** 67:8,9,18
68:1 70:25
72:17,24 73:2,
12,23

**9:30** 56:20
58:20 74:24

**9:34** 57:1 58:1
76:1,19 79:15
83:7 87:13,25
88:13 114:25
115:6

**9:41** 68:3,15
97:16 98:13,17
102:13

**9:45** 67:9,18

**9:46** 67:9 68:1
70:25

**A**

**a.m.** 7:9 108:4

**academy** 41:2
119:1

**accidentally**
77:24 95:25
96:5

**accommodati
on** 28:11 31:7

**accuracy** 40:2,
13,25 43:13,16
82:8 83:19

**accurate** 15:9,
14,21 68:22
69:4 107:19

**accurately**
36:23 37:3,7
46:21 82:4,14
83:12,24 97:13

**acquiring**
92:13

**act** 71:8 77:18
81:6

**action** 7:16
79:12,25 82:1
121:6

**actions** 16:7,
17 27:18 28:8
29:1 31:15,18,
20,22 32:2,4,6,
8,14 72:5 79:13
81:22 118:13,
17 119:7

**actively** 53:2
64:21 118:12

**activity** 64:22

**actual** 35:2
63:7

**added** 23:1
34:8

**addition**
104:20

**additional**
35:15 36:19
124:12

**admit** 98:12

**advantages**
105:4

**advise** 40:7

**advised** 17:14
21:12 22:21
23:12,15 25:9
26:10 28:9

**affect** 31:11

**affirm** 9:9

**afternoon**
124:9

**agencies**
87:19 88:8,18

**agree** 8:23
37:2 78:15,21
79:4 85:17,24
86:6,17,24
87:5,12 96:23
100:6,10,24
104:12,18
112:23 122:22
123:2

**ahead** 14:15
18:4 40:18

**aid** 17:3 28:15
29:7 30:13
119:5

**allegations**
23:4 24:19,24
98:9

**allege** 59:4

**alley** 72:21
73:24 74:8,13,
16,25 75:3,9,13
87:24,25 88:12
108:25

**alleyway** 73:11

**allowed** 44:11
46:7

**amended** 98:7,
9

**American**
10:7,11,16

**amount** 39:8,
13 87:8

**annotated**
127:11

**anticipate**
107:14

**anticipating**
107:4,9

**anymore**
63:13

**APD** 72:5
124:23

**apparent**
126:10

**appearance**
7:18

**appeared**
59:15 61:11

**appears** 59:9,
11,20,24 60:7
65:8 70:12,21
81:3 91:25 93:9
94:5 99:22
100:8 101:23
102:5,8 106:23
114:14 115:7
120:8 121:5

**applied** 33:22

**apply** 31:9

**appreciation**
31:14

**approaching**
71:10

**approved**
31:22 32:4,5

**approximate**
25:6,8 35:1
40:11

**approximately**
16:25 25:15
29:10 33:8,11,
13 34:16 35:4,
12,13 40:3
73:12 86:15
98:13 113:2
117:17

**approximation**
74:1

**AR-15** 36:9

**Arapahoe** 9:22

**area** 71:5 73:3
77:15,22
105:18

**areas** 44:2,8,22
45:2 46:3,22
47:9 48:2,3
64:21

**argumentative**
42:2,5

**arm** 61:11

**armored** 60:14

**arms** 38:1
117:18 126:9

**Arnold** 7:24
24:15 107:13

**arrest** 26:25

**arresting**
121:7

**arrived** 73:16
74:22

**Arvada** 8:8

**assert** 18:3
19:15,21 20:12,
21,23

**asserting**
20:16

**asset** 61:7

**assigned** 48:8

**assist** 31:9
71:5 124:16
125:20

**assistant**
11:11

**assisting**
67:11 128:11

**assume** 13:3
32:5 41:24
42:24 43:4
57:13 68:25
83:5,7 86:22
95:7 99:25
108:7 113:13
120:11 122:21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

assumed 129:9

assuming 57:20 63:15,18 100:2

assumption 42:16,17,20 43:15 96:3

assumptions 83:15

attempt 20:19 33:25

attend 10:3 29:19 32:10

attended 17:2, 5

attending 7:18,19,22,25 8:3,8,11,13 9:20

attention 29:13,15 30:18

attorney 12:1 19:18 27:25 69:8

Attorney's 8:3

attorneys 11:1,3 16:2,3, 16 17:9,12 22:9 107:13

audio 70:3

Aurora 8:13 9:22 13:13 16:8 19:3 22:4 26:14,19 27:16, 22 28:22 30:8 31:21,22 32:3, 22 33:3,7 45:23 47:4,24 57:15 68:16 73:15 76:4,10 87:14, 17,23 88:13 89:2,11,16 92:20 93:7 95:17 98:8 100:12 123:6,7 124:16,19 125:12,14,19 126:13 127:21,

22,24 128:20

Aurora's 98:6

author 68:24

authored 11:16

authorized 44:21

automatically 70:2

availability 105:20

avenue 75:8

avoid 77:15

award 28:7 29:18,19 30:2, 17,23,24 31:7, 19 32:1,7

awards 28:24 30:4

aware 27:21 28:4

Awesome 8:22

———

B

———

B-U-D-A-J 8:17 9:19

bachelor's 32:16

back 29:4 50:1, 22 54:8,12 58:7 59:11,21 60:4 65:14,19 69:18 75:3 84:4 85:1 90:1 92:15 93:3,21 94:1 99:17 106:25 108:1 110:3 125:4 128:6

backing 79:19 81:3,4,6 82:13

backpack 56:9 57:16 58:3 59:10 60:8 94:6

bag 38:3,5,10, 11,13 45:1

49:13,17,20,22

ball 102:5,6,17, 19,22 103:17, 19 104:3,6 105:6,15,16,21 118:10

Bar 74:11,16

base 12:13

based 29:1 31:16 32:1 42:17 70:14 81:19 97:19,23 100:8 104:24 126:4

basically 36:1 38:12

Bates 127:1

baton 38:1,20, 21 39:9 40:13 51:5 80:13 86:7 108:9 111:15 112:5 117:18 121:9 122:8

batons 38:19 114:16,19

battery 52:25 53:3

battle 48:25

BDU 48:25 126:20

BDUS 48:20

bean 38:3,5,9, 10 45:1

Bear 60:14 76:8,10,17,20 82:11 89:3,11 112:1,10 114:12,16

Bearcat 74:18, 20 75:6,8 76:3, 4,8 83:7 87:24 88:12,13 108:25 111:7,8

began 25:24

beginning 16:24 80:18

behalf 7:25 8:4,7,10,12

belief 32:3

beliefs 43:6

believed 128:12

belt 48:23 49:15,23,25

bi-pod 36:11

big 20:9,14 109:22

bigger 60:5 72:9 119:13

bills 33:19

biology 32:19

bit 35:17 36:16 41:9 48:22 55:4 57:11 59:20 60:23 64:1 65:6,14 69:19 71:11 73:19 82:13 124:1 125:2 127:19

black 51:7,11, 15 61:19 93:12 103:7

Bless 37:24

block 82:5,10 83:9,10

blue 51:7,10,15 61:19 62:2 93:12,15,16 125:22

board 14:24 30:4

Board's 14:7

body 10:25 43:22 46:22 48:2,3 50:20

body-worn 11:18,20 12:9, 18 13:1,4,7 16:1 51:16,22 52:4,11,16,19 53:11 55:1 58:11,20 59:3,

19 60:20 63:23 67:2,19 68:6,17 69:3 88:20 94:11 95:9,24 96:24 98:22 113:17 123:16

books 31:13

bottles 118:9

box 127:18 129:2

Bozeman 12:2

bracelet 61:13, 17,24 62:1

break 54:8,21 107:2,3,10

broader 30:21

brotherhood 62:2

brought 47:13 51:10

Brukbacher 11:23 13:2,5 21:11 22:6,16 23:3,6,20 24:7, 19,22 25:2 26:7,11 66:7 119:24 120:12, 13,20,23 122:6

brushed 70:12,19

Bubna 11:23 12:9 99:20 100:3 112:17 114:21,24 115:21

Bubna's 12:18 58:10,19 59:3, 19 88:20 90:20 108:18 113:3 115:18 116:6

Budaj 7:10,11, 12 8:8,15,17,24 9:18 11:25 12:6 17:22 55:1 69:2,7 96:19 97:4 105:25 107:5 108:2 119:15 124:9

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 135 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

134

127:15 129:15

**buffer** 70:4

**building** 22:24 75:16

**bulkier** 60:8

**bulky** 59:9 94:5

**bullet** 121:8 122:23

**bunch** 79:6

**Butler** 8:2 9:5 129:17

**button** 63:4

**BWC** 94:24 96:20 97:4 106:1,10

—————

C

**C-O-R-Y** 9:18

**calculations** 36:20

**calculator** 40:10

**call** 18:25 36:13 38:5 55:24 76:8 123:15

**called** 38:20 76:24

**calls** 19:13 77:13

**Camelbaks** 56:18

**camera** 8:20 10:12,25 11:18 13:1,4,7 16:1 51:16,22 52:4, 11,16,19 53:2, 8,11 55:1 56:3 58:11,20 59:3, 19 60:20 61:18 62:24 63:1,5,7, 10,11,23 64:23 67:3,20 68:6,17 69:3 70:1,19 85:23 88:20 94:11 95:9,24

96:24 98:23 113:17 123:16 124:3

**cameras** 11:21 12:9,18 52:24 53:5 55:12,23 56:2,6

**camouflage** 126:4,12

**cannister** 96:21 97:16 98:13,16 99:4, 10 103:1,10 104:12,21 105:7

**capable** 82:3

**captures** 96:20

**care** 121:4

**Carlson** 119:25 120:15, 17,21 121:2 122:5

**Carlson's** 122:23

**carried** 49:5 58:5 59:10

**carry** 36:10 46:7

**case** 16:16 19:16 24:2,11 76:22,25 121:4 123:3,11 124:11

**casual** 23:9

**caused** 118:5

**center** 127:19

**ceremony** 29:3,19

**certificate** 29:20,21 30:25

**certificates** 34:7

**cetera** 34:7 39:10 50:15,17 121:7

**changed** 45:16

**characteristic s** 124:21

**characterizati on** 122:1

**chest** 48:22 49:3,6 50:16, 18,19,20,23 63:2 105:12

**Chicago** 7:7

**chief's** 29:25

**choice** 10:15

**choose** 10:1

**chronological** 64:8

**circumstance s** 44:10,20 77:11 79:22 104:5

**cite** 20:2

**City** 7:13 8:13 30:8 31:21 32:3 57:14 95:17 98:6,8

**civil** 7:16

**clarify** 11:24

**class** 47:14,16

**class-action** 98:7,10

**clear** 69:10 74:7

**client** 59:3 78:8 124:2

**clients'** 98:9

**clip** 61:11 80:18

**close** 59:16 74:1

**closely** 23:8

**closer** 41:19 42:4,14,22

**cloth** 38:12,13

**co-named** 21:10

**co-worker** 23:7

**COAAEPP001 528** 119:10

**COABLM375** 88:20 108:18

**COABLM379** 55:1

**COABLM380** 60:19

**COABLM381** 67:2 69:18

**COABLM383** 63:22 65:5

**COABLM514** 113:15

**COABLM526** 106:9

**COABLM547** 94:11 98:22

**Colfax** 71:13, 18 72:15 73:5, 7,14 74:25 75:21 76:1 82:22 87:13 97:4,8,16 101:2 109:1

**College** 32:18

**color** 51:6,12 93:14 126:3,13

**Colorado** 7:15 8:1,9 127:12

**colors** 125:18

**command** 29:24 30:5

**committing** 77:18

**commonly** 103:16

**communicatio n** 19:14

**communicatio ns** 19:24 20:16,

25

**comparative** 42:17 48:21 97:11 105:15 123:24

**compared** 75:9

**complaint** 24:2,8,11,14 97:25 98:7,10

**completely** 84:1

**computer** 10:21 96:13

**concerned** 71:7

**concerns** 28:2

**conclude** 32:9

**CONCLUDED** 129:22

**conducted** 100:13 108:2

**conducting** 100:11

**confer** 107:12

**conference** 108:3

**connects** 49:24

**conserve** 53:3

**considered** 27:1

**consistent** 93:7,19 115:23

**contact** 53:9

**contained** 15:19

**contents** 121:23

**continue** 20:21 70:8 89:18 91:4

**continuous** 33:10



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 136 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021
135

**continuously** 33:2 52:9

**controlled** 27:6

**convened** 7:9

**conversation** 18:24 22:16 23:9 24:6,23 25:4,14,18,23, 25 26:3,13,15, 18

**conversations** 17:24 18:6 21:17,19,24 22:8,11 25:1

**cookie** 125:6

**copy** 24:2,8,10, 14

**corner** 61:6 109:23 112:1

**correct** 17:3 20:3 22:6 27:19,23 28:13 39:3 40:9 41:12 44:12 49:1 52:5 53:13 57:8 61:15 68:25 72:12 73:18,22 76:6 77:3 87:3, 14 88:21 89:3 90:11,23 96:6 101:7 106:5 109:1,17 112:13 113:6, 20 115:3,6

**Cory** 7:10 8:17, 24 9:18 108:2 119:14

**counsel** 7:20 24:15 57:14

**count** 110:8

**County** 7:14 8:3 73:16 87:23 88:14 92:22

**couple** 11:6 28:20 124:24

**court** 7:5,15 9:7,9,13,24

10:8 20:20 68:8,10

**cover** 12:13 14:2 15:24 36:1,4 51:25 90:18,25 126:8

**covered** 57:10 58:7 126:7

**covers** 16:5 63:7

**created** 14:24 75:25

**creating** 79:6

**creation** 16:9

**criteria** 37:10

**crosswalk** 82:13

**crowd** 79:18 117:19 118:5

**crowds** 124:17 125:21

**CS** 102:5,6,16, 21,25 103:1,2,3 104:13,20

**current** 23:1 33:20

**cursor** 74:4 75:14 83:2

**cut** 33:25 34:4

**cutter** 125:7

———————

**D**

**dangerous** 104:11,12,20 105:1

**dark** 93:16 125:22 126:13

**darker** 125:15

**date** 22:21 117:9

**dated** 119:25

**dates** 12:14 33:8 34:23 52:1

118:23

**David** 8:5,7

**day** 7:8 10:9,18 27:12,14 33:9 64:5 108:4 116:16,17 117:12 119:1 121:4,6,10 124:1

**days** 13:4 14:9 17:5 48:14,17 117:12 119:7

**deadly** 77:13

**deal** 20:9,14

**December** 7:8 108:4

**decide** 105:13, 14

**deem** 29:2

**deemed** 36:6

**defendant** 17:18 18:12,16 19:11 20:1 22:1,17 23:21 24:12 25:20 26:16

**defendants** 8:4,11 21:10,21 22:2,4,5

**degree** 32:20

**delete** 95:9,12

**deleted** 95:18

**demand** 98:8

**demonstrate** 46:5

**Denver** 7:14 8:10,11,14 12:15 16:18,22, 23 17:2 18:21 19:3 28:16 53:23 60:21 71:5,17 72:5,10 76:9 87:18,22 88:13 107:20 116:13 124:17 125:20 128:10, 17 129:10

**department** 9:22 13:13 26:15,20 27:16, 22 28:22 30:8 31:9,21 32:8,23 33:3,7 35:3,16 45:23 47:4,25 72:10 123:6 124:20 125:19 127:21 128:11, 21 129:10

**department's** 31:14

**depending** 50:13 51:4,7 53:2

**depicted** 68:5, 16 69:3 96:24 103:5 106:21 115:17,21 128:19

**deploy** 67:25 96:21 97:7,18 118:6

**deployed** 67:20 96:23 97:15 98:13,16 115:15 116:10 117:17 124:16, 23 125:20

**deploying** 96:19 99:4 106:1,4 117:22

**deployment** 56:12 59:13 68:15

**deposition** 7:10 9:20 10:2, 23 14:4 16:21 17:9 26:12 64:1 69:20 88:21 94:13,22 96:11, 15 97:15 104:2 108:2 129:22

**Depot** 90:5 91:13 100:1

**describe** 36:16 38:24 49:7 124:21

**designated** 9:24 34:10,12 35:8,11,23 36:8 37:13

**designation** 73:4

**designed** 51:3 100:14

**desire** 42:25 43:18

**desk** 25:16

**details** 20:8

**determination** 29:1 30:1

**determine** 115:8

**determined** 95:8

**diagram** 82:11

**died** 62:4

**difference** 102:16,21

**difficult** 37:11

**Diner** 74:10 75:16

**direct** 9:14 75:2

**directed** 19:20 120:12

**directing** 121:23

**directly** 19:17 107:17 122:5

**disadvantages** 105:5

**disagree** 110:3 115:19 116:3

**discipline** 27:7 28:5

**disciplined** 26:19 27:4,16, 18,22 31:17

**discussed** 14:5 16:4



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 137 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021

136

discussions 123:5

disposal 49:12

distance 40:1
41:3 82:4,14
83:5,8,12 129:8

distances
36:20 39:19
46:3,19 47:9
48:4

distinct 126:6

distinctive
124:20 126:18

distress 86:21

District 7:15
9:21 22:14
71:5,7,13,18
72:8,10 73:6
74:6,16 75:3

document
66:23 94:17
98:4 122:14
124:4 126:23

documenting
97:12

documents
13:10 14:3
15:23

Douglas 7:24
9:1 124:8,10
126:24 127:2,6
129:12

downtown
10:4 12:15
18:21 53:8

dress 48:25

drills 36:20,25

Drive 7:7

driver's 8:19

driving 56:16
62:17 64:20
67:11

due 13:25
54:16

dumpster
81:10,23 90:17,

25

dumpsters
78:18 79:7
81:13

Duran 77:6,17,
24 78:5 79:14
80:5 81:24
82:12 83:9
111:14 112:24

Duran's 84:4
112:5

duration 56:14

duties 66:18

duty 33:15
48:23 49:25
53:20

dynamics 19:7
38:10

—— E ——

e-mail 29:9,15,
22 30:10,12,17,
20,21,24
119:16 120:2,
10,11 122:2,5,
23

earlier 83:19
97:14

east 9:22 72:15

east-west
75:21

easy 10:6

education
32:15

effect 31:6

efficiency 46:6

elapses 86:16
87:8

elbow 50:11

elderly 26:24

Elisabeth 7:13

Elizabeth 7:21

emergency

33:12 126:18

employed 33:3

end 26:12 35:5
40:2 62:6,12,16
70:14,15

ended 64:9
67:4

endplate 70:12

ends 62:6,21

engaged 64:22
118:12,16

engagement
112:16

engaging
55:11 56:1
62:18

entire 15:10,12
67:15 88:4,7
107:9,14
128:18

entirety 96:18

Epps 7:13,25
124:10

equipment
44:17 50:15
56:23

Eric 8:2

ERT 13:21,24
28:10,15 29:6,
15 33:12 34:9,
20,21,24 35:5,
10,14,15,17
36:4 37:18
45:23 47:13
48:20

estimate 12:24
108:13

et al 7:13,14

Evans 8:12 9:4
57:18 107:3,8,
16,21 129:16

evening 66:11
91:18 115:24

event 88:4,7
116:14,21
118:7

events 35:21
36:5 118:23

everybody's
125:5

exact 10:17
13:18 34:14
37:10 38:9 54:5
56:24 97:19,21
102:8 108:12
120:9

exam 33:24
34:1,6

EXAMINATIO
N 9:14 124:7

exercises
46:12

exhibit 126:25
127:3,5,14
128:19

expect 12:4
33:17

experience
104:25

expertise 38:9

explain 17:13
41:9

explodes
104:19

extended 40:1
56:13,14

eye 123:10

—— F ——

facility 27:6

Facing 10:21

fact 8:23 17:18
18:11,15 19:10,
25 26:16 28:9,
16 30:17 31:17,
19 32:1,7 52:10
54:16 81:9,11,
21 97:7 98:16
111:6 113:14
120:9,22

fair 16:25

events 35:21
36:5 118:23

36:12,15 38:13,
16,17 108:13
122:1,16

familiar 55:6
61:1 64:2,4
66:8 71:17

family 17:14,17
18:10,14 19:7
35:17,21

farther 40:14

father 18:17,18

fatigues 92:23

February
32:24

feeling 10:4

feet 25:16 40:1,
9 41:16,19,22
42:4,15,22
50:20 82:25
83:11,20 108:8,
12

fence 81:11

fences 79:7

fencing 81:14,
23

field 33:12

figure 83:10
84:18

file 127:13

filed 24:15

files 11:1 14:17
16:1,2

filled 38:13

filmed 81:24

final 34:8

find 21:14
100:14

fine 40:18
64:12

finger 45:10

fire 39:25 41:15
114:3,13,25
115:1,5



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

firearm 45:6

fired 78:2

fireman 27:2

fires 45:1
114:24

firework 111:7,
8 114:1,12

fireworks
118:8

firing 112:20
114:6

fit 50:18

Fitouri 7:21
71:24 72:8
75:11 80:5
82:10 84:20
94:21 96:7 98:6
105:24 116:24
117:17

five-minute
54:8 107:2

flag 10:7,11,16

flip 63:8

floor 7:7

Floyd 16:8,18,
22 17:6 27:19,
23 31:18,20
32:2,8 53:23
124:18

foam 38:1,19,
20,21,23,25
39:1,9 40:13
51:5 80:13 86:7
108:9 111:15
112:5,9 117:18

focus 36:1
53:11 123:24

focused 30:16

font 109:22

footage 52:11
53:13 67:20
68:6,17

force 13:15
14:7,24 16:6
39:8,13 44:21
67:16 68:5,13,

16,19,21 69:1
72:4 77:13,19
78:6,16,22,24
80:24 81:5
100:10,12,14
119:7 121:9,10,
11,12 122:8,9,
10,14,18,21,24
123:3,7,11,14

form 14:11
17:20 27:24
30:14 31:23
32:12 42:23
43:3 44:13
52:7,14,22
53:14,18 54:18
56:7 57:18,19
58:12 67:22
68:7,18,23 69:5
77:21,25 78:9,
19,23 79:11,23
81:18 82:6
83:14 85:18
86:10,19 87:10,
15 88:2,15 90:3
91:2,11,15,19
92:2,24 95:19
96:2 97:1,9
98:19 99:21
100:4,16,21,23
101:8,22 103:2,
4,15 104:14,22
106:7 108:10,
15 109:18
110:20 111:5,
18,20 112:7
113:1 114:17
115:12 117:23
120:25 122:19
125:24 126:14
128:13

formation
35:11

forward 55:4
79:20 120:2

forwarded
119:15,23
120:2,20,23
122:6

found 21:15

frame 25:8
26:5,25 85:23
86:14 99:14

103:6 123:23

friend 23:9
62:4

front 13:19
40:10 49:9,10
58:5 59:11,16
60:12,13 62:24
71:11 73:6
100:2 102:19
109:3 114:15

frontline 50:14

FTO 33:13

full 8:16 53:1

functional
48:22

functionality
47:15

functions
35:19

## G

gangs 51:1

gap 64:16
67:19 69:15

gaps 52:4,11
53:13,15,17
54:15

gas 37:7 49:16,
17,19,20 68:15
96:21 97:16,19
98:13,16 99:10
103:1,3,4,9
104:13,20,21
105:7,15 121:9
122:9 125:6

gathered 73:6

gathering 71:6

gave 127:1

gear 65:19
126:8 128:1

general 19:7
25:23 39:19
71:2,5 95:13
118:25

generalities

17:15 82:17

generally
23:22 39:18
65:2

generates
39:9,14

generic 121:12

gentleman
26:24

George 16:8,
18,21 17:6
27:19,23 31:18,
20 32:2,8 53:23
124:18

GFP 100:13

give 9:10 32:25
33:5 34:14 35:1
55:22 67:10,12
69:7,14,15
86:13 88:16
107:19,23
108:11

giving 40:16
42:19 55:19
66:3

glove 90:20

glow 91:7,8,9,
12

GMT-6 60:21

Goddard 8:5,7
9:3 11:8,24
12:4,7 17:20
18:5 19:13
27:24 30:14
31:23 32:12
42:23 43:3
44:13 52:7,14,
22 53:14,18
54:18 56:7
57:3,19 58:12
67:22 68:7,18,
23 69:5 77:21,
25 78:19,23
79:11,23 81:18
82:6 83:14
85:18 86:10,19
87:10,15 88:2,
15 90:3 91:2,
11,15,19 92:2,

24 95:19,22
96:2 97:1,9
98:19 99:21
100:4,16,21,23
101:8,11,22
103:15 104:14,
22 106:7
108:10,15
109:18 110:20
111:5,18,20
112:7 113:1
114:17 115:12
117:23 120:25
122:19 125:24
126:14 128:13
129:14,19

Goddard's
10:4

Golden 8:4

good 7:3 37:3
62:4 119:3
123:21,22
124:9

Google 82:18,
19

gray 59:23 90:2

great 20:8

greater 40:5,
14,24 42:25
43:9

green 84:21
85:5,8,16 86:8
87:7,9 92:23
93:10,11
108:22 109:9,
12,14,15,17,20
110:2,6,7,9
111:3,16
112:25

grenade 68:3,
15 97:4,7 99:4
101:1,14,20
102:4,9,10,15,
17,20,22,25
103:3,5,12
105:15

grenades
105:21

grenadier
34:11,17 35:13



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

138

37:12,16,21
47:14 48:23
50:17 65:19
66:15 83:23
103:23 105:23

**grenadiers**
50:15 105:19
125:10

**groaned** 80:20
87:2

**groans** 86:18

**groin** 27:2
44:6,12 77:8,
13,20,24 78:12
85:9,16 86:23,
24

**ground** 37:18

**group** 124:22

**guarantee**
111:23

**guard** 45:10

**gun** 39:2

**guy** 112:17

---

**H**

**half** 67:4,13
82:5

**hand** 9:7 44:17
62:24 63:11,15
90:21

**hand-in-hand**
35:25 37:17

**handed**
105:21,22

**hands** 80:25

**hanging** 49:14

**hangs** 49:22

**happened**
15:8 18:21 26:4
53:8 72:4 124:4

**hard** 26:1
128:8

**harder** 39:2

**hashmarks**
129:4

**head** 44:5
107:3

**heading** 71:12
73:5 109:1

**hear** 55:15
65:15 86:17,18

**heard** 80:19
87:2

**heart** 44:5

**Heather** 12:1

**helmet** 48:24
59:11,21 78:11
90:1 91:9,14
99:22,24 125:6
128:7

**helmets** 125:4

**helpful** 121:14
122:11,25

**Hey** 11:24

**hidden** 27:2

**hiding** 78:18
81:10,15,22

**higher** 55:25

**highest** 32:15

**hip** 49:17

**hit** 39:5 80:19
86:7,18,21 87:9
111:14

**hits** 39:9,14
86:24 108:9

**hold** 8:20 55:25
92:15

**holder** 19:19

**holding** 92:10

**home** 116:20

**hoping** 33:19

**hour** 67:4,13

**hours** 11:6
53:19,21,22,25
96:20 97:5,8
106:1,5 107:6,9

**hours-long**
64:16

**Huss** 8:6,10
9:2 129:18

**hydration**
56:12,17,21
57:2,6,7 58:1,6
60:5 94:4 107:1

---

**I**

**idea** 42:12 77:5

**identifiable**
127:20 128:25

**identification**
8:19 127:5

**identify** 50:6
65:9 124:22
125:5 128:20

**Illinois** 7:7

**image** 59:9,14,
19,24 60:6,16

**imagery** 64:6

**immediately**
128:24

**imminent**
104:9

**impact** 42:25

**implicate**
17:21

**imposed** 27:7

**in-person**
22:11,13

**inaccurate**
15:6 100:19

**inadvertent**
54:22

**inadvertently**
54:17

**inch** 39:10,16

**incident** 15:10,
12

**incidental** 53:9

**include** 46:18,
21

**included** 88:13
118:22

**incomplete**
27:4

**incorrect**
44:14

**increase** 13:24

**indicating**
85:22 97:24
100:9 109:13
116:5

**individual**
31:12

**individualized**
119:6

**individuals**
78:18 83:24

**infer** 23:25

**information**
15:19 31:8 95:3
96:15 102:18
117:3,25
122:25 129:9

**informed** 29:5

**informing**
30:10

**inherently**
104:20

**initial** 21:16

**injuries** 44:9

**injury** 43:2
104:9

**inside** 38:9
61:21

**instance** 90:13

**institution**
32:17

**instruct** 17:22

**instruction**
55:20 118:24,
25

**instructions**

65:10 66:3

**intended** 43:2,
19,20

**interchangeab
le** 50:25

**interrogatorie
s** 76:21,25

**intersection**
71:18 73:14
75:4 82:21 99:4
101:1

**interviewed**
16:13,15 95:5

**investigation**
16:7 72:4 95:8
97:12 100:11,
13

**Investigations**
67:16

**investigator**
95:3

**investigators**
75:24

**involved** 88:8

**involvement**
20:17 21:7

**Isabelle** 8:12

**item** 46:16
125:3

**items** 35:19
36:11,21 45:24
118:10 123:24

---

**J**

**jail** 26:25 27:3

**Jeffco** 87:18
115:13,14,16,
18 116:1,2,6,8

**Jefferson** 8:2,
4 73:16 87:23
88:14 92:22

**job** 36:3 62:4

**jog** 121:17



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 140 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021
139

**Johnson** 7:5

**join** 32:22

**joined** 33:7
35:3,5

**joints** 44:6

**Jonathan**
77:6,17,24 78:5
79:14 80:5
81:24 111:14
112:4,23

**journalist**
79:5,18

**Julie** 11:13
12:2

**July** 35:19

**jumps** 128:24

**June** 16:25
117:4,7 119:18,
21,25 120:16
124:18 125:21

**jurisdictions**
87:16

**jury** 98:7

**justify** 79:8
121:11 122:9,
24 123:3,13

**justifying**
123:11

_____

**K**

**K-9** 51:1

**Kentuckiana**
7:6

**kidneys** 44:6

**kind** 8:19 27:7
46:12 48:11
71:11 102:4,10

**kinds** 36:7
37:20

**knee** 44:6

**knocked** 96:1

**knowing** 20:8
116:21

**knowledge**
15:6 51:21
52:18

**Kuhlman** 12:1

_____

**L**

**language**
122:12,22

**large** 36:5
50:16,18 71:6
73:6 94:5 118:8
128:1

**larger** 59:9
60:7

**lateral** 71:8
73:9

**launcher**
37:25 38:18
39:23 41:7,12,
20 42:14,22
43:8 44:1,11
45:20 47:1,5
48:1,8,12 66:20
67:25 68:14
69:4 77:9,12,20
78:12,17 79:2,
9,21 80:15
81:25 83:13,18
86:7 91:20 92:3
101:24 102:1
103:25 106:4,
22 108:6
112:10 113:8,
20 114:11
117:19 118:16

**launchers**
67:20 105:20
112:16

**launches**
38:18

**lawsuit** 17:12,
19 18:12,16,19,
20 19:2,7,12
20:1,6,18 21:1,
7 22:2,6,17
23:2,18,22
25:2,19 26:16
121:15 122:11,
25 123:3,12

**lawyer's** 14:17

**lawyers** 10:24
21:17,19,21

**lead** 32:9 38:13

**leader** 66:6,12

**leaders** 125:10

**Leah** 7:3 108:3

**learn** 25:22

**leave** 35:14
56:15

**leaving** 47:23

**left** 35:5 76:17,
20 99:23

**left-hand**
109:23

**leg** 49:14

**legs** 50:20
126:9

**length** 33:8

**lengthy** 64:16

**lens** 63:7

**lethal** 13:16
36:6 37:14,17,
22 38:2 39:14
44:16,19,21,25
45:14,19 46:25
47:6,16 48:1
77:19 104:4,7,
15,16,17
118:12 121:9
122:8

**lettering** 50:7

**letters** 57:11
58:8

**letting** 41:2

**level** 29:2
32:15 82:8

**license** 8:19

**lie** 57:17,23

**Lieutenant**
11:23 21:11
26:7,11 66:7
107:11 119:25
120:15,17

122:23

**life** 52:25 78:9

**light** 33:15
84:21 85:5,8,16
86:8 87:6,8
108:22,23
109:3,4,17
110:2,9 111:2,
16 112:24

**lighted** 90:8

**likes** 19:6

**Lindsey** 7:4

**links** 96:17

**listed** 30:22
68:19 115:13

**lit** 90:8

**literally** 10:8,
17 29:20 40:16
42:3,6 63:6

**literature**
32:19

**Littleton** 8:1

**live** 85:12

**Liz** 11:24
126:24

**loaded** 45:8

**located** 7:6
27:3

**location** 7:18
10:15 71:2 73:8
74:22,23 113:8
116:9 118:23

**lock** 63:16

**logo** 50:2 58:8

**long** 11:5 52:25
108:8,17

**longer** 34:20,
21 107:4

**looked** 49:7

**lose** 27:9,13
40:2,25 43:13,
16 83:19

**loses** 40:13

**lost** 27:11,12

**lot** 29:15 64:5
73:10 74:4,6,9,
11 83:15

_____

**M**

**made** 10:15
30:5 38:7,21

**mailbox** 29:20
31:1,2

**maintain** 20:18
21:4

**major** 35:21
36:2

**make** 27:25
33:25 34:4,23
36:2,5 42:16
45:12 46:4 69:8
72:9 74:5,15
107:18,19
118:21 119:13
120:24

**makes** 30:1

**makeshift** 79:7
81:14

**making** 69:12
116:11

**malfunctionin
g** 52:17

**management**
124:17

**managing**
125:20

**manipulate**
46:15

**manipulating**
53:1 114:4

**manipulation**
53:6 63:17

**manufacturer**
42:10,13 43:7

**map** 71:10 72:7
73:4 82:9,19

**mark** 111:1
127:3

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**marked** 127:5, 14

**marker** 109:12

**marksman** 34:10,13,16 35:8,12,24 36:8 37:3,13,14 83:23

**marksmanship** 36:13,17

**mask** 49:16,17, 19,20 125:6

**mass** 30:12 71:6 73:6

**Matt** 7:24 124:10

**matter** 7:13 28:2

**Mcnamee** 22:1 24:20

**means** 48:25 52:13,21

**measurements** 82:16

**media** 78:11

**meet** 11:7

**Meeting** 10:24

**meetings** 11:2 21:21

**member** 35:10

**members** 17:17 18:10,14

**memorable** 26:3

**memory** 13:12 121:17

**mention** 29:12

**mentioned** 37:10

**Meritorious** 28:12,17 29:8 30:3,11

**message** 119:15,24

120:15,17,21 121:2,23

**met** 11:9 12:1

**metal** 103:9

**Metropolitan** 32:18

**middle** 63:9 72:9,13 75:17 82:10

**midst** 79:5

**mine** 15:8 62:4

**minor** 32:19

**minute** 101:6, 20 106:11

**minutes** 80:7

**mislead** 117:14

**missed** 31:25

**missing** 95:23

**mistaken** 47:22

**misunderstood** 18:7,8

**modified** 36:9 37:22

**moment** 23:10 62:20 67:14 70:5 80:19 84:5 86:23 92:1 111:6,12,13 114:5

**month** 36:18

**months** 28:9, 20 120:9

**moons** 32:21

**Morales** 57:15, 23

**morning** 7:3

**mortar** 118:8

**mother** 18:17, 18

**Move** 85:1

**moved** 81:13

**moving** 36:24 37:4 79:20

**multi-launcher** 48:12

**multicolored** 59:12,13,21,25

**multiple** 87:16, 18 88:6,8,18 111:24

**munitions** 37:17 43:14,19 45:16 48:23 49:4,5 50:23 51:9 58:5 59:10 104:4,8,17 105:12,13,18, 19 118:12

**mutual** 17:3 28:15 29:6 30:13 119:5

**muzzle** 45:8

———————

**N**

———————

**named** 18:16, 20 19:2,7,11 20:1,6 21:11, 12,14 22:1,17, 18,22 23:1,13, 14,17,21 24:12 25:7,9,20 26:8 123:8

**names** 118:3

**narrative** 117:16

**nature** 28:24 29:25 32:10 36:11,21 37:1 65:4

**navy** 93:16 125:22 126:13

**necessarily** 52:23 111:19, 23 123:18

**neck** 44:5

**needed** 116:19

**negatives** 19:9

**neon** 100:1

**Nerf** 39:1

**nomenclature** 102:24

**nominated** 28:7

**non-lethal** 44:15,19

**normal** 29:2

**north** 72:18 73:4

**nothing's** 36:5

**notice** 128:4

**number** 7:16 12:11 41:25 73:15 85:25 121:4 127:1

**numbers** 109:24 126:25

**numerous** 11:20 26:23 35:18 112:12 118:9

———————

**O**

———————

**oath** 57:24 77:3 87:21 115:17

**object** 17:20 27:24 30:14 31:23 32:12 42:23 43:3 44:13 52:7,14, 22 53:14,18 54:18 56:7 57:19 58:12 67:22 68:7,18, 23 69:5 77:21, 25 78:19,23 79:11,23 81:18 82:6 83:14 85:18 86:10,19 87:10,15 88:2, 15 90:3 91:2, 11,15,19 92:2, 24 95:19 96:2 97:1,9 99:21

100:16,21,23 101:8,22 103:15 104:14, 18,22 106:7 108:10,15 109:18 110:20 111:5,18,20 112:7 113:1 114:17 115:12 117:23 120:25 122:19 125:24 126:14 128:13

**objection** 19:13 57:18 69:8,12 95:22 98:19 100:4 101:11

**objections** 28:1

**objects** 36:23 37:4 79:19 118:17

**obscure** 37:8

**observed** 126:21

**observing** 51:10

**obtain** 32:20

**obtained** 51:8

**occurred** 16:23

**occurring** 17:15

**October** 29:10

**office** 8:3 10:4 14:17 25:15,17 29:25 90:5 91:13 100:1

**officer** 8:8 11:23,25 12:6, 9,18 17:22 19:11 22:1 26:23 28:25 30:2 33:9,11, 13,21 55:1,11 58:10,19 59:3, 14,20 60:10 61:6 65:18 66:14 68:8

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

69:2,3,7 79:9
85:1 89:6,21
91:25 92:15
93:2,25 94:12
96:21 98:22
99:3,10,19,23
100:2,3,19
101:1,5,13,16,
19,25 107:5
110:10,13
111:11,16,22,
23,25 113:7,8,
13,14 115:16,
17,21 116:1,6
118:13 120:12
121:7 124:9
126:18 127:15,
17,20,21,22,24
128:12 129:15

**officer's** 60:4
90:1 91:8 93:18

**officers** 16:8
19:3 27:21
28:11,15 29:6
30:5,12 50:5,14
55:22 56:5
59:15 60:11
62:3 73:15
74:14,24 76:12
79:20 87:13,14,
17,23,24 89:11,
17 92:22,25
93:1 100:12,15
111:24 112:12
114:15,20
115:14 116:8
118:13 120:22
121:19 122:24
123:7 124:16,
20,22,23 125:1,
10,14,19 126:1,
7,11,13 128:10,
19,20,21 129:8,
10

**officers'** 68:6,
16 92:19 93:8
122:18

**one's** 51:15

**online** 7:4 9:25

**open** 96:12
105:12

**operator** 105:9

**opinion** 43:10
94:6 105:2

**opposed** 105:7

**optics** 36:10
84:2

**oral** 34:6

**order** 13:21,23
14:6 34:4 64:8

**orders** 55:22,
24

**original** 120:17

**originally**
41:10

**outcome** 34:8

**over-cover**
36:4

**overview** 15:7,
10 72:3

---

**P**

**p.m.** 54:4 55:3
56:20 57:1
58:1,20 64:24
65:1 67:9 68:1,
3,15 70:25
72:24 73:2,14
74:24 76:1,19
79:15 83:7
87:13,25 88:13
97:17 98:13,17
102:13 114:25
115:6 129:22

**pack** 56:13,17,
21 57:2,6,7
58:1,6 60:4,5
94:4

**pad** 50:18

**padded** 128:1

**padding** 50:16,
19

**pads** 50:11,12,
16,19

**pages** 71:24

**paint** 118:10

**parents** 21:8

**parking** 73:9
74:4,6,9,10,11

**part** 31:25
36:22 37:3 39:5
43:22 56:23
63:7 71:24
103:22,23
104:4

**participating**
79:8 81:17

**parties** 8:23
74:5 104:10
118:11

**party** 127:25

**passed** 85:15
87:6

**passing** 22:23
25:17

**past** 85:8
126:2,5

**pat-down** 27:1

**patch** 125:12,
14,16 129:2,4

**patches**
124:25 125:2,8,
9,12,13 126:6
128:2,16

**patrol** 33:9,11,
14,21 36:10
37:16 48:21
52:25 53:7
127:12

**pattern** 126:4,
12

**pause** 69:8,14,
23 89:10

**paused** 81:12
85:4 89:22 91:7
99:9 101:19
106:16 114:10

**pausing** 80:12
92:18

**pay** 27:9,10,11,
12 29:11,13,14
30:18 33:19

**paycheck**
27:12

**Pearl** 71:14
72:17,18,22
74:8,14 75:19
76:1 82:12,22
84:13,16 85:5
86:8 87:7,13,25
108:23 109:1,4,
5 111:16

**pellets** 38:14
103:13 104:13,
19

**pending** 7:14
33:15

**Penn** 38:1
117:18

**Pennsylvania**
7:23 97:4,8,16
101:2

**people** 30:7
36:24 37:7 38:5
65:7,9 74:15
79:6 81:9,12,
13,22 101:16
118:15

**percent** 21:15
71:16 112:2,3
114:18,19

**Perela** 114:22

**period** 56:14
67:18 70:2

**periods** 53:4
57:7,8

**permitted**
77:19

**person** 11:9,10
43:21 77:12
78:10,25 79:3,
21 81:24 82:14
129:1,2

**personally**
97:22

**personnel**
60:14

**persons**
117:19,24
118:5,11

**pertaining**
15:20

**Peter** 57:15,23

**Phase** 72:5

**phone** 18:24

**photo** 8:19

**photograph**
127:7

**physical** 31:2

**physics** 40:19

**pick** 47:17

**picked** 112:6

**picture** 127:19
128:19

**pin** 29:20 30:24

**pink** 90:15,25

**place** 10:7,10,
19 22:12

**Plaintiff** 77:5,
17,24 78:5
82:12 83:9

**plaintiff's** 98:6

**plaintiffs** 7:22,
25 24:15
124:11

**plaintiffs'** 7:20

**planning**
107:16

**play** 55:8 61:3
65:5 69:19 80:6
84:9,24 85:7,20
88:23 98:25
99:5 106:11
109:6,16

**playing** 70:8

**PLAYS** 55:10
60:24 61:5
65:12,17 69:21
70:9,16 80:10
84:11,25 85:10
88:25 89:5,19
91:5 92:14
93:4,22 99:7
101:15 106:14,
19 109:7



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

110:12 113:24 114:8

pockets 49:10

point 45:8 59:12 73:23 121:8 122:23

police 9:22 13:13 16:8 26:14,20 27:16, 22 28:22 31:21 32:22 33:3,7 45:23 47:4,25 50:2,3,6,8,21 57:11 58:8 62:3 72:10 74:14 87:14 92:20 93:7 123:6 124:16,19 125:19 127:21 128:21 129:10

Porter 7:24 24:15 107:13

portion 71:22 90:4 94:19

position 20:19 21:3 33:23 50:13 64:20 92:10

positioned 22:13 25:16 51:18

positions 33:6

positives 19:9

possibly 10:12 63:15

potential 121:14 122:11 123:12

pounds 39:10, 16

Powerpoint 14:11,18,19,23 15:2,20 16:10 67:15 69:2 71:23 75:25 94:20 100:22, 25

practical 46:9

practice 41:15 123:21,22

practices 39:20,22 41:11 43:24 45:4 47:8

preparation 14:4 63:25 69:20

prepare 10:22

prepared 45:11

presence 22:9

present 15:13 19:3 21:22 73:7 76:13 128:15

presentation 14:24 15:3 69:2 71:23 94:20

presentations 16:10

presented 11:1 14:14,17 16:1,3 29:16,18 58:18 59:14 105:14,16

presenting 81:20

pretty 43:17 119:8

previous 52:24

previously 23:14,17,21 97:3,14

prior 26:12 27:5 88:21 94:12,21 102:9, 20 104:2 116:19

prisoner 27:5

privilege 17:22,25 18:4 19:16,19,22 20:3,12,16,19, 22,24 28:2

privileged 19:13

problem 32:14

problems 36:2

PROCEEDING S 7:1

process 34:5

produced 67:16 95:18 127:12

proficiency 46:15 47:7

proficient 46:5

prohibited 44:2,22 45:2 46:3 47:9 48:3 77:15

promotion 31:10,13

protected 17:25

protest 12:15 32:10 123:15

protesters 62:18 75:1

protests 13:25 14:8 16:8,18, 21,22,23 17:2,6 18:21 19:3 23:8,23 27:19, 23 28:5,8,16 29:7 30:13 31:19,20,22 32:2,4,9 37:19 51:9 53:23 100:15 116:13 123:8 124:18, 23 126:19 128:11

provide 36:4 73:8,16 82:15 119:9

provided 17:3 24:1,7,11 28:15 29:6,7 30:12 37:6 45:19 60:7 96:14 105:11, 19

providing 119:5

proximity 59:16

pull 62:5 65:18 66:23,24 94:10 108:8 113:15

pulled 121:3

push 74:25 75:25 76:1

put 18:22 49:10 50:5 51:3 64:11 80:4 98:3 100:19 117:25 119:2 125:3 126:22 127:4,7

puts 110:22

putting 114:11

_____

Q

qualification 46:4,8,13,14 47:7

qualified 46:24

qualify 46:6

quantified 104:16

quarter 86:3

question 15:25 17:21,23 18:2, 5,10 19:20 20:2,14 28:3 31:24 41:9 58:14 65:6 110:24

questions 20:24 41:10 76:22,24 80:8 88:24 106:12 107:13 124:5, 12,14 129:13, 14,16,17,18

quick 64:4

_____

R

raise 9:7

raised 92:3,7 110:24 111:1, 11,13,22 113:5 114:13

raises 110:10, 21

range 40:2,6 41:2 45:13 83:17

ranges 46:3

rank 25:10 33:20 55:25

rationale 42:18,19

re-supply 51:9

read 119:14 122:5

ready 65:21

real 20:7

reason 23:6 60:9 66:14 100:18 115:19 116:3

reasonable 78:16,22

recall 30:19 41:5 46:1 64:25 65:1,2 66:13 73:13 78:7 102:13 120:9, 14 125:13

receive 28:16, 19 118:24 120:7

received 28:10,11 41:6 45:22 47:4,24 83:22 119:16, 18,20 120:18

receiving 28:4 46:1 120:15

recently 33:14

recipients 30:18 120:16

recognition 31:12



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Case No. 1:20-cv-01878-RBJ   Document 383-22   filed 06/08/22   USDC Colorado   pg 144 of 148
The Deposition of CORY BUDAJ, taken on December 29, 2021
143

**recollection**
15:22 22:19
87:22 88:1
121:20

**recommend**
42:1

**recommendati
on** 28:24 40:7,
17,21,22 41:21
42:1,3,6,7,8,10,
15 83:21

**recommended**
28:7 39:25
40:6,17 41:3
42:13 45:13
46:2 48:4 83:17

**recommends**
43:8

**record** 8:16
9:17 11:25
54:10,11,12,25
69:9,10 95:24
107:7,22,23,24,
25 108:1
127:13 129:21

**recorded**
95:14

**recording**
94:25 124:3

**records** 70:2

**red** 73:10 84:22
90:5,10,13,17,
20,25 91:9,13
99:23,25 100:1
108:23 109:4,
22 110:4

**refer** 16:21

**reference**
14:21 64:4 71:1
102:20 104:1
124:2

**referenced**
14:8

**referencing**
53:16

**referred**
103:16

**referring** 16:23
42:10

**reflecting**
90:10,13,17,20

**reflection**
99:25

**refreshed**
13:12

**refuse** 20:2,24

**region** 27:2

**relates** 36:3
42:5

**relating** 15:17
27:23 116:12
124:17

**relation** 16:16

**relations**
17:14

**release** 103:13

**releases**
104:13,19

**relevant**
118:23

**remember**
51:10 57:5
63:14 66:14
74:23 96:16
121:14 122:10,
25

**remembering**
123:25

**Remington**
37:23

**remotely** 7:22,
25 8:3,8,11,13

**remove** 56:15

**replay** 70:15

**report** 14:7
15:7 68:20,21,
24 69:1 72:3
76:14 97:2,20,
23 100:9 101:4,
7,9 102:14
106:6,8 117:1,
11,16 118:1
119:3,7,9

**121**:10,24
123:13

**reporter** 7:5
9:8,9,13 68:8,
10

**Reporters** 7:6

**reports** 10:25
11:15,16,17
13:11 14:6 16:1
115:8 116:12,
18,22 118:20,
22 119:2,21
121:5 123:10,
17

**represent**
24:16 124:10
127:10

**represented**
57:15

**representing**
7:5

**required** 13:25
35:18 44:20
67:12

**respect** 20:16
23:23 44:25
45:19 47:5

**respond** 77:18

**responded**
71:4,7,12 73:3,
5,8

**response** 26:9
33:12 44:16
62:15 68:11
79:2,19 90:12
113:12 126:18

**rest** 65:20

**resulted** 16:9

**results** 37:18

**return** 33:17

**review** 11:15,
19 12:10 13:2,
7,10 14:1,7,23,
24 15:2 58:10,
17,19 59:18
60:1 94:12,21
96:10 123:16

**reviewed**
10:24,25 11:20,
21 12:17,22
13:5,14,20
14:4,13,16,21
15:23 16:10,12,
17 24:4 53:12
55:3 60:22
63:25 67:15
69:20 71:25
88:21 104:2
122:17,20
124:3

**reviewing** 16:7

**Ribbon** 28:12,
17 29:8 30:3,11

**rifle** 36:10
37:14,16

**rig** 48:22 49:3
50:23

**riot** 126:8 128:1

**rises** 29:2

**Road** 9:22

**Rob** 8:10

**rocks** 118:9

**role** 50:14

**room** 9:23,24
10:1,5,6,9,11,
19 11:11

**rough** 25:7

**roughly** 25:6
26:10 34:17
35:9 74:4 87:11

**round** 38:1,11,
20,21,23 39:9,
14,24 78:2
80:13 86:7,8,24
103:6 108:9,12
111:15 112:5
114:11

**rounds** 38:3,5
45:1 49:11 51:5
80:16 85:12
117:18,22
118:6,10

**route** 75:2

**rubber** 103:7,
13 104:13,19

**rules** 45:7

**rundown**
32:25 33:5

― S ―

**safe** 39:19,22
41:11,15 43:24
45:4 47:8 96:3

**safely** 36:3

**sameness**
103:24

**sat** 26:17

**scale** 82:18,24

**scene** 118:14

**school** 127:2

**score** 34:4

**screen** 62:8,9,
24 63:20 64:11
71:20 80:2,4
83:4 84:7 85:21
86:3 94:17
96:16 98:4,5,
21,23 127:8

**screenshot**
59:2 60:2
127:11

**scroll** 60:23
64:1 72:2 120:4

**search** 27:5

**seated** 9:21

**seconds** 69:24
85:8,15,23
86:5,8 87:6
110:8,18 111:2,
15 112:24

**secret** 20:7

**section** 72:3
122:7

**seek** 25:10,13

**segment** 52:20



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

self-explanatory 43:17

sentences 121:13

sergeant 21:13 25:12,13 28:25 48:16 65:8 66:5,10 119:24 120:13, 23 122:6 129:5

Sergeant's 33:24

seriousness 116:21

Serrant 21:13 22:6 24:19 25:5,11,12,13, 19,25

server 95:13, 15

Service 28:12, 17 29:8 30:3,11

set 10:9 37:11

several-layer 34:5

Shaker 48:16 66:5,10 107:11, 17

shape 78:8

share 19:8 98:21

shared 23:10

Sharp 7:4 108:3

shift 53:1

shit 85:11

shoot 40:4,14, 23 41:6,19 42:4,13,21 43:8 45:11 46:9,18 77:8,12,19 78:10,16 79:1 83:25 108:6

shooting 36:20 37:3

60:10 79:9,21 81:23 91:25 92:5,9,11,12 106:21 108:7 113:4

shoots 38:1,2

short 26:13

shorter 83:17

shortly 22:18, 22 25:7 26:4 116:14,15 117:15

shot 44:18 59:15 77:23 84:19 85:9,16 111:17 112:5, 23,24 118:16 121:9 122:8

shotgun 37:22 38:2 39:14 45:1,14,20 46:25 47:6,16 48:1

shoulder 126:9 129:3

shoulders 125:17

show 47:18 59:19 61:18 71:11 86:20 88:19 94:16

showed 93:2

showing 31:14 54:25 60:19 71:22 85:21 94:19 96:7 101:2 105:24 106:9 108:18 116:23 119:10

shown 59:2

shows 46:15

shut 54:17 70:18

side 10:21 51:19 61:20 63:1 72:18 76:17 82:12 89:6 111:8,25

sideways 106:12

sights 45:11

sign 84:14 90:5,14 91:13 100:1

signed 77:2

signify 62:1

silver 91:14 103:9

similar 36:9 56:19 80:17 93:20 100:5 125:1 126:3,16

simply 78:17

Single 48:13

single-shot 48:12

sir 9:6 124:13 126:20

sit 10:1,10,15, 20 65:21

sits 40:7

situation 44:15,19 77:13 105:8 122:14

skip 62:6 70:15

sleeve 128:2

slide 53:6 63:6, 8 70:22 71:23 94:20 96:8,10 100:25 116:8

slides 15:17,20 109:15

small 27:2 81:19 83:3 85:22 123:25

smaller 76:9 86:4

Smick 113:9, 14 115:5

Smick's 113:17,22

snip 81:19

snipers 35:25 36:19

snippet 64:4

soft 39:2

somebody's 44:12

SOPS 13:13, 14,20 14:1,5 104:1

sort 49:13

sorts 50:10

sound 69:24

sounded 55:21

sounds 40:11 66:7 71:17 73:21

south 7:6 72:19 73:5 74:25 75:4

Spano 66:14

speak 17:23 20:4 21:25

SPEAKER 85:11

speaking 17:15,16 19:18

special 13:21 14:5 35:19 36:13,17 51:12

specialized 83:22

specific 12:11 22:21 23:4 37:1,6,9 39:10, 16 43:19,20,21 46:22 47:16 48:20 67:12 74:21 78:24 79:12,13,25 82:1,15 86:13, 20,22 87:22 108:16 119:2 121:20 123:23 126:17

specifically 13:16 22:20

26:17 30:22 56:22 60:7 62:3 65:3 66:4 73:21 89:12 102:12 118:21 120:19, 23 123:8 124:15,19

specifics 17:16 20:5 34:14 54:5 66:19 67:10 86:12 88:16 97:10 108:11

spell 9:16

spend 35:20

spine 44:6

spoke 21:6 22:5

spoken 17:8, 11,17 18:11,15 21:10

spot 10:17

spousal 17:21, 25 19:16 20:2, 23

spouse 17:24

Springfield 7:23

squad 66:6,12, 13,15,17,19,21 125:10

square 39:10, 16

stability 36:11

staff 11:25 27:3 29:24 30:5

staffing 13:24

staging 105:18

stamp 99:15

standard 13:13 35:10 37:15 39:24 40:8,21 48:21, 23 52:25

standing 60:11 83:6 100:2



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

145

**start** 65:15 101:12 107:10, 17 113:23

**starting** 7:19 55:8 67:3 88:23 106:10

**starts** 54:4 55:2 60:21 63:24 64:13 113:18

**state** 7:17 8:16 9:16 15:9 29:11,23 30:15, 22 31:24 32:13, 18 36:25 43:12 53:8 57:4,22 65:25 73:10 78:1,3 79:12, 16,24 81:2 82:7 86:11 89:12,13, 16 98:12 100:7 108:16 114:18, 19 118:18 122:20 123:18 125:25 127:12, 16

**stated** 41:10, 21

**statement** 97:3 116:11

**states** 7:15 69:2 96:22 97:6 105:24,25 117:16,24 121:13 122:13

**stating** 97:2, 13,18,20,21 116:7

**stationed** 74:13

**status** 31:8

**stay** 65:20

**sticks** 26:3

**sting** 102:5,6, 17,19,22 103:17,19 104:3,6 105:6, 15,21

**stopped** 61:10 93:24

**STOPS** 55:13 61:8 65:22 85:2,13 89:8 92:16 101:17 110:14

**strapped** 58:7

**straps** 56:11 57:16 93:25 99:16 106:24

**street** 81:14 90:14 109:3

**streets** 71:17

**strike** 16:6 33:1 69:17 72:18 121:9 122:8

**stripes** 129:6

**subdued** 125:2,15

**subjected** 118:7

**Submission** 117:3

**submitted** 98:1,3 117:4,8, 10 119:20

**substance** 47:21,22,23 51:14

**sued** 17:18 18:11 22:5 123:7

**summer** 16:18

**Sunday** 53:20 55:2

**super** 20:7

**supervisor** 28:25 129:5

**supervisors** 122:17

**supervisory** 33:22

**supplemental**

121:5

**support** 71:8 73:9,16

**surgery** 33:15, 18

**suspension** 27:8

**SWAT** 35:25 36:18 51:2 61:7 73:17 87:23 92:22 93:1 125:1,14 126:1

**swear** 9:9

**Sweeney** 96:21 106:1,9 114:21

**systems** 84:1

————————

**T**

**tabulated** 116:22

**tactically** 59:13

**tag** 99:13

**takes** 110:9

**taking** 27:5 59:15 107:9

**talk** 18:2 41:1 125:8

**talked** 45:21

**talking** 21:25 39:1 65:7,9 74:7 124:19

**tape** 59:11,13, 21,23 90:1 91:14 128:6

**target** 36:23 37:7 39:9,15 43:19,20 44:3, 7,12,21 45:11, 12 46:3,22 48:2,3 82:14 83:12,24 84:2 92:4,13 108:7,9

**targeted** 77:22

118:11

**targeting** 47:10 82:4

**targets** 46:9

**tattoos** 61:15, 21,24

**taught** 45:5 47:8,9

**team** 33:12 55:23 56:5 73:17 121:3 126:18

**tear** 37:7 103:1

**technician** 7:4

**telling** 20:5,15 23:6,20 41:6 87:21 88:3 122:24

**ten-hour** 27:8 53:1

**termed** 72:4

**terminology** 76:7

**terms** 17:16 31:7,8 62:18

**test** 46:9 47:7

**testified** 115:17

**testify** 97:21

**testifying** 88:17

**testimony** 9:10,25 57:24 58:2 88:9

**testing** 46:11

**text** 18:22 117:16

**thigh** 49:24

**thin** 61:19 62:2

**thing** 37:15 50:21 52:23 103:7 126:6 128:3

**things** 15:13 31:10 35:18,22 37:8 41:14,25 45:16 90:10

**thought** 75:8

**threat** 104:9

**threw** 68:3 102:13 103:12

**throat** 44:5

**throw** 99:10

**throwing** 79:15,19 81:1 101:14,20 118:17

**thrown** 118:9

**throws** 101:1

**thud** 80:20 86:17,18 87:2,7

**tidbits** 123:25

**tight** 65:21

**time** 7:8 11:11 25:6,8 26:5,25 27:13 28:1 33:8 35:15,17,21,22 44:17 52:3,17, 20,21 56:14,24 57:8 60:21 66:11 67:18 69:12 74:18,21 76:3,13 84:19 85:23 86:13,16 87:8,17,20 97:20,22 99:5, 14 100:19 101:6 106:22 107:7,15,19,20 108:4 112:11, 20 113:4,8 115:20 119:4 123:23 124:6 128:10

**times** 52:1,12 53:7 54:19,21 97:11,19 118:23

**timestamp** 62:10 100:9 109:22 110:2



**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

**502.589.2273 Phone**
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

tip 38:25 51:11

tipped 51:7

today 7:5,7
57:24 61:17
87:21 108:3
124:12

told 26:7 28:6
41:23 44:7
57:23 83:19

Tom's 74:10
75:16

topic 13:23

torso 128:1

traditional
128:16

Traditionally
28:23

trained 36:8,22
37:21 39:8,13,
19,21 40:4,12,
23 41:5,11,18
43:25 103:19
104:6

training 33:13
34:7 36:13,17,
19,23 37:1,6,9,
11,20 39:6 41:5
45:18,22 46:1
47:3,16,19,21,
22,24 82:3
83:22 103:23

trainings
13:25

transitioned
34:11 44:15

transitioning
34:17

treated 45:7

trial 19:24
20:20 21:4

trigger 45:10
108:9

true 103:11
115:4 116:5

truth 9:11

turn 10:12 53:4
55:12,23 56:2
62:16 65:24
70:3,11

turned 52:13,
21 53:9 54:19
56:2,6 62:21
64:22 70:6
85:5,16 95:25
96:1,4,5 101:25
109:9,14,17,19
110:6,9 111:2,
16 112:24

turning 63:10

turns 85:8
86:8,14 87:7,8

types 125:9
126:1

---

**U**

Uh-huh 60:15

ultimately 16:9

understand
40:20 41:8
69:11 122:12

understanding
31:16 32:3 43:6
119:4 122:7

unfortunate
52:23 53:5

UNIDENTIFIE
D 85:11

uniform 48:20,
21,25 50:22
89:13 93:7,8,
14,18 115:18,
23 116:2,3
125:1,5,16,22
128:16

uniforms
92:19 124:15,
25 125:18
126:1,3,13,19,
20 128:14

unique 124:25

unit 16:7,11
50:25 51:1,4

67:16 72:4
100:11

United 7:14

units 37:18
67:11 71:6,8
73:7

unknown 74:5
117:19,24
118:4,11

UOF 94:25

upcoming
13:25 33:15

uploaded
95:15

upper 50:20
109:22 128:1

---

**V**

vacation
27:12,14
107:18

vaguely 66:8

vehicle 56:15
89:2

Velcro 50:4,8,
21 51:3

Velcroed
50:23

verbal 18:24
62:15 68:11
90:12 113:12

verified 77:2

versus 7:13

vest 49:5,8,9
50:1,18,23
51:2,19 57:12
63:2

vests 50:24

video 7:4,22
8:1,13 13:8
16:1 51:25
52:4,12,16,19
53:12,25 54:3,
16,23 55:10,13
58:11,17,20,22

59:3 60:1,17,24
61:5,8 62:5
63:19 64:7,9
65:12,17,22
66:24,25 67:3
69:18,20,21
70:1,6,9,15,16,
21 80:5,7,10,23
81:24 84:4,11,
20,25 85:2,10,
13 86:17 88:25
89:5,8,19 91:5
92:14,16 93:4,
22 94:10,11
95:10,12,18,23,
25 96:1 98:20,
23 99:7,20
100:3,20
101:14,15,17,
20 103:6
106:14,19,21
108:3,18 109:7,
21,23 110:12,
14 112:5,6,17
113:3,22,24
114:3,8 115:18,
22 116:6
123:17 127:11

videoconferen
ce 7:9

videoing 86:23

videos 11:18
13:1,2 51:22
53:16,17 55:3
60:20,22 63:23,
25 64:17 96:10,
19 118:8
125:23

view 92:19
128:9

viewed 51:22

viewing 67:14

violence
118:12

violent 117:19
118:5,13,17

vision 37:8

voice 55:21
66:7

volunteering
35:22

---

**W**

Wacker 7:6

wait 66:24
94:16 98:21

walked 114:11

Wang 7:21
8:25 9:15 12:3,
6,8 18:1,8,9
19:15,19,23
54:7,14 55:14
60:25 61:9
65:13,23 68:9,
12 69:7,14,16,
22 70:10,17
80:11 84:12
85:3,14 89:1,9,
20 91:6 92:17
93:5,23 99:8
101:18 106:15,
20 107:2,6,12,
20,22 108:5
109:8 110:15
113:25 114:9
124:5 127:1

wanted 35:17,
20 51:1 105:13
116:21 124:12

wanting 120:5

warrant 79:20
81:4,23

warranted
77:18 78:6
80:23

Washington
71:15,18 72:12,
22 73:5,9,14
74:9,14 75:4,9
87:25

watch 36:4
85:12 98:20
101:6 110:13
113:22

watched 64:9
67:4 115:5

watching

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CORY BUDAJ, taken on December 29, 2021

147

70:14 80:22
112:18

**weapon** 44:23
45:5 46:17 47:8
48:2,5 70:19
84:1 91:17
92:10 102:4
111:11,22
113:5 114:13

**weapons** 36:7
37:21 45:7
46:2,25

**wear** 93:1

**wearing** 48:19
49:20 56:9,11
61:13,17 78:11
93:6,19,25
99:16 106:24
115:18,22,23
116:2 125:23
126:5,8,12
127:25

**weeks** 33:16

**weight** 38:10

**west** 72:15,18
75:1,25 82:13
109:1

**whatsoever**
78:6

**white** 50:7
78:11

**wife** 18:13
19:10,25 20:5,
17,25 21:8

**Wilson** 94:12
96:19 97:4
114:21

**Wilson's** 69:3
96:24 98:22

**wind** 36:20

**wishes** 69:9

**wondering**
120:5

**Woodyard**
114:22

**wording**
121:12

**words** 23:25

**wore** 56:13

**work** 23:8 31:4
33:17 35:15,19,
25

**working** 51:20
94:25 126:2

**works** 37:16
70:7

**worn** 124:15
126:19

**wraps** 49:24

**wrist** 61:15,21

**write** 116:12
118:19 119:6
121:5,10,24
123:10

**writing** 18:23

**written** 10:25
11:16 34:1,6
76:22,24

**wrote** 116:17
123:13,17

——————

**Y**

——————

**yards** 40:3,5,9,
15,24 41:7 43:9
83:19

**year** 35:5

**years** 26:23
33:10,11,13
34:10,12,15,16,
18,24 35:2,7,9,
12,16,20 45:17
104:24

**yellow** 127:18
129:2

**yesterday**
11:4 12:2

——————

**Z**

——————

**zips** 49:9

**zoomed** 82:21



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com