## IN THE UNITED STATES DISTRICT COURT
## OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br><br>　　Plaintiffs,<br><br>v.<br><br>CITY AND COUNTY OF DENVER, *et al*.,<br><br>　　Defendants. | Civ. No. 1:20-cv-01878-RBJ (consol.) |

**EXHIBIT 23, CONVENTIONALLY FILED, TO
PLAINTIFFS' OPPOSITION TO AURORA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 23 is a HALO video from Colfax & Pennsylvania, 5/31/2020 (DEN3874).