

Exhibit 24