# City of Aurora, Colorado

## Presentation



 Force Investigation Unit, Professional Accountability Division

Fitouri 019063
Exhibit 25

# Denver Protests
# Sun, May 31 – Mon, June 1, 2020

## 2020-Tier2-0108
## APD Case# 20-18765

## PHASE 1

2

Fitouri 019064

# Phase 1 defined & FIU Reviews

The Force Investigations Unit reviewed several hours of body worn camera videos related to the activities described by Captain Redfearn as the ERT being responsible for the 16th Street mall area, which FIU labeled "Phase 1."  It should be noted that on the May 31, 2020, ERT was requested by DPD to be "more mobile."  Unlike the previous day with multiple videos of officers marching on foot to various locations, the 31st showed officers utilizing vehicles including patrol vehicles, ambulances, trucks, and the BEAR, caravanning from one location to another.

The FIU found that the videos of the 16th Street Mall protest march by the ERT were mainly uneventful with only one use of force incident documented/observed.

It should be noted that despite several protestors/marches stopping, confronting individual officers by name with verbal assaults including profanity, racial slurs, and challenges to physical confrontation, the officers all appeared to behave in a professional and appropriate fashion.

As previously stated, there was only one use of force and related arrest during Phase 1.  This UOF involved Sergeant Shaker, Officer Woodyard, and Officer Boros, and will be detailed later in this presentation.



3

Fitouri 019065

## Denver Protests – 05/31/2020

*Excerpt from Captain Redfearn's Report;*

"On 053120 I was on duty as a Commissioned Aurora Police Captain assigned to District 1 Administration. I was also acting as the Commanding Officer of the Emergency Response Team (ERT).

ERT is the team responsible for crowd management for the Aurora Police Department.

On this date, I responded along with the majority of the ERT to Denver on a mutual aid request to assist the Denver Police Department with protests and civil unrest. We were informed that the two prior nights the City of Denver had experienced violent protests but also that more peaceful protests were taking place as well."



4

## Denver Protests – 05/31/2020

*Excerpt from Captain Redfearn's Report Continued;*

"At 1400 hours we were briefed by Denver PD Command and advised that again we would be responsible for the area around the 16th Street Mall and that they wanted us to be more mobile and able to respond to incidents.

On this date I was partnered with Sgt. Brukbacher and Division Chief Terry Brown. We acted as the Aurora Command and were in an unmarked Suburban.

Initially we were involved in patrolling the 16th Street mall area. We assisted in blocking streets during a peaceful protests so protesters could not access I-25 to block it."



5

# Denver Protests Map Overview
## Staging: 855 Curtis



Fitouri 019068

# 16th St Mall



Fitouri 019069

# 16th St Mall



Fitouri 019070

## Phase 1 – Sgt Shaker's UOF & arrest - 17th / Champa



Fitouri 019071



Fitouri 019072

# Phase 1 - 17ᵗʰ / Champa @ 15:50 – DPD motor assault





11

Fitouri 019073

# Phase 1 - 17ᵗʰ / Champa @ 15:50 arrest





Fitouri 019074

# Sergeant Shaker - Overview

Sergeant Patrick Shaker:  ID# 0253390

Hired 2003 –  Basic Recruit

Work History:

Patrol, PAR, Training Section Detail, Sergeant, PAR Sergeant, Internal Affairs Section, Patrol Sergeant, Neighborhood Policing Unit, Lieutenant

Role on 05.31.02:

Supervisor of Squads 6 and 9, gas grenades



13

Fitouri 019075

## Officer Woodyard - Overview

Officer Nathan Woodyard:  ID# 0314452

Hired:  2016 – Basic Recruit

Work History:

Patrol, Detailed to Academy, Electronic Support Section

Role on 05.31.02

Assigned to Sgt. Shaker, Driver, less lethal shotgun grenadier



14

Fitouri 019076

## Officer Boros - Overview

Officer Gergely Boros:  ID# 0314457

Hired:  2014 – Lateral Officer

Work History:

Patrol, Detailed to PAR, PAR, D1 Persons Unit, D2 Detective Unit

Role on 05.31.02

Assigned to Sgt. Shaker, Line officer, long baton



15

Fitouri 019077

## Officer Boros - Overview

Officer Gergely Boros:

ID# 0311457

Squad 6/9 - ERT supervisor Sgt. Shaker

Officer's role:

Line officer, long baton



Fitouri 019078

## Officer Boros – Narrative - 2020-18765

Officer Boros's report:

"On Sunday, 05/31/2020, at approximately 1530 hours, during the Denver Protests, I Officer Boros assisted Sgt Shaker with the arrest of a male, later identified as Joshua Sanders (DOB.: 02/22/1999).

Sanders was arrested for assault on a Police Officer, as Sgt Shaker observed Sanders attempting to pull a Denver Motor Officer off his motorcycle.

Sanders attempted to flee from Officers on foot, and he was taken into custody by Sgt Shaker after being taken to the ground at the conclusion of afoot pursuit.

Sanders was transported by the Denver Sheriff's Department to a Denver Detention Center to be booked and processed.

See Sgt Shaker's report for all additional info."



17

Fitouri 019079

## Officer Woodyard - Narrative - 2020-18765

Officer Woodyard's report:

"On May 31st 2020 I, Officer N Woodyard 314452 was deployed with ERT to assist with the Denver protests.

I was assigned to Sgt Shaker's squad.

While driving in an unmarked Caprice equipped with red and blue lights earlier in the afternoon Sgt Shaker observed a male try to rip a Denver motor officer off of his motorcycle at 17th and Champa. I saw the male running towards the protest at 16th and Champa. I accelerated and pulled in front of the male who turned back and was arrested by officers on Champa. I did not directly observe this event, just assisted with apprehending the male suspect. I did not use force on the male."

(Report continues – unrelated to this UOF)



18

Fitouri 019080

# Sergeant Shaker's- Narrative - 2020-18765

Sergeant Shaker's report:

"On May 31, 2020 at approximately 1530 hours I, Sergeant Patrick Shaker, a commissioned Police Officer with the City of Aurora, was working in a crowd management capacity assisting the Denver Police Department. I was working as part of mutual aid for violent riots occurring in the downtown Denver area. I was wearing an Aurora ERT uniform and assigned to an unmarked vehicle on this date.

This supplemental report is for the purposes of an arrest affected on a male who attempted to pull an officer off his police motor cycle.

I was riding in the passenger seat of an unmarked Chevy Caprice patrol vehicle with emergency equipment. I was in a caravan with two marked police Expeditions and an unmarked white van. These vehicles had roughly 20 officers in them, in riot gear. We were in a caravan to a patrol location. The vehicle I was in was the second in line in the caravan, with a marked Expedition in the lead. The caravan was driving eastbound on 17th Ave. approaching Champa St. I could see a Denver Police Motorcycle Officer on his motorcycle blocking Champa St. on the south side. There was a male in a red shirt, khaki shorts, and a baseball cap turned backwards yelling at the motor officer. I was unable to hear what the male was saying."



19

Fitouri 019081

# Sergeant Shaker's- Narrative - 2020-18765

Sergeant Shaker's report continued:

"The motor officer was Officer Woods, Denver badge 06-005. The suspect was later identified as Josh Sanders 02/22/99. I observed Officer Woods begin to mount his motorcycle to follow a protest march he was blocking traffic for. Once Officer Woods was on his motorcycle and started to move forward, I observed Sanders grab at the back of Officer Woods person and his motorcycle. From my perspective I believed Sanders was pulling Officer Woods off his motorcycle. Due to the size of the motorcycle there is a very real danger of serious bodily injury or death to an Officer if the motor cycle falls while in motion. Officer Woods would also have been put in a position where he may have been unable defend himself from an assault by Sanders once on the ground."



Fitouri 019082

## Sergeant Shaker's - Narrative - 2020-18765

Sergeant Shaker's report continued:

"As Sanders grabbed Officer Woods I observed Officer Woods' motorcycle dip sharply to the left side, leaning as if it was going to fall over. Officer Woods was able to recover and continue forward, east on 17th. Sanders turned to walk away. The driver of my vehicle, Aurora Police Officer Woodyard, immediately accelerated our vehicle to intercept Sanders. Sanders ran south bound on Champa at a sprint to avoid us. Sanders had looked directly at our vehicle as we accelerated and based on the amount of marked police units, we were easily recognizable as Police Officers."



Fitouri 019083

## Sergeant Shaker's- Narrative - 2020-18765

Sergeant Shaker's report continued:

"Sanders ran south on the east side of Champa and as my patrol vehicle attempted to cut him off in front Sanders changed direction, running back to the west side of the street. I opened the passenger door and ran after Sanders. I gave Sanders orders to stop and also advised him he would be Tased if he did not comply. Sanders continued to run. I gained distance on Sanders. When in range, I deployed my Taser. Both of the Taser probes missed Sanders. When I observed the Taser to be ineffective, I shoulder-checked Sanders knocking him to the ground."



22

## Sergeant Shaker's- Narrative - 2020-18765

Sergeant Shaker's report continued:

"I took control of Sanders left arm and pulled him on to his stomach. As I did so other Aurora Officers formed a skirmish line to defend the arresting Officers from a large crowd coming towards us. I was able to apply flex cuffs to Sanders and detain him.

I was later informed one of the Taser barbs had struck Sanders' shorts but did not penetrate his clothing. In the confusion of the arrest and subsequent crowd management the cartridge was not recovered. After Sanders was arrested, he was turned over to the Denver Sheriff's Office for processing."

After the arrest I observed my body-worn camera was not functioning. It did not charge correctly and was unable to be turned on for the duration of my shift on 05/31/2020."



23

## Phase 1 – Sgt. Shaker UOF – 17th & Champa

Investigator follow up via email.

Lieutenant Shaker;

"If memory serves me correctly there was a brief conversation with Officer Woods and DPD command immediately after the arrest where he confirmed the identity of the man I arrested. My understanding is he also confirmed good attempt 2nd Degree Assault charges. I don't ever remember getting a case number for the arrest from DPD. After the initial arrest and subsequent ID I never received a subpoena related to the case from Denver or had any other communication regarding it that I recall."



24

Fitouri 019086

## Phase 1 – Sgt. Shaker UOF – 17th & Champa

Investigator follow up – related criminal history.

Josh Sanders, DOB 02.22.99 was arrested in Denver on 05.31.20.

Arrest #20-389881

Docket #20-336983

Nothing further.



25

Fitouri 019087

# Sergeant Shaker – 17th & Champa UOF incident

Investigator's Notes:

Review of Officer Boros's BWC starts after incident occurred with Vievu video 2020-05-31_15-30-44.AVI.  Officer Boros is standing over a male, red t-shirt, sitting on the sidewalk with hands flex cuffed behind his back.  Sgt. Shaker can be seen in the video and is talking about the arrest of this male due to assault on DPD motor officer.

- 02:03 – Discussion about if the (Taser) barbs made contact
- 04:37 – Boros checks, if barbs made contact.  Unwinds wires.
- 06:05 – Subject's version, claims DPD motor assaulted him



26

Fitouri 019088

# Officer Boros 's BWC for Sgt Shakers UOF

Start - Suspect – Shaker

Taser barb & what happened

Suspect complements zip tie job - Boros checks to see if barbs connected

Subject gives his version of events

Search & Check Stitches



27

Fitouri 019089

# City of Aurora, Colorado

## Presentation



 Force Investigation Unit, Professional Accountability Division

Fitouri 019090

# Denver Protests
# Sun, May 31 – Mon, June 1, 2020

## 2020-Tier2-0108
## APD Case# 20-18765

## PHASE 2

2

Fitouri 019091

## Phase 2 defined & FIU Reviews

The Force Investigations Unit reviewed several hours of body worn camera videos related to the activities described by ERT Command as the ERT being requested to assist the Denver Police Department with keeping their District 6 station secure, which FIU labeled as "Phase 2."

The FIU found that the videos of this first defense of the DPD District 6 were mainly uneventful with only one Tier 1 - use of force incident documented/observed.

Once again, despite several protestors/marches confronting individual officers on the skirmish lines by name with verbal assaults including profanity, racial slurs, and challenges to physical confrontation, the officers again all appeared to behave in a professional and appropriate fashion.

As previously stated, there was only one Tier 1 - use of force and related arrest that turned out to be a rescue of a possible counter protestor during Phase 2.  This UOF involved Officer Rosenblatt, Officer Cardenas, and Lieutenant Carlson.

Phase 2 lasted for approximately 30 minutes, from 1800 hours until 1830 hours.



3

Fitouri 019092

## Phase 2 – 1st Defense of DPD District 6 Station

Per Captain Redfearn's report;

"At about 1810 hours Denver Command asked Aurora Units to respond to Denver Police District 6 Station to assist with violent subjects who were trying to access the station for nefarious purposes.

When we arrived there were numerous officers from several agencies present. We stood by and assisted in holding a skirmish line on Washington Street and Colfax Ave to ensure access was not made to Denver District 6. We remained on scene for around 30 minutes before things calmed down then went back on patrol in our assigned area."



4

Fitouri 019093

## Denver Protests

Significant incidents:

- Line just north of Colfax Ave & Washington intersection
- Line at midblock of Washington, near entrance of D6
- Line at 16th & Washington intersection
- Arrest/Rescue – Officer Andres Cardenas
- Tier 1 - UOF related to arrest/rescue – Officer Rosenblatt



5

Fitouri 019094

# Denver Police District 6 – Phase 2



Fitouri 019095

## Officer Rosenblatt - Overview

Officer: Jason Rosenblatt – ID# 0315112

Rank/Job Title: Patrol Officer

Hired: 2017 – Basic Recruit Officer

Work history: Patrol, Terminated 07.03.2020

Officer's role: Single shot 40 mm grenadier.

Narrative by Officer Rosenblatt under case 2020-18765 does not cover this event.



7

Fitouri 019096

## Officer Cardenas - Overview

Officer: Andres Cardenas – ID# 0314421

Rank/Job Title: Patrol Officer

Hired: 2016 – Basic Recruit Officer

Work history: Patrol, Detail Persons District 1, SRO, PAR

Officer's role: Line office, long baton.  Assigned to Squad 7

No narrative by Officer Cardenas under case 2020-18765.



8

Fitouri 019097

# Lieutenant Carlson - Overview

Officer: Cassidee Carlson – ID# 0262150

Rank/Job Title: Police Lieutenant

Hired Date: 2003 - Basic Recruit Officer

Work History:

Patrol, Detail Property & Evidence Unit, Detail Metro Gang Task Force, Direct Action response Team, Agent, D2 Detectives, Sergeant, Patrol Sergeant, Media Relations Unit Sergeant, DART Sergeant, SRT Sergeant, Crimes Against Children & Internet CAC Sergeant, Lieutenant, Patrol Lieutenant, Internal Affairs Lieutenant, D2 District Executive Officer, D1 Commander

Officer's role: On-call Lieutenant for the Emergency Response Team, control/supervise multiple squads



9

Fitouri 019098

# Officer Rosenblatt – UOF elbow lock during arrest/rescue

Officer Rosenblatt BWC clip from 2020-05-31_18-11-52.AVI

Officer Cardenas BWC clip from 2020-05-31_18-12-17.AVI

Lieutenant Carlson BWC clip from 2020-05-31_18-0924.AVI



10

Fitouri 019099



# City of Aurora, Colorado
## Presentation

 Force Investigation Unit, Professional Accountability Division

Fitouri 019100

# Denver Protests
# Sun, May 31 – Mon, June 1, 2020

## 2020-Tier2-0108
## APD Case# 20-18765

## PHASE 3

2

Fitouri 019101

# Phase 3 defined & FIU Reviews

The Force Investigations Unit reviewed several hours of body worn camera videos related to the activities described by Captain Redfearn as members of the ERT being requested BACK to assist the Denver Police Department with keeping their District 6 station secure.  Several officers (including APD) at the station were being struck with various objects being thrown by the crowd that was now turning violent.  The FIU labeled this occurrence "Phase 3."

The FIU found that the videos as well as officer reports documented multiple violent assaults to include being hit with rocks, unknown liquids, mortar style fireworks, paint balls, glass bottles, golf balls, and various other objects.

There were multiple use of force incidents by multiple officers primarily consisting of the grenadiers using less lethal shotguns as well as single shot and multi-shot 40 mm launchers.  There were also multiple use of force incidents where sting ball, CS and CN gas grenades were used.

All of the use of force incidents that were documented, either in written or video form, many times both, will be detailed later in this presentation.  As a reminder, this was day 2 of the outside assist to Denver, and there were various issues with the BWCs and videos.

Phase 3 lasted for approximately 1 ½ hours from approximately 2000 hrs until 2130 hrs.



3

Fitouri 019102

## Denver Protests – 2nd Defense of DPD District 6 Station

Per Captain Redfearn's report;

"At around 2040 hours, We were asked to respond emergent back to Denver District 6 to assist officers who were being struck with rocks, bottles, and other objects. It was aired via police radio that suspects were again trying to overtake the police station."



4

Fitouri 019103

## Denver Protests

Significant incidents:

- Officer Lemus deploys 2 Less Lethal Shotgun rounds
- Line at Washington/Colfax Ave – substantial amount of UOF
- Group in XBar parking lot – Several UOF
- Line at Washington & 16th – No UOF reported/observed
- Officer Bender makes arrest 16th Ave & Court – No Force
- Several APD officers struck in head (helmet)
- Rioters utilizing lacrosse sticks = higher accuracy & damage



5

Fitouri 019104

## Phase 3/4 – Force Users who didn't have BWC or BWC failure

- Glenn, Timothy –  Not assigned BWC, narrative
- Sgt. Leonard –  BWC battery failure. Other BWC shows gas cannister.
- Lang, Fred –  BWC failure, narrative
- Woodyard, Nathan –  BWC failure, narrative
- Price, Adam –  BWC in and out, narrative
- Knight, Knight –  Not assigned BWC, narrative
- Snow, Ethan –  Not assigned BWC, narrative No UOF until phase 4.
- Shaker, Patrick –  BWC failure, narrative
- Lemus –  Narrative.  Able to locate clips via other officer BWC
- Roedema –  Narrative. Clips from other BWC.



6

# Denver Police District 6



7

# Denver Police District 6 - Phase 3



Fitouri 019107

# Denver Police District 6 – Lemus LL SG



9

## Officer Lemus - Overview

Officer: Rosa Lemus – ID# 0315092

Rank/Job Title: Patrol Officer

Hired: 2017 – Basic Recruit Officer

Work history – Patrol, Detail Intelligence Unit

Officer's role:   Less lethal shot gun grenadier.  Assigned to Sgt Shaker, Squad 6 or Squad 9



10

Fitouri 019109

## Officer Lemus - GO# 2020-18765 - Narrative

Officer Lemus's report:

"On May 31st 2020, I, Ofc Lemus 315092 was deployed with ERT(Emergency Response Team) with the 12 gauge less lethal shotgun to assist the Denver Police Department with protests within their city.

At some point during the protests, outside of an unknown apartment building, fired 2 less lethal rounds at a person that charged at our line. This person ran away therefore I was unable to render medical aid or identify this person. My department issued body camera activated during the protest.

NFAT"



11

# Officer Lemus - UOF less lethal shotgun

*Investigator's notes* - Follow up with Officer Lemus;

Lemus remembers being assigned to Shaker's squad.  Mainly around Dieck & Woodyard during the 31st.  Stated she was sure Dieck's BWC would have captured most of the less lethal shotgun UOF.

Lemus had only three videos in VieVu for 05.31.20.  Last video ends at approximately 1833 hrs.  Undetermined why no more clips.

Less lethal shotgun use of force occurs at approximately 20:48 or 20:49 (depending which BWC – Dieck or Boros)



12

Fitouri 019111

## Officer Lemus UOF LL SG Location

Incident description;

Officers were facing west bound and instructed not to let anyone through the parking lots.  Rioters/protestors/others were working their way up and down the north/south alley in between Washington Street and Pearl Street.

Blond brick building on the south side of the parking lot is the Morris Apartments, 1563 North Washington Street. Red brick apartment building on the north side of the parking lot is 630 East 16th Avenue.  In the background between these two buildings is Temple Emanuel/Denver Community Church, 1595 Pearl Street.

Denver District 6 was behind these officers to the east.



13

Fitouri 019112



Fitouri 019113

# Officer Lemus UOF LL SG Location



15

## Officer Boros's BWC – Officer Lemus UOF LL SG

Officer Boros's VieVu file 2020-05-31_20-40-30.AVI.

Investigator's notes;

- Male approaches from the alley moving west to east in the parking lot
- Male is given orders to move back / turn around
- Male says "Fuck you," and continues moving toward line
- 2 Rounds Less Lethal shotgun
- Male leaves area, no identification and/or arrest



16

Fitouri 019115

## Officer Dieck' s BWC – Officer Lemus UOF LL SG

Officer Dieck' s VieVu file 2020-05-31_20-40-22.AVI.

Investigator's notes;

- Camera view obstructed by Dieck's arms and/or equipment – rifle
- Officer Dieck is with this group to provide lethal cover
- Officer Dieck can be heard talking to Officer Lemus
- Orders given to subject to turn around can be heard
- LL SG use can be heard



17

# Sgt Shaker advising officers in area not to let people access area from alley

Investigator's notes;

ERT members were instructed if they did not use force the did not need to author a report. Also issues with BWC charging, categorizing, etc.  Unable to find any other videos of value related to this incident even though other officers can be seen in the area.  At this same time, multiple UOFs happening at Washington and Colfax.

2047 hours: From Picket's BWC

Sergeant Shaker advising officers to secure alley access

2055 hours:   From Picket's BWC

Sergeant Shaker advising rioters are attempting to sneak through openings



18

Fitouri 019117

## Officers' s BWC – Officer Lemus UOF LL SG

Officer Dieck' s BWC 2020-05-31_20-40-22.AVI  2047 hours

Officer Boros' s BWC 2020-05-31_20-40-30.AVI  2047 hours

Investigator's notes;

Officer Lemus was sent an email with the above two linked videos.  Officer Lemus confirmed that the two linked videos were related to her less lethal shotgun use of force.



19

Fitouri 019118

# Denver Police District 6 - Phase 3



Fitouri 019119



## Denver Police District 6; Phase 3 @21:18

Brukbacher
Chamberlain
Price
Garcia, R
Martinez
Roedema
Lesnansky
LaCrue
Stoeppel
Kennicutt
McNamee
Villani
Queisner
Jeffco Deputies

T. Brown
Redfearn
McClelland
Leonard

Luallin
Eisaman
Peet
Winters
Campbell
Runyon
Sawyer
O'Dell
Smith
Jeffco Deputies

21



Fitouri 019121

# Sgt Brukbacher –Mutual Aid to Denver 05-31-20

Sergeant Matthew Brukbacher:  ID# 242030

Hired 2003 –  Basic Recruit

Work History:

Patrol, PAR, MET, Sergeant, PAR Sergeant, Patrol Sergeant, ERT Coordinator, Lieutenant

Role on 05.31.02:

ERT Coordinator

Assigned 40mm Launcher



23

Fitouri 019122

## Sgt Brukbacher – Mutual Aid to Denver 05-31-20

Excerpt from Sgt Brukbacher's report:

On 05-31-20 at about 0900 hrs, I gathered resources from the Aurora Police Department Emergency Response Team. My current assignment is as the coordinator/facilitator for the team. The team deployed at the request of DPD to assist with crowd control for protests/riots that were on-going within their jurisdiction.



24

Fitouri 019123

## Sgt Brukbacher – Overview 05-31-20

Excerpt from Sgt Brukbacher's report:

Upon arrival and deployment, we were placed on the 16th street mall. Just after dark, the crowd became violent towards police and we were routed to protect the Denver Police Department District 6 Station from violence and property damage.



25

Fitouri 019124

## Sgt Brukbacher – Phase 3; DPD Dist 6

**2020-05-31_20-37-53.AVI Run time 1:21:10**

Sgt Brukbacher is coordinating and relating information to crowd activities, including a dumpster fire nearby (1200 block, Washington and Clarkson alley), with ERT members, Squad leaders and Denver Police Officers on scene. Sgt Brukbacher confers with Captain Redfearn, then moves ERT Squad 5 to Colfax and Washington. Crowd noises, Officers talking about rocks being thrown and a lacrosse stick being uses to send rocks at Officers. Debris including plywood in the streets, Officers identifying threats throughout BWC.



26

Fitouri 019125

## Sgt Brukbacher – Overview 05-31-20

Excerpt from Sgt Brukbacher's report:

I deployed on the main line on Colfax at Washington. As we held the line, we began taking rocks, bottles and fireworks/explosives directed at officers. These items were a significant life safety threat to officers. Chemical munitions were deployed at that time. Grenadiers were instructed to deploy their direct impact foam baton munitions and/or 12 GA bean bag munitions at persons who posed a direct threat to officers. These include, but are not limited to, protesters throwing rocks, picking up gas munitions and throwing them back to officers, throwing explosive devices and Molotov cocktails.



27

Fitouri 019126

## Sgt Brukbacher – Vievu 2020-05-31_20-37-53.AVI 40mm Deployment

Vievu 2020-05-31_20-37-53.AVI

37:33-38:11 (21:15:48 GMT-6)

One round 40mm long range foam fired. Sounds of Less Lethal deployments can be heard, deployment from 40mm Multi Launcher to the right(unknown Officer).

Brukbacher 40mm



28

Fitouri 019127

## Sgt Brukbacher Vievu 2020-05-31_20-37-53.AVI
## 4, 40mm Launchable Gas Rounds

39:08-40:45 (21:17:02 GMT-6)

Recovers 40mm Launchable Gas from Captain Redfearn, Capt Redfearn discussing making arrests. Sgt Brukbacher loads Launchable Gas into his single shot 40mm launcher and announces, "Launchable gas", and fires one Launchable Gas Round at 39:58 (21:17:51 GMT-6), announces again and fires one round 40:17 (21:18:10 GMT-6), one round at 40:26 (21:18:19 GMT-6), and unknown Officers saying, "on the roof," and pointing, one round fired, 40:39 (21:18:32 GMT-6). Brukbacher then loads 40mm foam.



29

Fitouri 019128

## Sgt Brukbacher - Overview 2020-05-31_20-37-53.AVI

Excerpt from Sgt Brukbacher's report:

At one point, several violent protesters were using a dumpster as cover from direct impact munitions and were out of range from our hand thrown gas munitions. These parties were using a Lacrosse stick to throw rocks at officers. The rocks were well aimed and highly dangerous to officers. I deployed 4 launchable gas munitions from my 40mm launcher under the dumpster to disperse the violent protesters. The rounds were effective and the attack ceased. We then moved onto Colfax and pushed the crowd back past Pennsylvania. We held this area for some time until we were relieved.



30

Fitouri 019129

## Sgt Brukbacher – Vievu 2020-05-31_20-37-53.AVI

BWC from Officer Lesnansky

2020-05-31_21-06-54.AVI

10:29-11:14 (21:17:24 GMT-6) Launchable Gas (Brukbacher) and Grenade Deployments by Sgt Chamberland and Sgt Leonard (also on Stoeppel's BWC 21:17:54 GMT-6), to the west on Colfax. 1 each. Also LL shotgun Queisner, Garcia, Martinez. 40mm Snow and Price – no BWC.

Lesnasky's BWC LL Deployments

39:08-40:45 (21:17:38 GMT-6)

Brukbacher, 4 40mm Lauchable Gas

BWC from Officer Lacrue

2020-05-31_21-09-10.AVI

10:09-11:01(21:19:20 GMT-6)

Crue/BWC of Brukbacher, 40mm

31

Fitouri 019130

## Sgt Brukbacher – Overview **2020-05-31_20-37-53.AVI**

41:42-42:08 (21:19:34 GMT-6)

Object lands near Unknown Officer, seen flinching. Sgt Bukbacher asks where is that coming from? Fires two 40mm foam rounds. One round at (41:50 (21:19:42 GMT-6)), and one round fired 41:58. Officer Roedema w/Multi Launcher possibly fires 40mm.

42:11-43:05 (21:20:05 GMT-6)

Unknown Officer identifying target, Sgt Brukbacher asks where, unloads 40mm Foam, loads Launchable Gas (42:14 (21:20:08 GMT-6)), launches three Launchable Gas; one Launchable Gas (42:22), one Launchable Gas (42:31), one Launchable Gas (42:37). Launches two 40mm Foam Rounds; one Foam Round (42:46 (21:20:39 GMT-6)), calls for Grenadiers to engage with Bean bag Rounds as rioters are going after the Chemical Agents, Gas. Launches second 40mm Foam Round (43:03 (21:20:58 GMT-6)). 43:20-43:30 (21:21:14 GMT-6) Launches one 40mm Foam Round as Unknown Officers engage with Less Lethal Shotguns to left of Police Line. 43:41-43:46 (21:21:35 GMT-6) Launches one 40mm Foam Round.



Fitouri 019131

# Officer Lesnansky – Other Officers UOF

**2020-05-31_21-06-54.AVI Duration 43:22**

**Phase 3, DPD District 6, 16th/Washington**

12:53 (21:19:47 GMT-6) Impact of Launchable Gas to south of intersection. 13:01 (21:19:56 GMT-6) Impact of 40mm Launchable Gas to south of intersection. 13:07 (21:20:02 GMT-6) Sgt Brukbacher launching 40mm towards south west. 13:17 (21:20:12 GMT-6) 40mm launched from center of line. (base on time and BWC context, Sgt Brukbacher launches 3 Launchable Gas Cannisters and one 40mm to south of intersection). 13:44 (21:20:39 GMT-6)Officer Roedema (verified by Roedema by in person interview) launches 40mm towards west south west of intersection, Officer Queisner fires two with  LL Shotgun, Sgt Brukbacher launches one 40mm from single shot, one round from same LL shotgun, three rounds from Officer Martinez with LL Shotgun on the right, and two 40mm rounds from unknown Grenadier.



33

Fitouri 019132

## Sgt Brukbacher – Vievu 2020-05-31_20-37-53.AVI

41:42-43:46 (21:19:35 GMT-6)

Brukbacher, Multiple 40mm

### Lesnansky 2020-05-31_21-06-54.AVI

12:52-14:05 (21:19:47 GMT-6) Impacts of Launchable Gas, LL Shotgun and 40mm deployments from different Officers. Queisner, Garcia, Martinez LL Shotguns.  Roedema 40mm multi-launcher.

Lesnansky's BWC Multiple LL Deployments



34

Fitouri 019133

## Sgt Brukbacher – Vievu **2020-05-31_20-37-53.AVI**

53:26-53:40 (21:31:19 GMT-6)

Fires one 40mm Foam Round.

Brukbacher, 1 40mm Foam

56:00-56:07 (21:33:54 GMT-6)

Fires one 40mm Foam Round.

Brukbacher 40mm Foam



35

Fitouri 019134

## Sgt. Chamberland - Overview

Sergeant Darren Chamberland #301022

15 years with Aurora Police Department

Currently a Sergeant Specialist (FTO Sgt.)

Squad Sergeant –  Deployed six CS gas grenades and one smoke grenade



36

Fitouri 019135

## Sgt. Chamberland – 2020 -18765 Supplemental

"During my time on the static line I deployed three OC canisters to my right side where we had people throwing rocks from a distance that the less lethal shooters were not able to reach. The OC was used to keep them at a further distance and prevent them from hurting the officers on the line.

After an unknown amount of time it was determined that the line was going to move forward and it was told to me that we would deploy a percussion munitions and then smoke so that we would move forward into the smoke and gas. I also deployed one white smoke canister in an effort to mask the group from the parties that were throwing items at the officers."



37

## Sgt. Chamberland – 2020 -18765 Supplemental

Sgt. Chamberland's supplemental continued;

"After we moved forward I deployed three additional round ball canisters of CS gas. I threw one toward the dumpsters that were set up like a barrier in the street to get any potential people out from the dumpster area so the line of officers would not be ambushed as we moved from the line. ==During the advance on the street I deployed two additional balls of CS down the street== like it was set up to walk into the gas and take the street back. During this time I encountered many items in the roadway like street signs and large sections of chain link fence."



38

Fitouri 019137

# Sgt. Chamberland 05-31-20 1st deployment

Investigator's notes;

2044 hours.  Identifying protesters throwing rocks from dumpsters captures Roedema 40mm deployment, Garcia, Queisner and Martinez LL shotgun.  Establish need for launchable gas on dumpster barricade.

Chamberland 1st CS gas grenade



39

Fitouri 019138

# Sgt. Chamberland 05-31-20 2nd/3rd deployment

Chamberland 2nd and 3rd CS gas deployment  2046-2047

Also captures Sgt. Dale Leonard deploy one gas grenade.



40

Fitouri 019139

# Sgt. Chamberland – UOF 05-31-20 4th deployment

Chamberland 05-31-20 4th CS gas deployment

2111 hours.  Also captures Roedema 40mm deployment and Martinez LL shotgun targeting protesters kicking gas cannisters back towards Police line.



41

Fitouri 019140

## Officer Roedema – Overview 05-31-20

Roedema, Randy 312359

7 years of service with Aurora Police Department

ERT Supervisor, Sgt Leonard


Grenadier with Multi Lunch 40mm



42

Fitouri 019141

## Officer Roedema – Overview 05-31-20

Officer Roedema's report:

"On 05/31/2020 at approximately 0900 hours I Ofc Roedema was working as an assigned Grenadier for the APD ERT-Emergency Response Team. I was dressed in full APD police uniform/ Riot protective gear. I was tasked with crowd control along with several other APD ERT members. We worked along with officers from several other agencies from the Denver area. This event took place within the city and county of Denver Colorado, at several different locations through out Denver."



43

## Officer Roedema – Overview 05-31-20

Officer Roedema's report continued:

"Between hours of 1900-2300 ERT was actively attempting to control a violent crowd (approximately 400-500 people) via APD crowd control tactics. The crowd was throwing large rocks, bricks, paint balls, molotov cocktails and other unknown items at officers holding that were in the area. I was one of several Grenadiers tasked with attempting to control the violent persons in the crowd via the use of my APD issued 40mm less lethal multi launcher, which launches 40mm foam baton rounds. During the above time I launched approximately 30-35 40mm foam baton rounds at several unknown persons. Upon aiming my 40mm I aimed for APD department approved areas (according to training received) The persons descriptions were unknown. The persons whom were struck by my 40mm foam baton were not identified nor were injuries reported as they disappeared into the large crowd."

44

## Officer Roedema – Overview 05-31-20

Officer Roedema's report continued:

"The above is merely my recollection of the events that took place during my involvement in this case. For additional details refer to my APD issued body worn camera, which was actively recording, until the ==battery stopped working and shut off my camera at an unknown time during the above events==. I was unable to recharge my camera as we were in Denver and not able to access a charging station."



45

## Officer Roedema – Phase 3: Colfax/Washington UOF recorded on Sgt Chamberland's BWC

Roedema's UOF recorded on Sgt Chamberland's BWC.

Roedema attempts to launch, cycles and possible launch of one 40mm, cycles action.

20:46:50 GMT-6 clip duration 00:40 <mark>Already watched in Chamberland's</mark>

Chamberland 2nd and 3rd CS gas deployment


Officer shouting to "put the bottle down", Objects heard striking sign near Police Line, two 40mm heard with Multi Launch cycling, Roedema launches one round on BWC. Chamberland deploys Chemical Agent, all apparently directed to south west of intersection.


21:44:55 GMT-6 Clip duration 1:12 <mark>Already watched in Chamberland's</mark>

https://aurorapd.vievusolution.com/SharedFiles/ProcessLink?token=284e f11b-4615-4f93-9b63-ac929039e5e5



46

## Officer Roedema – Phase 3: Colfax/Washington

Roedema's UOF recorded on Sgt Chamberland's BWC.

Roedema launches 40mm to south west of Line, Chemical Agent/Grenade thrown at Police line form the south west Sgt Chamberland shouts "inbound", Roedema engages , with 40mm, one then possible two more, then one, Chamberland deploys Chemical Agent.

21:11:46 GMT-6 Clip duration 1:04

https://aurorapd.vievusolution.com/SharedFiles/ProcessLink?token=847285f1-6b68-45d2-97e1-6567db03768c

Already watched



47

## Officer Lesnansky's BWC
## Phase 3: Colfax/Washington Other Officers UOF

**Roedema's UOF recorded on Officer Lesnansky's BWC.**

**2020-05-31_21-06-54.AVI Duration 43:22**

**Phase 3, DPD District 6, 16th/Washington**

12:53 (21:19:47 GMT-6) Impact of Launchable Gas fired to south of intersection. 13:01 (21:19:56 GMT-6) Impact of 40mm Launchable Gas to south of intersection. 13:07 (21:20:02 GMT-6) Sgt Brukbacher launching 40mm towards south west. 13:17 (21:20:12 GMT-6) 40mm fired from center of line. (base on time and BWC context, Sgt Brukbacher firing 3 Launchable Gas Cannisters and one 40mm to south of intersection). 13:44 (21:20:39 GMT-6)Officer Roedema fires 40mm towards west south west of intersection, Officer Quiesner fires two with LL Shotgun, Sgt Brukbacher launches one 40mm from single shot, one round from same LL shotgun, three rounds from Officer Martinez, D (verified by his BWC) with LL Shotgun on the right, and two 40mm rounds from Roedema. <mark>Already watched clips</mark>

*Lesnansky's BWC Multiple LL Deployments*



48

Fitouri 019147

# Officer Winters - Overview

Officer Joshua Winters #315876

3 years with APD

Currently assigned to Patrol


Issued Less Lethal shotgun



49

Fitouri 019148

## Officer Winters – 2020 – 18765 Supplemental

On 05/31/2020 between the approximate hours of 1500 hrs to 06/01/2020, 0200hrs I, Ofc Winters (ID# 315876) was assigned as a grenadier (12G LL) as part of the Aurora Police Department's Emergency Response Team (ERT). I am a certified less lethal operator through ERT. As a member of ERT, we were deployed to assist the Denver Police Department with crowd control/protests that were occurring in the City and County of Denver, State of Colorado.

During the approximate hours between 2000 hrs and 2300 hrs, I was part of a skirmish line addressing violent protesters that originated in the area of the Denver District #6 Police Station in the area of Colfax Ave and Washington St.



50

Fitouri 019149

## Officer Winters – 2020 – 18765 Supplemental

As the crowds became more violent and began criminal behavior by throwing projectiles, to include but not limited to; bottles (glass and plastic),rocks, bricks and fireworks/explosive devices at myself and fellow officers, the need to deploy the use of less lethal options were used. I was in fear of serious bodily injury for not only myself, other officers but also innocent peaceful protesters as the above mentioned objects were striking people in the area. I was also struck several times with objects/projectiles throughout this incident. At one point I was struck on the top of my helmet so hard that it caused visible damage to my helmet (slightly cracked and dented). When this occurred, I was afraid and shocked and had to take a moment to collect myself as the impact was severe.



51

Fitouri 019150

## Officer Winters – Report continued

As a result of the aforementioned facts and circumstances, I deployed approximately 30 Accusox 12 ga. bean bag duty rounds at unknown individuals that were involved in nefarious and extremely violent activities putting life and property in danger. The parties that I deployed the less lethal bean bag rounds at, were observed clearly throwing the items as listed above. They were also observed picking up gas/smoke canisters that were deployed by Law Enforcement officers and attempting to throw them back at officers. Parties were also using Lacrosse sticks to hurl projectiles at myself and other officers. Target areas of deployment were consistent with the training I had received from the Aurora Police Department.

Due to this being a very large crowd environment, the parties that were struck with the less lethal bean bag rounds dispersed back into the crowd and were unable to be identified.

To the best of knowledge, my department issued body-worn camera was activated during any crowd contact incidents.



52

Fitouri 019151

## Officer Winters 05-31-20 LL shotgun deployments

Winters five LL Shotgun Washington Colfax to east   2042

Sawyer BWC east side Washington and Colfax Winters LL SG

Winters two LL shotgun after hit with rock   2111

Winters three LL Shotgun Washington Colfax to SE   2117

Sawyer BWC southeast Washington Colfax Winters LL SG



53

Fitouri 019152

## Officer Smith - Overview

Officer  Brandt Smith #301016

15 years with APD

Currently Assigned District Two PAR

Assigned single shot 40mm.  Deployed One round at Washington and Colfax, which was a dud per BWC and report.



54

Fitouri 019153

## Officer Smith – 2020-18765 Supplemental

On Sunday, May 31, 2020 I responded to Denver as part of the Emergency Response Team to assist with protests and possible riots.

At approximately 2100 hours I was with my ERT squad holding the line in the area of Colfax and Washington where we were met with a violent crowd targeting myself and other officers with rocks, bricks, cement, bottles, and fireworks. I was struck multiple times in my chest and legs with unknown objects. I deployed one (1) 40mm foam baton round out of my Penn Arms launcher at an unknown individual actively assaulting officers (throwing hard objects). The 40mm round was bad, quickly tumbling to the ground without striking or coming close to the suspect (round was ineffective). I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received. My department issued body camera was activated during the duration of this riot to the best of my knowledge. No further information at this time.



Fitouri 019154

## Officer Smith  05-31-2020 Washington / Colfax

2120 hours

Smith one 40mm dud round Washington and Colfax



Fitouri 019155

## Officer Runyon - Overview

Officer Austin Runyon #315912

3 years with APD

Currently Assigned District Two Patrol

Assigned single 40mm. Also noted in his report was his UOF by deploying 40mm foam rounds in the area of Colfax and Washington.



57

Fitouri 019156

## Officer Runyon – 2020-18765 Supplemental

On 05/31/2020, I Officer Runyon (315912) was deployed to the City of Denver to assist with ongoing protest downtown. I was deployed as a part of Aurora's ERT (Emergency Response Team). Around 2030 hrs, I was at the intersection of W Colfax Ave and N Washington St at the Denver District 6 Station addressing the crowd.

I deployed approximately 15 (40mm) foam baton rounds out of a single PennArms launcher at unknown persons in a violent crowd. The parties I targeted with my launcher were involved in criminal behavior which included property destruction and assaults on officers. These individuals were throwing various items at Officers.



58

## Officer Runyon – 2020-18765 Supplemental

When deploying my launcher, I only targeted areas of the body that are consistent with the training I received through the department. I was unable to get any identifying information of the parties in which I used force on because they retreated into the crowd ad were not located later.

I am a trained operator of less lethal launcher through the Aurora Police Department. I deployed this device within policy and with the training I have received. My body worn camera was worn and activated during these incidents.



59

Fitouri 019158

# Officer Runyon  05-31-2020 Washington / Colfax

Runyon two 40mm    2042

Runyon one to two 40mm    2042

Runyon seven 40mm    2111 - 2115



60

Fitouri 019159

# Officer Martinez - Overview

Officer Darren Martinez #310734

7 Years with APD

Currently assigned as District 3 SRO

Issued Less Lethal shotgun.  Report indicated approximately ten LL shotgun rounds were fired at violent protesters in the area of Washington and Colfax (DPD District 6).



61

Fitouri 019160

## Officer Martinez  2020-18765 Supplemental

"I, Officer D. Martinez (310734), who is assigned to the Aurora PD (APD) ERT team was part of the APDERT deployment to assist Denver PD with protests in the City and County of Denver on 05/31/20 into06/01/20.

I, having been trained and certified on such, was assigned to use a less lethal shotgun during the deployment.

During that time I fired approximately 10 total less lethal shotgun rounds at violent protesters for throwing unknown items at police, interfering with police "CS gas" munitions, and attempting to light dumpsters on fire and push them toward police. I do not know how may people those rounds struck. All parties that were struck with less lethal rounds that I fired remained mobile and alert and none of them requested police assistance in my presence nor medical attention relative to being struck with the less lethal rounds."



62

# Officer Martinez  2020-18765 Supplemental

(Continued)

"All of these less lethal rounds were deployed in the area of E Colfax Ave and N Washington St as the violent protesters were trying to make their way to Denver PD District 6.

To the best of my knowledge, my body worn camera was activated when I deployed the less lethal rounds. This report should be considered a summary of any video that exists.

This concludes my involvement."



63

Fitouri 019162

# Officer Martinez 05-31-20 LL shotgun deployments

Martinez one LL Shotgun subject kicking gas back   2042

Martinez LL SG from Ofc Vance BWC   2042 same as above

Martinez three LL shotgun to dumpster area   2120

Martinez is lefty



64

Fitouri 019163

## Officer Richard Garcia - Overview

Officer Richard Garcia #309713

9 years with APD.  Lateral Officer from Albuquerque, NM.

Currently assigned to District 3 PAR.

Officer assigned a Less Lethal Shotgun



Fitouri 019164

## Officer Garcia –  2020–18765  Supplemental

As I walked up to this unknown intersection I immediately was hit with a brick to my head along with several other rocks. People were also shooting us with pink paint balls.

I was armed with a less lethal 12GA. Beanbag Shotgun. I am a trained and certified operator of less lethal launchers and 12GA bean bag shotguns through the Aurora Police Department. I deployed this bean bag shotgun within the policies and training received.

As I watched the crowd of people at this intersection I noticed people lighting unknown devices, throwing rocks, launching rocks or other objects to hurl at us with Lacrosse sticks. Rolling large Metal trash Dumpsters in the street so they could use as cover to assault us from. There were people in the street with large sheets of plywood using it for cover to assault us while behind it. I saw people on the roof directly across from us throwing rocks at us and lighting bottle rockets. I saw people on Motorcycles and in their vehicles doing burn outs to pump the crowd up. I was scared that one of these vehicles would intentionally drive through our skirmish line hitting all of us.

66

Fitouri 019165

## Officer Garcia – 2020–18765 Supplemental

At this intersection I deployed an unknown amount of Bean Bag Duty munitions Accusox 12GA rounds that are for law Enforcement use only out of my Orange12GA Beanbag Shotgun. The people I targeted were involved in criminal behavior ranging in property destruction to assaults on Police Officers. The target areas were consistent to the training provided. I have no identifying information on the people targeted as they all had their faces and heads covered. I did not see the results of the force used because people would run off then later return to assault us with throwing rocks. Other people who were targeted were people who would pick up or cover our thrown gas grenade devices and throw them back at us.



67

Fitouri 019166

# Officer Garcia hit by rock – view of protesters

Garcia rock to helmet overview of protesters turning violent

2041



68

Fitouri 019167

# Officer Garcia – LL shotgun

Garcia 1st LL Shotgun   2111

Garcia 2nd LL shotgun   2121

Garcia 3rd LL shotgun   2126

Garcia 4th LL shotgun   2130

Garcia 5 -6 - 7 LL shotgun   2133



69

Fitouri 019168

# Officer McNamee - Overview

Officer David McNamee #303487

14 years with APD

Currently FTO Specialist District 3

Had and deployed Less Lethal Shotgun at Washington and Colfax.  Also deployed when squad pushed west to Pennsylvania.



70

Fitouri 019169

## Officer McNamee  –  2020-18765 Supplemental

"On May 31st, 2020 I was working crowd control and assisting Denver Police Department. During my duties that day I was using a Less Lethal Shotgun that fires a bean bag round. Several times during the day and evening I deployed my Less Lethal Shotgun and did not fire or use the Less Lethal Shotgun.

At approximately 2030hrs I was in the area of E Colfax Ave and N Washington St where a large group of protestors were gathered. As I arrived there were several hundred subjects on the South side of E Colfax Ave near The Cheba Hut and The Office Depot. As I got into position and while there several rocks were thrown at me and other officers.

At one point gas was administered and some individuals in the group attempted to pick up and throw the gas back at the police. During this time I fired several Less Lethal Bean Bag rounds at these individuals. While I was doing this I was struck in the abdomen by a rock which caused me pain. Not seeing who through the rock I directed my attention towards the West from N Washington St where the rock appeared to have come from."

71

Fitouri 019170

## Officer McNamee  –  2020-18765 Supplemental

As I was looking to the West I observed several other rocks thrown at me and my fellow officers. Again gas was administered in canisters to disperse the crowd and again several people tried to grab and throw the gas back at police. I again unloaded several Less Lethal Bean Bag rounds at them so they would not throw the gas back at police.



72

Fitouri 019171

## Officer McNamee  –  2020-18765 Supplemental

During this, another subject appeared carrying a lacrosse stick and spinning it. Being familiar with a lacrosse stick and knowing how far and fast it can launch a rock or ball orders were given to this male but this male began walking towards us. Several more Less Lethal Bean Bag rounds were fired at him and he retreated back.

This was the only time where I fired any Less Lethal rounds and I approximately fired between 15-20 rounds all together. These rounds were fired at individuals involved in criminal behavior ranging from property damage to assault on me and my fellow officers.



73

Fitouri 019172

# Officer McNamee  05-31-2020 Washington / Colfax

McNamee hit with rock     2110

McNamee LL shotgun  4 rds   2111

McNamee LL shotgun 3 rds    2120   towards dumpsters



74

Fitouri 019173

## Officer Queisner - Overview

Officer James Queisner #315220

4 years with APD. Lateral from Commerce City PD.

Currently assigned to District 1 Patrol.

Issued Less Lethal shotgun



75

Fitouri 019174

## Officer Queisner  –  2020-8765  Supplemental

On 05-31-2020 at approximately 2015 hours, I Ofc. J. Queisner #315220 while assigned to the Aurora PD Emergency Response Team (ERT) was ordered to the area of Denver PD District 6 Station located at 1566 N. Washington St.(Colfax Ave and Washington St.), in the City and County of Denver, State of Colorado.

My assignment for this event was as an operator of a Remington 870 less lethal shotgun equipped with orange stocks, which deployed bean bag rounds branded by West Coast Ammo or CTS. Upon my units arrival of this event I began to immediately began to be struck by rocks, golf balls, glass and an unknown pink substance.



76

Fitouri 019175

## Officer Queisner  –  2020-8765  Supplemental

Based on the violent actions of parties in the crowd I then deployed approximately 25 bean bag rounds at unknown parities in the crowd. Each of the parties I fired a bean bag round at was engaged in multiple violent and various criminal behaviors. Some of those actions were as follows:  throwing of rocks, throwing of police munitions, use of lacrosse sticks to launch hard projectiles and other such actions. All areas which were targeted were consist with current training procedures and each round fired was at a specific offender and was in effort to prevent the assault and serious bodily injury of myself, other officers, and other parties on scene. All parties targeted fled the area causing this Officer to be unable to obtain any identifying information, or check for any medical needs.

The above incident was captured on my department issued body camera and the above is a paraphrased account of what occurred.  No further action taken by this Officer, end of report.

77

Fitouri 019176

# Officer Queisner 05-31-20 LL shotgun deployments

Queisner 6 LL shotgun rounds gets hit by rock   2045

Queisner 2 LL shotgun rounds towards dumpsters  2051

Queisner 2 LL shotgun rounds   2112

Queisner 2 LL shotgun rounds at rock throwers  2113

Queisner 4 LL shotgun rounds   2121

Queisner 1 LL shotgun rounds at guy with stick  2126



78

Fitouri 019177

# Detective Glenn - Overview

Detective Tim Glenn #312350:

Hired 2014 – Basic Recruit Officer

Assignments – Patrol, FAST Detail, Crimes Against Children, Major Crimes/Homicide Unit

Officer's role:

Single shot, 40 mm launcher – assigned to Sergeant Chamberland's Squad



79

Fitouri 019178

## Detective Glenn – 2020-18765 - Supplemental

Excerpts from Detective Glenn's report:

At approximately 2000 hours, Sergeant Chamberland's squad was deployed to DPD's District 6 Station due to the crowd having become violent towards the police. Upon arrival, I deployed to the main line at Colfax and Washington. While approaching the skirmish line, I was struck on the head by an unknown hard object, presumably a rock. I also observed many large rocks, bottles, fireworks and chemical munitions being thrown at the officers. I observed one party launching rocks towards officers with a lacrosse stick.

Prior to deployment, I had been instructed to deploy foam baton munitions from my less lethal launcher at person(s) who posed an immediate threat to officers.



80

Fitouri 019179

## Detective Glenn – 2020-18765 - Supplemental

Excerpts from Detective Glenn's report:

I personally deployed approximately twenty (20) foam baton rounds from my 40mm less lethal launcher at unknown parties who I observed preparing or had thrown items in the direction of the officers. These actions put the officers in immediate danger of being injured. Based on the training I had received, the target area for all these deployments was the party's abdomen, above the belt line. After launching the foam baton round, the unknown parties would run back into the crowd preventing an arrest from being made or to check for any injuries.

I was not involved in the arrest of any parties during this incident.

I was not assigned or equipped with a body worn camera during this incident.

This ends my involvement.



81

Fitouri 019180

# Agent Knight - Overview

Agent Ralph Knight #317074

4 years with APD

Currently and Agent assigned to GRIT

Assigned multi-launch 40mm.  ==Notes in his report that his body camera died sometime in the evening of 05-31-2020 and notified Sgt. Luallin.== Also noted in his report was his UOF by deploying one sting ball grenade and one 40mm foam round in the area of Colfax and Washington. In the report he stated he deployed several more 40 mm foam rounds at protesters using wood as shields and throwing projectiles at Police as they pushed west to Pennsylvania.



82

Fitouri 019181

# Agent Knight – 2020-18765 Supplemental

On May 31, 2020, I, Officer R. Knight (317074) was deployed as a grenadier with the Aurora Emergency Response Team to assist with protests/riots in the City of Denver.

I was tasked as a grenadier and assistant squad leader under the direct supervision of Sgt. Luallin. I was equipped with a department issued 6 shot 40 mm less lethal launcher.

At approximately 2200 my squad assisted DPD in protected Denver District 6 at Colfax and Washington. While on the skirmish line at Colfax and Washington I observed multiple subjects in the intersection throwing items such as rocks at officers. The subjects were ignoring commands given by other officers to disperse, continuing to violate the City of Denver's curfew law. I deployed a sting ball grenade into the intersection in an attempt to disperse the crowd. Once the sting ball grenade was deployed multiple subjects cleared the intersection running south. I did not see anyone in the intersection who appeared to be injured and was not notified of any injuries as a result of deploying the sting ball grenade.

83

Fitouri 019182

## Agent Knight – 2020-18765 Supplemental

While still on a skirmish line at Colfax and Washington I observed and unknown male black subject using a lacrosse stick to throw items at police officers. Having previously seen the velocity at which an object can bethrown using a lacrosse stick, I believed the male to pose an immediate threat to officers on the skirmish line. I launched a Combined Tactical Systems (CTS) 4557 40mm foam baton at the subject. My point of aim was the midsection just above the belt line. After launching the foam baton the male ran west and hid behind a dumpster. I observed the subject raise his head above the dumpster before running away towards a large crowd of people to our west.



84

Fitouri 019183

# Agent Knight 2020-18765 Supplemental continued

Our skirmish lined moved from Colfax and Washington and pushed people west along Colfax. A new skirmish line was made at Colfax and Pennsylvania. While on the skirmish line at Colfax and Pennsylvania I observed two subjects pick up a large piece of plywood. I believed these subjects were going to use the plywood as cover in order to throw items or ignite fireworks to shoot at us. I launched a CTS 4557 40mm foam baton at one of the subjects who was wearing a red shirt.  My point of aim was the midsection just above the belt line. Upon being impacted, the subject dropped the plywood but then picked it up again. I launched a second CTS 4557 foam baton at the subject who appeared to turn as I launched the foam baton. I observed the foam baton impact the subject in the buttocks. The subject dropped the plywood advanced towards officers stating he was just trying to help the businesses. The subjected turned around then disappeared into a crowd of people.



85

# Agent Knight 2020-18765 Supplemental continued

My point of aim was the midsection just above the belt line. Upon being impacted, the subject dropped the plywood but then picked it up again. I launched a second CTS 4557 foam baton at the subject who appeared to turn as I launched the foam baton. I observed the foam baton impact the subject in the buttocks. The subject dropped the plywood advanced towards officers stating he was just trying to help the businesses. The subjected turned around then disappeared into a crowd of people.

After the majority of the crowds dissipated I was on a small skirmish line at Colfax and Pearl. A male black subject approached the skirmish line on a bicycle. The subject was told multiple times to turn around to which he stated he was going home. The male did not comply and was in violation of the City of Denver's curfew law. Other officers took the male in custody. I took the subject's bicycle and moved it out of our way. I then provided cover while officers removed the subject from the area.

My body worn camera was activated during periods throughout the day while on various skirmish lines. My body worn camera battery died during the evening at which time I notified Sgt. Luallin.

86

Fitouri 019185

# Officer Price - Overview

Officer Adam Price: ID# 309752

Hired 2012 – Basic Recruit

APD Work History:

Patrol, Patrol Specialist (2017), Detailed GIU, Vice/Narcotics, Agent (2021)

Role on 05.31.02:

Grenadier 40mm ERT Squad 6, Sgt Luallin Supervisor, BWC died.



87

Fitouri 019186

## Officer Price - Overview

Excerpt from Officer Price's report 20-18765:

On 05/31/2020 I Officer Price 309752 deployed as a member of the Emergency Response Team to assist Denver PD with crowd control operations.

Excerpt from Officer Price's report 20-18765:

I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received. My department issued body camera had been activated earlier in the evening, however during the above uses of force, the battery had died.



88

## Officer Price – Phase 3, Denver Police District 6

Excerpt from Officer Price's report:

At approximately 2100 hours, I was posted at the intersection of E. Colfax Avenue and Washington St. I observed parties involved in criminal behaviors at the intersection ranging from damaging property to assault on officers.

I deployed approximately 10 (40mm) foam baton rounds out of a Defense Technology launcher at unknown persons that were in the extremely violent crowd. The persons targeted were all involved in criminal behavior. They were throwing rocks, bricks, glass bottles, or attempting to set fires.

All parties targeted ran away from the area and I was unable to positively identify them and the result of the use of force is unknown. All areas targeted were consistent with training provided.



89

Fitouri 019188

# Phase 3 – 2nd Defense of D6 – XBar Parking Lot



90

Fitouri 019189



# Phase 3; DPD District 6,  X bar parking lot

91

Fitouri 019190



# Sgt. Hummel- Overview

Sergeant William Hummel #308057

10 years with APD

Currently Sergeant of CAC


Squad Sergeant – Deployed one pepper ball grenade and
two CS gas grenades



93

Fitouri 019192

# Sgt. Hummel –  2020-18765

Excerpt from Sergeant Hummel (308057);

"In the evening around 2100hours, we were requested back to the police station to form a line in the 1500 block of the Pearl/Washington alley on the north side of Xbar. From this location, we began to take projectiles to include bottles and rocks and observed a multitude of criminal activity. This illegal activity included vandalism, arson, assaults, etc. Persons assigned to my team utilized 40mm less lethal launchers to stop subjects who were arming themselves with projectiles. These officers acted autonomously in launching less lethal rounds while I was supervising my team. On one occasion, a subject lit us up with his bright light on a Vespa style scooter and brought attention to us. This directed persons to begin throwing more missiles at us. I eventually directed an officer to try and take the light of the scooter out with a 40mm round because it was placing us in a precarious, dangerous situation. The light was so blinding that we could not see who was throwing missiles at us. The subject fled the area subsequently."

94

Fitouri 019193

# Sgt. Hummel - 2020-18765

Excerpt from Sergeant Hummel continued;

"While at this position, the crowd grew and became more violent. Subjects took pieces of chain-link fence and began to block the entirety of E. Colfax Ave. between N. Pearl St. and N. Washington St. They also rolled several dumpsters into the street to reinforce their barricade. I deployed CS gas munitions and a sting ball munition at this location due to disperse the crowd, who was still throwing projectiles."



95

Fitouri 019194

# Sgt. Hummel Pepper ball and CS gas grenades

Hummel sting ball grenade  2127 hours



96

Fitouri 019195

## Officer Bubna - Overview

Officer Jason Bubna #314463
5 years with APD, lateral officer
Currently Specialist District 1 Patrol


Issued 40mm multi-launcher
Phase 3 Xbar parking lot – Washington Pearl Alley
Phase 4 Push to Colfax then to Pennsylvania



97

Fitouri 019196

# Officer Bubna  –  2020-8765 Supplemental

On Sunday, May 31, 2020, I, Officer Jason Bubna #314463 of the Aurora Police Department Emergency Response Team participated in policing operations consisting of crowd control within the City of Denver, County of Denver, and State of Colorado.

During the course of my duty assignment operating a 40mm less lethal launcher I assisted in crowd control. Due to the rapidly evolving, chaotic, and extremely dangerous riot environment I was immersed in. I was forced to fire an unknown number or 40mm less lethal rounds at an unknown number of subjects actively throwing projectiles such as rocks, fireworks, bottles, and other objects at myself and other officers attempting to maintain order. The actions of theses citizens placed me in direct fear for my safety as well as the safety of other officers on the riot control line as many of the rocks which were falling around use were large enough to cause injury and possible serious bodily injury. My departmentally issued body camera was activated to the best of my knowledge during all encounters with citizens as ordered by agency directives. For further information into this incident please review additional reports under this case number.

Officer Jason Bubna #314463

98

Fitouri 019197

## Officer Bubna – UOF 05-31-20

Bubna 40mm 2046  2 40mm

Bubna 05-31 40mm #2  2052 hours 2 40mm

Bubna 05-31 40mm #3   2112 hours  misfires then 1 40mm

Bubna 05-31 40mm 2118 hours 2118- 2119 6 40mm

Bubna 05-31 40mm #5  2120 hours 2 40mm



99

## Officer Daniel Smick - Overview

Officer Daniel Smick #253340

20 Years with APD

Currently Assigned as Officer with Aurora for Youth


Issued 40mm multi-launcher



100

Fitouri 019199

# Officer Smick – 2020–18765 Supplemental

Document SUPPLEMENTAL

Author25334 - SMICK, DANIEL Related Date/Time JUN-03-2020 (WED.)

On 05312020, at approx 2115 hrs, I was assisting Denver PD with active violent protests in the City of Denver.

I was deployed to the area of Denver PD's, 6th Precinct, located I believe at Colfax Ave/Washington.

I deployed approx 8, 40mm foam rounds at parties throwing objects, kicking tear gas canisters back toward police and blinding officers by shinning bright motorcycle (stationary) headlight at the police. The rounds were fired from a single shot, Defense Technologies launcher.



101

Fitouri 019200

## Officer Smick  –  2020–18765 Supplemental

Each party which was targeted was observed running/riding away from the area.

Later at approx 2245 hrs, I was in the area of the State Capitol (Colfax side).

I deployed approx 3, 40mm rounds at parties throwing objects and picking up objects to throw at officers.

Each party which was targeted was observed running away from the area.

I targeted areas authorized, consistent and within policy of training which I received from the Aurora Police Department's less lethal operators class.

My department authorized body camera was recording during these incidents. This report is a brief synopsis and not verbatim. The video was downloaded into VieVu.

nfat



102

Fitouri 019201

## Officer Smick – 40mm deployment

Smick 40mm Colfax Washington  2051 hours 1 40mm

Gets moved to Hummel's squad - alley

Smick one  40mm Washington Pearl alley XBAR  2118 hours
Has several failure to fire then launches 1 40mm.

Smick two 40mm at people with bottles lights  2126 hours

2 40mm

Smick two 40mm between smoke  2129 hours 2 40mm



103

Fitouri 019202

## Officer Lang - Overview

Officer Fred Lang #309719

10 years with APD

Currently FTO Specialist District 3

Report 2020-18765 stated he deployed a gas agent by hand at Washington and Colfax. Follow-up indicated no BWC on 05-31-2020.



104

Fitouri 019203

## Officer Lang – 2020-18765 Supplemental

On May 30, 2020 hours I was detailed to the City of Denver, County of Denver, State of Colorado reference the protest riots which were occurring in the area of E. Colfax Ave and Washington St. During this incident I was assigned as an ERT member currently assigned to the area of E. Colfax Avenue at Washington St. During this time I was occupying the street in a defensive line just west of DPD district 6. This was due to the rioters hostile intent and proactive actions which were being displayed and directed at. I observed the front lines being pelted with large rocks, modified large explosive fireworks and various arson acts. These violent actions were escalating by an ever growing crowd who were occupying the street. Due to the hostile nature and the fact that the rioters were massing in this area while continuing to assault numerous law enforcement officers I deployed a gas agent directed towards the hostile crowd in an attempt to disperse them and protect property and personnel from serious bodily injury from the various missiles directed at us with hostile intent.

This concluded my involvement for this incident.

105

Fitouri 019204

## Phase 3 – Bender Arrest – 16th & Court Street

On May 31 2020 at approximately 08:01pm, I Investigator Bender assisted Denver in crowd control for rioting near 16th and Court Street. This location is in the city of Denver, County of Denver and state of Colorado.

I observed a male walking northbound on Court St later identified as <mark>Ethaniel Ayala 100800</mark>. Ethaniel was dressed in a black sweatshirt with the hood over his head and a backpack over his back. Ethaniel was walking northbound on Court St. There was also a marked police vehicle on Court St. It appeared Ethaniel noticed the marked police and immediately changed the direction to head southbound on Court St.

I exited my unmarked vehicle at approximately 08:01 pm and approached Ethaniel. I was dressed in a police uniform with a police badge on the front of my clothing which was not obstructed by my riot gear. It should be noted Denver issued a curfew at 08:00 pm due to the riots taking place in downtown Denver.



106

## Phase 3 – Bender Arrest – 16th & Court Street

Search incident to arrest revealed two rocks, baking soda and other personal items. One rock was the size of a soft ball and the other rock was approximately 2 inches wide and 2 inches long. It should be noted rocks were often used to throw at police and to break windows during the riot.

Denver Police Department arrived at took custody of Ethaniel.

Commander Redfearn was made aware I did not have a body worn camera (BWC) in my possession which he allowed due to my current assignment in Narcotics. Electronic Support Unit retrieved my BWC for inventory reasons due to me being a part of a specialized unit which does not utilized a BWC.



107

Fitouri 019206

## 16ᵗʰ St Mall, Phase 1; Arrest 16 /Court



108

Fitouri 019207

# Officer Wilson – X Bar Context/overview

View of rioters on Colfax from XBar lot

Media - Photographer

Lt Carlson blocking alley instructions

Moving dumpsters to block alley



109

Fitouri 019208

End of Phase 3



Fitouri 019209



 Force Investigation Unit, Professional Accountability Division

Fitouri 019210

# Denver Protests
# Sun, May 31 – Mon, June 1, 2020

## 2020-Tier2-0108
## APD Case# 20-18765

## PHASE 4

2

Fitouri 019211

# Phase 4 defined & FIU Reviews

The Force Investigations Unit reviewed several hours of body worn camera videos related to the activities described by ERT Command as officers pushing rioters away from the DPD- District 6.  Several officers continued to be struck with various objects thrown by the crowd that remained violent and demonstrated that they were unwilling to leave.  Various and repeated orders, warnings, and announcements that Mayor Michael Hancock had issued a curfew from the hours of 8 p.m. to 5 a.m., had been given.  The FIU labeled this occurrence "Phase 4."

The FIU found that the videos as well as officer reports documented multiple violent assaults to include being hit with rocks, unknown liquids, shell-and-mortar style fireworks, paint balls, glass bottles, golf balls, etc.. Officers received burn injuries, blunt force injuries – including several being struck in the head, and hearing loss.

There were multiple Tier 2 uses of force by multiple officers. Mainly, the grenadiers using less lethal shotguns, single shot and multi-shot 40 mm launchers.  There were also multiple uses of force where sting ball, CS and CN grenades were thrown.

All of the uses of force that were documented, either in written or video form, many times both, will be detailed later in this presentation.  As a reminder, this was day 2 of the "Outside Assist" to Denver, and there were various issues with the BWCs and videos.

Phase 4 lasted for approximately 30 minutes from approximately 2130 hrs until 2200 hrs.



3

Fitouri 019212

## Denver Protests – Push rioters away from DPD District 6 Station

Aurora Police Department Emergency Response Team as well as members of SWAT pushed rioters away from Denver District 6:

- BEAR with Lieutenant Carlson & Sergeant Hummel's line push out from north parking lot/alley area between Tom's Diner and Xbar on to Colfax Ave and start pushing west.

- Some officers from the line at Washington St & Colfax Ave intersection push to south side of intersection.

- Other officers from Washington/Colfax line join group from Xbar parking lot at the request of Captain Redfearn.

- Still other officers set up flanking lines along Colfax Ave. and Pearl.

- During this push the officers moving west were heavily assaulted with rocks, large shell-and-mortar style fireworks, paintball guns, glass bottles, etc..

- Rioters also continued to attempt to use fencing, dumpsters, and sheets of plywood to create barricades on E. Colfax Avenue.

4

Fitouri 019213



## Phase 4 – Push away from DPD District 6

Fitouri 019214



Fitouri 019215

# Washington/Pearl Alley facing Colfax







7

Fitouri 019216



Fitouri 019217

## Phase 4 – Force Users who didn't have BWC or BWC failure (most of these covered in Phase 3 also)

- Ingersoll, Luke – BWC battery died. Narrative. Clips from other BWC
- Budaj, Cory – BWC in and out, narrative. Clips from other BWC
- Snow, Ethan – Not assigned BWC, narrative
- Knight, – Not assigned BWC, narrative
- Woodyard, Nathan – BWC battery died, narrative



9

## Denver Protests – Push rioters away from DPD District 6 Station

Excerpt from Captain Redfearn's report;

"Eventually the skirmish line made some arrests and was forced to push the rioters Westbound on Colfax away from the area due to the violence.

I left the location at one point to go to staging to retrieve more less lethal munitions that had arrived. We cleared this location around 2235 hours."

Excerpt from Sergeant Brukbacher' s report;

"At one point, several violent protesters were using a dumpster as cover from direct impact munitions and were out of range from our hand thrown gas munitions. These parties were using a Lacrosse stick to throw rocks at officers. The rocks were well aimed and highly dangerous to officers. I deployed 4 launchable gas munitions from my 40mm launcher under the dumpster to disperse the violent protesters. The rounds were effective and the attack ceased. We then moved onto Colfax and pushed the crowd back past Pennsylvania. We held this area for some time until we were relieved."

10

Fitouri 019219

## Push from north parking lot of X Bar

Excerpt from Sergeant Hummel's Report:

"My team eventually pushed out onto E Colfax Ave. where the barricade had been created and began to push the crowd to the west. From the moment we stepped out onto E. Colfax Ave. the crowd was incredibly violent towards the uniformed police officers. We had a large explosive land just feet from where we were and we took on more bottles, rocks, etc. I deployed several CS gas munitions in an attempt to get the violent crowd to disperse as we continued to push to the west. The crowd did eventually disperse and flee and we mostly restored order in this immediate area."



11

Fitouri 019220

# Sgt. Hummel push to Colfax and one gas grenade

Hummel Colfax push deployment of gas   approx. 2134 hours hand deployed one cannister of CS gas.



12

Fitouri 019221

## Officer Smick – 40mm deployment Push west

Smick four 40mm push west on Colfax 2133 – 2136 hours
4 rounds - 40mm

Smick three 40mm push to Pennsylvania   2137 – 2139 hours
3 rounds - 40mm



13

Fitouri 019222

## Officer Bubna – UOF 05-31-20 6th deployment Phase 4 push

Bubna 05-31 40mm #6   2142 hours  2 40mm

Bubna 05-31 40mm De-escalation    2143 hours



14

Fitouri 019223

# Lieutenant Carlson - Overview

Officer: Cassidee Carlson – ID# 0262150

Rank/Job Title: Police Lieutenant

Hired Date: 2003 - Basic Recruit Officer

Work History:

Patrol, Detail Property & Evidence Unit, Detail Metro Gang Task Force, Direct Action response Team, Agent, D2 Detectives, Sergeant, Patrol Sergeant, Media Relations Unit Sergeant, DART Sergeant, SRT Sergeant, Crimes Against Children & Internet CAC Sergeant, Lieutenant, Patrol Lieutenant, Internal Affairs Lieutenant, D2 District Executive Officer, D1 Commander

Officer's role: On-call Lieutenant for the Emergency Response Team, control/supervise multiple squads



15

Fitouri 019224

# Lieutenant Carlson – push west – 2 gas grenades

Related excerpt from Lt Carlson's report:

"On 053120 I was an on-call Lieutenant for the Emergency Response Team when I was called in to assist Denver Police Department with on-going protests.

On the above date my team was requested to the location of Denver District 6 to assist with a protest where the protesters were engaging in throwing rocks, fireworks, and other items at police. Upon our arrival, we took a position to protect the west flank. We were in a parking lot in the Washington and Pearl alley. We made the decision to push our line onto Colfax where protesters were moving dumpsters and fencing as a barricade. During this push I threw approximately 2 gas munitions. These gas munitions were used to push back protesters as we moved forward."



16

## Lieutenant Carlson – Gas grenade UOF incident video

2020-05-31_21-29-56.AVI - Deployed approximately 2 gas grenades

Lt Carlson approximately 2 gas grenades  2129 hours



17

Fitouri 019226

## Sgt Brukbacher – Overview 2020-05-31_20-37-53.AVI

57:06-58:50 (21:35:00 GMT-6)

Sgt Brukbacher gets direction to move to the south of Colfax and relays that to the Line. Police Line begins to move giving verbal orders to move back. BWC is obscured. Unknown Officers moving dumpster from street (58:45).

57:16:58-58:27 (21:35:08GMT-6)

Preparing to move south side of Colfax, "move on the ball," prepares a Sting Ball, BWC is obscured, does not deploy. 57:23 (21:35:16 GMT-6) Officers giving move back orders, moving to south side of Colfax at Washington.



18

Fitouri 019227

## Sgt Brukbacher – Overview, Chemical Agent/Gas

Vievu 2020-05-31_20-37-53.AVI

58:57-59:49 (21:36:52 GMT-6)

Gives Unknown Sgt (Shaker) Chemical Agent, crowd noises and Less Lethal Deployments can be heard. Deploys Chemical Agent/Grenade, Colfax/Pearl (59:18 (21:37:11 GMT-6)). Coordinating munitions deployment with LT Carlson. Police Line moves forward, west on Colfax Ave.

Brukbacher, Chemical Agent/Grenade    2137 hours



19

Fitouri 019228

# Sgt Brukbacher – 40mm Foam

Vievu 2020-05-31_20-37-53.AVI

1:01:05-1:01:15 (21:38:58 GMT-6)

People standing in street at intersection (Colfax/Pennsylvania), chemical Agents had been deployed by unknown Officer(s). One 40mm Foam launched.  Rock strikes the side of the Bear near Sgt Brukbacher.


Brukbacher, 40mm Foam 2138 hours



20

Fitouri 019229



Phase 4, West Push on Colfax
Colfax/Pennsylvania@ 21:38

Mclelland, Chamberland, Hummel, Queisner, Smick, McNamee, Price, Garcia, Parrella, JEFCO

Dumpster

Bear

Shaker, Brukbacher, Bubna, Budaj, Woodyard, Sweeney, Wilson, JEFCO

21

Fitouri 019230

## Sgt Brukbacher – Overview 2020-05-31_20-37-53.AVI

1:03:26-1:03:38 (21:41:20 GMT-6)

One 40mm Foam Round fired. Two unknown Officers engage with Less Lethal Shotguns in the same direction, with at least one round each. Protesters chanting and standing in the streets. Chemical Agents deployed near the dumpster, fireworks from crowd strike a protester and detonate near another protester.

1:03:56-1:04:06 (21:41:50 GMT-6)

One round 40mm Foam Round launched, unknown Officers asks if that is the guy with the (broom?), yup.

Brukbacher 40mm, 40mm   2141 hours   Also shows mortar firework hit another protester.



22

## Sgt. Chamberland - Overview

Sergeant Darren Chamberland #301022
15 years with Aurora police Department
Currently a Sergeant Specialist (FTO Sgt.)

Squad Sergeant – Deployed six CS gas grenades and one
                     smoke grenade.
Last two gas cannisters deployed here at the push west.



23

Fitouri 019232

## Sgt. Chamberland – 2020 -18765 Supplemental

"During my time on the static line I deployed three OC canisters to my right side where we had people throwing rocks from a distance that the less lethal shooters were not able to reach. The OC was used to keep them at a further distance and prevent them from hurting the officers on the line.

After an unknown amount of time it was determined that the line was going to move forward and it was told to me that we would deploy a percussion munitions and then smoke so that we would move forward into the smoke and gas. I also deployed one white smoke canister in an effort to mask the group from the parties that were throwing items at the officers.

After we moved forward I deployed three additional round ball canisters of CS gas. I threw one toward the dumpsters that were set up like a barrier in the street to get any potential people out from the dumpster area so the line of officers would not be ambushed as we moved from the line. During the advance on the street I deployed two additional balls of CS down the street like it was set up to walk into the gas and take the street back. During this time I encountered many items in the roadway like street signs and large sections of chain link fence."



24

# Sgt. Chamberland 05-31-20 5th / 6th  deployment

Chamberland 05-31-20 5th / 6th CS gas deployment

Push to Pennsylvania 2138 hours



25

Fitouri 019234

# Officer Garcia push to Pennsylvania last LL Shotgun

Garcia push west and one LL Shotgun   2134 hours



26

Fitouri 019235

# Officer McNamee 05-31-2021 Push to Pennsylvania

McNamee LL shotgun 2 rnds     2136 Pearl

McNamee LL shotgun 4 rnds     2138 approaching Pennsylvania



27

Fitouri 019236

## Officer Queisner less lethal shotgun deployments during push west on Colfax to Pennsylvania

Queisner 2 LL SG push to Penn   2136 hours

Queisner 2 LL SG push to Pennsylvania   2142 hours



28

Fitouri 019237

## Officer Ingersoll - Overview

Officer Luke Ingersoll #315875

2 years with APD / Lateral Officer 2018-1L

17 years with Jefferson County SO

Currently On SWAT


Lethal support for Sgt. Hummel's Squad.  Per report 2020-18765 he deployed two gas cannisters by hand at Pearl and Colfax during push from Xbar alley and One gas cannister near the Capitol.  Follow-up including interview by Cooper indicated BWC battery died shortly after 1830 hours on 05-31-2020.  Found BWC video from Bubna and Villani showing Ingersoll deploy gas cannister at Pearl and Colfax during push.

        Ofc. Ingersoll stated that he was positive that his BWC had run out of power and was dead at this point.

A check with ESS showed no deleted BWC footage due to retention.



29

Fitouri 019238

## Officer Ingersoll – 2020-18765 Supplemental

"On 05/31/2020, I, Commissioned Aurora Police Officer L Ingersoll (315875)was assigned as a uniformed member of the Aurora Police Department. I would be assisting uniformed members of the Emergency Response Team (ERT) who would be assisting the Denver Police Department (DPD) with crowd management.

I would be providing "cover" for the ERT units and would take an enforcement action if a lethal threat presented itself to citizens, ERT or other law enforcement members.

During the several hours long deployment throughout Denver, I deployed three canisters of hand held CS gas. I conducted a "sighted delivery" of all three canisters. These canisters were deployed after orders were given to the crowd to disperse. The dispersal order was given after law enforcement personnel was being assaulted with rocks, bricks and bottles being thrown at uniformed law enforcement personnel."



30

Fitouri 019239

## Officer Ingersoll – 2020-18765 Supplemental

Ingersoll Supplemental Continued;

"I deployed two canisters of gas near DPD district six (6) building and one near the state capitol building.

This report and the deployments of gas canisters are to the best of my recollection at the time of this report.

I was assigned to APD ERT squad eight (8) under the direct supervision of Sergeant Hummel and Lieutenant Carlson."



31

## Officer Ingersoll  05-31-2020 Washington / Colfax

Ingersoll gas from Ofc Villani BWC   2138 hours

Ingersoll gas cannister on Colfax  2138 hours

From Officer Bubna's BWC <mark>same event different view</mark>



32

Fitouri 019241

# Officer Budaj - Overview

Officer Cory Budaj #26230

18 years with APD

Currently Assigned District 3 Patrol

NO BWC during deployment.

Assigned multi-launch 40mm. Also noted in his report was his UOF by deploying 40mm foam rounds in the area of Colfax and Washington. Noted deploying several more 40mm foam rounds at protesters throwing projectiles and shooting Police with paintball guns at Police as they pushed west to Pennsylvania.

Pulled from 16th and Washington during push on Colfax.

BWC working but was not recording during the UOF



33

## Officer Budaj – 2020-18765 Supplemental

"On 5/31/2020 this Aurora Police Officer (Budaj 26230) was assigned to the Emergency Response Team (ERT) as a designated Grenadier, and deployed to Downtown Denver to assist the Denver Police Department on a planned protest event. I was assigned to APD Squad 9, under Sgt Shaker. The total time of my deployment was 13 hours."



34

## Officer Budaj – 2020-18765 Supplemental

"During the deployment we were advised to remain mobile and address any issues as needed. During the deployment we were advised that a large group of people were gathering at DPD district 6, and that there was a concern that they would attempt to overrun the facility. After arriving in the area we acted as secondary support for the officers already there, handling lateral support of the intersection of W Colfax Ave and N Washington St. The crowd at that intersection was becoming increasingly hostile and was being given numerous lawful orders to exit the area. At that time the crowd became violent and started throwing rocks, bottles and other unknown items at the officers present. The officers present pushed the crowd to the West and my squad moved up and assisted in holding the line at W Colfax Ave and N Pearl St. At that location I was struck with approximately 4 paint ball rounds on my left hand. The paintballs were being shot at officers from a dark area further South on N Pearl St."



35

Fitouri 019244

## Officer Budaj – 2020-18765 Supplemental

"I deployed approximately 15 (40mm) foam baton rounds out of a Penn Arms launcher at unknown persons in the violent crowd. The parties targeted were involved in criminal behavior raging from property destruction to assaults on officers. The target areas were consistent with training provided. I have no identifying information on the parties targeted or the results of the force used. I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received. My department issued body worm camera was active for these incidents to the best of my knowledge."



36

Fitouri 019245

## Officer Budaj  05-31-2020 Washington / Colfax

Budaj deploying 40mm from Wilson BWC  2135 hours
Also captures Officer Sweeney deploy gas cannister.

Budaj grenade Colfax & Pennsylvania Wilson BWC  2141 hours

Budaj deploying 40mm from Sweeny BWC  2141 hours



37

Fitouri 019246

# Agent Ethan Snow- Overview

Agent Ethan Snow #312364

7 years with APD

Currently assigned to MCU – Homicide Unit

Assigned 40mm launcher.  Starts at Washington and Colfax line. Positioned to north of the Bear during push. No BWC issued during deployment so there is no BWC video of 40mm deployments.

Per Agent Snow's report 2020-18765 he deploys numerous 40mm foam rounds at violent protesters during the push towards Pennsylvania and Colfax Avenue.



38

Fitouri 019247

# Agent Snow – 2020-18765 Supplemental

Date: May 31, 2020. Approximately 2030 hours.  Approximate location of E Colfax Ave and Pearl St, City and County of Denver.

On the above date, time and location, I, Detective Ethan Snow #312364, was working in full department issued ERT uniform after being mandated to respond on my scheduled day off to ongoing protests in the City and County of Denver.

I was tasked with securing an inner perimeter at the Denver District 6 police station and provided with a less than lethal 40mm foam baton launcher.  At this time, there was a violent crowd that was involved innumerous acts of criminal behavior to include, but not limited to, destruction of property and assaulting police officers.

I was made aware by Aurora Police Department Sgt. Shaker that the violent crowd had blocked off E. Colfax Ave and was continuing to damage property along with throwing projectiles such as rocks, bricks, and unknown explosives. I was informed that assistance was needed with less than lethal munitions as the roadway was attempting to be cleared and the crowd was being ordered to move back.



39

Fitouri 019248

## Agent Snow – 2020-18765 Supplemental

I made my way to E. Colfax Ave from the northwest alley of E. Colfax Ave and N. Washington St. Once on E. Colfax Ave, I observed a large crowd of people who were yelling, screaming profanities, using derogatory language and appeared out of control. I observed people in the crowd had masks on. I observed numerous people in the crowd had makeshift shields made out of wood and other materials. I observed numerous people in the crowd were throwing rocks, chunks of brick, glass bottles and paint in my general direction as I approached a barrier in the street. Once at the street barrier, I observed the crowd was approximately 20 yards away. I observed an unknown person from the crowd throw an unknown explosive device that landed at my feet and exploded. The explosion was so loud it caused me to temporarily lose hearing in my right ear and a ringing sound that lasted for longer than 10 minutes. I observed an unknown person pick up a chunk of asphalt from the ground and throw it towards me as I was standing adjacent to other police officers. The chunk of asphalt was about the size of an average adult fist. The chunk of asphalt did not strike me but is unknown if it struck anyone else.



40

Fitouri 019249

## Agent Snow – 2020-18765 Supplemental

I observed this same unknown person pick up another chunk of asphalt. Due to the distance of the unknown person, other less lethal options were not practical to deploy in an attempt to stop the assaultive and injurious behavior that was imminently about to happen. I deployed one (1) less than lethal 40mm foam round at the unknown person who was about to throw another chunk of asphalt.  I targeted the abdomen area which is consistent with training provided.  The unknown person simultaneously threw the asphalt and concealed him/herself behind the north wall of the adjacent building. The unknown person immediately picked up another unknown object from the ground and began to wind his/her arm back.  I then deployed another 40mm foam round at the unknown person to stop the imminent assaultive and injurious behavior. The unknown person dropped the object from his/her hand and ran away. Due to the unknown person running away, an arrest or any potential necessary first aid was not able to be made or provided and an identification was not made. During this time frame, rocks and other objects were still being thrown in my general direction and at other officers. While scanning the crowd, I observed a rock being thrown that came from the south side of E. Colfax Ave. The rock struck a uniformed police officer (unknown what agency).



41

Fitouri 019250

## Agent Snow – 2020-18765 Supplemental

I immediately approached the south side of E. Colfax Ave and was informed by other police officer verbally and by them pointing in the general direction of, that the person throwing the rock was on the east side of Pearl St, south of E. Colfax Ave.  I observed an unknown person who had a piece of what appeared to be plywood resting in front of him/her. The person immediately threw another rock in my direction. I deployed a 40mm foam round which struck the plywood in front of the unknown person.  The unknown person threw another rock in my direction as I was adjacent to other police officers. I deployed another 40mm foam round which again struck the plywood. The unknown person ran away.



42

Fitouri 019251

## Agent Snow – 2020-18765 Supplemental

As I shifted my focus back to the large crowd to the west, I observed another rock land on the ground in front of me which came from the same direction as the previous unknown person behind the plywood on Pearl St. I looked back over and observed what appeared to be the same unknown person pick up another rock and throw it in my direction. I deployed another 40mm foam round and the unknown person again ran away. I was not able to arrest the unknown person, identify him or her, or render any potential necessary first aid due to the act of fleeing. I did not deploy any other less than lethal munitions on this date. The unknown persons targeted were involved in criminal behavior that included assaults and attempted assaults on officers. The target areas were consistent with training provided.  The results of the force used is not known as all targeted unknown persons fled the area. I did not target any subjects that were not an imminent threat to myself, other offices or citizens. None of my munitions struck individuals outside of approved and appropriate target areas. No peaceful protesters were targeted by me at any time. I used the minimal amount of force necessary and lesser means were not practical due to the nature of the incident and totality of the situation and environment.  I am trained to operate and deploy less lethal launchers by the Aurora Police department and deployed this device within the policies and training received.

I am not assigned a body camera and thus did not have a body camera during this incident

43

Fitouri 019252

## Officer Sweeney, R - Overview

Officer Ryan Sweeney: ID#306799

Hired 2011-Basic Recruit

APD Work History:

Patrol, Detailed to BIG, Patrol Officer Specialist, Sergeant

Assigned to Emergency Response Team  Squad 2

Supervisor; Sgt Hummel

Assigned to Line with Long Baton



44

Fitouri 019253

## Officer Sweeney, R - Overview

Excerpt from Officer's report:

On May 31, 2020 at approximately 2251 hours, I (Officer Ryan Sweeney 306799) was assigned to the Aurora Police Department's Emergency Response Team (ERT). I was dressed in an Aurora Police Department ERT uniform and full crowd control gear.



45

Fitouri 019254

## Officer Sweeney, R - BWC 21:35:11 GMT-6

Investigators Notes:

Bear passes Officer in the alley and an unknown Officer throws a Chemical Agent towards Colfax/Pearl 4:48-4:52 (21:33:51 GMT-6), rioters have blocked Pearl/Colfax with dumpsters and several can be seen in the intersection. Possible Chemical Agent Deployment by unknown Sgt (same time stamp), Bear turns right onto west bound Colfax. Chemical Agents deployed in the Pearl/Colfax intersection. Objects thrown at Officers including Chemical Agents deployed to disperse the rioters, Rioters firing paint balls at Officers, and see strikes on the Bear.



46

## Officer Sweeney, R – BWC 21:35:11 GMT-6

Investigators Notes:

Paint balls being fired at Officers from Pearl  south of Colfax. Sweeney gets Chemical Agent/ Gas Grenade from Lt Carlson and deploys it south of Colfax on Pearl.



47

## Officer Sweeney, R – 21:35:11 GMT-6

Excerpt from Officer Sweeney's report:

I was walking Westbound in the Eastbound lanes of E. Colfax Ave. alongside the Bear and other officers. When we got to the intersection of E. Colfax Ave. and N. Pennsylvania St., a subject began shooting white paintballs at myself and other officers. This subject was on the West side of the 1400 block of N. Pennsylvania St. near a small parking lot. The paintballs caused pain when they hit an unprotected portion of my legs and arms. The paintballs were also causing other officers to abandon their spot on the line and take cover. Paintballs also hit my face shield which obstructed my vision until I was able to wipe off my face shield. Other subjects close to the subject shooting pantballs were throwing small rocks at myself and other officers."



48

Fitouri 019257

## Officer Sweeney, R – 21:35:11 GMT-6

Excerpt from Officer Sweeney's report continued:

"Since the assault with paintballs and rocks was not ceasing, I ran to the back of the Bear to inform Lt. Carlson that we needed gas so the group of subjects would disperse and stop shooting paintballs and throwing rocks at myself and other officers. Lt. Carlson gave me a gas canister and I threw it in the direction of the subjects while making sure not to strike them with the canister. The gas was effective and the hostile group of people dispersed and stopped shooting paintballs and throwing rocks."



49

Fitouri 019258

# Officer Sweeney, R –Vievu 22-51-.AVI

BWC 21:35:11 GMT-6

Sweeney Grenade



50

Fitouri 019259

# Agent Knight - Overview

Agent Ralph Knight #317074

4 years with APD

Currently and Agent assigned to GRIT

Assigned multi-launch 40mm. ==Notes in his report that his body camera died sometime in the evening of 05-31-2020 and notified Sgt. Luallin.== Also noted in his report was his UOF by deploying one sting ball grenade and one 40mm foam round in the area of Colfax and Washington. In the report he stated he deployed several more 40 mm foam rounds at protesters using wood as shields and throwing projectiles at Police as they pushed west to Pennsylvania.



51

Fitouri 019260

## Agent Knight – 2020-18765 Supplemental

"On May 31, 2020, I, Officer R. Knight (317074) was deployed as a grenadier with the Aurora Emergency Response Team to assist with protests/riots in the City of Denver. I was tasked as a grenadier and assistant squad leader under the direct supervision of Sgt. Luallin. I was equipped with a department issued 6 shot 40 mm less lethal launcher."



52

## Agent Knight – 2020-18765 Supplemental

"A new skirmish line was made at Colfax and Pennsylvania. While on the skirmish line at Colfax and Pennsylvania I observed two subjects pick up a large piece of plywood. I believed these subjects were going to use the plywood as cover in order to throw items or ignite fireworks to shoot at us. I launched a CTS 4557 40mm foam baton at one of the subjects who was wearing a red shirt." My point of aim was the midsection just above the belt line. Upon being impacted, the subject dropped the plywood but then picked it up again. I launched a second CTS 4557 foam baton at the subject who appeared to turn as I launched the foam baton. ==I observed the foam baton impact the subject in the buttocks. The subject dropped the plywood== advanced towards officers stating he was just trying to help the businesses.



53

Fitouri 019262

## Agent Knight 2020-18765 Supplemental continued

"The subjected turned around then disappeared into a crowd of people. After the majority of the crowds dissipated I was on a small skirmish line at Colfax and Pearl. A male black subject approached the skirmish line on a bicycle. The subject was told multiple times to turn around to which he stated he was going home. The male did not comply and was in violation of the City of Denver's curfew law. Other officers took the male in custody. I took the subject's bicycle and moved it out of our way. I then provided cover while officers removed the subject from the area. My body worn camera was activated during periods throughout the day while on various skirmish lines. My body worn camera battery died during the evening at which time I notified Sgt. Luallin."



54

Fitouri 019263

## Officer Wilson – Push to Pearl St., Paintball attack

Excerpt from Officer Wilson's narrative;

"At one point the crowd was so large and was not moving back much, it was asked if Aurora can begin pushing the crowd back, west on Colfax Ave away from District 6. We used our armored vehicle in the center of Colfax for partial cover if needed. I took a position on the line and continued to get hit with paint balls, rocks and other objects from the crowd while pushing the crowd back. The crowd was pushing dumpster's on fire towards police and the line. The crowds finally disperse after approximately a 2.5 block push by officers."



55

Fitouri 019264

# Officer Wilson – Push to Pearl St., Paintball attack

Officers including Wilson & BEAR shot with paintballs

2135  Already watched on Budaj slide



56

Fitouri 019265

## Officer Woodyard - Overview

Officer Nathan Woodyard: ID# 0314452

Hired 2016 - Basic Recruit

Assignments: Patrol, Academy, Electronic Support Section

Officer's role (Summary) here: Less Lethal Shot Gun grenadier, driver. <mark>Indicates in his report that his BWC battery died</mark>



57

Fitouri 019266

## Officer Woodyard  –  2020-18765 Supplemental

Related Excerpt from Officer Woodyard's report:

"We were given the order to move out from the alley just west of Washington to Colfax and begin pushing the rioters westbound towards the Capitol. While doing so we were met with a large group of violent rioters who, among other things, were throwing bottles, rocks, lit fireworks, and softballs at myself and the officers I was on line with."



58

Fitouri 019267

## Officer Woodyard  –  2020-18765 Supplemental

Related Excerpt from Officer Woodyard's report:

"During this advance I was equipped with a less lethal Remmington 870 shotgun loaded with less lethal bean bag rounds. I fired approximately twenty five (25) rounds from my less lethal shotgun at unknown persons in the aforementioned group of violent rioters. The persons I targeted were engaged in dangerous and illegal activity from destruction of property, and assault on myself and officers around me. The parties I deployed my less lethal shotgun on did not surrender themselves to be identified and charged properly, and I have no identifying information for them. Instead, these parties merged back into the crowd and created a scenario where attempting to arrest them would be unsafe."



59

Fitouri 019268

## Officer Woodyard  –  2020-18765 Supplemental

Related Excerpt from Officer Woodyard's report continued:

"I have received training from APD on how to use the less lethal shotgun, and deployed this less lethal shotgun consistent with the training I received.

My body camera had ran out of battery at this point in the protests and did not record the events from this day."



60

Fitouri 019269

End of Phase 4



Fitouri 019270



 Force Investigation Unit, Professional Accountability Division

Fitouri 019271

# Denver Protests
# Sun, May 31 – Mon, June 1, 2020

## 2020-Tier2-0108
## APD Case# 20-18765

## PHASE 5

2

Fitouri 019272

## Phase 5 defined & FIU Reviews

The Force Investigations Unit reviewed several hours of body worn camera videos related to the activities of the Aurora Police Department Emergency Response Team as well as members of SWAT after they made the big push of rioters away from Denver Police Department District 6.  Officers set up skirmish lines across several intersections and alleys.  The FIU labeled this occurrence "Phase 5."

Several dedicated rioters remained and attempted to assault officers as they had done before with various objects being thrown and shot at the officers.  Warnings and announcements continued, advising these rioters to leave the area.

The FIU found that the videos as well as officer reports documented the above occurrences as well an arrest that was made in the area.  There was also an incident similar to the night before, where DPD hanging from the sides of one of their vehicles were injured in an accident.  APD officers assisted by setting up a perimeter around the accident until medical help arrived.  No use of force occurred during this injury accident.

Phase 5 lasted for approximately 30 minutes from approximately 2200 hrs until 2230 hrs.



3

Fitouri 019273

## Denver Protests – Phase 5 – Police Line Locations

Intersections/areas Aurora Police skirmish lines were located:

1. E. Colfax Ave. & Washington – No UOF reported/observed
2. Office Depot Alley – Tier 1 UOF & Arrest
3. E. Colfax Ave. & Pennsylvania St. – grenadiers reload
4. E. Colfax Ave. & Pearl St – No UOF reported/observed

Note: Some of these lines contained officers/deputies from other jurisdictions to include Denver Police, Jefferson County Sherriff's Department, and Denver Sheriff's Department.



4

Fitouri 019274



## Phase 5 – Holding at Colfax Ave & Pennsylvania

After the push of rioters west on E. Colfax Avenue, the main skirmish line held at the intersection of E. Colfax Ave. & Pennsylvania St. on the east side of this intersection.  During this time grenadiers were given the opportunity to re-up on less lethal ammunition at the back of the BEAR.

The majority of the rioters had been driven further to the west by 40mm as well as grenades.  These rioters attempted to reach the skirmish line with rocks, lacrosse balls, and other debris as well as shell-and-mortar style fireworks.  Instead they hit other rioters/protestors on the west side of this intersection.



Fitouri 019276

# Phase 5 - Arrest & Tier 1 UOF



7

Fitouri 019277

# Phase 5 - Arrest & Tier 1 UOF - Office Depot Lot



8

## Officer Matthew Campbell - Overview

Officer Matthew Campbell #315887

2018 Basic Recruit

Assignments: Patrol

Line Officer with Baton

Assisted Officer Perkins and Sawyer arrest male near Office Depot (Washington and Colfax) at approximately 2206. Performed Tier 1 control & take down.



9

Fitouri 019279

## Officer Kaycie Sawyer - Overview

Officer Kaycie Sawyer #315225

2017 Basic Recruit

Assignments: Patrol, Patrol Officer Specialist

Line Officer with Baton

Assisted Officer Perkins and Campbell arrest male near Office Depot (Washington and Colfax) at approximately 2206.



10

Fitouri 019280

## Officer Grant Perkins - Overview

Former Officer Grant Perkins  - Resigned 06.29.2020

Line Officer with Baton

Assisted Officers Sawyer and Campbell with arrest of male near Office Depot (Washington and Colfax) at approximately 2206 hrs



11

Fitouri 019281

## Excerpt from Officer Campbell – GO# 2020 – 18765

"As I was returning back to the area of a specific rally point, I saw two of our grenadiers verbally addressing a man who continued to disregard their orders to go home and was taking cover in one of the alleyways behind the newly established skirmish line on E Colfax Ave.

The man would continually come from behind the dumpster/look around it to see if we had left the area. A multitude of extremely loud, clear orders were given to the man to go home but he continued to disregard them and attempt to hide from us.

An arrest team was set up to apprehend the individual as he was violating curfew and disobeying multiple lawful orders.

I went up around the side of the dumpster enclosure where this man was last seen and grabbed his right arm. I then guided him to the ground where I assisted the arresting officer place him into zip cuffs.

I have no identifying information on the party targeted or the results of the force used. I am a trained through the Aurora Police Department and all action were taken within the policies and training received. My department issued body worm camera was active for these incidents to the best of my knowledge."



12

Fitouri 019282

## Officer Sawyer – 2020-18765 Supplemental

On Sunday, May 31, 2020, I was working an ERT assignment in the City and County of Denver, Colorado due to ongoing riots and civil unrest of the incident involving George Floyd.

My ERT squad was called to assist in the area of E. Colfax Ave. and N. Washington St. to protect Denver Police District 6 from potential property damage and persons from assault. The city of Denver issued a curfew for 2000hrs. Several loud, clear, dispersal orders were given to the large crowed who were in the area. Several minutes after this curfew was issued, myself and Officer Winters, Officer M. Campbell, and Officer Perkins observed a white, male in a teal shirt standing just to the south and another unknown male.



13

Fitouri 019283

## Officer Sawyer  –  2020-18765 Supplemental

The two subjects walked behind a large storage type structure out of sight. Officer Winters and I gave the two males loud orders to "leave" and "go home." One of the males ran off southbound. The male with the light blue shirt remained behind the structure. This male was given additional orders to leave and go home, however he remained stagnant.

Officer Campbell, Officer Winters, and Officer Perkins and I walked behind the structure where the male was standing. As we went hands on with this male, he began to pull away and tense up. The male was taken to the ground, where I pinned his legs to prevent him from getting back up or kicking. The male tensed his arms as Officers were trying to place his hands in cuffs. Officer Perkins was able to apply quick cuffs on the male.

This concludes my involvement in this incident. My department issued body worn camera was on and activated.



14

Fitouri 019284

## Officer Campbell arrest with Officers Sawyer, Perkins and Winters

Sawyer assist in arrest near Office Depot

Campbell, Matt arrest male near Office Depot

No reports from Perkins.  No BWC videos.  Sgt. Ortiz confirmed with ESS that Perkins had 6 BWC videos for 5/31/2020 which had not been categorized correctly and had all been deleted due to retention.

Winters is facing away from arrest team so his activated BWC did not capture the arrest and/or UOF.



15

Fitouri 019285

# City of Aurora, Colorado

## Presentation



 Force Investigation Unit, Professional Accountability Division

Fitouri 019286

# Denver Protests
# Sun, May 31 – Mon, June 1, 2020

## 2020-Tier2-0108
## APD Case# 20-18765

## PHASE 6

2

Fitouri 019287

# Phase 6 defined & FIU Reviews

The Force Investigations Unit reviewed several hours of body worn camera videos related to the activities of the Aurora Police Department Emergency Response Team as well as members of SWAT after Phase 5.  These members went "mobile" after the Phase 5, with the mission of making arrests.  The FIU labeled this occurrence "Phase 6."

The FIU found that the videos as well as officer reports documented the above mission as well as arrests that were made in the area.  There were also several documented use of force incidents done to protect officers, deter criminal behavior, as well as to effect an arrest on rioters, arsonists, etc.

Phase 6 was the last portion of the APD ERT activities related to the 05.31.20 "Outside Assist" and it lasted for approximately one hour, but end times varied based on individual officer(s) activities...



3

Fitouri 019288

# Phase 6 – Mobile arrest teams

Significant incidents:

- Brukbacher, Redfearn, Brown – Tier 2 (sting ball deployment with arrests)
- State Capitol Defense – Carlson & Enriquez Tier 2 UOF (grenades)
  - Sweeny - Tier 2 UOF (baton) - Enriquez assist w/ arrest
  - Hummel & Ingersoll – Tier 2 UOF - grenade
- Bender arrest #2 – No UOF documented – 11th & Bannock
- Wilson arrest - No UOF observed – arrestee armed
- Rosenblatt Tier 2 UOF (40mm) – Art museum
- Brukbacher, Redfearn, Brown – Tier 2 (sting ball deployment & 40mm deployment with arrests)
- Shipley - Tier 2 UOF (40mm) – Circle K
- Brukbacher, Redfearn, Brown –Assist DPD with arrest 1100 blk Bannock -No UOF observed



4

## Phase 6; Three arrests made 14th & Logan@ 22:41 Sgt Brubacher UOF

Involved APD officers;

- Sergeant Brukbacher – ID# 024203
- Captain Redfearn – ID# 023303
- Division Chief Terry Brown – ID#181350

Arrestees;

- Sergio Luevano, DOB 03-31-99, DPD Case# 2020-336785
- Isabell Rice, DOB 08-20-98, DPD Case# 2020-337752
- Tristian Riley, DOB 06-02-01, DPD Case# 2020-336766



5

Fitouri 019290

## Phase 6, Arrest 14th/ Logan
## Sgt Brubacher UOF

Investigator's notes;

Capt Redfearn driving, Division Chief Brown in the right front seat, Sgt Brukbacher in the driver's side rear, patrolling the area for illegal activity. They were west bound on E Colfax Ave approaching Logan St, when they observe parties trying to ignite a dumpster at Colfax/Logan. Capt Redfearn make a U turn to east bound Colfax and Sgt Brukbacher engages with one Sting Ball Grenade and the parties flee south. Two parties taken into custody by Capt Redfearn and Div Chief Brown, Luevano, Sergio 033199, Rice, Isabel 082098, respectively. The third party involved, Riley, Tristan 060201, taken into custody by Denver PD.

Note: UOF not on BWC, description of UOF recorded on Sgt Brukbacher's BWC 22:53:00 GMT-6.



6

Fitouri 019291

## Phase 6, Arrest 14th/ Logan
## Sgt Brukbacher UOF

Investigator's notes (22-41-00.AVI):

Sgt Brukbacher moves through 1400 block Logan/Pennsylvania Alley and makes contact with Div Chief Brown with female in custody and provides security. Parties are taken to 1400 block of Logan St. Suspect(s) not seen on BWC nor any arrest.

- (2:36) Officer talking with suspect, "Why are you running?" Female says, "Because I am trying to go home." Airs on radio, one in custody at 14th and Logan. Walks suspect back to vehicles, two in custody.

- (4:48) Male party says, "I just saw everybody run so I thought, I gotta run too."

- (5:00) Capt Redfearn heard relaying that we caught the ones lighting fires.

- (5:20) Walks male party to 1400 block of Logan, asks if he is injured, male says he is not, says his phone is "back there" Sgt Brukbacher says we will see if we can get that recovered. Sgt Brukbacher related to other Officers that they saw four people around a dumpster prepping it to set fire.

- (8:02) Sgt Brukbacher says he thinks one of the suspects got OC'd.



7

Fitouri 019292

## Phase 6, Arrest 14th/ Logan
## Sgt Brukbacher UOF

Investigator's notes;

Capt Redfearn says he knows where suspects phone is and goes to recover it. A male suspect says he has fireworks in his pocket. DPD Sgt tells Sgt Brukbacher they saw them " flip around" and saw them running, they came to assist, and Sgt Brukbacher relates to a DPD Officer the charges, attempted Arson for all three and one for Failure to Obey (running from Officer), DPD Officer then speaks with arrestees. Sgt

Brukbacher tells DPD Officer that they see the parties trying to light a dumpster on fire, he throws a sting ball at them (11:45-12:15 (22:53:00 GMT-6)).

(12:30) Sgt Brukbacher gets names of arrestees;

- Luevano, Sergio 033199

- Rice, Isabel 082098

- Riley, Tristan 060201 (apparent exposure to OC)


All three transported by Denver Sheriff's (did not record CAD Number on BWC). No UOF seen on BWC.



8

Fitouri 019293

# Phase 6, Arrest 14th/ Logan
## Sgt Brukbacher UOF

Excerpt from Sgt Brukbacher's report:

On 05-31-2020 at about 2230 hrs, I was deployed as an Aurora Police Officer to the City of Denver to assist with violent protests that had erupted.  I was in an unmarked police vehicle along with Captain Stephen Redfearn and Division Chief Terry Brown and we were patrolling Colfax Ave from Washington St looking for criminal activity related to the protests/riots that had been on-going all weekend.  As we were driving past Logan St, we observed several parties huddled around a trashcan on the corner and appeared to be attempting to light the material on-fire.  Captain Redfearn was operating the vehicle and I was in the rear seat.  We made a u-turn and observed the parties igniting the material with a lighter.  I deployed a CS Sting-ball grenade at the parties to rapidly stop the criminal activity.  At this time, we had probable cause to arrest the parties for an arson related charge as well as violating the curfew order that was in place.  The parties fled the area, but we observed 3 of them running S/B down Logan.  We went around the block and located them still running.  We went after 2 of them running down the alley to the North back towards Colfax.  We stopped next to one party who was later identified as Leuvano.  Captain Redfearn took Luevano into custody.  Division Chief Brown began chasing another that turned around and ran away from us S/B.  I could hear him give orders to her to stop.  I chased after DC Brown and located him between 2 parked cars in a parking lot with the female on the ground.  DC Brown took the female into custody.  She was identified as Rice.  I was advised that additional officers arriving on-scene located Riley and he attempted to flee from them and was sprayed with OC.  All 3 were observed around the garbage can when the fire was being ignited.


The parties in custody were released to a Denver Sheriff scout car at the location. This concludes my involvement in this case.



9

Fitouri 019294

## Phase 6, Arrest 14th/ Logan
## Sgt Brukbacher UOF

*Excerpt from Capt Redfearn's report:*

I left the location at one point to go to staging to retrieve more less lethal munitions that had arrived. We cleared this location around 2235 hours.

Upon departing the area, I was driving West on Colfax Avenue when Sgt. Brukbacher noted that a group was lighting something on fire on the South Side near Sherman Street. We attempted to contact the group and they ran. I drove in the direction of the group and we detained several people. Sgt. Brukbacher will be doing this report and DPD was present with us.



10

Fitouri 019295

# Phase 6; Arrest 14th/Logan @ 22:41
## Context view





11

Fitouri 019296

# Phase 6; Arrest 14th/Logan @ 22:41



Fitouri 019297



Fitouri 019298



# Phase 6; Arrest 14th/Logan @ 22:41

Capt Redfearn, Sgt Brukbahcer Male in custody (Leuvano)

DPD Male in custody (Riley)

Div Chief Brown w/ Female in custody (Rice)

14

## Sgt Brukbacher – Vievu **2020-05-31_22-41-00.AVI**

00:00-2:51 (22:41:00 GMT-6)

Brukbacher post Sting Ball Deployment

Capt Redfearn's BWC Vievu 2020-05-31_22-42-11.AVI

 0:00- 1:25 (22:42:11 GMT-6)

Redfearn handcuffing suspect

12:00-12:17 (22:53:00 GMT-6)

Brukbacher describes incident



15



# Phase 6: Capitol





# Phase 6: Capitol
# Movement from Colfax/Grant

**Arrest by Sweeney**

**Approximate location of Chemical Agent Deployment by Eriquez, Hummel and Carlson, Ingersoll**

17

Fitouri 019302



Fitouri 019303

# Lieutenant Carlson - Overview

Officer: Cassidee Carlson – ID# 0262150

Rank/Job Title: Police Lieutenant

Hired Date: 2003 - Basic Recruit Officer

Work History:

Patrol, Detail Property & Evidence Unit, Detail Metro Gang Task Force, Direct Action response Team, Agent, D2 Detectives, Sergeant, Patrol Sergeant, Media Relations Unit Sergeant, DART Sergeant, SRT Sergeant, Crimes Against Children & Internet CAC Sergeant, Lieutenant, Patrol Lieutenant, Internal Affairs Lieutenant, D2 District Executive Officer, D1 Commander

Officer's role: On-call Lieutenant for the Emergency Response Team, control/supervise multiple squads



19

Fitouri 019304

## Lieutenant Carlson– Tier 2 UOF (grenade)
## Phase 6; State Capitol

Related excerpt from Lt Carlson GO# 2020-18765:

"Later I was called to the area of Colfax and Grant where I threw one gas munition to move a crowd that was throwing rocks and fireworks and potentially damaging the State Capital.

My body worn camera was activated"



20

## Lieutenant Carlson – Tier 2 UOF (grenade)
## Phase 6; State Capitol

Investigators Notes:

- 2020-05-31_22-53-45.AVI
  - *No Use of Force by Lt. Carlson Observed, but described in narrative.*



21

## Officer Michael Enriquez - Overview

Officer Michael Enriquez #314420

Line Officer with Baton– Deployed one CS gas cannister and assisted Officer R. Sweeny with an arrest near the State Capitol.



22

Fitouri 019307

# Officer Michael Enriquez – 2020 –18765

*Excerpt from Officer Enriquez's report;*

On May 31, 2020 at approximately 2252 hours, I (OFC Enriquez) was assigned to the Emergency Response Team assisting Denver PD with the violent riots.

At the above date and time my squad was conducting patrol in the area of the State Capitol located on E Colfax Ave/ N Sherman St, City and County of Denver, State of Colorado. While inside our vehicles we were taking multiple projectiles (ie rocks, glass bottles and M80 type fireworks) and had to use evasive maneuvers to avoid injuries. My squad drove down the block and regrouped with Denver PD, so we can address the lawless, violent behavior of the rioters.



23

Fitouri 019308

# Officer Michael Enriquez – 2020 –18765

*Excerpt continued from Officer Enriquez's report;*

While walking down E Colfax Ave addressing the crowd, we were still taking projectiles and the crowd was not following lawful orders to disperse. Due to getting hit by the projectiles( which were being thrown by a white male wearing a black shirt and black face mask), we needed to disperse the crowd for Officers safety and for the safety of innocent bystanders. I deployed one cannister of tear gas, which was highly effective and most of the projectiles ceased. PD was able to clear the area in a safe manner and regain control of the State's Capitol.

Once I deployed the Tear Gas canister, I observed Aurora PD OFC Sweeny, R(306799), trying to make an arrest, on a suspect who was resisting. I left the ERT line and assisted OFC Sweeny to make an arrest without injury. Once we were able to restrain the suspect, custody of him was given to Denver Sheriff Department without further incident.



24

Fitouri 019309

# Phase 6: Capitol



## Officer Michael Enriquez deployment of one CS gas Grenade and assist on arrest w/ Sweeny

Vievu 2020-05-31_22-51-34.AVI

0:36-1:20 (22:51:35 GMT-6)

Enriquez 05-31 CS gas deployment - hands on arrest



26

Fitouri 019311

## Officer Sweeney, R - Overview

Officer Ryan Sweeney:  ID#306799

Hired 2011-Basic Recruit

APD Work History:

Patrol, Detailed to BIG, Patrol Officer Specialist, Sergeant

Assigned to Emergency Response Team  Squad 2

Supervisor;  Sgt Hummel

Assigned to Line with Long Baton



27

Fitouri 019312

# Officer Sweeney, R – Phase 5, Baton Thrust

Investigators Notes:

Sweeney reports using a baton thrust to move a Male, later identified as Nathan Walsh 2-8-79, Walsh is was walking towards Officers and refusing to stop, Sweeney stats he delivers a light baton thrust to move him back from a Denver Police Officer equipped with a Pepper Ball Gun. Walsh is on the ground at the beginning of Sweeney's BWC, no 30 second buffer. Sweeney and an unknown Officer repeatedly tell Walsh to get up, male saying he is going to Alaska then he is from Alaska and refuses to comply. Officers pick Walsh up and appear to try and move him along, the Walsh drops to the ground and Sweeney tells him he is under arrest. Walsh resists Officers by pulling his arm away, against their attempt to control him.  Walsh is on his side asks why he is being arrested, he is told curfew and is eventually handcuffed. Walsh makes incoherent statements about palindromes (?), Waco Texas, drunk ass America etc. (?) and these are not my boots, they are your boots. Officers escort Walsh to Colfax/Sherman. Walsh never complains of any injury. Walsh is charged with Disobedience to a Lawful Order and transported by Denver Sheriff's Office.



28

Fitouri 019313

# Officer Sweeney, R – Phase 5, Baton Thrust

Excerpt from Officer Sweeney's report:

On May 31, 2020 at approximately 2251 hours....

"At the above date and time, I was assisting with crowd control in the 200 block of E. Colfax Ave. in the City of Denver, County of Denver, and State of Colorado.

I was on the North side of the block walking with two Denver officers with pepper ball guns on either side of me. We were walking Westbound on E. Colfax Ave. to disperse an unruly crowd from the area.

We came upon Nathan Walsh (DOB: 02/08/1979) who was walking Eastbound towards us. Nathan approached the Denver officer to my left and the Denver officer held out his free hand in order to gently push Walsh in the other direction. Nathan continued to try to walk Eastbound and brought his hands up as if he was going to push the Denver officer. I performed a baton thrust to Walsh's torso and told him to get back. Walsh fell to the ground and would not get up after being told numerous times to get up. Walsh just held his hands up and continued to repeat that he was from Alaska. I attempted to lift Walsh up in order to get him to go the other direction. Walsh seemed to be dropping his weight down to the ground in order to be difficult. I kind of got Walsh stood up and tried to guide him Eastbound but he would not move."



29

# Officer Sweeney, R – Phase 5, Baton Thrust

Excerpt from Officer Sweeney's report continued:

"I told Walsh to put his hands behind his back and he dropped to the ground on his back. I yelled, "You're under arrest." to Walsh and he tucked his hands in towards his stomach and resisted my efforts to handcuff him. I yelled, "You're under arrest," again and Walsh responded by saying, "For What?" I told him for curfew and he continued to resist mine and other officers' efforts to handcuff him. After a brief struggle, I was able to handcuff Walsh.

I then walked Walsh to the 1500 block of N. Sherman St. with a Denver Sergeant who assisted me with handcuffing Walsh.

I eventually transferred custody of Walsh to a Denver Sheriff deputy. I advised the deputy that Walsh was being charged for violating curfew and whatever Denver municipal code would mirror the Colorado state charge for Obstruction (CRS 18-18-104).

My body camera was running and the file name for the video that captured this incident is 2020-05-31_22-51-07.AVI.

There is no more information in regards to this incident."



30

Fitouri 019315

# Officer Sweeney, R –Vievu 22-51-07.AVI

00:00-1:41 (22:51:07 GMT-6)

[Sweeney Baton Thrust](#)



31

Fitouri 019316

# Sgt. Hummel- Overview

Sergeant William Hummel #308057

Squad Sergeant – Deployed one pepper ball grenade in phase 3 one CS gas grenade phase 4 and one CS gas grenade in phase 6.



32

## Sgt. Hummel Gas deployment at Capitol Vievu
## 2020-05-31_22-49-38_AVI

02:19-2:37 (22:52:01 GMT-6)

Hummel gas deployment Capitol



33

Fitouri 019318

## Officer Ingersoll - Overview

Officer Luke Ingersoll #315875

2 years with APD / Lateral Officer 2018-1L

17 years with Jefferson County SO

Currently assigned to  SWAT

Lethal support for Sgt. Hummel's Squad.  Per report 2020-18765 he deployed two gas cannisters by hand at Pearl and Colfax during push from Xbar alley and One gas cannister near the Capitol.  Follow-up indicated BWC battery died shortly after 1830 hours on 05-31-2020.  Found BWC video from Bubna and Villani showing Ingersoll deploy gas cannister at Pearl and Colfax during push.



34

Fitouri 019319

# Officer Ingersoll – 2020-18765 Supplemental

"On 05/31/2020, I, Commissioned Aurora Police Officer L Ingersoll (315875)was assigned as a uniformed member of the Aurora Police Department. I would be assisting uniformed members of the Emergency Response Team (ERT) who would be assisting the Denver Police Department (DPD) with crowd management.

I would be providing "cover" for the ERT units and would take an enforcement action if a lethal threat presented itself to citizens, ERT or other law enforcement members.

During the several hours long deployment throughout Denver, I deployed three canisters of hand held CS gas. I conducted a "sighted delivery" of all three canisters. These canisters were deployed after orders were given to the crowd to disperse. The dispersal order was given after law enforcement personnel was being assaulted with rocks, bricks and bottles being thrown at uniformed law enforcement personnel.

I deployed two canisters of gas near DPD district six (6) building and one near the state capitol building.

This report and the deployments of gas canisters are to the best of my recollection at the time of this report.

I was assigned to APD ERT squad eight (8) under the direct supervision of Sergeant Hummel and Lieutenant Carlson."

35

Fitouri 019320

# Officer Jason Rosenblatt - Overview

Officer Jason Rosenblatt #315112

Line Officer with 40mm launcher



36

Fitouri 019321

## Officer Rosenblatt – 2020 – 18765 Supplemental

"On 05/04/2020 at an unknown time I deployed 1 (40mm) foam baton rounds out of a Penn Arms launcher at unknown persons in a violent crowd. The party targeted was involved in criminal behavior by throwing a baseball sized rock that barely missed my person and officers around. The target area was consistent with training provided. I have no identifying information on the party targeted or the results of the force used. I am a trained operator of less lethal launchers through the Aurora Police Department and deployed this device within the policies and training received. I never took aim at a non approved target area.

I observed the subject run after being hit with a 40mm foam baton round and he did not appeared to be injured. My department issued body worm camera was active for these incidents to the best of my knowledge."



37

Fitouri 019322

## Officer Jason Rosenblatt - Overview



Fitouri 019323

## Officer Rosenblatt deployment of one 40mm foam round

Vievu 2020-05-31_23-06-29.AVI

1:04-1:21 (23:07:34 GMT-6)

Rosenblatt 40mm 1300 Bannock St

Sgt Chamberland BWC 2020-05-31_23-07-13.AVI

0:32-0:40

Chamberland BWC of Rosenblatt 40mm



39

Fitouri 019324

## Phase; 6, Arrest, 11th/ Acoma @23:27
## Sgt Brukbacher UOF

**2020-05-31_23-08-13.AVI Run time 10:38**

**No UOF.**

**2020-05-31_23-25-49.AVI Run time 23:15**

In vehicle talking with Div Chief Brown and Capt Redfearn about June 1 deployment.

1:25-2:25 (23:27:16 GMT-6)

Party identified fleeing from Colorado State Patrol on foot.  Capt Redfearn asks if he is ready, Sgt Brukbacher affirms then says, get me next to him, Emergency Lights and siren activated, 40mm Foam Round fired, orders to get on the ground.  Officers seen taking party into custody. Capt Redfearn speaks with Arresting Officers. (11th /Acoma)



40

Fitouri 019325

## Phase; 6, Arrest, 11th/ Acoma
## Sgt Brukbacher UOF

Excerpt from report:

I also assisted Colorado State Patrol in apprehending a subject who was fleeing from them on foot. Captain Redfearn was operating our vehicle and brought me up alongside of the running suspect. I deployed my 40mm launcher and fired one round at the suspect striking him in the side. This deployment stopped the male from running and he was taken into custody by other units. I do not have the name of this suspect.



41

Fitouri 019326



# Phase 6; Arrest 11th/Acoma @ 23:27

Fitouri 019327



## Phase 6; Arrest 11th/Acoma @ 23:27
## 11th approaching Acoma

Fitouri 019328

## Phase 6; Arrest, 11th/ Acoma @23:27
### Sgt Brukbacher UOF

Excerpt from report:

I also assisted Colorado State Patrol in apprehending a subject who was fleeing from them on foot. Captain Redfearn was operating our vehicle and brought me up alongside of the running suspect. I deployed my 40mm launcher and fired one round at the suspect striking him in the side. This deployment stopped the male from running and he was taken into custody by other units. I do not have the name of this suspect.

Vievu 2020-05-31_23-25-49.AVI

0:11-0:35 (23:27:15 GMT-6)

Brukbacher 40mm from vehicle



44

Fitouri 019329

## Justin Shipley- Overview

Lieutenant  Justin Shipley #239380

16 years with APD

Currently a District Lieutenant District 1.

On May 31, 2020 Shipley was a Sergeant in a roving Patrol in Denver.



45

Fitouri 019330

# Lt. Shipley – 2020 – 18765 – Supplemental report

Author: Sgt. J. Shipley #23938

05/31/2020 Approximately 23:28 Hours

I was deployed to assist Denver Police with a riot situation. I was assigned to a marked Aurora Police Car with four Officers and per the command post we were a roving patrol unit and were to assist Denver where ever they needed us.

Throughout the night we were met with violent protesters where items were thrown at us and our vehicle. During our patrols I saw people lighting dumpsters on fire, had large mortar type fireworks thrown at me, and several people arrested were armed with firearms. It is also important to note that the City of Denver had enacted a curfew which began at 20:00 hours.

Denver Police were out with a large group of protesters at the Circle K near E 10th Ave and Broadway and asking for assistance with the group. Upon our arrival I noted that we were out numbered by the protesters and they had not yet been detained, several officers were in the process of searching and handcuffing them.

Denver Police aired that they were in a foot chase with more protesters who were scene fleeing the area of a dumpster fire and damaging property. These protesters were running in the alley behind the gas station. I observed a Denver Police Officer start to run towards the alley and I went behind him. Once I could see the alley I observed approximately 15-20 people running towards our location. I was concerned if the parties were to run towards the gas station they would be a threat to the officers dealing with the other group at the gas station.



46

Fitouri 019331

## Lt. Shipley – 2020 – 18765 – Supplemental report (continued)

"I gave several orders for people lay down and some did but others refused.

I still felt that I was in danger due to the amount of people in the area and the lack of officers with me. I deployed a few more 40mm foam rounds at the people not complying and once other Denver Officers arrived on-scene several people were arrested. Some of the parties were able to flee the area by jumping over a large fence and others fled on E 10th Ave. I deployed a total of 6 foam rounds. I am a trained operator in the deployment of the 40mm launcher and deployed the foam rounds consistent with my training from the Aurora Police Department. I targeted approved areas of the body when I deployed the foam rounds. I returned to the gas station and observed Ofc. Villamor attempting to take a pair of handcuffs off a male. The male became very upset and was yelling at Ofc. Villamor. The handcuffs were removed and replaced with zip-tie style handcuffs.

Denver Officers remained with the detained parties and we cleared the area to assist at other locations.

NFAT///"



47

Fitouri 019332



Phase 6 Arrest with DPD Circle K at 10th Ave. And Broadway 23:28 hours 05-31-20

## Sgt. Shipley – UOF (40mm)  Circle K
## Vievu 2020-05-31_23-28-28.AVI

**0:01-2:18** (**23:28:31 GMT-6**)
Shipley 40mm deployment



49

Fitouri 019334