

# CIVIL ACTION NO. 1:20-CV-01878-RBJ

## ELISABETH EPPS, ET AL.

## V.

## CITY AND COUNTY OF DENVER, ET AL.

### DEPONENT:

### ANTHONY HAMILTON

### DATE:

### December 09, 2021



Exhibit 26

```
 1  the Aurora officers, and you stood there in that
 2  skirmish line for approximately an hour, right?
 3       A.   I -- I -- again, I don't recall how long we
 4  were there.
 5       Q.   Okay.  But you were there holding the line at
 6  that intersection for a period of time until you and --
 7  you and the other JCRS officers and Aurora moved west,
 8  right?
 9       A.   Correct.
10       Q.   Okay.  And you did that on foot, right?
11       A.   We had, kind of, a combination of on foot and
12  trucks.  We had to move our trucks with us.
13       Q.   Okay.  Now, how many trucks did Jeff Co have?
14       A.   We typically deploy with our BearCat, which is
15  the armored vehicle, and then we have two equipment
16  trucks.
17       Q.   Okay.  And tell me what color uniform you were
18  wearing on that day.
19       A.   My uniform was my issued SWAT uniform, which
20  is a long-sleeved green shirt, green cargo pants, and
21  then my -- my external load-bearing vest.
22       Q.   Okay.  And the uniform that you were wearing
23  said sheriff on it, right?
24       A.   It did.
25       Q.   Okay.  It didn't say police, right?
```



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  that come out of the alley did not include any JCRS
2  officers, right?
3       A.   I couldn't say for sure.
4       Q.   Well, we just counted 19 JCRS officers that
5  came down Colfax, plus one that was driving the BearCat,
6  the JCRS BearCat, which this is not, right?  You would
7  agree it's not the JC -- and I can show you another
8  video, if you want, but this is not the JCRS BearCat,
9  correct?
10      A.   Correct.
11      Q.   Okay.  So there's the SWAT officer driving the
12 BearCat, and then there's the 19 officers we saw on
13 screen moving west on Colfax.  So this group right here
14 that moved out of the alley between Colfax and Pearl did
15 not include any JCRS officers, right?
16      A.   Again, I -- I wasn't in charge of that.  I
17 mean, by process of elimination, I guess we could say
18 that's a fair argument, but I couldn't say definitively.
19      Q.   These officers are not wearing the green SWAT
20 uniform, right?
21      A.   They appear to be darker, black or blue, but
22 I -- I couldn't say for certain.  It's -- with how dark
23 it is and their front lit -- or back lit.
24      Q.   At no point on the evening of May 31st,
25 between 8:30 and 9:45 p.m. was your team split up,



Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

```
 1        A.    Correct.
 2                    (VIDEO PLAYED)
 3        Q.    I'm pausing it at 21:34:32.  This officer
 4   right here -- I'm going to play this a few times.  This
 5   officer does not appear to be wearing a JCRS uniform
 6   either, correct?
 7        A.    Correct.
 8                    (VIDEO PLAYED)
 9        Q.    Okay.  I just played it.  Let's play it a
10   little bit so that you can confirm.  I'm going to play
11   it from 21:34:29.
12                    (VIDEO PLAYED)
13        Q.    Okay.  Pause it at 21:34:34.  Did you see that
14   officer walk from here to here?
15        A.    I did.
16        Q.    Okay.  That officer was not wearing a JCRS
17   uniform, correct?
18        A.    Correct.
19        Q.    So if that officer shot somebody in the groin
20   with a 40-millimeter weapon, it wasn't a JCRS officer
21   that did it, right?
22        A.    If it was that officer, no.
23                    (VIDEO PLAYED)
24        Q.    Okay.  Here is another view 21:34:36.  Do you
25   see this officer right here --
```

Kentuckiana Reporters
P.O. Box 3983
Louisville, KY 40201



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com