

Exhibit 38