

? To:        Force Review Board
? From:      Sergeant _____ and Sergeant Brukbacher, ERT
? Re:        Denver _____ Investigation

Background Information:

On Thursday, May 28, 2020, the Denver Police Department (DPD) started responding to large crowd management events within their city.  Many of these incidents turned into riotous behavior, taxing, and thining their officers and resources.  The Denver Police Department requested assistance from the Aurora Police Department (APD) to provide them with as many gas munitions as possible to support their efforts.  Commander Redfearn and Sergeant Brukbacher delivered over 50 cans of CS gas that evening.  On Friday afternoon, May 29, 2020, the Aurora Police Department Emergency Response Team was officially requested by DPD to address the increasingly violent protest behavior on-going within their city.  It should be known that the APD contingent was under the direction of DPD's command post.  During this time and the following days, the situation had already met and had been declared an unlawful assembly.  It was now announced as a riotous situation.

Saturday, May 30, 2020:

Sergeant Brukbacher, under the direction of Commander Redfearn, began planning a response this date.  A group of members, attached in a roster as an exhibit to this AIM, responded to Denver on the morning of Saturday, May 30, 2020.  APD members staged at the Aurora Campus until deployed on the 16th Street Mall.  At about 1530 hrs, APD units were requested to assist with a large crowd in Civic Center Park.  APD members were directed to E Colfax Ave at N Lincoln St and were immediately engaged with a violent mob.  The parties were throwing rocks, bottles, and other items at officers.  CS gas was deployed quickly, and the crowd was pushed back further into the park to the South.  Grenadiers equipped with 40mm launchers and 12GA less-lethal shotguns deployed kinetic energy impact projectiles at direct threats to officers as they observed them.  These members were autonomous consistent with training standards.  APD units were directed to hold a line at the Colfax/Lincoln location to prevent any persons from moving to the North during the mitigation if a rock bed located on the N/W corner of Colfax and Lincoln around the RTD terminal.  APD members remained in this position for several hours and had to force the crowd back multiple times while being assaulted with rocks and other items.  A large quantity of chemical and kinetic munitions was used during this time to manage the riotous crowd.  Multiple officers suffered injuries from being impacted by stones, mortar fireworks, and other objects.

At a later point in time, APD members were ordered to enter the park and clear it of any riotous persons. Members faced significant resistance and assaultive behavior during this operation. A large amount of gas and kinetic impact munitions were used to defend officers and assist in displacing the violent crowd. An incident command was brought to the location, and munitions were shared among multiple agencies due to the situation's exigency and duration. An accurate count was not maintained due to the rapidly evolving and dangerous situation. APD members were tasked with further moving the crowd down 14th Ave to Broadway. From Broadway East on 13th to the area of Pennsylvania Ave. While moving the crowd, APD members continued to face constant assaultive behavior, Molotov cocktails, improvised explosive devices, and dumpsters/cars set afire and pushed towards them. After several hours of confrontations, most immediate crowds had been moved back and the team was then given a brief rest period.

A short time later, APD members were called to again assist Denver officers that had been the victim of a vehicular assault. Members responded and assistance as needed. Further smaller scale actions took place before a dismissal around 0100 hrs on Sunday, May 31, 2020.

Sunday, May 31, 2020:

APD members were again requested to respond to Denver the following day for similar operations. Members were directed to the 16th Street Mall area as a visible presence to deter criminal activity. At dusk, the crowds again became violent towards police, and APD units were directed to assist DPD members in protecting the Denver District 6 station from violent persons engaged in rioting. Upon arrival, APD members on the line at Colfax and Washington were being assaulted by large rocks, bottles, improvised explosive devices (mortar style commercial-grade fireworks), and other items. Parties directly targeted APD members with lacrosse sticks who launched rocks at high speed and with significant accuracy. Many APD members suffered minor injuries from these rocks. Launchable and hand-thrown gas munitions were used during this time to disperse the suspects engaged in assaultive behavior. APD members operating less-lethal launchers were also directed to deploy munitions at active threats to officers. Some suspects utilized cover and distance to reduce the officer's ability to respond to this assaultive behavior.

APD members were then deployed to move the crowd Westbound on E Colfax Ave from Washington St. The APD BEAR vehicle was utilized as a rolling cover for officers as they engaged in a hostile and violent group. A large IED was thrown at officers and went under a car parked on the Northside of Colfax. This IED blew out the windows of the vehicle and the business it parked in front of. Many APD officers received shrapnel and hearing injuries from proximity to the device. Members continued to utilize gas and less-lethal munitions to defend themselves from the incoming aerial assaults. APD members moved the crowd to N Pennsylvania Ave and held the line at this location, while DPD members further moved the crowd. APD members were resupplied with munitions in the street.

Fitouri 019055



APD members were then asked by DPD command to patrol the area and make arrests on members engaged in criminal activity and members in violation of the city curfew. Members involved in this activity, with members of DPD. These parties were turned over to the Denver Sheriff's department for detention. APD members continued to patrol and support DPD initiatives until they were relieved from service which at 0100 hrs on 06-01-20.

<u>Monday, June 1, 2020.</u>

APD members were again requested to return on Monday, June 1 at 1500 hrs. APD members were assigned to patrol the 16th Street Mall area and assisted in traffic control on several occasions. No gas or less lethal munitions were deployed on this date. APD members were relieved later that evening and did return to Denver after that date.

<u>Individual Use of Force Details:</u>

The Following Individuals were part of the ERT Team on Saturday, May 30, 2020, and Sunday, May 31, 2020. These officers completed supplemental reports describing their use of either; gas munitions, i.e., OC, CS, smoke, fog; launchable impact weapons (40MM foam rounds, 12-gauge sock rounds); riot baton usage or the use techniques such as twist locks, takedowns, and throws along with assisting other officers during arrests.

**May 30, 2020 (27)**

Cdr. Redfearn
Lt. Carlson
Sgt Shaker
Sgt Brukbacher
Sgt Hummel
Sgt Tisdale
Agent Dyer
Officer Lang
Officer Spano
Officer Winters
Officer Budaj
Officer Schipke
Officer M Campbell
Officer Rosenblatt (Terminated)
Officer N.Woodyard
Officer R. Macdonald
Officer D. Child
Officer Stoller
Officer R. Sweeney
Officer Runyon

Officer Torres
Officer P. Davis
Officer Coe
Officer B. Smith
Officer Ingersoll
Officer C. Parrella
Officer K. Manley

**May 31, 2020 (31)**

Lt. Carlson
Sgt Shaker
Sgt Brukbacher
Sgt Leonard
Sgt Chamberland
Sgt Shipley
Sgt Hummel
Agent E. Snow
Officer Winters
Officer Budaj
Officer Price
Officer Bubna
Officer Knight
Officer B. Smith
Officer M Campbell
Officer R. Sweeney
Officer N. Woodyard
Officer Roedema

Officer Lang
Officer McNamee
Officer R. Garcia
Officer Runyon
Officer K. Sawyer
Officer Queisner
Officer N. Wilson
Officer D. Martinez

Fitouri 019056



May 30, 2020, and May ?? 2020

- ? Commander Redfearn- E?? ??
  - Deployed MK-9 O?? ??
- ? Lieutenant Carlson- ERT Plat?? ??
  - o Deployed four gas munitions consisting of smoke, CS and OC vapor
- ? Sgt Shaker- ERT Squad Leader
  - o Deployed several gas munitions consisting of CS and OC vapor
- ? Sgt Brukbacher- ERT Coordinator 40mm Operator
  - o Deployed several gas munitions consisting of CS and OC vapor
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Sgt Hummel- ERT Squad Leader
  - o Deployed several gas munitions consisting of CS along with sting ball munitions
- ? Sgt Tisdale- ERT Squad Leader
  - o Deployed multiple gas munitions consisting of smoke, CS, OC vapor, and sting balls
- ? Agent L. Dyer- ERT 12g Less-Lethal shotgun operator
  - o Performed a baton push on a threat and deployed a 12g sock round at another threat
- ? Officer Lang- ERT Squad Member
  - o Performed a baton thrust to an unknown threat
- ? Officer T. Spano- ERT 40mm Operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer R McDonald- ERT 40mm Operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer J. Winters- ERT 40mm Operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer Budaj- ERT 40mm Operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer Schipke- ERT 40mm Operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer M, Campbell- ERT squad member
  - o Performed several baton thrusts to an unknown threat
- ? Officer Rosenblatt- ERT 40mm Operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer N.Woodyard - ERT squad member
  - o Deployed pepper spray to an unknown threat
- ? Officer D. Child- ERT squad member
  - o Assisted in the arrest of an unk subject by an unk DPD officer
- ? Officer Stoller- ERT squad member
  - o Assisted in the arrest of an unk subject by an unk DPD officer
- ? Officer R. Sweeney- ERT squad member
  - o Performed a baton thrust to an unknown threat
- ? Officer Runyon- ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats



- ? Officer Torres- 12g Less-Lethal shotgun operator
  - o Deployed multiple 12g sock rounds at individual threats
- ? Officer Cook- ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer B. Smith- ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer Ingersoll- SWAT member supporting ERT members
  - o Deployed a Noise Flash Diversionary Device (NFDD)
- ? Officer Parrella - ERT squad member
  - o Performed a baton thrust to an unknown threat
- ? Officer K. Manley- ERT squad member
  - o Performed a baton thrust to an unknown threat

May 31, 2020, Officers not present during May 30, 2020

- ? Sgt Leonard- ERT squad leader
  - o Deployed several gas munitions consisting of CS and OC vapor
- ? Sgt Chamberland- ERT squad leader
  - o Deployed several gas munitions consisting of smoke, CS, and OC vapor
- ? Sgt J. Shipley- SWAT Sgt assisting ERT
  - o Deployed several gas munitions consisting of CS, and OC vapor
- ? Agent Snow- ERT 40mm operator
  - o Deployed a 40mm foam round at individual threat
- ? Officer Price - ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer Bubna- ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer Knight- ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats
  - o Deployed a sting ball grenade
- ? Officer Roedema- ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats
- ? Officer McNamee- 12g Less-Lethal shotgun operator
  - o Deployed multiple 12g sock rounds at individual threats
  - o Deployed gas munitions consisting of CS gas
- ? Officer R, Garcia- ERT 12g Less-Lethal operator
  - o Deployed multiple 12g shotgun rounds at individual threats
- ? Officer K. Sawyer- 12g Less-Lethal operator
  - o Assist in an arrest where she held the suspect's legs while being handcuffed
- ? Officer Queisner- ERT 12g Less-Lethal operator
  - o Deployed multiple 12g shotgun rounds at individual threats
- ? Officer N. Wilson, ERT squad member
  - o Deployed a smoke grenade
- ? Officer D. Martinez- ERT 12g Less-Lethal Shotgun operator
  - o Deployed multiple 12g shotgun rounds at individual threats



- ? Officer M. Enriquez, ERT lead member
  - o Deployed a canister of CS Gas
- ? Officer Lemus, ERT 12g Less Lethal
  - o Deployed multiple 12g rounds at individual threats
- ? Officer Smith, ERT 40mm operator
  - o Deployed multiple 40mm foam rounds at individual threats

Fitouri 019059

**Aurora Officers that Deployed to Denver for the Event but did NOT use force:**

Officer Thomas Allen (Resigned)

Officer Kenneth Anderson

Agent Barbara Asmussen

Officer Michael Bender

Lt. (Sgt at event) Carrigan Bennett

Agent Gergely Boros

Agent (Ofc at time) Myshell Bolton

Officer Cody Brown

Officer Nicole Boone (Terminated)

Officer Andres Cardenas

Sergeant Jonathan Carelock

Officer Daniel Child

Officer Josiah Coe (Resigned)

Nicholaus Colvin (Resigned)

Officer Kevin Deichsel

Officer Mike Dieck

Officer Eric Dunston

Agent Lance Dyer

Lt. Lonnie Eddy

Officer Stephen Edwards

Officer Alex Eisman

Officer Chris Ellis

Officer Rhett Fox

Agent Stephen Garber

Officer Cody Goetz

Officer Juan Gonzalez

Officer Matt Green

Officer Justin Henderson

Officer Adam Hughes

Officer Brett Iske

Sergeant (Ofc at event) Jeffery Jacobs

Officer Ronald Jauregui-Gutierrez

Officer Paul Jerothe

Officer David Kaufman

Officer Daniel Kennicutt

Officer Wayne Lacrue

Officer Kathrine Lewis (Resigned)

Sergeant Caleb Luallin

Officer Robert Lyons (Terminated)

Officer Cory Mankin

Officer Kevin Manley

Officer Jana Marie (Resigned)

Agent Brian McClure

Agent (Ofc. at event) Jennifer McCormack

Officer Richard McDonald

Agent Thomas McGinty

Officer Elizabeth McKlem

Officer Craig Meador (Retirement)

Officer Jeremiah Miles

Officer Nathaniel Moss

Officer Gabriel Nestor

Officer Briand O'Dell

Officer Jordan Odneal (Terminated)

Officer Caleb Parrella

Officer Grant Peet

Fitouri 019060

Officer Emily Hitchings

Officer Darryll Huntsman

Sergeant Michael Pitrusu

Officer Kenneth Preston

Officer Kenneth Preston

Officer Juan Ramirez

Agent (Ofc at event) Sara Romero

Officer Robert Rosen (Terminated)

Officer Jorge Salas

Officer Christopher Schipke

Sergeant Patricio Serrant

Officer (now Agent) Dan Smith

Officer Daniel Southwick

Officer Ryan Stoller

Officer Abdullah Syidi

Sergeant Delbert Tisdale

Officer Edward Vance

Officer Erik Vancleave (Resigned)

Officer Kyle Villamore

Officer Nicholas Villani

Officer James Waselkow

Officer Ryan Wenke

Officer Carlos Wilkendorf

**Aurora Officers that Coded in Telestaff for the Event but worked in Aurora:**

Officer Tori Anderson

Officer Randy Bonstead

Officer Mace Reed

Officer Nicholas Sullivan

Officer Michael Torres

Officer Eugene Colwell

Officer Scot Dufour

Officer Douglas Fisher (Resigned)

Sergeant Rolando Gomez

Officer Jason Harvey

Officer Donald Hickox

Officer Jason Hildenbrand

Officer Anthony Nichols

Officer Daniel Oulliber

Sergeant Kevin Palacio

Officer James Root

One Intel Personnel

Fitouri 019062