**IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO**

| | |
|---|---|
| ELISABETH EPPS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF DENVER, *et al*., <br><br> Defendants. | Civ. No. 1:20-cv-01878-RBJ (consol.) |

**EXHIBIT 31, CONVENTIONALLY FILED, TO
PLAINTIFFS' OPPOSITION TO AURORA DEFENDANTS' MOTION FOR SUMMARY
JUDGMENT**

Exhibit 31 is Smick BWC, 5/31/2020 (COABLM514).