

LOUISVILLE   LEXINGTON   LONDON   FLORENCE   CINCINNATI   INDIANAPOLIS   ORLANDO   JACKSONVILLE   TAMPA

# KENTUCKIANA
## COURT REPORTERS

**CIVIL ACTION NO.: 1:20-CV-01878-RBJ-MEH**

**ELISABETH EPPS, ET AL.**

**V.**

**CITY AND COUNTY OF DENVER, ET AL.**

**DEPONENT:**

**MARK HILDEBRAND**

**DATE:**

**DECEMBER 30, 2021**



a courtroom
**powerhouse**

schedule@kentuckianareporters.com

877.808.5856 | 502.589.2273

www.kentuckianareporters.com

Exhibit 36

The Deposition of MARK HILDEBRAND, taken on December 30, 2021

10

```
 1        court reporter?
 2             COURT REPORTER:  Do you swear or affirm that
 3        the testimony you are about to give will be the
 4        truth, the whole truth, and nothing but the truth?
 5             THE WITNESS:  Yes, I do.
 6             COURT REPORTER:  Thank you.  Ms. Wang?
 7                  DIRECT EXAMINATION
 8   BY MS. WANG:
 9        Q    Will you please state your current position at
10   the Aurora Police Department?
11        A    Yes.  My current position is Division Chief.
12             I'm over the Major Crimes Bureau and the
13   Special
14   Operations Bureau.
15        Q    How long have you had that position?
16        A    I was appointed right around December 4th,
17   2021.  I don't know if that's the exact date, but that's
18   approximately the date I was appointed to
19   Division Chief.
20        Q    Okay.  What position did you have before that?
21        A    I was Acting Division Chief from somewhere
22   around the beginning of October until my official
23   appointment.  And then prior to that, I was a Commander
24   over the Special Operations Bureau.
25        Q    Have you seen -- I'm putting on the screen
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Plaintiffs' Notice of Deposition of the City of Aurora

2  Pursuant to the Federal Rules Civil Procedure 30(b)(6)

3  have you seen this before?

4      A    Yes.  If you scroll down just so I can see the

5  whole document.  Yes, I have seen this.

6      Q    Okay.  You've been designated by the City of

7  Aurora to provide testimony on topic -- Topics 5 and

8  Topics 7, correct?  And I'm going to show you Topic 5 on

9  the screen right now.

10     A    Yes, that's correct.

11     Q    And Topic 7?

12     A    Yes, that's correct.

13     Q    What did you do to prepare for this

14  deposition?

15     A    I reviewed the materials contained therein

16  that are noted in each topic.

17     Q    Okay.  So the -- so for instance for Topic 5

18  there's a number of videos listed; right?

19     A    Yes.

20     Q    And you reviewed those videos?

21     A    That -- that's correct.

22     Q    Did you review any documents in relation to

23  Topic 5?

24     A    There were documents contained therein that

25  have the use of -- use of force presentations, the FIU

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA
COURT REPORTERS

1  presentations.  So those are also documented within

2  these topics.

3       Q    Okay.  So Topic 7 lists some documents

4  Specifically; right?

5       A    Yes.

6       Q    And you reviewed those documents?

7       A    Yes, I did.

8       Q    Okay.  And other than the videos and the

9  documents that are specifically referenced in the notice

10  under Topic 5 and Topic 7, did you review any other

11  material whether it be documents or video in preparation

12  for this deposition?

13       A    I did review what our policies and procedures

14  were at the time of this event that pertain to this.

15       Q    On what topics?

16       A    Well, they -- they apply to both topics.

17  And they were specifically about operations for crowd

18  control and emergency response.

19       Q    So you reviewed policies and procedures

20  relating to the ERT?

21       A    Yes.

22       Q    And crowd control?

23       A    Yes.

24       Q    Did you review the use-of-force policy?

25       A    I believe that was contained therein, but the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  officers that were involved in different use of forces

2  at different periods of time that we really need to

3  isolate which specific instances we're talking about in

4  order for me to make a determination and review all of

5  the information pertaining to that specific -- which

6  most of that is available within the documentation

7  provided.

8       Q    **What is available in the documentation**

9  **provided?**

10      A    There's officer's reports --

11      Q    **Okay.**

12      A    -- there's officer's statements, there's

13  body-worn camera video.

14      Q    **Did you review that stuff?**

15      A    Yes.

16      Q    **Okay.  So what is your testimony on whether or**

17 **not the use of force on the group of protesters gathered**

18 **in front of the Cathedral Basilica on Colfax between --**

19 **in a five-minute period between 9:40 and 9:45 p.m. on**

20 **May 31, 2020, what is your conclusion as to whether or**

21 **not the use of force on those protesters was consistent**

22 **with Aurora's policies, customs, and practices?**

23           MS. EVANS:  Object as to form.  I think the

24      witness had stated multiple times that there are

25      multiple uses of force --

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MARK HILDEBRAND, taken on December 30, 2021

37

1          MR. WANG:  Excuse me?  You know what?  Don't
2     give a speaking objection.  Just object as you would
3     at trial.
4          MS. EVANS:  If the question was actually the
5     one that he can answer, this would probably go
6     faster.  You can answer if you can.
7     A     I do know there were use of forces by Aurora
8  police officers between the time period that you are
9  indicating because now you are providing me some more
10 specific information.
11 BY MR. WANG:
12    Q     **Well, it's in the topic right here; right?**
13          **It says 9:40 to 9:45 right there?**
14    A     Okay, ma'am.
15    Q     **Okay.  Go ahead, continue.**
16    A     What I'm -- what I'm saying is, is that there
17 were use of force incidents by Aurora police officers
18 between that time period in the approximate location
19 that your -- that's documented within here.  Those use
20 of forces were reviewed and determined to be policy
21 compliant.
22    Q     **Okay.  Thank you.  Let's take a five-minute**
23 **break.  Off the record.**
24          THE VIDEOGRAPHER:  We are going off the record.
25     The time is 2:42 p.m. Eastern Standard Time.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1              (OFF THE RECORD)
 2          THE VIDEOGRAPHER:  We are back on record.
 3      My name is Aalayah Purnell.  We're back on record
 4      for the 30(b)(6) deposition of Chief Mark Hildebrand
 5      being conducted by video conference.  Today is
 6      December 30th 2021.  The time is 2:49 p.m. Eastern
 7      Standard Time.
 8  BY MS. WANG:
 9      Q    With respect to Topic 7, you reviewed the
10  PowerPoint presentations relating to Aurora's mutual aid
11  provided to Denver on May 30 and 31, right?
12      A    That's correct.
13      Q    And after reviewing the use of force by --
14  after -- it was the Force Investigations Unit that
15  reviewed that force; right?
16      A    No.  The Force Investigation Unit prepared the
17  presentations.  The Force Review Board, they review the
18  use of force and the presentations and then they make a
19  determination on whether it was policy compliant or not.
20      Q    Okay.  So and the FRB's determination was that
21  it was policy compliant; right?
22      A    I believe all of the use of forces reviewed
23  during those -- those two days were adjudicated as
24  policy compliant.
25      Q    So all the use of force -- all of the uses of
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  force by Aurora officers during May 30 and 31, 2020,

2  were adjudicated policy compliant by the FRB?

3      A    Yes.

4      Q    Okay.  I'm showing you some slides relating to

5  Officer Budaj from the May 31st PowerPoint.  This is

6  Fitouri 019242 to 246.  Do you see this last slide here,

7  Fitouri 019246?

8      A    Yes.

9      Q    Do you know who determined that it was

10  Officer Budaj in these videos?

11      A    That would be the Force Investigations Unit

12  who prepared this presentation.

13      Q    Okay.  And their determinations were accurate;

14  right?

15          MS. EVANS:  Object as to form.

16      A    You would have to ask them, but we believe

17  that this was an accurate representation of what

18  occurred that day and who was involved.

19      Q    This slide, Fitouri 019246, contains accurate

20  information based on the IFU's investigation; right?

21      A    Yes.  What we believe to be accurate, correct,

22  yeah.

23      Q    Okay.  I have no further questions at this

24  time.

25          THE VIDEOGRAPHER:  We are going off the record.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   you reviewed his body-worn camera for purposes of

2   preparing for today's deposition?

3       A    No, I did not.

4       Q    Did you review his deposition transcript for

5   purposes of preparing for today's deposition?

6       A    No, I did not.

7       Q    Okay.  So you're not aware that he testified

8   that if you start -- that he was referring to protesters

9   kicking tear gas cannisters?

10      A    Yeah, that's correct.  That's an assumption I

11  obviously made.  And then hearing that his exact

12  language was different -- but if he testified to that

13  then I have no reason to dispute that.

14      Q    Okay.  Is kicking -- shooting protesters who

15  kicked tear gas cannisters consistent with Aurora

16  policies, practices, and customs at the time of the

17  protests?

18      A    What I will tell you is, is that the kicking

19  of cannisters had been determined to be a tactic used at

20  protests around the nation where those cannisters would

21  be kicked at officers as a weapon.  They would be kicked

22  towards officers to impact their vision close up so then

23  that other protesters could then use assaultive means by

24  using cover and concealment to then be able to assault

25  officers and not be identified.  So using kicking gas

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  cannisters in that manner would authorize an officer to

2  defend themselves from, you know -- from injury or --

3  specifically from being injured.  It's a defensive

4  measure.

5       Q    Would it have been consistent with APD

6  policies, practices, and customs at the time of the

7  protests to shoot a protester who kicked a tear gas

8  cannister with a sock bomb from a 12-gauge shotgun?

9       A    Would it have been within policy?  Depending

10  on the circumstances, yes.  If an officer was utilizing

11  force to prevent them from kicking a cannister at them

12  during a period of time, especially given the fact that

13  in this case there had already been -- they were already

14  under a curfew order.  They were already given dispersal

15  orders by the City of Denver that people that were there

16  were already in violation of the law and then were now

17  using physical -- their physical actions that could

18  cause an officer injury, then the application of force

19  with an impact projectile would be -- would be justified

20  under certain circumstances, yeah.  But it's for that

21  individual officer to make that assessment whether it

22  raises to that need or not.

23       Q    Do you see the Topic 5B on your screen?

24       A    Yes.

25       Q    Was the use of force on Stanford Smith while



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    pictures I hadn't -- I hadn't reviewed prior to this.

2            But --

3        Q    **You didn't --**

4        A    -- I did review all of the PowerPoints, all of

5    the videos.

6        Q    **Okay.  And so you accept that the -- all of**

7    **the Aurora police officers who attended the protests on**

8    **May 30th and 31st, their uses of force were reviewed by**

9    **the Force Investigations Unit and Force Review Board and**

10   **was all determined to be consistent with Aurora's**

11   **policy, practice, and training,; correct?**

12       A    Yes.  I -- I stipulate to the -- to the point

13   that, yes, all those -- all those use of forces were

14   determined to be within policy based on all of the

15   information available at the time to make that

16   determination.  Now, I will say that if something came

17   to light that showed an issue with a particular use of

18   force, certainly that would be considered and that use

19   of force would be reevaluated if there was some

20   compelling piece of information that comes forward that

21   contradicts what the force of use board had available to

22   them to consider at the time.  But yes, I do say that

23   the force review board reviewed all those use of forces

24   by Aurora police officers, the ones that were documented

25   throughout the PowerPoint, and did adjudicate those as

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of MARK HILDEBRAND, taken on December 30, 2021

71

1    within policy and procedure.

2             MS. WANG:  I have no further questions.

3             MS. EVANS:  No questions from me.

4             THE VIDEOGRAPHER:  Okay.  We're going off

5        record.  The time is 3:56 p.m. Eastern Standard

6        Time.

7                  (DEPOSITION CONCLUDED AT 1:56 P.M. MST)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com