

# CIVIL ACTION NO.: 1:20-CV-01878-RBJ-MEH

# ELISABETH EPPS, ET AL.

# V.

# CITY AND COUNTY OF DENVER, ET AL.

# DEPONENT:

# CHRISTOPHER JUUL

# DATE:

# DECEMBER 30, 2021



Exhibit 37

1  And otherwise just familiarized myself with the topics
2  that were listed in the deposition documents.
3      Q   Were all of the documents that you reviewed in
4  preparation for this deposition produced to us?
5      A   Yes.
6      Q   You've been designated by the City of Aurora
7  to provide testimony on the following topics in the
8  deposition notice I've put up on the screen.  Do you see
9  this?
10     A   I do.
11     Q   You've been designated on Topic 1, Topic 2C
12 and D, Topic 3C and D, Topic 4, and Topic 6; correct?
13     A   That is correct.
14     Q   Okay.  Let's start with Topic 6.  Not Topic 6,
15 Topic 4.  Sorry.  Were any Aurora police officers
16 disciplined for any of their actions during the George
17 Floyd protests last summer?
18     A   Not to my knowledge.
19     Q   All of the officers who provided mutual aid to
20 Denver were nominated for an award, right?
21     A   I'm sorry, could you repeat that?
22     Q   The officers who attended the George Floyd
23 protests last summer from Aurora were nominated for the
24 Meritorious Service Ribbon, right?
25     A   I'm having trouble understanding the last part

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   of the question.
 2        Q    Can you hear me?
 3        A    I can.
 4        Q    Okay.  The officers who provided mutual aid to
 5   Denver from Aurora last summer were nominated for an
 6   award, right?
 7        A    I'm not certain.  I believe that may be the
 8   case.  I -- I believe that is the case.
 9        Q    In any event nobody was disciplined, right?
10        A    That is correct.  Not to my knowledge.
11        Q    All of the uses of force reviewed by the
12   Force Investigation Unit and the Force Review Board
13   concerning the use of force by Aurora officers in
14   Denver last summer were considered consistent with
15   policy, right?
16        A    Correct.  Based on the information that we
17   had.
18        Q    Is there any other material that -- go to
19   Topic 1.  Is there any material that -- or any
20   systematic or programmatic efforts by Aurora to identify
21   or prevent the misconduct listed -- the types of
22   misconduct listed in Topic 1 other than the training
23   PowerPoints that we've been provided and the policies --
24   the written policies?
25        A    Sure.  So you mentioned the training and the
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

KENTUCKIANA COURT REPORTERS

```
 1       Q    Did you read the 21CP Solutions report on the
 2  Aurora Police Department?
 3            MS. EVANS:  Object as to form.  Outside the
 4       scope and the topics.
 5       A    I have also read portions of that.
 6       Q    Do you disagree with their conclusions
 7  regarding the pattern and practice of excessive use of
 8  force in the Aurora Police Department?
 9            MS. EVANS:  Object as to form.  Outside the
10       scope of the topics.
11       A    Yes, I do.
12       Q    Aurora entered a consent decree agreement with
13  the
14  Attorney General's office, though, right?
15            MS. EVANS:  Object as to form.  Outside the
16       scope of the topics.
17            MS. WANG:  Not outside the scope.  Go ahead.
18            You can answer.
19       A    That is correct.  We have entered into a
20  consent decree.
21  BY MS. WANG:
22       Q    So you agreed to implement certain changes
23  that the Colorado attorney general's office thought that
24  the Aurora Police Department should make, right?
25            MS. EVANS:  Objection.
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   A   That is correct.  We did agree to implement
2   some changes based on the Attorney General's
3   recommendations.
4   Q   Okay.  Do the PowerPoint presentations on the
5   use of force -- going to Topic 2.  And Topic 3.
6       Relating to the use of body-worn cameras, do
7   the
8   PowerPoint presentations that we have been provided on
9   the operation of the body-worn cameras as well as the
10  written EWC policy, are those the entirety of Aurora's
11  policies and practices -- policies and training are on
12  the use of body-worn cameras?
13  A   Those are the documents that I -- the
14  formalized documents that I could find.  There has been
15  a briefing trainings by our Electronic Services section
16  that are verbal.  A lot of times when we're introducing
17  new technology, we do a PowerPoint presentation and then
18  in-person training as well to answer any questions in a
19  more live format and to assist with any operational
20  questions somebody might have.  So I can tell you that
21  our Electronic Services section also did a fair amount
22  of in-person training.  Both at in-service divisional
23  training and to some extent briefing trainings as well.
24  Q   It's fair to say -- would you agree that the
25  PowerPoint presentations regarding the operation of the

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  body-worn cameras covers pretty much how to operate the
2  cameras?
3       A    A fair portion of that training is how to
4  operate the camera; that's correct.
5       Q    There's nothing in those training PowerPoints
6  relating to when officers are supposed to activate their
7  cameras, right?
8       A    I believe -- certainly in policy.  I believe
9  also it is in a PowerPoint.  But I may be crossing that
10 over with what's in the policy.
11      Q    Okay.  So whatever's in the written document -
12 - in the written policy and in the PowerPoints, what's
13 there is what's there, right?  We can look at those
14 documents and check?
15      A    Of course.
16      Q    Okay.  Were any police officers from Aurora
17 disciplined for misuse of body-worn cameras during the
18 protests in Denver last summer?
19      A    Not that I'm aware of.  However, a lot of
20 times that would be handled through a district command,
21 so I may not have knowledge of if there was an incident
22 like that.  However, I'm not aware of any specific
23 incident where there was discipline for failure to use
24 or misuse of a body-worn camera.
25      Q    Part of the what the Force Investigations

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Unit did when it reviewed the use of force at the
2  protests last summer was to look at officers' body-worn
3  camera and determine whether their activation of the
4  camera was within policy, right?
5      A   Correct.  They -- their primary responsibility
6  is the use of force.  The body-worn camera would be
7  identified if they noticed that a camera that they would
8  have expected to have been activated was not.  They
9  would generally send that to the officer's command to
10 see if there was an explanation and for resolution.
11     Q   Are you aware of any issues that came up that
12 the Force Investigations Unit identified of officers
13 inappropriately not turning their cameras on?
14     A   I'm not aware of anybody not -- I'm not aware
15 of anybody not appropriately -- double negative there --
16 not inappropriately using their body-worn camera.
17     Q   You are not aware of anybody inappropriately
18 using their body-worn camera?
19     A   Correct.
20     Q   Okay.  Did you participate in providing mutual
21 aid to Denver at all last summer during the protests?
22         MS. EVANS:  Object as to form.
23     A   I did not.
24     Q   With respect to Topic 6, did Aurora -- and
25 I'll put it up on the screen in a moment -- did Aurora

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

```
 1   have any discussions about officers' inappropriate use
 2   of force during the protests?
 3            MS. EVANS:  Object as to form.
 4       A    So not that I was a party to.  Like I said, we
 5   reviewed the uses of force and obviously in those
 6   reviews we would be looking for things that we felt
 7   could be inappropriate or out of policy.  But as far as
 8   just conversations revolving around that or specifically
 9   talking about a misuse or a force, I'm not aware of any
10   conversations about that.
11       Q    Okay.  That's because Aurora concluded the
12   officers -- the Aurora officers did not use any
13   inappropriate or excessive force, right?
14       A    That is correct.
15       Q    Okay.  And part of your job as a witness to
16   testify on behalf of the City of Aurora today is to
17   apprise yourself of what the City of Aurora's knowledge
18   and internal discussions were regarding officers'
19   conduct, not just your own personal knowledge, right?
20       A    Correct.
21       Q    Okay.  So the City of Aurora had no
22   discussions about officers' suppression of First
23   Amendment rights of protesters?
24       A    Not that I'm aware of.  I can't possibly know
25   every single conversation that was had by any employee
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  of the City of Aurora.  So I can tell you that from my
2  awareness, I'm not aware of any.
3       Q    From your awareness as the designated witness
4  to talk about the City's knowledge, you are not aware of
5  any?
6       A    Correct.
7       Q    The City of Aurora did not have any knowledge
8  of or discussions about officers' use of excessive force
9  on protesters, right?
10      A    Not that I'm aware of.
11      Q    Not that you as the City's witness are aware
12 of?
13      A    That is correct.
14      Q    The City of Aurora did not have any internal
15 discussions about officers using excessive force with
16 their less lethal weapons?
17      A    I'm not aware of any such discussions.
18      Q    The City of Aurora did not have any
19 discussions about officers' misuse of less lethal
20 weapons?
21      A    I have no awareness of any discussion.
22      Q    And the City of Aurora does not have any --
23 did not have any discussions about officers untimely
24 documenting their uses of force?
25      A    So, yes, we did have a discussion about

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1    Q    So were any officers disciplined for failing
2 to document their use of force during the George Floyd
3 protests in Denver?
4    A    So not disciplined.  We had some training and
5 counseling regarding how to do that.  One of the
6 challenges our officers had was having never been -- or
7 the vast majority of them never having been in a protest
8 or demonstration situation, the dynamics that become
9 involved with documenting a use of force or any part of
10 that incident for that matter.  In their experience a
11 use of force is an isolated event usually with one
12 person and a couple of officers perhaps.  Not in a
13 dynamic event with hundreds or thousands of individuals
14 and hundreds of officers with things occurring very
15 rapidly.  So it wasn't something our officers were
16 prepared for in the context of how they traditionally
17 would have reported a use of force.
18    Q    Okay.  So was it -- it was a problem for
19 Aurora police officers that -- strike that.  So let me
20 understand what you are saying.  You are saying is that
21 Aurora police officers were not used to documenting use
22 of force in a protest or crowd management context?
23    A    I am saying that, yes.
24    Q    Okay.  And that they did not know at the time
25 of the protests that they had to document their uses of

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   force in a timely manner as they do normally when they
2   are engaging in a, you know, patrol scenario?
3          MS. EVANS:  Object as to form.
4      A   So as I said, we did remediation counseling
5   and training with those officers.  I think that there
6   was confusion from them and from, you know, first-line
7   supervisors on how to document a use of force when we
8   had so many unknown instances of people we couldn't
9   identify that ran back into the crowd and things like
10  that.  So I would have liked to have seen better
11  documentation.  But I understand why what happened,
12  happened.
13     Q   Okay.  So this was a problem not only among
14  the patrol or the line officers, but it was also a
15  problem amongst their supervisors?
16         MS. EVANS:  Object as to form.
17     A   They had the same challenge.  They had not
18  been in that situation as well.
19     Q   Okay.  Were any officers disciplined?  I know
20  you said you provided additional training on the policy.
21  Were any officers disciplined for failure to timely
22  document?
23     A   I do not believe so.
24     Q   Let's go off the record for a minute.
25         VIDEOGRAPHER:  We are going off record.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  violating the policy?
2      A    So we have a progressive scale with regard to
3  body-worn camera violations.  So the first violation is
4  counseling by a supervisor, not considered formal
5  discipline.  The second level -- this is in a 24-month
6  period.  The second violation is a corrective action.
7           Also, it's written form but still not
8  considered formal discipline.  And third violation
9  results in a written reprimand which is the lowest level
10 of formal discipline.  If there's a fourth violation in
11 that time frame, it's a referral to Internal Affairs.
12     Q    Okay.  So were any officers who violated the
13 BWC policy since 2016 formally disciplined?
14          MS. EVANS:  Object as to form.
15     A    I don't know.  It's possible but that would
16 take three violations in 24 months which would be really
17 rare.  But I suppose it's possible with 700 officers.
18     Q    Okay.  Are you aware of any body-worn camera
19 policy violations by officers who attended the George
20 Floyd protests in Denver last summer?
21     A    So to my knowledge, no.  The Force
22 Investigation Unit looked at all body-worn camera video.
23 If there was one, it would have been sent to a chain of
24 command.  I'm not aware of that.  I am aware that there
25 were some failures.  Specifically, most commonly,

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   battery failures just due to the duration of time that
2   officers spent at one time on the protest line.  The
3   batteries are not removable, so there's no way to just
4   switch out a battery.  You have to formally dock it in
5   the docking station that were not in Denver.
6            And I know there was a couple of instances
7   where body-worn cameras were dislodged.  So when that
8   happens, obviously they're no longer attached to the
9   officer.  I think one may have even been lost and not
10  recovered during that time.
11           MS. WANG:  Okay.  Mr. Reidy has some questions.
12                 EXAMINATION
13  BY MR. REIDY:
14      Q    Thank you.  So what was -- what was the first
15  day that Aurora was deployed to Denver to assist?
16      A    I believe that would be May 30th.
17      Q    Earlier you testified that officers --
18           Aurora's officers were -- they usually have to
19  document their use of force, right, in the ordinary
20  course of their job.  If they use force, they have to
21  document it in a timely manner, right?
22      A    Correct.
23      Q    But that during the protests, the officers
24  were not prepared to do that, right?
25      A    Correct.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
— COURT REPORTERS —

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q  So is that -- when you said the officers were
2  not prepared to do that, do you mean like the officers
3  did not know that they would have to document their use
4  of force during the protests?
5  A  What I mean is that they typically will
6  document a use of force -- you will have a known
7  subject.  You have, you know, the ability to take
8  statements.  You have the ability to, you know, at that
9  moment in time notify a supervisor, take photographs,
10 etcetera.  So in the protests, of course, officers, you
11 know, in many times may use force, you know, several
12 times in the course of a minute kind of precluding the
13 process that they normally would have associated with
14 reporting that use of force.  So -- and -- and what ends
15 up happening then is they kind of glom them all into
16 one, you know, on these -- between these hours, you
17 know, use -- I  may have used force, you know, 12 times,
18 or whatever it is.  With no known subjects -- because
19 the subjects were never identified and with no
20 photographs of any injuries that may or may not even
21 occurred if the use of force was even, in fact,
22 successful -- because again that person may have run
23 away and their identity was not known even later, even
24 if they were not able to at that moment in time.  So it
25 was just all these dynamic circumstances that happened

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1   that I think was very confusing for the officers.  And
2   how to -- how to process what normally would be a very
3   routine fact of the use of force.  That was now
4   something totally out of context to what they were used
5   to.
6       Q   Okay.  So officers in Aurora are not trained
7   on how to document uses of force during a protest; is
8   that right?
9           MS. EVANS:  Object as to form.
10      A   So we had not had specific training with
11  regard to documenting use of force during a protest at
12  that time.  That I'm aware of.  Now, it may be possible
13  that the Emergency Response Team had some type of
14  training for that.  But I am not aware of any and I was
15  not able to find any.  So I'll put that caveat on it but
16  I don't believe so.
17      Q   So an officer working in -- an Aurora officer
18  working the protests would not have known one way or the
19  other whether he or she would have to document their use
20  of force, right?
21          MS. EVANS:  Object as to form and foundation.
22      A   So I -- I believe that they would -- they
23  would assume that -- after the incident -- after, you
24  know, each break period, from my understanding they may
25  talk with a supervisor indicating a use of force that

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

The Deposition of CHRISTOPHER JUUL, taken on December 30, 2021

32

1  may have occurred.  But then they'd go right back out
2  onto the line.  So there was not a good structure in
3  place to document those at that time, that's right.
4      Q   When did officers, in fact, prepare
5  documentation of their uses of force during the
6  protests?
7      A   So I saw a variety of time periods.  Some
8  reports were done, you know, the day of, the day after,
9  two days after.  And others did not get completed and we
10 had to follow up with officers later to get those
11 reports prepared.
12     Q   Okay.  So you said you saw a variety of time
13 periods.  Some the day of, some the day after, some two
14 days after.  Any that were some prepared more than two
15 days after the protests?
16     A   I'm certain that's the case.  I would say that
17 there may have been a couple that may have even been a
18 month or more after the protest.
19         MR. REIDY:  Okay.  And I don't have any further
20    questions.
21         MS. JORDAN:  I don't have any questions.
22         MS. EVANS:  No questions from me.
23         MS. WANG:  I have one last question.
24              EXAMINATION
25 BY MS. WANG:



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

1  Q   The use of force reporting policy, the written
2  policy that Aurora has does not specifically address use
3  of force reporting in the context of a protest; correct?
4  A   Correct.
5      MS. WANG:  I have no further questions.
6      VIDEOGRAPHER:  Okay.  We are going off record.
7  The time is 4:56 p.m. Eastern Standard Time.
8      Will all parties please continue to remain on
9  the line?
10         (DEPOSITION CONCLUDED AT 4:56 P.M.)

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com