| | |
|---|---|
| **From:** | McClelland, Michael |
| **To:** | Redfearn, Stephen |
| **Cc:** | Brukbacher, Matthew |
| **Subject:** | RE: Awards |
| **Date:** | Thursday, June 18, 2020 10:54:31 AM |
| **Attachments:** | image004.png |
| | image006.png |
| | image007.png |
| | image008.png |
| | SWAT ERT MSR nomination.docx |
| | Denver OT Names.xlsx |

Here is write up and list from Rosenblatt. I didn't see any LT and above, so we need to add us to nomination as well. Please change narrative as you see fit.

*Respectfully,*

# *Lieutenant Michael A. McClelland*

*Training Academy Commander*
*Honor Guard Commander*
*City of Aurora Public Safety Training Center (CAPSTC)*
*25950 E. Quincy Ave. Aurora CO 80016*
*303-739-1606*
**Training Excellence**



Join The APD

---

**From:** Redfearn, Stephen <SRedfear@auroragov.org>
**Sent:** Thursday, June 18, 2020 8:38 AM
**To:** McClelland, Michael <mmcclell@auroragov.org>
**Cc:** Brukbacher, Matthew <mbrukbac@auroragov.org>
**Subject:** Awards
**Importance:** High

Mac,

Matt mentioned that you may be writing up the group who went to Denver for an award.. The Chief was gonna do MSR's for all but hasn't had a chance and the deadline was the 15th.. did you get something written? The chief wants a list of names that went to Denver and she said shell push the nomination through

So if you wrote something up send it to me ASAP.. if not ill need all the names.. if you don't have those handy Matt I can go through the emails

COAEPP 001595
Exhibit 38

Steve

**Commander Stephen Redfearn**
Commander-District 1
Emergency Response Team
Aurora, Colorado Police Department
Office: 303.739.6950



Facebook | Twitter | YouTube | Join The APD

COAEPP 001596

On May 29th, 2020, in the wake of national outrage over the in-custody death of George Floyd in Minneapolis, the City of Denver was experiencing large scale protests which involved extensive looting, vandalism, property damage and violence with the use of deadly weapons.  After two days of unrest Denver city officials implemented a citywide curfew and requested mutual aid to enforce it.  Aurora Police leadership made the decision to deploy members of the highly trained SWAT & Emergency Response Team (ERT) to assist.  On Saturday, May 30th, from 3pm to 1am the next morning, SWAT & ERT members deployed to the State Capital for crowd control duties.  What started as a security mission, to protect city workers as they cleared out a large pile of broken concrete and rocks from the RTD platform nearby, quickly turned violent as rioters in the crowd began assaulting police.  They were subjected to barrage after barrage of flying chunks of concrete, rocks, bottles, exploding firework projectiles, paint bombs and CS gas canisters being thrown back at them.  For hours they were masked and subjected to this assault as they pushed the rioters out of the area.  To further disperse this large crowd our officers pushed them down Broadway and up E. 12th Ave. where Molotov cocktail bottles were used, along with a garbage dumpster set on fire and hurled down the steep street at them.  This violence peaked during the evening, at 16th and Logan, when a driver in a stolen vehicle intentionally struck a police vehicle, seriously injuring three Denver PD officers and one civilian.  Amazingly, even after being subjected to vicious verbal abuse, physical assaults and threats and potential serious bodily injury, almost all the SWAT & ERT officers returned the next day and Monday to continue the mission.  On Sunday, May 31st, they again faced angry rioters and physical assaults as they assisted in protecting DPD District Station #6 at Colfax and Washington.

For exceptional diligence and perseverance, performing a difficult task and going far beyond that which is normally expected, I hereby nominate all participating members of Aurora Police SWAT & ERT, from May 30th & 31st, for the Meritorious Service Ribbon.

| ID | Name |
|---|---|
| 0315122 | Alcorta, Matthew L. |
| 0315157 | Allen, Thomas J. |
| 0316537 | Anderson, Kenneth A. |
| 0316815 | Anderson, Tori N. |
| 0303475 | Asmussen, Barbara G. |
| 0314441 | Bender, Michael R. |
| 0267370 | Bennett, Carrigan B. |
| 0267620 | Blue, Aaron W. |
| 0311459 | Bolton, Myshell R. |
| 0191080 | Bonstead, Randy |
| 0314419 | Boone, Nichole C. |
| 0311457 | Boros, Gergely G. |
| 0317713 | Brenneman, Steven B. |
| 0313135 | Brown, Cody N. |
| 0242030 | Brukbacher, Matthew J. |
| 0314463 | Bubna, Jason M. |
| 0262300 | Budaj, Cory J. |
| 0315887 | Campbell, Matthew P. |
| 0314421 | Cardenas, Andres J. |
| 0300381 | Carelock, Jonathan D. |
| 0301022 | Chamberland, Darren P. |
| 0315135 | Child, Daniel W. |
| 0313599 | Coe, Josiah S. |
| 0315107 | Colvin, Nicholaus C. |
| 0233040 | Colwell, Eugene |
| 0300385 | Davis, Paul R. |
| 0318131 | Deichsel, Kevin R. |
| 0308199 | Dieck, Michael B. |
| 0315140 | Dunston, Eric W. |
| 0246750 | Dyer, Lance A. |
| 0207980 | Eddy, Lonnie J. |
| 0246670 | Edwards, Stephen R. |
| 0313613 | Eisaman, Alex G. |
| 0312349 | Ellis, Christopher C. |
| 0314420 | Enriquez, Michael J. |
| 0314457 | Fisher, Douglas A. |
| 0272380 | Fox, Rhett J. |
| 0314464 | Garber, Stephen T. |
| 0309713 | Garcia, Richard P. |
| 0312350 | Glenn, Timothy S. |
| 0316932 | Goetz, Cody A. |
| 0300361 | Gomez, Rolando A. |
| 0195790 | Gonzales, John |
| 0306809 | Gonzalez, Juan P. |
| 0301029 | Green, Matthew R. |
| 0317746 | Harvey, Jason L. |

| | |
|---|---|
| 0316944 | Hassouna, Aisha E. |
| 0315124 | Henderson, Justin E. |
| 0313602 | Hess, Joseph S. |
| 0308055 | Hickox, Donald D. |
| 0300367 | Hildenbrand, Jason M. |
| 0272750 | Hitchings, Emily J. |
| 0315868 | Hughes, Adam M. |
| 0308057 | Hummel, William T. |
| 0272520 | Huntsman, Darryll D. |
| 0315875 | Ingersoll, Luke T. |
| 0312335 | Iovine, Michael P. |
| 0309737 | Iske, Brett J. |
| 0302593 | Jacobs, Jeffrey A. |
| 0315182 | Jauregui-Gutierrez, Ronald |
| 0313123 | Jerome, Jesse E. |
| 0301639 | Jerothe, Paul B. |
| 0314117 | Jonsgaard, Haden D. |
| 0315094 | Kaufman, David W. |
| 0315145 | Kennicutt, Daniel D. |
| 0317074 | Knight, Ralph C. |
| 0315159 | Lacrue, Wayne J. |
| 0309719 | Lang, Frederick P. |
| 0303151 | Lanier, Cody D. |
| 0313130 | Layman, Heather L. |
| 0315092 | Lemus, Rosa M. |
| 0267360 | Leonard, Dale R. |
| 0315918 | Lesnansky, Nicholas R. |
| 0317704 | Lewis, Kathrine E. |
| 0301649 | Luallin, Caleb A. |
| 0315216 | Lyons, Robert P. |
| 0308059 | Maksyn, Brent A. |
| 0315815 | Mankin, Cory J. |
| 0315934 | Manley, Kevin L. |
| 0315183 | Marie, Jana |
| 0310734 | Martinez, Darren A. |
| 0233130 | McClure, Brian R. |
| 0309721 | McCormack, Jennifer L. |
| 0262070 | McDonald, Richard B. |
| 0267600 | McGinty, Thomas P. |
| 0315877 | McKlem, Elizabeth I. |
| 0303487 | McNamee, David C. |
| 0317653 | Meador, Craig S. |
| 0309742 | Miles, Jeremiah M. |
| 0302617 | Moore, Jason D. |
| 0316785 | Moss, Nathaniel W. |
| 0262320 | Neiman, Christopher G. |
| 0316936 | Nestor, Gabriel A. |

| | |
|---|---|
| **0315133** | Nichols, Anthony |
| **0315127** | O'Dell, Brian L L. |
| **0307139** | Odneal, Jordan S. |
| **0307283** | Osgood, Scott A. |
| **0300377** | Palacio, Kevin A. |
| **0316940** | Parrella, Caleb J. |
| **0314118** | Peet, Grant W. |
| **0317712** | Perkins, Grant |
| **0315106** | Pickett, Logan |
| **0232930** | Pitrusu, Michael P. |
| **0316942** | Preston, Kenneth J. |
| **0309752** | Price, Adam M. |
| **0315220** | Queisner, James |
| **0316946** | Ramirez, Juan C. |
| **0317679** | Reed, Mace R. |
| **0312359** | Roedema, Randy M. |
| **0312360** | Romero, Sara K. |
| **0315924** | Root, James C. |
| **0315114** | Rosen, Robert L. |
| **0315112** | Rosenblatt, Jason G. |
| **0315912** | Runyon, Austin S. |
| **0315838** | Salas, Jorge A. |
| **0315225** | Sawyer, Kaycie M. |
| **0312336** | Schipke, Christopher P. |
| **0300390** | Schol, Joshua A. |
| **0301368** | Serrant, Patricio |
| **0253390** | Shaker, Patrick D. |
| **0239380** | Shipley, Justin M. |
| **0253340** | Smick, Daniel R. |
| **0301016** | Smith, Brandt A. |
| **0311460** | Smith, Daniel S. |
| **0312364** | Snow, Ethan |
| **0181470** | Southwick, Daniel J. |
| **0315169** | Spano, Anthony |
| **0315942** | Stoeppel, Kyle A. |
| **0315134** | Stoller, Ryan J. |
| **0306799** | Sweeney, Ryan J. |
| **0267470** | Syidi, Abdullah |
| **0316950** | Thomson, Ian E. |
| **0108260** | Thrapp, Michael |
| **0308073** | Tisdale, Delbert L. |
| **0306080** | Vance, Edward L. |
| **0253400** | Vancleave, Erik V. |
| **0316960** | Villamor, Kyle J. |
| **0317703** | Villani, Nicholas M. |
| **0272790** | Waselkow, James G. |
| **0303469** | Wenke, Ryan W. |

| | |
|---|---|
| **0309760** | Wilkendorf, Carlos G. |
| **0315091** | Wilson, Ethan M. |
| **0316952** | Wilson, Nicholas M. |
| **0315876** | Winters, Joshua M. |
| **0314452** | Woodyard, Nathan S. |

COAEPP 001601