# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

No.: 1:20-cv-01878-RBJ-MEH

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

---

## PLAINTIFFS' NOTICE OF DEPOSITION OF THE CITY OF AURORA PURSUANT TO FED. R. CIV. P. 30(b)(6)

---

    PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 30(b)(6), Plaintiffs, by and through their counsel, will take the deposition of the City of Aurora ("City" or "Defendant") through one or more of its officers, directors, or managing agents, or other persons who consent to testify on their behalf, with regard to the matters set forth in the below Schedule A.

    The depositions will be conducted and recorded remotely via Zoom videoconferencing services by the Notary. The deposition will be taken for the purposes of discovery, for use at trial in this action, and for any purposes permitted under the Federal Rules of Civil Procedure. The deposition will be taken before a qualified notary public or other officer authorized by law to administer oaths. The deposition will be recorded stenographically and may be videotaped. The deposition will occur on a date to be mutually agreed upon by counsel before the discovery cut-off date of 12/30/21. Plaintiffs request that Defendant City of Aurora identify its designee(s) for the topics outlined in Schedule A (below) no later than seven (7) days before the deposition.

Exhibit 39

# SCHEDULE A

Plaintiffs incorporate by reference the Definitions in Plaintiffs' prior written discovery requests to the parties.

## DEPOSITION TOPICS

**Topic No. 1:**

Any systematic or programmatic efforts by the City of Aurora to identify or prevent any of the following types of misconduct during the protests, and the discipline to be imposed by the City as a result of such investigations:

   a. Officers' suppression of the First Amendment rights of protestors;
   b. Officers' use of excessive force on protestors;
   c. Officers' use of non-lethal excessive force;
   d. Officers' misuse of less lethal weapons;
   e. Officers' untimely documentation of or failure to document uses of force;
   f. Officers' misuse of or failure to use body-worn cameras

**Topic No. 2:**

The City of Aurora's written and unwritten policies and practices, in effect from May 2015 through June 2020 relating to:

   a. Crowd management, crowd control, and field force tactics, including the management of protests;
   b. Use of less lethal weapons and non-lethal force;
   c. Documentation of uses of force;
   d. Use of body-worn cameras

**Topic No. 3:**

The City of Aurora's training of its law enforcement officers in effect from May 2015 through June 2020 relating to:

   a. Crowd management, crowd control, and field force tactics, including the management of protests;
   b. Use of less lethal weapons and non-lethal force;
   c. Documentation of uses of force;
   d. Use of body-worn cameras

**Topic No. 4:**

All disciplinary actions, investigations, or inquiries that the City of Aurora has considered, initiated, or taken against any police officers arising out of the protests that took place between May 28, 2020 and June 2, 2020, including:

2

a. Any complaints or claims alleging misconduct on the part of any Aurora police officer relating to use of force on protestors, journalists, or other people on those dates;
b. All steps the City has taken to hold police officers accountable for violations of the City's written policies regarding the use of force during the George Floyd Protests; and
c. Identification of all police officers that have received any form of punishment or discipline from the City for violation of the City's policies or training regarding the use of force during the George Floyd Protests

**Topic No. 5:**

Whether the conduct of the Aurora police officers in the following incidents is consistent with Aurora Police Department policies, practices, and customs:

a. The use of force (shooting of a foam baton to the groin) on Plaintiff Johnathen De La Vaca Duran, at 9:34 p.m. on May 31, 2020, at the intersection of Colfax Avenue and Pearl Street, in Denver, Colorado, as depicted in Fitouri 228 at 22:18 minutes (and also seen in DEN 3874 at 9:34 p.m.);

b. The use of force on Stanford Smith while standing on the sidewalk on Colfax Avenue near the Colorado State Capitol building, as depicted in DEN 5044 at 1:34:11-1:34:18 GMT (and also visible in DEN 5002, Colorado State Patrol video 05302020 v88);

c. The use of force on protesters, including Zach Packard, shown in BLM_00002261-BLM_00002272, and evidenced by the officers' statements and conduct in:
   - COABLM 450 at 21:11:50 - 21:12:16;
   - COABLM 508 at 21:12:25 - 21:12:45;
   - COABLM 416 at 21:12:08 - 21:12:19;
   - COABLM 550 at 21:12:27 - 21:12:15; and
   - COABLM 371 at 21:19:25 - 21:19:36.

d. The use of force on the group of protesters gathered in front of the Cathedral Basilica of the Immaculate Conception on Colfax Avenue in Denver, Colorado, as depicted in DEN 3873 and DEN 3874 from approximately 9:40-9:45 p.m. MT (and also seen in COABLM 371, COABLM 376, COABLM 398, DEN 5109, Fitouri 228, and Fitouri 16836).

**Topic No. 6**

The City of Aurora's knowledge and internal discussions regarding officers' conduct during the Protests, including:

a. Officers' suppression of the First Amendment rights of protestors;
b. Officers' use of excessive force on protestors;
c. Officers' use of non-lethal excessive force;
d. Officers' misuse of less lethal weapons;
e. Officers' untimely documentation of or failure to document uses of force;

3

**Topic No. 7**

The PowerPoint presentations created by the APD Force Investigations Unit reviewing the use of force of APD officers who provided mutual aid to Denver during the George Floyd Protests. This is a request for the City-designated witness(es) who are most knowledgeable about these PowerPoint presentations, specifically the presentations Bates-stamped Fitouri 19063-19334, COAEPP 25, COAEPP 36, and the information contained therein.

**Topic No. 8**

The identity and location of all persons, documents, and things consulted, reviewed, communicated to, or relied on in preparation for testifying about each of the Topics in this notice.

***

The person(s) so designated should produce at least seven (7) days prior to the deposition any and all documents related to the City's policies, practices, and training in effect from May 2015 through June 2020 on the above-referenced topics.

Dated: December 1, 2021

Respectfully submitted,

By: s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs

By: s/ Patrick Reidy
Counsel for Epps Plaintiffs

Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

Makeba Rutahindurwa
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
makeba@loevy.com
*Counsel for Fitouri Plaintiffs*

Timothy R. Macdonald
Matthew J. Douglas
Ed Aro
R. Reeves Anderson
Colin M. O'Brien
Kathleen K. Custer
Mollie Dibrell
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Ste. 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Timothy.Macdonald@arnoldporter.com
Matthew.Douglas@arnoldporter.com
Ed.Aro@arnoldporter.com
Reeves.Anderson@arnoldporter.com
Colin.Obrien@arnoldporter.com
Katie.Custer@arnoldporter.com
Mollie.Dibrell@arnoldporter.com

Gerardo Mijares-Shafai
Leslie C. Bailey
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington, DC  20001-3743
Telephone: (202) 942-5000
Facsimile: (202) 942-5555
Gerardo.Mijares-Shafai@arnoldporter.com
Leslie.Bailey@arnoldporter.com

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLER LLP
70 West Madison Street
Suite 4200
Chicago, IL 60602
Telephone: (312) 583-2300
Facsimile: (312) 583-2360
Patrick.Reidy@arnoldporter.com

Michael J. Sebba*
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA  90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
Michael.Sebba@arnoldporter.com

*Admitted only in New York; not admitted to the practice of law in California.

In cooperation with the American Civil Liberties Union Foundation of Colorado

Mark Silverstein
Sara Neel
Arielle Herzberg
American Civil Liberties Union Foundation of Colorado
303 E. Seventeenth Ave., Suite 350
Denver, Colorado 80203
Telephone: (303) 777-5482
Facsimile: (303) 777-1773

Msilverstein@aclu-co.org
Sneel@aclu-co.org
Aherzberg@aclu-co.org

*Counsel for Epps Plaintiffs*