| | |
|---|---|
| **From:** | Brukbacher, Matthew |
| **To:** | Budaj, Cory |
| **Subject:** | Fwd: Denver Outside Assist Reports |
| **Date:** | Wednesday, June 3, 2020 3:56:35 PM |

Sergeant Matt Brukbacher
Aurora Police Department
Emergency Response Team
Team Coordinator/Squad Leader
(303) 627-3206  office
(303) 550-0237  mobile

Begin forwarded message:

> From: "Carlson, Cassidee" <ccarlson@auroragov.org>
> Date: June 2, 2020 at 18:19:03 MDT
> Subject: Denver Outside Assist Reports
>
> Team -
>
> Here is how we will do this. We have pulled a case number for each day.  I will take care of the GO.  HERE IS WHO NEEDS TO WRITE SUPPLEMENTAL REPORTS UNDER THE APPROPRIATE DAY THAT YOUR ACTION TAKEN.
>
> - If you were an arresting officer. In the SUBJECT line please put your DENVER CAD number that you were given. Please do not put your name and OSA - we already have that information. This will make it easy to find later.
> - If you used force - shot less lethal, baton strike, threw, gas or any other use of force.  Please write a report on the day that you used such force. Do your best to justify each use of force.  Some of this will be generic wording. Where you were (holding a line at Colfax and Washington to protect District 6, etc), and best you can do for time. What you can remember now could be helpful for a potential lawsuit later. Grenadiers should have reports for both Saturday and Sunday. In the SUBJECT, please write UOF.   There will not be AIM entries on any of these.
>
> Body worn cameras - in your reports please don't just assume that your body camera was rolling as I know from looking at mine, it got inadvertently turned on and off during some of the commotion.  Might want to double check your body

cam to indicate if your activity was captured. All BWC will be ==categorized as crimes against person.==

**For those of us that witnessed the Attempt Homicide - Vehicular assault, I am waiting to hear back from Denver about direction there.

If you held a line spot and took a bunch of rocks, fireworks, paintballs, and other BS - no need to write a report. If you have a question about if you need to write a report on something, please ask me.

CASE NUMBERS
Saturday 5/30    20-18764

Sunday 5/31     20-18765

Monday 6/1     20-18766

Please reach out to me if you have any administrative questions.

Again, thank you all for your hard work and dedication. It was an honor to serve next to you all.

Cassidee

**Lieutenant Cassidee Carlson**
**Aurora Police Department**
District 2 Sector (Investigations and PAR)
Emergency Response Team
Monday-Thursday
**p.** 303.739.6097 | **e.** ccarlson@auroragov.org