```
 1                IN THE UNITED STATES DISTRICT COURT

 2                    FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 20-cv-1878-RBJ

 4   ELISABETH EPPS AND SARA FITOURI, ET AL.,

 5        Plaintiffs,

 6        vs.

 7   CITY AND COUNTY OF DENVER, ET AL.,

 8        Defendants.

 9   -----------------------------------------------------------

10                       REPORTER'S TRANSCRIPT

11                        Jury Trial, Vol. 11

12   -----------------------------------------------------------

13         Proceedings before the HONORABLE R. BROOKE JACKSON,
     Judge, United States District Court for the District of
14   Colorado, commencing on the 21st day of March, 2022, in
     Courtroom A902, United States Courthouse, Denver, Colorado.
15

16                           APPEARANCES
     For the Plaintiffs:
17   TIMOTHY R. MACDONALD, MATTHEW J. DOUGLAS, and DIANA K. STERK,
     Arnold & Porter Kaye Scholer LLP, 1144 Fifteenth Street, Suite
18   3100, Denver, CO 80202

19   ELIZABETH C. WANG and MAKEBA RUTAHINDURWA, Loevy & Loevy, 2060
     Broadway Street, Suite 460, Boulder, CO 80302
20

21   For the Defendants:
     ANDREW D. RINGEL, KATHERINE HOFFMAN, and ROBERT A. WEINER, Hall
22   & Evans LLC, 1001 Seventeenth Street, Suite 300, Denver, CO
     80202
23
     HOLLIE R. BIRKHOLZ and LINDSAY M. JORDAN, Denver City Attorney's
24   Office, 201 West Colfax Avenue, Denver, CO 80202

25   Reported By KEVIN P. CARLIN, RMR, CRR, 901 19th Street, Room
     A259, Denver, CO 80294, (303)335-2358

         Proceedings reported by mechanical stenography; transcription
                           produced via computer.
```

Exhibit 43

```
                                                                  2240
         20-cv-1878-RBJ    MICHAEL O'DONNELL - Cross    03-21-2022
```

1 Washington; correct?

2 A    Yes, sir.

3 Q    And this is Officer Stadler, who is a member of the gang

4 unit.  His body-worn camera?

5 A    Yes.  It looks like it is.  Yes, sir.

6 Q    Okay.  And this is 8:36 p.m. on May 28th.  That's just a

7 few minutes after the video we were looking at -- or we looked

8 at when you were testifying a little earlier; correct?

9 A    Yes, sir.  I don't remember the times, but that sounds

10 right.

11 Q    Okay.  So, I want you -- circled on the screen is a woman

12 in the yellow circle, and you see that she is standing on the

13 outside patio, which has a little fence around it, or a rail of

14 Slice Works.  Do you see her?

15 A    Yes, sir.  I do.

16 Q    Okay.  And at this point, Slice Works was open for

17 business.  Customers are getting food, drink, and some of them

18 may be sitting on that outside patio; correct?

19 A    Yes, sir.

20 Q    Let's take a look at the video.

21      (A video was played.)

22 Q    Okay. Let's stop.  So, did you see that woman, it looked

23 like she gave the middle finger and said F you or something to

24 the police?  Did you see and hear that?

25 A    I didn't hear or see that, but if you're saying it

```
                         Kevin P. Carlin, RMR, CRR
```