2537

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 20-cv-1878-RBJ

 4   ELISABETH EPPS AND SARA FITOURI, ET AL.,

 5        Plaintiffs,

 6        vs.

 7   CITY AND COUNTY OF DENVER, ET AL.,

 8        Defendants.

 9   -----------------------------------------------------------

10                       REPORTER'S TRANSCRIPT

11                       Jury Trial, Vol. 13

12   -----------------------------------------------------------

13        Proceedings before the HONORABLE R. BROOKE JACKSON,
     Judge, United States District Court for the District of
14   Colorado, commencing on the 23rd day of March, 2022, in
     Courtroom A902, United States Courthouse, Denver, Colorado.
15

16                            APPEARANCES
     For the Plaintiffs:
17   TIMOTHY R. MACDONALD, MATTHEW J. DOUGLAS, BRIAN M. WILLIAMS, and
     R. REEVES ANDERSON, Arnold & Porter Kaye Scholer LLP, 1144
18   Fifteenth Street, Suite 3100, Denver, CO 80202

19   ELIZABETH C. WANG and MAKEBA RUTAHINDURWA, Loevy & Loevy, 2060
     Broadway Street, Suite 460, Boulder, CO 80302
20

21   For the Defendants:
     ANDREW D. RINGEL, KATHERINE HOFFMAN, and ROBERT A. WEINER, Hall
22   & Evans LLC, 1001 Seventeenth Street, Suite 300, Denver, CO
     80202
23
     HOLLIE R. BIRKHOLZ and LINDSAY M. JORDAN, Denver City Attorney's
24   Office, 201 West Colfax Avenue, Denver, CO 80202

25   Reported By KEVIN P. CARLIN, RMR, CRR, 901 19th Street, Room
     A259, Denver, CO 80294, (303)335-2358
```

Proceedings reported by mechanical stenography; transcription produced via computer.

Exhibit 44

1    PepperBall they fire; right?

2    A    Yes, sir.

3    Q    And have you seen any attempt by DPD after the George Floyd

4    protests to make sure that officers were responsible for the

5    more than 33,000 rounds of PepperBall they deployed in the first

6    five days of the protest?

7    A    I am aware that there are investigations, but I am not part

8    of those investigations at this time.

9    Q    Officers are supposed to be responsible for every round of

10   40-millimeter shots they fire; true?

11   A    Yes, sir.

12   Q    Have you seen any attempt to make sure that the Denver

13   Police Department officers were responsible for every one of the

14   more than 600 40-millimeter rounds they deployed during the

15   first five days of the protest?

16   A    Again, sir, I know that there's probably investigations

17   underway, but I am not privy to those.

18   Q    Officers are supposed to get supervisor approval to use

19   40-millimeter rounds unless it's an emergency; right?

20   A    Within a crowd control setting, yes, sir.

21   Q    And an emergency is if someone is going to be seriously

22   injured and/or killed; right?

23   A    Yes, sir.

24   Q    This would not include someone kicking a tear gas canister

25   five to ten feet into the road when officers are 30 to 40 feet

```
                                                                2548
                 20-cv-1878-RBJ    RYAN GROTHE - Cross    03-23-2022
```

1 away, would it?

2 A    Based on what you're telling me, and me not knowing the

3 totality of the circumstances of what happened prior to or after

4 or during that event, I would say that that doesn't constitute

5 serious injury, but it does constitute defensive resistance.

6 Q    So, not enough to shoot someone in the head with a

7 40-millimeter; true?

8 A    No.  That would not be enough to shoot someone in the head

9 with a 40-millimeter.

10 Q    Or shoot them with a 40-millimeter at all; right?

11 A    Correct.

12 Q    All right.  You agree that an officer should never let the

13 muzzle of a 40-millimeter point at anything that they are not

14 willing to destroy; right?

15 A    That is one of our firearm safety rules.  And normally yes,

16 we tell officers to hold it in a low ready position, so you're

17 not sweeping your muzzle on anything until they're up and on

18 target and ready to engage.

19 Q    Have you seen video from the George Floyd protests of DPD

20 officers pointing their 40-millimeter at protesters, for example

21 doing yoga or the splits in the street?

22 A    No, sir.

23 Q    Have you seen video of DPD officers pointing their

24 40-millimeter at people filming -- doing nothing but standing in

25 front of the officers filming?

                                      Kevin P. Carlin, RMR, CRR