2537

1                  IN THE UNITED STATES DISTRICT COURT

2                    FOR THE DISTRICT OF COLORADO

3    Civil Action No. 20-cv-1878-RBJ

4    ELISABETH EPPS AND SARA FITOURI, ET AL.,

5          Plaintiffs,

6          vs.

7    CITY AND COUNTY OF DENVER, ET AL.,

8          Defendants.

9    ------------------------------------------------------------------

10                      REPORTER'S TRANSCRIPT

11                     Jury Trial, Vol. 13

12   ------------------------------------------------------------------

13         Proceedings before the HONORABLE R. BROOKE JACKSON,
     Judge, United States District Court for the District of
14   Colorado, commencing on the 23rd day of March, 2022, in
     Courtroom A902, United States Courthouse, Denver, Colorado.

15

16                          APPEARANCES
     For the Plaintiffs:
17   TIMOTHY R. MACDONALD, MATTHEW J. DOUGLAS, BRIAN M. WILLIAMS, and
     R. REEVES ANDERSON, Arnold & Porter Kaye Scholer LLP, 1144
18   Fifteenth Street, Suite 3100, Denver, CO 80202

19   ELIZABETH C. WANG and MAKEBA RUTAHINDURWA, Loevy & Loevy, 2060
     Broadway Street, Suite 460, Boulder, CO 80302

20

21   For the Defendants:
     ANDREW D. RINGEL, KATHERINE HOFFMAN, and ROBERT A. WEINER, Hall
22   & Evans LLC, 1001 Seventeenth Street, Suite 300, Denver, CO
     80202

23
     HOLLIE R. BIRKHOLZ and LINDSAY M. JORDAN, Denver City Attorney's
24   Office, 201 West Colfax Avenue, Denver, CO 80202

25   Reported By KEVIN P. CARLIN, RMR, CRR, 901 19th Street, Room
     A259, Denver, CO 80294, (303)335-2358

          Proceedings reported by mechanical stenography; transcription
                        produced via computer.

                                                    Exhibit 45

2609

20-cv-1878-RBJ     ANTHONY HAMILTON - Cross     03-23-2022

1  giving orders to both Jeff. Co. SWAT and Aurora about directions

2  from the command post; right?

3  A     It appears that way.

4  Q     And the order was, let's just grab the low-hanging fruit?

5  A     I didn't hear that.  I may have missed it.

6  Q     Did you hear an Aurora officer say, Sergeant Redfearn is

7  the leader, tell him?

8  A     No.

9  Q     But you would agree that Sergeant Stack is going around the

10 mutual aid agencies and providing direction from command post;

11 right?

12 A     It appears so.

13 Q     On May 31st, you were equipped with a 12 gauge shotgun?

14 A     Yes.

15 Q     And that shotgun shoots out bags filled with lead pellets;

16 right?

17 A     Yes.

18 Q     You would agree that shooting -- that less-lethal shotguns

19 can cause serious bodily injury or death?

20 A     They can, yes.

21 Q     And because of that, there are certain areas that are

22 prohibited; right?

23 A     That's correct.

24 Q     Those areas include the head, the neck, most of the back,

25 particularly the spine area, the groin, and the breast area;

Kevin P. Carlin, RMR, CRR

2610

20-cv-1878-RBJ    ANTHONY HAMILTON - Cross    03-23-2022

1   correct?

2   A    Correct.

3   Q    So, the only way an officer would be justified in shooting

4   someone in the head is if deadly force is required; right?

5   A    For targeting that area, yes.

6   Q    Okay.  And you agree that kicking a tear gas canister does

7   not allow for the use of deadly force?

8   A    Not at face value, no.

9   Q    And you would also agree with me that you can only use

10  force that is reasonably necessary to stop the perceived threat?

11  A    That's correct.

12  Q    So, shooting someone who has their back turned to you and

13  is running away would be unreasonable; right?

14  A    That would be unreasonable.  Yes.

15  Q    Let's go back to Colfax and Washington on the evening of

16  May 31st.  The assignment that was given to you and your team

17  members from Denver was to protect the police building; right?

18  You testified to that?

19  A    That's what I understood it to be, or I surmised that that

20  was the case.

21  Q    And so you were tasked with setting up a line on Washington

22  and Colfax -- on Washington, north of Colfax?

23  A    Yes.

24  Q    And you were near the District 6 station on two separate

25  occasions that evening; right?

Kevin P. Carlin, RMR, CRR