1181

```
 1                IN THE UNITED STATES DISTRICT COURT

 2                   FOR THE DISTRICT OF COLORADO

 3   Civil Action No. 20-cv-1878-RBJ

 4   ELISABETH EPPS AND SARA FITOURI, ET AL.,

 5        Plaintiffs,

 6        vs.

 7   CITY AND COUNTY OF DENVER, ET AL.,

 8        Defendants.

 9   -----------------------------------------------------------

10                       REPORTER'S TRANSCRIPT

11                       Jury Trial, Vol. 7

12   -----------------------------------------------------------

13           Proceedings before the HONORABLE R. BROOKE JACKSON,
     Judge, United States District Court for the District of
14   Colorado, commencing on the 15th day of March, 2022, in
     Courtroom A902, United States Courthouse, Denver, Colorado.
15

16                             APPEARANCES
     For the Plaintiffs:
17   TIMOTHY R. MACDONALD, MATTHEW J. DOUGLAS, MINDY A. GORIN, and
     ANDREAS E. MOFFETT, Arnold & Porter Kaye Scholer LLP, 1144
18   Fifteenth Street, Suite 3100, Denver, CO 80202

19   ELIZABETH C. WANG and MAKEBA RUTAHINDURWA, Loevy & Loevy, 2060
     Broadway Street, Suite 460, Boulder, CO 80302
20

21   For the Defendants:
     ANDREW D. RINGEL, KATHERINE HOFFMAN, and ROBERT A. WEINER, Hall
22   & Evans LLC, 1001 Seventeenth Street, Suite 300, Denver, CO
     80202
23
     HOLLIE R. BIRKHOLZ and LINDSAY M. JORDAN, Denver City Attorney's
24   Office, 201 West Colfax Avenue, Denver, CO 80202

25   Reported By KEVIN P. CARLIN, RMR, CRR, 901 19th Street, Room
     A259, Denver, CO 80294, (303)335-2358
```

Proceedings reported by mechanical stenography; transcription produced via computer.

Exhibit 46

```
                                                             1197
         20-cv-1878-RBJ   PATRICK PHELAN - Direct   03-15-2022
```

1  A     Yes, ma'am.
2  Q     PepperBalls; right?
3  A     Yes.
4  Q     And it references OC spray; right?
5  A     Correct.
6  Q     It does not reference flash-bang grenades, also known as
7  noise flash diversionary devices; right?
8  A     Correct.
9  Q     It does not reference OC blast grenades; right?
10 A     Correct.
11 Q     Doesn't reference Stinger grenades; right?
12 A     I'm sorry?
13 Q     The manual does not reference Stinger grenades; right?
14 A     Correct.
15 Q     And it doesn't reference rubber ball blast grenades; right?
16 A     Correct.
17 Q     Okay.  But those are all items that were used by DPD and
18 the outside agencies during the protest; right?
19 A     Correct.  Some were, yes.
20 Q     Okay.  Now, you would agree that you cannot shoot somebody
21 in the head with a 40-millimeter launcher or a 12 gauge shotgun
22 unless deadly force is required?
23 A     Not intentionally.
24 Q     Okay.  So, you can -- does DPD policy allow the accidental
25 shooting of somebody with a 40-millimeter launcher or 12 gauge

                       Kevin P. Carlin, RMR, CRR