**IN THE UNITED STATES DISTRICT COURT**
**OF THE DISTRICT COURT OF COLORADO**

| | |
|---|---|
| ELISABETH EPPS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF DENVER, *et al*., <br><br> Defendants. | Civ. No. 1:20-cv-01878-RBJ (consol.) |

**EXHIBIT 47, CONVENTIONALLY FILED, TO**
**PLAINTIFFS' OPPOSITION TO AURORA DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Exhibit 47 is Commerce City PD BWC, 5/31/2020 (Trial Ex. 1012, Fitouri 18079).