# CROWD MANAGEMENT

First Quarter In-Service

2020

Presented by

Sergeant Matt Brukbacher

Emergency Response Team

COABLM_002801

Exhibit 48

# Purpose and Objective

- ▫ Review basic crowd control techniques and equipment.

- ▫ Crowd incident management from planning through incident completion.

- ▫ ERT support and abilities.

- ▫ Practice Basic Formations

COABLM_002802



# MCATI

- Managing Civil Actions in Threat Incidents.

- National Crowd Control System.

- Basic Movements and Terminology

- Requires coordinated resources.

- Efficient use of Personnel.

- Maximizes Officer Safety.

- Defendable in Court Cases.

- Munitions Intensive System.

COABLM_002803

# Mobile Field Force Basics

- Stay plugged-in!  Listen to/Look for your squad leader for directions/orders.

- Uniformity is key.  Keep your lines straight and dressed to the right.

- Don't get drawn into the crowd.  Stay with your squad.  No individual actions!

COABLM_002804

# Mobile Field Force Basics

- Keep your face shield down at all times.

- Maintain professionalism. You are being watched, filmed, photographed and recorded at all times on the line and during staging.

- Body camera on and activated when addressing the crowd.

COABLM_002805

# Basic Line Formation



SGT

COABLM_002806



# Column Movement to Skirmish Line



COABLM_002807

# Column Movement to Skirmish Line Close Support



COABLM_002808

# Cross Bow to Line Formation



COABLM_002809

# Line Formations



COABLM_002810



# Gas Mask Donning

- ABC Method
  - Above
  - Bottom
  - Center
- Commands
  - Prepare to Mask.
    - MASK
- Hand Signal
  - Hand with fist pulling down in front of face.



COABLM_002811



# Gas Mask Doffing

▫ *Preparatory command*—Prepare for all clear

▫ *Command of execution*—All Clear

▫ *Hand signal*—Waving gas mask in the air.



COABLM_002812

# Line Relief Gas Mask Deployment



# Line Relief Gas Mask Deployment (continued)



**REAR COLUMN
MASKS UP
RETURNS TO THE LINE
REPLACING FRONT LINE**

COABLM_002814



# If you have a crowd incident

- **<u>Before</u>** the event turns violent:

  - Size up the event and possibility for problems early.

  - Identify the potential issues and gather resources.

  - Request on-duty ERT members to respond.

  - Notify Duty Lieutenant.  Evaluate need for call out.

    - Always 20 ERT members, 2 Sgts and 1 Lt on call.

  - Notify PIO of possible incident.

COABLM_002815



# If you have a crowd incident

- **<u>Before</u>** the event turns violent:

  - Mutual Aid Stand-by.

  - Establish a "safe zone" for staging.

  - Establish crowd egress routes.

  - Establish resource ingress routes.

  - Manage communication.

COABLM_002816



# If you have a crowd incident

- **<u>During</u>** a violent event
  - Don't wait to request a "Code-1". Get as many resources as quickly as possible.
  - All Officers with "Helmets, Batons and Gas Masks".
  - BEAR or MRAP for Officer Rescue.
  - Quickly establish a skirmish line to establish uniformity of police presence and limit individual officer engagements.

COABLM_002817



# If you have a crowd incident

- **<u><span style="color:red">During</span></u>** a violent event

  - Evaluate the need for chemical agents other than OC Spray (ERT/SWAT Sergeants/Lt's can make the call).

  - Time, Talk, Tactics

  - Flush the crowd and keep gained ground.

  - Maintain line integrity.

COABLM_002818



# If you have a crowd incident

- **<u>After</u>** the violent event

  - Establish face to face unified command with AFD (ASHER if needed).

  - Establish a triage area for Rescue to care for injured officers and citizens.

  - Quickly transport arrestees to jail. (Jail Van?)

  - Decontamination concerns (AFD, Mass Decon)

COABLM_002819



# If you have a crowd incident

- **<span style="color:green">After</span>** the violent event

  - Maintain control of area and prevent people from going back into the venue regardless of excuse.

  - Properly report on use of force through established reporting procedures.

  - Properly record injuries/property damage/evidence (Camera/Video/Reports)

  - Ensure Duty Executive is briefed on incident.

COABLM_002820



# What Can ERT Do For Me?

- Advanced crowd management knowledge.

- Additional resources:

  - Less Lethal Options (LL Shotgun, 40mm, Gas)

  - Better PPE (Turtle gear, SCBA, etc)

  - All ERT rifle trained.  Marksman Team.

  - Backfill patrol to restore normal call response

- Planned Event Planning and Response

COABLM_002821

# Questions?

- If you have any questions or want to know if ERT can assist with your incident, please call:

- Sergeant Matt Brukbacher, Team Coordinator
  - 303-627-3206     Office
  - 303-550-0237     Mobile

- Captain Steve Redfearn, ERT Commander
  - 303-739-1812     Office
  - 303-919-8558     Mobile

COABLM_002822