

AURORA POLICE

EMERGENCY RESPONSE

TEAM

2020

LEADER TRAINING CLASS

COAEPP 000706
Exhibit 49

# 2020 TEAM MAKE-UP

- 1 Captain
- 4 Lieutenants
- 12 Core ERT Sergeants
- 6 Bicycle Team Sergeants
- 120 Core ERT Officers/Agents in 12 Squads
- 30 Bicycle Officers in 6 Squads

COAEPP 000707

# 2020 TEAM MAKE-UP

- Specialties
  - Grenadiers (40mm/12GA Operators)
  - Tech Rescue (Cut Team/Protestor Devices)
  - Medics (First Responder Trained with Med Kit)
  - Marksmen (Overwatch/Sniper)
  - Transport (MRAP/BEAR/Etc)

COAEPP 000708

# ROLES AND RESPONSIBILITIES

- ERT Coordinator to handle day to day operations
  - Operations Planning
  - Training
  - Equipment
  - Planned Events
  - Administrative Work

COAEPP 000709

# ROLES AND RESPONSIBILITIES

- Captain Redfearn
    - Executive Team Leader and Company Commander
    - Direct Control of Deployment and Operational Decisions
    - Oversees Entire Team
- Team Lieutenants (Carlson, McClelland, Hanifin, Eddy)
    - Platoon Commanders
    - Direct Management of Incidents
    - 4 Squads per Lieutenant

COAEPP 000710

# ROLES AND RESPONSIBILITIES

- Sergeants
  - Assigned Individual Squads of 10 Members
    - Bike Team Sergeants Have 5 members
  - Direct Supervision and Front Line Leadership
  - Follow Directions and Orders from Platoon Leader
  - KTTTGTJD
  - Most Important Role on the Team!!!!

COAEPP 000711

# COMMUNICATION

- Email
- Microsoft Teams
    - Supervisors only for now
    - Blog type communication
    - Direct chat for incidents
    - Share files and documents
    - Available as an app. (Please download it!!!)
- Everbridge
    - Sergeant Bennett…..

COAEPP 000712

# ON-CALL

- 2 Core ERT Squads and Lieutenant on call at all times
- 1 Bicycle Squad on call at all times
- 2-week on call rotations
- Sergeants can swap as needed. (1 week or more, notify me)
- On for 2 weeks, off for 10 weeks
- On-Call vehicles available
- If you are assigned a car, you can take it home when on-call
- Must respond to call-out within 1 hour and start towards location (Prefer quicker response if possible)
- Make sure all info is correct in APPS

COAEPP 000713

# EQUIPMENT

- Basic Assigned Equipment
  - Ballistic Helmet with Face-Shield
  - Gas Mask with appropriate bag
  - Standard 29 inch Baton (Officers/Agents get 42 inch)
  - Body Camera
- Assigned ERT Equipment
  - New Hard Sided Turtle Gear with cooling pads
    - Should arrive late March
- 40mm and 12GA Less Lethal Launchers
  - 17 40mm Launchers (Single and Multi)
  - 7 12GA Less Lethal Shotguns

COAEPP 000714

# EQUIPMENT

- Gas Munitions
  - Each Lieutenant and Sergeant will be issued Gas Munitions
    - CS/Smoke/OC Vapor/OC Party Can
    - Extra 40mm ammunition
    - Will come in a sling pack with an IFAK
    - Assigned to you in February
  - Cell Phone Stipend
    - Each of you is entitled to a small stipend from the city
    - Forms available for those interested

COAEPP 000715

# IMPORTANT POLICY

- 5.8.4 Chemical Irritants/Munitions
- The deployment of these irritants/munitions can be both defensive as well as offensive.
- Use of chemical irritants/munitions on an offensive basis will be approved by a SWAT/ERT sergeant, or any command officer.
- Special chemical irritants/munitions (beyond standard issued O.C.) will be deployed by SWAT/ERT gas technicians when practical.
- Chemical irritants may be used without prior authorization when a defensive need arises. Whenever a chemical irritant/munition is used, the Duty Captain should be advised as soon as practical.
- Members, and especially supervisors, should evaluate the use of chemical irritants/munitions for potential consequences prior to use on an offensive basis.  Some chemical irritants/munitions can have severe effects on persons with respiratory conditions, children, and elderly.  Some chemical munitions also have extreme fire potential.

COAEPP 000716

# CROWD MANAGEMENT

- Lead From the Front
    - Squad Leaders set the tone and pace.
- Command Presence
    - Loud, Clear and Direct Orders
    - Sense of Urgency and Control
    - Calm and In Charge. The team follows your lead.
- Control Your People and Maintain The Line
    - No individual actions. Always team concept.

COAEPP 000717

# REST OF THE DAY

- Crowd Management PowerPoint Class
- Outside Tactics and Maneuvers
- Lunch
- Continue Outside Training
- Legal Concerns
  - Attorney Nancy Rodgers
- End of Day wrap-up

COAEPP 000718