# AURORA POLICE
# Mobile Field Force Training
# Basic Class

## Aurora Police Department
## Emergency Response Team

COAEPP 000720
Exhibit 50

# What is Field Force?

- A systematic method for addressing large crowds that must be moved, protected, or dispersed.

- APD uses the nationally utilized system MCATI (Managing Civil Actions in Threat Incidents)

- Riots are inherently dangerous and high liability for governmental agencies.

- Tactics that provide the best safety for Officers and minimal liability for APD.

2

# Basic Equipment

- Patrol Officers:
  - Gas Mask (Scott M120) and Enforcement Filter (CS/CN/OC)
  - Ballistic Helmet with Face Shield.
  - 42 in Polycarbonate Riot Baton
- ERT Officers (in addition to above)
  - Turtle Gear
  - Less Lethal Launching Systems (12ga, 40mm)
  - Lethal Cover (Marksman Team)
  - Gas Munitions, Tech Rescue, Medics, Decon.

3

COAEPP 000722

# Mobile Field Force Basics

- Stay plugged-in!  Listen to/Look for your squad leader for directions/orders.

- Uniformity is key.  Keep your lines straight and dressed to the right.

- Don't get drawn into the crowd.  Stay with your squad.  No individual actions!

- Keep your face shield down at all times.

- Maintain professionalism. You are being watched, filmed, photographed and recorded at all times on the line and during staging.

4

COAEPP 000723

# SB 217/1250 Changes

- **C.R.S. § 24-31-905: Prohibited law enforcement action in response to protests.**
  - (1) In response to a protest or demonstration, a law enforcement agency and any person acting on behalf of the law enforcement agency shall not:
    - (a) discharge kinetic impact projectiles and all other non or less-lethal projectiles in a manner that targets the head, pelvis, or back;
    - (b) discharge kinetic impact projectiles indiscriminately into a crowd; or
    - (c) use chemical agents or irritants, including pepper spray and tear gas, prior to issuing an order to disperse in a sufficient manner to ensure the order is heard and repeated if necessary, followed by sufficient time and space to allow compliance with the order

COAEPP 000724

# Moving By Column

- Double columns
- Squad leader in front
- Grenadier in rear
- Turning movements and commands (e.g. right, left, counter columns, at a half step)

COAEPP 000725

# Moving by Column (continued)



SQUAD LEADER

POINT PERSON/ASL

GRENADIER

COAEPP 000726

# Moving by Column (continued)



COAEPP 000727

# Column Formation Movement: Speeds and Turning Movements

- Speeds:
  - Half step
  - March
  - Double time
- Turning Movements:
  - Right face
  - Left face
  - About face
  - Counter columns

COAEPP 000728

# Preparatory Commands

- Alert the platoon to further instructions (command of execution)

- Examples:
  - Forward
  - Line formation
  - Crossbow formation

COAEPP 000729

# Commands of Execution

- Further instructions
- Examples:
  - Move
  - Halt
  - March

COAEPP 000730



# Skirmish Line Commands

SGT

# Column Movement to Skirmish Line



COAEPP 000732

# Line Spacing

- Two examples of line spacing:
  - Tight spacing
  - Tactical spacing
- Line spacing varies depending on the situation

COAEPP 000733

# Skirmish Line Close Support

- Minimizes formation breaches
- Formation reinforcement
- Psychological advantage

COAEPP 000734

# Column Movement to Skirmish Line Close Support



COAEPP 000735

# Lateral Support

- Support flanks of all formations:
  - Right
  - Left
  - Both

COAEPP 000736

# Lateral Support (continued)



COAEPP 000737



# Lateral Support Movement

15 yards

Squad 1

Squad 2

Squad 3

Squad 4

The line always dresses right with the officers in the far right position setting the speed of the line.

Squad 4 always forms up into two columns on a squad 3 lateral support command.

COAEPP 000738

# Separation



COAEPP 000739

# Separation (continued)



COAEPP 000740

# Separation (continued)



COAEPP 000741

# Cross Bow: Line

- Commands
  - Verbal
  - Hand
- Column movement to line formation with tactical spacing
- Continuous forward movement

COAEPP 000742

# Cross Bow: Line (continued)



# Cross Bow: Arrest

- Arrest an individual in a crowd
- Arrest Squad moves through the line
- Silent and swift
  - 15 yards

COAEPP 000744

# Cross Bow: Arrest (continued)



COAEPP 000745

# Cross Bow: Rescue

- Rescues an individual in a crowd
- Rescue squad moves through the line

COAEPP 000746

# Cross Bow: Rescue (continued)



COAEPP 000747

# Gas Mask Deployment

- Maintains squad integrity
- Coordinated effort by all officers
- Buddy system process

COAEPP 000748

# Gas Mask Donning

- ABC Method
  - Above
  - Bottom
  - Center
- Commands
  - Prepare to Mask.
    - MASK
- Hand Signal
  - Hand with fist pulling down in front of face.



Emergency Masking
Photo Courtesy of CDP

COAEPP 000749

# Gas Mask Doffing

- *Preparatory command*—Prepare for all clear
- *Command of execution*—All Clear
- *Hand signal*—Tapping the face-piece of the mask



Emergency Masking
Photo Courtesy of CDP

COAEPP 000750

# Emergency Donning

- Everyone immediately masks
- Same donning steps
- Command: MASK, MASK, MASK



Gas Mask Deployment
Photo Courtesy of Seattle, WA
Police Department

COAEPP 000751