

COAEPP 001023
Exhibit 51

# Life Priorities

- No matter what tactic or use of force is used, several factors must be considered:

  - Hostages
  - Citizens
  - Law Enforcement Officers
  - Tactical Officers
  - Suspect
  - Property

COAEPP 001024

# FIREARMS SAFETY RULES

- ALL WEAPONS MUST BE TREATED AS IF THEY ARE ALWAYS LOADED.
- NEVER LET THE MUZZLE OF A WEAPON POINT AT ANYTHING YOU ARE NOT WILLING TO DESTROY.
- KEEP YOUR FINGER OFF THE TRIGGER AND OUT OF THE TRIGGER GUARD UNTIL THE SIGHTS ARE ON THE TARGET AND YOU ARE PREPARED TO SHOOT.
- ALWAYS BE CERTAIN OF YOUR TARGET AND BEYOND.

COAEPP 001025

## 5.1-Use of deadly and potentially deadly force

- 5.1.1-Definition: potentially deadly force means the force that the intended, natural and probable consequence of which is to cause death.  Deadly force does, in fact, cause death.

COAEPP 001026

### 5.1.3-Justification for the Use of deadly and potentially deadly force

- Justification for using deadly or potentially deadly force must be limited to what **reasonably** appears to be the facts known or perceived by a member at the time they decide to use such force.

COAEPP 001027

## 5.3-Use of Physical Force

- A sworn member, having probable cause to believe that an individual committed a criminal offense, may use only that force which is <u>reasonable and necessary</u> to effect an arrest, prevent an escape, or to overcome resistance.

COAEPP 001028

# 5.8: Less Lethal Devices

- 5.8: Less Lethal Devices

    5.8.1-definitions

    - Less lethal force
    - Kinetic Energy Impact Projectiles

COAEPP 001029

# 5.8 Less Lethal Force

- <u>An amount of force that when used is not likely to cause death or serious bodily injury</u>.

COAEPP 001030

# Kinetic Energy Impact Projectiles -

- <u>Flexible or Non-Flexible projectiles</u>, which are intended to gain compliance or incapacitate a subject through pain compliance, with a reduced potential for causing death or serious injury when properly used, as compared to conventional weapons or projectiles.

COAEPP 001031

# **Less lethal weapons**

–Taser

–Baton, SD1, Rapid Cont. Baton

–K-9

–OC

–Chemical agents

–Kinetic Energy Impact Projectiles
including 12ga, 40 mm, etc

–Pepperball

COAEPP 001032

# APD Directives

- 5.8.2-Certification Requirements
  -Complete all re-certified requirements for specific weapon system and qualify with the specific weapon system.
- These courses may include:

- Aurora Police Department Training Section courses
- Manufacturer's certification courses
- Approved certification courses taught by other agencies

COAEPP 001033

# APD Directives

- In order to maintain certification as a trained user of a specific weapon system, the certified member must successfully:

- Complete all re-certification requirements for the specific weapon system(s)
- Qualify with the specific weapon system(s).

- The Training Section Lieutenant will maintain and publish a list of certified users for each approved Less Lethal weapon system on an annual basis.

COAEPP 001034

# **APD Directives**

- 5.8.3-Deployment and use
  - –Only certified users may deploy and use less lethal weapons
  - –Lists acceptable deployment situations
  - –Recommends that prior to deployment the user should, when feasible, notify members.
  - –Should not be deployed or displayed with <u>sole intent </u>of coercing or intimidating an individual

- The mere act of an individual fleeing does not justify the use of Less Lethal weapons.

COAEPP 001035

# APD Directives

- 5.8.7-Specifications for Less Lethal Shotguns

  –Only visually modified "orange" Remington 870 12ga shotguns are approved as the platform for the 12 gauge extended range kinetic energy less lethal impact projectiles.

  –Only 12 gauge less-lethal ammunition approved by the SWAT command officer will be used on duty, in or stored with the visually modified shotgun.
    - Currently CTS 2581 or West Coast Ammunition Duty round

COAEPP 001036

# APD Directives

- Sworn members are cautioned that Less Lethal shotguns are physically capable of firing lethal rounds. Lethal ammunition will not be loaded in or stored with a visually modified Less Lethal shotgun.

- At the beginning of each shift, trained users transporting visually modified Less Lethal shotguns will visually and physically inspect the weapon. Each round will be visually and physically inspected and will not be used unless it is clearly marked as a Less Lethal round. Each case and gun should have a minimum of 5 rounds available.

- The shotgun will be kept in the "cruiser safe" mode while on duty.

COAEPP 001037

# APD Directives

- The weapon will be returned to the District Station storage area in an unloaded condition and the unused Less Lethal ammunition will be stored separately.

- Lethal ammunition and lethal shotguns will be kept separate from Less Lethal ammunition and shotguns at each District Station

COAEPP 001038

# **APD Directives**

- 5.8.11-Medical Treatment & Decontamination requirements
  - –When a 12 gauge, 37MM or 40 MM launcher based kinetic energy impact projectile is used upon a subject, a member <u>will</u> call for rescue to respond and provide first aid or treatment as necessary.  On the advice from medical rescue personnel, follow-up care will be obtained through either a Detention Center nurse or hospital.

- 5.8.12-Reporting the Use of Less Lethal Force
  - –Immediately notify a supervisor
  - –Request supervisor respond to the scene
  - –Document justification for the use of less-lethal

COAEPP 001039

# APD Directives

- 5.4-Reporting the use of Deadly, Potentially Deadly and Physical Force
  - Immediately notify a supervisory officer of all incidents in which the member uses deadly, potentially deadly force
  - Use of excessive force
- 5.4.1-Lists incidents requiring notification

- 5.4.2-Reports required by members

COAEPP 001040

# APD Philosophy

- Less Lethal
  - **Less likely to be lethal when used in the manner in which it was designed or intended**
  - 12 gauge USED to be the most controversial TASER???

  - ➢ Use of 12 gauge ravioli shaped sock rounds began in 2001.  Stopped after report requiring rifled barrels. Report debunked and use started again.
  - ➢ Bean bags were reconfigured

COAEPP 001041



COAEPP 001042

## APD Philosophy

- Less Lethal measures are as much a concept of Tactical thinking and preparation as it is a specific tool.

COAEPP 001043



COAEPP 001044

## Use of Force

- 18-1-707:
  - Reasonable and Necessary force to make an arrest
  - Peace officer justified in using _____ force upon the person of another  when, and to the extent it is reasonably necessary to:
    - _____ OR
    - _____

COAEPP 001045

## Use of Force

- 18-1-707:
    - Reasonable and Necessary force to make an arrest
    - Peace officer justified in using <u>reasonable</u> force upon the person of another  when, and to the extent it is reasonably necessary to:
    - _____ OR
    - _____

COAEPP 001046

# Use of Force

- 18-1-707:
  - Reasonable and Necessary force to make an arrest
  - Peace officer justified in using <u>reasonable</u> force upon the person of another  when, and to the extent it is reasonably necessary to:
  - <u>Affect an arrest or prevent an escape</u> OR
  - _____

COAEPP 001047

# Use of Force

- 18-1-707:
  - Reasonable and Necessary force to make an arrest
  - Peace officer justified in using <u>reasonable</u> force upon the person of another  when, and to the extent it is reasonably necessary to:
  - <u>Affect an arrest or prevent an escape</u> OR
  - <u>Defend self or third party from assault</u>

COAEPP 001048

# 18-1-707:
# Justification for Deadly Force

- Defend against Deadly Force
  - Self or third person

- Arrest or Prevent Escape of
  - Felon involving use/threat of deadly weapon
  - Attempting escape through use of deadly weapon
  - Indicates they are likely to endanger human life if not apprehended without delay (excludes motor veh. Violation)

COAEPP 001049



COAEPP 001050



COAEPP 001051



**Objective of any use of force is**

# CONTROL

## SELF-SUBJECT-SITUATION

COAEPP 001052



COAEPP 001053

# Case Law

- Graham (diabetic) enters store and quickly leaves

- Observed by Officer Connor leaving rapidly

- Stopped, handcuffed, and detained

- Ultimately released – had sustained injuries during encounter

COAEPP 001054

# Case Law

- Graham vs Connor-Reasonable officer law
- Legal justification for contact
  - Consent-reasonable suspicion-probable cause
- Amount of force used
- Produces 4 questions
  1. Need for force
  2. Relationship between need and amount used
  3. Extent of injuries inflicted
  4. Was force applied in good faith or was it used to punish

COAEPP 001055



COAEPP 001056

# Case Law

- Plakas vs Drinski (one of the 1st cases involving LL)

  - Arrested person (Plakas) escapes from patrol car

  - Assaults/injures officer with fireplace poker

  - "Either you're going to die here or I'm going to die here"

  - Plakas is shot by Deputy Drinski when he charges officers.

COAEPP 001057

# Case Law

- Plakas vs Drinski-"where deadly force is justified under the constitution, there is no constitutional duty to use non-deadly alternatives first"

- "No precedent in this circuit (or any other) which says the constitution requires law enforcement officers to use ALL feasible alternatives to avoid a situation where deadly force can justifiably be used."

COAEPP 001058

## Case Law

- "We do not think it is wise policy to permit every jury in these cases to hear expert testimony that an arrestee would have been uninjured if only the police had been able to use disabling gas or a capture net (Shark Cage ☺) or a taser (or even a larger number of police officers) and then decide that a municipality is liable because it failed to buy this equipment (or increase its police force). There can be reasonable debates about whether the Constitution also enacts a code of criminal procedure, but we think it is clear that the Constitution does not enact a police administrator's equipment list." Plakas, 19 F.3d at1150-51 (footnote omitted).

COAEPP 001059



**Case Law**

QUEZADA VS COUNTY OF BERNALILLO

10th Circuit Court of Appeals

• 1991

COAEPP 001060

# Case Law
# Use of Excessive Force

- Quezada vs County of Bernalillo

  – <u>Suicidal party</u>

  – <u>Deputy placed himself  w/in 5 ft. from woman and pointed gun at armed party who was driving away</u>

  – <u>She aimed gun at him and was shot</u>

  – <u>Police can be held liable if they "force the confrontation"</u>

  – "Officer voluntarily and negligently placed himself in a position of peril where he had no other choice than to use deadly force"

COAEPP 001061



COAEPP 001062

# Case Law

- Deorle (Violent subject) v Rutherford (Deputy)
- Occurred 1996 in Butte County, Ca, appeal 2001

  – Deorle on probation and assaulted wife
  – EDP threatened officer w/ several different weapons (2x4 with nails, hatchets, crossbow)
  – Put each weapon down when ordered
  – Advanced unarmed to officer from 30 feet away
  – Shot w/ bean bag, bag struck and embedded in eye
  – Deorle sued stating excessive force

COAEPP 001063

# Case Law

- Deorle v Rutherford- (2 to 1 decision)

  –Court held no qualified immunity where excessive force is found

  –Court also found that an opportunity to issue a verbal warning to Deorle was not used and should have been

  –Court emphasized that the use of force against an EDP is different than a criminal offender

  –Dissent: Deputy Rutherford should not be expected to wait until a mentally deranged, out-of-control, suicidal, threatening suspect doused him with a flammable liquid before using less-lethal force to stop him

COAEPP 001064



COAEPP 001065

# **Case Law**

- Pagal vs Oshkosh Police Department-08/10/1998
    - Pagal, a 6'01", 250lb 68 yoa EDP male is confronted in his residence by officers responding to request for assistance by male's wife.
    - Pagal threatens to kill the officers ,orders them to leave, slams the door closed and retreats into the house.
    - Oshkosh CRT officers ultimately respond and locate Pagal under the basement stairs with a 14" knife strapped to his arm.
    - Attempts to use chemical munitions failed and officers ultimately fired 63 less-lethal rounds (tot. 135 separate projectiles)
    - Pagal is subdued but lapses into a coma and 17 months later, dies as a result of complications of injuries received in this episode.

COAEPP 001066

# Case Law

- Pagal vs Oshkosh Police Department
  - After 3 days of testimony regarding the officers use of force, a citizen inquest jury returned an "advisory verdict" that 6 members of the Oshkosh Police Department be charged with criminal negligence by "aiding and abetting homicide by negligent use of a firearm".
  - One month later the District Attorney refused to send the case through to trial

COAEPP 001067

# General Considerations

- Legal justification for the contact.

- Consent

- Reasonable Suspicion

- Probable Cause

COAEPP 001068

# General Considerations

- <u>Legal justification for the contact.</u>
  - – <u>Consent</u>
  - – <u>Reasonable Suspicion</u>
  - – <u>Probable Cause</u>
- <u>Goal of any use of force is CONTROL</u>

- **<u>Generally speaking, if you are justified in using your baton, you are ok with less lethal</u>**
- **<u>Whenever you are using less lethal, you should ALWAYS have available lethal force.</u>**

COAEPP 001069

# Baton Justification

- Violently resisting subject, lower levels of force failed or not practical
- Suspect is attacking you or someone else
- Chemicals or electronic devices not practical or failed
- Deadly force not justified
- Suspect possesses or may possess a dangerous weapon (knife, club, etc…)
- Officers outnumbered
- Suspect shows superior skill, ability, strength
- Tactical considerations, such as a riot

COAEPP 001070

# Justification cont.

- Should not use baton, or any other less lethal device, for mere NON-COMPLIANCE without other justification
- Cannot be used to inflict punishment
- Should not use it on EDP situations where there is no other risk to self or public, such as dangerous/deadly weapon, (which would then possibly make the EDP an armed criminal violator)

COAEPP 001071

# General Considerations

- In civil liability cases, some areas that the courts will examine include:
  - Were the actions of the officer consistent with training
  - Were the actions of the officer reasonable and prudent
  - Was the training adequate and acceptable by contemporary standards
  - Were the actions of the officer in good faith, or were they used to inflict punishment or harm

COAEPP 001072

# Kinectic Energy

- Is the form of energy created by the movement of a mass as it strikes an object.
- It is expressed in foot pounds (ft-lbs)
- A foot pound is the amount of energy it takes to move one pound (mass) a distance of one foot.

Comparisons:

CPR is .5ft-lbs

Fastball is approx. 97 ft.-lbs

.38 bullet is approx. 377 ft.-lbs

40 gram Bean Bag is approx. 120 ft.-lbs

COAEPP 001073

## Kinetic Impact Rounds

- Two categories of kinetic impact rounds

# FLEXIBLE

# NON-FLEXIBLE

COAEPP 001074

# Kinetic Impact Rounds

- Flexible:
  - Typically 250-300 ft/sec
  - 40 gms (12 gauge),
  - **100 to 120 ft/lbs KE**
  - Optimum range 5-20 yards
  - Average fastball = approximatley 97 ft/lbs
  - Bean Bag-lead shot sewn into some type of cloth container

COAEPP 001075

# Kinetic Impact Rounds

- Non-Flexible
  - Wood, foam, rubber
  - Typically 37 or 40mm, some 12ga available
  - Usually used for skip or indirect fire but can be used for direct fire in right circumstances
  - Other than fin or rotationally stabilized, often not very accurate at greater than a few feet in some cases
  - Stabilized rounds accurate up to 50 yards

COAEPP 001076

# Accuracy and Shot Placement

- **Combined Tactical Systems 2581 Super Sock Round or West Coast Ammunition** Bean Bag Duty Round
  - Cylinder bore shotgun with 18" barrel
  - 4" group at 20 yards
  - Rounds are in their "fully deployed state" upon leaving the barrel
  - **Optimum shooting distance is 15ft (5 yds)-60ft(20) yards**

  - **MAXIMUM EFFECTIVE ACCURATE RANGE: 20 YARDS**
  - **Engagement distances should be balanced through an objectively reasonable assessment of the circumstances at hand, including suspect's/subject's actions, clothing and point of impact considerations.**

COAEPP 001077

# Possible injuries

- HEAD
- CHEST
- ABDOMEN
- SPINE
- EXTREMETIES

COAEPP 001078

# **Areas to <u>Avoid</u>**

- **<u>Head</u>**
- **<u>Neck</u>**
- **<u>Throat</u>**
- <u>Heart</u>
- **<u>Spine</u>**
- <u>Kidneys</u>
- <u>Groin</u>

COAEPP 001079



COAEPP 001080

# Significant Deployment Factors

–Shot placement

–Distance

–Body Area Impacted/Multiple Hits

–Body Weight/Mass

–Clothing

–Wind Conditions

–Velocity/Mass and Energy Transferred

–Psychological Impact

COAEPP 001081

# Significant Deployment Factors

Shot placement:

Conventional training; aim at "center mass"

Due to potential serious injury with LL munitions, center mass is not the best.

Accuracy may vary due to such factors to consider:

1. Subject's actions
2. Shooter's marksmanship abilities
3. Individual Bean Bag flight behavior
4. Launchers being used
5. Avoiding the head, neck, spine, groin, upper chest area and lower back (kidneys)

COAEPP 001082

# Sign. Deployment Factors (Con't)

- Distance
  - Understand some rounds have a "stand off" distance
  - Bean bag rounds are fully deployed once the leave the muzzle.
  - Optimum range is 5-20 yards
  - ***Any Less Lethal munitions at close range is dependent upon the severity of the circumstances at hand and may or may not be appropriate.***

COAEPP 001083

## Sign. Deployment Factors (Con't)

–Body Area Impacted/Multiple Hits

- Specific body areas may be more prone to injury.
- LL munitions must be deployed with this in mind.
- ***If multiple bean bag hits impact the same specific body area, the probability for injury (including penetration of the skin) increases.***

COAEPP 001084

## **Sign. Deployment Factors (Con't)**

–Body Weight/Mass
- Subjects have varying body weights, shapes and physical makeup.
- There also exists different potential for injury

Clothing
  -should be evaluated prior to deployment
  -winter time (heavy jacket) consider leg shots

COAEPP 001085

# Sign. Deployment Factors (Con't)

– Velocity/Mass and Energy Transferred

- If LL munitions is traveling at too great a speed and/or fails to deploy properly, potential for injury is increased.

- Choreographing munitions is very important

COAEPP 001086



**Sign. Deployment Factors (Con't)**

–Psychological Impact

–Physiological

COAEPP 001087

# **Cause and Effect**

- 2 Main aspects of Less Lethal Impact Munitions

    – Physiological
        - Created by projectile striking person and causing injury or pain to gain compliance

    – Psychological
        - Starts when weapon is first deployed
        - They may believe they are shot with a real bullet
        - Injury reinforces belief of being shot
        - Brain must cope with pain

COAEPP 001088

# Medical Aspects

- Most important aspect of deployment is ACCURACY and TARGET SELECTION.
- Flexible or Non-Flexible round
- Distance from the subject
  - Optimal distance 5-20 yards contains tactical considerations
- How many rounds fired
  - Pagal v Oshkosh P.D.

COAEPP 001089

# Medical Concerns

- Commotio Cordis
  - arrhythmia or sudden death from low-impact, blunt trauma to the chest without apparent heart injury  (occurs most commonly in baseball, hockey, softball)

- Viscous Criteria (an index of the amount of deformation in the chest wall and the speed of deformation of the chest wall
  - Relationship between velocity and depth of deformation
  - Primary cause of internal injuries from less lethal projectiles
    - CPR vs Automobile Accident

COAEPP 001090

# Medical Concerns

- Structural Injury
  - Broken bones
- Soft Tissue Injury
  - Tearing of the skin
- Penetration Injury
  - Entry to the chest cavity

COAEPP 001091

# Projectile Specifications

- Weight of projectile = 40 grams
- Average speed @ 10 yards = 280 ft/sec
- Kinetic energy @ 10 yards = <u>107.3 ft/lbs</u>
- Optimum deployment range = 5-20 yards
- Accuracy = 4" @ 20 yards

- <u>***If you encounter a round that you either cannot read the markings on, or cannot determine what type of round it is, remove it from service, and return it to the range</u>. ***

- YOU ARE RESPONSIBLE FOR YOUR ROUNDS!!!!

COAEPP 001092

# Considerations for Evaluation

- <u>Accuracy</u>
- <u>Effectiveness</u>
- <u>Potential for serious bodily injury or death</u>.

COAEPP 001093

Primary **CONCERN**

Potential for serious bodily injury or death

COAEPP 001094



COAEPP 001095

# Tactical Considerations

–Proper ammo/Launcher Confirmation

–Communication among officers

–Appropriate Less Lethal justification

–Evaluation of suspect

–Target areas selected

–***Back up plan ready if less lethal should fail***

COAEPP 001096

# Tactical Considerations

–Individual Officer use

–Vs

–Team Effort
- Less Lethal Operator
- Supervisor
- Cover Officer
- Arrest team
- Other  options (O.C., K-9, Taser, Perimeter)

COAEPP 001097

# Suggested Deployment Guidelines

- Situations justifying appropriate use of LL extended range impact munitions include, but not limited to:
  - When it is not safe for an officer  to move within contact range of a suspect.
  - When other force options would likely result in greater injury than those reasonably caused by the use of the Less Lethal weapon.
  - Preventing an individual from injuring him/herself or others with a weapon.
  - Crowd control situations where the crowd is hostile, aggressive or combative and must be controlled through the use of physical force.

COAEPP 001098



COAEPP 001099



COAEPP 001100



COAEPP 001101



COAEPP 001102



COAEPP 001103



COAEPP 001104