# AURORA POLICE DEPARTMENT
STANDARD OPERATING PROCEDURES
EMERGENCY RESPONSE TEAM
(ERT)

| ERT 1.3 | EFFECTIVE: April 1, 2007 | |
|---|---|---|
| | REVISED: | Lt. J. Foster |
| SUBJECT: | USE OF FORCE | |
| REFERENCES: | | |
| CALEA: | | PAGE: 1 of 1 |

1.3    **USE OF FORCE**

1.3.1   **Use of Force by ERT Members**

The Emergency Response Team expects its members to use force only when necessary and in accordance with Aurora Police Department Directives, State, Federal case and statutory law.

Members of the ERT may be confronted with situations that require the use of reasonable and appropriate force, including deadly force, which they may have a duty to utilize. As with most police situations, these incidents may happen in seconds. Thus officers are not required or expected to ask permission to use legally authorized force, especially in defense of themselves or others.

Members should remember that as a member of the Emergency Response Team the overall effective resolution of the situation is the primary mission of the ERT, and decisions on when and how to use force may impact the overall operation.

Exhibit 52