**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

**AURORA DEFENDANTS' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME TO FILE REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

Aurora Defendants, by and through their undersigned counsel, hereby request an enlargement of time to file their Reply in Support of Motion for Summary Judgment, and for cause therefor state as follows:

<u>Duty to Confer</u>.  Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel for Aurora Defendants has conferred with counsel for Plaintiffs and the relief requested in this Motion is unopposed.

1.    Aurora Defendants filed their Motion for Summary Judgment on January 28, 2022 [ECF No. 259]. On April 29, 2022, the Court set a briefing schedule on Aurora's pending Motion for Summary Judgment, whereby Plaintiffs' Response was due May 23, 2022, and a Reply was due on June 6, 2022. [ECF No. 368]. Trial in this matter is not set until June, 2023.

2.    On May 6, 2022 Plaintiff's sought an extension of time to file a Response to Plaintiff's Motion for Summary Judgment up to and including June 8, 2022. [ECF No. 370]. This

Court granted that extension, making Defendants' Reply due on June 22, 2022. [ECF No. 371]. Aurora Defendants now seek an extension of twenty-one days to submit their Reply in Support of Motion for Summary Judgment, up to and including July 13, 2022.

3. Both lead attorneys for Aurora Defendants were out of the office on previously-scheduled vacations during the weeks of May 30 – June 12, preventing them from immediately addressing Plaintiff's Response upon its filing. In addition, the associate attorney assigned to this matter was out for unexpected surgery during the same two-week period. Over the next several weeks, both lead attorneys are also preparing matters for imminent trial and evidentiary hearings, including the matter of *Stewart v. Frankenreiter*, Civil Action No. 19-cv-1588 (D. Colo.), scheduled for trial at the end of July, 2022; *In re Wilkinson*, before the Aurora Civil Service Commission, set for hearing to commence on June 28, 2022; and *In re Janosko*, before the Commerce City Career Service Commission, set for hearing on August 8, 2022. In addition, primary responsible counsel is currently engaged in discovery and numerous depositions in *Minter, et al. v. City of Aurora, et al.*, 20-cv-02172 (D. Colo.), and dispositive pleadings practice and preparation in *Cousik, et al. v. City & County of Denver, et al.*, Civil Action No. 22-cv-01213 (D. Colo.), and *Lopez v. Williamson*, Civil Action No. 22-cv-00466 (D. Colo.).

4. In addition to the foregoing, Plaintiffs' Response to Aurora Defendants' Motion for Summary Judgment includes 52 exhibits, many of which are digital recordings requiring additional time to review and analyze in preparation for complete and thorough response.

5. In light of the above, undersigned counsel require additional time to review Plaintiffs' Response and exhibits in order to properly prepare an appropriate Reply in support of their Motion for Summary Judgment. As such, there is good cause to extend the deadline for

Aurora Defendant's Reply in support of Motion for Summary Judgment for an additional 21 days, up to and including July 13, 2022.

6.     As this matter is unopposed and not currently set for trial until June 2023, the granting of this motion will not prejudice any party and will not affect any of the remaining deadlines in the case.

WHEREFORE, Aurora Defendants, as more fully stated above, seek an additional 21 days to prepare a Reply in support of their Motion for Summary Judgment, up to and including July 13, 2022, and such other relief as this Court may deem appropriate.

Respectfully submitted this 21st day of June, 2022.

*s/ Michael T. Lowe*
Michael T. Lowe
David M. Goddard
Heather D. Kuhlman
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO  80202
Telephone: (303) 831-1099
Fax No.: (303) 831-1088
E-Mail:   mlowe@brunolawyers.com;
dgoddard@brunolawyers.com;
hkuhlman@brunolawyers.com
*Attorney for Individual Aurora Defendants*

4

## CERTIFICATE OF SERVICE BY CM/ECF

       I hereby certify that on this 21st day of June, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record for all parties.

                                        *s/ Julie Bozeman*
                                        Julie Bozeman, Paralegal
                                        Bruno, Colin & Lowe, P.C.

4