IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al*.,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

     Defendants.

---

**PARTIALLY UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE RESPONSES TO PLAINTIFFS' MOTIONS FOR ATTORNEYS'
FEES AND COSTS FROM DEFENDANTS CITY AND COUNTY
OF DENVER AND JONATHAN CHRISTIAN**

---

Defendants City and County of Denver and Jonathan Christian, through undersigned counsel, hereby respectfully submit this Partially Unopposed Motion for Extension of Time to File Responses to Plaintiffs' Motions for Attorneys' Fees and Costs, as follows:

1.      Pursuant to D.C.Colo.LCiv.R. 7.1, prior to filing the instant Motion, the undersigned counsel conferred with counsel for the Epps Plaintiffs, Matthew J. Douglas, Esq., and counsel for the Fitouri Plaintiffs, Elizabeth Wang, Esq. Mr. Douglas indicated the Epps Plaintiffs do not oppose this Motion. Ms. Wang indicated the Fitouri Plaintiffs take no position with respect to this Motion.

2.      After receiving an extension of time from April 29, 2022, until June 1, 2022 [ECF 361 & 362], Plaintiffs filed separate Motions for Attorneys' Fees and Costs on June 1, 2022. [ECF 378 & 380]. Defendants' responses to these Motions are presently due on June 22, 2022.

Defendants respectfully request an extension of time until and including August 5, 2022, to respond to the Plaintiffs' Motions.

3.      Plaintiffs' Motions request millions of dollars and contain extensive attachments. Counsel for Defendants has retained an expert on attorneys' fees to evaluate and opine on the requests for attorneys' fees from the Plaintiffs both in terms of the requested hourly rates and the number of hours spent on the different tasks for which compensation is requested. The retained expert has a long-standing planned vacation outside the United States for the end of June and the first half of July. The undersigned counsel needs to be able to incorporate the expert's analysis into the Responses to the Plaintiffs' Motions and as a result the extension requested until August 5, 2022, is needed. The information and documentation included with the Plaintiffs' Motions is extensive and reviewing all of it in the context of the litigation of this matter as a whole to evaluate the reasonableness of the time requested is a significant and time-consuming undertaking for both the retained expert and counsel for the Defendants. Under these circumstances the requested extension of time is justified particularly since there has not been any final judgment entered in this case and post-verdict motions are still being briefed and are not yet ready for any determination by this Court.

4.      Pursuant to D.C.Colo.LCiv.R. 6.1, the undersigned counsel has served his client and client representative with this Motion as reflected in the certificate of service.

WHEREFORE, for all the foregoing reasons, Defendants the City and County of Denver and Jonathan Christian respectfully request an extension of the deadlines for them to file their Responses to the Plaintiffs' Motions for Attorneys Fees and Costs until and including August 5, 2022, and for all other and further relief as this Court deems just and appropriate.

Dated this 22nd day of June, 2022.

Respectfully submitted,

_s/ Andrew D. Ringel_                            .
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Robert A. Weiner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org

*Counsel for the City and County of Denver and
Jonathan Christian*

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 22nd day of June, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

In addition, the foregoing was placed in the United States Mail, first-class postage prepaid and addressed to the following non-CM/ECF participant:

Cidney Fisk
5100 Leetsdale Dr., Apt. 438
Denver, Colorado 80246

and

Cidney Fisk
14362 E. Road
Delta, Colorado 81416

And served the following individuals via electronic mail:

Jonathan Christian

Mary Dulacki

*s/Nicole Marion*, Legal Assistant to
Hall & Evans, L.L.C.