# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| Elisabeth Epps, *et al.*,<br><br>    v.<br><br>City and County of Denver, *et al*. | Civ. Nos. 1:20-cv-1878-RBJ (consol.) |

## MOTION TO WITHDRAW

Now come the Fitouri Plaintiffs, by and through their attorneys, Loevy & Loevy, and hereby seek leave of the Court to withdraw attorney Makeba Rutahindurwa. In support, Plaintiffs state as follows:

1. Ms. Rutahindurwa has concluded her employment at Loevy & Loevy, the law firm representing Plaintiffs.

2. Plaintiffs will continue to be represented by Elizabeth Wang of Loevy & Loevy.

3. No party will by prejudiced if Ms. Rutahindurwa is permitted to withdraw her appearance in this matter.

WHEREFORE, Plaintiffs respectfully requests the court enter an order permitting Makeba Rutahindurwa to withdraw her appearance as counsel in this matter.

Respectfully submitted,

By: /s/ Elizabeth Wang
    Elizabeth Wang
    LOEVY & LOEVY
    2060 Broadway, Suite 460
    Boulder, CO 80302
    Telephone: (720) 328-5642
    elizabethw@loevy.com

**CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2022, I served via CM/ECF the foregoing Motion on all counsel of record.

/s/ Elizabeth Wang