IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al*.,

     Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

     Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME
TO FILE REPLIES IN SUPPORT OF MOTIONS FOR JUDGMENT AS A
MATTER OF LAW, OR A NEW TRIAL, OR REMITTITUR FROM DEFENDANTS
CITY AND COUNTY OF DENVER AND JONATHAN CHRISTIAN**

---

Defendants City and County of Denver and Jonathan Christian, through undersigned counsel, hereby respectfully submit this Unopposed Motion for Extension of Time to File Replies in Support of Motions for Judgment as a Matter of Law, or a New Trial, or Remittitur from Defendants City and County of Denver and Jonathan Christian, as follows:

1.     Pursuant to D.C.Colo.LCiv.R. 7.1, prior to filing the instant Motion, the undersigned counsel conferred with counsel for the Epps Plaintiffs, Matthew J. Douglas, Esq., and counsel for the Fitouri Plaintiffs, Elizabeth Wang, Esq.  Mr. Douglas indicated the Epps Plaintiffs do not oppose this Motion.  Ms. Wang indicated the Fitouri Plaintiffs do not oppose this Motion.

2.     Defendant City and County of Denver filed a Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur on May 13, 2022.  [ECF 373].  Defendant Jonathan Christian also filed a Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur on May 13,

2022.  After receiving an extension of time, Plaintiffs filed Responses to these Motions on June 17, 2022.  [ECF 391 & 392].  Accordingly, the Defendants' Replies in Support of their Motions are due on or before July 1, 2022.  Defendants respectfully request an extension of time of 14 days until and including July 15, 2022, to file their Reply Briefs.

3.     The undersigned counsel has the primary responsibility for researching and drafting the Reply Briefs.  In addition to the responsibility for the Reply Briefs, the undersigned counsel has had and has the following additional responsibilities: (a) an all day settlement conference on June 20, 2022, and work on preparing settlement documents following the settlement conference; (b) investigation, drafting of pleadings and briefs, and preparation for a hearing on June 30, 2022, which was only postponed late yesterday in Robert C. Marshall v. Ioana Marin, in her official capacity as the Public Records Manager for the Douglas County School District, District Court, Douglas County, Colorado, Case No. 2022CV30421, Division 5; (c) discovery responses and other discovery in Russell Strong v. City and County of Denver and Adam Bolton, United States District Court for the District of Colorado, Civil Action No. 21-cv-00461-RMR-KLM due in late June 2022; (d) preparation for depositions including meetings with the deponents in Ambrose Cruz v. City and County of Denver, et. al., United States District Court for the District of Colorado, Civil Action No. 21-cv-3388-KLM, with deposition scheduled for July 5, 2022, and July 8, 2022; (e) a response to a Charge Against Employer before the National Labor Relations Board due June 30, 2022; (f) an Answer to a Complaint and Notice of Hearing before the National Labor Relations Board due on June 28, 2022; (g) several responses to Charges of Discrimination and Requests for Information to the Equal Employment Opportunity Commission and the Colorado Civil Rights Division; and (h) a variety of other daily tasks including active discovery and motions practice

occurring in a variety of different matters the undersigned counsel is engaged in and is supervising. As a result of these other commitments, the undersigned counsel has not yet completed and needs more time to complete the Reply Briefs in this matter.

4.      No party will be prejudiced by this brief extension of time and the schedule before this Court will not be unduly impacted given the fact no final judgment has yet entered in this case.

5.      Pursuant to D.C.Colo.LCiv.R. 6.1, the undersigned counsel has served his client and client representative with this Motion as reflected in the certificate of service.

WHEREFORE, for all the foregoing reasons, Defendants the City and County of Denver and Jonathan Christian respectfully request an extension of the deadlines for them to file their Replies in Support of their Motions for Judgment as a Matter of Law, or a New Trial, or Remittitur until and including July 15, 2022, and for all other and further relief as this Court deems just and appropriate.

Dated this 30th day of July, 2022.

Respectfully submitted,


s/ Andrew D. Ringel                                        .
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Robert A. Weiner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org

*Counsel for the City and County of Denver and Jonathan Christian*

4

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 30th day of June, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

In addition, the foregoing was placed in the United States Mail, first-class postage prepaid and addressed to the following non-CM/ECF participant:

Cidney Fisk
5100 Leetsdale Dr., Apt. 438
Denver, Colorado 80246

and

Cidney Fisk
14362 E. Road
Delta, Colorado 81416

And served the following individuals via electronic mail:

Jonathan Christian

Mary Dulacki

*s/Nicole Marion*, Legal Assistant to
Hall & Evans, L.L.C.