**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

      Defendants.

---

**AURORA DEFENDANTS' UNOPPOSED MOTION TO EXCEED PAGE LIMITATIONS**
**ON REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

---

      Aurora Defendants, by and through their undersigned counsel, respectfully request that this Court allow the Defendants to exceed page limitations set by Honorable R. Brooke Jackson's Practice Standards in their Reply in Support of Aurora Defendants' Motion for Summary Judgment by not more than five (5) pages, and for good cause state as follows:

      **CONFERRAL STATEMENT**.

      Pursuant to D.C.Colo.LCivR 7.1(a), undersigned counsel for Aurora Defendants has conferred with Elizabeth Wang and Timothy Macdonald counsel for Plaintiffs who indicated the "Plaintiffs do not object to an additional 5 pages for Aurora Defendants' reply (in which the Aurora Defendants intend to raise new arguments not raised in their MSJ), but **only if** the Court grants Plaintiffs 7 pages for a sur-reply to address the new arguments raised by Aurora Defendants." The Aurora Defendants do not oppose the Court granting Plaintiffs leave to file a sur-reply up to seven (7) pages in length.

1.      The Deadline for Aurora Defendants' combined Reply in Support of their combined Motion for Summary Judgment is July 13, 2022. [ECF No. 394]

2.      Aurora Defendants filed their Motion for Summary Judgment on January 28, 2022, with 10 exhibits. [ECF No. 259].

3.      Following Aurora's combined motion for summary judgment and prior to Plaintiffs' response the Court, during the February 4, 2022, Trial Preparation Conference, granted Aurora's motion to continue and bifurcate the trial in this matter. [ECF 278]. A fifteen (15) day jury trial between Plaintiffs and the City and County of Denver commenced on March 7, 2022.

4.      Plaintiffs were granted leave to file their Response to Aurora's combined Motion for Summary Judgment following the completion of the March jury trial involving the Denver defendants. [ECF 368]. Plaintiffs' Response was filed June 8, 2022, containing 52 exhibits and four- and one-half pages of additional material facts, with multiple subparts. [ECF No. 383]. These additional material facts require additional pages and briefing by the Aurora Defendants in reply.

5.      Further, the subject matter of the March trial consisted of testimony and stipulations with respect to the same protest and much of the same evidence relevant to Plaintiffs' claims against the Aurora Defendants. The Denver trial also resulted in certain findings of fact by the jury, particularly with respect to the issue of *Monell* liability, that impact the Aurora Defendants' summary judgment briefing.

6.      Despite diligent efforts, counsel is unable to meet the established page limitation for Defendants' Reply brief, given the number of issues and factual assertions to be addressed. Thus, Defendants seek an Order permitting them to exceed the 10-page limit, as set by the Honorable Judge R. Brooke Jackson's Practice Standards, by five (5) pages.

7.      As stated above, Defendants believe good cause exists to grant the request to exceed

the page limitation for their Reply in Support of Defendants' Motion for Summary Judgment.

WHEREFORE, Defendants' request leave to file five (5) pages in excess of the page limit

on their Reply in Support of Summary Judgment.

Respectfully submitted this 13th day of July 2022.

s/ Michael T. Lowe
Michael T. Lowe
David M. Goddard
Heather D. Kuhlman
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO  80202
Telephone: (303) 831-1099
Fax No.: (303) 831-1088
E-Mail:   mlowe@brunolawyers.com;
dogddard@brunolawyers.com;
hkuhlman@brunolawyers.com
*Attorneys for Individual Aurora Defendants*


s/ Peter R. Morales
Peter Ruben Morales
Isabelle Sabra Evans
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
Email: pmorales@auroragov.org
ievans@auroragov.org
*Attorneys for City of Aurora Defendants*

<u>**CERTIFICATE OF SERVICE BY CM/ECF**</u>

      I hereby certify that on this 13th day of July 2022, I electronically filed the foregoing **AURORA DEFENDANTS' MOTION TO EXCEED PAGE LIMITATIONS ON REPLY IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all counsel of record for all parties.


                                    *s/ Julie Bozeman*
                                      Julie Bozeman, Paralegal
                                      Bruno, Colin & Lowe, P.C.