

CIVIL ACTION NO. 1:20-cv-01878-RBJ

ELISABETH EPPS, ET AL.

V.

CITY AND COUNTY OF DENVER, ET AL.

DEPONENT:

CORY BUDAJ

DATE:

December 29, 2021



Exhibit I to Reply in Spt of MSJ

```
 1                IN THE UNITED STATES DISTRICT COURT
 2
 3                   FOR THE DISTRICT OF COLORADO
 4
 5              CIVIL ACTION NO. 1:20-cv-01878-RBJ
 6
 7           (CONSOLIDATED WITH 1:20-cv-01922-RBJ-MEH)
 8
 9
10                      ELISABETH EPPS, ET AL.,
11
12                            Plaintiffs,
13
14                                V.
15
16              CITY AND COUNTY OF DENVER, ET AL.,
17
18                            Defendants.
19
20
21
22
23   DEPONENT:   CORY BUDAJ
24   DATE:       DECEMBER 29, 2021
25   REPORTER:   LINDSEY N. JOHNSON
```

**Kentuckiana Reporters**
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

**2**   Exhibit I to Reply in Spt of MSJ

```
 1                        APPEARANCES
 2
 3   ON BEHALF OF THE FITOURI PLAINTIFFS:
 4   Elizabeth Wang, Esq.
 5   Loevy & Loevy
 6   2060 Broadway
 7   Suite 460
 8   Boulder, Colorado 80302
 9   Telephone No.: (720) 328-5642
10   E-mail: elizabethw@loevy.com
11   (Appeared via videoconference)
12
13   ON BEHALF OF THE EPPS PLAINTIFFS:
14   Matthew J. Douglas, Esq.
15   Timothy R. Macdonald, Esq.
16   Arnold & Porter Kaye Scholer LLP
17   1144 Fifteenth Street
18   Suite 3100
19   Denver, Colorado 80202
20   Telephone No.: (303) 863-2315
21   E-mail: matthew.douglas@arnoldporter.com
22           timothy.macdonald@arnoldporter.com
23   (Appeared via videoconference)
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

3

Exhibit I to Reply in Spt of MSJ

```
 1                APPEARANCES (CONTINUED)
 2
 3   ON BEHALF OF THE JEFFERSON COUNTY DEFENDANTS:
 4   Eric Butler, Esq.
 5   Jefferson County Attorney's Office
 6   100 Jefferson County Parkway
 7   Suite 5500
 8   Golden, Colorado 80419
 9   Telephone No.: (303) 271-6511
10   E-mail: ebutler@jeffco.us
11   (Appeared via videoconference)
12
13   ON BEHALF OF THE CITY OF AURORA DEFENDANTS:
14   Isabelle Evans, Esq.
15   City of Aurora City Attorney
16   15151 East Alameda Parkway
17   Aurora, Colorado 80012
18   Telephone No.: (303) 341-8700
19   E-mail: ievans@auroragov.org
20   (Appeared via videoconference)
21
22
23
24
25
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

4

**Exhibit I to Reply in Spt of MSJ**

```
 1         APPEARANCES (CONTINUED)
 2
 3  ON BEHALF OF THE CITY AND COUNTY OF DENVER DEFENDANTS:
 4  Robert Huss, Esq.
 5  Denver City and County Attorney's Office
 6  201 West Colfax Avenue
 7  Denver, Colorado 80202
 8  Telephone No.: 720-913-8072
 9  E-mail: robert.huss@denvergov.org
10  (Appeared via videoconference)
11
12  ON BEHALF OF THE DEPONENT, CORY BUDAJ:
13  David Goddard, Esq.
14  Bruno, Colin & Lowe, P.C.
15  1999 Broadway
16  Suite 4300
17  Denver, Colorado 80202
18  Telephone No.: 303-831-1099
19  E-mail: dgoddard@brunolawyers.com
20  (Appeared via videoconference)
21
22  Also Present:  Leah Sharp, Videographer
23
24
25
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

5

Exhibit I to Reply in Spt of MSJ

The Deposition of CORY BUDAJ, taken on December 29, 2021

5

```
1                         INDEX
2                                                 Page
3    PROCEEDINGS                                     7
4    DIRECT EXAMINATION BY MS. WANG                  9
5    EXAMINATION BY MR. DOUGLAS                    124
6
7                        EXHIBITS
8    Exhibit                                       Page
9    1 - Color photo with officers and yellow boxes  127
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I to Reply in Spt of MSJ

1   A.   I'm not sure.

2   Q.   You can't -- were you shown a screenshot from

3   Officer Bubna's body-worn camera video, which my client,

4   we allege is you?

5   A.   I have seen that.

6   Q.   Is that you?

7   A.   I don't believe it is.

8   Q.   Why?

9   A.   That image appears to have a larger, bulky

10  backpack that I -- again, I carried all of my munitions

11  on front.  The tape on the back of the helmet appears to

12  be multicolored, and my -- at no point during the

13  deployment did I have multicolored tape, and tactically,

14  from that image that you presented, that officer

15  appeared to be taking a shot with other officers in

16  close proximity in front of him, and that's something

17  that I would not do.

18  Q.   Okay. So let's review.  You say that that

19  image from Bubna's body-worn camera, which I'll show you

20  in a bit, appears to have -- the officer appears to have

21  multicolored tape on the back of his helmet, right?

22  A.   Yes, ma'am.

23  Q.   You had gray tape, right?

24  A.   I believe so.  And the image appears to be

25  multicolored.

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606



502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

7

Exhibit I to Reply in Spt of MSJ

```
 1  he did not fire?
 2       A.   Yes.
 3       Q.   Correct?
 4       A.   I believe that's true.
 5       Q.   Smick, we just watched, he didn't fire at
 6  9:34 p.m., correct?
 7       A.   It appears not.
 8       Q.   And then we can determine from the reports who
 9  else had a 40-millimeter, right?
10       A.   Yes.
11       Q.   And if nobody else did, then it's you, right?
12            MR. GODDARD:  Object to the form.
13       A.   Well, you've got -- you've got JeffCo listed
14  there, and I'm not sure what JeffCo officers were there
15  and what they were -- what they had deployed.
16       Q.   All right.  Well, if a JeffCo officer
17  testified under oath that that officer depicted in
18  Bubna's video is not wearing a JeffCo uniform, you have
19  no reason to disagree, right?
20       A.   Say it one more time.
21       Q.   The officer that's depicted in that Bubna
22  video, the one that we're saying is you, was wearing a
23  uniform consistent with what you were wearing that
24  evening, right?
25       A.   Yes.
```



Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606

KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

8

Exhibit I to Reply in Spt of MSJ

```
 1                CERTIFICATE OF REPORTER
 2                   STATE OF COLORADO
 3
 4   I do hereby certify that the witness in the foregoing
 5   transcript was taken on the date, and at the time and
 6   place set out on the Title page here of by me after
 7   first being duly sworn to testify the truth, the whole
 8   truth, and nothing but the truth; and that the said
 9   matter was recorded stenographically and mechanically by
10   me and then reduced to typewritten form under my
11   direction, and constitutes a true record of the
12   transcript as taken, all to the best of my skill and
13   ability.  I certify that I am not a relative or employee
14   of either counsel, and that I am in no way interested
15   financially, directly or indirectly, in this action.
16
17
18
19
20
21
22   LINDSEY N. JOHNSON,
23   COURT REPORTER/NOTARY
24   COMMISSION EXPIRES:  08/05/2024
25   SUBMITTED ON:  01/10/2022
```

Kentuckiana Reporters
30 South Wacker Drive, 22nd Floor
Chicago, Illinois 60606


KENTUCKIANA
COURT REPORTERS

502.589.2273 Phone
502.584.0119 Fax
schedule@kentuckianareporters.com
www.kentuckianareporters.com

Exhibit I to Reply in Spt of MSJ