Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
                OF THE DISTRICT OF COLORADO
 2
     Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-CV-01922-RBJ-MEH
 3   & 1l20-cv-03155-KLM (consolidated)
     _____
 4
 5   ELISABETH EPPS, et al.,
 6           Plaintiffs,
 7   vs.
 8   CITY AND COUNTY OF DENVER, et al.,
 9           Defendants.
     _____
10
      VIDEO VIDEOCONFERENCED DEPOSITION OF PATRICIO SERRANT
11                       July 16, 2021
     _____
12
     VIDEOCONFERENCED APPEARANCES:
13
     ON BEHALF OF THE PLAINTIFFS:
14           PATRICK C. REIDY, ESQ.
             Arnold & Porter Kaye Scholer LLP
15           70 West Madison Street, Suite 4200
             Chicago, Illinois  60602
16           Phone:  312-583-2424
             Email:  patrick.reidy@arnoldporter.com
17
     ON BEHALF OF THE PLAINTIFFS:
18           ELIZABETH WANG, ESQ.
             Loevy & Loevy
19           312 North May Street, Suite 100
             Chicago, Illinois  60607
20           Phone:  312-243-5900
             Email:  elizabethW@loevy.com
21
22
23
24
25
```

Page 2

```
 1    ON BEHALF OF THE DEPONENT:
              MEGAN PLATT, ESQ.
 2            Assistant City Attorney-Police Legal Advisor
              15151 East Alameda Parkway, Suite 5300
 3            Aurora, Colorado  80012
              Phone:  303-793-7030
 4            Email:  mplatt@auroragov.org
 5    ON BEHALF OF THE DEFENDANTS:
              ROBERT HUSS, ESQ.
 6            Denver City Attorney's Office
              201 West Colfax
 7            Denver, Colorado  80202
              Phone:  720-913-8050
 8            Email:  robert.huss@denvergov.org
 9
      ALSO PRESENT: Dennis Clayton, Videographer
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Veritext Legal Solutions
www.veritext.com                    2                    888-391-3376
Exhibit J to Reply in Spt of MSJ

Page 3

```
 1              PURSUANT TO WRITTEN NOTICE and the
 2   appropriate rules of civil procedure, the video
 3   videoconferenced deposition of PATRICIO SERRANT, called
 4   for examination by the Plaintiffs, was taken remotely,
 5   commencing at 12:04 p.m. on July 16, 2021, before Laurel
 6   S. Tubbs, a Registered Professional Reporter, Certified
 7   Realtime Reporter and Notary Public in and for the State
 8   of Colorado.
```

INDEX

| | EXAMINATION: | PAGE |
|---|---|---|
| | By Mr. Reidy | 6, 132 |
| | By Ms. Wang | 84 |

| EXHIBITS: | | PAGE |
|---|---|---|
| Exhibit 1 | Bates Stamped DEN003925 to DEN004018 | 33 |
| Exhibit 2 | Video COABLM 508 | 54 |
| Exhibit 3 | Video DEN003871 | 58 |
| Exhibit 4 | Video COABLM 450 | 67 |
| Exhibit 5 | Video COABLM416_Garcia,Richard_2020531 | 70 |
| Exhibit 6 | Photograph BLM_00001072 | 74 |
| Exhibit 7 | Photograph BLM_0000042 | 75 |
| Exhibit 8 | Photograph BLM_000038 | 76 |
| Exhibit 9 | Photograph BLM_000040 | 77 |

Veritext Legal Solutions
www.veritext.com    3    888-391-3376
Exhibit J to Reply in Spt of MSJ

Page 124

1  pepperball guns at all during the protests, right?
2          A.   Yeah.  No, they didn't have any.
3          Q.   Okay.  Your officers did not have flash
4  bangs, correct?
5          A.   No.
6          Q.   Okay.  So you just had the 40-millimeter
7  shotguns which shot the foam rounds, right?
8          A.   Yeah.  Well, the shotguns shot the sock.
9          Q.   Okay.
10         A.   The 40 shot the foam.
11         Q.   Okay.  So what's -- what's the
12 sock -- what's the -- the weapon that shoots the sock,
13 what's it called?
14         A.   Oh, the less-lethal -- less-lethal
15 shotgun.
16         Q.   Less-lethal shotgun.
17         A.   Yes.
18         Q.   Okay.  So the -- your officers had
19 less-lethal shotguns with the sock rounds, right?
20         A.   Yes.
21         Q.   Okay.  And they had 40s with the foam
22 rounds.
23         A.   Yes.
24         Q.   Okay.  And those were the only less-lethal
25 weapons they had?

Veritext Legal Solutions
www.veritext.com                                                    888-391-3376
4          Exhibit J to Reply in Spt of MSJ

Page 139

1      REPORTER'S CERTIFICATE

2

3

4           I, Laurel S. Tubbs, a Registered
5  Professional Reporter, Certified Realtime Reporter, and
6  Notary Public within the State of Colorado, do hereby
7  certify that previous to the commencement of the
8  examination, the deponent was duly sworn by me to testify
9  to the truth.
10           I further certify that this deposition was
11 taken in shorthand by me remotely and thereafter reduced
12 to a typewritten form; that the foregoing constitutes a
13 true and correct transcript.
14           I further certify that I am not related
15 to, employed by, nor of counsel for any of the parties or
16 attorneys herein, nor otherwise interested in the result
17 of the within action.
18           My commission expires September 1, 2023.

19

20           [Signature]
             LAUREL S. TUBBS
21           Registered Professional Reporter
             Certified Realtime Reporter
22           and Notary Public

23

24

25

Veritext Legal Solutions
www.veritext.com                                  888-391-3376
5   Exhibit J to Reply in Spt of MSJ