IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al*.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,

    Defendants.

---

**MOTION TO EXCEED PAGE LIMIT BY TWO PAGES FOR REPLY TO MOTION FOR JUDGMENT AS A MATTER OF LAW, OR A NEW TRIAL, OR REMITTITUR FROM DEFENDANT CITY AND COUNTY OF DENVER**

---

Defendant City and County of Denver, Colorado, by and through its undersigned counsel, hereby respectfully submits this Motion to Exceed Page Limit by Two Pages for Reply to Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur, as follows:

1. <u>Certificate of Conferral</u>:  Prior to filing the instant Motion, counsel for Denver conferred with counsel for the Plaintiffs pursuant to D.C.Colo.LCiv.R. 7.1(a).  Counsel for the Fitouri Plaintiffs, Elizabeth Epps, Esq., and counsel for the Epps Plaintiffs, Tim McDonald, Esq., both indicated the Plaintiffs take no position with respect to this Motion.

2. Defendant City and County of Denver filed a Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur on May 13, 2022.  [ECF 373].  Plaintiffs filed their Opposition to Defendant Denver's Motion for Judgment as a Matter of Law, New Trial, or Remittitur on June 17, 2022.  [ECF 391].  Denver's Reply to Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur is due on July 15, 2022.

3. This Court has a page limit of five pages for Replies. Denver respectfully requests this Court accept the contemporaneously filed Reply to Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur which is seven pages. Denver raised six issues in its Motion. Plaintiff's Opposition consists of 15 pages and contains argument concerning each of the six issues. The additional two pages of Denver's Reply are needed for counsel for Denver to address each of the six issues in the Reply. Counsel for Denver understands and appreciates this Court's strong preference for concise, specific and focused Replies. Counsel for Denver believes the extra two pages are needed to appropriately and meaningfully address the six issues raised in Denver's Motion.

WHEREFORE, for all the foregoing reasons, Defendant the City and County of Denver respectfully requests this Court grant it leave to file its Reply to Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur in excess of this Court's page limit by two pages and accept for filing the contemporaneously filed Reply to Motion for Judgment as a Matter of Law, or a New Trial, or Remittitur, and for all other and further relief as this Court deems just and appropriate.

Dated this 15th day of July, 2022.

Respectfully submitted,

s/ Andrew D. Ringel                              .
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Robert A. Weiner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org

*Counsel for the City and County of Denver and Jonathan Christian*

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 15th day of July, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

*s/Nicole Marion*, Legal Assistant to
Hall & Evans, L.L.C.