Page 1

1              IN THE UNITED STATES DISTRICT COURT
                OF THE DISTRICT COURT OF COLORADO
2
   Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
3  & 1:20-cv-03155-KLM (Consolidated)
   _____
4
5  BLACK LIVES MATTER 5280, et al.,
6          Plaintiffs,
7  vs.
8  CITY AND COUNTY OF DENVER, et al.,
9          Defendants.
   _____
10
                 VIDEOCONFERENCED DEPOSITION OF
11                 KEITH VINCENT VALENTINE, JR.
                          May 19, 2021
12 _____
13 VIDEOCONFERENCED APPEARANCES:
14 ON BEHALF OF THE PLAINTIFF BLACK LIVES MATTER 5280:
           PATRICK C. REIDY, ESQ.
15         Arnold & Porter Kaye Scholer LLP
           70 West Madison Street, Suite 4200
16         Chicago, Illinois  60602
           Phone:  312-583-2424
17         Email:  patrick.reidy@arnoldporter.com
18 ON BEHALF OF THE CONSOLIDATED PLAINTIFFS SARA FITUORI,
   JACQUELYN PARKINS, KELSEY TAYLOR, YOUSSEF AMGHAR,
19 ANDY SANNIER, FRANCESCA LAWRENCE, JOE DERAS, AND
   JOHNATHEN DURAN:
20         MAKEBA RUTAHINDURWA, ESQ.
           Loevy & Loevy
21         311 North Aberdeen, 3rd  Floor
           Chicago, Illinois  60607
22         Phone:  312-243-5900
           Email:  makeba@loevy.com
23
24
25

Page 2

```
 1    VIDEOCONFERENCED APPEARANCES (Con'd):
 2    ON BEHALF OF THE CONSOLIDATED PLAINTIFF MICHAEL ACKER:
              ANDREW JOSEPH McNULTY, ESQ.
 3            Killmer Lane & Newman LLP
              1543 Champa Street, Suite 400
 4            Denver, Colorado  80202
              Phone:  303-571-1000
 5            Email:  amcnulty@kln-law.com
 6    ON BEHALF OF THE DEFENDANT CITY AND COUNTY OF DENVER AND
      CONSOLIDATED DEFENDANTS JACQUELINE A. VELASQUEZ, M. DAVIS,
 7    ANDREW NIELSEN, ZACHARY MOLDENHAUER, JACOB VAPORIS,
      KEVIN BEASLEY, CHELSEA NOVOTNY, CHRISTOPHER COCHRAN,
 8    PAUL HOGAN, HEATHER R. JOSSI, ANTHONY E. TAK, AND J. LNU:
              ROBERT HUSS, ESQ.
 9            Denver City Attorney's Office
              201 West Colfax
10            Denver, Colorado  80202
              Phone:  720-913-8050
11            Email:  Robert.huss@denvergov.org
12    ON BEHALF OF THE DEPONENT:
              JOHN H. DAVIS, ESQ.
13            Davis Law Firm
              5290 DTC Parkway, Suite 150
14            Greenwood Village, Colorado  80111
              Phone:  303-708-1842
15            Email:  jdavis@denverlegal.com
16    ALSO PRESENT: Jerry DeBoer, videographer
17
18
19
20
21
22
23
24
25
```

```
 1                  PURSUANT TO WRITTEN NOTICE and the
 2   appropriate rules of civil procedure, the video
 3   videoconferenced deposition of KEITH VINCENT VALENTINE,
 4   JR., called for examination by the Plaintiff Black Lives
 5   Matter 5280, was taken remotely, commencing at 9:07 a.m.
 6   on May 19, 2021, before Laurel S. Tubbs, a Registered
 7   Professional Reporter, Certified Realtime Reporter and
 8   Notary Public in and for the State of Colorado.
 9                             INDEX
10    EXAMINATION:                                          PAGE
11     By Mr. Reidy                                       6, 142
       By Ms. Rutahindurwa                                   103
12
      EXHIBITS:                                            PAGE
13
       Exhibit 1    Bates-stamped DEN 003011                 18
14
       Exhibit 2    Valentine Gang Unit May 29, 2020         22
15
       Exhibit 3    Valentine Gang Unit May 30, 2020         23
16
       Exhibit 4    Bates-stamped DEN 03697                  23
17
       Exhibit 5    Bates-stamped DEN 011209                 26
18
       Exhibit 6    Bates-stamped DEN 11863                  30
19
       Exhibit 7    Bates-stamped DEN 000950                 52
20
       Exhibit 8    File Name May 30, 2020, V 936789715      72
21
       Exhibit 9    Bates-stamped DEN 5046                   77
22
       Exhibit 10   Bates-stamped DEN 5028                   84
23
       Exhibit 11   Bates-stamped DEN 5068                   86
24
       Exhibit 12   Bates-stamped BLM_0001021                97
25
```

Page 153

```
 1                  MR. HUSS:  Yes.  Yes.
 2                  THE REPORTER:  Mr. Davis, are you
 3     ordering?
 4                  MR. DAVIS:  No, ma'am.
 5                  THE REPORTER:  Thank you very much.
 6                  (Discussion off the record.)
 7                      *   *   *   *   *   *   *
 8                  WHEREUPON, the foregoing deposition was
 9     concluded at the hour of 2:20 p.m.  Total time on the
10     record was 4 hours and 15 minutes.
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```