```
                                                                Page 1
 1            IN THE UNITED STATES DISTRICT COURT
              OF THE DISTRICT COURT OF COLORADO
 2
     Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH
 3   & 1:20-cv-03155-KLM (Consolidated)
     _____
 4
     BLACK LIVES MATTER 5280, et al.,
 5
              Plaintiffs,
 6
     vs.
 7
     CITY AND COUNTY OF DENVER, et al.,
 8
              Defendants.
 9
     _____
10
              VIDEO VIDEOCONFERENCED DEPOSITION OF
11             OFFICER JONATHAN MICHAEL CHRISTIAN
                         June 4, 2021
12   _____
13   VIDEOCONFERENCED APPEARANCES:
14   ON BEHALF OF THE PLAINTIFF BLACK LIVES MATTER 5280:
              ANDREAS E. MOFFETT, ESQ
15            Arnold & Porter Kaye Scholer LLP
              601 Massachusetts Avenue, NW
16            Washington, DC  20001
              Phone:  202-942-5934
17            Email:  andreas.moffett@arnoldporter.com
18   ON BEHALF OF THE PLAINTIFF BLACK LIVES MATTER 5280:
              ED ARO, ESQ.
19            Arnold & Porter Kaye Scholer LLP
              1144 15th Street, Suite 3100
20            Denver, Colorado  80202
              Phone:  303-863-1000
21            Email:  ed.aro@arnoldporter.com
22
23
24
25
```

Page 3

1          PURSUANT TO WRITTEN NOTICE and the
2    appropriate rules of civil procedure, the video
3    videoconferenced deposition of OFFICER JONATHAN MICHAEL
4    CHRISTIAN, called for examination by the Plaintiff Black
5    Lives Matter 5280, was taken remotely, commencing at
6    12:33 p.m. on June 4, 2021, before Laurel S. Tubbs, a
7    Registered Professional Reporter, Certified Realtime
8    Reporter and Notary Public in and for the State of
9    Colorado.
10                         INDEX
11   EXAMINATION:                                          PAGE
12    By Mr. Moffett                                          6
      By Ms. Rutahindurwa                                    97
13

     EXHIBITS:                                             PAGE
14
      Exhibit 1   Video Bates Stamped DEN004045             37
15
      Exhibit 2   Video Bates Stamped DEN004052             43
16
      Exhibit 3   Video Bates Stamped BLM_00001019          63
17
      Exhibit 4   Video Bates Stamped DEN004180             68
18
      Exhibit 5   Statement of Officer Christian            84
19
      Exhibit 6   Video Bates Stamped DEN004045             87
20
      Exhibit 7   Video Bates Stamped DEN004047             89
21
22
23
24
25

Page 124

1   Which --
2                  MR. MOFFETT:  The standard, I would
3   presume.
4                  THE REPORTER:  Did you want exhibits
5   included?
6                  MR. MOFFETT:  Yeah.  That would be
7   helpful, I think.
8                  THE REPORTER:  All right.  Ms. Jordan?
9                  MS. JORDAN:  I would go with the
10  same -- the standard order.  And then I'm assuming we
11  would get the exhibits.  So I would do that.  And then I
12  would say that we could go ahead and handle the reading
13  and signing for Officer Christian.
14                 THE REPORTER:  All right.  And Makeba?
15  Sorry.
16                 MS. RUTAHINDURWA:  No problem.
17                 I don't need a copy.  Thank you.
18                      *  *  *  *  *  *  *
19                 WHEREUPON, the foregoing deposition was
20  concluded at the hour of 4:06 p.m.  Total time on the
21  record was 2 hours and 58 minutes.
22
23
24
25