IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1878-RBJ (consolidated with 1:20-cv-1922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

**PLAINTIFFS' UNOPPOSED MOTION FOR ONE-WEEK
EXTENSION OF TIME TO FILE REPLIES TO FEE PETITIONS**

The Fitouri and Epps Plaintiffs, through their respective attorneys, hereby file this unopposed motion for a one-week extension of time to file their replies to their fee petitions. In support of this motion, Plaintiffs state as follows:

**Certificate of Conferral**

Plaintiffs and Defendants have conferred on this motion pursuant to the Local Rules, and Defendants do not oppose.

1. The Denver Defendants filed the responses to the Plaintiffs' fee petitions on August 5, 2022. Dkts. 413, 414.

2. Under the Local Rules, Plaintiffs' replies are due within 14 days, or by August 19, 2022.

3. Counsel for the Fitouri Plaintiffs, Elizabeth Wang, will be out of the office on vacation during the week of August 8-12, 2022. When she returns, she has a final pretrial order,

jury instructions, witness and exhibit lists due in a major wrongful conviction case, *Gray v. City of Chicago*, No. 18-cv-2624 (N.D. Ill.), on August 19, 2022.

4. Thus, Plaintiffs request a one-week extension for the filing of their replies in support of their fee petitions. This motion is not opposed by Defendants.

WHEREFORE, Plaintiffs request that the deadline for the filing of their replies in support of their fee petitions be extended by one week to August 26, 2022.

Respectfully submitted,

By: /s/ Elizabeth Wang
  Elizabeth Wang
  LOEVY & LOEVY
  2060 Broadway, Suite 460
  Boulder, CO 80302
  Telephone: (720) 328-5642
  elizabethw@loevy.com
  *Counsel for Fitouri Plaintiffs*

By: /s/
  Timothy R. Macdonald
  Matthew J. Douglas
  Edward Packard Aro
  R. Reeves Anderson
  Colin M. O'Brien
  Arnold & Porter Kaye Scholer, LLP
  1144 Fifteenth Street, Suite 3100
  Denver, Colorado 80202
  Telephone: (303) 863-1000
  Timothy.Macdonald@arnoldporter.com
  Matthew.Douglas@arnoldporter.com
  Ed.Aro@arnoldporter.com
  Reeves.Anderson@arnoldporter.com
  Colin.Obrien@arnoldporter.com
  *Counsel for Epps Plaintiffs*

**Certificate of Service**

I, Elizabeth Wang, an attorney, hereby certify that on August 8, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

  s/ Elizabeth Wang
  Counsel for Fitouri Plaintiffs