IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## NOTICE OF ERRATA FROM DEFENDANT CITY AND COUNTY OF DENVER

Defendant City and County of Denver ("Defendant") by and through its undersigned counsel, hereby respectfully submits this Notice of Errata, as follows:

1. On August 5, 2022, Defendant City and County of Denver filed a Response to Fitouri Plaintiffs' Motion for Attorney Fees. [ECF 413].

2. Exhibit A to the Defendant's Response was the Affidavit of William A. Rogers, IIII. Inadvertently the incorrect affidavit was filed as Exhibit A. [ECF 413-1].

3. Accordingly, Defendant files this Notice of Errata to file the correct affidavit for Mr. Rogers to replace the incorrect Exhibit A. Counsel for the Defendant apologizes to the Court for this error.

WHEREFORE, Defendant City and County of Denver respectfully submits the foregoing Notice of Errata.

Dated this 12th day of August, 2022.

Respectfully submitted,

*s/ Andrew D. Ringel* .
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Robert A. Weiner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org

*Counsel for the City and County of Denver and Jonathan Christian*

## CERTIFICATE OF SERVICE (CM/ECF)

I hereby certify that on this 12th day of August, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

*s/Nicole Marion*, Legal Assistant to
Hall & Evans, L.L.C.