IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

EXHIBIT A

Civil Action Nos. 1:20-cv-01878 RBJ & 1:20-cv-01922-RBJ-MEH

ELISABETH EPPS, *et al.*,

  Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

  Defendants.

---

### AFFIDAVIT OF WILLIAM A. ROGERS, III

---

  I, William A. Rogers, III, am over the age of 18 and have personal knowledge as to all matters set forth herein.

  1. Attached to this Affidavit as Exhibit A is an August 4, 2022 Opinion Letter report I have prepared regarding the Motion for Attorneys' Fees submitted by the Fitouri Plaintiffs' counsel in this action.

  2. The contents of the attached report are true and correct based on my background, training and experience and are incorporated into my Affidavit.

  FURTHER THIS AFFIANT SAYETH NAUGHT.

_____
William A. Rogers, III

STATE OF COLORADO )
) SS.
COUNTY OF BOULDER )

SUBSCRIBED AND SWORN to me by William A. Rogers, III this 4th day of August, 2022.

WITNESS my hand and official seal.

My commission expires: July 29, 2023

CECIL A KENNEDY
NOTARY PUBLIC
STATE OF COLORADO
NOTARY ID 19954010011
MY COMMISSION EXPIRES JULY 29, 2023

Cecil A. Kennedy
Notary Public

2