IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## NOTICE OF ERRATA FROM DEFENDANTS CITY AND COUNTY OF DENVER AND JONATHAN CHRISTIAN

Defendants City and County of Denver and Jonathan Christian, ("Defendants") by and through their undersigned counsel, hereby respectfully submit this Notice of Errata, as follows:

1.    On August 5, 2022, Defendants City and County of Denver and Jonathan Christian filed a Response to Epps Plaintiffs Motion for Attorney Fees. [ECF 414].

2.    Exhibit B to the Defendants' Response was the Expert Report of William A. Rogers, III. Inadvertently, the incorrect expert report was filed as Exhibit B. [ECF 414-2].

3.    Accordingly, Defendants file this Notice of Errata to file the correct expert report for Mr. Rogers to replace the incorrect Exhibit B. Counsel for the Defendants apologizes to the Court for this error.

WHEREFORE, Defendants City and County of Denver and Jonathan Christian respectfully submit the foregoing Notice of Errata.

Dated this 12th day of August, 2022.

Respectfully submitted,

s/ Andrew D. Ringel
Andrew D. Ringel, Esq.
Katherine N. Hoffman, Esq.
Robert A. Weiner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com

Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
E-mail: hollie.birkholz@denvergov.org

*Counsel for the City and County of Denver and Jonathan Christian*

2

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 12th day of August, 2022, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve the following all counsel of record in this matter.

*s/Nicole Marion*, Legal Assistant to
Hall & Evans, L.L.C.

3