**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-1878-RBJ

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

**MOTION TO WITHDRAW ARIELLE HERZBERG AS COUNSEL FOR PLAINTIFFS**

---

    Undersigned counsel for Plaintiffs respectfully moves, pursuant to D.C.COLO.LAttyR 5(b), to withdraw as counsel of record in the above-captioned case and, in support of this Motion, states as follows.

    1.    Arielle Herzberg is resigning from the American Civil Liberties Union Foundation of Colorado, effective August 30, 2022. She will be unable to continue to represent Plaintiffs in this matter, so there is good cause for her withdrawal as counsel of record.

    2.    Mark Silverstein and Sara R. Neel of the American Civil Liberties Union Foundation of Colorado, Timothy R. Macdonald, Matthew J. Douglas, Edwin Packard Aro, R. Reeves Anderson, Colin M. O'Brien, Brian M. Williams, Diana Sterk, Mindy Gorin, Patrick C. Reidy and Michael J. Sebba from Arnold & Porter Kaye Scholar LLP, will continue to represent Plaintiffs, who will not suffer any prejudice as a result of the withdrawal of counsel.

    3.    Pursuant to D.C.COLO.LAttyR 5(b), notice of Arielle Herzberg withdrawal as

Counsel for Plaintiffs in this matter has been provided to the Plaintiffs.

WHEREFORE, Plaintiffs' counsel respectfully move for an order granting the withdrawal of Arielle Herzberg as counsel for Plaintiffs in the above-captioned case.

Respectfully submitted this 19th day of August 2022.

                                                *s/Arielle Herzberg*
                                                Arielle Herzberg, Staff Attorney
                                                American Civil Liberties Union
                                                Foundation of Colorado
                                                303 E. 17th Ave., Suite 350
                                                Denver, CO 80203-1256
                                                Telephone: (720) 402-3144
                                                Fax: (303) 777-1773
                                                aherzberg@aclu-co.org

                                                **ATTORNEY FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2022, I filed the foregoing **MOTION TO WITHDRAW ARIELLE HERZBERG AS COUNSEL FOR PLAINTIFFS** via CM/ECF, and the CM/ECF system will send notification to the following:

Timothy R. Macdonald
Matthew J. Douglas
Edwin Packard Aro
R. Reeves Anderson
Colin M. O'Brien
Brian M. Williams
ARNOLD & PORTER KAYE SCHOLER LLP
1144 15th Street, Suite 3100
Denver, CO 80202
Tel: 303-863-1000
Timothy.macdonald@arnoldporter.com
Matthew.douglas@arnoldporter.com
Ed.aro@arnoldporter.com
Reeves.anderson@arnoldporter.com
Colin.obrien@arnoldporter.com
Brian.williams@arnoldporter.com

Diana Sterk
Mindy Gorin
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, New York 10019-9710
Tel: 212-836-8000
Andreas E. Moffett
ARNOLD & PORTER KAYE SCHOLAR LLP
601 Massachusetts Ave., NW
Washington, DC 20001-3743
Tel: 202-942-5000
Andreas.moffett@arnoldporter.com

Patrick C. Reidy
ARNOLD & PORTER KAYE SCHOLAR LLP
70 West Madison Street
Suite 4200
Chicago, IL, 60602
Tel: 312-583-2300
Patrick.reidy@arnoldporter.com

Michael J. Sebba
ARNOLD & PORTER KAYE SCHOLAR LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017
Tel: 213-243-4000
Michael.sebba@arnoldporter.com

*Attorneys for Epps Plaintiffs*

Elizabeth Wang
LOEVEY & LEOVY
2060 Broadway Suite 460
Boulder, CO 80302
Tel: 720-328-5642
elizabethw@loevy.com

*Attorney for Fitouri Plaintiffs*

Andrew D. Ringel
Katherine N. Hoffman
Hall & Evans LLC
1001 17th Street, Suite 300
Denver, CO 80202
Tel: 303-628-3300
ringela@hallevans.com
hoffmark@hallevans.com

Jeffco Defendants:
Eric Butler
Deputy County Attorney
100 Jefferson County Parkway, Suite 5500
Golden, CO 80413
Tel: 303-271-8932
ebutler@jeffco.us

Aurora Defendants:
Michael T. Lowe
Bruno, Colin & Lowe PC
1999 Broadway Suite 4300
Denver, CO 80202
Tel: 303-831-1099
mlowe@brunolawyers.com

Isabelle S. Evans
Office of the City Attorney
15151 East Alameda Parkway
Aurora, CO 80012
Tel: 303-739-7030
ievans@auroragov.org

*Attorneys for Defendants*

Pursuant to D.C. COLO. LCivR 6.1(c), undersigned counsel also served this **MOTION TO WITHDRAW ARIELLE HERZBERG AS COUNSEL FOR PLAINTIFFS** via email to Plaintiffs.

              *s/Nicole Loy*
              Nicole Loy
              Paralegal