IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-1878-RBJ (consolidated with 1:20-cv-1922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

**FITOURI PLAINTIFFS' UNOPPOSED MOTION FOR TWO-DAY EXTENSION OF TIME TO FILE REPLIES TO FEE PETITIONS AND MOTION FOR LEAVE TO FILE A NINE-PAGE REPLY BRIEF**

The Fitouri Plaintiffs, through their attorney, hereby file this unopposed motion for a two-week extension of time to file their reply to their fee petition and motion for leave to file a 9-page reply brief. In support of this motion, Plaintiffs state as follows:

**Certificate of Conferral**

Plaintiffs and Defendants have conferred on this motion pursuant to the Local Rules, and Defendants do not oppose.

1. The Denver Defendants filed the responses to the Plaintiffs' fee petitions on August 5, 2022. Dkts. 413, 414.

2. Plaintiffs' response is currently due on Friday, August 26, 2022.

3. Counsel for the Fitouri Plaintiffs, Elizabeth Wang, has been working diligently on the reply brief, but it will be difficult to complete by Friday because of obligations in other cases, including final pretrial materials due in *Gray v. City of Chicago*, 18-cv-2624 (N.D. Ill.) on August

26, 2022, and depositions in other cases pending in this district. In addition, Defendants' response brief includes a lengthy expert report which requires detailed analysis and response.

4. Thus, the Fitouri Plaintiffs request a two-day extension for the filing of their reply in support of their fee petition.

5. In addition, because of the length of Defendants' response brief and their attachment of a lengthy expert report, Plaintiffs request an additional four (4) pages for their reply brief, so that their brief is no more than nine (9) pages. Under the Court's Practice Standards, reply briefs are usually limited to five (5) pages.

WHEREFORE, Plaintiffs request that the deadline for the filing of their replies in support of their fee petitions be extended by two days, to August 30, 2022, and that they be granted leave to file a nine (9) page reply brief.

Respectfully submitted,

By: /s/ Elizabeth Wang
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Suite 460
Boulder, CO 80302
Telephone: (720) 328-5642
elizabethw@loevy.com
*Counsel for Fitouri Plaintiffs*

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on August 24, 2022, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs