IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01389-WYD-STV

JEANNE STROUP and
RUBEN LEE,

      Plaintiffs,

v.

UNITED AIRLINES, INC.,

      Defendant.

---

## AFFIDAVIT OF DAVID A. LANE IN SUPPORT OF FEE PETITION

---

    1.    David Lane, being over the age of 21 and being duly sworn, deposes and states as follows:

    2.    This Affidavit is submitted in support of Plaintiffs' Motion for Attorney Fees and Expenses in the above-captioned matter.

### Background and Qualifications of Lead Counsel, David A. Lane, and the law firm of KILLMER, LANE & NEWMAN, LLP

    3.    I am a partner in the Denver, Colorado law firm of KILLMER, LANE & NEWMAN, LLP. KILLMER, LANE & NEWMAN was formed with the mission of protection of the civil rights and liberties of our clients, and protecting individuals against oppressive governmental and corporate conduct.

    4.    I, along with Darold W. Killmer, formed the law firm now known as KILLMER, LANE & NEWMAN, LLP on July 1, 2002. Mari Newman became a partner of the firm in January of 2003. My practice consists of criminal defense, primarily in death penalty defense, and plaintiffs' civil rights and discrimination cases.

EXHIBIT 4

defender with the New York City Legal Aid Society both as a staff attorney and then for three years as a supervising attorney.

7. Over the course of my career, I have taken well over 200 cases through jury trials in state and federal courts, ranging in length from two-days through several months. I have tried complex trials including white collar crimes and death penalty cases. I argued the First Amendment case of *Reichle v. Howards*, 566 U.S. 658 (2012) in the United States Supreme Court. I have argued in numerous state Supreme Courts and many federal appellate courts. I have been retained by several foreign governments to represent their nationals in serious American criminal cases. I am certified by the United States District Court for the District of Colorado and many other circuits for accepting federal criminal appointments including death penalty cases at trial, on appeal, and in post-conviction pursuant to the Criminal Justice Act.

8. I am a recipient of various honors, including the Colorado Criminal Defense Bar Jonathan Olom Award for exceptional service and sacrifice without regard to personal gain in the defense of the accused, and the Newsed Community Development Civil Rights Award for various civil rights cases I have handled, the American Civil Liberties Union of Colorado's Carle Whitehead Award, and the Colorado Trial Lawyers Association's Case of the Year Award. I acted as an expert witness in fee litigation on behalf of Mark Silverstein and Sarah Rich of the Colorado ACLU in a case before the Honorable Judge Brooke Jackson in the United States District Court for the district of Colorado in 2015. *Ryals v. Englewood*, 12-cv-02178-RBJ. Judge Jackson, in a written opinion stated, "Mr. Lane is an experienced plaintiffs' civil rights attorney who enjoys a reputation in this community as an able and hard-nosed advocate on behalf of his (often unpopular) clients."

3

States District Court for the District of Colorado concluded that my hourly rate of $500 per hour was reasonable. Over many years, I have submitted numerous fee petitions and I have never had my hourly rate cut by any federal court based upon an excessive hourly rate.

14. I recently concluded a § 1983 case in the U.S. District Court for the district of Arizona captioned, *Nordstrom v. Ryan*, 856 F.3d 1265 (9th Cir. 2017).

15. That case involved prison litigation so fees were capped by the PLRA at CJA rates. Plaintiff prevailed and counsel moved for a double multiplier of his fee for the extremely successful result obtained on behalf of death row inmate Nordstrom. The Attorney General of Arizona stipulated that a 2x multiplier for undersigned counsel was reasonable.

16. Several years ago, I prevailed in a case captioned *Independence Institute et. al. v. Scott Gessler*, Civil Action No. 10-cv-00609-PAB-MEH tried in the United States District Court for the district of Colorado. In 2013, I submitted a fee petition with my then-current hourly rate of $500 per hour. The fee issue was settled by the State of Colorado and they paid a lump sum consistent with my hourly rate.

**The Reasonableness of the Fee Petition and Plaintiffs' Billing Records**

17. The fee petition filed in connection with this matter reflects time billed *after* the exercise of professional billing judgment. Indeed, that is why undersigned counsel has opted not to bill *any* law clerk or intern time in this matter. The petition does not reflect all the time spent on the case, such as all the hours of intra-office conferences involved in litigating this matter; the petition does not request fees for at least 40 hours of such conferences. The petition also does not reflect the bulk of time David Lane spent in reviewing and writing over 1,000 emails between undersigned counsel and staff and opposing counsel, as only time spent on less than 50 emails is included in the petition. The petition thus reflects time spent for which a client would reasonably

5

21. My current hourly rate as of January 2018 is $650 per hour. This is the rate that I bill to private clients I represent on a straight hourly rate, and the current rate claimed on fee petitions submitted by my own firm after having prevailed in civil rights or employment law cases. The current hourly billing rates of my law partners are $650 per hour for Darold W. Killmer and $600 per hour for Mari Newman. The billing rates for our associates are between $350 and $425 per hour, depending on their specific qualifications and experience. We currently bill our paralegals at $120-180 per hour, depending on experience, and our legal assistants at $120-$130 per hour. I am aware of many law firms in the Denver community that bill their paralegals at substantially higher rates than this.

22. Based on our experience, skill, expertise, and reputation, these hourly rates are reasonable and within the range charged by attorneys of similar skill, expertise, and reputation in the Denver legal community, and are reasonable rates pursuant to the law of 29 U.S.C. § 626(b) and 29 U.S.C. § 216(b) and related authority relevant to attorney fee-shifting in federal civil rights and employment discrimination cases.

23. Based upon my familiarity with the attorneys' fees charged by lawyers in this legal community, I am aware of many attorneys whose rates are in the range of $375 to well over $700 per hour.[1] I am familiar with judicial opinions and other materials relevant to attorney fee rates in Colorado, as well as the Colorado Bar Association attorney fee surveys. I am also familiar with attorney fee rates for civil rights practitioners nationally.

---

[1] For example, former associate attorneys of KILLMER, LANE & NEWMAN, LLP, whom I trained and supervised, have received court approval for hourly rates as high as $500. *See, e.g., McFadden v. Town of Meeker, Co., et al.*, No. 16-cv-2304-WJM-GPG (D. Colo. May 15, 2018).

7

EEOC, he was lead trial attorney in the age discrimination class action lawsuit *EEOC v. Martin Marietta Corp.,* (D.Colo.), then the largest age discrimination class action in the history of the United States. That class action was successfully settled on behalf of over 2,000 class members with a value estimated by United States district Judge Wiley Daniel of nearly $200 million.

29.     Prior to his tenure at the EEOC, from 1990 until 1995, Mr. Killmer was a partner in the Denver law firm of FEIGER, COLLISON & KILLMER, P.C., a plaintiffs' civil rights and employment law firm. While at FEIGER, COLLISON & KILLMER, P.C., Mr. Killmer represented hundreds of individuals in a variety of employment and civil rights disputes, including disability discrimination issues, and litigated scores of such cases, including class action litigation.

30.     Darold Killmer was an adjunct professor of law at the University of Denver Sturm College of Law between 1990 and 2004, where he taught employment law. Mr. Killmer has also served for many years on the faculty of the National Institute of Trial Advocacy, teaching principles of trial practice. He has also lectured frequently on topics related to civil rights and employment law, to business groups, continuing legal education seminars and conferences, schools from grade school through postgraduate college courses, and civic organizations. Mr. Killmer has made presentations related to civil rights and employment law to such groups as the Colorado Bar Association Labor Law Committee, the Colorado Trial Lawyers Association, the National Employment Lawyers Association, the Plaintiffs Employment Lawyers Association, the Judicial Arbiter Group, the Institute for Advanced Legal Studies, the Equal Employment Opportunity Commission, and William E. Doyle Inn of Court. He has for more than the last twenty years been included in The Best Lawyers In America, Labor and Employment Law Section, and in Colorado Super Lawyers. Mr. Killmer was selected by 5280 Magazine as one of the "Top 100 Lawyers in Colorado" in 2012, 2014, 2015, 2016 and 2017. He was selected

35. Prior to the formation of the firm now known as KILLMER, LANE & NEWMAN, LLP, Ms. Newman worked at MILLER, LANE, KILLMER & GRIESEN, LLP as an Associate Attorney from 1998 to July 2002. Before that, she served as Law Clerk to the Honorable H. Jeffrey Bayless in Denver District Court. Ms. Newman graduated from Northeastern University School of Law in 1997. During her tenure at Northeastern, she served as a legal intern for civil rights and employment discrimination non-profit organizations and law firms, including the NAACP Legal Defense & Educational Fund in New York, and the Plaintiff's employment law firm of Messing & Rudavsky in Boston, MA.

36. Ms. Newman's practice consists of plaintiffs' civil rights and employment discrimination cases. She represents plaintiffs who are bringing claims pursuant to federal civil rights statutes, and state and federal statutes or common law provisions protecting the rights of employees. She often represents multiple plaintiffs in complicated civil rights and employment matters, including cases of governmental or corporate misconduct that impacts numerous individuals.

37. Ms. Newman (along with members of KILLMER, LANE & NEWMAN, LLP) has achieved excellent results for her clients in civil rights and employment matters, including multiple seven-figure verdicts and settlements (many of which are confidential and thus cannot be listed here). *See, e.g. Estate of Marvin L. Booker, et al. v. City and County of Denver, et al.*, No. 11-cv-645-RBJ-KMT (D. Colo.) ($6,000,000 settlement following a jury verdict totaling $4,650,000); *Estate of Michael Marshall, et al. v. City and County of Denver, et al.* ($4,650,000 pre-litigation settlement, including important non-monetary consideration); *Estate of Emily Rice, et al. v. City and County of Denver, et al.*, No. 07-cv-01571-MSK-BNB (D. Colo.) ($7,000,000 settlement during litigation, including important non-monetary consideration); *Hall v. Zavaras,*

repeatedly been listed in the areas of Civil Rights Law; Employment Law – Individuals; and Litigation – Labor and Employment. She has consistently been voted among the Top 100 Lawyers and Top 50 Women Lawyers in Colorado. Ms. Newman has also repeatedly been designated as a Colorado Super Lawyer and as a Top Lawyer in the areas of Civil Rights and Labor and Employment Law by 5280 Publishing, and has been named as a Lawyer of the Year and one of seven Top Women Attorneys by Law Week Colorado. Ms. Newman has received the GLBT Bar Association Foundation's Attorney of the Year Award and has been recognized as the Colorado Legal Initiatives Project's Barrister of the Year. She was twice voted Law Week Colorado's "Barrister's Best" Plaintiff's Employment Lawyer. She was honored with the Denver Gay & Lesbian Chamber of Commerce's Entrepreneurial Woman of the year. Ms. Newman has received the CTLA's Case of the Year Award in a case against the Colorado Department of Corrections on behalf of a female inmate who had been raped by a prison guard.

40. As a young attorney, Ms. Newman was recognized as the CTLA's Outstanding Young Trial Lawyer of the Year. She also received the Denver Bar Foundation's Davis Award, presented to a Denver lawyer under 40 who combines excellence as a lawyer with creative civic, cultural, educational, and charitable leadership, and was named as one of the Denver Business Journal's "Forty Under Forty," recognizing 40 outstanding young professionals for their success and community contributions.

41. Martindale-Hubbell has rated Ms. Newman as AV Preeminent, the highest possible rating in both legal ability and ethical standards. She has also been honored as a Fellow of the Colorado Bar Foundation, a designation bestowed upon no more than five percent of the lawyers in Colorado for "outstanding dedication to the welfare of the community, the traditions

few criminal defense cases. Mr. Fairhurst was promoted to the position of Senior Associate at KILLMER, LANE & NEWMAN in 2016.

46. During his career practicing law, Mr. Fairhurst has contributed to major and, in some cases, historic, victories for his clients. This includes the highly-unusual result of receiving judgment as a matter of law in favor of the plaintiff's unlawful search and seizure claims as part of the team in *Bauman v. Bishop, et al.*, which was tried before a Colorado jury in the United States District Court for the District of Colorado. This also includes participating on the team litigating the *Marvin Booker v. City and County of Denver* case, which was tried in late 2014 and resulted in the largest civil rights jury verdict at the time in Colorado history. Within the past year, Mr. Fairhurst has participated in two trials, both of which were tried in front of federal juries and involved particularly complex factual and legal issues; his trial team won them both (*Smith v. Kremmling, et al.* and *Lee, et al. v. United Airlines*).

47. The community has recognized Mr. Fairhurst for his skills as a lawyer, and his knowledge of and devotion to civil rights and plaintiffs'-side employment law. Since 2017, Mr. Fairhurst has been a board member for Colorado Cross-Disability Coalition, a nonprofit, disability-rights organization. Mr. Fairhurst was selected to be the outreach officer for the Colorado Plaintiff Employment Lawyers Association (PELA) for the year 2017, and was elected as PELA's treasurer for the year 2018. PELA is the preeminent plaintiffs'-side employment organization in Colorado and has well over 200 active members.

48. In addition, Mr. Fairhurst was designated as a Colorado Super Lawyers Rising Star in the years 2016 and 2017. He also has published a law review article addressing the First Amendment and compelled commercial speech, Traffic-Light-Labeling on Restaurant Menus: A Call for the Communication of Nutrition Information Through Color-Coded Prices, 16

52. I am also familiar with the work and experience of Mr. Andy McNulty, who is billed by our firm at the rate of $375 per hour. The rate of $375 per hour is a reasonable hourly rate given his expertise, training, and background. Mr. McNulty's practice is concentrated on representing individuals who were the victims of civil rights violations or were harmed by discrimination and/or wrongfully discharged by employers.

53. Mr. McNulty graduated with a Bachelor of Arts degree from Saint Louis University and is a graduate of Northwestern University's Pritzker School of Law. Mr. McNulty earned Dean's List honors during multiple semesters, both during his undergraduate study and while in law school. While in law school, Mr. McNulty was an articles editor of the Northwestern Journal of Law & Social Policy. He was awarded honors for his comment entitled A Practical Guide to Litigating Prison Mail Policies in the Owen L. Coon/James A. Rahl Senior Research Program. As a law student, Mr. McNulty clerked at the Southern Poverty Law Center and spent a year as a clinical student in the Roderick and Solange MacArthur Justice Center, a clinic focused on civil rights litigation housed in the Pritzker School of Law's renowned Bluhm Legal Clinic. Mr. McNulty was also named a Public Service Star for his pro bono work while at Northwestern University's Pritzker School of Law.

54. Upon graduation, Mr. McNulty was awarded a Jay A. Pritzker Fellowship to work at the ACLU of Missouri. As a fellow at the ACLU of Missouri, Mr. McNulty authored amicus briefs submitted to the Missouri Supreme Court and briefs submitted to the United States Court of Appeals for the Eighth Circuit on First Amendment issues, along with litigating other cutting-edge civil rights and civil liberties issues. In one of these cases, Mr. McNulty secured a summary judgment victory enjoining a city's noise ordinance that violated both the First and Fourteenth Amendments. In another, he secured a preliminary injunction preventing police officers in

58. I am familiar with the paralegal who worked on this case, Jamie Akard, who is billed by our firm at the rate of $175 per hour. The rate of $175 per hour is a reasonable hourly rate given her expertise, training, and background. Ms. Akard has worked at KILLMER, LANE & NEWMAN since 2012, and has been a paralegal here since 2003. Ms. Akard is an outstanding paralegal. She has been involved in many employment discrimination cases and has assisted in numerous trials and substantive hearings.

59. I am familiar with the legal assistant who worked on this case, Helina Zewdu, who is billed by our firm at the rate of $120 per hour. The rate of $120 per hour is a reasonable hourly rate given her expertise, training, and background. Ms. Zewdu has worked at KILLMER, LANE & NEWMAN since 2015, and worked at another law firm from 2013-2015. Ms. Zewdu has been involved in many employment discrimination cases and has assisted in numerous trials and substantive hearings.

**Other Important Considerations**

60. The challenges facing Plaintiffs' counsel in this litigation were enormous. The risk taken by Plaintiffs' counsel was significant and it is doubtful that many other law firms would have had the courage to take the risk of pouring hundreds of hours into a case like this with absolutely no guarantee of success and payment at the end of the years-long litigation.

61. The law firm of KILLMER LANE & NEWMAN, LLP is almost entirely a contingent fee practice, in which we assume the risk of loss – and thus non-payment—in almost every case. At the same time, we support many employees with overhead of approaching approximately $2,000,000 per year. Thus, the real risk of non-payment in a case such as this is a significant gamble for the financial health of the firm and its many employees.