**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 6/19/2020 | emailing with Jon Loevy, Mike Kanovitz, Scott Rauscher, and Dan Twetten about potential lawsuit | 0.25 | JL | Important for lead counsel (EW) to discuss and vet potential case with other partners. The only other timekeeper who billed for this time is Jon Loevy (JL). A minimal amount of time (15 minutes) was expended and writing and reviewing emails. |
| 6/22/2020 | reviewing and revising retainer agreement | 0.25 | | Contrary to Defs' objection, reviewing and revising a retainer agreement is not a clerical or administrative task. It is important and necessary that the lead attorney actually review and finalize the retainer agreement for a specific case, and only 15 minutes was spent on this task. |
| 6/28/2020 | revising retainer agreements | 0.25 | | Contrary to Defs' objection, reviewing and revising a retainer agreement is not a clerical or administrative task. It is important and necessary that the lead attorney actually review and finalize the retainer agreement for a specific case, and only 15 minutes was spent on this task, performed for additional clients |
| 6/30/2020 | conferring with Tara Thompson, Steve Art, Scott Rauscher re: comments on draft complaint | 0.25 | SA | Appropriate for EW and TT (the only two attorneys working on the case at that time) to confer with other partners at the firm about the complaint; the conferral was short (15 min.); all time from TT and SR was excluded from the fee petition. |

EXHIBIT 6

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 7/3/2020 | t/c with Tara Thompson about strategy, tasks going forward | 1.50 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy and tasks to be completed in the case and how to divide up work. All time from TT has been excluded from the petition. |
| 7/7/2020 | conferring via email with Scott Rauscher and Tara Thompson re: strategy | 0.25 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy and tasks to be completed in the case and how to divide up work. All time from TT and SR has been excluded from the petition. Advice was sought from Scott Rauscher, another partner at the firm, who has specific expertise and provided his work product and strategy to the discussion. |
| 7/10/2020 | t/c with Tara Thompson about discovery, strategy | 0.75 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy and tasks to be completed in the case and how to divide up work. All time from TT has been excluded from the petition. |
| 7/12/2020 | t/c with Tara Thompson about next steps, discovery, strategy | 0.50 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy and tasks to be completed in the case and how to divide up work. All time from TT has been excluded from the petition. |

EXHIBIT 6

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 7/13/2020 | t/c with area civil rights attorney, discussing strategy | 0.50 | | Appropriate for lead attorney (EW) to confer with an area civil rights attorney also litigating protest cases against Denver to discuss strategy. |
| 7/13/2020 | t/c with Dan Twetten about strategy | 1.00 | | Appropriate for lead attorney (EW) to seek strategy advice from DT, another partner in the Boulder office of Loevy & Loevy. All time from DT has been excluded from the petition. |
| 7/23/2020 | conference call with local civil rights attorneys and Tara Thompson re: strategy | 0.75 | | Appropriate for the active attorneys on the case at the time (EW and TT) to confer with local civil rights attorneys about strategy in protest cases against Denver. All time from TT has been excluded from the petition. |
| 7/27/2020 | emailing with Dan Twetten, Scott Rauscher, David Owens, Steve Art re: strategy | 0.25 | SA, DO | Appropriate for lead attorney (EW) to confer with fellow partners about strategy; amount of time spent was minimal, and time from DT and SR were excluded from the petition. Each of these attorneys contributed their work product to the discussion. |
| 8/7/2020 | t/c with BLM 5280 attys to discuss strategy | 1.00 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy at beginning of discovery |
| 8/7/2020 | t/c with Tara Thompson in prep for conference call with BLM 5280 attys | 0.50 | | Necessary for EW and TT, the only attorneys on the case at the time, to confer in advance of call with A&P attorneys, who represent different plaintiffs |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 8/12/2020 | conferring with Tara Thompson about Rule 26(f) conference, discovery | 0.50 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy and tasks to be completed in the case and how to divide up work. All time from TT has been excluded from the petition. |
| 8/12/2020 | t/c with another plaintiffs' attorney re: possible experts; research on potential experts | 1.50 | | Necessary and appropriate for lead attorney (EW) to confer with another plaintiffs' attorney about possible experts for this case; this was due diligence in the search for appropriate experts. |
| 8/19/2020 | t/c with BLM 5280 attys about determine strategy | 0.75 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy at beginning of discovery |
| 8/19/2020 | t/c with Tara Thompson to determine strategy | 0.50 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy. All time from TT has been excluded from the petition. |
| 8/21/2020 | meeting with BLM 5280 attorneys and Tara Thompson re: discovery and scheduling order | 0.75 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy at beginning of discovery. The scheduling order had to be jointly completed and it was necessary for the attorneys representing different plaintiffs to coordinate their ideas and strategy about discovery and the scheduling order. All time from TT has been excluded from the petition. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|------|------|-------|------------------------------------------|---------------|
| 8/27/2020 | conference call with BLM 5280 attys about proposed scheduling order | 1.25 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy at beginning of discovery. The scheduling order had to be jointly completed and it was necessary for the attorneys representing different plaintiffs to coordinate their ideas and strategy about discovery and the scheduling order. |
| 8/27/2020 | t/c with Tara Thompson about strategy | 0.50 | | Important and necessary for the only two attorneys working on the case at that time (EW and TT) to confer about strategy. All time from TT has been excluded from the petition. |
| 9/3/2020 | meeting with BLM 5280 attys about scheduling order and hearing | 1.00 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy at beginning of discovery. The scheduling order had to be jointly completed and it was necessary for the attorneys representing different plaintiffs to coordinate their ideas and strategy about discovery and the scheduling order. |
| 9/3/2020 | t/c with area civil rights attorney to devise strategy | 0.50 | | Appropriate for lead attorney (EW) to confer with an area civil rights attorney also litigating protest cases against Denver to discuss strategy. |
| 9/9/2020 | meeting with Ed Aro and Pat Reidy re: discovery requests | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate written discovery requests, because there was a limited number allotted to Plaintiffs. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 10/7/2020 | meeting with Tara Thompson, Brian Swift, Makeba Rutahindurwa to confer re: discovery strategy | 0.75 | MR, BS | Important to case for team members to discuss discovery strategy and for lead attorney (EW) to give clear directives to lower billing staff (BS) and attorneys (MR). All time for Tara Thompson has been excluded. |
| 10/7/2020 | t/c with Anya Havriliak and Pat Reidy and Makeba Rutahindurwa re: discovery strategy | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy at beginning of discovery |
| 10/9/2020 | meeting with Taylor and Makeba Rutahindurwa to complete Taylor's discovery responses | 0.75 | MR | Important for both active lawyers (EW and MR) to meet with client |
| 10/12/2020 | meeting w/ Fitouri and Makeba Rutahindurwa to complete discovery responses | 1.50 | MR | Important for both active lawyers (EW and MR) to meet with client |
| 10/12/2020 | meeting w/ Makeba Rutahindurwa and Parkins to complete discovery responses | 1.00 | MR | Important for both active lawyers (EW and MR) to meet with client |
| 10/14/2020 | t/c with Makeba Rutahindurwa and A&P attys to discuss discovery responses | 1.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 10/28/2020 | t/c with Makeba Rutahindurwa re: video review and discovery strategy | 0.25 | MR | Necessary to coordinate discovery strategy, so that each attorney (MR and EW) could divide up video to review, in order to avoid duplication of effort |
| 11/9/2020 | t/c with local civil rights attorney to confer about strategy | 0.50 | | Appropriate for lead attorney (EW) to confer with an area civil rights attorney also litigating protest cases against Denver to discuss strategy. |
| 11/11/2020 | meeting with Pat Reidy, Mollie DiBrell and Makeba Rutahindurwa re discovery issues | 0.25 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy on discovery |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 11/18/2020 | t/c with Makeba Rutahindurwa and Pat Reidy re: discovery | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 11/23/2020 | t/c with Makeba Rutahindurwa re: Monell claim and discovery and litigation strategy | 0.50 | MR | Necessary to coordinate discovery strategy and divide up tasks, including obtaining discovery on and litigating Monell claim; both attorneys contributed strategy and work product |
| 12/16/2020 | t/c with Makeba Rutahindurwa and A&P attys re: OIM report and follow-up discovery | 1.00 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy, including on Monell claim |
| 1/8/2021 | meeting w/ Pat Reidy and Mollie DiBrell and Makeba Rutahindurwa re: discovery | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 1/8/2021 | t/c with Makeba Rutahindurwa re: discovery tasks, discussing strategy | 0.25 | MR | Necessary to coordinate discovery strategy and divide up tasks |
| 1/12/2021 | emailing w/ Tara Thompson and Makeba Rutahindurwa re: discovery issues | 0.25 | | Necessary to coordinate discovery strategy |
| 1/21/2021 | t/c with Makeba Rutahindurwa re: discovery tasks, discussing strategy | 0.25 | MR | Necessary to coordinate discovery strategy and divide up tasks |
| 1/21/2021 | t/c with Makeba Rutahindurwa, Pat Reidy, Mollie DiBrell re: discovery | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 1/28/2021 | t/c with A&P attys (Mollie DiBrell, Michael Sebba, Pat Reidy) re: strategy | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 1/28/2021 | t/c with Makeba Rutahindurwa and Tara Thompson re: strategy | 0.50 | MR | Necessary to coordinate discovery strategy and divide up tasks; all time from TT has been excluded |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 2/1/2021 | t/c with Makeba Rutahindurwa, Pat Reidy, Mollie DiBrell and ACLU re: discovery | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 2/5/2021 | emailing Katie Roche about Denver BWC video review; providing guidance on things to look for and notes needed | 0.25 | | Necessary for lead attorney (EW) to give clear guidance and direction to a lower-billing-rate attorney on what to look for in video review and the types of notes needed. This was done so that KR could review Denver BWC from 5/29/20 and so that there would not be duplicative review of video. |
| 2/5/2021 | meeting to discuss discovery, deps, and strategy with Pat Reidy, Mollie DiBrell, Christine, Makeba Rutahindurwa | 1.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 2/8/2021 | emailing with Katie Roche about Denver BWC video review; reviewing Katie Roche notes on videos | 0.25 | | Necessary for lead attorney (EW) to give clear guidance and direction to a lower-billing-rate attorney on what to look for in video review and the types of notes needed. This was done so that KR could review Denver BWC from 5/29/20 and so that there would not be duplicative review of video. |
| 2/9/2021 | emailing with Katie Roche about Denver BWC video review; reviewing Katie Roche notes on videos | 0.25 | | Necessary for lead attorney (EW) to give clear guidance and direction to a lower-billing-rate attorney on what to look for in video review and the types of notes needed. This was done so that KR could review Denver BWC from 5/29/20 and so that there would not be duplicative review of video. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 2/18/2021 | meeting with Makeba Rutahindurwa, Pat Reidy, Matt Douglas to prep for Tak dep | 1.00 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 2/24/2021 | t/c with Makeba Rutahindurwa re: new case consolidation and deadlines for reviewing documents | 0.50 | MR | Necessary to coordinate discovery strategy and divide up tasks |
| 3/4/2021 | t/c with Makeba Rutahindurwa re: deps and dep prep | 0.75 | MR | Necessary to coordinate discovery strategy, divide up tasks; MR and EW took different depositions and needed to coordinate strategy and get each other's input for depositions |
| 3/8/2021 | t/c with Makeba Rutahindurwa re: discovery hearing | 0.25 | MR | Necessary for the two attorneys on a case to confer about strategy for a hearing |
| 3/8/2021 | t/c with Pat Reidy re: discovery hearing | 0.25 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy for a hearing |
| 3/11/2021 | t/c with Makeba Rutahindurwa and A&P attorneys re: deps | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy and divide up tasks |
| 3/30/2021 | t/c with Makeba Rutahindurwa re: depositions and status of doc review | 0.75 | MR | Necessary to coordinate discovery strategy and divide up tasks |
| 3/31/2021 | t/c with Makeba Rutahindurwa and A&P attorneys re: depositions | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy and divide up tasks |
| 4/2/2021 | t/c with Makeba Rutahindurwa and A&P attorneys re: damages | 0.50 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 4/7/2021 | t/c with Katie Roche about Denver BWC video review | 0.25 | | Necessary for lead attorney (EW) to give clear guidance and direction to a lower-billing-rate attorney on what to look for in video review and the types of notes needed. This was done so that KR could review Denver BWC from 5/29/20 and so that there would not be duplicative review of video. |
| 4/9/2021 | conferring with David Owens about potential police practices experts | 0.25 | DO | This conferral was necessary and important, as it led to Plaintiffs' counsel to Norman Stamper. This was based on DO's knowledge of police practices experts nationwide and in Seattle. |
| 4/16/2021 | t/c w/ A&P attys re: discovery issues and strategy | 0.75 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 4/29/2021 | reviewing Makeba Rutahindurwa's outline for Cunningham dep, preparing for Cunningham dep, reviewing videos | 4.00 | MR | Feedback to MR necessary in order for MR (a lower billing-rate attorney) to complete the deposition, which was one of her first depositions, and so that MR could conduct further depositions in the case by herself, which she did. EW's work product contributed to MR's examination of the witness |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 4/30/2021 | attending Cunningham's dep; providing Makeba Rutahindurwa guidance during deposition | 4.50 | MR | Guidance/feedback to MR necessary in order for MR (a lower biling-rate attorney) to complete the deposition, which was one of her first depositions, and so that MR could conduct further depositions in the case by herself, which she did. EW's work product contributed to MR's examination of the witness during the deposition. Faster than having EW read Cunningham's dep transcript in order to get up to speed and conduct further discovery afterward. |
| 5/12/2021 | t/c with Makeba Rutahindurwa to prep for Valentine dep | 0.25 | MR | Guidance/feedback to MR necessary in order for MR (a lower biling-rate attorney) to conduct the deposition by herself and consistent with the team's strategy |
| 5/12/2021 | t/c with Pat Reidy about discovery, discovery dispute hearing | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 5/18/2021 | t/c with Pat Reidy and Michael Sebba to prep for discovery hearing | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 5/20/2021 | t/c with Pat Reidy in prep for discovery hearing | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |
| 6/21/2021 | meeting with A&P attys re: discovery issues and strategy | 0.75 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 7/2/2021 | t/c with Pat Reidy and Gerardo Mijares-Shafai re: expert reports | 1.00 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy on experts, especially since the Plaintiffs had to share experts |
| 7/14/2021 | t/c with Pat Reidy re: discovery and Serrant dep | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy on discovery and deposition |
| 7/29/2021 | meeting to prep Sannier for dep | 3.00 | MR | Appropriate to have the two active attorneys on the case meet with client to prepare for her dep |
| 7/30/2021 | meeting to prep Parkins, Deras, Amghar, and Fitouri for deps; Makeba Rutahindurwa present via Zoom | 3.00 | MR | Appropriate to have the two active attorneys on the case meet with clients to prepare for their deps |
| 8/6/2021 | conferring with David Owens and Makeba Rutahindurwa about settlement strategy | 0.25 | DO, MR | Appropriate for the two attorneys on the case (EW and MR) to confer with another Loevy partner about settlement strategy. |
| 9/2/2021 | t/c with Gerardo Mijares-Shafai and Pat Reidy about Stamper, fees | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy on experts, especially since the Plaintiffs had to share experts |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 9/7/2021 | reviewing invoice from expert, emailing with office manager and Jon Loevy about invoice; emailing with Jon Loevy about strategy | 0.25 | JL | Contrary to Defs' objection, reviewing the specific invoice from Plaintiffs expert was not merely a clerical task; Plaintiffs spent tens of thousands of dollars on experts in this case and it was appropriate for attorney to spent time reviewing bills of that size. Only a few minutes was spent on that task, as the rest of the time documented in this entry was spent on conferring with Mr. Loevy on strategy in the case. |
| 10/6/2021 | meeting with Pat Reidy and Tim Macdonald re: sanctions motion | 1.00 | | Necessary for attorneys representing different plaintiffs from A&P and Loevy to discuss joint response to sanctions motion. The co-plaintiffs filed joint motions and responses (and were required to) throughout this case. This could have occurred without coordination and discussion. |
| 10/13/2021 | meeting with Pat Reidy about dep and discovery | 0.75 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy on discovery and deposition |
| 10/21/2021 | meeting with A&P re: City's request for 3rd extension on expert reports | 0.50 | | Necessary for attorneys representing different plaintiffs from A&P and Loevy to discuss joint position in response to the City's request for extension, and strategic issues concerning the timing |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 10/22/2021 | t/c with Dan Twetten about mediation, strategy, response to the sanctions motion | 0.50 | | Appropriate for lead attorney EW to confer with partner Dan Twetten about the response to the sanction motion because DT has specific expertise in ethical issues. All time from DT has been excluded from the petition. |
| 11/5/2021 | meeting with other plaintiffs' attorneys re: strategy in protest cases | 0.75 | | Appropriate for lead attorney (EW) to confer with area civil rights attorneys also litigating protest cases against Denver to discuss strategy. |
| 11/29/2021 | call with Makeba Rutahindurwa and Brian Swift to plan for trial prep | 0.50 | MR | Appropriate and necessary to have the trial team meet to discuss what tasks needed to be completed in preparation for trial and how to divide up tasks; important for lead trial attorney to give clear guidance to paralegal and second-chair attorney on trial prep needs |
| 11/30/2021 | meeting with Ed Aro, Tim Macdonald and Makeba Rutahindurwa re: trial prep and Ijames | 0.75 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy to coordinate trial preparation efforts and discovery on defense expert (Ijames) |
| 12/7/2021 | meeting with Reeves Anderson, Sam Callahan, Makeba Rutahindurwa re: jury instructions | 1.00 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy to coordinate and divide up tasks regarding preparation of jury instructions; as a result of this coordination, the A&P attorneys took the lead on the drafting of the jury instructions, with the two Loevy attorneys' input (EW and MR) |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 12/22/2021 | conferring with Gerardo Mijares-Shafai about expert rebuttal reports | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy handling discovery to coordinate strategy on experts and expert reports, especially since the Plaintiffs had to share experts |
| 1/3/2022 | t/c with David Owens to strategize about settlement demand letter and mediation | 0.50 | DO | Appropriate for lead attorney EW to seek advice about settlement strategy from another partner, DO |
| 1/11/2022 | t/c with Makeba Rutahindurwa about to do list, tasks in prep for SJ and trial | 0.25 | MR | Necessary to have the trial attorneys meet to discuss what tasks needed to be completed in preparation for trial (and summary judgment) and how to divide up tasks |
| 1/11/2022 | t/c with Pat Reidy about trial exhibit list | 0.25 | | Necessary to case for attorneys representing different plaintiffs from A&P and Loevy to coordinate efforts on completing trial exhibit list and deciding what exhibits should be listed. Plaintiffs submitted a joint list of exhibits (and witnesses), and it would not have conceivable for Plaintiffs to submit separate lists. This required coordination. |
| 1/20/2022 | attending mediation on individual plaintiffs' claims | 8.50 | MR | Appropriate to have the two active attorneys on the case attend the mediation; both counsel contributed strategy and work product |
| 1/25/2022 | t/c with Makeba Rutahindurwa re: SJ response and pretrial tasks | 0.75 | MR | Necessary to have the trial attorneys meet to discuss what tasks needed to be completed in preparation for trial (and summary judgment) and how to divide up tasks so as to avoid duplication of effort |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 1/28/2022 | t/c with Reeves Anderson to discuss jury instructions | 0.25 | | Necessary for EW to confer with A&P attorney Reeves Anderson about jury instructions because he was taking the lead on drafting them, but EW needed to be consulted on their content. The co-plaintiffs submitted one set of jury instructions. This required coordination. |
| 1/28/2022 | t/c with Makeba Rutahindurwa and A&P attorneys re: jury instructions | 0.75 | | Necessary for trial attorneys EW and MR to confer with A&P attorneys about jury instructions because A&P was taking the lead on drafting them, but EW needed to be consulted on their content. The co-plaintiffs submitted one set of jury instructions. This required coordination. |
| 1/31/2022 | t/c with Reeves Anderson, Colin O'Brien, and Makeba Rutahindurwa re: MSJ strategy and division of tasks | 0.75 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy to coordinate and divide up tasks regarding preparation of summary judgment response; as a result of this coordination, tasks and portions of the brief were divided up in order to be efficient and avoid duplication of work |
| 2/9/2022 | conferring and strategizing with David Owens about Monell for Denver SJ response brief | 0.50 | DO | Appropriate for lead attorney EW to confer with partner David Owens about Monell claims for SJ response, due to Mr. Owens' specific expertise in Monell claims |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 2/9/2022 | meeting with Reeves Anderson and Colin O'Brien re: Denver SJ | 0.50 | | Important to case for attorneys representing different plaintiffs from A&P and Loevy to coordinate and divide up tasks regarding preparation of summary judgment response; as a result of this coordination, tasks and portions of the brief were divided up in order to be efficient and avoid duplication of work |
| 2/15/2022 | meeting with Tim Macdonald, Ed Aro and Pat Reidy (A&P) re: witnesses for trial, discussion of strategy | 2.00 | MR | Important to case for attorneys representing different plaintiffs from A&P and Loevy to coordinate trial strategy; ultimately resulted in efficiencies due to division of labor on examination of witnesses. As evident during the trial, only one of the Plaintiff's attorneys (whether from A&P or Loevy) took the lead on examining any particular witness. Duplication of work was avoided. |
| 2/21/2022 | t/c with Reeves Anderson re: jury instructions | 0.25 | | Necessary for EW to confer with A&P attorney Reeves Anderson about jury instructions because he was taking the lead on drafting them, but EW needed to be consulted on their content. The co-plaintiffs submitted one set of jury instructions. This required coordination. |
| 2/24/2022 | meeting w/ Ed Aro, Leslie Bailey, Pat Reidy, Matt Douglas (A&P) re: Stamper exam | 1.00 | | Necessary for EW to meet with A&P trial attorneys who were primarily responsible for the Stamper examination. This allowed the co-plaintiffs to split up work and witness exams during the trial and avoid duplication of work. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 2/24/2022 | meeting with A&P attys re: trial to do and trial witness order; meeting to discuss Stamper exam | 3.50 | | Necessary for EW to meet with A&P trial attorneys who were primarily responsible for the Stamper examination. The co-plaintiffs also had to coordinate about trial tasks and trial witness order. This allowed the co-plaintiffs to split up work and witness exams during the trial and avoid duplication of work. |
| 2/26/2022 | meeting re: trial with Ed Aro, and ACLU atty | 1.00 | | Appropriate for EW to meet with A&P trial attorney Ed Aro and ACLU attorney about upcoming trial in order to coordinate efforts. |
| 3/1/2022 | conferring w/ A&P attys and paralegals re: exhibits | 0.25 | | Appropriate for EW to meet with A&P attorneys about exhibits, since the co-plaintiffs had to submit single list and set of exhibits |
| 3/1/2022 | meeting w/ A&P attys re: Stamper exam | 2.00 | | Necessary for EW to meet with A&P trial attorneys who were primarily responsible for the Stamper examination. This allowed the co-plaintiffs to split up work and witness exams during the trial and avoid duplication of work. |
| 3/1/2022 | t/c with David Owens to confer about order on Denver MSJ and strategize | 0.25 | DO | Appropriate for EW to confer with partner DO about the SJ order; both attorneys contributed work product to the discussion |
| 3/1/2022 | t/c with Jon Loevy to confer about order on Denver MSJ and strategize | 0.25 | JL | Appropriate for EW to confer with partner JL about the SJ order; both attorneys contributed work product to the discussion, and Mr. Loevy's thoughts were particularly valuable given his years of experience |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 3/1/2022 | t/c with Makeba Rutahindurwa to confer about order on Denver MSJ and strategize | 0.25 | MR | Appropriate and necessary to have the trial attorneys meet to discuss what tasks needed to be completed in preparation for trial (and summary judgment) and how to divide up tasks |
| 3/2/2022 | t/c strategizing with Makeba Rutahindurwa about witness order | 0.50 | MR | Important to case for the active trial attorneys to discuss and strategize about witness order |
| 3/3/2022 | meeting to prep Sara Fitouri and Joe Deras for trial, with Makeba Rutahindurwa | 6.00 | MR | Appropriate to have the two active attorneys on the case meet with clients to prepare for them for trial testimony, especially because MR and EW split up the examinations of the plaintiffs for trial |
| 3/5/2022 | strategizing with Jon Loevy about trial | 0.75 | JL | Appropriate for EW to consult with JL about trial strategy, given his expertise and experience trying civil rights cases on behalf of plaintiffs |
| 3/6/2022 | conferring with Makeba Rutahindurwa about opening | 1.00 | | Appropriate for the two trial attorneys to confer about the opening statement and what it should contain |
| 3/7/2022 | preparing Sannier for testimony; discussing strategy with Makeba Rutahindurwa | 3.00 | MR | Appropriate to have the two active attorneys on the case meet with clients to prepare for them for trial testimony, especially because MR and EW split up the examinations of the plaintiffs for trial |
| 3/7/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 1.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 3/8/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 1.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/9/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 1.25 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/9/2022 | preparing Phelan exam; preparing Sara Fitouri for testimony, with Makeba Rutahindurwa | 2.50 | MR | This entry and MR's 3/9/22 entry for preparing Sara Fitouri's testimony for trial overlap only in part because EW attended part of the prep meeting and then worked on other tasks (preparing Phelan exam). Important to case for the two active attorneys on the case to meet with client to prepare her for trial testimony, especially because MR and EW split up the examinations of the plaintiffs for trial |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 3/10/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 2.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/11/2022 | strategizing with Makeba Rutahindurwa and A&P attorneys about witnesses, trial | 2.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/14/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 0.75 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/15/2022 | strategizing with Makeba Rutahindurwa; preparing Taylor for her testimony; revising Taylor's exam | 3.00 | MR | This entry and MR's entry fo attending the Taylor trial testimony prep meeting on 3/15/22 overlap only in part (2.0). Important to case for the two active attorneys on the case to meet with client to prepare her for trial testimony, especially because MR and EW split up the examinations of the plaintiffs for trial |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|------|------|-------|------------------------------------------|---------------|
| 3/16/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 0.75 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/16/2022 | strategizing with Makeba Rutahindurwa; working with Makeba Rutahindurwa to prepare Parkins for exam | 4.00 | | Appropriate and necessary for EW and MR to work together to prepare Parkins for her examination and to strategize about trial. |
| 3/17/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 1.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/18/2022 | strategizing with Makeba Rutahindurwa, A&P attorneys | 2.25 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 3/18/2022 | t/c with Jon Loevy to strategize about trial, closing argument | 0.50 | JL | Appropriate for EW to confer with partner JL about the closing argument; both attorneys contributed work product to the discussion, and Mr. Loevy's thoughts were particularly valuable given his years of experience and success in giving closing arguments at civil rights trials |
| 3/19/2022 | t/c with David Owens to strategize about closing argument | 0.50 | DO | Appropriate for EW to confer with partner DO about the closing argument; both attorneys contributed work product to the discussion, and Mr. Owens's thoughts were particularly valuable given his expertise in Monell claims |
| 3/20/2022 | t/c with Ed Aro re: strategy on Cunningham exam | 0.50 | | Appropriate for EW to confer with A&P attorney Ed Aro about strategy for a witness exam. A&P excluded all time from Ed Aro during trial. |
| 3/21/2022 | strategizing with Makeba Rutahindurwa and A&P attorneys | 1.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/22/2022 | emailing with A&P attys and paralegals, Makeba Rutahindurwa and Brian Swift about exhibits admitted, to provide to jury | 0.25 | | Necessary for EW to coordinate with A&P about the exhibits to provide to the jury, in order to ensure that only those that had been admitted were provided. |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|------|------|-------|-----------------------------------------|---------------|
| 3/22/2022 | strategizing with Makeba Rutahindurwa and A&P attorneys | 1.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/23/2022 | strategizing with Makeba Rutahindurwa and A&P attorneys | 1.50 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/23/2022 | t/c with David Owens, with Makeba Rutahindurwa, re: strategy, closing | 0.50 | MR, DO | Important and necessary to the trial for the lead attorney giving the closing argument (EW) to seek input and strategy from the second-chair attorney (MR) as well as other attorneys at the firm with trial experience, such as DO. |
| 3/23/2022 | t/c with Jon Loevy to strategize about closing argument | 0.25 | MR, JL | Important and necessary to the trial for the lead attorney giving the closing argument (EW) to seek input and strategy from JL, the founding partner of the firm who has extensive and invaluable experience conducting civil rights trials and giving closing arguments in civil rights trials. In addition, EW underbilled for this time by 0.5 hr (JL and MR billed 0.75 hours each for this time). |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 3/24/2022 | conferring with Makeba Rutahindurwa about closing argument | 0.50 | | Appropriate for MR and EW, the only two trial attorneys for the Fitouri Plaintiffs, to confer about the closing argument |
| 3/24/2022 | strategizing with Makeba Rutahindurwa and A&P attorneys | 1.00 | | Appropriate and necessary for the attorneys from Loevy and A&P to confer at the conclusion of each day of trial in order to strategize about trial and subsequent days of trial. This was especially so because the two firms split up witnesses during the trial. This required coordination. |
| 3/25/2022 | reviewing Defs' motion to speak with jurors; reviewing email from Jon Loevy re: thoughts on motion; t/c with Jon Loevy | 0.50 | JL | Appropriate for EW to seek advice and guidance from Mr. Loevy, who has extensive (and successful) experience in speaking to jurors after trial. EW also contributed work product to the discussion. |
| 3/25/2022 | t/c with Jon Loevy to discuss verdict, strategize about possible post-trial motions and appeal, next steps | 0.50 | JL | Appropriate for EW to seek advice and guidance from Mr. Loevy, who has extensive (and successful) experience in civil rights trials and defending verdicts in post-trial motions and appeal. EW also contributed work product to the discussion. |
| 3/29/2022 | emailing with Steve Art, Jon Loevy and Makeba Rutahindurwa re: fee petition issues; and emailing with A&P attys about fee petition and bill of costs | 0.25 | JL, SA | Appropriate for EW and MR to confer with other partners (JL for his experience; SA for his expertise in fee issues) about the arguments to be made in a fee petition |
| 3/31/2022 | emailing, conferring with Steve Art and Makeba Rutahindurwa about judgment and Rule 54(b) | 0.25 | | Appropriate for EW to confer with SA and MR about the entry of judgment and Rule 54(b) issues, esp. given Mr. Art's experience in post-trial issues |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 3/31/2022 | t/c with Ed Aro re: post-trial issues and strategy | 0.25 | | Appropriate for EW to confer with A&P attorney Ed Aro about post-trial issues, in order to coordinate further litigation (such as in post-trial motions) |
| 4/2/2022 | emailing and reviewing comments from Steve Art about proposed form of judgment | 0.25 | SA | Appropriate for EW to obtain guidance and comments from SA about proposed form of judgment, given his specific expertise in those issues |
| 4/4/2022 | conferring and strategizing with Jon Loevy about fee petition and post-trial issues | 0.50 | JL | Appropriate for EW to obtain guidance from JL and confer about fee petition and post-trial issues, given his expertise |
| 4/4/2022 | emailing with Steve Art and Makeba Rutahindurwa about fee petition issues | 0.25 | SA | Appropriate for EW to confer with SA and MR about the fee petition, given Mr. Art's expertise in those issues and MR's role in drafting the fee petition |
| 4/4/2022 | t/c with Tim Macdonald re: judgment, strategizing on next steps | 0.25 | | Appropriate for EW to confer with A&P lead attorney Tim Macdonald about the judgment and next steps, in order to coordinate strategy among the co-plaintiffs |
| 4/9/2022 | emailing with Jon Loevy about fee petition | 0.25 | JL | Appropriate for EW and JL to confer, given EW's lead attorney role and JL's experience in fee petition issues. Both attorneys contributed work product to the discussion. |
| 4/12/2022 | t/c with Makeba Rutahindurwa re: doing research on Rule 54(b) and pre-judgment interest | 0.25 | MR | Appropriate for lead attorney (EW) to give guidance and direction to lower-billing-rate attorney on research needed for on post-trial matters |

**Timesheet of Elizabeth Wang**

**Response regarding Multiple Timekeepers Billing, Meetings/Conferences/Communications, Allegedly Clerical Tasks**

| Date | Task | Hours | Other Timekeepers billing for this time | Justification |
|------|------|-------|------------------------------------------|---------------|
| 4/14/2022 | t/c with Matt Douglas re: expert invoice from trial | 0.25 | | Appropriate for lead attorney (EW) to confer with A&P attorney Matt Douglas about the expert invoices from trial, to coordinate payment and verify work done, especially since A&P took the lead in presenting the experts at trial. |
| 5/13/2022 | t/c with Makeba Rutahindurwa re: fee petition and post-trial motion response | 0.50 | MR | necessary for EW and MR to divide up tasks and coordinate strategy and for EW to give guidance to lower-billing-rate attorney |
| 5/20/2022 | conferring with Makeba Rutahindurwa about arguments in fee petition | 0.50 | | Important for EW to provide guidance to MR about arguments in the fee petition; MR did the first draft; EW provided guidance |
| 5/26/2022 | emailing and conferring with Makeba Rutahindurwa, Steve Art, Jon Loevy about fee petition | 0.50 | JL, SA | Appropriate for EW and MR to confer with other partners (JL for his experience; SA for his expertise in fee issues) about the arguments to be made in a fee petition |
| 5/26/2022 | t/c with Makeba Rutahindurwa to discuss arguments for fee petition | 0.50 | | Important for EW to provide guidance to MR about arguments in the fee petition; MR did the first draft; EW provided guidance |