**Timesheet of Makeba Rutahindurwa**

**Response to Allegedly Duplicative Time**

| Date | Description of Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 2/19/2021 | sitting in on Hanson dep, providing notes during and after | 1.50 | EW | Faster for MR to observe deposition than reading deposition transcript afterward; important for lower billing-rate attorney to observe first couple depositions in case in order to take additional depositions in the case on her own. MR contributed work product during the deposition. |
| 2/19/2021 | sitting in on Tak dep, providing notes during and after | 4.00 | EW | Faster for MR to observe deposition than reading deposition transcript afterward; important for lower billing-rate attorney to observe first couple depositions in case in order to take additional depositions in the case on her own. MR contributed work product during the deposition. |
| 3/12/2021 | sitting in and taking notes on Shaker and Redfearn dep | 8.50 | EW | Faster for MR to observe deposition than reading deposition transcript afterward; important for lower billing-rate attorney to observe important depositions of captain and sergeant from from mutual aid agency (Aurora). MR contributed work product during the deposition. |

EXHIBIT 7

**Timesheet of Makeba Rutahindurwa**

**Response to Allegedly Duplicative Time**

| Date | Description of Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 4/28/2021 | Cunningham dep prep (including review of docs and video) | 3.00 | | Time expended was necessary due to need to review not only documents but the several hours of CSP video and BWC video of Cunningham and officers around her in the skirmish line at Lincoln and Colfax on 5/30/20 |
| 4/29/2021 | Cunningham dep prep (including review of docs and video) | 7.75 | | Time expended was necessary due to need to review not only documents but the several hours of CSP video and BWC video of Cunningham and officers around her in the skirmish line at Lincoln and Colfax on 5/30/20 |

**Timesheet of Makeba Rutahindurwa**

**Response to Allegedly Duplicative Time**

| Date | Description of Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 4/30/2021 | Cunningham dep prep and taking Cunningham dep | 6.50 | EW | EW's guidance and work product before and during the deposition contributed to the examination of witness and the result. MR took the deposition, which lasted 4.5 hours. The amount of time MR spent preparing for this deposition (12.5 hours) was reasonable in light of her experience (and lower billing rate) and compares favorably to the amount of time that some of *Epps* plaintiffs' counsel spent preparing for depositions (*see, e.g.*, Dkt. 418-1 at 17). |
| 5/25/2021 | sitting in on Phelan dep, providing notes during and after | 5.00 | EW | Apppropriate for MR to attend deposition of important witness; faster than reading deposition transcript afterward; necessary so EW and MR could coordinate strategy; MR contributed work product during the deposition. Rogers erroneously lists this as 6.0 hours, not 5.0. |

**Timesheet of Makeba Rutahindurwa**

**Response to Allegedly Duplicative Time**

| Date | Description of Task | Hours | Other Timekeepers billing for this time | Justification |
|---|---|---|---|---|
| 8/26/2021 | attend and take notes on Chief Thomas dep | 4.00 | EW | Apppropriate for MR to attend deposition of important witness; faster than reading deposition transcript afterward; necessary so EW and MR could coordinate strategy; MR contributed work product during the deposition. |
| 1/20/2022 | attending mediation - individual Pl's claims | 8.50 | EW | Appropriate to have the two active attorneys on the case attend the mediation; both counsel contributed strategy and work product |
|  | **TOTAL** | **48.75** |  |  |