**STROUP AND LEE**
**LANE TIME**

| | | |
|---|---|---|
| 12/14/13 | 1.8 | Initial consultation with clients. |
| 1/5/14 | .8 | Reviewed letter to United re: the case. |
| 1/6/14 | 1.1 | Consultation with clients. |
| 1/8/14 | .9 | Meeting with clients. |
| 1/10/14 | 2.5 | Reviewed client documents. |
| 1/16/14 | 1.0 | Met with Ken Kyle and Fairhurst. |
| 2/10/14 | 1.0 | Consultation with clients. |
| 2/11/14 | .8 | Reviewed Kyle documents. |
| 3/10/14 | .4 | Strategy meeting with Fairhurst. |
| 3/12/14 | .7 | Reviewed and edited demand to United. |
| 4/13/14 | .4 | Reviewed and edited letter to Smisek and Hoornstra. |
| 5/21/14 | .5 | Reviewed EEOC documents. |
| 6/12/14 | 2.1 | Reviewed documents for the EEOC. |
| 7/28/14 | .5 | Conference with clients. |
| 10/12/14 | .7 | Conference with clients. |
| 12/4/14 | 1.2 | Reviewed and edited rebuttal to United for EEOC. |
| 12/5/14 | 1.1 | Reviewed EEOC filings. |
| 1/4/15 | .8 | Conference with clients. |
| 3/19/15 | 1.4 | Conference with clients. |
| 4/9/15 | 1.0 | Conference with Fairhurst. |
| 5/1/15 | 1.3 | Reviewed EEOC filings and evidence. |
| 6/11/15 | 1.1 | Conference with Fairhurst. |

EXHIBIT 8

| | | |
|---|---|---|
| 6/20/15 | .7 | Conference with Fairhurst. |
| 6/26/15 | 2.4 | Reviewed and edited complaint. |
| | 1.1 | Conference with clients. |
| 6/30/15 | .1 | Reviewed court assignment. |
| | .5 | Reviewed Mag-Judge consent form; discussed with clients. |
| 7/6/15 | .1 | Reviewed Court order referring the case to Mag-Judge. |
| | .5 | Conference with clients. |
| 8/27/15 | .1 | Reviewed return of service on United. |
| 8/31/15 | .7 | Reviewed Order re: scheduling conf and reviewed Judge Daniel's rules. |
| 9/2/15 | 1.2 | Reviewed entries of appearance by opposing counsel; researched opposing counsel. |
| 9/3/15 | .2 | Reviewed motion to extend time for answer. |
| | .4 | Conference with client. |
| 9/15/15 | .1 | Reviewed EOA by Fairhurst. |
| 9/22/15 | 1.8 | Reviewed and researched United's motion to dismiss. |
| 9/24/15 | .9 | Conference with clients. |
| 9/29/15 | 2.7 | Reviewed Kaempfer reports. |
| 10/1/15 | 2.2 | Reviewed and edited response to motion to dismiss. |
| | .5 | Conference with client. |
| 10/14/15 | 1.0 | Conference with clients. |
| 10/19/15 | .9 | Reviewed defendant's reply to mot to dismiss. |
| 10/22/15 | .6 | Conference with Fairhurst. |

| | | |
|---|---|---|
| 10/23/15 | 1.2 | Reviewed and researched deft mot to stay discovery. |
| | .1 | Reviewed order referring motion to mag-judge. |
| 10/23/15 | .4 | Reviewed damages calculations. |
| 10/26/15 | .1 | Reviewed minute order from court. |
| 11/2/15 | 1.3 | Reviewed and edited response to discovery stay. |
| 11/3/15 | .8 | Reviewed law on staying discovery. |
| 11/5/15 | .9 | Reviewed Judge Daniel's practice standards. |
| 11/8/16 | .1 | Reviewed letter to witness Kinning. |
| 11/10/15 | 1.1 | Reviewed minutes of hearing; conference with co-counsel. |
| 11/11/15 | .5 | Meeting with clients. |
| 11/12/15 | .6 | Communication with clients. |
| 11/20/15 | .8 | Reviewed Deft initial disclosures. |
| 11/24/15 | 1.0 | Conference with Fairhurst and reviewed demand letter. |
| 11/14/15 | 1.1 | Reviewed Kaempfer's supplemental report re: damages. |
| 11/24/15 | .5 | Reviewed and edited letter to Martinez. |
| 1/13/16 | .1 | Reviewed letter to Martinez. |
| 1/30/15 | .7 | Conf with Fairhurst re: discovery. |
| 2/15/15 | .9 | Conf with clients. |
| 3/21/15 | .5 | Conf with clients. |
| 4/11/16 | 1.0 | Reviewed Court order denying motion to dismiss. |
| | .1 | Reviewed minute order setting conference. |
| 4/18/16 | .1 | Reviewed minute order setting phone conf |
| 4/25/16 | .8 | Reviewed Answer to complaint. |
| | .1 | Reviewed court minute order re schedule. |

| | | |
|---|---|---|
| 4/29/16 | 1.2 | Conference with clients. |
| 5/26/16 | .1 | Phone conf with court and opposing counsel. |
| 6/1/16 | .8 | Reviewed and edited proposed scheduling order. |
| 6/3/16 | .5 | Communication with o/c. |
| 6/10/16 | .2 | Reviewed court signed scheduling order. |
| 7/18/16 | .2<br>.1 | Reviewed stipulation to extend deadlines.<br>Reviewed minute orders re: extensions. |
| 7/22/16 | .2 | Reviewed deft. mot to extend discovery. |
| 7/25/16 | .1<br>.5 | Reviewed minute order granting motion to extend discov.<br>Conference with client. |
| 7/28/16 | .7 | Communication with co-counsel. |
| 8/1/16 | 1.0 | Depo prep with clients. |
| 8/3/16 | .4<br>1.5 | Conference with Fairhurst.<br>Communication with co-counsel re: legal standard. |
| 8/5/16 | .4<br>.6 | Communications with co-counsel.<br>Communication with clients. |
| 8/6/16 | .3 | Conference with Fairhurst. |
| 8/7/16 | 1.0 | Reviewed United's discovery responses. |
| 8/17/16 | .4 | Communication with o/c. |
| 8/19/16 | .8 | Reviewed deft. mot for protective order. |
| 8/23/16 | .1 | Reviewed court order re: discovery dispute. |
| 8/26/16 | .1 | Reviewed court order re: status/discovery dispute. |
| 9/2/16 | .6 | Reviewed and edited response to motion for protective order. |
| 9/6/16 | .2 | Reviewed minutes of hearing on protective order and discovery. |
| 9/12/16 | .1<br>1.4 | Reviewed minutes of discovery protective order hearing.<br>Reviewed and edited motion to compel deft. discovery. |

|         |     |                                                             |
|---------|-----|-------------------------------------------------------------|
|         | .7  | Reviewed motion to compel.                                  |
| 9/13/16 | .1  | Reviewed minute order by court.                             |
| 9/14/16 | .1  | Reviewed minute order by court.                             |
| 9/16/16 | 3.0 | Reviewed and researched mag judge Order re: protective order. |
| 9/17/16 | .5  | Communications with clients.                                |
| 9/19/16 | 2.7 | Reviewed and researched deft. response to mot to compel.    |
| 9/21/16 | .2  | Reviewed motion to extend time for expert reports.          |
|         | .1  | Reviewed minute order referring to mag judge.               |
|         | .1  | Reviewed order granting motion.                             |
|         | .5  | Communication with co-counsel.                              |
| 9/22/16 | .8  | Reviewed chart provided by United.                          |
| 9/23/16 | .1  | Reviewed minute order setting phone conf.                   |
|         | .1  | Reviewed minute order setting status conf.                  |
|         | .4  | Conference with Fairhurst.                                  |
| 9/24/16 | 2.8 | Reviewed Lee deposition transcript.                         |
| 9/27/16 | .8  | Reviewed reply to motion to compel.                         |
| 9/29/18 | 2.5 | Reviewed Stroup depo transcript.                            |
| 10/3/16 | .1  | Reviewed order reassigning case.                            |
| 10/4/16 | .3  | Reviewed motion to amend scheduling order.                  |
|         | .1  | Reviewed minute order referring case.                       |
|         | .1  | Reviewed minute order setting hearing.                      |
| 10/5/16 | .4  | Communications with co-counsel.                             |
| 10/7/16 | .2  | Reviewed minutes of hearing.                                |
|         | .4  | Conference with Fairhurst.                                  |
| 10/9/16 | .5  | Conference with Fairhurst.                                  |
| 10/10/16| .2  | Communication with o/c.                                     |
| 10/12/16| .4  | Communications with o/c; conf with co-counsel.              |

| | | |
|---|---|---|
| 10/14/16 | .2 | Reviewed minutes of hearing. |
| | .3 | Conference with Fairhurst. |
| 10/15/16 | 3.9 | Bagwe depo prep. |
| | 3.1 | Dodge depo prep. |
| 10/17/16 | .3 | Communications with o/c. |
| 10/18/16 | 1.5 | Bagwe depo. |
| | 2.2 | Dodge depo. |
| 10/19/16 | .3 | Communication with co-counsel. |
| 10/20/16 | .7 | Communication with o/c. |
| 10/21/16 | .1 | Reviewed minute order. |
| 10/25/16 | 3.4 | Prep for Krabbe depo. |
| | .8 | Conference with Fairhurst. |
| | 1.0 | Communications with o/c. |
| 10/26/16 | .4 | Communications with o/c. |
| 10/27/16 | 1.5 | Deposition of Robert Krabbe. |
| 10/30/16 | 1.5 | Reviewed and edited motion to quash. |
| 10/31/16 | .1 | Reviewed minute order re: quash |
| | .6 | Reviewed discovery dispute documents. |
| | .9 | Communication with co-counsel. |
| 11/1/16 | 1.3 | Reviewed transcript of Knudsen depo. |
| | 2.2 | Reviewed transcript of Kyle depo. |
| 11/2/16 | 2.7 | Depo prep for Whittaker depo. |
| 11/4/16 | .8 | Communication with co-counsel. |
| 11/11/16 | .5 | Communication with co-counsel. |
| 11/12/16 | 1.2 | Communications with co-counsel. |
| 11/3/16 | .2 | Reviewed minutes from discovery hearing. |
| 11/4/16 | 2.4 | Depo of Dean Whittaker. |

| | | |
|---|---|---|
| 11/8/16 | .1 | Reviewed minute order re: discovery |
| | .4 | Conference with Fairhurst. |
| 11/13/16 | .4 | Communication with co-counsel. |
| 11/15/16 | .3 | Conference with Fairhurst. |
| 11/17/16 | 5.6 | Reviewed deft. mot for summary judgment. |
| | .3 | Reviewed deft. mot to restrict exhibits. |
| 11/18/16 | .3 | Reviewed deft. 3rd supp disclosure. |
| | .4 | Reviewed communications with co-counsel. |
| | .5 | Meeting with co-counsel. |
| 11/23/16 | .1 | Reviewed order restricting exhibits. |
| 12/1/16 | .1 | Reviewed minute order. |
| 12/2/16 | .1 | Reviewed minute order. |
| 12/5/16 | .3 | Reviewed Plaintiff motion to extend response to SJ time. |
| | .6 | Reviewed communications with o/c: met with co-counsel. |
| 12/6/16 | .1 | Reviewed minute order granting motion. |
| | .5 | Reviewed communications with o/c. |
| | .6 | meeting with co-counsel. |
| 12/12/16 | .5 | Conference with Fairhurst. |
| 12/14/16 | .1 | Reviewed minute order setting hearing. |
| 12/18/16 | .5 | Strategy session with co-counsel for sanction hearing. |
| 12/19/16 | .2 | Reviewed minutes of hearing. |
| | .5 | Meeting re: strategy for going forward. |
| 1/14/17 | 4.0 | Reviewed and edited response to Summary Judgment. |
| 1/15/17 | .3 | Communications with co-counsel. |
| 1/19/17 | .2 | Reviewed Deft. mot. for more time to Reply. |
| | .1 | Reviewed court order granting motion. |
| 1/24/17 | 1.2 | Conference with clients. |
| 2/2/17 | .2 | Communication with co-counsel. |

| | | |
|---|---|---|
| 2/6/17 | .2 | Reviewed Plaintiffs' motion re: pretrial order. |
| | .1 | Reviewed minute order referring to Mag judge. |
| 2/7/17 | .1 | Reviewed minute order granting motion. |
| 2/8/17 | 2.8 | Reviewed and edited final pretrial order. |
| | .4 | Communication with o/c. |
| 2/10/17 | .2 | Hearing re: final pretrial conference. |
| | .2 | Reviewed final signed pretrial order. |
| 2/14/17 | .1 | Reviewed court order not setting trial. |
| | .7 | Reviewed communications with o/c. |
| 2/15/17 | .3 | Reviewed deft. motion to restrict. |
| 2/21/17 | .1 | Reviewed minute order granting motion to restrict. |
| 2/28/17 | 4.7 | Reviewed Reply to Summary Judgment. |
| 3/2/17 | .1 | Reviewed minute order re: deft. non-compliance. |
| 3/7/17 | .2 | Reviewed motion to withdraw as counsel. |
| | .1 | Reviewed order referring to mag judge. |
| | .1 | Reviewed order granting motion to withdraw. |
| 3/8/17 | .4 | Conference with Fairhurst. |
| 3/30/17 | .8 | Reviewed phone records and motion for extension of time to produce. |
| | .1 | Reviewed minute order of referral to mag judge. |
| 3/31/17 | .1 | Reviewed minute order granting extension. |
| 4/7/17 | .4 | Communications with o/c.  Conferral with co-counsel. |
| 4/13/17 | .1 | Reviewed minute order setting hearing. |
| 4/25/17 | .5 | Conference with clients. |
| 5/5/17 | .1 | Reviewed minutes of hearing. |
| 6/14/17 | .8 | Reviewed order denying summary judgment. |
| 6/15/17 | 1.2 | Communications with clients. |

| 6/17/17 | 1.5 | Discussed SJ ruling with co-counsel and reviewed letter to Martinez. |
|---------|-----|------------------------------------------------------|
| 6/18/17 | .9 | Conference with clients. |
| 6/21/17 | .1 | Reviewed order setting trial date. |
| 8/4/17 | .6 | Conference with clients. |
| 9/9/17 | 1.4 | Reviewed evidence files and organized for trial. |
| 10/2/17 | 1.0 | Conference with clients. |
| 11/20/17 | 2.2 | Reviewed settlement communications; discussions with clients. |
| 12/4/17 | .5 | Meeting with trial team re: settlement negotiations. |
| 12/12/17 | .5 | Negotiations with United for settlement. |
| 12/15/17 | .3 | Negotiations with United for settlement |
| 12/18/17 | 1.5 | Reviewed deft. mot in limine to preclude witnesses. |
|         | 1.1 | Reviewed deft. mot in limine to exclude emotional distress. |
| 1/2/18 | .1 | Reviewed EOA of Mabey. |
|        | .1 | Reviewed EOA of Matthews. |
| 1/3/18 | .6 | Negotiations with United for settlement. |
|        | .2 | Communication with o/c re: stips. |
| 1/4/18 | .3 | Communication with o/c re: evidence. |
| 1/5/18 | .3 | Reviewed plaintiffs' motion to extend deadline. |
|        | .1 | Reviewed order granting motion. |
| 1/8/18 | .5 | Communication with o/c re: settlement. |
| 1/10/18 | .2 | Communication with o/c. |
| 1/12/18 | .5 | Meeting with paralegal re: witnesses. |
| 1/15/18 | .3 | Communications with o/c. |
|         | .4 | Meeting with trial team. |
| 1/17/18 | 1.8 | Reviewed stipulated jury instructions. |

| | 2.5 | Reviewed deft. proposed jury instructions and verdict form. |
|---|---|---|
| | 2.6 | Reviewed and edited plaintiffs' proposed instructions. |
| | .1 | Reviewed Orshan's EOA. |
| | .9 | Reviewed law on scope of third party witness testimony. |
| 1/18/18 | .2 | Communication with o/c. |
| | 1.1 | Reviewed o/c's proposed jury instructions. |
| 1/19/18 | .2 | Communication with o/c. |
| 1/23/18 | .5 | Communications with trial team. |
| 1/24/18 | 1.1 | Reviewed constructive discharge jury instruction with co-counsel. |
| | .1 | Communication with o/c. |
| | .3 | Communication with expert. |
| 1/25/18 | 1.5 | Reviewed and edited revised stipulated instructions. |
| 1/26/18 | .6 | Reviewed deft. amended jury instructions. |
| 1/28/18 | 2.7 | Reviewed and edited Plaintiffs' responses to limine motions. |
| 1/29/18 | .9 | Reviewed and edited Plaintiffs' amended disputed instructions. |
| | .4 | Communications with trial team. |
| 1/30/18 | .5 | Communication with o/c. |
| 1/31/18 | .1 | Reviewed notice of non-compliance. |
| | .8 | Communications with o/c. |
| 2/1/18 | 2.0 | Reviewed deft. Reply to limine motion (preclude witnesses). |
| 2/3/18 | 2.1 | Prepared plaintiffs' proposed voir dire. |
| 2/4/18 | 3.4 | Reviewed plaintiffs' witness and exhibit lists. |
| 2/5/18 | .9 | Reviewed deft. proposed voir dire. |
| | 1.2 | Reviewed deft. reply to limine (emotional distress) |
| | .1 | Reviewed court order re: schedule. |
| | .3 | Reviewed deft. list of issues remaining. |
| | .4 | Reviewed deft. witness list. |
| | 1.6 | Reviewed deft. exhibit list and exhibits. |
| 2/6/18 | 1.6 | Reviewed and researched deft. objections to disputed instructions. |
| | 2.0 | Communications with clients and co-counsel. |

| | | |
|---|---|---|
| 2/7/18 | .6 | Reviewed exhibit lists and plaintiffs' amendments. |
| | 1.1 | Attended final trial prep conf. in court. |
| | | |
| 2/8/18 | 2.3 | Reviewed and edited plaintiffs' statement of the case instruction. |
| | .8 | Strategy meeting with trial team. |
| | | |
| 2/9/18 | .8 | Communicated with o/c. |
| | .3 | Communication with co-counsel. |
| | | |
| 2/13/18 | 1.4 | Reviewed and edited plaintiffs' objections to deft. proposed instructions. |
| | 1.5 | Meeting with trial team re: witnesses. |
| | | |
| 2/15/18 | .3 | Reviewed Kaempfer's second supplemental report. |
| | .4 | Communication with paralegal. |
| | .8 | Reviewed law. |
| | | |
| 2/16/18 | .5 | Communication with o/c. |
| | .3 | Communication with paralegal. |
| | | |
| 2/17/18 | 1.3 | Communication with o/c. |
| | | |
| 2/18/18 | .4 | Communication with o/c. |
| | | |
| 2/19/18 | .6 | Reviewed Kaempfer's reports. |
| | 1.4 | Communications with clients. |
| | 1.0 | Communication with co-counsel. |
| | | |
| 2/20/18 | 1.7 | Reviewed final deft and plaintiffs' exhibit/witness lists. |
| | .2 | Commnunication with co-counsel. |
| | .4 | Reviewed communications with o/c re: exhibits. |
| | .3 | Communication with paralegal re: exhibits. |
| | | |
| 2/22/18 | .3 | Communication with co-counsel; |
| | .9 | Modified exhibit list based on co-counsel's statements. |
| | | |
| 2/23/18 | .3 | Reviewed final amended lists. |
| | | |
| 2/24/18 | .4 | Communication with o/c. |
| | .2 | Communication with co-counsel. |
| | | |
| 2/25/18 | 1.8 | Communication with o/c and co-counsel. |
| | | |
| 2/26/18 | .2 | Reviewed minutes of trial. |
| | 5.5 | In court, trial. |

| 2/27/18 | .1  | Reviewed minute order re: jury strikes.                    |
|         | .2  | Reviewed minutes of trial.                                 |
|         | 6.1 | In court, trial.                                           |
|         |     |                                                            |
| 2/28/18 | .2  | Reviewed minutes of trial.                                 |
|         | 6.3 | In court, trial.                                           |
|         |     |                                                            |
| 3/1/18  | .2  | Reviewed minutes of trial.                                 |
|         | 5.5 | In court, trial.                                           |
|         |     |                                                            |
| 3/2/18  | 1.0 | Reviewed jury instructions by court.                       |
|         | .2  | Reviewed minutes of trial.                                 |
|         | 6.2 | In court, trial.                                           |
|         |     |                                                            |
| 3/4/18  | .5  | Confered with clients.                                     |
|         |     |                                                            |
| 3/5/18  | .1  | Reviewed lunch order by court.                             |
|         | .1  | Reviewed minutes of trial.                                 |
|         | .3  | In court, trial.                                           |
|         | .1  | Reviewed exhibit order by court.                           |
|         | .4  | Reviewed verdict form and related court orders.            |
|         |     |                                                            |
| 3/6/18  | .1  | Reviewed minute order re: juror notes.                     |
|         | .4  | Communication with Kaempfer re: front pay.                 |
|         | .9  | Communication with clients.                                |
|         | .1  | Communication with o/c.                                    |
|         |     |                                                            |
| 3/9/18  | .3  | Reviewed minute orders re: transcript.                     |
|         |     |                                                            |
| 3/16/18 | .2  | Communication with co-counsel.                             |
|         |     |                                                            |
| 3/17/18 | .7  | Communication with o/c.                                    |
|         | .2  | Communication with clients.                                |
|         |     |                                                            |
| 3/22/18 | 1.0 | Communication with co-counsel re: Kaempfer calculations.   |
|         |     |                                                            |
| 3/26/18 | .9  | Correspondence with o/c.                                   |
|         |     |                                                            |
| 3/28/18 | .2  | Reviewed deft. mot for more time.                          |
|         | 1.2 | Reviewed Kaempfer reports re: Front pay.                   |
|         |     |                                                            |
| 3/29/18 | .1  | Reviewed court order granting motion.                      |
|         | 1.9 | Reviewed Kaempfer docs re: front pay.                      |
|         | .7  | Communication with co-counsel.                             |
|         |     |                                                            |
| 4/4/18  | .2  | Communicated with paralegal re: Kaempfer.                  |

|        | .7  | Prepared settlement offer to United. |
|--------|-----|--------------------------------------|
| 4/6/18 | .3  | Reviewed joint status report draft.  |
|        | .2  | Communication with co-counsel.       |
| 4/8/18 | .2  | Communication with trial team re: scheduling. |
| 4/9/18 | .3  | Reviewed status report. |
| 4/10/18 | .2 | Reviewed court order re: schedule. |
| 4/11/18 | .1 | Corresponded with o/c. |
| 4/13/18 | .2 | Reviewed deft. motion to continue hearing. |
|         | .3 | Communicated with clients. |
| 4/15/18 | .3 | Communicated with trial team re: time records. |
| 4/17/18 | .2 | Email with investigator re: time records. |
|         | .4 | Communication with clients. |
| 4/20/18 | .2 | Reviewed email from o/c and consulted with co-counsel. |
| 4/21/18 | 1.1 | Reviewed Fairhurst billing records and email to Fairhurst. |
| 4/23/18 | .3 | Reviewed Joint notice; |
| 4/24/18 | .3 | Reviewed court order; consulted with co-counsel. |
| 4/26/18 | 1.1 | Conferred with clients. |
|         | .2 | Conferred with opposing counsel re: flight passes. |
| 5/31/18 | 1.2 | Consulted with potential experts on fee petition. |
| 6/1/18 | .4 | Reviewed Kaempfer billing; consult with office manager. |
| 6/7/18 | 1.3 | Reviewed and edited motion for liquidated damges and front pay. |

**LANE TOTAL = 279.6 HOURS @ $650 PER HOUR = $181,740.00**

*Killmer, Lane & Newman, LLP - Darold Killmer*
Stroup & Lee v. United Airlines, Inc.

| Date | Activity & Description | Rate | Time | Total |
|---|---|---|---|---|
| 11/6/2014 | Conf. w/ MPF re: witness investigation, management employees. | $650.00 | 0.3 | $195.00 |
| 11/16/2014 | Emails and conferences w/ MPF, DAL re: propriety of contacting certain witnesses, ethical rules (Revised Rule 69) and analysis of demarcation line between management witnesses that can bind the company. | $650.00 | 0.7 | $455.00 |
| 6/10/2015 | Conf. w/ MPF & DAL re: settlement and litigation strategy. | $650.00 | 0.2 | $130.00 |
| 6/16/2015 | Confs. w/ DAL and MPF re: litigation strategies, claims for relief, potential claims of breach of duty of fair representation against union, pros and cons, preemption. | $650.00 | 0.4 | $260.00 |
| 10/28/2016 | Emails and confs. w/ MPF (incl. DAL) re: discovery recalcitrance, relevance of statistical evidence in discovery and at trial (Greene v. Safeway, 10th Cir.), research re: same. | $650.00 | 0.7 | $455.00 |
| 10/31/2016 | Conf. w/ MPF re: discovery dispute, submission to Judge Varholak for resolution; review draft submission. | $650.00 | 0.5 | $325.00 |
| 12/19/2016 | Conf. w/ MPF & DAL re: discovery status and strategies, options for aggressive resistance and noncompliance displayed by defense counsel; sanctions discussions, strategies. | $650.00 | 0.7 | $455.00 |
| 1/19/2017 | Conf. w/ MPF re: discovery strategies with this particular opposing counsel, Meghan Martinez, and her pattern of discovery abuse in previous cases with KLN and others. Strategies to combat discovery abuses. | $650.00 | 0.5 | $325.00 |
| 2/7/2017 | Conf. w/ MPF re: how to respond to opposing counsel Martinez's sneaky changing of "Plaintiff's Claims" section in PTO; strategies. | $650.00 | 0.7 | $455.00 |
| 2/8/2017 | Review e-mails from and with opposing counsel Martinez about her changing plaintiffs' sections of PTO, status; conf. with litigation team re: appropriate strategy; possible sanctions, consideration of grievance. | $650.00 | 0.5 | $325.00 |
| 6/14/2017 | Review and analyze Judge Daniel's Order DENYING Defendant's Motion for Summary Judgment. | $650.00 | 0.4 | $260.00 |
| 1/10/2018 | Email to DAL and MPF regarding jury instructions; research | $650.00 | 0.2 | $130.00 |
| 2/12/2018 | Meeting with LO regarding Plaintiffs' ADEA claims, status, strategies | $650.00 | 0.4 | $260.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 2/15/2018 | Meeting with LO regarding trial strategies, various trial related issues | $650.00 | 0.7 | $455.00 |
| 2/19/2018 | Trial strategy meeting with DAL and LO | $650.00 | 0.6 | $390.00 |
| 2/22/2018 | Trial strategy meeting with Mr. Lane and Ms. Orshan | $650.00 | 0.4 | $260.00 |
| 2/26/2018 | Meeting with Mr. Lane and Ms. Orshan regarding trial | $650.00 | 0.6 | $390.00 |
| 02/29/2018 | Meeting with Mr. Lane and Ms. Orshan regarding trial | $650.00 | 0.4 | $260.00 |
| 3/5/2018 | Email to Mr. Lane and Ms. Orshan regarding damages, including back pay awarded at trial and front pay to be determined; meeting with Ms. Orshan regarding the same | $650.00 | 0.8 | $520.00 |
| 3/22/2018 | Review front pay and liquidated damages analysis, conf. w/ LO re: same, strategies. | $650.00 | 0.5 | $325.00 |
| 6/6/2018 | Research and conf. w/ LO re: tax enhancement as a measure of damages or judicial award: new tax law. | $650.00 | 0.7 | $455.00 |
| | **TOTAL** | | **10.9** | **$7,085.00** |