IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF DENVER, *et al.*,<br>　　　　Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ &<br>1:20-cv-01922-RBJ-MEH |

**UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED EXHIBIT
TO REPLY BRIEF IN SUPPORT OF FITOURI PLAINTIFFS' MOTION
FOR ATTORNEYS' FEES AND COSTS**

　　　　Fitouri Plaintiffs, through their counsel, respectfully file this unopposed motion for leave to file an amended exhibit to their reply brief in support of their motion for attorneys' fees and costs, as discussed below:

**Certificate of Conferral**

　　　　Under the Local Rules, Plaintiffs and Defendants have conferred about this motion, and Defendants have no objection to this motion.

　　　　1.　　Fitouri Plaintiffs filed their reply brief in support of their motion for attorneys' fees and costs yesterday. Dkt. 424.

　　　　2.　　This morning, Fitouri Plaintiffs' counsel discovered that they need to correct/amend the declaration of Elizabeth Wang, attached as Exhibit 1 to the reply brief. Dkt. 424-1. An amended declaration (which adds one paragraph, paragraph 50) is attached to this motion. Ex. 1 (Amended Declaration of Elizabeth Wang). This paragraph addresses the issue of travel costs.

2

WHEREFORE, Fitouri Plaintiffs respectfully request leave to replace Exhibit 1 to their Reply Brief (Dkt. 424-1) with the attached amended Exhibit 1.

                Respectfully submitted,
                s/ Elizabeth Wang

LOEVY & LOEVY
2060 Broadway, Ste. 460/Boulder, CO 80302
O: 720.328.5642/elizabethw@loevy.com

### Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on August 31, 2022, I served via CM/ECF the foregoing Reply, on all counsel of record. s/ Elizabeth Wang

2