IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF DENVER, *et al.*, <br> Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ & <br> 1:20-cv-01922-RBJ-MEH |

**NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF FITOURI PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS**

Fitouri Plaintiffs, through their counsel, respectfully file this notice of supplemental authority in support of their motion for attorneys' fees and costs, as follows:

1. Fitouri Plaintiffs filed a motion for attorneys' fees and costs (Dkt. 380) and a reply brief in support (Dkt. 424).

2. One piece of evidence Plaintiffs provided in support of their rates is the decision in *Calloway v. Chicago Police Department*, 19 CH 14190 (Cir. Ct. Cook Cnty, Ill.), which set the rates of Loevy & Loevy partners and associates as follows: $525 per hour for a partner and 2006 law graduate, Matthew Topic, $450 per hour for an associate and 2015 law graduate, Joshua Burday, and $375 per hour for an associate and 2018 law graduate, Merrick Wayne. Dkt. 380-13 (Ex. L, 3/17/22 *Calloway* Order); *see also* Dkt. 424-1 ¶ 22 & n.9.

3. On September 13, 2022, the court in *Calloway* reconsidered the rates awarded to Loevy & Loevy attorneys, approving the following rates instead: $626 per hour for Matthew Topic, $518 per hour for Joshua Burday, and $474 per hour for Merrick Wayne. Ex. 1 (9/13/22

Order in *Calloway*). These rates were based on the Department of Justice's Fitzpatrick Matrix, which Fitouri Plaintiffs also cited in support of their rates. *See* Dkt. 380-12 (Ex. K, Fitzpatrick Matrix).

      4.      Under the Fitzpatrick Matrix, the hourly rate of the Loevy & Loevy attorneys in this case would be: $745 per hour for Jon Loevy, $666 per hour for Elizabeth Wang, $625 per hour for Steven Art, $614 per hour for David Owens, $550 per hour for Katie Roche, and $490 per hour for Makeba Rutahindurwa.

      5.      The new *Calloway* decision provides additional support for the rates sought by Fitouri Plaintiffs' counsel here, which are lower than the *Calloway* rates.

                                                                    Respectfully submitted,

                                                                    s/ Elizabeth Wang
                                                                    Counsel for the Fitouri Plaintiffs

LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com

## Certificate of Service

      I, Elizabeth Wang, an attorney, hereby certify that on September 14, 2022, I served via CM/ECF the foregoing Notice, on all counsel of record.     s/ Elizabeth Wang

2