IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| WILLIAM CALLOWAY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) 2019 CH 14190 |
| v. | ) |
| | ) Hon. Alison C. Conlon |
| CHICAGO POLICE DEPARTMENT, | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter before the Court for ruling on Plaintiff's Motion to Reconsider and for ruling on Plaintiff's Second Motion for Sanctions Pursuant to Illinois Supreme Court Rule 219(c), counsel for both parties appearing via Zoom on September 12, 2022, the Court being duly advised, for the reasons stated on the record, the following is ORDERED:

1. Plaintiff's Second Motion for Sanctions Pursuant to Illinois Supreme Court Rule 219(c) is hereby granted. The Court will issue a separate written ruling on the motion for sanctions, which include the Court entering default judgment against Defendant on the issue of civil penalties and awarding Plaintiff attorneys' and costs incurred through discovery and the motion for sanctions.

2. Plaintiff will have leave to petition for the attorneys' fees and costs awarded as sanctions when it seeks to recover other supplemental attorneys' fees and costs that Plaintiff has incurred.

3. The Court hereby grants Plaintiff's Motion to Reconsider.

4. The Court hereby reconsiders its previous ruling on Plaintiff's counsel's hourly rates. Plaintiff's counsel is hereby awarded hourly rates consistent with the Department of Justice's Fitzpatrick Matrix, specifically $626 per hour for Matthew Topic, $518 per hour for Joshua Burday, and $474 per hour for Merrick Wayne.

5. Case is set for status on discovery and supplemental briefing for calculating the amount of civil penalties on September 21, 2022 at 10:00 am via Zoom.

Zoom Meeting ID = 974 5431 3798
Password = 501494

EXHIBIT 1

- 2 -

Prepared by:
Matthew Topic
Josh Loevy
Merrick Wayne
Shelley Geiszler
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
(312) 243-5900
foia@loevy.com
Firm ID: 41295

SO ORDERED,   **Judge Alison C. Conlon**

**SEP 13 2022**

*s/ Alison C. Conlon*   Circuit Court – 2140

Judge Alison C. Conlon