## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Elisabeth Epps, *et al.*,

    v.

City and County of Denver, *et al*.

Civ. No. 1:20-cv-1878-RBJ (consol.)

---

### NOTICE OF PLAINTIFF EPPS' ACCEPTANCE OF REMITTED PUNITIVE DAMAGE AWARD

---

The Court's Order dated September 19, 2022 (ECF No. 428) granted Defendant Jonathan Christian's request for remittitur as to the amount of punitive damages only, reducing the jury's award of punitive damages against Defendant Christian from $250,000 to $50,000. The Court's Order upheld all other aspects of the jury's verdict, including the full extent of compensatory damages awarded on all claims.

Plaintiff Elisabeth Epps hereby accepts the reduced punitive damages award against Defendant Christian in the amount of $50,000. Plaintiff Epps reserves all other rights as permitted by law.

Dated: October 13, 2022        Respectfully submitted,

        By: */s/ Timothy R. Macdonald*
            Timothy R. Macdonald
            ARNOLD & PORTER KAYE SCHOLER LLP
            1144 Fifteenth Street, Suite 3100
            Denver, Colorado 80202
            Telephone: (303) 863-1000
            Timothy.Macdonald@arnoldporter.com

**CERTIFICATE OF SERVICE**

I hereby certify that on October 13, 2022, I served the foregoing **NOTICE OF PLAINTIFF EPPS' ACCEPTANCE OF REMITTED PUNITIVE DAMAGE AWARD** via CM/ECF, which will serve a copy on all counsel of record.

*/s/ Tanya D. Huffaker*