## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civ. No. 20-cv-01878-RBJ (consol.)

ELISABETH EPPS, et al.,

     v.

CITY AND COUNTY OF DENVER, et al.

---

### NOTICE OF INTERLOCUTORY APPEAL ON BEHALF OF AURORA DEFENDANTS

**NOTICE** is hereby given pursuant to Fed. R. App. P. Rule 4(a)(1)(A) that Aurora Defendants Cory Budaj, Patricio Serrant, David McNamee, and the City of Aurora, Defendants in the above-named case, hereby take an interlocutory appeal to the United States Court of Appeals for the Tenth Circuit from the Honorable R. Brooke Jackson's Order on Defendants' Motion Summary Judgment, entered the 23rd day of September, 2022 [ECF 429].

This Appeal is as to Defendant Officers Cory Budaj, Patricio Serrant and David McNamee, and the City of Aurora. The Defendants who were dismissed as a result of the summary judgment decision are not appealing the Order.

This appeal is taken for review of the Order's denial of qualified immunity to Defendants Budaj, Serrant, and McNamee and failure to state a claim under 42 U.S.C. § 1983 for municipal liability on Plaintiffs' claims, and all decisions within the Order inextricably intertwined with or necessary to ensure meaningful review of that denial.

Respectfully submitted this 24th day of October, 2022.

s/ Michael T. Lowe
Michael T. Lowe
David M. Goddard
Heather D. Kuhlman
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO  80202
Telephone: (303) 831-1099
E-Mail:mlowe@brunolawyers.com;
*Attorneys for Individual Aurora Defendants*


s/ Peter R. Morales
Peter Ruben Morales
Isabelle Sabra Evans
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Email: pmorales@auroragov.org
ievans@auroragov.org
*Attorneys for City of Aurora Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of October, 2022 a true and correct copy of the foregoing **NOTICE OF APPEAL** was filed via CM/ECF which will electronically serve the following:

Attorneys for Plaintiffs:

Andreas E. Moffett, andreas.moffett@arnoldporter.com
Anya Amalia Havriliak, anya.havriliak@arnoldporter.com
Colin Michael O'Brien, colin.obrien@arnoldporter.com
Edwin Packard Aro, ed.aro@arnoldporter.com
Matthew J. Douglas, matthew.douglaw@arnoldporter.com
Michael J. Sebba, Michael.sebba@arnoldporter.com
Mindy Amanda Gorin, mindy.gorin@arnoldporter.com
Patrick Conor Reidy, Patrick.reidy@arnoldporter.com
Timothy R. Macdonald, timothy.macdonald@arnoldporter.com
Diana Sterk, Diana.Sterk@arnoldporter.com
Mindy Gorin, Mindy.Groin@arnoldporter.com
 Brian M. Williams brian.williams@arnoldporter.com
ARNOLD & PORTER KAYE SCHOLER LLP-DENVER

Mark Silverstein, msilverstein@aclu-co.org
Sara R. Neel, sneel@aclu-co.org
AMERICAN CIVIL LIBERTIES UNION-DENVER

Daniel Moore Twetten, dan@loevy.com
Elizabeth C. Wang, elizabethw@loevy.com
LOEVY & LOEVY-BOULDER

Attorneys for Defendants:

Andrew David Ringel, ringela@hallevans.com
Katherine Hoffman, hoffmank@hallevans.com
Robert Weiner, weinerr@hallevans.com
HALL & EVANS LLC-DENVER
*Attorneys for Defendant Denver Defendants*

Hollie Renee Birkholz, hollie.birkholz@denvergov.org

Robert Charles Huss, Robert.huss@denvergov.org
DENVER CITY AND COUNTY ATTORNEY'S OFFICE
*Attorneys for Denver Defendants Denver*

3

Rebecca Klymkowsky rklymkow@jeffco.us
Eric Butler ebutler@jeffco.us
JEFFERSON COUNTY ATTORNEY'S OFFICE
*Attorneys for Jefferson County Defendants*

*s/ Alec Maring*
Alec Maring, Legal Assistant