APPEAL,JD1,LEAD

# U.S. District Court - District of Colorado
## District of Colorado (Denver)
## CIVIL DOCKET FOR CASE #: 1:20-cv-01878-RBJ

Epps et al v. City and County of Denver et al
Assigned to: Judge R. Brooke Jackson
Member case:
   1:20-cv-01922-RBJ-MEH
Cause: 28:1331 Federal Question: Other Civil Rights

Date Filed: 06/25/2020
Jury Demand: Both
Nature of Suit: 440 Civil Rights: Other
Jurisdiction: Federal Question

**Plaintiff**

**Black Lives Matter 5280**
*TERMINATED: 06/28/2021*

represented by **Andreas E. Moffett**
Arnold & Porter Kaye Scholer LLP
4100 33rd Street South
Arlington, VA 22206
703-389-2830
Email: Andreas.Moffett@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-2351
Email: anya.havriliak@arnoldporter.com
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
Wilmer Cutler Pickering Hale & Dorr LLP
1225 17th Street
Suite 2600
Denver, CO 80202
720-274-3154
Email: arielle.herzberg@wilmerhale.com
*TERMINATED: 08/19/2022*

**Colin Michael O'Brien**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-1000
Email: colin.obrien@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-1000
Email: ed.aro@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
Gerardo Mijares-Shafai, Attorney at Law
633 Ellen Wilson Place SE
Washington, DC 20003
832-651-1077
Email: g.mijaresshafai@gmail.com
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001-3743
202-942-5000
Email: lbailey@cov.com
*TERMINATED: 04/11/2022*

**Mark Silverstein**
American Civil Liberties Union
303 East 17th Street
Suite 350
Denver, CO 80203
303-777-5482
Fax: 303-777-1773
Email: msilverstein@aclu-co.org
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-1000
Fax: 303-832-0428
Email:
matthew.douglas@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019

212-836-7529
Email: michael.sebba@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019-9710
212-836-7832
Email: Mindy.Gorin@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
202-968-4490
Email: mdibrell@elias.law
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
Arnold & Porter Kaye Scholer LLP
70 West Madison Street
3 First National Plaza
Suite 4200
Chicago, IL 60602-4231
312-583-2424
Email: patrick.reidy@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-1000
Fax: 303-832-0428
Email: reeves.anderson@arnoldporter.com
*TERMINATED: 04/16/2021*

**Sara R. Neel**
American Civil Liberties Union
303 East 17th Street
Suite 350
Denver, CO 80203
303-777-5482
Fax: 303-777-1773
Email: sneel@aclu-co.org
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-1000
Fax: 303-832-0428
Email:
Timothy.Macdonald@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

| | | |
|---|---|---|
| **Apryl Alexander**<br>*Dr.*<br>*TERMINATED: 06/28/2021* | represented by | **Andreas E. Moffett**<br>(See above for address)<br>*ATTORNEY TO BE NOTICED* |

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Colin Michael O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Elisabeth Epps**                          represented by **Andreas E. Moffett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Brian Mark Williams**
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth Street
Suite 3100
Denver, CO 80202-2569
303-863-1000
Email: brian.williams@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Colin Michael O'Brien**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana K. Sterk**
Arnold & Porter Kaye Scholer LLP
250 West 55th Street
New York, NY 10019
212-836-8000
Email: diana.sterk@arnoldporter.com
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Ashlee Wedgeworth**                    represented by   **Andreas E. Moffett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Brian Mark Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Colin Michael O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana K. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Amanda Blasingame**                    represented by   **Andreas E. Moffett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Brian Mark Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Colin Michael O'Brien**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana K. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Maya Rothlein**                        represented by   **Andreas E. Moffett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Brian Mark Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Colin Michael O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana K. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Zach Packard**                    represented by **Andreas E. Moffett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Brian Mark Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Colin Michael O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana K. Sterk**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Hollis Lyman**                                      represented by   **Andreas E. Moffett**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Anya Amalia Havriliak**
                                                                      (See above for address)
                                                                      *TERMINATED: 12/28/2020*

                                                                      **Arielle Kay Herzberg**
                                                                      (See above for address)
                                                                      *TERMINATED: 08/19/2022*

                                                                      **Brian Mark Williams**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Colin Michael O'Brien**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Diana K. Sterk**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Edwin Packard Aro**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Gerardo Mijares-Shafai**
                                                                      (See above for address)
                                                                      *TERMINATED: 01/05/2022*

                                                                      **Leslie C. Bailey**
                                                                      (See above for address)
                                                                      *TERMINATED: 04/11/2022*

                                                                      **Mark Silverstein**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Matthew J. Douglas**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Michael J. Sebba**
                                                                      (See above for address)
                                                                      *ATTORNEY TO BE NOTICED*

                                                                      **Mindy Amanda Gorin**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Cidney Fisk**
*TERMINATED: 03/21/2022*

represented by **Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Colin Michael O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Plaintiff**</u>

**Stanford Smith**                    represented by **Andreas E. Moffett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Anya Amalia Havriliak**
(See above for address)
*TERMINATED: 12/28/2020*

**Arielle Kay Herzberg**
(See above for address)
*TERMINATED: 08/19/2022*

**Brian Mark Williams**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Colin Michael O'Brien**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Diana K. Sterk**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Edwin Packard Aro**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Gerardo Mijares-Shafai**
(See above for address)
*TERMINATED: 01/05/2022*

**Leslie C. Bailey**
(See above for address)
*TERMINATED: 04/11/2022*

**Mark Silverstein**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Matthew J. Douglas**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael J. Sebba**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mindy Amanda Gorin**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Mollie DiBrell**
(See above for address)
*TERMINATED: 01/19/2022*

**Patrick Conor Reidy**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Reeves Anderson**
(See above for address)
*TERMINATED: 04/16/2021*

**Sara R. Neel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy R. Macdonald**

(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Consol Plaintiff**

**Ambrose Cruz**                          represented by      **Daniel Moore Twetten**
*TERMINATED: 08/24/2020*                                     Loevy & Loevy-Boulder
                                                             2060 Broadway Street
                                                             Suite 460
                                                             Boulder, CO CO
                                                             720-583-6514
                                                             Email: dan@loevy.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth C. Wang**
                                                             Loevy & Loevy-Boulder
                                                             2060 Broadway Street
                                                             Suite 460
                                                             Boulder, CO CO
                                                             720-328-5642
                                                             Fax: 312-243-5902
                                                             Email: elizabethw@loevy.com
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tara Elizabeth Thompson**
                                                             Loevy & Loevy-Chicago
                                                             311 North Aberdeen Street
                                                             Chicago, IL 60607
                                                             312-789-4958
                                                             Fax: 312-243-5902
                                                             Email: tara@loevy.com
                                                             *TERMINATED: 04/09/2021*
                                                             *LEAD ATTORNEY*

**Consol Plaintiff**

**Sara Fitouri**                          represented by      **Daniel Moore Twetten**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth C. Wang**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tara Elizabeth Thompson**
                                                             (See above for address)

*TERMINATED: 04/09/2021*
*LEAD ATTORNEY*

**Makeba Rutahindurwa**
Loevy & Loevy-Chicago
311 North Aberdeen Street
Chicago, IL 60607
312-243-5900
Email: makeba@loevy.com
*TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Jacquelyn Parkins**                    represented by   **Daniel Moore Twetten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Thompson**
(See above for address)
*TERMINATED: 04/09/2021*
*LEAD ATTORNEY*

**Makeba Rutahindurwa**
(See above for address)
*TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Kelsey Taylor**                    represented by   **Daniel Moore Twetten**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Elizabeth C. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Thompson**
(See above for address)
*TERMINATED: 04/09/2021*
*LEAD ATTORNEY*

**Makeba Rutahindurwa**
(See above for address)
*TERMINATED: 06/29/2022*

*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Youssef Amghar**                          represented by   **Daniel Moore Twetten**
*TERMINATED: 03/02/2022*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth C. Wang**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tara Elizabeth Thompson**
                                                             (See above for address)
                                                             *TERMINATED: 04/09/2021*
                                                             *LEAD ATTORNEY*

                                                             **Makeba Rutahindurwa**
                                                             (See above for address)
                                                             *TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Andy Sannier**                            represented by   **Daniel Moore Twetten**
*TERMINATED: 09/15/2021*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth C. Wang**
                                                             (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Tara Elizabeth Thompson**
                                                             (See above for address)
                                                             *TERMINATED: 04/09/2021*
                                                             *LEAD ATTORNEY*

                                                             **Makeba Rutahindurwa**
                                                             (See above for address)
                                                             *TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Francesca Lawrence**                      represented by   **Daniel Moore Twetten**
*TERMINATED: 10/21/2020*                                     (See above for address)
                                                             *LEAD ATTORNEY*
                                                             *ATTORNEY TO BE NOTICED*

                                                             **Elizabeth C. Wang**
                                                             (See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Tara Elizabeth Thompson**
(See above for address)
*TERMINATED: 04/09/2021*
*LEAD ATTORNEY*

**Makeba Rutahindurwa**
(See above for address)
*TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Joe Deras**                                         represented by   **Elizabeth C. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Makeba Rutahindurwa**
(See above for address)
*TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Johnathen Duran**                                   represented by   **Elizabeth C. Wang**
*TERMINATED: 03/07/2022*                                              (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Makeba Rutahindurwa**
(See above for address)
*TERMINATED: 06/29/2022*

**Consol Plaintiff**

**Michael Acker**                                     represented by   **Andrew Joseph McNulty**
*TERMINATED: 06/28/2021*                                              Killmer Lane & Newman LLP
1543 Champa Street
Suite 400
Denver, CO 80202
303-571-1000
Email: amcnulty@kln-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Reid Robertson Allison**
Killmer Lane & Newman LLP
1543 Champa Street
Suite 400
Denver, CO 80202
303-571-1000
Fax: 303-571-1001

Email: rallison@kln-law.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Consol Plaintiff**

**Claire Sannier**                                    represented by   **Elizabeth C. Wang**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Makeba Rutahindurwa**
(See above for address)
*TERMINATED: 06/29/2022*

V.

**Defendant**

**City and County of Denver**                        represented by   **Andrew David Ringel**
*and John and Jane Does 1-100; and John*              Hall & Evans LLC-Denver
*and Jane Boes 1-50*                                  1001 Seventeenth Street
Suite 300
Denver, CO 80202
303-628-3300
Fax: 303-293-3238
Email: ringela@hallevans.com
*ATTORNEY TO BE NOTICED*

**David Charles Cooperstein**
Colorado Department of Law
Ralph L. Carr Colorado Judicial Center
1300 Broadway
Denver, CO 80203
720-508-6261
Email: david.cooperstein@coag.gov
*TERMINATED: 12/14/2020*

**Hollie Renee Birkholz**
Denver City and County Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
720-913-8072
Fax: 720-913-3190
Email: hollie.birkholz@denvergov.org
*ATTORNEY TO BE NOTICED*

**Katherine Hoffman**
Hall & Evans LLC-Denver
1001 Seventeenth Street
Suite 300
Denver, CO 80202

617-838-8611
Email: hoffmank@hallevans.com
*ATTORNEY TO BE NOTICED*

**Lindsay Michelle Jordan**
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
720-913-3100
Fax: 720-913-3155
Email: lindsay.jordan@denvergov.org
*TERMINATED: 04/07/2022*

**Robert Charles Huss**
Denver City Attorney's Office
201 West Colfax Avenue
Denver, CO 80202-5332
720-949-7791
Email: rhuss@friendsofanimals.org
*ATTORNEY TO BE NOTICED*

**Robert Alan Weiner**
Hall & Evans LLC-Denver
1001 Seventeenth Street
Suite 300
Denver, CO 80202
303-293-3222
Email: weinerr@hallevans.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**David Abeyta**
*in his individual capacity*
*TERMINATED: 02/08/2022*

represented by **Andrew David Ringel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hollie Renee Birkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Michelle Jordan**
(See above for address)
*TERMINATED: 04/07/2022*

**Robert Charles Huss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Robert Alan Weiner**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**City of Aurora, CO**                    represented by   **Isabelle Sabra Evans**
City of Aurora                                            Aurora City Attorney's Office
15151 E Alameda Pkwy                                     15151 East Alameda Parkway
Ste 5300                                                 Aurora, CO 80012
Aurora, CO 80012                                         303-739-7030
303-739-7030                                             Email: ievans@auroragov.org
*ievans@auroragov.org*                                   *ATTORNEY TO BE NOTICED*

**Peter Ruben Morales**
Aurora City Attorney's Office
15151 East Alameda Parkway
Aurora, CO 80012
303-739-7030
Fax: 303-739-7042
Email: pmorales@auroragov.org
*ATTORNEY TO BE NOTICED*

**Defendant**

**Officer Cory Budaj**                    represented by   **David M. Goddard**
Bruno Colin & Lowe, P.C.
1999 Broadway
Suite 4300
Denver, CO 80202-5731
303-831-1099
Fax: 303-831-1088
Email: dgoddard@brunolawyers.com
*ATTORNEY TO BE NOTICED*

**Heather Dawn Kuhlman**
Bruno Colin & Lowe, P.C.
1999 Broadway
Suite 4300
Denver, CO 80202-5731
303-831-1099
Fax: 303-831-0188
Email: hkuhlman@brunolawyers.com
*ATTORNEY TO BE NOTICED*

**Isabelle Sabra Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Turner Lowe**
Bruno Colin & Lowe, P.C.

1999 Broadway
Suite 4300
Denver, CO 80202-5731
303-831-1099
Fax: 303-831-1088
Email: mlowe@brunolawyers.com
*ATTORNEY TO BE NOTICED*

**Peter Ruben Morales**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Board of County Commissioners for
Jefferson County Colorado**
*TERMINATED: 11/16/2021*

represented by **Rachel Jane Marilyn Bender**
Jefferson County Attorney's Office
100 Jefferson County Parkway
Suite 5500
Golden, CO 80419
303-271-8907
Email: rbender@jeffco.us
*TERMINATED: 12/30/2021*

**Rebecca Philana Klymkowsky**
Jefferson County Attorney's Office
100 Jefferson County Parkway
Suite 5500
Golden, CO 80419
303-271-8913
Fax: 303-271-8901
Email: rklymkow@jeffco.us
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jeff Shrader**
*TERMINATED: 11/24/2021*

represented by **Rachel Jane Marilyn Bender**
(See above for address)
*TERMINATED: 12/30/2021*

**Rebecca Philana Klymkowsky**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Jonathan Christian**

represented by **Andrew David Ringel**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Hollie Renee Birkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Michelle Jordan**
(See above for address)
*TERMINATED: 04/07/2022*

**Defendant**

**Keith Valentine**                    represented by   **Hollie Renee Birkholz**
*TERMINATED: 03/01/2022*                                (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Lindsay Michelle Jordan**
(See above for address)
*TERMINATED: 04/07/2022*

**Defendant**

**David McNamee**                      represented by   **David M. Goddard**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Heather Dawn Kuhlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabelle Sabra Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Turner Lowe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Ruben Morales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Patricio Serrant**                   represented by   **David M. Goddard**
                                                        (See above for address)
                                                        *ATTORNEY TO BE NOTICED*

**Heather Dawn Kuhlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabelle Sabra Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Turner Lowe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Ruben Morales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Matthew Brukbacher**                    represented by   **David M. Goddard**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Heather Dawn Kuhlman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Isabelle Sabra Evans**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Michael Turner Lowe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Peter Ruben Morales**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**John and Jane Does 1-100**

**Defendant**

**John and Jane Boes 1-50**

**Defendant**

**Timothy Dreith**                        represented by   **Eric Thomas Butler**
*TERMINATED: 02/22/2022*                                  Jefferson County Attorney's Office
100 Jefferson County Parkway
Suite 5500
Golden, CO 80419
303-271-8900
Fax: 303-271-8901
Email: ebutler@jeffco.us
*ATTORNEY TO BE NOTICED*

**Rachel Jane Marilyn Bender**
(See above for address)
*TERMINATED: 12/30/2021*

**Defendant**

**Anthony Hamilton**
*TERMINATED: 02/22/2022*

represented by **Eric Thomas Butler**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Rachel Jane Marilyn Bender**
(See above for address)
*TERMINATED: 12/30/2021*

**Defendant**

**Patrick Phelan**
*Commander*
*TERMINATED: 02/08/2022*

**Defendant**

**Matthew Canino**
*Lieutenant*
*TERMINATED: 02/08/2022*

V.

**Consol Defendant**

**Jacqueline A. Velasquez**
*Officer, #16021*
*TERMINATED: 04/07/2021*

represented by **Jacqueline A. Velasquez**
PRO SE

**David Charles Cooperstein**
(See above for address)
*TERMINATED: 12/14/2020*

**Consol Defendant**

**M. Davis**
*Officer, #13058*
*TERMINATED: 04/07/2021*

represented by **M. Davis**
PRO SE

**David Charles Cooperstein**
(See above for address)
*TERMINATED: 12/14/2020*

**Consol Defendant**

**Andrew Nielsen**
*Officer, #14076*
*TERMINATED: 04/07/2021*

represented by **Andrew Nielsen**
PRO SE

**David Charles Cooperstein**
(See above for address)
*TERMINATED: 12/14/2020*

**Consol Defendant**

**Zachary Moldenhauer**
*Officer, #17013*
*TERMINATED: 04/07/2021*

represented by **Zachary Moldenhauer**
PRO SE

**David Charles Cooperstein**

(See above for address)
*TERMINATED: 12/14/2020*

**Consol Defendant**

**Jacob Vaporis**                                        represented by **Jacob Vaporis**
*Officer, #16003*                                                          PRO SE
*TERMINATED: 04/07/2021*

                                                         **David Charles Cooperstein**
                                                         (See above for address)
                                                         *TERMINATED: 12/14/2020*

**Consol Defendant**

**Kevin Beasley**                                        represented by **Kevin Beasley**
*Officer, #13066*                                                          PRO SE
*TERMINATED: 04/07/2021*

                                                         **David Charles Cooperstein**
                                                         (See above for address)
                                                         *TERMINATED: 12/14/2020*

**Consol Defendant**

**Chelsea Novotny**                                      represented by **Chelsea Novotny**
*Officer, #14030*                                                          PRO SE
*TERMINATED: 04/07/2021*

                                                         **David Charles Cooperstein**
                                                         (See above for address)
                                                         *TERMINATED: 12/14/2020*

**Consol Defendant**

**Christopher Cochran**                                  represented by **Christopher Cochran**
*Officer, #17081*                                                          PRO SE
*TERMINATED: 04/07/2021*

                                                         **David Charles Cooperstein**
                                                         (See above for address)
                                                         *TERMINATED: 12/14/2020*

**Consol Defendant**

**Paul Hogan**                                           represented by **Paul Hogan**
*Officer, #98042*                                                          PRO SE
*TERMINATED: 04/07/2021*

                                                         **David Charles Cooperstein**
                                                         (See above for address)
                                                         *TERMINATED: 12/14/2020*

**Consol Defendant**

**Heather R. Jossi**                                     represented by **Heather R. Jossi**
*Officer, #07059*                                                          PRO SE
*TERMINATED: 04/07/2021*

                                                         **David Charles Cooperstein**
                                                         (See above for address)
                                                         *TERMINATED: 12/14/2020*

**Consol Defendant**

**Anthony E. Tak**                                      represented by   **Andrew David Ringel**
*Officer, #00018*                                                       (See above for address)
*TERMINATED: 02/08/2022*                                               *ATTORNEY TO BE NOTICED*

                                                                        **David Charles Cooperstein**
                                                                        (See above for address)
                                                                        *TERMINATED: 12/14/2020*

                                                                        **Hollie Renee Birkholz**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Katherine Hoffman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Lindsay Michelle Jordan**
                                                                        (See above for address)
                                                                        *TERMINATED: 04/07/2022*

                                                                        **Robert Charles Huss**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**J. LNU**                                             represented by   **Andrew David Ringel**
*Officer, #91029; Does 1-10*                                            (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Katherine Hoffman**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Paul Pazen**                                         represented by   **Andrew David Ringel**
*TERMINATED: 06/28/2021*                                                (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **David Charles Cooperstein**
                                                                        (See above for address)
                                                                        *TERMINATED: 12/14/2020*

                                                                        **Hollie Renee Birkholz**
                                                                        (See above for address)
                                                                        *ATTORNEY TO BE NOTICED*

                                                                        **Katherine Hoffman**
                                                                        (See above for address)

*ATTORNEY TO BE NOTICED*

**Lindsay Michelle Jordan**
(See above for address)
*TERMINATED: 04/07/2022*

**Robert Charles Huss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Daniel Felkins**                                         represented by   **Andrew David Ringel**
*in his individual capacity*                                               (See above for address)
*TERMINATED: 06/28/2021*                                                   *ATTORNEY TO BE NOTICED*

**Hollie Renee Birkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Katherine Hoffman**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Lindsay Michelle Jordan**
(See above for address)
*TERMINATED: 04/07/2022*

**Robert Charles Huss**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**City and County of Denver, Colorado**        represented by   **Hollie Renee Birkholz**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**James D. Williams**
*Lieutenant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Thomas Pine**
*Lieutenant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Vincent Porter**
*Lieutenant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Michael O'Donnell**
*Lieutenant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Kevin Carroll**
*Lieutenant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Rick Beall**
*Sergeant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**David Abeyta**
*Sergeant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Marco Martinez**
*Sergeant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Justin Dodge**
*Sergeant*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Richard D. Eberharter**
*Corporal*
*TERMINATED: 02/08/2022*

**Consol Defendant**

**Tana Cunningham**
*Officer*

**Consol Defendant**

**John Sampson**
*Officer*

**Consol Defendant**

**City of Aurora, Colorado**

**Consol Defendant**

**Officer Cory Budaj**
*Officer*

represented by **Michael Turner Lowe**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Consol Defendant**

**Anthony Hamilton**
*Deputy Sheriff*
*TERMINATED: 02/22/2022*

**Consol Defendant**

**Timothy Dreith**
*Deputy Sheriff, Doe Defendants 1-10*
*TERMINATED: 02/22/2022*

**Interested Party**

**Baumgartner Law, LLC**

represented by **Stephen B. Baumgartner**
Baumgartner Law, LLC
300 East Hampden Avenue
Suite 401
Englewood, CO 80113
720-626-9418
Fax: 720-634-1018
Email: birk@baumgartnerlaw.com
*ATTORNEY TO BE NOTICED*

**Interested Party**

**Beem & Isley, PC**

represented by **Stephen B. Baumgartner**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/24/2022 | 🌐432 | NOTICE OF APPEAL as to 429 Order on Motion for Summary Judgment, by Defendants Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant, Consol Defendants Cory Budaj, City of Aurora, Colorado (Filing fee $ 505, Receipt Number ACODC-8737868) (Lowe, Michael) (Entered: 10/24/2022) |
| 10/19/2022 | 🔗🌐431 | MOTION for Certificate of Appealability by Defendant Jonathan Christian, Consol Defendant City and County of Denver, Colorado. (Birkholz, Hollie) (Entered: 10/19/2022) |
| 10/13/2022 | 🌐430 | NOTICE re 428 Order,,, Terminate Motions,, *Plaintiff Epps' Acceptance of Remitted Punitive Damage Award* by Plaintiff Elisabeth Epps (Macdonald, Timothy) (Entered: 10/13/2022) |
| 09/23/2022 | 🌐429 | ORDER by Judge R. Brooke Jackson on 9/23/2022., re: 259 Defendants' motion for summary judgment is GRANTED for all claims against Sergeant Brukbacher, Mr. Packard's First Amendment claims, Mr. Durans First Amendment claims, and plaintiffs' failure to intervene claims. The motion is DENIED for all remaining claims. (sphil, ) (Entered: 09/23/2022) |

| | | |
|---|---|---|
| 09/19/2022 | 🌐428 | ORDER by Judge R. Brooke Jackson on 9/19/2022, re: 373 Defendant the City and County of Denver's motion for judgment as a matter of law, or a new trial, or remittitur is DENIED. Defendant Jonathan Christian's motion for judgment as a mater of law, or a new trial, or remittitur, 374 , is GRANTED IN PART and DENIED IN PART. It is GRANTED to the extent that the Court orders that the punitive damages award be remitted to $50,000; and if that is not accepted by plaintiff Epps, then the Court orders a new trial as to her claims against Mr. Christian.. (sphil, ) (Entered: 09/19/2022) |
| 09/14/2022 | 🌐427 | NOTICE of Supplemental Authorities re: 380 MOTION for Attorney Fees by Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor (Attachments: # 1 Exhibit 1 (9-13-22 Calloway order))(Wang, Elizabeth) (Entered: 09/14/2022) |
| 08/31/2022 | 🌐426 | ORDER granting 425 Motion to Amend/Correct/Modify. by Judge R. Brooke Jackson on 8/31/2022. Text Only Entry(rbjlc3, ) (Entered: 08/31/2022) |
| 08/31/2022 | 🌐425 | Unopposed MOTION to Amend/Correct/Modify 424 Reply to Response to Motion, *(Amended Exhibit 1, Declaration of Elizabeth Wang)* by Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1 (Amended Declaration of Elizabeth Wang)) (Wang, Elizabeth) (Entered: 08/31/2022) |
| 08/30/2022 | 🌐424 | REPLY to Response to 380 MOTION for Attorney Fees filed by Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Wang, Elizabeth) (Entered: 08/30/2022) |
| 08/26/2022 | 🌐423 | REPLY to Response to 378 MOTION for Attorney Fees *and Costs* filed by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Affidavit of Matthew J. Douglas)(Douglas, Matthew) (Entered: 08/26/2022) |
| 08/24/2022 | 🌐422 | ORDER granting 421 Motion for Extension of Time to File Response/Reply as to 380 MOTION for Attorney Fees; granting 421 Motion for Leave to File Excess Pages. The reply will now be due 8/30/2022 and may be nine pages in length. by Judge R. Brooke Jackson on 8/24/2022. Text Only Entry(rbjlc3, ) (Entered: 08/24/2022) |
| 08/24/2022 | 🌐421 | Unopposed MOTION for Extension of Time to File Response/Reply as to 380 MOTION for Attorney Fees , Unopposed MOTION for Leave to File Excess Pages by Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 08/24/2022) |
| 08/19/2022 | 🌐420 | ORDER granting 419 Motion to Withdraw as Attorney. Attorney Arielle Kay Herzberg terminated. by Judge R. Brooke Jackson on 8/19/2022. Text Only Entry(rbjlc4, ) (Entered: 08/19/2022) |
| 08/19/2022 | 🌐419 | MOTION to Withdraw as Attorney *Arielle Herzberg* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Herzberg, Arielle) (Entered: 08/19/2022) |

| | | |
|---|---|---|
| 08/12/2022 | 🌐418 | NOTICE *of Errata* by Defendants Jonathan Christian, City and County of Denver (Attachments: # 1 Exhibit B Epps Rogers Expert Report)(Ringel, Andrew) (Entered: 08/12/2022) |
| 08/12/2022 | 🌐417 | NOTICE *of Errata* by Defendant City and County of Denver (Attachments: # 1 Exhibit A Fitouri-Rogers Affidavit)(Ringel, Andrew) (Entered: 08/12/2022) |
| 08/09/2022 | 🌐416 | ORDER granting 415 Motion for Extension of Time to File Response/Reply as to 380 MOTION for Attorney Fees. Plaintiffs' reply will be due 8/26/2022. by Judge R. Brooke Jackson on 8/9/2022. Text Only Entry(rbjlc3, ) (Entered: 08/09/2022) |
| 08/08/2022 | 🌐415 | Unopposed MOTION for Extension of Time to File Response/Reply as to 380 MOTION for Attorney Fees by Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 08/08/2022) |
| 08/05/2022 | 🌐414 | RESPONSE to 378 MOTION for Attorney Fees *and Costs* filed by Defendants Jonathan Christian, City and County of Denver. (Attachments: # 1 Exhibit A Affidavit of William A. Rogers, III, # 2 Exhibit B Expert Report of William A. Rogers, III)(Ringel, Andrew) (Entered: 08/05/2022) |
| 08/05/2022 | 🌐413 | RESPONSE to 380 MOTION for Attorney Fees filed by Defendant City and County of Denver. (Attachments: # 1 Exhibit A Affidavit of William A. Rogers, III,, # 2 Exhibit B Expert Report of William A. Rogers, III, # 3 Exhibit C Valentine Dep, # 4 Exhibit D Christian Dep)(Ringel, Andrew) (Entered: 08/05/2022) |
| 07/29/2022 | 🌐412 | SURREPLY re 259 MOTION for Summary Judgment *by Aurora Defendants* filed by Consol Plaintiff Johnathen Duran, Plaintiff Zach Packard. (Wang, Elizabeth) (Entered: 07/29/2022) |
| 07/29/2022 | 🌐411 | ORDER granting 410 Motion for Leave to File Surreply. by Judge R. Brooke Jackson on 7/29/2022. Text Only Entry(rbjlc3, ) (Entered: 07/29/2022) |
| 07/29/2022 | 🌐410 | Unopposed MOTION for Leave to *File Short Surreply Addressing New Arguments in* 403 Reply to Response to Motion, by Plaintiff Zach Packard. (Attachments: # 1 Exhibit A (Proposed Surreply))(Wang, Elizabeth) (Entered: 07/29/2022) |
| 07/18/2022 | 🌐408 | ORDER granting 405 MOTION for Leave to File Excess Pages by Two Pages for Reply to Motion for Judgment as a Matter of Law or a New Trial or Remittitur. By Judge R. Brooke Jackson on 7/18/2022. Text Only Entry(rbjsec. ) (Entered: 07/18/2022) |
| 07/18/2022 | 🌐407 | ORDER granting 402 Unopposed MOTION for Leave to File Excess Pages. By Judge R. Brooke Jackson on 7/18/2022. Text Only Entry(rbjsec. ) (Entered: 07/18/2022) |
| 07/15/2022 | 🌐406 | REPLY to Response to 373 MOTION for Judgment as a Matter of Law *, or a New Trial, or Remittitur* filed by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 07/15/2022) |

| | | |
|---|---|---|
| 07/15/2022 | 🌐405 | MOTION for Leave to File Excess Pages *by Two Pages for Reply to Motion for Judgment as a Matter of Law or a New Trial or Remittitur* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 07/15/2022) |
| 07/15/2022 | 🌐404 | REPLY to Response to 374 MOTION for Judgment as a Matter of Law *or a New Trial, or Remittitur* filed by Defendant Jonathan Christian. (Ringel, Andrew) (Entered: 07/15/2022) |
| 07/13/2022 | 🌐403 | REPLY to Response to 259 MOTION for Summary Judgment filed by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant, Consol Defendants Cory Budaj, City of Aurora, Colorado. (Attachments: # 1 Exhibit I, # 2 Exhibit J, # 3 Exhibit K)(Lowe, Michael) (Entered: 07/13/2022) |
| 07/13/2022 | 🌐402 | Unopposed MOTION for Leave to File Excess Pages by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant, Consol Defendants Cory Budaj, City of Aurora, Colorado. (Lowe, Michael) (Entered: 07/13/2022) |
| 07/13/2022 | 🌐401 | NOTICE of Supplemental Authorities re: 383 Brief in Opposition to Motion,,,, by Consol Plaintiff Johnathen Duran (Attachments: # 1 Exhibit 1)(Wang, Elizabeth) (Entered: 07/13/2022) |
| 07/01/2022 | 🌐400 | ORDER granting 399 Unopposed MOTION for Extension of Time to File Response/Reply as to 374 MOTION for Judgment as a Matter of Law or a New Trial, or Remittitur, 373 MOTION for Judgment as a Matter of Law, or a New Trial, or Remittitur by Defendants Jonathan Christian, City and County of Denver. by Judge R. Brooke Jackson on 7/1/2022. Text Only Entry(rbjlc3, ) (Entered: 07/01/2022) |
| 06/30/2022 | 🌐399 | Unopposed MOTION for Extension of Time to File Response/Reply as to 374 MOTION for Judgment as a Matter of Law *or a New Trial, or Remittitur*, 373 MOTION for Judgment as a Matter of Law *, or a New Trial, or Remittitur* by Defendants Jonathan Christian, City and County of Denver. (Ringel, Andrew) (Entered: 06/30/2022) |
| 06/29/2022 | 🌐398 | ORDER granting 397 Motion to Withdraw as Attorney. Attorney Makeba Rutahindurwa is withdrawn. By Judge R. Brooke Jackson on 6/29/2022. Text Only Entry(rbjsec. ) (Entered: 06/29/2022) |
| 06/29/2022 | 🌐397 | MOTION to Withdraw as Attorney *Makeba Rutahindurwa* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 06/29/2022) |
| 06/22/2022 | 🌐396 | ORDER granting 395 Unopposed MOTION for Extension of Time to File Response/Reply as to 380 MOTION for Attorney Fees. The responses are now due by 8/5/2022. By Judge R. Brooke Jackson on 6/22/2022. Text Only Entry(rbjsec. ) (Entered: 06/22/2022) |
| 06/22/2022 | 🌐395 | Unopposed MOTION for Extension of Time to File Response/Reply as to 380 MOTION for Attorney Fees by Defendants Jonathan Christian, City and County of Denver. (Ringel, Andrew) (Entered: 06/22/2022) |

| 06/21/2022 | 🌐 394 | ORDER granting 393 Motion for Extension of Time to File Response/Reply. Reply to 259 Motion for Summary Judgment due on or before 7/13/2022 by Judge R. Brooke Jackson on 6/21/22. Text Only Entry(jdyne, ) (Entered: 06/21/2022) |
|---|---|---|
| 06/21/2022 | 🌐 393 | Unopposed MOTION for Extension of Time to File Response/Reply as to 259 MOTION for Summary Judgment Attorney Michael Turner Lowe added to party Cory Budaj(pty:condft) by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant, Consol Defendants Cory Budaj, City of Aurora, Colorado. (Lowe, Michael) (Entered: 06/21/2022) |
| 06/17/2022 | 🌐 392 | BRIEF in Opposition to 373 MOTION for Judgment as a Matter of Law *, or a New Trial, or Remittitur* filed by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Wang, Elizabeth) (Entered: 06/17/2022) |
| 06/17/2022 | 🌐 391 | RESPONSE to 374 MOTION for Judgment as a Matter of Law *or a New Trial, or Remittitur* filed by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 06/17/2022) |
| 06/16/2022 | 🌐 390 | TRANSCRIPT of Trial to Jury - Day 5 held on 3/11/2022 before Judge Jackson. Pages: 749-985. <br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/16/2022) |
| 06/16/2022 | 🌐 389 | TRANSCRIPT of Trial to Jury - Day 4 held on 3/10/2022 before Judge Jackson. Pages: 521-748. <br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/16/2022) |
| 06/16/2022 | 🌐 388 | TRANSCRIPT of Trial to Jury - Day Three held on 3/9/2022 before Judge Jackson. Pages: 304-520. <br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent** |

| | | |
|---|---|---|
| | | **to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/16/2022) |
| 06/16/2022 | 🌐387 | TRANSCRIPT of Trial to Jury - Day 2 held on 3/8/2022 before Judge Jackson. Pages: 71-303. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/16/2022) |
| 06/16/2022 | 🌐386 | TRANSCRIPT of Trial to Jury - Day 1 held on 3/7/2022 before Judge Jackson. Pages: 1-70. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (tlind, ) (Entered: 06/16/2022) |
| 06/16/2022 | 🌐385 | VOIR DIRE TRANSCRIPT of proceedings held on 3/7/2022 before Judge Jackson. Pages: 1-130. (tlind, ) (Entered: 06/16/2022) |
| 06/09/2022 | 🌐384 | Conventionally Submitted Material : 1 Flash Drive to 383 Brief in Opposition to Motion. Location: 1st Floor Oversized Area, Box A-1-4. Text Only Entry. (sphil, ) (Entered: 06/10/2022) |
| 06/08/2022 | 🌐383 | BRIEF in Opposition to 259 MOTION for Summary Judgment filed by Consol Plaintiff Johnathen Duran, Plaintiffs Zach Packard, Stanford Smith. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22, # 23 Exhibit 23, # 24 Exhibit 24, # 25 Exhibit 25, # 26 Exhibit 26, # 27 Exhibit 27, # 28 Exhibit 28, # 29 Exhibit 29, # 30 Exhibit 30, # 31 Exhibit 31, # 32 Exhibit 32, # 33 Exhibit 33, # 34 Exhibit 34, # 35 Exhibit 35, # 36 Exhibit 36, # 37 Exhibit 37, # 38 Exhibit 38, # 39 Exhibit 39, # 40 Exhibit 40, # 41 Exhibit 41, # 42 Exhibit 42, # 43 Exhibit 43, |

| | | |
|---|---|---|
| | | # 44 Exhibit 44, # 45 Exhibit 45, # 46 Exhibit 46, # 47 Exhibit 47, # 48 Exhibit 48, # 49 Exhibit 49, # 50 Exhibit 50, # 51 Exhibit 51, # 52 Exhibit 52)(Wang, Elizabeth) (Entered: 06/08/2022) |
| 06/02/2022 | 🌐 382 | NOTICE by Clerk re 379 Proposed Bill of Costs, 381 Proposed Bill of Costs. The deputy clerk designated by the Court to conduct Taxation of Costs hearings has determined that the Plaintiffs Proposed Bills of Costs have been filed prematurely. Per Local Rule LCivR 54.1, a bill of costs shall be filed... no later than 14 days after entry of the judgment or final order. The clerk is aware that a judgment 360 was entered in this bifurcated case; but the judgment was not entered as one under Fed. R. Civ. P. 54(b). In the interest of administrative economy and efficiency, one hearing on all costs matters will be conducted at the conclusion of this case, after a final judgment is entered. Accordingly, docket nos. 379 and 381 are denied without prejudice and may be refiled after entry of the final judgment, in addition to the prevailing parties of the bifurcated remaining portion of the case. (ashee) (Entered: 06/02/2022) |
| 06/01/2022 | 🌐 381 | Proposed Bill of Costs by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Douglas, Matthew) (Entered: 06/01/2022) |
| 06/01/2022 | ⬛🖹🌐 380 | MOTION for Attorney Fees by Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit List, # 2 Exhibit A (Wang Decl. and Timesheet), # 3 Exhibit B (Rutahindurwa Decl. and Timesheet), # 4 Exhibit C (Loevy Decl. and Timesheet), # 5 Exhibit D (Owens Decl. and Timesheet), # 6 Exhibit E (Art Decl. and Timesheet), # 7 Exhibit F (Roche Decl. and Timesheet), # 8 Exhibit G (Grossman Decl.), # 9 Exhibit H (Swift Decl. and Timesheet), # 10 Exhibit I (Thayer Decl. and Timesheet), # 11 Exhibit J (Willmeng Order), # 12 Exhibit K (Fitzpatrick Matrix), # 13 Exhibit L (Calloway Order), # 14 Exhibit M (Section 1988 Expenses), # 15 Exhibit N (3/14/22 Trial Tr., excerpt), # 16 Exhibit O (3/23/22 Trial Tr., excerpt), # 17 Exhibit P (Porter Dep., excerpt))(Wang, Elizabeth) (Entered: 06/01/2022) |
| 06/01/2022 | 🌐 379 | Proposed Bill of Costs by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1)(Wang, Elizabeth) (Entered: 06/01/2022) |
| 06/01/2022 | ⬛🖹🌐 378 | MOTION for Attorney Fees *and Costs* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Douglas, Matthew) (Entered: 06/01/2022) |
| 06/01/2022 | 🌐 377 | ORDER denying 283 Motion to Exclude by Judge R. Brooke Jackson on 6/1/22. (jdyne, ) (Entered: 06/01/2022) |
| 05/19/2022 | 🌐 376 | ORDER granting 375 Unopposed MOTION for Extension of Time to File Response/Reply as to 374 MOTION for Judgment as a Matter of Law or a New Trial, or Remittitur, 373 MOTION for Judgment as a Matter of Law, or a New Trial, or Remittitur. The responses will now be due by 6/17/2022. By Judge R. Brooke Jackson on 5/19/2022. Text Only Entry(rbjsec.) (Entered: 05/19/2022) |

| 05/19/2022 | 🌐375 | Unopposed MOTION for Extension of Time to File Response/Reply as to 374 MOTION for Judgment as a Matter of Law *or a New Trial, or Remittitur*, 373 MOTION for Judgment as a Matter of Law *, or a New Trial, or Remittitur* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 05/19/2022) |
| 05/13/2022 | 🌐374 | MOTION for Judgment as a Matter of Law *or a New Trial, or Remittitur* by Defendant Jonathan Christian. (Ringel, Andrew) (Entered: 05/13/2022) |
| 05/13/2022 | 🌐373 | MOTION for Judgment as a Matter of Law *, or a New Trial, or Remittitur* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 05/13/2022) |
| 05/10/2022 | 🌐372 | ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE FOR THE AURORA DEFENDANTS: This matter is set for a five-day Jury Trial to commence on June 19, 2023 at 9:00 a.m. on the docket of Judge R. Brooke Jackson U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado. A Trial Preparation Conference is set for June 1, 2023 at 1:30 p.m. By Judge R. Brooke Jackson on 5/10/2022. (rbjsec. ) (Entered: 05/10/2022) |
| 05/09/2022 | 🌐371 | ORDER granting 370 Unopposed MOTION for Extension of Time to File Response/Reply as to 259 MOTION for Summary Judgment. The response is now due by 6/8/2022. The reply will be due by 6/22/2022. By Judge R. Brooke Jackson on 5/9/2022. Text Only Entry(rbjsec. ) (Entered: 05/09/2022) |
| 05/06/2022 | 🌐370 | Unopposed MOTION for Extension of Time to File Response/Reply as to 259 MOTION for Summary Judgment by Consol Plaintiff Johnathen Duran, Plaintiffs Zach Packard, Stanford Smith. (Wang, Elizabeth) (Entered: 05/06/2022) |
| 04/29/2022 | 🌐369 | ORDER granting 367 Unopposed MOTION for Trial (to Set Trial Date for Claims Against Aurora Defendants). The Court is available to set trial for 5/30/2023 (4-days); 6/5/2023 (5-days); 6/19/2023 (5-days). Corresponding Trial Preparation Conference dates are: 5/11/2023 at 1:30; 5/18/2023 at 1:30; 6/1/2023 at 1:30. The Court requests that counsel confer and then jointly notify Chambers at jackson_chambers@cod.uscourts.gov within 14 days of which dates you select. By Judge R. Brooke Jackson on 4/29/2022. Text Only Entry(rbjsec. ) (Entered: 04/29/2022) |
| 04/29/2022 | 🌐368 | MINUTE ORDER re: 259 MOTION for Summary Judgment. The Court sets a deadline of May 23, 2022 for plaintiffs to file a response to ECF No. 259. The Reply will be due by June 6, 2022. By Judge R. Brooke Jackson on 4/26/2022. Text Only Entry (rbjsec. ) (Entered: 04/29/2022) |
| 04/29/2022 | 🌐367 | Unopposed MOTION for Trial *(to Set Trial Date for Claims Against Aurora Defendants)* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Rutahindurwa, Makeba) (Entered: 04/29/2022) |
| 04/25/2022 | 🌐366 | ORDER SETTING TRIAL re: Arrest Class Claims. Five-day Jury Trial set to commence 4/24/2023 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson with a Trial Preparation Conference on 4/13/2023 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. by Judge R. Brooke Jackson |

| | | on 4/25/22. (jdyne, ) (Entered: 04/25/2022) |
|---|---|---|
| 04/21/2022 | 🌐365 | TRANSCRIPT of Trial Preparation Conference held on February 4, 2022 before Judge Jackson. Pages: 1-97. <br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 04/21/2022) |
| 04/21/2022 | 🌐364 | ORDER granting 363 Unopposed MOTION for Trial (to Set Trial Date for Arrest Class). The Court requests that counsel jointly contact Chambers at jackson_chambers@cod.uscourts.gov to schedule a trial date. By Judge R. Brooke Jackson on 4/21/2022. Text Only Entry(rbjsec. ) (Entered: 04/21/2022) |
| 04/19/2022 | 🌐363 | Unopposed MOTION for Trial *(to Set Trial Date for Arrest Class)* by Consol Plaintiffs Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 04/19/2022) |
| 04/18/2022 | 🌐362 | ORDER granting 361 Unopposed MOTION for Extension of Time to file Section 1988 attorneys' fee petitions and bills of costs. By Judge R. Brooke Jackson on 4/18/2022. Text Only Entry(rbjsec. ) (Entered: 04/18/2022) |
| 04/18/2022 | 🌐361 | Unopposed MOTION for Extension of Time to *file Section 1988 attorneys' fee petitions and bills of costs* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 04/18/2022) |
| 04/15/2022 | 🌐360 | JUDGMENT in favor of Amanda Blasingame, Ashlee Wedgeworth, Claire Sannier, Elisabeth Epps, Hollis Lyman, Jacquelyn Parkins, Joe Deras, Kelsey Taylor, Maya Rothlein, Sara Fitouri, Stanford Smith and Zach Packard; against the City and County of Denver and Jonathan Christian as indicated in the judgment. by Judge R. Brooke Jackson on 4/15/22. (jdyne, ) (Entered: 04/15/2022) |
| 04/12/2022 | 🌐359 | TRANSCRIPT of Jury Trial held on 03/25/2022 before Judge Jackson. Pages: 2990-3052. <br> **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** <br> Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |

| 04/12/2022 | 🌐358 | TRANSCRIPT of Jury Trial held on 03/24/2022 before Judge Jackson. Pages: 2797-2989. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
|---|---|---|
| 04/12/2022 | 🌐357 | TRANSCRIPT of Jury Trial held on 03/23/2022 before Judge Jackson. Pages: 2537-2796. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| 04/12/2022 | 🌐356 | TRANSCRIPT of Jury Trial held on 03/22/2022 before Judge Jackson. Pages: 2304-2536. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| 04/12/2022 | 🌐355 | TRANSCRIPT of Jury Trial held on 03/21/2022 before Judge Jackson. Pages: 2085-2303. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |

| 04/12/2022 | 🌐354 | Corrected TRANSCRIPT of Jury Trial held on 03/18/2022 before Judge Jackson. Pages: 1871-2084. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| --- | --- | --- |
| 04/12/2022 | 🌐353 | TRANSCRIPT of Jury Trial held on 03/18/2022 before Judge Jackson. Pages: 1871-2084. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| 04/12/2022 | 🌐352 | TRANSCRIPT of Jury Trial held on 03/17/2022 before Judge Jackson. Pages: 1652-1870. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| 04/12/2022 | 🌐351 | TRANSCRIPT of Jury Trial held on 03/16/2022 before Judge Jackson. Pages: 1403-1651. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |

| | | |
|---|---|---|
| 04/12/2022 | 🌐 350 | TRANSCRIPT of Jury Trial held on 03/15/2022 before Judge Jackson. Pages: 1181-1402.<br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| 04/12/2022 | 🌐 349 | TRANSCRIPT of Jury Trial held on 03/14/2022 before Judge Jackson. Pages: 986-1180.<br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (kcarl, ) (Entered: 04/12/2022) |
| 04/11/2022 | 🌐 348 | ORDER granting 347 Motion to Withdraw as Attorney. Attorney Leslie Claire Bailey is withdrawn. By Judge R. Brooke Jackson on 4/11/2022. Text Only Entry(rbjsec. ) (Entered: 04/11/2022) |
| 04/11/2022 | 🌐 347 | MOTION to Withdraw as Attorney by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Bailey, Leslie) (Entered: 04/11/2022) |
| 04/07/2022 | 🌐 346 | ORDER granting 345 MOTION to Withdraw as Attorney by Defendants Jonathan Christian, City and County of Denver. Attorney Lindsay Jordan is withdrawn. By Judge R. Brooke Jackson on 4/7/2022. Text Only Entry(rbjsec. ) (Entered: 04/07/2022) |
| 04/06/2022 | 🌐 345 | MOTION to Withdraw *as Attorney* by Defendants Jonathan Christian, City and County of Denver. (Jordan, Lindsay) (Entered: 04/06/2022) |
| 03/28/2022 | 🌐 344 | TRANSCRIPT of Rule 50 Motion held on 3/21/2022 before Judge Jackson. Pages: 1-33.<br>**NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.**<br>Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting |

| | | on PACER. (kcarl, ) (Entered: 03/28/2022) |
|---|---|---|
| 03/25/2022 | 🌐 343 | JURY VERDICT - redacted (jdyne, ) (Entered: 03/25/2022) |
| 03/25/2022 | 🌐 342 | Jury Verdict - Unredacted - Level 3 - Viewable by Court Only. (jdyne, ) (Entered: 03/25/2022) |
| 03/25/2022 | 🌐 341 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Fifteen completed on 3/25/2022. JURY VERDICT. Court Reporter: Kevin Carlin. (jdyne, ) (Entered: 03/25/2022) |
| 03/25/2022 | 🌐 339 | ORDER granting 338 MOTION for Leave to Communicate with Jurors Post-Trial. This Court routinely permits counsel to communicate with jurors after trials, as it believes that this is one way for lawyers to improve their advocacy skills. I do not place limits on where the communication occurs or what is discussed. My requirements are twofold: first, the juror or jurors must agree to have the communication, and if they inform counsel that they prefer not to discuss the case or verdict, that preference will be honored without further discussion; second, no juror will be criticized for the verdict or for his or her views of the evidence or the law. Any interview must be civil, courteous, respectful, and designed to learn how the attorney's presentation was received and how he or she could do better in the future, not to retry the case in any way. By Judge R. Brooke Jackson on 3/25/2022. Text Only Entry(rbjsec.) (Entered: 03/25/2022) |
| 03/25/2022 | 🌐 338 | MOTION for Leave to *Communicate with Jurors Post-Trial* by Defendants Jonathan Christian, City and County of Denver. (Birkholz, Hollie) (Entered: 03/25/2022) |
| 03/24/2022 | 🌐 340 | Jury Instructions given (jdyne, ) (Entered: 03/25/2022) |
| 03/24/2022 | 🌐 337 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Fourteen held on 3/24/2022. Evidence and testimony presented, closing arguments commenced, trial continued. ORDERED: Lunches are to be provided to the jurors today and throughout deliberations. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 55-59) (jdyne, ) (Entered: 03/24/2022) |
| 03/23/2022 | 🌐 336 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Thirteen held on 3/23/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 49-54) (jdyne, ) (Entered: 03/23/2022) |
| 03/23/2022 | 🌐 335 | Exhibit List *6th Supplemental with Plaintiff's Stipulations* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 03/23/2022) |
| 03/22/2022 | 🌐 334 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Twelve held on 3/22/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 42-48) (jdyne, ) (Entered: 03/22/2022) |
| 03/21/2022 | 🌐 333 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Eleven held on 3/21/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 36-42) (jdyne, ) (Entered: 03/21/2022) |

| 03/21/2022 | 🌐332 | Exhibit List *Fifth Supplemental with Plaintiffs' Stipulations* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 03/21/2022) |
|---|---|---|
| 03/18/2022 | 🌐331 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Ten held on 3/18/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 34-35) (jdyne, ) (Entered: 03/18/2022) |
| 03/17/2022 | 🌐330 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Nine held on 3/17/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 32-33) (jdyne, ) (Entered: 03/17/2022) |
| 03/16/2022 | 🌐329 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Eight held on 3/16/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror question nos. 21-31) (jdyne, ) (Entered: 03/16/2022) |
| 03/16/2022 | 🌐328 | ORDER re: juror pay. by Judge R. Brooke Jackson on 3/16/22. (jdyne, ) (Entered: 03/16/2022) |
| 03/15/2022 | 🌐327 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Seven held on 3/15/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (jdyne, ) (Entered: 03/15/2022) |
| 03/14/2022 | 🌐326 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Six held on 3/14/2022. Evidence and testimony presented, trial continued. Court Reporter: Kevin Carlin. (Attachments: # 1 juror questions nos. 13-20) (jdyne, ) (Entered: 03/14/2022) |
| 03/14/2022 | 🌐325 | Exhibit List *Fourth Supplemental with Plaintiffs' Stipulations by Denver Defendants* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 03/14/2022) |
| 03/11/2022 | 🌐324 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Five held on 3/11/2022. Evidence and testimony presented, trial continued. Court Reporter: Terri Lindblom. (jdyne, ) (Additional attachment(s) added on 3/11/2022: # 1 juror questions nos. 11 and 12) (jdyne, ). (Entered: 03/11/2022) |
| 03/10/2022 | 🌐323 | Exhibit List *Third Amended Exhibit List* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier. (Attachments: # 1 Exhibit Plaintiffs' Third Amended Exhibit List with Stipulations)(Macdonald, Timothy) (Entered: 03/10/2022) |
| 03/10/2022 | 🌐322 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Four held on 3/10/2022. Evidence and testimony presented, trial continued. Court Reporter: Terri Lindblom. (Attachments: # 1 juror questions nos. 7-10) (jdyne, ) (Entered: 03/10/2022) |
| 03/09/2022 | 🌐321 | AMENDED MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Amended re 320 Jury Trial Day Three held on 3/9/2022 to correct COURTROOM MINUTES text, as indicated. Court Reporter: Terri Lindblom. (Attachments: # 1 juror questions nos. 3-6) (jdyne, ) (Entered: 03/10/2022) |

| 03/09/2022 | 🌐320 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Three held on 3/9/2022. Evidence and testimony presented, trial continued. Court Reporter: Terri Lindblom. (Attachments: # 1 juror questions nos. 3-6) (jdyne, ) (Entered: 03/09/2022) |
| --- | --- | --- |
| 03/08/2022 | 🌐319 | Exhibit List by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit Plaintiffs' Amended Exhibit List with Defendants' Stipulations)(Macdonald, Timothy) (Entered: 03/08/2022) |
| 03/08/2022 | 🌐318 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day Two held on 3/8/2022. Evidence and testimony presented, trial continued. Court Reporter: Terri Lindblom. (jdyne, ) (Additional attachment(s) added on 3/9/2022: # 1 juror questions 1-2) (jdyne, ). (Entered: 03/08/2022) |
| 03/08/2022 | 🌐317 | Exhibit List *Third Supplemental Exhibit List with Plaintiff's Stipulations by Denver Defendants* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 03/08/2022) |
| 03/07/2022 | 🌐316 | Juror Strike Sheet - redacted(jdyne, ) (Entered: 03/07/2022) |
| 03/07/2022 | 🌐315 | Juror Strike Sheet - Unredacted - Level 3 - Viewable by Court Only. (jdyne, ) (Entered: 03/07/2022) |
| 03/07/2022 | 🌐314 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Jury Trial Day One held on 3/7/2022. Jury selected, opening arguments given, trial continued. Court Reporter: Terri Lindblom. (jdyne, ) Text Only Entry (Entered: 03/07/2022) |
| 03/06/2022 | 🌐313 | STIPULATION by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 03/06/2022) |
| 03/04/2022 | 🌐312 | Exhibit List by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit Amended Exhibit List)(Sebba, Michael) (Entered: 03/04/2022) |
| 03/04/2022 | 🌐311 | STIPULATION of Dismissal of Party by Consol Plaintiff Johnathen Duran. (Wang, Elizabeth) (Entered: 03/04/2022) |
| 03/04/2022 | 🌐310 | Witness List by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Macdonald, Timothy) (Entered: 03/04/2022) |
| 03/04/2022 | 🌐309 | Exhibit List by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Joe Deras, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit List)(Wang, Elizabeth) (Entered: 03/04/2022) |

| 03/04/2022 | 🌐 308 | Witness List by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 03/04/2022) |
|---|---|---|
| 03/04/2022 | 🌐 307 | Exhibit List by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 03/04/2022) |
| 03/03/2022 | 🌐 306 | RESPONSE to 297 Trial Brief *Second* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 03/03/2022) |
| 03/02/2022 | 🌐 305 | STIPULATION of Dismissal of Party by Consol Plaintiff Youssef Amghar. (Wang, Elizabeth) (Entered: 03/02/2022) |
| 03/01/2022 | 🌐 304 | ORDER granting in part and denying in part 271 Motion for Summary Judgment by Judge R. Brooke Jackson on 3/1/22.(jdyne, ) (Entered: 03/01/2022) |
| 03/01/2022 | 🌐 303 | ORDER finding as moot 255 MOTION for Summary Judgment by Denver Defendants. A revised motion was filed at ECF No. 271 . By Judge R. Brooke Jackson on 3/1/2022. Text Only Entry(rbjsec. ) Modified on 3/1/2022 to edit linkage. (sphil, ). (Entered: 03/01/2022) |
| 02/28/2022 | 🌐 302 | REPLY to Response to 283 MOTION to Exclude *THIRTEEN PLAINTIFFS FROM CLASS ACTION MEMBERSHIP IN 20-CV-01878-RBJ* filed by Interested Parties Baumgartner Law, LLC, Beem & Isley, PC. (Attachments: # 1 Exhibit Exhibit 6)(Baumgartner, Stephen) (Entered: 02/28/2022) |
| 02/28/2022 | 🌐 301 | TRANSCRIPT of Trial Preparation Conference held on February 23, 2022 before Judge Jackson. Pages: 1-127. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 02/28/2022) |
| 02/28/2022 | 🌐 300 | ORDER ON CERTAIN PENDING NON-DISPOSITIVE MOTIONS: 1. Denver's Motion to Preclude Independent Monitor Nicholas E. Mitchell as a Witness for Plaintiffs and Office of Independent Monitor Interview Memos as Evidence, ECF No. 169 : DENIED. 2. Plaintiffs' Motion to Limit the Expert Opinion Testimony of Steve IJames, ECF No. 244 : DENIED. 3. Plaintiffs' Motion to Limit the Expert Opinion Testimony of Josh Garcia, ECF No. 245 : DENIED. 4. Plaintiffs' [Four] Motions in Limine, ECF No. 246 . (Addressed at the February 23, 2022 hearing): GRANTED IN PART, DENIED IN PART. 5. Plaintiffs' Motion to Bar Testimony from Marc Sears and Jason Petrucelli (Aurora Defendants' Non-Retained Experts), ECF No. 252 : DENIED. 6. Plaintiffs' Supplement to Motion in Limine No. 4 to Bar Untimely Witnesses, ECF No. 258 : GRANTED IN PART, DENIED IN PART. 7. Fitouri plaintiffs' Motion to limit the Expert Opinion Testimony of Peter Davidov, ECF No. 270 : DENIED. 8. Plaintiffs' Motion in Limine No. 5 to Bar any Evidence of Plaintiffs Committing any Act that Warranted Use of Force on Them, ECF No. 272 : |

| | | |
|---|---|---|
| | | DENIED. 9. Plaintiffs' Unopposed Motion to File Certain Exhibits Under Seal, ECF No. 285 : GRANTED. By Judge R. Brooke Jackson on 2/28/2022. (rbjsec.) (Entered: 02/28/2022) |
| 02/23/2022 | 🌐 299 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Trial Preparation Conference held on 2/23/2022. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 02/23/2022) |
| 02/22/2022 | 🌐 409 | Conventionally Submitted Material : 1 Flash Drive of Exhibits to Plaintiffs' Opposition to Defendants' Motion for Summary Judgment. Location: 1st Floor Area, Box A-1-4. Text Only Entry. (sphil, ) (Entered: 07/19/2022) |
| 02/22/2022 | 🌐 298 | ORDER granting 253 MOTION for Summary Judgment by Defendants Timothy Dreith and Anthony Hamilton. By Judge R. Brooke Jackson on 2/22/2022. (rbjsec. ) (Entered: 02/22/2022) |
| 02/22/2022 | 🌐 297 | TRIAL BRIEF *(SECOND)* by Defendants Jonathan Christian, City and County of Denver, Keith Valentine. (Ringel, Andrew) (Entered: 02/22/2022) |
| 02/21/2022 | 🌐 296 | Exhibits in Support of 291 Response, *Exhibit 3 (IA letter) to Response to Defendants' Trial Brief* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 02/21/2022) |
| 02/18/2022 | 🌐 295 | NOTICE of Entry of Appearance by Robert Alan Weiner on behalf of David Abeyta, City and County of DenverAttorney Robert Alan Weiner added to party David Abeyta(pty:dft), Attorney Robert Alan Weiner added to party City and County of Denver(pty:dft) (Weiner, Robert) (Entered: 02/18/2022) |
| 02/15/2022 | 🌐 292 | NOTICE of Entry of Appearance by Brian Mark Williams on behalf of Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee WedgeworthAttorney Brian Mark Williams added to party Amanda Blasingame(pty:pla), Attorney Brian Mark Williams added to party Elisabeth Epps(pty:pla), Attorney Brian Mark Williams added to party Hollis Lyman(pty:pla), Attorney Brian Mark Williams added to party Zach Packard(pty:pla), Attorney Brian Mark Williams added to party Maya Rothlein(pty:pla), Attorney Brian Mark Williams added to party Stanford Smith(pty:pla), Attorney Brian Mark Williams added to party Ashlee Wedgeworth(pty:pla) (Williams, Brian) (Entered: 02/15/2022) |
| 02/14/2022 | 🌐 294 | Conventionally Submitted Material : 1 Flash Drive to 286 Brief in Opposition to Motion by Plaintiff Elisabeth Epps. Location: 1st Floor Area, Box A-1-4. Text Only Entry. (sphil, ) (Entered: 02/15/2022) |
| 02/14/2022 | 🌐 293 | Conventionally Submitted Material : 1 Flash Drive to 289 Brief in Opposition to Motion. Location: 1st Floor Area, Box A-1-4. Text Only Entry. (sphil, ) (Entered: 02/15/2022) |
| 02/14/2022 | 🌐 291 | RESPONSE to 267 Trial Brief by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1 (Valentine Dep.), # 2 Exhibit 2 (OIM Report), # 3 Exhibit 4 (Mitchell Dep.)) |

| | | (Wang, Elizabeth) (Entered: 02/14/2022) |
|---|---|---|
| 02/14/2022 | 🌐290 | RESPONSE to 283 MOTION to Exclude *THIRTEEN PLAINTIFFS FROM CLASS ACTION MEMBERSHIP IN 20-CV-01878-RBJ* filed by Consol Plaintiffs Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1 (Ringel Ltr.))(Wang, Elizabeth) (Entered: 02/14/2022) |
| 02/11/2022 | 🌐289 | BRIEF in Opposition to 253 MOTION for Summary Judgment filed by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Rutahindurwa, Makeba) (Entered: 02/11/2022) |
| 02/11/2022 | 🌐288 | Exhibits in Support *of Plaintiff Joe Deras's Opposition to Jefferson County Defendants' Motion for Summary Judgment* by Consol Plaintiff Joe Deras. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 8, # 8 Exhibit 9, # 9 Exhibit 10, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 13, # 13 Exhibit 14, # 14 Exhibit 15, # 15 Exhibit 16, # 16 Exhibit 17, # 17 Exhibit 18, # 18 Exhibit 19)(Rutahindurwa, Makeba) (Entered: 02/11/2022) |
| 02/11/2022 | 🌐287 | RESTRICTED DOCUMENT - Level 1: Draft Memo to 286 BRIEF in Opposition by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth.. (Attachments: # 1 Exhibit 10, # 2 Exhibit 13, # 3 Exhibit 37, # 4 Exhibit 50, # 5 Exhibit 54, # 6 Exhibit 67, # 7 Exhibit 70, # 8 Exhibit 74, # 9 Exhibit 76)(Wang, Elizabeth) Modified on 2/15/2022 to add document title and linkage. (sphil, ). (Entered: 02/11/2022) |
| 02/11/2022 | 🌐286 | BRIEF in Opposition to 271 MOTION for Summary Judgment *Revised by Denver Defendants* filed by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit Exhibit List, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 11, # 11 Exhibit 12, # 12 Exhibit 14, # 13 Exhibit 15, # 14 Exhibit 16, # 15 Exhibit 17, # 16 Exhibit 18, # 17 Exhibit 19, # 18 Exhibit 20, # 19 Exhibit 21, # 20 Exhibit 22, # 21 Exhibit 23, # 22 Exhibit 24, # 23 Exhibit 25, # 24 Exhibit 26, # 25 Exhibit 27, # 26 Exhibit 28, # 27 Exhibit 29, # 28 Exhibit 30, # 29 Exhibit 31, # 30 Exhibit 32, # 31 Exhibit 33, # 32 Exhibit 34, # 33 Exhibit 35, # 34 Exhibit 36, # 35 Exhibit 38, # 36 Exhibit 39, # 37 Exhibit 40, # 38 Exhibit 42, # 39 Exhibit 43, # 40 Exhibit 44, # 41 Exhibit 45, # 42 Exhibit 46, # 43 Exhibit 47, # 44 Exhibit 48, # 45 Exhibit 49, # 46 Exhibit 51, # 47 Exhibit 52, # 48 Exhibit 53, # 49 Exhibit 55, # 50 Exhibit 56, # 51 Exhibit 57, # 52 Exhibit 58, # 53 Exhibit 59, # 54 Exhibit 60, # 55 Exhibit 61, # 56 Exhibit 62, # 57 Exhibit 63, # 58 Exhibit 64, # 59 Exhibit 65, # 60 Exhibit 66, # 61 Exhibit 68, # 62 Exhibit 69, # 63 Exhibit 71, # 64 Exhibit 72, # 65 Exhibit 73, # 66 Exhibit 76)(Wang, Elizabeth) (Entered: 02/11/2022) |

| | | |
|---|---|---|
| 02/11/2022 | 🌐 285 | Unopposed MOTION for Leave to *File Certain Exhibits Under Seal* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 02/11/2022) |
| 02/11/2022 | 🌐 284 | RESPONSE to 272 MOTION in Limine *No. 5 to bar any evidence of Plaintiffs committing any act that warranted the use of force against them* filed by Defendant City and County of Denver. (Birkholz, Hollie) (Entered: 02/11/2022) |
| 02/11/2022 | 🌐 283 | MOTION to Exclude *THIRTEEN PLAINTIFFS FROM CLASS ACTION MEMBERSHIP IN 20-CV-01878-RBJ* by Interested Parties Baumgartner Law, LLC, Beem & Isley, PC. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5)(Baumgartner, Stephen) (Entered: 02/11/2022) |
| 02/09/2022 | 🌐 282 | Joint STATUS REPORT *regarding settlement* by Consol Plaintiff Johnathen Duran. (Wang, Elizabeth) (Entered: 02/09/2022) |
| 02/09/2022 | 🌐 281 | NOTICE of Entry of Appearance by Diana K. Sterk on behalf of Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee WedgeworthAttorney Diana K. Sterk added to party Amanda Blasingame(pty:pla), Attorney Diana K. Sterk added to party Elisabeth Epps(pty:pla), Attorney Diana K. Sterk added to party Hollis Lyman(pty:pla), Attorney Diana K. Sterk added to party Zach Packard(pty:pla), Attorney Diana K. Sterk added to party Maya Rothlein(pty:pla), Attorney Diana K. Sterk added to party Stanford Smith(pty:pla), Attorney Diana K. Sterk added to party Ashlee Wedgeworth(pty:pla) (Sterk, Diana) (Entered: 02/09/2022) |
| 02/08/2022 | 🌐 | Pursuant to 280 STIPULATION of Dismissal of Party Defendants, Parties Matthew Canino (Lieutenant), Kevin Carroll (Lieutenant), Justin Dodge (Sergeant), Richard D. Eberharter (Corporal), Marco Martinez (Sergeant), Michael O'Donnell (Lieutenant), Patrick Phelan (Commander), Thomas Pine (Lieutenant), Vincent Porter (Lieutenant), Anthony E. Tak (Officer, #00018), James D. Williams (Lieutenant), David Abeyta (Sergeant) and Rick Beall (Sergeant) are terminated on 2/8/2022. Text Only Entry. (sphil, ) (Entered: 02/14/2022) |
| 02/08/2022 | 🌐 280 | STIPULATION of Dismissal of Party *Defendants Anthony Tak, Patrick Phelan, Matthew Canino, James Williams, Thomas Pine, Vincent Porter, Michael O'Donnell, Kevin Carroll, Rick Beall, David Abeyta, Marco Martinez, Justin Dodge, and Richard Eberharter* by Consol Plaintiffs Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 02/08/2022) |
| 02/08/2022 | 🌐 279 | Joint STATUS REPORT *regarding settlement* by Consol Plaintiff Youssef Amghar. (Wang, Elizabeth) (Entered: 02/08/2022) |
| 02/04/2022 | 🌐 278 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Trial Preparation Conference held on 2/4/2022. Additional Trial Preparation Conference set for 2/23/2022 at 9:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 02/04/2022) |
| 02/03/2022 | 🌐 277 | RESPONSE to 252 MOTION in Limine *to Limit the Expert Opinion Testimony of Marc Sears and Jason Petrucelli (Aurora Defendants' Non-Retained Experts)* |

| | | |
|---|---|---|
| | | filed by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant. (Attachments: # 1 Exhibit A - SPEARS DEPOSITION, # 2 Exhibit B - PETRUCELLI DEPOSITION)(Evans, Isabelle) (Entered: 02/03/2022) |
| 02/03/2022 | 276 | SECOND ORDER FOLLOWING *IN CAMERA* REVIEW by Judge R. Brooke Jackson on 2/3/22. (jdyne, ) (Entered: 02/03/2022) |
| 02/03/2022 | 275 | RESPONSE to 270 MOTION in Limine *to Limit the Testimony of Peter Davidov* filed by Defendants Timothy Dreith, Anthony Hamilton. (Butler, Eric) (Entered: 02/03/2022) |
| 02/02/2022 | 274 | MOTION to Continue *Trial* by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant. (Evans, Isabelle) (Entered: 02/02/2022) |
| 02/02/2022 | 273 | Conventionally Submitted Material : 1 Flash Drive to MOTION for Summary Judgment 253 by Defendant Timothy Dreith. Location: 1st Floor Area, Box A-1-2. Text Only Entry. (sphil, ) (Entered: 02/02/2022) |
| 02/02/2022 | 272 | MOTION in Limine *No. 5 to bar any evidence of Plaintiffs committing any act that warranted the use of force against them* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Wang, Elizabeth) (Entered: 02/02/2022) |
| 02/01/2022 | 271 | MOTION for Summary Judgment *Revised by Denver Defendants* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 02/01/2022) |
| 02/01/2022 | 270 | MOTION in Limine *to Limit the Testimony of Peter Davidov* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1)(Rutahindurwa, Makeba) (Entered: 02/01/2022) |
| 01/31/2022 | 269 | RESPONSE to 258 MOTION in Limine *No. 4 (Supplement to Motion in Limine No. 4) to bar undisclosed witnesses*, 246 MOTION in Limine *Nos. 1 through 4* Attorney Lindsay Michelle Jordan added to party Jonathan Christian(pty:dft), Attorney Lindsay Michelle Jordan added to party Keith Valentine(pty:dft) filed by Defendants Matthew Brukbacher, Cory Budaj, Jonathan Christian, City and County of Denver, City of Aurora, CO, Anthony Hamilton, David McNamee, Patricio Serrant, Keith Valentine. (Jordan, Lindsay) (Entered: 01/31/2022) |
| 01/31/2022 | 268 | Conventionally Submitted Material : 1 Flash Drive to 259 MOTION for Summary Judgment by Defendant Cory Budaj. Location: 1st Floor Area, Box A-1-2. Text Only Entry. (sphil, ) (Entered: 01/31/2022) |
| 01/31/2022 | 267 | TRIAL BRIEF *by Denver Defendants* by Defendant City and County of Denver. (Attachments: # 1 Exhibit A OIM Report.pdf, # 2 Exhibit B Mitchell Dep.pdf) (Ringel, Andrew) (Entered: 01/31/2022) |
| 01/31/2022 | 266 | RESPONSE to 244 MOTION in Limine *To Limit the Expert Opinion Testimony of Steve Ijames by Denver Defendants* filed by Defendant City and County of Denver. (Attachments: # 1 Exhibit A Ijames CV, # 2 Exhibit B Ijames List of Prior Testimony)(Ringel, Andrew) (Entered: 01/31/2022) |

| | | |
|---|---|---|
| 01/31/2022 | 265 | RESPONSE to 245 MOTION in Limine *to bar certain testimony of Josh Garcia under Rule 702 and Daubert* filed by Defendants Timothy Dreith, Anthony Hamilton. (Butler, Eric) (Entered: 01/31/2022) |
| 01/31/2022 | 264 | ORDER granting 256 Motion for Leave to Restrict. By Judge R. Brooke Jackson on 1/31/2022. Text Only Entry(rbjsec. ) (Entered: 01/31/2022) |
| 01/31/2022 | 263 | ORDER denying 254 MOTION for Leave to File Excess Pages for Motion for Summary Judgment by Denver Defendants. By Judge R. Brooke Jackson on 1/31/2022. Text Only Entry(rbjsec. ) (Entered: 01/31/2022) |
| 01/31/2022 | 262 | ERRATA re 253 MOTION for Summary Judgment *Exhibit G - revised* by Defendants Timothy Dreith, Anthony Hamilton. (Butler, Eric) (Entered: 01/31/2022) |
| 01/28/2022 | 261 | BRIEF in Opposition to 254 MOTION for Leave to File Excess Pages *for Motion for Summary Judgment by Denver Defendants* filed by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 01/28/2022) |
| 01/28/2022 | 260 | NOTICE *of Conventionally Submitted Materials* by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant (Lowe, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 259 | MOTION for Summary Judgment by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Conventionally Submitted I-J)(Lowe, Michael) (Entered: 01/28/2022) |
| 01/28/2022 | 258 | MOTION in Limine *No. 4 (Supplement to Motion in Limine No. 4) to bar undisclosed witnesses* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 01/28/2022) |
| 01/28/2022 | 257 | RESTRICTED DOCUMENT - Level 1: Exhibit M to MOTION for Summary Judgment by Defendant City and County of Denver.. (Attachments: # 1 Exhibit N 40mm Operator Course Version 11.19, # 2 Exhibit V Chart of Officer Injuries.)(Ringel, Andrew) Modified on 1/31/2022 to add document title and linkage. (sphil, ). (Entered: 01/28/2022) |
| 01/28/2022 | 256 | MOTION for Leave to Restrict by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 01/28/2022) |
| 01/28/2022 | 255 | MOTION for Summary Judgment *by Denver Defendants* by Defendant City and County of Denver. (Attachments: # 1 Exhibit A Phlean Depo, # 2 Exhibit B Lt Canino Depo, # 3 Exhibit C O'Donnell Depo, # 4 Exhibit D Beall Depo, # 5 Exhibit E Martinez Depo, # 6 Exhibit F Carroll Depo, # 7 Exhibit G DPD Operations Plan 5-28-20, # 8 Exhibit H DPD Operations Plan 5-29-20, # 9 Exhibit I DPD Operations Plan 5-30-20, # 10 Exhibit J DPD Operations Plan 5-31-20, # 11 Exhibit K DPD Operations Plan 6-1-20, # 12 Exhibit L DPD Operations Plan 6-2-20, # 13 Exhibit O ER Curfew to DRMC 5-30-20, # 14 Exhibit P ER Curfew to DRMC 6-1-20, # 15 Exhibit Q Chief Thomas Depo, # 16 |

| | | |
|---|---|---|
| | | Exhibit R Citations with Additional Charge, # 17 Exhibit S Message Summarizing Police Activity and Arrests, # 18 Exhibit T Ops Manual at DEN 981 & 1010, # 19 Exhibit U Chief Pazen Depo, # 20 Exhibit W Table of Officer Injuries, # 21 Exhibit X Table of Officer Injuries, # 22 Exhibit Y Summary Data of Property Damage, # 23 Exhibit Z Summary Data to City Buildings, # 24 Exhibit AA Property Damage Table, # 25 Exhibit BB Property Damage Glass, # 26 Exhibit CC Damage Photos, # 27 Exhibit DD Damage Quote, # 28 Exhibit EE Arrest table)(Ringel, Andrew) Modified on 3/1/2022 (sphil, ). (Entered: 01/28/2022) |
| 01/28/2022 | 🌐254 | MOTION for Leave to File Excess Pages *for Motion for Summary Judgment by Denver Defendants* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 01/28/2022) |
| 01/28/2022 | 🌐253 | MOTION for Summary Judgment by Defendants Timothy Dreith, Anthony Hamilton. (Attachments: # 1 Exhibit A - JCSO After Action Report, # 2 Exhibit B - Deras 8.11.21 Dep Tr, # 3 Exhibit C - Golden PD Reports, # 4 Exhibit D - JCSO 20-10539, # 5 Exhibit E - Hamilton Dep Tr, # 6 Exhibit F - Dreith Dep Tr, # 7 Exhibit G - Deras 11.23.21 Dep Tr, # 8 Exhibit H - conventionally submitted HALO video, # 9 Exhibit I - Dreith Decl, # 10 Exhibit J - Hamilton Decl, # 11 Exhibit K - Arvada PD Reports, # 12 Exhibit L - Garcia Dep Tr, # 13 Exhibit M - conventionally submitted video Garcia Dep)(Butler, Eric) (Entered: 01/28/2022) |
| 01/28/2022 | 🌐252 | MOTION in Limine *to Limit the Expert Opinion Testimony of Marc Sears and Jason Petrucelli* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Wang, Elizabeth) (Entered: 01/28/2022) |
| 01/26/2022 | 🌐251 | Joint MOTION to Bifurcate *Trial* by Defendants David Abeyta, Matthew Brukbacher, Cory Budaj, Jonathan Christian, City and County of Denver, City of Aurora, CO, Timothy Dreith, Anthony Hamilton, David McNamee, Patricio Serrant, Keith Valentine, Consol Defendant Anthony E. Tak. (Birkholz, Hollie) (Entered: 01/26/2022) |
| 01/24/2022 | 🌐250 | ORDER Following *In Camera* Review by Judge R. Brooke Jackson on 1/24/22. (jdyne, ) (Entered: 01/24/2022) |
| 01/21/2022 | 🌐249 | STATUS REPORT by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 01/21/2022) |
| 01/21/2022 | 🌐248 | MINUTE ORDER REGARDING LETTERS OF INTENT AND RESPONSES REGARDING POTENTIAL MOTIONS FOR SUMMARY JUDGMENT 236 Notice, 237 Notice, 238 Notice, 239 Notice, 240 Notice, and 241 Notice. See order for details. By Judge R. Brooke Jackson on 1/21/2022. Text Only Entry (rbjsec. ) (Entered: 01/21/2022) |
| 01/20/2022 | 🌐247 | NOTICE of Entry of Appearance by Heather Dawn Kuhlman on behalf of Matthew Brukbacher, Cory Budaj, David McNamee, Patricio SerrantAttorney Heather Dawn Kuhlman added to party Matthew Brukbacher(pty:dft), Attorney Heather Dawn Kuhlman added to party Cory Budaj(pty:dft), Attorney Heather |

| | | |
|---|---|---|
| | | Dawn Kuhlman added to party David McNamee(pty:dft), Attorney Heather Dawn Kuhlman added to party Patricio Serrant(pty:dft) (Kuhlman, Heather) (Entered: 01/20/2022) |
| 01/19/2022 | 🌐 246 | MOTION in Limine *Nos. 1 through 4* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10)(Rutahindurwa, Makeba) (Entered: 01/19/2022) |
| 01/19/2022 | 🌐 245 | MOTION in Limine *to bar certain testimony of Josh Garcia under Rule 702 and Daubert* by Consol Plaintiff Joe Deras. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Wang, Elizabeth) (Entered: 01/19/2022) |
| 01/19/2022 | 🌐 244 | MOTION in Limine *To Limit the Expert Opinion Testimony of Steve Ijames* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Rutahindurwa, Makeba) (Entered: 01/19/2022) |
| 01/19/2022 | 🌐 243 | ORDER granting 242 MOTION to Withdraw as Attorney Mollie DiBrell. Attorney Mollie DiBrell is withdrawn. By Judge R. Brooke Jackson on 1/19/2022. Text Only Entry(rbjsec.) (Entered: 01/19/2022) |
| 01/19/2022 | 🌐 242 | MOTION to Withdraw as Attorney *Mollie DiBrell* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 01/19/2022) |
| 01/14/2022 | 🌐 241 | NOTICE re 237 Notice (Other) *Response to Denver Defendants' Notice of Intent to File Motion for Summary Judgment* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth (Wang, Elizabeth) (Entered: 01/14/2022) |
| 01/13/2022 | 🌐 240 | NOTICE re 238 Notice (Other) *Response to Aurora Defendants' Notice of Intent to File for Summary Judgment* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth (Wang, Elizabeth) (Entered: 01/13/2022) |
| 01/12/2022 | 🌐 239 | NOTICE re 236 Notice (Other) *Response to Defendants Dreith and Hamilton's Notice of Intent to File for Summary Judgment* by Consol Plaintiff Joe Deras (Wang, Elizabeth) (Entered: 01/12/2022) |
| 01/07/2022 | 🌐 238 | NOTICE *of Intent to File Motion for Summary Judgment* by Defendants Matthew Brukbacher, Cory Budaj, City of Aurora, CO, David McNamee, Patricio Serrant (Lowe, Michael) (Entered: 01/07/2022) |

| 01/07/2022 | 🌐 237 | NOTICE *of Intent to File Motion for Summary Judgment on behalf of the Denver Defendants* by Defendant City and County of Denver, Consol Defendant Anthony E. Tak (Ringel, Andrew) (Entered: 01/07/2022) |
| 01/06/2022 | 🌐 236 | NOTICE *of Intent to File for Summary Judgment* by Defendants Timothy Dreith, Anthony Hamilton (Butler, Eric) (Entered: 01/06/2022) |
| 01/05/2022 | 🌐 235 | ORDER granting 234 Motion to Withdraw as Attorney. Attorney Gerardo Mijares-Shafai is withdrawn. By Judge R. Brooke Jackson on 1/5/2022. Text Only Entry(rbjsec.) (Entered: 01/05/2022) |
| 01/04/2022 | 🌐 234 | MOTION to Withdraw as Attorney *Gerardo Mijares-Shafai* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 01/04/2022) |
| 12/30/2021 | 🌐 233 | ORDER granting 232 Motion to Withdraw as Attorney. Attorney Rachel Jane Marilyn Bender is withdrawn. By Judge R. Brooke Jackson on 12/30/2021. Text Only Entry(rbjsec.) (Entered: 12/30/2021) |
| 12/30/2021 | 🌐 232 | MOTION to Withdraw as Attorney by Defendants Timothy Dreith, Anthony Hamilton. (Bender, Rachel) (Entered: 12/30/2021) |
| 12/22/2021 | 🌐 231 | *Aurora Defendants'* ANSWER to 178 Amended Complaint, by Matthew Brukbacher, City of Aurora, CO, David McNamee, Patricio Serrant.(Evans, Isabelle) (Entered: 12/22/2021) |
| 12/22/2021 | 🌐 230 | *Officer Keith Valentines* ANSWER to 178 Amended Complaint, by Keith Valentine.(Birkholz, Hollie) (Entered: 12/22/2021) |
| 12/22/2021 | 🌐 229 | *Officer Jonathan Christians* ANSWER to 178 Amended Complaint, by Jonathan Christian.(Birkholz, Hollie) (Entered: 12/22/2021) |
| 12/20/2021 | 🌐 228 | ANSWER to 219 Amended Complaint, Attorney Rachel Jane Marilyn Bender added to party Timothy Dreith(pty:dft), Attorney Rachel Jane Marilyn Bender added to party Anthony Hamilton(pty:dft) by Timothy Dreith, Anthony Hamilton.(Bender, Rachel) (Entered: 12/20/2021) |
| 12/16/2021 | 🌐 227 | NOTICE of Entry of Appearance by Eric Thomas Butler on behalf of Timothy Dreith, Anthony HamiltonAttorney Eric Thomas Butler added to party Timothy Dreith(pty:dft), Attorney Eric Thomas Butler added to party Anthony Hamilton(pty:dft) (Butler, Eric) (Entered: 12/16/2021) |
| 12/14/2021 | 🌐 226 | STIPULATION *Establishing Expert Witness Deadlines for Aurora and Jeffco Defendants* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 12/14/2021) |
| 12/07/2021 | 🌐 225 | *Denver Defendants'* ANSWER to 219 Amended Complaint, by David Abeyta, City and County of Denver, Anthony E. Tak.(Jordan, Lindsay) (Entered: 12/07/2021) |
| 12/07/2021 | 🌐 224 | *City of Aurora's* ANSWER to 219 Amended Complaint, *And Jury Demand* by Cory Budaj, City of Aurora, CO.(Evans, Isabelle) (Entered: 12/07/2021) |

| | | |
|---|---|---|
| 12/01/2021 | 🌐 223 | Conventionally Submitted Material : 1 Flash Drive (In Camera Review) re: 216 Order. Location: 1st Floor Area, Box A-1-2. Text Only Entry. (sphil, ) (Entered: 12/01/2021) |
| 11/30/2021 | 🌐 222 | SUMMONES issued by Clerk as to Deputy Sheriff Anthony Hamilton and Deputy Sheriff Timothy Dreith (Attachments: # 1 Magistrate Judge Consent Form) (sphil, ) (Entered: 11/30/2021) |
| 11/24/2021 | 🌐 221 | NOTICE of Voluntary Dismissal of Party *Sheriff Jeff Shrader of Jefferson County, Colorado* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor (Wang, Elizabeth) (Entered: 11/24/2021) |
| 11/23/2021 | 🌐 220 | SUMMONS REQUEST as to Deputy Sheriff Anthony Hamilton, Deputy Sheriff Timothy Dreith Deputy Sheriff re 219 Amended Complaint, by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Summons)(Wang, Elizabeth) (Entered: 11/23/2021) |
| 11/23/2021 | 🌐 219 | Third AMENDED Class Action COMPLAINT and Jury Demand against All Defendants, filed by Youssef Amghar, Sara Fitouri, Kelsey Taylor, Jacquelyn Parkins, Joe Deras, Claire Sannier, Johnathen Duran. (document filed in this case pursuant to [#218] Order). (sphil, ) (Entered: 11/23/2021) |
| 11/23/2021 | 🌐 218 | ORDER granting 215 Stipulated MOTION to Amend/Correct/Modify 153 Amended Complaint (Agreed Motion to file Third Amended Complaint). The Court requests that the Clerk of Court docket the Third Amended Complaint at ECF No. 215-1. By Judge R. Brooke Jackson on 11/23/2021. Text Only Entry(rbjsec. ) (Entered: 11/23/2021) |
| 11/23/2021 | 🌐 217 | ORDER granting in part and denying in part 194 MOTION to Amend/Correct /Modify 46 Scheduling Order and Trial Date. The Court does not authorize additional discovery by or against the Denver defendants. The Court authorizes the Jeffco defendants as a group to serve three interrogatories, three requests for production, and three requests for admission on each of the two plaintiff groups (Epps and Fitouri). The two plaintiff groups collectively may serve three interrogatories, three requests for production, and three request for admissions on the Jeffco defendants as a group. The Court authorizes the Aurora defendants as a group to serve three interrogatories, three requests for production, and three requests for admission on each of the two plaintiff groups (Epps and Fitouri). The two plaintiff groups collectively may serve three interrogatories, three requests for production, and three request for admissions on the Aurora defendants as a group. Depositions: plaintiffs collectively: 2 depositions of the Jeffco defendants and 2 depositions of the Aurora defendants, not to exceed four hours per deposition. Each of the Jeffco and Aurora defendant groups may take 2 depositions, not to exceed four hours. The Jeffco defendants may also reopen the deposition of Joe Deras for two additional hours. The Aurora defendants may also reopen the depositions of Jonathan Duran and Zach Packard for two additional hours for each deponent. The discovery cutoff for the foregoing new discovery is December 30, 2021. The dispositive motions deadline for all parties is extended to January 28, 2022. Responses are due February 11, 2022. No replies. Page limits for dispositive motions: plaintiffs and Denver defendants: 25 total, meaning the plaintiffs collectively have 25 pages to use as they see fit, and |

| | | |
|---|---|---|
| | | the Denver defendants have 25 pages to use as they see fit. Jeffco and Aurora: 15 pages total for each of them, to use as they see fit. The Court will not have the time available to process more than what will amount to 80 total pages of briefing before the trial date, given the Court's vacation and trial schedules in February 2022, so be concise; and please do not file a dispositive motion if, as the Court believes to be likely, there is any genuine dispute of material fact. The Court declines at this time to reset the trial. It has been set for a long time, and it will be difficult to find a new 15-day block that is agreeable to all parties and counsel but will not be set over other parties' cases. However, the Court realizes that the pressure on the discovery, dispositive motions and trial dates that we are under is the result of the plaintiffs' belated decisions to amend to add the Jeffco and Aurora defendants to this case. The Court might reconsider the trial date, in whole or in part, depending upon the outcome of the mediation set with Judge Meyer during the week of January 17, 2022. The Court requests a status report no later than January 21, 2022. By Judge R. Brooke Jackson on 11/23/2021. Text Only Entry(rbjsec. ) (Entered: 11/23/2021) |
| 11/23/2021 | 🌐216 | ORDER granting 176 / 179 Request for In Camera Review of OIM Memos to by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. Defendants are directed to submit for in camera review the unredacted documents, the documents with the original redactions, and the documents with the modified redactions. Depending upon the volume, the Court might have to review a portion of the documents and draw reasonable inferences as to the appropriateness of the redactions. The Court will defer consideration of ECF No. 169 until this process is completed. By Judge R. Brooke Jackson on 11/23/2021. Text Only Entry(rbjsec.) (Entered: 11/23/2021) |
| 11/22/2021 | 🌐215 | Stipulated MOTION to Amend/Correct/Modify 153 Amended Complaint *(Agreed Motion to file Third Amended Complaint)* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit A (Proposed 3AC clean), # 2 Exhibit B (Proposed 3AC redline))(Wang, Elizabeth) (Entered: 11/22/2021) |
| 11/22/2021 | 🌐214 | *Denver Defendants'* ANSWER to 153 Amended Complaint by David Abeyta, City and County of Denver, Anthony E. Tak.(Jordan, Lindsay) (Entered: 11/22/2021) |
| 11/22/2021 | 🌐213 | *City of Aurora's* ANSWER to 153 Amended Complaint by Cory Budaj, City of Aurora, CO.(Evans, Isabelle) (Entered: 11/22/2021) |
| 11/18/2021 | 🌐212 | STIPULATION for Extension of Time to Answer or Respond to the Complaint by Defendant Jeff Shrader. Jeff Shrader answer due 12/13/2021. (Klymkowsky, Rebecca) (Entered: 11/18/2021) |
| 11/16/2021 | 🌐211 | NOTICE of Voluntary Dismissal of Party *Defendant Board of County Commissioners of Jefferson County, Colorado* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor (Wang, Elizabeth) (Entered: 11/16/2021) |
| 11/16/2021 | 🌐210 | STIPULATION *between Fitouri Plaintiffs and Jefferson County Defendants* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 11/16/2021) |

| 11/15/2021 | 🌐209 | REPLY to Response to 169 MOTION for Order to *Preclude Former Independent Monitor Nicholas E. Mitchell as a Witness for Plaintiffs and Office of Independent Monitor Interview Memos as Evidence* filed by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 11/15/2021) |
|---|---|---|
| 11/10/2021 | 🌐208 | ORDER granting 207 MOTION for Extension of Time to File Response/Reply as to 169 MOTION for Order to Preclude Former Independent Monitor Nicholas E. Mitchell as a Witness for Plaintiffs and Office of Independent Monitor Interview Memos as Evidence. The reply is now due by 11/15/2021. By Judge R. Brooke Jackson on 11/10/2021. Text Only Entry(rbjsec.) (Entered: 11/10/2021) |
| 11/10/2021 | 🌐207 | MOTION for Extension of Time to File Response/Reply as to 169 MOTION for Order to *Preclude Former Independent Monitor Nicholas E. Mitchell as a Witness for Plaintiffs and Office of Independent Monitor Interview Memos as Evidence* by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 11/10/2021) |
| 11/05/2021 | 🌐206 | RESTRICTED DOCUMENT - Level 1: Exhibit F to 205 Response by Defendant City and County of Denver.. (Ringel, Andrew) Modified on 11/5/2021 to add document title and linkage. (sphil, ). (Entered: 11/05/2021) |
| 11/05/2021 | 🌐205 | RESPONSE *TO PLAINTIFFS REQUEST FOR COURTS ORDER GRANTING PLAINTIFFS MOTION TO RECONSIDER IN CAMERA REVIEW OF OIM MEMOS PURSUANT TO THE* by Defendant City and County of Denver. (Attachments: # 1 Exhibit A - Defs Amended 5th Privilege Log, # 2 Exhibit B - 10-14-21 Email Chain, # 3 Exhibit C - 10-19-21 Ringel Letter, # 4 Exhibit D - 10-21-21 Wang Letter, # 5 Exhibit E - 10-22-21 Hoffman Email)(Ringel, Andrew) (Entered: 11/05/2021) |
| 11/02/2021 | 🌐204 | ANSWER to 178 Amended Complaint, by City and County of Denver.(Birkholz, Hollie) (Entered: 11/02/2021) |
| 11/01/2021 | 🌐203 | ORDER denying 201 MOTION for Extension of Time to File Answer or Otherwise Respond re 178 Amended Complaint. By Judge R. Brooke Jackson on 11/1/2021. Text Only Entry(rbjsec. ) (Entered: 11/01/2021) |
| 11/01/2021 | 🌐202 | REPLY to Response to 194 MOTION to Amend/Correct/Modify 46 Scheduling Order *and Trial Date* filed by Defendants David Abeyta, Board of County Commissioners for Jefferson County Colorado, Cory Budaj, Jonathan Christian, City and County of Denver, City of Aurora, CO, Jeff Shrader, Keith Valentine, Consol Defendant Anthony E. Tak. (Birkholz, Hollie) (Entered: 11/01/2021) |
| 10/29/2021 | 🌐201 | MOTION for Extension of Time to File Answer or Otherwise Respond re 178 Amended Complaint, by Defendant City and County of Denver. (Hoffman, Katherine) (Entered: 10/29/2021) |
| 10/28/2021 | 🌐200 | BRIEF in Opposition to 194 MOTION to Amend/Correct/Modify 46 Scheduling Order *and Trial Date* filed by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 10/28/2021) |

| | | |
|---|---|---|
| 10/27/2021 | 🌐199 | RESPONSE to 169 MOTION for Order to *Preclude Former Independent Monitor Nicholas E. Mitchell as a Witness for Plaintiffs and Office of Independent Monitor Interview Memos as Evidence* filed by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Anderson, Robert) (Entered: 10/27/2021) |
| 10/27/2021 | 🌐198 | WAIVER OF SERVICE Returned Executed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. Jonathan Christian waiver sent on 10/27/2021, answer due 12/26/2021. (Macdonald, Timothy) (Entered: 10/27/2021) |
| 10/27/2021 | 🌐197 | WAIVER OF SERVICE Returned Executed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. Keith Valentine waiver sent on 10/26/2021, answer due 12/25/2021. (Macdonald, Timothy) (Entered: 10/27/2021) |
| 10/27/2021 | 🌐196 | MINUTE ORDER re: 194 MOTION to Amend/Correct/Modify 46 Scheduling Order and Trial Date. The Court requests that plaintiffs promptly respond to defendants' motion at ECF No. 194. By Judge R. Brooke Jackson on 10/27/2021. Text Only Entry (rbjsec. ) (Entered: 10/27/2021) |
| 10/26/2021 | 🌐195 | Exhibits in Support of 194 MOTION to Amend/Correct/Modify 46 Scheduling Order *and Trial Date* by Defendants David Abeyta, Board of County Commissioners for Jefferson County Colorado, Matthew Brukbacher, Cory Budaj, Jonathan Christian, City and County of Denver, City of Aurora, CO, Keith Valentine, Consol Defendant Anthony E. Tak. (Attachments: # 1 Exhibit Ex B to Motion to Modify Scheduling Order)(Birkholz, Hollie) (Entered: 10/26/2021) |
| 10/26/2021 | 🌐194 | MOTION to Amend/Correct/Modify 46 Scheduling Order *and Trial Date* by Defendants David Abeyta, Board of County Commissioners for Jefferson County Colorado, Matthew Brukbacher, Cory Budaj, Jonathan Christian, City and County of Denver, City of Aurora, CO, Jeff Shrader, Keith Valentine, Consol Defendant Anthony E. Tak. (Birkholz, Hollie) (Entered: 10/26/2021) |
| 10/25/2021 | 🌐193 | ORDER granting in part and denying in part 181 Third MOTION for Extension of Time to Serve Expert Disclosures. The Court grants the motion for an extension with respect to expert Steven Ijames only, based on the medical issues described as to him. By Judge R. Brooke Jackson on 10/25/2021. Text Only Entry(rbjsec.) (Entered: 10/25/2021) |
| 10/22/2021 | 🌐192 | WAIVER OF SERVICE Returned Executed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. Patricio Serrant waiver sent on 10/21/2021, answer due 12/20/2021. (Macdonald, Timothy) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐191 | WAIVER OF SERVICE Returned Executed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. Matthew Brukbacher waiver sent on 10/21/2021, answer due 12/20/2021. (Macdonald, Timothy) (Entered: 10/22/2021) |

| 10/22/2021 | 🌐 190 | WAIVER OF SERVICE Returned Executed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. David McNamee waiver sent on 10/21/2021, answer due 12/20/2021. (Macdonald, Timothy) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 189 | WAIVER OF SERVICE Returned Executed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. City of Aurora, CO waiver sent on 10/20/2021, answer due 12/19/2021. (Macdonald, Timothy) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 188 | NOTICE of Entry of Appearance by Isabelle Sabra Evans on behalf of Matthew Brukbacher, City of Aurora, CO, David McNamee, Patricio SerrantAttorney Isabelle Sabra Evans added to party Matthew Brukbacher(pty:dft), Attorney Isabelle Sabra Evans added to party David McNamee(pty:dft), Attorney Isabelle Sabra Evans added to party Patricio Serrant(pty:dft) (Evans, Isabelle) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 187 | NOTICE of Entry of Appearance by Peter Ruben Morales on behalf of Matthew Brukbacher, City of Aurora, CO, David McNamee, Patricio SerrantAttorney Peter Ruben Morales added to party Matthew Brukbacher(pty:dft), Attorney Peter Ruben Morales added to party David McNamee(pty:dft), Attorney Peter Ruben Morales added to party Patricio Serrant(pty:dft) (Morales, Peter) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 186 | NOTICE of Entry of Appearance by Michael Turner Lowe on behalf of Matthew Brukbacher, Cory Budaj, David McNamee, Patricio SerrantAttorney Michael Turner Lowe added to party Matthew Brukbacher(pty:dft), Attorney Michael Turner Lowe added to party Cory Budaj(pty:dft), Attorney Michael Turner Lowe added to party David McNamee(pty:dft), Attorney Michael Turner Lowe added to party Patricio Serrant(pty:dft) (Lowe, Michael) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 185 | NOTICE of Entry of Appearance by David M. Goddard on behalf of Matthew Brukbacher, Cory Budaj, David McNamee, Patricio SerrantAttorney David M. Goddard added to party Matthew Brukbacher(pty:dft), Attorney David M. Goddard added to party Cory Budaj(pty:dft), Attorney David M. Goddard added to party David McNamee(pty:dft), Attorney David M. Goddard added to party Patricio Serrant(pty:dft) (Goddard, David) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 184 | RESPONSE to 181 Third MOTION for Extension of Time to *Serve Expert Disclosures Epps Plaintiffs' Statement Regarding Denver Defendants' Third Motion for Extension of Time For Expert Disclosures* filed by Plaintiffs Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 10/22/2021) |
| 10/22/2021 | 🌐 183 | REPLY to Response to 181 Third MOTION for Extension of Time to *Serve Expert Disclosures* filed by Defendants David Abeyta, Jonathan Christian, City and County of Denver, Keith Valentine, Consol Defendant Anthony E. Tak. (Birkholz, Hollie) (Entered: 10/22/2021) |
| 10/21/2021 | 🌐 182 | BRIEF in Opposition to 181 Third MOTION for Extension of Time to *Serve Expert Disclosures* filed by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Claire Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit A (letter))(Wang, Elizabeth) (Entered: 10/21/2021) |

| 10/21/2021 | 🌐181 | Third MOTION for Extension of Time to *Serve Expert Disclosures* by Defendants David Abeyta, Jonathan Christian, City and County of Denver, Keith Valentine, Consol Defendant Anthony E. Tak. (Birkholz, Hollie) (Entered: 10/21/2021) |
|---|---|---|
| 10/20/2021 | 🌐180 | SUMMONS REQUEST against Matthew Brukbacher, City of Aurora, CO, David McNamee, Patricio Serrant, filed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame. (Attachments: # 1 Summons to David McNamee, # 2 Summons to Matthew Brukbacher, # 3 Summons to Patricio Serrant)(Macdonald, Timothy) Modified on 11/9/2021 This is not an Amended Complaint. (sphil, ). (Entered: 10/20/2021) |
| 10/19/2021 | 🌐178 | AMENDED COMPLAINT *First Amended Complaint* against Jonathan Christian, Keith Valentine, David McNamee, Patricio Serrant, Matthew Brukbacher, John and Jane Does 1-100, John and Jane Boes 1-50, filed by Zach Packard, Stanford Smith, Maya Rothlein, Elisabeth Epps, Hollis Lyman, Ashlee Wedgeworth, Amanda Blasingame.(Macdonald, Timothy) (Entered: 10/19/2021) |
| 10/18/2021 | 🌐177 | NOTICE *of Intent to Respond to Plaintiffs' Request for in Camera Review of Memos Pursuant to the Court's Order Granting Plaintiff's Motion to Reconsider* by Defendant City and County of Denver (Ringel, Andrew) (Entered: 10/18/2021) |
| 10/15/2021 | 🌐179 | Request for In Camera Review of OIM Memos to by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. **(Public Entry for Restricted Document 176 filed on 10/15/2021)**. Text Only Entry. (sphil, ) (Entered: 10/20/2021) |
| 10/15/2021 | 🌐176 | RESTRICTED DOCUMENT - Level 1: by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth.. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Exhibit D, # 5 Exhibit E, # 6 Exhibit F, # 7 Exhibit G, # 8 Exhibit H, # 9 Exhibit I, # 10 Exhibit J, # 11 Exhibit K, # 12 Exhibit L, # 13 Exhibit M, # 14 Exhibit N, # 15 Exhibit O, # 16 Exhibit P, # 17 Exhibit Q, # 18 Exhibit R, # 19 Exhibit S, # 20 Exhibit T, # 21 Exhibit U, # 22 Exhibit V, # 23 Exhibit W)(Macdonald, Timothy) (Entered: 10/15/2021) |
| 10/14/2021 | 🌐175 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephone Discovery Hearing held on 10/14/2021. Court Reporter: Julie Thomas. (jdyne, ) (Entered: 10/14/2021) |
| 10/13/2021 | 🌐174 | ORDER granting 145 MOTION to Amend/Correct/Modify 1 Complaint. Rule 15(a)(2). The Court has reviewed the motion, response and reply. The Court does not find evidence of unfair prejudice. The Court does not believe that the March 7, 2022 trial date should be threatened by the amendment since there are still approximately five months before trial. However, the parties will need to cooperate and accommodate the new defendants' discovery needs if they wish to keep their trial date. The Court requests that the plaintiffs file a clean version of the First Amended Complaint. By Judge R. Brooke Jackson on 10/13/2021. Text Only Entry(rbjsec.) (Entered: 10/13/2021) |

| | | |
|---|---|---|
| 10/12/2021 | 🌐173 | LETTER re: 164 Minute Order, *statement of issues for telephonic discovery dispute hearing on 10/14/21* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 10/12/2021) |
| 10/08/2021 | 🌐172 | REPLY to Response to 145 MOTION to Amend/Correct/Modify 1 Complaint,,,, filed by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Macdonald, Timothy) (Entered: 10/08/2021) |
| 10/07/2021 | 🌐171 | NOTICE of Entry of Appearance by Rachel Jane Marilyn Bender on behalf of Board of County Commissioners for Jefferson County Colorado, Jeff ShraderAttorney Rachel Jane Marilyn Bender added to party Board of County Commissioners for Jefferson County Colorado(pty:dft), Attorney Rachel Jane Marilyn Bender added to party Jeff Shrader(pty:dft) (Bender, Rachel) (Entered: 10/07/2021) |
| 10/07/2021 | 🌐170 | NOTICE of Entry of Appearance by Rebecca Philana Klymkowsky on behalf of Board of County Commissioners for Jefferson County Colorado, Jeff ShraderAttorney Rebecca Philana Klymkowsky added to party Board of County Commissioners for Jefferson County Colorado(pty:dft), Attorney Rebecca Philana Klymkowsky added to party Jeff Shrader(pty:dft) (Klymkowsky, Rebecca) (Entered: 10/07/2021) |
| 10/06/2021 | 🌐169 | MOTION for Order to *Preclude Former Independent Monitor Nicholas E. Mitchell as a Witness for Plaintiffs and Office of Independent Monitor Interview Memos as Evidence* by Defendant City and County of Denver. (Attachments: # 1 Exhibit A - Mitchell Depo Excerpts, # 2 Exhibit B - Formal Ethics Opinion 69)(Ringel, Andrew) (Entered: 10/06/2021) |
| 10/06/2021 | 🌐168 | WAIVER OF SERVICE Returned Executed by Andy Sannier, Youssef Amghar, Sara Fitouri, Kelsey Taylor, Jacquelyn Parkins, Joe Deras, Johnathen Duran. Cory Budaj waiver sent on 9/21/2021, answer due 11/20/2021; City of Aurora, CO waiver sent on 9/21/2021, answer due 11/20/2021. (Attachments: # 1 Summons Waiver of Service of Summons for Cory Budaj - executed)(Wang, Elizabeth) (Entered: 10/06/2021) |
| 10/06/2021 | 🌐167 | WAIVER OF SERVICE Returned Executed by Andy Sannier, Youssef Amghar, Sara Fitouri, Kelsey Taylor, Jacquelyn Parkins, Joe Deras, Johnathen Duran. Board of County Commissioners for Jefferson County Colorado waiver sent on 9/21/2021, answer due 11/20/2021; Jeff Shrader waiver sent on 9/21/2021, answer due 11/20/2021. (Attachments: # 1 Summons Waiver of Service for Shrader - executed)(Wang, Elizabeth) (Entered: 10/06/2021) |
| 10/05/2021 | 🌐166 | NOTICE of Entry of Appearance by Peter Ruben Morales on behalf of Cory Budaj, City of Aurora, COAttorney Peter Ruben Morales added to party Cory Budaj(pty:dft), Attorney Peter Ruben Morales added to party City of Aurora, CO(pty:dft) (Morales, Peter) (Entered: 10/05/2021) |

| 10/05/2021 | 🌐165 | NOTICE of Entry of Appearance by Isabelle Sabra Evans on behalf of All Defendants Attorney Isabelle Sabra Evans added to party City of Aurora, CO(pty:dft), Attorney Isabelle Sabra Evans added to party Cory Budaj(pty:dft) (Evans, Isabelle) (Entered: 10/05/2021) |
|---|---|---|
| 10/05/2021 | 🌐164 | MINUTE ORDER: A Telephonic Discovery Conference is set for 10/14/2021 at 3:00 PM before Judge R. Brooke Jackson. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. By Judge R. Brooke Jackson on 10/5/2021. Text Only Entry (rbjsec.) (Entered: 10/05/2021) |
| 10/04/2021 | 🌐163 | ORDER granting 162 Unopposed MOTION for Extension of Time to Serve Expert Disclosures. Case deadlines are extended as follows: Designation of Affirmative Experts due 10/22/2021 and Designation of Rebuttal Experts due 11/23/2021 By Judge R. Brooke Jackson on 10/4/2021. Text Only Entry(rbjsec.) (Entered: 10/04/2021) |
| 10/04/2021 | 🌐162 | Unopposed MOTION for Extension of Time to *Serve Expert Disclosures* by Defendant City and County of Denver, Consol Defendants Paul Pazen, Anthony E. Tak. (Ringel, Andrew) (Entered: 10/04/2021) |
| 09/29/2021 | 🌐161 | ORDER granting 160 Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 153 Amended. Defendants City and County of Denver and Anthony E. Tak answer is now due by 11/22/2021. By Judge R. Brooke Jackson on 9/29/2021. Text Only Entry(rbjsec. ) (Entered: 09/29/2021) |
| 09/28/2021 | 🌐160 | Unopposed MOTION for Extension of Time to File Answer or Otherwise Respond re 153 Amended Complaint by Defendant City and County of Denver, Consol Defendant Anthony E. Tak. (Hoffman, Katherine) (Entered: 09/28/2021) |
| 09/24/2021 | 🌐159 | RESPONSE to 145 MOTION to Amend/Correct/Modify 1 Complaint,,,, *IN PARTIAL OPPOSITION* filed by Defendant City and County of Denver. (Ringel, Andrew) (Entered: 09/24/2021) |
| 09/24/2021 | 🌐158 | STATUS REPORT *Regarding Class Certification Notice* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Wang, Elizabeth) (Entered: 09/24/2021) |
| 09/20/2021 | 🌐157 | SUMMONES issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (sphil, ) (Entered: 09/20/2021) |
| 09/16/2021 | 🌐156 | SUMMONS REQUEST as to Patrick Phelan, Matthew Canino, James Williams, Thomas Pine, Vincent Porter, Michael O'Donnell, Kevin Carroll, Rick Beall, David Abeyta, Marco Martinez, Justin Dodge, Richard Eberharter, Tana Cunningham, John Sampson, City of Aurora, Cory Budaj, JeffCo Board of County Commissioners, Jeff Shrader by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Summons to Matthew Canino, # 2 Summons to James Williams, # 3 Summons to Thomas Pine, # 4 Summons to Vincent Porter, # 5 Summons to Michael O'Donnell, # 6 Summons to Kevin Carroll, # 7 Summons to Rick Beall, # 8 Summons to David Abeyta, # 9 Summons to Marco Martinez, # 10 Summons to Justin Dodge, # 11 Summons to Richard Eberharter, # 12 Summons to Tana Cunningham, # 13 Summons to John Sampson, # 14 |

| | | |
|---|---|---|
| | | Summons to City of Aurora, # 15 Summons to Cory Budaj, # 16 Summons to JeffCo Board of Cnty Commissioners, # 17 Summons to Jeff Shrader)(Wang, Elizabeth) (Entered: 09/16/2021) |
| 09/15/2021 | 🌐 155 | ADVISORY NOTICE OF NONCOMPLIANCE WITH COURT RULES/PROCEDURES: re: 154 Summons Request, filed by attorney **Elizabeth Wang**. The summons will not be issued due to an incomplete case caption. The caption must list all plaintiffs and defendants; "et al." cannot substitute the listing of all parties named in the case. **Action to Take - Please Re-file a completed summons listing each party in the case caption** per Fed Civ. Rule 4. (Text Only Entry). (sphil, ) (Entered: 09/15/2021) |
| 09/15/2021 | 🌐 154 | SUMMONS REQUEST as to Patrick Phalen, Matthew Canino, James Williams, Thomas Pine, Vincent Porter, Michaell O'Donnell, Kevin Carroll, Rick Beall, David Abeyta, Marco Martinez, Justin Dodge, Richard Eberharter, Tana Cunningham, John Sampson, City of Aurora, Cory Budaj, Board of County Commissioners of the County of Jefferson, Jeff Shrader by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Summons to Matthew Canino, # 2 Summons to James D. Williams, # 3 Summons to Thomas Pine, # 4 Summons to Vincent Porter, # 5 Summons to Michael O'Donnell, # 6 Summons to Kevin Carroll, # 7 Summons to Rick Beall, # 8 Summons to David Abeyta, # 9 Summons to Marco Martinez, # 10 Summons to Justin Dodge, # 11 Summons to Richard Eberharter, # 12 Summons to Tana Cunningham, # 13 Summons to John Sampson, # 14 Summons to City of Aurora, # 15 Summons to Cory Budaj, # 16 Summons to JeffCo Board of Cnty Commissioners, # 17 Summons to Jeff Shrader)(Wang, Elizabeth) (Entered: 09/15/2021) |
| 09/15/2021 | 🌐 153 | SECOND AMENDED Class Action COMPLAINT and Jury Demand against Anthony E. Tak, et al, filed by Sara Fitouri, et al. (document filed in this case pursuant to [#152] Order). (sphil, ) Modified on 9/15/2021 to edit text. (sphil, ). (Entered: 09/15/2021) |
| 09/15/2021 | 🌐 152 | ORDER granting 142 Amended MOTION to Amend/Correct/Modify. The Court requests that the Clerk of Court's Office docket the Second Amended Complaint at ECF No. 142-2. By Judge R. Brooke Jackson on 9/15/2021. Text Only Entry(rbjsec.) (Entered: 09/15/2021) |
| 09/15/2021 | 🌐 151 | ORDER finding as moot 140 MOTION for Leave to File Second Amended Complaint. By Judge R. Brooke Jackson on 9/15/2021. Text Only Entry(rbjsec.) (Entered: 09/15/2021) |
| 09/15/2021 | 🌐 150 | ORDER granting 135 / 136 MOTION for Reconsideration. The Court suggests that defense counsel reexamine the memos to be sure that factual information was not redacted, i.e., that only thoughts and mental impressions from the interviews were redacted. If counsel has done so, and represents that the memos have been reexamined and that the redactions have been revised, if necessary; and if plaintiffs' counsel essentially does not trust their representations; then defendant may submit the memos for in camera inspection. The Court expects complete candor on both sides. By Judge R. Brooke Jackson on 9/15/2021. Text Only Entry(rbjsec.) (Entered: 09/15/2021) |

| | | |
|---|---|---|
| 09/14/2021 | 🌐149 | Exhibits in Support of 148 Response to Motion, by Defendant City and County of Denver, Consol Defendants Paul Pazen, Anthony E. Tak. (Birkholz, Hollie) (Entered: 09/14/2021) |
| 09/14/2021 | 🌐148 | RESPONSE to 142 Amended MOTION to Amend/Correct/Modify 140 MOTION for Leave to *File Second Amended Complaint* filed by Defendant City and County of Denver, Consol Defendants Paul Pazen, Anthony E. Tak. (Birkholz, Hollie) (Entered: 09/14/2021) |
| 09/07/2021 | 🌐147 | Plaintiffs' REPLY in Support to [135, 136] MOTION for Reconsideration filed by Plaintiff Amanda Blasingame, et al. **(Public Entry for Restricted Document 146 filed on 9/7/2021)** (sphil, ) (Entered: 09/08/2021) |
| 09/07/2021 | 🌐146 | RESTRICTED DOCUMENT - Level 1: by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Macdonald, Timothy) (Entered: 09/07/2021) |
| 09/03/2021 | 🌐145 | MOTION to Amend/Correct/Modify 1 Complaint,,,, by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Maya Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Macdonald, Timothy) (Entered: 09/03/2021) |
| 08/31/2021 | 🌐144 | ORDER granting Unopposed MOTION for Extension of Time to Extend Expert Disclosure Deadlines, Expert Discovery Cut-Off and Dispositive Motion Deadlines. However, the Court informs the parties that a dispositive motion filed on December 29, 2022, that is fully briefed, provides the Court little time to consider it before March 7, 2022 trial date and, as a practical matter, means that the motion will, at best, have to be granted or denied without an extensive analysis or order. If there is any genuinely disputed issue of material fact, the motion will be denied. Please do not waste your time and resources, or the Court's if there is any such issue. Case deadlines are extended as follows: Affirmative Experts due 10/8/2021; Discovery due by 12/8/2021; Dispositive Motions due by 12/29/2021; Designation of Rebuttal Experts due 11/8/2021. By Judge R. Brooke Jackson on 8/31/2021. Text Only Entry(rbjsec. ) (Entered: 08/31/2021) |
| 08/30/2021 | 🌐143 | Unopposed MOTION for Extension of Time to *Extend Expert Disclosure Deadlines, Expert Discovery Cut-Off and Dispositive Motion Deadlines* by Defendants David Abeyta, City and County of Denver, Daniel Felkins, Consol Defendant Paul Pazen. (Hoffman, Katherine) (Entered: 08/30/2021) |
| 08/24/2021 | 🌐142 | Amended MOTION to Amend/Correct/Modify 140 MOTION for Leave to *File Second Amended Complaint* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit A (Proposed 2AC redline), # 2 Exhibit B (Proposed 2AC clean), # 3 Exhibit 1, # 4 Exhibit 2, # 5 Exhibit 3, # 6 Exhibit 4, # 7 Exhibit 5, # 8 Exhibit 6, # 9 Exhibit 7, # 10 Exhibit 8, # 11 Exhibit 9, # 12 Exhibit 10, # 13 Exhibit 11, # 14 Exhibit 12, # 15 Exhibit 13, # 16 Exhibit 14, # 17 Exhibit 15, # 18 Exhibit 16, # 19 Exhibit 17, # 20 Exhibit 18)(Wang, Elizabeth) (Entered: 08/24/2021) |

| | | |
|---|---|---|
| 08/24/2021 | 🌐141 | RESPONSE to 136 MOTION for Reconsideration filed by Defendant City and County of Denver, Consol Defendants Paul Pazen, Anthony E. Tak. (Attachments: # 1 Exhibit A - Mitchell Depo Excerpts)(Ringel, Andrew) (Entered: 08/24/2021) |
| 08/17/2021 | 🌐140 | MOTION for Leave to *File Second Amended Complaint* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9)(Wang, Elizabeth) (Entered: 08/17/2021) |
| 08/17/2021 | 🌐139 | ORDER granting 137 Unopposed MOTION for Extension of Time to File Response/Reply as to 136 MOTION for Reconsideration. The response is now due by 8/24/2021. By Judge R. Brooke Jackson on 8/17/2021. Text Only Entry(rbjsec. ) (Entered: 08/17/2021) |
| 08/17/2021 | 🌐138 | ORDER granting 134 Unopposed MOTION to Amend/Correct/Modify Case Caption. The Court requests that the Clerk of Court amend the caption to reflect plaintiff Rothlein's name change. By Judge R. Brooke Jackson on 8/17/2021. Text Only Entry(rbjsec. ) (Entered: 08/17/2021) |
| 08/16/2021 | 🌐137 | Unopposed MOTION for Extension of Time to File Response/Reply as to 136 MOTION for Reconsideration by Defendants David Abeyta, City and County of Denver, Daniel Felkins, Consol Defendant Paul Pazen. (Ringel, Andrew) (Entered: 08/16/2021) |
| 07/27/2021 | 🌐136 | Plaintiffs' MOTION to Reconsider Discovery Order by Plaintiffs Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard. **(Public Entry for Restricted Document 135 filed on 7/27/2021)**. Text Only Entry. (sphil, ) (Entered: 07/28/2021) |
| 07/27/2021 | 🌐135 | RESTRICTED DOCUMENT - Level 1: by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth.. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7)(Macdonald, Timothy) (Entered: 07/27/2021) |
| 07/22/2021 | 🌐134 | Unopposed MOTION to Amend/Correct/Modify *Case Caption* by Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 07/22/2021) |
| 07/22/2021 | 🌐133 | MINUTE ORDER: The Court approves of the parties' proposed joint notice to class members. See attached. By Judge R. Brooke Jackson on 7/22/2021. (Attachments: # 1 Exhibit Approved Notice to Class) (rbjsec. ) (Entered: 07/22/2021) |
| 07/15/2021 | 🌐132 | NOTICE of Entry of Appearance by Katherine Hoffman on behalf of David Abeyta, City and County of Denver, Daniel Felkins, J. LNU, Paul Pazen, Anthony E. TakAttorney Katherine Hoffman added to party David Abeyta(pty:dft), Attorney Katherine Hoffman added to party City and County of Denver(pty:dft), Attorney Katherine Hoffman added to party Daniel Felkins(pty:dft), Attorney Katherine Hoffman added to party J. LNU(pty:condft), Attorney Katherine Hoffman added to party Paul Pazen(pty:condft), Attorney |

| | | |
|---|---|---|
| | | Katherine Hoffman added to party Anthony E. Tak(pty:condft) (Hoffman, Katherine) (Entered: 07/15/2021) |
| 07/09/2021 | 🌐 131 | ORDER granting 130 Motion for Extension of Time. Case deadlines are extended as follows: Plaintiffs' expert deadline is 8/2/2021; defendants' experts deadline is 9/2/2021; plaintiffs' rebuttal experts due 9/23/2021; expert discovery deadline is 10/22/2021; fact discovery deadline is 10/4/2021. by Judge R. Brooke Jackson on 7/9/21. Text Only Entry(jdyne, ) (Entered: 07/09/2021) |
| 07/07/2021 | 🌐 130 | Joint MOTION for Extension of Time to *Disclose Expert Reports and Complete Discovery* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor, Plaintiffs Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth. (Wang, Elizabeth) (Entered: 07/07/2021) |
| 06/28/2021 | 🌐 129 | ORDER granting 108 Unopposed MOTION to Withdraw Plaintiffs Black Lives Matter 5280 and Apryl Alexander and Amend Case Caption. The Court requests that the Clerk of Court's Office amend the case caption accordingly. By Judge R. Brooke Jackson on 6/28/2021. Text Only Entry(rbjsec. ) (Entered: 06/28/2021) |
| 06/28/2021 | 🌐 128 | ORDER granting 107 MOTION for Order to Sever and Deconsolidate Plaintiff Michael Acker's Case Pursuant to Fed.R.Civ.P. 21 and 42. Plaintiff Aker's claims are deconsolidated and no longer part of the lead case 1:20-cv-01878-RBJ. The Court directs that all future pleadings related to the Acker case be filed into case 1:20-cv-03155-RBJ. By Judge R. Brooke Jackson on 6/28/2021. Text Only Entry(rbjsec. ) (Entered: 06/28/2021) |
| 06/28/2021 | 🌐 127 | ORDER granting in part and denying in part 91 Motion to Certify Class by Judge R. Brooke Jackson on 6/28/21.(jdyne, ) (Entered: 06/28/2021) |
| 06/28/2021 | 🌐 126 | MINUTE ORDER: The parties have notified Chambers via email that they have resolved their discovery dispute. The telephonic discovery conference set tomorrow 6/29/2021 is vacated. By Judge R. Brooke Jackson on 6/28/2021. Text Only Entry (rbjsec.) (Entered: 06/28/2021) |
| 06/28/2021 | 🌐 125 | REPLY to Response to 107 MOTION for Order to *Sever and Deconsolidate Plaintiff Michael Acker's Case Pursuant to Fed.R.Civ.P. 21 and 42* filed by Consol Plaintiff Michael Acker. (McNulty, Andrew) (Entered: 06/28/2021) |
| 06/25/2021 | 🌐 124 | AMENDED MINUTE ENTRY re 123 MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Motion Hearing held via video conference on 6/25/2021. Amended to correct date of hearing, as indicated. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 06/25/2021) |
| 06/25/2021 | 🌐 123 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Motion Hearing held via video conference on 6/25/2021. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 06/25/2021) |
| 06/22/2021 | 🌐 122 | NOTICE re 91 MOTION to Certify Class *(Supplemental Exhibit 115 to Motion to Certify Class)* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor (Attachments: # 1 Exhibit 115)(Wang, Elizabeth) (Entered: 06/22/2021) |
| 06/22/2021 | 🌐 121 | NOTICE of Entry of Appearance by Mindy Amanda Gorin on behalf of All Plaintiffs Attorney Mindy Amanda Gorin added to party Apryl Alexander(pty:pla), Attorney Mindy Amanda Gorin added to party Black Lives |

| | | |
|---|---|---|
| | | Matter 5280(pty:pla), Attorney Mindy Amanda Gorin added to party Amanda Blasingame(pty:pla), Attorney Mindy Amanda Gorin added to party Elisabeth Epps(pty:pla), Attorney Mindy Amanda Gorin added to party Hollis Lyman(pty:pla), Attorney Mindy Amanda Gorin added to party Zach Packard(pty:pla), Attorney Mindy Amanda Gorin added to party Phillip Rothlein(pty:pla), Attorney Mindy Amanda Gorin added to party Stanford Smith(pty:pla), Attorney Mindy Amanda Gorin added to party Ashlee Wedgeworth(pty:pla) (Gorin, Mindy) (Entered: 06/22/2021) |
| 06/21/2021 | 120 | MINUTE ORDER: A Telephonic Discovery Hearing is set for 6/29/2021 at 8:30 AM before Judge R. Brooke Jackson. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. By Judge R. Brooke Jackson on 6/21/2021. Text Only Entry (rbjsec.) (Entered: 06/21/2021) |
| 06/14/2021 | 119 | RESPONSE to 107 MOTION for Order to *Sever and Deconsolidate Plaintiff Michael Acker's Case Pursuant to Fed.R.Civ.P. 21 and 42* filed by Defendants David Abeyta, City and County of Denver, Daniel Felkins, Consol Defendant Paul Pazen. (Jordan, Lindsay) (Entered: 06/14/2021) |
| 06/10/2021 | 118 | Conventionally Submitted Material : 1 Flash Drive containing Exhibit 112 to 117 Reply to Response to Motion by Consol Plaintiff Youssef Amghar. Placed in box A-1-1 located in the oversized area of the clerk's office. Text Only Entry. (rvill, ) (Entered: 06/10/2021) |
| 06/09/2021 | 117 | REPLY to Response to 91 MOTION to Certify Class filed by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit Exhibit List, # 2 Exhibit Ex. 108, # 3 Exhibit Ex. 109, # 4 Exhibit Ex. 110, # 5 Exhibit Ex. 111, # 6 Exhibit Ex. 112 Cover Page, # 7 Exhibit Ex. 113, # 8 Exhibit Ex. 114)(Rutahindurwa, Makeba) (Entered: 06/09/2021) |
| 06/08/2021 | 116 | ORDER granting 115 Unopposed MOTION for Leave to File Excess Pages. By Judge R. Brooke Jackson on 6/8/2021. Text Only Entry(rbjsec. ) (Entered: 06/08/2021) |
| 06/08/2021 | 115 | Unopposed MOTION for Leave to File Excess Pages by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Rutahindurwa, Makeba) (Entered: 06/08/2021) |
| 06/03/2021 | 114 | NOTICE of Entry of Appearance by Andreas E. Moffett on behalf of Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee WedgeworthAttorney Andreas E. Moffett added to party Apryl Alexander(pty:pla), Attorney Andreas E. Moffett added to party Black Lives Matter 5280(pty:pla), Attorney Andreas E. Moffett added to party Amanda Blasingame(pty:pla), Attorney Andreas E. Moffett added to party Elisabeth Epps(pty:pla), Attorney Andreas E. Moffett added to party Hollis Lyman(pty:pla), Attorney Andreas E. Moffett added to party Zach Packard(pty:pla), Attorney Andreas E. Moffett added to party Phillip Rothlein(pty:pla), Attorney Andreas E. Moffett added to party Stanford Smith(pty:pla), Attorney Andreas E. Moffett added to party Ashlee Wedgeworth(pty:pla) (Moffett, Andreas) (Entered: 06/03/2021) |

| | | |
|---|---|---|
| 05/26/2021 | 🌐113 | RESPONSE to 91 MOTION to Certify Class *as Amended* filed by Defendants David Abeyta, City and County of Denver, Daniel Felkins, Consol Defendants Paul Pazen, Anthony E. Tak. (Jordan, Lindsay) (Entered: 05/26/2021) |
| 05/26/2021 | 🌐112 | RESPONSE to 91 MOTION to Certify Class filed by Defendants David Abeyta, City and County of Denver, Daniel Felkins, Consol Defendants Paul Pazen, Anthony E. Tak. (Jordan, Lindsay) (Entered: 05/26/2021) |
| 05/25/2021 | 🌐111 | ORDER granting 109 Unopposed MOTION for Leave to File Excess Pages, by Judge R. Brooke Jackson on 5/25/2021. Text Only Entry(rbjsec, ) (Entered: 05/25/2021) |
| 05/25/2021 | 🌐110 | TRANSCRIPT of Telephone Discovery Conference held on May 20, 2021 before Judge Jackson. Pages: 1-24. **NOTICE - REDACTION OF TRANSCRIPTS: Within seven calendar days of this filing, each party shall inform the Court, by filing a Notice of Intent to Redact, of the party's intent to redact personal identifiers from the electronic transcript of the court proceeding. If a Notice of Intent to Redact is not filed within the allotted time, this transcript will be made electronically available after 90 days. Please see the Notice of Electronic Availability of Transcripts document at www.cod.uscourts.gov.** Transcript may only be viewed at the court public terminal or purchased through the Court Reporter/Transcriber prior to the 90 day deadline for electronic posting on PACER. (smitc, ) (Entered: 05/25/2021) |
| 05/24/2021 | 🌐109 | MOTION for Leave to File Excess Pages by Defendants David Abeyta, City and County of Denver, Daniel Felkins, Consol Defendants Paul Pazen, Anthony E. Tak. (Jordan, Lindsay) (Entered: 05/24/2021) |
| 05/24/2021 | 🌐108 | Unopposed MOTION to Withdraw *Plaintiffs Black Lives Matter 5280 and Apryl Alexander and Amend Case Caption* by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth. (Attachments: # 1 Proposed Order (PDF Only))(Macdonald, Timothy) (Entered: 05/24/2021) |
| 05/24/2021 | 🌐107 | MOTION for Order to *Sever and Deconsolidate Plaintiff Michael Acker's Case Pursuant to Fed.R.Civ.P. 21 and 42* by Consol Plaintiff Michael Acker. (McNulty, Andrew) (Entered: 05/24/2021) |
| 05/20/2021 | 🌐106 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: TelephoneDiscovery Hearing held on 5/20/2021. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 05/20/2021) |
| 05/19/2021 | 🌐105 | LETTER re: 103 Minute Order, *issues for 5/20/21 discovery hearing* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 05/19/2021) |
| 05/19/2021 | 🌐104 | MINUTE ORDER: The Hearing on Motion for Class Certification set for 5/26/2021 has been RESET for 6/25/2021 at 9:00 AM before Judge R. Brooke Jackson. The hearing will be held by video teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. By Judge R. Brooke Jackson on 5/19/2021. Text Only Entry (rbjsec, ) (Entered: 05/19/2021) |

| 05/17/2021 | 🌐 103 | MINUTE ORDER: A Telephonic Discovery Hearing is set for 5/20/2021 at 8:30 AM before Judge R. Brooke Jackson. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. By Judge R. Brooke Jackson on 5/17/2021. Text Only Entry (rbjsec. ) (Entered: 05/17/2021) |
|---|---|---|
| 05/11/2021 | 🌐 102 | ORDER granting 101 Unopposed MOTION for Extension of Time to Disclose Expert Reports. Case deadlines are extended as follows: Plaintiffs' expert deadline is 7/12/2021; defendants' experts deadline is 8/12/2021; plaintiffs' rebuttal experts due 9/2/2021; the 9/2/2021 discovery cutoff is converted into the fact discovery cutoff; expert discovery deadline is 10/3/2021; and the dispositive motions deadline is extended to 11/15/2021. By Judge R. Brooke Jackson on 5/11/2021. Text Only Entry(rbjsec.) (Entered: 05/11/2021) |
| 05/10/2021 | 🌐 101 | Unopposed MOTION for Extension of Time to *Disclose Expert Reports* by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Youssef Amghar, Ambrose Cruz, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Macdonald, Timothy) (Entered: 05/10/2021) |
| 05/06/2021 | 🌐 100 | NOTICE of Entry of Appearance by Gerardo Mijares-Shafai on behalf of All Plaintiffs Attorney Gerardo Mijares-Shafai added to party Apryl Alexander(pty:pla), Attorney Gerardo Mijares-Shafai added to party Black Lives Matter 5280(pty:pla), Attorney Gerardo Mijares-Shafai added to party Amanda Blasingame(pty:pla), Attorney Gerardo Mijares-Shafai added to party Elisabeth Epps(pty:pla), Attorney Gerardo Mijares-Shafai added to party Cidney Fisk(pty:pla), Attorney Gerardo Mijares-Shafai added to party Hollis Lyman(pty:pla), Attorney Gerardo Mijares-Shafai added to party Zach Packard(pty:pla), Attorney Gerardo Mijares-Shafai added to party Phillip Rothlein(pty:pla), Attorney Gerardo Mijares-Shafai added to party Stanford Smith(pty:pla), Attorney Gerardo Mijares-Shafai added to party Ashlee Wedgeworth(pty:pla) (Mijares-Shafai, Gerardo) (Entered: 05/06/2021) |
| 05/05/2021 | 🌐 99 | NOTICE of Entry of Appearance by Leslie Claire Bailey on behalf of All Plaintiffs Attorney Leslie Claire Bailey added to party Apryl Alexander(pty:pla), Attorney Leslie Claire Bailey added to party Black Lives Matter 5280(pty:pla), Attorney Leslie Claire Bailey added to party Amanda Blasingame(pty:pla), Attorney Leslie Claire Bailey added to party Elisabeth Epps(pty:pla), Attorney Leslie Claire Bailey added to party Cidney Fisk(pty:pla), Attorney Leslie Claire Bailey added to party Hollis Lyman(pty:pla), Attorney Leslie Claire Bailey added to party Zach Packard(pty:pla), Attorney Leslie Claire Bailey added to party Phillip Rothlein(pty:pla), Attorney Leslie Claire Bailey added to party Stanford Smith(pty:pla), Attorney Leslie Claire Bailey added to party Ashlee Wedgeworth(pty:pla) (Bailey, Leslie) (Entered: 05/05/2021) |
| 05/05/2021 | 🌐 98 | NOTICE of Entry of Appearance by Michael J. Sebba on behalf of All Plaintiffs Attorney Michael J. Sebba added to party Apryl Alexander(pty:pla), Attorney Michael J. Sebba added to party Black Lives Matter 5280(pty:pla), Attorney Michael J. Sebba added to party Amanda Blasingame(pty:pla), Attorney Michael J. Sebba added to party Elisabeth Epps(pty:pla), Attorney Michael J. Sebba added to party Cidney Fisk(pty:pla), Attorney Michael J. Sebba added to party Hollis Lyman(pty:pla), Attorney Michael J. Sebba added to party Zach |

| | | |
|---|---|---|
| | | Packard(pty:pla), Attorney Michael J. Sebba added to party Phillip Rothlein(pty:pla), Attorney Michael J. Sebba added to party Stanford Smith(pty:pla), Attorney Michael J. Sebba added to party Ashlee Wedgeworth(pty:pla) (Sebba, Michael) (Entered: 05/05/2021) |
| 05/05/2021 | 🌐 97 | NOTICE of Entry of Appearance by Mollie DiBrell on behalf of All Plaintiffs Attorney Mollie DiBrell added to party Apryl Alexander(pty:pla), Attorney Mollie DiBrell added to party Black Lives Matter 5280(pty:pla), Attorney Mollie DiBrell added to party Amanda Blasingame(pty:pla), Attorney Mollie DiBrell added to party Elisabeth Epps(pty:pla), Attorney Mollie DiBrell added to party Cidney Fisk(pty:pla), Attorney Mollie DiBrell added to party Hollis Lyman(pty:pla), Attorney Mollie DiBrell added to party Zach Packard(pty:pla), Attorney Mollie DiBrell added to party Phillip Rothlein(pty:pla), Attorney Mollie DiBrell added to party Stanford Smith(pty:pla), Attorney Mollie DiBrell added to party Ashlee Wedgeworth(pty:pla) (DiBrell, Mollie) (Entered: 05/05/2021) |
| 05/03/2021 | 🌐 96 | NOTICE of Entry of Appearance by Lindsay Michelle Jordan on behalf of David Abeyta, City and County of Denver, Daniel Felkins, Paul Pazen, Anthony E. TakAttorney Lindsay Michelle Jordan added to party David Abeyta(pty:dft), Attorney Lindsay Michelle Jordan added to party City and County of Denver(pty:dft), Attorney Lindsay Michelle Jordan added to party Daniel Felkins(pty:dft), Attorney Lindsay Michelle Jordan added to party Paul Pazen(pty:condft), Attorney Lindsay Michelle Jordan added to party Anthony E. Tak(pty:condft) (Jordan, Lindsay) (Entered: 05/03/2021) |
| 04/28/2021 | 🌐 95 | RESTRICTED DOCUMENT - Level 1: Exhibit 100 to 91 by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor.. (Attachments: # 1 Exhibit 101, # 2 Exhibit 102)(Rutahindurwa, Makeba) Modified to add title on 4/29/2021 (rvill, ). (Entered: 04/28/2021) |
| 04/27/2021 | 🌐 94 | Conventionally Submitted Material : One Hard Drive containing exhibits to 91 MOTION to Certify Class, by Consol Plaintiff Sara Fitouri. Material placed in box A-1-1 located in the oversized area of the clerk's office. Text Only Entry. (rvill, ) (Entered: 04/28/2021) |
| 04/27/2021 | 🌐 93 | ORDER granting 90 Motion for LeaveMOTION for Leave to File Under Seal Exhibits 100-102 to Plaintiffs' Motion for Class Certification. By Judge R. Brooke Jackson on 4/27/2021. Text Only Entry(rbjsec. ) (Entered: 04/27/2021) |
| 04/26/2021 | 🌐 92 | Exhibits in Support of 91 MOTION to Certify Class *(Exhibit 106)* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 04/26/2021) |
| 04/26/2021 | 🌐 91 | MOTION to Certify Class by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit List, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Exhibit 13, # 15 Exhibit 14, # 16 Exhibit 15, # 17 Exhibit 16, # 18 Exhibit 17, # 19 Exhibit 18, # 20 Exhibit 19, # 21 Exhibit 20, # 22 Exhibit 21, # 23 Exhibit 22, # 24 Exhibit 23, # 25 Exhibit 24, # 26 Exhibit 25, # 27 Exhibit 26, # 28 Exhibit 27, # 29 Exhibit 28, # 30 Exhibit 29, # 31 Exhibit 30, # 32 Exhibit 31 part 1, # 33 Exhibit 31 part 2, # |

| | | |
|---|---|---|
| | | [34](#) Exhibit 31 part 3, # [35](#) Exhibit 31 part 4, # [36](#) Exhibit 31 part 5, # [37](#) Exhibit 31 part 6, # [38](#) Exhibit 31 part 7, # [39](#) Exhibit 31 part 8, # [40](#) Exhibit 31 part 9, # [41](#) Exhibit 31 part 10, # [42](#) Exhibit 31 part 11, # [43](#) Exhibit 31 part 12, # [44](#) Exhibit 32, # [45](#) Exhibit 33, # [46](#) Exhibit 34, # [47](#) Exhibit 35, # [48](#) Exhibit 36, # [49](#) Exhibit 37, # [50](#) Exhibit 38, # [51](#) Exhibit 39, # [52](#) Exhibit 40, # [53](#) Exhibit 41, # [54](#) Exhibit 42, # [55](#) Exhibit 43, # [56](#) Exhibit 44, # [57](#) Exhibit 45, # [58](#) Exhibit 46, # [59](#) Exhibit 47, # [60](#) Exhibit 48, # [61](#) Exhibit 49, # [62](#) Exhibit 50, # [63](#) Exhibit 51, # [64](#) Exhibit 52, # [65](#) Exhibit 53, # [66](#) Exhibit 54, # [67](#) Exhibit 55, # [68](#) Exhibit 56, # [69](#) Exhibit 57, # [70](#) Exhibit 58, # [71](#) Exhibit 59, # [72](#) Exhibit 60, # [73](#) Exhibit 61, # [74](#) Exhibit 62, # [75](#) Exhibit 63, # [76](#) Exhibit 64, # [77](#) Exhibit 65, # [78](#) Exhibit 66, # [79](#) Exhibit 67, # [80](#) Exhibit 68, # [81](#) Exhibit 69, # [82](#) Exhibit 70, # [83](#) Exhibit 71, # [84](#) Exhibit 72, # [85](#) Exhibit 73, # [86](#) Exhibit 74, # [87](#) Exhibit 75, # [88](#) Exhibit 76, # [89](#) Exhibit 77, # [90](#) Exhibit 78, # [91](#) Exhibit 79, # [92](#) Exhibit 80, # [93](#) Exhibit 81, # [94](#) Exhibit 82, # [95](#) Exhibit 83, # [96](#) Exhibit 84, # [97](#) Exhibit 85, # [98](#) Exhibit 86, # [99](#) Exhibit 87, # [100](#) Exhibit 88, # [101](#) Exhibit 89, # [102](#) Exhibit 90, # [103](#) Exhibit 91, # [104](#) Exhibit 92, # [105](#) Exhibit 93, # [106](#) Exhibit 94, # [107](#) Exhibit 95, # [108](#) Exhibit 96, # [109](#) Exhibit 97, # [110](#) Exhibit 98, # [111](#) Exhibit 99, # [112](#) Exhibit 103, # [113](#) Exhibit 104, # [114](#) Exhibit 105, # [115](#) Exhibit 107)(Rutahindurwa, Makeba) (Entered: 04/26/2021) |
| 04/26/2021 | 🌐[90](#) | MOTION for Leave to *File Under Seal Exhibits 100-102 to Plaintiffs' Motion for Class Certification* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Rutahindurwa, Makeba) (Entered: 04/26/2021) |
| 04/23/2021 | 🌐89 | ORDER granting [88](#) Unopposed MOTION for Leave to File Excess Pages. By Judge R. Brooke Jackson on 4/23/2021. Text Only Entry(rbjsec. ) (Entered: 04/23/2021) |
| 04/22/2021 | 🌐[88](#) | Unopposed MOTION for Leave to File Excess Pages by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 04/22/2021) |
| 04/16/2021 | 🌐[87](#) | ORDER Granting [73](#) Motion to Withdraw as Attorney. Attorney Robert Reeves Anderson terminated by Judge R. Brooke Jackson on April 16, 2021.(rvill, ) (Entered: 04/16/2021) |
| 04/16/2021 | 🌐[86](#) | ANSWER to [69](#) Amended Complaint by Paul Pazen.(Birkholz, Hollie) (Entered: 04/16/2021) |
| 04/16/2021 | 🌐[85](#) | ANSWER to [69](#) Amended Complaint by Daniel Felkins.(Birkholz, Hollie) (Entered: 04/16/2021) |
| 04/16/2021 | 🌐[84](#) | ANSWER to [69](#) Amended Complaint by City and County of Denver.(Birkholz, Hollie) (Entered: 04/16/2021) |
| 04/16/2021 | 🌐[83](#) | ANSWER to [69](#) Amended Complaint by David Abeyta.(Birkholz, Hollie) (Entered: 04/16/2021) |
| 04/15/2021 | 🌐82 | ADVISORY NOTICE TO ATTORNEY AND COURT: Under D.C.COLO.LAttyR 3(a), Daniel Moore Twetten was administratively removed from the court's attorney roll and barred from filing electronically under CM/ECF for failing to pay the 2020 Biennial Fee. Counsel must complete a Bar/ECF application through counsel's existing Attorney Services Portal account and pay the full application fee to be restored to the attorney roll and CM/ECF. |

| | | Upon reinstatement, counsel must file a Notice of Entry of Appearance in this case. (Text Only Entry) (ebutl) (Entered: 04/15/2021) |
|---|---|---|
| 04/09/2021 | 🌐 81 | ORDER granting 80 Motion to Withdraw as Attorney. Attorney Tara Elizabeth Thompson is withdrawn. By Judge R. Brooke Jackson on 4/9/2021. Text Only Entry(rbjsec.) (Entered: 04/09/2021) |
| 04/09/2021 | 🌐 80 | MOTION to Withdraw as Attorney by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 04/09/2021) |
| 04/07/2021 | 🌐 79 | ORDER denying 78 MOTION for Extension of Time to File Motion for Class Certification. By Judge R. Brooke Jackson on 4/7/2021. Text Only Entry(rbjsec.) (Entered: 04/07/2021) |
| 04/06/2021 | 🌐 78 | MOTION for Extension of Time to *File Motion for Class Certification* by Consol Plaintiffs Youssef Amghar, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 04/06/2021) |
| 03/24/2021 | 🌐 77 | NOTICE of Entry of Appearance by Andrew David Ringel on behalf of David Abeyta, City and County of Denver, Daniel Felkins, J. LNU, Paul Pazen, Anthony E. TakAttorney Andrew David Ringel added to party David Abeyta(pty:dft), Attorney Andrew David Ringel added to party City and County of Denver(pty:dft), Attorney Andrew David Ringel added to party Daniel Felkins(pty:dft), Attorney Andrew David Ringel added to party J. LNU(pty:condft), Attorney Andrew David Ringel added to party Paul Pazen(pty:condft), Attorney Andrew David Ringel added to party Anthony E. Tak(pty:condft) (Ringel, Andrew) (Entered: 03/24/2021) |
| 03/18/2021 | 🌐 76 | NOTICE of Entry of Appearance by Hollie Renee Birkholz on behalf of David Abeyta, Daniel FelkinsAttorney Hollie Renee Birkholz added to party David Abeyta(pty:dft), Attorney Hollie Renee Birkholz added to party Daniel Felkins(pty:dft) (Birkholz, Hollie) (Entered: 03/18/2021) |
| 03/18/2021 | 🌐 75 | NOTICE of Entry of Appearance by Robert Charles Huss on behalf of David Abeyta, Daniel FelkinsAttorney Robert Charles Huss added to party David Abeyta(pty:dft), Attorney Robert Charles Huss added to party Daniel Felkins(pty:dft) (Huss, Robert) (Entered: 03/18/2021) |
| 03/11/2021 | 🌐 74 | WAIVER OF SERVICE Returned Executed by Michael Acker. David Abeyta waiver sent on 3/5/2021, answer due 5/4/2021; Daniel Felkins waiver sent on 3/5/2021, answer due 5/4/2021. (Attachments: # 1 Exhibit Waiver of Service - Abeyta)(McNulty, Andrew) (Entered: 03/11/2021) |
| 03/09/2021 | 🌐 73 | MOTION to Withdraw as Attorney *for Plaintiff Cindy Fisk Pursuant to D.C.Colo.AttyR 5(b)* by Plaintiff Cidney Fisk. (Attachments: # 1 Proposed Order (PDF Only))(Reidy, Patrick) (Entered: 03/09/2021) |
| 03/08/2021 | 🌐 72 | MINUTE ENTRY for proceedings held before Judge R. Brooke Jackson: Telephone Discovery Hearing held on 3/8/2021. Court Reporter: Sarah Mitchell. (jdyne, ) (Entered: 03/08/2021) |

| 03/05/2021 | 🌐 71 | LETTER *listing issues for March 8, 2021 telephonic discovery hearing* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 03/05/2021) |
| --- | --- | --- |
| 02/23/2021 | 🌐 70 | MINUTE ORDER: A Telephonic Discovery Hearing is set for 3/8/2021 at 10:00 AM before Judge R. Brooke Jackson. The Court directs that the parties use dial-in number 1-888-204-5984 and enter access code 7557338# when prompted. By Judge R. Brooke Jackson on 2/23/2021. Text Only Entry (rbjsec, ) (Entered: 02/23/2021) |
| 02/16/2021 | 🌐 69 | AMENDED COMPLAINT against David Abeyta, City and County of Denver, Daniel Felkins, Paul Pazen, filed by Michael Acker.(rvill, ) (Entered: 02/16/2021) |
| 02/16/2021 | 🌐 68 | ORDER granting 67 Unopposed MOTION for Leave to Amend Complaint by Consol Plaintiff Michael Acker. The Court requests that the Clerk of Court's Office docket the Amended Complaint at 67-1. By Judge R. Brooke Jackson on 2/16/2021. Text Only Entry(rbjsec.) (Entered: 02/16/2021) |
| 02/12/2021 | 🌐 67 | Unopposed MOTION for Leave to *Amend Complaint* by Consol Plaintiff Michael Acker. (Attachments: # 1 Exhibit 1 - Amended Complaint (Clean), # 2 Exhibit 2 - Amended Complaint (Redline))(McNulty, Andrew) (Entered: 02/12/2021) |
| 02/01/2021 | 🌐 66 | ORDER granting 64 Unopposed MOTION for Extension of Time to file motion for class certification. The Court requests that plaintiffs give considerable attention to whether class treatment is either necessary or feasible in this case. The deadline to file a motion for class certification is now 4/26/2021. By Judge R. Brooke Jackson on 2/1/2021. Text Only Entry(rbjsec. ) (Entered: 02/01/2021) |
| 02/01/2021 | 🌐 65 | NOTICE of Entry of Appearance by Makeba Rutahindurwa on behalf of Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey TaylorAttorney Makeba Rutahindurwa added to party Youssef Amghar(pty:conpla), Attorney Makeba Rutahindurwa added to party Joe Deras(pty:conpla), Attorney Makeba Rutahindurwa added to party Johnathen Duran(pty:conpla), Attorney Makeba Rutahindurwa added to party Sara Fitouri(pty:conpla), Attorney Makeba Rutahindurwa added to party Jacquelyn Parkins(pty:conpla), Attorney Makeba Rutahindurwa added to party Andy Sannier(pty:conpla), Attorney Makeba Rutahindurwa added to party Kelsey Taylor(pty:conpla) (Rutahindurwa, Makeba) (Entered: 02/01/2021) |
| 02/01/2021 | 🌐 64 | Unopposed MOTION for Extension of Time to *file motion for class certification* by Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 02/01/2021) |
| 01/04/2021 | 🌐 63 | ORDER granting 62 Unopposed MOTION for Extension of Time to Respond to Plaintiffs' Discovery Requests. By Judge R. Brooke Jackson on 1/4/2021. Text Only Entry(rbjsec.) (Entered: 01/04/2021) |
| 12/30/2020 | 🌐 62 | Unopposed MOTION for Extension of Time to *Respond to Plaintiffs' Discovery Requests* by Defendant City and County of Denver. (Birkholz, Hollie) (Entered: 12/30/2020) |

| 12/30/2020 | 🌐 61 | ORDER granting 58 Joint MOTION to Amend/Correct/Modify 46 Scheduling Order. By Judge R. Brooke Jackson on 12/30/2020. Text Only Entry(rbjsec.) (Entered: 12/30/2020) |
| --- | --- | --- |
| 12/28/2020 | 🌐 60 | ORDER granting 59 Motion to Withdraw as Attorney. Attorney Anya Amalia Havriliak terminated. by Judge R. Brooke Jackson on 12/28/20. Text Only Entry(jdyne, ) (Entered: 12/28/2020) |
| 12/23/2020 | 🌐 59 | MOTION to Withdraw as Attorney *for Anya Havriliak* by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth. (Havriliak, Anya) (Entered: 12/23/2020) |
| 12/22/2020 | 🌐 58 | Joint MOTION to Amend/Correct/Modify 46 Scheduling Order by Consol Plaintiff Michael Acker. (McNulty, Andrew) (Entered: 12/22/2020) |
| 12/21/2020 | 🌐 57 | ANSWER to Complaint by Paul Pazen.(Birkholz, Hollie) (Entered: 12/21/2020) |
| 12/21/2020 | 🌐 56 | ANSWER to Complaint by City and County of Denver.(Birkholz, Hollie) (Entered: 12/21/2020) |
| 12/14/2020 | 🌐 55 | NOTICE of Entry of Appearance by Patrick Conor Reidy on behalf of Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee WedgeworthAttorney Patrick Conor Reidy added to party Apryl Alexander(pty:pla), Attorney Patrick Conor Reidy added to party Black Lives Matter 5280(pty:pla), Attorney Patrick Conor Reidy added to party Amanda Blasingame(pty:pla), Attorney Patrick Conor Reidy added to party Elisabeth Epps(pty:pla), Attorney Patrick Conor Reidy added to party Cidney Fisk(pty:pla), Attorney Patrick Conor Reidy added to party Hollis Lyman(pty:pla), Attorney Patrick Conor Reidy added to party Zach Packard(pty:pla), Attorney Patrick Conor Reidy added to party Phillip Rothlein(pty:pla), Attorney Patrick Conor Reidy added to party Stanford Smith(pty:pla), Attorney Patrick Conor Reidy added to party Ashlee Wedgeworth(pty:pla) (Reidy, Patrick) (Entered: 12/14/2020) |
| 12/14/2020 | 🌐 54 | ORDER granting 53 by Defendant City and County of Denver, Consol Defendants Paul Pazen, Anthony E. Tak. Attorney David Cooperstein is withdrawn. By Judge R. Brooke Jackson on 12/14/2020. Text Only Entry(rbjsec. ) (Entered: 12/14/2020) |
| 12/11/2020 | 🌐 53 | MOTION to Withdraw by Defendant City and County of Denver, Consol Defendants Paul Pazen, Anthony E. Tak. (Cooperstein, David) (Entered: 12/11/2020) |
| 12/11/2020 | 🌐 52 | NOTICE of Entry of Appearance by Robert Charles Huss on behalf of City and County of Denver, Paul Pazen, Anthony E. TakAttorney Robert Charles Huss added to party City and County of Denver(pty:dft), Attorney Robert Charles Huss added to party Paul Pazen(pty:condft), Attorney Robert Charles Huss added to party Anthony E. Tak(pty:condft) (Huss, Robert) (Entered: 12/11/2020) |
| 12/11/2020 | 🌐 51 | NOTICE of Entry of Appearance by Hollie Renee Birkholz on behalf of City and County of Denver, Paul Pazen, Anthony E. TakAttorney Hollie Renee Birkholz added to party City and County of Denver(pty:dft), Attorney Hollie Renee Birkholz added to party Paul Pazen(pty:condft), Attorney Hollie Renee Birkholz |

| | | |
|---|---|---|
| | | added to party Anthony E. Tak(pty:condft) (Birkholz, Hollie) (Entered: 12/11/2020) |
| 11/10/2020 | 🌐 50 | NOTICE of Entry of Appearance by David Charles Cooperstein on behalf of Paul PazenAttorney David Charles Cooperstein added to party Paul Pazen(pty:condft) (Cooperstein, David) (Entered: 11/10/2020) |
| 10/28/2020 | 🌐 49 | ORDER to Consolidate Related Actions. The Court *sua sponte* orders that related action *Michael Acker v. City and County of Denver et al, 1:20-cv-03155-KLM* be consolidated with the above captioned matter and that all future filings shall be made on the consolidated docket under the lead case *Black Lives Matter 5280 et al v. City and County of Denver et al, 1:20-cv-01878-RBJ*. By Judge R. Brooke Jackson on October 28, 2020. (rvill, ) (Entered: 10/28/2020) |
| 10/21/2020 | 🌐 48 | STIPULATION for Extension of Time *to Respond to Plaintiffs' First Set of Discovery* by Defendant City and County of Denver. (Cooperstein, David) (Entered: 10/21/2020) |
| 10/20/2020 | 🌐 47 | STIPULATION of Dismissal of Party *Francesca Lawrence* by Consol Defendants Kevin Beasley, Christopher Cochran, M. Davis, Zachary Moldenhauer, Andrew Nielsen, Chelsea Novotny, Jacob Vaporis, Defendant City and County of Denver, Consol Plaintiff Francesca Lawrence. (Wang, Elizabeth) (Entered: 10/20/2020) |
| 09/21/2020 | 🌐 46 | SCHEDULING ORDER: by Judge R. Brooke Jackson on 9/21/20. (jdyne, ) (Entered: 09/21/2020) |
| 09/08/2020 | 🌐 45 | Proposed Scheduling Order *Joint* by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth. (Macdonald, Timothy) (Entered: 09/08/2020) |
| 09/04/2020 | 🌐 44 | ORDER SETTING TRIAL AND TRIAL PREPARATION CONFERENCE: This matter is set for a 12-15 day Jury Trial to commence on March 7, 2022 at 9:00 a.m. on the docket of Judge R. Brooke Jackson U.S. District Courthouse, Courtroom A902, 9th Floor, 901 19th Street, Denver, Colorado. A Trial Preparation Conference is set for February 4, 2022 at 9:00 a.m. By Judge R. Brooke Jackson on 9/4/2020. (rbjsec. ) (Entered: 09/04/2020) |
| 09/03/2020 | 🌐 43 | COURTROOM MINUTES for Scheduling Conference via Video Teleconference held before Judge R. Brooke Jackson on 9/3/2020. Motion for Class Certification shall be filed on or before March 26, 2021. A response shall be filed on or before April 26, 2021. A reply may be filed on or before May 10, 2021. Motion Hearing regarding Class Certification set for 5/26/2021 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Fifteen day Jury Trial set for 3/7/2022 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Trial Preparation Conference set for 2/4/2022 at 09:00 AM in Courtroom A 902 before Judge R. Brooke Jackson. Discovery due by 9/3/2021. Dispositive Motions due by 10/15/2021. Court Reporter: Sarah Mitchell. (ebuch) (Entered: 09/03/2020) |
| 09/03/2020 | 🌐 42 | STIPULATED ORDER. By Judge R. Brooke Jackson on 9/3/2020. (apesa, ) (Entered: 09/03/2020) |
| 09/03/2020 | 🌐 41 | STIPULATION AND PROTECTIVE ORDER. By Judge R. Brooke Jackson on 9/3/2020 (Entered: 09/03/2020) |

| 09/03/2020 | 🌐40 | ORDER granting 39 Joint MOTION for Protective Order and Rule 502(d) Order. By Judge R. Brooke Jackson on 9/3/2020. Text Only Entry(rbjsec.) (Entered: 09/03/2020) |
|---|---|---|
| 09/02/2020 | 🌐39 | Joint MOTION for Protective Order *and Rule 502(d) Order* by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Attachments: # 1 Exhibit A (Proposed Protective Order), # 2 Exhibit B (Proposed Rule 502(d) Order))(Wang, Elizabeth) (Entered: 09/02/2020) |
| 09/02/2020 | 🌐38 | NOTICE of Working Draft of Proposed Scheduling Order by Judge R. Brooke Jackson on 9/2/2020. The Court has inserted multiple comments on the defendants' proposed scheduling order in Track Changes. The Word version will be emailed to counsel. Please see the attached pdf redlined version. The Court requests that the parties review this draft prior to tomorrow's scheduling conference. (rbjsec. ) (Entered: 09/02/2020) |
| 08/27/2020 | 🌐37 | ANSWER to Complaint by Kevin Beasley, City and County of Denver, Christopher Cochran, M. Davis, Paul Hogan, Heather R. Jossi, Zachary Moldenhauer, Andrew Nielsen, Chelsea Novotny, Anthony E. Tak.(Cooperstein, David) (Entered: 08/27/2020) |
| 08/27/2020 | 🌐36 | Proposed Scheduling Order by Plaintiffs Apryl Alexander, Black Lives Matter 5280, Amanda Blasingame, Elisabeth Epps, Cidney Fisk, Hollis Lyman, Zach Packard, Phillip Rothlein, Stanford Smith, Ashlee Wedgeworth, Consol Plaintiffs Youssef Amghar, Joe Deras, Johnathen Duran, Sara Fitouri, Francesca Lawrence, Jacquelyn Parkins, Andy Sannier, Kelsey Taylor. (Wang, Elizabeth) (Entered: 08/27/2020) |
| 08/27/2020 | 🌐35 | Proposed Scheduling Order by Consol Defendants Kevin Beasley, Christopher Cochran, M. Davis, Paul Hogan, Heather R. Jossi, Zachary Moldenhauer, Andrew Nielsen, Chelsea Novotny, Anthony E. Tak, Jacob Vaporis, Jacqueline A. Velasquez, Defendant City and County of Denver. (Cooperstein, David) (Entered: 08/27/2020) |
| 08/25/2020 | 🌐34 | ANSWER to 1 Complaint,,,, by City and County of Denver.(Cooperstein, David) (Entered: 08/25/2020) |
| 08/24/2020 | 🌐33 | NOTICE of Voluntary Dismissal of Party *without prejudice* by Consol Plaintiff Ambrose Cruz (Wang, Elizabeth) (Entered: 08/24/2020) |
| 08/11/2020 | 🌐32 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐31 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |

| 08/11/2020 | 🌐30 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
|---|---|---|
| 08/11/2020 | 🌐29 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐28 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐27 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐26 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐25 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐24 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐23 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐22 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/11/2020 | 🌐21 | WAIVER OF SERVICE Returned Executed by Francesca Lawrence, Kelsey Taylor, Andy Sannier, Joe Deras, Jacquelyn Parkins, Youssef Amghar, Ambrose Cruz, Johnathen Duran, Sara Fitouri. All Defendants. (Wang, Elizabeth) (Entered: 08/11/2020) |
| 08/05/2020 | 🌐20 | MINUTE ORDER: The consolidated matter is set for a Scheduling Conference on 9/3/2020 at 10:00 AM. Due to the COVID-19 pandemic, the hearing will be held by video teleconference. The Court's staff will provide connection instructions to the parties by email prior to the hearing. In an attempt to avoid bandwidth issues, the Court requests that each plaintiff group (one for each case) |

| | | |
|---|---|---|
| | | and the defendant limit themselves to two connections per group. However, multiple attorneys may appear together through one connection. Counsel, parties, and the general public whom will not participate, but want to hear the proceedings may utilize the Court's telephonic conferencing system by dialing Toll Free: 888-204-5984 using Access Code: 7557338#. The Court requests that the parties submit a proposed joint Scheduling Order (or if they cannot agree, then two proposed Scheduling Orders), by 8/27/2020. Please file the proposed order(s) into ECF as well as email a Word version to jackson_chambers@cod.uscourts.gov. The Scheduling Order should address two scenarios: one if the Court determines to proceed with class action briefing, which should include a short section of no more than two of the pages per side indicating why a class action is or is not appropriate; the other on the basis that the two cases will proceed on normal course without class action status. Indicate that injunctive relief beyond what was already stipulated and approved by the Court in Abay et al v. City and County of Denver, 1:20-cv-01616-RBJ, would be ordered only for exceptional reasons. By Judge R. Brooke Jackson on 8/5/2020. Text Only Entry (rbjsec. ) (Entered: 08/05/2020) |
| 08/04/2020 | 🌐 19 | ORDER TO CONSOLIDATE RELATED ACTIONS. The Court sua sponte orders that related action Cruz et al v. City and County of Denver et al, 1:20-cv-01922-RBJ be consolidated with the above captioned matter and that all future filings shall be made on the consolidated docket under case Black Lives Matter 5280 et al v. City and County of Denver et al, 1:20-cv-01878-RBJ. By Judge R. Brooke Jackson on 8/4/2020. (apesa, ) (Entered: 08/05/2020) |
| 07/31/2020 | 🌐 18 | CASE REASSIGNED pursuant to 17 Order this case is reassigned to Judge R. Brooke Jackson. All future pleadings should be designated as 20-cv-1878-RBJ. (Text Only Entry) (cthom, ) (Entered: 08/02/2020) |
| 07/31/2020 | 🌐 17 | ORDER REASSIGNING CASE. After conferral pursuant to Local Civil Rule 3.2(d), and pursuant to Local Civil Rule 40.1(d)(4)(B) and the approval of the Chief Judge, this case is reassigned to Judge R. Brooke Jackson. All future pleadings should be designated as 1:20-cv-01878-RBJ. SO ORDERED by Magistrate Judge Michael E. Hegarty on 7/31/2020. Text Only Entry. (cthom, ) (Entered: 08/02/2020) |
| 06/30/2020 | 🌐 16 | NOTICE of Entry of Appearance by David Charles Cooperstein on behalf of City and County of DenverAttorney David Charles Cooperstein added to party City and County of Denver(pty:dft) (Cooperstein, David) (Entered: 06/30/2020) |
| 06/29/2020 | 🌐 15 | WAIVER OF SERVICE Returned Executed by Phillip Rothlein, Elisabeth Epps, Zach Packard, Cidney Fisk, Apryl Alexander, Hollis Lyman, Ashlee Wedgeworth, Black Lives Matter 5280, Stanford Smith, Amanda Blasingame. City and County of Denver waiver sent on 6/26/2020, answer due 8/25/2020. (Macdonald, Timothy) Modified to correct answer deadline on 6/30/2020 (cmadr, ). (Entered: 06/29/2020) |
| 06/29/2020 | 🌐 14 | MINUTE ORDER by Magistrate Judge Michael E. Hegarty on 29 June 2020. Consent Form due by 8/14/2020. Proposed Scheduling Order due8/7/2020 Scheduling Conference set for 9/3/2020 10:00 AM in Courtroom A 501 before Magistrate Judge Michael E. Hegarty. (cmadr, ) (Entered: 06/29/2020) |

| 06/26/2020 | 🌐 13 | NOTICE of Entry of Appearance by Colin Michael O'Brien on behalf of All Plaintiffs Attorney Colin Michael O'Brien added to party Apryl Alexander(pty:pla), Attorney Colin Michael O'Brien added to party Black Lives Matter 5280(pty:pla), Attorney Colin Michael O'Brien added to party Amanda Blasingame(pty:pla), Attorney Colin Michael O'Brien added to party Elisabeth Epps(pty:pla), Attorney Colin Michael O'Brien added to party Cidney Fisk(pty:pla), Attorney Colin Michael O'Brien added to party Hollis Lyman(pty:pla), Attorney Colin Michael O'Brien added to party Zach Packard(pty:pla), Attorney Colin Michael O'Brien added to party Phillip Rothlein(pty:pla), Attorney Colin Michael O'Brien added to party Stanford Smith(pty:pla), Attorney Colin Michael O'Brien added to party Ashlee Wedgeworth(pty:pla) (O'Brien, Colin) (Entered: 06/26/2020) |
| 06/26/2020 | 🌐 12 | NOTICE of Entry of Appearance by Anya Amalia Havriliak on behalf of All Plaintiffs Attorney Anya Amalia Havriliak added to party Apryl Alexander(pty:pla), Attorney Anya Amalia Havriliak added to party Black Lives Matter 5280(pty:pla), Attorney Anya Amalia Havriliak added to party Amanda Blasingame(pty:pla), Attorney Anya Amalia Havriliak added to party Elisabeth Epps(pty:pla), Attorney Anya Amalia Havriliak added to party Cidney Fisk(pty:pla), Attorney Anya Amalia Havriliak added to party Hollis Lyman(pty:pla), Attorney Anya Amalia Havriliak added to party Zach Packard(pty:pla), Attorney Anya Amalia Havriliak added to party Phillip Rothlein(pty:pla), Attorney Anya Amalia Havriliak added to party Stanford Smith(pty:pla), Attorney Anya Amalia Havriliak added to party Ashlee Wedgeworth(pty:pla) (Havriliak, Anya) (Entered: 06/26/2020) |
| 06/26/2020 | 🌐 11 | NOTICE of Entry of Appearance by Edwin Packard Aro on behalf of All Plaintiffs Attorney Edwin Packard Aro added to party Apryl Alexander(pty:pla), Attorney Edwin Packard Aro added to party Black Lives Matter 5280(pty:pla), Attorney Edwin Packard Aro added to party Amanda Blasingame(pty:pla), Attorney Edwin Packard Aro added to party Elisabeth Epps(pty:pla), Attorney Edwin Packard Aro added to party Cidney Fisk(pty:pla), Attorney Edwin Packard Aro added to party Hollis Lyman(pty:pla), Attorney Edwin Packard Aro added to party Zach Packard(pty:pla), Attorney Edwin Packard Aro added to party Phillip Rothlein(pty:pla), Attorney Edwin Packard Aro added to party Stanford Smith(pty:pla), Attorney Edwin Packard Aro added to party Ashlee Wedgeworth(pty:pla) (Aro, Edwin) (Entered: 06/26/2020) |
| 06/26/2020 | 🌐 10 | NOTICE of Entry of Appearance by Robert Reeves Anderson on behalf of All Plaintiffs Attorney Robert Reeves Anderson added to party Apryl Alexander(pty:pla), Attorney Robert Reeves Anderson added to party Black Lives Matter 5280(pty:pla), Attorney Robert Reeves Anderson added to party Amanda Blasingame(pty:pla), Attorney Robert Reeves Anderson added to party Elisabeth Epps(pty:pla), Attorney Robert Reeves Anderson added to party Cidney Fisk(pty:pla), Attorney Robert Reeves Anderson added to party Hollis Lyman(pty:pla), Attorney Robert Reeves Anderson added to party Zach Packard(pty:pla), Attorney Robert Reeves Anderson added to party Phillip Rothlein(pty:pla), Attorney Robert Reeves Anderson added to party Stanford Smith(pty:pla), Attorney Robert Reeves Anderson added to party Ashlee Wedgeworth(pty:pla) (Anderson, Robert) (Entered: 06/26/2020) |

| | | |
|---|---|---|
| 06/26/2020 | 9 | NOTICE of Entry of Appearance by Matthew J. Douglas on behalf of All Plaintiffs Attorney Matthew J. Douglas added to party Apryl Alexander(pty:pla), Attorney Matthew J. Douglas added to party Black Lives Matter 5280(pty:pla), Attorney Matthew J. Douglas added to party Amanda Blasingame(pty:pla), Attorney Matthew J. Douglas added to party Elisabeth Epps(pty:pla), Attorney Matthew J. Douglas added to party Cidney Fisk(pty:pla), Attorney Matthew J. Douglas added to party Hollis Lyman(pty:pla), Attorney Matthew J. Douglas added to party Zach Packard(pty:pla), Attorney Matthew J. Douglas added to party Phillip Rothlein(pty:pla), Attorney Matthew J. Douglas added to party Stanford Smith(pty:pla), Attorney Matthew J. Douglas added to party Ashlee Wedgeworth(pty:pla) (Douglas, Matthew) (Entered: 06/26/2020) |
| 06/25/2020 | 8 | SUMMONS issued by Clerk. (Attachments: # 1 Magistrate Judge Consent Form) (agarc, ) (Entered: 06/25/2020) |
| 06/25/2020 | 7 | Case assigned to Magistrate Judge Michael E. Hegarty. Text Only Entry. (agarc, ) (Entered: 06/25/2020) |
| 06/25/2020 | 6 | NOTICE of Entry of Appearance *of Arielle K. Herzberg* by Arielle Kay Herzberg on behalf of All Plaintiffs Attorney Arielle Kay Herzberg added to party Apryl Alexander(pty:pla), Attorney Arielle Kay Herzberg added to party Black Lives Matter 5280(pty:pla), Attorney Arielle Kay Herzberg added to party Amanda Blasingame(pty:pla), Attorney Arielle Kay Herzberg added to party Elisabeth Epps(pty:pla), Attorney Arielle Kay Herzberg added to party Cidney Fisk(pty:pla), Attorney Arielle Kay Herzberg added to party Hollis Lyman(pty:pla), Attorney Arielle Kay Herzberg added to party Zach Packard(pty:pla), Attorney Arielle Kay Herzberg added to party Phillip Rothlein(pty:pla), Attorney Arielle Kay Herzberg added to party Stanford Smith(pty:pla), Attorney Arielle Kay Herzberg added to party Ashlee Wedgeworth(pty:pla) (Herzberg, Arielle) (Entered: 06/25/2020) |
| 06/25/2020 | 5 | NOTICE of Entry of Appearance *Sara R. Neel* by Sara R. Neel on behalf of All Plaintiffs Attorney Sara R. Neel added to party Apryl Alexander(pty:pla), Attorney Sara R. Neel added to party Black Lives Matter 5280(pty:pla), Attorney Sara R. Neel added to party Amanda Blasingame(pty:pla), Attorney Sara R. Neel added to party Elisabeth Epps(pty:pla), Attorney Sara R. Neel added to party Cidney Fisk(pty:pla), Attorney Sara R. Neel added to party Hollis Lyman(pty:pla), Attorney Sara R. Neel added to party Zach Packard(pty:pla), Attorney Sara R. Neel added to party Phillip Rothlein(pty:pla), Attorney Sara R. Neel added to party Stanford Smith(pty:pla), Attorney Sara R. Neel added to party Ashlee Wedgeworth(pty:pla) (Neel, Sara) (Entered: 06/25/2020) |

| 06/25/2020 | 4 | NOTICE of Entry of Appearance *of Mark Silverstein* by Mark Silverstein on behalf of All Plaintiffs Attorney Mark Silverstein added to party Apryl Alexander(pty:pla), Attorney Mark Silverstein added to party Black Lives Matter 5280(pty:pla), Attorney Mark Silverstein added to party Amanda Blasingame(pty:pla), Attorney Mark Silverstein added to party Elisabeth Epps(pty:pla), Attorney Mark Silverstein added to party Cidney Fisk(pty:pla), Attorney Mark Silverstein added to party Hollis Lyman(pty:pla), Attorney Mark Silverstein added to party Zach Packard(pty:pla), Attorney Mark Silverstein added to party Phillip Rothlein(pty:pla), Attorney Mark Silverstein added to party Stanford Smith(pty:pla), Attorney Mark Silverstein added to party Ashlee Wedgeworth(pty:pla) (Silverstein, Mark) (Entered: 06/25/2020) |
| --- | --- | --- |
| 06/25/2020 | 3 | NOTICE OF CASE ASSOCIATION by Timothy R. Macdonald on behalf of All Plaintiffs (Macdonald, Timothy) (Entered: 06/25/2020) |
| 06/25/2020 | 2 | CORPORATE DISCLOSURE STATEMENT. (Macdonald, Timothy) (Entered: 06/25/2020) |
| 06/25/2020 | 1 | COMPLAINT against All Defendants (Filing fee $ 400,Receipt Number 1082-7357861)Attorney Timothy R. Macdonald added to party Apryl Alexander(pty:pla), Attorney Timothy R. Macdonald added to party Black Lives Matter 5280(pty:pla), Attorney Timothy R. Macdonald added to party Amanda Blasingame(pty:pla), Attorney Timothy R. Macdonald added to party Elisabeth Epps(pty:pla), Attorney Timothy R. Macdonald added to party Cidney Fisk(pty:pla), Attorney Timothy R. Macdonald added to party Hollis Lyman(pty:pla), Attorney Timothy R. Macdonald added to party Zach Packard(pty:pla), Attorney Timothy R. Macdonald added to party Phillip Rothlein(pty:pla), Attorney Timothy R. Macdonald added to party Stanford Smith(pty:pla), Attorney Timothy R. Macdonald added to party Ashlee Wedgeworth(pty:pla), filed by Phillip Rothlein, Elisabeth Epps, Zach Packard, Cidney Fisk, Apryl Alexander, Hollis Lyman, Ashlee Wedgeworth, Black Lives Matter 5280, Stanford Smith, Amanda Blasingame. (Attachments: # 1 Summons, # 2 Civil Cover Sheet)(Macdonald, Timothy) (Entered: 06/25/2020) |