IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
Consolidated with No. 20-cv-01922-RBJ

ELISABETH EPPS,
ASHLEE WEDGEWORTH,
AMANDA BLASINGAME,
MAYA ROTHLEIN,
ZACH PACKARD,
HOLLIS LYMAN,
CIDNEY FISK,
STANFORD SMITH,
SARA FITOURI,
JACQUELYN PARKINS,
KELSEY TAYLOR,
JOE DERAS,
CLAIRE SANNIER, and
JOHNATHEN DURAN,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER,
JONATHAN CHRISTIAN,
KEITH VALENTINE,
ANTHONY HAMILTON,
TIMOTHY DREITH,
CITY OF AURORA,
MATTHEW BRUKBACHER,
PATRICIO SERRANT,
DAVID MCNAMEE, and
CORY BUDAJ,

    Defendants.

**JUDGMENT**

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a) and Fed. R. Civ. P. 54(b), the following Judgment is hereby entered.

The claims of plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zachary Packard, Hollis Lyman, Stanford Smith, Cidney Fisk, Sara Fitouri, Jacquelyn Parkins, Kelsey Taylor, Joe Deras, and Claire Sannier against the defendant City and County of Denver, exclusive of claims arising from curfew violations, and plaintiff Elisabeth Epps' individual claim against former Denver Police Department Officer Jonathan Christian, were tried before a jury of eight duly sworn between March 7 and March 25, 2022, with Senior U.S. District Judge R. Brooke Jackson presiding, and the jury has rendered a verdict. It is

ORDERED that judgment is entered in favor of the defendants and against the plaintiff Cidney Fisk as to all her claims, which are dismissed with prejudice. It is

FURTHER ORDERED that judgment is entered in favor of defendants Anthony Hamilton and Timothy Dreith and against plaintiff Joe Deras as to his First Amendment and Fourth Amendment claims for the reasons set forth in the Court's summary judgment ruling of February 22, 2022 (ECF No. 298). It is

FURTHER ORDERED that judgment is entered in favor of defendant Keith Valentine and against plaintiff Elisabeth Epps as to her First Amendment and Fourth Amendment claims for the reasons set forth in the Court's summary judgment ruling of March 1, 2022 (ECF No. 304). It is

FURTHER ORDERED that judgment is entered in favor of plaintiffs Claire Sannier, Stanford Smith, Zachary Packard, Sara Fitouri, Maya Rothlein, Amanda

Blasingame, Joe Deras, Kelsey Taylor, Jacquelyn Parkins, Elisabeth Epps, and Hollis Lyman and against defendant the City and County of Denver as to those plaintiffs' First Amendment and Fourth Amendment claims. Judgment is entered in favor of plaintiff Ashlee Wedgeworth and against defendant the City and County of Denver as to her First Amendment claim. Judgment is entered in favor of plaintiff Elisabeth Epps and against defendant Jonathan Christian as to her Fourth Amendment claim.

Plaintiffs Claire Sannier and Kelsey Taylor's claims against the City and County of Denver arising from curfew arrests, and plaintiffs Zachary Packard and Johnathen Duran's claims against the City of Aurora and individual Aurora Police Department officers were bifurcated for separate trials.[1] The Court directs entry of a final judgment as to one or more, but fewer than all, claims or parties in this case, and expressly determines that there is no just reason for delay of entry of judgment on those claims tried to verdict by jury. It is

FURTHER ORDERED that compensatory damages were awarded by the jury in the amounts of $3,000,000 as to plaintiff Zachary Packard; $1,000,000 as to plaintiff Claire Sannier; $1,000,000 as to plaintiff Stanford Smith; $1,000,000 as to plaintiff Sara Fitouri; $1,000,000 as to plaintiff Maya Rothlein; $1,000,000 as to plaintiff Amanda Blasingame; $1,000,000 as to plaintiff Hollis Lyman; $1,000,000 as to plaintiff Joe Deras; $1,000,000 as to plaintiff Kelsey Taylor; $1,000,000 as to plaintiff Jacquelyn Parkins; $1,000,000 as to plaintiff Elisabeth Epps; and $750,000 as to plaintiff Ashlee Wedgeworth, and judgment in those amounts to those individuals is entered. It is

---

[1] Those trials have been set for April 24, 2023 and June 19, 2023, respectively.

FURTHER ORDERED that defendant City and County of Denver's motion for judgment as a matter of law, or a new trial, or remittitur (ECF No. 373), is DENIED. It is

FURTHER ORDERED that defendant Jonathan Christian's motion for judgment as a matter of law, or a new trial, is DENIED. It is

FURTHER ORDERED that defendant Johnathan Christian's motion for remittitur of the jury's $250,000 punitive damages award to plaintiff Elisabeth Epps is GRANTED. The Court orders that the punitive damages award be remitted to $50,000. This amount having been accepted by plaintiff Elisabeth Epps (ECF No. 430), judgment in that amount is entered. It is

FURTHER ORDERED that in the discretion of the Court, pre-judgment interest to each of the plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zachary Packard, Hollis Lyman, Stanford Smith, Sara Fitouri, Jacquelyn Parkins, Kelsey Taylor, Joe Deras, and Claire Sannier is awarded at the rate provided in C.R.S. § 5-12-101, which is eight percent (8%) compounded annually, accruing on June 2, 2020 and ending on the date of entry of this judgment. It is

FURTHER ORDERED that as the prevailing party the plaintiffs are awarded costs to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. It is

FURTHER ORDERED that in the discretion of the Court, attorney's fees may be awarded to the plaintiffs pursuant to 42 U.S.C. § 1988 in an amount to be determined. It is

FURTHER ORDERED that post-judgment interest, pursuant to 28 U.S.C. § 1961, will be awarded to the plaintiffs at the federal rate applicable at the time this final judgment is entered.

Dated at Denver, Colorado this _____ day of _____, 2022.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By: _____
Deputy Clerk

APPROVED BY THE COURT:

_____
R. Brooke Jackson
Senior United States District Judge