# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY and COUNTY of DENVER, et al.,

    Defendants.

---

## ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

    I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

    Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Claire Sannier, Johnathen Duran, Kelsey Taylor.

    DATED at Denver, Colorado this 26th day of October, 2022.

                                                   s/ Wallace Hilke
                                                   Name of Attorney

                                                   LOEVY & LOEVY
                                                 Firm Name

                                            311 N. Aberdeen St., 3rd Flr
                                               Office Address

                                               Chicago, IL 60607
                                               City, State, ZIP Code

                                               (312) 243-5900
                                               Telephone Number

                                               hilke@loevy.com
                                               Primary CM/ECF E-mail Address

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of October, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                            *s/*   Wallace Hilke