IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  1:20-cv-01878-RBJ

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY and COUNTY of DENVER, et al.,

    Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

I hereby certify that I am a member in good standing of the bar of this court, and I appear in this case as counsel for:

Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Claire Sannier, Johnathen Duran, Kelsey Taylor.

DATED at Denver, Colorado this 27th day of October, 2022.

          s/ Jordan Poole
Name of Attorney

    LOEVY & LOEVY
Firm Name

    311 N. Aberdeen St., 3rd Flr
Office Address

    Chicago, IL 60607
City, State, ZIP Code

    (312) 243-5900
Telephone Number

    poole@loevy.com
Primary CM/ECF E-mail Address

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 27th day of October, 2022 I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                          *s/*   Jordan Poole