**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

---

*MOTION TO WITHDRAW APPEARANCE OF ISABELLE SABRA EVANS*

---

Isabelle Sabra Evans of the Aurora City Attorney's Office, hereby requests to withdraw as counsel for the City of Aurora, Defendant Officers Cory Budaj, David McNamee, Patricio Serrant, and Matthew Brukbacher in their official capacities ("Defendants") and states as follows:

    1.    Defendants are also represented by Peter Ruben Morales of the Aurora City Attorney's Office. Mr. Morales will continue to assume counsel of record responsibilities for the Defendants. Michael T. Lowe and David Goddard continue to represent Defendant Officers Cory Budaj, David McNamee, Patricio Serrant, and Matthew Brukbacher in their individual capacities.

    2.    Pursuant to D.C.COLO.LAttyR 5(b) Isabelle Sabra Evans wishes to withdraw from this case. Ms. Evans has resigned from the Aurora City Attorney's Office effective February 3, 2023.

3. From this date forward, all communications and further service should be with Peter Ruben Morales at the address and phone number listed below.

4. Isabelle Sabra Evans requests to be removed from all mailing/service lists in this matter as of this date.

5. A copy of this Motion has been contemporaneously provided to Defendants.

WHEREFORE, Isabelle Sabra Evans requests to withdraw as counsel for Defendants and be removed from all mailing/service lists in this matter as of this date.

Respectfully submitted this 26th day of January, 2023.

OFFICE OF THE CITY ATTORNEY

s/ *Isabelle Sabra Evans*
Isabelle Sabra Evans
Peter Ruben Morales
Office of the City Attorney
Aurora Municipal Center, Suite 5300
15151 East Alameda Parkway
Aurora, Colorado 80012
Telephone: (303) 739-7030
Facsimile: (303) 739-7042
Email: ievans@auroragov.org
         pmorales@auroragov.org
*Attorneys for Defendant City of Aurora, and Aurora Defendant Officers Budaj, McNamee, Serrant and Brukbacher in their official capacities*

**CERTIFICATE OF SERVICE BY CM/ECF**

I hereby certify that on the 26th day of January, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record in this matter;

and I hereby certify that I have mailed or served the document or paper to the following non-CM/ECF participants in the manner (mail, hand delivery, etc.) indicated by the non-participant's name:

Officer Cory Budaj            (*Email*)

Sergeant David McNamee     (Email)

Sergeant Patricio Serrant      (Email)

Lt. Matthew Brukbacher     (Email)

By:   *s/ Joanne Flaherty*
      Joanne Flaherty, Legal Secretary