**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No.  1:20-cv-01878-RBJ

ELISABETH EPPS, et al.,

      Plaintiffs,

v.

CITY and COUNTY of DENVER, et al.,

      Defendants.

---

ENTRY OF APPEARANCE

---

To the clerk of court and all parties of record:

      I hereby certify that I am a member in good standing of the bar of this court, and I

appear in this case as counsel for:

      Plaintiffs Sara Fitouri, Jacquelyn Parkins, Joe Deras, Claire Sannier, Johnathen Duran,

Kelsey Taylor.

      DATED at Denver, Colorado, this 30th day of January, 2023.

        s/ David B. Owens
        Name of Attorney

        LOEVY & LOEVY
        Firm Name
        311 N. Aberdeen St., 3rd Flr
        Office Address
        Chicago, IL 60607
        City, State, ZIP Code
        (312) 243-5900
        Telephone Number
        david@loevy.com
        Primary CM/ECF E-mail Address

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of January 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

*s/* David B. Owens