IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## MOTION TO WITHDRAW AS COUNSEL

Timothy Macdonald of Arnold & Porter Kaye Scholer LLP ("Arnold & Porter"), as counsel for Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith, moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

**Certificate of Conferral Pursuant to Local Civil Rule 7.1:** Because this motion is brought pursuant to D.C.Colo.LAttyR 5(b), conferral is not required. *See* Local Civil Rule 7.1(b)(4).

1. My last day as an attorney at Arnold & Porter is February 10, 2023. Therefore, I respectfully submit that good cause exists to allow me to withdraw as counsel in this matter pursuant to D.C.Colo.LAttyR 5(b).

2. Matthew J. Douglas, Edwin P. Aro, R. Reeves Anderson, and other attorneys at Arnold & Porter have entered appearances for Plaintiffs in this action as counsel of record.

3. Given that Plaintiffs will continue to be represented by attorneys at Arnold & Porter, no parties will be prejudiced by the withdrawal of the undersigned, and there will be no delay in any upcoming deadlines.

4. Advisement pursuant to D.C.Colo.LAttyR 5(b): Plaintiffs have been provided notice of this Motion, which includes advisement regarding their responsibility to comply with all court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, who will continue to comply with this responsibility on their behalf.

Dated: February 7, 2023                Respectfully submitted,

                                       By: */s/ Timothy R. Macdonald*
                                           Timothy R. Macdonald
                                           Matthew J. Douglas
                                           Edward Packard Aro
                                           R. Reeves Anderson
                                           Colin M. O'Brien
                                           Brian M. Williams
                                           ARNOLD & PORTER KAYE SCHOLER, LLP
                                           1144 Fifteenth Street, Suite 3100
                                           Denver, Colorado 80202
                                           Telephone: (303) 863-1000
                                           Timothy.Macdonald@arnoldporter.com
                                           Matthew.Douglas@arnoldporter.com
                                           Ed.Aro@arnoldporter.com
                                           Reeves.Anderson@arnoldporter.com
                                           Colin.Obrien@arnoldporter.com
                                           Brian.Williams@arnoldporter.com

                                           *Counsel for Epps Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2023, I served via CM/ECF the foregoing **MOTION TO WITHDRAW AS COUNSEL** on all counsel of record.

*/s/ Tanya D. Huffaker*