**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-1878-RBJ (consolidated with 1:20-cv-1922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

**JOINT MOTION OF THE CURFEW ARREST CLASS PLAINTIFFS AND DEFENDANT CITY AND COUNTY OF DENVER TO SET DEADLINES FOR PRETRIAL FILINGS**

---

Now comes the Curfew Arrest Class Plaintiffs (Class Representatives Kelsey Taylor and Claire Sannier), and Defendant City and County of Denver, and hereby jointly move to set the following suggested schedule for pretrial filings:

1. The trial of the Curfew Arrest Class claims against Defendant City and County of Denver is set for April 24, 2023. The Final Pretrial Conference is set for April 13, 2023 at 9:00 a.m.

2. The parties have conferred about due dates for pretrial materials and consulted the Court's Practice Standards. The parties propose and move that the Court set the following deadlines:

    a. March 21, 2023: Class Plaintiffs provide draft jury instructions, witness list, and exhibit list to Defendant.

    b. March 28, 2023: Defendant provides competing/revised jury instructions, witness list, and exhibit list to Class Plaintiffs, as well as objections to Class Plaintiffs' witness and exhibit lists.

    c. April 3, 2023: Motions *in limine* and trial briefs (if any) due. Class Plaintiffs to provide any objections to Defendant's witness and exhibit lists to Defendant. Parties to confer before April 6, 2023.

    d. April 6, 2023: Parties submit jury instructions, witness lists, and exhibit lists to the Court via email.

    e. April 10, 2023: Responses to motions *in limine* and trial briefs (if any) due.

WHEREFORE, Class Plaintiffs and Defendant move the Court to set the agreed-upon schedule for the submission of pretrial materials in advance of the Final Pretrial Conference and the trial in this matter.

Respectfully submitted,

| | |
|---|---|
| s/ Elizabeth Wang<br>LOEVY & LOEVY<br>2060 Broadway, Suite 460<br>Boulder, CO 80302<br>O: 720.328.5642<br>elizabethw@loevy.com<br>*Class Counsel* | David B. Owens<br>Wallace Hilke<br>LOEVY & LOEVY<br>311 N. Aberdeen St., 3rd Fl.<br>Chicago, IL 60607<br>david@loevy.com<br>hilke@loevy.com |
| s/ Andrew D. Ringel<br>Andrew D. Ringel<br>Hall & Evans, LLC<br>1001 17th St., Suite 300<br>Denver, CO 80202<br>O: 303.628.3453<br>ringela@hallevans.com | Hollie R. Birkholz, Assistant City Attorney<br>Denver City Attorney's Office<br>Civil Litigation Section<br>201 W. Colfax Ave., Dept. 1108<br>Denver, CO 80202<br>O: 720.913.3100<br>hollie.birkholz@denvergov.org |

*Counsel for Defendant City and County of Denver*

## Certificate of Service

    I, Elizabeth Wang, an attorney, hereby certify that on February 15, 2023, I served via CM/ECF the foregoing document on counsel of record for all parties.

                                                               s/ Elizabeth Wang
                                                                Class Counsel