IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

### JOINT MOTION FOR REFERRAL FOR SETTLEMENT CONFERENCE WITH UNITED STATES MAGISTRATE JUDGE KRISTEN L. MIX

---

Curfew Arrest Class Plaintiffs (via Class Representatives Kelsey Taylor and Claire Sannier) and Defendant City and County of Denver, pursuant to D.C.Colo.LCiv.R. 16.6, hereby respectfully submit this Joint Motion for Referral for Settlement Conference with United States Magistrate Judge Kristen L. Mix, as follows:

1. This matter is set for a Final Pretrial Conference on April 13, 2023, and a five-day jury trial to commence on April 24, 2023. Counsel for the Curfew Arrest Class Plaintiffs and Defendant City and County of Denver have been engaged in settlement discussions and have concluded it would be productive for the parties to engage in a Settlement Conference with a Magistrate Judge to assist the parties in discussing settlement. Counsel for the parties believe their discussions concerning settlement demonstrate the prospect of a resolution of this matter.

2. No Magistrate Judge appears to have been assigned to Civil Action No. 20-cv-01878-RBJ. United States Magistrate Judge Michael E. Hegarty is assigned to Civil Action No.

20-cv-1922-RBJ-MEH, *Fitouri, et al. v. City and County of Denver*, of which the Curfew Arrest Class Plaintiffs are a part. However, Magistrate Judge Hegarty's son became a partner at Hall & Evans, LLC, at the start of 2023 and accordingly Magistrate Judge Hegarty has recused himself from matters in which attorneys from the firm represent litigants in cases to which he has been assigned. [*See, e.g.,* Order of Recusal, Civil Action No. 20-cv-03495-PAB-MEH, ECF 196, attached as Exhibit A]. As a result, a different Magistrate Judge needs to be assigned and the parties are in agreement that Magistrate Judge Mix would be an appropriate Magistrate Judge to hold a Settlement Conference in this matter.

3. Accordingly, the parties jointly request this Court refer this matter to Magistrate Judge Mix for a Settlement Conference. The parties recognize the business of Magistrate Judge Mix's schedule. However, the parties would like to schedule a Settlement Conference in this matter as soon as possible given the approaching dates for the Final Pretrial Conference and the jury trial in this matter. Counsel for the parties are happy to contact Magistrate Judge Mix's Chambers via telephone or email to facilitate the scheduling of the Settlement Conference assuming this Joint Motion is granted by this Court.

WHEREFORE, for all the forgoing reasons, the Curfew Arrest Class Plaintiffs (via Class Representatives Kelsey Taylor and Claire Sannier) and Defendant City and County of Denver respectfully request this Court issue an Order pursuant to D.C.Colo.LCiv.R. 16.6 referring this matter for a Settlement Conference to United States Magistrate Judge Kristen L. Mix to be held on a date mutually convenient for all concerned as soon as possible, and for all other and further relief as this Court deems just and appropriate.

Dated this 3rd day of March, 2023.

Respectfully submitted,

s/ Elizabeth Wang                     .
Elizabeth Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
Tel: (720) 328-5642
Email:  elizabethw@loevy.com

David B. Owens
Wallace Hilke
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
david@loevy.com
hilke@loevy.com

*Class Counsel*

s/ Andrew D. Ringel                   
Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com

Hollie R. Birkholz
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Avenue, Dept. 1108
Denver, Colorado 80202
Telephone:  (720) 913-3100
Facsimile:  (720) 913-3155
Email:  hollie.birkholz@denvergov.org

*Attorneys for Defendant City and County of Denver*

3

**CERTIFICATE OF SERVICE (CM/ECF)**

I hereby certify that on this 3rd day of March, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record in this matter.

*s/ Nicole Marion,* Legal Assistant_____
Nicole Marion
Hall & Evans, L.L.C.