IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-03495-PAB-MEH

DARUS WILKINS,

    Plaintiff,

v.

CHRIS CHAVEZ, *et al*.,

    Defendants.

---

## ORDER OF RECUSAL

---

**Michael E. Hegarty, United States Magistrate Judge**.

    28 U.S.C. § 455(a) requires that a judge disqualify himself in any proceeding in which his impartiality might be reasonably questioned. The provision is self-enforcing on the part of the judge. *See United States v. Pearson*, 203 F.3d 1243, 1276–77 (10th Cir. 2000). Simply put, "[w]hat matters is not the reality of bias or prejudice but its appearance." *Liteky v. United States*, 510 U.S. 540, 548 (1994).

    Upon review of the file of this case, I conclude that I must recuse myself from further service in this case. My son became a partner at the law firm of Hall & Evans, LLC, at the start of this year, and an attorney(s) from that firm is representing a litigant(s) in this civil action.

    **IT IS ORDERED** that I recuse myself from further service in this matter. The Clerk of Court shall reassign this civil action to another Magistrate Judge.

    **IT IS FURTHER ORDERED** that the Preliminary Scheduling/ Status Conference currently set on February 14, 2023 is **vacated**.

EXHIBIT A

Entered this 3rd day of January, 2023, at Denver, Colorado.

BY THE COURT:

*Michael E. Hegarty*

Michael E. Hegarty
United States Magistrate Judge