## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Kristen L. Mix

DATE: March 30, 2023
20-cv-01878-RBJ-KLM
Elisabeth Epps, et al. v. City and County of Denver, et al.

___ A settlement conference was held on____ and no settlement was reached as to any claims in this action.

___ Another Settlement Conference set for _____.

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

_✓_ A settlement conference was held on this date, and a *conditional* settlement was reached as to

_✓_ All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____ __May 15, 2023__.

___ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved: hours minutes.

_✓_ A record was made          ___ No record was made

* * * * * * * * * * * * * * *

___ Supplemental settlement negotiations were held in the above-captioned case.

~~Negotiation~~ *Preparation and settlement conf.* time involved: _6_ hours _____ minutes