IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

 Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

 Defendants.

## JOINT MOTION TO RESCHEDULE TRIAL PREPARATION CONFERENCE AND ASSOCIATED DEADLINES

 Curfew Arrest Class Plaintiffs (via Class Representatives Kelsey Taylor and Claire Sannier) and Defendant City and County of Denver, hereby respectfully submit this Joint Motion to Reschedule Trial Preparation Conference and Associated Deadlines, as follows:

 1. This matter is set for a Final Pretrial Conference on April 13, 2023, and a five-day jury trial to commence on April 24, 2023. Pretrial submissions are due on April 6, 2023,[1] and April 11, 2023 (for responses to motions *in limine* and trial briefs), in advance of the Final Trial Preparation Conference.

 2. The parties have been diligently working on the submissions in this matter as well as other matters related to this case. Dkt. 459. To allow the work to continue based on unforeseen delay that has occurred, the parties jointly request this Court vacate the Final Trial Preparation

---

[1] Proposed jury instructions, witness and exhibit lists, motions *in limine*, trial briefs.

Conference and reschedule it for the morning of April 18, 2023, and also extend the deadlines for jury instructions, exhibit and witness lists, motions *in limine*, and trial briefs until April 11, 2023, responses to the motions and briefs to April 14, 2023.

WHEREFORE, for all the forgoing reasons, the Curfew Arrest Class Plaintiffs (via Class Representatives Kelsey Taylor and Claire Sannier) and Defendant City and County of Denver respectfully request this Court issue an Order vacating and rescheduling the Final Pretrial Conference and extending the associated deadlines as described above, and for all other and further relief as this Court deems just and appropriate.

Dated this 6th day of April, 2023.

Respectfully submitted,

*s/ Elizabeth Wang*
Elizabeth Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
Tel: (720) 328-5642
Email:  elizabethw@loevy.com

David B. Owens
Wallace Hilke
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
david@loevy.com
hilke@loevy.com

*Class Counsel*

*s/ Andrew D. Ringel*
Andrew D. Ringel
Katherine N. Hoffman
Robert A. Weiner
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
             hoffmank@hallevans.com
             weinerr@hallevans.com

*Attorneys for Defendant City and County of Denver*

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on this 6th day of April, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record in this matter.

                                           *s/ Nicole Marion,* Legal Assistant_____
                                           Nicole Marion
                                           Hall & Evans, L.L.C.