| CLASS | Defendant's Exhibit List | | | | |
|---|---|---|---|---|---|
| *Epps, Fitouri, et al. v. City and County of Denver*, No. 20-cv-1878-RBJ | | | | | |
| | | | | | |
| Ex. No. | Description | Bates/Filename | Stipulation | In | Out |
| 1000 | Photographs of Clean Up Efforts | DEN 16269-16275 | | | |
| 1001 | Groves BWC 5/30/20 barricade | DEN5026 | authentic | | |
| 1002 | Carmody BWC 5/30/20 barricade | DEN5013 | authentic | | |
| 1003 | Photograph of Barricade | BLM_00001125 | | | |
| 1004 | Incident Detail Report | DEN000036-58 | authentic | | |
| 1005 | After Action report (Phelan) | DEN001916-1936 | authentic | | |
| 1006 | After Action Report (Sich) | DEN001937-1945 | authentic | | |
| 1007 | AAR Report for 5/30/20 | DEN011404-011407 | authentic | | |
| 1008 | Statement of Probable Cause/Affidavit for Arrest - Kelsey Taylor | DEN002122 | admissible | | |
| 1009 | Injury Photographs | DEN32302-32312 & 33439-33511 | | | |
| 1010 | Summary of DPD injuries during protest | DEN032701 - 32711 | | | |
| 1011 | DPD Injuries | DEN032674-32678 | | | |
| 1012 | Dumpster Fire Photographs | Fitouri 10980-17845 | | | |
| 1013 | City Property Damage Report | DEN009859 | | | |
| 1014 | Photograph of Damage - May 28, 2020 | Fitouri 0011092 | | | |
| 1015 | Pthotograph of Damage - May 29, 2020 | Fitouri 0011128, Fitouri 0011126 | | | |
| 1016 | Damage Quote | DEN032679 - 032682 | | | |
| 1017 | Message Summarizing Police Activity and Arrests | DEN15847-15848 | authentic | | |
| 1018 | 5/28 HALO, 16th & Central | 530- I25 - DEN003847 | authentic | | |
| 1019 | 5/28 BWC Calabrese, I-25 pedestrian bridge | DEN003887 | authentic | | |
| 1020 | 5/28 BWC McNabb, I-25 pedestrian bridge | DEN003890 | authentic | | |
| 1021 | DPD CAD report dated May 28, 2020 | DEN000001-000017 | authentic | | |
| 1022 | CAD Reports from 05.28.2020 | DEN00002028-2063 | authentic | | |
| 1023 | DPD CAD report dated May 29, 2020 | DEN000018-000035 | authentic | | |
| 1024 | DPD CAD report dated May 30, 2020 | DEN000036-000058 | authentic | | |
| 1025 | DPD CAD report dated May 31, 2020 | DEN000059-000067 | authentic | | |
| 1026 | CAD Report from 05.31.2020 | DEN2064-2077 | authentic | | |
| 1027 | CAD Report from 06.01.2020 | DEN2093-2105 | authentic | | |
| 1028 | CAD Report from 06.02.2020 | DEN2078-2092 | authentic | | |
| 1029 | 5/31/2020 Dispersal Order BWC | DEN031587 | authentic | | |
| 1030 | JCSO SWAT After Action Reports | JCSO 0160-0165, 0168-0170 (ps' 1041) | authentic | | |
| 1031 | Reported Crimes During Protests | DEN032691-32697 | | | |
| 1032 | City and County of Denver Emergency Curfew Order dated May 30, 2020 | DEN000112 - 113 (453) | admissible | | |

| | | | | |
|---|---|---|---|---|
| 1033 | Emergency Curfew dated June 1, 2020 | DEN000114 - 116 | admissible | |
| 1034 | Curfew Announcement | Fitouri 000255 | authentic | |
| 1035 | Officer Statements of Greg Dulayev | DEN13613-13614 | | |
| 1036 | Officer Statements of Nathaniel Trobee | DEN13604 - 13607 | | |
| 1037 | Officer Statements of Wednesday Avedisian | DEN13319 – 13322; 13517 – 13520; 13858 - 13861 | | |
| 1038 | Officer Statements of Jacob Vaporis | DEN013166 – 13167; 13485 – 13486; 13800 – 13803; 14272 - 14273 | | |
| 1039 | Supplemental report of Stephen Redfearn | DEN8933 - 8934 | | |
| 1040 | Officer Statements of Eric Gray | DEN14590-14591; DEN14656-14657; 14686-14689; 14742-14745; 14558 - 14559 | | |
| 1041 | Jeff Co Statement of Hamilton | DEN 9051-9054 | | |
| 1042 | Officer Statements | DEN13089-14761 | | |
| 1043 | May 31, 2020 Statement of O'Donnell with all attachments | DEN3654 - 3659 | | |
| 1044 | Officer Statement of Tyler Danielson | DEN003312 | | |
| 1045 | Officer Statement of Briana Cordova | DEN006163-6164 | | |
| 1046 | Officer Statements of Richard Eberharter | DEN002210-002211 | | |
| 1047 | Officer Reports of Stephen Redfearn & Matthew Brukbacher | COABLM_000041-000042, COABLM_000061-000062 | | |
| 1048 | Officer Statements of Rick Beall | DEN002797-002799 | | |
| 1049 | Officer Statements of Ofc. Adam Bolton | DEN002812-002813, DEN003535; un-bates-stamped reports dated 5/28, 5/29, 5/30, 5/31 | | |
| 1050 | Officer Statements of Lt. Matthew Canino | DEN002831-002832, DEN003075, DEN003281, DEN003544 | | |
| 1051 | Officer Statements of Lt. Alfonso Cervera | DEN002840-DEN002850 | | |
| 1052 | Officer Statements of Ofc. Johnathan Christian | DEN002851, DEN003562, DEN005467, DEN006061 | | |
| 1053 | Officer Statements of Ofc. Tana Cunningham | DEN002859, DEN003574-003575, un-Bates-stamped 5/29 & 5/30 reports | | |
| 1054 | Officer Statement of Ofc. Eric Leon | DEN002912-002913 | | |
| 1055 | Officer Statements of Sgt. Vincent Lombardi | DEN002915-002917, DEN003128-003130, DEN003362-003364, DEN003614-003616, DEN003763-003765 | | |
| 1056 | Officer Statements of Sgt. Marco Martinez | DEN002927, DEN003384, DEN003631 | | |
| 1057 | Officer Statement of Ofc. Maxwell McDermott | DEN002934-002940 | | |

| | | | | | |
|---|---|---|---|---|---|
| 1058 | Officer Statements of Ofc. Kyle McNabb | DEN002941-002943, DEN003395-003396 | | | |
| 1059 | Officer Statements of Lt. Michael O'Donnell | DEN002958, DEN003654-003655, DEN014410-014413, DEN014424-014427, DEN014494-014497 | | | |
| 1060 | Officer Statements of Lt. Thomas Pine | DEN002969-002970, DEN003176, DEN003420, DEN003664 | | | |
| 1061 | Officer Statements of Lt. Vincent Porter | DEN002973-002976, DEN003181-003182, DEN003421-003422, DEN003667-003668 | | | |
| 1062 | Officer Statements of Sgt. Anthony Tak | DEN003002-003003, DEN003693 | | | |
| 1063 | Officer Statements of Ofc. Keith Valentine | DEN003011, DEN003697, un-Bates-stamped 5/29 & 5/30 reports | | | |
| 1064 | Officer Statements of Lt. James Williams | DEN003018-003027 | | | |
| 1065 | Officer Statements of Ofc. Cole Connors | DEN003092-003096, DEN003303-003307, DEN003567-003571 | | | |
| 1066 | Officer Statements of Ofc. Adam Hoffecker | DEN003122-003125, DEN003602-003605 | | | |
| 1067 | Officer Statements of Ofc. Maxwell McDermott | DEN003152-003158 | | | |
| 1068 | Officer Statements of Ofc. Adam Van Volkinburg | DEN003215-003216, DEN003698-003699 | | | |
| 1069 | Officer Statements of Sgt. David Abeyta | DEN003235-003239, DEN002778-002782 | | | |
| 1070 | Officer Statement of Sgt. Timothy Hyatt | DEN003354-00355 | | | |
| 1071 | Officer Statement of Ofc. Joe Lucero | DEN003374 | | | |
| 1072 | Officer Statement of Ryan Moser | DEN003403-003405 | | | |
| 1073 | Officer Statement of Sgt. Jason Simmons | DEN003437-003442 | | | |
| 1074 | Officer Statements of Ofc. John Sampson | DEN003676, un-Bates-stamped 5/29 & 5/30 reports | | | |
| 1075 | Emails and spreadsheets re: arrests, as of 6/7/20 | DEN009673-009707 | admissible | | |
| 1076 | Text messages re: curfew enforcement | DEN013035-013037, DEN013053-013054 | admissible | | |
| 1077 | Officer Statements of Ofc. Ronald Espinosa | DEN014342, DEN014382, DEN014442-014445 | | | |
| 1078 | Officer Statements of Lt. Kevin Carroll | DEN014372-014375, DEN014428-014331, DEN003547 | | | |
| 1079 | Officer Statements of Sgt. Ed Arnold | DEN014380, DEN014548 | | | |
| 1080 | Statement of Ben Longoria | DEN002918 – 2919; DEN003131; 3365; 3617; 3766 | | | |
| 1081 | Officer Statements of Kenneth D. Chavez | DEN 3298-3299; DEN 3090-3091 | | | |
| 1082 | Officer Statement of James D. Williams | DEN 3830 - 3839 | | | |

| | | | | |
|---|---|---|---|---|
| 1083 | Photograph displaying destruction to businesses | Fitouri 11138, 17855, 17875 Def. 3107 | | | |
| 1084 | Photograph of Great Wall Restaurant | JCSO 57 | | | |
| 1085 | 5/28 photo by Sara Fitouri, I-25 | Fitouri 000240 (932) | | | |
| 1086 | Photographs | Fitouri 10980 - Ps. 960 | | | |
| 1087 | Denver Maps | | | | |
| 1088 | Map of Capital | | | | |
| 1089 | Photograph of Protestors Pushing Fence | BLM 1529 | | | |
| 1090 | Firecrackers thrown at officers (still shot) | GROVE - DEN 5026 | | | |
| 1091 | 5/30 BWC Carmody, Colfax & Lincoln | DEN5013 Carmody | authentic | | |
| 1092 | Photograph | BLM 1529 | | | |
| 1093 | Photograph taken at capital | BLM 51 | | | |
| 1094 | Photograph of broken car windows at Capitol | Fitouri0011081 - 3141 | | | |
| 1095 | Denver Police Department General Offense Report | Fitouri 007710 - 3139 | | | |
| 1096 | Photographs taken by Plaintiffs of blocking traffic | Fitouri 10962, 10963 and 10971 - 3106 | | | |
| 1097 | Damaged Property Data | DEN032668 - 669 | | | |
| 1098 | Photos of damage to property | DEN032313-032523 | | | |
| 1099 | 6/7/20 Email re: City damages and WC claims due to protests | DEN009858 | | | |
| 1100 | Denver Downtown Partnership - Saturday May 30 Report re: Damage | DEN009762-9842 | | | |
| 1101 | Denver Downtown Partnership - Satraday May 30 Report re: Damage | DEN009741-9761 | | | |
| 1102 | Denver Downtown Partnership - June 1, 2020 Report re: Damage | DEN009737-9740 | | | |
| 1103 | Protest Glass-Body Repair Vehicle Costs | DEN32712-32713 | | | |
| 1104 | 2020 George Floyd Protests - Claims and Incidents | DEN009860 | | | |
| 1105 | Protest Expenses - 06.29.21 | DEN32679-32682 | | | |
| 1106 | Text Messages for Lieutenant Williams from 5/30/20-6/2/20 with photos of damaged DPD vehicles | DEN14802-14918 - 3053 | | | |
| 1107 | Photographs of damage to Jefferson Country Regional SWAT vehicle | JCSO000068, 172, 182, 000185-000186, 188 | | | |
| 1108 | Claire Sannier Journal | Fitouri 22825-22835 | authentic | | |
| 1109 | K. Taylor Dear Jessica Document | Fitouri 17256-17263 | authentic | | |
| 1110 | K. Taylor Email | Fitouri 17264 | authentic | | |

| | | | | | |
|---|---|---|---|---|---|
| 1111 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Badillo, Enriquez | DEN008598-8600 | admissible | | |
| 1112 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Berrios, Andrea | DEN008484-8486 | admissible | | |
| 1113 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Boria Robles, Edgardo | DEN008633-8634 | admissible | | |
| 1114 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Bunch, Tyler | DEN008768, DEN019014 | admissible | | |
| 1115 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Cruz, Ambrose | Fitouri 000037-38, 42 | admissible | | |
| 1116 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Dickerson, Sayge | DEN008723, DEN019541 | admissible | | |
| 1117 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Eagleburger, Samuel | DEN008372, DEN 019610 | admissible | | |
| 1118 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Fernandez, Danaya | DEN008630, DEN019807 | admissible | | |
| 1119 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Galaviz, Monica | DEN008342, 019985 | admissible | | |
| 1120 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Gomez-Cruz, Edwin | DEN008354-8355 | admissible | | |
| 1121 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Hayes, Audrey | DEN008718-8720 | admissible | | |
| 1122 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Helton, Brian | DEN008203, DEN020350 | admissible | | |
| 1123 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Lawrence, Francesca | Fitouri 005394-5395, 005392 | admissible | | |

| | | | | | |
|---|---|---|---|---|---|
| 1124 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Madison, Christopher | Fitouri 009361-9364 | admissible | | |
| 1125 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Mayo, Daqwann | DEN008428-8429 | admissible | | |
| 1126 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Medina, Arrieanna | DEN008468, DEN020990 | admissible | | |
| 1127 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Smith, Stacy | DEN008796, DEN021845 | admissible | | |
| 1128 | (1) Statement of Probable Cause/Affidavit for Arrest; and (2) Records from the Denver Sheriff's Department - Sannier, Claire | Fitouri 010721; 010725-010726 | admissible | | |
| | Any document necessary to refresh recollection | | | | |
| | All deposition exhibits | | | | |
| | Any video produced through discovery or deposition (We will continue to narrow the video we potentially intend to use at trial). | | | | |
| | Any exhibit necessary for the purposes of impeachment or rebuttal | | | | |
| | Any remainder of any exhibit introduced by any other party pursuant to Fed. R. Evid. 106 | | | | |