**CLASS DEFENDANTS' WITNESS LIST**
*Epps, Fitouri, et al. v. City and County of Denver*, No. 20-cv-1878-RBJ

| Name | Role | Plaintiffs' Objections |
|---|---|---|
| **WILL CALL** | | |
| Chief Ron Thomas | DPD | |
| Alan Salazar | Chief of Staff of Mayor | never disclosed during discovery |
| Captain Kelly Bruning | DSD | never disclosed during discovery |
| Captain Jamieson Brown | DSD | never disclosed during discovery |
| | | |
| **MAY CALL** | | |
| Commander Michael O'Donnell | DPD | |
| Kristin Bronson | City Attorney | never disclosed during discovery |
| Sergeant Robert Parsons | DPD | |
| Matt Woods | DOTI | |
| Murphy Robinson | Director of Safety | |
| Barbara Archer | Deputy Chief of Police | |
| | | |
| Commander Patrick Phelan | DPD | |
| Lt. Robert Wycoff | DPD | |
| Lt. Matt Canino | DPD | |
| Lt. Thomas Pine | DPD | |
| Lt. Vincent Porter | DPD | |
| Lt. James D. Williams | DPD | |
| Tana Cunningham | DPD | |

| | | |
|---|---|---|
| Jefferson County members of the Jefferson County Regional Swat Team: Captain Drew Williams; Sergeant Timothy Stegink; Deputy Brian Spery. | | |
| Arvada Police Department members of the Jefferson County Regional Swat Team: Officer Robin Vinola; Officer Dean Moretti; Officer Jordan Griffin | | relevance; Moretti never disclosed during discovery |
| Mobile Field Force Team members of the Adams County Sheriff's Department: Sergeant Chastain; Corporal Bastien | | relevance; never disclosed during discovery |
| Aurora Police Department members: William Hummell; Myshell Bolton; Nicholas Wilson; Kevin Manley. | | relevance; Manley never disclosed during discovery |
| Marley Bordovsky | Director, Prosecution and Code Enforcement, City Attorney's Office | never disclosed during discovery |
| Abbas Awie | Jack's Market and Zak's Market | never disclosed during discovery |
| Yasir Gabani/Zac Gabani | Buffalo Bill's Wings & Things | never disclosed during discovery |
| Beth Moyski | Vice President, Downtown Environment, Downtown Denver Partnership | |
| Any witness listed by Plaintiffs | | |

Witness(es) necessary to lay foundation for any exhibit