# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT COURT OF COLORADO

ELISABETH EPPS, *et al.*,
       Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al*.,
       Defendants.

Civil Action Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH

## CLASS PLAINTIFFS' WITNESS LIST

Plaintiffs, by and through undersigned counsel, hereby submit this Witness List for the trial scheduled to begin April 24, 2023.

### WILL CALL WITNESSES

1. Claire Sannier (Class Representative).  Estimated time for direct exam:  1.0 hour
2. Kelsey (Elle) Taylor (Class Representative). Estimated time for direct exam:  1.0 hour
3. Ronald Thomas (Chief). Estimated time for direct exam: 1.0 hour
4. Barbara Archer (Deputy Chief). Estimated time for direct exam: 0.5 hour

### MAY CALL WITNESSES

5. Edgardo Boria Robles (Class Member). Estimated time for direct exam: 0.75 hour
6. Tyler Bunch (Class Member). Estimated time for direct exam: 0.75 hour
7. Ambrose Cruz (Class Member). Estimated time for direct exam: 0.75 hour
8. Samuel Eagleburger (Class Member). Estimated time for direct exam: 0.75 hour
9. Danaya Fernandez (Class Member). Estimated time for direct exam: 0.75 hour
10. Audrey Hayes (Class Member). Estimated time for direct exam: 0.75 hour

11. Christopher Madison (Class Member). Estimated time for direct exam: 0.75 hour

12. Daqwann Mayo (Class Member). Estimated time for direct exam: 0.75 hour

13. Stacy Smith (Class Member). Estimated time for direct exam: 0.75 hour

14. Megan Tozer (Class Member). Estimated time for direct exam: 0.75 hour

15. Xenia Zamorano (Class Member). Estimated time for direct exam: 0.75 hour

16. Vincent Porter (Lt.). Estimated time for direct exam: 0.25 hour[1]

17. Kimberly Hanson (Det.). Estimated time for direct exam: 0.5 hour

18. Richard Laber (Lt.). Estimated time for direct exam: 0.25 hour

In addition to the witnesses listed above, Plaintiffs reserve the right to call (1) any witness listed, subpoenaed or called by any other party; (2) any witness necessary for rebuttal or impeachment; and (3) any witness necessary to authenticate, lay foundation, or otherwise admit any exhibit. Plaintiffs also reserve the right to supplement or modify their witness list prior to and at trial.

Finally, this Witness List does not constitute the Plaintiffs' Order of Proof.

Respectfully submitted,

By: s/ Elizabeth Wang
    Elizabeth Wang
    LOEVY & LOEVY
    2060 Broadway, Suite 460
    Boulder, CO 80302
    O: 720.328.5642
    elizabethw@loevy.com
    *Class Counsel*

David B. Owens
Wallace Hilke
LOEVY & LOEVY
311 N. Aberdeen St., 3rd Fl.
Chicago, IL 60607
O: 312.243.5900
david@loevy.com
hilke@loevy.com

---

[1] Defendant has indicated that Lt. Porter is retired and lives out of state. Plaintiffs would be willing to designate brief portions of his deposition.

**CERTIFICATE OF SERVICE**

I, Elizabeth Wang, hereby certify that on April 11, 2023, I served via CM/ECF the foregoing Class Plaintiffs' Witness List n all counsel of record.

s/ Elizabeth Wang