# IN THE UNITED STATES DISTRICT COURT
# OF THE DISTRICT COURT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, *et al.*,<br>　　　　Plaintiffs,<br><br>　　v.<br><br>CITY AND COUNTY OF DENVER, *et al*.,<br>　　　　Defendants. | Civil Action Nos. 1:20-cv-01878-RBJ &<br>1:20-cv-01922-RBJ-MEH |

## CLASS PLAINTIFFS' EXHIBIT LIST

Class Plaintiffs, by and through undersigned counsel, hereby submit the attached Exhibit List for the trial scheduled to begin April 24, 2023.

Respectfully submitted,

By: s/ Elizabeth Wang　　　　　　　　　　　David B. Owens
　　Elizabeth Wang　　　　　　　　　　　　　Wallace Hilke
　　LOEVY & LOEVY　　　　　　　　　　　　LOEVY & LOEVY
　　2060 Broadway, Suite 460　　　　　　　　311 N. Aberdeen St., 3rd Fl.
　　Boulder, CO 80302　　　　　　　　　　　Chicago, IL 60607
　　O: 720.328.5642　　　　　　　　　　　　O: 312.243.5900
　　elizabethw@loevy.com　　　　　　　　　david@loevy.com
　　*Class Counsel*　　　　　　　　　　　　　hilke@loevy.com

## CERTIFICATE OF SERVICE

I, Elizabeth Wang, hereby certify that I filed the foregoing Class Plaintiffs' Exhibit List on April 11, 2023, via CM/ECF, thereby providing a copy to all counsel of record.

　　　　　　　　　　　　　　　　　　s/ Elizabeth Wang

**CLASS PLAINTIFFS' TRIAL EXHIBIT LIST**
*Epps, Fitouri, et al. v. City and County of Denver*, No. 20-cv-1878-RBJ

| Ex. No. | Description | Bates/Filename | Stipulation | In | Out |
|---|---|---|---|---|---|
| 1 | Text messages re: curfew enforcement | DEN013035-013037, DEN013053-013054 | Authentic | | |
| 2 | City and County of Denver Emergency Curfew Order dated May 30, 2020 | DEN000112-000113 | Admissible | | |
| 3 | City and County of Denver Extended Emergency Curfew Order dated June 1, 2020 | DEN000114-000116 | Admissible | | |
| 4 | Emails w/ Bancroft, Archer, Thomas, DeStaffany, et al re: curfew enforcement, 6/2-6/3/20 | DEN015752-015757, DEN016037-016042 | Authentic | | |
| 5 | Emails w/ Bancroft, Porter, et al, re: curfew enforcement, 6/5/20 | DEN015781 | Authentic | | |
| 6 | Emails w/ DeStaffany, D1, et al, re: curfew enforcement | DEN015796-015799 | Authentic | | |
| 7 | Emails w/ Thomas and Commanders re: curfew | DEN016037-016044 | Authentic | | |
| 8 | Emails w/ Wyckoff, Thomas, et al, re: curfew arrests | DEN016052-016055 | Authentic | | |
| 9 | Emails w/ Pine, Lenherr re: curfew arrests | DEN016057 | Authentic | | |
| 10 | Emails w/ Archer, Lunn, Di Trolio re: curfew arrests | DEN016098 | Authentic | | |
| 11 | Statement of Probable Cause/Affidavit for Arrest Warrant for Kelsey Taylor | DEN002122 | Authentic | | |
| 12 | Summons and Complaint for Kelsey Taylor | DEN002132-002133 | Authentic | | |
| 13 | Jail paperwork re: COVID, from Kelsey Taylor | Fitouri 010941-010943 | Authentic | | |
| 14 | Bond paperwork, Kelsey Taylor | Fitouri 010946 | Authentic | | |
| 15 | Statement of Probable Cause/Affidavit for Arrest Warrant for Claire Sannier | Fitouri 010721 | Authentic | | |
| 16 | Summons for Claire Sannier | Fitouri 010725-010726 | Authentic | | |
| 17 | Motion to dismiss charges, Claire Sannier | Fitouri 010788-010789 | Authentic | | |
| 18 | Bond receipt, Claire Sannier | Fitouri 010716 | Authentic | | |
| 19 | Booking photo, Ambrose Cruz | DENCRUZ 000057 | Authentic | | |

| | | | |
|---|---|---|---|
| 20 | DDC records, Ambrose Cruz | DENCRUZ 000032-000033, 000037-000041 | Authentic |
| 21 | Summons & PC Affidavit, Ambrose Cruz | Fitouri 000037-000038, 000042 | Authentic |
| 22 | Ambrose Cruz photos of eye injury | Fitouri 000009-000010 | |
| 23 | Ambrose Cruz photos at protest, 6/1/20 | Fitouri 000012-000013, CRUZ 1 | |
| 24 | Ambrose Cruz photos of parking garage | Fitouri 000022-000033 | |
| 25 | Ambrose Cruz letter from City Attorney Prosecution & Code Enforcement | Fitouri 000077 | |
| 26 | Summons & PC Affidavit, Enrique Badillo | DEN008598-008600 | Authentic |
| 27 | DDC records, Enrique Badillo | DEN018639-018648, 018652 | Authentic |
| 28 | Summons & PC Affidavit, Andrea Berrios | DEN008484-008486 | Authentic |
| 29 | DDC records, Andrea Berrios | DEN018723-018732, 018736-018737 | Authentic |
| 30 | Summons & PC Affidavit, Edgardo Boria Robles | DEN 008633, 018816 | Authentic |
| 31 | DDC records, Edgardo Boria Robles | DEN018808-018815, 018819-018820 | Authentic |
| 32 | Summons & PC Affidavit, Tyler Bunch | DEN008768, 019014 | Authentic |
| 33 | DDC records, Tyler Bunch | DEN019004-019013, 019016-019017 | Authentic |
| 34 | Summons & PC Affidavit, Sayge Dickerson | DEN008723, 019541 | Authentic |
| 35 | DDC records, Sayge Dickerson | DEN019532-019533, 019535, 019537-019540, 019543-019544 | Authentic |
| 36 | Summons & PC Affidavit, Samuel Eagleburger | DEN008372, 019610 | Authentic |
| 37 | DDC records, Samuel Eagleburger | DEN019600-019609 | Authentic |
| 38 | Summons & PC Affidavit, Danaya Fernandez | DEN008630, 019807 | Authentic |
| 39 | DDC records, Danaya Fernandez | DEN019797-019806, 019810 | Authentic |
| 40 | Summons & PC Affidavit, Monica Galaviz | DEN008342, 019985 | Authentic |
| 41 | DDC records, Monica Galaviz | DEN019977-019984, 019987-019987 | Authentic |
| 42 | Summons & PC Affidavit, Edwin Gomez-Cruz | DEN008354-008355 | Authentic |
| 43 | DDC records, Edwin Gomez-Cruz | DEN020090-020098, 020101-020102 | Authentic |
| 44 | Summons & PC Affidavit, Audrey Hayes | DEN008718-008720 | Authentic |
| 45 | DDC records, Audrey Hayes | DEN020329-020336, 020340-020341 | Authentic |
| 46 | Summons & PC Affidavit, Brian Helton | DEN008203, 020350 | Authentic |
| 47 | DDC records, Brian Helton | DEN020342-020349, 020352-020354 | Authentic |
| 48 | Summons & PC Affidavit, Francesca Lawrence | Fitouri 005394-0053953, 005392 | Authentic |
| 49 | DDC records, Francesca Lawrence | DEN020681-020690, 020693, Fitouri 000251 | Authentic |

| # | Description | Bates | Status |
|---|---|---|---|
| 50 | Summons & PC Affidavit, Chris Madison | Fitouri009361-009364 | Authentic |
| 51 | DDC records, Chris Madison | DEN020748-020757 | Authentic |
| 52 | Summons & PC Affidavit, Daqwann Mayo | DEN008428-008429 | Authentic |
| 53 | DDC records, Daqwann Mayo | DEN020923-020931, 020935-020936 | Authentic |
| 54 | Summons & PC Affidavit, Arrieanna Medina | DEN008468, 020990 | Authentic |
| 55 | DDC records, Arrieanna Medina | DEN020981-020989, 020992-020993 | Authentic |
| 56 | Summons & PC Affidavit, Stacy Smith | DEN008796, 021845 | Authentic |
| 57 | DDC records, Stacy Smith | DEN021836-021844, 021847 | Authentic |
| 58 | Summons & PC Affidavit, Rook Stavish | DEN008450-008451 | Authentic |
| 59 | DDC records, Rook Stavish | DEN021904-021911, 021914-021915 | Authentic |
| 60 | Summons & PC Affidavit, Ryan Stowe | DEN008261-008262, 021977 | Authentic |
| 61 | DDC records, Ryan Stowe | DEN021968-021976, 021979-021980 | Authentic |
| 62 | Summons & PC Affidavit, Megan Tozer | DEN008458, 022075 | Authentic |
| 63 | DDC records, Megan Tozer | DEN022065-022066, 022068, 022070-022073, 022076-022077 | Authentic |
| 64 | Summons & PC Affidavit, Xenia Zamorano | DEN008774-008776 | Authentic |
| 65 | DDC records, Xenia Zamorano | DEN022507-022514, 022518-022520 | Authentic |
| 66 | 5/30 HALO 14th-Broadway PTZ | 000001_HALO 14th Broadway PTZ (produced in Cousik) | Authentic |
| 67 | 5/30 HALO, Colfax & Broadway | DEN015740 | Authentic |
| 68 | 5/30 APD Parrella, Broadway and 14th | COAEPP 2128 | Authentic |
| 69 | 5/30 T02 Traffic Camera, Colfax/Lincoln | Cousik 2 - 20200530_1700-2300 | Authentic |
| 70 | 5/30 HALO 1450 Lincoln PTZ | Cousik 2 - 20200530_1700-2300 | Authentic |
| 71 | 6/1-6/2 HALO, 1450 Lincoln PTZ & Fixed | PROTEST-TRAFFIC-CAM-6.01.2020-000001_HALO 1450 Lincoln Fixed & PTZ (produced in Cousik) | Authentic |
| 72 | 6/2 BWC Lombardi, Lincoln pushing south | DENCRUZ 000050 | Authentic |
| 73 | 6/2 BWC Garcia, 13th & Lincoln arrest of Sannier group | DENCRUZ 000053 | Authentic |
| 74 | 6/2 BWC Bolton, Lincoln pushing south | DENCRUZ 000054 | Authentic |
| 75 | 6/2 BWC Carmody, Lincoln pushing south | DENCRUZ 000055 | Authentic |
| 76 | 6/1 BWC Hyatt, 13th & Lincoln | DEN005133 | Authentic |
| 77 | Ambrose Cruz's video, 6/3 | CRUZ 13 | |
| 78 | Centennial Realty parking garage video, 6/2/20 | Fitouri 012177 | |
| 79 | Mass arrest short form | DENCRUZ 000345 | Authentic |
| 80 | Mass arrest process form | DENCRUZ 000346 | Authentic |

| | | | |
|---|---|---|---|
| 81 | Mass Arrest field form | DENCRUZ 000347 | Authentic |
| 82 | Text messages and photos re: curfew arrests (from Sgt. Franklin), 5/30 | DEN022669 (IMG_003; IMG_006; IMG_1106, IMG_1107), 022721-022722, 022723-022724, 022742-022747, 022749-022754, 022758, 022769-022772, 022777-022779 | Authentic |
| 83 | Text messages and photos re: curfew arrests (from Sgt. Franklin), 5/31 | DEN022670 (TVSR9075); 022788-022789, 022793, 022799-022803, 022805, 022807, 022810, 022813-022817, 022819, 022821, 022823, 022825, 022830, 022843-022844, 022847-022848, 022907-022909, 022915-022918, 022922-022946, 022949, 022953-022957, 022962-022972, 022974-022993, 022999-023000, 023024-02326, 023029-023031, 023038-023041, 023044-023046 | Authentic |
| 84 | Text messages and photos re: curfew arrests (from Sgt. Franklin), 6/1 | DEN023047-023186 | Authentic |
| 85 | Arrests by category, 5/28/20-6/7/20 | DEN009678-009707 | Authentic |
| 86 | DPD Email about arrests by category | DEN009673-009677 | Authentic |
| 87 | Arrests by category, 5/28/20-6/3/20 | DEN009714-009734 | Authentic |
| 88 | Motions to dismiss charges, Class Members | DEN016438-017041, 017042-018416, DEN022587-022637; Fitouri 000034-000036, 0000257-000338 | Authentic |
| 89 | DPD Telestaff records, 5/28/2020-6/2/2020 | DEN002462-002762 | Authentic |
| 90 | DPD Training Bulletin - Evidence.com Category added (final dated 6/6/20) | Fitouri 022842 | Authentic |
| 91 | DPD Training Bulletin - Evidence.com Category added (Draft dated 6/5/20 | Fitouri 022841 | Authentic |
| 92 | AXON Category Retention times | Fitouri 022840 | |
| 93 | Letter re: pre-event buffer on DPD BWCs | Fitouri 010718 | |
| 94 | DPD CAD report dated May 28, 2020 | DEN000001-000017 | Admissible |
| 95 | DPD CAD report dated May 29, 2020 | DEN000018-000035 | Admissible |
| 96 | DPD CAD report dated May 30, 2020 | DEN000036-000058 | Admissible |

| # | Description | Bates | Status | |
|---|---|---|---|---|
| 97 | DPD CAD report dated May 31, 2020 | DEN000059-000067 | Admissible | |
| 98 | DPD Crowd Management Manual in effect on May 28, 2020 (dated 2/13/19) | DEN000068-000111 (replacement version) | Admissible | |
| 99 | DPD Operations Manual | DEN000950-001754; Fitouri 011368-012173 | Admissible | |
| 100 | DPD Training Bulletin: First Amendment and Free Speech, 6/6/19 | DEN001909-001911 | Admissible | |
| 101 | DPD After Action reports (Phelan), 5/28/20-6/2/20 | DEN001916-001936 | Admissible | |
| 102 | DPD After Action reports (Sich), 5/28/20-5/31/20 | DEN001937-001945 | Admissible | |
| 103 | DPD Operations Plan, 5/28 | DEN001946-001957 | Admissible | |
| 104 | DPD Operations Plan, 5/29 | DEN001958-001969 | Admissible | |
| 105 | DPD Operations Plan, 5/30 | DEN001970-001982 | Admissible | |
| 106 | DPD Operations Plan, 5/31 | DEN001983-001995 | Admissible | |
| 107 | DPD Operations Plan, 6/1 | DEN001996-002011 | Admissible | |
| 108 | DPD Operations Plan, 6/2-6/5 | DEN002012-002027 | Admissible | |
| 109 | DPD Chemical Agent Timeline | DEN002736-002776 | Authentic | |
| 110 | Officer Statements of Heather Jossi | DEN002812-002813, DEN003535; un-bates-stamped reports dated 5/28, 5/29, 5/30, 5/31 | Authentic | |
| 111 | Officer Statements of Ofc. Adam Bolton | DEN002851, DEN003562, DEN005467, un-bates-stamped report dated 5/29 | Authentic | |
| 112 | Officer Statements of Ofc. Johnathan Christian | DEN014004-014007, 014474-014477, DEN002912-002913 | Authentic | |
| 113 | Officer Statements of Ofc. Eric Leon | DEN002958, DEN003654-003655, DEN014410-014413, DEN014424-014427, DEN014494-014497 | Authentic | |
| 114 | Officer Statements of Lt. Michael O'Donnell | DEN003002-003003, DEN003693 | Authentic | |
| 115 | Officer Statements of Sgt. Anthony Tak | DEN003011, DEN003697, un-Bates-stamped 5/29 & 5/30 reports | Authentic | |
| 116 | Officer Statements of Ofc. Keith Valentine | DEN003018-003027 | Authentic | |
| 117 | Officer Statements of Lt. James Williams | | Authentic | |
| 118 | CBS4 News video (Pazen comments) | 4570514 | Authentic | |
| 119 | CBS4 News video (Pazen and Mayor comments) | 4570857 | Authentic | |
| 120 | CBS4 News video (Pazen interview) | 4571117 | Authentic | |

| # | Description | ID | | Status |
|---|---|---|---|---|
| 121 | CBS4 News video (Pazen interview, 6/1) | | 4573662 | Authentic |
| 122 | 5/28 CSP video, 14th & Lincoln | 05282020 v.133 | | Authentic |
| 123 | 5/28 CSP video | 05282020 v.225 | | Authentic |
| 124 | 5/28 CSP video, 14th & Sherman (Capitol south steps) | 05282020 v.29 | | Authentic |
| 125 | 5/28 CSP video, 14th & Sherman (also Capitol west steps) | 05282020 v.63 | | Authentic |
| 126 | 5/28 CSP video | 05282020 v.64 | | Authentic |
| 127 | 5/28 CSP video | 05282020 v.79 | | Authentic |
| 128 | 5/28 CSP video | 05282020 v.88 | | Authentic |
| 129 | 5/28 CSP video | 05282020 v.93 | | Authentic |
| 130 | 5/29 CSP video, 14th & Lincoln (looking west) | 05292020 v.133 | | Authentic |
| 131 | 5/29 CSP video | 05292020 v.138 | | Authentic |
| 132 | 5/29 CSP video, Capitol west steps | 05292020 v.211 | | Authentic |
| 133 | 5/29 CSP video, Colfax & Lincoln | 05292020 v.217 | | Authentic |
| 134 | 5/29 CSP video | 05292020 v.225 | | Authentic |
| 135 | 5/29 CSP video, Colfax & Lincoln | 05292020 v.88 | | Authentic |
| 136 | 5/29 CSP video, Colfax & Lincoln | 05292020 v.93 | | Authentic |
| 137 | 5/29 CSP video, 14th & Sherman (also Capitol west steps) | 05292020 v.63 | | Authentic |
| 138 | 5/29 CSP video, Capitol lawn | 05292020 v.64 | | Authentic |
| 139 | 5/30 CSP video, Lincoln & Colfax | 05302020 v.101 | | Authentic |
| 140 | 5/30 CSP video, Capitol steps | 05302020 v.211 | | Authentic |
| 141 | 5/30 CSP video | 05302020 v.217 | | Authentic |
| 142 | 5/30 CSP video | 05302020 v.225 | | Authentic |
| 143 | 5/30 CSP video | 05302020 v.29 | | Authentic |
| 144 | 5/30 CSP video | 05302020 v.88 | | Authentic |
| 145 | 5/30 CSP video | 05302020 v.93 | | Authentic |
| 146 | 6/1 CSP video | 06012020 v.211 | | Authentic |
| 147 | 6/1 CSP video | 06012020 v.225 | | Authentic |
| 148 | 6/1 CSP video | 06012020 v.63 | | Authentic |
| 149 | 6/1 CSP video | 06012020 v.64 | | Authentic |
| 150 | 5/28 9News, news helicopter footage | 5-28-2020 4 | | Authentic |
| 151 | 5/29 9News video, Capitol lawn, news helicopter footage | 5-29-2020 10 | | Authentic |
| 152 | 5/29 9News video, press conference with Mayor & Chief of Police | 5-29-2020 12 | | Authentic |
| 153 | 5/29 9News video, Capitol steps, news helicopter footage | 5-29-2020 5 | | Authentic |
| 154 | 5/30 9News video, Mayor press conference re: curfew | 5-30-2020 1 | | Authentic |

| # | Description | Bates | Date | Authenticity |
|---|---|---|---|---|
| 155 | 5/30 9News video, news helicopter footage | | 5-30-2020 7 | Authentic |
| 156 | 5/30 9News video, Civic Center bus station, ground footage | | 5-30-2020 9 | Authentic |
| 157 | 5/31 9News video, Colfax, news helicopter footage | | 5-31-2020 4 | Authentic |
| 158 | 5/31 9News video, Capitol, news helicopter footage | | 5-31-2020 6 | Authentic |
| 159 | 6/1 9News video, interview with Pazen | | 6-1-2020 4 | Authentic |
| 160 | 5/28 Air One video | | DEN003840 | Authentic |
| 161 | 5/29 Air One video | | DEN003841 | Authentic |
| 162 | 5/30 Air One video | | DEN003842 | Authentic |
| 163 | 5/31 Air One video | | DEN003843 | Authentic |
| 164 | 6/1 Air One video | | DEN003912-003918 | Authentic |
| 165 | 5/30 APD Brukbacher, Lincoln & Colfax | | COABLM231 | Authentic |
| 166 | 5/30 APD Brukbacher, Lincoln & Colfax | | COABLM232 | Authentic |
| 167 | 5/30 APD Brukbacher, Lincoln & Colfax | | COABLM233 | Authentic |
| 168 | 5/30 APD Budaj, Lincoln & Colfax | | COABLM235 | Authentic |
| 169 | 5/30 APD Campbell, Lincoln & Colfax | | COABLM238 | Authentic |
| 170 | 5/30 APD Child | | COABLM243 | Authentic |
| 171 | 5/30 APD Ingersoll, Lincoln & Colfax | | COABLM270 | Authentic |
| 172 | 5/30 APD Maksyn, Lincoln & Colfax | | COABLM275 | Authentic |
| 173 | 5/30 APD Maksyn, Lincoln & Colfax | | COABLM276 | Authentic |
| 174 | 5/30, APD Manley, Lincoln & Colfax | | COABLM281 | Authentic |
| 175 | 5/30 APD McDonald, Lincoln & Colfax | | COABLM282 | Authentic |
| 176 | 5/30 APD Osgood, Lincoln & Colfax | | COABLM289 | Authentic |
| 177 | 5/30, APD Osgood, Lincoln & Colfax | | COABLM290 | Authentic |
| 178 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM293 | Authentic |
| 179 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM294 | Authentic |
| 180 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM295 | Authentic |
| 181 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM296 | Authentic |
| 182 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM297 | Authentic |
| 183 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM298 | Authentic |
| 184 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM299 | Authentic |
| 185 | 5/30 APD Redfearn, Lincoln & Colfax | | COABLM301 | Authentic |
| 186 | 5/30 APD Runyon, Lincoln & Colfax | | COABLM310 | Authentic |
| 187 | 5/30 APD Runyon, Lincoln & Colfax | | COABLM312 | Authentic |
| 188 | 5/30 APD Shaker, Lincoln & Colfax | | COABLM316 | Authentic |
| 189 | 5/30 APD Shaker, Lincoln & Colfax | | COABLM317 | Authentic |

| # | Description | Exhibit | Status |
|---|---|---|---|
| 190 | 5/30 APD Shaker, 14th & Broadway | COABLM328 | Authentic |
| 191 | 5/30 APD Smick, 16th & Welton | COABLM323 | Authentic |
| 192 | 5/30 APD Smith, Lincoln & Colfax | COABLM326 | Authentic |
| 193 | 5/30 APD Spano, Lincoln & Colfax | COABLM329 | Authentic |
| 194 | 5/30 APD Spano, Lincoln & Colfax | COABLM330 | Authentic |
| 195 | 5/30 APD Stoller, Colfax | COABLM331 | Authentic |
| 196 | 5/30 APD Stoller, 12th & Broadway | COABLM333 | Authentic |
| 197 | 5/30 APD Stoller, 12th & Broadway | COABLM337 | Authentic |
| 198 | 5/31 APD Alcorta, Colfax | COABLM345 | Authentic |
| 199 | 5/31 APD Brukbacher, Colfax | COABLM371 | Authentic |
| 200 | 5/31 APD Bubna | COABLM373 | Authentic |
| 201 | 5/31 APD Bubna, Colfax & Pearl | COABLM375 | Authentic |
| 202 | 5/31 APD Bubna, Colfax, Colfax | COABLM376 | Authentic |
| 203 | 5/31 APD Wilkendorf, Colfax & Washington | COAEPP 2054 | Authentic |
| 204 | 5/31 APD Budaj, Colfax & Pennsylvania | COABLM381 | Authentic |
| 205 | 5/31 APD Campbell, Colfax & Washington | COABLM386 | Authentic |
| 206 | 5/31 APD Carlson, Colfax & Pearl alley | COABLM393 | Authentic |
| 207 | 5/31 APD Carlson | COABLM395 | Authentic |
| 208 | 5/31 APD Carlson | COABLM398 | Authentic |
| 209 | 5/31 APD Chamberland, Colfax & Washington | COABLM402 | Authentic |
| 210 | 5/31 APD Garcia, Colfax & Washington | COABLM416 | Authentic |
| 211 | 5/31 APD Hummel, Colfax & Pearl, Colfax & Pennsylvania | COABLM418 | Authentic |
| 212 | 5/31 APD McNamee, Colfax & Washington | COABLM450 | Authentic |
| 213 | 5/31 APD Queisner, Colfax & Washington | COABLM463 | Authentic |
| 214 | 5/31 APD Runyon, Colfax & Washington | COABLM495 | Authentic |
| 215 | 5/31 APD Sawyer, Colfax & Washington | COABLM496 | Authentic |
| 216 | 5/31 APD Serrant, Colfax & Washington | COABLM508 | Authentic |
| 217 | 5/31 APD Winters, Colfax & Washington | COABLM550 | Authentic |
| 218 | 5/30 APD Allen, 16th & Welton | COABLM561 | Authentic |
| 219 | 5/30 APD Carlson, Lincoln & Colfax | COABLM576 | Authentic |
| 220 | 5/30 APD Carlson, 16th & Welton | COABLM577 | Authentic |
| 221 | 5/30 APD Enriquez, 16th & Welton | COABLM579 | Authentic |
| 222 | 5/30 APD Lang, 16th & Welton | COABLM594 | Authentic |
| 223 | 5/30 APD Preston, 16th & Welton | COABLM605 | Authentic |
| 224 | 5/30 APD Wilson, 16th & Welton | COABLM398 | Authentic |
| 225 | 5/28 HALO, 1450 Lincoln PTZ | DEN003846 | Authentic |

| # | Description | Bates | Status |
|---|---|---|---|
| 226 | 5/28 HALO, 16th & Central | DEN003847 | Authentic |
| 227 | 5/28 HALO, Colfax & Clarkson | DEN003848 | Authentic |
| 228 | 5/28 HALO, Colfax & Washington | DEN003850 | Authentic |
| 229 | 5/30 HALO, 1450 Lincoln Fixed | DEN003861 | Authentic |
| 230 | 5/30 HALO, 1450 Broadway | DEN003862 | Authentic |
| 231 | 5/30 HALO, Colfax & Broadway | DEN003864 | Authentic |
| 232 | 5/30 HALO, Colfax & Washington | DEN003865 | Authentic |
| 233 | 5/31 HALO, Colfax & Washington | DEN003871 | Authentic |
| 234 | 5/31 HALO, Colfax & Ogden | DEN003872 | Authentic |
| 235 | 5/31 HALO, Colfax & Logan | DEN003873 | Authentic |
| 236 | 5/31 HALO, Colfax & Pennsylvania | DEN003874 | Authentic |
| 237 | 5/31 HALO, Colfax & Pearl | DEN003876 | Authentic |
| 238 | 5/31 HALO, Colfax & Emerson | DEN003878 | Authentic |
| 239 | 6/1 HALO, 1450 Lincoln | DEN003881 | Authentic |
| 240 | 6/1, HALO, 1450 Lincoln | DEN003881 | Authentic |
| 241 | 5/28 BWC Cain, 16th & Platte | DEN003898 | Authentic |
| 242 | 5/28 BWC Ha, 16th & Platte | DEN003905 | Authentic |
| 243 | 5/28 BWC McDermott, 16th & Platte | DEN003910 | Authentic |
| 244 | 5/28 BWC McNabb, 16th & Platte | DEN003911 | Authentic |
| 245 | 5/28 BWC Beall, 16th & Platte | DEN004129 | Authentic |
| 246 | 5/28 BWC Egger, 16th & Platte | DEN004131 | Authentic |
| 247 | 5/28 BWC Logan, 16th & Platte | DEN004132 | Authentic |
| 248 | 5/28 BWC Beall, 14th & Sherman | DEN004021 | Authentic |
| 249 | 5/28 BWC LeFebre, 14th & Sherman | DEN004023 | Authentic |
| 250 | 5/28 BWC Spencer, 14th & Sherman | DEN004025 | Authentic |
| 251 | 5/28 BWC Abeyta, 14th & Sherman | DEN004026 | Authentic |
| 252 | 5/28 BWC Floyd, 14th & Sherman | DEN004027 | Authentic |
| 253 | 5/28 BWC Gleaton, 14th & Sherman | DEN004028 | Authentic |
| 254 | 5/28 BWC Hoffecker, 14th & Sherman | DEN004029 | Authentic |
| 255 | 5/28 BWC Horton, 14th & Sherman | DEN004030 | Authentic |
| 256 | 5/28 BWC Hagan, 14th & Sherman | DEN004032 | Authentic |
| 257 | 5/28 BWC O'Neal, 14th & Sherman | DEN004035 | Authentic |
| 258 | 5/28 BWC Parton, 14th & Sherman | DEN004037 | Authentic |
| 259 | 5/28 BWC Streeter, 14th & Sherman | DEN004038 | Authentic |
| 260 | 5/28 BWC Trudel, 14th & Sherman | DEN004039 | Authentic |
| 261 | 5/28 BWC Eret, 14th & Sherman | DEN004040 | Authentic |

| # | Description | Bates | Status |
|---|---|---|---|
| 262 | 5/28 BWC Abeyta | DEN004154 | Authentic |
| 263 | 5/29 BWC Arnold, Colfax & Broadway | DEN004158 | Authentic |
| 264 | 5/29 BWC Arnold, Colfax & Broadway | DEN004162 | Authentic |
| 265 | 5/29 BWC Avedisian | DEN004164 | Authentic |
| 266 | 5/29 BWC Bothwell, Colfax & Broadway | DEN004168 | Authentic |
| 267 | 5/29 BWC Christian | DEN004180 | Authentic |
| 268 | 5/29 BWC Valentine, Capital lawn - Lincoln | DEN004228 | Authentic |
| 269 | 5/29 BWC Valentine, multiple locations | DEN004229 | Authentic |
| 270 | 5/29 BWC Trudel | DEN006410 | Authentic |
| 271 | 5/30 BWC Carroll, Colfax & Washington | DEN004233 | Authentic |
| 272 | 5/30 BWC Connors, Colfax & Washington | DEN004234 | Authentic |
| 273 | 5/30 BWC Hoffecker, Colfax & Washington | DEN004236 | Authentic |
| 274 | 5/30 BWC McNabb, Colfax & Washington | DEN004238 | Authentic |
| 275 | 5/30 BWC O'Neill, Colfax & Washington | DEN004239 | Authentic |
| 276 | 5/30 BWC Streeter, Colfax & Washington | DEN004240 | Authentic |
| 277 | 5/30 BWC Altman, Lincoln & Colfax | DEN004976 | Authentic |
| 278 | 5/30 BWC Arnold, Colfax & Lincoln | DEN004981 | Authentic |
| 279 | 5/30 BWC Arnold, Colfax & Lincoln | DEN004982 | Authentic |
| 280 | 5/30 BWC Arnold, Colfax & Lincoln | DEN004983 | Authentic |
| 281 | 5/30 BWC Arnold, Colfax & Lincoln | DEN004985 | Authentic |
| 282 | 5/30 BWC Beall, Civic Center station | DEN004986 | Authentic |
| 283 | 5/30 BWC Bishop, Colfax & Lincoln | DEN004988 | Authentic |
| 284 | 5/30 BWC Bolton, Colfax & Lincoln | DEN004992 | Authentic |
| 285 | 5/30 BWC Bolton, Colfax & Lincoln | DEN004993 | Authentic |
| 286 | 5/30 BWC Bolton, Colfax & Lincoln | DEN004994 | Authentic |
| 287 | 5/30 BWC Bolton, Colfax & Lincoln | DEN004995 | Authentic |
| 288 | 5/30 BWC Bolton, Colfax & Lincoln | DEN004996 | Authentic |
| 289 | 5/30 BWC Bothwell, Colfax & Lincoln | DEN004997 | Authentic |
| 290 | 5/30 BWC Bothwell, Colfax & Lincoln | DEN004999 | Authentic |
| 291 | 5/30 BWC Bothwell, Colfax & Lincoln | DEN005000 | Authentic |
| 292 | 5/30 BWC Bothwell, Colfax & Lincoln | DEN005001 | Authentic |
| 293 | 5/30 BWC Brooks, Colfax & Lincoln | DEN005002 | Authentic |
| 294 | 5/30 BWC Brooks, Colfax & Lincoln | DEN005003 | Authentic |
| 295 | 5/30 BWC Carmody, Colfax & Lincoln | DEN005008 | Authentic |
| 296 | 5/30 BWC Carmody, Colfax & Lincoln | DEN005009 | Authentic |
| 297 | 5/30 BWC Carmody, Colfax & Lincoln | DEN005011 | Authentic |

| # | Description | Bates | Status |
|---|---|---|---|
| 298 | 5/30 BWC Carmody, Colfax & Lincoln | DEN005013 | Authentic |
| 299 | 5/30, BWC Connors, Colfax & Lincoln | DEN005014 | Authentic |
| 300 | 5/30 BWC Connors, 14th & Broadway | DEN005016 | Authentic |
| 301 | 5/30 BWC Cunningham, Colfax & Lincoln | DEN005017 | Authentic |
| 302 | 5/30 BWC Cunningham, Colfax & Lincoln | DEN005018 | Authentic |
| 303 | 5/30 BWC Cunningham, Colfax & Lincoln | DEN005019 | Authentic |
| 304 | 5/30 BWC Espinosa, Colfax & Lincoln | DEN005021 | Authentic |
| 305 | 5/30 BWC Espinosa, Colfax & Lincoln | DEN005022 | Authentic |
| 306 | 5/30 BWC Grove, Colfax & Lincoln | DEN005024 | Authentic |
| 307 | 5/30 BWC Grove, Colfax & Lincoln | DEN005025 | Authentic |
| 308 | 5/30 BWC Hastings, Colfax & Lincoln | DEN005028 | Authentic |
| 309 | 5/30 BWC Hasting, Colfax & Lincoln | DEN005029 / DEN015015 | Authentic |
| 310 | 5/30 BWC Hoffecker, Civic Center station | DEN005033 | Authentic |
| 311 | 5/30 BWC Hughes, 1450 Lincoln | DEN005034 | Authentic |
| 312 | 5/30 BWC Larson, 14th & Lincoln | DEN005037 | Authentic |
| 313 | 5/30 BWC McNabb, Colfax & Grant (CEA) | DEN005040 | Authentic |
| 314 | 5/30 BWC Parton, in vehicle | DEN005041 | Authentic |
| 315 | 5/30 BWC Parton, Colfax & Logan (CEA) | DEN005042 | Authentic |
| 316 | 5/30 BWC Pittsley, Civic Center Station | DEN005043 | Authentic |
| 317 | 5/30 BWC Randall, Colfax & Lincoln | DEN005044 | Authentic |
| 318 | 5/30 BWC Robinson, Civic Center Station | DEN005045 | Authentic |
| 319 | 5/30 BWC Sampson, Colfax & Lincoln | DEN005046 | Authentic |
| 320 | 5/30 BWC Sampson, Colfax & Lincoln | DEN005047 | Authentic |
| 321 | 5/30 BWC Sampson, Colfax & Lincoln | DEN005048 | Authentic |
| 322 | 5/30 BWC Schaal, Colfax & Broadway | DEN005051 | Authentic |
| 323 | 5/30 BWC Stadler, Colfax & Lincoln | DEN005059 | Authentic |
| 324 | 5/30 BWC Stadler, Colfax & LIncoln | DEN005060 | Authentic |
| 325 | 5/30 BWC Stadler, Colfax & Lincoln | DEN005062 | Authentic |
| 326 | 5/30 BWC Valentine, Colfax & Lincoln | DEN005066 | Authentic |
| 327 | 5/30 BWC Valentine, Colfax & Lincoln | DEN005067 | Authentic |
| 328 | 5/30 BWC Valentine, Colfax & Lincoln | DEN005068 | Authentic |
| 329 | 5/30 BWC Valentine, Colfax & Lincoln | DEN005069 | Authentic |
| 330 | 5/30 BWC Valentine, Colfax & Lincoln | DEN005071 | Authentic |
| 331 | 5/30 BWC Norris, Broadway & library | DEN006409 | Authentic |
| 332 | 5/31 BWC Allred, Colfax & Emerson | DEN005077 | Authentic |
| 333 | 5/31 BWC Altman, Colfax & Emerson | DEN005078 | Authentic |

Case No. 1:20-cv-01878-RBJ   Document 466   filed 04/11/23   USDC Colorado   pg 12 of 16

Page 11 of 15

| 334 | 5/31 BWC Altman, Colfax & Emerson | DEN005080 | Authentic |
| --- | --- | --- | --- |
| 335 | 5/31 BWC Beall, Colfax & Pennsylvania | DEN005085 | Authentic |
| 336 | 5/31 BWC Benavides, Colfax by Romantix | DEN005087 | Authentic |
| 337 | 5/31 BWC Benavides, Colfax & Washington/Clarkson | DEN005089 | Authentic |
| 338 | 5/31 BWC Benavides, Colfax & Washington | DEN005090 | Authentic |
| 339 | 5/31 BWC Stack, Colfax & Washington | DEN004584 | Authentic |
| 340 | 5/31 BWC Bolton, Colfax & Emerson | DEN005095 | Authentic |
| 341 | 5/31 BWC Bolton, Colfax | DEN005096 | Authentic |
| 342 | 5/31 BWC Bolton, Colfax & Clarkson | DEN005097 | Authentic |
| 343 | 5/31 BWC Carmody, Colfax & Clarkson | DEN005099 | Authentic |
| 344 | 5/31 BWC Carroll, Colfax & Clarkson | DEN005101 | Authentic |
| 345 | 5/31 BWC Carroll, Colfax | DEN005102 | Authentic |
| 346 | 5/31 BWC Carroll, Colfax & Clarkson/Washington | DEN005103 | Authentic |
| 347 | 5/31 BWC Connors, Colfax | DEN005104 | Authentic |
| 348 | 5/31 BWC Connors, Colfax & Pearl | DEN005105 | Authentic |
| 349 | 5/31 BWC Hoffecker, Colfax & Logan | DEN005109 | Authentic |
| 350 | 5/31 BWC Hyatt, Colfax & Emerson | DEN005110 | Authentic |
| 351 | 5/31 BWC Jossi, Colfax & Clarkson | DEN005111 | Authentic |
| 352 | 5/31 BWC Lombardi, Colfax & Clarkson | DEN005113 | Authentic |
| 353 | 5/31 BWC McNabb, Colfax between Clarkson & Washington | DEN005114 | Authentic |
| 354 | 5/31 BWC Sampson, Colfax & Clarkson | DEN005117 | Authentic |
| 355 | 5/31 BWC Stack, Colfax & Washington | DEN005118 | Authentic |
| 356 | 5/31 BWC Stack, Colfax & Washington | DEN005119 | Authentic |
| 357 | 5/31 BWC Stadler, Clarkson & Colfax | DEN005120 | Authentic |
| 358 | 5/31 BWC Stadler, Clarkson & Colfax | DEN005121 | Authentic |
| 359 | 5/31 BWC Benavides | DEN008056 | Authentic |
| 360 | 5/28 Radio dispatch | DEN005143 | Authentic |
| 361 | 5/29 Radio dispatch | DEN005144 | Authentic |
| 362 | 5/30 Radio dispatch | DEN005145 | Authentic |
| 363 | 5/31 Radio dispatch | DEN005146 | Authentic |
| 364 | 6/1 Radio dispatch | DEN005147 | Authentic |
| 365 | 6/2 Radio dispatch | DEN005148 | Authentic |
| 366 | Emails w/ Hancock, Robinson to DPD re: TRO, 6/6/20 | DEN007004-007005 | Authentic |
| 367 | Emails w/ Dodge, Robinson, Pazen, Archer, Thomas, et al re: talking points on protest complaints, 6/2/20 | DEN009881-009883 | Authentic |

| # | Description | Bates | Status |
|---|---|---|---|
| 368 | Emails w/ Berdahl, Thomas, commanders re: officer statements/U of F reports, 6/9-6/10/20 | DEN011309-011310 | Authentic |
| 369 | Emails w/ Sanchez, Berdahl, Campion, Wyckoff, re: officer statements, 6/10-6/18/20 | DEN011380-011384, DEN011411-011415, DEN011423-011425, DEN011446-011450 | Authentic |
| 370 | Text messages betweeen Montoya, Pine, Canino, O'Donnell | DEN012962-012964 | Authentic |
| 371 | List of DPD radio call signs | DEN011479-011481 | Admissible |
| 372 | OIM Interview Memo, Archer | DEN ICR 011695-011697 | Authentic |
| 373 | OIM Interview Memo, Canino | DEN ICR 011698-011704 | Authentic |
| 374 | OIM Interview Memo, Chavez | DEN ICR 011705-011709 | Authentic |
| 375 | OIM Interview Memo, Coppedge | DEN ICR 011714-011717 | Authentic |
| 376 | OIM Interview Memo, Grothe | DEN ICR 011718-011721 | Authentic |
| 377 | OIM Interview Memo, Kimberly | DEN ICR 011722-011725 | Authentic |
| 378 | OIM Interview Memo, Knutson | DEN ICR 011726-011729 | Authentic |
| 379 | OIM Interview Memo, Lovato | DEN ICR 011730-011733 | Authentic |
| 380 | OIM Interview Memo, Williams | DEN ICR 011734-011736 | Authentic |
| 381 | OIM Interview Memo, O'Donnell | DEN ICR 011739-011742 | Authentic |
| 382 | OIM Interview Memos, Phelan | DEN ICR 011751-011762 (newer version produced in Abay) | Authentic |
| 383 | OIM Interview Memo, Sich | DEN ICR 011772-011775 | Authentic |
| 384 | OIM Interview Memo, Wyckoff | DEN ICR 011776-011783 | Authentic |
| 385 | OIM Interview Memo, Thomas | DEN ICR 011784-011787 | Authentic |
| 386 | Phelan Declaration, *Abay v. City and County of Denver, et al.* | Dkt. 34-2, Case No. 1:20-cv-0616-RBJ | |
| 387 | 5/29 photos by Claire Sannier | Fitouri 017835-017853 | |
| 388 | 5/30 photos by Johnathen Duran, Lincoln & Colfax 7:40 p.m. | Fitouri 000136-000138 | |
| 389 | 5/30 video by Johnathen Duran, Lincoln & Colfax (people running from tear gas) | Fitouri 000202 | |
| 390 | 5/30 video by Johnathen Duran, Lincoln & Colfax (tear gas) | Fitouri 000205 | |
| 391 | 5/30 video by Johnathen Duran, Lincoln & Colfax (tear gas) | Fitouri 000208 | |
| 392 | 5/30 video by Johnathen Duran, Lincoln & Colfax | Fitouri 000209 | |

| # | Description | Bates |
|---|---|---|
| 393 | 5/30 video by Johnathen Duran, Lincoln & Colfax (people running from tear gas) | Fitouri 000210 |
| 394 | 5/30 video by Johnathen Duran, Colfax & Broadway | Fitouri 000212 |
| 395 | 5/30 video by Johnathen Duran, Lincoln & Colfax | Fitouri 000214 |
| 396 | 5/30 video by Johnathen Duran, DPD SWAT on vehicle | Fitouri 000216 |
| 397 | 5/31 video by Johnathen Duran, Colfax (Colfax east of Capitol; kettling at Basilica) | Fitouri 000228 |
| 398 | 5/31 video by Johnathen Duran, Colfax | Fitouri 000229 |
| 399 | Video, loudspeaker announcement | Fitouri 000256 |
| 400 | 5/30 video by Claire Sannier, 16th St & Welton | Fitouri 010939 |
| 401 | 5/30 photos by Bennett Stebleton, Lincoln & Colfax | Fitouri 011015-011028, Fitouri 011030-011069 |
| 402 | 5/30 photos by Madeleine Kelly | Fitouri 011163-011170 |
| 403 | 5/30 video by Madeleine Kelly | Fitouri 011171 |
| 404 | 5/30 video by Madeleine Kelly, 16th St & Welton | Fitouri 011173 |
| 405 | 5/30 video by Madeleine Kelly, 16th St & Welton | Fitouri 011174 |
| 406 | 5/30 video by Madeleine Kelly, Lincoln & Colfax | Fitouri 011175 |
| 407 | 5/30 video by Madeleine Kelly, Lincoln & Colfax | Fitouri 011176 |
| 408 | 5/30 video by Madeleine Kelly, Lincoln & Colfax | Fitouri 011177 |
| 409 | 5/30 photos by Shavonne Blades, Lincoln & Colfax | Fitouri 011231-011232 |
| 410 | 5/30 video by Shavonne Blades, approx. 4:00 p.m. | Fitouri 011239 |
| 411 | 5/30 video by Shavonne Blades, approx. 4:30-5:30 p.m. | Fitouri 011240 |
| 412 | 5/30 video by Shavonne Blades, approx. 6:00-6:30 p.m. | Fitouri 011241 |
| 413 | 5/30 video by Shavonne Blades, approx. 6:30-7:00 p.m. | Fitouri 011242 |
| 414 | 5/30 video by Shavonne Blades, approx. 7:00 p.m. | Fitouri 011243 |
| 415 | 5/30 photos by Johnathen Duran, Lincoln & Colfax | Fitouri 016850, Fitouri 016853, Fitouri 016857-016859, Fitouri 016863, Fitouri 016872-016874, Fitouri 016922 |
| 416 | 5/30 photo by Johnathen Duran, Lincoln & Colfax | Fitouri 016871 |
| 417 | 5/30 photos by Johnathen Duran, Lincoln & Colfax | Fitouri 016885, Fitouri 016897 |
| 418 | 5/30 video by Joe Deras | Fitouri 017711 |
| 419 | 5/30 photos by Claire Sannier, 16th & Welton | Fitouri 017864-017865 |
| 420 | 5/30 video (what happens at 8) | ABAY 115 |
| 421 | 8/11/21 Defendant City and County of Denver's Designation of Witnesses pursuant to Rule 30(b)(6) | none |

| # | Description | Bates | |
|---|---|---|---|
| 422 | Denver Defendants' Answer to Fitouri Plaintiffs' Third Amended Complaint | none | |
| 423 | Denver Defendants' Responses to Plaintiffs' Interrogatories | none | |
| 424 | Denver Defendants' Responses to Plaintiffs' Requests for Admission | none | |
| 425 | Denver Defendants Responses to Plaintiffs' Requests for Production | none | |
| 426 | Fitouri Plaintiffs' Third Amended Complaint | none | |
| 427 | Photo of George Floyd and Chauvin | none | |
| 428 | Photo of George Floyd | none | |
| 429 | 5/30, BWC Valentine, Colfax & Lincoln | DEN005070 | Authentic |
| 430 | 5/30, BWC Valentine, Colfax & Lincoln | DEN005072 | Authentic |
| 431 | 5/30, BWC Esquibel, Colfax & Broadway (IA Video) | DEN033776 | Authentic |
| 432 | 5/30, BWC Burkin, Colfax & Lincoln (IA Video) | DEN033945 (also DEN011060) | Authentic |
| 433 | 5/28, BWC Carroll, Colfax & Broadway (IA Video) | DEN004142 (also DEN034285) | Authentic |
| 434 | 5/30, BWC Stadler, Lincoln & Colfax | DEN005055 | Authentic |
| 435 | Google Map of 16th Street and Welton Street | none | |
| 436 | Google Map of Capitol to District 6 station | none | |
| 437 | Google Map of 12th /13th & Pennsylvania | none | |
| 438 | Google Map of Colorado State Capitol | none | |
| 439 | Google Map of Colorado State Capitol, including 13th & Lincoln | none | |
| 440 | Google Map of E. Colfax Ave to Washington | none | |
| 441 | 3/6/22 Stipulations | none | |
| 442 | Summons and PC Affidavits for the Class Members | DEN008189-008879, DEN017042-018371, DEN018417-018525, DEN026194-031496 (including records of class members only) | |