IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## DEFENDANTS' FORTIETH SUPPLEMENTAL DISCLOSURES

Defendants City and County of Denver ("Denver") and Jonathan Christian ("Mr. Christian") (collectively "Denver Defendants"), through undersigned counsel, hereby respectfully submit this Fortieth Supplemental Disclosures pursuant to Fed. R. Civ. P. 26(a)(1)(A), as follows:

**A.**     **PERSONS LIKELY TO HAVE DISCOVERABLE INFORMATION THAT DEFENDANTS MAY USE TO SUPPORT THEIR DEFENSES**

Defendants identify the following individuals as persons with knowledge concerning the issues remaining to be litigated in this matter. To the extent these individuals were not previously identified in a disclosure of one of the parties in this matter previously, Defendants most of these individuals were identified in the Initial Disclosures from Defendants City and County of Denver and Patrick Phelan dated July 25, 2022, in Tejas Cousik et. al. v. City and County of Denver et. al., United States District Court for the District of Colorado, Civil Action No. 22-cv-01213-NYW-SKC, and Defendants City and County of Denver and Patrick Phelan's Initial Disclosures dated July 21, 2022, in Agazi Abay et. al. v. City and County of Denver, Colorado et. al., United States

EXHIBIT 1

District Court for the District of Colorado, Civil Action No. 20-cv-1616-RBJ. As a result, Defendants believe these individuals and their knowledge is known to counsel for the Plaintiffs.

However, to any extent counsel for the Plaintiffs would like to conduct a deposition of any of these individuals the Denver Defendants will not object to such depositions occurring upon an appropriate court order at a date and time convenient for all counsel and the witness.

1. Deputy Chief Barbara Archer
   c/o Civil Liabilities Bureau
   Denver Police Department
   1331 Cherokee Street
   Denver, CO 80204
   (720) 913-2000

Deputy Chief Barbara Archer may have knowledge and information regarding the allegations contained in Plaintiff's Complaint including, but not limited to, DPD's policing of the George Floyd protests between May 28 and June 2, 2020. She has knowledge and information regarding Denver's policies, training and procedures regarding crowd control in the context of protests and riots and use of less lethal force in crowd control situations. She was also in the command post and assisted to secure mutual aid partners to assist Denver in policing the protests. She may testify regarding the training and supervision she has received or provided during her employment with Denver and may testify regarding DPD officers' conduct during the protests and related events, including their compliance with DPD policy and procedure and officers' compliance with the First and Fourth Amendments. She may have knowledge of the results of disciplinary proceedings involving Denver officers relating to the protests. She also has knowledge regarding the enforcement of the emergency curfew order issued by Mayor Hancock.

2. Capt. Kelly Bruning
   Capt. Jamieson Brown
   Denver Sheriff's Department

      490 W Colfax Ave
      Denver, CO 80202
      (720) 337-0400

Capt. Bruning with the Denver Sheriff's Department ("DSD") was the captain of the Emergency Response Unit with the Denver Sheriff's Department. He assisted to secure DSD buildings during the George Floyd protests and assisted with DSD's involvement in the protest response. Capt. Brown oversaw the intake of curfew arrestees who were processed at the Downtown Denver Detention Center. These individuals may have information on the processes they were involved with regarding the protests and all related issues.

3. JCSO members of the JCRS that responded to the George Floyd protests, and specifically Capt. Drew Williams, Sergeant Timothy Stegink, and Deputy Brian Spery, (as identified in the mutual aid documentation)
c/o Jefferson County Attorney's Office, Assistant County Attorney Rebecca Klymkowsky
100 Jefferson County Parkway, Suite 5500
Golden, CO  89419
(303) 271-6800

Jefferson County Sheriff's Office (JCSO) members of the Jefferson County Regional SWAT (JCRS) may have information concerning JCSO policies and procedures related to mutual aid provided to the City and County of Denver during the protest response. They may testify regarding the information provided by DPD with respect to response locations, assistance with curfew enforcement, and briefings. They will have information on what uniforms JCRS team members were wearing, which included greenish/brown fatigues with a star on the shoulder, as well as a protective vest that had Sheriff designated on the chest, shoulder pads and back. The helmet was the same greenish/brown color. These individuals will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

    4.    Arvada Police Department members of the JCRS, and specifically Officer Robin Vinnola, Officer Dean Moretti, and Jordan Griffin (as identified in the mutual aid documentation)
c/o Andrew D. Peterson
Chrysovalantou G. Hoppe
Jachimiak Peterson Kummer, LLC
860 Tabor St., Ste. 200
Lakewood, CO 80401
(303) 863-7700

Arvada Police Department members of the JCRS may have information concerning mutual aid provided to the City and County of Denver to assist in the protest response. They may testify regarding the information provided by DPD with respect to response locations, assistance with curfew enforcement, and briefings. They will have information on what uniforms Arvada team members were wearing, which included greenish/brown fatigues with a star on the shoulder, as well as a protective vest that had "Sheriff" designated on the chest, shoulder pads and back. The helmet was the same greenish/brown color. These individuals will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

    5.    Mobile Field Force Team of the Adams County Sherriff's Department and specifically Sgt. Chastain and Cpl. Bastien (as identified in the mutual aid documentation)
c/o County Attorney Heidi Miller
4430 Adam County Parkway
Brighton, CO  80601
(720) 523-6116

Adams' County Sheriffs' Mobile Field Force Team employees may have information related to Adams County's policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew

enforcement, and briefings. They will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

6. Members of the Aurora Police Department and specifically William Hummell, Myshell Bolton, Nicholas Wilson, and Kevin Manley, (as identified in the mutual aid documentation and media)
c/o Peter Morales
15001 E. Alameda Avenue
Aurora, CO 80012
303-739-6113

Aurora Police Department employees may have information related to Aurora Police Department's policies and procedures related to mutual aid provided to the City and County of Denver, assisting with the protest response. They may testify regarding the information provided by Denver Police Department with respect to response locations, assistance with curfew enforcement, and briefings. They will also have information related to their involvement and actions at the protests including their use of less-lethal force, if any, and where such use occurred.

7. Kristen L. Bronson, Esq.
Former City Attorney
Denver City Attorney's Office
201 West Colfax Avenue, Dept. 1108
Denver, Colorado 80202
(720) 913-3100

Ms. Bronson has non-privileged information related to the enactment of the Emergency Curfew by the Mayor of Denver, the purpose of the Emergency Curfew, the design of the Emergency Curfew, the implementation, and the planned enforcement of the Emergency Curfew, and all related issues. Ms. Bronson also has non-privileged information related to the decision to dismiss the criminal charges against the members of the arrest class.

8. Marley Bordovsky, Esq.
Director, Prosecution and Code Enforcement
Denver City Attorney's Office

5

        201 West Colfax Avenue, Dept. 1108
        Denver, Colorado 80202
        (720) 913-3100

Ms. Bordovsky has non-privileged information related to the enactment of the Emergency Curfew by the Mayor of Denver, the purpose of the Emergency Curfew, the design of the Emergency Curfew, the implementation, and the planned enforcement of the Emergency Curfew, and all related issues. Ms. Bordovsky also Bronson also has non-privileged information related to the decision to dismiss the criminal charges against the members of the arrest class.

9.    Alan Salazar
       Chief of Staff for Mayor
       201 West Colfax Avenue
       Denver, Colorado 80202
       (720) 913-1700

Mr. Salazar has information related to the enactment of the Emergency Curfew by the Mayor of Denver, the purpose of the Emergency Curfew, the design of the Emergency Curfew, the implementation, and the planned enforcement of the Emergency Curfew, and all related issues.

10.   Abbas Awie
       Jack's Market and Zak's Market
       518 E. Colfax Avenue
       Denver, Colorado 80202
       (303) 340-3181

Mr. Awie is a small business owner whose business suffered damage during the protests. Mr. Awie has knowledge and information concerning what occurred to his business and his observations of the events during the protests and all related issues.

11.   Yasir Gabani/Zac Gabani
       Buffalo Bill's Wings & Things
       514 East Colfax Avenue
       Denver, Colorado 80202
       (303) 860-7777

Mr. Gabini and Mr. Gabini are small business owners whose business suffered damage during the protests. They have knowledge and information concerning what occurred to his business and his observations of the events during the protests and all related issues.

12. Beth Moyski
    Senior Vice President, Downtown Environment
    Downtown Denver Partnership
    1515 Arapahoe Street, Tower 3, Suite 100
    Denver, Colorado 80202
    (303) 571-8226

Ms. Moyski has knowledge and information concerning the damages to and impact on properties in the downtown Denver business district as a result of the protests. She has knowledge and information concerning what occurred to business, her observations of the events during the protests, and all related issues.

Dated this 28th day of March, 2023.

Respectfully submitted,

*s/ Andrew D. Ringel*
Andrew D. Ringel
Katherine N. Hoffman
Robert A. Weiner
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3453
Facsimile: (303) 628-3368
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Counsel for the City and County of Denver*

7

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of March, 2023, the foregoing was served via electronic mail on the following counsel:

Daniel M. Tweeten, Esq.
dan@loevy.com

Elizabeth C. Wang, Esq.
elizabethw@loevy.com

Jordon C. Poole, Esq.
poole@loevy.com

Wallace B. Hilke, Esq.
hilke@loevy.com


*s/ Nicole Marion,* Legal Assistant_____
Nicole Marion
Hall & Evans, L.L.C.

8