## MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Magistrate Judge Kristen L. Mix

DATE: April 13, 2023
20-cv-01878-RBJ
Elisabeth Epps, et al. v. City and County of Denver, et al.

___ A settlement conference was held on _____ and no settlement was reached as to any claims in this action.

_____ Another Settlement Conference set for _____.

Updated Confidential Settlement Statements are due on or before _____.

☐ in accordance with the Court's Instructions

_____ A settlement conference was held on this date, and a settlement was reached as to

____ All claims in this action. The parties shall file a stipulated motion to dismiss on or before _____.

____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____.

Settlement conference and preparation time involved:  hours  minutes.

_____ A record was made        _____ No record was made

* * * * * * * * * * * * * * * *

__X___ Supplemental settlement negotiations were held in the above-captioned case.

Negotiation time involved: **4 hours 25 minutes**