# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(Consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

    Defendants.

## ENTRY OF APPERANCE FOR TIMOTHY MACDONALD

PLEASE TAKE NOTICE that Timothy Macdonald, of the American Civil Liberties Union Foundation of Colorado, a duly licensed attorney in the State of Colorado, hereby enters his appearance on behalf of Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith.

Dated: May 1, 2023

Respectfully submitted,

*/s/ Timothy Macdonald*

_____
Timothy Macdonald, #29180
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF COLORADO
303 E. 17th Avenue, Suite 350
Denver, Colorado 80203
(720) 402-3151
tmacdonald@aclu-co.org

*Counsel for Plaintiffs*

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2023, I electronically filed the foregoing **ENTRY OF APPEARANCE FOR TIMOTHY MACDONALD** with the Clerk of the Court using the CM/ECF system, and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*s/Nicole Loy*
_____
Paralegal
ACLU Foundation of Colorado