# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## MOTION FOR WITHDRAWAL AS ATTORNEY

Hollie R. Birkholz, of the Denver City Attorney's Office, submits this Motion for Withdrawal as counsel of record for Defendants, City and County of Denver and Johnathan Christian ("Defendants"), pursuant to D.C.COLO.LAttyR 5(b) and states as follows:

### CERTIFICATE OF CONFERRAL

This Motion for Withdrawal is exempt from the duty to confer under D.C.COLO.LCivR 7.1(b)(4).

1. Ms. Birkholz has recently resigned from and is leaving her employment with the Denver City Attorney's Office as of May 5, 2023. Therefore, good cause exists to allow her to withdraw as counsel for Defendants in this matter.

2. Andrew Ringel, Katherine N. Hoffman, and Robert A. Weiner, of Hall & Evans, LLC, will continue to represent Defendants in this action as counsel of record.

3. No parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting relief sought in this Motion because Mr. Ringel, Ms. Hoffman and Mr. Weiner will continue to represent Defendants in this matter.

4. As required by D.C.COLO.LAttyR 5(b), a copy of this Motion is being served on Ms. Birkholz's clients in addition to all counsel of record.

Wherefore, for good cause shown, undersigned counsel, Hollie R. Birkholz, respectfully requests that this Court enter an Order permitting her withdrawal as counsel of record for Defendants City and County of Denver and Johnathan Christian in this action.

Dated this 4th day of May, 2023.

Respectfully submitted,

By: _s/ Hollie R. Birkholz_
Hollie R. Birkholz, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, Colorado 80202
(720) 913-3100
Facsimile: (720) 913-3155
hollie.birkholz@denvergov.org
*Counsel for Denver Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of May, 2023, the foregoing **MOTION FOR WITHDRAWAL AS ATTORNEY** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Patrick Reidy
Andreas Moffett
Mindy Gorin
Diana Sterk
Brian Williams
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
patrick.reidy@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
mindy.gorin@arnoldporter.com
Mindy.sterk@arnoldporter.com
Brian.williams@arnoldporter.com

ACLU of Colorado
Mark Silverstein
Sara R. Neel
msilverstein@aclu-co.org
sneel@aclu-co.org

Elizabeth Wang
Makeba Rutahindurwa
Wallace Hilke
Jordan Poole
David B. Owens
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com
hilke@loevy.com
poole@loevy.com

david@loevy.com
*Counsel for Plaintiffs*

Office of the Aurora City Attorney
Peter Ruben Morales
pmorales@auroragov.org
*Counsel for Aurora Defendants*

Bruno, Colin & Lowe, P.C.
David M. Goddard
Michael T. Lowe
Heather D. Kuhlman
dgoddard@brunolawyers.com
mlowe@brunolawyers.com
hkuhlman@brunolawyers.com
*Counsel for Individual Aurora Defendants*

Jefferson County Attorney's Office
Rebecca Klymkowsky
Eric Butler
rklymkow@jeffco.us
ebutler@jeffco.us
*Counsel for Jeffco Defendants*

Andrew D. Ringel
Kate Hoffman
Robert Weiner
Hall and Evans
ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Counsel for Denver Defendants*

*s/ Sarah Peasley*
Denver City Attorney's Office