# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Elisabeth Epps, *et al.*,

    v.

City and County of Denver, *et al*.

Civ. No. 1:20-cv-1878-RBJ (consol.)

## JOINT MOTION ON BEHALF OF ALL PARTIES
## TO VACATE PRE-TRIAL AND TRIAL DATES

Plaintiffs Zach Packard and Johnathen Duran, together with Defendants Cory Budaj, Matthew Brukbacher, David McNamee, Patricio Serrant and the City of Aurora, jointly move to vacate the pre-trial and trial dates currently set in this case. In support of this motion, the parties state as follows:

On May 10, 2022, the Court set this case for a five-day jury trial to begin June 19, 2023, and scheduled a trial preparation conference for June 1, 2023. (ECF No. 372.) Under the Court's schedule, proposed and disputed jury instructions are due to the Court on May 25, 2023 (one week before the trial preparation conference). (*Id.*)

On September 23, 2022, the Court granted in part and denied in part Defendants' motion for summary judgment, allowing claims to proceed against the City of Aurora and Officers Budaj, Serrant, and McNamee. (ECF No. 429.) Defendants filed a notice of appeal to challenge the denial of summary judgment. (ECF No. 432.)

That appeal is currently pending in the Tenth Circuit. *See Epps, et al. v. Budaj, et al.,* Case No. 22-1365. The parties completed briefing on March 24, 2023, and are now waiting for the Circuit to resolve the appeal.

The issues raised in Defendants' appeal are relevant to the issues to be resolved at trial, including qualified immunity. Accordingly, the parties request that the Court vacate the June 19, 2023 trial date and the June 1, 2023 trial preparation conference, as well as all deadlines associated with the trial date and pretrial conference. The parties further propose that the Court set a status conference for 30 days after the Tenth Circuit issues the mandate in the pending appeal.

Dated: May 23, 2023

By: */s/ Matthew J. Douglas*
    Matthew J. Douglas
    R. Reeves Anderson
    Edward Packard Aro
    Brian Williams
    Arnold & Porter Kaye Scholer, LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    Matthew.Douglas@arnoldporter.com
    Reeves.Anderson@arnoldporter.com
    Ed.Aro@arnoldporter.com
    Brian.Williams@arnoldporter.com

    *In cooperation with the American Civil Liberties Union Foundation of Colorado*

    Timothy Macdonald
    Sara Neel
    Arielle Herzberg
    American Civil Liberties Union
    Foundation of Colorado
    303 E. Seventeenth Ave., Suite 350
    Denver, Colorado 80203
    Telephone: (303) 777-5482
    Tmacdonald@aclu-co.org
    Sneel@aclu-co.org
    Aherzberg@aclu-co.org

    *Counsel for Epps Plaintiffs*

Respectfully submitted,

By: */s/ Peter Morales*
    Peter Morales
    Office of the City Attorney
    15151 E. Alameda Pkwy,
    Aurora, CO 80012
    Telephone: (303) 739-7030
    ievans@auroragov.org

    *Counsel for Aurora*

By: */s/ Michael T. Lowe*
    Michael T. Lowe
    Bruno, Colin & Lowe, P.C.
    1999 Broadway, Suite 4300,
    Denver, CO 80202
    Telephone: (303) 831-1099
    mlowe@brunolawyers.com

    *Counsel for Officers Budaj, McNamee, and Serrant*

By: */s/ Elizabeth Wang*
  Elizabeth Wang
  LOEVY & LOEVY
  2060 Broadway, Suite 460
  Boulder, CO 80302
  Telephone: (720) 328-5642
  elizabethw@loevy.com

  *Counsel for Fitouri Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2023, I served via CM/ECF the foregoing **Joint Motion on Behalf of All Parties to Vacate Pre-Trial and Trial Dates** on all counsel of record.

/s/ *Tanya Huffaker*