IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

    Defendants.

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that Heidi J. Hugdahl of the Law Offices of Bruno, Colin & Lowe, P.C., counsel for Defendants Budaj, Serrant, Brukbacher, and McNamee, hereby notifies the Court that her contact information has changed as described below, effective May 22, 2023.

**New Address:**

**Street:** 1120 Lincoln Street, Suite 1606

**City:** Denver     **State:** CO     **Zip Code:** 80203

Dated at this 25th day of May, 2023.

          *s/ Heidi J. Hugdahl*
          Heidi J. Hugdahl
          Bruno, Colin & Lowe, P.C.
          1999 Broadway, Suite 4300
          Denver, CO  80202
          Telephone: (303) 831-1099
          Facsimile: (303) 831-1088
          E-mail: hhugdahl@brunolawyers.com
          *Counsel for Defendants Budaj, McNamee, Serrant, and Brukbacher, in their individual capacities*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25th, 2023, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was e-filed with e-service via PACER E-System to all parties of record.

          *s/ Alec Maring*
          Alec Maring, Legal Assistant
          Bruno, Colin & Lowe, P.C.