**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

　　　Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

　　　Defendants.

---

**NOTICE OF CHANGE OF ADDRESS**

---

　　　PLEASE TAKE NOTICE that Heather D. Kuhlman of the Law Offices of Bruno, Colin & Lowe, P.C., counsel for Defendants Budaj, Serrant, Brukbacher, and McNamee, hereby notifies the Court that her contact information has changed as described below, effective May 22, 2023.

　　　**New Address:**

　　　**Street:** 1120 Lincoln Street, Suite 1606

　　　**City:** Denver　　　**State:** CO　　　**Zip Code:** 80203

Dated at this 25th day of May, 2023.

s/ Heather D. Kuhlman

Heather D. Kuhlman
Bruno, Colin & Lowe, P.C.
1999 Broadway, Suite 4300
Denver, CO  80202
Telephone: (303) 831-1099
Facsimile: (303) 831-1088
E-mail: hkuhlman@brunolawyers.com
*Counsel for Defendants Budaj, McNamee,*
*Serrant, and Brukbacher, in their individual*
*capacities*

## CERTIFICATE OF SERVICE

I hereby certify that on May 25th, 2023, a true and correct copy of the foregoing **NOTICE OF CHANGE OF ADDRESS** was e-filed with e-service via PACER E-System to all parties of record.

s/ Alec Maring

Alec Maring, Legal Assistant
Bruno, Colin & Lowe, P.C.
