IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(Consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

    Defendants.

## NOTICE OF ENTRY OF APPERANCE FOR ASHLEY M. KELLIHER

Ashley M. Kelliher, Assistant City Attorney for the City and County of Denver, hereby certifies she is a member in good standing of the bar of this Court and enters her appearance as counsel for Defendants, City and County of Denver and Johnathan Christian.

DATED this 5th day of June 2023.

                Respectfully submitted,

                By: *s/ Ashley M. Kelliher*
                    Ashley M. Kelliher, Assistant City Attorney
                    Denver City Attorney's Office
                    Civil Litigation Section
                    201 West Colfax Ave., Dept. 1108
                    Denver, Colorado 80202
                    Telephone: 720-913-3100
                    Facsimile: 720-913-3155
                    E-mail: ashley.kelliher@denvergov.org

**CERTIFICATE OF SERVICE**

I certify that on this 5th day of June 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE FOR ASHLEY M. KELLIHER** with the Clerk of the Court using the CM/ECF system and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*s/ Courtnee D. Lewis*
Denver City Attorney's Office