**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, et al.,

      Plaintiffs,

v.

CITY AND COUNTY OF DENVER, et al.

      Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

      Gillian Fahlsing hereby enters her appearance as counsel for Defendant Aurora Police Officer Cory Budaj, in his official capacity, and the City of Aurora.

      Respectfully submitted this 6th day of June, 2023.

                        OFFICE OF THE CITY ATTORNEY

                        *s/ Gillian Fahlsing*
                        Gillian Fahlsing
                        Aurora Municipal Center, Suite 5300
                        15151 East Alameda Parkway
                        Aurora, Colorado 80012
                        Telephone: (303) 739-7030
                        Facsimile: (303) 739-7042
                        E-mail:  gfahlsin@auroragov.org
                        *Attorney for Defendant Officer Budaj, in his official capacity, and Defendant City of Aurora*

## <u>CERTIFICATE OF SERVICE BY CM/ECF</u>

      I hereby certify that on June 6, 2023, I electronically filed the foregoing *NOTICE OF ENTRY OF APPEARANCE* with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following email addresses:

Reid Robertson Allison, Esq.
rallison@kln-law.com

Edwin Packard Aro, Esq.
ed.aro@arnoldporter.com

Stephen B. Baumgartner, Esq.
birk@baumgartnerlaw.com

Eric Thomas Butler, Esq.
ebutler@jeffco.us

Matthew J. Douglas, Esq.
Matthew.Douglas@arnoldporter.com

David M. Goddard, Esq.
dgoddard@brunolawyers.com

Mindy Amanda Gorin, Esq.
Mindy.Gorin@arnoldporter.com

Wallace B. Hilke, Esq.
hilke@loevy.com

Katherine Hoffman, Esq.
hoffmank@hallevans.com

Heidi J. Hugdahl, Esq.
hhugdahl@brunolawyers.com

Robert Charles Huss, Esq.
rhuss@friendsofanimals.org

Rebecca Philana Klymkowsky, Esq.
rklymkow@jeffco.us

Heather Dawn Kuhlman, Esq.
hkuhlman@brunolawyers.com

Michael Turner Lowe, Esq.
mlowe@brunolawyers.com

Andrew Joseph McNulty, Esq.
amcnulty@kln-law.com

Andreas E. Moffett, Esq.
andreas.moffett@arnoldporter.com

Peter Ruben Morales, Esq.
pmorales@auroragov.org

Sara R. Neel, Esq.
sneel@aclu-co.org

Colin Michael O'Brien, Esq.
colin.obrien@arnoldporter.com

David B. Owens, Esq.
david@loevy.com

Jordan Cosby Poole, Esq.
poole@loevy.com

Patrick Conor Reidy, Esq.
patrick.reidy@arnoldporter.com

Andrew David Ringel, Esq.
ringela@hallevans.com

Michael J. Sebba, Esq.
michael.sebba@arnoldporter.com

Mark Silverstein, Esq.
msilverstein@aclu-co.org

Diana K. Sterk, Esq.
diana.sterk@arnoldporter.com

Daniel Moore Twetten, Esq.
dan@loevy.com

Elizabeth C. Wang, Esq.
elizabethw@loevy.com

Robert Alan Weiner, Esq.
weinerr@hallevans.com

Brian Mark Williams, Esq.
brian.williams@arnoldporter.com

s/ *Cindy Selden*
Cindy Selden