IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## JOINT MOTION TO VACATE DEADLINE FOR FILING DISMISSAL PAPERS

Curfew Arrest Class Plaintiffs (via Class Representatives Kelsey Taylor and Claire Sannier) hereby respectfully submit this Joint Motion to Vacate Deadline for Filing Dismissal Papers, for the reasons that follow:

**Discussion**

1. The Curfew Arrest Class Plaintiffs and Defendant Denver are in the final stages of finalizing the written settlement agreement regarding the Curfew Arrest Class claims in this case,[1] which will then be presented to the City Council for approval and presented to the Court for preliminary approval.

2. The deadline for filing dismissal papers is currently July 14, 2023. Dkt. 475.

3. The parties request that this date be vacated because any motion for or stipulation of voluntary dismissal of the Curfew Arrest Class Claims can only be filed after a fairness hearing

---

[1] *See* Dkts. 459, 471.

and final approval by the Court. And before a fairness hearing and final approval can occur, the parties need to present the proposed agreement for preliminary approval and provide notice to class members. The Court would set the date for filing of dismissal papers after a fairness hearing and final approval.

WHEREFORE, for all the forgoing reasons, the Curfew Arrest Class Plaintiffs (via Class Representatives Kelsey Taylor and Claire Sannier) and Defendant City and County of Denver respectfully request this Court vacate the current deadline for filing dismissal papers (which will be reset at a later time by the Court after final approval).

Respectfully submitted,

s/ Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Class Counsel*

David B. Owens
Loevy & Loevy
311 N. Aberdeen St., 3rd Fl.
Chicago, IL
O: 312.243.5900
david@loevy.com

s/ Andrew D. Ringel
Andrew D. Ringel
Katherine N. Hoffman
Robert A. Weiner
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, Colorado 80202
Telephone: (303) 628-3453
E-mail: ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Attorneys for Defendant City and County of Denver*

**CERTIFICATE OF SERVICE (CM/ECF)**

      I hereby certify that on this 13th day of July, 2023, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record in this matter.

      s/ Elizabeth Wang