IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ
(Consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

    Defendants.

## NOTICE ENTRY OF APPERANCE

Jonathan Cooper, Assistant City Attorney for the City and County of Denver, hereby certifies he is a member in good standing of the bar of this Court and enters his appearance as counsel for Defendants, City and County of Denver and Johnathan Christian.

    DATED this 10th day of August 2023.

    Respectfully submitted,

By: *s/ Jonathan Cooper*
    Jonathan Cooper, Esq.
    Assistant City Attorney
    Denver City Attorney's Office
    Civil Litigation Section
    201 West Colfax Ave., Dept. 1108
    Denver, Colorado 80202
    Telephone: 720-913-3100
    Facsimile: 720-913-3155
    E-mail: jonathan.cooper@denvergov.org

## CERTIFICATE OF SERVICE

I certify that on this 10th day of August 2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of the Court using the CM/ECF system and that in accordance with Fed. R. Civ. P. 5, all counsel of record shall be served electronically through such filing.

*s/ Jonathan Cooper*
Denver City Attorney's Office