IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ (consolidated with 20-cv-1922-RBJ)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF ELIZABETH WANG IN SUPPORT OF MOTION FOR PRELIMINARY APPROVAL

Pursuant to 28 U.S.C. § 1746, I, Elizabeth Wang, declare as follows:

1. I am a civil rights lawyer who has been practicing law since graduating from law school in 2005. Other than my years clerking, I have spent my entire career representing plaintiffs in Section 1983 civil rights cases. Since October 2008, I have been an attorney at Loevy & Loevy, one of the largest civil rights law firms in the country, with its main office in Chicago and more than 40 full-time lawyers. Loevy & Loevy has an office in Boulder, Colorado, and I am one of two attorneys (both partners) in that office.

2. I am admitted to practice before this Court and am providing this Declaration in support of the Motion for Preliminary Approval. This Declaration is based on my personal knowledge, except where expressly noted otherwise.

3. Along with then co-counsel Makeba Rutahindurwa, I was appointed Class Counsel by the Court in this matter. *See* Dkt. 127.

4. I, together with other attorneys at Loevy & Loevy, have litigated this case for more

EXHIBIT 3

than three years, including conducting substantial discovery, obtaining class certification, briefing dispositive motions, and preparing for trial. A jury trial on the issues raised by the Class was scheduled to start on April 24, 2023, and had a settlement not been reached, we were prepared to begin trial on that date.

5. Although the parties had their first mediation (with a private mediator) in January 2022, no progress was made on possible settlement until just weeks before trial. During that time, the parties engaged in a mediation with former Magistrate Judge Kristen Mix. At the end of that mediation on March 30, 2023, the parties reached a conditional agreement via a Mediator's Proposal. *See* Dkt. 459. However, the settlement condition (Mayor's approval) was not met. Although the negotiations were on the verge of breaking down completely, with the assistance of Magistrate Judge Mix, the parties resumed negotiations and reached a deal in principle that led to the Settlement Agreement currently before the Court.

6. None of those settlement discussions included negotiation of what any request for attorneys' fees would be. I agreed to the 35% cap on Class Counsel's fee request without requesting or receiving any consideration from Defendant.

7. I contacted a professional settlement administrator, Kurtzman Carson Consultants, LLC, to obtain an estimate for the cost of claims administration in this case. The estimate was approximately $29,000.

8. I, along with the other attorneys at Loevy & Loevy, have extensive experience litigating complex cases such as this case, in various substantive practice areas, but especially in constitutional rights. Examples of Loevy & Loevy's successful results in class actions and individual cases include the ones listed on the Loevy & Loevy Firm Resume submitted with the

class certification motion (*see* Dkt. 91-86 at 9-12),[1] and my declaration submitted with the fee petition filed in July 2022 (*see* Dkt. 380-2). More recent successes include: *Gray v. McInerney, et al.*, No. 18-cv-2624 (N.D. Ill.) ($27 million jury award in May 2023 for a plaintiff who was wrongfully convicted and incarcerated for 24 years; one of the largest verdicts against the City of Chicago in a civil rights case in Chicago history) (I was one of the trial counsel and lead litigation counsel); *Gillispie v. Miami Twp., et al.*, No. 3:13-cv-416 (S.D. Ohio) ($45 million jury verdict in November 2022 for plaintiff in a wrongful conviction case); *Henry v. Hulett, et al.* No. 3:12-cv-3087 (C.D. Ill.) and No. 16-4234 (7th Cir.) (preliminary approval granted to $3 million settlement, after a favorable jury trial in May 2023, for class of 200 women subjected to unconstitutional strip searches).

9. Based on my experience and reasoned judgment, I believe that the settlement agreement is fair, reasonable, adequate, and deserving of preliminary approval.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2023.

Elizabeth Wang

---

[1] Page numbers cited are the page numbers of the Dkt. entry.