**EXHIBIT A: Curfew Arrest Class Members**

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Last | First | Middle | Date/time arrested (Bates #) |
| 2 | Abdelrahman | Alrwily | | 6/3/20 0110 (DEN 18531) |
| 3 | Adebonojo | Geoff | | no records (sealed) (DEN 8864-8865) |
| 4 | Aguilar | Brisa | | 6/2/20 2149 (DEN 18544) |
| 5 | Allen | Otto | Dane | 5/30/20 2300 (DEN 18556) |
| 6 | Altman | Maggie | | 5/31/20 1745 (DEN 18569) |
| 7 | Amezcua | Jezamara | | 5/30/20 2345 (DEN 18583) |
| 8 | Andrade | David | Armando | 5/30/20 2355 (DEN 18604) |
| 9 | Arcuri | Ciara | Cheyenne | 5/31/20 2250 (DEN 18613) |
| 10 | Ayala | Ethaniel | | 5/31/20 2015 (DEN 18628) |
| 11 | Badillo | Enrique | Robert | 5/31/20 1015 (DEN 18644) |
| 12 | Balderrama-Catano | Tania | | 6/1/20 2130 (DEN 18659) |
| 13 | Banuelos Loya | Esteban | | 5/31/20 2230 (DEN 18672) |
| 14 | Barbour | Steven | Darnell | 5/30/20 0030 (DEN 18686) |
| 15 | Battie | Sydnie | Marie | 6/1/20 1925 (DEN 18704) |
| 16 | Bell | Peter | | 5/31/20 2300 (DEN 18714) |
| 17 | Berrios | Andrea | | 6/1/20 0000 (DEN 18728) |
| 18 | Bialy | Benjamin | Kala | 5/31/20 0030 (DEN 18743) |
| 19 | Blocker | Broderick | | 5/30/20 2211 (DEN 18759) |
| 20 | Bolden | Napoleon | D | 6/2/20 0025 (DEN 18774) |
| 21 | Booneel | Anthony | | 5/31/20 0020 (DEN 18800) |
| 22 | Boria Robles | Edgardo | A | 5/31/20 2200 (DEN 18814) |
| 23 | Boughter | Daniel | | 6/1/20 2238 (DEN 18825) |
| 24 | Boulden | Reginald | B | 6/2/20 0030 (DEN 8797) |
| 25 | Bowerman | Lucas | Alexander | 5/30/20 2340 (DEN 18841) |

**EXHIBIT A: Curfew Arrest Class Members**

|    | A | B | C | D |
|---|---|---|---|---|
| 26 | Brading | Jacob | Michael | 6/2/20 0025 (DEN 18856) |
| 27 | Braveheart | Nathan |  | 5/30/20 2115 (DEN 18871) |
| 28 | Bressem | Tristian | Thomas | 5/30/20 2300 (DEN 18883) |
| 29 | Briggs | Asa |  | no records (sealed) |
| 30 | Brison | Nathzelleous |  | 5/31/20 2300 (DEN 18900) |
| 31 | Bristol | Dennis |  | 6/4/20 0020 (DEN 18922) |
| 32 | Broszkiewicz | Lucasz |  | 5/30/20 2230 (DEN 18952) |
| 33 | Brower | Jason | F | 5/30/20 2340 (DEN 18963) |
| 34 | Brown | Aaron |  | 5/31/20 2230 (DEN 18979) |
| 35 | Bryce | Gabriel |  | 6/1/20 0030 (DEN 18993) |
| 36 | Buell | Christopher |  | 5/31/20 (DEN 8717) |
| 37 | Bunch | Tyler |  | 5/30/20 2345 (DEN 19012) |
| 38 | Burgess | Bethany |  | 5/31/20 2230 (DEN 19027) |
| 39 | Burgin | Jon |  | 6/1/20 0100 (DEN 19039) |
| 40 | Burns | Andrew |  | 6/1/20 0030 (DEN 19054) |
| 41 | Butler | Shane | Ryley | 5/31/20 0005 (DEN 19068) |
| 42 | Cameron | John | M | 6/4/20 0026 (DEN 19082) |
| 43 | Cardoza | Leila |  | 5/31/20 2315 (DEN 19093) |
| 44 | Caycho | Jonathan |  | 6/4/20 0015 (DEN 19108) |
| 45 | Celestine | Cameron | Dangelo | 6/1/20 0030 (DEN 19118) |
| 46 | Chairez | Saul |  | 6/1/2020 0130 (DEN 19130) |
| 47 | Chapman | Alexander |  | 6/1/20 2245 (DEN 19146) |
| 48 | Chaquan | Chameek |  | 5/31/20 2340 (DEN 19159) |
| 49 | Chiapete | Anthony |  | 5/31/20 0030 (DEN 19172) |
| 50 | Choumphimmasen | Johnny |  | 5/31/20 2300 (DEN 19185) |
| 51 | Clement | Dyami |  | 5/30/20 2235 (DEN 19198) |
| 52 | Collins | Jacob |  | 5/31/20 2330 (DEN 19239) |
| 53 | Collins | Sean | Thomas | 6/1/20 0030 (DEN 19263) |

**EXHIBIT A: Curfew Arrest Class Members**

|    | A | B | C | D |
|----|---|---|---|---|
| 54 | Collins | Dirae | Arianna | 5/31/20 2200 (DEN 19225) |
| 55 | Collins | Chad | M | 5/31/20 0020 (DEN 19212) |
| 56 | Conradsen | Lindsey |  | 6/2/20 0045 (DEN 19277) |
| 57 | Cook | Steven | Elliot | 6/2/20 0020 (DEN 19289) |
| 58 | Cordova | Kenneth | Gregory | 6/3/20 0115 (DEN 19304) |
| 59 | Cowie | Aliya | Kayln | 5/30/20 2040 (DEN 19330) |
| 60 | Cruz | Ambrose |  | 6/2/20 0100 (DEN 19339) |
| 61 | Culter | Alexandra |  | 5/30/20 2240 (DEN 19358) |
| 62 | Czarnecki | Nevaeh |  | 5/31/20 2230 (DEN 19368) |
| 63 | Davalos | Hector | S | 6/2/20 0025 (DEN 19381) |
| 64 | Davis | Paul | E | 6/3/20 0115 (DEN 19398) |
| 65 | Delany | Daniel | Michael | 5/31/20 2320 (DEN 19416) |
| 66 | Demarest | Brittany | Lynn | 5/30/20 2227 (DEN 19428) |
| 67 | Demarest | Kristina |  | 5/30/20 2130 (DEN 19444) |
| 68 | Denard | Clara | L | 5/31/20 2230 (DEN 19452) |
| 69 | Denning | Keshawn |  | 5/31/20 2300 (DEN 19470) |
| 70 | Dennis | Samuel |  | 5/31/20 2230 (DEN 19497) |
| 71 | Derzay | Stefan | Allen | 6/1/20 0331 (DEN 19511) |
| 72 | Desantos | Chaz | Andrew | 5/31/20 2330 (DEN 19524) |
| 73 | Dickerson | Sayge |  | 5/31/20 2330 (DEN 19538) |
| 74 | Dietz | Madison |  | 5/31/20 2200 (DEN 19556) |
| 75 | Donlan | Wesley | James | 6/3/20 0130 (DEN 19564) |
| 76 | Dougherty | River |  | 5/31/20 2330 (DEN 8585-8588) |
| 77 | Drake | Ashton |  | 6/1/20 0120 (DEN 8660-8661) |
| 78 | Duran | Aaron |  | 5/31/20 2350 (DEN 8683-8684) |
| 79 | Dye | Joel | Dominic | 6/1/20 0030 (DEN 8626) |
| 80 | Eagleburger | Samuel | Barnes | 6/2/20 0100 (DEN 19606) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 81 | Edwards | Eric | | 5/31/20 2230 (DEN 19619) |
| 82 | Ellenberger | Chase | Andrew | 5/31/20 2313 (DEN 19633) |
| 83 | Elmendorf | Ryan | David | 6/3/20 0130 (DEN 19649) |
| 84 | Elya | Gregory | L | 6/1/20 0100 (DEN 19668) |
| 85 | Emerson | Jeremiah | Matthew | 6/1/20 0115 (DEN 19678) |
| 86 | Epperson | Joseph | Taylor | 5/31/20 2120 (DEN 19690) |
| 87 | Escobedo | Ava | Raye | 6/4/20 0020 (DEN 19705) |
| 88 | Estrada | Giselle | Loya | 6/2/20 2140 (DEN 19715) |
| 89 | Eub | Michael | Doc | 6/1/20 0100 (DEN 19725) |
| 90 | Ewen | Sean | | 5/31/20 2340 (DEN 19737) |
| 91 | Farney | Katie | | 5/30/20 2230 (DEN 19756) |
| 92 | Farnsworth | Isaiah | | 5/30/20 2130 (DEN 19772) |
| 93 | Farrell | Delaney | | 6/1/20 0100 (DEN 19794) |
| 94 | Fernandez | Danaya | | 5/31/20 2308 (DEN 19802) |
| 95 | Ferrari | Brittney | Rose | 5/31/20 2230 (DEN 19817) |
| 96 | Ferrer | Vincent | | 5/31/20 2120 (DEN 19831) |
| 97 | Fields | Damon | Antonio | 5/30/20 2235 (DEN 19872) |
| 98 | Fields | Casey | | 5/31/20 2215 (DEN 19846) |
| 99 | Fitzgerald | Jonathan | | 5/31/20 2330 (DEN 19930) |
| 100 | Fong-Garcia | Carlos | Arturo | 6/3/20 0050 (DEN 19944) |
| 101 | Francis | Eugene | | 6/1/20 0410 (DEN 19954) |
| 102 | Friedman | Riley | | 5/31/20 2330 (DEN 19969) |
| 103 | Fuentes | Jose | | 5/31/20 0009 (DEN 8277) |
| 104 | Galaviz | Monica | | 5/31/20 2215 (DEN 19982) |
| 105 | Garey | Laroy | | 5/31/20 2345 (DEN 19995) |
| 106 | Gaynes | Samuel | Donald | no records (sealed) (DEN 8714-8715) |
| 107 | Getachew | Emmanuel | | no records (sealed) (DEN 8675-8676) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 108 | Gibbs | Jayce |  | 6/2/20 0025 (DEN 20037) |
| 109 | Gill | Michael | Douglas | 5/31/20 2330 (DEN 20048) |
| 110 | Gindro | Christopher |  | 6/1/20 0130 (DEN 20063) |
| 111 | Godbee | Duane | Everett | 5/31/20 2230 (DEN 20079) |
| 112 | Gomez-Cruz | Edwin |  | 5/31/20 2300 (DEN 20096) |
| 113 | Gonzales | Alexander |  | 6/2/20 0015 (DEN 20108) |
| 114 | Gonzalez | Francisco |  | 5/31/20 2315 (DEN 20121) |
| 115 | Gonzalez | Sacramento | Luis-Jake | 5/30/20 0030 (DEN 20139) |
| 116 | Goodwin | Kathryn |  | 5/31/20 2250 (DEN 20154) |
| 117 | Grant | Erin |  | 5/30/20 2230 (DEN 20168) |
| 118 | Gray | Kevin |  | 6/2/20 0009 (DEN 20184) |
| 119 | Grissom | Wesley | R | 6/1/20 2300 (DEN 20201) |
| 120 | Gualtier | Ryan | C | 5/31/20 2230 (DEN 20022) |
| 121 | Guardado | Jimmy |  | 5/30/20 2100 (DEN 20214) |
| 122 | Guerrero | Leandre |  | 6/1/20 0030 (DEN 20223) |
| 123 | Guitierrez | Cindy |  | 5/30/20 2345 (DEN 20241) |
| 124 | Haffey | Christian |  | 6/2/20 0030 (DEN 20256) |
| 125 | Haltom | Rachel |  | 6/2/20 0025 (DEN 20266) |
| 126 | Hargrav | Elizabeth | Ann | 5/30/20 2155 (DEN 20277) |
| 127 | Harrison | Roderick | Riley | 6/3/20 0130 (DEN 20306) |
| 128 | Harrison | Asa |  | 6/2/20 0035 (DEN 20292) |
| 129 | Harshaw | Keenan | Dionne | 6/2/20 0040 (DEN 8532; DEN 6353) |
| 130 | Hartzman | David | Jordan | 5/31/20 2240 (DEN 20320) |
| 131 | Havens | Ailyn |  | 5/30/20 2100 |
| 132 | Hayes | Audrey | Louise | 5/31/20 0035 (DEN 20335) |
| 133 | Helton | Brian |  | 5/30/20 2140 (DEN 20351) |
| 134 | Hermes | Dylan |  | 6/2/20 0040 (DEN 20361) |
| 135 | Hilliard | Jesse |  | 6/2/20 0100 (DEN 20371) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 136 | Hogan-Kusler | Jordan | Marie | 5/30/20 2040 (DEN 20389) |
| 137 | Hollingsworth | Jared | Rio | 5/31/20 2200 (DEN 20402) |
| 138 | Holy Elkface | Lionel |  | 6/2/20 0030 (DEN 8517) |
| 139 | Holy Elkface | Melissa | Maude | 6/2/20 0100 (DEN 20412) |
| 140 | Hough | Michael |  | no records (sealed) (DEN 8692-8693) |
| 141 | House | Alianna |  | 6/2/20 0025 (DEN 8367-8368) |
| 142 | Humphries | Maria | D | 5/30/20 2100 (DEN 8200) |
| 143 | Hutton | Daniel |  | 5/30/20 2340 (DEN 20425) |
| 144 | Hutton | Bryan |  | 5/30/20 2140 (DEN 8203) |
| 145 | Jackson | Quaivaughn |  | 5/30/20 2200 (DEN 2200) |
| 146 | Jackson | Devin |  | 5/31/20 2235 (DEN 20439) |
| 147 | Jaramillo | Huitziloxochitl (Lala) |  | 5/31/20 2215 |
| 148 | Jiron | Joseph |  | 5/31/20 0110 (DEN 20470) |
| 149 | Johnson | Michael |  | 5/31/20 2030 (DEN 20515 |
| 150 | Johnson | Malcolm | Xavier | 5/30/20 2355 (DEN 20505) |
| 151 | Johnson | Kelsey |  | 6/2/20 0100 (DEN 20486) |
| 152 | Jones | David |  | 5/31/20 2200 (DEN 20548) |
| 153 | Jones | Alfred | Charles | 5/31/20 2330 (DEN 20530) |
| 154 | Kahsay | Ermias |  | 5/31/20 2330 (DEN 20563) |
| 155 | Kassir | Yasser |  | 6/2/20 0040 (DEN 20577) |
| 156 | Kilgore | Magdalena |  | 5/31/20 2315 (DEN 20588) |
| 157 | King | Izaiah |  | 6/1/20 0001 (DEN 20600) |
| 158 | Kinney | Phillip | Newton | 5/31/20 2215 (DEN 20621) |
| 159 | Knowles | Lily (August) |  | 6/1/20 0115 (DEN 20634) |
| 160 | Lagos | Brian |  | 6/1/20 0240 (DEN 20647) |
| 161 | Larson | Ethan | Michael | 6/1/20 0000 (DEN 20660) |
| 162 | Larsson | Lukas |  | 5/30/20 2040 (DEN 20676) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 163 | Lawrence | Francesca |  | 5/31/20 2345 (DEN 20685) |
| 164 | Lee | Bryce |  | 6/2/20 0025 (DEN 20699) |
| 165 | Lopez | Jasmine | N | 5/31/20 2327 (DEN 20713) |
| 166 | Lozano-Rios | Victor |  | 6/1/20 0030 (DEN 20732) |
| 167 | Luevano-Garces | Sergio |  | 5/31/20 2250 (DEN 20740) |
| 168 | Mader | Hans | R | no records (sealed) (DEN 8835-8836) |
| 169 | Madison | Chris |  | 6/1/20 0440 (DEN 20753) |
| 170 | Magee | Andre |  | 6/2/20 0118 (DEN 20766) |
| 171 | Marquez | Oscar | E | 6/4/20 0015 (DEN 20778) |
| 172 | Marquez | Valorie | Yvette | 5/30/20 2235 (DEN 20795) |
| 173 | Marroquin | Joseph |  | 5/31/20 2200 (DEN 20809) |
| 174 | Martin | Jessica |  | 6/1/20 0030 (DEN 2827) |
| 175 | Martinez | Rafael |  | 5/31/20 0040 (DEN 20850) |
| 176 | Martinez | Jason |  | 5/31/20 2300 (DEN 20836) |
| 177 | Martinez | Zacharee |  | 6/3/20 0115 (DEN 20864) |
| 178 | Mascarenas | Zachary |  | 5/31/20 2330 (DEN 20875) |
| 179 | Maskell | Maegan | M | 5/30/20 2130 (DEN 20888) |
| 180 | Mason | Andrew |  | 6/2/20 0025 (DEN 20902) |
| 181 | Maxfield | Brooke |  | 5/31/20 2345 (DEN 20916) |
| 182 | Mayo | Daqwann |  | 5/31/20 2330 (DEN 20928) |
| 183 | McClendon | Tejuan | Donnell | 6/2/20 2149 (DEN 20942) |
| 184 | McKinney | Ryan |  | 5/31/20 2200 (DEN 20959) |
| 185 | McLaughlin | Christopher |  | 5/31/20 2300 (DEN 20971) |
| 186 | Medina | Arrieanna |  | 6/2/20 0015 (DEN 20986) |
| 187 | Medina | Cassandra |  | 5/31/20 2200 (DEN 21004) |
| 188 | Medina | Kayla | Ann | 5/31/20 2313 (DEN 21013) |
| 189 | Miranda | Moriah | Delane | 6/4/20 0020 (DEN 21028) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
|-----|---|---|---|---|
| 190 | Mohamed | Ali | Adnan | 6/4/20 0030 (DEN 21039) |
| 191 | Montoya | Rosalinda |   | 6/4/20 0020 (DEN 21048) |
| 192 | Mora | Demetrius |   | 5/31/20 2230 (DEN 21069) |
| 193 | Moran | Haley |   | 6/1/20 0100 (DEN 21088) |
| 194 | Morejon | Juliette | A | 5/30/20 2230 (DEN 21097) |
| 195 | Moreno | Henry | Elijah | 5/30/20 2050 (DEN 8201) |
| 196 | Mortl | Eric |   | 6/1/20 0030 (DEN 21111) |
| 197 | Moss | Jake | Russell | 5/31/20 2120 (DEN 21124) |
| 198 | Mullin | Arthur | Elliot | 5/30/20 2200 (DEN 21141) |
| 199 | Natichioni | Mario | Louise | 6/3/20 0110 (DEN 21160) |
| 200 | Nibbs | Jamaal | Rondale | 5/30/20 2355 (DEN 21176) |
| 201 | Niles | Graham | Robinson | 6/2/20 2140 (DEN 21186) |
| 202 | O'Connor-Eccles | Shane | D | 5/31/20 2215 (DEN 21196) |
| 203 | Offerdahl | Amanda |   | 6/2/20 0009 (DEN 21210) |
| 204 | Ogboi | Chima |   | 5/31/20 2230 (DEN 21225) |
| 205 | Oliver | Nicholaus | J | 5/31/20 2300 (DEN 21239) |
| 206 | O'Regan | Jeffrey | Thomas | 5/30/20 2200 (DEN 21254) |
| 207 | Oropeza | Sergio | Francisco | 5/31/20 2315 (DEN 21270) |
| 208 | O'Rourke | Alexandra | Joyce | 5/29/20 2330 (DEN 21282) |
| 209 | Ortiz | Ulyses |   | 6/1/20 0100 (DEN 21300) |
| 210 | Ott | Corey | Phillip | 6/1/20 0437 (DEN 21308) |
| 211 | Pace | Logan |   | 6/1/20 0425 (DEN 21322) |
| 212 | Padan | Harrison | Lynn | 5/30/20 2155 (DEN 21339) |
| 213 | Paisner | Oren | I | 6/4/20 0020 (DEN 21351) |
| 214 | Paproski | Michael | Jonathan | 6/4/20 0014 (DEN 21363) |
| 215 | Parneros | Megan |   | 5/31/20 2330 (DEN 21373) |
| 216 | Peterson | Connor | Stevens | 5/31/20 2200 (DEN 21385) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 217 | Peterson | Marcus | Jay | 5/30/20 2215 (DEN 21407) |
| 218 | Pflanzer | Ryan | J | 5/31/20 2205 (DEN 21416) |
| 219 | Pineda | Cesar | | 5/31/20 2130 (DEN 21431) |
| 220 | Plowe | Zachary | Lee | 6/4/20 0020 (DEN 21448) |
| 221 | Poole | Danielle | M | 6/1/20 0110 (DEN 21455) |
| 222 | Powell | Rock | G | 5/31/20 2300 (DEN 21474) |
| 223 | Pryor | Selina | | 6/2/20 0100 (DEN 8525-8536) |
| 224 | Pryor | Torien | Jerrell | 5/30/20 2355 (DEN 8273-8274) |
| 225 | Redondo-Berrios | Patricia | Maria | 6/1/20 0000 (DEN 21481) |
| 226 | Reese | Nicholas | | 6/1/20 0100 (DEN 21498) |
| 227 | Regalado | Gabrielle | | 6/1/20 0030 (DEN 21508) |
| 228 | Rice | Erick | M | 6/1/20 2355 (DEN 21521) |
| 229 | Rice | Isabelle | T | 5/31/20 2321 (DEN 21534) |
| 230 | Riley | Tristin | Michael | 6/1/20 0030 (DEN 21549) |
| 231 | Rios | Brett | Edward | 6/2/20 0040 (DEN 21566) |
| 232 | Rivera-Oyler | William | | 5/30/20 2300 (DEN 21580) |
| 233 | Robinson | Lelan | Luther | 5/30/20 2345 (DEN 21596) |
| 234 | Rodriguez | Edward | B | 5/31/20 0022 (DEN 21605) |
| 235 | Rodriguez-Favela | Isabel | | 6/2/20 2140 (DEN 21618) |
| 236 | Ruseler | Jeffrey | Paul Michael | 5/31/20 2215 (DEN 21630) |
| 237 | Salas | Orlando | | 5/31/20 2245 (DEN 21644) |
| 238 | San Miguel | Emilio | R | 6/2/20 0025 (DEN 21655) |
| 239 | Sanchez | Alysia | A | 6/1/20 0100 (DEN 21672) |
| 240 | Sannier | Claire | | 6/2/20 0025 (DEN 21681) |
| 241 | Santistevan | Anthony | Pepe | 5/30/20 2235 (DEN 21702) |
| 242 | Sauceda-Lindsey | Nicole | R | 6/2/20 0124 (DEN 21712) |
| 243 | Schmitt | Cody | Donald | 6/3/20 0130 (DEN 21724) |
| 244 | Schneider | Amy | | no records |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 245 | Scott | Eden | Mitchell | no records (sealed) (DEN 8216) |
| 246 | Seaver | David | Ovid | 6/3/20 0130 (DEN 8474) |
| 247 | Sera | Paola | Bennett | 5/31/20 2148 (DEN 21756) |
| 248 | Sera | Fabiola |  | 5/31/20 2300 (DEN 21747) |
| 249 | Sharp | Sheldon | Blake | 5/30/20 2200 (DEN 21779) |
| 250 | Shirk | Gregory |  | 6/1/20 0230 (DEN 21789) |
| 251 | Sims | Kristine | Gail | 6/4/20 0020 (DEN 21804) |
| 252 | Smith | Stacy |  | 6/2/20 0058 (DEN 21842) |
| 253 | Smith | Jay |  | 5/30/20 2230 (DEN 21813) |
| 254 | Smith | Trevor |  | 5/31/20 0010 (DEN 21853) |
| 255 | Smith | Ronald | G | 6/1/20 2314 (DEN 21830) |
| 256 | Sodaro | Caryn | M | 5/31/20 2130 (DEN 8424-8425) |
| 257 | Spader | Brent |  | 5/31/20 2200 (DEN 12870) |
| 258 | Spotswood | Sable |  | 5/31/20 2330 (DEN 21881) |
| 259 | Staley | David | W | 6/1/20 0030 (DEN 21899) |
| 260 | Stapleton | Ryan | Patrick | 5/31/20 2330 (DEN 8583-8584) |
| 261 | Stavish | Rook |  | 5/31/20 2120 (DEN 21909) |
| 262 | Stephens | Owen | D | 5/31/20 2245 (DEN 21922) |
| 263 | Stier | Paul | K | 5/30/20 2155 (DEN 21935) |
| 264 | Stockton | Alexander | Thomas | 5/30/20 2140 (DEN 21952) |
| 265 | Stoltenberg | Zachary |  | 6/1/20 0115 (DEN 21960) |
| 266 | Stowe | Sandibel |  | 5/30/20 2330 (DEN 21986) |
| 267 | Stowe | Ryan | A | 5/30/20 2330 (DEN 21978) |
| 268 | Sweetman | James |  | 5/31/20 0010 (DEN 22000) |
| 269 | Sylla | Nfanly |  | 5/30/20 2355 (DEN 22017) |
| 270 | Taylor | Kelsey |  | 5/30/20 2045 (DEN 22029) |
| 271 | Thomas | Travis | Wayne | 5/31/20 2330 (DEN 22041) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 272 | Thompson | Tyrell | Alexander | 6/2/20 0106 (DEN 22057) |
| 273 | Tozer | Megan | Marie | 6/1/20 0030 (DEN 22074) |
| 274 | Travis | Juwan | D | 5/31/20 2359 (DEN 22087) |
| 275 | Trickell | Gregory | Colin | 6/3/20 0125 (DEN 22098) |
| 276 | Trimarco | Victoria |  | 5/31/20 2330 (DEN 22111) |
| 277 | Ulam | Brittany |  | 5/31/20 2145 (DEN 22124) |
| 278 | Usman | Sarim |  | 5/30/20 2320 (DEN 22144) |
| 279 | Valverde | Maya | Evonne | 6/4/20 0020 (DEN 22153) |
| 280 | Vargas | Mario | Alejandro | 6/1/2020 2110 (DEN 22179) |
| 281 | Vialpando | Trent | Michael | 5/30/20 2200 (DEN 22199) |
| 282 | Victor | Jordyn | Renee | no records (sealed) (DEN 8247-8248) |
| 283 | Villanueva | Franklin |  | 6/1/20 0205 (DEN 22208) |
| 284 | Villareal | David | Jose | 6/1/20 0415 (DEN 22222) |
| 285 | Virden | Christopher | James | 6/3/20 2245 (DEN 22235) |
| 286 | Vowell | Travis | Ryan | 5/31/20 2000 (approx) |
| 287 | Wall | Amanda | Rae | 5/31/20 2230 (DEN 22249) |
| 288 | Wallin | William | Edward | 5/30/20 2340 (DEN 22265) |
| 289 | Walsh | Nathan | P | 5/31/2020 2330 (DEN 8508) |
| 290 | Ward | Makashshi |  | 6/2/20 0059 (DEN 22296) |
| 291 | Watson | Jemia | Deangela | 5/31/20 0035 (DEN 22317) |
| 292 | Waugh | Dale |  | 6/4/20 0020 (DEN 22329) |
| 293 | Wesbrock | Elijah | Tyrell | 6/2/20 0051 (DEN 22339) |
| 294 | Whalen | Andrew | J | 5/31/20 2330 (DEN 22355) |
| 295 | White | Melik | Lonnell | 5/31/20 2200 (DEN 8563) |
| 296 | Wilken | Kirk | S | 6/2/20 2149 (DEN 22366) |
| 297 | Williams | Justin |  | 5/31/20 2230 (DEN 22375) |

**EXHIBIT A: Curfew Arrest Class Members**

|     | A | B | C | D |
| --- | --- | --- | --- | --- |
| 298 | Wilson | Maurice | Lynn | 6/1/20 0052 (DEN 22388) |
| 299 | Wines | Desiree |  | 6/2/20 0040 (DEN 22400) |
| 300 | Wittnam | Hunter |  | 5/31/20 2330 (DEN 8680-8682) |
| 301 | Wittnam | Tyler |  | 5/31/20 2330 (DEN 22417) |
| 302 | Wood | David | Kendrick | 6/1/20 0030 (DEN 22445) |
| 303 | Wooden-Wright | Devine | I | 5/31/20 0010 (DEN 8419-8420) |
| 304 | Woodwell | Joseph | Matthew | 5/30/20 2100 (DEN 22463) |
| 305 | Yates | Ryan | C | 5/31/20 2333 (DEN 22472) |
| 306 | Yocum | Christopher | Alexander | 5/31/20 2300 (DEN 22498) |
| 307 | Zamorano | Xenia |  | 5/30/20 2345 (DEN 22516) |
| 308 | Zenisek | Maxx |  | 6/1/20 0030 (DEN 22526) |
| 309 | Zentz | Ryan |  | 6/1/20 0005 (DEN 22539) |
| 310 | Ziegler | Jonathan |  | 5/31/20 2330 (DEN 22553) |
| 311 | Zurwell | Kristopher | W | 6/1/20 2314 (DEN 22567) |
| 312 | Zwart | Christopher | McMullen | 5/30/20 2340 (DEN 22582) |