IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## DECLARATION OF MAKEBA RUTAHINDURWA

Pursuant to 28 U.S.C. § 1746, I, Makeba Rutahindurwa, declare as follows:

1. From 2020-2022, I was an attorney for the Fitouri Plaintiffs. My qualifications and experience are detailed in the declaration I submitted at Dkt. 380-3.

2. I am currently an associate at the Elias Law Group.

3. I have reviewed the attached billing records for my time spent in this matter on the curfew class action claims. They are a fair and accurate depiction of the time I spent working on that part of this case and are reasonable in terms of the time spent on each task.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 8, 2023.

*/s/ Makeba Rutahindurwa*

Makeba Rutahindurwa

1                                             EXHIBIT 2

| Timesheet of Makeba Rutahindurwa (Curfew Arrest Class only) | | |
|---|---|---|
| Date | Description of Task | Hours |
| 10/9/2020 | research WP privilege in Class Actions | 1.75 |
| 1/21/2021 | call w/ Liz re subclasses and research areas for class cert | 1.00 |
| 1/26/2021 | class cert procedural research | 4.50 |
| 2/19/2021 | research class certification | 1.50 |
| 3/4/2021 | researching class cert cases | 3.75 |
| 3/5/2021 | researching class cert cases, excel sheet | 4.00 |
| 3/30/2021 | call w/ Liz re drafting class cert motions | 0.75 |
| 4/2/2021 | draft motion for extension class certificaton | 1.50 |
| 4/5/2021 | draft and finalize motion for extension for class certification | 2.50 |
| 4/6/2021 | draft and finalize motion for extension for class certification | 0.75 |
| 4/7/2021 | review and edit draft declarations of class members | 0.50 |
| 4/8/2021 | review and edit draft declarations of class members | 0.25 |
| 4/9/2021 | review and edit draft declarations of class members | 0.25 |
| 4/14/2021 | prep and research for class cert motion | 3.00 |
| 4/15/2021 | prep and research for class cert motion | 3.50 |
| 4/16/2021 | prep and research for class cert motion | 4.00 |
| 4/18/2021 | draft class cert motion and exhibit list | 6.00 |
| 4/19/2021 | draft class cert motion and exhibit list | 12.75 |
| 4/20/2021 | draft class cert motion and exhibit list | 8.00 |
| 4/21/2021 | draft class cert motion and exhibit list | 9.50 |
| 4/21/2021 | email w/ Liz and SR re class cert | 0.25 |
| 4/22/2021 | draft class cert motion and exhibit list | 3.00 |
| 4/23/2021 | draft class cert motion and exhibit list | 9.75 |
| 4/24/2021 | draft class cert motion and exhibit list | 6.00 |
| 4/25/2021 | class cert motion and draft declaration | 1.50 |
| 4/26/2021 | finalizing class cert motion | 8.75 |
| 5/28/2021 | reviewing Def's response to motion for class certification | 1.00 |
| 6/7/2021 | reply to motion for class cert | 13.00 |
| 6/8/2021 | mtn for leave to file excess pages (class cert reply) | 0.50 |
| 6/9/2021 | reply to mtn to class cert finalized and submitted | 8.25 |
| 6/23/2021 | prep for hearing on class certification motion | 3.00 |
| 6/24/2021 | hearing | 1.75 |
| 6/25/2021 | prep for hearing and make argument - class cert motion hearing | 2.75 |
| 6/28/2021 | email discussion w/ Liz, SR, and JL re class cert decision & reading the decision | 0.50 |
| 7/28/2021 | emailing with SR and MR re: class certification notice | 0.25 |
| 8/12/2021 | demand | 0.25 |
| 8/31/2021 | reviewing 7th privilege log to see which documents relate to curfew should seek in camera review | 1.00 |
| 10/21/2021 | revising draft opposition to Def's 3rd motion for extension | 0.25 |

| Date | Description | Hours |
|---|---|---|
| 12/10/2021 | emailing with SR and MR about demand for curfew arrest class | 0.25 |
| 12/14/2021 | call w/ Claire and Elle re class rep stuff and settlement options | 0.75 |
| 1/19/2022 | attending mediation - class claims | 8.00 |
| | | |
| | **TOTAL** | **140.50** |
| | | |
| | **Rate: $300/hr x 140.50 = $42,150.00** | |