IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF TARA THOMPSON

Pursuant to 28 U.S.C. § 1746, I, Tara Thompson, declare as follows:

1. I am an experienced civil rights and post-conviction attorney who has been practicing law for 20 years. I was employed at Loevy & Loevy from 2007-2021, before returning earlier this year. At the time I performed my work in the above case, for approximately eight months between mid-2020 and early 2021, I was a partner at Loevy & Loevy and consulted with Elizabeth Wang on key aspects of the litigation for approximately eight months before departing the firm to work as a Senior Staff Attorney at the Innocence Project in New York.

2. I graduated with honors from the University of Chicago Law School in 2003. During law school, I served as the Senior Comment Editor for the *University of Chicago Legal Forum*. I was elected to the Edwin F. Mandel Clinic Student Board and received the Edwin F. Mandel Award awarded annually to those students who most demonstrate a commitment to clinical work. My comment, "Locating Discrimination: Interactive Web Sites as Public Accommodations under Title II of the Civil Rights Act" was published in the *University of*

EXHIBIT 3

*Chicago Legal Forum* and won the *Harvard Journal of Law and Technology* Student Note Competition.

3. During law school I worked between my 1L summer and graduation in the Civil Rights and Police Accountability Project in the Mandel Legal Aid Clinic, where I first became familiar with Section 1983 litigation, including a class action stemming from a mass strip search at a public gym of attendees at a community basketball game, as well as other civil rights matters. After graduation I worked as a PILI fellow over the summer for this same Project.

4. Following law school, I worked for approximately 2.5 years as an associate in the Chicago Office of Mayer Brown, where I worked on a variety of litigation matters.

5. After leaving Mayer Brown, I served as a law clerk to the Honorable Elaine E. Bucklo of the U.S. District Court for the Northern District of Illinois from the spring of 2006 to the fall of 2007. At that time, I joined Loevy & Loevy, and worked as an associate until I made a partner in 2014.

6. I was admitted to the bar of the State of Illinois in November 2003. At the time of my work on this case, I was admitted to practice in the United States Courts of Appeals for the Sixth, Seventh and Eighth Circuits; the U.S. District Courts for the Northern, Central and Southern Districts of Illinois; the Northern and Southern Districts of Indiana; the Northern District of Ohio; the District of Colorado; and I was admitted *pro hac vice* in the United States District Courts for the Eastern District of North Carolina, the District of Massachusetts, the Southern District of New York, and the states of Ohio and Florida. I am a member of the trial bar of the Northern District of Illinois. Since my work on this case, I have been admitted to the bars of the States of Connecticut and New York (in 2021 and 2022, respectively), and to the Second and Eleventh Circuit Courts of Appeals and the Southern and Eastern Districts of New

York. I have also since been admitted *pro hac vice* to practice in the states of Kentucky, Nebraska, Pennsylvania, and Tennessee.

7. During my work at Loevy & Loevy between 2007 and 2021, I worked on civil rights and prisoners' rights cases at all stages of litigation, including work on numerous civil rights trials. I have performed substantial work on numerous pieces of civil rights litigation that have resulted in multi-million-dollar verdicts and settlements for clients, including *Lovelace v. Gibson et al.*, 1:17-cv-01201-SEM-TSH (C.D. Ill) (publicly-reported settlement of $4.5 million dollars following denial of summary judgment); *Harden v. Kachiroubas*, Case No. 12 CV 8316 (N.D. Ill.) (group settlement at conclusion of discovery for five plaintiffs in excess of $40 million dollars); *Whirl v. Pienta*, Case No. 16 CV 2557 (N.D. Ill.) (settlement of $4 million); *Gillard v. City of Chicago*, Case No. 10 CV 7606 (N.D. Ill.) (settlement at conclusion of discovery for $6.375 million); *Currie v. Chabbra*, Case No. 09 CV 866 (S.D. Ill.) (settlement shortly before trial for estate of decedent who died of medical complications while detained at a county jail); *Logan v. Burge*, Case No. 09 CV 5471 (N.D. Ill.) (settlement on first day of trial in excess of $10 million); *Warfield v. City of Chicago*, Case No. 05 CV 3712 (N.D. Ill.) (trial verdict for Plaintiffs in excess of $100,000 compensatory damages and $130,000 in punitive damages); and *Jackson v. Godinez et al.*, No. 14-1108-MMM (C.D. Ill.) (trial verdict of $$450,000 including compensatory and punitive damages). I also led or played a significant role in multiple other trials and cases which resulted in verdicts and settlements during my time at the firm.

8. My work at Loevy & Loevy also involved significant work on another civil rights class action case prior to my work on the present case, in *Phillips v. Hulett*, Case No. 12 CV 3087 (C.D. Ill.) (class certified, class settlement preliminarily approved).

9. I have devoted a significant amount of my practice to post-conviction litigation,

3

including work with the Exoneration Project, an Illinois and New York non-profit dedicated to representing individuals convicted of crimes of which they are innocent. As part of that work, between 2007 and 2019, I served as an adjunct clinical instructor at the University of Chicago Law School where I supervised law students in the representation of post-conviction clients. I also participated in teaching an annual trial skills course at the University of Chicago Law School.

10. As part of the Exoneration Project, I have extensive experience in litigating post-conviction and habeas cases at the trial and appellate level. I have conducted numerous lengthy evidentiary hearings on behalf of clients. I was also lead counsel in the first-degree murder trial of *People v. William Amor*, Case No. 95 CF 2075 (Cir. Ct. DuPage Co.) that resulted in Mr. Amor's acquittal. I was second chair in the first-degree murder trial of *People v. Curtis Lovelace*, Case No. 14 CF 488 (Cir. Ct. Adams Co.) in 2017 that resulted in Mr. Lovelace's acquittal.

11. Between 2021 and earlier this year, I worked as a Senior Staff Attorney at the Innocence Project in New York where I represented post-conviction litigants nationwide, operated a post-graduate fellowship program for new attorneys, and supervised law students from Cardozo Law School in the representation of post-conviction clients.

12. Since my return to Loevy & Loevy and the Exoneration Project, I have started a post-conviction project in New York where I worked with Columbia Law School externs in the representation of post-conviction clients.

13. My proposed hourly rate is $595. This is the same rate this Court awarded to Elizabeth Wang and is well below rates charged by attorneys of like experience and skill practicing in this area.

14. I have reviewed the attached billing records for my time spent in this matter. They

4

are a fair and accurate depiction of the time I spent working on this case and are reasonable in terms of the time spent on each task. In submitting my hours, I made a good-faith effort to exclude hours that were excessive, redundant, or otherwise unnecessary to this petition.

      Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 31, 2023

*Tara Thompson*

Tara Thompson

| Timesheet of Tara Thompson (Curfew Arrest Class only) | | |
|---|---|---|
| Date | Task | Hours |
| 6/29/2020 | reviewing class allegations in draft complaint; reading cases on class cert | 0.75 |
| 6/30/2020 | reviewing class allegations in draft complaint; conferring with EW re: strategy; providing edits to EW | 0.75 |
| 7/1/2020 | reviewing EW email re: class cert | 0.25 |
| 7/2/2020 | reviewing EW email re: class reps | 0.25 |
| 7/2/2020 | reviewing EW email re: class rep substitution | 0.25 |
| 7/3/2020 | reviewing EW email and cases on injunctive relief | |
| 7/6/2020 | reviewing EW email re: class cert issues | 0.25 |
| 7/7/2020 | reviewing EW email re: class cert issues; responding and conferring | 0.25 |
| 7/14/2020 | responding to EW emails about strategy | 0.25 |
| 7/20/2020 | reviewing draft 1AC and sending EW edits | 0.50 |
| 7/23/2020 | call with EW and other local attorneys re: possible consolidation | 0.50 |
| 8/10/2020 | reviewing proposed scheduling order and providing EW comments | 0.25 |
| 8/11/2020 | conferring and emailing with EW about schedule for class cert | 0.25 |
| 8/12/2020 | conferring and emailing with EW about schedule for class cert | 0.25 |
| 8/25/2020 | emailing revisions to EW re: class action for scheduling order | 0.25 |
| 10/9/2020 | responding to EW email about WP issues and privilege re: unnamed class members | 0.25 |
| 10/23/2020 | reviewing EW email re: class discovery | 0.25 |
| 1/28/2021 | call with EW and MR re: class cert | 0.50 |
| 2/2/2021 | email conferring with EW re: class members assignment for another attorney | 0.25 |
| 9/1/2023 | drafting declaration for fee petition | 0.50 |
| TOTAL | | 6.75 |
| | Rate: $595/hr x 6.75 = $4,016.25 | |