IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| ELISABETH EPPS, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CITY AND COUNTY OF DENVER, *et al.*, <br><br> Defendants. | Civil Action Nos. 1:20-cv-1878-RBJ-KLM & 1:20-cv-1922-RBJ-MEH (consol.) |

## DECLARATION OF SCOTT RAUSCHER

I, SCOTT R. RAUSCHER, declare as follows:

1. I am a member in good standing of the bar of the State of Illinois, and admitted to practice before numerous federal district courts and appellate courts.

2. I make this declaration in support of Plaintiffs' Motion for Attorney's Fees and Expenses. I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

3. I am a partner at Loevy & Loevy, where I represent plaintiffs in a wide range of civil rights cases and class actions.

4. Prior to joining Loevy & Loevy I was a litigation associate at Sidley Austin LLP for more than five years. At Sidley Austin, I represented plaintiffs and defendants in a wide variety of litigation, including complex commercial litigation and securities fraud cases. I also performed a substantial amount of pro bono work, including the representation of a death row inmate and multiple religious day schools.

EXHIBIT 4

5. I graduated with honors from the University of Chicago Law School in 2005. Following law school, I served for one year as a law clerk to the Honorable Rhesa H. Barksdale of the U.S. Court of Appeals for the Fifth Circuit.

6. Since joining Loevy & Loevy, I have served in lead roles in many cases resulting in large recoveries for clients in varied substantive areas of the law, and I have tried a number of cases as well, including multiple civil rights cases.

7. I also have significant class action experience, and I have held lead roles in class actions and related litigation that have resulted in recoveries of well over $100 million. In addition, I was previously invited to speak at a Federal Bar Association (Chicago Chapter) panel on class actions.

8. During this case, I periodically consulted with my partner, Elizabeth Wang, about class-related issues. I was able to draw on my experience litigating class actions and civil rights cases to provide advice to Ms. Wang in an efficient matter.

9. I have reviewed my time entries that are attached to this declaration, and those entries accurately reflect time that I devoted to this case.

10. Below I have outlined some of my relevant experience.

**Class Action Experience**

11. I have served as class counsel in numerous class actions.

12. For example, I served as co-class counsel in *Aranda v. Caribbean Cruise Line, Inc.*, Case No. 12-cv-4069 (N.D. Ill.), a consumer class action that resulted in a settlement of $76 million for the class days before trial was scheduled to begin. In awarding attorneys' fees after the settlement, the Honorable Matthew Kennelly noted that class "counsel provided exceptional representation for the class and produced high-value output." *Aranda v. Caribbean Cruise Line,*

2

*Inc.*, 12 C 4069, 2017 WL 1369741, at *9 (N.D. Ill. Apr. 10, 2017). The *Aranda* case is believed to be the largest ever settlement in a Telephone Consumer Protection Act case.

13. I was also a member of the trial team in *Cook County v. AIG, Inc.*, 12 L 2675 (Cook County Cir. Ct. Ill.), in which our firm obtained a jury verdict on behalf of Cook County in a case alleging that American International Group, Inc. and various subsidiaries defrauded the County out of insurance proceeds from policies that AIG sold the County. The jury awarded $20 million on each of the following claims against an AIG-related entity: Illinois False Claims Act (subject to trebling); common law fraud; and fraudulent concealment. The jury also awarded $20 million in punitive damages. The case arose out of an assignment that our firm had negotiated as part of a class action settlement, and the recovery was subsequently distributed to class members after court approval. In ruling on a fee petition following the resolution of that case, the court noted that the firm's "performance [was] exceptional." *Young v. County of Cook*, 06 C 552, 2017 WL 4164238, at *5 (N.D. Ill. Sept. 20, 2017).

14. More recently, I have served as the firm's lead lawyer in a case captioned as *Solis v. Hilco Redevelopment LLC, et al.*, Case No. 20-cv-02348 (N.D. Ill.), a putative environmental class action in which the parties have recently accepted a mediator's proposal for a class action settlement.

**Civil Rights Cases**

15. I have litigated and tried numerous civil rights cases since joining Loevy & Loevy. For example, in 2017, I served as lead trial counsel in *Piercy v. Wilhelmi*, Case No. 14-cv-07398 (N.D. Ill.), in which our firm represented the estate of a decedent bringing a *Monell* claim against a private correctional healthcare corporation, and in 2018 I served as co-lead trial

3

counsel in *Jackson v. Birkey*, Case No. 14-cv-1108 (C.D. Ill.), securing a $450,000 verdict for an incarcerated individual.

16. I have also tried, among other cases, *Colyer v. City of Chicago*, Case No. 12-cv-4855 (N.D. Ill.), a shooting case that resulted in a multi-million settlement, as well as an internal investigation into the City of Chicago Law Department Civil Rights Unit's discovery practices after the court granted a new trial based on attorney misconduct. *See Colyer v. City of Chicago, Gildardo Sierra*, No. 12 C 04855, 2016 WL 25710, at *1 (N.D. Ill. Jan. 4, 2016).

17. In addition to my civil-rights trial experience, I have litigated many civil-rights cases that were successfully resolved before trial. As just one example, I was a member of the litigation team in *Rivera v. City of Waukegan*, Case No. 12-cv-08665 (N.D. Ill.), which resulted in a $20 million settlement for our client who spent 20 years in prison after being wrongfully convicted of rape and murder. The $20 million settlement is believed to be the largest ever for an individual plaintiff in a wrongful conviction case.

18. I currently serve as lead counsel in more than 130 wrongful conviction cases in the Northern District of Illinois that have been consolidated for pretrial purposes and captioned as *In re: Watts Coordinated Pretrial Proceedings*, Case No. 19-cv-1717.

19. My proposed hourly rate in this case is $595. This is the same rate that the Court awarded to Elizabeth Wang and is well below rates charged by attorneys of like experience and skill litigating complex cases such as this one.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my knowledge.

Executed this 9th day of October, 2023.   /s/ Scott Rauscher
                                             Scott Rauscher

| Timesheet of Scott Rauscher (Curfew Arrest Class only) | | |
|---|---|---|
| Date | Description of Task | Hours |
| 7/2/2020 | emailing with TT and EW re: class reps | 0.25 |
| 7/2/2020 | researching class rep substitution; emailing TT and EW re: class rep substitution | 1.00 |
| 7/6/2020 | emailing with EW and TT re: class cert issues | 0.25 |
| 7/7/2020 | emailing with EW and TT re: class cert issues | 0.25 |
| 7/27/2020 | conferring with EW re possible strategies re: class action, taking notes | 0.25 |
| 10/23/2020 | emailing SG, TT, EW, MR re discovery re: unnamed class members | 0.25 |
| 4/21/2021 | emailing with EW and MR about class cert motion | 0.25 |
| 6/28/2021 | emailing with MK, SG, EW, MR and JL about class cert decision | 0.25 |
| 7/26/2021 | emailing with SG, EW, BS, MR re class cert notice | 0.25 |
| 7/28/2021 | emailing with EW and MR re: class certification notice | 0.25 |
| 8/5/2021 | t/c with EW re: letter from Baumgartner | 0.25 |
| 8/12/2021 | emailing with EW and MR re: class action settlements and demand | 0.25 |
| 12/8/2021 | t/c with EW re: curfew class settlement demand | 0.50 |
| 12/10/2021 | emailing with EW and MR about demand for curfew arrest class | 0.25 |
| 1/4/2022 | t/c with EW re: Agwu and Barbour cases | 0.50 |
| 4/6/2022 | t/c with EW re: class action trial and strategy | 0.25 |
| 6/1/2022 | conferring with EW about Baumgartner email re: Wesbrock | 0.25 |
| 1/11/2023 | T/c with EW and WH re: curfew class trial and demand | 0.75 |
| 1/24/2023 | t/c with EW about Ringel email about Curfew Class demand; sending response to Ringel email about demand | 0.50 |
| 4/28/2023 | reviewing proposal from KCC; sending proposal to EW, DBO and MK for review and input; reviewing email from EW | 1.00 |
| 7/12/2023 | t/c with EW about curfew class settlement agreement, dispute over released claims and motion for prelim approval | 0.50 |
| 7/13/2023 | t/c with EW about curfew class settlement agreement, dispute over released claims and motion for prelim approval | 0.50 |
| 8/28/2023 | emailing EW re: motion for preliminary approval | 0.25 |

| | | |
|---|---|---:|
| 10/5/2023 | drafting declaration and reviewing timesheet for fee petition | 1.00 |
| | | |
| **TOTAL** | | **10.00** |
| | | |
| | **Rate: $595/hr x 10.0 = $5,950** | |