IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF DAVID B. OWENS

Pursuant to 28 U.S.C. § 1746, I, David B. Owens, declare as follows:

1. I am a partner at Loevy & Loevy. My qualifications and experience are detailed in the declaration I submitted at Dkt. 380-5.

2. In addition to the experience detailed in that declaration, my experience includes obtaining a $45 million verdict on behalf of a wrongfully convicted man, Dean Gillispie, in *Gillispie v. Miami Twp., et al.,* No. 3:13-cv-416 (S.D. Ohio), in November 2022.

3. I have reviewed the attached billing records for my time spent in this matter on the curfew class action claims. They are a fair and accurate depiction of the time I spent working on that part of this case and are reasonable in terms of the time spent on each task.

4. My proposed hourly rate for work on these claims is $595. This is the same rate this Court awarded to Elizabeth Wang, and is well below rates charged by attorneys of like experience and skill practicing in this area, and is below the rate I would seek if, as in *Gillispie*, the matter proceeded to trial where I was lead counsel.

1

EXHIBIT 5

I declare under penalty of perjury that the foregoing is true and correct.

_____
David B. Owens

Dated: October 9, 2023

2

| Timesheet of David B. Owens (Curfew Arrest Class only) | | |
| --- | --- | --- |
| Date | Description of Task | Hours |
| 1/18/2023 | reviewing email from EW re: trial prep tasks for Curfew Class Action | 0.25 |
| 1/31/2023 | Reading documents/background materials re trial | 0.50 |
| 2/14/2023 | Reading documents/background materials re trial; discussion with EW about trial strategy | 0.75 |
| 2/15/2023 | meeting with EW and email correspondence with others re trial strategy | 0.25 |
| 2/20/2023 | reading and revising EW's response to Denver's 2/17 letter re: settlement | 0.50 |
| 2/22/2023 | Research and investigation re class damages | 0.50 |
| 2/23/2023 | editing EW's response to Denver's 2/22 letter re: settlement | 0.50 |
| 2/24/2023 | Research and meeting with EW and WH re damages, caselaw on damages, and trial strategy | 0.75 |
| 3/1/2023 | Research and email conferral with EW and WH about damages strategy | 0.25 |
| 3/6/2023 | meeting with EW and WH re: damages determinations for trial | 0.75 |
| 3/8/2023 | conferring with EW about jury instructions and verdict form, drafting verdict , editing jury instructions | 2.00 |
| 3/23/2023 | Drafting/editing mediation materials | 0.75 |
| 3/28/2023 | Review of Defendants's jury instructions, late witness disclosures, other trial materials, conferral with EW about response | 1.00 |
| 3/30/2023 | meeting with EW to prep for mediation | 2.00 |
| 3/30/2023 | mediation with Mix; preparation for mediation | 6.50 |
| 3/31/2023 | Strategy conferral with EW re settlment enforcement and trial date | 0.25 |
| 4/6/2023 | Discussion and review of motion re settlment and trial dates | 0.25 |
| 4/7/2023 | reviewing email from Mix re: settlement | 0.25 |
| 4/8/2023 | research, drafting, and internal conferral re jury instructions | 0.50 |
| 4/9/2023 | Trial preparation and strategy with EW, WH, and other Loevy attorneys | 0.50 |
| 4/10/2023 | Editing/drafting trial brief, strategy with EW, WH, editing jury instructions | 1.25 |
| 4/10/2023 | emailing and t/c with Mix re: settlement; emailing w/ EW re: same | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 4/10/2023 | review of materials in advance of call with opposing counsel re trial | 0.50 |
| 4/11/2023 | t/c with mediator Mix re: settlement | 0.25 |
| 4/11/2023 | t/c with EW to strategize about settlement | 0.25 |
| 4/12/2023 | emailing and t/c with Mix re: settlement | 0.25 |
| 4/13/2023 | emailing with Mix re: settlement | 0.50 |
| 4/28/2023 | reviewing KCC proposal; emailing EW | 0.25 |
| 5/12/2023 | Drafting settlement agreement | 0.25 |
| 5/15/2023 | Drafting settlement agreement and correspondence about the same with opposing counsel | 0.50 |
| 7/7/2023 | t/c with EW to confer about dispute over released claims and strategy re: settlement | 1.00 |
| 7/11/2023 | t/c with EW to confer about dispute over released claims and strategy and possible revisions to settlement agreement; drafting email to Ringel | 1.25 |
| **TOTAL** | | **25.75** |
| | **Rate: $595/hr x  25.75 = $15,321.25** | |