IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF KATIE ROCHE

Pursuant to 28 U.S.C. § 1746, I, Katie Roche, declare as follows:

1. I am currently an attorney at Fish & Richardson in Boston.

2. In 2021, I worked on the above-captioned case as an attorney at Loevy & Loevy. My qualifications and experience are detailed in the declaration submitted at Dkt. 380-7.

3. I have reviewed the attached billing records for my time spent in this matter on the curfew class action claims. They are a fair and accurate depiction of the time I spent working that part of this case and are reasonable in terms of the time spent on each task.

4. My current hourly rate is $485/hour.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2023.

*/s/ Katie Roche*

_____
Katie Roche

EXHIBIT 6

**Timesheet of Katie Roche (Curfew Arrest Class only)**

| Date | Task | Time |
|---|---|---|
| 4/12/2021 | reviewing affidavits; correspond w/ team re affidavit | 0.75 |
| 4/13/2021 | reviewing arrest records, identifying arrest class | 4.50 |
| 4/15/2021 | reviewing arrest records, identifying arrest class; corr w/ LW re PC statements | 1.75 |
| 4/16/2021 | corr w/ LW; organizing, separating summons and complaints and identifying missing PC statements | 3.50 |
| 4/17/2021 | corr w/ LW; organizing, separating summons and complaints and identifying missing PC statements | 1.50 |
| 4/18/2021 | organizing, separating summons and complaints and identifying missing PC statements | 1.50 |
| 4/19/2021 | organizing, separating summons and complaints and identifying missing PC statements | 5.25 |
| 7/9/2021 | call w EW re class cert; review re arrest class | 2.00 |
| **TOTAL** | | **20.75** |

**Rate: $485/hr x 20.75 = $10,063.75**