IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF WALLACE HILKE

Pursuant to 28 U.S.C. § 1746, I, Wallace Hilke, declare as follows:

1. I am a civil rights lawyer who has been practicing law for approximately five years. Since January 2022, I have been an attorney at Loevy & Loevy, one of the largest civil rights law firms in the country, with its main office in Chicago.

2. I joined the trial team for the curfew class action matter captioned *Epps, et al. v. City and County of Denver, et. al.*, Nos. 1:20-cv-01878-RBJ & 1:20-cv-01922-RBJ-MEH (consolidated) in September 2022. As reflected in my timesheet, my work involved all aspects of trial preparation, including drafting jury instructions, conducting legal research on liability and claims, preparing arguments and evidence regarding damages, drafting the trial memorandum, and preparing class members to testify.

3. My practice primarily focuses on complex wrongful conviction cases involving Fourteenth Amendment and Fifth Amendment violations by police officers (and sometimes prosecutors). I have also litigated excessive force cases and criminal postconviction matters. Many of my clients are (or were at the time of the events) vulnerable individuals including juveniles and

EXHIBIT 7

people experiencing mental illness. In these cases, I have handled all aspects of discovery and motion practice.

## Background and Education

4. I graduated from Yale Law School in 2018. I was admitted to the bar of the State of Illinois in November 2018. I have been an attorney in good standing and licensed to practice law since my original date of admission to the Illinois bar in 2018. I am admitted to the United States District Courts of the Northern District of Illinois, Central District of Illinois, and District of Colorado.

5. During law school, I represented criminal defendants as a member of the Criminal Justice Clinic at the Jerome N. Frank Legal Services Organization. I was awarded the Benjamin Scharps Prize for best overall paper by a third-year student for my paper *The Truth Limps After: Sentence Enhancements and the Punishment Paradigm*, which was published in the University of Pennsylvania Journal of Law and Social Change.

6. I was awarded a competitive project-based fellowship by Justice Catalyst, which funded my post-graduation work as a Justice Catalyst Fellow at Beyond Legal Aid from 2018 to 2020. As a Catalyst Fellow, I litigated on behalf of clients in state and federal court, including a complex federal deportation defense case, federal and state freedom of information litigation, and state-court litigation that included evidentiary hearings and expert witness preparation and presentations.

7. From 2020 to 2021, I served as a judicial law clerk to the Honorable Andrea R. Wood of the United States District Court for the Northern District of Illinois.

### Experience in Civil Rights Cases

8. Since joining Loevy and Loevy in January 2021, my work has involved all aspects of pre-trial litigation, including drafting complaints, conducting discovery, defending and taking fact and expert witness depositions, working with experts, briefing summary judgment, and preparing and filing pre-trial motions. I have served as lead litigation counsel in multiple § 1983 matters. In one such case, *Clark v. Koziol*, et al., No. 21-cv-03880 (N.D. Ill.), I secured a $300,000 settlement for a client who alleged excessive force against a prison guard. The case presented multiple challenges, including that the government defendants contested whether they had any obligation to indemnify the guard who had struck the plaintiff. I have also successfully advocated for clients to receive postconviction relief, including vacating a client's conviction for aggravated unlawful use of a weapon (a possession offense) in *Illinois v. Wilkins*, 14 CR 1570301 (2022) (unpublished order).

9. I also joined the trial team in *Hood v. City of Chicago* et al., No. 16-cv-1970 (N.D. Ill.), a case involving two wrongfully convicted men who were imprisoned for 36 years combined before they were exonerated. In that complex case, involving more than 50 pretrial motions in limine, I briefed motions *in limine*, prepared other pretrial briefing, and was responsible for arguing some motions *in limine* at the pretrial conference. That matter was recently settled for a total of $25 million for the two plaintiffs.

### Hourly Rate and Time Spent

10. The hourly rate I am seeking for work performed in this case is $375 per hour. The requested rate is commensurate with rates charged by attorneys of like experience and skill practicing in this field and is lower than the rates provided in the Fitzpatrick Matrix for fee shifting cases in the District of Columbia, for attorneys with 5 years' experience ($553 per hour).

11.     I have reviewed the attached billing records for my time spent in this matter. They are a fair and accurate depiction of the time I spent working on this case and are reasonable in terms of the time spent on each task.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 4, 2023
/s/ Wallace Hilke
Wallace Hilke

| Timesheet of Wallace Hilke (Curfew Arrest Class Only) | | |
| --- | --- | --- |
| Date | Task | Time |
| 9/2/2022 | 1.25 Review case with Liz and next steps | 1.25 |
| 9/18/2022 | 1.0 Review SJ opinion and draft jury instructions in support of 1A jury instruction research question | 1.00 |
| 9/19/2022 | 6.0 Research in support of revised jury instructions and First Amendment claim | 6.00 |
| 9/20/2022 | 0.75 Research in support of revised jury instructions and First Amendment claim<br>0.25 Research and email to Liz re our claims | 1.00 |
| 9/21/2022 | 0.25 Correspondence on 1A jury instructions with Liz | 0.25 |
| 10/24/2022 | 1.0 Review individual trial transcripts in preparation for April trial | 1.00 |
| 2/24/2023 | 2.5 research on class damages | 2.50 |
| 3/6/2023 | 2.50 Research on class damages and theories of liability<br>0.75 Call with Liz and David | 3.25 |
| 3/10/2023 | 0.25 Review draft jury instructionss | 0.25 |
| 3/16/2023 | 0.5 Trial memo<br>2.0 Review class interview summaries and send thoughts to Liz | 2.50 |
| 3/17/2023 | 1.25 call with Liz, Scott, Bethan RE witness calls<br>1.5 meeting with witness + call with Liz | 2.75 |
| 3/18/2023 | 0.5 Call with class member | 0.50 |
| 3/20/2023 | 2.0 Research and review case materials in support of trial memo | 2.00 |
| 3/29/2023 | 1.0 Pretrial memo<br>1.0 meet with Liz and Mike RE pretrial memo and case strategy | 2.00 |
| 4/7/2023 | 0.5 Call with Liz RE trial<br>1.0 Draft trial brief | 1.50 |
| 4/8/2023 | 3.5 Research in support of trial brief | 3.50 |
| 4/9/2023 | 4.75 Research in support of trial plan and trial brief; liability issues | 4.75 |
| 4/10/2023 | 1.0 Draft and circulate trial memo<br>2.0 Prep for class member (ER) exam | 3.00 |

| | | |
|---|---|---:|
| 4/11/2023 | 0.75 Meet and confer session<br>0.75 revise trial brief<br>0.25 research caselaw re MILs | 1.75 |
| 4/12/2023 | 0.5 Draft trial brief response | 0.50 |
| 4/13/2023 | 1.5 Draft trial brief<br>1.5 prepping direct exam of class member (ER) | 3.00 |
| | | |
| **TOTAL** | | **44.25** |
| | | |
| | **Rate: $375/hr x 44.25 = $16,593.75** | |