IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## DECLARATION OF BRIAN SWIFT

Pursuant to 28 U.S.C. § 1746, I, Brian Swift, declare as follows:

1. From 2013-2022, I was a paralegal at Loevy & Loevy. My qualifications and experience are detailed in the declaration I submitted at Dkt. 380-9.

2. I have reviewed the attached billing records for my time spent in this matter on the curfew class action claims. They are a fair and accurate depiction of the time I spent working on that part of this case and are reasonable in terms of the time spent on each task.

I declare under penalty of perjury that the foregoing is true and accurate.

FURTHER DECLARANT SAYETH NOT

*/s/ Brian Swift*
Brian Swift

Dated: October 4, 2023

EXHIBIT 8

1

**Timesheet of Brian Swift (Curfew Arrest Class only)**

| Date | Description of Task | Hours |
|---|---|---|
| 7/31/2020 | search and save criminal case summaries and draft a list of dismissed cases of curfew arrestees | 3.00 |
| 8/4/2020 | draft list of dismissed cases to create list of curfew arrestees | 3.00 |
| 8/5/2020 | draft list of dismissed cases to create list of curfew arrestees | 2.25 |
| 9/1/2020 | review class member FL's case files for any names or phone #s of potential unnamed class members | 1.00 |
| 10/28/2020 | locate DoBs of arrest class members from Court Docket, update spreadsheet | 2.25 |
| 10/29/2020 | locate DoBs of arrest class members from Court Docket, update spreadsheet | 1.75 |
| 10/30/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 1.00 |
| 11/3/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 1.50 |
| 11/4/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 2.00 |
| 11/5/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 4.00 |
| 11/6/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 2.75 |
| 11/10/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 2.00 |
| 11/11/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 4.00 |
| 11/12/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 4.25 |
| 11/13/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 3.00 |
| 11/16/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 1.50 |
| 11/17/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 2.00 |
| 12/1/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 0.50 |

| Date | Description | Hours |
|---|---|---|
| 12/2/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 2.25 |
| 12/7/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 0.50 |
| 12/8/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 0.25 |
| 12/9/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 2.75 |
| 12/10/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 3.25 |
| 12/11/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 3.00 |
| 12/14/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 3.00 |
| 12/15/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 1.75 |
| 12/16/2020 | research to locate addresses/phone numbers/contact info for Arrest Class Members | 1.25 |
| 4/23/2021 | prepare exhibits for upcoming filing for class certification | 6.00 |
| 4/24/2021 | prepare exhibits for upcoming filing for class certification | 4.00 |
| 4/25/2021 | prepare exhibits for upcoming filing for class certification | 2.50 |
| 4/26/2021 | prepare exhibits for upcoming filing for class certification | 10.00 |
| 7/26/2021 | locate addresses of class members for Notice of Class Certification | 6.00 |
| 7/27/2021 | locate addresses of class members for Notice of Class Certification | 8.00 |
| 7/28/2021 | locate addresses of class members for Notice of Class Certification | 5.00 |
| 7/29/2021 | locate addresses of class members for Notice of Class Certification | 6.00 |
| 7/30/2021 | prepare envelopes for mailing to class members | 6.00 |
| 7/31/2021 | prepare envelopes for mailing to class members | 2.50 |
| 8/10/2021 | locate addresses for class members in response to receiving letters stamped return to sender | 4.00 |
| 8/11/2021 | locate addresses for class members in response to receiving letters stamped return to sender | 4.50 |

| Date | Description | Hours |
|---|---|---|
| 8/18/2021 | locate addresses for class members in response to receiving letters stamped return to sender | 2.00 |
| 11/3/2021 | review class members' arrest records and determine the time each spent in custody | 1.75 |
| 11/4/2021 | review class members' arrest records and determine the time each spent in custody | 3.50 |
| 11/5/2021 | review class members' arrest records and determine the time each spent in custody | 0.75 |
| 11/8/2021 | review class members' arrest records and determine the time each spent in custody | 1.75 |
| 11/9/2021 | review class members' arrest records and determine the time each spent in custody | 1.25 |
| 11/10/2021 | review class members' arrest records and determine the time each spent in custody | 2.25 |
| 11/11/2021 | review class members' arrest records and determine the time each spent in custody | 2.00 |
| 11/12/2021 | review class members' arrest records and determine the time each spent in custody | 0.75 |
| 11/15/2021 | review class members' arrest records and determine the time each spent in custody | 3.00 |
| 11/16/2021 | add number of class members held in custody for duration as indicated in attorney notes | 0.50 |
| 4/10/2023 | reviewing instructions emailed from attorney EW re: pulling summons and PC affidavits for arrest class members and discuss assignment further during telephone meeting with attorney | 0.25 |
| 4/10/2023 | pull summons and PC affidavits for arrest class members for trial exhibits | 5.00 |
| 4/11/2023 | pull summons and PC affidavits for arrest class members for trial exhibits | 4.50 |
| 4/12/2023 | pull summons and PC affidavits for arrest class members for trial exhibits | 3.25 |
| 4/13/2023 | draft email with updates re: trial exhibit assignment | 0.25 |
| **TOTAL** | | **157.00** |

**Rate: $175/hr x 157 = $27,475.00**