**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

---

## DECLARATION OF SCOTT LOY

---

Pursuant to 28 U.S.C. § 1746, I, Scott Loy, declare as follows:

1.      I am a Paralegal and Investigator with Loevy & Loevy.

2.      I earned my Bachelor of Science in Criminology and Criminal Justice from Metropolitan State University of Denver in 2017.

3.      I have been a Paralegal and Investigator at Loevy & Loevy since August 2022. I was formerly a Criminal Defense Investigator for the State of Colorado. I am supporting attorneys in all critical areas of civil rights litigation, including but not limited to supporting attorneys in all aspects of litigation trial preparation, drafting, editing, cite-checking, proofreading briefs, correspondence with counsel and clients, pleadings, discovery production, and review, deposition preparation and scheduling, and all related administrative tasks. This case involved an extensive amount of discovery organization and review, including the downloading and maintenance of an ongoing internal database for organizing, and reviewing hundreds of Police Body Worn Camera (BWC) footage received from several agencies, HALO and traffic surveillance footage, including AIRONE helicopter footage, radio, and police communications,

1

EXHIBIT 9

arrest records and jail records of all class members, including corresponding and communicating with clients and using investigative databases in obtaining the information of each individual in the class action and directly contacting and speaking with class members to ensure contact information was updated, and performing interviews and reports from clients and other eyewitnesses related to the events involved in the case, assisting attorney Elizabeth Wang in gathering and preparing any materials as requested from the video and documents and interviews assessed to support the litigation and trial strategy.

4.      I created, maintained, and reviewed the timesheet filed with this declaration containing my hours in this case and attest that it is accurate. My timesheet excludes unnecessary or unreasonable entries in an effort to cut down hours that were not spent directly on the case itself. These omitted entries surround status meetings and updates with attorney Elizabeth Wang, emailing or speaking with the Defendants' paralegals and visiting their office or having to travel to any location, or time spent to acquire required office supplies needed to accomplish the tasks of this case.

5.      The rate I am seeking for work performed in this case is $175 per hour. This is supported by my experience and is the same rate that the Court granted to other Loevy & Loevy paralegals for work in this case. *See* Dkt. 445.

I declare under penalty of perjury that the preceding is true and accurate.

FURTHER DECLARANT SAYETH NOT

Dated: October 10, 2023

Scott Loy

| Timesheet of Scott Loy (Curfew Arrest Class only) | | |
|---|---|---|
| **Date** | **Description of Task** | **Hours** |
| 9/15/2022 | Called class member to speak about updates regarding Class Action Case & updated information/spreadsheet; conferring with Liz about discussion | 1.00 |
| 1/11/2023 | Protest Arrest/Release Data Input & review | 9.75 |
| 1/12/2023 | Protest Arrest/Release Data Input & review | 2.25 |
| 1/13/2023 | Protest Arrest/Release Data Input & review | 10.75 |
| 1/19/2023 | Protest Arrest/Release Data Input & review | 0.75 |
| 1/27/2023 | Called class member re: status of case. Continue to update spreadsheets for future calls in OneNote | 1.50 |
| 1/30/2023 | Call with class member re: status of case | 0.50 |
| 2/7/2023 | Database research to update contact Information of class members, calling and interviewing class members re: trial | 3.75 |
| 2/14/2023 | Database research to update contact Information of class members, calling and interviewing class members re: trial | 3.00 |
| 2/15/2023 | Database research to update contact Information of class members, calling and interviewing class members re: trial | 6.00 |
| 2/16/2023 | Database research to update contact Information of class members, calling and interviewing class members re: trial | 4.25 |
| 2/17/2023 | Database research to update contact Information of class members, calling and interviewing class members re: trial | 4.50 |
| 2/20/2023 | Researching all class member information and updating addresses and phone numbers to contact class members | 3.00 |
| 2/20/2023 | Researching all class member information and updating addresses and phone numbers to contact class members | 5.75 |
| 2/21/2023 | Researching all class member information and updating addresses and phone numbers to contact class members | 3.00 |
| 2/22/2023 | Researching all class member information and updating addresses and phone numbers to contact class members | 4.75 |
| 2/23/2023 | Calling and interviewing class members re: potential trial testimony | 1.25 |
| 2/23/2023 | Meeting with Liz regarding updates & tasks for trial | 0.75 |
| 2/24/2023 | Calling and interviewing class members re: potential trial testimony | 1.75 |
| 2/24/2023 | Calling and interviewing class members re: potential trial testimony | 1.00 |
| 2/27/2023 | Calling and interviewing class members re: potential trial testimony | 2.00 |
| 3/3/2023 | Calling and interviewing class members re: potential trial testimony | 3.00 |
| 3/6/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 3.50 |
| 3/7/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 3.50 |

| | | |
|---|---|---|
| 3/8/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 2.00 |
| 3/8/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 3.00 |
| 3/9/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz: trial | 1.25 |
| 3/9/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 3.00 |
| 3/10/2023 | Calling and interviewing class members re: potential trial testimony | 3.00 |
| 3/14/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 0.75 |
| 3/14/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 3.75 |
| 3/15/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 2.00 |
| 3/15/2023 | Calling and interviewing class members re: potential trial testimony; conferring w/ Liz re: trial | 4.75 |
| 3/16/2023 | Calling and interviewing class members re: potential trial testimony | 2.50 |
| 3/20/2023 | Research re: potential class member trial witnesses | 3.00 |
| 3/20/2023 | Research re: potential class member trial witnesses | 2.50 |
| 4/10/2023 | Calling and interviewing class members re: potential trial testimony | 2.75 |
| 4/10/2023 | Pulling exhibits, gathering, organizing, Plaintiffs' Trial Exhibit List | 4.00 |
| 4/10/2023 | Phone Status with Liz and Bethan re: Trial Preparation; t/c with class members re: trial testimony | 1.00 |
| 4/11/2023 | Pulling exhibits, gathering, organizing, Plaintiffs' Trial Exhibit List | 4.25 |
| 4/12/2023 | Pulling exhibits, gathering, organizing, Plaintiffs' Trial Exhibit List | 5.00 |
| 4/13/2023 | Creating and drafting trial subpoenas for witnesses Thomas, Porter and Archer, sending to opposing counsel | 1.00 |
| 4/13/2023 | Pulling exhibits, gathering, organizing, Plaintiffs' Trial Exhibit List | 6.25 |
| 6/12/2023 | Reviewing and updating Arrest Class times in custody and dates review, for settlement | 3.00 |
| 6/13/2023 | Reviewing and updating Arrest Class times in custody and dates review, for settlement | 3.50 |
| 6/14/2023 | Reviewing and updating Arrest Class times in custody and dates review, for settlement | 5.00 |
| 6/23/2023 | Call with class member re: status of case & updating Liz via email | 0.75 |
| 6/29/2023 | Curfew Class Action Spreadsheet updating times in custody formulas and accuracy, for settlement | 2.75 |
| 7/5/2023 | Call with class member re: settlement & corresponding update via email | 0.25 |
| 7/24/2023 | Call with class member re: settlement & corresponding update via email | 0.25 |
| 8/14/2023 | Call with class member re: settlement & corresponding update via email | 0.25 |

| | | |
|---|---|---|
| 8/25/2023 | Verifiying class member database addresses are current for settlement notice & speaking to class members via phone to confirm address and contact information | 2.25 |
| 8/29/2023 | Verifiying class member database addresses are current for settlement notice & speaking to class members via phone to confirm address and contact information | 5.75 |
| 8/30/2023 | Verifiying class member database addresses are current for settlement notice & speaking to class members via phone to confirm address and contact information | 8.25 |
| 8/31/2023 | Verifiying class member database addresses are current for settlement notice & speaking to class members via phone to confirm address and contact information | 5.25 |
| 9/5/2023 | Verifiying class member database addresses are current for settlement notice | 2.50 |
| 9/6/2023 | Calling class members to confirm contact information for settlement notice | 3.25 |
| 9/7/2023 | Verifiying class member database addresses are current for settlement & speaking to class members via phone to confirm address and contact information | 4.00 |
| 9/22/2023 | Set up email address account to correspond w. class members | 0.25 |
| 9/25/2023 | Email correspondence with class member re: settlement updates; drafting declaration for fee petition; assisting with fee | 1.25 |
| 9/27/2023 | Call and emailed class member regarding settlement, regarding settlement information and updated contact information | 0.25 |
| 9/29/2023 | Call with class member to answer questions about settlement | 0.25 |
| 9/29/2023 | Call w. class member to answer questions about settlement and notice he received in the mail; Emailed class members who | 2.50 |
| 10/2/2023 | Call w. class member to answer questions about settlement and notice he received in the mail; Emailed class members who contacted us via email | 2.25 |
| 10/3/2023 | Call w. potential class member re: class member eligibility, interview re: custody info, conferring w. Liz re: class member eligibility & emailed class members who contacted us via email | 2.50 |
| 10/4/2023 | Calls and email correspondence w. class members | 1.25 |
| 10/5/2023 | Email correspondence with class member re: settlement updates and call with class members | 2.75 |
| 10/6/2023 | Calls and email correspondence w. class members | 2.00 |
| 10/10/2023 | Updating and revising timesheet for fee petition; assisting with exhibits for fee petition | 1.25 |
| | | |
| **TOTAL** | | **200.50** |
| | | |
| | **Rate: $175/hr x 200.50 = $35,087.50** | |