IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## DECLARATION OF BETHAN GEE

Pursuant to 28 U.S.C. § 1746, I, Bethan Gee, declare as follows:

1. I earned my B.A. in Criminal Justice from the University of Colorado Denver in 2018.

2. I have been employed as a paralegal since October 2019.

3. I began working as a paralegal full-time at Loevy & Loevy in October 2022. I support attorneys in all critical areas of civil rights litigation, including: trial preparation; researching case law; editing, cite-checking, and proofreading briefs; drafting correspondence, pleadings, and discovery; investigating cases; and all related administrative tasks.

4. In this case, I spent a significant amount of time calling and interviewing class members, performing research into potential witnesses, reviewing class member arrest records, recording interview notes in Excel for attorney review, and attending meetings with Elizabeth Wang.

5. I have reviewed the timesheet being filed contemporaneously with this declaration containing my hours in this case and attest that it is accurate. I made a good faith effort to

1

EXHIBIT 10

exclude hours that were excessive, redundant or otherwise unnecessary.

6. The rate I am seeking for work performed in this case is $175 per hour. This is the same rate this Court previously awarded to another Loevy & Loevy paralegal for work in this case. *See* Dkt. 445.

I declare under penalty of perjury that the foregoing is true and accurate.


FURTHER DECLARANT SAYETH NOT


*[signature]*
Bethan Gee

Dated: October 5, 2023

**Timesheet of Bethan Gee (Curfew Arrest Class Only)**

| Date | Task | Hours |
|---|---|---|
| 3/13/2023 | Reviewed emails and spreadsheet | 0.25 |
| 3/14/2023 | Calls to class members | 6.00 |
| 3/15/2023 | Calls to class members; updated Excel spreadsheet | 6.00 |
| 3/16/2023 | Calls to class members; updated Excel spreadsheet | 3.00 |
| 3/17/2023 | Team meeting with EW, WH, SL; emails; prep for meeting | 1.25 |
| 3/18/2023 | Research to assist in determing which class members to call as witnesses | 2.00 |
| 3/20/2023 | Research to assist in determing which class members to call as witnesses | 2.00 |
| 4/7/2023 | Call with SL and LW re: trial prep | 0.50 |
| 4/8/2023 | Calls to class members; updated Excel spreadsheet | 3.00 |
| 4/10/2023 | Calls to class members; updated Excel spreadsheet | 3.00 |
| **TOTAL** | | **26.75** |

**Rate = $175/hr x 26.75 = $4,681.25**