IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

Civil Action:  20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ)
Date: November 20, 2023
Courtroom Deputy:   Meghan Smotts              Court Reporter:  Kevin Carlin
Interpreter:                 N/A                              Probation: N/A

| *Parties* | *Counsel* |
|---|---|
| ELISABETH EPPS, et al., | *Elizabeth Wang* |
| Plaintiffs, | |
| v. | |
| CITY AND COUNTY OF DENVER, et al., | *Andrew Ringel* |
| Defendants. | |

## COURTROOM MINUTES

**MOTIONS HEARING**

Court in Session:  9:30 a.m.

Appearance of counsel.

The hearing is being held via VTC with consent of the parties.

Remarks by the Court. For the reasons stated on the record, it is

**ORDERED:**   **[497]** Motion for Attorney Fees by Class Plaintiffs is GRANTED and awards fees in the amount of $1,573,333.33 to plaintiffs' counsel to be deducted from the settlement amount before the distributions are made.

**[498]** Motion for Order to Grant Final Approval to Class Action Settlement is GRANTED.

Court in Recess:  9:45 a.m.          Hearing concluded.          Total time in Court:    00:15