IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## PLAINTIFFS' MOTION TO SET TRIAL DATE

Plaintiffs Johnathen Duran and Zachary Packard, through their attorneys, hereby respectfully file this motion to set trial date.

### Certificate of Conferral

Plaintiffs have conferred with the Aurora Defendants and they oppose the motion to set a trial date (even though a trial date had been set in this case before their interlocutory appeal).

### Discussion

1. On January 22, 2024, the Tenth Circuit Court of Appeals denied the Aurora Defendants' petition for rehearing and rehearing *en banc*.

2. On January 30, 2024, the mandate issued. Ex. 1 (copy of mandate).

3. This case is ready for trial. It is time that this case finally be brought to a complete and final resolution. Plaintiffs request that this Court set a trial date as soon as practicable. Plaintiffs are available for trial on the following dates: March 25-June 7, June 17-28, September 30-December 20, 2024. The parties have already sent the Court the proposed jury instructions and

verdict form, which was done on May 25, 2023, in preparation for the originally-set trial date in June 2023.

Respectfully submitted,

s/ Elizabeth Wang

| | |
|---|---|
| Elizabeth Wang | Jordan Poole |
| Loevy & Loevy | Loevy & Loevy |
| 2060 Broadway, Ste. 460 | 311 N. Aberdeen St., 3rd Fl. |
| Boulder, CO 80302 | Chicago, IL 60607 |
| O: 720.328.5642 | O: 312.243.5900 |
| elizabethw@loevy.com | poole@loevy.com |
| *Counsel for Plaintiff Duran* | |

s/ Brian Williams

Brian Williams
Arnold & Porter Kye Scholer LLP
1144 Fifteenth St., Ste. 3100
Denver, CO 80202
O: (303) 863-1000
Brian.williams@arnoldporter.com
*Counsel for Plaintiff Packard*

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on January 30, 2024, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Counsel for Plaintiff Duran

2