UNITED STATES COURT OF APPEALS FOR THE TENTH CIRCUIT
Byron White United States Courthouse
1823 Stout Street
Denver, Colorado 80257
(303) 844-3157
Clerk@ca10.uscourts.gov

| Christopher M. Wolpert | | Jane K. Castro |
|---|---|---|
| Clerk of Court | | Chief Deputy Clerk |

January 30, 2024

Mr. Jeffrey P. Colwell
United States District Court for the District of Colorado
Office of the Clerk
Alfred A. Arraj U.S. Courthouse
901 19th Street
Denver, CO 80294-3589

**RE:**   22-1365, Duran, et al v. Budaj, et al
Dist/Ag docket: 1:20-CV-01878-RBJ

Dear Clerk:

Pursuant to Federal Rule of Appellate Procedure 41, the Tenth Circuit's mandate in the above-referenced appeal issued today. The court's November 14, 2023 judgment takes effect this date. With the issuance of this letter, jurisdiction is transferred back to the lower court/agency.

Please contact this office if you have questions.

Sincerely,

Christopher M. Wolpert
Clerk of Court

cc:   Robert Reeves Anderson
      Edwin Packard Aro
      Hollie Birkholz
      Matthew Douglas
      David M. Goddard
      Katherine Hoffman
      Heidi J. Hugdahl
      Christopher Michael Jackson

    Michael Turner Lowe
    Timothy Macdonald
    Andreas E. Moffett
    Peter Ruben Morales
    Sara R. Neel
    Colin M. O'Brien
    Andrew David Ringel
    Adrianne k. Rosenbluth
    Mark Silverstein
    Daniel Twetten
    Elizabeth Wang
    Robert Alan Weiner
    Brian M Williams

CMW/jjh