IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## STIPULATION OF DISMISSAL WITH PREJUDICE PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiff Zachary Packard and Defendants David McNamee, Patricio Serrant, and Matthew Brukbacher hereby file this Stipulation of Dismissal With Prejudice of Plaintiff Packard's claims against Defendants Mr. McNamee, Mr. Serrant, and Mr. Brukbacher pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs.

Dated: April 1, 2024

By: /s/ *Matthew Douglas*
    Matthew Douglas
    ARNOLD & PORTER KAYE
    SCHOLER LLP
    1144 Fifteenth Street, Suite 3100
    Denver, Colorado 80202
    Telephone: (303) 863-1000
    matthew.douglas@arnoldporter.com

    *Attorneys for Plaintiff Zachary Packard*

Respectfully submitted,

By: /s/ *Peter Ruben Morales*
    Peter Ruben Morales
    Office of the City Attorney
    Aurora Municipal Center, Suite 5300
    15151 East Alameda Parkway
    Aurora, CO 80012
    Telephone: (303) 739-7030
    pmorales@auroragov.org

    *Attorneys for Defendant City of Aurora*

By: /s/ *David M. Goddard*
    David M. Goddard
    Bruno, Colin, Goddard & Lowe, P.C.
    1120 Lincoln Street, Suite 1606

Denver, Colorado 80203
Telephone: (303) 831-1099
dgoddard@brunolawyers.com

*Attorneys for Defendants*
*Serrant, McNamee, and Brukbacher*

## Certificate of Service

      I, Matthew Douglas, certify that on April 1, 2024, I served via CM/ECF the foregoing document on counsel of record for all parties.

                                            /s/ *Matthew Douglas*
                                            Counsel for Plaintiff Zachary Packard

3