IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ
(consolidated with 20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

### JOINT MOTION FOR REFERRAL FOR SETTLEMENT CONFERENCE WITH A UNITED STATES MAGISTRATE JUDGE

    Plaintiff Johnathen Duran and Defendants City of Aurora and Cory Budaj, through their respective counsel, and pursuant to D.C.Colo.LCiv.R. 16.6, hereby respectfully submit this Joint Motion for Referral for Settlement Conference with a United States Magistrate Judge, as follows:

    1.    The only remaining claims in this case that have not either been settled or tried to verdict are the claims of Plaintiff Johnathen Duran against Defendants City of Aurora and Cory Budaj ("Aurora Defendants").

    2.    This matter is set for a Final Pretrial Conference on October 7, 2024, and a five-day jury trial to commence on October 21, 2024. Counsel for Plaintiff Duran and the Aurora Defendants have conferred and concluded that it would be productive for the parties to engage in a Settlement Conference with a Magistrate Judge to assist the parties in discussing settlement.

    3.    No Magistrate Judge appears to have been assigned to Civil Action No. 20-cv-01878-RBJ. United States Magistrate Judge Michael E. Hegarty is assigned to Civil Action No.

20-cv-1922-RBJ-MEH, *Fitouri, et al. v. City and County of Denver*, of which Plaintiff Duran is a part.

4.      Accordingly, Plaintiff Duran and the Aurora Defendants jointly request this Court refer this matter to Magistrate Judge Hegarty for a settlement conference. Or, if Magistrate Judge Hegarty is unavailable, the parties would request a settlement conference with Magistrate Judge Maritza Dominguez Braswell. Counsel for the parties would be happy to contact the magistrate judge's chambers via telephone or email to facilitate the scheduling of the Settlement Conference assuming this Joint Motion is granted by this Court.

WHEREFORE, for all the foregoing reasons, Plaintiff Duran and the Aurora Defendants respectfully request this Court issue an Order pursuant to D.C.Colo.LCiv.R. 16.6 referring this matter for a Settlement Conference to United States Magistrate Judge Hegarty or Braswell to be held on a date mutually convenient for all concerned as soon as possible, and for all other and further relief as this Court deems just and appropriate.

Respectfully submitted,

s/ Elizabeth Wang
Elizabeth Wang
Loevy & Loevy
2060 Broadway, Suite 460
Boulder, CO 80302
Tel: (720) 328-5642
Email:  elizabethw@loevy.com
*Counsel for Plaintiff Duran*

        s/ David M. Goddard
David M. Goddard
Michael T. Lowe
Bruno, Colin, Goddard & Lowe, P.C.
1120 Lincoln Street, Suite 1606
Denver, CO  80203
Telephone: (303) 831-1099
dgoddard@brunolawyers.com
*Counsel for Defendant Budaj, in his individual capacity*

s/ Peter Ruben Morales
Peter Ruben Morales
Gillian Fahlsing
Office of the City Attorney
15151 E. Alameda Parkway, Suite 5300
Aurora, CO  80012
Telephone: (303) 739-7030
pmorales@auroragov.org
gfahlsin@auroragov.org
*Counsel for Defendant Budaj, in his official capacity, and the City of Aurora*

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 18, 2024, the foregoing was filed with the Clerk of the Court using the CM/ECF system, which will serve all counsel of record in this matter.

        s/ Elizabeth Wang

3