# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Chief Magistrate Judge Michael E. Hegarty

DATE: June 12, 2024

RE: *Epps et al. v. City and County of Denver et al.*, 20-cv-01878-RBJ

   **X**   A settlement conference was held on this date, and although no settlement has been reached, the Court is continuing to work with the Parties.

_____ A settlement conference was held on this date, and a settlement has been reached as to:

      _____ All claims in this action.

      _____ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____, 2024.

Settlement discussion, preparation and travel time involved: **4 hours**.

_____ A written record was made   **X**   A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

_____ Since the last Minute Entry for Settlement in this case, supplemental settlement discussions or negotiations were held in the above-captioned case, including emails.

Negotiation time involved: ___ hour ___ minutes.