# MINUTE ENTRY FOR SETTLEMENT

TO: Docketing

FROM: Chief Magistrate Judge Michael E. Hegarty

DATE: June 18, 2024

RE: *Epps et al. v. City and County of Denver et al.*, 20-cv-01878-RBJ

    \_\_\_\_ A settlement conference was held on this date, and although no settlement has been reached, the Court is continuing to work with the Parties.

    \_\_\_\_ A settlement conference was held on this date, and a settlement has been reached as to:

        \_\_\_\_ All claims in this action.

        \_\_\_\_ Claims between _____ and _____. These parties shall file a stipulated motion to dismiss on or before _____, 2024.

Settlement discussion, preparation and travel time involved: _____.

\_\_\_\_ A written record was made      \_\_\_\_ A written record was not made

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

  **X**   Since the last Minute Entry for Settlement in this case, supplemental settlement discussions or negotiations were held in the above-captioned case, including emails, and a settlement has been reached as to:

    **X**   All remaining Parties and claims in this action. Plaintiff Jonathan Duran and the Aurora Defendants shall file dismissal papers on or before **August 19, 2024.**

Negotiation time involved: **2** hours **0** minutes.