# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ (consolidated with No. 20-cv-1922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiffs and Defendants, through their attorneys, hereby stipulate to the dismissal with prejudice of Plaintiff Johnathen Duran's claims against Defendant Cory Budaj pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs relating thereto.

Respectfully submitted,

s/ Elizabeth Wang
Elizabeth Wang
Loevy & Loevy
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
*Counsel for Fitouri Plaintiffs*

s/ Andrew D. Ringel
Andrew D. Ringel
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202
O: 303.628.3300
*Counsel for Defendant City and County of Denver*

s/ Peter Ruben Morales
Peter Ruben Morales
Aurora City Attorney's Office
Aurora Municipal Center, Suite 5300
15151 E. Alameda Pkwy.

s/ David Goddard
David Goddard
Michael T. Lowe
Bruno, Colin & Lowe, P.C.
1120 Lincoln St., Ste. 1606

Aurora, CO 80012  
O: 303.739.7030  
*Counsel for Defendant City of Aurora*

Denver, CO 80203  
O: 303.831.1099  
*Counsel for Defendant Cory Budaj*

s/ Matthew Douglas  
Matthew Douglas  
Arnold & Porter Kaye Scholer LLP  
1144 Fifteenth St., Ste. 3100  
Denver, CO 80202  
Tel: (303) 863-1000  
*Counsel for Epps Plaintiffs*

## Certificate of Service

  I, Elizabeth Wang, an attorney, hereby certify that on July 29, 2024, I served via CM/ECF the foregoing document on counsel of record for all parties.

                s/ Elizabeth Wang  
                Counsel for Fitouri Plaintiffs