IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-1878-RBJ (consolidated with No. 20-cv-1922-RBJ-MEH)

ELISABETH EPPS, *et al.,*

Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.,*

Defendants.

## STIPULATION OF DISMISSAL PURSUANT TO RULE 41(a)(1)(A)(ii)

Plaintiffs and Defendants, through their attorneys, hereby stipulate to the dismissal with prejudice of Plaintiff Johnathen Duran's claims against Defendant City of Aurora pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with all parties to bear their own fees and costs relating thereto.

Respectfully submitted,

| | |
|---|---|
| s/ Elizabeth Wang | s/ Andrew D. Ringel |
| Elizabeth Wang | Andrew D. Ringel |
| Loevy & Loevy | Hall & Evans, L.L.C. |
| 2060 Broadway, Ste. 460 | 1001 17th Street, Suite 300 |
| Boulder, CO 80302 | Denver, CO 80202 |
| O: 720.328.5642 | O: 303.628.3300 |
| *Counsel for Fitouri Plaintiffs* | *Counsel for Defendant City and County of Denver* |
| | |
| s/ Peter Ruben Morales | s/ David Goddard |
| Peter Ruben Morales | David Goddard |
| Aurora City Attorney's Office | Michael T. Lowe |
| Aurora Municipal Center, Suite 5300 | Bruno, Colin & Lowe, P.C. |
| 15151 E. Alameda Pkwy. | 1120 Lincoln St., Ste. 1606 |

2

| | |
|---|---|
| Aurora, CO 80012<br>O: 303.739.7030<br>*Counsel for Defendant City of Aurora* | Denver, CO 80203<br>O: 303.831.1099<br>*Counsel for Defendant Cory Budaj* |

s/ Matthew Douglas
Matthew Douglas
Arnold & Porter Kaye Scholer LLP
1144 Fifteenth St., Ste. 3100
Denver, CO 80202
Tel: (303) 863-1000
*Counsel for Epps Plaintiffs*

## Certificate of Service

I, Elizabeth Wang, an attorney, hereby certify that on August 16, 2024, I served via CM/ECF the foregoing document on counsel of record for all parties.

s/ Elizabeth Wang
Counsel for Fitouri Plaintiffs