IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Elisabeth Epps, *et al.*,

                        Plaintiffs,

    v.

City and County of Denver, *et al.*,

                        Defendants.

Civil No. 1:20-cv-1878-RBJ (consol. with 1:20-cv-1922-RBJ-MEH)

## **UNOPPOSED MOTION TO AMEND FINAL JUDGMENT UNDER RULE 58**

### Certificate of Conferral

Plaintiffs have conferred with Defendants, and they have no objection to the proposed amended final judgment attached as Ex. 1 to this motion.

### Discussion

1. Last week, the Court entered final judgment. Dkt. 527.

2. In reviewing the bills of costs, the parties realized that the final judgment needed to be clarified with respect to the amounts of taxable costs awarded under 28 U.S.C. § 1920 and the amount of costs awarded under 42 U.S.C. § 1988.

3. In its order on attorneys' fees and costs at Dkt. 445, the Court discussed both types of costs and awarded a total amount of costs to the *Fitouri* and *Epps* plaintiffs. Dkt. 445 at 27-30.

4. The final judgment awards that same amount of total costs (reflecting the amounts in its opinion at Dkt. 445 at 27-30), but it refers to these as only Section 1988 costs, with the Clerk to tax costs under Section 1920. Dkt. 527 at 4. That is inaccurate because the Court already

determined the proper amount of costs to be taxed under Section 1920 in Dkt. 445 at 27-30, and so the judgment should reflect the amounts of Section 1920 and Section 1988 costs.

5. Thus, the parties submit a proposed amended final judgment which clarifies the costs awarded under Section 1920 and the costs awarded under Section 1988. *See* Ex. 1 at 4.

6. Plaintiffs respectfully request that the Court enter the proposed amended final judgment forthwith.

                                                           Respectfully submitted,

s/ Elizabeth Wang
Elizabeth Wang
LOEVY & LOEVY
2060 Broadway, Ste. 460
Boulder, CO 80302
O: 720.328.5642
elizabethw@loevy.com
*Counsel for the Fitouri Plaintiffs*

s/ Matthew J. Douglas
Robert Reeves Anderson
Matthew J. Douglas
Brian Williams
ARNOLD & PORTER KAYE SCHOLER LLP
1144 Fifteenth Street, Suite 3100
Denver, Colorado 80202
Telephone: (303) 863-1000
*Counsel for the Epps Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, Elizabeth Wang, hereby certify that on August 28, 2024, I served via CM/ECF the foregoing motion on all counsel of record.

                                                           s/ Elizabeth Wang