| | |
|---|---|
| **UNITED STATES COURT OF APPEALS**<br><br>**FOR THE TENTH CIRCUIT**<br>_____ | **FILED**<br>**United States Court of Appeals**<br>**Tenth Circuit**<br><br>**February 4, 2025**<br><br>**Christopher M. Wolpert**<br>**Clerk of Court** |

ZACH PACKARD, et al.,

    Plaintiffs - Appellees,

and

CIDNEY FISK,

    Plaintiff,

v.

CITY AND COUNTY OF DENVER,

    Defendant - Appellant,

and

CORY BUDAJ, et al.,

    Defendants.

No. 24-1367
(D.C. No. 1:20-CV-01878-RBJ)
(D. Colo.)

_____

ELISABETH EPPS,

    Plaintiff - Appellee,

v.

JONATHAN CHRISTIAN,

    Defendant - Appellant,

and

No. 24-1371
(D.C. No. 1:20-CV-01878-RBJ)
(D. Colo.)

CITY AND COUNTY OF DENVER, et al.,

    Defendants.

_____

**ORDER**

_____

This matter is before the court on Appellees' *Unopposed Motion to Correct the Record*, in which Appellees state the Joint Appendix filed by the Appellants does not include the proposed jury instructions. The court construes this motion as a motion to file a supplemental appendix volume. As construed, the motion is provisionally granted subject to reconsideration by the panel of judges who will later be assigned to consider this appeal on the merits.

Within 10 days of the date of this order, Appellees shall prepare and file a supplemental volume to the Joint Appendix consisting of the items attached to the Motion.

Appellees' brief remains due February 21, 2025.

                                            Entered for the Court

                                            CHRISTOPHER M. WOLPERT, Clerk