**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-01878-RBJ-KLM
(consolidated with 1:20-cv-01922-RBJ-MEH)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Jonathan Cooper, as counsel of record for the City and County of Denver and Jonathan Christian ("Defendants"), hereby moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

1. <u>Certificate Pursuant to D.C.COLO.LCivR 7.1:</u> Because this motion is brought pursuant to D.C.COLO.LAttyR 5(b), conferral is not required. *See* D.C.COLO.LCivR 7.1(b)(4).

2. Jonathan Cooper left his employment with the Denver City Attorney's Office Civil Litigation Section his last active date of employment was April 8, 2025. Therefore, good cause exists to allow Mr. Cooper to withdraw in this matter consistent with D.C.COLO.LAttyR 5(b).

3. Ashley Kelliher will continue to represent Defendant in this action as counsel of record.

4.      Given that Defendant has had, and will continue to have, official representation, no parties will be prejudiced by the withdrawal of undersigned counsel and no delay will be caused by the Court's granting of the relief sought herein.

5.      <u>Advisement pursuant to D.C.Colo.LAttyR 5(b)</u>: Defendants are provided with notice of this Motion, which includes this advisement regarding their responsibility to comply with all Court orders and time limitations established by any applicable rules, via service by the CM/ECF system to counsel of record. Ms. Kelliher will continue to comply with this responsibility on Defendant's behalf.

WHEREFORE, having shown good cause, undersigned counsel, Jonathan Cooper, respectfully requests this Court enter an Order permitting his withdrawal as counsel of record for the Defendant in this action.

DATED this 9th day of April 2025.

Respectfully submitted,

By: *s/ Jonathan Cooper*
Ashley M. Kelliher, Assistant City Attorney
Jonathan Cooper, Assistant City Attorney
Denver City Attorney's Office
Civil Litigation Section
201 West Colfax Ave., Dept. 1108
Denver, CO 80202
Telephone: (720) 913-3100
Facsimile: (720) 913-3155
Ashley.kelliher@denvergov.org
Jonathan.cooper@denvergov.org

Andrew D. Ringel
Kate Hoffman
Robert Weiner
Hall & Evans, L.L.C.
1001 17th Street, Suite 300
Denver, CO 80202

Telephone: (303) 628-3453
Facsimile: (303) 628-3368
ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Counsel for the City and County of Denver and the individually named Denver Police Department Officers*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of April 2025, the foregoing **MOTION TO WITHDRAW AS COUNSEL** was filed with the Clerk of the Court using the CM/ECF system, which will serve the following:

Arnold & Porter Kaye Scholer LLP
Colin Michael O'Brien
Edward Packard Aro
Matthew J. Douglas
Patrick Reidy
Andreas Moffett
Mindy Gorin
Diana Sterk
Brian Williams
colin.obrien@arnoldporter.com
ed.aro@arnoldporter.com
matthew.douglas@arnoldporter.com
patrick.reidy@arnoldporter.com
gerardo.mijares-shafai@arnoldporter.com
mindy.gorin@arnoldporter.com
Mindy.sterk@arnoldporter.com
Brian.williams@arnoldporter.com

ACLU of Colorado
Mark Silverstein
Sara R. Neel
Timothy Macdonalds
msilverstein@aclu-co.org
sneel@aclu-co.org
tmacdonald@aclu-co.org


Elizabeth Wang
Makeba Rutahindurwa
Wallace Hilke
Jordan Poole
David B. Owens
Loevy & Loevy
elizabethw@loevy.com
makeba@loevy.com
hilke@loevy.com

poole@loevy.com
david@loevy.com
*Counsel for Plaintiffs*

Office of the Aurora City Attorney
Peter Ruben Morales
Gillian Fahlsing
pmorales@auroragov.org
gfahlsing@auroragov.org
*Counsel for Aurora Defendants*

Bruno, Colin & Lowe, P.C.
David M. Goddard
Michael T. Lowe
Heather D. Kuhlman
dgoddard@brunolawyers.com
mlowe@brunolawyers.com
hkuhlman@brunolawyers.com
*Counsel for Individual Aurora Defendants*

Jefferson County Attorney's Office
Rebecca Klymkowsky
Eric Butler
rklymkow@jeffco.us
ebutler@jeffco.us
*Counsel for Jeffco Defendants*

Andrew D. Ringel
Kate Hoffman
Robert Weiner
Hall and Evans
ringela@hallevans.com
hoffmank@hallevans.com
weinerr@hallevans.com
*Counsel for Denver Defendants*

*s/ Jessie Foreman*
Denver City Attorney's Office