IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 20-cv-01878-RBJ (consolidated with 20-cv-01922-RBJ)

ELISABETH EPPS, *et al.*,

    Plaintiffs,

v.

CITY AND COUNTY OF DENVER, *et al.*,

    Defendants.

## ORDER

    Now before the Court is the Unopposed Motion for Approval of *Cy Pres* Distribution of Remaining Curfew Class Action Settlement Funds [Dkt. 552]. Upon consideration of the motion, the Court grants the motion and approves the distribution of the remainder of the settlement funds to the two *cy pres* recipients designated by the Class Representatives and Class Counsel, Justice for the People (https://justiceforthepeoplecenter.org/) and Colorado Immigrant Rights Coalition (https://coloradoimmigrant.org/).

11/21/2025
Date

R. Brooke Jackson
U.S. District Court Judge