## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:20-cv-01878-RBJ (consolidated)

ELISABETH EPPS, *et al*.,

      Plaintiff,

v.

CITY AND COUNTY OF DENVER, *et al*.,

      Defendants.

---

## MOTION TO WITHDRAW AS COUNSEL

---

Matthew J. Douglas of Arnold & Porter Kaye Scholer, LLP ("Arnold & Porter"), as counsel for Plaintiffs Elisabeth Epps, Ashlee Wedgeworth, Amanda Blasingame, Maya Rothlein, Zach Packard, Hollis Lyman, and Stanford Smith ("Epps Plaintiffs"), moves to withdraw as counsel in this action pursuant to D.C.COLO.LAttyR 5(b). In support of this motion, counsel states as follows:

**Certificate of Conferral Pursuant to Local Civil Rule 7.1**: Because this motion is brought pursuant to D.C.Colo.LAttyR 5(b), conferral is not required. See Local Civil Rule 7.1(b)(4).

1. My Last day as an attorney at Arnold & Porter is April 10, 2026. Therefore, I respectfully submit that good cause exists to allow me to withdraw as counsel in this matter pursuant to D.C.Colo.LAttyR 5(b).

2. Diana Sterk, Mindy Gorin and other attorneys at Arnold & Porter have entered appearances for Plaintiffs in this action as counsel of record.

3.  Given that Plaintiffs will continue to be represented by attorneys at Arnold & Porter, no parties will be prejudiced by the withdrawal of the undersigned.

4.  Advisement pursuant to D.C.Colo.LAttyR 5(b): Epps plaintiffs have been provided notice of this Motion, which includes advisement regarding their responsibility to comply with all court orders and time limitations established by any applicable rules, via service by the CM/ECF system to their counsel of record, who will continue to comply with this responsibility on their behalf.

Dated:  April 10, 2026          Respectfully submitted,

/s/ Matthew J. Douglas
Matthew J. Douglas
ARNOLD & PORTER KAYE SCHOLER
1144 Fifteenth Street, Suite 3100
Denver, CO 80202-1370
Telephone: (303) 863-1000
Facsimile: (303) 863-2301
Matthew.Douglas@arnoldporter.com

Diana Sterk
Mindy Gorin
ARNOLD & PORTER KAYE SCHOLER, LLP
250 West 55th Street
New York, New York 10019-9710
Telephone: (212) 836-8000
Diana.Sterk@arnoldporter.com
Mindy.Groin@arnoldporter.com

*Attorneys for Epps Plaintiffs*

2

## CERTIFICATE OF SERVICE

I hereby certify that on April 10, 2026, a true and correct copy of the foregoing

**MOTION TO WITHDRAW** was filed with the Clerk of the Court using CM/ECF system,

which will send notification of such filing to all counsel of record.


/s/ Matthew J. Douglas
Matthew J. Douglas